```
          RECEIPT FOR PAYMENT
       UNITED STATES DISTRICT COURT
                for the

           NORTHERN DISTRICT OF
                CALIFORNIA

                              SAN JOSE, CA

                                   5511589
-----------------------------------------------
RECEIVED FROM:
A & A LEGAL SERVICES, INC
210 FELL ST, #17
SAN FRANCISCO, CA 941025145
-----------------------------------------------

Case Number:
5:05CV00037-PVT
-----------------------------------------------
F/U/B/O:

Party ID:

Tender Type:              CHECK
05-086900                        $60.00

Civil Filing-086900

Remarks:#15912


05-510000                        $90.00

Civil Filing-510000

Remarks:

-----------------------------------------------
   Subtotal:              $150.00
-----------------------------------------------

Receipt Total:            $150.00
===============================================
*:Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

   Date:     1/3/05
   Clerk:
                   BW
```