1  Robert A. Mittelstaedt #060359
   Caroline N. Mitchell #143124
2  Adam R. Sand #217712
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone: (415) 626-3939
   Facsimile: (415) 875-5700
5  ramittelstaedt@jonesday.com
   cnmitchell@jonesday.com
6  arsand@jonesday.com

7  Attorneys for Defendant
   APPLE COMPUTER, INC.
8
   Michael D. Braun #167416
9  Marc L. Godino #182689
   BRAUN LAW GROUP, P.C.
10 12400 Wilshire Boulevard
   Suite 920
11 Los Angeles, CA 90025
   Telephone: (310) 442-7755
12 Facsimile: (310) 442-7756
   mdb@braunlawgroup.com
13 mg@braunlawgroup.com
   [Additional Plaintiffs' Counsel
14 Listed on Signature Page]

15 Attorneys for Plaintiffs
   THOMAS WILLIAM SLATTERY, et al.
16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

20 | **THOMAS WILLIAM SLATTERY,** | Case No. C 05 00037 JW |
   | **Individually, And On Behalf Of All** | |
21 | **Others Similarly Situated,** | |
22 | **Plaintiff,** | STIPULATION EXTENDING DEADLINE |
   | | TO FILE RESPONSIVE PLEADING |
23 | v. | |
24 | **APPLE COMPUTER, INC.,** | |
25 | **Defendant.** | |

26

27

28

SFI-519710v1                                          C 05 00037 JW
                                         Stipulation Extending Deadline

Dockets.Justia.com

It is HEREBY STIPULATED by plaintiffs and defendant, through their respective counsel, that the deadline for defendant to file a responsive pleading is February 10, 2005.

Dated: January __, 2005             JONES DAY


By: _____
    Adam R. Sand

Counsel for Defendant
APPLE COMPUTER, INC.

Dated: January __, 2005             BRAUN LAW GROUP, P.C.


By: _____
    Marc L. Godino

    Counsel for Plaintiff
    THOMAS WILLIAM SLATTERY

Roy A. Katriel
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC  20007
Tel:  202-625-4342
Fax:  202-625-6774

Jacqueline Sailer
Eric J. Belfi
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY  10016-1101
Tel:  212-682-1818
Fax:  212-682-1892