"The Apple iPod iTunes Anti-Trust Litigation"  Doc. 6 Att. 1
01/21/2005  18:56  3104427756  BRAUN LAW GROUP  PAGE  02/02
Case 5:05-cv-00037-JW   Document 6-2   Filed 01/24/2005   Page 1 of 1

1  It is HEREBY STIPULATED by plaintiffs and defendant, through their respective counsel,
2  that the deadline for defendant to file a responsive pleading is February 10, 2005.
3
4  Dated: January __, 2005                    JONES DAY
5
6
7                                              By: _____
                                                    Adam R. Sand
8
                                                Counsel for Defendant
                                                APPLE COMPUTER, INC.
9  Dated: January 21, 2005                    BRAUN LAW GROUP, P.C.
10
11                                              By: _____
12                                                  Marc L. Godino
13                                              Counsel for Plaintiff
                                                THOMAS WILLIAM SLATTERY
14
15  Roy A. Katriel
    THE KATRIEL LAW FIRM, P.C.
16  1101 30th Street, NW
    Suite 500
17  Washington, DC 20007
    Tel: 202-625-4342
18  Fax: 202-625-6774

19  Jacqueline Sailer
    Eric J. Belfi
20  MURRAY, FRANK & SAILER LLP
    275 Madison Avenue
21  Suite 801
    New York, NY 10016-1101
22  Tel: 212-682-1818
    Fax: 212-682-1892

23
24
25
26
27
28

SFI-519710v1