1  Michael D. Braun (167416)
   Marc L. Godino (182689)
2  BRAUN LAW GROUP, P.C.
   12400 Wilshire Boulevard
3  Suite 920
   Los Angeles, CA 90025
4  Tel:    (310) 442-7755
   Fax:    (310) 442-7756
5
   Roy A. Katriel
6  THE KATRIEL LAW FIRM, P.C.
   1101 30th Street, NW
7  Suite 500
   Washington, DC 20007
8  Tel:    (202) 625-4342
   Fax:    (202) 625-6774
9
   Jacqueline Sailer
10 Eric J. Belfi
   MURRAY, FRANK & SAILER LLP
11 275 Madison Avenue
   Suite 801
12 New York, NY 10016-1101
   Tel:    (212) 682-1818
13 Fax:    (212) 682-1892

14 **Attorneys for Plaintiff**

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                             SAN JOSE DIVISION

19

20 THOMAS WILLIAM SLATTERY,           )    CASE NO.: C05 00037 JW
   Individually, And On Behalf Of All Others )
21 Similarly Situated,                )    <u>CLASS ACTION</u>
                                      )
22              Plaintiff,            )    CERTIFICATE OF SERVICE OF PROOF
                                      )    OF SERVICE OF SUMMONS AND
23       vs.                          )    COMPLAINT ON DEFENDANT APPLE
                                      )    COMPUTER, INC.
24 APPLE COMPUTER, INC.               )
                                      )
25              Defendant.            )
                                      )
26

27

28

---

CERTIFICATE OF SERVICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT APPLE COMPUTER, INC.
CASE NO.: C05 00037 JW
\\Fileserver\shareddocs\BLG\APPLE\PLD-WPD\POS of S & C.wpd

Dockets.Justia.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           )ss.:
COUNTY OF LOS ANGELES      )

      I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

      On January 24, 2005, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Marc L. Godino, I filed and served the document(s) described as:

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT APPLE COMPUTER, INC.**

      The ECF System is designed to send an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

Eric J. Belfi, Esq.                                         ebelfi@murrayfrank.com

**Attorney for Plaintiff**

Adam Richard Sand, Esq.                                     arsand@jonesday.com
                                                            mlandsborough@jonesday.com
                                                            cyip@jonesday.com

**Attorney for Defendant**

On January 24, 2005, I served the document(s) described as:

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT APPLE COMPUTER, INC.**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Roy A. Katriel, Esq.
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel:   (202) 625-4342
Fax:   (202) 625-6774

Jacqueline Sailer, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016
Tel:   (212) 682-1818
Fax:   (212) 682-1892

**Attorneys for Plaintiff**

I served the above document(s) as follows:

BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 24, 2005, at Los Angeles, California 90025.

s/ LEITZA MOLINAR
Leitza Molinar