Robert A. Mittelstaedt #060359
Caroline N. Mitchell #143124
Adam R. Sand #217712
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com
arsand@jonesday.com

Attorneys for Defendant
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>APPLE COMPUTER, INC.,<br><br>                    Defendant. | Case No. C 05 00037 JW<br><br><br>[PROPOSED] ORDER DISMISSING COMPLAINT OF THOMAS WILLIAM SLATTERY |

        IT IS HEREBY ORDERED that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure, the Complaint of Thomas Slattery, filed January 3, 2005, is dismissed with prejudice

for failure to state a claim.

Dated:  _____                    _____
                                                        Hon. James Ware

SFI-520596v1                                                    C 05 00037 JW
                                                                (Proposed Order)

Dockets.Justia.com