Eric J. Belfi
Muray, Frank & Sailer LLP
275 Madison Avenue, Suit 801
New York, NY 10016 Tel: (212) 682-1818

FILED
05 FEB 10 PM 2: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THOMAS WILLIAM SLATTERY,

Plaintiff(s),

v.

APPLE COMPUTER, INC.

Defendant(s).

CASE NO. C 05-00037 PVT

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Eric J. Belfi, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Thomas William Slattery in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael D. Braun (167416), Braun Law Group, P.C., 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.
Tel: (310) 442-7755

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/8/05

*Eric J. Belfi*

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

_____ERIC  J.  BELFI_____, Bar # _____EB8895_____

was duly admitted to practice in this Court on

_____APRIL 9th, 1996_____, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York     on    JANUARY 24th, 2005

J. MICHAEL McMAHON
Clerk

by: _____
Deputy Clerk