RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF
CALIFORNIA

SAN FRANCISCO, CA

3369189

RECEIVED FROM:
MURRAY FRANK & SAILER
275 MADISON AVENUE
NEW YORK, NY 10016

Case Number:
5:05CV00037-PVT

F/U/B/O:

Party ID:

Tender Type:              CHECK
05-6855XX                 $210.00

Pro Hac Vice 6855XX

Remarks: 5610

Subtotal:                 $210.00

Receipt Total:            $210.00

* Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

Date:   2/10/05
Clerk: