Schiff Hardin LLP
Rocky N. Unruh, Bar No. 84049
runruh@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Arent Fox LLP
Michael B. Hazzard, D.C. Bar No. 483737
hazzard.michael@arentfox.com
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Attorneys for Defendant
CORE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SIMON, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADZILLA, INC. (NEW MEDIA), a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a/ CORETEL COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1-50, Corporations Defendants,<br><br>Defendants. | Case No. C09-00879 MMC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff Susan Simon and defendant Core Communications, Inc. ("Core"), by and through their undersigned counsel, stipulate and agree that defendant Core, having been served with the

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. C09-00879 MMC

Dockets.Justia.com

| | |
|---|---|
| 1 | Complaint in this matter on March 10, 2009, shall have a 30-day extension of time, to and |
| 2 | including April 30, 2009, to answer, move, or otherwise respond to the Complaint. |

Dated: April 13, 2009

KAMBEREDELSON, LLC

LAW OFFICES OF JOSEPH H. MALLEY, P.C.

By: _____
One of the attorneys for Plaintiff
Susan Simon

Dated: April 13, 2009

SCHIFF HARDIN LLP

ARENT FOX LLP

By: _____
One of the attorneys for Defendant
Core Communications, Inc.

SF\9331960.1