| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| | Caroline N. Mitchell #143124 |
| 2 | Adam R. Sand #217712 |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA  94104 |
| 4 | Telephone:    (415) 626-3939 |
| | Facsimile:     (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | cnmitchell@jonesday.com |
| 6 | arsand@jonesday.com |
| 7 | Attorneys for Defendant |
| | APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,** | **Case No. C 05 00037 JW** |
| **Plaintiff,** | <u>Certification of Interested Entities or Persons</u> |
| v. | |
| **APPLE COMPUTER, INC.,** | |
| **Defendant.** | |

SFI-520705v1

C 05 00037 JW
Certificate of Interested Partiess

1    Pursuant to Federal Rule of Civil Pocedure 7.1. and Local Rule 3-16, the undersigned
2    counsel certifies that the following listed persons have a financial interest, as defined by 28
3    U.S.C. §455(d)(4), in the defendant, Apple Computer, Inc. ("Apple"):
4        1.    Board of Directors: Fred D. Anderson, Bill Campbell, Millard Drexel, Albert
5    Gore Jr., Steve Jobs, Arthur D. Levinson, Ph.D, Jerry York.
6        2.    Officers: Steve Jobs, Peter Oppenheimer, Timothy Cook, Nancy Heinen, Philip
7    Schiller.
8        3.    Others: Apple is a publicly held company with numerous shareholders. It has no
9    parent company and no one with an ownership interest that must be disclosed pursuant to Federal
10   Rule 7.1. Shares of Apple stock change ownership on a frequent basis. Additionally, Apple has
11   many employees who actively participate in its affairs. Apple has identified the officers and
12   directors in this disclosure, but not lower level employees.
13       Except for the foregoing and the named parties, the undersigned in aware of no other
14   interest to report.
15
16   Dated: February 17, 2005            Respectfully submitted,
17                                        JONES DAY
18
19                                        By:/s/
20                                            Caroline N. Mitchell
21                                        Counsel for Defendant
                                          APPLE COMPUTER, INC.
22
23
24
25
26
27
28

SFI-520705v1                                                    C 05 00037 JW
                                      1                Certificate of Interested Parties