Robert A. Mittelstaedt #060359
Caroline N. Mitchell #143124
Adam R.Sand #217712
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com
arsand@jonesday.com

Attorneys for Defendant
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**APPLE COMPUTER, INC.,**<br><br>        **Defendant.** | **Case No. C 05 00037 JW**<br><br><br>PROOF OF SERVICE |

SFI-519794v3

1

1

**PROOF OF SERVICE BY MAIL**

2  I am a citizen of the United States and employed in San Francisco County, California.  I

3  am over the age of eighteen years and not a party to the within-entitled action.  My business

4  address is 555 California Street, 26th Floor, San Francisco, California  94104.  I am readily

5  familiar with this firm's practice for collection and processing of correspondence for mailing with

6  the United States Postal Service.  On February 18, 2005, I placed with this firm at the above

7  address for deposit with the United States Postal Service a true and correct copy of the within

8  document(s):

9

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

10

11  in a sealed envelope, postage fully paid, addressed as follows:

12  Roy A. Katriel                          Jacqueline Sailer
    The Katriel Law Firm, P.C.              Eric J. Belfi
    1101 30th Street, NW                    Murray, Frank & Sailer LLP

13  Suite 500                               275 Madison Avenue
    Washington, DC  20007                   Suite 801

14  Tel:  202-625-4342                      New York, NY  10016-1101
    Fax:  202-625-6774                      Tel:  212-682-1818

15                                          Fax:  212-682-1892

16

17  Following ordinary business practices, the envelope was sealed and placed for collection

18  and mailing on this date, and would, in the ordinary course of business, be deposited with the

19  United States Postal Service on this date.

20  I declare that I am employed in the office of a member of the bar of this court at whose

21  direction the service was made.

22  Executed on February 18, 2005, at San Francisco, California.

23

24  _____

25                          Margaret C. Landsborough

26

27

28