**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas William Slattery, | NO. C 05-00037 JW |
| Plaintiff(s), | |
| v. | **ORDER CONTINUING HEARING REGARDING DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT** |
| Apple Computer, Inc., | |
| Defendant(s). | |

The hearing regarding Defendant Apple Computer, Inc.'s Motion to Dismiss Class Action Complaint (Docket Item No. 10), presently scheduled on Monday, March 21, 2005 at 9:00 a.m., is continued to Monday, June 6, 2005 at 9:00 a.m. The case management conference in this matter, presently scheduled on Monday, May 9, 2005 at 10:00 a.m., is continued to Monday, July 11, 2005 at 10:00 a.m. Prior to this conference, the parties shall, pursuant to Civil L.R. 16-9, meet and confer in good faith to develop a Joint Case Management Statement. This statement shall be filed on or before Friday, July 1, 2005.

Dated: March 8, 2005

05cv37cont-mtd

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand arsand@JonesDay.com
Caroline N. Mitchell cnmitchell@jonesday.com
Eric J. Belfi ebelfi@murrayfrank.com
Marc L. Godino service@braunlawgroup.com
Michael David Braun mdb@braunlawgroup.com
Robert A. Mittelstaedt ramittelstaedt@jonesday.com

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Jacqueline Sailer
Rabin & Peckel LLP
275 Madison Avenue
New York, NY 10016

Roy A. Katriel
The Katriel Law Firm, P.L.L.C.
1101 30th Street, NW
Suite 500
Washington, D.C. 20007

**Dated: March 8, 2005**                              **Richard W. Wieking, Clerk**

**By:/s/JWchambers**
    **Ronald L. Davis**
    **Courtroom Deputy**