| Clerk's Use Only<br>Initial for fee pd.: | Roy A. Katriel, Esq.<br>THE KATRIEL LAW FIRM<br>1101 30th Street, NW Suite 500<br>Washington, DC 20007; (202) 625-4342 |
|---|---|



ORIGINAL

JUN - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

THOMAS W. SLATTERY, Individually
and on behalf of others similarly situated
Plaintiff(s),

v.

APPLE COMPUTER, INC.

Defendant(s).

FILE VIA FAX

CASE NO. C 05 00037 JW

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE

Pursuant to Civil L.R. 11-3, __Roy A. Katriel__, an active member in good standing of the bar of __MD, NV, and DC__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __plaintiff Thomas W. Slattery__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Michael D. Braun (167416), BRAUN LAW GROUP, P.C.,
   12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025
   Telephone: (310) 442-7755

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2005

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                    )ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On June 2, 2005, I served the document(s) described as **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

xx   BY FACSIMILE TRANSMISSION. I caused a facsimile machine transmission from facsimile machine telephone number (310) 442-7756 to the facsimile machine telephone number(s) on the attached Service List. Upon completion of said facsimile machine transmission(s), the transmitting machine issued a transmission report(s) showing the transmission(s) was/were complete and without error.

xx   BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

christi@law.stanford.edu

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 2, 2005, at Los Angeles, California 90025.

LEITZA MOLINAR
Type or Print Name                                              Signature

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | Roy A. Katriel, Esq. |
| | THE KATRIEL LAW FIRM, P.C. |
| 3 | 1101 30th Street, NW |
| | Suite 500 |
| 4 | Washington, DC 20007 |
| | Tel: (202) 625-4342 |
| 5 | Fax: (202) 625-6774 |
| 6 | Jacqueline Sailer, Esq. |
| | Eric J. Belfi, Esq. |
| 7 | MURRAY, FRANK & SAILER LLP |
| | 275 Madison Avenue |
| 8 | Suite 801 |
| | New York, NY 10016-1101 |
| 9 | Tel: (212) 682-1818 |
| | Fax: (212) 682-1892 |
| 10 | |
| | **Attorneys for Plaintiff** |
| 11 | |
| | Robert A. Mittelstaedt, Esq. |
| 12 | Caroline N. Mitchell, Esq. |
| | Adam R. Sand, Esq. |
| 13 | JONES DAY |
| | 555 California Street |
| 14 | 26th Floor |
| | San Francisco, CA 94104 |
| 15 | Tel: (415) 626-3939 |
| | Fax: (415) 875-5700 |
| 16 | |
| | **Attorneys for Defendant** |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |