```
         RECEIPT FOR PAYMENT
      UNITED STATES DISTRICT COURT
              for the
         NORTHERN DISTRICT OF
             CALIFORNIA

                          SAN JOSE, CA
                              5512528
----------------------------------------
RECEIVED FROM:
BRAUN LAW GROUP
12400 WILSHIRE BLVD SUITE 920
LOS ANGELES, CA 90025
----------------------------------------

Case Number:
5:05CV00037-JW
----------------------------------------

F/U/B/O:
Party ID:

Tender Type:          CHECK
05-6855XX             $210.00
Pro Hac Vice 6855XX

Remarks:ck#1282 for attorney Roy
        A. Katriel
----------------------------------------
  Subtotal:           $210.00
----------------------------------------
Receipt Total:        $210.00
========================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

  Date:    6/3/05
  Clerk:----------------
            RD
```