1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (mrhodes@cooley.com)
2  BEATRIZ MEJIA (190948) (mejiab@cooley.com)
   GAVIN L. CHARLSTON (253899) (gcharlston@cooley.com)
3  101 California Street, 5th Floor
   San Francisco, CA  94111-5800
4  Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
5
   Attorneys for Defendant
6  ADZILLA, INC.

7  KAMBEREDELSON, LLC
   ALAN HIMMELFARB (90480) (ahimmelfarb@kamberedelson.com)
8  2527 Leonis Boulevard
   Vernon, CA  90058
9  Telephone:    (323) 585-8696

10 Attorneys for Plaintiff
   SUSAN SIMON, an individual, on behalf of herself and all others
11 similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SUSAN SIMON, an individual on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADZILLA, INC. [NEW MEDIA], a Delaware Corporation; CONDUCIVE CORPORATION, a Delaware Corporation; CONTINENTAL VISINET BROADBAND, INC., a Delaware Corporation; CORE COMMUNICATIONS, INC., d/b/a CORETEL COMMUNICATIONS, INC., a Delaware Corporation; and JOHN DOES 1-50, Corporations Defendants,<br><br>Defendant. | Case No.  3:09-CV-00879 MMC<br><br>**STIPULATION EXTENDING TIME BY WHICH DEFENDANT ADZILLA, INC. MUST RESPOND TO THE COMPLAINT**<br><br>**Complaint Filed:  Feb. 27, 2009** |
|---|---|

///

///

1132206 v1/SF                1.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION EXTENDING TIME BY WHICH DEF. ADZILLA, INC. MUST RESPOND TO THE COMPLAINT / CASE NO. 3:09-CV-00879 MMC**

Plaintiff Susan Simon, on behalf of herself and all others similarly situated ("Plaintiff"), and defendant Adzilla, Inc. ("Adzilla"), through their counsel, hereby stipulate as follows:

1. Plaintiff filed her Complaint in the above-captioned action against Adzilla and other defendants on February 27, 2009.

2. Plaintiff served the Complaint on CT Corporation, as Adzilla's agent for service of process, on March 3, 2009. Adzilla was not made aware of service, however, until recently when Plaintiff's counsel informed undersigned counsel of service. Counsel for Adzilla subsequently and promptly entered into discussions with Plaintiff's counsel regarding extending the deadline for Adzilla to respond to Plaintiff's Complaint.

3. Plaintiff and Adzilla accordingly agree to extend the deadline by which Adzilla must respond to Plaintiff's Complaint in this action to and including June 1, 2009.

4. This stipulation will not alter the date of any event or any deadline already established by Court Order.

**IT IS SO STIPULATED.**

Dated: May 6, 2009

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
BEATRIZ MEJIA (190948)
GAVIN L. CHARLSTON (253899)

/s/ Beatriz Mejia
Beatriz Mejia
Attorneys for Defendant
ADZILLA, INC.

Dated: May 6, 2009

KAMBEREDELSON, LLC[1]
ALAN HIMMELFARB (90480)

/s/ Alan Himmelfarb
Alan Himmelfarb
Attorneys for Plaintiff
SUSAN SIMON, an individual, on behalf of herself and all others similarly situated

---

[1] Concurrence in the filing of this document has been obtained from Plaintiff's counsel.