1 | Michael D. Braun (167416)
  | Marc L. Godino (182689)
2 | BRAUN LAW GROUP, P.C.
  | 12400 Wilshire Boulevard
3 | Suite 920
  | Los Angeles, CA 90025
4 | Tel:   (310) 442-7755
  | Fax:   (310) 442-7756
5 |
  | Roy A. Katriel *(Admitted Pro Hac Vice)*
6 | THE KATRIEL LAW FIRM, P.C.
  | 1101 30th Street, NW
7 | Suite 500
  | Washington, DC 20007
8 | Tel:   (202) 625-4342
  | Fax:   (202) 625-6774
9 |
  | Jacqueline Sailer
10 | Eric J. Belfi *(Admitted Pro Hac Vice)*
  | MURRAY, FRANK & SAILER LLP
11 | 275 Madison Avenue
  | Suite 801
12 | New York, NY 10016-1101
  | Tel:   (212) 682-1818
13 | Fax:   (212) 682-1892

14 | **Attorneys for Plaintiff**

15

16 | **UNITED STATES DISTRICT COURT**

17 | **NORTHERN  DISTRICT OF CALIFORNIA**

18 | **SAN JOSE DIVISION**

19

20 | THOMAS WILLIAM SLATTERY,            )    **CASE NO.: C05-00037 JW**
   | Individually, And On Behalf Of All Others  )
21 | Similarly Situated,                 )    **CLASS ACTION**
   |                                     )
22 |                  Plaintiff,         )    **[PROPOSED] ORDER GRANTING
   |                                     )    PLAINTIFF'S REQUEST FOR JUDICIAL
23 |      vs.                            )    NOTICE IN SUPPORT OF HIS
   |                                     )    OPPOSITION TO DEFENDANT'S
24 | APPLE COMPUTER, INC.                )    MOTION TO DISMISS COMPLAINT**
   |                                     )
25 |                  Defendant.         )
   | _____    )
26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT
CASE NO.: C05-00037 JW
\\Fileserver\shareddocs\BLG\APPLE\PLD-WPD\Proposed Order re Judicial Notice.wpd

Dockets.Justia.com

1    Upon consideration of Plaintiff's Request for Judicial Notice in Support of His Opposition

2  to Defendant's Motion to Dismiss the Complaint, any opposition thereto, and arguments of counsel,

3  it is HEREBY ORDERED and ADJUDGED that the Request for Judicial Notice is hereby

4  GRANTED.

5

6  **IT IS SO ORDERED.**

7

8  Dated: _____, 2005

                                                    _____

9                                                   Hon. James Ware
                                                 United States District Judge

10  Respectfully submitted by:

11  Michael D. Braun
   Marc L. Godino
12  BRAUN LAW GROUP, P.C.
   12400 Wilshire Boulevard
13  Suite 920
   Los Angeles, CA 90025
14  Tel:   (310) 442-7755
   Fax:   (310) 442-7756

15

   Roy A. Katriel
16  THE KATRIEL LAW FIRM, P.C.
   1101 30th Street, NW
17  Suite 500
   Washington, DC 20007
18  Tel:   (202) 625-4342
   Fax:   (202) 625-6774

19

   Jacqueline Sailer
20  Eric J. Belfi
   MURRAY, FRANK & SAILER LLP
21  275 Madison Avenue
   Suite 801
22  New York, NY 10016-1101
   Tel:   (212) 682-1818
23  Fax:   (212) 682-1892

24  **Attorneys for Plaintiff**

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT
CASE NO.: C05-00037 JW
\\Fileserver\shareddocs\BLG\APPLE\PLD-WPD\Proposed Order re Judicial Notice.wpd

1

**PROOF OF SERVICE**

2 STATE OF CALIFORNIA )
                          )ss.:
3 COUNTY OF LOS ANGELES )

4      I am employed in the county of Los Angeles, State of California, I am over the age of 18 and
  not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los
5 Angeles, CA 90025.

6      On June 6, 2005, using the Northern District of California's Electronic Case Filing System, with
  the ECF ID registered to Marc L. Godino, I filed and served the document(s) described as:
7
8 **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN
  SUPPORT OF HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**

9      The ECF System is designed to send an e-mail message to all parties in the case, which
  constitutes service. According to the ECF/PACER system, for this case, the parties served are as
10 follows:

11 Eric J. Belfi, Esq.                                        ebelfi@murrayfrank.com

12 **Attorney for Plaintiff**

13 Adam Richard Sand , Esq.                                   arsand@jonesday.com
                                                             mlandsborough@jonesday.com
14                                                           cyip@jonesday.com

15 **Attorney for Defendant**

16 On June 6, 2005, I served the document(s) described as:

17 **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN
  SUPPORT OF HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**
18
  by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:
19
  Roy A. Katriel, Esq.
20 THE KATRIEL LAW FIRM, P.C.
  1101 30th Street, NW
21 Suite 500
  Washington, DC 20007
22 Tel:    (202) 625-4342
  Fax:    (202) 625-6774
23
  Jacqueline Sailer, Esq.
24 MURRAY, FRANK & SAILER LLP
  275 Madison Avenue
25 Suite 801
  New York, NY 10016
26 Tel:    (212) 682-1818
  Fax:    (212) 682-1892
27
  **Attorneys for Plaintiff**
28

1    I served the above document(s) as follows:

2        BY MAIL.  I am familiar with the firm's practice of collection and processing correspondence
for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with
3    postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware
that on motion of the party served, service is presumed invalid if postal cancellation date or postage
4    meter date is more than one day after date of deposit for mailing in an affidavit.

5        I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the
above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
6    following electronic mail address provided by the Securities Class Action Clearinghouse:

7                            **jcarlos@law.stanford.edu**

8        I declare that I am employed in the office of a member of the bar of this Court at whose direction
the service was made.

9
        Executed on June 6, 2005, at Los Angeles, California 90025.
10

11
                                    S/ LEITZA MOLINAR
12                                        Leitza Molinar

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28