UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**DATE:** JUNE 6, 2005

**Case No.** c-05-00037          **JUDGE:** JAMES WARE

**THOMAS WILLIAM SLATTERY**          -v- **APPLE COMPUTER, INC.**
Title

**ROY KATREIL, ERIC J. BELFI**          **ROBERT MITTELSTAEDT**

**MICHAEL D. BRAUN**                    **ADAM SAND**
Attorneys Present                       Present

**Deputy Clerk:** RONALD L. DAVIS       **COURT REPORTER:** IRENE RODRIGUEZ

### PROCEEDINGS

**HEARING ON DEFENDANT'S MOTION TO DISMISS - HELD.**

**EXPERT DISCLOSURE:**_____ **DISCOVERY CLOSE(ALL)**_____

**CASE CONTINUED TO:**_____ **for FINAL P/T Conference**

**CASE CONTINUED TO:**_____ **for Trial**

**CASE CONTINUED TO:**_____ **PRELIMINARY PRETRIAL CONFERENCE**

**CASE CONTINUED TO:**_____ **for PRETRIAL MOTIONS**

**CASE CONTINUED TO:**_____ **DISMISSAL CALENDAR**

**ORDER AFTER HEARING**

**MOTION DEEMED SUBMITTED AFTER ARGUMENT OF COUNSEL.**

**(x) SUBMITTED          ( ) BRIEFS TO BE FILED**

**Briefing Schedule: Opening**_____ **Answer**_____