Robert A. Mittelstaedt #060359
Caroline N. Mitchell #143124
Adam R. Sand #217712
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com
arsand@jonesday.com

Attorneys for Defendant
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**APPLE COMPUTER, INC.,**<br><br>        **Defendant.** | Case No. C 05 00037 JW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ADAM R. SAND IN SUPPORT OF APPLE'S RESPONSE TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |

SFI-526092v1

C 05 00037 JW
DECLARATION OF ADAM R. SAND

1    I, ADAM R. SAND, declare:

2    I am an attorney with the law firm of Jones Day, and a member in good standing of the
3    California State Bar.  I make this declaration in support of Apple's Response to Plaintiff's
4    Request for Judicial Notice.  The facts set forth herein are known to me personally.  If called to
5    testify, I could and would testify competently hereto.

6    1.    Attached as Exhibit A is a true and correct copy of a webpage entitled "Computer
7    Authorization" posted on Apple's website at
8    http://www.apple.com/support/itunes/authorization.html.

9    2.    Attached as Exhibit B is a true and correct copy of the webpage entitled "About
10   Apple Discussions" available on Apple's website at http://discussions.info.apple.com/ (click on
11   the "Help & Terms of Use" along the right side and choose "About Apple Discussions").

12   Executed this 10th day of June, 2005 in San Francisco, California

16   /s/
     Adam R. Sand
17   Counsel for Defendant
     APPLE COMPUTER, INC.

SFI-526092v1

1

C 05 00037 JW
DECLARATION OF ADAM R. SAND