1  MICHAEL S. SORGEN, ESQ. [S.B. #43107]
   JOSHUA SONDHEIMER, ESQ.[S.B. #152000]
2  LAW OFFICES OF MICHAEL S. SORGEN
   240 Stockton Street, 9th Floor
3  San Francisco, California 94108
   Telephone:  (415) 956-1360
4  Facsimile:  (415) 956-6342

5

6  [Counsel For Plaintiffs Continued On Next Page]

7  Attorneys for All Plaintiffs

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                       COUNTY OF SAN FRANCISCO

11
   _____
12 LARRY BOWOTO, et al.,                 )   Case No: CGC 03-417580
                                         )
13         Plaintiffs,                   )
                                         )
14     v.                                )   ROBINSON UROUPA'S OBJECTIONS
                                         )   TO DEFENDANTS' FIRST SET OF
15 CHEVRONTEXACO CORPORATION, et al.,    )   REQUESTS FOR ADMISSION
                                         )
16         Defendants.                   )
                                         )
17 _____)

18

19 **PROPOUNDING PARTY:**       Defendant CHEVRONTEXACO CORPORATION

20 **RESPONDING PARTY:**        ROBINSON UROUPA

21 **SET NO.:**                 One

22

23

24

25

26

27

28

                                      1
                OBJECTIONS TO DEFENDANTS' REQUESTS FOR ADMISSION

1  Counsel for Plaintiffs (continued from first page)

2  BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]
   LAUREN TEUKOLSKY, ESQ. [S.B. #211381]
3  LAW OFFICE OF HADSELL & STORMER, INC.
   128 North Fair Oaks Avenue, Suite 204
4  Pasadena, California 91103-3664
   Telephone: (626) 585-9600
5  Facsimile: (626) 577-7079

6  THERESA TRABER, ESQ. [S.B.#116305]
   BERT VOORHEES, ESQ. [S.B. #137623]
7  TRABER & VOORHEES
   128 North Fair Oaks Avenue, Suite 204
8  Pasadena, California 91103
   Telephone: (626) 585-9611
9  Facsimile: (626) 577-7079

10 JOSE LUIS FUENTES, ESQ. [S.B.#192236]
   Jose Luis Fuentes, Esq. [S.B.#192236]
11 Siegel & Yee
   499 14th Street, Suite 220
12 Oakland, Ca 94612
   Telephone: (510) 839-1200
13 Facsimile: 510-444-6698

14 RICHARD HERZ, ESQ.
   EARTHRIGHTS INTERNATIONAL
15 1612 K Street N.W., Suite 401
   Washington, DC 20006
16 Telephone: (202) 466-5188
   Facsimile: (202) 466-5189
17

18 JUDITH BROWN CHOMSKY, ESQ.
   LAW OFFICES OF JUDITH BROWN CHOMSKY
19 Post Office Box 29726
   Elkins Park, PA 19027
20 Telephone: (215) 782-8367
   Facsimile: (215) 782-8368

21 JENNIFER M. GREEN, ESQ.
   CENTER FOR CONSTITUTIONAL RIGHTS
22 666 Broadway, 7th Floor
   New York, NY 10012
23 Telephone: (212) 614-6431
   Facsimile: (212) 614-6499
24

25

26

27

28

## INTRODUCTORY STATEMENT AND GENERAL OBJECTIONS

Responding plaintiff objects to these Requests for Admission on the ground that they are unduly burdensome and oppressive. As defendants are aware, responding to defendants' discovery requires plaintiffs' counsel to fly to Nigeria and travel to various remote areas of the country to meet with their clients and review and confirm responses, using translators for the two different languages spoken by their clients, and then to engage in further communications to obtain proper verifications. For this reason, plaintiffs requested a reasonable extension of the deadline for responding to these Requests for Admission. Defendants have refused.

Responding plaintiff's research, investigation, discovery and preparation for trial in this matter are presently ongoing and not yet complete. All the responses and objections ("Responses") contained herein are based only upon such information and documents as are currently available and specifically known to responding plaintiff and his or her attorneys and disclose only those contentions which currently occur to responding plaintiff and his or her attorneys. Responding plaintiff anticipates that continuing discovery, review, research, investigation, and analysis will supply additional facts, add meaning to the known facts, modify plaintiff's present analysis, and establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in and variations from the contentions herein set forth, upon which plaintiffs may rely at trial.

Responding plaintiff objects to defendant ChevronTexaco Corporation's Requests for Admission to the extent that they seek information that is in the possession of propounding defendants or any of defendant's subsidiaries; to the extent that information, review and analysis of said information and sources is equally available to or feasible by propounding defendant, defendant ChevronTexaco Overseas Petroleum Inc., or any of defendants' subsidiaries; and to the extent that responsive information has already been disclosed or produced in this or the Federal action by any party. For these reasons, responding plaintiff objects generally to defendant's Requests for Admission on the ground that they are burdensome, oppressive, and seek and analysis and review by responding plaintiff's attorneys that invades the work product privilege.

Responding plaintiff objects to the extent that these Requests for Admission are overbroad in that

1  they seek information that is neither relevant to the subject matter of this litigation nor reasonably
2  calculated to lead to the discovery of admissible evidence.
3      Responding plaintiff objects to these Requests for Admission to the extent they are duplicative of
4  discovery already taken in the Federal case and therefore unduly burdensome.  All references to
5  interrogatory responses, depositions or documents pertain to responses or documents already produced
6  or provided in the Federal case.
7      Responding plaintiff objects to these Requests for Admission to the extent that they seek
8  information that is protected from disclosure by the attorney-client privilege and/or the attorney work-
9  product doctrine.  The inadvertent production of such information shall neither constitute a waiver of
10 any privilege nor a waiver of any rights plaintiffs may have to object to the use of any of the information
11 in any subsequent pretrial proceedings or at trial.
12     All of the above objections and the specific objections below are hereby expressly reserved and
13 may be interposed at the time of trial or at any other time.
14     Subject to these qualifications and objections, responding plaintiff provides the following
15 Responses.
16 //
17 //
18 //

**REQUESTS FOR ADMISSION**

**Request for Admission No. 1:** Admit that Bripale Uroupa did not leave a WILL governing the disposition of his estate.

**Response to Request for Admission No. 1:** Responding plaintiff incorporates by this reference the Introductory Statement and General Objections set forth above, as though fully set forth herein. Responding plaintiff objects that this Request for Admission is neither relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence. Responding plaintiff objects to this Request for Admission on the ground that it is unduly burdensome and oppressive, particularly given defendants' refusal to agree to any extension of the response deadline.

DATED: May 4, 2005            Respectfully submitted,

                                         HADSELL & STORMER, INC.
                                         CINDY A. COHN
                                         PUBLIC INTEREST LAWYERS GROUP
                                         LAW OFFICES OF JUDITH BROWN CHOMSKY
                                         EARTHRIGHTS INTERNATIONAL
                                         SIEGEL & YEE
                                         TRABER & VOORHEES
                                         CENTER FOR CONSTITUTIONAL RIGHTS
                                         LAW OFFICES OF MICHAEL S. SORGEN

                                         By:_____
                                                 Michael S. Sorgen

                                         Attorneys for All Plaintiffs