| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| | Caroline N. Mitchell #143124 |
| 2 | Adam R. Sand #217712 |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA  94104 |
| 4 | Telephone:     (415) 626-3939 |
| | Facsimile:     (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | cnmitchell@jonesday.com |
| 6 | arsand@jonesday.com |
| | |
| 7 | Attorneys for Defendant |
| | APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,** | Case No. C 05 00037 JW |
| **Plaintiff,** | PROOF OF SERVICE |
| v. | |
| **APPLE COMPUTER, INC.,** | |
| **Defendant.** | |

SFI-519794v5

1

C 05 00037 JW
PROOF OF SERVICE

Dockets.Justia.com

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 10, 2005, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the document(s):

APPLE COMPUTER, INC.'S RESPONSE TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

DECLARATION OF ADAM R. SAND IN SUPPORT OF APPLE'S RESPONSE TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Roy A. Katriel | Jacqueline Sailer |
| The Katriel Law Firm, P.C. | Eric J. Belfi |
| 1101 30th Street, NW | Murray, Frank & Sailer LLP |
| Suite 500 | 275 Madison Avenue |
| Washington, DC 20007 | Suite 801 |
| Tel: 202-625-4342 | New York, NY 10016-1101 |
| Fax: 202-625-6774 | Tel: 212-682-1818 |
| | Fax: 212-682-1892 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 10, 2005, at San Francisco, California.

*Margaret Landsborough*
Margaret Landsborough

SFI-519794v5

2

C 05 00037 JW
PROOF OF SERVICE