1  Robert A. Mittelstaedt #060359
   Caroline N. Mitchell #143124
2  Adam R. Sand #217712
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
5  ramittelstaedt@jonesday.com
   cnmitchell@jonesday.com
6  arsand@jonesday.com

7  Attorneys for Defendant
   APPLE COMPUTER, INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   **THOMAS WILLIAM SLATTERY,**            **Case No. C 05 00037 JW**
12 **Individually, And On Behalf Of All**
   **Others Similarly Situated,**          **CLASS ACTION**
13
                **Plaintiff,**             **STIPULATION TO CONTINUE CASE**
14                                          **MANAGEMENT CONFERENCE; and**
         v.                                 **[Proposed] ORDER**
15
   **APPLE COMPUTER, INC.,**
16
                **Defendant.**
17

18

19

20

21         The parties, by their counsel, stipulate subject to this Court's approval to continue the

22 Case Management Conference set for July 11, because the motion to dismiss is under submission

23 and lead counsel for defendant will be out of the country, on business and then vacation, until

24 ///

25 ///

26 ///

27 ///

28
                                                       STIPULATION TO CONTINUE CMC
   SFI-526100v1                                                         C 05 00037

1    ///
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    August 12.  The parties request that the conference be continued until the motion to dismiss is

2    decided, and in no event before August 12, 2005.

3

4    Dated: June 13, 2005                         THE KATRIEL LAW FIRM, P.C.

5

6                                                By:/s/
                                                 _____

7                                                   Roy A. Katriel
                                                 Counsel for Plaintiff

8                                                THOMAS W. SLATTERY

9    Dated: June 13, 2005                         JONES DAY

10

11                                               By:/s/
                                                 _____

12                                                  Robert A. Mittelstaedt
                                                 Counsel for Defendant

13                                               APPLE COMPUTER, INC.

14    IT IS SO ORDERED:

15

16    _____

17    JUDGE JAMES WARE

18

19

20

21

22

23

24

25

26

27

28