"The Apple iPod iTunes Anti-Trust Litigation"        Doc. 30 Att. 1
06/13/2005  20:03    202-6256774    KATRIELLAW    PAGE 03
Case 5:05-cv-00037-JW    Document 30-2    Filed 06/14/2005    Page 1 of 1

1
2  August 12. The parties request that the conference be continued until the motion to dismiss is
3  decided, and in no event before August 12, 2005.
4
5  Dated: June 13, 2005                     THE KATRIEL LAW FIRM, P.C.
6
7  By:/s/ _____
      Roy A. Katriel
8     Counsel for Plaintiff
      THOMAS W. SLATTERY
9
10 Dated: June 13, 2005                     JONES DAY
11
12 By:/s/ _____
      Robert A. Mittelstaedt
13    Counsel for Defendant
      APPLE COMPUTER, INC.
14
15 IT IS SO ORDERED:
16
17 _____
   JUDGE JAMES WARE
18
19
20
21
22
23
24
25
26
27
28