| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Robert A. Mittelstaedt #060359<br>Caroline N. Mitchell #143124<br>Adam R. Sand #217712<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>ramittelstaedt@jonesday.com<br>cnmitchell@jonesday.com<br>arsand@jonesday.com |
| 7 | Attorneys for Defendant<br>APPLE COMPUTER, INC. |

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,**<br><br>      Plaintiff,<br><br>v.<br><br>**APPLE COMPUTER, INC.,**<br><br>      Defendant. | Case No. C 05 00037 JW<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and [Proposed] ORDER** |

The parties, by their counsel, stipulate subject to this Court's approval to continue the Case Management Conference set for July 11, because the motion to dismiss is under submission and lead counsel for defendant will be out of the country, on business and then vacation, until

///

///

///

///

SFI-526100v1

STIPULATION TO CONTINUE CMC
C 05 00037

///

August 12. The parties request that the conference be continued until the motion to dismiss is decided, and in no event before August 12, 2005.

Dated: June 13, 2005                THE KATRIEL LAW FIRM, P.C.


                                    By:/s/
                                        Roy A. Katriel
                                    Counsel for Plaintiff
                                    THOMAS W. SLATTERY


Dated: June 13, 2005                JONES DAY


                                    By:/s/
                                        Robert A. Mittelstaedt
                                    Counsel for Defendant
                                    APPLE COMPUTER, INC.

IT IS SO ORDERED:

/s/ James Ware
JUDGE JAMES WARE

SFI-526100v1

STIPULATION TO CONTINUE CMC
C 05 00037

3