Robert A. Mittelstaedt #060359
Caroline N. Mitchell #143124
Adam R. Sand #217712
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com
arsand@jonesday.com

Attorneys for Defendant
APPLE COMPUTER, INC.

*IT IS SO ORDERED — Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE COMPUTER, INC.,**<br><br>Defendant. | Case No. C 05 00037 JW<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and [Proposed] ORDER** |

The parties, by their counsel, stipulate subject to this Court's approval to continue the Case Management Conference set for July 11, because the motion to dismiss is under submission and lead counsel for defendant will be out of the country, on business and then vacation, until

///
///
///
///

SFI-526100v1

STIPULATION TO CONTINUE CMC
C 05 00037

Dockets.Justia.com

1    ///

1  August 12. The parties request that the conference be continued until the motion to dismiss is
2  decided, and in no event before ~~August 12, 2005~~. [August 22, 2005]
3
4  Dated: June 13, 2005                          THE KATRIEL LAW FIRM, P.C.
5
6                                                By:/s/
7                                                    Roy A. Katriel
                                                  Counsel for Plaintiff
8                                                 THOMAS W. SLATTERY

9  Dated: June 13, 2005                          JONES DAY
10
11                                                By:/s/
12                                                    Robert A. Mittelstaedt
                                                  Counsel for Defendant
13                                                APPLE COMPUTER, INC.

14  IT IS SO ORDERED:
15
16  /s/ James Ware
17  JUDGE JAMES WARE
18
19
20
21
22
23
24
25
26
27
28

SFI-526100v1

STIPULATION TO CONTINUE CMC
C 05 00037

3