**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas Slattery, et al., | NO. C 05-00037 JW |
| Plaintiff(s), | **ORDER CONTINUING CASE** |
| v. | **MANAGEMENT CONFERENCE** |
| Apple Computer, Inc., | |
| Defendant. / | |

Please take note that on the Court's own motion, the presently scheduled case management conference for August 22, 2005 is vacated. The new case management conference is scheduled for **September 19, 2005 at 10 a.m.** Pursuant to the local rules of court, the parties shall file a joint case management statement no later than ten (10) days before the conference.

Dated:  August 9, 2005                                   /s/ James Ware
                                                         JAMES WARE
                                                         United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand arsand@JonesDay.com
Caroline N. Mitchell cnmitchell@jonesday.com
Eric J. Belfi ebelfi@murrayfrank.com
Marc L. Godino service@braunlawgroup.com
Michael David Braun service@braunlawgroup.com
Robert A. Mittelstaedt ramittelstaedt@jonesday.com
Roy A. Katriel rak@katriellaw.com

Dated:   August 9, 2005                               Richard W. Wieking, Clerk

                                                      By:   /s/ JW Chambers
                                                            **Ronald L. Davis**
                                                            **Courtroom Deputy**