IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas William Slattery, individually, and on behalf of all others similarly situated, | NO. C 05-00037 JW |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Apple Computer, Inc., | |
| Defendant. | |

In light of the Court's September 9, 2005 Order Granting in Part and Denying in Part Defendant's Motion to Dismiss and giving the Plaintiff until October 11, 2005 to amend its complaint, the Court vacates the currently scheduled case management conference on September 19, 2005. The new case management will be held on **Monday, November 14, 2005** at 10 a.m. Pursuant to Civil Local Rules, the parties shall file a joint case management statement no later than ten (10) days before the date of the conference.

Dated: September 14, 2005                    /s/ James Ware
                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand arsand@JonesDay.com
Caroline N. Mitchell cnmitchell@jonesday.com
Eric J. Belfi ebelfi@murrayfrank.com
Marc L. Godino service@braunlawgroup.com
Michael David Braun mdb@braunlawgroup.com
Robert A. Mittelstaedt ramittelstaedt@jonesday.com

**Dated: September 14, 2005**                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers
       Ronald L. Davis
       Courtroom Deputy**