1  Robert A. Mittelstaedt #060359
   Caroline N. Mitchell #143124
2  Adam R. Sand #217712
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:    (415) 626-3939
   Facsimile:     (415) 875-5700
5  ramittelstaedt@jonesday.com
   cnmitchell@jonesday.com
6  arsand@jonesday.com

7
   Attorneys for Defendant
8  APPLE COMPUTER, INC.

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                    **SAN JOSE DIVISION**

12

13  **THOMAS WILLIAM SLATTERY,**              Case No. C 05 00037 JW
    **Individually, And On Behalf Of All**
    **Others Similarly Situated,**            **CLASS ACTION**
14
                   **Plaintiff,**              **STIPULATION EXTENDING TIME TO**
15                                             **FILE ANSWER TO FIRST AMENDED**
          v.                                   **COMPLAINT**
16
    **APPLE COMPUTER, INC.,**
17                                             **Judge:**  Honorable James Ware
                   **Defendant.**                          Courtroom 8, 4th Floor
18

19

20

21

22        Pursuant to Local Rules 5 and 6-1, Plaintiff Thomas William Slattery ("Slattery") and

23  Defendant Apple Computer, Inc. ("Apple"), by and through their counsel of record, hereby

24  stipulate as follows:

25        1.     Plaintiff Slattery filed and served his First Amended Class Action Complaint (the

26  "Complaint") on September 23, 2005.  Pursuant to the Court's Order on Apple's Motion to

27  Dismiss, Apple's response to the Complaint is due to be filed on October 11, 2005.

28

SFI-531629v1                                              STIP. EXTENDING TIME TO FILE
                                                          ANSWER TO COMPLAINT
                                                          C 05 00037

2. Apple and Slattery have agreed to extend the time for Apple to file an answer to the Complaint by seven days, to October 18, 2005.

3. This stipulation will not affect any hearing or proceeding on the Court's calendar, or otherwise cause any delay in the proceedings.

Dated: October 11, 2005                     JONES DAY


By: /s/
    Robert A. Mittelstaedt

Counsel for Defendant
APPLE COMPUTER, INC.

Dated: October 11, 2005                     THE KATRIEL LAW FIRM, P.C.


By: /s/
    Roy A. Katriel

Counsel for Plaintiff
THOMAS WILLIAM SLATTERY