**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**DATE:** 11/14/05

Case No. **05-00037**   JUDGE: **JAMES WARE**

**THOMAS WILLIAM SLATTERY**-v-**APPLE COMPUTER, INC.**
**Title**

| Present | Present |
|---|---|
| Attorneys Present | Present |

Deputy Clerk: **RONALD L. DAVIS**   COURT REPORTER: **not reported**

**PROCEEDINGS**

**CASE MANAGEMENT CONFERENCE**

**EXPERT DISCLOSURE:**                    **DISCOVERY CLOSE(ALL)**

**CASE CONTINUED TO:**                    **for FINAL P/T Conference**

**CASE CONTINUED TO:**                    **for Jury Trial**

**CASE CONTINUED TO:**                    **PRELIMINARY PRETRIAL CONFERENCE**

**CASE CONTINUED TO:**                    **for PRETRIAL MOTIONS**

**CASE CONTINUED TO:**                    **DISMISSAL CALENDAR**

**ORDER AFTER HEARING**

**Conference held. Plaintiff's Motion for Class Certification shall be filed no later than 03/06/06. Hearing on Plaintiff's Motion is set for 05/15/06 at 9:00 am. A Further Case Management Conference set for 04/17/06 at 10:00 am. Joint statements are due no later than 04/10/06.**

**( ) SUBMITTED        ( ) BRIEFS TO BE FILED**

**Briefing Schedule: Opening  Answer**

**            Reply  Deemed Submitted**