1  Robert A. Mittelstaedt #060359
   Caroline N. Mitchell #143124
2  Adam R. Sand #217712
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
5  ramittelstaedt@jonesday.com
   cnmitchell@jonesday.com
6  arsand@jonesday.com

7  Attorneys for Defendant
   APPLE COMPUTER, INC.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   **THOMAS WILLIAM SLATTERY,**          Case No. C 05 00037 JW
12 **Individually, And On Behalf Of All**
   **Others Similarly Situated,**        **CLASS ACTION**
13
                Plaintiff,               **[PROPOSED] ORDER GRANTING APPLE**
14                                       **COMPUTER, INC.'S ADMINISTRATIVE**
                                         **REQUEST FOR LEAVE TO FILE**
      v.                                 **MOTION FOR SUMMARY JUDGMENT**
15
16 **APPLE COMPUTER, INC.,**

17                Defendant.

18

19      IT IS HEREBY ORDERED that defendant may file a motion for summary judgment at

20 any time.

21

22 Dated: _____      _____
                                        Hon. James Ware
23

24

25

26

27

28

   SFI-537872v1                                         C 05 00037 JW
                                                        [PROPOSED] ORDER.

Dockets.Justia.com