| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| 2 | Caroline N. Mitchell #143124 |
|   | Adam R. Sand #217712 |
| 3 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104 |
|   | Telephone:    (415) 626-3939 |
| 5 | Facsimile:    (415) 875-5700 |
|   | ramittelstaedt@jonesday.com |
| 6 | cnmitchell@jonesday.com |
| 7 | arsand@jonesday.com |
| 8 | Attorneys for Defendant |
|   | APPLE COMPUTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated, | | Case No. C 05 00037 JW |
| Plaintiff, | | PROOF OF SERVICE |
| v. | | |
| APPLE COMPUTER, INC., | | |
| Defendant. | | |

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 555 California Street, 26th Floor, San Francisco, California  94104.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On February 21, 2006, I served true and correct copies of the following document(s):

MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER THAT PLAINTIFF'S DEPOSITION TESTIMONY NEED NOT BE FILED UNDER SEAL;

SFI-519794v6

1

Dockets.Justia.com

[PROPOSED] ORDER;

APPLE COMPUTER, INC.'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT [Redacted Version];

DECLARATION OF TRACY M. STRONG IN SUPPORT OF APPLE COMPUTER, INC.'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT [Redacted Version].

[PROPOSED] ORDER GRANTING APPLE COMPUTER, INC.'S REQUEST FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

See Attached Service List

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 21, 2006, at San Francisco, California.

Angela Ius

SFI-519794v6

2

Service List for U.S.D.C. Northern District Case No. C05-00037 JW

Attorneys for Plaintiff:

Michael D. Braun
Marc L. Godino
Braun Law Group, P.C.
12400 Wilshire Boulevard, Suite 920
Los Angeles, CA 90025
Tel: 310-442-7755
Fax: 310-442-7756

Roy A. Katriel
The Katriel Law Firm, P.C.
1101 30th Street, NW, Suite 500
Washington, DC 20007
Tel: 202-625-4342
Fax: 202-625-6774

Jacqueline Sailer
Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016-1101
Tel: 212-682-1818
Fax: 212-682-1892