1　Robert A. Mittelstaedt #060359
　　Caroline N. Mitchell #143124
2　Adam R. Sand #217712
　　JONES DAY
3　555 California Street, 26th Floor
　　San Francisco, CA 94104
4　Telephone:　(415) 626-3939
　　Facsimile:　(415) 875-5700
5　ramittelstaedt@jonesday.com
　　cnmitchell@jonesday.com
6　arsand@jonesday.com

7　Attorneys for Defendant
　　APPLE COMPUTER, INC.
8
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
9
　　　　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
10

11
　　THOMAS WILLIAM SLATTERY,　　　　　　Case No. C 05 00037 JW
12　Individually, And On Behalf Of All
　　Others Similarly Situated,　　　　　　　　　　CLASS ACTION
13
　　　　　　　　Plaintiff,　　　　　　　　　　　　MISCELLANEOUS ADMINISTRATIVE
14　　　　　　　　　　　　　　　　　　　　　　　REQUEST FOR AN ORDER THAT
　　v.　　　　　　　　　　　　　　　　　　　　PLAINTIFF'S DEPOSITION TESTIMONY
15　　　　　　　　　　　　　　　　　　　　　　　NEED NOT BE FILED UNDER SEAL
　　APPLE COMPUTER, INC.,
16
　　　　　　　　Defendant.
17

18

19　　　　　Defendant wishes to file portions of the deposition transcript of Thomas William Slattery

20　taken January 30, 2006, designated confidential by plaintiff, in support of its request for leave to

21　file a motion for summary judgment. Plaintiff designated the entire deposition transcript

22　confidential, even though there is no protective order regarding deposition testimony entered in

23　this case and none of the testimony was confidential in any event. In light of plaintiff's

24　designation, however, defendant makes this request pursuant to Local Civil Rule 79-5(d) in an

25　abundance of caution.

26　　　　　Defendant lodges unredacted and redacted versions of its administrative request for leave

27　to file a motion for summary judgment along with the portions of the deposition transcript

28　attached as Exhibit A to the declaration of Tracy M. Strong supporting that request. This Request

SFI-537873v1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 05 00037 JW
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MISC. ADMINISTRATIVE REQUEST

1  is supported by the below declaration of Tracy M. Strong. Pursuant to Local Rule 79-5, a
2  proposed order accompanies this Request.

5  Dated: February 21, 2006

JONES DAY

By: /s/ _____
    Tracy M. Strong

Counsel for Defendant
APPLE COMPUTER, INC.

**DECLARATION OF TRACY M. STRONG IN SUPPORT OF DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER THAT PLAINTIFF'S DEPOSITION NEED NOT BE FILED UNDER SEAL**

I, Tracy M. Strong, declare as follows:

1. I am an attorney duly admitted to practice in California and before this Court. I am an associate in the law firm of Jones Day in San Francisco, California, counsel for defendant Apple Computer, Inc. in the above-captioned action. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts set forth herein.

2. Pursuant to Local Civil Rule 79-5(d), defendant is lodging the following documents containing information designated as confidential by plaintiff:

   a. Apple Computer, Inc.'s Administrative Request for Leave to File Motion for Summary Judgment (Unredacted Version);

   b. Declaration of Tracy M. Strong in Support of Apple Computer, Inc.'s Administrative Request for Leave to File Motion for Summary Judgment, including Exhibit A, which is a true and correct copy of excerpts from the deposition transcript of Thomas William Slattery, taken January 30, 2006.

Defendant also lodges redacted versions of these documents for the Court's convenience.

3. Defendant seeks this order because plaintiff designated the deposition confidential without any basis. There is no protective order in this case covering deposition testimony. Sealing these documents is not warranted under Federal Rule of Civil Procedure 26(c).

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on February 21, 2006.

_____
Tracy M. Strong