```
 1  Robert A. Mittelstaedt #060359
    Caroline N. Mitchell #143124
 2  Adam R. Sand #217712
    JONES DAY
 3  555 California Street, 26th Floor
    San Francisco, CA  94104
 4  Telephone:     (415) 626-3939
    Facsimile:     (415) 875-5700
 5  ramittelstaedt@jonesday.com
    cnmitchell@jonesday.com
 6  arsand@jonesday.com

 7  Attorneys for Defendant
    APPLE COMPUTER, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC.,<br><br>        Defendant. | Case No. C 05 00037 JW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER** |

IT IS HEREBY ORDERED that plaintiff's deposition testimony shall not be filed under seal.

Dated: _____          _____
                                       Hon. James Ware

SFI-537967v1

C 05 00037 JW
[PROPOSED] ORDER