ALAN HIMMELFARB- SBN 90480
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Los Angeles, California 90058
t: 323.585.8696
f: 323.585.6195
ahimmelfarb@kamberedelson.com

JOSEPH H. MALLEY (*admitted pro hac vice*)
Law Office of Joseph H. Malley, PC
1045 North Zang Boulevard
Dallas, TX 75208
214-943-6100
malleylaw@gmail.com

*Attorneys for Plaintiff*
SUSAN SIMON and the putative class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SIMON, individually, on behalf of herself and all others similarly situated, | Case No.: C09-00879-MMC |
| Plaintiffs, | |
| v. | **PROPOSED ORDER REGARDING TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT CONTINENTAL VISINET BROADBAND LLC'S MOTION TO DISMISS AND TO CONTINUE HEARING DATE** |
| ADZILLA, INC.; CONDUCIVE CORPORATION; CONTINENTAL VISINET BROADBAND, INC.; CORE COMMUNICATIONS, INC. d/b/a CORETEL COMMUNICATIONS, INC. et al. | |
| Defendants. | The Hon. Maxine M. Chesney |

Proposed Order Granting Plaintiffs Time
For Plaintiff's Response To Defendant Continental
Visinet's Motion To Dismiss and to Continue Hearing Date                                    1
No. C-09-0879 MMC

Dockets.Justia.com

1      Now before the Court is Plaintiff's and Defendant Continental Visinet Broadband LLC's
2 Stipulation Regarding Time for Plaintiff's Response to Defendant Continental Visinet's Motion
3 to Dismiss.  Upon consideration of the stipulation, this Court is of the opinion that Plaintiff shall
4 have until August 7, 2009 to respond to Defendant Continental Visinet's Motion to Dismiss.
5 The hearing on Defendant Continental Visinet's Motion to Dismiss is hereby set for Friday,
6 August 28, 2009 at 9:00 a.m.

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

                                       By: _____
                                              Hon. Maxine M. Chesney
                                              United States District Court

Proposed Order Granting Plaintiffs Time
For Plaintiff's Response To Defendant Continental
Visinet's Motion To Dismiss and to Continue Hearing Date           2
                    No. C-09-0879 MMC