1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Boulevard
   Suite 920
3  Los Angeles, CA 90025
   Tel:  (310) 442-7755
4  Fax:  (310) 442-7756
   E-mail: service@braunlawgroup.com
5
6  Roy A. Katriel *(Admitted Pro Hac Vice)*
   THE KATRIEL LAW FIRM, P.C.
   1101 30th Street, NW
7  Suite 500
   Washington, DC 20007
8  Tel:  (202) 625-4342
   Fax:  (202) 625-6774
9  E-mail: rak@katriellaw.com
10
   Brian P. Murray
   Eric J. Belfi *(Admitted Pro Hac Vice)*
   MURRAY, FRANK & SAILER LLP
   275 Madison Avenue
   Suite 801
   New York, NY 10016-1101
   Tel:  (212) 682-1818
   Fax:  (212) 682-1892
   Email: ebelfi@murrayfrank.com

Attorneys for Plaintiff

FILED
MAR 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

FILE VIA FAX

| | |
|---|---|
| THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE COMPUTER, INC.<br><br>Defendant. | CASE NO.: C05-00037 JW<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S AMENDED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, plaintiff hereby files this Miscellaneous Administrative Request to file portions of the deposition transcript of Thomas Slattery, previously designated as "Confidential" by counsel and the court reporter, under seal. Excerpts of Mr. Slattery's deposition transcript are quoted in plaintiff's Motion for Leave to File A Second Amended Complaint, and copies of the pertinent pages of the deposition transcript (pages 326-328) are attached as Exhibit 2 to the Declaration of Michael D. Braun filed in support of plaintiff's Motion for Leave to File A Second Amended Complaint. Thus, plaintiff seeks to file both the motion and the declaration under seal.

Mr. Slattery's deposition was properly designated as "Confidential" because it elicited personally sensitive and confidential information, including but not limited to his social security number, account log in names and passwords, credit card information, and other information that would cause undue harm on the plaintiff if made publicly available. Further, Mr. Slattery is a criminal defense attorney, and his deposition elicited information about his attorney-client files. The specific pages of the Slattery deposition sought to be filed under seal in connection with plaintiff's Motion for Leave to File A Second Amended Complaint detail information about attorney-client files that may be present on Mr. Slattery's computer. Because this information is both confidential and subject to the attorney-client and attorney work-product privilege, plaintiff submits this request to file the designated deposition pages, and the motion quoting from them under seal.

Dated: March 17, 2006

Michael D. Braun
BRAUN LAW GROUP, P.C.

By: *Michael D. Braun*
Michael D. Braun
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025
Tel:  (310) 442-7755
Fax:  (310) 442-7756
Roy A. Katriel
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500

1

Washington, DC 20007  
Tel:  (202) 625-4342  
Fax: (202) 625-6774  

Brian P. Murray  
Eric J. Belfi  
MURRAY, FRANK & SAILER LLP  
275 Madison Avenue  
Suite 801  
New York, NY 10016-1101  
Tel:  (212) 682-1818  
Fax: (212) 682-1892  

**Attorneys for Plaintiff**

2

PLAINTIFF'S AMENDED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL  
CASE NO.: C05-00037 JW  
\\Fileserver\shareddocs\BLG\APPLE\PLD-WPD\Amended Req to File Doc Under Seal.wpd

## PROOF OF SERVICE

STATE OF CALIFORNIA )
                    )ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On March 17, 2006, I served the document(s) described as **PLAINTIFF'S AMENDED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

### SEE ATTACHED SERVICE LIST

I served the above document(s) as follows:

__XX__ BY FACSIMILE TRANSMISSION. I caused a facsimile machine transmission from facsimile machine telephone number (310) 442-7756 to the facsimile machine telephone number(s) on the attached Service List. Upon completion of said facsimile machine transmission(s), the transmitting machine issued a transmission report(s) showing the transmission(s) was/were complete and without error.

__XX__ BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

jcarlos@law.stanford.edu

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 17, 2006, at Los Angeles, California 90025.

__LEITZA MOLINAR__
Type or Print Name

Signature

## SERVICE LIST

Roy A. Katriel, Esq.
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel: (202) 625-4342
Fax: (202) 625-6774

Jacqueline Sailer, Esq.
Eric J. Belfi, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel: (212) 682-1818
Fax: (212) 682-1892

**Attorneys for Plaintiff**

Robert A. Mittelstaedt, Esq.
Caroline N. Mitchell, Esq.
Adam R. Sand, Esq.
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Tel: (415) 626-3939
Fax: (415) 875-5700

**Attorneys for Defendant**