1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Boulevard
   Suite 920
3  Los Angeles, CA 90025
   Tel:    (310) 442-7755
4  Fax:    (310) 442-7756
   E-mail: service@braunlawgroup.com
5
   Roy A. Katriel *(Admitted Pro Hac Vice)*           Brian P. Murray
6  THE KATRIEL LAW FIRM, P.C.                         Eric J. Belfi *(Admitted Pro Hac Vice)*
   1101 30th Street, NW                               MURRAY, FRANK & SAILER LLP
7  Suite 500                                          275 Madison Avenue
   Washington, DC 20007                               Suite 801
8  Tel:    (202) 625-4342                             New York, NY 10016-1101
   Fax:    (202) 625-6774                             Tel:    (212) 682-1818
9  E-mail: rak@katriellaw.com                         Fax:    (212) 682-1892
                                                      Email:  ebelfi@murrayfrank.com
10
   **Attorneys for Plaintiff**
11

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                               SAN JOSE DIVISION

15

16 THOMAS WILLIAM SLATTERY,          )       CASE NO.: C05-00037 JW
   Individually, And On Behalf Of All Others )
17 Similarly Situated,                )       **CLASS ACTION**
                                      )
18                 Plaintiff,         )       **AMENDED PROOF OF SERVICE**
                                      )
19        vs.                         )       DATE:   April 24, 2006
                                      )       TIME:   9:00 a.m.
20 APPLE COMPUTER, INC.               )       CRTM:   8, 4th floor
                                      )
21                 Defendant.         )
                                      )
22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )ss.:
COUNTY OF LOS ANGELES        )

     I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

     On March 17, 2006, I served the document(s) described as:

**PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL; and**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

**BY PERSONAL SERVICE:** by placing the documents listed above in a sealed envelope and causing the envelope to be delivered by on March 17, 2006, to the offices of the address as follows:

Robert A. Mittelstaedt, Esq.
Caroline N. Mitchell, Esq.
Adam R. Sand, Esq.
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Tel:   (415) 626-3939
Fax:   (415) 875-5700

**Attorneys for Defendant**

     On March 17, 2006, I served the document(s) described as:

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT;**

**COMPENDIUM OF NON-FEDERAL AUTHORITIES IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT;**

**DECLARATION OF MICHAEL D. BRAUN IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT;**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT;**

**PLAINTIFF'S AMENDED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEA; AND**

**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2006, at Los Angeles, California 90025.

                                                                      s/ LEITZA MOLINAR
                                                                          Leitza Molinar

**SERVICE LIST**

Roy A. Katriel, Esq.
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel:   (202) 625-4342
Fax:  (202) 625-6774

Brian P. Murray, Esq.
Eric J. Belfi, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel:   (212) 682-1818
Fax:  (212) 682-1892

**Attorneys for Plaintiff**

Robert A. Mittelstaedt, Esq.
Caroline N. Mitchell, Esq.
Adam R. Sand, Esq.
JONES DAY
555 California Street
26th Floor
San Francisco, CA  94104
Tel:   (415) 626-3939
Fax:  (415) 875-5700

**Attorneys for Defendant**

# PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            )ss.:
COUNTY OF LOS ANGELES       )

    I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

    On March 20, 2006, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

## AMENDED PROOF OF SERVICE

    The ECF System is designed to send an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Eric J. Belfi, Esq. | ebelfi@murrayfrank.com |
| Roy A. Katriel, Esq. | rak@katriellaw.com |

**Attorneys for Plaintiff**

| | |
|---|---|
| Caroline N. Mitchell, Esq. | cnmitchell@jonesday.com |
| | mlandsborough@jonesday.com |
| | cyip@jonesday.com |
| Robert A. Mittelstaedt, Esq. | ramittelstaedt@jonesday.com |
| | ybennett@jonesday.com |
| | arsand@jonesday.com |
| Adam Richard Sand, Esq. | arsand@jonesday.com |

**Attorneys for Defendant**

    On March 20, 2006, I served the document(s) described as:

## AMENDED PROOF OF SERVICE

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Brian P. Murray, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016
Tel:   (212) 682-1818
Fax:  (212) 682-1892

**Attorneys for Plaintiff**

1    I served the above document(s) as follows:

2    BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with
3    postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage
4    meter date is more than one day after date of deposit for mailing in an affidavit.

5    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

6    Executed on March 20, 2006, at Los Angeles, California 90025.

                                             s/ LEITZA MOLINAR
                                             Leitza Molinar