1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Boulevard
   Suite 920
3  Los Angeles, CA 90025
   Tel:    (310) 442-7755
4  Fax:    (310) 442-7756
   E-mail: service@braunlawgroup.com
5
   Roy A. Katriel *(Admitted Pro Hac Vice)*         Brian P. Murray
6  THE KATRIEL LAW FIRM, P.C.                       Eric J. Belfi *(Admitted Pro Hac Vice)*
   1101 30th Street, NW                             MURRAY, FRANK & SAILER LLP
7  Suite 500                                        275 Madison Avenue
   Washington, DC 20007                             Suite 801
8  Tel:    (202) 625-4342                           New York, NY 10016-1101
   Fax:    (202) 625-6774                           Tel:    (212) 682-1818
9  E-mail: rak@katriellaw.com                       Fax:    (212) 682-1892
                                                    Email:  ebelfi@murrayfrank.com
10
   **Attorneys for Plaintiff**
11

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                                SAN JOSE DIVISION

15

16  THOMAS WILLIAM SLATTERY,            )   CASE NO.: C05-00037 JW
    Individually, And On Behalf Of All Others )
17  Similarly Situated,                 )   **CLASS ACTION**
                                        )
18                  Plaintiff,          )   **NOTICE OF ERRATA IN SUPPORT OF**
                                        )   **PLAINTIFF'S MOTION FOR LEAVE TO**
19          vs.                         )   **FILE A SECOND AMENDED**
                                        )   **COMPLAINT**
20  APPLE COMPUTER, INC.                )
                                        )   DATE:   April 24, 2006
21                  Defendant.          )   TIME:   9:00 a.m.
    _____)   CRTM:   8, 4th floor

22

23

24

25

26

27

28

NOTICE OF ERRATA IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT
CASE NO.: C05-00037 JW
\\Fileserver\shareddocs\BLG\APPLE\PLD-WPD\Notice of Errata.wpd

1  TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      **PLEASE TAKE NOTICE THAT:** due to a clerical mistake, the Declaration in
3  Support of Plaintiff's Motion for Leave to File a Second Amended Complaint, was executed by
4  Michael D. Braun, attorney of record for Plaintiff Thomas William Slattery and not Roy A. Katriel
5  as it is stated on Plaintiff's Notice of Motion, the accompanying Memorandum of Points and
6  Authorities and the [Proposed] Order.

7      We apologize to the Court and Counsel in this matter for any inconvenience this may have
8  caused.

10 Dated: March 20, 2006            Michael D. Braun
                                                  BRAUN LAW GROUP, P.C.

                    By:    <u>S/ MICHAEL D. BRAUN</u>
                           Michael D. Braun
                           12400 Wilshire Boulevard
                           Suite 920
                           Los Angeles, CA 90025
                           Tel:   (310) 442-7755
                           Fax:  (310) 442-7756

                           Roy A. Katriel
                           THE KATRIEL LAW FIRM, P.C.
                           1101 30th Street, NW
                           Suite 500
                           Washington, DC 20007
                           Tel:   (202) 625-4342
                           Fax:  (202) 625-6774

                           Brian P. Murray
                           Eric J. Belfi
                           MURRAY, FRANK & SAILER LLP
                           275 Madison Avenue
                           Suite 801
                           New York, NY 10016-1101
                           Tel:   (212) 682-1818
                           Fax:  (212) 682-1892

                           **Attorneys for Plaintiff**

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                               )ss.:
COUNTY OF LOS ANGELES          )

  I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

  On March 20, 2006, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**NOTICE OF ERRATA IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

  The ECF System is designed to send an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Eric J. Belfi, Esq. | ebelfi@murrayfrank.com |
| Roy A. Katriel, Esq. | rak@katriellaw.com |

**Attorneys for Plaintiff**

| | |
|---|---|
| Caroline N. Mitchell, Esq. | cnmitchell@jonesday.com<br>mlandsborough@jonesday.com<br>cyip@jonesday.com |
| Robert A. Mittelstaedt, Esq. | ramittelstaedt@jonesday.com<br>ybennett@jonesday.com<br>arsand@jonesday.com |
| Adam Richard Sand, Esq. | arsand@jonesday.com |

**Attorneys for Defendant**

  On March 20, 2006, I served the document(s) described as:

**NOTICE OF ERRATA IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Brian P. Murray, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016
Tel: (212) 682-1818
Fax: (212) 682-1892

**Attorneys for Plaintiff**

1  I served the above document(s) as follows:

2  BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 20, 2006, at Los Angeles, California 90025.

                                        s/ LEITZA MOLINAR
                                           Leitza Molinar