ORIGINAL

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025
Tel: (310) 442-7755
Fax: (310) 442-7756
E-mail: service@braunlawgroup.com

Roy A. Katriel *(Admitted Pro Hac Vice)*
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel: (202) 625-4342
Fax: (202) 625-6774
E-mail: rak@katriellaw.com

Brian P. Murray
Eric J. Belfi *(Admitted Pro Hac Vice)*
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel: (212) 682-1818
Fax: (212) 682-1892
Email: ebelfi@murrayfrank.com

Attorneys for Plaintiff

FILED
MAR 2 0 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
MAR 17 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>APPLE COMPUTER, INC.<br><br>            Defendant. | CASE NO.: C05-00037 JW<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

# [PROPOSED] ORDER

This matter came before the Court on plaintiff's Miscellaneous Administrative Request to file documents under seal. Specifically, plaintiff has filed with the Court a motion for leave to file a second amended complaint and an accompanying Declaration of Roy A. Katriel in support of that motion. The Katriel Declaration attaches as an exhibit copies of selected pages (pages 326-328) of the deposition transcript of plaintiff Thomas William Slattery taken in this action, which has been designated as "Confidential" by plaintiff's counsel and by the court reporter. Because the Katriel Declaration contains pages of the Confidential deposition transcript, and because plaintiff's Motion for Leave to File A Second Amended Complaint quotes directly from that transcript, plaintiff now seeks to file both the motion and the accompanying Katriel Declaration under seal pursuant to Civil Local Rule 79-5. In keeping with that Rule, plaintiff has filed with the Court "Redacted" versions of these filed documents, which redact the "Confidential" deposition transcript.

The Court is satisfied that the deposition transcript of Thomas William Slattery contains confidential and personally sensitive information that, if released to the general public, would unduly prejudice and damage plaintiff. Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that: Plaintiff's Miscellaneous Administrative Request to File Documents Under Seal is HEREBY GRANTED; Plaintiff shall file the Motion for Leave to File A Second Amended Complaint and the accompanying Declaration of Roy A. Katriel in Support of Plaintiff's Motion For Leave to File A Second Amended Complaint under seal; the Clerk of the Court is directed to keep these filed documents under seal; Plaintiff shall file Redacted versions of the foregoing documents, and the Clerk shall make these Redacted versions available for viewing by the general public.

**IT IS SO ORDERED.**

Dated: 3-20, 2006

_James Ware_
Hon. James Ware
United States District Judge

1

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                     )ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On March 17, 2006, I served the document(s) described as **[PROPOSED] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**BY PERSONAL SERVICE:** by placing the document(s) listed above in a sealed envelope and causing the envelope to be delivered by hand on March 17, 2006, to the offices of the address(es) as follows:

Robert A. Mittelstaedt, Esq.
Caroline N. Mitchell, Esq.
Adam R. Sand, Esq.
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Tel:  (415) 626-3939
Fax:  (415) 875-5700

**Attorneys for Defendant**

On March 17, 2006, I served the document(s) described as:

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

1  I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the
2  following electronic mail address provided by the Securities Class Action Clearinghouse:

3  **jcarlos@law.stanford.edu**

4  I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

5  Executed on March 17, 2006, at Los Angeles, California 90025.

6

7

8  LEITZA MOLINAR
   Type or Print Name                                    Signature

## SERVICE LIST

Roy A. Katriel, Esq.
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel:   (202) 625-4342
Fax:   (202) 625-6774

Jacqueline Sailer, Esq.
Eric J. Belfi, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel:   (212) 682-1818
Fax:   (212) 682-1892

**Attorneys for Plaintiff**