1    Michael D. Braun (167416)
     BRAUN LAW GROUP, P.C.
2    12400 Wilshire Boulevard
     Suite 920
3    Los Angeles, CA 90025
     Tel:    (310) 442-7755
4    Fax:    (310) 442-7756
     E-mail: service@braunlawgroup.com
5
     Roy A. Katriel *(Admitted Pro Hac Vice)*            Brian P. Murray
6    THE KATRIEL LAW FIRM, P.C.                          Eric J. Belfi *(Admitted Pro Hac Vice)*
     1101 30th Street, NW                                MURRAY, FRANK & SAILER LLP
7    Suite 500                                           275 Madison Avenue
     Washington, DC 20007                                Suite 801
8    Tel:    (202) 625-4342                              New York, NY 10016-1101
     Fax:    (202) 625-6774                              Tel:    (212) 682-1818
9    E-mail: rak@katriellaw.com                          Fax:    (212) 682-1892
                                                         Email:  ebelfi@murrayfrank.com
10
     **Attorneys for Plaintiff**
11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                         SAN JOSE DIVISION

15

16   THOMAS WILLIAM SLATTERY,              )    **CASE NO.: C05-00037 JW**
     Individually, And On Behalf Of All Others )
17   Similarly Situated,                   )    **CLASS ACTION**
                                           )
18                    Plaintiff,           )    **PROOF OF SERVICE OF ORDER**
                                           )    **GRANTING PLAINTIFF'S**
19        vs.                              )    **MISCELLANEOUS ADMINISTRATIVE**
                                           )    **REQUEST TO FILE DOCUMENTS**
20   APPLE COMPUTER, INC.                  )    **UNDER SEAL**
                                           )
21                    Defendant.           )
     _____)
22

23

24

25

26

27

28

PROOF OF SERVICE OF ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C05-00037 JW
\\Fileserver\shareddocs\BLG\APPLE\PLD-WPD\Mx re Leave to File SAC -Redacted.wpd

Dockets.Justia.com

ORIGINAL

1   Michael D. Braun (167416)
    BRAUN LAW GROUP, P.C.
2   12400 Wilshire Boulevard
    Suite 920
3   Los Angeles, CA 90025
    Tel:    (310) 442-7755
4   Fax:    (310) 442-7756
    E-mail: service@braunlawgroup.com
5
    Roy A. Katriel *(Admitted Pro Hac Vice)*       Brian P. Murray
6   THE KATRIEL LAW FIRM, P.C.                      Eric J. Belfi *(Admitted Pro Hac Vice)*
    1101 30th Street, NW                            MURRAY, FRANK & SAILER LLP
7   Suite 500                                       275 Madison Avenue
    Washington, DC 20007                            Suite 801
8   Tel:    (202) 625-4342                          New York, NY 10016-1101
    Fax:    (202) 625-6774                          Tel:    (212) 682-1818
9   E-mail: rak@katriellaw.com                      Fax:    (212) 682-1892
                                                    Email:  ebelfi@murrayfrank.com
10
11  **Attorneys for Plaintiff**

12                      **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

        MAR 17 2006
14                          **SAN JOSE DIVISION**

15

16  THOMAS WILLIAM SLATTERY,            )   **CASE NO.: C05-00037 JW**
    Individually, And On Behalf Of All Others )
17  Similarly Situated,                 )   **CLASS ACTION**
                                        )
18                  Plaintiff,          )   [~~PROPOSED~~] **ORDER GRANTING
                                        )   PLAINTIFF'S MISCELLANEOUS
19          vs.                         )   ADMINISTRATIVE REQUEST TO FILE
                                        )   DOCUMENTS UNDER SEAL**
20  APPLE COMPUTER, INC.                )
                                        )
21                  Defendant.          )
                                        )
22  _____ )

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2      This matter came before the Court on plaintiff's Miscellaneous Administrative Request to

3  file documents under seal.  Specifically, plaintiff has filed with the Court a motion for leave to file a

4  second amended complaint and an accompanying Declaration of Roy A. Katriel in support of that

5  motion.  The Katriel Declaration attaches as an exhibit copies of selected pages (pages 326-328) of

6  the deposition transcript of plaintiff Thomas William Slattery taken in this action, which has been

7  designated as "Confidential" by plaintiff's counsel and by the court reporter.  Because the Katriel

8  Declaration contains pages of the Confidential deposition transcript, and because plaintiff's Motion

9  for Leave to File A Second Amended Complaint quotes directly from that transcript, plaintiff now

10  seeks to file both the motion and the accompanying Katriel Declaration under seal pursuant to Civil

11  Local Rule 79-5.  In keeping with that Rule, plaintiff has filed with the Court "Redacted" versions

12  of these filed documents, which redact the "Confidential" deposition transcript.

13      The Court is satisfied that the deposition transcript of Thomas William Slattery contains

14  confidential and personally sensitive information that, if released to the general public, would

15  unduly prejudice and damage plaintiff.  Accordingly, IT IS HEREBY ORDERED AND

16  ADJUDGED that: Plaintiff's Miscellaneous Administrative Request to File Documents Under Seal

17  is HEREBY GRANTED; Plaintiff shall file the Motion for Leave to File A Second Amended

18  Complaint and the accompanying Declaration of Roy A. Katriel in Support of Plaintiff's Motion For

19  Leave to File A Second Amended Complaint under seal; the Clerk of the Court is directed to keep

20  these filed documents under seal; Plaintiff shall file Redacted versions of the foregoing documents,

21  and the Clerk shall make these Redacted versions available for viewing by the general public.

22  **IT IS SO ORDERED.**

23

24  Dated:_____3-20_____, 2006

25  *James Ware*
    Hon. James Ware
    United States District Judge

26

27

28

1

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA          )
                             )ss.:
3

COUNTY OF LOS ANGELES        )

4      I am employed in the county of Los Angeles, State of California, I am over the age of 18 and
       not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los
5      Angeles, CA 90025.

6      On March 24, 2006, I served the document(s) described as **ORDER GRANTING PLAINTIFF'S**
       **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**
7      by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

8      **SEE ATTACHED SERVICE LIST**

9      I served the above document(s) as follows:

10     <u>xx</u>      BY FACSIMILE TRANSMISSION. I caused a facsimile machine transmission from facsimile
               machine telephone number (310) 442-7756 to the facsimile machine telephone number(s) on
11             the attached Service List. Upon completion of said facsimile machine transmission(s), the
               transmitting machine issued a transmission report(s) showing the transmission(s) was/were
12             complete and without error.

13     <u>xx</u>      BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar
               with the firm's practice of collection and processing correspondence for mailing. Under that
14             practice it would be deposited with U.S. postal service on that same day with postage thereon
               fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on
15             motion of the party served, service is presumed invalid if postal cancellation date or postage
               meter date is more than one day after date of deposit for mailing in an affidavit.
16
       I further declare that I am employed in the office of a member of the bar of this Court at whose
17     direction the service was made.

18     I further declare under penalty of perjury under the laws of the United States that the above is
       true and correct.
19
       Executed on March 24, 2006, at Los Angeles, California 90025.
20

21

       <u>LEITZA MOLINAR</u>
22     Type or Print Name                                          Signature

23

24

25

26

27

28

1

**SERVICE LIST**

2
3
4
5

Roy A. Katriel, Esq.
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel:    (202) 625-4342
Fax:    (202) 625-6774

6
7
8
9

Jacqueline Sailer, Esq.
Eric J. Belfi, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel:    (212) 682-1818
Fax:    (212) 682-1892

10

**Attorneys for Plaintiff**

11
12
13
14
15

Robert A. Mittelstaedt, Esq.
Caroline N. Mitchell, Esq.
Adam R. Sand, Esq.
JONES DAY
555 California Street
26th Floor
San Francisco, CA  94104
Tel:    (415) 626-3939
Fax:    (415) 875-5700

16

**Attorneys for Defendant**

17
18
19
20
21
22
23
24
25
26
27
28



**Braun Law Group, P.C.**

12400 WILSHIRE BLVD., STE. 920
LOS ANGELES, CA 90025
TEL: (310) 442-7755
FAX: (310) 442-7756

# FAX COVER SHEET

**FAX TRANSMITTED TO: SEE ATTACHED SERVICE LIST**

**FROM:**              Leitza Molinar, Legal Assistant
**CLIENT/MATTER:**     Slattery v. Apple Computer, Inc.
**DATE:**              March 24, 2006

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Order Granting Plaintiff's Miscellaneous Administrative Request to File Documents under Seal. | 6 |
|  |  |
|  |  |

**COMMENTS:**

*This transmission and the attached documents are intended only for the use of the individual to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this transmission in error, please notify us immediately by telephone so we may arrange to retrieve this transmission at no cost to you. Thank you.*

NOTICE RE SERVICE: Sender's use of facsimile for the transmission of the above document shall NOT be construed as constituting Sender's consent to service of court papers by facsimile transmission under Rule 2009(d) of the California Rules of Court.

* INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE <u>ALL</u> PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (310) 442-7755.

## SERVICE LIST

Roy A. Katriel, Esq.
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel: (202) 625-4342
Fax: (202) 625-6774

Jacqueline Sailer, Esq.
Eric J. Belfi, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel: (212) 682-1818
Fax: (212) 682-1892

**Attorneys for Plaintiff**

Robert A. Mittelstaedt, Esq.
Caroline N. Mitchell, Esq.
Adam R. Sand, Esq.
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Tel: (415) 626-3939
Fax: (415) 875-5700

**Attorneys for Defendant**

BROADCAST REPORT

```
TIME   : 03/24/2006 09:36
NAME   : BRAUN LAW GROUP
FAX    : 3104427756
TEL    : 3104427755
SER.#  : BROB4J287798
```

| PAGE(S) | 05 |
|---------|----|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|------|------|--------------|----------|---------|--------|---------|
| 03/24 | 09:32 | 912026256774 | 01:13 | 05 | OK | ECM |
| 03/24 | 09:34 | 912126821892 | 50 | 05 | OK | ECM |
| 03/24 | 09:35 | 914158755700 | 36 | 05 | OK | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
PC  : PC-FAX
```

1    **PROOF OF SERVICE**

2    STATE OF CALIFORNIA       )
                              )ss.:

3    COUNTY OF LOS ANGELES  )

4          I am employed in the county of Los Angeles, State of California, I am over the age of 18 and
not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los

5    Angeles, CA  90025.

6          On March 24, 2006, using the Northern District of California's Electronic Case Filing System,
with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

7

8    **PROOF OF SERVICE OF ORDER GRANTING PLAINTIFF'S MISCELLANEOUS
ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

9          The ECF System is designed to send an e-mail message to all parties in the case, which
constitutes service.  According to the ECF/PACER system, for this case, the parties served are as

10   follows:

11   Eric J. Belfi, Esq.                                            ebelfi@murrayfrank.com
                                                                    rak@katriellaw.com

12   Roy A. Katriel, Esq.

13   **Attorneys for Plaintiff**

14   Caroline N. Mitchell, Esq.                        cnmitchell@jonesday.com
                                              mlandsborough@jonesday.com

15                                                              cyip@jonesday.com

16   Robert A. Mittelstaedt, Esq.                   ramittelstaedt@jonesday.com
                                            ybennett@jonesday.com

17                                                              arsand@jonesday.com

18   Adam Richard Sand , Esq.                      arsand@jonesday.com

19

    **Attorneys for Defendant**

20

      On March 24, 2006, I served the document(s) described as:

21

22   **PROOF OF SERVICE OF ORDER GRANTING PLAINTIFF'S MISCELLANEOUS
ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

23   by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

24   Jacqueline Sailer, Esq.
MURRAY, FRANK & SAILER LLP

25   275 Madison Avenue
Suite 801

26   New York, NY 10016
Tel:    (212) 682-1818

27   Fax:   (212) 682-1892

28   **Attorneys for Plaintiff**

1    I served the above document(s) as follows:

2    BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with

3    postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

4    meter date is more than one day after date of deposit for mailing in an affidavit.

5    I further declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

6

7    I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

8    Executed on March 24, 2006, at Los Angeles, California 90025.

9

10                                                    s/ LEITZA MOLINAR
                                                        Leitza Molinar
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28