1  Robert A. Mittelstaedt #060359
   Caroline N. Mitchell #143124
2  Tracy M. Strong #221540
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
5  ramittelstaedt@jonesday.com
   cnmitchell@jonesday.com
6  tstrong@jonesday.com

7  Attorneys for Defendant
   APPLE COMPUTER, INC.
8

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN JOSE DIVISION
12

13

14 | **THOMAS WILLIAM SLATTERY,** | **Case No. C 05 00037 JW**
   | **Individually, And On Behalf Of All** |
   | **Others Similarly Situated,** | **CLASS ACTION**
15 |                                |
   |         **Plaintiff,**         | **DECLARATION OF TRACY M. STRONG
16 |                                | IN SUPPORT OF APPLE COMPUTER,
   |         v.                     | INC.'S  OPPOSITION TO MOTION FOR
17 |                                | LEAVE TO FILE SECOND AMENDED
   | **APPLE COMPUTER, INC.,**      | COMPLAINT**
18 |                                |
   |         **Defendant.**         | Date: May 8, 2006
19 |                                | Time: 9:00 a.m.
   |                                | Place: Courtroom 8, 4th Floor
20

21

22

23        I, Tracy M. Strong, declare:

24        1.     I am an associate in the law firm of Jones Day, located at 555 California Street,

25  26th Floor, San Francisco, California, 94104, a member in good standing of the State Bar of

26  California, and one of the attorneys of record in this case for defendant.  I have personal

27  knowledge of the facts set forth herein and, if called as a witness, I could and would competently

28

SFI-540480v1                                                                    C 05 00037 JW
                                                                      DECL. OF TRACY M. STRONG

1  testify thereto.  I make this declaration in support of defendant's opposition to plaintiff's motion
2  for leave to file a second amended complaint.
3     2.  Attached hereto as Exhibit A are true and correct copies of emails dated February
4  3 and February 15, 2006 between Jones Day and Roy Katriel, counsel for plaintiff, regarding
5  plaintiff's insufficient responses to defendant's document requests.
6     I declare under penalty of perjury of the laws of California and the United States of
7  America that the foregoing is true and correct of my personal knowledge.  Executed this 17th day
8  of April, 2006 at San Francisco, California.

_____
Tracy M. Strong