1  Michael D. Braun (#167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Boulevard,
   Suite 920
3  Los Angeles, CA 90025
   Telephone: (310) 442-7755
4  Facsimile:  (310) 442-7756

5
   Roy A. Katriel (*pro hac vice*)
6  THE KATRIEL LAW FIRM
   1101 30TH Street, NW
7  Suite 500
   Washington, DC 20007
8  Telephone: (202) 625-4342

9  Jacqueline Sailer
   Eric J. Belfi (*pro hac vice*)
10 MURRAY, FRANK & SAILER LLP
   275 Madison Avenue
11 Suite 801
   New York, NY 10016-1101
12 Telephone: (212) 682-1818
   Facsimile:  (212) 682-1892

13 *Counsel for Plaintiff*

Robert A. Mittelstaedt #060359
Caroline N. Mitchell #143124
Tracy M. Strong #221540
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com
tstrong@jonesday.com

*Counsel for Defendant*

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                         SAN JOSE DIVISION

17

18 | **THOMAS WILLIAM SLATTERY,** | **Case No. C 05 00037 JW** |
   | Individually, And On Behalf Of All | |
19 | Others Similarly Situated, | **CLASS ACTION** |
   | | |
20 | Plaintiff, | **JOINT FURTHER CASE MANAGEMENT STATEMENT** |
21 | v. | |
   | | Date: May 8, 2006 |
22 | **APPLE COMPUTER, INC.,** | Time: 9:00 a.m. |
   | | Place: Courtroom 8, 4th Floor |
23 | **Defendant.** | |

24

25

26

27    The parties to the above-entitled action jointly submit this Further Case Management

28 Statement.

C 05 00037 JW
JOINT FURTHER CMC STATEMENT

1  The schedule for the case will depend on the Court's decision on the pending motion for leave to file the proposed second amended complaint. In the event that the Court grants the motion, the parties propose the following class discovery schedule.

- Defendant to serve written discovery to plaintiffs by May 15, 2006.
- Plaintiffs to respond to written discovery by June 15, 2006.
- Defendant to respond to previous written discovery served by Slattery by June 15, 2006.
- Plaintiffs to submit to depositions by August 15, 2006.

Defendant proposes that, after that discovery, the parties may move for summary judgment or adjudication on the following schedule.

- Rule 56 motions: September 15, 2006.
- Oppositions: October 13, 2006.
- Reply: November 3, 2006.
- Hearing: November 20, 2006.

Given that the Court has previously limited the initial round of discovery to that germane for plaintiff's class certification motion, plaintiff objects to defendant being allowed to file a motion for summary judgment prior to adjudication on the motion for class certification, and specifically objects to holding a hearing on summary judgment prior to the opportunity to obtain all pertinent discovery. Plaintiff also reserves the right to object to Rule 56 motions before class determination and reserves the right to request discovery necessary to meet any such motion.

In defendant's view, plaintiffs will be able to obtain appropriate discovery in that the parties have agreed that plaintiffs can depose any summary judgment declarant not previously deposed. In addition, plaintiffs may use Rule 56(f) if they believe they need additional discovery to meet the summary judgment motions.

Defendant proposes that if a party moves for summary judgment or adjudication, the schedule for determination of class certification will be set, if necessary, after the Rule 56 motion is decided. Plaintiff submits that class certification adjudication should proceed before any

1 briefing or adjudication on summary judgment. If no party moves for summary judgment or

2 adjudication, the parties agree to the following schedule for determination of class certification.

3 - Close of discovery relating to class certification issues: September 1, 2006.

4 - Plaintiffs to file motion for class certification: October 2, 2006.

5 - Defendant to file opposition to motion for class certification: November 3, 2006.

6 - Plaintiffs to file reply: November 20, 2006.

7 - Hearing on motion for class certification: December 11, 2006.

8 If the Court denies the motion for leave to file the proposed second amended complaint,

9 the parties will meet and confer on a schedule for any further proceedings.

Dated: April 25, 2006        ___/s/ Roy Katriel_____
                             Roy A. Katriel (*pro hac vice*)
                             THE KATRIEL LAW FIRM
                             1101 30TH Street, NW
                             Suite 500
                             Washington, DC 20007
                             Telephone: (202) 625-4342
                             Facsimile: (202) 625-6774

                             *Counsel for Plaintiff*

Dated: April 25, 2006         _/s/ Robert A. Mittelstaedt_____
                             Robert A. Mittelstaedt
                             JONES DAY
                             555 California Street, 26th Floor
                             San Francisco, CA 94104
                             Telephone: (415): 626-3939
                             Facsimile: (415) 875-5700

                             *Counsel for Apple Computer, Inc.*