IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas Slattery, | NO. C 05-00037 JW |
| Plaintiff, | **ORDER RESCHEDULING HEARINGS ON MOTIONS** |
| v. | |
| Apple Computer, Inc. | |
| Defendant. | |

Please take note that on the Court's own motion, the following scheduled hearings are vacated:

1. May 8, 2006 - Plaintiff's Motion for Leave to File Second Amended Complaint and Further Case management Conference.

2. May 15, 2006 - Plaintiff's Motion for Class Certification

The new hearings dates are as follow:

1. Plaintiff's Motion for Leave to File Second Amended Complaint shall be heard on **Friday, June 2, 2006 at 9 a.m.**

2. Plaintiff's Motion for Class Certification shall be heard on **Friday, June 23, 2006 at 9 a.m.** The Court will also conduct a case management conference on this day at 10 a.m. Pursuant to the Local Rules of this Court, the parties shall file a joint case management statement ten days before the date of the conference.

Dated: May 4, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Adam Richard Sand arsand@JonesDay.com
Caroline N. Mitchell cnmitchell@jonesday.com
3  Eric J. Belfi ebelfi@murrayfrank.com
Jacqueline Sailer jsailer@murrayfrank.com
4  Michael David Braun service@braunlawgroup.com
Robert A. Mittelstaedt ramittelstaedt@jonesday.com
5  Roy A. Katriel rak@katriellaw.com
Tracy Strong tstrong@jonesday.com

7  **Dated: May 4, 2006**                    **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
         **Melissa Peralta**
         **Courtroom Deputy**