1  Roy A. Katriel
   The Katriel Law Firm, P.C.
2  1101 30th Street, NW, Suite 500
   Washington, DC  20007
3  Phone: 202-625-4342
   Fax: 202-624-6774
4  rk618@aol.com

5  Attorneys for Plaintiffs
   THOMAS WILLIAM SLATTERY, et al.
6

   Robert A. Mittelstaedt #060359
7  Caroline N. Mitchell #143124
   Adam R. Sand #217712
8  JONES DAY
   555 California Street, 26th Floor
9  San Francisco, CA  94104
   Telephone:    (415) 626-3939
10 Facsimile:    (415) 875-5700
   ramittelstaedt@jonesday.com
11 cnmitchell@jonesday.com
   arsand@jonesday.com
12

13 Attorneys for Defendant
   APPLE COMPUTER, INC.
14

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC.,<br><br>Defendant. | Case No. C 05 00037 JW<br><br>CLASS ACTION<br><br>STIPULATION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>Date:   June 30, 2006<br>Time:  9:00 a.m.<br>Judge: Honorable James Ware<br>            Courtroom 8, 4th Floor |

SFI-542207v1

STIP TO CON'T HRG ON PLNTFS' MOT. FOR LEAVE TO FILE 2ND AMEND COMP.; Case No. C 05 00037

1  The parties hereby stipulate that the hearing on plaintiffs' motion for leave to file a second
2  amended complaint, previously set for May 8, 2006 and moved by the Court to June 2, 2006, may
3  be continued until June 30, 2006, at 9 a.m.
4
5  Dated: May 24, 2006                       JONES DAY
6
7                                            By: /s/
8                                            Robert A. Mittelstaedt
9                                            Counsel for Defendant
                                              APPLE COMPUTER, INC.
10
11 Dated: May 24, 2006                       THE KATRIEL LAW FIRM, P.C.
12
13                                            By: /s/ RAK by RAM by authorization
                                              Roy A. Katriel
14
15                                            Counsel for Plaintiff
                                              THOMAS WILLIAM SLATTERY
16
17 IT IS SO ORDERED:
18
19 _____
   JUDGE JAMES WARE
20