Roy A. Katriel
The Katriel Law Firm, P.C.
1101 30th Street, NW, Suite 500
Washington, DC 20007
Phone: 202-625-4342
Fax: 202-624-6774
rk618@aol.com

Attorneys for Plaintiffs
THOMAS WILLIAM SLATTERY, et al.

Robert A. Mittelstaedt #060359
Caroline N. Mitchell #143124
Adam R. Sand #217712
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com
arsand@jonesday.com

Attorneys for Defendant
APPLE COMPUTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC.,<br><br>Defendant. | Case No. C 05 00037 JW<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Date:   June 30, 2006<br>Time:  9:00 a.m.<br>Judge: Honorable James Ware<br>         Courtroom 8, 4th Floor |

SFI-542207v1

STIP TO CON'T HRG ON PLNTFS' MOT. FOR LEAVE TO FILE 2ND AMEND COMP.; Case No. C 05 00037

The parties hereby stipulate that the hearing on plaintiffs' motion for leave to file a second amended complaint, previously set for May 8, 2006 and moved by the Court to June 2, 2006, may be continued until June 30, 2006, at 9 a.m.

Dated: May 24, 2006

JONES DAY

By: /s/ Robert A. Mittelstaedt

Counsel for Defendant
APPLE COMPUTER, INC.

Dated: May 24, 2006

THE KATRIEL LAW FIRM, P.C.

By: /s/ RAK by RAM by authorization
Roy A. Katriel

Counsel for Plaintiff
THOMAS WILLIAM SLATTERY

IT IS SO ORDERED:    DATED: 5/26/06

/s/ JAMES WARE
JUDGE JAMES WARE