IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas Slattery, | NO. C 05-00037 JW |
|         Plaintiff,<br>v. | **ORDER SCHEDULING HEARING ON PLAINTIFF'S MOTION** |
| Apple Computer, Inc. | |
|         Defendant._____/ | |

Pursuant to the Court's May 4, 2006 Order rescheduling hearing on certain motions, Plaintiff's Motion for Leave to File Second Amended Complaint shall be heard on **Friday, June 2, 2006 at 9 a.m.** (See Docket Item No. 67.) The stipulation and order issued on May 26, 2006 is in error. (See Docket Item No. 69.) The Court specially set this hearing and thus, the date cannot be changed by the parties. Accordingly, the May 4, 2006 Order is the operative Order for these proceedings.

Dated: May 26, 2006

                                                                            JAMES WARE<br>                                                                            United States District Judge

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Adam Richard Sand arsand@JonesDay.com
Caroline N. Mitchell cnmitchell@jonesday.com
3 Eric J. Belfi ebelfi@murrayfrank.com
Jacqueline Sailer jsailer@murrayfrank.com
4 Michael David Braun service@braunlawgroup.com
Robert A. Mittelstaedt ramittelstaedt@jonesday.com
5 Roy A. Katriel rak@katriellaw.com
Tracy Strong tstrong@jonesday.com

7 **Dated: May 26, 2006**                              **Richard W. Wieking, Clerk**

                                                        **By:   /s/ JW Chambers
                                                               Melissa Peralta
                                                               Courtroom Deputy**