IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas William Slattery, individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>Apple Computer, Inc.,<br><br>          Defendant.<br>_____/ | NO. C 05-00037 JW<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

     Based on the June 2, 2006 hearing on Plaintiff's Motion for Leave to File the Second Amended Complaint, the Court vacates the hearing on Plaintiff's Motion for Class Certification presently scheduled for June 23, 2006 at 9 a.m.  The Court will issue a case management date in a separate order to set a new schedule for the case.


Dated:  June 22, 2006

                                                                  JAMES WARE
                                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand arsand@JonesDay.com
Caroline N. Mitchell cnmitchell@jonesday.com
Eric J. Belfi ebelfi@murrayfrank.com
Jacqueline Sailer jsailer@murrayfrank.com
Michael David Braun service@braunlawgroup.com
Robert A. Mittelstaedt ramittelstaedt@jonesday.com
Roy A. Katriel rak@katriellaw.com
Tracy Strong tstrong@jonesday.com

**Dated: June 22, 2006**                                  **Richard W. Wieking, Clerk**

                                                   **By:    /s/ JW Chambers**
                                                           **Melissa Peralta**
                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California