| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | JOHN J. STOIA, JR. (141757) johns@lerachlaw.com |
| 3 | BONNY E. SWEENEY (176174) bonnys@lerachlaw.com |
| 4 | CHRISTOPHER M. BURKE (214799) chrisb@lerachlaw.com |
| 5 | 655 West Broadway, Suite 1900 San Diego, CA 92101 |
| 6 | Telephone: 619/231-1058 619/231-7423 (fax) |
| 7 | |
| 8 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. ANDREW S. FRIEDMAN |
| 9 | afriedman@bffb.com ELAINE A. RYAN |
| 10 | eryan@bffb.com TODD D. CARPENTER |
| 11 | tcarpenter@bffb.com 2901 North Central Avenue, Suite 1000 |
| 12 | Phoenix, AZ 85012 Telephone: 602/274-1100 |
| 13 | 602/274-1199 (fax) |
| 14 | Attorneys for Plaintiff Melanie Tucker |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THOMAS WILLIAM SLATTERY, individually, and on behalf of all others similarly situated, | ) ) ) ) | No. C 05-00037 JW ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED – CIVIL L.R. 3-12 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| APPLE COMPUTER, INC., | ) ) | |
| Defendant. | ) ) | |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | MELANIE TUCKER, On Behalf of Herself and All Others Similarly Situated, ) | No. C-06-04457-HRL |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | APPLE COMPUTER, INC., a California corporation, ) ) | |
| 6 | Defendant. ) ) | |

Plaintiff Melanie Tucker in case No. C 06-4457-HRL, *Tucker v. Apple Computer, Inc.*, moves the Court pursuant to Northern District of California Civil L.R. 3-12 and 7-11 to consider whether the following cases should be related:

1. *Slattery v. Apple Computer, Inc.*, No. C 05-00037-JW (N.D. Cal. filed Jan. 3, 2005); and

2. *Tucker v. Apple Computer, Inc.*, No. C 06-4457-HRL (N.D. Cal. filed July 21, 2006).

Local Rule 3-12 provides that an action is related to another when they "concern substantially the same parties, property, transaction or event; and [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Such is the situation before the Court in both of the above putative class action cases on behalf of direct portable media players and electronic files against Apple Computer, Inc. While differing in some particulars, both allege Apple Computer, Inc. monopolized, attempted to monopolize, and engaged in illegal tying in the market for online music and portable digital music players. The class period in the two cases both begin in April 2003 and the classes substantially overlap, with the *Tucker* class encompassing all members of the *Slattery* class.

DATED: August 22, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
CHRISTOPHER M. BURKE


      s/ JOHN J. STOIA, JR.
      JOHN J. STOIA, JR.

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

1
2  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
3  ANDREW S. FRIEDMAN
ELAINE A. RYAN
4  TODD D. CARPENTER
2901 North Central Avenue, Suite 1000
5  Phoenix, AZ  85012
Telephone:  602/274-1100
6  602/274-1199 (fax)

7  Attorneys for Plaintiff Melanie Tucker

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED – CIVIL
L.R. 3-12 - C 05-00037 JW                                                                                                              - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List in Mailing Information for a Case 5:05-cv-00037-JW, and I hereby certify that I have e-mailed the foregoing document or paper to the CM/ECF participants indicated on the attached Mailing Information for a Case 5:06-cv-04457-HRL.

    s/ JOHN J. STOIA, JR.
JOHN J. STOIA, JR.

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:JohnS@lerachlaw.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Roy A. Katriel**
  rak@katriellaw.com rk618@aol.com

- **Caroline N. Mitchell**
  cnmitchell@jonesday.com mlandsborough@jonesday.com;ybennett@jonesday.com

- **Robert A. Mittelstaedt**
  ramittelstaedt@jonesday.com ybennett@jonesday.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand, Esq**
  arsand@JonesDay.com mlandsborough@jonesday.com

- **Tracy Strong**
  tstrong@jonesday.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 5:06-cv-04457-HRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher M. Burke**
  chrisb@lerachlaw.com christinas@lerachlaw.com

- **John J. Stoia, Jr**
  jstoia@lerachlaw.com

- **Bonny E. Sweeney**
  bsweeney@lerachlaw.com tturner@lerachlaw.com;E_file_sd@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd D Carpenter
Bonnett Fairbourn Friedman & Balint, PC
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012

Andrew S. Friedman
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```