1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  JOHN J. STOIA, JR. (141757)
   johns@lerachlaw.com
3  BONNY E. SWEENEY (176174)
   bonnys@lerachlaw.com
4  CHRISTOPHER M. BURKE (214799)
   chrisb@lerachlaw.com
5  655 West Broadway, Suite 1900
   San Diego, CA 92101
6  Telephone: 619/231-1058
   619/231-7423 (fax)
7
   BONNETT, FAIRBOURN, FRIEDMAN
8    & BALINT, P.C.
   ANDREW S. FRIEDMAN
9  afriedman@bffb.com
   ELAINE A. RYAN
10 eryan@bffb.com
   TODD D. CARPENTER
11 tcarpenter@bffb.com
   2901 North Central Avenue, Suite 1000
12 Phoenix, AZ 85012
   Telephone: 602/274-1100
13 602/274-1199 (fax)

14 Attorneys for Plaintiff Melanie Tucker

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18 THOMAS WILLIAM SLATTERY,                ) No. C 05-00037 JW
   individually, and on behalf of all others )
19 similarly situated,                      ) STIPULATION REGARDING PLAINTIFF
                                            ) MELANIE TUCKER'S ADMINISTRATIVE
20                        Plaintiff,        ) MOTION TO CONSIDER WHETHER
                                            ) CASES SHOULD BE RELATED – CIVIL
21        vs.                               ) L.R. 3-12
                                            )
22 APPLE COMPUTER, INC.,                    )
                                            )
23                        Defendant.        )
                                            )
24 —————————————————————
   [Caption continued on following page.]
25

26

27

28

1 | MELANIE TUCKER, On Behalf of Herself        )    No. C-06-04457-HRL
  | and All Others Similarly Situated,          )
2 |                                             )
  |                          Plaintiff,         )
3 |                                             )
  |        vs.                                  )
4 |                                             )
  | APPLE COMPUTER, INC., a California          )
5 | corporation,                                )
  |                                             )
6 |                          Defendant.         )
  | _____ )
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    WHEREAS, Plaintiff Thomas William Slattery filed suit against Apple Computer, Inc.

2   ("Apple"), in the District Court of the Northern District of California. *Slattery v. Apple Computer,*

3   *Inc.*, No. C 05-00037-JW (N.D. Cal. filed Jan. 3, 2005) ("the *Slattery* action");

4    WHEREAS, Plaintiff Melanie Tucker filed suit against Apple in the District Court of the

5   Northern District of California. *Tucker v. Apple Computer, Inc.*, No. C 06-4457-HRL (N.D. Cal.

6   filed July 21, 2006) ("the *Tucker* action"); and

7    WHEREAS, Northern District of California Civil L.R. 3-12 provides that an action is related

8   to another when they "concern substantially the same parties, property, transaction or event; and [i]t

9   appears likely that there will be an unduly burdensome duplication of labor and expense or

10   conflicting results if the cases are conducted before different Judges;"

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval of

2  the Court, that the *Slattery* and *Tucker* actions are related as defined by Northern District of

3  California Civil L.R. 3-12.

4  DATED: August 22, 2006                    LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
5                                            JOHN J. STOIA, JR.
                                             BONNY E. SWEENEY
6                                            CHRISTOPHER M. BURKE

7

8                                            _____
                                                  JOHN J. STOIA, JR.
9
                                             655 West Broadway, Suite 1900
10                                           San Diego, CA 92101
                                             Telephone: 619/231-1058
11                                           619/231-7423 (fax)

12                                           Attorneys for Plaintiff Melanie Tucker

13  DATED: August ___, 2006                  THE KATRIEL LAW FIRM, P.L.L.C.
                                             ROY A. KATRIEL
14

15

16                                           _____
                                                  ROY A. KATRIEL
17                                           1101 30th Street, NW, Suite 500
                                             Washington, DC 20007
18                                           Telephone: 202/625-4342

19                                           Attorney for Plaintiff Thomas William Slattery

20  DATED: August ___, 2006                  JONES DAY
                                             ROBERT A. MITTELSTAEDT
21

22

23                                           _____
                                                  ROBERT A. MITTELSTAEDT
24                                           555 California Street, 26th Floor
                                             San Francisco, CA 94104
25                                           Telephone: 415/875-5710
                                             415/875-5700 (fax)
26
                                             Attorney for Defendant Apple Computer, Inc.
27

28

STIP RE PLTF TUCKER'S ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED – CIVIL L.R. 3-12 - C 05-00037 JW                                      - 2 -

1    IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval of

2 the Court, that the *Slattery* and *Tucker* actions are related as defined by Northern District of

3 California Civil L.R. 3-12.

4 DATED: August ___, 2006    LERACH COUGHLIN STOIA GELLER
                             RUDMAN & ROBBINS LLP
5                            JOHN J. STOIA, JR.
                             BONNY E. SWEENEY
6                            CHRISTOPHER M. BURKE

7

8                            _____
9                                    JOHN J. STOIA, JR.

10                           655 West Broadway, Suite 1900
                             San Diego, CA 92101
                             Telephone: 619/231-1058
11                           619/231-7423 (fax)

12                           Attorneys for Plaintiff Melanie Tucker

13 DATED: August 22, 2006    THE KATRIEL LAW FIRM, P.L.L.C.
                             ROY A. KATRIEL
14

15

16                           _____
                                     ROY A. KATRIEL

17                           1101 30th Street, NW, Suite 500
                             Washington, DC 20007
18                           Telephone: 202/625-4342

19                           Attorney for Plaintiff Thomas William Slattery

20 DATED: August ___, 2006    JONES DAY
                             ROBERT A. MITTELSTAEDT
21

22

23                           _____
                                   ROBERT A. MITTELSTAEDT

24                           555 California Street, 26th Floor
                             San Francisco, CA 94104
25                           Telephone: 415/875-5710
                             415/875-5700 (fax)
26
                             Attorney for Defendant Apple Computer, Inc.
27

28

STIP RE PLTF TUCKER'S ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED – CIVIL L.R. 3-12 - C 05-00037 JW                                    - 2 -

1       IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval of

2 the Court, that the *Slattery* and *Tucker* actions are related as defined by Northern District of

3 California Civil L.R. 3-12.

4 DATED: August ___, 2006            LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP

5                                        JOHN J. STOIA, JR.
                                       BONNY E. SWEENEY

6                                        CHRISTOPHER M. BURKE

7

8                                _____

9                                      JOHN J. STOIA, JR.

10                                655 West Broadway, Suite 1900
                               San Diego, CA 92101
                               Telephone: 619/231-1058

11                                619/231-7423 (fax)

12                                Attorneys for Plaintiff Melanie Tucker

13 DATED: August ___, 2006            THE KATRIEL LAW FIRM, P.L.L.C.
                                       ROY A. KATRIEL

14

15

16                                _____
                                    ROY A. KATRIEL

17                                1101 30th Street, NW, Suite 500
                               Washington, DC 20007

18                                Telephone: 202/625-4342

19                                Attorney for Plaintiff Thomas William Slattery

20 DATED: August 18, 2006            JONES DAY
                                     ROBERT A. MITTELSTAEDT

21

22

23                                _____
                                   ROBERT A. MITTELSTAEDT

24                                555 California Street, 26th Floor
                               San Francisco, CA 94104

25                                Telephone: 415/875-5710
                               415/875-5700 (fax)

26

27                                Attorney for Defendant Apple Computer, Inc.

28

1                           <u>CERTIFICATE OF SERVICE</u>

2          I hereby certify that on August 22, 2006, I electronically filed the foregoing with the Clerk of

3    the Court using the CM/ECF system which will send notification of such filing to the e-mail

4    addresses denoted on the attached Electronic Mail Notice List in Mailing Information for a Case

5    5:05-cv-00037-JW, and I hereby certify that I have e-mailed the foregoing document or paper to the

6    CM/ECF participants indicated on the attached Mailing Information for a Case 5:06-cv-04457-HRL.

7
                                          s/ JOHN J. STOIA, JR.
8                                         JOHN J. STOIA, JR.

9                                         LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
10                                        655 West Broadway, Suite 1900
                                          San Diego, CA 92101
11                                        Telephone: 619/231-1058
                                          619/231-7423 (fax)
12                                        E-mail:JohnS@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Roy A. Katriel**
  rak@katriellaw.com rk618@aol.com

- **Caroline N. Mitchell**
  cnmitchell@jonesday.com mlandsborough@jonesday.com;ybennett@jonesday.com

- **Robert A. Mittelstaedt**
  ramittelstaedt@jonesday.com ybennett@jonesday.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand, Esq**
  arsand@JonesDay.com mlandsborough@jonesday.com

- **Tracy Strong**
  tstrong@jonesday.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 5:06-cv-04457-HRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher M. Burke**
  chrisb@lerachlaw.com christinas@lerachlaw.com

- **John J. Stoia, Jr**
  jstoia@lerachlaw.com

- **Bonny E. Sweeney**
  bsweeney@lerachlaw.com tturner@lerachlaw.com;E_file_sd@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd D Carpenter
Bonnett Fairbourn Friedman & Balint, PC
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012

Andrew S. Friedman
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```