| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | JOHN J. STOIA, JR. (141757)P<br>johns@lerachlaw.com |
| 3 | BONNY E. SWEENEY (176174)<br>bonnys@lerachlaw.com |
| 4 | CHRISTOPHER M. BURKE (214799)<br>chrisb@lerachlaw.com |
| 5 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 6 | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 7 | |
| 8 | BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C.<br>ANDREW S. FRIEDMAN |
| 9 | afriedman@bffb.com<br>ELAINE A. RYAN |
| 10 | eryan@bffb.com<br>TODD D. CARPENTER |
| 11 | tcarpenter@bffb.com<br>2901 North Central Avenue, Suite 1000 |
| 12 | Phoenix, AZ 85012<br>Telephone: 602/274-1100 |
| 13 | 602/274-1199 (fax) |
| 14 | Attorneys for Plaintiff Melanie Tucker |
| 15 | UNITED STATES DISTRICT COURT |
| 16 | NORTHERN DISTRICT OF CALIFORNIA |
| 17 | SAN JOSE DIVISION |

| | | |
|---|---|---|
| 18 | THOMAS WILLIAM SLATTERY,<br>individually, and on behalf of all others<br>similarly situated, | ) No. C 05-00037 JW<br>)<br>) [PROPOSED] RELATED CASE ORDER –<br>) CIVIL L.R. 3-12 |
| 20 |             Plaintiff, | ) |
| 21 |   vs. | ) |
| 22 | APPLE COMPUTER, INC., | ) |
| 23 |             Defendant. | ) |
| 24 | [Caption continued on following page.] | |

| | | |
|---|---|---|
| 1 | MELANIE TUCKER, On Behalf of Herself and All Others Similarly Situated, ) | No. C-06-04457-HRL |
| 2 | ) | |
| | Plaintiff, ) | |
| 3 | ) | |
| | vs. ) | |
| 4 | ) | |
| | APPLE COMPUTER, INC., a California ) | |
| 5 | corporation, ) | |
| | ) | |
| 6 | Defendant. ) | |
| | ) | |

1  A Motion for Administrative Relief to Consider Whether Cases Should be Related has been
2 filed, asserting that the above-captioned cases are related pursuant to Civil L.R. 3-12(b).  The time
3 for filing a statement to support or oppose the Motion has expired.  On the basis of the material
4 submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

5  **[ ] ARE NOT RELATED**

6  **[ ] ARE RELATED** as defined by Civil L.R. 3-12(b).  Pursuant to Civil L.R. 3-12(e), the
7 Clerk of the Court is ordered to reassign the later actions to the undersigned.  Counsel are instructed
8 that all future filings are to bear the initials JW immediately after the case number.  All matters
9 presently scheduled for hearing in the reassigned cases are vacated and must be renoticed for hearing
10 before the undersigned.

11                              *    *    *

12                              **O R D E R**

13  IT IS SO ORDERED.

14 DATED: _____    _____
                                          THE HONORABLE JAMES WARE
15                                         UNITED STATES DISTRICT JUDGE