| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| 2 | Caroline N. Mitchell #143124<br>Tracy M. Strong #221540 |
| 3 | JONES DAY<br>555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104<br>Telephone:     (415) 626-3939 |
| 5 | Facsimile:      (415) 875-5700<br>ramittelstaedt@jonesday.com |
| 6 | cnmitchell@jonesday.com<br>tstrong@jonesday.com |
| 7 | |
| 8 | Attorneys for Defendant<br>APPLE COMPUTER, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SOMTAI TROY CHAROENSAK and MARIANA ROSEN, Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC.,<br><br>Defendant. | Case No. C 05 00037 JW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DISMISSING ANTITRUST CLAIMS** |

SFI-554756v1

[PROPOSED] ORDER GRANTING
MOT. TO DISMISS
C-05-00037-JW

1   IT IS HEREBY ORDERED that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil
2   Procedure, Counts I through V and VII from the Second Amended Complaint of Somtai Troy
3   Charoensak and Mariana Rosen, filed August 28, 2006, are dismissed with prejudice and without
4   leave to amend.

Dated: _____                    _____
                                     Hon.  James Ware