**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAROENSAK, | No. C 05-00037 JW |
|       Plaintiff(s), | |
| | CLERK'S NOTICE |
|   v. | |
| APPLE COMPUTER, INC., | |
|       Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE before Judge James Ware previously noticed for OCTOBER 23RD, 2006 AT 10:00 AM, has been reset to **NOVEMBER 20, at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: October 12, 2006

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
    Elizabeth Garcia
    Courtroom Deputy