1  Robert A. Mittelstaedt #060359
   Caroline N. Mitchell #143124
2  Tracy M. Strong #221540
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
5  ramittelstaedt@jonesday.com
   cnmitchell@jonesday.com
6  tstrong@jonesday.com

7  Attorneys for Defendant
   APPLE COMPUTER, INC.
8

9
                       **UNITED STATES DISTRICT COURT**
10
                       **NORTHERN DISTRICT OF CALIFORNIA**
11
                              **SAN JOSE DIVISION**
12

13  | SOMTAI TROY CHAROENSAK and | **Case No. C 05 00037 JW** |
    | MARIANA ROSEN, Individually, And On | |
14  | Behalf Of All Others Similarly Situated, | **CLASS ACTION** |
    | | |
15  | Plaintiffs, | **DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS ANTITRUST CLAIMS OF SECOND AMENDED COMPLAINT OR, ALTERNATIVELY, REQUEST FOR LEAVE TO FILE RULE 56 MOTION ON ANTITRUST CLAIMS** |
16  | v. | |
17  | APPLE COMPUTER, INC., | |
18  | Defendant. | |
19  | | **DATE:**  November 20, 2006 |
    | | **TIME:**  9:00 a.m. |
20  | | **JUDGE:** Honorable James Ware |
    | | **COURTROOM**: 8 |

                                                    1          MOT. TO WITHDRAW
                                                               C-05-00037-JW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that, pursuant to Local Rule 7-7(e), defendant hereby withdraws its Motion to Dismiss Antitrust Claims of Second Amended Complaint or, Alternatively, Request for Leave to File Rule 56 Motion On Antitrust Claims in this action set for hearing November 20, 2006, in light of the pendency of the motion to dismiss in *Tucker v. Apple Computer, Inc.*, Case No. C06-4457 JW.  This is without prejudice to defendant's right to assert the same arguments by answer or subsequent motion depending on the outcome of the motion in *Tucker v. Apple*.

Dated: November 2, 2006

JONES DAY

By: /s/ _____
     Robert A. Mittelstaedt

Attorneys for Defendant

SFI-556821v1