UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

**CIVIL MINUTES**

**Judge: James Ware**           **Courtroom Deputy: Elizabeth Garcia**
Date:  11/20/2206              Court Reporter: Not Reported
Case No: C-05-00037-JW         Interpreter: N/A
     Related Case: 06-4457-JW

**TITLE**

**Somatai Try Charoensak and Mariana Rosen v. Apple Computer, Inc.**

**Attorney(s) for Plaintiff(s): Roy Katriel**
**Attorney(s) for Defendant(s):  Robert Mittelstaedt, Tracy Strong**

**PROCEEDINGS**

Case Management Conference

**ORDER AFTER HEARING**

Case Management held.  The Court issued the following scheduling order:

1. Hearing on Plaintiff's Motion for Class Certification is set for **4/16/2007 at 10 A.M.**
2. Plaintiff's Motion for Class Certification shall be filed by **1/22/2007**
3. Defendant's Opposition due by **3/12/2007**
4. Plaintiff's Reply due by **4/02/2007**
5. A Further Case Management Conference set for **3/19/2007 @ 10:00 AM**

Refer to the Court's Order Following Case Management Conference for specifics.