UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOMTAI TROY CHAROENSAK, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> APPLE COMPUTER, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: C 05-0037 JW (PVT) <br><br> **ORDER RE PARTIES' PROPOSED FORM OF PROTECTIVE ORDER** |

On December 11, 2006, the parties filed a proposed form of protective order regarding confidential information.[1] Based on the proposed form submitted,

IT IS HEREBY ORDERED that no later than January 3, 2006, the parties shall file a revised form of protective order that makes the following changes:

1. Describes the information that may be designated as "CONFIDENTIAL – ATTORNEYS EYES ONLY" as "extremely sensitive CONFIDENTIAL information whose disclosure to another party or nonparty would create a substantial risk of serious injury that could not be avoided by less restrictive means";

2. Expressly states that documents designated "CONFIDENTIAL" may be disclosed to the parties;

3. Replaces the words "filed under seal" on page 5, line 12, with the words "submitted to the court with a request to file under seal"; and

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

4. Replaces the wording in 11.(b) at page 7, lines 12-19, with: "The Clerk of the Court shall maintain under seal any documents that have been sealed by the court, subject to Civil Local Rule 79-5(f) and any further order of the court."

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the provisions of the parties' proposed form of protective order, as modified herein, shall govern the handling of confidential information exchanged or produced in connection with this action.

Dated: *12/15/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*