| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| | Caroline N. Mitchell #143124 |
| 2 | Tracy M. Strong #221540 |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA  94104 |
| 4 | Telephone:    (415) 626-3939 |
| | Facsimile:     (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | cnmitchell@jonesday.com |
| 6 | arsand@jonesday.com |
| 7 | Attorneys for Defendant |
| | APPLE COMPUTER, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SOMTAI TROY CHAROENSAK and MARIANA ROSEN, individually, and on behalf of all others similarly situated,** | Case No. C 05 00037 JW |
| | CLASS ACTION |
| **Plaintiffs,** | |
| v. | **STATEMENT OF CHANGES IN AMENDED STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION** |
| **APPLE COMPUTER, INC.,** | |
| **Defendant.** | |

On December 11, 2006, the parties filed a proposed form of protective order regarding confidential information.  On December 15, 2006, Magistrate Judge Patricia V. Trumbull ordered the parties to file a revised form of protective order making certain changes.  The parties are filing concurrently herewith an Amended Stipulation and [Proposed] Protective Order Regarding Confidential Information which makes the changes ordered by the Court, as well as additional changes agreed to by the parties.  The changes are as follows:

**Court-ordered changes:**

- Page 2, lines 20-23:  adds language required by the Court regarding materials designated "Confidential – Attorneys Eyes Only."

- Page 3, lines 21-22: adds language required by the Court permitting disclosure to the parties of materials designated "Confidential."
- Page 6, line 10-11: substitutes "filed under seal" with court-ordered language.
- Page 8, lines 8-10: replaces paragraph 11(b) with court-ordered language.

**Changes agreed to by the parties:**

- Pages 4-5, paragraph 7(d)(1)-(5): replaces former paragraph 7(d) regarding procedure for disclosure of "Confidential" and "Confidential – Attorneys Eyes Only" discovery materials to consultants.
- Addition of Exhibit B.

Dated: December 20, 2006

/s/ Tracy M. Strong
Tracy M. Strong
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

Counsel for Defendant
APPLE COMPUTER, INC.