1   Michael D. Braun (#167416)
    BRAUN LAW GROUP, P.C.
2   12400 Wilshire Boulevard,
    Suite 920
3   Los Angeles, CA 90025
    Telephone: (310) 442-7755
4   Facsimile: (310) 442-7756

5   Roy A. Katriel (pro hac vice application filed)
    THE KATRIEL LAW FIRM
6   1101 30TH Street, NW
    Suite 500
7   Washington, DC 20007
    Telephone: (202) 625-4342
8
    Jacqueline Sailer
9   Eric J. Belfi (pro hac vice)
    MURRAY, FRANK & SAILER LLP
10  275 Madison Avenue
    Suite 801
11  New York, NY 10016-1101
    Telephone: (212) 682-1818
12  Facsimile: (212) 682-1892

13  Counsel for Plaintiff

14          UNITED STATES DISTRICT COURT
15          NORTHERN DISTRICT OF CALIFORNIA
            SAN JOSE DIVISION

16  SOMTAI TROY CHAROENSAK and                     No. C-05-0037 JW
    MARIANNA ROSEN, Individually and on
17  Behalf of All Others Similarly Situated,

18                      Plaintiff,                 DECLARATION OF ROY A. KATRIEL IN
                                                   SUPPORT OF PLAINTIFFS' MOTION FOR
19          v.                                     CLASS CERTIFICATION

20  APPLE COMPUTER, INC.,                          Date: April 16, 2007
                                                   Time: 9:00 am
21                      Defendants.                Place: Courtroom 8, 4th Floor

22

23

24

25

26

27

28

Declaration of Roy A. Katriel in Support
Of Plaitfs' Mtn for Class Certification
Charoensak et. al. v. Apple Computer, Inc., 05-cv-37 JW

Dockets.Justia.com

1

I, Roy A. Katriel, declare:

2

3   1.   I am a partner at The Katriel Law Firm located at 1101 30th Street, NW Suite 500 in

4   Washington, DC, am counsel for plaintiffs in the above-entitled action, and am admitted to practice

5   pro hac vice before this Court in this action. I make this declaration out of my personal knowledge,

6   and if called upon to testify, I would and could do so as stated herein.

7   2.   Attached hereto as Exhibit 1 is a true and correct copy of Defendant's Responses o

8   Plaintiffs' First Set of Interrogatories Direct at Defendant Apple Computer, Inc. in this action.

9   3.   Attached hereto as Exhibit 2 is a firm biography detailing the experience and

10   qualifications of The Katriel Law Firm.

11   4.   Attached hereto as Exhibit 3 is a true and correct copy of the receipt of plaintiff

12   Somtai Troy Charoensak for the purchase of his Apple iPod from the Apple Store.

13   5.   Attached hereto as Exhibit 4 is a true and correct copy of the Purchase History of plaintiff

14   Somtai Troy Charoensak, documenting his purchases from Apple's iTunes music store.

15   6.   Attached hereto as Exhibit 5 is a true and correct copy of a credit card statement

16   belonging to plaintiff Marianna Rosen, documenting her purchase of an Apple iPod from the Apple

17   Store.

18   7.   Attached hereto as Exhibit 6 is a true and correct copy of a receipt documenting plaintiff

19   Marianna Rosen's second purchase of an Apple iPod from the Apple Store.

20   8.   Attached hereto as Exhibit 7 is a true and correct copy of the Purchase History of

21   plaintiff Marianna Rosen, documenting her purchases from Apple's iTunes music store.

22   I declare under penalty of perjury under the laws of the United States of America that the foregoing

23   is true and correct.

24   Executed this 22nd day of January, 2007 in Washington, DC.

25

26

27                                                                        /s/
                                                                   Roy A. Katriel

28

Declaration of Roy A. Katriel In Support
Of Plaintiffs' Mtn for Class Certification
Charoensak et. al, v. Apple Computer, Inc., 05-cv-37 JW

# EXHIBIT 1

1   Robert A. Mittelstaedt #060359
2   Caroline N. Mitchell #143124
    Adam R. Sand #217712
3   Tracy M. Strong #221540
    JONES DAY
4   555 California Street, 26th Floor
    San Francisco, CA 94104
5   Telephone:    (415) 626-3939
    Facsimile:    (415) 875-5700
6   ramittelstaedt@jonesday.com
    cnmitchell@jonesday.com
7   ewallace@jonesday.com
    arsand@jonesday.com
8
9   Attorneys for Defendant
    APPLE COMPUTER, INC.

10          UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12
13   SOMTAI TROY CHAROENSAK and              Case No. C 05 00037 JW
14   MARIANA ROSEN, individually, and
     on behalf of all others similarly situated,   DEFENDANT'S RESPONSES TO
                                                    PLAINTIFFS' FIRST SET OF
15              Plaintiffs,                          INTERROGATORIES DIRECTED AT
                                                    DEFENDANT APPLE COMPUTER, INC.
16        v.

17   APPLE COMPUTER, INC.,

18              Defendant.

19
20   Propounding Parties:     Plaintiffs Somtai Troy Charoensak and Mariana Rosen
21   Responding Party:        Defendant Apple Computer, Inc.
22   Set:                     One
23
24
25
26
27
28

SFI-53712694v7

Responses to First Set of Interrogatories
C 05 00037

1   By agreement of the parties, defendant Apple Computer, Inc. ("Apple") submits this
2   response to the First Set of Special Interrogatories originally served by then-plaintiff Slattery and
3   objected to by Apple when Slattery announced that he intended to withdraw from this case and
4   seek leave to substitute other plaintiffs in his stead.

5   **OBJECTIONS**

6   **Argumentative:** Apple objects to this discovery as argumentative to the extent it purports
7   to represent as fact matters that are disputed in the underlying litigation or mischaracterizes the
8   law. By responding, Apple in no way admits the accuracy of plaintiffs' characterization of either
9   the facts or the applicable law. This objection will hereafter be referred to as the "Argumentative
10  Objection."

11  **Burden:** Apple objects to the breadth and burden of this discovery in relationship to its
12  relevance. Apple objects to the extent this discovery seeks "all" responsive information
13  regardless of its materiality and relevance. Apple further objects to the extent producing pursuant
14  to a "sufficient to show standard," or in an alternative form, is more reasonable under the
15  circumstances. Apple will not produce documents or information in response to this request that
16  exceeds the discovery that plaintiffs are entitled to under the applicable statutes or rules. This
17  objection will hereafter be referred to as the "Burden Objection."

18  **Compound:** Apple objects to the extent that this discovery violates the applicable
19  procedural statutes or rules to the extent that it is compound, conjunctive or disjunctive, resulting
20  in plaintiffs disguising the true amount of discovery they are taking and makes the call of the
21  question (or questions) impossible to ascertain. Apple will treat each subpart as a separately
22  propounded request. This objection will hereafter be referred to as the "Compound Objection."

23  **Geographic Location:** Apple objects to the discovery to the extent it imposes on Apple
24  an obligation to search for and produce materials unrelated to the geographic scope at issue in this
25  case. For example, Apple will not produce information or documents discussing any geographic
26  regions outside the United States. This objection will hereafter be referred to as the "Geographic
27  Location Objection."

28

1.  **Reasonable and Diligent Search Objection:** Apple objects to the discovery to the

2.  extent it is overbroad and purports to require Apple to search broadly for responsive materials

3.  from persons who will not have responsive information. Apple will conduct a reasonable and

4.  diligent search for information in their possession, custody and control. This objection will be

5.  referred to hereafter as the "Reasonable and Diligent Search Objection."

6.  **Scope and Relevancy:** Apple objects to this discovery to the extent the scope of the

7.  requests for which plaintiffs seek responsive material is overbroad, burdensome and oppressive.

8.  This occurs when the discovery seeks information that is not reasonably calculated to lead to the

9.  discovery of admissible evidence or where the burden of producing the requested material far

10. outweighs the benefit to plaintiffs of its production. Apple further objects to the extent the

11. discovery requests do not relate to class certification issues, based on this Court's November 21,

12. 2006, Order Following Further Case Management Conference. By providing information or

13. documents responsive to these discovery requests, Apple is not waiving its right to rely on that

14. Order or agreeing that this discovery relates to class certification issues. This objection will

15. hereafter be referred to as the "Scope and Relevancy Objection."

16. **Time Period:** Apple objects to this discovery to the extent that the time period for which

17. plaintiffs ask Apple to respond is overbroad and burdensome. When Apple agrees to respond, but

18. asserts this objection, Apple will respond for the time period from April 28, 2003 through

19. November 30, 2006, unless it is clear from the substance of a request that a shorter period will

20. suffice (e.g., if a request relates to events that did not happen until 2005, Apple will search for

21. documents or information beginning in 2005, not 2004). This objection will hereafter be referred

22. to as the "Time Period Objection."

23. **Vague and Ambiguous:** Apple objects to this discovery to the extent that the terms used

24. are so amorphous and overbroad that they either make the breadth of the request if literally read

25. so overbroad and burdensome as to be unreasonable and beyond the bounds of relevance and/or

26. they make it difficult for Apple to ascertain, with specificity sufficient to allow defendant to

27. conduct a search, what materials plaintiffs is seeking. This objection will hereafter be referred to

28. as the "Vague and Ambiguous Objection."

# RESPONSES TO SPECIAL INTERROGATORIES

2 INTERROGATORY NO. 1: Other than the iPod, identify by brand and model number

3 and/or name each and every PORTABLE HARD-DRIVE DIGITAL MUSIC PLAYER that you

4 contend is capable of playing DIGITAL MUSIC FILES purchased from iTMS without first

5 altering in any way the DIGITAL MUSIC FILE (including without limitation altering and/or

6 converting the file format, encryption format, Digital Rights Management codes or programs

7 associated with the file).

8 RESPONSE TO INTERROGATORY NO. 1: Apple asserts the Scope and Relevancy,

9 Time Period, Vague and Ambiguous, Burden and Geographic Location objections. Apple also

10 objects that the phrase "altering in any way" is vague and ambiguous. Subject to these

11 objections, and without waiving same, Apple responds: Hewlett Packard iPod, Apple Shuffle,

12 Motorola ROKR, Motorola RAZR v3i and Motorola SLVR are capable of playing Digital Music

13 Files purchased from iTMS. In addition, copies of Digital Music Files purchased from iTMS may

14 be played on most if not all Portable Hard-Drive Digital Music Players, such as Creative's,

15 Microsoft's, Dell's, Rio's, iRiver's, RCA's, Panasonic's, Epson's, Gateway's, Archos', Nokia's

16 and others by simply copying the original file to an audio CD and loading it onto a computer. It

17 is unclear from plaintiffs' use of the terms "altering" or "converting" whether copying constitutes

18 such altering or converting.

19 INTERROGATORY NO. 2: Other than the iPod, identify by brand and model number

20 and/or name, each and every PORTABLE HARD-DRIVE DIGITAL MUSIC PLAYER that is

21 capable of playing DIGITAL MUSIC FILES encoded in Apple's "AAC Protected" format in that

22 file's native form, without first altering the file in any way (including without limitation altering

23 and/or converting the file format, encryption format, Digital Rights Management codes or

24 program's associated with the file).

25 RESPONSE TO INTERROGATORY NO. 2: See objections and response to No. 1.

26 INTERROGATORY NO. 3: Other than the iPod, identify by brand and model number

27 and/or name each and every PORTABLE HARD-DRIVE DIGITAL MUSIC PLAYER that is

28 capable of playing DIGITAL MUSIC FILES containing Apple's Fairplay Digital Rights

5

1   Management in that file's native form, without first altering the file in any way (including without

2   limitation altering and/or converting the file format, encryption format, Digital Rights

3   Management or programs or codes associated with the file).

4   **RESPONSE TO INTERROGATORY NO. 3:** See objections and response to No. 1.

5   **INTERROGATORY NO. 4:** Do you contend that under the iTMS Terms of Service

6   agreement, which is attached hereto as Ex. A, it is permissible for consumers who purchase a

7   DIGITAL MUSIC FILE from iTMS that is subject to Apple's Fairplay Digital Rights

8   Management to burn a copy of that file to a compact disc and rip or transfer that file back to the

9   consumer's computer so that the file may be played in a digital portable hand-drive music player

10  other than an iPod?

11  **RESPONSE TO INTERROGATORY NO. 4:** Apple asserts the Scope and Relevancy,

12  Compound, Time Period, Argumentative, Vague and Ambiguous and Burden objections. Subject

13  to these objections, and without waiving same, Apple responds: Yes, under the Terms of Service

14  Agreement, consumers may burn copyrighted songs to an audio CD and use them for personal,

15  noncommercial use.

16  **INTERROGATORY NO. 5:** Do you contend that burning onto a compact disc a

17  DIGITAL MUSIC FILE that is purchased from iTMS and "RIPPING" that file back into a

18  computer so as to circumvent Apple's Fairplay Digital Rights Management violates any of

19  Apple's Terms of Service, agreements, policies, licenses, rules, policies, and/or practice that are

20  or were in effect during any portion of the Class Period identified in the First Amended

21  Complaint in this action?

22  **RESPONSE TO INTERROGATORY NO. 5:** Apple asserts the Scope and Relevancy,

23  Compound, Time Period, Argumentative, Vague and Ambiguous, Geographic Location and

24  Burden objections. Apple also objects to the phrase "so as to circumvent Apple's Fairplay Digital

25  Rights Management" as vague, ambiguous and argumentative which renders this request

26  unintelligible and an incomplete hypothetical. Subject to these objections, and without waiving

27  same, Apple responds: Apple makes no such contention. Under Apple's Terms of Service

28

1  Agreement and licensing agreements with the record labels, consumers may burn copyrighted

2  songs to an audio CD and use them for personal, noncommercial use.

3  INTERROGATORY NO. 6: Unless your answer to Interrogatory No. 5 is an unequivocal

4  "No," identify with specificity each such agreement, Terms of Service, policy, license, rule,

5  policy, or practice that you contend the conduct described in Interrogatory No. 5 violates.

6  RESPONSE TO INTERROGATORY NO. 6: See objections and response to No. 5

7  above.

8  INTERROGATORY NO. 7: How many DIGITAL MUSIC FILES have been sold by

9  iTMS since April 28, 2003 to date?

10 RESPONSE TO INTERROGATORY NO. 7: Apple asserts the Reasonable and Diligent

11 Search, Scope and Relevancy, Geographic Location, Time Period and Burden objections. Subject

12 to these objections, and without waiving same, Apple responds: approximately 1,354,598,000

13 audio files were sold from April 28, 2003 through September 30, 2006 in the United States.

14 INTERROGATORY NO. 8: How many iPod units have been sold by Apple since April

15 28, 2003 to date?

16 RESPONSE TO INTERROGATORY NO. 8: Apple asserts the Reasonable and Diligent

17 Search, Scope and Relevancy, Geographic Location, Time Period and Burden objections. Subject

18 to these objections, and without waiving same, Apple responds: 13,251,142 iPods were sold by

19 Apple's retail and online stores in the United States from the beginning of the 3rd Quarter, 2003

20 (April 1, 2003) through the end of the 4th Quarter, 2006 (September 30, 2006).

21

22 Dated: December 2?, 2006                    Respectfully submitted,

23

24                                            JONES DAY

25

26                                            By: Tracy M. Strong

27                                            Counsel for Defendant

28                                            APPLE COMPUTER, INC.

9

# VERIFICATION

*Charoensak et al. v. Apple Computer, Inc.*

I, Jeff Robbin, am the Vice President of Engineering for the Applications Group of Apple Computer, Inc. ("Apple") and am authorized to execute this statement for and on behalf of Apple. I have read the foregoing Defendant's Objections and Responses to Plaintiffs' First Set of Interrogatories Directed at Defendant Apple Computer, Inc. The information set forth in the responses is based upon material gathered by employees and agents of Apple. Reserving the right to correct or amend the responses if inadvertent errors or additional information is subsequently discovered, I am informed and believe that the matters stated in the responses are true and correct and on that basis verify that they are true and correct.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Cupertino, California this 22 day of December, 2006.

By: _____
    Jeff Robbin

SF1-558827v1

**EXHIBIT 2**

# THE KATRIEL LAW FIRM

1101 30th Street, NW Suite 500
Washington, DC 20007
Telephone: (202) 625-4342
Facsimile: (202) 625-6774
email: rak@katriellaw.com

## ABOUT OUR FIRM

The Katriel Law Firm is a law firm specializing in class action litigation. We represent classes of litigants, primarily aggrieved consumers, in litigating their claims on a classwide basis where litigating consumers' individual claims separately would prove to be unfeasible. Our primary areas of focus are antitrust, consumer fraud/false advertising, and product liability class action litigation. We have represented millions of class members in a variety of class action suits, and have successfully settled numerous class action lawsuits.

## PRACTICE AREAS

Our class action litigation practice focuses primarily on the areas of antitrust, consumer fraud/false advertising, and product liability litigation. Occasionally, however, we litigate specific class action cases that fall outside the foregoing practice areas.

### Antitrust

Antitrust law seeks to ensure that markets are subject to competitive forces in our free-enterprise system, and remain free from unlawful market manipulation devices like price-fixing, market allocation, monopolization, tying, and other agreements in restraint of trade. By forbidding such practices, antitrust law ensures that businesses and ultimately consumers benefit from the fruits of competition—production of the best possible goods in a competitive market environment. Our firm represents and has represented consumers in class action cases alleging that particular defendant manufacturers, sellers, or dealers have engaged in unlawful monopolization, price-fixing, market allocation, and other agreements in restraint of trade.

### Consumer Fraud/False Advertising

A host of federal and state laws regulate fair market practices that protect consumers against unfair and deceptive business practices. These unfair practices include false and deceptive advertising or marketing, false labeling, consumer fraud, violations of implied or express warranties, and violations of various statutory and regulatory

The Katriel Law Firm
Page 2

requirements aimed at ensuring consumer protection. Our firm represents and has represented consumers in class action cases who allege that they have been injured as a result of manufacturers' or sellers' unfair or deceptive business practices.

### Product Liability

Product liability law, a subset of tort law, addresses the injury caused to users and purchasers of products that are defectively designed, manufactured, or improperly labeled. Potential remedies for such violations may include compensatory money damages, statutory or punitive damages, as well as appropriate equitable or injunctive relief to remedy the harm caused by the allegedly defective product. Our firm represents and has represented consumers in class action cases involving a whole host of industries and consumer products that are alleged to be defective.

## REPRESENTATIVE CLASS ACTION SETTLEMENTS

*Sevier v. Time Warner Cable.* The Katriel Law Firm was lead counsel in this successful settlement of an antitrust class action lawsuit brought on behalf of millions of subscribers of Time Warner Cable high-speed Internet service. The complaint alleged that defendants unlawfully tied the sale of their subscription service to the leasing of a cable modem device from defendants. After zealous and successful litigation by The Katriel Law Firm, which included litigation before the United States Court of Appeals for the Second Circuit, the district court entered its final order approving a class action settlement benefiting the class.

*Holliday v. Volkswagen of America.* The Katriel Law Firm was lead counsel in this successful settlement of a product liability class action lawsuit brought on behalf of owners and lessees of thousands of Volkswagen Jetta automobiles, who alleged that the electric seat heaters in the vehicles were defective. After successful litigation by The Katriel Law Firm in federal district court, the court issued its final order approving the class action settlement.

*King v. The Home Depot.* The Katriel Law Firm successfully settled this class action case in which plaintiffs alleged that Home Depot, Inc. deceptively allocated consumers' account payments in its "no payment no interest" store credit card. After successful litigation by The Katriel Law Firm in federal court, and by other plaintiffs' firms in various state courts, this matter was settled as part of a nationwide class action settlement that benefited the class.

The Katriel Law Firm
Page 3

## REPRESENTATIVE CLASS ACTION CASES

Stein v. SBC. The Katriel Law Firm is lead counsel in this antitrust class action brought on behalf of hundreds of thousands of subscribers of Pacific Bell's DSL service, who allege that defendants unlawfully monopolized the market for DSL service in California during the class period.

Ziegler v. Pacific Bell. The Katriel Law Firm is lead counsel in this unfair competition class action brought on behalf of millions of subscribers of Pacific Bell's California local telephone service, who allege that Pacific Bell engaged in unfair competition in its provision of local telephone service in California during the class period.

King v. McNeil Nutritionals. The Katriel Law Firm is lead counsel in this class action case that alleges that defendants engaged in false advertising and labeling, as well as other unfair and deceptive practices in connection with the marketing and sales of an artificial sweetener.

**EXHIBIT 3**

| | |
|---|---|
| Date | November 21, 2004 |
| Customer | Somtai charoensak |
| Address | 1774 27th Ave, San francisco, CA 94122 |
| Phone | |
| Email | |
| Receipt ID | * R 0 3 3 1 1 Y 1 6 1 7 * |

| Product Description | Warranty | Return Date | Support Contact | Qty | Unit Price | Total |
|---|---|---|---|---|---|---|
| iPod w/Click Wheel (20GB)<br>- Part Number M9282LL/A<br>- Serial Number JQ443PS5P59 | Effective through Nov. 21, 2005 | Dec. 05, 2004<br>$29.90 fee if opened | For Support, Visit: APPLECOM/SUPPORT | 1 | $299.00<br>Individual Educator | $299.00<br>($30.00) |

| | |
|---|---|
| sub-total | $269.00 |
| tax @8.5% | $22.87 |
| total | $291.87 |

| Payment Method | | | |
|---|---|---|---|
| Visa (A) | 7026 | 600583 | $291.87 |

| | |
|---|---|
| Total Tender | $291.87 |
| Change Due | $0.00 |

Page 1 of 1

Tell us about your experience at the Apple Store. Visit www.apple.com/feedback/retail.html

**EXHIBIT 4**

# Purchase History

🔒 Secure Connection

Latest Purchase

Date: 12/30/06 07:00 PM
Order: M340444458

| Item | Artist | Type | Price |
|---|---|---|---|
| We Fly High | Jim Jones | Song | $0.99 |
| Hips Don't Lie (featuring Wyclef Jean) | Shakira | Song | $0.99 |

Subtotal: $1.98
Tax: $0.00
Credit Card Total: $1.98

Previous Purchases

Previous | Next | Viewing Batch 1 out of 3

| Order Date | Order | Titles included in order | Total Price |
|---|---|---|---|
| 12/22/06 | M332880460 | Santa Claus Is Comin' to Town, Merry Christmas Baby, Streets of Philadelphia, All I Want for Christm... | $8.91 |
| 11/01/06 | M301415362 | Every Man for Himself | $1.99 |
| 10/24/06 | M296453115 | Over the Rainbow | $0.99 |
| 07/31/06 | M245792269 | Sex 'n' Money (Featuring Pharrell Williams) | $0.99 |
| 07/20/06 | M238853434 | Gift Certificate for Nancy | $10.00 |
| 07/09/06 | M234429348 | "?", Three Minutes, Live Together, Die Alone, Pt. 1, Live Together, Die Alone, Pt. 2 | $7.96 |
| 07/08/06 | M233032736 | The Other 48 Days | $1.99 |
| 07/06/06 | M232754035 | ...And Found, Abandoned | $3.98 |
| 07/05/06 | M232198642 | Man of Science, Man of Faith (Premiere), Adrift, Orientation, Everybody Hates Hugo | $7.96 |
| 06/28/06 | M228889796 | Step in the Name of Love, Crazy | $1.98 |

Report a Problem | Done

Copyright © 2006 Apple Computer, Inc. All rights reserved. | Privacy Policy | Terms of Service | Terms of Sale

Previous Purchases

Previous | Next | Viewing Batch 2 out of 3

| Order Date | Order | Titles included in order | Total Price |
|---|---|---|---|
| 06/19/06 | M223843301 | Pearl Jam | $9.99 |
| 06/06/06 | M216833912 | Outlaws | $0.99 |
| 05/16/06 | M205784307 | Because of You | $1.98 |
| 05/12/06 | M203447160 | Blow the Whistle (Main Version), Sing-a-Longs and Lullabies for the Film Curious George | $10.98 |
| 05/02/06 | M197890503 | Because of You | $0.99 |
| 03/24/06 | M177519967 | Both Sides of the Gun<br>Gift for kqavuong@gmail.com (Redeemed: 03/25/06 08:21 AM) | $12.99 |
| 03/22/06 | M176530023 | The Blower's Daughter | $0.99 |
| 02/17/06 | M158694067 | Friday I'm in Love | $0.99 |
| 02/14/06 | M156942830 | '86 aka Come Down On Me, '68 aka Only Time, The Fruity Track | $2.97 |
| 01/19/06 | M142625502 | Homage to Patagonia, Come, Nervous Tension, Kneel Before Your God, A Tune for Jack, His Majest... | $8.91 |
| 01/11/06 | M138390551 | Shake That Monkey | $0.99 |

Report a Problem | Done

Copyright © 2006 Apple Computer, Inc. All rights reserved. | Privacy Policy | Terms of Service | Terms of Sale

CHAROENSAK 000002

🔒 Secure Connection

# Purchase History

Latest Purchase

Date: 12/30/06 07:00 PM
Order: M340444458

| Item | Artist | Type | Price |
| --- | --- | --- | --- |
| We Fly High | Jim Jones | Song | $0.99 |
| Hips Don't Lie (featuring Wyclef Jean) | Shakira | Song | $0.99 |

Subtotal: $1.98
Tax: $0.00
Credit Card Total: $1.98

Previous Purchases

Viewing Batch 3 out of 3

| Order Date | Order | Titles included in order | Total Price |
| --- | --- | --- | --- |
| 01/04/0 | M134808243 | In-Flight That Learn Before You Land | $8.95 |
| 12/27/0 | M130222727 | Gold Digger (Featuring Jamie Foxx), Jesus Walks | $1.98 |
| 12/22/0 | M128865875 | Si Corazón, Eso No Es Na, Fiesta Brava, Eres la Candela, La Guarapachanga, Farther On Down the ... | $11.88 |
| 10/01/0 | M83370420 | Blue Hawaii | $9.99 |
| 07/11/0 | M77457463 | Cesaria Évora: Anthology | $9.99 |
| 03/10/0 | M40486503 | How We Do | $0.99 |
| 01/04/0 | M35163760 | Headsprung, Disco Inferno, Yo-Yo Ma Plays Ennio Morricone | $11.97 |
| 12/29/0 | M34181288 | Loyal to the Game | $9.99 |
| 12/19/0 | M32628204 | The Christmas Song (Merry Christmas to You), White Christmas, Mele Kalikimaka | $2.97 |
| 12/10/0 | M31432150 | The Bridge of San Luis Rey (Unabridged) | $12.95 |

Report a Problem Done

Copyright © 2006 Apple Computer, Inc. All rights reserved. | Privacy Policy | Terms of Service | Terms of Sale

CHAROENSAK 000003

🔒 Secure Connection

# Purchase History

Date: 10/17/05 01:42 PM
Order: M1Q4077544
Invoice: 531 7377567

| Item | Artist | Type | Price |
|---|---|---|---|
| Don't Wait Too Long | Madeleine Peyroux | Song | $0.99 |
| La Vie en Rose | Louis Armstrong | Song | $0.99 |
| Since U Been Gone | Kelly Clarkson | Song | $0.99 |
| Stupid Girl | Garbage | Song | $0.99 |
| Oh, Inverted World | The Shins | Playlist | $8.99 |
| Caring Is Creepy | The Shins | Song | |
| One By One All Day | The Shins | Song | |
| Weird Divide | The Shins | Song | |
| Know Your Onion! | The Shins | Song | |
| Girl Inform Me | The Shins | Song | |
| New Slang | The Shins | Song | |
| The Celibate Life | The Shins | Song | |
| Girl On The Wing | The Shins | Song | |
| Your Algebra | The Shins | Song | |
| Pressed in a Book | The Shins | Song | |
| The Past and Pending | The Shins | Song | |
| Happy Together | The Turtles | Song | $0.99 |
| At Last | Etta James | Song | $0.99 |
| The World of Nat King Cole (US Version) | Nat King Cole | Playlist | $13.98 |
| Smile | Nat King Cole | Song | |
| It's Only a Paper Moon | Nat King Cole | Song | |
| Straighten Up and Fly Right | Nat King Cole | Song | |
| (Get Your Kicks On) Route 66 | Nat King Cole | Song | |
| (I Love You) For Sentimental Reasons | Nat King Cole | Song | |
| Nature Boy | Nat King Cole | Song | |
| Too Young | Nat King Cole | Song | |
| Unforgettable | Nat King Cole | Song | |
| Walkin' My Baby Back Home | Nat King Cole | Song | |
| Orange Colored Sky | Nat King Cole | Song | |
| Send for Me | Nat King Cole | Song | |
| A Blossom Fell | Nat King Cole | Song | |
| Mona Lisa | Nat King Cole | Song | |
| Quizás, Quizás, Quizás | Nat King Cole | Song | |
| On the Street Where You Live | Nat King Cole | Song | |
| Always I'm Falling in Love | Nat King Cole | Song | |
| Darling, Je Vous Aime Beaucoup | Nat King Cole | Song | |
| Ramblin' Rose | Nat King Cole | Song | |
| Let There Be Love | Nat King Cole | Song | |
| You Stepped Out of a Dream | Nat King Cole | Song | |
| When I Fall in Love | Nat King Cole | Song | |
| L-O-V-E | Nat King Cole | Song | |
| Let's Face the Music and Dance | Nat King Cole | Song | |
| Just One of Those Things | Nat King Cole | Song | |
| Day In - Day Out | Nat King Cole | Song | |
| [illegible] | [illegible] | [illegible] | |
| Unforgettable | Nat King Cole & N... | Song | $0.99 |
| Stardust | Nat King Cole | Song | |
| Fly Me to the Moon (In Other Words) | Nat King Cole | Song | |

Subtotal: $29.91
Tax: $0.00
Credit Card Total: $29.91

Report a Problem | Done

Copyright © 2005 Apple Computer, Inc. All rights reserved. | Privacy Policy | Terms of Service | Terms of Sale

CHAROENSAK 000005

# Purchase History

Date: 10/17/05 01:42 PM
Order: M104072564
Invoice: 5212377557

| Item | Artist | Type | Price |
| --- | --- | --- | --- |
| Don't Wait Too Long | Madeleine Peyroux | Song | $0.99 |
| La Vie en Rose | Louis Armstrong | Song | $1.99 |
| Since U Been Gone | Kelly Clarkson | Song | $0.99 |
| Stupid Girl | Garbage | Song | $0.99 |
| Oh, Inverted World | The Shins | Playlist | $9.99 |
| Caring Is Creepy | The Shins | Song | |
| One By One All Day | The Shins | Song | |
| Weird Divide | The Shins | Song | |
| Know Your Onion! | The Shins | Song | |
| Girl Inform Me | The Shins | Song | |
| New Slang | The Shins | Song | |
| The Celibate Life | The Shins | Song | |
| Girl On the Wing | The Shins | Song | |
| Your Algebra | The Shins | Song | |
| Pressed In a Book | The Shins | Song | |
| The Past and Pending | The Shins | Song | |
| Happy Together | The Turtles | Song | $0.99 |
| At Last | Etta James | Song | $0.99 |
| The World of Nat King Cole (US Version) | Nat King Cole | Playlist | $12.99 |
| Smile | Nat King Cole | Song | |
| It's Only a Paper Moon | Nat King Cole | Song | |
| Straighten Up and Fly Right | Nat King Cole | Song | |
| (Get Your Kicks On) Route 66 | Nat King Cole | Song | |
| (I Love You) For Sentimental Reasons | Nat King Cole | Song | |
| Nature Boy | Nat King Cole | Song | |
| Too Young | Nat King Cole | Song | |
| Unforgettable | Nat King Cole | Song | |
| Walkin' My Baby Back Home | Nat King Cole | Song | |
| Orange Colored Sky | Nat King Cole | Song | |
| Send for Me | Nat King Cole | Song | |
| A Blossom Fell | Nat King Cole | Song | |
| Mona Lisa | Nat King Cole | Song | |
| Quizas, Quizas, Quizas | Nat King Cole | Song | |
| On the Street Where You Live | Nat King Cole | Song | |
| Almost Like Being In Love | Nat King Cole | Song | |
| Darling, Je Vous Aime Beaucoup | Nat King Cole | Song | |
| Ramblin' Rose | Nat King Cole | Song | |
| Let There Be Love | Nat King Cole | Song | |
| You Stepped Out of a Dream | Nat King Cole | Song | |
| When I Fall In Love | Nat King Cole | Song | |
| L-O-V-E | Nat King Cole | Song | |
| Let's Face the Music and Dance | Nat King Cole | Song | |
| Just One of Those Things | Nat King Cole | Song | |
| Day In - Day Out | Nat King Cole | Song | |
| Thou Swell (Live at the Sands) | Nat King Cole | Song | |
| Unforgettable | Nat King Cole & N... | Song | |
| Stardust | Nat King Cole | Song | |
| Fly Me to the Moon (In Other Words) | Nat King Cole | Song | $0.99 |

Subtotal: $28.91
Tax: $0.00
Credit Card Total: $28.91

Report a Problem | Done

Copyright © 2005 Apple Computer, Inc. All rights reserved. | Privacy Policy | Terms of Service | Terms of Sale

CHAROENSAK 000006

Secure Connection

## Purchase History

Date: 10/23/05 10:53 PM
Order: M108751289
Invoice: 8214452904

| Item | Artist | Type | Price |
|---|---|---|---|
| Il buono, il brutto, il cattivo (Titles) from The Good,... | Ennio Morricone | Song | $0.99 |
| Il Buono, Il Brutto, Il Cattivo (The Good, the Bad, ... | Ennio Morricone | Song | $0.99 |
| Eye of the Tiger | Survivor | Song | $0.99 |

Subtotal: $2.97
Tax: $0.00
Credit Card Total: $2.97

Secure Connection

## Purchase History

Date: 10/30/05 10:34 PM
Order: M108848257
Invoice: 5216672307

| Item | Artist | Type | Price |
|---|---|---|---|
| The Showdown | Ennio Morricone | Song | $0.99 |

Subtotal: $0.99
Tax: $0.00
Credit Card Total: $0.99

Secure Connection

## Purchase History

Date: 03/25/06 08:21 AM
Order: M177961260
Invoice: 5281569025

| Item | Artist | Type | Price |
|---|---|---|---|
| Gift from Sombre | Ben Harper | Playlist | $0.00 |
| Both Sides of the Gun | Ben Harper | Song | |
| Morning Yearning | Ben Harper | Song | |
| Waiting for You | Ben Harper | Song | |
| Picture in a Frame | Ben Harper | Song | |
| Never Leave Lonely Alone | Ben Harper | Song | |
| Sweet Nothing Serenade | Ben Harper | Song | |
| Reason to Mourn | Ben Harper | Song | |
| More Than Sorry | Ben Harper | Song | |
| Cryin' Won't Help You Now | Ben Harper | Song | |
| Happy Everafter in Your Eyes | Ben Harper | Song | |
| Better Way (War Mix) | Ben Harper | Song | |
| Both Sides of the Gun | Ben Harper | Song | |
| Engraved Invitation | Ben Harper | Song | |
| Black Rain | Ben Harper | Song | |
| Gather 'Round the Stone | Ben Harper | Song | |
| Please Don't Talk About Murder While I'm ... | Ben Harper | Song | |
| Get It Like You Like It | Ben Harper | Song | |
| The Way You Found Me | Ben Harper | Song | |

Subtotal: $0.00
Tax: $0.00

Report a Problem Done

Copyright © 2004 Apple Computer, Inc. All rights reserved. | Privacy Policy | Terms of Service | Terms of Sale

CHAROENSAK 000007

**EXHIBIT 5**

# Citi® Platinum Select® Card

Account Number
[redacted] 2969

Paid

**Customer Service:**
1-800-950-5114
BOX 6500
SIOUX FALLS, SD
57117

| Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|
| $8250 | $4559 | $1500 | $1500 | $3690.18 |
| Statement/ Closing Date | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| 03/10/2004 | $0.00 + | $27.22 + | $76.00 = | $103.22 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | | | Standard Purch | |
| | 3/10 | | [redacted] | |
| 2/13 | 2/13 | [redacted] | [redacted] | [redacted] |
| 2/16 | 2/16 | [redacted] | [redacted] | [redacted] |
| 2/17 | 2/17 | [redacted] | [redacted] | [redacted] |
| 2/18 | 2/18 | *BX2MP30 | APPLESTORE SHORT HILLS SHORT HILLS NJ | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 2/25 | [redacted] | [redacted] | [redacted] | [redacted] |
| 2/26 | [redacted] | [redacted] | [redacted] | [redacted] |
| 2/29 | 2/29 | [redacted] | [redacted] | [redacted] |
| 3/03 | 3/03 | [redacted] | [redacted] | [redacted] |
| 3/05 | 3/05 | [redacted] | [redacted] | [redacted] |
| 3/09 | 3/09 | [redacted] | [redacted] | [redacted] |
| | 3/10 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | [redacted] |

The Annual Percentage Rate on your account may increase due to one of the following reasons stated in your Card Agreement with us: if you fail to make a payment to us or any other creditor when due, you exceed your credit line or you make a payment to us that is not honored by your bank.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $27.22 | $3,638.27 | $0.00 | $24.69 | $3,690.18 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $27.22 | $3,638.27 | $0.00 | $24.69 | $3,690.18 |

Days This Billing Period: 29

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES Standard Purch | $2,591.48 | 0.03285%(D) | 11.990% | 11.990% |
| ADVANCES Standard Adv | $0.00 | 0.05477%(D) | 19.990% | 19.990% |

SEND PAYMENTS TO: CITI CARDS P.O. BOX 8107 S HACKENSACK, NJ 07606-8107 30788S
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE. PAYMENT MUST BE RECEIVED BY 1:00 AM LOCAL TIME ON 04/05/2004

Visit: www.citicards.com

citi

[redacted]2969369018103220015

Your Account Number
[redacted] 2969

| Payment Must Be Received By | Your Total Balance | Minimum Amount Due | Please Enter Amount Of Payment Enclosed |
|---|---|---|---|
| APR 05 2004 | $3690.18 | $103.22 | $ |

30788S MC 00 A 1 BR1010183

CITI CARDS
P.O. BOX 8107
S HACKENSACK, NJ 07606-8107

CONFIDENTIAL

MARIANNA ROSEN
236 TILLOU RD
SOUTH ORANGE NJ 07079-1522

( ) New Home Phone
( ) New Business Phone

* If you provide an e-mail address, we may use it to contact you about your account. We may also use your e-mail address to send you information about products and services you might find useful.

ROSEN 000002

Print changes of address, phone number or e-mail above ▪

**EXHIBIT 6**

ROSEN 000003

**Apple Store, Short Hills**
1200 Morris TPKE STE B102
Short Hills, NJ 07078
shorthills@apple.com
973-467-4890
www.apple.com/retail/shorthills

**September 20, 2006**

MARIANNA ROSEN

| | |
|---|---|
| **Contour Showcase Sport for iPod 30GB**<br>Part Number:TG341LL/A<br>Warranty effective through Sep. 18, 2008<br>Return Date:Oct. 04, 2006<br>Customer service – 800–462–6678 | $ 29.95 |
| **iPod,30GB – Black**<br>Part Number:MA446LL/A<br>Serial Number:8M635635V9M<br>Warranty effective through Sep. 19, 2007<br>Return Date:Oct. 04, 2006<br>$ 24.90 fee if opened<br>For Support, Visit: –<br>APPLE.COM/SUPPORT | $ 249.00 |
| **JBL OnStage II UD Black**<br>Part Number:TK199VC/A<br>Warranty effective through Sep. 19, 2007<br>Return Date:Oct. 04, 2006<br>For Support Contact: –<br>WWW.HARMANKARDON.COM | $ 129.95 |

| | |
|---|---|
| Sub-Total | $ 408.90 |
| Tax @ 7.0% | $ 28.62 |
| **Total** | **$ 437.52** |
| Amount Paid Via Master Card (A) | $ 437.52 |
| XXXXXXXXXXXX9578 | |
| 020109 | |

*R0431032061*

Tell us about your experience at the Apple Store. Visit www.apple.com/feedback/retail.html

**EXHIBIT 7**

ROSEN 000016



ROSEN 000017

| Artist | Type | Video | Price |
|--------|------|-------|-------|
| Shorts International | | | $1.99 |

Subtotal $1.99
Tax $0.14
Credit Card Total $2.13

Viewing Batch 1 out of 4

Titles included in order

| | Total Price |
|--|--|
| Like it Was, Nice She Ain't, Bang, Children and Art, Beautiful Girls, The Miracle Song | $12.78 |
| It Takes Two | $1.99 |
| Listen to the Rain On the Roof | $1.99 |
| Puccini: Turandot | $19.98 |
| Forever, Eighties, Someday, Find, Wave Force, Point Zero, Mind Games | $10.89 |
| The Colours, Easter Island, Easter Island (Cygnus X Mix), Mongoose | $0.99 |
| Here it is, By the Rivers Dark, Alexandra Leaving, You Have Loved Enough, Boogie Street | $0.00 |
| In My Secret Life, Closing Time | $1.99 |
| If I Had a Hammer, A Hard Rain's A Gonna Fall, Stagger Lee, Gates of Eden, It's All Over Now, Baby... | $0.00 |
| Living With War, Jukebox | $11.89 |
| Russian Orbs, Tennessee Stud | $1.98 |

LIBRARY
Music
Movies
TV Shows
Podcasts
Radio

STORE
iTunes Store

DEVICES
The Essenti...

PLAYLISTS
Party Shuffle
60's Music
Music Videos
Selected Item

Account Information   Purchase History

File Edit Controls View Store Advanced Help iTunes

View Search iTunes Store

LIBRARY
Music
Movies
TV Shows
Podcasts
Radio

STORE
iTunes Store

DEVICES
The Essenti...

PLAYLISTS
Party Shuffle
60's Music
Music Videos

Selected Item

Account Information > Purchase History marianna.rosen@earthlink.com

Office Party Shorts International Video

Previous Purchases

Previous Next Viewing Batch 2 out of 4

| Order Date | Order | Titles included in order |
|---|---|---|
| 05/28/06 | M211903312 | Hurricane, Jokerman, Maggie's Farm, Mr. Tambourine Man, Positively 4th Street, Bad, Bad \| |
| 05/22/06 | M208815915 | Remember, Pt. 2, Wish You Were Here, Another Brick in the Wall, Pt. 1, Another Brick in th |
| 05/16/06 | M205671810 | No One Is Alone |
| 05/09/06 | M201897419 | I Know Things Now |
| 05/03/06 | M198484683 | It Wasn't Meant to Happen |
| 04/18/06 | M190496897 | Don't Look At Me |
| 04/05/06 | M183683138 | Everybody Says Don't |
| 03/29/06 | M180180498 | Could I Leave You? |
| 03/15/06 | M172862202 | There Is No Other Way |
| 02/23/06 | M161933953 | Silly People, Thank You So Much |
| 02/01/06 | M149982635 | Help Wanted / Reef Blower, Bubblestand / Ripped Pants, Jellyfish / Plankton |
| 01/30/06 | M148879198 | Ferdinand the Bull, Good Scouts |

Screen Capture

ROSEN 000018

File Edit Controls View Store Advanced Help
iTunes
Views
Search iTunes Store
LIBRARY
Music
Movies
TV Shows
Podcasts
Radio
STORE
iTunes Store
DEVICES
The Essenti...
PLAYLISTS
Party Shuffle
60's Music
Music Videos
Selected Item
Account Information
Purchase History
Shorts International Video $1.99
Subtotal: $1.99
Tax: $0.14
Credit Card Total: $2.13
Viewing Batch 2 out of 4
Titles included in order
Total Price
Hurricane, Jokerman, Maggie's Farm, Mr. Tambourine Man, Positively 4th Street, Bad, Bad Leroy Br... $0.99
Remember, Pt. 2, Wish You Were Here, Another Brick in the Wall, Pt. 1, Another Brick in the Wall, Pt... $7.93
No One Is Alone $1.99
I Know Things Now $1.99
It Wasn't Meant to Happen $1.99
Don't Look At Me $1.99
Everybody Says Don't $1.99
Could I Leave You? $1.99
There Is No Other Way $1.99
Silly People, Thank You So Much $3.98
Help Wanted / Reef Blower, Bubblestand / Ripped Pants, Jellyfish / Plankton $5.97
Ferdinand the Bull, Good Scouts $3.98
Screen Capture

ROSEN 000019

File Edit Controls View Store Advanced Help
iTunes
View
Search iTunes Store
LIBRARY
Music
Movies
TV Shows
Podcasts
Radio
STORE
iTunes Store
DEVICES
The Essenti...
PLAYLISTS
Party Shuffle
60's Music
Music Videos
Selected Item
Account Information
Purchase History
marianna.rosen@earthlink.com
Previous Purchases
Previous
Next
Viewing Batch 3 out of 4
Order Date Order Titles included in order
01/25/06 M146022760 There's Something About a War
01/16/06 M141411752 Is This It, We're Gonna Be All Right
01/09/06 M137377937 One More Kiss
12/23/05 M127611469 Sorry, Forbidden Love, Blowin' in the Wind, Five Feet High and Rising, Knockin' On Heaver
12/17/05 M125163263 Hung Up
12/12/05 M123469945 For the Birds, Boundin', Knick Knack, Tin Toy, Geri's Game
12/05/05 M120754035 Coming Home
12/02/05 M119804681 I Wish I Could Forget You, Color and Light, The Sun Won't Set, That's Good, That's Bad
11/30/05 M118963645 Next (Premiere), You Could Drive a Person Crazy, My Heart Belongs to Daddy, They Aske
09/08/05 M92286167 Stronger Than Pride, No Ordinary Love, Your Love Is King, Jezebel, The Sweetest Taboo,
08/09/05 M84192706 Kontômê, Emotion, Underwater World, 9 PM (Till I Come), Don't Stop, Movin' Melodies, Sunk
03/16/05 M49977050 Romance for Guitar and String Orchestra, The Three Tenors in Concert
Report a Pr

ROSEN 000020

ROSEN 000021



ROSEN 000022

File Edit Controls View Store Advanced Help
iTunes
Search iTunes Store
LIBRARY
Music
Movies
TV Shows
Podcasts
Radio
STORE
iTunes Store
DEVICES
The Essentl...
PLAYLISTS
Party Shuffle
60's Music
Music Videos
Selected Item
Account Information
Purchase History
Date: 12/10/06 04:08 PM
Order: M324829791
Invoice: 5423466350
Artist
Type
Price
Shorts International
Video
$1.99
Subtotal: $1.99
Tax: $0.14
Credit Card Total: $2.13
Viewing Batch 4 out of 4
Titles included in order
Total Price
Get Busy
$0.99
Flashbeats Dub, I Will Survive, Bad Girls, Come 'n' Gimme Your (Orgasmix), Come 'n' Gimme Your (L...
$7.92
Born Too Slow (NuBreed Dub), Born Too Slow (Deepsky's Green Absinthe Mix), Zeus No Like Tech...
$2.97
Motion
$0.99
Salvacion
$0.99
Close to You, Jal's Groove, Postales, Esta Noche, Ready, Steady, Go, Hypnotised, Southern Sun
$9.90

ROSEN 000023

