1 | Michael D. Braun (167416)
    BRAUN LAW GROUP, P.C.
2 | 1200 Wilshire Boulevard Suite 920
    Los Angeles, CA 90025
3 | Tel:    (310) 442-7755
    Fax:    (310) 442-7756
4 | Email: service@braunlawgroup.com

5 | Roy A. Katriel (*Admitted Pro Hac Vice*)                Brian P. Murray
    THE KATRIEL LAW FIRM, P.C.                               Jacqueline Sailer
6 | 1101 30th Street, NW Suite 500                           MURRAY, FRANK & SAILER LLP
    Washington, DC 20007                                     275 Madison Avenue Suite 801
7 | Tel:    (202) 625-4342                                   New York, NY 10016-1101
    Fax:    (202) 625-6774                                   Tel:    (212) 682-1818
8 | Email: rak@katriellaw.com                                Fax:    (212) 682-1892
                                                             Email: jsailer@murrayfrank.com
9 | Attorneys for Individual and Representative Plaintiff

10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION**

12

13

14 | SOMTAI TROY CHAROENSAK and
     MARIANA ROSEN, Individually, And On          Case No. C05-00037 JW
15 | Behalf Of All Others Similarly Situated,
                                                   **CLASS ACTION**
             Plaintiffs,
16
                                                   **DECLARATION OF JOHN PISARKIEWICZ,
17 |         vs.                                    PH.D., IN SUPPORT OF PLAINTIFFS'
                                                   MOTION FOR CLASS CERTIFICATION**
     APPLE COMPUTER, INC.
18
             Defendant.                            Date:  January 22, 2007
19
                                                   The Honorable James Ware
20
                        I, John Pisarkiewicz, declare as follows:

21 | **I.    INTRODUCTION**

22              1.       I am an economist and Principal Consultant at Nathan Associates, an

23 | economic consulting firm in Arlington, VA. I have an undergraduate degree in mathematics from

24 | St. Louis University and a Ph.D. degree in economics from Vanderbilt University. I taught

25 | economics and statistics full-time for several years at Western Kentucky University. I was

26 | awarded an Economic Policy Fellowship by the Brookings Institution; I took that Fellowship at

27 | the Federal Trade Commission in the Bureau of Economics. I later served as Deputy Assistant

28 | Director for Economic Evidence and as Acting Director of the Office of Policy Planning and

- 1 -

DECLARATION OF JOHN PISARKIEWICZ, PH.D., IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1   Evaluation at the Commission. Since leaving the Commission, I have worked as an economic

2   consultant in the areas of antitrust, intellectual property, securities, class actions and damages. I

3   have also continued to teach from time-to-time including courses at the Center for Administrative

4   Justice and at The George Washington University. I have testified as an expert in a variety of

5   matters including class certification of consumer classes in California in the El Paso Natural Gas

6   Pipeline matter and in the Quantum DLT Tape matter. I have submitted a Declaration on class

7   certification on behalf of consumers in California in the De Beers diamond matter as well. My

8   resume is attached as Exhibit 1.

9        2.     Counsel for the plaintiffs have asked me to opine on two issues: (1)

10  whether members of a direct purchaser class of U.S. consumers of Apple's iTunes and iPods have

11  suffered impact on a class-wide basis as a result of Apple's alleged violations of the antitrust

12  laws; (2) whether methodologies exist to estimate damages on an aggregate, class-wide basis.

13  According to the Complaint, the class period extends from April 28, 2003 through the present.

14       3.     In order to form my opinions, I have reviewed the Second Amended Class

15  Action Complaint filed in this matter along with other filings such as Apple's Answer and

16  Affirmative Defenses to the Complaint and Apple's Responses to Plaintiffs' First Set of

17  Interrogatories and to Plaintiffs' First Set of Request For the Production of Documents. No other

18  discovery is available from Apple at this stage in the litigation. I have read the deposition

19  transcript of Somtai Troy Charoensak, a named plaintiff. In addition, I have reviewed or

20  analyzed a substantial amount of publicly available information and data including Apple's Form

21  10-K filings for FY 2004, FY 2005 and FY 2006, information available from journals and from

22  *Consumer Reports*, the *Wall Street Journal* the *New York Times* and the *Financial Times*, and

23  information and data downloaded from relevant websites including the websites of various

24  content suppliers and various manufacturers of iPod-like portable digital players often referred to

25  as MP3 players. In addition, I have reviewed an affidavit from Creative Labs as well as other

26  information supplied by Creative Labs and by Archos. Both Creative Labs and Archos

27  manufacture and sell MP3 players. Finally, I have reviewed information from the U.S.

28

DECLARATION OF JOHN PISARKIEWICZ, PH.D., IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1    Department of Justice on Apple and the closing of the digital music investigation. A listing of the

2    documents I have reviewed is set forth in Exhibit 2.

3        4.    For this Declaration, I assume that the allegations in the Complaint are

4    true, and I do not address the merits of any of the antitrust liability issues related to tying,

5    monopolization or attempts to monopolize presented in the Complaint. However, I do expect to

6    address these issues at some future date.

7        5.    Based on my analysis to date, and in summary form, I conclude the

8    following:

9            a.    Impact or fact of damage is common to class members.

10           b.    Methodologies do exist to estimate damages on an aggregate, class-

11                wide basis.

12       6.    Below, I set forth an overview of Apple and the online digital music or

13   media industry and the portable digital recorder/player industry. I then summarize the Complaint

14   and address the issues of common impact and damage computation.

15   **II.    OVERVIEW**

16       *Apple Computer, Inc.*

17       7.    Apple Computer, Inc., has recently renamed itself as Apple, Inc.;

18   worldwide sales of iPods now exceed its sales of desktops and laptop computers combined.[1]  In

19   its last fiscal year, FY 2006 (Apple's fiscal year ends on the last Saturday in September), Apple

20   posted total worldwide sales of $19.3 billion of which desktop and laptop computers accounted

21   for a combined total of $7.4 billion. iPods, on the other hand, accounted for $7.7 billion, and

22   iTunes, another $1.9 billion. The two together, online music and other digital content plus

23   portable digital players which can download and play that content, accounted for $9.6 billion in

24   sales, approximately 50 percent of total company sales.[2]  In the first quarter of FY2007 (October-

25   December, 2006), Apple reports that its sales of iPods were 50 percent greater in terms of units

26

27   [1] In January, 2007, the company was renamed as Apple, Inc. to reflect its increasing focus on
     consumer electronics. From "Apple Answers the call with iPhone, TV Box", downloaded from
28   CNN.com, January 20, 2007.
     [2] All financial statistics taken from Apple Computer, Inc., Form 10-K FY 2006, p. 54.

DECLARATION OF JOHN PISA RKIEWICZ, PH.D., IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1  than in the comparable period the year before. Sales of iPods, by themselves, now account for
2  nearly 50 percent of total company dollar sales.

3        8.      Industry commentators acknowledge that today, Apple's iPods command
4  about 75-85 percent of the MP3 player market. For example, Paul Taylor, reporting for the
5  *Financial Times*, writes that Apple's "share of the hard drive player market…(is)…82.7
6  percent".[3] *Consumer Reports* states that "Apple's iPod players still account for more than
7  (emphasis added) three out of four MP3 players sold".[4] Furthermore, data from NPD Group
8  show that Apple's market share, in units, for portable digital players, was in the 60-70 percent
9  range in 2004, and in the 75-80 percent range in 2005 and in 2006. Since iPods are, in general,
10  more expensive than other MP3 players, Apple's share in dollar sales is even higher. NPD data
11  show that Apple's dollar share was in the 75-80 percent range in 2004, about 85 percent in 2005,
12  and in the 85-90 percent range in 2006.[5]

13        9.      It is fair to conclude that Apple's iPods dominate the marker for portable
14  digital media players. But Apple has not always enjoyed this position of market dominance.
15  Apple launched the first iPod in late October, 2001. And for FY 2002, sales of iPods were only
16  $143 million and sales of related services and accessories were only $4 million. Together these
17  two categories accounted for only 2.6 percent of Apple's sales which were less than $6 billion
18  that year.[6] Market share data from CLI show that in January, 2002, three months after Apple's
19  entry into the MP3 market with iPod, SonicBlue was the market leader with about 40 percent unit
20  share and a 30 percent dollar share. Apple's unit share was only about 5 percent at this time, but
21  its dollar share was about 12 percent, reflecting its higher prices.

22
23
24
25

26  [3] Paul Taylor, "Apple Remains Unfazed By March of Microsoft's Zune", the *Financial Times*, December 28, 2006, p.10.
27  [4] "Buying Advice: MP3 players", ConsumerReports.org, downloaded January 17, 2007.
28  [5] NPD Group, Inc., monthly data, Portable Digital Players, Retail sales, May 2004-May 2006.
    [6] Apple Computer Inc., Form 10-K, FY 2004. See Figure 3 in Exhibit 3 attached.

- 4 -

1             10.     Exhibit 3, attached, contains several tables and graphs which set forth the

2    data described above. Table 1 contains sales data for Apple for the period FY 2002-FY 2006.

3    Table 1 shows the rapid growth in iPod sales and in iTunes sales and the increasing percentage of

4    Apple's total sales accounted for by these two product categories. Table 2 shows Apple's gross

5    margin and operating income data for the same five year period. These profit data show that

6    Apple has become a much more profitable company in recent years which is no doubt due, in

7    part, to Apple's dominant position in the portable digital media player market.

8             11.    **REDACTED**

9

10

11

12

13

14

15

16

17

18

19

20                          **REDACTED**

21

22

23

24

25

26

27

28

DECLARATION OF JOHN PISARKIEWICZ, PH.D., IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

*iTunes*

13. What accounts for Apple's spectacular performance in selling iPods? *Consumer Reports* state that "Apple's success rests in part on its creation of a self-contained digital entertainment system. iTunes, its content-management software, works seamlessly—only with iPods…."[7]

14. Apple's iTunes, a software application, was introduced in January 2001, some 10 months before the first iPod. At introduction, iTunes played audio CDs and MP3s, could create MP3s from audio CDs, could burn collections of MP3s onto audio CDs, and it could retrieve and store music on consumer digital audio devices and play streaming audio from the Internet.[8]

15. Almost 28 months after the introduction of iTunes, Apple added the iTunes Music Store (iTMS) to iTunes. The exact date was April 28, 2003, the beginning of the class period. iTMS began after Apple had signed agreements with all five major record labels to provide legal digital downloads and sell songs individually and directly to consumers.[9] The iTMS library or catalog was large since the five record companies accounted for a substantial share of recorded music sold in the U.S. including most popular music. Apple's iTMS catalog has grown over time. In August, 2004, Apple announced that iTMS had over 1,000,000 songs available for downloading in the U.S.[10] That same announcement also stated that Apple has "more than (a) 70 percent market share of legal downloads for singles and albums".[11]

[7] "Buying Advice: MP3 Players", *Consumer Reports.org* downloaded January 17, 2007.
[8] John Siracusa, "MacWorld Expo San Francisco, 2001", downloaded from arstechnica.com, January 21, 2007.
[9] The five were EMI, Universal, Warner Bros., Sony Music Entertainment and BMG. Sony and BMG later formed a joint venture called SonyBMG. Wikipedia, iTunes Store. Data from Business Wire show that these companies are the source companies for 86 percent of all digital tracks downloaded in 2005 and 2006.
[10] "iTunes Music Store Catalog Top One Million Songs", Apple Press Release, August 10, 2004. Downloaded from www.apple.com/pr/library/2004/aug/10itms.html on January 20, 2007.
[11] Ibid.

1        16.    Apple's music catalog and its share of legal downloads have continued to

2 grow. Presently, iTMS has "more than 3.5 million $0.99 songs, 65, 000 free podcasts, 20,000

3 audio books, 200 TV shows, and now, movies and iPod games".[12] Steve Jobs recently reported

4 that Apple has sold more than 2 billion songs on iTunes.[13] Apple's market share of legally

5 downloaded music and other digital media content was 82 percent in May 2005,[14] and was

6 reported to be 87 percent in April, 2006.[15]

7        17.

8

9                            **REDACTED**

10

11        18.

12

13                            **REDACTED**

14

15        19.    This overview shows that Apple has a dominant position in both the digital

16 media player market and in the legal digital download content market. It also shows that Apple's

17 dominance in the digital media player market did not begin until after Apple opened its iTunes

18 Music Store, and that since then, both have grown very rapidly.

19        20.    Plaintiffs have alleged that it is the exclusive link between iTMS and iPods

20 that accounts for Apple's dominance in the iPod or MP3 player market. These data are consistent

21 with and support that allegation.

22

23

24

25 [12] From www.apple.com/iTunes/store/ downloaded January 21, 2007.
26 [13] "Apple Answers the Call with iPhone, TV Box", CNN.com reporting on MacWorld, 2007. Downloaded January 20, 2007.
27 [14] Graham Skee, "Microsoft Wants To Take a Bite Out of iTunes Market Share", Cnet, June 13, 2005.
28 [15] "Apple Discusses Growing iPod Market Share", by Jonny Evans, Macworld.co.uk reported at itworld.com April 20, 2006, downloaded January 21, 2007.

- 7 -

## III. ANTITRUST ALLEGATIONS

21. Plaintiffs allege that an illegal tie exists between iTMS and iPods. iTMS is the tying good and iPods are the tied good. The allegation is that since Apple has substantial market power in the online digital media download market, whether legally acquired or not, it has been able to extend that power, through its iPod products, to the market for portable online digital media players. Apple has done this by rigging "the otherwise interactive and open ACC Codec format...such that digital music files purchased from Apple's iTunes online music store...(can) not be played back on any portable...digital music player other than Apple's iPod".[16]

22. In Count II, plaintiffs allege the unlawful acquisition or maintenance of monopoly power in the market for the legal sales of online digital music files. Here again the allegation is that Apple has rigged the AAC codec format in the songs sold by iTMS and also rigged the firmware in iPods so that competition among sources for online music files is suppressed.

23. Counts III and IV of the Complaint allege that Apple has attempted to monopolize the market for portable online digital media players (Count III) and attempted to monopolize the market for the online sale of digital music/media files (Count IV).

24. In each of these counts, there are economic issues, such as the definition of the relevant market or markets, the existence of market power, and whether there are barriers or impediments to entry by potential competitors. I expect that I will be asked to address these issues at some later date. This will include addressing such issues as what constitutes reasonable substitutability between products and services from the consumers' standpoint, whether separate demand exists for two products, does Apple have power to increase or hold prices above the competitive level for a time or to impede entry by others or a there other barriers, apart from Apple's actions, which serve to impede entry. This list is not meant to be exhaustive of all the economic issues this case might present. But at this time, I simply note that these are issues that would be common to all class members. Each class member, if not joined together in a class,

---

[16] Second Amended Class Action Complaint, paragraph 66.

- 8 -

1  would have to address these issues to prove the antitrust gravamen of the complaint before
2  addressing antitrust impact and damages.

3  **IV.    IMPACT IS COMMON TO CLASS MEMBERS**
4
5            25.    The class is defined as all consumers in the U.S. who, during the class
6  period, purchased online music/media files from iTMS and an iPod—directly from Apple.[17] If
7  the allegations in the complaint prove to be true, then all members of this class would have
8  suffered some adverse impact, either in form of higher prices for music downloads or higher
9  prices for iPods or both. Hence, impact would be common to class members.

10           26.    The antitrust allegations in the complaint, tying, monopolization, and
11  attempted monopolization, if true would give Apple the power to raise prices above the
12  competitive level and earn profits that are higher than they otherwise would be in competitive
13  markets. Presumably, Apple has exercised this power, and this is a reasonable presumption at
14  this point in time. Apple has increased its profitability substantially since it gained market
15  dominance. And it has sought to protect its position by aggressively thwarting competitors whom
16  it views as intruding on its turf.[18]

17           27.    The iPod products, while very good, are not without alleged shortcomings.
18  For example, Apple's Form 10-K acknowledges that Apple has been sued by consumers about
19  several aspects relating to iPod performance. iPods do not have some features which other
20  competitors do such as FM radio and WiFi capability. Yet iPods seem somewhat insulated from
21  this competition, because others have not been able to make much headway against iPod. This
22  lack of success by others is probably due to iPod's exclusive link to iTunes; this is the gravamen
23  of the tying allegation.
24
25           28.    Whether the evidence shows that Apple has been able to increase prices of
26  iPods above the competitive level or to increase the price of digital online music files or to
27
28  [17] Second Amended Complaint, paragraph 57.
    [18] Second Amended Complaint, paragraphs 47-51.

- 9 -

1  increase both to some extent, the adverse impact to consumers in the class will be common since
2  members of the class bought both and directly from Apple.

3  **V.    FORMULAIC METHODS EXIST TO COMPUTE DAMAGES ON AN**
4        **AGGREGATE, CLASS-WIDE BASIS.**

5        29.    To estimate damages in this matter, one must estimate the degree to which
6  Apple has been able to raise prices above the competitive level for iPods due to the exclusive link
7  to iTMS. In addition, one must also determine whether Apple has been able to raise prices for
8  music and other media content downloaded by consumers from iTMS, and raise the price of
9  iPods above the competitive level. Alternatively, these higher prices may be reflected in higher
10 profits that Apple has been able to earn on sales of these products to class members.

11       30.    The usual methodologies employed for addressing these issues are the
12 "before and after" method and the "yardstick" or "benchmark" method.[19]  There is no "after"
13 period in this case, but there is a "before" period for iPods which is the period of initial
14 introduction of iPods, October 2001, to the beginning of the class period, April 2003. Data from
15 this period from Apple on the prices, costs, profits and market shares of iPods could prove useful
16 in comparison to the same types of data after the introduction of iTMS for establishing the degree
17 of overcharge. For example, with a regression analysis of Apple's prices for iPods, which are
18 uniform for all sales to direct customers, together with a binary variable to indicate whether the
19 sale was before or after the introduction of iTMS, and with other variables to specify the technical
20 differences in the various iPods, it would be possible to determine the impact of iTMS on Apple's
21 iPod price.[20]

22       31.    With respect to a "benchmark" analysis, Apple sells iPods and iTunes in
23 several foreign markets, and Apple's markets shares in these markets may be different from its

---

[19] *"Proving Antitrust Damages"*; Section of Antitrust Law, American Bar Association., 1996, p.37.
[20] Regression analysis is an econometric technique often used in the estimation of damages especially for determining the degree of overcharge. ABA, Section of Antitrust Law, *Proving Antitrust Damages,* 1996, Chapter 5. pp. 145ff. and Daniel L. Rubinfeld, "Reference Guide on Multiple Regression," *Reference Manual on Scientific Evidence,*" 2nd Ed., Federal Judicial Center, West Group, 2000, pp. 179 ff.

- 10 -

1  shares in the U.S. market. These differences together with prices, profits, and assessments of

2  competition in foreign markets is likely to yield good evidence on the amount of damages

3  attributable to Apple's alleged antitrust violations in the U.S. For example, I understand that

4  Apple sells iPods in China, but that iTMS is not available in China[21]; there may be other countries

5  where this is true. With sufficient data on the market characteristics of each market, and with a

6  cross-sectional analysis,[22] perhaps in the form of a regression, it might be possible to assess the

7  impact of iTMS in iPod prices in the U.S.

8        32.    Another type of benchmark analysis would focus on the product offerings

9  of Apple compared to those MP3 players offered by competitors in the U.S., both over time and

10  at the same point in time. In this particular case, in the regression model I envision, price of an

11  individual iPod or MP3 player would be the dependent variable. Here again, Apple charges

12  uniform prices for direct sales.[23] Sales by other manufacturers could be at list prices or average

13  prices. The price for each product available in the U.S. starting in October 2001, or perhaps even

14  earlier if data are available, would be a function of the product's specifications and capabilities.[24]

15  These would be the independent variables. These represent cost parameters as well as consumer

16  taste parameters. There may be 20 or more such factors that may be relevant. Price would also

17  be a function of U.S. population for selected age cohorts such as consumers 10-29 years old. I

18  suspect that Apple has data on who buys iPods and who downloads content from iTMS, including

19  demographic information and data on tastes and preferences. But the key variable in this analysis

20  would be whether or not the MP3 player has a direct link to iTMS. The answer to this question

21  for each MP3 player is either yes or no; this type of variable, which can take on only one of two

22  values, 0 or 1, for "no" and "yes" respectively, is termed an attribute variable or a dummy

---

24  [21] "Despite the Rumors, iPhone is not for China" by David Wolf; *Seeking Alpha*, downloaded at
china.seekingalpha.com/article/24487 January, 2007.

25  [22] A cross-sectional analysis examines two or more markets at the same point in time or at the

26  same point in market development.

[23] Apple does offer student/educator discounts, but these too are uniform and based on uniform

27  base prices.

[24] Tables 5 and 6 in Exhibit 3 show some of the specifications and capabilities for currently

28  available iPods and MP3 players (Table 5) and for currently available digital music download
stores (Table 6).

DECLARATION OF JOHN PISARKIEWICZ, PH.D., IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1    variable or a binary variable. The regression analysis will provide a coefficient for this variable,

2    and if certain statistical tests are met, the value of this coefficient would indicate how much of the

3    price of an iPod is derived from or depends on the direct link to iTMS.

4              33.    I would expect to employ all of these techniques in assessing damages.

5    Multiple techniques will yield multiple results, but the techniques are sound, and if they are

6    applied properly and the data are sound, then the results should be reasonably consistent with

7    each other.

8              34.    Consequently, formulaic methods do exist to estimate damages on an

9    aggregate, class-wide basis.

10

11

12

13

14              I declare under penalty of perjury under the laws of the state of California that the

15    foregoing is true and correct to the best of my knowledge and based on the information I have

16    reviewed. Executed this 22nd day of January, 2007, in _____Arlington_____,

17    _____Virginia_____.

18

19

20

                                                    John Pisarkiewicz

21

22

23

24

25

26

27

28

- 12 -

# EXHIBIT 1

# JOHN PISARKIEWICZ



## CURRENT POSITION

Principal Consultant, Nathan Associates Inc. (since 2003)

## EDUCATION

Ph.D., Economics, Vanderbilt University, 1973
A.B., Mathematics (*cum laude*), St. Louis University, 1966

## SPECIALIZED EXPERIENCE, RESEARCH, OR INTEREST

Applied microeconomics, industrial organization, statistics and
econometrics, class certification, valuations and damage analysis. In addition to a number of antitrust
matters, Dr. Pisarkiewicz has also testified in Lanham Act matters, intellectual property matters,
securities matters, dumping cases and data compensation matters. Damages are an aspect of almost all
matters.

## PAST POSITIONS

| | |
|---|---|
| 1996-2004 | Adjunct Associate Professor, The George Washington University |
| 2001-2002 | Senior Vice President, Nathan Associates Inc. |
| 1996-2001 | Senior Vice President, Heiden Associates |
| 1989-1996 | Vice President, Nathan Associates Inc. |
| 1985-1989 | Principal Associate, Nathan Associates Inc. |
| 1983-1985 | President, Pisarkiewicz Economic Consulting Services, Inc. |
| 1978-1983 | Senior Consultant, National Economic Research Associates, Inc. |
| 1978 | Vice President, Glassman-Oliver Economic Consultants, Inc. |
| 1977 | Acting Director, Office of Policy Planning and Evaluation, Federal Trade Commission |
| 1976-1978 | Deputy Assistant Director for Economic Evidence, Federal Trade Commission |
| 1975-1976 | Instructor, Center for Administrative Justice |
| 1974-1976 | Staff Economist, Division of Economic Evidence, Federal Trade Commission |
| 1970-1974 | University Teacher, Department of Economics, Western Kentucky University |

JOHN PISARKIEWICZ                                                                     2

## EXPERIENCE SUMMARY

Dr. Pisarkiewicz has more than 25 years of experience serving as an expert economist before federal and state courts, administrative tribunals, and arbitration panels. He started at Nathan Associates in 1985, and rejoined the firm in 2001 after a five-year hiatus as senior vice president at Heiden Associates. Dr. Pisarkiewicz began his career at Western Kentucky University teaching applied microeconomics, industrial organization, statistics, and econometrics. He left full-time teaching to serve at the Federal Trade Commission, initially as a Brookings Economic Policy Fellow. He later served as Acting Director of the Office of Policy Planning and Evaluation at the FTC with oversight responsibility for all three operating bureaus—competition, consumer protection, and economics. He has been a member of the adjunct faculty of George Washington University in the Department of Health Policy. He has worked in Egypt on intellectual property matters pertaining to software and pharmaceuticals.

## RECENT EXPERT WITNESS TESTIMONY (DEPOSITION AND/OR TRIAL):

### *U.S. District Courts*

*Anthony Park, et al v. The Thomson Corp., and Thomson Legal and Regulatory, Inc.,* Southern District of New York, Case No. 05 CIV.2931

*Orasure Technologies, Inc., v. Schering-Plough Healthcare Products, Inc.,* Eastern District of Pennsylvania, Civil No. 2:04-CV-03507-NS

*Allison Haas, et al v. Delta Air Lines Inc.,* Southern District of New York, Case No. 03 CV- 0589

*B&H Medical L.L.C. v. ABP Administration, Inc., and Wright & Filippis, Inc.,* Eastern District of Michigan, Southern Division, Case No. 02-73615

*Sundar V. Nilavar, M.D. v. Mercy Health System-Western Ohio, et al.,* Southern District of Ohio, Western Division, Case No. C-3-99-612.

*Santana Products, Inc. v. Bobrick Washroom Equipment, Inc. et al* Middle District of Pennsylvania, Civil Action No. 3:CV96-1794

### *State Courts*

*Franz Inc. et al v. Quantum Corp., Hitachi Maxell, LTD., Maxell Corp. of America, Fuji Photo Film Co., LTD., Fuji Photo Film U.S.A.,* Superior Court of the State of California, County of San Francisco, No. CGC-03-423301.

*Barbara D. Wesley, M.D., M.P.H., v. Howard University and Howard University Hospital et al.,* Superior Court of the District of Columbia, Civil Action No. 000142 99.

*Natural Gas Anti-Trust Cases I, II, III, IV,* Coordination Proceeding Special Title  (Rule 1550 (b)), Superior Court of the State of California, County of San Diego (unlimited jurisdiction), J.C.C.P. Nos. 4221, 4224, 4226 & 4228.

JOHN PISARKIEWICZ                                                                                    3

*Inhalation Plastics Inc., v. Johnson & Bell, LTD.* In the Circuit Court of Cook County Illinois. County Department. Law Division. Case No. 971.02609-C.

### *Arbitrations*

*Skywalker Communications. Inc., v. Hughes Network Systems, Inc.,* American Arbitration Association, Washington, D.C., No 16 181 00747 02

## PUBLICATIONS

"Intellectual Property Rights and International Trade: The Case of Egypt and Pharmaceuticals," paper presented at International Economics and Finance Society meetings held in conjunction with the Southern Economic Association, 72nd Annual Conference, New Orleans, November 2002.

"Airline Woes—What To Do," American Bar Association, Section of Antitrust Law, Economics Committee Newsletter, Fall 2002.

"Notes—on the FTC Healthcare Workshop," Nathan Associates Inc., *Proceedings*, October 2002.

Co-author with Konrad Bonsack, a review of "The Limited Relevance of Patient Migration Data in Market Delineation for Hospital Merger Cases," *U.S. Department of Justice, Economic Analysis Group Discussion Paper EAG 89-2,* March 1989, in *Manual on the Economics of Antitrust Law* (Sixth Supplement), American Bar Association, Section of Antitrust Law, Economics Committee, Summer 1989.

A review of "The Political Economy of Resale Price Maintenance," Marvel and McCafferty, 94 *Journal of Political Economy* 1074, in *Manual on the Economics of Antitrust Law* (Second Supplement), American Bar Association, Section of Antitrust Law, Economics Committee, 1987.

"LOFI and LIFO: A Useful Test for Geographic Market Determination," *Antitrust & Commerce Report*, National Association of Attorneys General, October 1986.

Co-author with Lloyd E. Oliver, "Analysis of the Proposed Flammability Standard for Upholstered Furniture," monograph, August 1978.

Co-author with Lloyd E. Oliver, "A.C. Nielsen Market Share Data," *Antitrust Law Journal*, Vol. 47, Issue 3, August 1978.

"Comment on the Paper" on "Role of Competition in Cost Containment" by Clark C. Havighurst in *Competition in the Health Care Sector: Past, Present, and Future*, Federal Trade Commission, March 1978.

## AWARDS AND HONORS

Brookings Institution, Economic Policy Fellowship, 1974-75

JOHN PISARKIEWICZ                                                                    4

Ford Foundation Dissertation Grant, 1969-70

Vanderbilt University, Teaching Assistantship, 1968-69

Vanderbilt University, N.D.E.A. Fellowship, 1966-68

## PROFESSIONAL MEMBERSHIPS

American Bar Association (Associate member)

American Economic Association

American Statistical Association

National Association of Business Economists

National Economists Club

Washington Automotive Press Association

Licensing Executive Society

7/7/05

# EXHIBIT 2

Exhibit 2: Documents Relied Upon and Reviewed by Nathan Associates

| Number | Subject | Author | Date |
|---|---|---|---|
| | **Filings** | | |
| 1 | "Second Ammended Class Action Complaint" *Somtai Troy Charoensak and Mariana Rosen v. Apple Computer, Inc. Case No. C05-00037 JW. U.S. District Court, Northern District of California, San Jose Division* | - | 8/8/2006 |
| 2 | "Judge's Order Granting in Part, Denying in Part Defendant's Motion to Dismiss" *Thomas William Slattery v. Apple Computer, Inc. Case No. C05-00037 JW U.S. District Court, Northern District of California, San Jose Division.* | - | 9/9/2005 |
| 3 | "Defendant's Responses to Plaintiffs' First Set of Requests" *Somtai Troy Charoensak and Mariana Rosen v. Apple Computer, Inc. Case No. C05-00037 JW U.S. District Court, Northern District of California, San Jose Division.* | - | 12/22/2006 |
| 4 | "Defendant's Responses to Plaintiffs' First Set of Interragatories" *Somtai Troy Charoensak and Mariana Rosen v. Apple Computer, Inc. Case No. C05-00037 JW U.S. District Court, Northern District of California, San Jose Division.* | - | 12/22/2006 |
| 5 | "Answer and Affirmative Defenses" *Somtai Troy Charoensak and Mariana Rosen v. Apple Computer, Inc. Case No. C05-00037 JW U.S. District Court, Northern District of California, San Jose Division.* | - | 11/2/2005 |
| 6 | "Declaration of Marc L. Godino in Support of Plaintiff's Request" *Somtai Troy Charoensak and Mariana Rosen v. Apple Computer, Inc. Case No. C05-00037 JW U.S. District Court, Northern District of California. San Jose Division.* | • | 6/6/2005 |
| 7 | "Defendant's Responses to Plaintiffs' First Set of Interragatories" Objections and Answers *Somtai Troy Charoensak and Mariana Rosen v. Apple Computer, Inc. Case No. C05-00037 JW U.S. District Court, Northern District of California, San Jose Division.* | - | 12/22/2006 |
| | **News Articles** | | |
| 8 | "Record Labels Still on Top Despite Online Revolution" *The Independent* | Orlowski, Andrew and Charles Arthur | 9/21/2004 |
| 9 | "Fourth-Quarter PC Shipments up 17 Percent, IDC Reports" *Reuters* | - | Jan-06 |
| 10 | "Apple Computer" *Value Line* | - | 10/13/2006 |
| 11 | "Squeezing Money from the Music" *The New York Times* | Leeds, Jeff | 12/11/2006 |
| 12 | "Apple Remains Unfazed by Merch of Microsoft's Zune" *Financial Times* | Taylor, Paul | 12/28/2006 |
| 13 | "Digital Music Offsets Drop in CD Buying" *The Los Angeles Times* | Semuels, Alana | 1/5/2007 |
| 14 | "Home Video Spending Records Another Decline" *USA Today* | Snider, Mike | 1/8/2007 |
| 15 | "Apple Introduces iPhone" *Reuters* | - | 1/9/2007 |
| 16 | "Apple Unveils Long-Awaited Phone, TV Box" *Breitbart* | - | 1/9/2007 |
| 17 | "Want an iPhone? Beward the iHandcuffs" *The New York Times* | Stross, Randall | 1/14/2007 |
| | **Internet Articles** | | |
| 18 | "MacWorld Expo San Francisco 2001" *arstechnica.com* | Siracusa, John | 2001 |
| 19 | "Apple Responds to RealNetworks FairPlay Hack" *ARSTechnica.com* | Bangerman, Eric | 7/9/2004 |
| 20 | "Apple Whistles a Happy iTunes" *ZDNet* | Fried, Ina | 10/13/2004 |
| 21 | "The Department of Justice's Investigation into Online Music" Cooper, White, and Cooper | Wadia, Cyrus | 1/1/2005 |
| 22 | "Microsoft Planning Music Subscription Service" *CNET* | Borland, John | 6/9/2005 |
| 23 | "Microsoft Wants to Take a Bite Out of iTunes' Market Share" *CNET* | Skee, Grahm | 6/13/2005 |
| 24 | "Your $200 iPod Nano Costs About $90 to Make" *Engadget* | Block, Ryan | 9/23/2005 |
| 25 | "A Brief History of the iPod" *Low End Mac* | Hormby, Tom | 10/14/2005 |
| 26 | "iTunes Outsells Traditional Music Stores" *CNET* | Borland, John | 11/21/2005 |
| 27 | "PiperJaffray: '75 percent chance' of an Apple iPhone" *Appleinsider.com* | Marsal, Katie | 3/16/2006 |
| 28 | "Apple Discusses Growing iPod Market Share" *iTworld.com* | Evans, Jonny | 4/20/2006 |
| 29 | "Analyst: Macs Should Offset Lower iPod Sales" *Macobserver.com* | Gamet, Jeff | 6/21/2006 |
| 30 | "MP3 Players" *shopping.msn.com* | - | Oct-06 |
| 31 | "MP3 Players" *ConsumerSearch.com* | - | Nov-06 |
| 32 | "Warner Music Group Corp. Reports Full-Year and Fourth-Quarter Results for the Period Ended September 30, 2006" *www.wmg.com* | - | 12/1/2006 |
| 33 | "Apple to Introduce MVNO Wireless Service in '07" *blogs.barrons.com* | Savitz, Eric | 12/13/2006 |

**Exhibit 2: Documents Relied Upon and Reviewed by Nathan Associates**

| Number | Subject | Author | Date |
|---|---|---|---|
| 34 | "Piper Jaffray: Apple CEO Not at Risk" MacNN.com | - | 12/27/2006 |
| 35 | "UBS: Apple Options Fears Seem Overblown" MacNN.com | - | 12/27/2006 |
| 36 | "UBS: Apple Options Fears Overdone" SeekingAlpha.com | Ray, Tiernan | 12/28/2006 |
| 37 | "Apple Answers the Call with iPhone, TV box" CNN.com | - | 2007 |
| 38 | "2006 U.S. Music Purchases Exceed 1 Billion Sales" Businesswire.com | - | 1/4/2007 |
| 39 | "TMO Reports - Analyst: 'iPhone a Revolutionary Device'" Macobserver.com | Cook, Brad | 1/10/2007 |
| 40 | "EMI Ousts Top Music Executives, Forecasts Lower Sales" Bloomberg.com | Phoenix, Aisha | 1/12/2007 |
| 41 | "Apple F1Q07 (Qtr End 13/30/06) Earnings Call Transcript" SeekingAlpha.com | - | 1/17/2007 |
| 42 | "Apple Reports Record 1Q Profit" BREITBART.com | - | 1/17/2007 |
| 43 | "Piper Jaffray: Apple to Report Slight Upside" MacNN.com | - | 1/17/2007 |
| 44 | "Apple Earnings Skyrocket" CNNmoney.com | Kelley, Rob | 1/18/2007 |
| 45 | "Gartner, IDC: Mac Marketshare in the U.S. on the Rise" Macsimumnews.com | Sellers, Dennis | 1/18/2007 |
| 46 | "Despite the Rumors, iPhone Is Not for China" China.SeekingAlpha.com | Wolf, David | 1/18/2007 |
| 47 | "Consumer Reports: iPod Complaints" tampabays10.com | - | * |
| 48 | "iPod" www.wikipedia.org | - | * |
| 49 | "iTunes Store" www.wikipedia.org | - | - |
| 50 | "iTunes" www.wikipedia.org | - | - |
| 51 | "Moore's Law" www.wikipedia.org | - | * |
| 52 | "Moore's Law" www.intel.com | * | - |
| | **The Wall Street Journal Articles** | | |
| 53 | "Yahoo, RealNetworks Sekk to Take a Bite Out of Apple's Music" The Wall Street Journal Europe | Mossberg, Walter S. | 5/12/2005 |
| 54 | "Mossberg's Mailbox" The Wall Street Journal | Mossberg, Walter S. | 8/11/2005 |
| 55 | "iPod's Latest Siblings" The Wall Street Journal | Mossberg, Walter S. | 9/8/2005 |
| 56 | "Music-Playing Cellphones Hit a Flat Note" The Wall Street Journal | Mossberg, Walter S. | 9/14/2005 |
| 57 | "Internet Radio Plays on iPod" The Wall Street Journal Europe | Mossberg, Walter S. | 11/17/2005 |
| 58 | "Software to Help You Download From iPods, Share iTunes on 1 PC" The Wall Street Journal | Mossberg, Walter S. | 1/12/2006 |
| 59 | "Apple's Production Model Makes it an Early Winner in the post-PC Era" The Wall Street Journal Asia | Mossberg, Walter S. | 5/12/2006 |
| 60 | "A New Approach to Denting the iPod's Lead" The Wall Street Journal Europe | Mossberg, Walter S. | 6/14/2006 |
| 61 | "The Wireless Factor: A Challenge to the iPod" The Wall Street Journal | Mossberg, Walter S. | 6/14/2006 |
| 62 | "Mossberg's Mailbox" The Wall Street Journal | Mossberg, Walter S. | 6/15/2006 |
| 63 | "Digital Music: Here's a Guide to the Basics" The Wall Street Journal Europe | Mossberg, Walter S. and Katherine Boehret | 7/5/2006 |
| 64 | "Mossberg's Mailbox: Determining the Capacity on Digital Music Players" The Wall Street Journal Europe | Mossberg, Walter S. | 8/16/2006 |
| 65 | "Rhapsody Uses Sonos For a PC-Free Entry Into a Trove of Music" The Wall Street Journal | Mossberg, Walter S. | 9/14/2006 |
| 66 | "Mossberg's Mailbox" The Wall Street Journal | Mossberg, Walter S. | 9/15/2006 |
| 67 | "Testing the Latest Movie-Downloading Services" The Wall Street Journal | Mossberg, Walter S. and Katherine Boehret | 10/4/2006 |
| 68 | "The New iPod: Ready for Battle?" The Wall Street Journal | Mossberg, Walter S. and Katherine Boehret | 10/4/2006 |
| 69 | "The Sansa Rhapsody Comes with Music Inside - Like It or Not" The Wall Street Journal | Mossberg, Walter S. | 10/5/2006 |
| 70 | "Mossberg's Mailbox" The Wall Street Journal | Mossberg, Walter S. | 10/6/2006 |
| 71 | "Mossberg's Mailbox: How to Play MP3 Tunes on a Treo 650 Phone" The Wall Street Journal | Mossberg, Walter S. | 10/18/2006 |
| 72 | "Microsoft's Zune challenges Apple's iPod, iTunes" The Wall Street Journal Asia | Mossberg, Walter S. | 11/10/2006 |
| 73 | "Mossberg's Mailbox" The Wall Street Journal | Mossberg, Walter S. | 12/7/2006 |
| 74 | "iPod Demand Lifts Apple Results" The Wall Street Journal | Wingfield, Nick | 1/18/2007 |

Exhibit 2: Documents Relied Upon and Reviewed by Nathan Associates

| Number | Subject | Author | Date |
|---|---|---|---|
| | **Consumer Reports Articles** | | |
| 75 | "MP3 Players" *Consumer Reports Annual Buying Guide* | - | 2006 |
| 76 | "New iPod; Great music, So-So Video" *Consumer Reports* | - | Jan-06 |
| 77 | "Apple Reveals the Latest iPods" *ConsumerReports.org* | - | Sep-06 |
| 78 | "First Look: iPod Shuffle and MobiBLU Cube2" *ConsumerReports.org* | - | Nov-06 |
| 79 | "First Look: Microsoft Zune" *ConsumerReports.org* | - | Nov-06 |
| 80 | "Portable Digital Players" *Consumer Reports* | - | Nov-06 |
| 81 | "Buying Advice - MP3 Players" *ConsumerReports.org* | - | - |
| 82 | "Important Features - MP3 Players" *ConsumerReports.org* | - | - |
| 83 | "MP3 Players: Buying Advice" *Consumer Reports Electronics* | - | - |
| 84 | "MP3 Players Do More than Just Play Music" *Consumer Reports: Electronics Buying Guide 2007* | - | 2007 |
| 85 | "Reference and Ratings" *Consumer Reports: Electronics Buying Guide 2007* | - | 2007 |
| | | | |
| | **Internet Sites** | | |
| 86 | Apple.com *www.apple.com* | - | - |
| 87 | Audio Lunchbox *www.audiolunchbox.com* | - | - |
| 88 | Bleep *www.bleep.com* | - | - |
| 89 | Buy.com *www.buy.com* | - | - |
| 90 | CNET *www.cnet.com* | - | - |
| 91 | eMusic *www.emusic.com* | - | - |
| 92 | Live Downloads *www.livedownloads.com* | - | - |
| 93 | Lowendipod.com *www.lowendipod.com* | - | - |
| 94 | Macrumors.com *www.macrumors.com* | - | - |
| 95 | MusicMatch *www.musicmatch.com* | - | - |
| 96 | Napster *www.napster.com* | - | - |
| 97 | Pricwatch *www.pricewatch.com* | - | - |
| 98 | RealPlayer *www.realplayer.com* | - | - |
| 99 | Sony Connect *www.connect.com* | - | - |
| 100 | URGE *www.urge.com* | - | - |
| 101 | Walmart *www.walmart.com* | - | - |
| 102 | Yahoo! Music *music.yahoo.com* | - | - |
| | | | |
| | **IDC Publications** | | |
| 103 | "MP3 Summit Wrap-Up" | Hause, Kevin | Jul-99 |
| 104 | "The Future of the Music Industry: MP3, DVD-Audio, and More" | Hause, Kevin | 2000 |
| 105 | "MP3 Summit 2001 Wrap-Up" | Kevorkian, Susan | 2001 |
| 106 | "Worldwide and U.S. Compressed Audio Player Forecast and Analysis, 2002-2007: MP3 Everywhere" | Kevorkian, Susan | May-03 |
| 107 | "U.S. Paid Music Service Provider 2004-2008 Forecast and Analysis: Sounding Better and Better" | Kevorkian, Susan and Martin, Josh S. | Jun-04 |
| 108 | "Worldwide Compressed Audio Player 2004-2008 Forecast: MP3 Reaches Far and Wide" | Kevorkian, Susan | Aug-04 |
| 109 | "$0.99 Downloads and a Whole Lot More: Recent Developments in the Paid Music Service Provider Market" | Kevorkian, Susan and Scaramella, Jed | Nov-04 |
| 110 | "Worldwide and U.S. Portable Multimedia Player 2004-2008 Forecast and Analysis: Got Video?" | Martin, Joshua S. | Nov-04 |
| 111 | "Worldwide Portable Compressed Audio Player 2004-2008 Forecast Update: You Can Take It With You" | Kevorkian, Susan | Dec-04 |
| 112 | "Market Analysis. Worldwide and U.S. Paid Music Service Provider 2005-2009 Forecast and Analysis: Small Today but Here to Stay" | Kevorkian, Susan | May-05 |
| 113 | "Market Analysis. Worldwide and U.S. Compressed Audio Player 2005-2009 Forecast and Analysis: MP3 All Over the Place" | Kevorkian, Susan | Sep-05 |
| 114 | PC Market Growth Dips to 9.7% as Demand in Europe Slows, According to IDC | - | 7/19/2006 |
| 115 | "HP Gains Continue as Dell Struggles and Slow Commercial Demand Limits Growth in the United States, According to IDC" | - | 1/17/2007 |
| 116 | "IDC's Overview of the Streaming Media Market" | Ma, Bryan, Kevin Burden, Lucinda Borovick eds. | - |

Exhibit 2: Documents Relied Upon and Reviewed by Nathan Associates

| Number | Subject | Author | Date |
|---|---|---|---|
| | **Jupiter Research Publications** | | |
| 117 | "Digital Rights Owners Must Utilize DRM to Diversify Revenues and Expand Markets" | Sinnreich, Aram | 1999 |
| 118 | "Digital Music Subscriptions: Post-Napster Product Formats" Volume 2 | Sinnreich, Aram, Mark Mooradian, Vipul Patel eds. | 2000 |
| 119 | "European Digital Music Sales: Building a Global Product One Country at a Time" Volume 1 | Sinnreich, Aram, Mark Mulligan, Andrew Peach eds. | 2001 |
| 120 | "Adding It Up: Subscription Services Must Clarify Revenue Distribution Prior to Launch" | Mooradian, Mark and David Card | Sep-01 |
| 121 | "Subscription Music Services: Identifying and Marketing to Target Customers" | Black, Lee, Corina Matiesanu, and David Card | 2002 |
| 122 | "Devices and Subscriptions: Using Portability as a Differentiator" Volume 1 | Sinnreich, Aram, Stacey Herron, Mark Mooradian eds. | 2002 |
| 123 | "Secure CDs: Enforce Copy Protection by Adding Friendly Features" | Sinnreich, Aram and David Card | 3/13/2002 |
| 124 | "Selling Music Subscription Services: Beyond Installed Users" | Black, Lee, Roger McCleary, David Card | 2003 |
| 125 | "CD Copy Protection: A Bitter Pill to Swallow" | Black, Lee, Pete Sargent, and David Card | 4/9/2003 |
| | **Documents from Archos** | | |
| 126 | 104 Product Specifications | - | - |
| 127 | 104 Promotional Material | * | - |
| 128 | 404 Camcorder Promotional Material | - | - |
| 129 | 404 Camcorder Specification Sheet | - | - |
| 130 | 404 Promotional Material | - | - |
| 131 | 404 Specification Sheet | - | - |
| 132 | 504 Promotional Material | - | - |
| 133 | 504 Specification Sheet | - | - |
| 134 | 604 Promotional Material | - | - |
| 135 | 604 Specification Sheet | - | * |
| 136 | 604 WiFi Promotional Material | * | * |
| 137 | 604 WiFi Specification Sheet | - | - |
| 138 | ARCDisk Promotional Material | - | - |
| 139 | AV 300 Series Brief | * | - |
| 140 | AV 320 Promotional Material | * | * |
| 141 | AV 500 Promotional Material | * | * |
| 142 | AV 500 Promotional Material | * | * |
| 143 | AV 700 Promotional Material | * | * |
| 144 | AV 700 Promotional Material | * | * |
| 145 | AV120 Promotional Material | * | * |
| 146 | AV320/AV340 Promotional Material | * | * |
| 147 | Catalogue 2006/2007 | - | - |
| 148 | Gmini 402 Camcorder Promotional Material | - | - |
| 149 | Gmini 402 Promotional Material | * | * |
| 150 | Gmini 500 Promotional Material | - | - |
| 151 | GMINI Series Brief | - | - |
| 152 | Gmini XS 100 Promotional Material | - | - |
| 153 | Gmini120 Promotional Material | - | - |
| 154 | Gmini220 Promotional Material | - | - |
| 155 | Gmini402 Promotional Material | - | - |
| 156 | GminiXS 202s Promotional Material | * | * |
| 157 | PMA400 Promotional Material | * | * |
| | **RIAA Documents** | | |
| 158 | NARM: 2000 Annual Survey Results | - | 2000 |
| 159 | NARM: 2002 Annual Survey Report | - | 2002 |
| 160 | 2005 Consumer Profile | * | 2005 |
| 161 | 2005 Year-End Statistics: Manufacturers' Unit Shipments and Retail Dollar Value | - | 2005 |

Exhibit 2: Documents Relied Upon and Reviewed by Nathan Associates

| Number | Subject | Author | Date |
|--------|---------|--------|------|
| 162 | 2006 RIAA Mid-Year Statistics: Manufacturers' Unit Shipments and Dollar Value | • | 2006 |
| 163 | "RIAA Announces First Half 2006 Music Shipment Numbers II" | - | 10/12/2006 |
| 164 | Statement of Commissioner Mozelle W. Thompson, File No. 041-0054 | - | • |
| | **Books** | | |
| 165 | "Proving Antitrust Damages" *Antitrust Damages Project Committee* | Page, William H., Gurl Ademi, Aton Arbisser, eds. | 1996 |
| 166 | "Reference Manual on Scientific Evidence Second Edition" | Federal Judicial Center, West Group | 2000 |
| 167 | "Market Share Reporter 2006" | - | 2006 |
| 168 | "Market Share Reporter 2007" | - | 2007 |
| | **Government Documents** | | |
| 169 | "Complaint Against iTunes Music Store" *Norway - Consumer Ombudsman* | • | - |
| 170 | "Interoperability Between Antitrust and Intellectual Property" *Department of Justice* | Barnett, Thomas | 9/13/2006 |
| 171 | "Statement by Assistant Attorney General R. Hewitt Pate Regarding the Closing of the Digital Music Investigation" *Department of Justice* | • | 12/23/2003 |
| | **Other Documents** | | |
| 172 | "Napster and After: Where the Online Music Industry is Headed" *Knowledge@Wharton* Vol. 1 | - | • |
| 173 | "Licensing Intellectual Property in the Presence of Non-Contractible Complements" | Hagiu, Andrei and Lerner, Josh | 10/1/2006 |

# EXHIBIT 3

### Table 1. Apple, Inc.: Worldwide Annual Net Sales, Fiscal Year 2002-2006

($ in millions)

| Product | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| (1) iPod Sales | 143 | 345 | 1,306 | 4,540 | 7,676 |
| (2) iTunes and Other Music Related Product Sales | 4 | 36 | 278 | 899 | 1,885 |
| (3) Subtotal | 147 | 381 | 1,564 | 5,439 | 9,561 |
| (4) Macintosh Desktop Sales | 2,828 | 2,475 | 2,373 | 3,436 | 3,319 |
| (5) Macintosh Portable Sales | 1,706 | 2,016 | 2,550 | 2,839 | 4,056 |
| (6) Subtotal | 4,534 | 4,491 | 4,923 | 6,275 | 7,375 |
| (7) All Other Products (Hardware, Software, and Services) | 1,061 | 1,335 | 1,772 | 2,217 | 2,379 |
| (8) Total Net Sales | 5,742 | 6,207 | 8,279 | 13,931 | 19,315 |
| (9) iPod Sales as Percent of Total Net Sales: (1) ÷ (8) | 2.5 | 5.6 | 15.8 | 32.6 | 39.7 |
| (10) iPod, iTunes, and Other Music Related Product Sales as Percent of Total Net Sales: (3) ÷ (8) | 2.6 | 6.1 | 19.1 | 39.0 | 49.5 |

Source: Apple, Inc. 10-K filings for fiscal year 2004, 2005, and 2006. Fiscal year ends on the last Saturday of September.

Table 2. Apple Inc.: Worldwide Annual Gross Margins and Operating Income, Fiscal Year 2002-2006

($ in millions)

|  | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| (1) Net Sales | 5,742 | 6,207 | 8,279 | 13,931 | 19,315 |
| (2) Cost of Sales | 4,139 | 4,499 | 6,022 | 9,889 | 13,717 |
| (3) Gross Margin | 1,603 | 1,708 | 2,257 | 4,042 | 5,598 |
| (4) Gross Margin Percentage: (3) ÷ (1) | 27.9 | 27.5 | 27.3 | 29.0 | 29.0 |
| Operating Expenses: |  |  |  |  |  |
| (5) Research and Development | 446 | 471 | 491 | 535 | 712 |
| (6) Selling, General, and Administrative Expenses | 1,109 | 1,212 | 1,430 | 1,864 | 2,433 |
| (7) Other Operating Expenses | 31 | 26 | 23 | - | - |
| (8) Subtotal | 1,586 | 1,709 | 1,944 | 2,399 | 3,145 |
| (9) Operating Income: (3) - (8) | 17 | -1 | 313 | 1,643 | 2,453 |
| (10) Operating Income Percentage: (9) ÷ (1) | 0.3 | 0.0 | 3.8 | 11.8 | 12.7 |

Source: Apple Inc. 10-K filings for fiscal year 2004, 2005, and 2006.  Fiscal year ends on the last Saturday of September.

Case 5:05-cv-00037-JW      Document 97      Filed 01/25/2007      Page 27 of 33

Table 3. Apple Inc.: iPod Total Unit Sales and iPod U.S. Direct Unit Sales,
by Fiscal Quarter, 2002-2007

| Fiscal Year | iPods sold | U.S. Direct iPod Sales | U.S. Direct as Percent of Total |
|---|---|---|---|
|  |  |  |  |

**REDACTED**

**REDACTED**

Source: 10-Q Filings and documents produced by Apple Inc. Bates Number APPLE CHAR 00065

Table 4. Apple Inc.: Total iTunes Songs sold in the U.S., by Fiscal Quarter, 2002-2006

(in thousands)

**REDACTED**

**REDACTED**

Source: Documents produced by Apple Inc. Bates Number APPLE CHAR 00059 - 00064

Table 5: Comparison of Features and Prices of Current Portable Digital Music Players

| Player | Lowest Price [a] (Dollars) | Color Screen Size (inches) | Volume (cubic inches) | Storage (Gigabytes) | Battery Life (hours) Audio | Battery Life (hours) Video | Plays Video | Plays FM Radio | Plays Photos |
|---|---|---|---|---|---|---|---|---|---|
| iPod - 5.5G - 30 GB [b] | 249 | 2.5 | 3.936 | 30 | 14 | 3.5 | X | - | X |
| iPod - 5.5G - 80 GB [b] | 349 | 2.5 | 5.904 | 80 | 20 | 6.5 | X | - | X |
| iPod Nano-2G - 2 GB [b] | 149 | 1.5 | 1.68 | 8 | 24 | n/a | - | - | X |
| iPod Nano-2G - 4 GB [b] | 199 | 1.5 | 1.68 | 8 | 24 | n/a | - | - | X |
| iPod Nano-2G - 8 GB [b] | 249 | 1.5 | 1.68 | 8 | 24 | n/a | - | - | X |
| Archos 104 - 4 GB | 159.99 | 1.5 | 3.06 | 4 | 13 | n/a | - | - | X |
| Archos 104 - 6 GB | 189.99 | 1.5 | 3.06 | 6 | 13 | n/a | - | - | X |
| Archos 404 | 276.1 | 3.5 | 6.903 | 30 | 12 | 4 | X | - | X |
| Archos 504 | 295.98 | 4.3 | 13.77 | 40 | 17 | 5.5 | X | - | X |
| Archos 504 | 344.98 | 4.3 | 13.77 | 80 | 17 | 5.5 | X | - | X |
| Archos 504 | 537.25 | 4.3 | 13.77 | 160 | 17 | 5.5 | X | - | X |
| Archos 604 | 314.98 | 4.3 | 9.945 | 40 | 16 | 5 | X | - | X |
| Cowon iAudio 6 | 189.9 | 1.3 | 2.94 | 4 | 20 | n/a | - | X | - |
| Cowon iAudio T2 | 134.9 | 0.9 | 1.1 | 2 | 12 | n/a | - | X | - |
| Cowon iAudio F2 | 129.9 | 1.3 | 2.842 | 2 | 22 | n/a | - | X | - |
| Creative Zen Vision M | 220 | 2.5 | 6.888 | 30 | 11 | 4 | X | X | X |
| Creative Zen Vision W | 305 | 4.3 | 14.31 | 30 | 13 | 4.5 | X | X | X |
| Creative Zen Vision W | 362 | 4.3 | 14.31 | 30 | 13 | 4.5 | X | X | X |
| iRiver U10 (1 GB) | 200 | 2.2 | 3.078 | 1 | 34 | n/a | X | X | X |
| Microsoft Zune 30 GB | 230 | 3 | 6.336 | 30 | 14 | 4 | X | X | X |
| Philips GoGear Jukebox HDD 6330 | 199.99 | 2 | 7.175 | 30 | 15 | n/a | | X | |
| RCA Lyra RD2215 | 131.37 | n/a | 5.6 | 0.5 | 50 | n/a | | X | |
| Samsung YP-K5 | | 1.7 | 5.187 | 2 | 30 | n/a | | X | |
| Sony NW-E005 | 91 | n/a | 1.86 | 2 | 28 | n/a | | X | X |
| Toshiba Gigabeat MES30VW | 196 | 2.4 | 5.616 | 30 | 12 | 2.5 | X | X | X |
| Toshiba Gigabeat S | 196 | 2.4 | 5.616 | 30 | 12 | 2.5 | X | X | X |
| Toshiba Gigabeat S MES60VK | 235 | 2.4 | 5.616 | 60 | 12 | 2.5 | X | X | X |
| Toshiba Gigabeat V30 MEV30K | 234 | 3.5 | 11.76 | 30 | 30 | 8 | X | X | X |

[a] Prices found using online shopping tools provided by pricewatch.com and cnet.com

[b] Prices taken from the Apple online store

Sources: www.pricewatch.com; www.cnet.com; Documents provided by Andios; Consumer Reports. Prices found during January 2007

Table 6: Comparison of Features and Prices of Digital Music Download Stores

| Service | File-type / Codec | Bit-rate (kbps) | Price per song (dollars) | DRM [a] | Catalog size [b] |
|---|---|---|---|---|---|
| Audio Lunchbox | MP3 | 192 | 0.99 | No | - |
| Bleep | MP3 | - | 1.35 | No | - |
| Buy.com (Buymusic) | WMA | 128 | 0.79-0.89 | Yes | 1,000,000 |
| eMusic | MP3 | 192 | n/a | No | 1,000,000 |
| iTunes | AAC | 128 | 0.99 | Yes | 3,500,000 |
| Live Downloads | MP3 | 128 | 0.99 | No | - |
| MusicMatch | WMA | 160 | 0.99 - 1.99 | Yes | 900,000 |
| Napster | WMA | 128 | 0.99 | Yes | 2,000,000 |
| RealPlayer (Rhapsody) | WMA | 128-192 | 0.49 - 0.99 | Yes | 1,000,000 |
| Sony Connect | ATRAC3 | 128 | 0.99 | Yes | - |
| URGE | WMA | 192 | 0.99 | Yes | 2,000,000 |
| Walmart | WMA | 128 | 0.88 | Yes | 1,000,000 |
| Yahoo! Music | WMA | 128 | 0.99 | Yes | 1,000,000 |

[a] Digital Rights Management (DRM) is used to prevent users from making unauthorized copies of music files

[b] Number of songs available for purchase

Sources: About.com; Consumerresearch.com; Individual company websites

Figure 1. Apple, Inc.: iPod Total Unit Sales and iPod U.S. Direct Unit Sales, by Quarter, 2002-2007

REDACTED

REDACTED

iPods Sold

Source: Table 3

Figure 2. Apple, Inc.: Total iPod Sales and U.S. iTunes Sales

iTunes Songs Sold

REDACTED

REDACTED

iPods Sold

Sources: Table 3 and Table 4



Chart 3. Apple, Inc.: Percent Market Share of iPod, by dollars and units sold

Source: The NPD Group