```
 1  Michael D. Braun (#167416)
    BRAUN LAW GROUP, P.C.
 2  12400 Wilshire Boulevard,
    Suite 920
 3  Los Angeles, CA 90025
    Telephone: (310) 442-7755
 4  Facsimile: (310) 442-7756

 5  Roy A. Katriel (pro hac vice)
    THE KATRIEL LAW FIRM
 6  1101 30TH Street, NW
    Suite 500
 7  Washington, DC 20007
    Telephone: (202) 625-4342
 8
 9  Counsel for Plaintiff
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SOMTAI TROY CHAROENSAK AND MARIANNA ROSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC.,<br><br>Defendants. | No. C-05-00037 JW<br><br>**UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FILED PURSUANT TO CIVIL LOCAL RULE 7-11 TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Hon. Patricia V. Trumbull<br>Courtroom 5, 4th Floor |

Unopposed Motion for Administrative Relief to Remove Inadvertently Filed Document
*Charoensak et. al. v. Apple Computer, Inc.*, No. C-05-00037 JW

1
2        Pursuant to Civil L.R. 7-11, Plaintiffs Somtai Troy Charoensak and Marianna Rosen, by and
3   through their undersigned counsel, hereby file this Unopposed Motion for Administrative Relief to
4   Remove from the Electronic Court Filing ("ECF") docket the Declaration of Dr. John Pisarkiewicz
5   in Support of Plaintiffs' Motion for Class Certification (Docket No. 95). Plaintiffs' counsel
6   inadvertently filed the Declaration of Dr. John Pisarkiewicz via ECF instead of filing a redacted
7   version and a submission to the Court to have the original Declaration filed under seal pursuant to
8   Paragraph 7(f) of the Court's Protective Order. Dr. Pisarkiewicz's declaration referenced data that
9   defendant Apple Computer, Inc. had previously designated as "Confidential" under the Court's
10  Protective Order, and accordingly should have been filed under seal with an appropriate submission
11  to the Court. Upon discovery of this error, Plaintiffs' counsel promptly notified the Court's ECF
12  Support Desk, and a temporary "lock" was placed on the document so that it would not be accessible
13  by the public via the Court's ECF system. Plaintiffs' counsel has also filed a corrected and redacted
14  version of the document via the Court's ECF system that does not display the sections of the
15  document making reference to the material designated as "Confidential." That redacted document
16  has been assigned Docket No. 97 by the Court's ECF system.
17        Pursuant to paragraph 7(f) of the Court's Protective Order, Plaintiffs' counsel will be
18  submitting to the Court the original version of the Declaration of Dr. John Pisarkiewicz in Support
19  of Plaintiffs' Motion for Class Certification, along with a request to have that version of the
20  document filed under seal. This motion is unopposed by defendant Apple Computer, Inc.
21  Dated: January 25, 2007                         Respectfully submitted,
22                                                  BRAUN LAW GROUP, P.C.
23                                                  _____/s/_____
24                                                  Michael D. Braun (#167416)
                                                    BRAUN LAW GROUP, P.C.
25                                                  12400 Wilshire Boulevard, Suite 920
                                                    Los Angeles, CA 90025
26                                                  Telephone: (310) 442-7755
                                                    Facsimile: (310) 442-7756
27
28                                                  Counsel for Plaintiffs

Unopposed Motion for Administrative Relief to Remove Inadvertently
Filed Document
*Charoensak et. al. v. Apple Computer*, Inc., No. C-05-00037 JW

Additional Plaintiff's counsel:

Roy A. Katriel (*pro hac vice*)
THE KATRIEL LAW FIRM
1101 30TH Street, NW
Suite 500
Washington, DC 20007
Telephone: (202) 625-4342

Jacqueline Sailer
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
Hon. Patricia V. Trumbull
United States Magistrate Judge

Unopposed Motion for Administrative Relief to Remove Inadvertently Filed Document
*Charoensak et. al. v. Apple Computer*, Inc., No. C-05-00037 JW