
**ORIGINAL**

| | |
|---|---|
| 1  Michael D. Braun (167416)<br>     BRAUN LAW GROUP, P.C.<br>2   12400 Wilshire Boulevard<br>     Suite 920<br>3   Los Angeles, CA 90025<br>     Tel:   (310) 442-7755<br>4   Fax:  (310) 442-7756<br>     E-mail: service@braunlawgroup.com<br>5<br>     Roy A. Katriel *(Admitted Pro Hac Vice)*<br>6   THE KATRIEL LAW FIRM, P.C.<br>     1101 30th Street, NW<br>7   Suite 500<br>     Washington, DC 20007<br>8   Tel:   (202) 625-4342<br>     Fax:  (202) 625-6774<br>9   E-mail: rak@katriellaw.com | **FILED**<br><br>2007 JAN 30  P 3: 14<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J.<br><br>Brian P. Murray<br>Jacqueline Sailer<br>MURRAY, FRANK & SAILER LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016-1101<br>Tel:   (212) 682-1818<br>Fax:  (212) 682-1892<br>Email: jsailer@murrayfrank.com |

**Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SOMTAI TROY CHAROENSAK and<br>MARIANA ROSEN, Individually, And On<br>Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>APPLE COMPUTER, INC.<br><br>                    Defendant. | **CASE NO.: C05-00037 JW**<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FILED PURSUANT TO CIVIL LOCAL RULE 7.11 FOR LEAVE OF COURT TO FILE THE DECLARATION OF JOHN PISARKIEWICZ, Ph.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL**<br><br>Hon. Patricia V. Trumbull<br>Courtroom 5, 4th Floor |

**FILE BY FAX**

1       Pursuant to Civil Local.Rules 7-11 and 79-5, as well as Paragraph 7(f) of the Protective
2 Order entered by the Court in the above-entitled action on January 17, 2007, plaintiffs Somtai Troy
3 Charoensak and Marianna Rosen (collectively "plaintiffs"), by and through their undersigned
4 counsel, hereby seek leave of Court to file the Declaration of John Pisarkiewicz, Ph.D. in Support of
5 Plaintiffs' Motion for Class Certification under seal. In support of this motion, plaintiffs are
6 concurrently filing the Declaration of Roy A. Katriel. This motion is unopposed by defendant
7 Apple Computer, Inc.
8       On January 22, 2007, plaintiffs filed their motion for class certification. In support of that
9 motion, plaintiffs also filed the Declaration of Dr. John Pisarkiewicz, an expert economist. Because
10 Dr. Pisarkiewicz's declaration makes reference to material that defendant Apple Computer, Inc. has
11 previously designated as "Confidential" within the meaning of the Court's Protective Order,
12 plaintiffs have filed a redacted unsealed version of the declaration via the Court's Electronic Case
13 File ("ECF") system for public viewing.[1] The redacted version was assigned Docket Number 97 in
14 this case, and is identical to the attached version of the declaration, except that it redacts Tables 3
15 and 4, Figures 1 and 2, as well as paragraph 11, 12, 17, and 18 where Dr. Pisarkiewiz references the
16 data previously designated as "Confidential" by defendant.[2]

---

[1] When plaintiffs' motion for class certification and the supporting Declaration of John Pisarkiewicz, Ph.D. were originally filed on January 22, 2007, plaintiffs' counsel filed both documents via the Court's ECF system, due to an oversight. When the matter was brought to the attention of plaintiffs' counsel by defendants, plaintiffs' counsel promptly notified the Court's ECF Help Desk, and a temporary "lock" was placed on the originally filed declaration containing reference to "Confidential" data. Thereafter, plaintiffs' counsel immediately filed an Unopposed Administrative Motion to Remove the Inadvertently Filed Document, as well as a Corrected and Redacted Version of the Declaration of John Pisarkiewicz, Ph.D.

[2] Figures 1 and 2, as well as Tables 3 and 4, all of which reference "Confidential" data form part of Exhibit 3 to the Declaration of Dr. John Pisarkiewicz.

1  Pursuant to Paragraph 7(f) of the Protective Order, plaintiffs hereby submit the unredacted
2  version of Dr. Pisarkiewicz's declaration to the Court (attached as Exhibit 1 to the Declaration of
3  Roy A. Katriel), and respectfully request leave of Court to file the attached unredacted declaration
4  under seal.

6  Dated: January 30, 2007

Roy A. Katriel *(Admitted Pro Hac Vice)*
THE KATRIEL LAW FIRM, P.C.

By: /s/ Roy A. Katriel

Roy A. Katriel
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel:  (202) 625-4342
Fax:  (202) 625-6774

Michael D. Braun
BRAUN LAW GROUP, P.C.
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025
Tel:  (310) 442-7755
Fax:  (310) 442-7756

Brian P. Murray
Jacqueline Sailer
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel:  (212) 682-1818
Fax:  (212) 682-1892

**Attorneys for Plaintiffs**

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )ss.:
COUNTY OF LOS ANGELES    )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On January 30, 2007, I served the document(s) described as **PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FILED PURSUANT TO CIVIL LOCAL RULE 7.11 FOR LEAVE OF COURT TO FILE THE DECLARATION OF JOHN PISARKIEWICZ, Ph.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

## SEE ATTACHED SERVICE LIST

I served the above document(s) as follows:

BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2007, at Los Angeles, California 90025.

LEITZA MOLINAR
Type or Print Name                              Signature

---

3

PLTFFS' UNOPPOSED MX FOR ADMINISTRATIVE RELIEF FILED PURSUANT TO CIVIL L. R. 7.11 FOR LEAVE OF COURT TO FILE THE DECLARATION OF JOHN PISARKIEWICZ, Ph.D. IN SUPPORT OF PLTFF' MX FOR CLASS CERTIFICATION UNDER SEAL
CASE NO.: C05-00037 JW
\\Fileserver\shareddocs\BLG\APPLE\PLD-WPD\Mx to File Documents Under Seal.wpd

**SERVICE LIST**

Roy A. Katriel, Esq.
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel:   (202) 625-4342
Fax:   (202) 625-6774

Brian P. Murray, Esq.
Jacqueline Sailer, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel:   (212) 682-1818
Fax:   (212) 682-1892

**Attorneys for Plaintiffs**

Robert A. Mittelstaedt, Esq.
Caroline N. Mitchell, Esq.
Adam R. Sand, Esq.
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Tel:   (415) 626-3939
Fax:   (415) 875-5700

**Attorneys for Defendant**

4

PLTFFS' UNOPPOSED MX FOR ADMINISTRATIVE RELIEF FILED PURSUANT TO CIVIL L. R. 7.11 FOR LEAVE OF COURT TO FILE THE DECLARATION OF JOHN PISARKIEWICZ, Ph.D. IN SUPPORT OF PLTFF' MX FOR CLASS CERTIFICATION UNDER SEAL
CASE NO.: C05-00037 JW
\\Fileserver\shareddocs\BLG\APPLE\PLD-WPD\Mx to File Documents Under Seal.wpd