**ORIGINAL**

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025
Tel:   (310) 442-7755
Fax:   (310) 442-7756
E-mail: service@braunlawgroup.com

Roy A. Katriel *(Admitted Pro Hac Vice)*
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel:   (202) 625-4342
Fax:   (202) 625-6774
E-mail: rak@katriellaw.com

Brian P. Murray
Jacqueline Sailer
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel:   (212) 682-1818
Fax:   (212) 682-1892
Email: jsailer@murrayfrank.com

**Attorneys for Plaintiffs**

FILED
2007 JAN 30 P 3: 14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SOMTAI TROY CHAROENSAK and MARIANA ROSEN, Individually, And On Behalf Of All Others Similarly Situated, <br><br>                     Plaintiff, <br><br>vs. <br><br>APPLE COMPUTER, INC. <br><br>                     Defendant. | CASE NO.: C05-00037 JW <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ROY A. KATRIEL IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THE DECLARATION OF DR. JOHN PISARKIEWICZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL** <br><br> Hon. Patricia V. Trumbull <br> Courtroom 5, 4th Floor |

**FILE BY FAX**

---

DECLARATION OF ROY A. KATRIEL IN SUPPORT OF PLTFFS' UNOPPOSED MX FOR LEAVE TO FILE THE DECLARATION OF DR. JOHN PISARKIEWICZ IN SUPPORT OF PLTFFS' MX FOR CLASS CERTIFICATION UNDER SEAL
CASE NO.: C05-00037 JW
\\Fileserver\shareddocs\BLG\APPLE\PLD-WPD\Decl re Mx to File Documents Under Seal.wpd

I, Roy A. Katriel, hereby declare:

1. I am an attorney at The Katriel Law Firm located at 1101 30th Street, NW Suite 500, Washington, DC 20007, and am counsel for plaintiff in the above-entitled action. I am admitted *pro hac vice* to practice before this Court in this action. I make this declaration of my own personal knowledge in support of Plaintiffs' Unopposed Motion for Administrative Relief Filed Pursuant to Civil L.R 7-11 For Leave Of Court to File the Declaration of Dr. John Pisarkiewicz in Support of Plaintiffs' Motion for Class Certification Under Seal.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Dr. John Pisarkiewicz In Support of Plaintiffs' Motion for Class Certification in the above-entitled action.

3. On January 22, 2007, plaintiffs filed their motion for class certification in the above-entitled action. In support of that motion, plaintiffs submitted and served upon defendants' counsel, *inter alia*, the Declaration of Dr. John Pisarkiewicz, an expert economist. A true and correct sealed copy of that declaration is attached hereto as Exhibit 1. A sealed copy of the same is being concurrently lodged with the Clerk.

Dr. Pisarkiewicz's declaration references data that defendant Apple Computer, Inc. has previously designated as "Confidential" within the meaning of the Protective Order entered in this case by the Court on January 17, 2007. Specifically, Tables 3 and 4, as well as Figures 1 and 2, all of which are found within Exhibit 3 to the Pisarkiewicz declaration reference "Confidential" data. In addition, paragraphs 11, 12, 17 and 18 of the Pisarkiewicz declaration similarly reference "Confidential" data.

Pursuant to Civil L.R. 79-5 and to Paragraph 7(f) of the Court's Protective Order entered in this case, plaintiffs have filed a Redacted version of the Pisarkiewicz declaration via the Court's ECF system for public viewing. The Redacted version of the declaration is identical in all respects to the original version of the declaration, except that Tables 3 and 3, figures 1 and 2, and

///
///
///

1

1 | paragraphs 11, 12, 17, and 18 have been redacted from the Redacted version, so as to protect the
2 | confidentiality of the "Confidential" documents.
3 |     I declare under penalty of perjury under the laws of the United States of America that the
4 | foregoing is true and correct.
5 |     Executed this 30th day of January in Washington, District of Columbia.

*Roy A. Katriel*

# EXHIBIT 1