1   Robert A. Mittelstaedt #060359
    Caroline N. Mitchell #143124
2   Adam R. Sand #217712
    Tracy M. Strong #221540
3   JONES DAY
    555 California Street, 26th Floor
4   San Francisco, CA  94104
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700
    ramittelstaedt@jonesday.com
6   cnmitchell@jonesday.com
    arsand@jonesday.com
7   tstrong@jonesday.com

8
    Attorneys for Defendant
9   APPLE INC. f/k/a Apple Computer, Inc.

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12

13  SOMTAI TROY CHAROENSAK and          Case No. C 05 00037 JW (PVT)
14  MARIANA ROSEN, individually, and
    on behalf of all others similarly situated,  DECLARATION OF TRACY M. STRONG
15                                       IN SUPPORT OF PLAINTIFFS'
                    Plaintiffs,          UNOPPOSED MOTION TO FILE THE
16                                       DECLARATION OF DR. JOHN
         v.                              PISARKIEWICZ IN SUPPORT OF
17                                       PLAINTIFFS' MOTION FOR CLASS
    APPLE COMPUTER, INC.,                CERTIFICATION UNDER SEAL
18
                    Defendant.           Honorable Patricia V. Trumbell
19                                       Courtroom 5, 4th Floor

20

21

22        I, Tracy M. Strong, declare:

23        1.    I am an associate in the law firm of Jones Day, located at 555 California Street,

24  26th Floor, San Francisco, California, 94104, a member in good standing of the State Bar of

25  California, and one of the attorneys of record in this case for defendant.  I have personal

26  knowledge of the facts set forth herein and, if called as a witness, I could and would competently

27  testify thereto.  I make this declaration pursuant to Local Rule 79-5(d) in support of plaintiffs'

28  request to file the declaration of Dr. John Pisarkiewicz under seal.

SFI-560738v1                                              C 05 00037 JW

1    2.    In discovery, Apple produced to plaintiffs confidential financial information

2   regarding direct sales in the United States of iPod products and music files from the iTunes Store.

3   This information was designated "Confidential – Attorneys Eyes Only" pursuant to the Amended

4   Stipulation and Protective Order Regarding Confidential Information agreed to by the parties and

5   entered by this Court on January 17, 2007.

6    3.    Information about sales per region is not disclosed in Apple's Form 10-K filings

7   with the Securities Exchange Commission.  Rather, Apple reports sales on a worldwide basis.

8   Attached hereto as Exhibit A is a true and correct copy of excerpts from Apple's 10-K filings for

9   fiscal years 2004, 2005 and 2006.  The information produced to plaintiffs about direct sales of

10  iPod products and music files from the iTunes Store in the United States is non-public financial

11  information from a public company that should remain confidential.

12    4.    Plaintiffs' expert Dr. John Pisarkiewicz relies on and quotes this confidential

13  information in his declaration in support of plaintiffs' motion for class certification (paragraphs

14  11, 12, 17 and 18) and Exhibit 3 thereto (Tables 3 and 4, Figures 1 and 2).  Plaintiffs have now

15  moved to file this declaration under seal, as required by paragraph 7(f) of the Amended

16  Stipulation and Protective Order.  Apple requests that the confidential non-public financial

17  information be placed under seal.

18

19    I declare under penalty of perjury of the laws of California and the United States of

20  America that the foregoing is true and correct of my personal knowledge.  Executed this 5th day

21  of February, 2007 at San Francisco, California.

22

23    _____/s/ Tracy M. Strong_____
      Tracy M. Strong

24

25

26

27

28

SFI-560738v1                                                    C 05 00037