IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Somtai Try Charoensak, et al., | NO. C 05-00037 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Apple Computer, Inc., | |
| Defendant. | |

This case was scheduled for a case management conference on March 19, 2007. In light of the Court's recent hearing on its order to show cause ("OSC") why this case should not be consolidated with Tucker v. Apple Computer, Inc., No. 06-4457 JW, the Court vacates the case management conference pending its ruling on its OSC.

Dated: March 14, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand arsand@JonesDay.com
Brian P Murray bmurray@rabinlaw.com
Caroline N. Mitchell cnmitchell@jonesday.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@lerachlaw.com
Michael David Braun service@braunlawgroup.com
Robert A. Mittelstaedt ramittelstaedt@jonesday.com
Roy A. Katriel rak@katriellaw.com
Tracy Strong tstrong@jonesday.com

**Dated: March 14, 2007**             **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California