IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Melanie Tucker, | Case No. C 06-04457 JW |
| Somtai Charoensak, et al. | Related Case No. C 05-00037 JW |
| Plaintiffs, | **ORDER CONSOLIDATING RELATED CASES; APPOINTING CO-LEAD COUNSEL** |
| v. | |
| Apple Computer, Inc., | |
| Defendant. | |

On March 5, 2007, the Court conducted a hearing on its Order to Show Cause Why Cases Should Not Be Consolidated. Based on the papers submitted to date and the oral arguments of counsel, the Court orders as follows:

1. The Clerk shall consolidate these Related Cases such that the earlier filed action, C 05-00037 JW, is the lead case. All future filings shall be in C 05-00037 JW and shall bear the caption, "The Apple iPod iTunes Anti-Trust Litigation."

2. The Court appoints The Katriel Law Firm, P.L.L.C. and Lerach Coughlin Stoia Geller Rudman & Robbins LLP as Co-Lead Counsel.

3. The Court appoints Somtai Troy Charoensak, Mariana Rosen, and Melanie Tucker as Lead Plaintiffs.

4. Within thirty (30) days of the date of this Order, Lead Plaintiffs shall file a Consolidated Complaint.

5.   In light of this Order, Melanie Tucker's Motion to Appoint Interim Co-Lead Class Counsel is denied as moot and the hearing presently scheduled for March 19, 2007 is VACATED.

Dated:  March 20, 2007

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand arsand@JonesDay.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bsweeney@lerachlaw.com
Christopher M. Burke chrisb@lerachlaw.com
John J. Stoia jstoia@lerachlaw.com
Robert A. Mittelstaedt ramittelstaedt@jonesday.com
Tracy Strong tstrong@jonesday.com
Brian P Murray bmurray@rabinlaw.com
Caroline N. Mitchell cnmitchell@jonesday.com
Jacqueline Sailer jsailer@murrayfrank.com
Michael David Braun service@braunlawgroup.com
Roy A. Katriel rak@katriellaw.com

**Dated: March 20, 2007**  **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**

**United States District Court**
For the Northern District of California