"The Apple iPod iTunes Anti-Trust Litigation"  Doc. 108
Case 5:05-cv-00037-JW  Document 108  Filed 05/04/2007  Page 1 of 2
May-04-07  02:00pm  From-LERACH COUGHLIN                    T-088  P.002/003  F-759

1 Robert A. Mittelstaedt (State Bar No. 60359)
  ramittelstaedt@jonesday.com
2 Elaine Wallace (State Bar No. 197882)
  ewallace@jonesday.com
3 Tracy M. Strong (State Bar No. 221540)
  tstrong@jonesday.com
4 JONES DAY
  555 California Street, 26th Floor
5 San Francisco, CA 94104
  Telephone:    (415) 626-3939
6 Facsimile:    (415) 875-5700

7 Attorneys for Defendant
  APPLE INC.

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No. C 05 00037 JW<br><br>STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT |
|---|---|

WHEREAS Apple Inc. (Apple) is scheduled to submit an answer to the complaint in the above captioned case on Monday, May 7, 2007;

WHEREAS Apple needs additional time to complete its answer to the complaint; and

WHEREAS the parties agreed to extend the deadline for Apple to answer the complaint by thirty (30) days;

//

//

//

//

C05 00037 JW
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT

PAGE 2/3 * RCVD AT 5/4/2007 2:00:07 PM [Pacific Daylight Time] * SVR:SFFX01MS/3 * DNIS:36899 * CSID: * DURATION (mm-ss):00-34

Dockets.Justia.com

1  IT IS HEREBY STIPULATED by lead plaintiffs Somtai Charoensak, Melanie Rosen and
2  Melanie Tucker and defendant Apple, through their respective counsel and pursuant to Civil
3  Local Rule 6-1(a), that Apple's time to answer to the Complaint shall be extended to June 6,
4  2007.

Dated: May 4, 2007                         JONES DAY

                                           By: /s/ Tracy M. Strong
                                               Tracy M. Strong

                                           Attorney for APPLE INC.

Dated: May 4, 2007                         LERACH COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP

                                           By: /s/ Greg Weston
                                               Gregory S. Weston

                                           Co-Lead Counsel for Plaintiffs

Dated: May ___, 2007                       **IT IS SO ORDERED:**

                                           By: _____
                                               The Honorable James Ware
                                           U.S. DISTRICT COURT JUDGE

SFI-564338v1

- 2 -

C05 00037 JW
STIPULATION EXTENDING DEFENDANT'S TIME TO
RESPOND TO THE COMPLAINT

PAGE 3/3 * RCVD AT 5/4/2007 2:00:07 PM [Pacific Daylight Time] * SVR:SFFX01MS/3 * DNIS:36899 * CSID:* DURATION (mm-ss):00-34