"The Apple iPod iTunes Anti-Trust Litigation" — Doc. 109
Case 5:05-cv-00037-JW   Document 109   Filed 05/07/2007   Page 1 of 2
May-04-07  02:00pm  From-LERACH COUGHLIN                              T-088  P.002/003  F-759

1. Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2. Elaine Wallace (State Bar No. 197882)
   ewallace@jonesday.com
3. Tracy M. Strong (State Bar No. 221540)
   tstrong@jonesday.com
4. JONES DAY
   555 California Street, 26th Floor
5. San Francisco, CA 94104
   Telephone:   (415) 626-3939
6. Facsimile:   (415) 875-5700

7. Attorneys for Defendant
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No. C 05 00037 JW<br><br>STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT |
|---|---|

WHEREAS Apple Inc. (Apple) is scheduled to submit an answer to the complaint in the above captioned case on Monday, May 7, 2007;

WHEREAS Apple needs additional time to complete its answer to the complaint; and

WHEREAS the parties agreed to extend the deadline for Apple to answer the complaint by thirty (30) days;

//

//

//

//

C05 00037 JW
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT

PAGE 2/3 * RCVD AT 5/4/2007 2:00:07 PM [Pacific Daylight Time] * SVR:SFFX01MS/3 * DNIS:36899 * CSID: * DURATION (mm-ss):00-34

Dockets.Justia.com

IT IS HEREBY STIPULATED by lead plaintiffs Somtai Charoensak, Melanie Rosen and Melanie Tucker and defendant Apple, through their respective counsel and pursuant to Civil Local Rule 6-1(a), that Apple's time to answer to the Complaint shall be extended to June 6, 2007.

Dated: May 4, 2007

JONES DAY

By: /s/ Tracy M. Strong
Tracy M. Strong

Attorney for APPLE INC.

Dated: May 4, 2007

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: Greg Weston
Gregory S. Weston

Co-Lead Counsel for Plaintiffs

Dated: May 7, 2007

IT IS SO ORDERED:

By: James Ware
The Honorable James Ware
U.S. DISTRICT COURT JUDGE

SFI-564338v1

- 2 -

C05 00037 JW
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT