LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
BONNY E. SWEENEY (176174)
GREGORY S. WESTON (239944)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@lerachlaw.com
gweston@lerachlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | )  Lead Case No. C-05-00037-JW |
| _____ | )  CLASS ACTION |
| This Document Relates To: | )  NOTICE OF APPEARANCE OF GREGORY |
|     ALL ACTIONS. | )  S. WESTON |
| _____ | ) |

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2          PLEASE TAKE NOTICE that Gregory S. Weston (gweston@lerachlaw.com) of Lerach

3  Coughlin Stoia Geller Rudman & Robbins LLP hereby enters his appearance on behalf of plaintiffs

4  Melanie Tucker, Somtai Troy Charoensak and Mariana Rosen in *The Apple iPOD iTunes Anti-Trust*

5  *Litigation*, No. 05-CV-00037-JW (N.D. Cal.), and requests that all pleadings, notices, orders,

6  correspondence and other papers in connection with this action be served upon him at the e-mail

7  address listed above.

8  DATED:  June 15, 2007                    LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
9                                          BONNY E. SWEENEY
                                           GREGORY S. WESTON

10

11                                                s/GREGORY S. WESTON
12                                            GREGORY S. WESTON

13                                         655 West Broadway, Suite 1900
                                           San Diego, CA  92101
14                                         Telephone:  619/231-1058
                                           619/231-7423 (fax)

15
                                           THE KATRIEL LAW FIRM
16                                         ROY A. KATRIEL
                                           1101 30th Street, N.W., Suite 500
17                                         Washington, DC  20007
                                           Telephone:  202/625-4342
18                                         202/330-5593 (fax)

19                                         Co-Lead Counsel for Plaintiffs

20                                         BONNETT, FAIRBOURN, FRIEDMAN
                                              & BALINT, P.C.
21                                         ANDREW S. FRIEDMAN
                                           FRANCIS J. BALINT, JR.
22                                         ELAINE A. RYAN
                                           TODD D. CARPENTER
23                                         2901 N. Central Avenue, Suite 1000
                                           Phoenix, AZ  85012
24                                         Telephone:  602/274-1100
                                           602/274-1199 (fax)

25
                                           BRAUN LAW GROUP, P.C.
26                                         MICHAEL D. BRAUN
                                           12400 Wilshire Blvd., Suite 920
27                                         Los Angeles, CA  90025
                                           Telephone:  310/442-7755
28                                         310/442-7756 (fax)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

S:\CasesSD\Apple Tying\NOT00042845.doc

1

2

<u>CERTIFICATE OF SERVICE</u>

3
       I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of

4
the Court using the CM/ECF system which will send notification of such filing to the e-mail

5
addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

6
mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

7
participants indicated on the attached Manual Notice List.

8
       I certify under penalty of perjury under the laws of the United States of America that the

9
foregoing is true and correct.  Executed on June 15, 2007.

10
                                       s/ GREGORY S. WESTON

11
                                     GREGORY S. WESTON

12
                                     LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP

13
                                     655 West Broadway, Suite 1900
                                     San Diego, CA  92101-3301

14
                                     Telephone:  619/231-1058
                                     619/231-7423 (fax)

15
                                     E-mail:gweston@lerachlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael David Braun**
  service@braunlawgroup.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ybennett@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  arsand@JonesDay.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@lerachlaw.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bsweeney@lerachlaw.com,E_file_sd@lerachlaw.com,tturner@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)