1  BONNETT FAIRBOURN FRIEDMAN
    & BALINT, PC
2  Andrew S. Friedman (*pro hac vice*)
3  afriedman@bffb.com
   Francis J. Balint, Jr. (*pro hac vice*)
4  fbalint@bffb.com
   Elaine Ryan (*pro hac vice*)
5  eryan@bffb.com
   2901 North Central Avenue, Suite 1000
6  Phoenix, Arizona 85012
7  Telephone: 602-274-1100

8  Attorneys for Plaintiffs

9  [Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| This Document Relates To: | **NOTICE OF APPEARANCE OF ANDREW S. FRIEDMAN** |
| ALL ACTIONS. | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Andrew S. Friedman (afriedman@bffb.com) of Bonnett Fairbourn Friedman & Balint, P.C. hereby enters his appearance on behalf of plaintiff Melanie Tucker in *The Apple iPOD iTunes Anti-Trust Litigation*, No. 05-CV-00037-JW (N.D. Cal.), and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the e-mail address listed above.  Andrew S. Friedman is an attorney of record in the related action *Tucker v. Apple Computer, Inc.*, No. 06-cv-04457-JW (N.D. Cal.),

consolidated with this action in the Court's Order Consolidating Related Cases; Appointing Co-Lead Counsel entered on March 21, 2007.

DATED: June 21, 2007.
          BONNETT FAIRBOURN FRIEDMAN
            & BALINT, PC

<u>/s Andrew S. Friedman</u>
Andrew S. Friedman (*pro hac vice*)
Francis J. Balint, Jr. (*pro hac vice*)
Elaine Ryan (*pro hac vice*)

2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: 602-274-1100

Attorneys for Plaintiff

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS, LLP
BONNY E. SWEENEY (176174)
GREGORY S. WESTON (239944)
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: 619-231-1058

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30TH Street, N.W., Suite 500
Washington, D.C. 20007
Telephone: 202-625-4342

Co-Lead Counsel for Plaintiffs

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
12400 Wilshire Blv., Suite 920
Los Angeles, CA 90025
Telephone: 310-442-7755

MURRAY, FRANK & SAILER, LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
Mew York, NY 10016

- 2 -

| | |
|---|---|
| 1 | Telephone: 212-682-1818 |
| 2 | GLANCY BINKOW & GOLDBERG, LLP |
| 3 | MICHAEL GOLDBERG<br>1801 Avenue of the Stars, Suite 311 |
| 4 | Los Angeles, CA  90067<br>Telephone: 310-201-9150 |
| 5 | Additional Counsel for Plaintiffs |