Francis. J. Balint, Jr.
BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
2901 North Central Avenue
Suite 1000
Phoenix, Arizona 85012
Telephone: (602) 274-1100
Facsimile:  (602) 274-1199
fbalint@bffb.com

*Attorneys for Plaintiff*

FILED
2007 JUN 21  A 11: 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Lead Case No. C-05-00037-JW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

    Pursuant to Civil L.R. 11-3, Francis J. Balint, Jr., an active member in good standing of the State Bar of Arizona, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Melanie Tucker in the above-entitled action.

    In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court, and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Bonny E. Sweeney (176174)
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2007

_____
Francis J. Balint, Jr.

Application for Admission of Attorney Pro Hac Vice
C-05-00037-JW

2

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years and not a party to the within action. My business address is Bonnett, Fairbourn, Friedman & Balint, P.C., 2901 North Central Avenue, Suite 1000, Phoenix, Arizona 85012. On June 20, 2007, I served the following document(s) by the method indicated below:

**Application of Admission of Attorney *Pro Hac Vice***

by depositing it in the United States mail in a sealed envelope with postage thereon fully prepaid to the following parties:

> Robert A. Mittelstaedt
> Caroline N. Mitchell
> Adam R. Sand
> JONES DAY
> 555 California Street, 26th Floor
> San Francisco, California 94104

and by e-mailing it to the following parties:

> ramittelstaedt@jonesday.com
> cnmitchell@jonesday.com
> arsand@jonesday.com

Dated:   June 20, 2007

_____
D Moy

Application for Admission of Attorney Pro Hac Vice
C-05-00037-JW

3

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611001207
Cashier ID: morriss
Transaction Date: 06/21/2007
Payer Name: Bonnett, Fairbourn, Friedman
--------------------------------
PRO HAC VICE
 For: Bonnett, Fairbourn, Friedman
 Case/Party: D-CAN-5-07-AT-PROHAC-001
 Amount:         $210.00
--------------------------------
CHECK
 Check/Money Order Num: 11657
 Amt Tendered:   $210.00
--------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

case number 05-37-JW for atty.
Francis J. Balint, Jr.


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```