## TABLE 1

**Comments:**
Date fields cannot contain zero values for month, day, or year.
Fields containing multiple values, i.e. Recipient, should have each entry separated by a tilde delimiter.

| Field Name | Specification Field Name | Field Type | Length | Introspect Field Name | Introspect Field Type | Introspect-Related Comments | Description (E-Mail) | Description (E-Files/Attachments) |
|---|---|---|---|---|---|---|---|---|
| BegDoc | Unique ID | Paragraph | Unlimited | Beg Bates Number | Single Value | | The Document ID number associated with the first page of a document. | The Document ID number associated with the first page of a document. |
| EndDoc | Unique ID | Paragraph | Unlimited | End Bates Number | Single Value | | The Document ID number associated with the last page of a document. | The Document ID number associated with the last page of a document. |
| BegAttach | Unique ID Parent-Child Relationships | Paragraph | Unlimited | Begin Attachment Number | Single Value | | The Document ID number associated with the first page of a document. | The Document ID number associated with the first page of a parent document. |
| | Unique ID Parent-Child Relationships | Paragraph | Unlimited | End Attachment Number | Single Value | | The Document ID associated with the last page of the last attachment. | The Document ID associated with the last page of the last attachment to a parent document. |
| Doc Pages | Pages | Paragraph | Unlimited | Page Count | Integer | | The number of pages for a document. | The number of pages for a document. |
| Master_Date | | Date | MM/DD/YYYY | | | | The date of a parent document. | The date of a parent document. For attachments to e-mails, this field will be populated with the date sent of the e-mail transmitting the attachment. |

| Field Name | Specification Field Name | Field Type | Length | Introspect Field Name | Introspect Field Type | Introspect-Related Comments | Description (E-Mail) | Description (E-Files/Attachments) |
|---|---|---|---|---|---|---|---|---|
| SentOn_Time | Time Sent | Paragraph | Unlimited | | | | The time a document was | |

| Field Name | Specification Field Name | Field Type | Length | Introspect Field Name | Introspect Field Type | Introspect-Related Comments | Description (E-Mail) | Description (E-Files/Attachments) |
|---|---|---|---|---|---|---|---|---|
| Create_Date | Date Created | Date | MM/DD/YYYY | | | | sent. | The date a document was created. |
| Create_Time | Time Created | Paragraph | Unlimited | | | | | The time a document was created. |
| LastMod_Date | Date Last Modified | Date | MM/DD/YYYY | | | | | The date the document was last modified. |
| LastMod_Time | Time Last Modified | Paragraph | Unlimited | | | | | The time the document was last modified. |
| Received_Time | Time Received | Paragraph | Unlimited | | | | The time a document was received. | |
| Received_Date | Date Received | Date | MM/DD/YYYY | | | | The date a document was received. | |
| ParentFolder | File Path Folder Name | Paragraph | Unlimited | Folder | Single Value | | Denotes the folder information for a document. | Denotes the full path of a document. |
| Author | Author Display Name (e-mail) | Paragraph | Unlimited | Author | Multivalue | Combine Author and Author_Email field into one Author field. | The display name of the author of a document. | The author of a document from entered metadata. |
| To | Recipient | Paragraph | Unlimited | Recipient | Multivalue | Combine TO and Recip_Email field into one TO field. | The display name of the recipient(s) of a document. | |
| CC | CC | Paragraph | Unlimited | CC | Multivalue | Combine CC and CC_Email field into one CC field. | The display name of the copyee(s) of a document. | |
| BCC | BCC | Paragraph | Unlimited | BCC | Multivalue | Combine BCC and BCC_Email field into one BCC field. | The display name of the blind copyee(s) of a document. | |
| **Field Name** | **Specification Field Name** | **Field Type** | **Length** | **Introspect Field Name** | **Introspect Field Type** | **Introspect-Related Comments** | **Description (E-Mail)** | **Description (E-Files/Attachments)** |
| Subject | Subject (e-mail) | Paragraph | Unlimited | Subject | Multivalue | | The subject of a document. | The subject of a document from entered metadata. |

2

| | | | | | |
|---|---|---|---|---|---|
| OriginalSource | Original Name | Paragraph | Unlimited | | The file name of an e-mail store (e.g., Outlook.pst, MyMail.nsf, etc.) |
| Custodian | Custodian | Paragraph | Unlimited | Multivalue | The custodian of a document (if applicable). |
| NativePath | | Paragraph | Unlimited | | The full path to a native copy of a document (if applicable). |
| AttachCount | Numbered Attachments | Paragraph | Unlimited | | The number of attachments to a document. |
| FileExt | File Extension | Paragraph | Unlimited | | The file extension of a document. |
| FileName | Original Name | Paragraph | Unlimited | | The file name of a document. |
| FileSize | File Size | Paragraph | Unlimited | | The file size of a document (including embedded attachments). |
| MD5Hash | MD5 Hash | Paragraph | Unlimited | | The MD5 Hash value or "de-duplication key" assigned to a document. |
| FullText | Text | Paragraph | Unlimited | | The full text of the e-file/attachment. |

3