LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
BONNY E. SWEENEY (176174)
GREGORY S. WESTON (239944)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bonnys@lerachlaw.com
gweston@lerachlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER GOVERNING ELECTRONIC DISCOVERY FORMATS |
| ALL ACTIONS. | |

I.    GENERAL PROVISIONS

1.    The parties will prepare their production documents in accordance with the agreed-upon specifications set forth below, but will not process them through a common vendor.

2.    The production specifications in this Stipulation and Proposed Order Governing Electronic Discovery Formats ("Agreement") apply to documents which are to be produced in the first instance in *The Apple iPod, iTunes Antitrust Litigation*, No. 05-cv-00037-JW. To the extent any party is required to re-produce documents in these actions that have already been produced in other cases, the parties have not agreed to reformat their earlier productions in accordance with the production specifications in this Agreement.

3.    This Agreement does not apply to documents already collected and processed prior to the effective date of this Agreement.  The parties agree to use reasonable efforts to produce any previously processed documents in a format as close to the Agreement as reasonably possible.

4.    The parties have agreed the effective date of this Agreement is June 18, 2007.

5.    Nothing in this Agreement shall affect, in any way, a producing party's right to seek reimbursement for document production costs.

II.    PRODUCTION FORMAT

1.    Documents gathered from electronic data should be provided in the following format:

(a)    **TIFFs**. Single-page Group IV TIFFs should be provided, at least 300 dpi, or multi-page TIFFs with page breaks.

(b)    **Text Files**. For each document, a text file should be provided along with the TIFF.  The full text of native files should be extracted directly from the native file.  The text files will not contain the redacted portions of the documents.  Text files for documents or pages containing redactions shall be produced no later than 30 days after the production of the corresponding TIFFs.

(c)    **Unique IDs**. Each image should have a unique file name. For single-page TIFFs, the unique file name will be the Bates number of the page. For multi-page TIFFs, the unique file name will be the Bates number of the first page of the document.

STIPULATION AND [PROPOSED] ORDER GOVERNING ELECTRONIC DISCOVERY
FORMATS - C-05-00037-JW                                                                                          - 1 -

1    (d)    **Metadata Fields**. The following metadata should be provided if they exist:

2    (i) all metadata as set forth in Table 1; and (ii) parent-child relationships (the association between an

3    attachment and its parent document) should be indicated in the metadata.

4    (e)    **Native Format**. The parties hereby reserve their rights to seek certain

5    electronic documents, such as Excel spreadsheets, in their native form.

6    (f)    **Database Load Files/Cross-Reference Files**. Documents should be provided

7    with a Concordance Delimited File and an Opticon Cross-Reference File. Every TIFF in each

8    production must be referenced in the production's corresponding Load File. The total number of

9    images referenced in a production's Load File should match the total number of TIFF files in the

10    production.

11    (g)    **File Formats**.

12    Opticon Cross-Reference File:

13    MSC000001,MSC001,D:\MSC001\IMAGES\001\MSC000001.TIF,Y,,,3

14    MSC000002,MSC001,D:\MSC001\IMAGES\001\MSC000002.TIF,,,,

15    MSC000003,MSC001,D:\MSC001\IMAGES\001\MSC000003.TIF,,,,

16    MSC000004,MSC001,D:\MSC001\IMAGES\001\MSC000004.TIF,Y,,,2

17    MSC000005,MSC001,D:\MSC001\IMAGES\001\MSC000005.TIF,,,,

18    Concordance Delimited File:

19    þBegDocþ❑þEndDocþ❑þBegAttachþ❑þEndAttachþ❑þPagesþ❑þCDVolþ❑þCustodianþ

20    2.    Documents gathered from hard-copy documents should be provided in the following

21    format:

22    (a)    **TIFFs**. Single page Group IV TIFFs should be provided, at least 300 dpi, or

23    multi-page TIFFs with page breaks.

24    (b)    **Unique IDs**. Each image should have a unique file name, which is the Bates

25    number of the document.

26    (c)    **OCR Text Files**. Single-page OCR with page breaks should be provided as a

27    separate text file. The files should contain the Bates number as a field at the beginning of the file

28    and the filename itself should match its respective TIFF filename, which is the Bates number. The

1   total number of TIFF files should match the total number of OCR text files. In lieu of single-page

2   OCR, Plaintiffs agree to accept multi-page OCR with the Bates number on each page. The text files

3   will not contain the redacted portions of the documents. OCR Text files for documents or pages

4   containing redactions shall be produced no later than 30 days after the production of the

5   corresponding TIFFs.

6           (d)    **Database Load Files/Cross-Reference Files**. Documents should be provided

7   with a Concordance Delimited File and an Opticon Cross-Reference File. Every TIFF in each

8   production must be referenced in the production's corresponding Load File. The total number of

9   images referenced in a production's Load File should match the total number of TIFF files in the

10  production.

11          (e)    **Example of Opticon Cross-Reference File and Concordance Delimited**

12  **File**: *See* §II.1.(g).

13      3.    **Bates Numbering**. Bates numbers shall be unique IDs with a prefix that can be

14  readily attributed to the producing party. Bates numbering should be sequential. If a Bates number

15  or set of Bates numbers is skipped in a production, the producing party will so note. Documents

16  produced by Apple shall use the prefix "Apple."

17      4.    **Unitizing of Documents**. In scanning paper documents, distinct documents should

18  not be merged into a single record, and single documents should not be split into multiple records

19  (*i.e.*, paper documents should be logically unitized). The parties will make their best efforts to have

20  their vendors unitize documents correctly and will commit to address situations where there are

21  improperly unitized documents.

22      5.    **Parent-Child Relationships**. Parent-child relationships (the association between an

23  attachment and its parent document) should be preserved.

24      6.    **Objective Coding Fields**. The following objective coding fields should be provided

25  to the extent practicable: (a) beginning Bates number; (b) ending Bates number; (c) beginning

26  attachment Bates number; (d) ending attachment Bates number; (e) number of pages; (f) CD volume;

27  and (g) source/custodian.

28

STIPULATION AND [PROPOSED] ORDER GOVERNING ELECTRONIC DISCOVERY
FORMATS - C-05-00037-JW                                                          - 3 -

1　　　　7.　　**Objective Coding/Metadata Format**. The objective coding set forth in §II.6. and/or

2　electronic file metadata gathered during the conversion process should be provided in the following

3　format: (a) fields should be delimited by the default Concordance field delimiter for ANSI character

4　20 (0); (b) string values within the fields file should be enclosed with a text delimiter (P); (c) the first

5　line should contain objective coding and/or electronic file metadata headers and below the first line

6　there should be exactly one line for each document; (d) each row of objective coding and/or

7　electronic file metadata must contain the same amount of fields as the header row; and (e) multi-

8　values should be separated by a semicolon (;).  Additional technical specifications are provided in

9　Table 1, attached hereto.

10　**III.　　PROCESSING OF THIRD-PARTY DOCUMENTS**

11　　　　1.　　　This Agreement will cover joint processing of third-party documents and

12　specifications for production of third-party documents.

13　　　　2.　　　The parties will engage a common vendor to process third-party documents in

14　accordance with the specifications below.  The cost of processing those documents will be divided

15　equally between the plaintiffs and the defendants: 50% plaintiffs, 50% defendants.

16　　　　3.　　　All parties will instruct third parties to produce their documents directly to the

17　common vendor.

18　　　　4.　　　To the extent that a third party is making only one identical production in response to

19　all subpoenas, that third party shall be instructed by the parties to this litigation to make only that one

20　production to the common vendor.

21　　　　5.　　　To the extent that a third party is making distinct productions in response to different

22　document requests and/or meet and confer negotiations, that third party will be instructed by the

23　parties to this litigation to make each distinct production to the common vendor.

24　　　　6.　　　The common vendor will process all productions it receives, in accordance with the

25　specifications in this Agreement, and will distribute copies of such productions within five business

26　days of receiving the production or as soon as practicable to: Bonny Sweeney and Robert A.

27　Mittelstaedt at the addresses listed in their respective signature block to this document.

28

STIPULATION AND [PROPOSED] ORDER GOVERNING ELECTRONIC DISCOVERY
FORMATS - C-05-00037-JW　　　　　　　　　　　　　　　　　　　　　　　　- 4 -

1        7.     Unless otherwise agreed to among the parties, the party that first issued a subpoena to

2 a particular third party (the "First Party") will be responsible for: (a) ensuring that the third party's

3 production is provided directly to the common vendor; (b) sending notice to all parties of the date

4 that the third-party will provide its production to the common vendor (the "Production Date");

5 (c) notifying all parties if the third-party does NOT provide its production on the Production Date;

6 (d) ensuring that the common vendor distributes the production to all parties within five business

7 days of receiving the production; and (e) providing notice to all parties if the common vendor *cannot*

8 distribute the production to the parties within five business days of receiving the production.

9        If a third-party production is not Bates stamped, the First-Party will provide unique prefixes

10 and numbers to the vendor and will notify all parties of the Bates range and production.

11 DATED:  June 18, 2007                     Respectfully submitted,

12                                 LERACH COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP

13                                 BONNY E. SWEENEY
                                GREGORY S. WESTON

14

15

16                                     GREGORY S. WESTON

17                                 655 West Broadway, Suite 1900
                                San Diego, CA  92101

18                                 Telephone:  619/231-1058
                                619/231-7423 (fax)

19

20                                 THE KATRIEL LAW FIRM
                                ROY A. KATRIEL

21                                 1101 30th Street, N.W., Suite 500
                                Washington, DC  20007

22                                 Telephone:  202/625-4342
                                202/330-5593 (fax)

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GOVERNING ELECTRONIC DISCOVERY
FORMATS - C-05-00037-JW                                                     - 5 -

1    San Diego, CA  92101
     Telephone:  619/231-1058
2    619/231-7423 (fax)

3    THE KATRIEL LAW FIRM
     ROY A. KATRIEL
     1101 30th Street, N.W., Suite 500
4    Washington, DC  20007
     Telephone:  202/625-4342
5    202/330-5593 (fax)

6    DATED:  June 25, 2007         JONES DAY
                                   ROBERT A. MITTELSTAEDT
7                                  CAROLINE M. MITCHELL
                                   TRACY STRONG
8

9

10                                      TRACY STRONG

11                                 555 California Street, 26th Floor
                                   San Francisco, CA  94104
12                                 Telephone:  415/626-3939
                                   415/875-5700 (fax)
13
                                   Attorneys for Defendant, Apple, Inc.
14

15                   *      *      *

                            **O R D E R**
16

17       PURSUANT TO STIPULATION, IT IS SO ORDERED.
     DATED:  6/29/07
18                                 THE HONORABLE ~~JAMES WARE~~
                                   UNITED STATES ~~DISTRICT~~ JUDGE
19
     S:\CasesSD\Apple Tying\STP00042667.doc                Magistrate
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GOVERNING ELECTRONIC DISCOVERY
FORMATS - C-05-00037-JW                                           - 6 -

## TABLE 1

Comments:

Date fields cannot contain zero values for month, day, or year.

Fields containing multiple values, i.e. Recipient, should have each entry separated by a tilde delimiter.

| Field Name | Specification Field Name | Field Type | Length | Introspect Field Name | Introspect Field Type | Introspect-Related Comments | Description (E-Mail) | Description (E-Files/Attachments) |
|---|---|---|---|---|---|---|---|---|
| BegDoc | Unique ID | Paragraph | Unlimited | Beg Bates Number | Single Value | | The Document ID number associated with the first page of a document. | The Document ID number associated with the first page of a document. |
| EndDoc | Unique ID | Paragraph | Unlimited | End Bates Number | Single Value | | The Document ID number associated with the last page of a document. | The Document ID number associated with the last page of a document. |
| BegAttach | Unique ID Parent-Child Relationships | Paragraph | Unlimited | Begin Attachment Number | Single Value | | The Document ID number associated with the first page of a document. | The Document ID number associated with the first page of a parent document. |
| | Unique ID Parent-Child Relationships | Paragraph | Unlimited | End Attachment Number | Single Value | | The Document associated with the last page of the last attachment. | The Document ID associated with the last page of the last attachment to a parent document. |
| Doc Pages | Pages | Paragraph | Unlimited | Page Count | Integer | | The number of pages for a document. | The number of pages for a document. |
| Master_Date | | Date | MM/DD/YYYY | | | | The date of a parent document. | The date of a parent document. For attachments to e-mails, this field will be populated with the date sent of the e-mail transmitting the attachment. |
| Field Name | Specification Field Name | Field Type | Length | Introspect Field Name | Introspect Field Type | Introspect-Related Comments | Description (E-Mail) | Description (E-Files/Attachments) |
| SentOn_Time | Time Sent | Paragraph | Unlimited | | | | The time a document was | |

| Field Name | Specification Field Name | Field Type | Length | Introspect Field Name | Introspect Field Type | Introspect-Related Comments | Description (E-Mail) | Description (E-Files/Attachments) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | sent. | |
| Create_Date | Date Created | Date | MM/DD/YYYY | | | | | The date a document was created. |
| Create_Time | Time Created | Paragraph | Unlimited | | | | | The time a document was created. |
| LastMod_Date | Date Last Modified | Date | MM/DD/YYYY | | | | | The date the document was last modified. |
| LastMod_Time | Time Last Modified | Paragraph | Unlimited | | | | | The time the document was last modified. |
| Received_Time | Time Received | Paragraph | Unlimited | | | | The time a document was received. | |
| Received_Date | Date Received | Date | MM/DD/YYYY | | | | The date a document was received. | |
| ParentFolder | File Path Folder Name | Paragraph | Unlimited | Folder | Single Value | | Denotes the folder information for a document. | Denotes the full path of a document. |
| Author | Author Display Name (e-mail) | Paragraph | Unlimited | Author | Multivalue | Combine Author and Author_Email field into one Author field. | The display name of the author of a document. | The author of a document from entered metadata. |
| To | Recipient | Paragraph | Unlimited | Recipient | Multivalue | Combine TO and Recip_Email field into one TO field. | The display name of the recipient(s) of a document. | |
| CC | CC | Paragraph | Unlimited | CC | Multivalue | Combine CC and CC_Email field into one CC field. | The display name of the copyee(s) of a document. | |
| BCC | BCC | Paragraph | Unlimited | BCC | Multivalue | Combine BCC and BCC_Email field into one BCC field. | The display name of the blind copyee(s) of a document. | |
| Field Name | Specification Field Name | Field Type | Length | Introspect Field Name | Introspect Field Type | Introspect-Related Comments | Description (E-Mail) | Description (E-Files/Attachments) |
| Subject | Subject (e-mail) | Paragraph | Unlimited | Subject | Multivalue | | The subject of a document. | The subject of a document from entered metadata. |

2

| OriginalSource | Original Name | Paragraph | Unlimited |  |  |  |
|---|---|---|---|---|---|---|
| OriginalSource | Original Name | Paragraph | Unlimited |  | The file name of an e-mail store (e.g., Outlook.pst, MyMail.nsf, etc.) |  |
| Custodian | Custodian | Paragraph | Unlimited | Custodian / Multivalue | The custodian of a document (if applicable). | The custodian of a document (if applicable). |
| NativePath |  | Paragraph | Unlimited |  | The full path to a native copy of a document (if applicable). | The full path to a native copy of a document (if applicable). |
| AttachCount | Numbered Attachments | Paragraph | Unlimited |  | The number of attachments to a document. | The number of attachments to a document. |
| FileExt | File Extension | Paragraph | Unlimited |  | The file extension of a document. | The file extension of a document. |
| FileName | Original Name | Paragraph | Unlimited |  |  | The file name of a document. |
| FileSize | File Size | Paragraph | Unlimited |  | The file size of a document (including embedded attachments). | The file size of a document (including embedded attachments). |
| MD5Hash | MD5 Hash | Paragraph | Unlimited |  |  | The MD5 Hash value or "de-duplication key" assigned to a document. |
| FullText | Text | Paragraph | Unlimited |  | The full text of the e-mail. | The full text of the e-file/attachment. |

3