1   LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
2   BONNY E. SWEENEY (176174)
    GREGORY S. WESTON (239944)
3   655 West Broadway, Suite 1900
    San Diego, CA  92101
4   Telephone:  619/231-1058
    619/231-7423 (fax)
5   bonnys@lerachlaw.com
    gweston@lerachlaw.com
6
    THE KATRIEL LAW FIRM
7   ROY A. KATRIEL (*pro hac vice*)
    1101 30th Street, N.W., Suite 500
8   Washington, DC  20007
    Telephone:  202/625-4342
9   202/330-5593 (fax)
    rak@katriellaw.com
10
    Co-Lead Counsel for Plaintiffs
11
    [Additional counsel appear on signature page.]
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN JOSE DIVISION
15

16  THE APPLE IPOD ITUNES ANTI-TRUST        )   Lead Case No. C-05-00037-JW
    LITIGATION                               )
17  ─────────────────────────────           )   CLASS ACTION
                                             )
18  This Document Relates To:               )   PLAINTIFFS' MOTION FOR
                                             )   ADMINISTRATIVE RELIEF PURSUANT
19        ALL ACTIONS.                       )   TO CIVIL LOCAL RULE 7-11
    ─────────────────────────────           )

20

21

22

23

24

25

26

27

28

1    By this motion for administrative relief pursuant to Civil Local Rule 7-11, Melanie Tucker,

2    Somtai Troy Charoensak and Mariana Rosen (collectively "Plaintiffs") hereby request the Court to

3    clarify whether the discovery bifurcation provision of the case management order that governed one

4    of the two cases consolidated into *The Apple iPod iTunes Anti-Trust Litigation* now governs the

5    consolidated action.  Plaintiffs oppose such bifurcation, for the reasons that follow:

6    **I.    Procedural Background of *Slattery/Charoensak v. Apple***

7    The first of the two actions consolidated into *The Apple iPod iTunes Anti-Trust Litigation*

8    was filed on January 3, 2005, *Slattery v. Apple Computer, Inc.* ("*Slattery/Charoensak* action").  The

9    second action, *Tucker v. Apple Computer, Inc.* ("*Tucker* action") was filed on July 21, 2006.

10    Between the two actions, Defendant Apple Computer, Inc. ("Defendant") has filed a total of three

11    motions to dismiss, the most recent one rejected by this Court's December 20, 2006 Order Denying

12    Defendant's Motion to Dismiss in the *Tucker* action.

13    In the *Slattery/Charoensak* action, the parties filed their first joint case management

14    statement on October 31, 2005, with Defendant requesting and Plaintiffs opposing an order

15    bifurcating discovery into "class" and "merits" issues.  The Court declined Defendant's request

16    when it issued its case management order on November 15, 2005.  On December 20, 2005, Plaintiffs

17    submitted documents responsive to Defendant's first set of requests for production.  On January 30,

18    2006, Defendant deposed named Plaintiff William Thomas Slattery, and on the same date Plaintiffs

19    served their first set of requests for production and first set of interrogatories upon Defendant.  On

20    November 21, 2006, the Court entered a second case management order, this time agreeing to

21    Defendant's request to bifurcate discovery.

22    **II.    Procedural Background of *Tucker v. Apple***

23    On January 17, 2007, Plaintiff Melanie Tucker in the *Tucker* action served her first discovery

24    requests.  While no bifurcation order had been issued in this second action, Plaintiffs, mindful that

25    discovery had been bifurcated in the *Slattery/Charoensak* action, sought to meet and confer with

26    Defendant to narrow the requests to issues bearing on class certification, and informally agreed

27    without prejudice to proceed as if discovery had been bifurcated.

28

1    After the Court consolidated the two actions, Plaintiffs continued informally to proceed as if

2    discovery had been bifurcated in the consolidated action.  However, after several months of delay by

3    Defendant, Plaintiffs have concluded that continuing to "meet and confer" with Defendant to

4    determine which requests relate to class certification and which do not is unfeasible.  Defendant

5    objected to **all** of Tucker's first set of requests for production of documents, first set of

6    interrogatories, and first set of requests for admission based on Defendant's contention that "this

7    Court's November 21, 2006 Order Following Further Case Management Conference in *Charoensak,*

8    *et al. v. Apple Computer, Inc.*, No. 05-00037 . . . applies to this related case" and that Plaintiffs'

9    requests "do not relate to class certification issues."

10    Defendant has yet to produce **any** documents in response to the requests served on

11    January 17, 2007.  As of today, nearly two and a half years after the first action was filed, and after

12    more than 20 meet and confer letters, calls, and e-mails, Defendant has only produced 66 pages of

13    documents in total, 58 pages of which were not even deemed "confidential" by Defendant because

14    they are simply print-outs from Defendant's webpage.

15    Further, despite Plaintiffs' willingness to agree to an informal limit on discovery, Defendant

16    did not similarly limit its own discovery requests to Plaintiffs.  For example, Defendant demanded

17    Tucker provide to Defendant for inspection and copying her computer's hard drive, which contains

18    many personal items such as private letters and photographs, all of her CDs and DVDs, and any

19    credit card statement that contains a purchase of a CD or DVD.  Sweeney Decl., ¶6.

20    **III.    Request for Clarification**

21    Plaintiffs no longer view it practical to proceed informally as if discovery has been

22    bifurcated, and are opposed to a formal bifurcation order.  Plaintiffs therefore respectfully request

23    that the Court agree to the attached Proposed Order Governing Discovery clarifying that the

24    November 21, 2006 *Slattery/Charoensak* action case management order does not apply to *The Apple*

25    *iPod iTunes Anti-Trust Litigation*.  In the alternative, if the Court desires that the discovery process

26    in the consolidated action be bifurcated, Plaintiffs have attached an Alternative Proposed Order

27    Governing Discovery which limits discovery to class certification issues; preliminary issues such as

28    Defendant's organizational structure; and documents whose production would impose only a *de*

1  *minimis* burden on Plaintiffs or Defendant, such as all documents already produced in European

2  litigation and government investigations involving similar antitrust claims against Defendant, and

3  documents and deposition transcripts produced by Defendant as a third-party litigant in the *In re*

4  *Napster, Inc. Copyright Litigation*, No. MDL-00-1369 (MHP) (N.D. Cal.).

5  DATED:  July 9, 2007                              Respectfully submitted,

6                                                            LERACH COUGHLIN STOIA GELLER
                                                               RUDMAN & ROBBINS LLP
7                                                            BONNY E. SWEENEY
                                                            GREGORY S. WESTON

8

9
                                                            _____
                                                                    s/BONNY E. SWEENEY
10                                                                   BONNY E. SWEENEY

11                                                           655 West Broadway, Suite 1900
                                                            San Diego, CA  92101
12                                                           Telephone:  619/231-1058
                                                            619/231-7423 (fax)
13
                                                            THE KATRIEL LAW FIRM
14                                                           ROY A. KATRIEL
                                                            1101 30th Street, N.W., Suite 500
15                                                           Washington, DC  20007
                                                            Telephone:  202/625-4342
16                                                           202/330-5593 (fax)

17                                                           Co-Lead Counsel for Plaintiffs

18                                                           BONNETT, FAIRBOURN, FRIEDMAN
                                                               & BALINT, P.C.
19                                                           ANDREW S. FRIEDMAN
                                                            FRANCIS J. BALINT, JR.
20                                                           ELAINE A. RYAN
                                                            TODD D. CARPENTER
21                                                           2901 N. Central Avenue, Suite 1000
                                                            Phoenix, AZ  85012
22                                                           Telephone:  602/274-1100
                                                            602/274-1199 (fax)
23
                                                            BRAUN LAW GROUP, P.C.
24                                                           MICHAEL D. BRAUN
                                                            12400 Wilshire Blvd., Suite 920
25                                                           Los Angeles, CA  90025
                                                            Telephone:  310/442-7755
26                                                           310/442-7756 (fax)

27

28

1

2　　　　　　　　　　　　　　　　　　MURRAY, FRANK & SAILER LLP
　　　　　　　　　　　　　　　　　　BRIAN P. MURRAY
3　　　　　　　　　　　　　　　　　　JACQUELINE SAILER
　　　　　　　　　　　　　　　　　　275 Madison Avenue, Suite 801
4　　　　　　　　　　　　　　　　　　New York, NY  10016
　　　　　　　　　　　　　　　　　　Telephone:  212/682-1818
5　　　　　　　　　　　　　　　　　　212/682-1892 (fax)

6　　　　　　　　　　　　　　　　　　GLANCY BINKOW & GOLDBERG LLP
　　　　　　　　　　　　　　　　　　MICHAEL GOLDBERG
7　　　　　　　　　　　　　　　　　　1801 Avenue of the Stars, Suite 311
　　　　　　　　　　　　　　　　　　Los Angeles, CA  90067
8　　　　　　　　　　　　　　　　　　Telephone:  310/201-9150
　　　　　　　　　　　　　　　　　　310/201-9160 (fax)

9　　　　　　　　　　　　　　　　　　Additional Counsel for Plaintiffs

10  S:\CasesSD\Apple Tying\MOT00043024.DOC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 9, 2007.

 s/ BONNY E. SWEENEY
BONNY E. SWEENEY

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:BonnyS@LerachLaw.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ybennett@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@lerachlaw.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bsweeney@lerachlaw.com,E_file_sd@lerachlaw.com,tturner@lerachlaw.com

- **Gregory Steven Weston**
  gweston@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

`Francis Joseph Balint                                                      , Jr`

Bonnett Fairbourn Friedman & Balint, P.C
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012-3311

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012