1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  BONNY E. SWEENEY (176174)
   GREGORY S. WESTON (239944)
3  655 West Broadway, Suite 1900
   San Diego, CA 92101
4  Telephone: 619/231-1058
   619/231-7423 (fax)
5  bonnys@lerachlaw.com
   gweston@lerachlaw.com
6
   THE KATRIEL LAW FIRM
7  ROY A. KATRIEL (*pro hac vice*)
   1101 30th Street, N.W., Suite 500
8  Washington, DC 20007
   Telephone: 202/625-4342
9  202/330-5593 (fax)
   rak@katriellaw.com
10
   Co-Lead Counsel for Plaintiffs
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15 | THE APPLE IPOD ITUNES ANTI-TRUST  ) Lead Case No. C-05-00037-JW
   | LITIGATION                        )
16 |                                   ) <u>CLASS ACTION</u>
   |                                   )
17 | This Document Relates To:         ) [ALTERNATIVE PROPOSED] ORDER
   |                                   ) GOVERNING DISCOVERY
18 |     ALL ACTIONS.                  )
   |                                   )
19

1       Upon considering Plaintiffs' Motion for Administrative Relief Pursuant to Civil Local Rule 7-11;

       IT IS HEREBY ORDERED that the parties shall limit their discovery to class certification issues; preliminary issues such as Defendant's organizational structure and document retention policies; and the production of those documents whose production would impose only a *de minimis* burden on Plaintiffs or Defendant, such as all documents already produced in European litigation, government investigations involving similar antitrust claims against Defendant, and documents and deposition transcripts produced by Defendant as a third-party litigant in the *In re Napster, Inc. Copyright Litigation*, No. MDL-00-1369 (MHP) (N.D. Cal.).

       This discovery limitation shall remain in place only until the next case management conference, to be held after Defendant files and serves its opposition to motion for class certification. At that time, the Court will consider whether the limitation shall be continued, and if so, what additional discovery should take place before Plaintiffs file their reply in support of their motion for class certification. The parties are referred to Magistrate Judge Trumbull for resolution of any discovery disputes.

DATED: _____

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
BONNY E. SWEENEY
GREGORY S. WESTON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

S:\CasesSD\Apple Tying\ORD00043028.DOC

[ALTERNATIVE PROPOSED] ORDER GOVERNING DISCOVERY - C-05-00037-JW        - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 9, 2007.

s/ BONNY E. SWEENEY
BONNY E. SWEENEY

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:BonnyS@LerachLaw.com

# Mailing Information for a Case 5:05-cv-00037-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ybennett@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@lerachlaw.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bsweeney@lerachlaw.com,E_file_sd@lerachlaw.com,tturner@lerachlaw.com

- **Gregory Steven Weston**
  gweston@lerachlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Francis Joseph Balint                                                    , Jr
```

Bonnett Fairbourn Friedman & Balint, P.C
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012-3311

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012