"The Apple iPod iTunes Anti-Trust Litigation" Doc. 123 Att. 1

1  Robert A. Mittelstaedt #060359
   Tracy M. Strong #221540
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700
   ramittelstaedt@jonesday.com
5  tstrong@jonesday.com

6

7  Attorneys for Defendant
   APPLE INC.

8

                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12

13 | **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | **Case No. C 05 00037 JW** |
   |---|---|
14 |  | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF** |
15 |  |  |

16

17

18      Plaintiffs' Motion for Administrative Relief is DENIED.  The administrative request

19 procedure set forth in Rule 7-11 is not the appropriate method for seeking clarification or

20 reconsideration of a prior court order.

21      In any event, the bifurcated discovery procedure set forth in this Court's November 21,

22 2006 Order Following Further Case Management Conference in *Charoensak v. Apple Computer,*

23 *Inc*. shall apply in this consolidation action, *The Apple iPod iTunes Anti-Trust Litigation*.

24      Accordingly, IT IS HEREBY ORDERED that the parties shall limit their discovery to

25 class certification issues.  Following Defendant's filing of its opposition to Plaintiffs' motion for

26 class certification motion, the Court will conduct a Case Management Conference for the purpose

27 of discussing what additional discovery, if any, should take place prior to Plaintiffs filing their

28 reply in support of their motion for class certification.  In addition, if Defendant files a motion for

[Proposed] Order Denying Plfs' Mot. for
Admin. Relief
C 05 00037 JW

Dockets.Justia.com

1 summary judgment before Plaintiffs move for class certification, Plaintiffs may seek additional
2 discovery.

DATED:

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

SFI-567030v1