```
 1  Robert A. Mittelstaedt #060359
    Tracy M. Strong #221540
 2  JONES DAY
    555 California Street, 26th Floor
 3  San Francisco, CA 94104
    Telephone:   (415) 626-3939
 4  Facsimile:   (415) 875-5700
    ramittelstaedt@jonesday.com
 5  tstrong@jonesday.com
 6
    Attorneys for Defendant
 7  APPLE INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No. C 05 00037 JW<br><br>PROOF OF SERVICE ON NON-EFILING PARTIES |
|---|---|

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 12, 2007, I served true and correct copies of the following document(s):

**APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF;**

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF; and**

SFI-567084v1

1

**DECLARATION OF TRACY STRONG IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF.**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Francis J. Balint, Jr., Esq.
Todd D. Carpenter, Esq.
Elaine A. Ryan, Esq.
Bonnett Fairbourn Friedman & Balint, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 12, 2007, at San Francisco, California.

_____
Elizabeth Evans

SFI-567084v1

2