| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here
Thomas J. Kennedy
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016    Phone: (212) 682-1818

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

The Apple iPod iTunes Anti-Trust Litigation

          Plaintiff(s),

    v.

          Defendant(s).

CASE NO. 5:05-cv-00037-JW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Thomas J. Kennedy, an active member in good standing of the bar of U.S.D.C. for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Lead Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Michael David Braun, Braun Law Group, P.C., 12400 Wilshire Blvd., Ste. 920, Los Angeles, CA 90025    Phone: (310) 442-7755

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2007

*/s/ Thomas J. Kennedy*

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611001351
Cashier ID: waltonb
Transaction Date: 07/16/2007
Payer Name: Murrary Frank and Sailer
------------------------------------
PRO HAC VICE
 For: Murrary Frank and Sailer
 Case/Party: D-CAN-5-05-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 834
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

for attorney Thomas Kennedy

C05-00037JW


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```