RECEIVED JUL 1 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED JUL 1 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## Northern District of California

The Apple iPod iTunes Anti-Trust Litigation

Plaintiff(s),

v.

Defendant(s).

CASE NO. 5:05-cv-00037-JW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

cc: T. Kennedy

Thomas J. Kennedy, an active member in good standing of the bar of U.S.D.C. for the Southern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016    Phone: (212) 682-1818

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lead Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 17, 2007

_____
Honorable James Ware
United States District Judge