1 | COUGHLIN STOIA GELLER
  | RUDMAN & ROBBINS LLP
2 | BONNY E. SWEENEY (176174)
  | GREGORY S. WESTON (239944)
3 | 655 West Broadway, Suite 1900
  | San Diego, CA  92101
4 | Telephone:  619/231-1058
  | 619/231-7423 (fax)
5 | bonnys@csgrr.com
  | gweston@csgrr.com
6 |
  | THE KATRIEL LAW FIRM
7 | ROY A. KATRIEL (*pro hac vice*)
  | 1101 30th Street, N.W., Suite 500
8 | Washington, DC  20007
  | Telephone:  202/625-4342
9 | 202/330-5593 (fax)
  | rak@katriellaw.com
10 |
   | Co-Lead Counsel for Plaintiffs
11 |
   | [Additional counsel appear on signature page.]
12 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | NOTICE OF FIRM NAME CHANGE |
| ALL ACTIONS. | ) ) | |

1  TO:    THE CLERK OF COURT AND ALL PARTIES

2  PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman &

3  Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

4  The addresses, telephone and facsimile numbers will remain the same.  Please update your

5  records accordingly.

6  DATED:  September 13, 2007                     COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
7                                                 BONNY E. SWEENEY
                                                  GREGORY S. WESTON
8

9
                                                       s/ BONNY E. SWEENEY
10                                                      BONNY E. SWEENEY

11                                                655 West Broadway, Suite 1900
                                                  San Diego, CA  92101
12                                                Telephone:  619/231-1058
                                                  619/231-7423 (fax)
13
                                                  THE KATRIEL LAW FIRM
14                                                ROY A. KATRIEL
                                                  1101 30th Street, N.W., Suite 500
15                                                Washington, DC  20007
                                                  Telephone:  202/625-4342
16                                                202/330-5593 (fax)

17                                                Co-Lead Counsel for Plaintiffs

18                                                BONNETT, FAIRBOURN, FRIEDMAN
                                                     & BALINT, P.C.
19                                                ANDREW S. FRIEDMAN
                                                  FRANCIS J. BALINT, JR.
20                                                ELAINE A. RYAN
                                                  TODD D. CARPENTER
21                                                2901 N. Central Avenue, Suite 1000
                                                  Phoenix, AZ  85012
22                                                Telephone:  602/274-1100
                                                  602/274-1199 (fax)
23
                                                  BRAUN LAW GROUP, P.C.
24                                                MICHAEL D. BRAUN
                                                  12400 Wilshire Blvd., Suite 920
25                                                Los Angeles, CA  90025
                                                  Telephone:  310/442-7755
26                                                310/442-7756 (fax)

27

28

NOTICE OF FIRM NAME CHANGE - C-05-00037-JW                                           - 1 -

| | |
|---|---|
| 1 | |
| 2 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 3 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 4 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 5 | 212/682-1892 (fax) |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 8 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |
| 10 | S:\Notice Information\Apple Tying.doc |

NOTICE OF FIRM NAME CHANGE - C-05-00037-JW                                                                             - 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2007.

       s/ BONNY E. SWEENEY
       BONNY E. SWEENEY

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: BonnyS@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ybennett@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bsweeney@lerachlaw.com,E_file_sd@lerachlaw.com,tturner@lerachlaw.com

- **Gregory Steven Weston**
  gweston@lerachlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into

your word processing program in order to create notices or labels for these recipients.

**Francis Joseph Balint** , Jr
Bonnett Fairbourn Friedman & Balint, P.C
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012-3311

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012