1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12304 Santa Monica Boulevard
   Suite 109
3  Los Angeles, CA 90025
   Tel:    (310) 442-7755
4  Fax:    (310) 442-7756
   E-mail: service@braunlawgroup.com
5
   Counsel for Plaintiffs
6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN JOSE DIVISION**

11

12  THE APPLE iPOD iTUNES ANTI-TRUST )        **LEAD CASE NO.: C05-00037 JW**
    LITIGATION                       )
13  _____ )  **CLASS ACTION**
                                     )
14  This Document Relates To:        )        **NOTICE OF CHANGE OF FIRM**
                                     )        **ADDRESS**
15          ALL ACTIONS.             )
    _____ )
16                                   )

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF CHANGE OF FIRM ADDRESS**
**LEAD CASE NO.: C05-00037 JW**

1    **TO:    THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2         **PLEASE TAKE NOTICE THAT**, the Braun Law Group, P.C. has changed its address

3    from: 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025 to:

4                        **12304 Santa Monica Boulevard, Suite 109**

5                              **Los Angeles, CA 90025**

6         **PLEASE TAKE FURTHER NOTICE THAT**, the telephone and facsimile numbers, as

7    well as the e-mail addresses, will remain the same.  Please update your records accordingly.

8

9    Dated: October 3, 2007                    Michael D. Braun
                                               BRAUN LAW GROUP, P.C.
10

11
                                  By:    S/ MICHAEL D. BRAUN
12                                       12304 Santa Monica Boulevard
                                         Suite 109
13                                       Los Angeles, CA 90025
                                         Tel:    (310) 442-7755
14                                       Fax:    (310) 442-7756

15                                       Counsel for Plaintiffs

16                                       Roy A. Katriel
                                         THE KATRIEL LAW FIRM, P.C.
17                                       1101 30th Street, NW
                                         Suite 500
18                                       Washington, DC 20007
                                         Tel:    (202) 625-4342
19                                       Fax:    (202) 625-6774

20                                       Bonny E. Sweeney
                                         Gregory S. Weston
21                                       COUGHLIN STOIA GELLER RUDMAN
                                           & ROBBINS LLP
22                                       655 West Broadway, Suite 1900
                                         San Diego, CA 92101
23                                       Tel:    (619) 231-1058
                                         Fax:    (619) 231-7423
24
                                         Co-Lead Counsel for Plaintiffs
25

26

27

28

                                         1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Andrew S. Friedman
Francis J. Balint, Jr.
Elaine A. Ryan
Todd D. Carpenter
BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
2901 N. Central Ave., Suite 1000
Phoenix, AZ 85012
Tel:    (602) 274-1100
Fax:    (602) 274-1199

Brian P. Murray
Jacqueline Sailer
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel:    (212) 682-1818
Fax:    (212) 682-1892

Michael Goldberg
GLANCY BINKOW & GOLDBERT LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel:    (310) 201-9150
Fax:    (310) 201-9160

Additional Counsel for Plaintiffs

2

1

**PROOF OF SERVICE**

2    STATE OF CALIFORNIA            )
                                    )ss.:
3    COUNTY OF LOS ANGELES          )

4        I am employed in the county of Los Angeles, State of California, I am over the age of 18 and
not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109,
5    Los Angeles, California 90025.

6        On October 3, 2007, using the Northern District of California's Electronic Case Filing
System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s)
7    described as:

8                    **NOTICE OF CHANGE OF FIRM ADDRESS**

9        The ECF System is designed to send an e-mail message to all parties in the case, which
constitutes service. According to the ECF/PACER system, for this case, the parties served are as
10    follows:

11    Andrew S. Friedman, Esq.                          afriedman@bffb.com

12    Roy A. Katriel, Esq.                              rak@katriellaw.com

13    Brian P. Murray, Esq.                             bmurray@murrayfrank.com

14    Jacqueline Sailer, Esq.                           jsailer@murrayfrank.com

15    Thomas J. Kennedy, Esq.                           tkennedy@murrayfrank.com

16    John J. Stoia, Jr., Esq.                          jstoia@csgrr.com

17    Bonny E. Sweeney, Esq.                            bsweeney@lerachlaw.com

18    Gregory Steven Weston, Esq.                       gweston@lerachlaw.com

19    **Attorneys for Plaintiffs**

20    Caroline N. Mitchell, Esq.                        cnmitchell@jonesday.com
                                                        mlandsborough@jonesday.com
21                                                      cyip@jonesday.com

22    Robert A. Mittelstaedt, Esq.                      ramittelstaedt@jonesday.com
                                                        ybennett@jonesday.com
23                                                      arsand@jonesday.com

24    Adam Richard Sand , Esq.                          arsand@jonesday.com

25    Tracy Strong, Esq.                                tstrong@jonesday.com

26    **Attorneys for Defendant**

27

28

3

1    I declare that I am employed in the office of a member of the bar of this Court at whose
direction the service was made.

2

3    I further declare under penalty of perjury under the laws of the United States of America that
the above is true and correct.

4    Executed on October 3, 2007, at Los Angeles, California 90025.

5

6                                                s/ LEITZA MOLINAR
                                                Leitza Molinar

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4