Robert A. Mittelstaedt #060359
Tracy M. Strong #221540
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
tstrong@jonesday.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No. C 05 00037 JW<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE** |

**PROOF OF SERVICE**
**(CCP §§ 1013a, 2015.5)**

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN FRANCISCO )

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California 94104-1500.**

On **December 20, 2007**, I served the foregoing:

- **STIPULATION REGARDING PRIVILEGED INFORMATION**

on the interested parties in this action addressed as follows:

*See Service List Attached*

[X] **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FEDERAL EXPRESS:** I placed such envelope for deposit in the Federal Express drop slot for service by Federal Express. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with Federal Express on that same day at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if service is more than one day after date of deposit for express service in affidavit.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be hand delivered to the office of the addressee on the date specified above.

[ ] **VIA ELECTRONIC MAIL:** I caused such document(s) to be transmitted by e-mail to the party(ies) on the date specified above.

[ ] **VIA FACSIMILE:** I caused such document(s) to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the above-listed party(ies) on the date specified above. The transmission(s) was/were reported as complete and without error.

[ ] **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 20, 2007**, at San Francisco, California.

*Denise Harmon*
Denise Harmon

Service List for U.S.D.C. Northern District Case No. C05-00037 JW and C06-04457 JW

Attorneys for Plaintiff:

Michael D. Braun
Marc L. Godino
Braun Law Group, P.C.
12400 Wilshire Boulevard, Suite 920
Los Angeles, CA 90025
Tel: 310-442-7755
Fax: 310-442-7756

Roy A. Katriel
The Katriel Law Firm, P.C.
1101 30th Street, NW, Suite 500
Washington, DC 20007
Tel: 202-625-4342
Fax: 202-625-6774

Brian P. Murray
Jacqueline Sailer
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016-1101
Tel: 212-682-1818
Fax: 212-682-1892

John J. Stoia, Jr.
Bonny E. Sweeney
Christopher M. Burke
LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Andrew S. Friedman
Elaine A. Ryan
Todd D. Carpenter
BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012