UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 2 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: NOT REPORTED     DATE: 1/16/08
COURTROOM DEPUTY: MARTHA PARKER BROWN
CASE #: C 05-00037JW(RS)

CASE TITLE: APPLE IPOD ITUNES ANTI-TRUST LITIGATION

**Appearances for Plaintiff(s)**     **Appearances for Defendant(s)**

BONNY E. SWEENEY     ROBERT A. MITTELSTAEDT

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.    { } PRETRIAL CONF.     {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| {X} | { } | { } | 1. | TO COMPEL |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to     @     For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: COUNSEL APPEAR AND ADVISE THE COURT THEY HAVE RESOLVED THE MATTER AND WISH TO WITHDRAW THE MOTION. MOTION IS WITHDRAWN.