1  HAEGGQUIST LAW GROUP
   ALREEN HAEGGQUIST (221858)
2  501 West Broadway, Suite A-276
   San Diego, CA 92101
3  Telephone: 619/955-8218
   Facsimile: 619/342-7878
4  alreen@haeggquistlaw.com

5

6  LAW OFFICE OF HELEN ZELDES            MEHRI & SKALET, PLLC
   HELEN I. ZELDES (220051)              STEVEN A. SKALET
7  249 S. Highway 101, #370              CRAIG L. BRISKIN
   Solana Beach, CA 92075                1250 Connecticut Ave. NW, Suite 300
8  Telephone: 858/523-1713               Washington, DC 20036
   Facsimile: 858/523-1783               Telephone: 202/822-5100
   helenz@zeldeslaw.com                  Facsimile: 202/822-4997
9                                        sskalet@findjustice.com
10                                       cbriskin@findjustice.com

11 Attorneys for Plaintiffs

12                       UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14

15                                       )
                                         )
16                                       )  CASE NO. C 05-00037-JW
   THE APPLE IPOD ITUNES ANTI-TRUST      )
17 LITIGATION                            )  STIPULATION REGARDING PLAINTIFF
                                         )  STACIE SOMERS' ADMINISTRATIVE
18                                       )  MOTION TO CONSIDER WHETHER
                                         )  CASES SHOULD BE RELATED
19                                       )
                                         )
20                                       )  [Civ. LR 3-12]
   This Document Relates To:             )
21                                       )  The Honorable Judge James Ware
      *STACIE SOMERS V. APPLE, INC.,*    )
22    Case No. 5:07-cv-060507-HRL        )
                                         )
23                                       )

24

25

26

27

28

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:07-cv-060507-HRL

WHEREAS, Plaintiff Thomas William Slattery filed suit against Apple Computer, Inc. ("Apple"), in the District Court of the Northern District of California. *Slattery v. Apple Computer, Inc.*, No. C 05-00037-JW (N.D. Cal. Filed Jan. 3, 2005)("the *Slattery* action");

WHEREAS, Plaintiff Melanie Tucker filed suit against Apple in the District Court of the Northern District of California. *Tucker v. Apple Computer, Inc.*, No. 5:06-cv-04457-JW (N.D. Cal. Filed July 21, 2006)("the *Tucker* action");

WHEREAS, the *Slattery* and *Tucker* cases were consolidated on March 21, 2007 and are now titled *"The Apple iPod iTunes Anti-Trust Litigation,"* Case No. C 05-00037 JW;

WHEREAS, Plaintiff Stacie Somers filed suit against Apple in the District Court of the Northern District of California. *Somers v. Apple, Inc.*, No. 5:07-cv-060507-HRL (N.D. Cal. Filed December 31, 2007) ("the *Somers* action"); and

WHEREAS, Northern District of California Civil L.R. 3-12 provides that an action is related to another when they "concern substantially the same parties, property, transaction or event; and [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges;"

IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval of the Court, that the *Somers* and *Apple iPod iTunes Anti-Trust Litigation* actions are related as defined by Northern District of California Civil L.R. 3-12.

DATED: January 29, 2008
LAW OFFICES OF HELEN I. ZELDES
HELEN ZELDES

By:   /s/  Helen I. Zeldes                .
       HELEN I. ZELDES

249 S. Highway 101, #370
Solana Beach, CA 92075
Telephone: 858/523-1713
858/523-1783 (fax)

Attorneys for Plaintiff Stacie Somers

| | | |
|---|---|---|
| 1 | DATED: January 29, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP |
| 2 | | BONNY E. SWEENEY |
| 3 | | |
| 4 | | By: *[signature]* BONNY E. SWEENEY |
| 5 | | 655 West Broadway, Suite 1900 |
| 6 | | San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 7 | | 619/231-7423 (fax) |
| 8 | | THE KATRIEL LAW FIRM, P.L.L.C.<br>ROY A. KATRIEL |
| 9 | | 1101 30th Street, NW, Suite 500<br>Washington, DC 20007<br>Telephone: 202/625-4342 |
| 10 | | |
| 11 | | Co-Lead Counsel for *The Apple iPod iTunes Anti-Trust Litigation* Plaintiffs |
| 12 | DATED: January __, 2008 | JONES DAY<br>ROBERT A. MITTELSTAEDT |
| 13 | | |
| 14 | | By: _____<br>ROBERT A. MITTELSTAEDT |
| 15 | | |
| 16 | | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 17 | | Telephone: 415/875-5710<br>415/875-5700 (fax) |
| 18 | | Attorneys for Defendant Apple, Inc. |

| | | |
|---|---|---|
| 1 | DATED: January __, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP |
| 2 | | BONNY E. SWEENEY |
| 3 | | By: _____ |
| 4 | | BONNY E. SWEENEY |

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM, P.L.L.C.
ROY A. KATRIEL
1101 30th Street, NW, Suite 500
Washington, DC 20007
Telephone: 202/625-4342

Co-Lead Counsel for *The Apple iPod iTunes Anti-Trust Litigation* Plaintiffs

DATED: January __, 2008

JONES DAY
ROBERT A. MITTELSTAEDT

By: _____
ROBERT A. MITTELSTAEDT

555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415/875-5710
415/875-5700 (fax)

Attorneys for Defendant Apple, Inc.

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | caused the foregoing document or paper to be mailed via the United States Postal Service to the non- |
| 6 | CM/ECF participants indicated on the attached Manual Notice List and Service List. |

                                       s/ HELEN I. ZELDES
                                       HELEN I. ZELDES

                                       LAW OFFICES OF HELEN I. ZELDES
                                       HELEN I. ZELDES (220051)
                                       249 S. Highway 101, #370
                                       Solana Beach, CA 92075
                                       Telephone: 858/523-1713
                                       858/523-1783 (fax)
                                       E-mail: helenz@zeldeslaw.com

# Mailing Information for a Case 5:05-cv-00037-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

STIPULATION RE PLAINTIFF'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED 4
*C*ase No. 5:07-cv-060507-HRL

```
Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```

# Mailing Information for a Case 5:07-cv-060507-HRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Craig L. Briskin**
  cbriskin@findjustice.com

- **Alreen Haeggquist**
  alreen@haeggquistlaw.com

- **Steven A. Skalet**
  sskalet@findjustice.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- No manual recipients