UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | CASE NO. C 05-00037-JW<br>　　　　C 06-04457 JW  C 07-06507 HRL<br>[PROPOSED] ORDER RELATING CASES<br><br>[Civ. LR 3-12]<br><br>The Honorable Judge James Ware |
| This Document Relates To:<br><br>　*STACIE SOMERS V. APPLE, INC.*,<br>　*C*ase No. 5:07-cv-060507-HRL | |

[PROPOSED] ORDER RELATING CASES
*C*ase No. 5:07-cv-060507-HRL           1

A Motion for Administrative Relief to Consider Whether Cases Should be Related has been filed, asserting that the above-captioned cases are related pursuant to Civil L.R. 3-12(b). The time for filing a statement to support or oppose the Motion has expired. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED**

[X] **ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of the Court is ordered to reassign the later actions to the undersigned. Counsel are instructed that all future filings are to bear the initials JW immediately after the case number. All matters presently scheduled for hearing in the reassigned cases are vacated and must be re-noticed for hearing before the undersigned.

\*   \*   \*

**O R D E R**

Pursuant to the Stipulation, the Court finds that C 07-06507 HRL Somers v. Apple, Inc. is related to C 05-0037 JW The Apple iPod iTunes Anti-Trust Litigation and C 06-04457 Tucker v. Apple Computer, Inc.  The Clerk shall relate cases C 07-06507 HRL Somers v. Apple, Inc with the above cases.  The Court VACATES all pending deadlines, hearings or motions before Magistrate Judge Howard R. Lloyd and resets the Case Management Conference in C 07-06507 JW Somers v. Apple, Inc. for April 28, 2008 at 10:00 AM before Judge James Ware.

DATED: ___ February 14, 2008 _____    _____
                                        THE HONORABLE JAMES WARE
                                        UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | caused the foregoing document or paper to be mailed via the United States Postal Service to the non- |
| 6 | CM/ECF participants indicated on the attached Manual Notice List and Service List. |

<pre>
                                    s/ HELEN I. ZELDES
                                   HELEN I. ZELDES

                                   LAW OFFICES OF HELEN I. ZELDES
                                   HELEN I. ZELDES (220051)
                                   249 S. Highway 101, #370
                                   Solana Beach, CA 92075
                                   Telephone: 858/523-1713
                                   858/523-1783 (fax)
                                   E-mail: helenz@zeldeslaw.com
</pre>

# Mailing Information for a Case 5:05-cv-00037-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

[PROPOSED] ORDER RELATING CASES
*C*ase No. 5:07-cv-060507-HRL          4

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

# Mailing Information for a Case 5:07-cv-060507-HRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Craig L. Briskin**
  cbriskin@findjustice.com

- **Alreen Haeggquist**
  alreen@haeggquistlaw.com

- **Steven A. Skalet**
  sskalet@findjustice.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- No manual recipients