IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stacie Somers,<br><br>    Plaintiff,<br>  v.<br><br>Apple, Inc., et al.,<br><br>    Defendant.<br>_____/ | NO. C 07-06507 JW<br><br>Relate Cases:<br>NO. C 05-00037 JW<br>NO. C 06-04457 JW<br><br>**ORDER DIRECTING ALL PARTIES TO SUBMIT BRIEFING RE: CONSOLIDATION OF THE PRESENT ACTION WITH C 05-00037** |

On February 15, 2008, the Court related the above entitled action with The Apple iPod iTunes Antitrust Litigation, C 05-00037. The Court scheduled a Case Management Conference for April 28, 2008. Upon review of the parties' Joint Case Management Statement, the Court, *sua sponte*, orders the parties in all related actions to submit briefing regarding whether this case should be consolidated with The Apple iPod iTunes Antitrust Litigation, C 05-00037.

The parties shall file their response on or before **May 2, 2008.** In light of this Order, the Court VACATES the conference currently scheduled for April 28, 2008. The Court sets a Joint Case Management Conference for all related cases on **May 12, 2008 at 10 a.m.**

Dated: April 22, 2008

                                                  JAMES WARE<br>
                                                  United States District Judge

United States District Court
For the Northern District of California

Dockets.Justia.com

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alreen Haeggquist alreen@haeggquistlaw.com
Craig L. Briskin cbriskin@findjustice.com
Helen I. Zeldes helenz@zeldeslaw.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Tracy Strong tstrong@jonesday.com

**Dated: April 22, 2008**          **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

United States District Court
For the Northern District of California