IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stacie Somers, | NO. C 07-06507 JW |
|     Plaintiff, <br>  v. <br> Apple, Inc., et al., <br>     Defendant. <br>_____/ | Relate Cases: <br> NO. C 05-00037 JW <br> NO. C 06-04457 JW <br><br> **ORDER DIRECTING ALL PARTIES TO SUBMIT BRIEFING RE: CONSOLIDATION OF THE PRESENT ACTION WITH C 05-00037** |

On February 15, 2008, the Court related the above entitled action with The Apple iPod iTunes Antitrust Litigation, C 05-00037. The Court scheduled a Case Management Conference for April 28, 2008. Upon review of the parties' Joint Case Management Statement, the Court, *sua sponte*, orders the parties in all related actions to submit briefing regarding whether this case should be consolidated with The Apple iPod iTunes Antitrust Litigation, C 05-00037.

The parties shall file their response on or before **May 2, 2008.** In light of this Order, the Court VACATES the conference currently scheduled for April 28, 2008. The Court sets a Joint Case Management Conference for all related cases on **May 12, 2008 at 10 a.m.**

Dated: April 22, 2008

                                                 JAMES WARE <br>
                                                 United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alreen Haeggquist alreen@haeggquistlaw.com
   Craig L. Briskin cbriskin@findjustice.com
3  Helen I. Zeldes helenz@zeldeslaw.com
   Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
4  Tracy Strong tstrong@jonesday.com

5
   **Dated:  April 22, 2008**                                **Richard W. Wieking, Clerk**
6

7                                                            **By:   /s/ JW Chambers                **
                                                                  **Elizabeth Garcia**
8                                                                 **Courtroom Deputy**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28