UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:** 5/12/2008
**Case No.:** C-07-06507 JW
**Related Case No.:**
    C 05-0037 The Apple iPod iTunes Antitrust Litigation
    C 06-04457 Tucker v. Apple Computer

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Not Reported
**Interpreter:** N/A

## TITLE

Stacie Somers v. Apple Inc

**Attorney(s) for Plaintiff(s):** Helen Zeldes, Alreen Haeggquist (Somers), Francis Balint, Bonny Sweeney (Tucker), Paula Roch
**Attorney(s) for Defendant(s):** Robert Mittelstaedt

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

Case Management Conference held off record in chambers. The parties are to file a stipulation re briefing schedule re motions discussed at the case management conference. The Court set an Interim Case Management Conference for August 25, 2008 at 10:00 AM as to ALL cases.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: