COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
BONNY E. SWEENEY (176174)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bonnys@csgrr.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

IT IS SO ORDERED AS MODIFIED

*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(RS) |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER SETTING CLASS CERTIFICATION BRIEFING SCHEDULE |
| ALL ACTIONS. | |

The parties propose the following schedule for briefing on plaintiffs' class certification motion:

1. Plaintiffs shall file their class certification motion on July 21, 2008.

2. The Court shall hold an interim case management conference on August 25, 2008 as contemplated by this Court at the May 12, 2008 Case Management Conference.

3. Defendants shall file their opposition to plaintiffs' class certification motion on or before September 19, 2008 60 days after plaintiffs' motion is filed.

4. Plaintiffs shall file their reply brief to defendant's opposition on or before **October 17, 2008.**

5. The Court shall hold a hearing on Plaintiffs' Motion for Class Certification on **November 10, 2008 at 9 a.m.**

IT IS SO STIPULATED.

DATED: May 27, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
BONNY E. SWEENEY

*/s/ Bonny E. Sweeney*
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

|   |   |
|---|---|
| 1 | Telephone: 602/274-1100 |
| 2 | 602/274-1199 (fax) |

<pre>
                              Telephone:  602/274-1100
                              602/274-1199 (fax)

                              BRAUN LAW GROUP, P.C.
                              MICHAEL D. BRAUN
                              12304 Santa Monica Blvd., Suite 109
                              Los Angeles, CA  90025
                              Telephone:  310/442-7755
                              310/442-7756 (fax)

                              MURRAY, FRANK & SAILER LLP
                              BRIAN P. MURRAY
                              JACQUELINE SAILER
                              275 Madison Avenue, Suite 801
                              New York, NY  10016
                              Telephone:  212/682-1818
                              212/682-1892 (fax)

                              GLANCY BINKOW & GOLDBERG LLP
                              MICHAEL GOLDBERG
                              1801 Avenue of the Stars, Suite 311
                              Los Angeles, CA  90067
                              Telephone:  310/201-9150
                              310/201-9160 (fax)

                              Additional Counsel for Plaintiffs

DATED: May 27, 2008           JONES DAY
                              ROBERT A. MITTELSTAEDT
                              CAROLINE M. MITCHELL
                              TRACY STRONG

                              _Robert Mittelstaedt pmk_
                              ROBERT A. MITTELSTAEDT

                              555 California Street, 26th Floor
                              San Francisco, CA  94104
                              Telephone:  415/626-3939
                              415/875-5700 (fax)

                              Attorneys for Defendant, Apple, Inc.

                                *      *      *

                                   O R D E R

IT IS SO ORDERED.
                              _James Ware_
DATED:  June 4, 2008          THE HONORABLE JAMES WARE
                              UNITED STATES DISTRICT JUDGE

S:\CasesSD\Apple Tying\STP00051274.doc
</pre>

# CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 27, 2008.

    s/ BONNY E. SWEENEY
    BONNY E. SWEENEY

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:Bonnys@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com,hzeldes@yahoo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd David Carpenter
```
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

```
Elaine A. Ryan
```
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012