HAEGGQUIST LAW GROUP
ALREEN HAEGGQUIST (221858)
501 West Broadway, Suite A-276
San Diego, CA 92101
Telephone: 619/955-8218
Facsimile: 619/342-7878
alreen@haeggquistlaw.com

LAW OFFICE OF HELEN ZELDES
HELEN I. ZELDES (220051)
249 S. Highway 101, #370
Solana Beach, CA 92075
Telephone: 858/523-1713
Facsimile: 858/523-1783
helenz@zeldeslaw.com

MEHRI & SKALET, PLLC
STEVEN A. SKALET
CRAIG L. BRISKIN
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
Telephone: 202/822-5100
Facsimile: 202/822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiffs

IT IS SO ORDERED AS MODIFIED
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACIE SOMERS, On Behalf of Herself and All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>     vs.<br><br>APPLE, INC., a California Corporation,<br><br>                     Defendant. | Case No. C 07-6507 JW<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION
*Somers v. Apple Computer*, Inc., No. C 07-06507 JW

1  Pursuant to the Court's May 14, 2008 Order Following Case Management
2 Conference, the parties stipulate to the following briefing schedule with respect to the
3 motion for class certification:
4    1. Plaintiff shall file and serve her class certification motion no later than
5       November 3, 2008;
6    2. Apple shall file and serve its opposition to the motion for class certification
7       no later than January 15, 2009; and
8    3. Plaintiff shall file and serve her reply brief in further support of her motion
9       for class certification no later than March 2, 2009;
10   4. The hearing on Plaintiff's motion for class certification is set for
11      **March 23, 2009 at 9 a.m.**
12   5. A further Case Management Conference regarding whether a technology
13      tutorial is appropriate prior to the hearing on this motion is set for August
14      25, 2008 at 10:00 a.m.
15   **The parties shall file a Joint Statement on or before August 15, 2008 to update the Court on the status of the case.**

16 Dated: May 29, 2008          s/Alreen Haeggquist
17                              Alreen Haeggquist (221858)
                                HAEGGQUIST LAW GROUP
18                              501 West Broadway, Suite A-276
                                San Diego, CA 92101
19                              Telephone:  619/955-8218
                                Facsimile:  619/342-7878
20                              alreen@haeggquistlaw.com
                                *Counsel for Plaintiff*
21
22 Dated: May 29, 2008          s/ Elaine Wallace
                                Elaine Wallace
23                              JONES DAY
                                555 California Street, 26th Floor
24                              San Francisco, CA 94104
                                Telephone: (415): 626-3939
25                              Facsimile: (415) 875-5700
                                *Counsel for Apple Computer, Inc.*
26
27
28 STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS       1
   CERTIFICATION
   *Somers v. Apple Computer*, Inc., No. C 07-06507

1  IT IS SO ORDERED AS MODIFIED

2

3

4  Dated ____June 4____, 2008         _____James Ware_____
                                       Hon. James Ware
5                                      United States District Court Judge

28 STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS     2
   CERTIFICATION
   *Somers v. Apple Computer*, Inc., No. C 07-06507

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List and Service List: STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION.

s/ ALREEN HAEGGQUIST
ALREEN HAEGGQUIST

HAEGGQUIST LAW GROUP
ALREEN HAEGGQUIST (221858)
501 West Broadway, Suite A-276
San Diego, CA 92101
Telephone: 619/955-8218
619/342-7878 (fax)
alreen@haeggquistlaw.com

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION
*Somers v. Apple Computer*, Inc., No. C 07-06507

3

## Mailing Information for Case C 07-06507

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

- **Craig L. Briskin**
  cbriskin@findjustice.com

- **Alreen Haeggquist**
  alreen@haeggquistlaw.com

- **Steven A. Skalet**
  sskalet@findjustice.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

- No manual recipients

## Mailing Information for a Case C 05-00037-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

- **Francis Joseph Balint, Jr.**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com, ewallace@jonesday.com

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION
*Somers v. Apple Computer*, Inc., No. C 07-06507

4

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand, Esq.**
  invalidaddress@invalidaddress.com

- **John J. Stoia, Jr.**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION
*Somers v. Apple Computer*, Inc., No. C 07-06507

5