1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) ) | Lead Case No. C-05-00037-JW(RS) <u>CLASS ACTION</u> |
|---|---|---|
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) | [PROPOSED] ORDER APPOINTING COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP AND THE KATRIEL LAW FIRM AS CO-LEAD CLASS COUNSEL |

JUDGE:　Hon. James Ware
DATE:　November 10, 2008
TIME:　9:00 a.m.
CTRM:　8-4th Floor

Pursuant to Fed. R. Civ. P. 23(g), plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak move this Court for an appointment of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") and The Katriel Law Firm as co-lead class counsel. After considering the materials submitted, the arguments of counsel, and the record in this case, the Court finds:

1. Coughlin Stoia and The Katriel Law Firm will fairly and adequately represent the interests of the proposed class (the "Class") within the meaning of Fed. R. Civ. P. 23(g)(1)(B);

2. Coughlin Stoia and The Katriel Law Firm have investigated the facts and legal theories on behalf of its clients and the Class; and

3. Coughlin Stoia and The Katriel Law Firm have the experience in complex litigation, knowledge of antitrust law, and financial resources necessary to represent the Class.

FOR GOOD CAUSE SHOWN, it is ordered that the motion to appoint Coughlin Stoia and The Katriel Law Firm as class counsel shall, in its discretion:

1. Direct the prosecution of this litigation and coordinate the work of all plaintiffs' counsel in a manner that assures that the litigation is prosecuted effectively and efficiently;

2. Be responsible for all briefing and oral argument, and present the position of plaintiffs and the Class (either personally or by designee) to the Court and opposing parties with respect to all matters arising during pretrial and trial proceedings;

3. Act as or designate spokespersons for the Class at pretrial conferences and hearings;

4. Coordinate and conduct discovery, pretrial proceedings and trial;

5. Try the case on behalf of plaintiffs and the Class;

6. Conduct and consummate settlement negotiations on behalf of plaintiffs and the Class (as appropriate);

7. Perform such other duties as may be incidental to proper coordination of pretrial and trial activities or as authorized or required by further Order of the Court; and

8. Distribute all notices, orders and decisions of the Court to all plaintiffs' counsel to the extent not communicated directly by the Court.

This Order does not limit the right of other plaintiffs' counsel to be heard on matters not susceptible to joint or common action, or when genuine and substantial divergence of opinion exists among plaintiffs' counsel, provided class counsel is first apprised of such matters.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
BONNY E. SWEENEY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Telephone: 310/442-7755
310/442-7756 (fax)

1  
2  MURRAY, FRANK & SAILER LLP
   BRIAN P. MURRAY
   JACQUELINE SAILER
3  275 Madison Avenue, Suite 801
   New York, NY  10016
4  Telephone:  212/682-1818
   212/682-1892 (fax)
5  
   GLANCY BINKOW & GOLDBERG LLP
6  MICHAEL GOLDBERG
   1801 Avenue of the Stars, Suite 311
7  Los Angeles, CA  90067
   Telephone:  310/201-9150
8  310/201-9160 (fax)

9  Additional Counsel for Plaintiffs

10  S:\CasesSD\Apple Tying\ORD00052764.doc

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER APPOINTING COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP AND THE KATRIEL LAW FIRM AS CO-LEAD CLASS COUNSEL - C-05-00037-JW(RS)  - 3 -

1                                          CERTIFICATE OF SERVICE

2        I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

       I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 21, 2008.

                                                                                     s/ BONNY E. SWEENEY
                                                                                     BONNY E. SWEENEY

                                                                                     COUGHLIN STOIA GELLER
                                                                                         RUDMAN & ROBBINS LLP
                                                                                    655 West Broadway, Suite 1900
                                                                                    San Diego, CA  92101-3301
                                                                                    Telephone: 619/231-1058
                                                                                    619/231-7423 (fax)

                                                                                    E-mail:Bonnys@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com,hzeldes@yahoo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012