| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>BONNY E. SWEENEY (176174)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>bonnys@csgrr.com<br><br>THE KATRIEL LAW FIRM<br>ROY A. KATRIEL (*pro hac vice*)<br>1101 30th Street, N.W., Suite 500<br>Washington, DC 20007<br>Telephone: 202/625-4342<br>202/330-5593 (fax)<br>rak@katriellaw.com<br><br>Co-Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Lead Case No. C-05-00037-JW(RS)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL<br><br>JUDGE: Hon. James Ware<br>DATE: November 10, 2008<br>TIME: 9:00 a.m.<br>CTRM: 8-4th Floor |

I, Bonny E. Sweeney, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I am Co-Lead Counsel on behalf of Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak (collectively, "Plaintiffs") in the above-entitled action.

3. Plaintiffs have submitted themselves to considerable deposition testimony. Plaintiff Somtai Charoensak was deposed on January 12, 2007 by Apple's counsel, Bob Mittelstaedt. Similarly, Plaintiff Mariana Rosen was deposed on January 24, 2007 and Plaintiff Melanie Tucker was deposed on October 26, 2007.

4. Plaintiffs have also provided substantial discovery, including, copies of all music files stored on their personal computers, copies of their iTunes Store purchase history, iTunes Store account names and passwords, copies of receipts documenting their iPod purchases from Apple, and lists of every compact disc they currently own.

5. I submit this declaration in support of Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel.

6. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: Declaration of Roger G. Noll, dated July 15, 2008;

Exhibit 2: Relevant Excerpts of Apple Inc., Annual Report (Form 10-K) (Sept. 29, 2007);

Exhibit 3: Coughlin Stoia Geller Rudman & Robbins LLP Firm Resume;

Exhibit 4: The Katriel Law Firm Resume;

Exhibit 5: S. Jobs, *Thoughts on Music*, Feb. 6, 2007 *available at* www.apple.com/hotnews/thoughtsonmusic/;

Exhibit 6: Press Release, Apple, *Apple launches iTune Plus Higher Quality DRM-Free Tracks Now Available on the iTunes Store Worldwide*, May 30, 2007 *available at* http://www.apple.com/pr/library/2007/05/30itunesplus.html;

Exhibit 7: Press Release, Apple, *iTunes Music Store Catalog Tops One Million Songs*, (Aug. 10, 2004) *available at* www.apple.com/pr/library/2004/aug/10itms.html;

| | | |
|---|---|---|
| Exhibit 8: | AAPL – Q4 2004 Earnings Conference Call (Oct. 13, 2004); |
| Exhibit 9: | AAPL – Q3 2005 Earnings Conference Call (July 13, 2005); |
| Exhibit 10: | AAPL – Q2 2006 Earnings Conference Call (Apr. 19, 2006); |
| Exhibit 11: | AAPL – Q1 2007 Earnings Conference Call (Jan. 17, 2007); |
| Exhibit 12: | Apple, Inc.'s Answer and Defenses to Plaintiffs' Consolidated Complaint, filed June 6, 2007; |
| Exhibit 13: | Reply in Support of Motion to Dismiss Antitrust Claims, filed November 11, 2006; |
| Exhibit 14: | Defendant's Notice of Motion and Motion to Dismiss Antitrust Claims, filed August 21, 2006; |
| Exhibit 15: | Warner Music Group F1Q07 Earnings Call Feb. 8, 2007 *available at* http://seekingalpha.com/article/26496-warner-music-group-f1q07-qtr-end-12-31-06-earnings-call-transcript; |
| Exhibit 16: | AAPL – Q4 2005 Earnings Conference Call (Oct. 11, 2005); |
| Exhibit 17: | APPL – Apple Computer, Inc. at JP Morgan Technology & Telecom Conference(May 4, 2004); |
| Exhibit 18: | AAPL-Q2 2005 Earnings Conference Call (April 13, 2005); and |
| Exhibit 19: | Declaration of Lee Morse, filed Jan. 22, 2007. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of July, 2008, at San Diego, California.

                                                                s/ BONNY E. SWEENEY
                                                                 BONNY E. SWEENEY

S:\CasesSD\Apple Tying\DEC00052717_BES.doc

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 21, 2008.

    s/ BONNY E. SWEENEY
BONNY E. SWEENEY

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:Bonnys@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com,hzeldes@yahoo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012