COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
BONNY E. SWEENEY (176174)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@csgrr.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(RS) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL |
| | JUDGE:   Hon. James Ware<br>DATE:    November 10, 2008<br>TIME:    9:00 a.m.<br>CTRM:    8-4th Floor |

I, Bonny E. Sweeney, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I am Co-Lead Counsel on behalf of Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak (collectively, "Plaintiffs") in the above-entitled action.

3. Plaintiffs have submitted themselves to considerable deposition testimony. Plaintiff Somtai Charoensak was deposed on January 12, 2007 by Apple's counsel, Bob Mittelstaedt. Similarly, Plaintiff Mariana Rosen was deposed on January 24, 2007 and Plaintiff Melanie Tucker was deposed on October 26, 2007.

4. Plaintiffs have also provided substantial discovery, including, copies of all music files stored on their personal computers, copies of their iTunes Store purchase history, iTunes Store account names and passwords, copies of receipts documenting their iPod purchases from Apple, and lists of every compact disc they currently own.

5. I submit this declaration in support of Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel.

6. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:   Declaration of Roger G. Noll, dated July 15, 2008;

Exhibit 2:   Relevant Excerpts of Apple Inc., Annual Report (Form 10-K) (Sept. 29, 2007);

Exhibit 3:   Coughlin Stoia Geller Rudman & Robbins LLP Firm Resume;

Exhibit 4:   The Katriel Law Firm Resume;

Exhibit 5:   S. Jobs, *Thoughts on Music*, Feb. 6, 2007 *available at* www.apple.com/hotnews/thoughtsonmusic/;

Exhibit 6:   Press Release, Apple, *Apple launches iTune Plus Higher Quality DRM-Free Tracks Now Available on the iTunes Store Worldwide*, May 30, 2007 *available at* http://www.apple.com/pr/library/2007/05/30itunesplus.html;

Exhibit 7:   Press Release, Apple, *iTunes Music Store Catalog Tops One Million Songs*, (Aug. 10, 2004) *available at* www.apple.com/pr/library/2004/aug/10itms.html;

| | | |
|---|---|---|
| 1 | Exhibit 8: | AAPL – Q4 2004 Earnings Conference Call (Oct. 13, 2004); |
| 2 | Exhibit 9: | AAPL – Q3 2005 Earnings Conference Call (July 13, 2005); |
| 3 | Exhibit 10: | AAPL – Q2 2006 Earnings Conference Call (Apr. 19, 2006); |
| 4 | Exhibit 11: | AAPL – Q1 2007 Earnings Conference Call (Jan. 17, 2007); |
| 5 | Exhibit 12: | Apple, Inc.'s Answer and Defenses to Plaintiffs' Consolidated Complaint, filed June 6, 2007; |
| 6/7 | Exhibit 13: | Reply in Support of Motion to Dismiss Antitrust Claims, filed November 11, 2006; |
| 8/9 | Exhibit 14: | Defendant's Notice of Motion and Motion to Dismiss Antitrust Claims, filed August 21, 2006; |
| 10/11 | Exhibit 15: | Warner Music Group F1Q07 Earnings Call Feb. 8, 2007 *available at* http://seekingalpha.com/article/26496-warner-music-group-f1q07-qtr-end-12-31-06-earnings-call-transcript; |
| 12 | Exhibit 16: | AAPL – Q4 2005 Earnings Conference Call (Oct. 11, 2005); |
| 13 | Exhibit 17: | APPL – Apple Computer, Inc. at JP Morgan Technology & Telecom Conference(May 4, 2004); |
| 14 | Exhibit 18: | AAPL-Q2 2005 Earnings Conference Call (April 13, 2005); and |
| 15 | Exhibit 19: | Declaration of Lee Morse, filed Jan. 22, 2007. |

16  I declare under penalty of perjury under the laws of the State of California that the foregoing

17 is true and correct. Executed this 21st day of July, 2008, at San Diego, California.

18

19                                                                                  s/ BONNY E. SWEENEY
                                                                                          BONNY E. SWEENEY
20
S:\CasesSD\Apple Tying\DEC00052717_BES.doc

21

22

23

24

25

26

27

28

DEC. OF BONNY E. SWEENEY ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS COUNSEL - C-05-00037-JW(RS)                                                    - 2 -

1  CERTIFICATE OF SERVICE

2  I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of
3  the Court using the CM/ECF system which will send notification of such filing to the e-mail
4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6  participants indicated on the attached Manual Notice List.
7  I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct. Executed on July 21, 2008.

        s/ BONNY E. SWEENEY
        BONNY E. SWEENEY

        COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
        655 West Broadway, Suite 1900
        San Diego, CA  92101-3301
        Telephone:  619/231-1058
        619/231-7423 (fax)

        E-mail:Bonnys@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com,hzeldes@yahoo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012