# EXHIBIT 2



# FORM 10-K

## APPLE INC - AAPL

**Filed: November 15, 2007 (period: September 29, 2007)**

Annual report which provides a comprehensive overview of the company for the past year

**Net Sales**

Fiscal years 2007 and 2005 spanned 52 weeks while fiscal year 2006 spanned 53 weeks. This additional week is added to the first fiscal quarter approximately every six years to realign fiscal quarters with calendar quarters.

Net sales and Mac unit sales by operating segment and net sales and unit sales by product follow (net sales in millions and unit sales in thousands):

|  | September 29, 2007 | Change | September 30, 2006 | Change | September 24, 2005 |
|---|---|---|---|---|---|
| **Net Sales by Operating Segment (a):** | | | | | |
| Americas net sales | $ 11,596 | 23% $ | 9,415 | 41% $ | 6,658 |
| Europe net sales | 5,460 | 33% | 4,096 | 33% | 3,073 |
| Japan net sales | 1,082 | (11)% | 1,211 | 31% | 924 |
| Retail net sales | 4,115 | 27% | 3,246 | 42% | 2,278 |
| Other Segments net sales (b) | 1,753 | 30% | 1,347 | 35% | 998 |
| Total net sales | $ 24,006 | 24% $ | 19,315 | 39% $ | 13,931 |
| **Unit Sales by Operating Segment:** | | | | | |
| Americas Mac unit sales | 3,019 | 24% | 2,432 | 11% | 2,184 |
| Europe Mac unit sales | 1,816 | 35% | 1,346 | 18% | 1,138 |
| Japan Mac unit sales | 302 | (1)% | 304 | (3)% | 313 |
| Retail Mac unit sales | 1,386 | 56% | 886 | 45% | 609 |
| Other Segments Mac unit sales (b) | 528 | 58% | 335 | 16% | 290 |
| Total Mac unit sales | 7,051 | 33% | 5,303 | 17% | 4,534 |
| **Net Sales by Product:** | | | | | |
| Desktops (c) | $ 4,020 | 21% $ | 3,319 | (3)% $ | 3,436 |
| Portables (d) | 6,294 | 55% | 4,056 | 43% | 2,839 |
| Total Mac net sales | 10,314 | 40% | 7,375 | 18% | 6,275 |
| iPod | 8,305 | 8% | 7,676 | 69% | 4,540 |
| Other music related products and services (e) | 2,496 | 32% | 1,885 | 110% | 899 |
| iPhone and related products and services (f) | 123 | NM | — | NM | — |
| Peripherals and other hardware (g) | 1,260 | 15% | 1,100 | (2)% | 1,126 |
| Software, service, and other sales (h) | 1,508 | 18% | 1,279 | 17% | 1,091 |
| Total net sales | $ 24,006 | 24% $ | 19,315 | 39% $ | 13,931 |
| **Unit Sales by Product:** | | | | | |
| Desktops (c) | 2,714 | 12% | 2,434 | (3)% | 2,520 |
| Portables (d) | 4,337 | 51% | 2,869 | 42% | 2,014 |
| Total Mac unit sales | 7,051 | 33% | 5,303 | 17% | 4,534 |
| Net sales per Mac unit sold (i) | $ 1,463 | 5% $ | 1,391 | 1% $ | 1,384 |
| iPod unit sales | 51,630 | 31% | 39,409 | 75% | 22,497 |
| Net sales per iPod unit sold (j) | $ 161 | (17)% $ | 195 | (3)% $ | 202 |
| iPhone unit sales | 1,389 | NM | — | NM | — |

*Notes:*

(a) During 2007, the Company revised the way it measures the Retail Segment's operating results to a manner that is generally consistent with the Company's other operating segments. Prior period results have been reclassified to reflect this change to the Retail Segment's operating results along with the corresponding offsets to the other operating segments. Further information regarding the Company's operating segments may be found in Notes to Consolidated Financial Statements at Note 9, "Segment Information and Geographic Data."

(b) Other Segments include Asia Pacific and FileMaker.

(c) Includes iMac, eMac, Mac mini, Mac Pro, Power Mac, and Xserve product lines.

(d) Includes MacBook, iBook, MacBook Pro, and PowerBook product lines.

(e) Consists of iTunes Store sales, iPod services, and Apple-branded and third-party iPod accessories.

Source: APPLE INC, 10-K, November 15, 2007

(f) Derived from handset sales, carrier agreements, and Apple-branded and third-party iPhone accessories.

(g) Includes sales of Apple-branded and third-party displays, wireless connectivity and networking solutions, and other hardware accessories.

(h) Includes sales of Apple-branded operating system, application software, third-party software, AppleCare, and Internet services.

(i) Derived by dividing total Mac net sales by total Mac unit sales.

(j) Derived by dividing total iPod net sales by total iPod unit sales.

NM = Not Meaningful

42

Source: APPLE INC, 10-K, November 15, 2007