# EXHIBIT 4

# THE KATRIEL LAW FIRM
1101 30th Street, NW  Suite 500
Washington, DC 20007
Telephone: (202) 625-4342
Facsimile: (202) 330-5593
email: rak@katriellaw.com

## ABOUT OUR FIRM

The Katriel Law Firm is a law firm specializing in class action litigation. We represent classes of litigants, primarily aggrieved consumers, in litigating their claims on a classwide basis where litigating consumers' individual claims separately would prove to be unfeasible. Our primary areas of focus are antitrust, consumer fraud/false advertising, and product liability class action litigation. We have represented millions of class members in a variety of class action suits, and have successfully settled numerous class action lawsuits.

## PRACTICE AREAS

Our class action litigation practice focuses primarily on the areas of antitrust, consumer fraud/false advertising, and product liability litigation. Occasionally, however, we litigate specific class action cases that fall outside the foregoing practice areas.

### Antitrust

Antitrust law seeks to ensure that markets are subject to competitive forces in our free-enterprise system, and remain free from unlawful market manipulation devices like price-fixing, market allocation, monopolization, tying, and other agreements in restraint of trade. By forbidding such practices, antitrust law ensures that businesses and ultimately consumers benefit from the fruits of competition—production of the best possible goods in a competitive market environment. Our firm represents and has represented consumers in class action cases alleging that particular defendant manufacturers, sellers, or dealers have engaged in unlawful monopolization, price-fixing, market allocation, and other agreements in restraint of trade.

### Consumer Fraud/False Advertising

A host of federal and state laws regulate fair market practices that protect consumers against unfair and deceptive business practices. These unfair practices include false and deceptive advertising or marketing, false labeling, consumer fraud, violations of implied or express warranties, and violations of various statutory and regulatory

requirements aimed at ensuring consumer protection. Our firm represents and has represented consumers in class action cases who allege that they have been injured as a result of manufacturers' or sellers' unfair or deceptive business practices.

**Product Liability**

Product liability law, a subset of tort law, addresses the injury caused to users and purchasers of products that are defectively designed, manufactured, or improperly labeled. Potential remedies for such violations may include compensatory money damages, statutory or punitive damages, as well as appropriate equitable or injunctive relief to remedy the harm caused by the allegedly defective product. Our firm represents and has represented consumers in class action cases involving a whole host of industries and consumer products that are alleged to be defective.

## REPRESENTATIVE CLASS ACTION SETTLEMENTS

<u>Sevier v. Time Warner Cable</u>. The Katriel Law Firm was lead counsel in this successful settlement of an antitrust class action lawsuit brought on behalf of millions of subscribers of Time Warner Cable high-speed Internet service. The complaint alleged that defendants unlawfully tied the sale of their subscription service to the leasing of a cable modem device from defendants. After zealous and successful litigation by The Katriel Law Firm, which included litigation before the United States Court of Appeals for the Second Circuit, the district court entered its final order approving a class action settlement benefiting the class.

<u>Holliday v. Volkswagen of America</u>. The Katriel Law Firm was lead counsel in this successful settlement of a product liability class action lawsuit brought on behalf of owners and lessees of thousands of Volkswagen Jetta automobiles, who alleged that the electric seat heaters in the vehicles were defective. After successful litigation by The Katriel Law Firm in federal district court, the court issued its final order approving the class action settlement.

<u>King v. The Home Depot</u>. The Katriel Law Firm successfully settled this class action case in which plaintiffs alleged that Home Depot, Inc. deceptively allocated consumers' account payments in its "no payment no interest" store credit card. After successful litigation by The Katriel Law Firm in federal court, and by other plaintiffs' firms in various state courts, this matter was settled as part of a nationwide class action settlement that benefited the class.

Park v. The Thomson Corp., The Katriel Law Firm was lead counsel in this antitrust class action brought on behalf of hundreds of thousands of consumers of BAR/BRI bar examination preparation courses. The case alleged antitrust claims for tying and monopolization. After successful litigation in which The Katriel Law Firm was successful in defeating defendants' motion for summary judgment and in obtaining partial summary judgment in plaintiff's favor, a class action settlement was reached.

Schipaanboord v. Volkswagen of America, The Katriel Law Firm was lead counsel in this consumer product liability class action, which alleged defects in the 2000-2003 model year Volkswagen Passats for their alleged undue propensity to catch fire. After successful litigation by The Katriel Law Firm, a class action settlement was reached that provided meaningful relief to all class members.

Conroy v. The 3M Corp., The Katriel Law Firm was co-lead counsel in this consumer federal antitrust class action that alleged that defendant monopolized the U.S. market for clear and transparent tape for home and office use. After prolonged litigation, including an appeal to the United States Court of Appeals for the Ninth Circuit in which The Katriel Law Firm was lead counsel, a multi-million class action settlement was reached.

Franz, Inc. v. Quantum Corp., The Katriel Law Firm was lead counsel in this consumer antitrust class action that alleged that defendants violated the Cartwright Act and California's Unfair Competition Law, stemming from their alleged conspiracy to restrain trade in the market for Digital Linear Technology Tapes. After successfully obtaining class certification, The Katriel Law Firm negotiated a multi-million class action settlement.