# EXHIBIT 7

Search

iTunes Music Store Images

# iTunes Music Store Catalog Tops One Million Songs

CUPERTINO, California—August 10, 2004—Apple® today announced that the iTunes® Music Store now has over one million songs available for download in the US, becoming the first and only online digital music service to offer consumers a million song catalog. The iTunes Music Store features music from all five major record labels and over 600 leading independent labels from around the world. With more than 100 million songs downloaded and more than 70 percent market share of legal downloads for singles and albums, the iTunes Music Store is the world's number one online music service.

"The iTunes Music Store offers the world's most extensive collection of downloadable music with over one million tracks available," said Eddy Cue, Apple's vice president of Applications. "With more than one million songs, over 600 independent labels and dozens of innovative features, iTunes is the ultimate destination for discovering and downloading music."

The iTunes Music Store is available in the US, UK, France and Germany, has Apple's legendary ease-of-use, pioneering features, personal use rights and breakthrough pricing, and is the best way for PC and Mac® users to legally discover, purchase and download music online. The iTunes Music Store gives users the ability to play songs on up to five personal computers, burn a song onto CDs an unlimited number of times, burn the same playlist up to seven times and listen to their music on an unlimited number of iPods.

Apple offers a complete solution for discovering, buying, managing and listening to digital music anywhere with the unbeatable combination of iTunes, iPod® and AirPort Express™ **with AirTunes™ which lets music lovers** wirelessly stream music from their PC or Mac to a stereo located in any room in their home.*

* Actual range may vary

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Today, Apple continues to lead the industry in innovation with its award-winning desktop and notebook computers, OS X operating system, and iLife and professional applications. Apple is also spearheading the digital music revolution with its iPod portable music players and iTunes online music store.

**Press Contacts:**
Liz Einbinder
Apple
(408) 974-8466
leinbinder@apple.com

Natalie Kerris
Apple
(408) 974-6877
nat@apple.com

NOTE TO EDITORS: For additional information visit Apple's **PR website**, or call Apple's Media Helpline at (408) 974-2042.

Apple, the Apple logo, Macintosh, Mac, Mac OS, iTunes, iPod, AirPort Express and AirTunes are either registered trademarks or trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Press Info    Press Release

Shop the **Apple Online Store** (1-800-MY-APPLE), visit an **Apple Retail Store**, or find a **reseller**.    Site Map | Hot News | RSS Feeds | Contact Us

Copyright © 2008 Apple Inc. All rights reserved.    Terms of Use | Privacy Policy