| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>BONNY E. SWEENEY (176174)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>bonnys@csgrr.com<br><br>THE KATRIEL LAW FIRM<br>ROY A. KATRIEL (*pro hac vice*)<br>1101 30th Street, N.W., Suite 500<br>Washington, DC 20007<br>Telephone: 202/625-4342<br>202/330-5593 (fax)<br>rak@katriellaw.com<br><br>Co-Lead Counsel for Plaintiffs<br><br>[Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(RS)<br><br><u>CLASS ACTION</u> |
| This Document Relates To: )<br>    ALL ACTIONS. ) ) | STIPULATION MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE<br><br>Case No. C 07-6507 JW |
| STACIE SOMERS, On Behalf Of Herself And All Others Similarly Situated, ) )<br>                Plaintiff, )<br>   vs. )<br>APPLE, INC., a California corporation, )<br>                Defendant. ) | <u>CLASS ACTION</u> |

1    WHEREAS, the parties in *The Apple iPod iTunes Anti-Trust Litigation*, No. C-05-00037-JW ("Direct Case"), and *Somers v. Apple, Inc.*, No. C-07-6507-JW ("Indirect Case"), entered into good faith mediation discussions on July 21, 2008 with JAMS mediators the Honorable Daniel Weinstein (Ret.) and Cathy Yanni, Esq.;

WHEREAS, at the close of mediation, the parties agreed to exchange additional discovery and continue informal mediation discussions. At the request of Judge Weinstein and Cathy Yanni, the Court agreed to a two week extension to the class certification briefing schedules;

WHEREAS, the parties have exchanged additional discovery as a result of mediation and continue to engage in mediation discussions. The parties and mediators request an additional extension in the class certification briefing and related hearing schedules to allow the parties adequate time to continue discussions towards informal resolution;

WHEREAS, the parties have conferred and agreed to a short extension for the class certification briefing and related hearing schedules;

WHEREAS, under the current pretrial schedule ordered by the Court on June 4, 2008, in the Direct Case Plaintiffs filed their Motion for Class Certification on July 21, 2008, Defendant is required to file its opposition by September 19, 2008, Plaintiffs are required to file their reply brief on or before October 17, 2008, and the Court shall hold a hearing on Plaintiffs' Motion for Class Certification on November 10, 2008 at 9 a.m. Additionally, the Court is to hold a joint interim case management conference on August 25, 2008; and

WHEREAS, under the current pretrial schedule ordered by the Court on June 4, 2008, in the Indirect Case, Plaintiff is required to file her Motion for Class Certification on November 3, 2008, Defendant is required to filed its opposition by January 15, 2009, Plaintiff is required to file her reply brief on or before March 2, 2009, and the Court shall hold a hearing on Plaintiff's Motion for Class Certification on March 23, 2009 at 9 a.m. Additionally, the Court is to hold a joint interim case management conference on August 25, 2008.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that good cause exists to modify the class certification schedules as follows:

**A. Direct Case**

1. The Court shall hold an interim case management conference on September 22, 2008, or a date convenient for the Court.

2. Defendant shall file its opposition to class certification on or before October 17, 2008.

3. Plaintiffs shall file their reply brief to Defendant's opposition on or before November 17, 2008.

4. The Court shall hold a hearing on Plaintiffs' Motion for Class Certification on December 8, 2008 at 9 a.m., or a date convenient for the Court.

**B. Indirect Case**

1. The Court shall hold an interim case management conference on September 22, 2008, or a date convenient for the Court.

2. Plaintiff shall file her Motion for Class Certification on or before December 1, 2008.

3. Defendant shall file its opposition on or before February 12, 2009.

4. Plaintiff shall file her reply brief to Defendant's opposition on or before March 30, 2009.

5. The Court shall hold a hearing on Plaintiff's Motion for Class Certification on April 20, 2009, at 9 a.m., or a date convenient for the Court.

IT IS SO STIPULATED.

DATED: August 20, 2008

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
BONNY E. SWEENEY

s/ BONNY E. SWEENEY
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Telephone: 310/442-7755
310/442-7756 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: August 20, 2008 | JONES DAY<br>ROBERT A. MITTELSTAEDT |
| 2 | | CAROLINE M. MITCHELL<br>TRACY STRONG |
| 3 | | |
| 4 | | |
| 5 | | <u>s/ ROBERT A. MITTELSTAEDT</u><br>ROBERT A. MITTELSTAEDT |
| 6 | | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 7 | | Telephone: 415/626-3939<br>415/875-5700 (fax) |
| 8 | | |
| 9 | | Attorneys for Defendant, Apple, Inc. |
| 10 | DATED: August 20, 2008 | HAEGGQUIST LAW GROUP<br>ALREEN HAEGGQUIST |
| 11 | | |
| 12 | | |
| 13 | | <u>s/ ALREEN HAEGGQUIST</u><br>ALREEN HAEGGQUIST |
| 14 | | 501 West Broadway, Suite A-276<br>San Diego, CA 92101 |
| 15 | | Telephone: 619/955-8218<br>619/342-7878 (fax) |
| 16 | | |
| 17 | | LAW OFFICE OF HELEN ZELDES<br>HELEN I. ZELDES<br>249 S. Highway 101, #370 |
| 18 | | Solana Beach, CA 92075<br>Telephone: 858/523-1713 |
| 19 | | 858/523-1783 (fax) |
| 20 | | MEHRI & SKALET, PLLC<br>STEVEN A. SKALET |
| 21 | | CRAIG L. BRISKIN<br>1250 Connecticut Ave. NW, Suite 300 |
| 22 | | Washington, DC 20036<br>Telephone: 202/822-5100 |
| 23 | | 202/822-4997 (fax) |
| 24 | | Attorneys for Plaintiffs Stacie Somers |
| 25 | S:\CasesSD\Apple Tying\STP00053468.doc | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE - C-05-00037-JW(RS) - 4 -

# CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2008.

s/ BONNY E. SWEENEY
BONNY E. SWEENEY

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:Bonnys@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com,hzeldes@yahoo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```