1
2
3
4
5
6
7
8
9      UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA

11      SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(RS) |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE |
| ALL ACTIONS. | Case No. C 07-6507 JW |
| STACIE SOMERS, On Behalf Of Herself And All Others Similarly Situated, | CLASS ACTION |
| Plaintiff, | |
| vs. | |
| APPLE, INC., a California corporation, | |
| Defendant. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Good cause appearing, therefore, and pursuant to the stipulation of the parties, IT IS

2   HEREBY ORDERED that the following pretrial schedule is adopted:

3    Interim Case Management Conference:                    September 22, 2008

4    Last day to file Defendant's submission in
     opposition to class certification (Direct Case):       October 17, 2008

5

6    Last day to file Plaintiffs' reply submission
     in support of class certification (Direct Case):       November 17, 2008

7    Hearing on Plaintiffs' Motion for Class
     Certification (Direct Case):                           December 8, 2008 (or

8                                                           any date convenient
                                                            for the Court)

9

10   Last day to file Plaintiff's Motion for Class
     Certification (Indirect Case):                         December 1, 2008

11   Last day to file Defendant's submission in
     opposition to class certification (Indirect Case):     February 12, 2009

12

13   Last day to file Plaintiff's reply submission in
     support of class certification (Indirect Case):        March 30, 2009

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Hearing on Plaintiff's Motion for Class Certification (Indirect Case): | |
| 2 | | April 20, 3009 (or any date convenient for the Court) |
| 3 | | |

IT IS SO ORDERED.

DATED:  _____        _____

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Apple Tying\ORD00053478.doc

Submitted by:

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
BONNY E. SWEENEY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
    & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA  90025
Telephone:  310/442-7755
310/442-7756 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801

1    New York, NY  10016
     Telephone:  212/682-1818
2    212/682-1892 (fax)

3    GLANCY BINKOW & GOLDBERG LLP
     MICHAEL GOLDBERG
4    1801 Avenue of the Stars, Suite 311
     Los Angeles, CA  90067
5    Telephone:  310/201-9150
     310/201-9160 (fax)
6
     Additional Counsel for Plaintiffs
7
     JONES DAY
8    ROBERT A. MITTELSTAEDT
     CAROLINE M. MITCHELL
9    TRACY STRONG
     555 California Street, 26th Floor
10   San Francisco, CA  94104
     Telephone:  415/626-3939
11   415/875-5700 (fax)

12   Attorneys for Defendant, Apple, Inc.

13   HAEGGQUIST LAW GROUP
     ALREEN HAEGGQUIST
14   501 West Broadway, Suite A-276
     San Diego, CA  92101
15   Telephone:  619/955-8218
     619/342-7878 (fax)
16
     LAW OFFICE OF HELEN ZELDES
17   HELEN I. ZELDES
     249 S. Highway 101, #370
18   Solana Beach, CA  92075
     Telephone:  858/523-1713
19   858/523-1783 (fax)

20   MEHRI & SKALET, PLLC
     STEVEN A. SKALET
21   CRAIG L. BRISKIN
     1250 Connecticut Ave. NW, Suite 300
22   Washington, DC  20036
     Telephone:  202/822-5100
23   202/822-4997 (fax)

24   Attorneys for Plaintiffs Stacie Somers

25

26

27

28

[PROPOSED] ORDER MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE - C-
05-00037-JW(RS)                                                          - 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 20, 2008.

<u>s/ BONNY E. SWEENEY</u>
BONNY E. SWEENEY

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:Bonnys@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- **Helen I. Zeldes**
  helenz@zeldeslaw.com,hzeldes@yahoo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012