ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
655 West Broadway, Suite 1410
San Diego, CA 92101
Telephone: 619/955-8218
Facsimile: 619/342-7878
alreenh@zhlaw.com
helenz@zeldeslaw.com

MEHRI & SKALET, PLLC
STEVEN A. SKALET
CRAIG L. BRISKIN
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
Telephone: 202/822-5100
Facsimile: 202/822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACIE SOMERS, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC., a California Corporation,<br><br>Defendant. | Case No. C 07-6507 JW<br><br>Related Cases: No. C 05-00037 JW<br>No. C 06-04457<br><br>CLASS ACTION<br><br>NOTICE OF FIRM NAME AND ADDRESS CHANGE<br><br>DEMAND FOR JURY TRIAL |

1 | TO: THE CLERK OF COURT AND ALL PARTIES

2 | PLEASE TAKE NOTICE that the Law Offices of Helen Zeldes and the Haeggquist Law Group have merged together and have changed their name to ZELDES & HAEGGQUIST, LLP and their address to 655 West Broadway, Suite 1410, San Diego, CA 92101. The firm's telephone number is 619-955-8218 and the firm's facsimile number is 619-342-7878. Please update your records accordingly.

DATED: September 8, 2008

ZELDES & HAEGGQUIST, LLP
ALREEN HAEGGQUIST


s/ Alreen Haeggquist
ALREEN HAEGGQUIST

655 West Broadway, Suite 1410
San Diego, CA 92101
Telephone: 619/955-9218
619/342-7878 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List and Service List.

s/ Alreen Haeggquist
ALREEN HAEGGQUIST

ZELDES & HAEGGQUIST, LLP
ALREEN HAEGGQUIST (221858)
655 West Broadway, Suite 1410
San Diego, CA 92101
Telephone: 619/955-8218
619/342-7878 (fax)
E-mail: alreenh@zhlaw.com

## *Mailing Information for a Case 5:07-cv-06507-JW*

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Craig L. Briskin**
  cbriskin@findjustice.com,Pleadings@findjustice.com
- **Alreen Haeggquist**
  alreenh@zhlaw.com
- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com
- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com
- **Helen I. Zeldes**
  helenz@zhlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing)..

**Steven A Skalet**
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW
Suite 300
Washington, DC 20036

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012