COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
BONNY E. SWEENEY (176174)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bonnys@csgrr.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(RS) |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| ALL ACTIONS. | |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that Plaintiffs Melanie Tucker, Somtai Charoensak, and Marianna
3  Rosen respectfully advise the Court of a decision issued in *In re Static Random Access (SRAM)*
4  *Antitrust Litig.*, No. C 07-01819 CW, *slip op.* (N.D. Cal. Sept. 29, 2008), an antitrust class action
5  pending before the Honorable Claudia Wilken in the United States District Court for the Northern
6  District of California.  As here, Plaintiffs in *SRAM* sought certification of a class of direct purchasers
7  and submitted the declaration of economist Professor Roger Noll in support of their motion.  The
8  Court, in granting the motion for class certification, found that Professor Noll had advanced
9  plausible methodologies to demonstrate antitrust injury and damages on a class-wide basis.  A copy
10 of the Court's order is submitted as Exhibit A to this notice.

11 DATED:  October 2, 2008               COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
12                                       BONNY E. SWEENEY

13

14                                          s/ BONNY E. SWEENEY
                                          BONNY E. SWEENEY
15
                                       655 West Broadway, Suite 1900
16                                     San Diego, CA  92101
                                       Telephone:  619/231-1058
17                                     619/231-7423 (fax)

18                                     THE KATRIEL LAW FIRM
                                       ROY A. KATRIEL
19                                     1101 30th Street, N.W., Suite 500
                                       Washington, DC  20007
20                                     Telephone:  202/625-4342
                                       202/330-5593 (fax)
21
                                       Co-Lead Counsel for Plaintiffs
22
                                       BONNETT, FAIRBOURN, FRIEDMAN
23                                       & BALINT, P.C.
                                       ANDREW S. FRIEDMAN
24                                     FRANCIS J. BALINT, JR.
                                       ELAINE A. RYAN
25                                     TODD D. CARPENTER
                                       2901 N. Central Avenue, Suite 1000
26                                     Phoenix, AZ  85012
                                       Telephone:  602/274-1100
27                                     602/274-1199 (fax)

28                                     BRAUN LAW GROUP, P.C.

NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION - C-05-00037-JW(RS)                                             - 1 -

| | |
|---|---|
| 1 | MICHAEL D. BRAUN |
| 2 | 12304 Santa Monica Blvd., Suite 109<br>Los Angeles, CA 90025 |
| | Telephone: 310/442-7755 |
| 3 | 310/442-7756 (fax) |
| 4 | MURRAY, FRANK & SAILER LLP |
| | BRIAN P. MURRAY |
| 5 | JACQUELINE SAILER |
| | 275 Madison Avenue, Suite 801 |
| 6 | New York, NY 10016 |
| | Telephone: 212/682-1818 |
| 7 | 212/682-1892 (fax) |
| 8 | GLANCY BINKOW & GOLDBERG LLP |
| | MICHAEL GOLDBERG |
| 9 | 1801 Avenue of the Stars, Suite 311 |
| | Los Angeles, CA 90067 |
| 10 | Telephone: 310/201-9150 |
| | 310/201-9160 (fax) |
| 11 | |
| | Additional Counsel for Plaintiffs |

S:\CasesSD\Apple Tying\NOT00054591.doc

NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - C-05-00037-JW(RS)                                                                 - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2, 2008.

s/ BONNY E. SWEENEY
BONNY E. SWEENEY

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:Bonnys@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd David Carpenter
```
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

```
Elaine A. Ryan
```
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012