United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Apple iPod iTunes Antitrust Litigation | NO. C 05-00037 JW<br>NO. C 07-06507 JW |
| | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties are scheduled to appear for a Case Management Conference on October 8, 2008. Pursuant to Civil Local Rule 16-10(d), the parties timely filed a Joint Case Management Statement. Based on the representations of the parties in their Joint Statement, the Court VACATES the Case Management Conference set for October 8, 2008. The Case Management Conference is continued to **December 15, 2008 at 10:00 a.m.** to coincide with the hearing on Plaintiffs' anticipated Motion for Class Certification.

In addition, to the extent the parties have discovery disputes in advance of the December 15, 2008 hearing, the parties shall file the appropriate motion(s) with the assigned Magistrate Judge.

Dated: October 2, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand invalidaddress@invalidaddress.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@csgrr.com
Brian P Murray bmurray@murrayfrank.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Francis Joseph Balint fbalint@bffb.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@csgrr.com
Michael David Braun service@braunlawgroup.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy A. Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Tracy Strong tstrong@jonesday.com

**Dated: October 2, 2008**                    **Richard W. Wieking, Clerk**

                                                         **By:   /s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**