# ADDENDUM 1



The iTunes Store is accessed through iTunes.



Customers can browse the iTunes Store by genre, artist, and album.



Customers can buy individual songs or complete albums.



Purchased iTunes Store music downloads to the music library and the Purchased playlist.



iPod can be manually managed or automatically synced to the iTunes library.

<␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀



To manage iPod manually, drag files from the library to iPod.



Songs purchased from the iTunes Store on iPod, ready to be played.

# ADDENDUM 2



Drag purchased music to playlist.





Drag burned CD files to music library (with import preference set to "MP3 encoder").

Finder File Edit View Go Window Help
Wed 2:22 PM
iTunes
LIBRARY
Movies
TV Shows
Podcasts
Radio
STORE
iTunes Store
Purchased
DEVICES
The Reminder
PLAYLISTS
Party Shuffle
90's Music
Music Videos
My Top Rated
Recently Added
Recently Played
Top 25 Most Played
The Reminder
So Sorry
I Feel It All
My Moon My Man
The Park
The Water
Sea Lion Woman
Past In Present
The Limit to Your Love
1234
Brandy Alexander
Intuition
Honey Honey
How My Heart Behaves
Sealion (Chromeo Remix) [Bonus Track]
The Water (Red Demos) [Bonus Track]
Feist
The Reminder
Alternative
MPEG audio file
Protected AAC audio file
Copy
Copying 15 items to "MUSIC"
30 songs, 1.9 hours, 120.4 MB
Macintosh HD
Desktop
SANSA FUZE
MUSIC
Network
megganmoore
Applications
Documents
Movies
Music
Pictures
AUDIBLE
AUDIOBOOKS
MTABLE.SYS
PHOTO
PODCASTS
RECORD
RES_INFO.SYS
SYS_CONF.SYS
version.sdk
VIDEO
VIDEO_BM.SYS

Drag MPEG files to Sansa music folder.



Songs purchased from iTunes Store on Sansa player, ready to play.