# EXHIBIT 14

http://go.shopsansa.com/content/express



sansa store    home    sansa players    accessories    ⚙ outlet    entertainment

## sansa® Express™

### SanDisk® Sansa® Express™ Series MP3 Players

Tired of looking for your cable to put new music on your MP3 player? Stop looking, with the Sansa® Express™. It's a slim flash drive with a headphone jack allowing you to take it out of your pocket and plug it directly into your computer. There's even a built-in mic, FM tuner and a screen. And if you need more space, there's a microSD™ expansion slot. Perfect for any active lifestyle.



1GB BLACK
$49.99

2GB BLACK
$69.99




Shop Music


Shop Movies


Shop Games

### Made for Sansa® Related Accessories



specification

* 1 megabyte (MB) = 1 million bytes; 1 gigabyte (GB) = 1 billion bytes. Some of the listed capacity is used for formatting and other functions and thus is not available for data storage.

sansa®    Support    Blogs    Forums    Affiliate Program    Contact Us    Privacy Policy    Terms of Use    Trademark Info    SanDisk.com

Copyright© 2008 - driven by dtailworld® - a service of AAD Etail Inc

http://us.creative.com/products/product.asp?category=213&subcategory=215&product=17474

USA     Free Shipping on Orders Over $99.99*     My Account | Cart | Logout     Change your region ▼

Home > Products > MP3 Players > MuVo > **MuVo T200**

Email Sign Up  Enter your email address  ➤➤

X-Fi
Sound Blaster
**MP3 Players**
   ZEN
   MuVo
      MuVo T200
      MuVo T100
   Accessories
   Accessories · Speakers
Speaker Systems
Web Cameras
Cambridge SoundWorks Radios
Headphones & Headsets
inPerson Conferencing
Video
Pocket Video Cams
Mice & Keyboards
Musical Keyboards
E-MU / Creative Professional
Networking / Internet
Accessories



# MuVo
## T200

$49.99

| 2GB ▼ |
| Black ▼ |

70PF231100111

Out of stock (restock date unavailable)

Learn More

360° Demo
Showcase
How To
Manual
Accessories
Send to a Friend
Print Friendly

| Features | Specifications | Requirements | Package Contents |

**Bite-sized music**

Find your answer to high impact music and portable file storage in the Creative MuVo® T200.

Colorful and lightweight, MuVo T200 hits the sweet spot with a full color display screen for easy navigation, showing your players stats and song titles in one glance. Download files easily without the need for a cable or any special software as MuVo T200 has a built-in USB connector just like a thumbdrive.

Especially designed to meet both your needs at work and play, MuVo T200 even comes with radio and voice recording features. Travel light when you're on the go with all the functions you need in a player.

 **Easy connection, quick transfers**
Connect your MuVo T200 to your PC or laptop for quick file transfers without the need for a separate USB cable.

 **Rock deejay**
Switch quickly from your personal music collection to live radio from up to 32 preset stations. Get traffic news and current affairs updates in an instant!

 **Colorful LCD screen**
Personalize your LCD screen with the six attractive color themes available.

 **Instant plug and play**
No software needed, the player syncs up with your PC or laptop instantly.

 **Conduct your own recordings**
Organize your thoughts by recording voice memos at your convenience. You can even record meetings or classes for reference.

⚡ **Built-in power**
With the rechargeable built-in battery, enjoy up to 9 hours[1] of audio playback on a single charge. You can also charge your player directly via the USB on your PC.


Meet the new ZENs


vado
See it, shoot it, share it – all in an instant. ❯


Sound Blaster X-Fi Notebook
X-Fi Wireless Audio For Your Notebook


Accessory FINDER
Find it Now ❯❯


**Free** shipping on orders over $99.99 Learn More
**30 Day** Satisfaction Guaranteed Learn More
**Secure** Shopping Learn More

Order by Phone
**1-800-998-1000**
Monday-Friday 9-6 CST

**More Ways to Buy**

**Accessories & Companions**

 **MuVo/ZEN Nano Protection Plan**
$19.99
Add to cart

 **MuVo T200 Twin Pack Skin with Lanyard**
$12.99
Add to cart

 **Aurvana In-Ear Earphones**
$99.99
Add to cart

 **EP-630**
$39.99
Add to cart

 **HN-605**
$39.99
Add to cart

See all accessories

http://go.shopsansa.com/content/view

# sansa store





Shop Music


Shop Movies


Shop Games

## sansa® View & Rhapsody®

### SanDisk® Sansa® View Series MP3 Players

Movies. TV shows. Videos. All in a sleekly designed device that fits in your pocket. Less than half an inch thick, personal videos and photos come alive on a large color screen. Listen to MP3s, FM radio and audio books with big sound. And if you need more entertainment, there's a microSD™ expansion slot. So, sit back and enjoy the View.

The Sansa View comes with a 30 day trial to **Rhapsody®, the music service that lets you listen to millions of songs without paying per track. Choose from Rock, Hip-hop, Country, Jazz - you name it. Plus you can transfer as many songs as you want to your Sansa View. Just drag, drop, and go. For more details about Rhapsody visit www.rhapsody.com/sansaview



8GB BLACK
$149.99




Guided Tour

specification



16GB BLACK
$199.99
Now $179.99



32GB BLACK
$249.99
Now $249.99

## Made for Sansa® Related Accessories














* 1 megabyte (MB) = 1 million bytes; 1 gigabyte (GB) = 1 billion bytes. Some of the listed capacity is used for formatting and other functions and thus is not available for data storage.
** Users must accept Rhapsody's standard terms and conditions of use. Offer available to new Rhapsody subscribers only and can not be combined with any other special offers. A credit card will only be required to obtain Rhapsody service beyond the trial period. You may cancel your service at any time by calling 1(866) 434-5909. Valid for US residents only. Rhapsody is a trademark of RealNetworks, Inc. System Requirements: Windows XP, Me, 2000 or 98 SE, 350 MHz, 280 MB HD Space, 64 MB RAM. Offer expires 12/31/2009. Rhapsody and the Rhapsody logo are trademarks or registered trademarks of RealNetworks, Inc.

sansa®   Support   Blogs   Forums   Affiliate Program   Contact Us   Privacy Policy   Terms of Use   Trademark Info   SanDisk.com

Copyright© 2008 - driven by intelliworld™ - a service of AWD E'vol Inc.

http://us.creative.com/products/product.asp?category=213&subcategory=215&product=17474

[1] Actual battery life will vary with use.

** Please check with your local representatives or offices for product availability. Pricing, product specifications and availability are subject to change without notice. Package contents may vary according to the different regions.

**Additional Information**



Site Map | Privacy Policy | Terms of Use | Contact Us

© 2003 - 2008 Creative Technology Ltd. All rights reserved.

http://www.sonystyle.com/webapp/wcs/stores/servlet/ProductDisplay?catalogId=10551&storeId=10151&langId=-1&...

Back to: Home > 16GB Walkman® Video MP3 Player

Get a $150 Sony Card credit after your first qualifying purchase.



Run an extra mile to the latest music or watch a funny video to pass the time on a plane. You'll never be far from your multimedia with this sleek 16GB Walkman® Video MP3 player. Enjoy pristine audio quality and watch spectacular full-motion video in portrait or landscape mode. The attractive, slim-line player supports multiple file types and lets you control it all on a high-resolution 2.4" QVGA LCD with intuitive menus and simple operation. Small enough to slip into your pocket, the 16GB built-in memory can store up to 3,800 songs, up to 62 hours of video or hundreds of photographs, offering the widest variety of multimedia entertainment wherever you go. A long-lasting battery is included.

**16GB Built-in Memory[1]**
Store up to 3,800 Songs[2] or up to 62H of video[5] on your Walkman® video MP3 Player and never be without your entertainment again.

**High Quality Video Playback**
Playback your favorite videos right on the player using MPEG 4 and M4V profile at 30 frames per second.

**Battery Life**
With up to 36 hours of audio playback[7] and up to 9.5 hours of video playback[9] you don't have to worry about charging your player.

**2.4" QVGA LCD Screen[9]**
Easily view your movies, photos and music information on the high quality, 320x240 display.

**Portrait and Landscape Mode**
Allows for easy viewing of your videos and photos in either a portrait or landscape position.

**Compatible with Secure Windows Media Audio[3]**
Giving you more options than ever for downloading and listening to music.

**MP3/WMA/AAC Audio Codec Support[3]**
Supports playback of MP3 and WMA DRM and non-DRM audio files downloaded from multiple sources. Also supports non-DRM AAC content, giving you multiple options for downloading music the way you want.

**4 Clear Audio Technologies**
Utilizes 4 Clear Audio Technologies to reproduce crystal clear, CD-quality audio: o Digital Sound Enhancement Engine (DSEE) restores the higher sound frequency lost when creating compressed music files. o Clear Bass enhances the bass sound while minimizing distortion. o Clear Stereo reduces signal leakage from one channel to another. o EX Series headphones deliver deep bass sound from a closed design that's compact, lightweight and comfortable to wear thanks to changeable silicon rubber ear-buds that also help isolate outside sounds.

**Time Machine Shuffle[11]**
Shuffle play among songs from a randomly selected year. (Information will come from CD information that is downloaded from the Gracenote CDDB®)

**Initial Search**
Use the first letter of the song, album or artist to easily find the music you are looking for.

$299.99

http://www.sonystyle.com/webapp/wcs/stores/servlet/ProductDisplay?catalogId=10551&storeId=10151&langId=-1&...

Add to Wishlist

12 months no interest (5)





**Select Your Service Plan:**

- ( ) None
- ( ) 2 Year Service Plan      **$49.99**
- ( ) 2 Year Service Plan with Accidental Damage from Handling      **$54.99**
- ( ) 3 Year Service Plan with Accidental Damage from Handling      **$89.99**

See more Service Plans

Find out more about Service Plans

**Add Accessories**

| | | |
|---|---|---|
| $24.99 | Work out to the rhythm of your favorite music. With this sporty, flexible armband for your Walkman® NWZ-A720 and A820 series Video MP3 players, it's easy to free your hands at the gym or on a run. | Walkman® Sport Armband |
| ☐ Select | | |
| $69.99 | Stream music wirelessly with this Bluetooth® adapter for your NWZ-A820, A810, A720, S710F or S610F Walkman® Video MP3 player. | Walkman® Bluetooth® Adapter WLA-NWB1 |
| ☐ Select | | |
| $39.99 | Fit this compact and portable car connecting adapter into your cigarette lighter and power your Walkman® Video MP3 player on the go. | Car Connecting Cable |
| ☐ Select | | |

View more Accessories

**People Who Bought This Product Also Bought:**



5GB Walkman® Video MP3 Player
Model: NWZ-S738FBNC

Clear Protector Shield
Model: PRF-NWA820

Walkman® Clear Case
Model: CKH-NWS630

Leather Case
Model: CKL-NWA820

http://www.sonystyle.com/webapp/wcs/stores/servlet/ProductDisplay?catalogId=10551&storeId=10151&langId=-1&...

# EXHIBIT 15

CONFIDENTIAL

1                   UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                       SAN JOSE DIVISION

4                         ---o0o---

5

6     THOMAS WILLIAM SLATTERY,            )

7     Individually And On Behalf of   )

8     All Others Similarly Situated,  )

9                   Plaintiff,            )

10         vs.                           )    No. C05 00037

11    APPLE COMPUTER, INC.,           )

12               Defendant.               )

13    _____)

14

15                 CONFIDENTIAL TESTIMONY

16

17    VIDEOTAPE DEPOSITION OF THOMAS WILLIAM SLATTERY

18              MONDAY, JANUARY 30, 2006

19

20

21

22

23

24

25    PAGES 1 - 348

1

CONFIDENTIAL

1    APPEARANCE OF COUNSEL:

2        FOR PLAINTIFF:

3            THE KATRIEL LAW FIRM

4            BY:  ROY A. KATRIEL, ESQ.

5            1101 30th NW, Suite 500

6            Washington, DC 20007

7            (202) 625-4342

8                -and-

9            MURRAY, FRANK & SAILER, LLP

10           BY:  BRIAN BROOKS, ESQ.

11           275 Madison Avenue

12           New York, New York 10016

13           (212) 682-1818

14

15       FOR DEFENDANT APPLE COMPUTER:

16           JONES DAY, LLP

17           BY:  ROBERT A. MITTELSTAEDT, ESQ.

18               TRACY STRONG, ESQ.

19           555 California Street, 26th Floor

20           San Francisco, California 94104

21           (415) 875-5710

22

23       ALSO PRESENT:

24           TYLER SWANSON, Videographer

25           LYNN MILLER from Apple Computer

3

CONFIDENTIAL

1

2          THOMAS WILLIAM SLATTERY,

3     after having been duly sworn, testified as follows:

4                    ---o0o---

5

6          THE VIDEOGRAPHER:  Good morning.  We're on

7     the record at 9:00 a.m., the 30th day of January,

8     2006, for the videotape deposition of Thomas

9     Slattery.  We're taping this deposition at 555

10    California Street, San Francisco, California on          9:00:40AM

11    behalf of the defendants in the action entitled

12    Slattery v. Apple Computer, Incorporated, Case

13    Number C05 00037.

14          My name is Tyler Swanson.  I'm a legal

15    videographer from Eastwood-Stein in San Francisco,     9:01:00AM

16    California, phone number 415-362-6666.  This is tape

17    number one.

18          Would counsel and all present please

19    identify themselves and state who they represent.

20          MR. MITTELSTAEDT:  I'm Bob Mittelstaedt         9:01:13AM

21    for the Defendant.  With me is Tracy Strong.

22          MR. KATRIEL:  I'm Roy Katriel for the

23    Plaintiff.  And with me is co-counsel, Brian Brooks.

24          THE WITNESS:  I'm Thomas Slattery.

25                 (Deponent sworn.)                         9:01:31AM

4

CONFIDENTIAL

1    BY MR. MITTELSTAEDT:                                        9:12:11AM

2        Q    At the time you bought the iPod, were you

3    aware of whether there were any other manufacturers

4    other than Apple that made portable digital music

5    players that had their own hard drive so you didn't     9:12:20AM

6    have to put a mini disk or a CD into the player?

7        A    Not that I can remember.

8        Q    Have you ever purchased any portable

9    digital music player other than an Apple?

10       A    Yes.

11       Q    Okay.                                             9:12:39AM

12            What else have you purchased?

13       A    I bought a Zen Ultra -- sorry, Xtra,

14   40-gigabyte player, two Zen Micro 5-gigabyte

15   players, and an Archos Gmini 220.                          9:12:55AM

16       Q    What model iPod did you buy?

17       A    It's the 15-gigabyte one.

18       Q    When was the next time after you bought

19   the Apple iPod that you bought a portable digital

20   music player?                                             9:13:21AM

21       A    I have no idea.  I really don't know.

22       Q    Which was the first one that you bought

23   after the iPod?

24       A    I don't remember.

25       Q    Do you remember the last one that you           9:13:39AM

                                                                      16

CONFIDENTIAL

1    buy stuff from iTunes.  But exactly when it was, I          9:27:21AM

2    couldn't say.

3        Q    When did you first actually obtain music

4    from any online music store?

5        A    Like I say, I'm pretty sure that I did it         9:27:33AM

6    back then, but I didn't buy much.  But it would have

7    been within a matter of months, I would guess, after

8    buying the iPod.  I know I tried to download some

9    music from iTunes that I was paying for on a credit

10   card.  But, as I recall, I couldn't get it to work.       9:27:46AM

11       Q    What credit card were you using at that

12   point?

13       A    I've got no idea which one I used for that

14   transaction.  One of the ones I'm still using, but I

15   don't know which one.                                     9:27:56AM

16       Q    Okay.

17            Did you actually obtain any music from

18   iTunes Music Store at that point?

19       A    As I recall, I down- -- I got some stuff,

20   but then I could never get it to play other than on      9:28:09AM

21   the computer itself.  I couldn't do anything with it

22   other than listen to it on the computer.

23       Q    Okay.

24            So are you saying that you actually

25   downloaded music from iTunes Music Store sometime         9:28:24AM

30

CONFIDENTIAL

1   in -- within a month or two after buying the iPod?                9:28:30AM

2       A    Yeah.  I gave it a try but could never --

3   I could never make it work is the point, and I never

4   like did anything with it.  I tried it and then

5   didn't use it again for a long time, because I was          9:28:40AM

6   frustrated with it.

7       Q    Can you remember as you sit here today

8   whether you actually ever played -- and by "played"

9   I mean listened to the music from iTunes Music Store

10  at that point, within a month or so of                      9:28:54AM

11  February 2004?

12          MR. KATRIEL:  You mean anywhere, on his

13  computer or elsewhere, or just on the iPod?

14          MR. MITTELSTAEDT:  I'm talking about on

15  his computer.                                               9:29:03AM

16          MR. KATRIEL:  Do you understand the

17  question?

18          THE WITNESS:  Yeah.  But understand, I'm

19  not saying it was within a month or two.  It was

20  within a few months.  I don't want to be that              9:29:09AM

21  specific, because I don't remember.  But it wasn't

22  long after.

23          I don't remember.  The main thing I

24  remember is being fed up because I couldn't get it

25  to do everything I wanted it to do.  But what I            9:29:19AM

31

CONFIDENTIAL

1      A    There is no sorts of specific groups here.    12:11:50PM

2  It's just the way it plays out.

3      Q    And could you explain that a little bit

4  more?

5      A    As I say, it's mostly -- it's the quality    12:11:55PM

6  of what I can get.  The more obscurized [sic], you

7  tend to have a harder time getting good

8  first-generation copies and stuff off the Internet,

9  so you end up buying the CD.

10      Q    But if you can get good quality on the    12:12:08PM

11  Internet for free, is it your preference to do so

12  rather than to pay money for it either online or at

13  a physical store?

14      A    Yeah, I suppose there is.

15      Q    To save money?    12:12:21PM

16      A    It's not really the money.

17      Q    What is it?

18      A    It's the idea.

19      Q    And your idea is that music should be

20  free?    12:12:36PM

21      A    My idea is -- we're getting very

22  philosophical here, but my idea is that artistic

23  stuff should be generally available.

24      Q    For free?

25      A    Yeah, to the extent that it intelligently    12:12:53PM

157

CONFIDENTIAL

| | |
|---|---|
| 1 | can be. | 12:12:55PM |
| 2 | Q    And you think sharing music through Kazaa |
| 3 | or LimeWire is a way that music can be free, |
| 4 | available for free, intelligently? |
| 5 | A    Yeah. | 12:13:07PM |
| 6 | Q    And what do you mean by "intelligently"? |
| 7 | A    Well, nobody should be suffering, you |
| 8 | know, absolute direct harm as a consequence of it. |
| 9 | But I guess obviously people do, but -- |
| 10 | Q    You mean the artist? | 12:13:22PM |
| 11 | A    Right. |
| 12 | Q    Do you feel the same way about any media |
| 13 | other than music? |
| 14 | A    I think generally people should have free |
| 15 | access to artistic stuff.  The notion of, for | 12:13:33PM |
| 16 | example, paying to get into an art gallery I think |
| 17 | is utter foolishness.  You should be able to go in |
| 18 | and see it free.  That's why it's there. |
| 19 | Q    Do you feel the same way about books? |
| 20 | A    Sure. | 12:13:48PM |
| 21 | Q    Books should be free? |
| 22 | A    Access to them should be. |
| 23 | Q    What do you mean by that? |
| 24 | A    We have public libraries.  They have to |
| 25 | pay for the books, but you can walk in without | 12:14:01PM |

158

CONFIDENTIAL

1      Q     Makes it possible so you can play that on      3:56:36PM

2   another device, like your Creative or your Archos.

3      A     That I've heard.  Okay.  I misunderstood

4   you.  My apologies.

5      Q     Where did you hear that?                       3:56:45PM

6      A     I don't know.

7      Q     So you know that physically, when you get

8   music from iTunes Music Store into your iTunes

9   library, you can play that on competing devices by

10  burning to a CD and ripping back to the computer,      3:57:00PM

11  correct?

12     A     Yeah.  That's what we've just discussed,

13  is it not?

14     Q     I'm just trying to summarize.  You know

15  that you can do that physically, right?                3:57:08PM

16     A     Sure.

17     Q     And burning and ripping is a process that

18  you have done numerous times, correct?

19     A     Oh, yeah, many.

20     Q     You know how to do that?                       3:57:17PM

21     A     Sure.

22     Q     Okay.

23           How long does that take you, to burn and

24  rip a CD?

25     A     It depends on what's on the CD, how long      3:57:23PM

265

CONFIDENTIAL

1    I'm assuming you know people who have          4:36:12PM

2    iPods?

3    A    Yeah, lots of them.

4    Q    Have you ever talked with anybody about

5    why they purchased an iPod?                     4:36:18PM

6    A    Yeah.  Oh, yeah.  Yeah.

7    Q    And what have they told you?

8    A    Pretty much universally everybody seems to

9    agree that it's just a cool piece of technology.  It

10   looks cool, has a lot of cool features.         4:36:34PM

11   Q    And who has told you that?

12   A    Most of the people that I have ever talked

13   about iPods with.

14   Q    And what cool features have they told you

15   about?                                          4:36:44PM

16   A    I have never gotten that specific.  Just

17   easy access to the music and so forth.

18   Q    You mean the interface is easy to use?

19   A    Right.  And just the fact you can put so

20   much stuff on it, that type of thing.           4:36:56PM

21   Q    What do you mean, "so much stuff"?

22   A    So many songs.  It's nice to have 1,500 or

23   2,000 or however many songs you want at your

24   fingertips.

25   Q    Has anyone ever told you that they feel    4:37:08PM

300

EASTWOOD-STEIN DEPOSITION MANAGEMENT
(415) 362-6666

CONFIDENTIAL

1    Apple or not?                                                    4:38:13PM

2        A    No.

3        Q    Did you have a free choice whether to ask

4    your wife to buy you an Apple iPod or a Creative Zen

5    or an Archos whatever?                                           4:38:30PM

6        A    Sure.

7        Q    And you chose to buy -- to ask your wife

8    to give you an iPod, right?

9        A    Right.

10        Q    Because it was cool?                                   4:38:38PM

11        A    Because it was cool.

12        Q    Did Apple ever force you to obtain any

13    music from the music store?

14        A    Yes.

15        Q    When did that happen?                                 4:38:53PM

16        A    It happened in the sense that if I want to

17    buy stuff online to play on the iPod, I have to get

18    it at the music store.  Did they somehow coerce me

19    into making that purchase?  No.  Was it a

20    constructive forcing to buy it from Apple?  Yes, I    4:39:08PM

21    think it was.

22        Q    And how many times were you, as you

23    describe it, forced?

24        A    I didn't describe it that way.  You did.

25    I'm just agreeing with what you said.  Let's just be  4:39:23PM

                                                                         302

CONFIDENTIAL

1    downloaded a few.                                          5:10:51PM

2        Q    Well, a couple of hundred?

3        A    Yeah.  I mean, relatively speaking, you

4    understand.

5        Q    Okay.                                             5:10:58PM

6        A    Yeah, let's say a couple of hundred.

7    That's as good a number as any.

8        Q    And has that been about the average since

9    you started downloading?

10       A    No.  No, it hasn't.                               5:11:09PM

11       Q    More or less?

12       A    You mean has it been that that particular

13   as an average?

14       Q    Yes.

15       A    It's less.                                        5:11:17PM

16       Q    Okay.

17            When did you start downloading from the

18   Internet music?

19       A    2001 maybe, 2000.

20       Q    Probably asked you this before, but can          5:11:27PM

21   you estimate from the start until now how many songs

22   you have downloaded from the Internet?

23       A    No.  No, I really can't.

24       Q    But 5,000?

25       A    Something like that, yeah, probably.             5:11:41PM

324

CONFIDENTIAL

```
1      Q     And can you estimate during the same time        5:11:45PM
2  period how many CDs you have bought?
3      A     I don't know.  A hundred maybe.
4      Q
```

## REDACTED

5:12:22PM

```
7      A     I'm sorry, line which?
8      Q     18.
9      A     18?
10     Q     Yeah.                                              5:12:41PM
11     A     Yes, that's right.
12     Q     And is that -- that's the ID that you have
13  used when you have accessed iTunes Music Store; is
14  that correct?
15     A     Yeah.                                              5:12:49PM
16     Q     And that's the password you have used?
17     A     Yeah.
18     Q     And how do you know that's the address
19  that you have used, the post office box that's
20  listed there?                                               5:12:57PM
21     A     Well, the post office box we've had for
22  ages.
23           I'm sorry.  The question is how do I know
24  that's the address?
25     Q     How do you know that's the address that           5:13:31PM
```

325

CONFIDENTIAL

1    STATE OF CALIFORNIA        )
                                ) :ss
2    COUNTY OF SAN FRANCISCO )

3

4        I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand

5    Reporter of the State of California, do hereby

6    certify:

7        That the foregoing proceedings were taken before me

8    at the time and place herein set forth; that any

9    witnesses in the foregoing proceedings, prior to

10   testifying, were placed under oath; that the

11   verbatim record of the proceedings was made by me

12   using machine shorthand which was thereafter

13   transcribed under my direction; further, that the

14   foregoing is an accurate transcription thereof.

15       I further certify that I am neither financially

16   interested in the action nor a relative or employee

17   of any attorney of any of the parties.

18       IN WITNESS WHEREOF, I have this date subscribed my

19   name.

20

21   Dated:  February 7, 2006

22

23

24        KELLI COMBS, CSR NO. 7705

25

346