# EXHIBIT 16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

---oOo---

SOMTAI TROY CHAROENSAK, and
MARIANA ROSEN, individually,
and on behalf of all others
similarly situated,

     Plaintiff,

vs.                   No. C0500037 JW

APPLE COMPUTER, INC.,

     Defendants.

_____/

DEPOSITION OF SOMTAI TROY CHAROENSAK

Taken before EARLY K. LANGLEY, RMR

CSR No. 3537

January 12, 2007

ef515386-2108-40f4-b246-b6410abe72a7

Page 3

1                  DEPOSITION OF SOMTAI TROY CHAROENSAK

2

3        BE IT REMEMBERED, that pursuant to Notice, and on

4    the 12th day of January 2007, commencing at the hour of

5    9:07 a.m., in the offices of Jones Day, 555 California

6    Street, 26th Floor, San Francisco, California, before

7    me, EARLY K. LANGLEY, a Certified Shorthand Reporter,

8    personally appeared SOMTAI TROY CHAROENSAK, produced as

9    a witness in said action, and being by me first duly

10   sworn, was thereupon examined as a witness in said

11   cause.

12

13                          ---oOo---

14

15        ROY A. KATRIEL, The Katriel Law Firm, 1101 30th

16   Street NW, Suite 500, Washington, D.C. 20007, appeared

17   on behalf of the Plaintiff.

18

19        MICHAEL M. GOLDBERG, Glancy, Binkow & Goldberg,

20   LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles,

21   California 90067, appeared on behalf of the Plaintiff.

22

23

24

25

ef515386-2108-40f4-b246-b6410abe72a7

Page 4

1          ROBERT A. MITTELSTAEDT, TRACY STRONG, Jones

2    Day, 555 California Street, 26th Floor, San Francisco,

3    California, appeared on behalf of the Defendant Apple

4    Computer.

5

6          ALSO PRESENT:  Nick Silva, Tele-Video

7    Production Services, Oakland, California.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ef515386-2108-40f4-b246-b6410abe72a7

1        Case No. C0500037 JW, filed in the United

2   States District Court, Northern District of

3   California.

4        This deposition was noticed by Robert

5   Mittelstaedt for the defendant.

6        Would the counsel for the parties please

7   identify themselves and for whom they're

8   appearing.

9        MR. KATRIEL:  Good morning.  Roy Katriel

10  from the Katriel Law Firm in Washington, D.C. on

11  behalf of the defendant.

12        MR. GOLDBERG:  Michael Goldberg, Glancy,

13  Binkow & Goldberg, on behalf of the plaintiff.

14        MS. STRONG:  Tracy Strong, Jones Day, on

15  behalf of the defendant.

16        MR. MITTELSTAEDT:  Bob Mittelstaedt, Jones

17  Day, defendant.

18        THE VIDEOGRAPHER:  Would the counsel

19  please state any stipulations or statements that

20  they would like on the record at this time?

21        MR. MITTELSTAEDT:  None.

22        THE VIDEOGRAPHER:  The court reporter may

23  now swear in the witness.

24            SOMTAI TROY CHAROENSAK,

25              sworn as a witness,

ef515386-2108-40f4-b246-b6410abe72a7

Page 7

1                     testified as follows:

2   EXAMINATION BY MR. MITTELSTAEDT:

3        Q.  Would you state your full name and

4   address, please?

5        A.  My name is Somtai Troy Charoensak.  And my

6   address is 2636-24th Avenue San Francisco,

7   California 94116.

8        Q.  And would you do me a favor and just

9   pronounce your last name slowly one more time?

10       A.  It's pronounced Charoensak.

11       Q.  Charoensak?

12       A.  So phonetically I guess it's J-u-l-u-n and

13  then "sack."

14       Q.

15       A.

16       Q                 REDACTED

17       A.

18       Q.

19       A.

20       Q.  Have you ever had your deposition taken

21  before?

22       A.  No.

23       Q.  Let's take a couple of minutes and talk

24  about the procedure to make sure you're

25  comfortable with it.

Aiken & Welch Court Reporters    S. Charoensak    1-12-07

ef515386-2108-40f4-b246-b6410abe72a7

Page 25

1    time, my -- my computer doesn't have a lot of --
2    didn't have a lot of storage capacity, so I would
3    delete the music, thinking that I had it on my
4    iPOD, and that, because I purchased it, it is mine
5    and I could, you know, later use it, but I soon
6    realized that that is not the case.
7        Q.   So, initially, you got the music into your
8    iTunes library, put it onto your iPOD, and then
9    deleted it from the iTunes library on your
10   computer?
11       A.   Correct.
12       Q.   And then when you wanted to burn a CD with
13   that music that you had deleted, you encountered
14   problems, is that what you are saying?
15       A.   Correct.
16       Q.   And then at some point, did you stop
17   deleting the music from the iTunes library on your
18   computer?
19       A.   Yes, I did.
20       Q.   And once you stopped deleting that music,
21   then were you able to burn CDs?
22       A.   Only on that computer, yes.
23       Q.   So the problem that you encountered was
24   that you were deleting music from the iTunes
25   library and that made it impossible, as you

Aiken & Welch Court Reporters    S. Charoensak    1-12-07

1    understood it at least, to burn CDs with that

2    music that had been deleted; right?

3         A.    Correct.

4         Q.    And that's the problem you were

5    complaining to Ms. Wong about?

6         A.    Not -- not exactly.

7         Q.    Okay.    What problem were you complaining

8    to Ms. Wong about then?

9         A.    That I was -- I was locked out of the

10   music that I purchased.    I think that's the main

11   complaint, that I realized that the music on my

12   iPOD, although that I paid for it and it was mine,

13   I had no access to it.    That was the main

14   complaint that I had.    The fact that I couldn't

15   burn a CD was just a result of that, that I was

16   locked out of my own music that I purchased.

17        Q.    Well, you weren't locked out of it as you

18   used that term, as long as you kept the music in

19   your iTunes library on your computer; correct?

20        A.    I -- I was locked out of it because I had

21   only one choice of being able to use that music.

22   It was either on my iPOD or in the iTunes that I

23   initially purchased the iTunes on the computer

24   that I used to purchase the music, and then any

25   other time I would try to have access to that file

Aiken & Welch Court Reporters    S. Charoensak    1-12-07

ef515386-2108-40f4-b246-b6410abe72a7

Page 27

1    I would not be able to have access to it.

2        Q.   Okay.   When you -- when you keep the music

3    from Apple Store in the iTunes library, you

4    continue to have access to it; correct?

5        A.   Just on the computer that I purchase, and

6    using the iTunes, yes.

7        Q.   And you know you can also burn a copy of

8    that music as long as you have not deleted it from

9    your iTunes library; correct?

10       A.   I know that, yes, yes.

11       Q.   When did you learn that?

12       A.   After -- well, after I deleted the file,

13   once or twice, I figured it out that I would have

14   to burn it on the computer that I purchased it,

15   and then I would be able to delete it because then

16   I had a -- a, I guess a backup or I would have the

17   CD.

18       Q.   And have you done that now already, burned

19   copies of music that you downloaded from Apple?

20       A.   Yes.

21       Q.   How many times have you done that?

22       A.   I don't know the exact number.

23       Q.   More than -- more than ten times?

24       A.   I would say at least more than eight

25   times.

Aiken & Welch Court Reporters     S. Charoensak     1-12-07

Page 59

1    purchased that in late 2004.

2         Q.  Do you remember the month?

3         A.  I believe it's December but I'm not

4    totally sure on the exact month.

5         Q.  And at that time, had you bought the new

6    G4 or the PowerBook yet?

7         A.  Oh, G4.  I don't believe so.

8         Q.  So, as far as you can recall, the computer

9    you were using when you bought the iPOD was the

10   Dell laptop or the first G4, is that correct?

11        A.  Yes.

12        Q.  Where did you buy the iPOD?

13        A.  The iPOD I purchased in Stonestown at an

14   Apple Store.

15        Q.  And what model did you get?

16        A.  I -- I don't know the exact model but it's

17   the 20 gigabyte.

18        Q.  How much did you pay for it?

19        A.  I paid less -- a little less than $300.  I

20   had a student discount.

21        Q.  How much was the student discount worth?

22        A.  I believe 10 percent, but I'm not sure on

23   the exact amount.

24        Q.  How did you decide to buy an iPOD?

25        A.  I decided to buy an iPOD -- well, first I

Aiken & Welch Court Reporters    S. Charoensak    1-12-07

ef515386-2108-40f4-b246-b6410abe72a7

Page 60

1    was looking at all the MP3 players that were

2    available, and at that time, the two that I was

3    looking at was the iPOD and the, I believe it is

4    the Rio, the Rio.

5         And at that time one of my co-workers had

6    a Rio that she used to go to the gym with and it

7    was a lot less than the iPOD, but the ability to

8    use iTunes -- she couldn't use iTunes with that,

9    and also, she didn't -- she couldn't -- I believe

10   at the time she couldn't -- she had problems

11   storing data files which was one of the reasons

12   that I wanted to buy an iPOD also because I needed

13   to store huge movie files from school, so I needed

14   something I could also use as an external hard

15   drive.

16        And so I decided to pay an extra for an

17   iPOD because I would have access to iTunes and I

18   would be able to use it as an external hard drive.

19   And also a big thing was that the Rio, I remember

20   I couldn't -- I didn't -- it wasn't Mac

21   compatible, I believe, and so I just decided to

22   spend the extra money and get an iPOD that I could

23   use, you know, for school.  That was one of the

24   big reasons.

25        And at the time, the whole thing that

Aiken & Welch Court Reporters    S. Charoensak    1-12-07

ef515386-2108-40f4-b246-b6410abe72a7

1  forced me to go that direction was I was using a

2  disk player and it had gotten stolen at the gym,

3  so I had no -- nothing.  So I figured that I was

4  going to spend $100 for a new disk player, I might

5  as well invest in an MP3 player.  And that's when

6  I started looking for an MP3 player.

7       And also, at the time, at school, I was

8  having to burn huge amount of data onto CDs, so it

9  was taking a lot of time, so I needed something I

10  could use as an external hard drive.

11       Q.  Any other reason that you bought an iPOD?

12       A.  Yeah.  I think those were the three

13  deciding factors.

14       Q.  Okay.  At the time you were using a CD

15  player?

16       A.  Right.

17       Q.  That's what you were referring to by the

18  disk player?

19       A.  Yes.

20       Q.  And, so you were going to replace that and

21  your decision was do you buy another CD player or

22  do you buy an MP3 player?

23       A.  Yeah.  At that time, it was about $100 for

24  another disk player, and at that time, my

25  co-worker had an MP3 player, and she was like why

Aiken & Welch Court Reporters    S. Charoensak    1-12-07

ef515386-2108-40f4-b246-b6410abe72a7

Page 75

1    Q.  The difference was more than $100?

2    A.  The difference was more than $100, yes.

3    Q.  Did your friend or your co-worker,

4 Ms. Hill, tell you she was satisfied with her Rio?

5    A.  No, she was -- she -- she didn't -- she

6 had some kind of problem with it.  I forgot

7 exactly what it was, but she -- no, she didn't

8 really like the Rio she had.

9    Q.  Was that another factor that led you to

10 buy an iPOD?

11    A.  Yes, it was.

12    Q.  Now, when you bought the iPOD, how did you

13 intend to use it?

14    A.  I intended to use it to listen to my

15 music.  I wanted to transfer the CDs that I own on

16 to the MP3 player so that I could have access to

17 it, you know, on the train, or in the gym.  And I

18 also intended to use it as an external hard drive.

19    Q.  And what music did you have at the time?

20    A.  Just CDs.

21    Q.  And were you able to use the iPOD in the

22 way that you had envisioned?

23    A.  Yeah.  Uh-huh.

24    Q.  Okay.  When you went to Stonestown to buy

25 the Apple iPOD, did you -- do you remember talking

Aiken & Welch Court Reporters    S. Charoensak    1-12-07

ef515386-2108-40f4-b246-b6410abe72a7

Page 81

1    Q.  And how did you go about putting your CD
2  collection onto your iPOD?
3    A.  I just, you know, insert the CD and then
4  import through iTunes.
5    Q.  And so you would get the music into your
6  iTunes library?
7    A.  Correct.
8    Q.  On your computer; right?
9    A.  Right.
10    Q.  And then how would you get it from there
11  to your iPOD?
12    A.  Just drag and drop.
13    Q.  When you say you were transferring, in
14  effect, your CD collection, where did you get the
15  CDs?  Were they all CDs that you had purchased?
16    A.  Yes.
17    Q.  Were there any CDs that you had burned
18  yourself?
19    A.  Yes, I believe so.
20    Q.  And can you estimate for me what, about
21  how many CDs you put onto your computer and then
22  onto your iPOD?
23    A.  I would say approximately 75 percent of
24  the music that I have on my iPOD currently is from
25  my CD collection.

Aiken & Welch Court Reporters    S. Charoensak    1-12-07

ef515386-2108-40f4-b246-b6410abe72a7

Page 122

1    As of the time you bought the iPOD, do you think

2    you had any music that was actually stored in any

3    of your computers, you know, whether in the iTunes

4    library, or in these other Windows applications?

5         A.  I don't believe so.  You mean like in, I

6    guess, in Windows it has that My Music Folder?

7         Q.  Right.

8         A.  Yeah.  I don't believe I had any music

9    stored in those.  If I -- if I recall correctly, I

10   think that there is some kind of sample music that

11   comes automatically downloaded, but I've never --

12   I don't recall personally putting music into that

13   prior to having iTunes.

14        Q.  And that's because up to that point, you

15   had used the computer just to play the music from

16   your CD collection rather than to store it; is

17   that right?

18        A.  Correct.  Yes.

19        Q.  And is it also correct that at the time

20   you bought the iPOD, you had not bought any music

21   from Apple's online store, is that correct?

22        A.  Yes.

23        Q.  You first bought music from Apple's online

24   store after you bought the iPOD; correct?

25        A.  Yes.

Aiken & Welch Court Reporters    S. Charoensak    1-12-07

ef515386-2108-40f4-b246-b6410abe72a7

178

```
 1    STATE OF CALIFORNIA      )

 2                             )

 3    COUNTY OF ALAMEDA        )

 4

 5         I, EARLY K. LANGLEY, do hereby certify:

 6         That SOMTAI TROY CHAROENSAK, in the foregoing

 7    deposition named, was present and by me sworn as a

 8    witness in the above-entitled action at the time

 9    and place therein specified;

10         That said deposition was taken before me at

11    said time and place, and was taken down in

12    shorthand by me, a Certified Shorthand Reporter of

13    the State of California, and was thereafter

14    transcribed into typewriting, and that the

15    foregoing transcript constitutes a full, true and

16    correct report of said deposition and of the

17    proceedings that took place;

18         IN WITNESS WHEREOF, I have hereunder

19    subscribed my hand this 14th day of January 2007.

20

21

22

23

24         EARLY K. LANGLEY, CSR No. 3537
           State of California
25
```

# EXHIBIT 17

CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMTAI TROY CHAROENAK AND MARIANNA ROSEN, etc., | ) ) |
| Plaintiffs, | ) |
| | ) Civil Action C-05-00037 |
| vs. | ) |
| | ) |
| APPLE COMPUTER, INC., | ) |
| | ) |
| Defendant. | ) |
| ———————————————————— | ) |

DEPOSITION OF MARIANNA ROSEN

January 24, 2007

236593

BARKLEY
Court Reporters

| | | | | | |
|---|---|---|---|---|---|
| (310) 207.8000 | Los Angeles | (916) 922.5777 | Sacramento | (818) 702.0202 | San Fernando Valley |
| (949) 955.0400 | Orange County | (408) 885.0550 | San Jose | (858) 455.5444 | San Diego |
| (415) 433.5777 | San Francisco | (951) 686.0606 | Inland Empire | (760) 322.2240 | Palm Springs |

```
 1   A P P E A R A N C E S :

 2

 3

     THE KATRIEL LAW FIRM
 4   Attorneys for Plaintiffs
          1101 30th Street, N.W.
 5        Suite 500
          Washington, D.C.  20007
 6   BY:  ROY A. KATRIEL, ESQ.

 7

 8   JONES DAY
     Attorneys for Defendant
 9        555 California Street
          26th Floor
10        San Francisco, California  94104
     BY:  ROBERT A. MITTELSTAEDT, ESQ.
11

12

13   A L S O    P R E S E N T :

14

     THOMAS DELVECCHIO, Videographer
15

16

17

18

19

20

21

22

23

24

25
```

BARKLEY
Court Reporters

| | |
|---|---|
| 10:15:37 | 1    THE VIDEOGRAPHER:  This is tape |
| 10:15:38 | 2    number one of the videotaped deposition of |
| 10:15:40 | 3    Marianna Rosen taken by Defendant in the |
| 10:15:43 | 4    matter of Somtai Troy Charoenak, et al., |
| 10:15:50 | 5    Plaintiffs versus Apple Computer, Inc., |
| 10:15:53 | 6    Defendant, in the United States District |
| 10:15:53 | 7    Court for the Northern District of |
| 10:15:57 | 8    California, Civil Action No. C-05-00037. |
| 10:16:06 | 9    This deposition is being held at the |
| 10:16:07 | 10    office of Jones Day, 222 East 41st Street, |
| 10:16:13 | 11    New York, New York.  Today is Wednesday, |
| 10:16:17 | 12    January 24th, 2007.  The time is 10:17 a.m. |
| 10:16:24 | 13    My name is Thomas Delvecchio from |
| 10:16:26 | 14    the firm of Barclay Court Reporters.  I am |
| 10:16:29 | 15    the legal video specialist. |
| 10:16:31 | 16    The court reporter is Josephine |
| 10:16:32 | 17    Fassett in association with Barclay Court |
| 10:16:35 | 18    Reporters. |
| 10:16:39 | 19    For the record will counsel please |
| 10:16:41 | 20    introduce themselves? |
| 10:16:43 | 21    MR. MITTELSTAEDT:  Bob Mittelstaedt |
| 10:16:43 | 22    for Apple. |
| 10:16:45 | 23    MR. KATRIEL:  Good morning.  Roy |
| 10:16:46 | 24    Katriel from The Katriel Law Firm for the |
| 10:16:49 | 25    Plaintiffs. |

4

MARIANNA ROSEN

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:16:49 | 1 | THE VIDEOGRAPHER:  Thank you. |
| 10:16:51 | 2 | Now will the court reporter please |
| 10:16:51 | 3 | swear the witness? |
| 10:16:59 | 4 | M A R I A N N A    R O S E N, the witness, having |
| 10:16:59 | 5 | been duly sworn, was examined and testified |
| 10:16:59 | 6 | under oath as follows: |
| 10:17:00 | 7 | EXAMINATION BY |
| 10:17:01 | 8 | MR. MITTELSTAEDT: |
| 10:17:02 | 9 | Q      Good morning. |
| 10:17:03 | 10 | A      Good morning. |
| 10:17:03 | 11 | Q      If you would state your full name |
| 10:17:05 | 12 | and address for the record, please. |
| 10:17:07 | 13 | A      Marianna Rosen, 236 Tillou Road, |
| 10:17:08 | 14 | South Orange, New Jersey, the Zip Code is 07079. |
| 10:17:14 | 15 | Q      And you're aware you're under oath |
| 10:17:16 | 16 | today, correct? |
| 10:17:17 | 17 | A      I am aware. |
| 10:17:19 | 18 | Q      Have you given testimony before |
| 10:17:19 | 19 | either in court or by way of deposition? |
| 10:17:22 | 20 | A      I don't think so.  I mean, when I |
| 10:17:24 | 21 | became an American Citizen I guess that was sort |
| 10:17:27 | 22 | of a similar process.  I had to do an oath.  I |
| 10:17:30 | 23 | don't think I ever -- no, I was robbed four years |
| 10:17:35 | 24 | ago on the corner, or three years ago on the |
| 10:17:38 | 25 | corner of my street and of course I gave the |

5

MARIANNA ROSEN

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:41:43 | 1 | vinyl records? |
| 10:41:43 | 2 | Q        The vinyl. |
| 10:41:43 | 3 |          MR. KATRIEL:  You're talking about |
| 10:41:44 | 4 | records? |
| 10:41:45 | 5 |          MR. MITTELSTAEDT:  Yeah, records. |
| 10:41:45 | 6 | A        I know.  Unfortunately I don't think |
| 10:41:48 | 7 | I do. |
| 10:41:52 | 8 | Q        How many CD's do you have that you |
| 10:41:54 | 9 | have burned? |
| 10:42:00 | 10 | A        Maybe 10. |
| 10:42:06 | 11 | Q        And those are CD's you burned from |
| 10:42:09 | 12 | music you bought from Apple? |
| 10:42:11 | 13 | A        No.  As I said, this could be |
| 10:42:14 | 14 | combination.  If I use the iTunes software, I load |
| 10:42:18 | 15 | a physical CD that I bought in a store or somebody |
| 10:42:23 | 16 | gave to me, I choose some songs from there.  It |
| 10:42:26 | 17 | may be a mixture, I may have some songs that are |
| 10:42:28 | 18 | from a physical CD that I loaded, it may be some |
| 10:42:31 | 19 | songs I bought from Apple, it may be a combination |
| 10:42:33 | 20 | of two CD's that I bought. |
| 10:42:36 | 21 | Q        And then you make a play list and |
| 10:42:37 | 22 | then you burn the play list? |
| 10:42:39 | 23 | A        Right, exactly. |
| 10:42:39 | 24 | Q        And then when you burn a CD in that |
| 10:42:43 | 25 | fashion, how do you use the CD? |

28

MARIANNA ROSEN

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:42:48 | 1 | A      To play it in a car most of the time |
| 10:42:50 | 2 | because I cannot listen to the iPod say in the |
| 10:42:53 | 3 | car. |
| 10:42:57 | 4 | Q      And have you ever copied that CD |
| 10:43:00 | 5 | back onto your computer? |
| 10:43:03 | 6 | A      The CD that I already burned? |
| 10:43:05 | 7 | Q      Yes. |
| 10:43:06 | 8 | A      No.  Why would I do that? |
| 10:43:13 | 9 | Q      Do you -- let's walk through the |
| 10:43:15 | 10 | process that you use to make -- first of all, |
| 10:43:20 | 11 | let's walk through the process you used to copy a |
| 10:43:24 | 12 | CD into your Dell computer. |
| 10:43:26 | 13 | A      Uh-hum. |
| 10:43:26 | 14 | Q      Could you just walk through how you |
| 10:43:28 | 15 | do that? |
| 10:43:29 | 16 | A      Well, I take a CD and install it |
| 10:43:32 | 17 | into the drive, the iTunes open up, and I usually |
| 10:43:39 | 18 | would create a play list and copy the songs that |
| 10:43:45 | 19 | appear in the window.  I might do it in some |
| 10:43:47 | 20 | backward fashion.  Copy the songs that appear in |
| 10:43:50 | 21 | the window that I like, or sometimes it's the |
| 10:43:53 | 22 | whole CD, into the play list and it will |
| 10:43:55 | 23 | automatically be saved into the general iTunes |
| 10:43:59 | 24 | library as well. |
| 10:44:00 | 25 | Q      Do you pay any attention to the |

MARIANNA ROSEN

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:44:04 | 1 | format that's being used to copy the music, copy |
| 10:44:08 | 2 | the CD into iTunes? |
| 10:44:10 | 3 | A      You know, I did actually recently |
| 10:44:12 | 4 | because when I realized that I cannot load any |
| 10:44:17 | 5 | other music away from iTunes.  In other words, I |
| 10:44:21 | 6 | don't know exactly what the format name but I |
| 10:44:24 | 7 | realized that if I go to any other Web site that |
| 10:44:28 | 8 | legally sells music, I cannot download, buy and |
| 10:44:32 | 9 | download this music into My iTunes.  In other |
| 10:44:39 | 10 | words -- |
| 10:44:40 | 11 | Q      Go ahead. |
| 10:44:41 | 12 | A      -- the two ways that I can actually |
| 10:44:44 | 13 | get my music into the software is, A, to purchase |
| 10:44:46 | 14 | it from Apple, or B, to copy it from existing CD, |
| 10:44:51 | 15 | you know, hard CD. |
| 10:44:56 | 16 | Q      You say that you recently realized |
| 10:44:59 | 17 | you can't load music from -- |
| 10:45:01 | 18 | A      Well, recently may be a year ago. |
| 10:45:03 | 19 | To answer this year question.  I do aware that |
| 10:45:06 | 20 | there is a certain format exist in which music can |
| 10:45:09 | 21 | be saved, and this is different, and Apple uses |
| 10:45:14 | 22 | one format, the other companies -- I mean the |
| 10:45:19 | 23 | other music could come in a different format. |
| 10:45:21 | 24 | That's to answer your question. |
| 10:45:23 | 25 | Q      But when you said that you realized |

30

MARIANNA ROSEN

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 11:00:19 | 1 | A    Well, I wanted to work out with |
| 11:00:21 | 2 | something that would not skip as a CD player and I |
| 11:00:30 | 3 | just think -- I don't remember why I choose iPod |
| 11:00:34 | 4 | over it, maybe the advertising was all over in my |
| 11:00:38 | 5 | face, I don't remember. |
| 11:00:40 | 6 | Q    Have you heard people say that the |
| 11:00:42 | 7 | iPod's cool? |
| 11:00:43 | 8 | A    You know, I don't really socialize |
| 11:00:45 | 9 | with very young people fortunately or |
| 11:00:48 | 10 | unfortunately who would refer iPod to me. |
| 11:00:51 | 11 | Q    Okay.  But have you heard the iPod |
| 11:00:53 | 12 | referred to as the cool factor? |
| 11:00:55 | 13 | A    Well, that's not why I bought it. |
| 11:00:58 | 14 | Maybe I heard. |
| 11:01:00 | 15 | Q    But did you shop around and compare |
| 11:01:02 | 16 | the iPod with others? |
| 11:01:04 | 17 | A    No.  You know what happened, it's |
| 11:01:07 | 18 | there in Short Hills Mall and I walked -- and I |
| 11:01:10 | 19 | heard about iPod, because they have very good |
| 11:01:13 | 20 | advertising, and I happened to like Macintosh a |
| 11:01:15 | 21 | lot, and I don't think I ever owned one, but I |
| 11:01:18 | 22 | really loved the way it looked, so I just went and |
| 11:01:21 | 23 | bought it. |
| 11:01:22 | 24 | Q    Did you like the way the iPod |
| 11:01:24 | 25 | looked? |

45

BARKLEY
Court Reporters

| | | | |
|---|---|---|---|
| 11:01:24 | 1 | A | Yes. |
| 11:01:25 | 2 | Q | I mean, did you try it out at the |
| 11:01:27 | 3 | store before you bought it? |
| 11:01:28 | 4 | A | No, I just went and bought it. |
| 11:01:30 | 5 | Q | What did you like about its looks? |
| 11:01:34 | 6 | A | Well, I mean, I like it's kind of |
| 11:01:34 | 7 | slim and, you know, it looks nice. |
| 11:01:36 | 8 | Q | Did you feel like anything or |
| 11:01:38 | 9 | anybody forced you to buy the iPod? |
| 11:01:44 | 10 | A | The first iPod for sure, no. |
| 11:01:47 | 11 | Q | And you could have bought any other |
| 11:01:50 | 12 | mp3 player at the time if you had wanted to, |
| 11:01:52 | 13 | right? |
| 11:01:54 | 14 | A | I guess.  There was no force.  The |
| 11:01:56 | 15 | first, no. |
| 11:01:57 | 16 | Q | When you were at the Apple store, |
| 11:01:59 | 17 | did you talk, the first time when you bought your |
| 11:02:02 | 18 | first iPod, did you talk with anybody at Apple |
| 11:02:04 | 19 | about the iPod or about your decision-making |
| 11:02:07 | 20 | process? |
| 11:02:08 | 21 | A | I don't remember.  Well, you know, I |
| 11:02:11 | 22 | might have discussed how to use it which -- I mean |
| 11:02:14 | 23 | maybe we talked about the megabytes, gigabytes or |
| 11:02:19 | 24 | whatever, the memory size that is, and which one |
| 11:02:24 | 25 | makes more sense for me. |

46

MARIANNA ROSEN

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 11:18:08 | 1 | Q    Okay.  Do you know -- well, let me |
| 11:18:11 | 2 | just ask you this:  Did anybody force you to buy |
| 11:18:14 | 3 | that for her? |
| 11:18:15 | 4 | A    She.  She forced me to buy that for |
| 11:18:18 | 5 | her.  She said she wants an iPod.  I said what do |
| 11:18:24 | 6 | you want for your birthday?  I said cool, I will |
| 11:18:26 | 7 | get you an iPod Mini. |
| 11:18:29 | 8 | Q    Did she tell you why she wanted an |
| 11:18:31 | 9 | iPod? |
| 11:18:32 | 10 | A    She said she wants to work out, she |
| 11:18:34 | 11 | needs to lose weight.  That was as far as we went. |
| 11:18:35 | 12 | Q    But did she tell you why an iPod |
| 11:18:37 | 13 | rather than another mp3 player? |
| 11:18:40 | 14 | A    I don't think we had that |
| 11:18:42 | 15 | conversation at all. |
| 11:18:43 | 16 | Q    Were you aware at that time that |
| 11:18:43 | 17 | there were other mp3 players that could be used |
| 11:18:47 | 18 | for working out and playing digital music? |
| 11:18:50 | 19 | A    Maybe. |
| 11:18:51 | 20 | Q    What do you mean "maybe"? |
| 11:18:53 | 21 | A    Probably I was aware, I don't |
| 11:18:54 | 22 | remember.  I'm aware -- I'm aware of it now for |
| 11:18:58 | 23 | sure and I know I probably knew about it, because |
| 11:19:01 | 24 | I think I met a guy in a gym who was using |
| 11:19:05 | 25 | something else, so I knew that. |

62

MARIANNA ROSEN

BARKLEY
Court Reporters

| 11:49:08 | 1  | bought any new device other than iPod, I would |
| 11:49:12 | 2  | assume it either will have to come with some |
| 11:49:15 | 3  | software or I can use the existing computer |
| 11:49:18 | 4  | software which came like Windows Media Player or |
| 11:49:21 | 5  | something like that, and I would go to other Web |
| 11:49:23 | 6  | sites that are out there and buy music from them |
| 11:49:30 | 7  | and burn my CD's, load them into computer, and |
| 11:49:34 | 8  | then transfer them into my mp3 player, but I never |
| 11:49:38 | 9  | looked into that closely, so I really don't know. |
| 11:49:41 | 10 | Q      Okay.  Do you have any understanding |
| 11:49:44 | 11 | as to whether if you bought a competing mp3 player |
| 11:49:50 | 12 | you could use all of the music in your iTunes |
| 11:49:55 | 13 | library just by having another library, either |
| 11:49:58 | 14 | Windows Media or some other library on your |
| 11:50:02 | 15 | computer? |
| 11:50:02 | 16 | A      You mean, let me rephrase the |
| 11:50:05 | 17 | question.  You mean, could I transfer the music |
| 11:50:07 | 18 | from iTunes library into an XYZ library and copy |
| 11:50:12 | 19 | it into the new mp3 player? |
| 11:50:15 | 20 | Q      Correct. |
| 11:50:16 | 21 | A      And the question is? |
| 11:50:17 | 22 | Q      Is it your understanding that you |
| 11:50:19 | 23 | can do that? |
| 11:50:19 | 24 | A      My understanding is that I cannot do |
| 11:50:21 | 25 | that. |

75

MARIANNA ROSEN

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 11:50:21 | 1 | Q        Even with your CD collection that |
| 11:50:24 | 2 | you burned onto your computer or copied onto your |
| 11:50:27 | 3 | computer? |
| 11:50:29 | 4 | A        I don't know if the CD is because |
| 11:50:32 | 5 | actually now that you started me thinking the CD |
| 11:50:35 | 6 | maybe I would be able to copy, but I don't think |
| 11:50:38 | 7 | so.  I think that anything that is on an iTunes |
| 11:50:42 | 8 | library I can only use with iPod.  ITunes, iPod, |
| 11:50:47 | 9 | clear I cannot use. |
| 11:50:51 | 10 | Q        And so your belief is that if you |
| 11:50:54 | 11 | got a competing mp3 player you'd have to start all |
| 11:50:57 | 12 | over and copy your CD's from the physical CD into |
| 11:51:01 | 13 | a different library, get music from other music |
| 11:51:04 | 14 | stores, put it into the different library; is that |
| 11:51:07 | 15 | correct? |
| 11:51:07 | 16 | A        Right. |
| 11:51:07 | 17 | Q        Now that we've talked about this |
| 11:51:10 | 18 | some more, can you tell me where you got that |
| 11:51:14 | 19 | idea? |
| 11:51:19 | 20 | A        I'm thinking.  I'm trying to.  I |
| 11:51:27 | 21 | mean, I don't remember if somebody told me that in |
| 11:51:30 | 22 | a store, it's possible, or it could be that I'm |
| 11:51:33 | 23 | just understanding it because Apple names their |
| 11:51:36 | 24 | products in such way that I just start thinking |
| 11:51:40 | 25 | that this is, you know, Apple products and you |

76

MARIANNA ROSEN

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 12:07:10 | 1 | on iPod. |
| 12:07:12 | 2 | Q      Does your son watch cartoons on the |
| 12:07:14 | 3 | iPod? |
| 12:07:14 | 4 | A      He is not allowed, but he does. |
| 12:07:17 | 5 | They're there, I mean, I don't even know how to |
| 12:07:20 | 6 | delete them.  So like, for example, I loaded, I |
| 12:07:25 | 7 | wanted to know what this thing, all this noise |
| 12:07:28 | 8 | about this group Strokes, this New York City group |
| 12:07:31 | 9 | Strokes and I bought a video, you know, how do you |
| 12:07:37 | 10 | say it, video clip from iTunes for that music, and |
| 12:07:40 | 11 | it's a little explicit, but somehow it's in my |
| 12:07:45 | 12 | iPod.  I mean not somehow, I know that it should |
| 12:07:48 | 13 | be in my iPod, I synched it, and my son saw it, so |
| 12:07:53 | 14 | I'm not nuts about him watching it. |
| 12:07:54 | 15 | Q      Okay.  So he does watch videos on |
| 12:07:56 | 16 | your iPod? |
| 12:07:58 | 17 | A      Sometimes. |
| 12:08:09 | 18 | Q      When you bought the newest iPod, did |
| 12:08:12 | 19 | you think to yourself that you were paying too |
| 12:08:16 | 20 | much for it? |
| 12:08:20 | 21 | A      Surely of course, I thought it was |
| 12:08:21 | 22 | expensive, I think all iPods are very expensive. |
| 12:08:25 | 23 | Q      When you bought the first iPod, did |
| 12:08:26 | 24 | you think it was expensive? |
| 12:08:28 | 25 | A      I thought it was expensive. |

91

MARIANNA ROSEN

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 01:34:31 | 1 | Q    Has your husband done anything other |
| 01:34:33 | 2 | than talk to you in an effort to get other people |
| 01:34:36 | 3 | to join? |
| 01:34:36 | 4 | A    No. |
| 01:34:47 | 5 | Q    When you bought your iPod, did |
| 01:34:50 | 6 | anyone at Apple tell you you couldn't buy an iPod |
| 01:34:54 | 7 | unless you also agreed to buy music from Apple's |
| 01:34:57 | 8 | online music store? |
| 01:35:00 | 9 | A    I don't remember.  Which iPod you |
| 01:35:03 | 10 | referring to?  Both? |
| 01:35:05 | 11 | Q    Any of the three. |
| 01:35:07 | 12 | A    I don't think so, no. |
| 01:35:13 | 13 | Q    Can you use your iPod without ever |
| 01:35:16 | 14 | buying any music from Apple? |
| 01:35:21 | 15 | A    In other words, can I use my iPod |
| 01:35:24 | 16 | with only the CD's that I loaded? |
| 01:35:27 | 17 | Q    Let's start there.  You can use your |
| 01:35:29 | 18 | iPod with CD's that you load without ever buying |
| 01:35:32 | 19 | any music from Apple, correct? |
| 01:35:34 | 20 | A    Well, nobody forces me to give them |
| 01:35:37 | 21 | a credit card and buy music, that's clear, but why |
| 01:35:41 | 22 | would I not? |
| 01:35:42 | 23 | Q    Well, could you just answer the |
| 01:35:45 | 24 | question?  You can use an iPod to play music from |
| 01:35:49 | 25 | your music collection, from your CD collection, |

111

MARIANNA ROSEN

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 01:58:36 | 1 | Q    When he buys music from iTunes Music |
| 01:58:39 | 2 | Store, what does he do with it, if you know? |
| 01:58:42 | 3 | A    Oh, just I think once he loaded some |
| 01:58:47 | 4 | music and we made a little CD with it to go, when |
| 01:58:50 | 5 | we were traveling and went to Miami and wanted to |
| 01:58:54 | 6 | listen in the car.  And sometimes he just buys the |
| 01:58:57 | 7 | music for our son that he thinks our son would |
| 01:59:01 | 8 | like. |
| 01:59:02 | 9 | Q    Okay. |
| 01:59:02 | 10 | A    And then whatever our son does with |
| 01:59:04 | 11 | that, which is listen to it. |
| 01:59:07 | 12 | Q    Looking at this first set of pages |
| 01:59:08 | 13 | 16 to 17, can you tell us or approximate how many |
| 01:59:11 | 14 | of these songs you or your husband has burned to a |
| 01:59:16 | 15 | CD? |
| 01:59:17 | 16 | A    I think if I had to hum and all that |
| 01:59:27 | 17 | line? |
| 01:59:29 | 18 | Q    Yes. |
| 01:59:31 | 19 | A    Is something that we made a CD with, |
| 01:59:43 | 20 | you know, burning copy on a CD. |
| 01:59:57 | 21 | And Here It Is, By the River Dark, |
| 02:00:00 | 22 | Alexandra Leaving, You Have Loved Enough, I think |
| 02:00:04 | 23 | that's also.  I think it was just one CD that he |
| 02:00:06 | 24 | made. |
| 02:00:12 | 25 | Q    And do you have at home all the CD's |

131

MARIANNA ROSEN

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 02:39:57 | 1 | A     No, I did not tell him that. |
| 02:39:59 | 2 | Q     Was there any similar model that |
| 02:40:02 | 3 | didn't have video? |
| 02:40:04 | 4 | A     I don't remember.  I think they all |
| 02:40:05 | 5 | had videos in the big ones.  In other words, in |
| 02:40:08 | 6 | the big ones meaning the full-blown iPod as |
| 02:40:11 | 7 | opposed to Mini. |
| 02:40:13 | 8 | Q     Okay.  And if there had been a |
| 02:40:14 | 9 | full-blown iPod, to use your description, without |
| 02:40:18 | 10 | the video, that's what you wanted to purchase, |
| 02:40:20 | 11 | right? |
| 02:40:21 | 12 | A     I could have purchased that.  I |
| 02:40:22 | 13 | could have purchased the one that's video.  It's |
| 02:40:25 | 14 | just a nice edition, it didn't hurt to have the |
| 02:40:28 | 15 | video.  It's not like I was objecting to that. |
| 02:40:30 | 16 | Q     Because, in fact, your son has used |
| 02:40:33 | 17 | the video to watch cartoons, right? |
| 02:40:34 | 18 | A     Yeah, but I'm actually against that. |
| 02:40:37 | 19 | Q     And another reason that you bought |
| 02:40:40 | 20 | the iPod was you didn't think you could transfer |
| 02:40:45 | 21 | your CD collection to a competing mp3 player |
| 02:40:51 | 22 | without starting over and copying these physical |
| 02:40:55 | 23 | CD's into a new library, correct? |
| 02:40:57 | 24 | A     Let me rephrase it a little bit.  I |
| 02:41:00 | 25 | wouldn't say another reason.  The only reason, I |

156

MARIANNA ROSEN

BARKLEY
Court Reporters

```
02:41:03   1   mean the main reason I bought iTunes -- I'm
02:41:06   2   sorry -- iPod is because I wanted to use my iTunes
02:41:09   3   because I knew I could only, I knew, I thought,
02:41:13   4   that I can only use my iTunes library on an iPod.
02:41:17   5        Q     And that's something you had thought
02:41:20   6   from the first time you used an iPod, right?
02:41:23   7        A     More or less again.
02:41:25   8             MR. MITTELSTAEDT:  Okay.
02:41:26   9             MR. KATRIEL:  I have nothing
02:41:27  10        further.  Thank you.
02:41:27  11             MR. MITTELSTAEDT:  Thank you.
02:41:29  12             Just one second.
02:41:33  13             Okay.  Thank you.
02:41:35  14             (Whereupon, witness excused.)
02:41:36  15             THE VIDEOGRAPHER:  The time is 2:43
02:41:37  16        p.m., Wednesday, January 24th, 2007.  This
02:41:45  17        is the end of tape number two and completes
02:41:47  18        the videotaped deposition of Marianna
02:41:49  19        Rosen.  We're off the record.
02:41:50  20             (Whereupon, off the record.)
02:42:46  21             (Whereupon, videotaped deposition
02:42:46  22        adjourned 2:42 p.m.)
          23
          24
          25
```

157

MARIANNA ROSEN

Page 159

1

2                    C E R T I F I C A T E

3

4          I, JOSEPHINE H. FASSETT, a Certified

5    Shorthand Reporter and Notary Public within and for

6    the State of New York, do hereby certify that

7    the witness, MARIANNA ROSEN, whose videotaped

8    deposition is hereinbefore set forth, was sworn by me

9    on the date indicated, and that the foregoing

10   deposition is a true and accurate record of the

11   testimony given by such witness.

12

13         I FURTHER CERTIFY that I am not employed by

14   nor related to any of the parties to this action by

15   blood or marriage, and that I am in no way interested

16   in the outcome of this matter.

17

18

*Josephine H. Fassett*

19   JOSEPHINE H. FASSETT, CSR, CLR

     New York Notary Public

20

21

22

23

24

25