# EXHIBIT 18

**CERTIFIED COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOMTAI TROY CHAROENSAK and MARIANA ) 
ROSEN, etc., et al., )
 )
                        Plaintiffs, )
 )  Case Number:
      vs. )
 )  C 05 00037 JW
 )
APPLE COMPUTER, INC., )
 )
                        Defendant. )
_____ )

DEPOSITION OF JOHN PISARKIEWICZ, Ph.D.

February 28, 2007

238775

**BARKLEY**
Court Reporters

(310) 207.8000  Los Angeles
(949) 955.0400  Orange County
(415) 433.5777  San Francisco
(916) 922.5777  Sacramento
(408) 885.0550  San Jose
(951) 686.0606  Inland Empire
(818) 702.0202  San Fernando Valley
(858) 455.5444  San Diego
(760) 322.2240  Palm Springs

1                            APPEARANCES

2

3    ON BEHALF OF PLAINTIFFS:

4            ROY A. KATRIEL, ESQUIRE
             The Katriel Law Firm
5            1101 30th Street, N.W.
             Suite 500
6            Washington, D.C.   20007
             (202)625-4342
7

8

9    ON BEHALF OF DEFENDANT:

10           ROBERT A. MITTELSTAEDT, ESQUIRE
             Jones Day
11           555 California Street
             26th Floor
12           San Francisco, California   94104
             (415)626-3939
13

14                .                         .

15   ALSO PRESENT:

16           BRYAN MACKEY, Videographer

17           LORENZO COPPI

18

19

20

21

22

23

24

25

                              3

BARKLEY
Court Reporters

```
1                    P R O C E E D I N G S
```

09:40:59    2            THE VIDEOGRAPHER:  Here begins Tape

09:41:00    3    No. 1 in the deposition of John Pisarkiewicz,

09:41:04    4    Ph.D., in the matter of Somtai Troy Charoensak, et

09:41:09    5    al v. Apple Computer, Inc., in the United States

09:41:15    6    District Court for the Northern District of

09:41:15    7    California, Case No. C 05 00037 JW.

09:41:23    8            Today's date is February 28th, 2007.

09:41:29    9    The time is 9:41 a.m.

09:41:34    10            The video operator today is Brian

09:41:34    11    Mackey.

09:41:36    12            This deposition is taking place at the

09:41:38    13    offices of Jones Day, 51 Louisiana Avenue,

09:41:40    14    Northwest, Washington, D.C.

09:41:44    15            Would counsel please identify

09:41:45    16    themselves and state whom they represent.

09:41:49    17            MR. KATRIEL:  Good morning.  Roy

09:41:49    18    Katriel on behalf of the plaintiffs.

09:41:50    19            MR. MITTELSTAEDT:  Bob Mittelstaedt for

09:41:50    20    the defendants, and with me is Lorenzo Coppi.

09:41:56    21            THE VIDEOGRAPHER:  The court reporter

09:41:56    22    today is John Harmonson.

09:41:59    23            Would the reporter please swear in the

09:41:59    24    witness.

25

5

JOHN PISARKIEWICZ, Ph.D.

BARKLEY
Court Reporters

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | JOHN PISARKIEWICZ, Ph.D.,                     |
|          | 2  | after having been first duly sworn, was examined |
|          | 3  | and did testify under oath as follows:        |
|          | 4  | EXAMINATION                                    |
| 09:42:10 | 5  | BY MR. MITTELSTAEDT:                           |
| 09:42:12 | 6  | Q.    If you would state your full name and   |
| 09:42:14 | 7  | business address, please.                      |
| 09:42:16 | 8  | A.    John Pisarkiewicz.  The address is      |
| 09:42:19 | 9  | Nathan Associates at 2101 Wilson Boulevard, Suite |
| 09:42:24 | 10 | 1200, Arlington, Virginia, 22201.             |
| 09:42:29 | 11 | Q.    What did you do to prepare for the      |
| 09:42:31 | 12 | deposition?                                    |
| 09:42:33 | 13 | A.    I met with Roy yesterday afternoon, and |
| 09:42:39 | 14 | I reviewed my affidavit, and I obtained from Roy a |
| 09:42:52 | 15 | copy of the deposition transcript of Mary Ann |
| 09:42:56 | 16 | Rosen.                                         |
| 09:42:56 | 17 | Q.    Did you read it?                         |
| 09:42:57 | 18 | A.    I got about halfway through last night. |
| 09:43:01 | 19 | Q.    Did you draw any conclusions from it?   |
| 09:43:12 | 20 | A.    With respect to my affidavit, no.       |
| 09:43:18 | 21 | Q.    How long did you spend with Mr. Katriel |
| 09:43:21 | 22 | yesterday?                                      |
| 09:43:24 | 23 | A.    Probably about an hour and 15 minutes.  |
| 09:43:26 | 24 | Q.    Did he point out any potential problems |
| 09:43:29 | 25 | in your report?                                |

6

JOHN PISARKIEWICZ, Ph.D.

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 11:20:47 | 1 | put on the iPod as well. |
| 11:20:48 | 2 | Q.    My question is, have you actually asked |
| 11:20:50 | 3 | anybody what music or what source of music they |
| 11:20:53 | 4 | have on their iPods or other MP3 players? |
| 11:20:58 | 5 | A.    I have not. |
| 11:20:58 | 6 | Q.    Do you know anybody who has an MP3 |
| 11:21:01 | 7 | player other than an iPod? |
| | 8 | (Telephone interruption.) |
| 11:21:18 | 9 | BY MR. MITTELSTAEDT: |
| 11:21:22 | 10 | Q.    Anybody who has an MP3 player other |
| 11:21:25 | 11 | than an iPod? |
| | 12 | (Telephone interruption.) |
| 11:21:41 | 13 | THE WITNESS:  I don't. |
| 11:21:42 | 14 | BY MR. MITTELSTAEDT: |
| 11:21:44 | 15 | Q.    Do you have an iPod? |
| 11:21:45 | 16 | A.    I do. |
| 11:21:46 | 17 | Q.    How long have you had it? |
| 11:21:49 | 18 | A.    A year, a little over a year. |
| 11:21:52 | 19 | Q.    Why did you buy it? |
| 11:21:54 | 20 | A.    To impress my nephews and show them |
| 11:21:58 | 21 | that their Uncle John was still with it and knew |
| 11:22:02 | 22 | about these things. |
| 11:22:03 | 23 | Q.    Why didn't you buy a competitor? |
| 11:22:05 | 24 | A.    I have Apple computers.  There's an |
| 11:22:08 | 25 | Apple store near where I work.  I can walk to it |

76

JOHN PISARKIEWICZ, Ph.D.

BARKLEY
Court Reporters

VIDEOTAPED DEPOSITION OF JOHN PISARKIEWICZ, PH.D.
CONDUCTED ON WEDNESDAY, FEBRUARY 28, 2007

272

REPORTER'S CERTIFICATE

1

2

3          I, the undersigned Registered Professional

4     Reporter and Notary Public, do hereby certify that

5     JOHN PISARKIEWICZ, Ph.D., after having been first

6     duly sworn by me to testify to the truth, did

7     testify as set forth in the foregoing pages, that

8     the testimony was reported by me in stenotype and

9     transcribed under my personal direction and

10    supervision, and is a true and correct transcript.

11          I further certify that I am not of

12    counsel, not related to counsel or the parties

13    hereto, and not in any way interested in the outcome

14    of this matter.

15          SUBSCRIBED AND SWORN TO under my hand and

16    seal this 5th day of _____ March _____, 2007.

17    John L. Harmonson

18    _____

19    JOHN L. HARMONSON, RPR

      Notary Public in and for

20    the District of Columbia

      My Commission Expires:  10/14/2010

21

22

23

24

25

**BARKLEY COURT REPORTERS**
(310) 207-8000

# EXHIBIT 19

08:59:01

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MELANIE TUCKER, On Behalf of          )
Herself and All Others Similarly      )
Situated,                             )
                                      )
                Plaintiff,            ) Case No. C 06
                                      ) 4457 HRL
        vs.                           )
                                      )
APPLE COMPUTER, INC., a               )
California Corporation,               )
                                      )
                Defendant.            )
                                      )

---oOo---

FRIDAY, OCTOBER 26, 2007

VIDEOTAPE DEPOSITION OF MELANIE TUCKER

---oOo---

REPORTED BY: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

2

MELANIE TUCKER

BARKLEY
Court Reporters

1                      A P P E A R A N C E S

2                          ---o0o---

3

4

   FOR THE PLAINTIFF:
5
      BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
6      2901 North Central Avenue, Suite 1000
       Phoenix, Arizona  85012
7      BY: TODD CARPENTER, ESQ.

8      COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS LLP
       655 West Broadway, Suite 1900
9      San Diego, California  92101
       BY: BONNY SWEENEY, ESQ.
10     GREG WESTON, ESQ.

11     MURRAY, FRANK & SAILER LLP
       275 Madison Avenue
12     New York, New York  10016
       BY: BRIDGETT HAMILL, ESQ.
13
   FOR THE DEFENDANT:
14
      JONES DAY
15     555 California Street, 26th Floor
       San Francisco, California  94104
16     BY: BOB MITTELSTAEDT, ESQ.
           LARA KOLLIOS, ESQ.
17

18

19

20

21

22

23

24

25

                            3

                   MELANIE TUCKER

|       |    |                                                           |
|-------|----|-----------------------------------------------------------|
|       | 1  | SAN FRANCISCO, CALIFORNIA, OCTOBER 26, 2007               |
|       | 2  | ---o0o---                                                 |
|       | 3  | BE IT REMEMBERED that on Friday, the 26th day of          |
|       | 4  | October, 2007, commencing at the hour of 9:11 a.m. thereof, |
|       | 5  | at 555 California Street, 26th Floor, San Francisco,      |
|       | 6  | California, before me, Balinda Dunlap, a Certified Shorthand |
|       | 7  | Reporter in and for the County of San Francisco, State of |
| 09:10:34 | 8  | California, personally appeared:                       |
| 09:10:34 | 9  | THE VIDEOGRAPHER:  Good morning.  My name is Michael |
| 09:10:52 | 10 | Barber.  I am a videographer associated with Barkley Court |
| 09:10:56 | 11 | Reporters, located at 222 Front Street, Suite 600, San |
| 09:11:00 | 12 | Francisco, California 94111.  The date is October 26th, 2007. |
| 09:11:06 | 13 | The time is 9:11 a.m.                                  |
| 09:11:08 | 14 | This deposition is taking place at Jones Day, 555     |
| 09:11:14 | 15 | California Street, San Francisco, California 94104 in the |
| 09:11:18 | 16 | matter of the Apple iPod iTunes antitrust litigation  |
| 09:11:22 | 17 | appearing in the U.S. District Court for the Northern  |
| 09:11:26 | 18 | District of California, San Jose Division, Case Numbers |
| 09:11:32 | 19 | C050037 JW and C0604457 JW.                            |
| 09:11:39 | 20 | This is the videotape deposition of Melanie Tucker    |
| 09:11:43 | 21 | being taken on behalf of the defense.                 |
| 09:11:45 | 22 | Counsel, would you please identify yourselves for the |
| 09:11:47 | 23 | record and state whom you represent.                  |
| 09:11:49 | 24 | MR. MITTELSTAEDT:  I'm Bob Mittelstaedt for the       |
| 09:11:51 | 25 | defendant.                                             |

5

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 09:11:52 | 1 | MS. KOLLIOS:  Lara Kollios for the defendant. |
| 09:11:54 | 2 | MS. HAMILL:  Bridget Hamill, Murray, Frank & Sailer |
| 09:11:58 | 3 | for plaintiff Mary Ann Arusen. |
| 09:12:01 | 4 | MR. WESTON:  Greg Weston from Coughlin Stoia |
| 09:12:05 | 5 | representing the class. |
| 09:12:06 | 6 | MS. SWEENEY:  Bonny Sweeney. |
| 09:12:09 | 7 | MR. CARPENTER:  Todd Carpenter from Bonnett, |
| 09:12:13 | 8 | Fairbourn, Friedman & Balint representing the plaintiffs. |
| 09:12:14 | 9 | THE VIDEOGRAPHER:  Thank you.  Would the court |
| 09:12:16 | 10 | reporter please swear in the witness. |
| 09:12:24 | 11 | MELANIE TUCKER |
| | 12 | called as a witness by the Defense, having been sworn to tell |
| | 13 | the truth, the whole truth, and nothing but the truth, was |
| | 14 | examined and testified as follows: |
| 09:12:26 | 15 | ---oOo--- |
| 09:12:26 | 16 | EXAMINATION BY MR. MITTELSTAEDT |
| 09:12:27 | 17 | Q.    If you would state your full name and address for the |
| 09:12:29 | 18 | record, please. |
| 09:12:29 | 19 | A.    Melanie Christine Tucker, 4431 Cleveland Avenue, No. |
| 09:12:36 | 20 | 2, San Diego, California 92116. |
| 09:12:40 | 21 | Q.    Have you ever had your deposition taken before? |
| 09:12:43 | 22 | A.    No, I have not. |
| 09:12:44 | 23 | Q.    What have you done to prepare for the deposition? |
| 09:12:48 | 24 | A.    I met with my counsel briefly. |
| 09:12:50 | 25 | Q.    For how long? |

6

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 09:13:52 | 1 | A. I believe it was in April 2004. |
| 09:13:59 | 2 | Q. Are you sure about the year? |
| 09:14:00 | 3 | A. Fairly sure about the year. |
| 09:14:04 | 4 | Q. Okay. Why did you buy that iPod? |
| 09:14:08 | 5 | A. Because I wanted to be able to consolidate my music |
| 09:14:11 | 6 | and carry it with me. |
| 09:14:13 | 7 | Q. And what music did you have at that point? |
| 09:14:18 | 8 | A. I had a couple hundred CDs. |
| 09:14:27 | 9 | Q. And what else? |
| 09:14:29 | 10 | A. That was it. |
| 09:14:31 | 11 | Q. Just so we get off on the right footing here, your |
| 09:14:35 | 12 | complaint says that on or about April 2005 you purchased a 20 |
| 09:14:44 | 13 | gig iPod. Does that refresh your recollection that your |
| 09:14:48 | 14 | iPod -- your first iPod was April of 2005? |
| 09:14:56 | 15 | A. Yes. |
| 09:14:57 | 16 | Q. Where did you buy that iPod? |
| 09:14:58 | 17 | A. I bought it on line through the Apple store. |
| 09:15:04 | 18 | Q. How much did you pay for it? |
| 09:15:05 | 19 | A. I don't recall. |
| 09:15:07 | 20 | Q. Approximately? |
| 09:15:11 | 21 | A. Approximately 250 to 300. |
| 09:15:14 | 22 | Q. And how did you choose an iPod? |
| 09:15:17 | 23 | MR. CARPENTER: Objection. Vague and ambiguous. |
| 09:15:20 | 24 | Go ahead. |
| 09:15:22 | 25 | THE WITNESS: I had friends that had iPods and had |

8

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 09:15:27 | 1 | seen advertisements. |
| 09:15:28 | 2 | Q.    BY MR. MITTELSTAEDT:  Do you remember the names of |
| 09:15:31 | 3 | any of the friends in particular? |
| 09:15:34 | 4 | A.    Yes. |
| 09:15:35 | 5 | Q.    Who? |
| 09:15:37 | 6 | A.    Travis Duke, Sean Thompson. |
| 09:15:46 | 7 | Q.    And do you recall anything either of them told you |
| 09:15:49 | 8 | about their iPods? |
| 09:15:50 | 9 | A.    Just that they liked them. |
| 09:15:52 | 10 | Q.    Did they say what they liked about them? |
| 09:15:54 | 11 | A.    That all their music was in one place and easy to |
| 09:15:57 | 12 | access. |
| 09:15:58 | 13 | Q.    Anything else? |
| 09:15:58 | 14 | A.    That's it. |
| 09:16:01 | 15 | Q.    Did you shop around for other brands, other types of |
| 09:16:05 | 16 | digital music players? |
| 09:16:11 | 17 | A.    I briefly looked at one other. |
| 09:16:13 | 18 | Q.    What was the other one that you looked at? |
| 09:16:15 | 19 | A.    I believe it was called an iRiver. |
| 09:16:18 | 20 | Q.    iRiver? |
| 09:16:19 | 21 | A.    I believe so.  Not sure. |
| 09:16:20 | 22 | Q.    Where did you look at an iRiver, or whatever it was |
| 09:16:26 | 23 | called? |
| 09:16:26 | 24 | A.    I was browsing online. |
| 09:16:26 | 25 | Q.    Do you remember what website? |

9

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 09:17:31 | 1 | A.    I thought there were others, but I didn't look into |
| 09:17:34 | 2 | them. |
| 09:17:35 | 3 | Q.    And why didn't you look into them? |
| 09:17:36 | 4 | A.    Because I had friends that had the iPod and were |
| 09:17:41 | 5 | satisfied. |
| 09:17:42 | 6 | Q.    Okay.  At that time did you think the price that you |
| 09:17:44 | 7 | paid for the iPod was a fair price? |
| 09:17:47 | 8 | MR. CARPENTER:  Objection.  Vague and ambiguous as to |
| 09:17:49 | 9 | "fair." |
| 09:17:50 | 10 | THE WITNESS:  I thought it was highly priced. |
| 09:17:53 | 11 | Q.    BY MR. MITTELSTAEDT:  More than you wanted to pay? |
| 09:17:55 | 12 | A.    More than I wanted to pay. |
| 09:17:57 | 13 | Q.    But why did you buy it anyway? |
| 09:17:59 | 14 | A.    More than I could afford.  Because I wanted it.  I |
| 09:18:09 | 15 | had decided I wanted it. |
| 09:18:10 | 16 | Q.    Did I hear you right to say that it was more than you |
| 09:18:13 | 17 | could afford? |
| 09:18:14 | 18 | A.    Yes. |
| 09:18:15 | 19 | Q.    Where did you get the money? |
| 09:18:17 | 20 | A.    I had to save extra for it. |
| 09:18:21 | 21 | Q.    But at the end of the day, you thought it was |
| 09:18:24 | 22 | worthwhile paying the price that you paid? |
| 09:18:26 | 23 | MR. CARPENTER:  Objection.  That misstates her |
| 09:18:28 | 24 | testimony. |
| 09:18:31 | 25 | THE WITNESS:  Can you reask the question? |

11

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:10:24 | 1 | A.    I have been there.  I don't know when. |
| 10:10:27 | 2 | Q.    Why did you go there? |
| 10:10:32 | 3 | A.    I was looking at an iPod.  I don't remember if that's |
| 10:10:40 | 4 | the store I took my broken iPod to or not. |
| 10:10:42 | 5 | Q.    And why did you look at iPods when you went to the |
| 10:10:45 | 6 | Fashion Valley store? |
| 10:10:52 | 7 | A.    Most likely to replace the other one, the broken one. |
| 10:10:56 | 8 | Q.    When did your first iPod break? |
| 10:10:58 | 9 | A.    I don't remember when it broke. |
| 10:11:00 | 10 | Q.    Was it 2006? |
| 10:11:06 | 11 | A.    Yes. |
| 10:11:07 | 12 | Q.    Was it first half or second half of that year? |
| 10:11:10 | 13 | A.    I don't remember. |
| 10:11:13 | 14 | Q.    Do you remember, was it the summer? |
| 10:11:15 | 15 | A.    I don't remember. |
| 10:11:17 | 16 | Q.    How long was it before you replaced it? |
| 10:11:23 | 17 | A.    I really don't remember. |
| 10:11:25 | 18 | Q.    Do you remember whether it was a matter of weeks or a |
| 10:11:29 | 19 | matter of months? |
| 10:11:31 | 20 | A.    It may have been a month or two maybe. |
| 10:11:36 | 21 | Q.    Is that a guess or do you have a recollection of |
| 10:11:39 | 22 | that? |
| 10:11:39 | 23 | A.    That's a guess. |
| 10:11:42 | 24 | Q.    How did it break? |
| 10:11:45 | 25 | A.    I dropped it, and the screen went blank and stopped |

43

MELANIE TUCKER

**BARKLEY**
Court Reporters

| | | |
|---|---|---|
| 10:11:56 | 1 | working. |
| 10:11:57 | 2 | Q.    What did you do when that happened? |
| 10:11:58 | 3 | A.    I was upset. |
| 10:11:59 | 4 | Q.    And after you were upset, what did you do? |
| 10:12:03 | 5 | MR. CARPENTER:  Objection to form.  Vague and |
| 10:12:15 | 6 | ambiguous. |
| 10:12:15 | 7 | THE WITNESS:  I think that's when I took it to an |
| 10:12:17 | 8 | Apple store. |
| 10:12:23 | 9 | Q.    BY MR. MITTELSTAEDT:  How long after you dropped it |
| 10:12:25 | 10 | did you go to the Apple store? |
| 10:12:32 | 11 | A.    A few days to a week maybe. |
| 10:12:35 | 12 | Q.    And when you got to the Apple store, you think it was |
| 10:12:39 | 13 | the Fashion Valley one; is that correct? |
| 10:12:41 | 14 | A.    I don't remember which store it was. |
| 10:12:43 | 15 | Q.    Well, if it wasn't the Fashion Valley one, what one |
| 10:12:46 | 16 | was it? |
| 10:12:46 | 17 | A.    It would have been the one at the UTC Mall in La |
| 10:12:50 | 18 | Jolla. |
| 10:12:50 | 19 | Q.    And that's where you bought the second iPod? |
| 10:12:53 | 20 | A.    Correct. |
| 10:12:54 | 21 | Q.    So whichever store you went to a few days to a week |
| 10:13:00 | 22 | after you dropped your iPod, what happened when you got to |
| 10:13:06 | 23 | the store? |
| 10:13:08 | 24 | A.    I walked up to -- I think it is called the help bar, |
| 10:13:13 | 25 | the help desk and asked if there was anything they could do |

44

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:13:17 | 1 | to fix it, and they told me -- they quoted me a price to |
| 10:13:22 | 2 | replace the screen or told me I could turn it in and get a |
| 10:13:27 | 3 | discount on a new iPod. |
| 10:13:31 | 4 | Q.    Did you have any other discussion with anyone at the |
| 10:13:34 | 5 | Apple store? |
| 10:13:37 | 6 | A.    Not -- |
| 10:13:38 | 7 | Q.    At that point? |
| 10:13:39 | 8 | A.    Not that I recall. |
| 10:13:40 | 9 | Q.    Did you make a decision then and there? |
| 10:13:44 | 10 | A.    No. |
| 10:13:46 | 11 | Q.    What happened next? |
| 10:13:48 | 12 | A.    I took it home and thought about it. |
| 10:13:53 | 13 | Q.    And did you eventually come to a conclusion? |
| 10:13:57 | 14 | A.    Yes. |
| 10:13:57 | 15 | Q.    What was your conclusion? |
| 10:14:01 | 16 | A.    To buy another iPod. |
| 10:14:03 | 17 | Q.    And that's when you bought the 40 gigabyte iPod? |
| 10:14:13 | 18 | A.    Yes. |
| 10:14:16 | 19 | Q.    During the time after you dropped the iPod and before |
| 10:14:24 | 20 | you bought the next one, what did you do to listen to music? |
| 10:14:26 | 21 | A.    CDs. |
| 10:14:29 | 22 | Q.    And you played the CDs on what? |
| 10:14:29 | 23 | A.    In my car.  Maybe on my laptop.  I don't remember. |
| 10:14:35 | 24 | Q.    Your laptop at home? |
| 10:14:37 | 25 | A.    Uh-huh. |

45

MELANIE TUCKER

**BARKLEY**
Court Reporters

| | | |
|---|---|---|
| 10:15:54 | 1 | history. |
| 10:15:54 | 2 | Q.    Approximately when was that? |
| 10:16:07 | 3 | A.    Maybe two or three months ago. |
| 10:16:09 | 4 | Q.    Is that your best recollection? |
| 10:16:10 | 5 | A.    Yes. |
| 10:16:10 | 6 | Q.    What was the problem with the song? |
| 10:16:12 | 7 | A.    It skipped at certain points in the song or stopped, |
| 10:16:18 | 8 | paused, skipped. |
| 10:16:19 | 9 | Q.    Do you remember what song it was? |
| 10:16:27 | 10 | A.    I know the artist.  I don't remember the name of the |
| 10:16:30 | 11 | song. |
| 10:16:30 | 12 | Q.    I'll settle for the artist, then. |
| 10:16:32 | 13 | A.    Brian Adams. |
| 10:16:34 | 14 | Q.    Did you get a response from Apple? |
| 10:16:36 | 15 | A.    No. |
| 10:16:41 | 16 | Q.    Do you remember actually reporting the problem? |
| 10:16:43 | 17 | A.    I remember pushing "report a problem."  I don't |
| 10:16:49 | 18 | remember if I sent it or not. |
| 10:17:19 | 19 | Q.    Okay.  Other than what you have told us about now, do |
| 10:17:22 | 20 | you remember any communication to or from Apple written or |
| 10:17:25 | 21 | oral, email, electronic, smoke signals, anything else? |
| 10:17:31 | 22 | A.    I don't remember. |
| 10:17:33 | 23 | Q.    Actually, smoke signals was probably not a good |
| 10:17:36 | 24 | comment, given what you all have been through recently. |
| 10:17:46 | 25 | Okay.  You said at the time you bought the first |

47

MELANIE TUCKER



| | | |
|---|---|---|
| 10:17:49 | 1 | iPod, your plan was to put your CD collection on your iPod; |
| 10:17:54 | 2 | is that right? |
| 10:17:55 | 3 | A.    That is correct. |
| 10:17:56 | 4 | Q.    How many CDs did you have at that time, |
| 10:17:59 | 5 | approximately? |
| 10:17:59 | 6 | A.    Approximately maybe 200. |
| 10:18:07 | 7 | Q.    And did you, in fact, put those 200 CDs on your iPod? |
| 10:18:14 | 8 | A.    I put a lot of them on my iPod. |
| 10:18:16 | 9 | Q.    Approximately how many of them did you put on your |
| 10:18:19 | 10 | iPod? |
| 10:18:19 | 11 | A.    Most of them. |
| 10:18:21 | 12 | Q.    How did you go about doing that? |
| 10:18:25 | 13 | A.    I inserted the CD and pressed "import" and waited for |
| 10:18:30 | 14 | the songs to download -- upload. |
| 10:18:32 | 15 | Q.    You imported the CD to your laptop? |
| 10:18:38 | 16 | A.    Correct. |
| 10:18:39 | 17 | Q.    And then what program did you use to import? |
| 10:18:42 | 18 | A.    I used iTunes. |
| 10:18:44 | 19 | Q.    Where did you get iTunes? |
| 10:18:47 | 20 | A.    It came with my iPod. |
| 10:18:49 | 21 | Q.    So you loaded the iTunes software application onto |
| 10:18:53 | 22 | your computer? |
| 10:18:54 | 23 | A.    Yes. |
| 10:18:54 | 24 | Q.    Do you know if your Dell computer had any other |
| 10:19:00 | 25 | jukebox application? |

48

MELANIE TUCKER



| | | |
|---|---|---|
| 10:21:54 | 1 | after you bought your first iPod? |
| 10:22:00 | 2 | A.    Can you clarify what you're trying to ask.  Sorry. |
| 10:22:03 | 3 | Q.    You say you bought the iPod to load your CD |
| 10:22:05 | 4 | collection, right? |
| 10:22:06 | 5 | A.    Yes. |
| 10:22:06 | 6 | Q.    When did you do that? |
| 10:22:09 | 7 | A.    I got my iPod right around the same time that I got |
| 10:22:12 | 8 | my laptop.  So right around that same time. |
| 10:22:17 | 9 | Q.    And how long was it after you got your first iPod |
| 10:22:20 | 10 | that you started loading your CD collection onto your laptop |
| 10:22:24 | 11 | and then onto your iPod? |
| 10:22:27 | 12 | A.    Immediately when I got iTunes, I started uploading my |
| 10:22:31 | 13 | CDs into iTunes. |
| 10:22:34 | 14 | Q.    How long did it take to do that? |
| 10:22:38 | 15 | A.    Weeks, long time. |
| 10:22:43 | 16 | Q.    Did you do it yourself? |
| 10:22:45 | 17 | A.    Yes. |
| 10:22:46 | 18 | Q.    And your process was to put one CD at a time into |
| 10:22:51 | 19 | your laptop, import it into your iTunes library? |
| 10:22:56 | 20 | A.    Yes. |
| 10:22:56 | 21 | Q.    When that was complete, you put another CD in and you |
| 10:22:59 | 22 | go through the same process? |
| 10:23:01 | 23 | A.    Yes. |
| 10:23:01 | 24 | Q.    Did you make any play list at that time? |
| 10:23:07 | 25 | A.    I don't remember if I did at that time. |

51

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:23:09 | 1 | Q.    Have you ever made any play lists? |
| 10:23:11 | 2 | A.    Yes. |
| 10:23:12 | 3 | Q.    Approximately how many play lists do you have? |
| 10:23:23 | 4 | A.    Approximately 15. |
| 10:23:25 | 5 | Q.    Have you ever made a play list and then deleted it? |
| 10:23:28 | 6 | A.    Yes. |
| 10:23:28 | 7 | Q.    How many play lists all together do you think you've |
| 10:23:32 | 8 | had? |
| 10:23:36 | 9 | A.    Maybe 25, 30. |
| 10:23:42 | 10 | Q.    When you bought the first iPod, do you remember |
| 10:23:46 | 11 | reading any of the materials that came with it? |
| 10:23:48 | 12 | A.    I remember browsing through them. |
| 10:23:54 | 13 | Q.    And do you remember anything in particular that you |
| 10:23:56 | 14 | read during this browsing? |
| 10:23:59 | 15 | A.    No. |
| 10:24:01 | 16 | Q.    Did you learn anything from the materials you read |
| 10:24:03 | 17 | about how the iPod worked? |
| 10:24:09 | 18 | A.    I learned how to maneuver through the iPod. |
| 10:24:12 | 19 | Q.    Anything else? |
| 10:24:16 | 20 | A.    Not that I recall. |
| 10:24:21 | 21 | Q.    At the time you bought the iPod, did you know that |
| 10:24:26 | 22 | Apple had an online music store? |
| 10:24:29 | 23 | A.    I don't remember if I knew that or not. |
| 10:24:38 | 24 | Q.    Have you -- when you load it -- when you uploaded |
| 10:24:43 | 25 | your CDs onto your laptop into the iTunes music library, did |

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:26:00 | 1 | makes what format is used to import the CDs? |
| 10:26:04 | 2 | MR. CARPENTER:  Objection to form.  Maybe you can |
| 10:26:08 | 3 | clarify.  You talking about the difference between AAC format |
| 10:26:12 | 4 | or MP3?  There's in no way a foundation for that. |
| 10:26:17 | 5 | Q.    BY MR. MITTELSTAEDT:  Go ahead. |
| 10:26:19 | 6 | A.    Can you reask the question? |
| 10:26:21 | 7 | Q.    Does it make any difference to you whether you're |
| 10:26:23 | 8 | importing CDs in the AAC or the MP3 format? |
| 10:26:31 | 9 | MR. CARPENTER:  Same objection to the extent that you |
| 10:26:33 | 10 | know what an AAC format is. |
| 10:26:37 | 11 | THE WITNESS:  I don't know the difference between |
| 10:26:39 | 12 | them, so no. |
| 10:26:40 | 13 | Q.    BY MR. MITTELSTAEDT:  And for that reason do you have |
| 10:26:42 | 14 | a preference which format is used? |
| 10:26:44 | 15 | A.    No. |
| 10:26:47 | 16 | Q.    Do you have any information about what difference it |
| 10:26:49 | 17 | makes to use one format versus the other? |
| 10:27:06 | 18 | A.    No. |
| 10:27:06 | 19 | Q.    When did you first buy a song from Apple's online |
| 10:27:11 | 20 | music store? |
| 10:27:11 | 21 | A.    I don't remember when that was. |
| 10:27:13 | 22 | Q.    Approximately how long after buying your first iPod? |
| 10:27:23 | 23 | A.    I really don't remember when I bought my first song |
| 10:27:26 | 24 | on iTunes. |
| 10:27:27 | 25 | Q.    Do you remember whether it was a matter of days, |

54

MELANIE TUCKER



| | | |
|---|---|---|
| 10:27:30 | 1 | matter of weeks, matter of months, matter of years? |
| 10:27:33 | 2 | A.    It was probably months. |
| 10:27:35 | 3 | Q.    And what led you to buy -- strike that. |
| 10:27:38 | 4 | Do you remember the first song? |
| 10:27:40 | 5 | A.    I do not. |
| 10:27:41 | 6 | Q.    What led you to buy it? |
| 10:27:49 | 7 | A.    I don't remember. |
| 10:27:51 | 8 | Q.    How did you hear about the iTunes music store? |
| 10:28:07 | 9 | A.    I don't remember how I heard about it. |
| 10:28:09 | 10 | Q.    Can you give us any information on how you decided to |
| 10:28:15 | 11 | go to the iTunes music store when you did that for the |
| 10:28:18 | 12 | purpose of buying a song? |
| 10:28:24 | 13 | A.    There was probably a fact that there was an icon for |
| 10:28:29 | 14 | it in my iTunes so I clicked on it. |
| 10:28:31 | 15 | Q.    Is that your best recollection? |
| 10:28:33 | 16 | A.    That is my best recollection. |
| 10:28:34 | 17 | Q.    Do you remember clicking on that icon, the iTunes |
| 10:28:37 | 18 | music store icon, before actually buying your first music? |
| 10:28:43 | 19 | What I'm asking is did you buy that first song the first time |
| 10:28:46 | 20 | you clicked on that, or did you go to the music store and |
| 10:28:50 | 21 | browse and explore and then go back to it sometime later to |
| 10:28:53 | 22 | buy your first song? |
| 10:28:54 | 23 | A.    I really don't remember. |
| 10:29:00 | 24 | Q.    At the time you bought your first song from Apple, |
| 10:29:02 | 25 | did you know whether there were any other online music stores |

55

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:31:36 | 1 | THE WITNESS: No, no one forced me to buy anything. |
| 10:31:42 | 2 | Q. BY MR. MITTELSTAEDT: You bought your iPod |
| 10:31:44 | 3 | voluntarily; is that correct? |
| 10:31:45 | 4 | A. Yes. |
| 10:31:46 | 5 | Q. And you bought music from the music store |
| 10:31:49 | 6 | voluntarily; is that correct? |
| 10:31:49 | 7 | A. Yes. |
| 10:31:53 | 8 | Q. Now, when you bought the music from Apple's music |
| 10:32:01 | 9 | store -- strike that. |
| 10:32:02 | 10 | Have you ever gone to an online website for another |
| 10:32:07 | 11 | music store other than Apple's? |
| 10:32:10 | 12 | A. No. |
| 10:32:13 | 13 | Q. Have you ever researched whether there are any online |
| 10:32:18 | 14 | digital music stores other than Apple's? |
| 10:32:21 | 15 | A. I have heard that there are others. |
| 10:32:26 | 16 | Q. Where did you hear that? |
| 10:32:27 | 17 | A. Advertisements. |
| 10:32:28 | 18 | Q. What other stores have you heard or seen |
| 10:32:32 | 19 | advertisements for? |
| 10:32:38 | 20 | A. Wal-mart pops into my mind. |
| 10:32:45 | 21 | Q. Do you have any information about how Wal-Mart's |
| 10:32:48 | 22 | store is different from Apple's? |
| 10:32:50 | 23 | A. No. |
| 10:32:52 | 24 | Q. Is there any reason in particular you haven't gone to |
| 10:32:55 | 25 | Wal-Mart's store, online store? |

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:32:58 | 1 | A.    Because iTunes is right there and compatible with my |
| 10:33:01 | 2 | iPod. |
| 10:33:02 | 3 | Q.    And you're happy with iTunes's music store; is that |
| 10:33:06 | 4 | right? |
| 10:33:06 | 5 | A.    Yes. |
| 10:33:12 | 6 | Q.    When you buy music from Apple's online music store, |
| 10:33:16 | 7 | what have you done with it? |
| 10:33:17 | 8 | A.    Listen to it. |
| 10:33:22 | 9 | Q.    Let's take it step by step.  First you download it to |
| 10:33:26 | 10 | your Dell computer; is that right? |
| 10:33:28 | 11 | A.    Into my iTunes library, yes. |
| 10:33:31 | 12 | Q.    Then what did you do with it once it gets into your |
| 10:33:34 | 13 | iTunes library? |
| 10:33:40 | 14 | A.    I play it. |
| 10:33:41 | 15 | Q.    And how do you play it? |
| 10:33:43 | 16 | A.    On my iPod or through my iTunes. |
| 10:33:46 | 17 | Q.    When you say through your iTunes, you mean on the |
| 10:33:49 | 18 | speakers connected to your laptop? |
| 10:33:51 | 19 | A.    Yes. |
| 10:33:51 | 20 | Q.    Do you ever make a copy of that music in a CD?  In |
| 10:33:56 | 21 | other words, burn a CD? |
| 10:33:57 | 22 | A.    Yes. |
| 10:33:58 | 23 | Q.    What is -- just so we are on the same page here, what |
| 10:34:02 | 24 | does burning a CD mean? |
| 10:34:04 | 25 | A.    From my understanding, it means putting files onto a |

59

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 10:34:08 | 1 | CD to play. |
| 10:34:10 | 2 | Q.    And have you burned a CD with most of the -- most, if |
| 10:34:14 | 3 | not all, of the songs that you have bought from Apple? |
| 10:34:19 | 4 | A.    No, not all. |
| 10:34:23 | 5 | Q.    What percentage? |
| 10:34:30 | 6 | A.    Maybe 25 percent, 30 percent. |
| 10:34:36 | 7 | Q.    And are you adept at doing that? |
| 10:34:40 | 8 | A.    I know how to do it, yes. |
| 10:34:42 | 9 | Q.    How long does it take you to burn a CD? |
| 10:34:46 | 10 | A.    Maybe ten minutes. |
| 10:34:48 | 11 | Q.    Would you walk through the process that you used to |
| 10:34:50 | 12 | burn a CD with music that you've downloaded from Apple's |
| 10:34:55 | 13 | music store? |
| 10:34:56 | 14 | A.    I highlighted the songs that I wanted to burn.  I |
| 10:35:01 | 15 | believe I right click. |
| 10:35:02 | 16 | Q.    You're in the iTunes music library on your computer, |
| 10:35:07 | 17 | right? |
| 10:35:08 | 18 | A.    Yes, correct. |
| 10:35:09 | 19 | Q.    And then you highlight the songs? |
| 10:35:11 | 20 | A.    That I want on the CD.  I believe I right click and |
| 10:35:17 | 21 | choose the option "burn to disk."  Inserted a blank disk and |
| 10:35:23 | 22 | hit the "burn" button.  I think it says "burn." |
| 10:35:33 | 23 | Q.    How long does it take you to do that up until the |
| 10:35:36 | 24 | time that you hit the burn button? |
| 10:35:39 | 25 | A.    Not long. |

MELANIE TUCKER



| | | |
|---|---|---|
| 10:35:40 | 1 | Q.    A minute? |
| 10:35:41 | 2 | A.    Depends on how many songs I am looking for. |
| 10:35:43 | 3 | Q.    If the songs are right there, you know where they |
| 10:35:48 | 4 | are?  Actually, do you sometimes put the songs into a play |
| 10:35:51 | 5 | list first? |
| 10:35:52 | 6 | A.    Sometimes. |
| 10:35:52 | 7 | Q.    So if you wanted to burn a CD from a play list, how |
| 10:35:55 | 8 | long does it take you up until the time you hit the "burn" |
| 10:36:00 | 9 | button? |
| 10:36:00 | 10 | A.    Under a minute. |
| 10:36:03 | 11 | Q.    And then from the time you hit the "burn" button |
| 10:36:06 | 12 | until the time that the process is done, that's just how fast |
| 10:36:11 | 13 | your computer is? |
| 10:36:12 | 14 | A.    Correct. |
| 10:36:13 | 15 | Q.    And you don't have to do anything there with the |
| 10:36:16 | 16 | computer during the time that the computer is burning? |
| 10:36:19 | 17 | A.    Correct. |
| 10:36:24 | 18 | Q.    Have you also heard the term "rip" or "ripping"? |
| 10:36:28 | 19 | A.    I have heard the term. |
| 10:36:30 | 20 | Q.    What does it mean to you? |
| 10:36:31 | 21 | A.    I don't know what that means. |
| 10:36:33 | 22 | Q.    Have you heard it used in the context of importing a |
| 10:36:36 | 23 | CD back into your computer? |
| 10:36:41 | 24 | A.    I have heard the term, but I really don't know what |
| 10:36:45 | 25 | it means. |

MELANIE TUCKER

BARKLEY
Court Reporters

|          |    |                                                                              |
|----------|----|------------------------------------------------------------------------------|
| 11:20:40 | 1  | Q.    And what was it that led you to go see a lawyer?                        |
| 11:20:45 | 2  | MR. CARPENTER:  I think it also assumes facts not in                         |
| 11:20:50 | 3  | evidence.                                                                    |
| 11:21:02 | 4  | THE WITNESS:  I wanted to stop the conduct of Apple                          |
| 11:21:07 | 5  | and sue them for the conduct for the class.                                  |
| 11:21:12 | 6  | Q.    BY MR. MITTELSTAEDT:  What conduct of Apple were you                    |
| 11:21:14 | 7  | concerned about that?                                                        |
| 11:21:15 | 8  | MR. CARPENTER:  Objection to form.  Vague and                                |
| 11:21:16 | 9  | ambiguous as to what point you're referring to.                             |
| 11:21:18 | 10 | Q.    BY MR. MITTELSTAEDT:  At the point you say you went                    |
| 11:21:20 | 11 | to look for a lawyer to file a lawsuit?                                       |
| 11:21:30 | 12 | A.    Can you repeat the question, please.                                   |
| 11:21:32 | 13 | Q.    Where did you hear about the possibility of bringing                   |
| 11:21:34 | 14 | a lawsuit against Apple?  How did that thought first come to                 |
| 11:21:41 | 15 | your mind?                                                                    |
| 11:21:43 | 16 | MR. CARPENTER:  Objection to form.  Which question                           |
| 11:21:46 | 17 | are you asking?                                                              |
| 11:21:52 | 18 | Q.    BY MR. MITTELSTAEDT:  When did you first hear about                    |
| 11:21:54 | 19 | the possibility of bringing a lawsuit against Apple?                         |
| 11:22:05 | 20 | A.    I ran into Todd, and we were just discussing -- we                     |
| 11:22:09 | 21 | were talking -- we were just discussing how his work was                     |
| 11:22:13 | 22 | going and what was going on.  Apple came up.                                 |
| 11:22:19 | 23 | Q.    Did he bring up Apple?                                                 |
| 11:22:20 | 24 | MR. CARPENTER:  That's attorney-client privilege.                           |
| 11:22:22 | 25 | Q.    BY MR. MITTELSTAEDT:  Was he your lawyer at that                       |

85

MELANIE TUCKER

**BARKLEY**
Court Reporters

| | | |
|---|---|---|
| 11:22:26 | 1 | point? |
| 11:22:26 | 2 | A.    Yes. |
| 11:22:27 | 3 | Q.    When did he become your lawyer? |
| 11:22:29 | 4 | A.    Early July 2006. |
| 11:22:31 | 5 | Q.    What was the occasion? |
| 11:22:33 | 6 | MR. CARPENTER:  Objection.  Vague and ambiguous. |
| 11:22:34 | 7 | This might tread in the attorney-client privilege as well. |
| 11:22:38 | 8 | Q.    BY MR. MITTELSTAEDT:  Where were you when you said |
| 11:22:39 | 9 | that he became your lawyer, physically? |
| 11:22:45 | 10 | A.    I was at my workplace. |
| 11:22:50 | 11 | Q.    Which workplace? |
| 11:22:51 | 12 | A.    Stingaree. |
| 11:22:52 | 13 | Q.    What time of day was it? |
| 11:22:54 | 14 | A.    It was in the evening. |
| 11:22:55 | 15 | Q.    And Mr. Carpenter came in? |
| 11:23:00 | 16 | A.    Yes. |
| 11:23:01 | 17 | Q.    Have you ever seen him before? |
| 11:23:03 | 18 | A.    Yes. |
| 11:23:04 | 19 | Q.    When was the first time? |
| 11:23:12 | 20 | A.    That I had seen him there? |
| 11:23:14 | 21 | Q.    Seen him any place. |
| 11:23:16 | 22 | A.    In 2002. |
| 11:23:17 | 23 | Q.    And how did you meet him? |
| 11:23:19 | 24 | A.    I met him at my workplace. |
| 11:23:20 | 25 | Q.    Did he work at your workplace? |

86

MELANIE TUCKER

BARKLEY
Court Reporters

| | | | |
|---|---|---|---|
| 11:23:22 | 1 | A. | No. |
| 11:23:25 | 2 | Q. | What workplace did you meet him at? |
| 11:23:28 | 3 | A. | Moondoggies. |
| 11:23:36 | 4 | Q. | How did you meet him there? |
| 11:23:37 | 5 | A. | I was waiting on him. |
| 11:23:39 | 6 | Q. | And how many times did you see him from 2002 until |
| 11:23:45 | 7 | | early July 2006? |
| 11:23:48 | 8 | A. | I don't know. |
| 11:23:49 | 9 | Q. | More than a dozen? |
| 11:23:52 | 10 | A. | Yes. |
| 11:23:52 | 11 | Q. | More than 50? |
| 11:24:00 | 12 | A. | I don't know. |
| 11:24:00 | 13 | Q. | Was he your lawyer at any point during that time |
| 11:24:08 | 14 | | period from 2002 until early July 2006? |
| 11:24:12 | 15 | A. | No. |
| 11:24:12 | 16 | Q. | How would you describe your relationship with him |
| 11:24:15 | 17 | | during that period? |
| 11:24:15 | 18 | A. | We dated briefly in the spring of 2002 until the |
| 11:24:17 | 19 | | summer of 2002. |
| 11:24:25 | 20 | Q. | And what was your relationship in July 2002? |
| 11:24:30 | 21 | A. | We were friends, acquaintances. |
| 11:24:32 | 22 | Q. | And how often would you see each other during that |
| 11:24:35 | 23 | | time period? |
| 11:24:36 | 24 | A. | Not very often. |
| 11:24:47 | 25 | Q. | Did you ever see if Mr. Carpenter had an iPod? |

87

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 11:24:50 | 1 | A.    No, I don't remember. |
| 11:24:56 | 2 | Q.    And in early July 2006 when you saw him at your place |
| 11:25:00 | 3 | of business -- who brought up the issue of an iPod? |
| 11:25:14 | 4 | MR. CARPENTER:  I am going to object.  I think this |
| 11:25:17 | 5 | is also attorney-client privilege. |
| 11:25:24 | 6 | MR. MITTELSTAEDT:  Are you instructing her not to |
| 11:25:26 | 7 | answer? |
| 11:25:26 | 8 | MR. CARPENTER:  Yes. |
| 11:25:32 | 9 | Q.    BY MR. MITTELSTAEDT:  When you first saw |
| 11:25:34 | 10 | Mr. Carpenter in early July 2006 at your place of business, |
| 11:25:39 | 11 | did you ask him to be your lawyer before you said anything to |
| 11:25:43 | 12 | him? |
| 11:25:44 | 13 | A.    Before I said anything to him? |
| 11:25:46 | 14 | Q.    Well, let's do it this way:  What was the first thing |
| 11:25:50 | 15 | you said to Mr. Carpenter when you saw him that evening early |
| 11:25:55 | 16 | July 2006 when the subject of Apple and iPod came up? |
| 11:26:00 | 17 | MR. CARPENTER:  Well, I am going to object again and |
| 11:26:03 | 18 | insert the attorney-client privilege with respect to the |
| 11:26:06 | 19 | conversation about the iPod. |
| 11:26:09 | 20 | Q.    BY MR. MITTELSTAEDT:  Well, when you saw him, were |
| 11:26:13 | 21 | you waiting on him? |
| 11:26:16 | 22 | A.    No. |
| 11:26:16 | 23 | Q.    So did you have an appointment for him to meet you at |
| 11:26:19 | 24 | your place of business? |
| 11:26:21 | 25 | A.    No. |

MELANIE TUCKER



| | | |
|---|---|---|
| 11:26:22 | 1 | Q.    Did he come in to eat or drink, as far as you were |
| 11:26:26 | 2 | concerned? |
| 11:26:26 | 3 | A.    Yes. |
| 11:26:27 | 4 | Q.    And did -- who spoke first? |
| 11:26:31 | 5 | A.    I don't remember. |
| 11:26:36 | 6 | Q.    Do you remember anything about the conversation? |
| 11:26:42 | 7 | A.    Not verbatim, no. |
| 11:26:45 | 8 | Q.    How long did the conversation last? |
| 11:26:47 | 9 | A.    I don't know. |
| 11:26:49 | 10 | Q.    Five minutes? |
| 11:26:53 | 11 | MR. CARPENTER:  Don't speculate. |
| 11:26:54 | 12 | THE WITNESS:  I don't know. |
| 11:26:55 | 13 | Q.    BY MR. MITTELSTAEDT:  Do you remember if it was more |
| 11:26:57 | 14 | or less than five minutes? |
| 11:26:58 | 15 | A.    More. |
| 11:27:00 | 16 | Q.    Was it more or less than 15 minutes? |
| 11:27:07 | 17 | A.    Probably around 15 minutes.  I don't know. |
| 11:27:12 | 18 | Q.    And was it in that conversation that you first |
| 11:27:17 | 19 | learned that you couldn't play -- as you say at least, you |
| 11:27:21 | 20 | couldn't play any digital music on your iPod other than what |
| 11:27:25 | 21 | you purchased from Apple? |
| 11:27:26 | 22 | A.    I don't remember. |
| 11:27:39 | 23 | Q.    What do you remember about that conversation?  You |
| 11:27:41 | 24 | say you don't remember it verbatim, but what do you remember? |
| 11:27:45 | 25 | MR. CARPENTER:  We are going to have to object as |

MELANIE TUCKER

BARKLEY
Court Reporters

| | |
|---|---|
| 11:27:47 | 1 |
| 11:27:48 | 2 |
| 11:27:49 | 3 |
| 11:27:52 | 4 |
| 11:27:56 | 5 |
| 11:28:02 | 6 |
| 11:28:04 | 7 |
| 11:28:06 | 8 |
| 11:28:11 | 9 |
| 11:28:21 | 10 |
| 11:28:21 | 11 |
| 11:28:24 | 12 |
| 11:28:29 | 13 |
| 11:28:34 | 14 |
| 11:28:35 | 15 |
| 11:28:45 | 16 |
| 11:28:48 | 17 |
| 11:28:52 | 18 |
| 11:28:57 | 19 |
| 11:29:00 | 20 |
| 11:29:12 | 21 |
| 11:29:13 | 22 |
| 11:29:15 | 23 |
| 11:29:20 | 24 |
| 11:29:21 | 25 |

1    attorney-client privilege.

2        Q.    BY MR. MITTELSTAEDT:  Go --

3            MR. CARPENTER:  Sorry.  To further my objection, I

4    think it also calls for a legal conclusion as to whether or

5    when she was actually retained.  She might -- we were

6    retained.  I'm sorry.

7        Q.    BY MR. MITTELSTAEDT:  Before that evening in early

8    July 2006, have you ever talked to Mr. Carpenter or any other

9    lawyer about Apple or the iPod?

10       A.    No.

11       Q.    Before you talked to Mr. Carpenter that evening,

12   early July 2006, did you have any complaint about the iPod or

13   the iTunes music store?

14       A.    I don't remember.

15       Q.    After you talked to Mr. Carpenter that evening, did

16   you have any complaint about the iPod or the iTunes music

17   store?

18       A.    Yes.

19       Q.    And what was your complaint after that point, after

20   you talked to him?

21       A.    I don't know.

22           MR. CARPENTER:  Again, I think we are treading close

23   to the attorney-client privilege here if it is a result of

24   our conversation.

25       Q.    BY MR. MITTELSTAEDT:  So am I right that before you

90

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 13:34:15 | 1 | A.    Yes. |
| 13:34:15 | 2 | Q.    Correct? |
| 13:34:16 | 3 | A.    Yes. |
| 13:34:17 | 4 | Q.    Do you have any information on how long it would take |
| 13:34:20 | 5 | you to do that? |
| 13:34:21 | 6 | A.    No, I don't know how long it would take. |
| 13:34:23 | 7 | MR. CARPENTER:  Objection.  It is assuming facts that |
| 13:34:27 | 8 | it can actually be done, also. |
| 13:34:50 | 9 | Q.    BY MR. MITTELSTAEDT:  As of the time that you bought |
| 13:34:51 | 10 | your second iPod in December 2006, can you tell me |
| 13:34:55 | 11 | approximately how much money you had invested in music you |
| 13:34:58 | 12 | had bought from Apple? |
| 13:35:04 | 13 | A.    I don't know. |
| 13:35:05 | 14 | Q.    Was it less than $25? |
| 13:35:14 | 15 | A.    No. |
| 13:35:15 | 16 | Q.    Okay.  If you take a look at the purchase history, |
| 13:35:27 | 17 | when I add up the purchases up until the end of 2006, I come |
| 13:35:32 | 18 | up with 22.86.  Would you tell me if that appears to be |
| 13:35:41 | 19 | correct? |
| 13:35:43 | 20 | MR. CARPENTER:  Objection.  You want her to add up |
| 13:35:45 | 21 | each song as we sit here? |
| 13:35:47 | 22 | Q.    BY MR. MITTELSTAEDT:  Well, let's just do it |
| 13:35:50 | 23 | together.  You see the first one, the first one is 99 cents? |
| 13:35:54 | 24 | Yes? |
| 13:35:55 | 25 | A.    Yes. |

120

MELANIE TUCKER

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 13:35:55 | 1 | Q.    Second one is 99 cents? |
| 13:35:58 | 2 | A.    Yes. |
| 13:35:59 | 3 | Q.    Third one is 9.99? |
| 13:36:02 | 4 | A.    Yes. |
| 13:36:03 | 5 | Q.    Fourth one is 9.90? |
| 13:36:05 | 6 | A.    Yes. |
| 13:36:05 | 7 | Q.    And the fifth one, and this one's dated May of '05, |
| 13:36:10 | 8 | is 99 cents? |
| 13:36:12 | 9 | A.    Yes. |
| 13:36:12 | 10 | Q.    And then you don't have any other purchases until |
| 13:36:17 | 11 | 2007, correct? |
| 13:36:19 | 12 | A.    Yes. |
| 13:36:24 | 13 | Q.    So the total of the numbers that we have read off is |
| 13:36:27 | 14 | 22.86, approximately? |
| 13:36:31 | 15 | A.    Okay. |
| 13:36:36 | 16 | Q.    Your complaint, if you would look at -- strike that. |
| 13:36:48 | 17 |       Did you ever make any price comparison between an |
| 13:36:51 | 18 | iPod and what a competing MP3 player would cost? |
| 13:36:58 | 19 | A.    In the very beginning before I purchased my first |
| 13:37:01 | 20 | one. |
| 13:37:04 | 21 | Q.    And how much difference was there? |
| 13:37:06 | 22 | A.    I don't remember. |
| 13:37:07 | 23 | Q.    More than $50? |
| 13:37:10 | 24 | A.    I don't remember. |
| 13:37:14 | 25 | Q.    Did it seem like a sizable amount to you, given your |

121

MELANIE TUCKER



13:51:26  1    and listened to music?

13:51:31  2        A.    There might be something else they needed instead.

13:51:37  3        Q.    You know you can play music from Apple's online music

13:51:41  4    store without having an iPod, correct?

13:51:44  5        A.    I never really thought about it because I have always

13:51:47  6    had the two together.

13:51:48  7        Q.    But now that you think about it, you understand that

13:51:51  8    you can play music from iTunes's music store on a computer,

13:51:56  9    right?

13:51:57  10       A.    Okay.

13:51:58  11       Q.    I mean you know that?

13:51:59  12       A.    Okay.  Yes.

13:52:00  13       Q.    And you also know that you can burn it to a CD and

13:52:03  14   play it any place you can play a CD, correct?

13:52:06  15       A.    Yes.

13:52:06  16       Q.    And you've known that from the start?

13:52:08  17       A.    I have known that you can burn CDs from the iTunes

13:52:12  18   library, yes.

13:52:14  19       Q.    Did you ever think there was any rule against burning

13:52:16  20   CDs from music you bought from Apple that was in your

13:52:22  21   iTunes's library?

13:52:24  22       A.    Not that I was aware of.

13:52:32  23       Q.    Have you ever wanted to do something with your iPod

13:52:35  24   and you didn't know how to do it?

13:52:39  25       A.    Yes.

132

MELANIE TUCKER

BARKLEY
Court Reporters

<u>DEPOSITION OFFICER'S CERTIFICATE</u>

STATE OF CALIFORNIA        }
                          }      ss.
COUNTY OF SAN FRANCISCO     }

        I, Balinda Dunlap, hereby certify:

        I am a duly qualified Certified Shorthand

Reporter in the State of California, holder of

Certificate Number CSR 10710 issued by the Court

Reporters Board of California and which is in full force

and effect.  (Fed. R. Civ. P. 28(a)).

        I am authorized to administer oaths or

affirmations pursuant to California Code of Civil

Procedure, Section 2093(b) and prior to being examined,

the witness was first duly sworn by me.  (Fed. R. Civ.

P. 28(a), 30(f)(1)).

        I am not a relative or employee or attorney or

counsel of any of the parties, nor am I a relative or

employee of such attorney or counsel, nor am I

financially interested in this action.  (Fed. R. Civ. P.

28).

        I am the deposition officer that

stenographically recorded the testimony in the foregoing

deposition and the foregoing transcript is a true record

155

BARKLEY
Court Reporters

1  of the testimony given by the witness.  (Fed. R. Civ. P.

2  30(f)(1)).

3         Before completion of the deposition, review of

4  the transcript [√ ] was [  ] was not requested.  If

5  requested, any changes made by the deponent (and

6  provided to the reporter) during the period allowed, are

7  appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9  Dated: _____    NOV 0 8 2007

10

11                    _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

156

BARKLEY
Court Reporters

EXHIBIT 20

1    UNITED STATES DISTRICT COURT FOR THE

2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3    ---oOo---

4    STACIE SOMERS, on behalf of herself
     and all others similarly situated,

5

6        Plaintiff,

7    vs.                              No. CV 076507JW

8    APPLE, INC., a California
     corporation,

9

10       Defendants.

11    _____/

12

13

14    VIDEOTAPED

15    DEPOSITION OF STACIE SOMERS

16

17

18

19

20    Taken before EARLY K. LANGLEY, RMR

21    CSR No. 3537

22    June 17, 2008

23

24    One Kaiser Plaza, Suite 505
      Oakland, California 94612
      Ph  510-451-1580
25    Fax 510-451-3797
      www.aikenwelch.com

COPY

Aiken Welch COURT REPORTERS

3

1          DEPOSITION OF STACIE SOMERS

2

3      BE IT REMEMBERED, that pursuant to Notice, and on

4   the 17th day of June 2008, commencing at the hour of

5   10:36 a.m., in the offices of Jones Day, 555 California

6   Street, 26th Floor, San Francisco, California, before

7   me, EARLY K. LANGLEY, a Certified Shorthand Reporter,

8   personally appeared STACIE SOMERS, produced as a

9   witness in said action, and being by me first duly

10  sworn, was thereupon examined as a witness in said

11  cause.

12

13                  ---oOo---

14

15      CRAIG L. BRISKIN, Mehri & Skalet PLLC, 1250

16  Connecticut Avenue NW Suite 300, Washington, DC  20036,

17  appeared on behalf of the Plaintiffs.

18

19      PAULA ROACH, Coughlin, Stoia, Gellar, Rudman &

20  Robbins LLP, 655 West Broadway, Suite 1900, San Diego,

21  California 92101, appeared on behalf of the Plaintiffs.

22

23

24

25

Aiken & Welch Court Reporters   Stacie Somers  6/17/08

4

1          ROBERT A. MITTELSTAEDT, MICHAEL T. SCOTT, Jones

2     Day, 555 California Street, 26th Floor, San Francisco,

3     California 94104, appeared on behalf of the Defendant

4     Apple, Inc.

5

6          ALSO PRESENT:  Nick Silva, Videographer, Aiken

7     & Welch.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

1                          --oOo--

2                  P R O C E E D I N G S

3                          --oOo--

4        THE VIDEOGRAPHER:  Stand by.

5        On the record.  My name is Nick Silva.        10:36

6   I'm a qualified video technician and a notary

7   public for the County of Alameda, State of

8   California.

9        I'm videotaping on behalf of Aiken & Welch

10   Court Reporters at One Kaiser Plaza, 5th Floor in    10:36

11   Oakland, California 94162.

12        Today's date is June 17th, 2008, and the

13   present time is 10:36.  The location of this

14   deposition is the Jones Day Law Firm at 555

15   California Street, 26th floor, San Francisco,        10:36

16   California 94104.

17        Today's witness is Stacie Somers in the

18   case of Stacie Somers on behalf of herself and All

19   Others Similarly Situated vs. Apple, Incorporated,

20   a California corporation, Case No. CV 076507 JW,     10:36

21   filed in the United States District Court Northern

22   District of California San Jose Division.

23        This deposition was noticed by Robert A.

24   Mittelstaedt for the defendant.

25        Would the counsel for the parties please       10:37

6

1   identify themselves and for whom they are

2   appearing.

3          MR. BRISKIN:  Craig Briskin of the firm

4   Mehri & Skalet representing plaintiff.

5          MS. ROACH:  Paula Roach from Coughlin          10:37

6   Stoia, and I represent Tucker, plaintiff.

7          MR. MITTELSTAEDT:  And Bob Mittelstaedt

8   and Michael Scott from Jones Day for the

9   Defendant.

10         THE VIDEOGRAPHER:  Would the counsel         10:37

11  please state any stipulation or statement they

12  would like on the record at this time.

13         MR. MITTELSTAEDT:  There are none.

14         THE VIDEOGRAPHER:  The court reporter may

15  now swear the witness.                               10:37

16                STACIE SOMERS,

17             sworn as a witness,

18             testified as follows:

19  EXAMINATION BY MR. MITTELSTAEDT:

20     Q.  Would you state your name and address,        10:37

21  please?

22     A.  Sure.  Stacie Somers.  And I live at 1551

23  Felspar Street, San Diego, California 92109.

24     Q.  Have you been through this process before

25  with the deposition?                                 10:38

Aiken & Welch Court Reporters   Stacie Somers  6/17/08

8

1    Q.   When did you graduate?

2    A.   In 1997.

3    Q.   And then what did you do?

4    A.   And then I worked for a year on Capitol

5    Hill for a senator and then I went to law school.    10:39

6    Q.   At Harvard?

7    A.   At Harvard, yes.

8    Q.   And when did you graduate from Harvard Law

9    School?

10    A.   2001.                                        10:39

11    Q.   What did you do then job-wise?

12    A.   I clerked for a judge in the Southern

13    District of California.

14    Q.   Who was that?

15    A.   Marilyn Huff.                                10:39

16    Q.   And then what?

17    A.   And then I went to work at the law firm

18    formerly known as Milberg Weiss.

19    Q.   In San Diego?

20    A.   In San Diego, yes.                           10:39

21    Q.   When did you start with Milberg Weiss?

22    A.   I started in the fall of 2002, as I

23    recall.

24    Q.   Did you have a summer clerk position when

25    you were at Harvard law with any firm?           10:40

Aiken & Welch Court Reporters  Stacie Somers  6/17/08

9

1    A.  Yes.

2    Q.  At what firm?

3    A.  Heller Ehrman here in San Francisco.

4    Q.  And that would have been the summer of

5    2003?  No?                                        10:40

6    A.  No.  2000.  I'm trying to work backwards.

7    Q.  Yeah.  If you graduated in 2001 --

8    A.  2001.  Yeah.  So I believe summer of 2000.

9    Q.  And how long did you work at Milberg

10   Weiss?                                            10:40

11   A.  Approximately a year and a half.

12   Q.  What kind of work did you do during that

13   period?

14   A.  Plaintiff's class action work.  I worked

15   primarily in our consumer group doing false       10:40

16   advertising cases.  I also worked on one

17   anti-trust lawsuit.

18   Q.  Which case was that?

19   A.  I don't remember the name.  It was a case

20   about gas stations.  And I believe it was in       10:41

21   Florida, but I don't remember.  It wasn't a big

22   case.

23   Q.  Were you counsel of record in that case?

24   A.  My name might have been on some pleadings.

25   But I don't remember.                              10:41

27

1    A.  Yes.

2    Q.  Why did you buy it at Target?

3    A.  I go to Target a lot, and it was

4  accessible.

5    Q.  Meaning you were in the Target store?    11:03

6    A.  Yeah.

7    Q.  What do you mean by "accessible"?

8    A.  Yes.  That I go to Target a lot, and it

9  was easy.

10   Q.  How did you decide to buy that iPod?    11:04

11   A.  I looked at the prices for the iPods and

12  that seemed comparison-wise what I would get the

13  most for how much I was spending.

14   Q.  How much did you spend?

15   A.  I don't remember now.    11:04

16   Q.  Did you think it was a discount off what

17  you would get if you had bought it directly from

18  Apple?

19   A.  No.  All the prices were the same.

20   Q.  Did Target have any MP3 players other than    11:04

21  iPods?

22   A.  I don't know.

23   Q.  Did you look at any competing MP3 players?

24   A.  No.

25   Q.  Why did you only look at Apple iPods?    11:04

Aiken & Welch Court Reporters  Stacie Somers  6/17/08

36

1    seemed like a turbulent time that -- that -- I

2    didn't know what was going to be around later, and

3    more people I knew had iPods and I knew where you

4    could get the music online for -- for iPods.

5        Q.  So, one reason you bought the iPod is you        11:16

6    knew you could get music online from Apple's music

7    store?

8        A.  Yes.

9        Q.  But your main purpose in buying the iPod

10   at that time was to put your CD collection onto        11:16

11   it?

12       A.  Yes.

13       Q.  Thinking back on it at the time, did you

14   give some thought to whether there were

15   competitors who made MP3 players, or were you just   11:16

16   happy with Apple based on what you had heard from

17   your friends and so you didn't give it any

18   thought?

19       MR. BRISKIN:  Objection.  Misrepresents

20   testimony.                                             11:16

21       THE WITNESS:  I -- I gave it some thought

22   in that I probably thought, oh, there are other

23   music players.  I didn't really know how music

24   players worked.  And I wasn't sure how hard or

25   easy it was going to be.  I already knew someone       11:17

Aiken & Welch Court Reporters  Stacie Somers  6/17/08

1    who had an iPod who could help me.

2        So I guess I did give some thought to

3    competitors.

4    BY MR. MITTELSTAEDT:

5        Q.  So you thought at the time that there were    11:17

6    probably other choices you had, other competitors;

7    right?

8        A.  I thought --

9        MR. BRISKIN:  Objection.  Misstates prior

10   testimony.                                              11:17

11        THE WITNESS:  I thought -- can you repeat

12   that?

13   BY MR. MITTELSTAEDT:

14       Q.  Yeah.  At the time you bought this -- the

15   iPod you kept for yourself, did you believe that    11:17

16   there were other competitive choices if you had

17   wanted to go with a brand other than Apple?

18       A.  I believed that there were other music,

19   that someone had made other music players.  I

20   didn't know who specifically.                           11:18

21       Q.  And when you were at Target, you didn't

22   look around to see if there were other MP3

23   players; is that right?

24       A.  I had already decided to purchase the

25   iPod.                                                   11:18

38

1     Q.  Part of the reason you decided to purchase

2  the iPod was you were -- you had heard from Heidi

3  that it was easy to use?

4     A.  Yes.

5     Q.  When you bought the first iPod for Heidi,    11:18

6  did you feel that you had been forced or coerced

7  in any way to buy that for her?

8          MR. BRISKIN:  Objection.  To the extent it

9  calls for a legal conclusion.

10         THE WITNESS:  I do not believe anyone    11:18

11 forced or coerced me to buy the iPod for Heidi.

12 BY MR. MITTELSTAEDT:

13    Q.  When you bought the iPod that you kept for

14 yourself, did you feel that you were forced or

15 coerced in any way to buy that iPod?    11:19

16         MR. BRISKIN:  Same objection.

17         THE WITNESS:  I chose to purchase the

18 iPod.

19 BY MR. MITTELSTAEDT:

20    Q.  Did you feel that you were forced or    11:19

21 coerced to do it in any way?

22         MR. BRISKIN:  Same objection.

23         THE WITNESS:  No.

24 BY MR. MITTELSTAEDT:

25    Q.  If you had wanted to, you could have    11:19

43

1      A.  Thank you.  I'm not great with dates.

2      Q.  What model did you buy her?

3      A.  The same as mine.

4      Q.  And how did you decide to buy that for

5   your mother?                                         11:24

6      A.  I knew what it was.  I could show her how

7   to use it.  It was more memory, but it wasn't the

8   highest-priced one.

9      Q.  Did you have any understanding of what

10  sources of music she was going to use?               11:24

11     A.  My understanding was that she would upload

12  the music from a very large CD collection that she

13  has.

14     Q.  Did you feel forced or coerced in any way

15  to buy the iPod for your mother?                     11:24

16        MR. BRISKIN:  Objection to the extent it

17  calls for a legal conclusion.

18        THE WITNESS:  I don't -- no.  I don't

19  believe anyone forced me or coerced me to purchase

20  it.                                                  11:25

21  BY MR. MITTELSTAEDT:

22     Q.  How do you like your iPod?

23     A.  I like it.

24     Q.  What do you like about it?

25     A.  I like that I can have a large amount of     11:25

Aiken & Welch Court Reporters  Stacie Somers  6/17/08

49

1  way.

2      Q.  When -- after you bought the iPod for

3  yourself when you downloaded your CD collection or

4  you started to download a CD, can you describe to

5  us how you physically did that?                    11:33

6      A.  Yes.  You put the CD in the CD drive.  If

7  iTunes isn't already opened -- I can't remember if

8  it's different on a PC, on a Mac.  So this

9  recollection is from a Mac.  That brings iTunes up

10  if it's not already opened.                        11:34

11      Q.  When you put the CD into the computer?

12      A.  Yes.  And it asks you, "Do you want to" --

13  I don't know exactly what the question is,

14  basically, "Do you want to import this CD into

15  iTunes?"  And I click "yes," and then it starts    11:34

16  doing something.

17      Q.  Do you find that easy to do?

18      A.  Yes.

19      Q.  Are you familiar with the term "ripping"?

20      A.  Yes.                                       11:34

21      Q.  And ripping describes the process that

22  you're talking about?

23      A.  I believe so.

24      Q.  Can you estimate for us approximately how

25  many times you've ripped a CD to your computer?    11:34

Aiken & Welch Court Reporters  Stacie Somers  6/17/08

50

1    A.   Approximately 50 times.

2    Q.   How long does the process take?

3    A.   It depends on the quality of the CD.

4  There have been times when it's been a few minutes

5  and other times when it's been half an hour.          11:35

6    Q.   And with the half-hour ones, you're

7  talking about how long it takes the computer to

8  actually do it?

9    A.   Yes.

10   Q.   How long does it take you to do what you    11:35

11 have to do to rip the CD?

12   A.   Less than -- less than a minute.  I'm

13 sorry.

14   Q.   From -- as of November of 2005, what

15 computers were you using for music?                     11:35

16   A.   I used -- I had a Dell desktop computer

17 and a McIntosh laptop later.

18   Q.   When did you get the Mac laptop?

19   A.   My recollection is that I got that in

20 around March of 2007.                                   11:36

21   Q.   Where did you buy that?

22   A.   From Apple online.

23   Q.   Why did you buy that?

24   A.   I'm really interested in photography, and

25 I've become more interested, and I've taken            11:36

Aiken & Welch Court Reporters  Stacie Somers  6/17/08

57

1    Q.  Okay?  And now you want to burn a CD of

2  the music on that playlist.  What do you do?

3    A.  I -- I think you -- there's something in

4  the menu, drop-down menu somewhere that allows you

5  to do that, is my best recollection.                    11:45

6    Q.  Do you put a blank CD in the CD drive?

7    A.  Yes.  That would be helpful.

8    Q.  And then there's a little icon that

9  says "burn"?

10    A.  Could be.  I don't know.                          11:45

11    Q.  How many times have you burned a CD?

12    A.  In my life?

13    Q.  Yes.

14    A.  I'd say from -- from a computer?

15    Q.  Let's start there.                               11:46

16    A.  I guess -- I don't know all these...

17        I would say no more than 50 times but I

18  think that's a high guess.

19    Q.  Would your best recollection be that you

20  burned a CD 40 or 50 times, something in that          11:46

21  range?

22    A.  I was thinking more close to 30, but I

23  really don't know.

24    Q.  And what would be the -- I know I've asked

25  you this before but let's just make sure.  What        11:46

Aiken & Welch Court Reporters   Stacie Somers   6/17/08

104

1    Q.  So if you really wanted to get a competing

2  MP3 player rather than an iPod, at some point, it

3  would be worth your time to burn and rip the music

4  to a CD; right?

5    A.  I --                                              13:37

6      MR. BRISKIN:  Objection.  Compound.

7  BY MR. MITTELSTAEDT:

8    Q.  At some point.

9    A.  At some point, if I -- it would probably

10 depend on how badly I wanted the other thing.  I    13:38

11 mean certain variables, but I'm sure there would

12 be a point at some point.  I'm not sure when that

13 is.

14   Q.  So it would depend in part on whether

15 there was a competing MP3 player that you wanted    13:38

16 more than an iPod.  That would be one thing it

17 would depend on?

18     MR. BRISKIN:  Objection.  Misstates prior

19 testimony.

20     THE WITNESS:  It would depend on a number    13:38

21 of things, one being what player I wanted to play

22 on, yes.

23 BY MR. MITTELSTAEDT:

24   Q.  And how much you wanted -- how much you

25 preferred the other player over the iPod?         13:38

Aiken & Welch Court Reporters  Stacie Somers  6/17/08

1    A.  That would be one part of the equation.

2    Q.  And another part of the equation would be

3  how long it would to take to transfer this music;

4  correct?

5    A.  That would be another part of the                13:39

6  equation, probably, yes.

7    Q.  And what I wanted to do is just focus in

8  on that part of the equation.

9    A.  Okay.

10    Q.  And if you could burn and rip all of this    13:39

11  music that you bought from Apple in, say, 30

12  minutes, would you then go ahead and feel free to

13  buy the competing MP3 player rather than an iPod?

14    A.  I don't know.

15    Q.  Let's say it only took 12 minutes to burn   13:39

16  all of this.

17    A.  I don't know, because I don't think that I

18  can isolate the time from the other parts of what

19  my decision would be.

20    Q.  Is there a competing MP3 player that you     13:39

21  would prefer over the iPod if today you could

22  transfer this music in ten minutes?

23    A.  I don't know.

24    Q.  And that's because you haven't shopped

25  around for other i- -- for competitors to iPods;    13:40

122

1    Q.  Can you estimate that, you know, for every

2  time you bought music you probably went to the

3  site five times without buying music, something

4  like that?

5    A.  My estimate would be more like for every          14:02

6  time I bought I went on once or twice.  There were

7  times I would look for podcasts more, I guess,

8  than music necessarily.

9    Q.  The majority of the files you downloaded

10  from Apple were podcasts, right?                         14:02

11    A.  I think so.

12    Q.  Do you have any of information about

13  whether those podcasts will play on competing MP3

14  players?

15    A.  I have no idea.                                    14:02

16    Q.  So, another reason that if something

17  happens to your iPod you might get a replacement

18  iPod rather than a competing MP3 player is because

19  of all the podcasts you have in your library; is

20  that right?

21    A.  I don't know.  I hadn't thought about that

22  really.

23    Q.  But that's one of the factors you would

24  have to take into account is the ease of

25  transferring the podcasts?                               14:03

Aiken & Welch Court Reporters  Stacie Somers  6/17/08

159

STATE OF CALIFORNIA      )

                         )        ss.

COUNTY OF ALAMEDA        )




    I, EARLY LANGLEY, a Shorthand Reporter, State

of California, do hereby certify:

    That STACIE SOMERS, in the foregoing deposition

named, was present and by me sworn as a witness in the

above-entitled action at the time and place therein

specified;

    That said deposition was taken before me at

said time and place, and was taken down in shorthand by

me, a Certified Shorthand Reporter of the State of

California, and was thereafter transcribed into

typewriting, and that the foregoing transcript

constitutes a full, true and correct report of said

deposition and of the proceedings that took place;

IN WITNESS WHEREOF, I have hereunder subscribed my hand

this 6th day of July 2008.


_____
EARLY LANGLEY, CSR NO. 5793
State of California


Aiken & Welch Court Reporters