| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| 2 | Craig E. Stewart #129530<br>JONES DAY |
| 3 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com<br>cestewart@jonesday.com |
| 6 | Attorneys for Defendant<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No. **C 05 00037 JW**<br>**C06-04457 JW**<br><br>**MANUAL FILING NOTIFICATION** |

**MANUAL FILING NOTIFICATION**

Regarding: **DECLARATION OF JO-ANNE KNYSH IN SUPPORT OF APPLE'S MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION - DOCUMENT SUBMITTED UNDER SEAL**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

Manual Filing Notification
C 05 00037 JW

1

1    [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

2    [X] Item Under Seal

3    [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

4    [_] Other (description): _____

                                            By: /s/ Tracy M. Strong
                                            Tracy M. Strong
                                            Counsel for Defendant

SFI-594758v1

Manual Filing Notification
C 05 00037 JW

2