| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| 2 | Craig E. Stewart #129530<br>JONES DAY |
| 3 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com<br>cestewart@jonesday.com |
| 6 | Attorneys for Defendant |
| 7 | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case Nos. C 05 00037 JW<br>C 06-04457 JW<br><br>**CERTIFICATE OF SERVICE** |

PROOF OF SERVICE
Case No. C-07-6507 JW

1

Dockets.Justia.com

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Denise Harmon, declare: |
| 3 | I am a citizen of the United States and employed in San Francisco County, California. I |
| 4 | am over the age of eighteen years and not a party to the within-entitled action. My business |
| 5 | address is 555 California Street, 26th Floor, San Francisco, California 94104. On October 17, |
| 6 | 2008, I served a copy of the within document(s): |

**UNREDACTED MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION - DOCUMENT SUBMITTED UNDER SEAL**

**REDACTED MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

**DECLARATION OF JO-ANNE KNYSH IN SUPPORT OF APPLE'S MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION - DOCUMENT SUBMITTED UNDER SEAL**

**DECLARATION OF ARTHUR RANGEL IN SUPPORT OF APPLE'S MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION - DOCUMENT SUBMITTED UNDER SEAL**

**APPLE'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE'S MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND THE DECLARATIONS OF JO-ANNE KNYSH AND ARTHUR RANGEL; DECLARATION OF TRACY M. STRONG IN SUPPORT**

**[PROPOSED] ORDER GRANTING APPLE'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE'S MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND THE DECLARATIONS OF JO-ANNE KNYSH AND ARTHUR RANGEL**

**MANUAL FILING NOTIFICATION RE UNREDACTED MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION - DOCUMENT SUBMITTED UNDER SEAL**

**MANUAL FILING NOTIFICATION RE DECLARATION OF JO-ANNE KNYSH IN SUPPORT OF APPLE'S MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION - DOCUMENT SUBMITTED UNDER SEAL**

**MANUAL FILING NOTIFICATION RE DECLARATION OF ARTHUR RANGEL IN SUPPORT OF APPLE'S MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION - DOCUMENT SUBMITTED UNDER SEAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

| | | |
|---|---|---|
| 1 | ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| 2 | ☒ | by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery. |
| 3 | ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| 4 | ☒ | by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below. |

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 17, 2008, at San Francisco, California.

/s/
Denise Harmon

**SERVICE LIST**

**Attorneys for Plaintiffs:**

| | |
|---|---|
| *VIA OVERNIGHT MAIL AND EMAIL*<br>Bonny E. Sweeney<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>bonnys@csgrr.com | *VIA OVERNIGHT MAIL ONLY AND EMAIL*<br>Roy A. Katriel<br>The Katriel Law Firm, P.C.<br>1101 30th Street, NW, Suite 500<br>Washington, DC 20007<br>rak@katriellaw.com |
| *VIA U.S. MAIL & EMAIL*<br>Andrew S. Friedman<br>Francis J. Balint, Jr.<br>Elaine A. Ryan<br>Todd D. Carpenter<br>Bonnett Fairbourn Friedman & Balint PC<br>2901 North Central Avenue, Suite 1000<br>Phoenix, AZ 85012<br>afriedman@bffb.com<br>fbalint@bffb.com<br>eryan@bffb.com<br>tcarpenter@bffb.com | *VIA U.S. MAIL & EMAIL*<br>Michael D. Braun<br>Braun Law Group PC<br>12304 Santa Monica Blvd., Suite 109<br>Los Angeles, CA 90025<br>mdb@braunlawgroup.com |
| *VIA U.S. MAIL & EMAIL*<br>Brian P. Murray<br>Jacqueline Sailer<br>Murray Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>bmurray@murrayfrank.com<br>jsailer@murrayfrank.com | *VIA U.S. MAIL & EMAIL*<br>Marc Godino<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>mgodino@glancylaw.com |

**Attorneys for Plaintiff Stacie Somers:**

| | |
|---|---|
| *VIA U.S. MAIL & EMAIL*<br>Helen I. Zeldes<br>Arleen Haeggquist<br>Zeldes & Haeggquist LLP<br>655 West Broadway, Suite 1410<br>San Diego, CA 92101<br>helenz@zeldeslaw.com<br>arleen@zhlaw.com | *VIA U.S. MAIL & EMAIL*<br>Steven A. Skalet<br>Craig L. Briskin<br>Mehri & Skalet PLLC<br>1250 Connecticut Ave., NW, Suite 300<br>Washington, DC 20036<br>sskalet@findjustice.com<br>cbriskin@findjustice.com |

SFI-591125v1