ADDENDUM 1



The iTunes Store is accessed through iTunes.



Customers can browse the iTunes Store by genre, artist, and album.



Customers can buy individual songs or complete albums.



Purchased iTunes Store music downloads to the music library and the Purchased playlist.



iPod can be manually managed or
automatically synced to the iTunes library.



To manage iPod manually,
drag files from the library to iPod.



Songs purchased from the iTunes Store on iPod, ready to be played.

ADDENDUM 2



Drag purchased music to playlist.



Click "Burn Disk."



Drag burned CD files to music library
(with import preference set to "MP3 encoder").



Drag MPEG files to Sansa music folder.



Songs purchased from iTunes Store on Sansa player, ready to play.