| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| | Craig E. Stewart #129530 |
| 2 | JONES DAY |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 626-3939 |
| 4 | Facsimile: (415) 875-5700 |
| | ramittelstaedt@jonesday.com |
| 5 | cestewart@jonesday.com |
| 6 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No. C 05 00037 JW <br> C06-04457 JW <br><br> **MANUAL FILING NOTIFICATION** |

**MANUAL FILING NOTIFICATION**

Regarding: **CORRECTED COPY OF UNREDACTED MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION – DOCUMENTS SUBMITTED UNDER SEAL**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

1  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
2  [X] Item Under Seal
3  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
4  [_] Other (description): _____

By: /s/ Tracy M. Strong
Tracy M. Strong
Counsel for Defendant

SFI-594758v1