| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| 2 | Craig E. Stewart #129530<br>JONES DAY |
| 3 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com<br>cestewart@jonesday.com |
| 6 | Attorneys for Defendant<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | **Case Nos. C 05 00037 JW**<br>**C 06-04457 JW**<br><br>**CERTIFICATE OF SERVICE** |

PROOF OF SERVICE
Case No. C-07-6507 JW

1

Dockets.Justia.com

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Denise Harmon, declare: |
| 3 | I am a citizen of the United States and employed in San Francisco County, California. I |
| 4 | am over the age of eighteen years and not a party to the within-entitled action. My business |
| 5 | address is 555 California Street, 26th Floor, San Francisco, California 94104. On October 20, |
| 6 | 2008, I served a copy of the within document(s): |
| 7 | **CORRECTED COPY OF UNREDACTED MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION – DOCUMENT SUBMITTED UNDER SEAL** |
| 8 | |
| 9 | **CORRECTED COPY OF REDACTED MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |
| 10 | |
| 11 | **MANUAL FILING NOTIFICATION Regarding: CORRECTED COPY OF UNREDACTED MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION – DOCUMENTS SUBMITTED UNDER SEAL** |
| 12 | |
| 13 | ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| 14 | ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| 15 | |
| 16 | ☒ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery. |
| 17 | |
| 18 | ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| 19 | ☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below. |
| 20 | |
| 21 | SEE ATTACHED SERVICE LIST |
| 22 | I am readily familiar with the firm's practice of collection and processing correspondence |
| 23 | for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same |
| 24 | day with postage thereon fully prepaid in the ordinary course of business. I am aware that on |
| 25 | motion of the party served, service is presumed invalid if postal cancellation date or postage |
| 26 | meter date is more than one day after date of deposit for mailing in affidavit. |
| 27 | |
| 28 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 20, 2008, at San Francisco, California.

/s/<br>
Denise Harmon

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **Attorneys for Plaintiffs:** |
| | *VIA OVERNIGHT MAIL AND EMAIL*     *VIA OVERNIGHT MAIL ONLY AND EMAIL* |

**SERVICE LIST**

**Attorneys for Plaintiffs:**

| *VIA OVERNIGHT MAIL AND EMAIL* | *VIA OVERNIGHT MAIL ONLY AND EMAIL* |
|---|---|
| Bonny E. Sweeney | Roy A. Katriel |
| Coughlin Stoia Geller Rudman & Robbins LLP | The Katriel Law Firm, P.C. |
| 655 West Broadway, Suite 1900 | 1101 30th Street, NW, Suite 500 |
| San Diego, CA 92101 | Washington, DC 20007 |
| bonnys@csgrr.com | rak@katriellaw.com |

| *VIA U.S. MAIL & EMAIL* | *VIA U.S. MAIL & EMAIL* |
|---|---|
| Andrew S. Friedman | Michael D. Braun |
| Francis J. Balint, Jr. | Braun Law Group PC |
| Elaine A. Ryan | 12304 Santa Monica Blvd., Suite 109 |
| Todd D. Carpenter | Los Angeles, CA 90025 |
| Bonnett Fairbourn Friedman & Balint PC | mdb@braunlawgroup.com |
| 2901 North Central Avenue, Suite 1000 | |
| Phoenix, AZ 85012 | |
| afriedman@bffb.com | |
| fbalint@bffb.com | |
| eryan@bffb.com | |
| tcarpenter@bffb.com | |

| *VIA U.S. MAIL & EMAIL* | *VIA U.S. MAIL & EMAIL* |
|---|---|
| Brian P. Murray | Marc Godino |
| Jacqueline Sailer | Glancy Binkow & Goldberg LLP |
| Murray Frank & Sailer LLP | 1801 Avenue of the Stars, Suite 311 |
| 275 Madison Avenue, Suite 801 | Los Angeles, CA 90067 |
| New York, NY 10016 | mgodino@glancylaw.com |
| bmurray@murrayfrank.com | |
| jsailer@murrayfrank.com | |

**Attorneys for Plaintiff Stacie Somers:**

| *VIA U.S. MAIL & EMAIL* | *VIA U.S. MAIL & EMAIL* |
|---|---|
| Helen I. Zeldes | Steven A. Skalet |
| Arleen Haeggquist | Craig L. Briskin |
| Zeldes & Haeggquist LLP | Mehri & Skalet PLLC |
| 655 West Broadway, Suite 1410 | 1250 Connecticut Ave., NW, Suite 300 |
| San Diego, CA 92101 | Washington, DC 20036 |
| helenz@zeldeslaw.com | sskalet@findjustice.com |
| arleenh@zhlaw.com | cbriskin@findjustice.com |

SFI-591125v2