| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| 2 | Craig E. Stewart #129530<br>JONES DAY |
| 3 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com<br>cestewart@jonesday.com |
| 6 | Attorneys for Defendant |
| 7 | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No. C 05 00037 JW<br>C 06-04457 JW<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE'S MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND THE DECLARATIONS OF JO-ANNE KNYSH AND ARTHUR RANGEL** |

Having considered Apple's Administrative Motion to File Under Seal Apple's Memorandum in Opposition to Motion for Class Certification and the Declarations of Jo-Anne Knysh and Arthur Rangel:

IT IS HEREBY ORDERED THAT Apple's Administrative Motion to File Under Seal Apple's Memorandum in Opposition to Motion for Class Certification and the Declarations of Jo-Anne Knysh and Arthur Rangel is GRANTED. The Clerk of Court shall file under seal:

1. Apple's **CORRECTED** Memorandum in Oppostiton to Motion for Class Certification

2. Declaration of Jo-Anne Knysh in Support of Apple's Memorandum in Opposition to Motion for Class Certification.

Apple's Admin. Mot. to File Under Seal
C 05 00037

3. Declaration of Arthur Rangel in Support of Apple's Memorandum in Opposition to Motion for Class Certification and attached exhibits.

**IT IS SO ORDERED.**
Apple's original memorandum in opposition to Motion for Class certification was filed in error and shall be destroyed.

Dated: __October 23__, 2008

_____
James Ware
United States District Court Judge

SFI-594710v1

- 2 -

Apple's Admin. Mot. to File Under Seal
C 05 00037