# EXHIBIT 1

1        UNITED STATES DISTRICT COURT FOR THE

2           NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4                  ---oOo---

5

6   THE APPLE iPOD iTUNES ANTI-      No. C-050037-JW(RS)
    TRUST LITIGATION,

7

8   _____/

9

10

11           DEPOSITION OF ROGER G. NOLL, Ph.D.

12

13

14

15

16

17      Taken before EARLY K. LANGLEY, RPR, RMR

18              CSR No. 3537

19            September 19, 2008

20

21

22

23

24    One Kaiser Plaza, Suite 505
                            Oakland, California 94612
25   Aiken                  Ph  510-451-1580
     Welch                  Fax 510-451-3797
     COURT                  www.aikenwelch.com
     REPORTERS

1      Q.  And at what point did you think this case,

2   as it was described to you, sounded a lot like

3   Microsoft?

4      A.  Instantaneously.

5      Q.  And what was it about the description of      10:20

6   this case that led you to that initial reaction?

7      A.  We were talking about the tying aspect of

8   it, and that's what sounded like it was -- had a

9   similarity to tying middleware to operating

10  systems that were parts of numerous complaints      10:20

11  against Microsoft.

12  ✳ Q.  Do you have any information one way or

13  another whether a consumer can play music from the

14  iTune store on any portable digital player other

15  than iPod?                                          10:21

16     A.  Well, I'm -- yeah, I'm aware precisely

17  what their limitations are.  I mean, if you -- the

18  mechanism is to either do an actual or virtual

19  burn of the CD and then replay it.

20     Q.  And in that way, music can be played from   10:21

21  the iTunes store on portable players other than an

22  iPod; correct?

23     A.  If you go through that set of procedures,

24  yes.   Just like you could always use Netscape ✳

25  even though Internet Explorer was the default

1  sometimes the first person in line buys it for

2  whatever the retail price is and resells it on

3  eBay that day for two or three times while -- what

4  that person paid for it.

5         So the nature of consumer demand is that        10:25

6  some people have a high willingness to pay, some

7  people have a medium willingness to pay, some

8  people have a low willingness to pay.  The issue

9  is what is the actual market price and how did

10 that market price come about.                          10:26

11      Q.  Do you -- does it matter to your opinion

12 on the economics of this case whether a consumer

13 purchased an iPod based on that consumer's

14 evaluation of iPods versus competing products,

15 without regard to the availability of music from     10:26

16 Apple's music store?

17      A.  What is the -- what is essential for this

18 case to have any merit on the tying side has to do

19 with whether there is a substantial effect on the

20 demand for and price of iPods.                         10:26

21      ✳  And so the identity of a particular

22 consumer with respect to whether their objective

23 was getting access to digital downloads, on a

24 portable digital player is not what's relevant.  ✳

25 What's relevant is were there enough people in the    10:27

20

1    market who wanted to use it for that purpose such

2    that the tie enabled a firm with market power in

3    digital downloads to transfer that market power to

4    the portable digital media player and thereby

5    succeed in raising price in that second market and        10:27

6    did it, in fact, increase the demand for that

7    particular product because of its unique ability

8    to download things from the iTunes Music Store.

9        Q.  Is that a "no" to the question?

10       A.  Well, it's an explanation because it, you        10:27

11   know, "yes" or "no" doesn't -- I mean, you asked a

12   question about the specific consumers, and it's

13   markets that matter, not specific consumers.

14           So it has to be some consumers out there

15   bought it for the purpose of digital downloads.           10:28

16   It doesn't have to be all and I don't have to

17   identify some specific customer who bought it for

18   that purpose.

19       ✳   What's necessary is that it shifted the

20   demand curve outward for iPods to have it be the          10:28

21   only one that could access iTMS.  So it's

22   something that the market level, not the

23   individual -- the demand curve outward because of

24   its unique ability to access the iTunes Music

25   Store. ✳

21

1    Q.  Okay.  And what is the "it" there when you

2  say it shifted --

3    A.  The fact that there was a differential

4  ease of access that it was substantial between

5  iPods and competing portable digital media          10:28

6  players.

7    Q.  Okay.  And that differential ease of

8  access is the two extra steps, burning and

9  ripping; correct?

10    A.  The issue with -- yes.  The issue is the     10:28

11  question -- the core question is whether that is

12  substantial enough to -- to be the equivalent of a

13  small but significant nontransitory increase in

14  price.  That is to say, does it impose a cost that

15  is sufficient so that it affects peoples'          10:29

16  decisions about which portable digital media

17  player to buy.

18    Q.  Okay.  And, again, the "it" in that answer

19  is the two extra steps to get music from Apple's

20  music store to a competing player as opposed to an  10:29

21  iPod; is that correct?

22    A.  There's that aspect to it, plus there's

23  also a potential issue about the quality of

24  reproduction arising from undertaking those steps.

25    Q.  Okay.  Do you hold the view that that type  10:29

66

1        * The issue is not would they have market

2    power.  The issue is not does all of their market

3    power derive from the tie.  The issue is is there

4    a not insubstantial part of that market power that

5    is derived from the tie. *                           11:25

6            So, the fact that the defendant believes,

7    and I'm certainly willing to accept believes

8    honestly, that their product is the best product

9    isn't the relevant issue.

10           The relevant issue is in the absence of    11:26

11   the tie would they have made the same sales at the

12   same price or would there have been a difference. *

13     * Q.  And by "the tie," you're referring to what

14   you called earlier the differential ease of

15   access?                                              11:26

16     A.  I'm referring -- well, I'm -- that's your

17   version of it.

18           My version of it is by the exclusive --

19   exclusivity of the FairPlay Digital Rights

20   Management system which is a dual decision,          11:26

21   decision not to use any other Digital Rights

22   Management system and a decision not to license

23   FairPlay. #

24     Q.  Okay.  And as you look at the result or

25   the consequences of those, that dual decision, the  11:26

141

1    case, then the total monopoly profits go up, if

2    you can engage in tying.

3    ✳ Q.  Okay.  Have you made any analysis of the

4    impact of the alleged tying arrangement on the

5    price of music?  The price of iTunes music?        14:24

6        A.  I have done no analysis of the effects of

7    the alleged tying.  I don't have a merits

8    conclusion.  So I -- I haven't done it for the

9    tied product or the tying product, though.  This

10   is not the liability phase.  This is the class      14:24

11   certification phase.

12       Q.  Is it --

13       A.  I don't have a conclusion about what the

14   effects on the price of anything were.

15       Q.  Okay.  Is it plausible that if the          14:24

16   plaintiffs were right that there was a tying

17   arrangement, it would have caused the price of

18   iTunes store music to drop?

19       A.  Maybe, maybe not.

20       Q.  Compared to the but-for world?              14:25

21       A.  There's -- you can't -- you cannot --

22   there's no theoretic answer to that question.

23   It's an empirical question.  Maybe, maybe not.  It

24   depends.

25       Q.  It depends on the results of a regression   14:25

Aiken & Welch Court Reporters     R. G. Noll    9/19/08

142

1    analysis taken into account the factors that

2    affect demand for iTunes music?

3        A.  Well, I would have said that's an example

4    of one way to answer the problem, yes.  But it --

5    that's not -- the "it depends" part is it depends    14:25

6    on the conditions in the market, the circumstances

7    in the market.

8        Q.  Okay.

9        A.  Both technical circumstances of production

10   and demand circumstances.                            14:25

11   ✗  Q.  Okay.  Can you describe what circumstances

12   in the market would lead to a lowering of the

13   price of the -- of iTunes music as a result of the

14   alleged tie?

15       A.  The closer the two products are to having  14:26

16   a fixed quantitative relationship in terms of the

17   quantity purchased of each.

18       Q.  Can you give me an example on the other

19   side other than the converse of that?

20       A.  Well, in the case of -- the reason -- it's  14:26

21   sort of facetious because obviously this isn't

22   that case.  I mean, people typically have an iPod,

23   and then they vary in the number of tunes they

24   buy.  All right.  So, the -- in this -- it's

25   obviously not a fixed relationship between the      14:26

143

1  complements.

2       The -- an example of something that is a

3  fixed relationship would be you had to have a

4  personal computer.  Right.  And one personal

5  computer produces an iPod.  Right.  Something to          14:27

6  interact with an iPod.  So that's closer.  It

7  isn't complete because someone might have two or

8  three PCs, but that's closer to being.  And then

9  even closer still would be the memory in an iPod

10  is in a fixed relationship to the iPod or the         14:27

11  microprocessor is in a fixed relationship to the

12  iPod.

13     Q.  Okay.  Other than the fixed-relationship

14  concept, what would be another circumstance in the

15  market that would lead theoretically to the           14:27

16  conclusion that the price of the tying product,

17  the music, would be lowered as a result of an

18  actual tie?

19     A.  Well, the -- the cost of the substitute

20  for the tied -- the tying product and the tied       14:27

21  product.

22       I mean, had you asked me about at length

23  there's an alternative to iTMS called going out

24  and buying a CD and ripping it.  And that's --

25  that puts a ceiling on whatever iTMS could ever      14:28

Aiken & Welch Court Reporters      R. G. Noll    9/19/08

144

1   charge for digital, permanent digital downloads.

2       Q.   Okay.  So how would that have an effect on

3   whether the price of the tying product, the music,

4   is lowered as a result of the tie if there were a

5   tie?                                                    14:28

6       A.   Well, in principle, if I make a bunch of

7   other assumptions, that produces a world in which

8   iTMS faces a kinked demand curve.

9       Q.   Kinked?

10      A.   Were -- Yeah.  K-i-n-k-e-d.                     14:28

11      Q.   Demand curve.

12      A.   It's elastic that prices represent the

13  cost of the alternative source and it's inelastic

14  at prices below that in which case they'd always

15  be pricing it to kink no matter what.                   14:28

16      Q.   What other conditions are necessary?

17      A.   You don't mean "necessary."  What other

18  conditions would lead to there being no effect?

19      Q.   Better question.

20      A.   Well, there's another issue about what's       14:29

21  called exploitation of the installed base, which

22  is getting a large installed base out there at the

23  -- at -- in a world in which you have the, quote,

24  "low introductory price," unquote, of iTMS.  And

25  then after the installed base is there raising the     14:29

1  price.  That would be a whole different world. ✴

2       Q.  Okay.  Your report says that the price

3  difference between two iPod models is twice the

4  difference in the cost of the memory and that the

5  memory, difference in size of memory, is the only    14:30

6  difference between the two models.

7       Do you remember that, generally?

8       A.  I remember reporting that's what somebody

9  else found in their analysis.

10      Q.  Okay.  Can you tell from that comparison    14:30

11 of price and cost difference whether Apple has any

12 market power?

13      A.  Well, as I said earlier, that's -- the

14 reference there is to illustrate the feasibility

15 of a method as contrasted to reach a conclusion.    14:30

16      All right.  And what that paper

17 illustrates is the feasibility of the method of

18 doing a comparative analysis of markups across

19 products based on component analysis.

20      Now, in order to believe that the result    14:30

21 supports that conclusion, you'd have to -- I'd

22 have to have access to the complete data.  I mean,

23 the underlying problem with citing that paper for

24 the purpose you described is they weren't using

25 component prices as paid by Apple.  They were    14:31

152

1      A. Yeah. Well, in the tying part of the case

2   it's not insignificant or insubstantial. In the

3   rule of reason part, it's more.

4      Q. Do you agree that the plaintiffs need to

5   show in this case at what point the Music Store        14:39

6   gained a sufficient market power?

7      A. I believe they bear the burden of proof

8   that it had market power. What -- I don't know as

9   a legal matter whether they have to state the

10  date, but they certainly have to demonstrate that      14:39

11  there was a -- was market power in iTMS for some

12  significant period of time, yes.

13     Q. Okay. And do you have a view on whether

14  that market power was attained by the market -- by

15  the Music Store on day one?                              14:39

16     A. Do I have a view?

17         As an economic expert, I haven't done the

18  work necessary to prove that one way or the other.

19  My expectation is that if not on day one very

20  early in the process it's likely that they had          14:40

21  market power in digital, permanent digital

22  downloads just by virtue of the fact there were no

23  close substitutes that had anything like their

24  inventory of products.

25     Q. Okay. Which is not to say that market          14:40

1   ✳ A.  It's how technically literate they are.

2   How easy it is for them to switch the file format,

3   to do the things necessary to switch the file

4   format.  Whether they have a CD burner.  Not

5   everybody has a CD burner.✳                          15:52

6          So there are -- the degree to which any

7   given person is locked in is -- just depends on a

8   bunch of stuff.

9          ✳  What's necessary for the lock-in effect to

10  matter is that, indeed, it creates a sufficiently    15:52

11  less elastic demand curve that there is a small

12  but significant nontransitory increase in price

13  arising from the lock-in effect. ✳

14      Q.  Is another variable in deciding whether a

15  particular person is locked in and buys an iPod      15:52

16  because of the lock-in rather than a competing

17  player that they prefer the -- the degree to which

18  they prefer the other MP3 player, in other words,

19  the stronger -- the weaker the preference for the

20  other MP3 player, the less they're locked in?        15:53

21      A.  Well, yes.  Obviously, how they value the

22  alternatives is relevant.

23      Q.  Is it also --

24      A.  I mean the reality is anybody who bought

25  an iPod, if there was a lock-in effect, anybody      15:53

1     A.  Oh, I'm sorry.  I'm sorry.  It's late in

2   the day.  Explain what we're after now.

3     Q.  You understand that the purported class

4   includes both direct consumers and resellers like

5   Best Buy?                                          17:01

6     A.  The wholesale market?

7     Q.  Yes.

8     A.  Yes.  Remind me what I was asked again.

9     Q.  Do you know whether or not you can use the

10  same regression analyses for both?                17:02

11         MS. SWEENEY:  Both being resellers and

12  consumers?

13  BY MR. MITTELSTAEDT:

14    Q.  Yes.

15  ✳ A.  My best guess is there's going to be two    17:02

16  regression analysis models because obviously the

17  wholesale price differs from the retail price.

18         What I -- what I need to know is how the

19  wholesale market actually works.  I need documents

20  about Apple's pricing policy in the wholesale      17:02

21  market.  I need transactions data in the wholesale

22  market and how I'll go about doing it -- doing

23  that part of the analysis would depend on those

24  details.

25         Let's take the simplest possible case,      17:02

1    which I doubt that it's true, but let's assume

2    that it's true.  Assume that the wholesale market

3    looks exactly like the retail market, that there's

4    a posted price for each model of iPod that's 30 or

5    40 percent below the retail price and everybody          17:03

6    can buy as much as they want at that posted price.

7         In that case, the -- a product-specific

8    dummy variable whether the buyer was a wholesaler

9    would be sufficient, right.  But that's almost

10   certainly not going to be true.  It might be true.      17:03

11        But I suspect there are quantity discounts

12   and advance purchase discounts, and, you know,

13   special promotional discounts if you spend some

14   money on advertising we'll pay some of it.  So

15   there's likely to be more complexity in the price       17:03

16   formation in the wholesale market than in the

17   retail market in which case there will probably

18   have to be two equations.

19        Q.  And can you tell me anything more than --

20   more than what is in your report on what the            17:03

21   equation will look like for the wholesale --

22        A.  Actually, if that's the case, it will look

23   a whole lot like the one I just did which is

24   static random access memory, static random access

25   memory, which is a different kind of case.  It's a      17:04

241

1    price conspiracy case, but it's still the same

2    basic story, which is that the contracts

3    themselves with the -- the wholesale contracts

4    between the chip manufacturers and the people who

5    make stuff like Apple specifies things like if you          17:04

6    promise to buy X in advance so we know what our

7    production run should be, we'll give you a slight

8    discount.

9            And if you -- and then there's just

10   straightforward quantity discounts, and there's --         17:04

11   there's other kinds of discounts, so that you have

12   to read the contracts for the large buyers to

13   figure out what the pricing policy is.  And now

14   once you've done that, you can just stick some

15   variables in the regression -- the price equation          17:05

16   that take into account those contract terms and

17   you can get a price equation. ✳

18       Q.   Okay.  Let me turn to one last subject.

19           If Apple were required to license FairPlay

20   and were permitted to charge a licensing fee,              17:05

21   would you expect that that would make music more

22   expensive?

23       MS. SWEENEY:  Objection.  Incomplete

24   hypothetical.

25           THE WITNESS:  Would I expect that that             17:05

Aiken & Welch Court Reporters      R. G. Noll    9/19/08

252

1  integrated system."

2      A.  Right.

3          MS. SWEENEY:  What page?

4  BY MR. MITTELSTAEDT:

5      Q.  Page 28, second paragraph.                    17:19

6          What does that mean and how can economic

7  analysis determine that?

8      A.  This is -- gets right to the

9  anticompetitive effect story; it's whether there

10 was, quote/unquote, a not insubstantial effect on   17:19

11 quantity arising from the tie.  That's what it

12 means.

13         The economic analysis focuses on an

14 economic -- a theory-driven economic analysis of

15 the actual market in terms of quantity of output    17:19

16 of various product versus the but-for market.

17         And so the -- what economics does is in

18 the end, produce an estimate for you of what the

19 quantitative impact of the anticompetitive

20 restriction was.  And a necessary condition for it  17:19

21 to be more than de minimus is, of course, market

22 power in the tying product market.

23    ✳  Q.  But, this is my problem with that:  You

24 say "if a large fraction of customers buy all

25 products from the same vendor."                     17:20

253

1    A.  Right.

2    Q.  You can do an economic analysis and say

3  whether they did it because they preferred all

4  those products or whether they were forced to buy

5  all the products; is that what you are saying?    17:20

6    A.  The act of tying --

7    Q.  By act of tying -- excuse me -- you mean

8  that the seller said I'm not going to sell you

9  product A unless you buy product B?

10    A.  Right.    17:20

11    Q.  So let's say 100 people buy product A and

12  B.  And some of them do it because they wanted to,

13  and the others did it because they were forced to

14  against their will.  What kind of economic

15  analysis can you do to tell us how many bought    17:21

16  because they wanted to and how many bought because

17  they were forced to?

18    A.  You don't do it that way.  I have answered

19  that before.  You don't -- you don't count noses.

20  You determine whether the specific elasticity    17:21

21  demand for the iPod was made less elastic because

22  of the act of tying.

23    Q.  But you don't know if there was an act of

24  tying.  What you're trying to do is figure out was

25  there tying or was there a preference?    17:21

1    A.  You know that an act of tying took place.

2  You don't know if it had caused anticompetitive

3  harm. ✳

4    Q.  So what you are doing is, again, you're

5  back to the regression where you try and explain          17:21

6  away all the price difference you can and then

7  what's left over you say, ah-hah, it must be the

8  tying?

9    A.  That's right.  Only anticompetitive harm

10  is a broader category than just the damages, and          17:22

11  it's not the same concept.  It's not the same

12  thing.  So, you know, the focus in anticompetitive

13  harm is broader and different, but it's the same

14  basic idea, the same basic approach.

15    Q.  And then finally at page 46, you say, "A          17:22

16  strategy of creating lock-in through technical

17  incompatibility is more attractive as the

18  installed base grows."

19    Then you talk about the iPod and you say

20  it has an estimated installed base over 110          ·17:22

21  million users, over 71 million of which have

22  activated iPod for use with Internet downloads.

23    A.  As of the date, whenever that was.

24    Q.  What do you mean 71 million have activated

25  the iPod for use with Internet downloads?          17:23

257

1    70 million and 110 million.  She's in the 40

2    million who have bought an iPod but who are not

3    locked in.

4         Q.  Where does the locked-out number come

5    from?  I thought that came from the difference        17:25

6    between 110 and 71.  That's what I am missing.

7         A.  No.  The locked-out people -- I don't --

8    you're right.  I don't have a firm estimate of

9    that.  The locked --

10        Q.  You're doing that by market share?           17:25

11        A.  Yes.

12        Q.  So if Apple has twice the market share of

13   everybody else combined?

14        A.  Yes.  It's not quite right.  It's not

15   quite right.  Because what you have to do is what     17:26

16   share of the Apple people have bought from iTMS

17   versus everybody who holds another portable

18   digital player.  That's the comparison.

19      ✗ Q.  And, again to -- to -- I think this is

20   clear but to make sure.                               17:26

21            When you say the 71 million, you're not

22   saying they, in fact, are locked in so that when

23   they need to buy another MP3 player they have to

24   buy an iPod?

25        A.  They face a continuum of switching cost      17:26

Aiken & Welch Court Reporters      R. G. Noll   9/19/08

1    that hinge on, A, how many files that they still

2    care about are digitally protected that they

3    bought from Apple, how sophisticated are they

4    technically to get around the system, do they own

5    a CD burner.  There's a number of factors that go    17:26

6    into this. ⚹

7        Q.  All the things we talked about?

8        A.  Yes.  So there will be some that are just

9    a little bit locked in and some a lot locked in

10   and some in between.                                 17:27

11       Q.  And there will be some percentage who go

12   ahead and buy a competing MP3 player because

13   they're not sufficiently locked in; right?

14       A.  In principle that could happen, yes.  I am

15   sure there are people out there, although I don't    17:27

16   know who they are, that bought an iPod and then

17   subsequently bought something else.  But, you

18   know, I don't know what the magnitude of that

19   number is.

20       Q.  And you can't tell, you don't know?          17:27

21   You're now --

22       A.  Well --

23       Q.  Just a second.  You're not going to figure

24   out and you could care less how many people are in

25   whichever category?                                  17:27