Robert A. Mittelstaedt #060359
Craig E. Stewart #129530
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
cestewart@jonesday.com

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | **Case No. C 05-00037 JW** <br> **C 06-04457 JW** <br><br> **DEFENDANTS' MOTION UNDER CIVIL L.R. 7-3(d) TO FILE RESPONSE TO PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION** <br><br> **Date:** December 15, 2008 <br> **Time:** 9:00 A.M. <br> **Place:** Courtroom 8, 4th Floor |

SFI-598299v1                                              Mot. for Leave to File Response.
C 05-00037 JW

Apple respectfully requests leave under Civil Local Rule 7-3(d) to file the attached 2½-page memorandum in response to plaintiffs' reply memorandum on class certification. Apple's response is limited to responding to three new arguments raised in plaintiffs' reply and to correcting plaintiffs' misstatement regarding Apple's opposition to certification of plaintiffs' section 2 claims. Apple believes that having this response in advance of the hearing will assist the Court in evaluating the parties' arguments and will permit a more efficient presentation of the issues as the hearing.

Dated: December 2, 2008

JONES DAY

By:/s/ Robert A. Mittelstaedt
    Robert A. Mittelstaedt

Counsel for Defendant

SFI-598299v1

1

Mot. for Leave to File Response.
C 05-00037 JW