Robert A. Mittelstaedt #060359
Craig E. Stewart #129530
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
ramittelstaedt@jonesday.com
cestewart@jonesday.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No.  **C 05-00037 JW**<br>**C 06-04457 JW**<br><br>**DEFENDANTS' MOTION UNDER CIVIL L.R. 7-3(d) TO FILE RESPONSE TO PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION**<br><br>**Date:** December 15, 2008<br>**Time:** 9:00 A.M.<br>**Place:** Courtroom 8, 4th Floor |

SFI-598299v1

Mot. for Leave to File Response.
C 05-00037 JW

1     Apple respectfully requests leave under Civil Local Rule 7-3(d) to file the attached

2 2½-page memorandum in response to plaintiffs' reply memorandum on class certification.

3 Apple's response is limited to responding to three new arguments raised in plaintiffs' reply and to

4 correcting plaintiffs' misstatement regarding Apple's opposition to certification of plaintiffs'

5 section 2 claims.  Apple believes that having this response in advance of the hearing will assist

6 the Court in evaluating the parties' arguments and will permit a more efficient presentation of the

7 issues as the hearing.

Dated: December 2, 2008

JONES DAY

By:/s/ Robert A. Mittelstaedt
    Robert A. Mittelstaedt

Counsel for Defendant

SFI-598299v1

1

Mot. for Leave to File Response.
C 05-00037 JW