1
2
3
4
5
6
7       IN THE UNITED STATES DISTRICT COURT
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9       SAN JOSE DIVISION

| | |
|---|---|
| The Apple iPod iTunes Antitrust Litigation _____/ | NO. C 05-00037 JW<br>NO. C 07-06507 JW<br><br>**ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE FOR THE DIRECT PURCHASERS' ACTION; VACATING CASE MANAGEMENT CONFERENCE FOR THE INDIRECT PURCHASERS' ACTION** |
| Stacie Somers,<br>     Plaintiff,<br>v.<br>Apple, Inc.<br>     Defendant.<br>_____/ | |

On December 15, 2008, the parties in <u>The Apple iPod iTunes Antitrust Litigation</u>, Case No. C 05-00037 JW, are scheduled to appear for a hearing on Plaintiffs' Motion for Class Certification. On its own motion, the Court CONTINUES the Class Certification hearing to **December 16, 2008 at 2:00 p.m.** to provide the parties with sufficient time to present their case. The December 15, 2008 Case Management Conference is also CONTINUED to December 16, 2008, and will be held following the hearing on Class Certification.

On December 15, 2008, the parties in the related case, <u>Stacie Somers v. Apple, Inc.</u>, Case No. C 07-06507 JW, are also scheduled to appear for a Case Management Conference. (<u>See</u> Docket Item No. 32.) The parties, however, have failed to timely file a Joint Case Management Statement. In light of the parties' failure to make this filing, the Court VACATES the December 15 Case Management Conference as to this case. The Court will set a new Case Management Conference, if

necessary, in its Order addressing Plaintiffs' Motion for Extension of Time to File and Modify Briefing Schedule on Motion for Class Certification.  (<u>See</u> Docket Item No. 36.)

Dated:  December 10, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand invalidaddress@invalidaddress.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@csgrr.com
Brian P Murray bmurray@murrayfrank.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Craig Ellsworth Stewart cestewart@jonesday.com
Francis Joseph Balint fbalint@bffb.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@csgrr.com
Michael David Braun service@braunlawgroup.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy A. Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Tracy Strong tstrong@jonesday.com

**Dated:  December 10, 2008**          **Richard W. Wieking, Clerk**

                                      **By:     /s/ JW Chambers**
                                           **Elizabeth Garcia**
                                           **Courtroom Deputy**