UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION<br><br>_____ / | No. C 05-00037 JW<br><br>CLERK'S NOTICE CHANGING TIME FOR HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the time for the Motion Hearing set for December 16, 2008 at 2:00 PM has been advanced to **9:00 AM.** The Court will conduct the case management conference following oral argument.

Dated: December 11, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy