# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 1 hr, 8 mins

## CIVIL MINUTES

**Judge:** James Ware
**Date:** December 16, 2008
**Case No.:** C-05-0037 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

## TITLE

### "The Apple iPod iTunes Anti-Trust Litigation"

**Attorney(s) for Plaintiff(s)**: Bonny Sweeney, Michael Braun, Francis Balint, Jr.
**Attorney(s) for Defendant(s)**: Robert Mittelstaedt, Carlyn Clause

## PROCEEDINGS

### Plaintiff's Motion for Class Certification [Doc. 165]

## ORDER AFTER HEARING

Hearing held. The Court took this matter under submission after oral argument. The Court VACATED the Case Management Conference that was to follow the hearing. The Court to issue further dates in its Order on Plaintiff's Motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: