1  ZELDES & HAEGGQUIST, LLP
   HELEN I. ZELDES (220051)
2  ALREEN HAEGGQUIST (221858)
   655 West Broadway, Suite 1410
3  San Diego, CA 92101
   Telephone: 619/955-8218
4  Fax: 619/342-7878
   helenz@zhlaw.com
5  alreenh@zhlaw.com

6  MEHRI & SKALET, PLLC
   STEVEN A. SKALET (admitted *pro hac vice*)
7  CRAIG L. BRISKIN (admitted *pro hac vice*)
   1250 Connecticut Ave NW, Suite 300
8  Washington, DC 20036
   Telephone: 202/822-5100
9  Fax: 202/822-4997
   sskalet@findjustice.com
10 cbriskin@findjustice.com

11 Attorneys for Plaintiff Stacie Somers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION, <br><br> This Document Relates To: <br><br> *Somers v. Apple, Inc.*, Case No. C 07-6507 JW, | Case No. C 07-6507 JW <br><br> DECLARATION OF ALREEN HAEGGQUIST IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL |

**[REDACTED VERSION]**

I, ALREEN HAEGGQUIST, declare as follows:

1. I am an attorney duly licensed to practice before this court. I am a partner with the law firm of Zeldes & Haeggquist, LLP, one of the lead counsels for Plaintiff Stacie Somers ("Plaintiff") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff's Motion for Class Certification and Appointment of Class Counsel.

3. Since the initiation of this action, Plaintiff's counsel has invested a considerable amount of time gathering evidence, formulating legal theories, reviewing documents, and working with an economic expert.

4. Plaintiff was deposed on June 17, 2008 by Apple's counsel, Bob Mittlestaedt and submitted herself to considerable deposition testimony.

5. Plaintiff has also provided substantial discovery, including, copies of all music files stored on her iPod, copies of all music files stored on both of her personal computers, copies of her iTunes Store purchase history, and iTunes Store account names and passwords.

6. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: Affidavit of Gary L. French, Ph.D., dated February 23, 2009;

Exhibit 2: Relevant Excerpts of Apple Inc.'s Annual Report (Form 10-K) (Sept. 24, 2005);

Exhibit 3: Zeldes & Haeggquist, LLP Firm Resume;

Exhibit 4: Mehri & Skalet PLLC Firm Resume; and

Exhibit 5: S. Jobs, *Thoughts on Music*, Feb. 6, 2007, *available at* www.apple.com/hotnews/thoughtsonmusic.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of February, 2009, at San Diego, California.

                                                 s/ Alreen Haeggquist
                                                 ALREEN HAEGGQUIST

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on February 23, 2009, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on February 23, 2009. |

       s/ Helen I. Zeldes
       HELEN I. ZELDES

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES
ALREEN HAEGGQUIST
655 West Broadway, Suite 1410
San Diego, CA 92101
Telephone: 619/955-8218
Fax: 619/342-7878

Email Addresses: helenz@zhlaw.com
                        alreenh@zhlaw.com

# MAILING INFORMATION FOR CASE C 07-06507

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Craig L. Briskin**
  cbriskin@findjustice.com, Pleadings@findjustice.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com, ybennett@jonesday.com

- **Tracy Strong**
  tstrong@jonesday.com, dharmon@jonesday.com

- **Elaine Wallace**
  rchavez@jonesday.com, ewallace@jonesday.com, clok@jonesday.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

**Steven A. Skalet**
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036

**MAILING INFORMATION FOR A CASE 5:05-CV-00037-JW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Francis Joseph Balint, Jr
  fbalint@bffb.com

- Michael David Braun
  service@braunlawgroup.com

- Andrew S. Friedman
  rcreech@bffb.com,afriedman@bffb.com

- Roy A. Katriel
  rak@katriellaw.com,rk618@aol.com

- Thomas J. Kennedy
  tkennedy@murrayfrank.com

- Caroline Nason Mitchell
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,
  ewallace@jonesday.com

- Robert Allan Mittelstaedt
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- Brian P Murray
  bmurray@rabinlaw.com

- Jacqueline Sailer
  jsailer@murrayfrank.com

- Adam Richard Sand , Esq
  invalidaddress@invalidaddress.com

- John J. Stoia , Jr
  jstoia@csgrr.com

- Tracy Strong
  tstrong@jonesday.com,dharmon@jonesday.com

- Bonny E. Sweeney
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- Helen I. Zeldes
  helenz@zhlaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012