

# 2009 FIRM RESUME

**Zeldes & Haeggquist, LLP** is a San Diego, California based law firm dedicated to representing clients throughout California and the nation in complex consumer, antitrust, insurance and human rights class action litigation, as well as individual business and employment litigation matters.  Zeldes & Haeggquist bring more than 20 years business experience to the table and more than 15 years of litigation experience to their practice.

The partners at Zeldes & Haeggquist, LLP have played instrumental roles in litigating cutting edge nationwide consumer, antitrust, insurance and human rights class actions and have successfully advocated for consumers and against the largest corporations in America.  They have played instrumental roles in class actions brought against corporations for a wide range of unlawful practices, including, but not limited to deceptive advertising, product defect, nationwide senior annuities fraud, wage/hour violations, race discrimination in insurance underwriting, and price-fixing.

Some of Zeldes & Haeggquist, LLP's current cases include:

► representing a nationwide class of consumers against **Public Storage**, **Inc.** for its alleged deceptive and misleading advertising practice of failing to inform consumers until they arrive at a Public Storage facility (often with their goods in tow) that they must buy add-on products such as locks and insurance before they can actually move in to their reserved storage unit. *Hilary v. Public Storage, Inc.*, Case No. BC382782 (Los Angeles Super. Ct.).

► representing a nationwide class of indirect purchasers of iPods (i.e. people who bought an iPod from someone other than Apple, like Best Buy, Costco, etc.) alleging that **Apple, Inc**. maintains an illegal monopoly on the digital music market and illegally tied the purchase of digital music and video files from its iTunes Store to the purchase of an iPod by making it impossible to play music and video purchased on iTunes using other portable players. *Somers v. Apple, Inc.*, Case No. 5:07-cv-06507-JW (N.D. Cal.).

► representing a nationwide class of consumers who purchased **Dell** or Hewlett-Packard computers containing defective graphics processing chips manufactured by **Nvidia**. The defective Nvidia graphics chips cause

the computers to display permanently corrupted images, such as distorted images, lines, garbled characters, artifacts, and even no images at all. *National Business Officers Association v. Nvidia*, Case No. 5:08-cv-05179-HRL (N.D. Cal.).

► representing a nationwide class of over two million purchasers of an alleged defective power adapter in a consumer product defect class action against **Apple, Inc**. *Gordon v. Apple, Inc.*, Case No. 5:06-cv-05358-JW. A nationwide settlement has been reached wherein eligible class members would receive from $25 - $79 each. Settlement is pending final approval.

► representing a California class of employees in a wage/hour class action alleging failure to pay overtime and rest and meal breaks. *Jones v. 3 Weiss Guys, Inc*., (San Diego Super. Ct.)

► representing a California class of employees in a wage/hour class action alleging failure to pay minimum wage, overtime and rest and meal breaks. *Ramsey v.* **Acme Cycles, Inc**., (San Diego Super. Ct.)

► representing victims of international human rights abuses and trafficking in numerous pro bono and contingency cases. *See e.g.* **In re South Africa Apartheid Litigation**, 02 MDL 1499 (JES) (S.D. N.Y).

## HELEN I. ZELDES, PARTNER

Ms. Zeldes is a founding member of Zeldes & Haeggquist, LLP whose practice focuses on class action litigation, employment discrimination, general business litigation and human rights. Ms. Zeldes has extensive experience litigating complex consumer class actions with an emphasis on actions brought by policyholders against life, auto and other insurers for deceptive sales practices, mortgage lending and banking fraud, product defect claims, wage/hour violations, and human rights, civil rights and antitrust violations.

Ms. Zeldes also has more than 20 years small business experience: from retail and manufacturing to importing and wholesaling to e-commerce, Ms. Zeldes has owned and operated eight businesses over the past two decades. Ms. Zeldes brings a business owner's sensibilities to the table in her litigation practice.

Ms. Zeldes is currently representing a nationwide class of plaintiffs in an action against Public Storage, Inc. for its alleged deceptive and misleading advertising practice of failing to inform consumers until they arrive at a Public Storage facility (often with their goods in tow) that they must buy add-on products such as locks and insurance before they can actually move in to their reserved storage unit, *Hilary v. Public Storage, Inc.*, Case No. BC382782; a nationwide consumer product defect class action against Apple, Inc. on behalf of a class of over two million purchasers of an alleged defective power adapter. *Gordon v. Apple, Inc.,* Case No. 5:06-cv-05358-JW (N.D. Cal). A nationwide settlement has been

reached wherein eligible class members would receive from $25 - $79 each. Settlement is pending final approval. Case No. 5:07-cv-06507-JW. Ms. Zeldes is also representing a nationwide class of indirect purchasers of iPods (i.e. people who bought an iPod from someone other than Apple, like Best Buy, Costco, etc.) alleging that Apple, Inc. maintains an illegal monopoly on the digital music market and illegally tied the purchase of digital music and video files from its iTunes Store to the purchase of an iPod by making it impossible to play music and video purchased on iTunes using other portable players, *Somers v. Apple, Inc.*, Case No. 5:07-cv-06507-JW. Ms. Zeldes is representing a nationwide class of consumers who purchased Dell or Hewlett-Packard computers containing defective graphics processing chips manufactured by NVIDIA. *National Business Officers Association v. Nvidia*, Case No. 5:08-cv-05179-HRL (N.D. Cal.).

Prior to starting Zeldes & Haeggquist, LLP, Ms. Zeldes worked for many years at the nation's largest plaintiff's class action firm (now known as Coughlin Stoia Geller Rudman & Robbins, LLP) in its consumer and insurance fraud class action practice group. There, Ms. Zeldes was instrumental in litigating a series of nationwide senior annuities fraud class actions in which her former firm was appointed Co-Lead Counsel.[1] Other nationwide class actions Ms. Zeldes litigated at Lerach Coughlin included: a wage/hour overtime action against Cintas, one of the nation's largest commercial laundries for violations of the Fair Labor Standards Act for misclassifying truck drivers as salesmen to avoid payment of overtime wages; race discrimination underwriting class actions against large insurance companies for their practice of intentionally charging African-Americans and other minorities more for life insurance than similarly situated Caucasians (cases that collectively recovered over $400 million for African-Americans and other minority class members as redress for the civil rights abuses they were subject to); race discrimination underwriting class actions against insurance companies based upon the improper use of credit scoring or geographical redlining to charge minorities higher premiums against insurance giants like Allstate and State Farm; a statewide consumer class action over the propriety of a private contractor operating "red light camera" systems throughout California, *Red Light Photo Enforcement Cases*, Judicial Council Coordinated Proceeding No. 4305, a case which Ms. Zeldes co-chaired at trial; A multi-state antitrust action entitled *In re Medical Waste Services Antitrust Litigation*, MDL No. 1546 (D. Utah), in which plaintiffs brought claims for defendants' alleged conspiracy to allocate customers and territories in the market for the collection, transportation and disposal of medical waste, as well as for unlawful monopolization. Ms. Zeldes was also involved in the *Carbon Fiber*

---

[1] *Buhs v. American International Group*, No. CGC 04-435919 (S.F. Super. Ct. Oct. 24, 2004); *Bacon v. American International Group*, No. 05-04979 MMC (N.D. Cal. Dec. 2, 205)(originally filed July 15, 2005 in San Francisco Superior Court, No. CGC 05-443149); *Kaiser v. Midland National Life Insurance Co.*, No. 05-00972-HLA-TEM (M.D. Fla. Sept. 20, 2005); *Healey v. Allianz Life Insurance Co. of North America,* No. 05-8908 (C.D. Cal. Dec. 22, 2005); *Anagnostis v. American Equity Investment Life Insurance Co.*, No. CV-06-388 MMM (C.D. Cal. Jan. 20, 2006); *Edwards v. AmerUs Group Co.*, No. 8:05-1590 (M.D. Fla.); and *Petry v. National Western Life Insurance Co.*, No. 05CV-2336J (S.D. Cal.).

*Antitrust Litigation*, Case No. CV-99-7796 (C.D. Cal), in which a class of purchasers alleged that the major producers of carbon fiber fixed the price of carbon fiber from 1993 to 1999. The case ultimately settled for $675 million.

Ms. Zeldes is licensed to practice law in the States of California and Hawaii and is admitted to practice before all the federal district courts in both states.

### ALREEN HAEGGQUIST, PARTNER

Alreen Haeggquist, a founding member of Zeldes & Haeggquist, LLP, has spent her entire legal career litigating consumer fraud and antitrust class actions. Before starting Zeldes & Haeggquist, LLP, Ms. Haeggquist practiced law at the nation's largest plaintiff's class action firm, Lerach Coughlin (now known as Coughlin Stoia Geller Rudman & Robbins, LLP), where she litigated numerous nationwide consumer and antitrust class actions. Ms. Haeggquist participated and played an instrumental role in the successful prosecution and settlement of numerous antitrust and unfair competition cases, including the Rubber Chemicals indirect purchaser cases, which resulted in significant cy pres funds to non-profit groups advocating for competition and the Bank Privacy Cases (S.F. Sup. Ct.), which resulted in better bank privacy policies, funding to non-profit groups advocating for privacy rights, and benefits to credit cardholders. Ms. Haeggquist has also been involved in several multi-district antitrust class actions pending in federal courts around the country, including *In re Payment Card Interchange Fee and Merch. Disc. Antitrust Litig.* (E.D.N.Y.) and *In re Carbon Black Antitrust Litig.* (D. Mass.) and *Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives & Composites, Inc.* (Carbon Fiber Antitrust Litigation), Case No. CV-99-7796 (C.D. Cal.), which resulted in a $675 million settlement for a class of purchasers that purchased allegedly price-fixed carbon fiber.

Ms. Haeggquist was also a major part of the team that obtained judgment of over $115 million against Farmers Insurance Exchange and against the Automobile Club for not disclosing the total premium to policyholders as required by law. Ms. Haeggquist also has been involved in a number of precedent-setting appellate decisions, including *McKell v. Washington Mutual*, 142 Cal. App. 4th 1457 (2006); *Dehoyos v. Allstate Corp.*, 345 F.3d 290 (5th Cir. 2003); and *Lorix v. Crompton Corp*, 736 N.W.2d 619 (Minn. 2007).

Ms. Haeggquist has also published numerous articles for the annual publication of California Litigation Review regarding recent developments in class action and discovery law.