| | |
|---|---|
| 1 | ZELDES & HAEGGQUIST, LLP |
| | HELEN I. ZELDES (220051) |
| 2 | ALREEN HAEGGQUIST (221858) |
| | 655 West Broadway, Suite 1410 |
| 3 | San Diego, CA  92101 |
| | Telephone:  619/955-8218 |
| 4 | Fax:  619/342-7878 |
| | helenz@zhlaw.com |
| 5 | alreenh@zhlaw.com |
| 6 | MEHRI & SKALET, PLLC |
| | STEVEN A. SKALET (admitted *pro hac vice*) |
| 7 | CRAIG L. BRISKIN (admitted *pro hac vice*) |
| | 1250 Connecticut Ave NW, Suite 300 |
| 8 | Washington, DC  20036 |
| | Telephone:  202/822-5100 |
| 9 | Fax:  202/822-4997 |
| | sskalet@findjustice.com |
| 10 | cbriskin@findjustice.com |
| 11 | Attorneys for Plaintiff Stacie Somers |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION, | ) Case No. C 07-6507 JW |
| | ) |
| This Document Relates To: | ) DECLARATION OF ALREEN |
| | ) HAEGGQUIST IN SUPPORT OF |
| *Somers v. Apple, Inc.*, Case No. C 07-6507 JW, | ) ADMINISTRATIVE MOTION RE: |
| | ) SEALING ORDER (CIVIL L.R. 79-5) |

I, ALREEN HAEGGQUIST, declare as follows:

1. I am an attorney duly licensed to practice before this court. I am a partner with the law firm of Zeldes & Haeggquist, LLP, one of the lead counsel for Plaintiff in this action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal portions of Exhibit 1 of the Declaration of Alreen Haeggquist in Support of Plaintiff's Motion for Class Certification and Appointment of Class Counsel ("Haeggquist Declaration") pursuant to Local Rules 7-11 and 79-5(d) and the Stipulation and Protective Order Regarding Confidential Information ("Protective Order") entered March 14, 2008 (Document No. 18).

3. The parties entered into the Protective Order, which was signed by the Court on March 14, 2008. Under the Protective Order, the parties may designate certain Discovery Materials, which includes documents produced pursuant to Rule 34 of the Federal Rules of Civil Procedure and interrogatory responses, they deem to be entitled to protection under Rule 26(c) of the Federal Rules of Civil Procedure as "Confidential" and restrict their dissemination and disclosure.

4. Defendant has designated the documents it produced pursuant to Rule 34 of the Federal Rules of Civil Procedure and its interrogatory responses as "Confidential" under the Protective Order. These documents and interrogatory responses are discussed in the Affidavit of Gary I. French, Ph.D., which is submitted as Exhibit 1 to the Haeggquist Declaration. Accordingly, portions of Exhibit 1 to the Haeggquist Declaration have been redacted to allow public access to the redacted Haeggquist Declaration and the redacted Haeggquist Declaration is stamped "REDACTED."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of February, 2009, at San Diego, California.

                                                 s/ Alreen Haeggquist
                                                 ALREEN HAEGGQUIST

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 23, 2009.

    s/ Helen I. Zeldes
    HELEN I. ZELDES

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES
ALREEN HAEGGQUIST
655 West Broadway, Suite 1410
San Diego, CA 92101
Telephone: 619/955-8218
Fax: 619/342-7878

Email Addresses: helenz@zhlaw.com
                     alreenh@zhlaw.com

# MAILING INFORMATION FOR CASE C 07-06507

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Craig L. Briskin**
  cbriskin@findjustice.com, Pleadings@findjustice.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com, ybennett@jonesday.com

- **Tracy Strong**
  tstrong@jonesday.com, dharmon@jonesday.com

- **Elaine Wallace**
  rchavez@jonesday.com, ewallace@jonesday.com, clok@jonesday.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

**Steven A. Skalet**
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036

| | |
|---|---|
| 1 | **MAILING INFORMATION FOR A CASE 5:05-CV-00037-JW** |
| 2 | **Electronic Mail Notice List** |
| 3 | The following are those who are currently on the list to receive e-mail notices for this case. |

- Francis Joseph Balint, Jr
  fbalint@bffb.com

- Michael David Braun
  service@braunlawgroup.com

- Andrew S. Friedman
  rcreech@bffb.com,afriedman@bffb.com

- Roy A. Katriel
  rak@katriellaw.com,rk618@aol.com

- Thomas J. Kennedy
  tkennedy@murrayfrank.com

- Caroline Nason Mitchell
  cnmitchell@jonesday.com,mlandsborough@jonesday.com, ewallace@jonesday.com

- Robert Allan Mittelstaedt
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- Brian P Murray
  bmurray@rabinlaw.com

- Jacqueline Sailer
  jsailer@murrayfrank.com

- Adam Richard Sand , Esq
  invalidaddress@invalidaddress.com

- John J. Stoia , Jr
  jstoia@csgrr.com

- Tracy Strong
  tstrong@jonesday.com,dharmon@jonesday.com

- Bonny E. Sweeney
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- Helen I. Zeldes
  helenz@zhlaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012