UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION, <br><br> This Document Relates To: <br><br> *Somers v. Apple, Inc.*, Case No. C 07-6507 JW, | Case No. C 07-6507 JW <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL |

1  This Court has reviewed and considered Plaintiff's Administrative Motion Re Sealing Order and the Declaration of Alreen Haeggquist filed in support thereof. Good cause appearing, the Court hereby ORDERS as follows: Plaintiff's request for permission to file portions of Exhibit 1 to the Declaration of Alreen Haeggquist in Support of Plaintiff's Motion for Class Certification and Appointment of Co-Lead Counsel under seal is granted

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES
ALREEN HAEGGQUIST
655 West Broadway, Suite 1410
San Diego, CA 92101
Telephone: 619/955-8218
Fax: 619/342-7878
helenz@zhlaw.com
alreenh@zhlaw.com

MEHRI & SKALET, PLLC
STEVEN A. SKALET
CRAIG L. BRISKIN
1250 Connecticut Ave NW, Suite 300
Washington, DC 20036
Telephone: 202/822-5100
Fax: 202/822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiff Stacie Somers