| | |
|---|---|
| Michael D. Braun (167416)<br>BRAUN LAW GROUP, P.C.<br>12304 Santa Monica Boulevard<br>Suite 109<br>Los Angeles, CA 90025<br>Tel:  (310) 442-7755<br>Fax:  (310) 442-7756<br>E-mail: service@braunlawgroup.com<br><br>Counsel for Plaintiffs | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | LEAD CASE NO. C05-00037 JW<br><br>**CLASS ACTION**<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

NOTICE OF CHANGE OF FIRM ADDRESS
LEAD CASE NO.: C05-00037 JW

Dockets.Justia.com

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective March 2, 2009, the address, telephone, and fax numbers for the Braun Law Group will be as follows:

        Braun Law Group, P.C.
        10680 West Pico Boulevard, Suite 280
        Los Angeles, CA 90064
        Phone:  (310) 836-6000
        Fax:    (310) 836-6010

DATED: February 23, 2009.

        BRAUN LAW GROUP, P.C.

        By   */s/ Michael D. Braun*
            Michael D. Braun
            Attorneys for Plaintiff