1  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
2  BONNY E. SWEENEY (176174)
   655 West Broadway, Suite 1900
3  San Diego, CA  92101
   Telephone:  619/231-1058
4  619/231-7423 (fax)
   bonnys@csgrr.com
5
   THE KATRIEL LAW FIRM
6  ROY A. KATRIEL (*pro hac vice*)
   1101 30th Street, N.W., Suite 500
7  Washington, DC  20007
   Telephone:  202/625-4342
8  202/330-5593 (fax)
   rak@katriellaw.com
9
   Co-Lead Counsel for Plaintiffs
10
   [Additional counsel appear on signature page.]
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN JOSE DIVISION
14

15  THE APPLE IPOD ITUNES ANTI-TRUST      )   Lead Case No. C-05-00037-JW(RS)
    LITIGATION                            )
16  _____   )   CLASS ACTION
                                          )
17  This Document Relates To:             )   DECLARATION OF BONNY E. SWEENEY
                                          )   IN SUPPORT OF PLAINTIFFS'
        ALL ACTIONS.                      )   OPPOSITION TO DEFENDANT'S MOTION
18  _____   )   FOR JUDGMENT ON THE PLEADINGS AS
                                          )   TO PLAINTIFFS' TYING CLAIMS
19
                                              JUDGE:    Hon. James Ware
20                                            DATE:     March 23, 2009
                                              TIME:     9:00 a.m.
21                                            CTRM:     8-4th Floor
22
23
24
25
26
27
28

1    I, Bonny E. Sweeney, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of

3    California and am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP. I

4    have personal knowledge of the matters stated herein, and, if called upon, I could and would

5    competently testify thereto.

6    2.    I am Co-Lead Counsel on behalf of Melanie Tucker, Mariana Rosen, and Somtai

7    Troy Charoensak (collectively, "Plaintiffs") in the above-entitled action.

8    3.    I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion

9    for Judgment on the Pleadings as to Plaintiffs' Tying Claims.

10    4.    Attached are true and correct copies of the following exhibits:

11    Exhibit 1:    Relevant Excerpts from the Deposition of Melanie Tucker, taken October 26,
      2007; and
12
      Exhibit 2:    Relevant Excerpts from the Deposition of Mariana Rosen, taken January 24,
13                2007.

14    I declare under penalty of perjury under the laws of the State of California that the foregoing

15    is true and correct. Executed this 2nd day of March, 2009, at San Diego, California.

16

17                                        s/ Bonny E. Sweeney
                                          BONNY E. SWEENEY
18
      S:\CasesSD\Apple Tying\DEC00057879.doc
19

20

21

22

23

24

25

26

27

28

DEC. OF BONNY E. SWEENEY ISO PLAINTIFFS' OPPO TO DEFENDANT'S MOTION FOR
JUDGMENT ON THE PLEADINGS AS TO PLAINTIFFS' TYING CLAIMS - C-05-00037-JW(RS)    - 1 -

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on March 2, 2009, I electronically filed the foregoing with the Clerk of

3

the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6

participants indicated on the attached Manual Notice List.

7

I certify under penalty of perjury under the laws of the United States of America that the

8

foregoing is true and correct.  Executed on March 2, 2009.

9

                       <u>s/ Bonny E. Sweeney</u>

10

BONNY E. SWEENEY

11

COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP

12

655 West Broadway, Suite 1900
San Diego, CA  92101-3301

13

Telephone:  619/231-1058
619/231-7423 (fax)

14

15

E-mail:bonnys@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012