# EXHIBIT 1

08:59:01

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MELANIE TUCKER, On Behalf of         )
Herself and All Others Similarly     )
Situated,                            )
                                     )
                Plaintiff,           ) Case No. C 06
                                     ) 4457 HRL
        vs.                          )
                                     )
APPLE COMPUTER, INC., a              )
California Corporation,              )
                                     )
                Defendant.           )
                                     )

---oOo---

FRIDAY, OCTOBER 26, 2007

VIDEOTAPE DEPOSITION OF MELANIE TUCKER

---oOo---

REPORTED BY: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

MELANIE TUCKER

Page 12

| | | |
|---|---|---|
| 09:18:33 | 1 | Q.    BY MR. MITTELSTAEDT:  You made the decision to buy |
| 09:18:35 | 2 | the iPod at the price that it was offered? |
| 09:18:38 | 3 | A.    Yes. |
| 09:18:38 | 4 | Q.    And you thought it was worth it? |
| 09:18:42 | 5 | MR. CARPENTER:  Objection. |
| 09:18:43 | 6 | Q.    BY MR. MITTELSTAEDT:  At the time you bought it? |
| 09:18:44 | 7 | MR. CARPENTER:  Pardon me.  Objection to form. |
| 09:18:47 | 8 | THE WITNESS:  I was hoping it would be worth it. |
| 09:18:51 | 9 | Q.    BY MR. MITTELSTAEDT:  At the time you bought the |
| 09:19:02 | 10 | first iPod, had you heard anything about Apple's online music |
| 09:19:07 | 11 | store? |
| 09:19:08 | 12 | A.    Not that I recall. |
| 09:19:10 | 13 | Q.    Had either of those friends, Travis or Sean, said |
| 09:19:14 | 14 | anything about the Apple's iTunes music store? |
| 09:19:22 | 15 | A.    I don't recall them mentioning the iPod's store. |
| 09:19:26 | 16 | Q.    At the time you bought your first iPod, did you have |
| 09:19:30 | 17 | any information as to what music those two friends put on |
| 09:19:34 | 18 | their iPod? |
| 09:19:35 | 19 | A.    No. |
| 09:19:40 | 20 | Q.    Other than that first iPod that you bought in April |
| 09:19:42 | 21 | of 2005, how many other iPods have you bought? |
| 09:19:46 | 22 | A.    One. |
| 09:19:47 | 23 | Q.    When did you buy that? |
| 09:19:49 | 24 | A.    December of 2006. |
| 09:20:00 | 25 | Q.    And why did you buy that one? |

MELANIE TUCKER

bfe1ff64-ab09-425e-a49a-9c2410ddb2e4

Page 13

```
09:20:01   1    A.   Because my first one broke.
09:20:04   2    Q.   And how did you choose an iPod rather than, say, an
09:20:09   3    iRiver at that point?
09:20:11   4    A.   Because all of my music was already on my iTunes and
09:20:15   5    that would have the only way to keep my music.
09:20:19   6    Q.   Did you do anything to research how you could put
09:20:21   7    that music onto another digital player other than an iPod?
09:20:25   8    A.   I did not.
09:20:26   9    Q.   Have you ever researched that?
09:20:33  10    A.   No.
09:20:34  11    Q.   Did anyone tell you that it was impossible to put
09:20:39  12    your music that you had on the iPod onto a competing digital
09:20:45  13    music player like an iRiver?
09:20:47  14         MR. CARPENTER:  Objection to form.
09:20:49  15         THE WITNESS:  Can you repeat the question?
09:20:51  16    Q.   BY MR. MITTELSTAEDT:  Did anyone ever tell you that
09:20:53  17    you could not put music that you had on your iPod onto a
09:20:57  18    competing digital music player?
09:20:59  19    A.   I was aware of that.
09:21:00  20    Q.   But did anyone ever tell you that?
09:21:04  21    A.   No.
09:21:07  22    Q.   How did you become aware of that, as you say?
09:21:12  23    A.   I was reading about it.
09:21:18  24    Q.   Where?
09:21:18  25    A.   Online.
```

MELANIE TUCKER

bfe1ff64-ab09-425e-a49a-9c2410ddb2e4