# EXHIBIT 2

```
                                        Rosen Depo
00001
  1         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
  2
  3   SOMTAI TROY CHAROENAK       )
      and MARIANNA ROSEN,         )
  4   individually and on behalf  )  Civil Action C-05-00037
      of all others similarly     )
  5   situated,                   )
                                  )
  6                   Plaintiffs, )
                                  )
  7            vs.                )
                                  )
  8   APPLE COMPUTER, INC.,       )
                                  )
  9                   Defendant.  )
      ----------------------------*
 10
                       Wednesday, January 24, 2007
 11                    New York, New York
                       10:17 a.m.
 12
 13           Videotaped Deposition of MARIANNA ROSEN,
 14   taken by Defendant, pursuant to Notice, held at the
 15   offices of Jones Day, 222 East 41st Street, New York,
 16   New York, on Wednesday, January 24, 2007 at 10:17
 17   a.m. before Josephine H. Fassett, a Certified
 18   Shorthand Reporter and Notary Public of the State of
 19   New York.
 20
 21
 22
 23
 24
 25
00002
  1   A P P E A R A N C E S :
  2
  3
      THE KATRIEL LAW FIRM
  4   Attorneys for Plaintiffs
          1101 30th Street, N.W.
  5       Suite 500
          Washington, D.C.  20007
  6   BY: ROY A. KATRIEL, ESQ.
  7
  8   JONES DAY
      Attorneys for Defendant
  9       555 California Street
          26th Floor
 10       San Francisco, California  94104
      BY: ROBERT A. MITTELSTAEDT, ESQ.
 11
 12
 13   A L S O    P R E S E N T :
 14
      THOMAS DELVECCHIO, Videographer
 15
 16
 17
 18
 19
                            Page 1
```

```
                                    Rosen Depo
15      I think since I had iTunes I don't remember buying
16      them.
17              Q       What American record stores did you
18      used to go to?
19              A       I think only Tower Records.
20              Q       And which Tower?
21              A       Where?
22              Q       Yeah.
23              A       On which street?  You know, the one
24      in East Village I think.  Not far from Strand's
25      Bookstore.  We used to go out and go to Strand's
00088
 1      Bookstore and buy some books and go to Tower
 2      Record and buy some records but that was a long
 3      time ago.
 4              Q       When was the last time you were at
 5      Tower?
 6              A       I really don't remember.
 7              Q       Okay.
 8              A       But a while ago.  Is it even open?
 9              Q       I don't know.
10              A       I think they got out of business.  I
11      think they're out of business, the last I heard
12      somewhere they are.
13              Q       Do you ever buy physical CD's online
14      like at Amazon.com?
15              A       I definitely, if I do buy it, I
16      don't think I bought a CD -- with music again, you
17      mean music, right?
18              Q       Right.
19              A       I don't think I lately.  I might
20      have bought five years ago but not the next, the
21      last couple.
22              Q       How about videos, have you bought
23      any videos, physical videos online like through
24      Amazon or another Web site?
25              A       I bought, definitely I bought the
00089
 1      DVD's, the video DVD's from this Russian Web site
 2      called Kniga.com with Russian movies in it, that
 3      I still, you know, a couple times a year I do
 4      that.  I don't remember ever buying an American
 5      movie online.  It's usually a compulsive purchase
 6      where I would see the movie I really like and buy
 7      it in the store.
 8              Q       Okay.  The third iPod you bought,
 9      this is the second one for yourself but the third
10      you bought.
11              A       Okay.
12              Q       That was a video iPod?
13              A       Uh-hum.
14              Q       Yes?
15              A       I'm sorry.  Yes.
16              Q       And did you buy that in part because
17      of the video feature?
18              A       I like the video feature of course
19      but I bought it mostly because I already had an
20      iTunes library that I could use with it.
21              Q       But my question is:  Did you buy it
22      in part because of the video aspect?
23              A       I bought it in part because of the
24      video aspect but I think there are others that
25      have video access.
```

```
                              Rosen Depo
00090
  1         Q     Did you shop around to see if there
  2   were others with videos, other mp3 players with
  3   video capability?
  4         A     I did not shop around because I
  5   already had my iTunes library.
  6         Q     One of the reasons you wanted a new
  7   mp3 player was so you could watch your videos on
  8   the player, correct?
  9         A     No.
 10         Q     Do you watch the videos on your new
 11   iPod?
 12         A     The screen is too small.
 13         Q     So you've never, never watched a
 14   video on your new iPod; is that correct?
 15         A     I mean not consciously.  I never sit
 16   down and watch them.  If my son watches a little
 17   cartoon, I might look in.  It's too small a
 18   screen, no.
 19         Q     Do you have any videos loaded on
 20   your new iPod?
 21         A     Yes, because when it syncs to the
 22   iTunes, it automatically loads the videos,
 23   although in a funny way.  Like, for example, the
 24   Desperate Housewives somehow was not there because
 25   I don't really care because I don't watch videos
00091
  1   on iPod.
  2         Q     Does your son watch cartoons on the
  3   iPod?
  4         A     He is not allowed, but he does.
  5   They're there, I mean, I don't even know how to
  6   delete them.  So like, for example, I loaded, I
  7   wanted to know what this thing, all this noise
  8   about this group Strokes, this New York City group
  9   Strokes and I bought a video, you know, how do you
 10   say it, video clip from iTunes for that music, and
 11   it's a little explicit, but somehow it's in my
 12   iPod.  I mean not somehow, I know that it should
 13   be in my iPod, I synched it, and my son saw it, so
 14   I'm not nuts about him watching it.
 15         Q     Okay.  So he does watch videos on
 16   your iPod?
 17         A     Sometimes.
 18         Q     When you bought the newest iPod, did
 19   you think to yourself that you were paying too
 20   much for it?
 21         A     Surely of course, I thought it was
 22   expensive, I think all iPods are very expensive.
 23         Q     When you bought the first iPod, did
 24   you think it was expensive?
 25         A     I thought it was expensive.
00092
  1         Q     But you went ahead and voluntarily
  2   bought it?
  3         A     I'm Russian, we derive pleasure from
  4   spending money.  I'm joking.
  5               I thought it was expensive but I
  6   wanted something that wouldn't skip the music, so
  7   I went and bought it, I thought I'm going to
  8   monetize it over years.
  9         Q     You didn't think it was so expensive
 10   that you wanted to take the time to shop around
                              Page 38
```