# **APPENDIX B**

### **Statutes of Limitation for 19 Jurisdictions**

| State | Statute of Limitations |
|:-:|---|
| CA | 4 years.  Cal Bus. & Prof. Code § 16750.1. |
| AZ | 4 years.  A.R.S. § 44-1410. |
| DC | 4 years.  D.C. Code § 28-4511. |
| FL | 4 years.  Fla. Stat. § 501.207(5). |
| IA | 4 years.  Iowa Code § 553.16(2). |
| ME | 6 years.  Me. Rev. Stat. Ann. Title 14, § 752. |
| MA | 4 years.  Mass. Gen. Laws Ch. 360, s 5A. |
| MI | 4 years.  Mich. Comp. Laws Ann. § 445.781(2). |
| MN | 4 years.  Minn. Stat. § 325D.64. |
| NE | 4 years.  Neb. Rev. Stat. § 59-1612. |
| NV | 4 years.  Nev. Rev. Stat. § 598A.220(2). |
| NM | 4 years.  N.M. Stat. Ann. § 57-1-12. |
| NC | 4 years.  N.C. Gen. Stat. § 75-16.2. |
| ND | 4 years.  N.D. Cent. Code § 51.08.1-10(2). |
| SD | 4 years.  S.D. Codified Laws § 37-1-14.4. |
| TN | 3 years.  T. C. A. § 28-305. |
| VT | 6 years.  12 V.S.A. § 511. |
| WV | 4 years.  W.Va. Code § 47-18-11. |
| WI | 6 years.  Wis. Stat. Ann. § 133.18(2). |