ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)
helenz@zhlaw.com
alreenh@zhlaw.com

MEHRI & SKALET, PLLC
STEVEN A. SKALET (admitted *pro hac vice*)
CRAIG L. BRISKIN (admitted *pro hac vice*)
1250 Connecticut Ave NW, Suite 300
Washington, DC  20036
Telephone:  202/822-5100
202/822-4997 (fax)
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiff Stacie Somers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION, | Case No. C 07-6507 JW |
| This Document Relates To: | ADMINISTRATIVE MOTION RE: SEALING ORDER (CIVIL L.R. 79-5) |
| *Somers v. Apple, Inc.*, Case No. C 07-6507 JW, | |

1  Plaintiff submits this Administrative Motion in compliance with the Stipulation and
2 Protective Order Regarding Confidential Information ("Protective Order") filed in this matter on
3 March 14, 2008. Pursuant to the Protective Order any motion, pleading or other submission that
4 contains or attaches Confidential Material must be filed under seal. Plaintiff hereby requests
5 permission to file portions of: Reply Memorandum in Support of Motion for Class Certification and
6 Appointment of Lead Counsel; and Exhibits 2 and 4 to the Declaration of Helen Zeldes in Support of
7 Reply Memorandum in Support of Motion for Class Certification and Appointment of Class
8 Counsel, under seal. The reasons supporting Plaintiff's application are set forth in the Declaration of
9 Helen Zeldes filed concurrently herewith. Plaintiff has also concurrently lodged a proposed order.

10 DATED: May 19, 2009                           ZELDES & HAEGGQUIST, LLP
                                                HELEN I. ZELDES
11                                              ALREEN HAEGGQUIST

12

13                                                  s/ Helen I. Zeldes
                                                   HELEN I. ZELDES
14
                                                625 Broadway, Suite 906
15                                              San Diego, CA  92101
                                                Telephone:  619/342-8000
16                                              619/342-7878 (fax)
                                                helenz@zhlaw.com
17                                              alreenh@zhlaw.com

18
                                                MEHRI & SKALET, PLLC
19                                              STEVEN A. SKALET
                                                CRAIG L. BRISKIN
20                                              1250 Connecticut Ave NW, Suite 300
                                                Washington, DC  20036
21                                              Telephone:  202/822-5100
                                                202/822-4997 (fax)
22                                              sskalet@findjustice.com
                                                cbriskin@findjustice.com
23

24                                              Attorneys for Plaintiff Stacie Somers

25

26

27

28

ADMINISTRATIVE MOTION RE: SEALING
ORDER (CIVIL L.R. 79-5) - C 07-6507 JW                                                         - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 19, 2009.

                                              s/ *Alreen Haeggquist*
                                         ALREEN HAEGGQUIST

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES
ALREEN HAEGGQUIST
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)
helenz@zhlaw.com
alreenh@zhlaw.com

**MAILING INFORMATION FOR CASE C 07-06507**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Craig L. Briskin**
  cbriskin@findjustice.com, Pleadings@findjustice.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com, ybennett@jonesday.com

- **Tracy Strong**
  tstrong@jonesday.com, dharmon@jonesday.com

- **Elaine Wallace**
  rchavez@jonesday.com, ewallace@jonesday.com, clok@jonesday.com

- **Helen I. Zeldes**
  helenz@zhlaw.com


**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

**Steven A. Skalet**
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036

**MAILING INFORMATION FOR A CASE 5:05-CV-00037-JW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Francis Joseph Balint, Jr
  fbalint@bffb.com

- Michael David Braun
  service@braunlawgroup.com

- Andrew S. Friedman
  rcreech@bffb.com,afriedman@bffb.com

- Roy A. Katriel
  rak@katriellaw.com,rk618@aol.com

- Thomas J. Kennedy
  tkennedy@murrayfrank.com

- Caroline Nason Mitchell
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,
  ewallace@jonesday.com

- Robert Allan Mittelstaedt
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- Brian P Murray
  bmurray@rabinlaw.com

- Jacqueline Sailer
  jsailer@murrayfrank.com

- Adam Richard Sand , Esq
  invalidaddress@invalidaddress.com

- John J. Stoia , Jr
  jstoia@csgrr.com

- Tracy Strong
  tstrong@jonesday.com,dharmon@jonesday.com

- Bonny E. Sweeney
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- Helen I. Zeldes
  helenz@zhlaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012