1
2
3
4
5
6
7
8
9
10                  UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12                          SAN JOSE DIVISION
13

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION, | Case No. C 07-6507 JW |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL |
| *Somers v. Apple, Inc.*, Case No. C 07-6507 JW, | |

1  This Court has reviewed and considered Plaintiff's Administrative Motion Re Sealing
2  Order and the Declaration of Helen Zeldes filed in support thereof. Good cause appearing, the
3  Court hereby ORDERS as follows: Plaintiff's request for permission to file portions of the
4  Reply Memorandum in Support of Motion for Class Certification and Appointment of Co-Lead
5  Counsel and Exhibits 1 and 4 to the Declaration of Helen Zeldes in Support of Reply
6  Memorandum under seal are granted.

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: _____    _____
                                  THE HONORABLE JAMES WARE
                                  UNITED STATES DISTRICT JUDGE

Submitted by:

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES
ALREEN HAEGGQUIST
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)
helenz@zhlaw.com
alreenh@zhlaw.com

MEHRI & SKALET, PLLC
STEVEN A. SKALET
CRAIG L. BRISKIN
1250 Connecticut Ave NW, Suite 300
Washington, DC 20036
Telephone: 202/822-5100
202/822-4997 (fax)
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiff Stacie Somers