ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)
helenz@zhlaw.com
alreenh@zhlaw.com

MEHRI & SKALET, PLLC
STEVEN A. SKALET
CRAIG L. BRISKIN
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
Telephone: 202/822-5100
202/822-4997 (fax)
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION, <hr> This Document Relates To: <br> *Somers v. Apple, Inc.*, Case No. C 07-6507 JW <hr> | Case No. C 07-6507 JW <br> <u>CLASS ACTION</u> <br> DECLARATION OF HELEN ZELDES IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL |

**[REDACTED VERSION]**

DECLARATION OF HELEN ZELDES IN SUPPORT OF REPLY RE MOTION FOR CLASS
CERTIFICATION - C 07-06507 JW

I, HELEN ZELDES, declare as follows:

1. I am an attorney duly licensed to practice before this court. I am a partner with the law firm of Zeldes & Haeggquist, LLP, one of the lead counsel for Plaintiff in this action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I make this declaration in support of Plaintiff's Reply Memorandum in Support of Motion for Class Certification and Appointment of Class Counsel.

3. Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 1: | Order re Class Certification filed August 29, 2000 (*Microsoft I-V Cases*, Case No. J.C.C.P. 4106) |
| Exhibit 2: | Digital Music Download Agreement |
| Exhibit 3: | Profile for Apple, Inc. |
| Exhibit 4: | Reply Affidavit of Gary L. French, Ph.D., Regarding Class Certification |
| Exhibit 5: | Excerpt from Antitrust Modernization Commission Report |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of May, 2009, at San Diego, California.

          /s/ Helen Zeldes
          HELEN ZELDES

DECLARATION OF HELEN ZELDES IN SUPPORT OF REPLY RE MOTION FOR CLASS CERTIFICATION - C 07-06507     1

# CERTIFICATE OF SERVICE

1

2    I hereby certify that on May 19, 2009, I electronically filed the following documents
3 with the Clerk of the Court using the CM/ECF system which will send notification of such
4 filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I
5 hereby certify that I have caused the foregoing document or paper to be mailed via the
6 United States Postal Service to the non-CM/ECF participants indicated on the attached
7 Manual Notice List and Service List: DECLARATION OF HELEN ZELDES IN SUPPORT
8 OF REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS
9 CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL.

10

11    /s/ Alreen Haeggquist
   ALREEN HAEGGQUIST

12
   ZELDES & HAEGGQUIST, LLP
   ALREEN HAEGGQUIST (221858)
13 625 Broadway, Suite 906
   San Diego, CA 92101
14 Telephone:  619/342-8000
   619/342-7878 (fax)
15 alreenh@zhlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28 DECLARATION OF HELEN ZELDES IN SUPPORT OF REPLY RE MOTION FOR CLASS       2
   CERTIFICATION - C 07-06507

**Mailing Information for Case No. C 07-06507**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Craig L. Briskin**
  cbriskin@findjustice.com, Pleadings@findjustice.com
- **Alreen Haeggquist**
  alreenh@zhlaw.com
- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com, ybennett@jonesday.com
- **Tracy Strong**
  tstrong@jonesday.com, dharmon@jonesday.com
- **Elaine Wallace**
  rchavez@jonesday.com, ewallace@jonesday.com, clok@jonesday.com
- **Helen I. Zeldes**
  helenz@zhlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

**Steven A Skalet**
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036

DECLARATION OF HELEN ZELDES IN SUPPORT OF REPLY RE MOTION FOR CLASS CERTIFICATION - C 07-06507

3

## MAILING INFORMATION FOR CASE NO. C 05-00037-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Francis Joseph Balint, Jr
  fbalint@bffb.com

- Michael David Braun
  service@braunlawgroup.com

- Andrew S. Friedman
  rcreech@bffb.com,afriedman@bffb.com

- Roy A. Katriel
  rak@katriellaw.com,rk618@aol.com

- Thomas J. Kennedy
  tkennedy@murrayfrank.com

- Caroline Nason Mitchell
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,
  ewallace@jonesday.com

- Robert Allan Mittelstaedt
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- Brian P Murray
  bmurray@rabinlaw.com

- Jacqueline Sailer
  jsailer@murrayfrank.com

- Adam Richard Sand , Esq
  invalidaddress@invalidaddress.com

- John J. Stoia , Jr
  jstoia@csgrr.com

- Tracy Strong
  tstrong@jonesday.com,dharmon@jonesday.com

- Bonny E. Sweeney
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- Helen I. Zeldes
  helenz@zhlaw.com

DECLARATION OF HELEN ZELDES IN SUPPORT OF REPLY RE MOTION FOR CLASS CERTIFICATION - C 07-06507

4

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012