| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | BONNY E. SWEENEY (176174)<br>THOMAS R. MERRICK (177987) |
| 3 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 4 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 5 | bonnys@csgrr.com |
| 6 | THE KATRIEL LAW FIRM<br>ROY A. KATRIEL (*pro hac vice*) |
| 7 | 1101 30th Street, N.W., Suite 500<br>Washington, DC  20007 |
| 8 | Telephone:  202/625-4342<br>202/330-5593 (fax) |
| 9 | rak@katriellaw.com |
| 10 | Co-Lead Counsel for Plaintiffs |
| 11 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(RS) |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) | NOTICE OF APPEARANCE OF THOMAS R. MERRICK |
| ALL ACTIONS. | ) ) | |

| | |
|---|---|
| 1 | TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD |
| 2 | PLEASE TAKE NOTICE that Thomas R. Merrick (tmerrick@csgrr.com) of Coughlin Stoia |
| 3 | Geller Rudman & Robbins LLP hereby enters his appearance on behalf of plaintiffs Melanie Tucker, |
| 4 | Somtai Troy Charoensak and Mariana Rosen in *The Apple iPOD iTunes Anti-Trust Litigation*, No. |
| 5 | 05-CV-00037-JW (N.D. Cal.), and requests that all pleadings, notices, orders, correspondence and |
| 6 | other papers in connection with this action be served upon him at the e-mail address listed above. |

DATED: May 26, 2009
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
BONNY E. SWEENEY
THOMAS R. MERRICK


          s/Thomas R. Merrick
THOMAS R. MERRICK

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Telephone: 310/442-7755
310/442-7756 (fax)

MURRAY, FRANK & SAILER LLP

| | |
|---|---|
| 1 | BRIAN P. MURRAY |
| | JACQUELINE SAILER |
| 2 | 275 Madison Avenue, Suite 801 |
| | New York, NY 10016 |
| 3 | Telephone: 212/682-1818 |
| | 212/682-1892 (fax) |
| 4 | |
| | GLANCY BINKOW & GOLDBERG LLP |
| 5 | MICHAEL GOLDBERG |
| | 1801 Avenue of the Stars, Suite 311 |
| 6 | Los Angeles, CA 90067 |
| | Telephone: 310/201-9150 |
| 7 | 310/201-9160 (fax) |
| 8 | Additional Counsel for Plaintiffs |

S:\CasesSD\Apple Tying\NOT 00059592.doc

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 26, 2009.

    s/ Thomas R. Merrick
THOMAS R. MERRICK

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:tmerrick@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,juliew@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```