1  ZELDES & HAEGGQUIST, LLP
   HELEN I. ZELDES (220051)
2  ALREEN HAEGGQUIST (221858)
   625 Broadway, Suite 906
3  San Diego, CA 92101
   Telephone: 619/342-8000
4  Fax: 619/342-7878
   helenz@zhlaw.com
5  alreenh@zhlaw.com

6  MEHRI & SKALET, PLLC
   STEVEN A. SKALET (admitted *pro hac vice*)
7  CRAIG L. BRISKIN (admitted *pro hac vice*)
   1250 Connecticut Ave NW, Suite 300
8  Washington, DC 20036
   Telephone: 202/822-5100
9  Fax: 202/822-4997
   sskalet@findjustice.com
10 cbriskin@findjustice.com

11 Attorneys for Plaintiff Stacie Somers

IT IS SO ORDERED AS MODIFIED
Judge James Ware
6/4/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION, | Case No. C 07-6507 JW<br>C 05-0037　JW<br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CLASS CERTIFICATION EVIDENTIARY HEARING AND HEARING SCHEDULE |
| This Document Relates To: | |
| *Somers v. Apple, Inc.*, Case No. C 07-6507 JW, | |
| | JUDGE: The Honorable James Ware<br>DATE: July 6, 2009<br>TIME: 10:00 a.m.<br>CTRM: 8, 4th Floor |

1. Whereas the Court specially set an evidentiary hearing and hearing on Plaintiff Stacie Somers' Motion for Class Certification for June 5, 2009 at 10:00 a.m.;

2. Whereas the Court set this evidentiary hearing specifically on the issue of Plaintiff's expert's damages calculation methodology;

3. Whereas Plaintiff's expert, Dr. Gary French, is unavailable on the scheduled date due to a previously scheduled medical leave;

4. Whereas the parties have met and conferred and checked with the Court's calendar clerk for the next available hearing date in which all parties are available;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that good cause exists to move the evidentiary hearing and oral argument on Plaintiff's class certification motion to July 6, 2009 at 10:00 a.m., or a date convenient for the Court.

Dated: May 29, 2009    s/Helen Zeldes
                       Helen Zeldes (220051)
                       ZELDES & HAEGGQUIST, LLP
                       625 Broadway, Suite 906
                       San Diego, CA 92101
                       Telephone: 619/342-8000
                       Facsimile: 619/342-7878
                       helenz@zhlaw.com
                       *Counsel for Plaintiff*

Dated: May 29, 2009    s/Craig Stewart
                       Craig Stewart
                       JONES DAY
                       555 California Street, 26th Floor
                       San Francisco, CA 94104
                       Telephone: (415): 626-3939
                       Facsimile: (415) 875-5700
                       *Counsel for Apple Inc.*

STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION EVIDENTIARY HEARING AND HEARING SCHEDULE - C 07-6507 JW - 1 -

**SO ORDERD AS MODIFIED:**

**As to C 07-06507 JW Stacie Somers v. Apple, Inc. :** The Court continues the evidentiary hearing from June 5, 2009 at 10:00 AM to **June 30, 2009 at 9:00 AM.**

**As to C 05-00037 JW "The Apple iPod iTunes Anti-Trust Litigation":** The Court continues the Case Management Conference from June 5, 2009 at 11:00 AM to **June 30, 2009 at 10:00 AM.**

**Dated:** June 4, 2009

_____
Hon. James Ware
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 29, 2009.

s/ Helen I. Zeldes
HELEN I. ZELDES

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES
ALREEN HAEGGQUIST
625 Broadway, Suite
San Diego, CA 92101
Telephone: 619/342-8000
Fax: 619/342-7878

Email Addresses: helenz@zhlaw.com
alreenh@zhlaw.com

# MAILING INFORMATION FOR CASE C 07-06507

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Craig L. Briskin**
  cbriskin@findjustice.com, Pleadings@findjustice.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com, ybennett@jonesday.com

- **Tracy Strong**
  tstrong@jonesday.com, dharmon@jonesday.com

- **Elaine Wallace**
  rchavez@jonesday.com, ewallace@jonesday.com, clok@jonesday.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

**Steven A. Skalet**
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036

# MAILING INFORMATION FOR A CASE 5:05-CV-00037-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Francis Joseph Balint, Jr
  fbalint@bffb.com

- Michael David Braun
  service@braunlawgroup.com

- Andrew S. Friedman
  rcreech@bffb.com,afriedman@bffb.com

- Roy A. Katriel
  rak@katriellaw.com,rk618@aol.com

- Thomas J. Kennedy
  tkennedy@murrayfrank.com

- Caroline Nason Mitchell
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,
  ewallace@jonesday.com

- Robert Allan Mittelstaedt
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- Brian P Murray
  bmurray@rabinlaw.com

- Jacqueline Sailer
  jsailer@murrayfrank.com

- Adam Richard Sand , Esq
  invalidaddress@invalidaddress.com

- John J. Stoia , Jr
  jstoia@csgrr.com

- Tracy Strong
  tstrong@jonesday.com,dharmon@jonesday.com

- Bonny E. Sweeney
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- Helen I. Zeldes
  helenz@zhlaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012