"The Apple iPod iTunes Anti-Trust Litigation"                    Doc. 222

1 | Robert A. Mittelstaedt #060359
Craig E. Stewart #129530
2 | David C. Kiernan #215335
JONES DAY
3 | 555 California Street, 26th Floor
San Francisco, CA 94104
4 | Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700
5 | ramittelstaedt@jonesday.com
cestewart@jonesday.com
6 | dkiernan@jonesday.com

7 | Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THE APPLE iPOD iTUNES ANTI-
TRUST LITIGATION

Case No.  C 05-00037 JW
              C 06-04457 JW

**NOTICE OF APPEARANCE**

SFI-613014v1

1

Dockets.Justia.com

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel will hereby appear in this matter as counsel on behalf of Defendant Apple Inc. ("Defendant") and requests that all notices and/or papers filed or served in this matter be served on Defendant's counsel at the following address:

> David C. Kiernan (dkiernan@jonesday.com)
> Jones Day
> 555 California Street, 26th Floor
> San Francisco, CA  94104-1500
>
> Telephone:    (415) 626-3939
> Facsimile:     (415) 875-5700

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

Dated:  June 19, 2009                              Respectfully submitted,

                                                   JONES DAY


                                                   By:____/s/ David C. Kiernan_____
                                                        David C. Kiernan

                                                   Attorneys for Defendant
                                                   APPLE INC.

SFI-613014v1

2