**United States District Court**
*For the Northern District of California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C 05-00037 JW

"THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION"

CLERK'S NOTICE CONTINUING TIME FOR CASE MANAGEMENT CONFERENCE

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the TIME for the Case Management Conference set for June 30, 2009 at 10:00 AM has been continued to **11:00 AM** before Judge James Ware in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: June 26, 2009

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy