UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 31 mins**

**CIVIL MINUTES**

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 15, 2009 | **Court Reporter:** Unreported |
| **Case No.:** C-05-0037 JW | **Special Master:** N/A |
| **Related Case No.:** C-07-6507 JW | **Interpreter:** N/A |

**TITLE**

"The Apple iPod iTunes Anti-Trust Litigation"

**Attorney(s) for Plaintiff(s)**: Craig Briskin, Helen Zeldes, Alreen Haeggquist, Steven Skalet, Thomas Morrick, Roy Katriel
**Attorney(s) for Defendant(s)**: Robert Mittelstaedt, Craig Stewart

**PROCEEDINGS**

Case Management Conference

**ORDER AFTER HEARING**

Hearing Held. The Court set an anticipate date for hearing Motions on October 5, 2009 at 9:00 AM. The Court to issue further Order following conference.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: