**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Apple iPod iTunes Antitrust Litigation | NO. C 05-00037 JW |
| | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| _____ / | |

On June 30, 2009, the Court conducted a case management conference. Counsel for the respective parties were present. Based on the discussion at the conference, the Court orders as follows:

(1) On **October 5, 2009 at 9 a.m.**, the parties shall appear for a hearing on Defendant's anticipated Fed. R. Civ. P. Rule 12(c) Motion with respect to Plaintiffs' rule of reason tying claim. Also for consideration at the October 5 hearing, Defendant shall make any motion to modify the definition of the previously certified class, in light of Defendant's recent decision to offer iTunes products without digital rights management software. Briefing for these motions shall be conducted in accordance with the applicable Civil Local Rules.

(2) In addition, at the October 5, 2009 hearing, the parties shall be prepared to discuss the form of class notice, along with any issues relating to the means of disseminating the notice and obtaining discovery necessary for dissemination of the notice.

1         (3)      The parties may commence merits discovery.

2        The parties may Stipulate to a briefing schedule for these anticipated Motions. However, all briefing on all motions shall be completed on or before **September 14, 2009.** At the completion of the briefing, the moving party shall compile a three ring binder, to be lodged with the Court, containing (1) the motion and any supporting memorandum of law; (2) the opposition memorandum; (3) any reply memorandum; and (4) any exhibits in support or opposition to the motion, which shall be clearly labeled. These binders shall be delivered to the Court by way of the Clerk's office on or before **September 18, 2009 at 2 p.m.**

Dated: June 30, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Adam Richard Sand invalidaddress@invalidaddress.com
Alreen Haeggquist alreenh@zhlaw.com
3 Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@csgrr.com
4 Brian P Murray bmurray@murrayfrank.com
Caroline Nason Mitchell cnmitchell@jonesday.com
5 Craig Ellsworth Stewart cestewart@jonesday.com
David Craig Kiernan dkiernan@jonesday.com
6 Francis Joseph Balint fbalint@bffb.com
Helen I. Zeldes helenz@zhlaw.com
7 Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@csgrr.com
8 Michael D Braun service@braunlawgroup.com
Michael D. Braun service@braunlawgroup.com
9 Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy A. Katriel rak@katriellaw.com
10 Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@csgrr.com
11 Tracy Strong tstrong@jonesday.com

**Dated:  June 30, 2009**                              **Richard W. Wieking, Clerk**

                                                       **By:     /s/ JW Chambers                    **
                                                             **Elizabeth Garcia**
                                                             **Courtroom Deputy**