Dockets.Justia.com

1   Robert A. Mittelstaedt #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart #129530
    cestewart@jonesday.com
3   JONES DAY
    555 California Street, 26th Floor
4   San Francisco, CA  94104
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700

6   Attorneys for Defendant
    APPLE INC.
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12   THE APPLE iPOD iTUNES ANTI-TRUST          Case No. C 05-00037 JW
     LITIGATION.
13                                             STIPULATION AND [PROPOSED]
                                               ORDER SETTING SCHEDULE FOR
14                                             APPLE'S RULE 12(C) MOTION
                                               WITH RESPECT TO PLAINTIFFS'
15                                             RULE OF REASON TYING CLAIM

16

17

18          The parties propose the following schedule for briefing on defendant's anticipated Fed. R.

19   Civ. P. Rule 12(c) motion with respect to plaintiffs' rule of reason tying claim ("Rule 12(c)

20   Motion"):

21          1.      Defendant shall file its Rule 12(c) Motion on or before August 3, 2009.

22          2.      Plaintiffs shall file their opposition to defendant's motion on or before August 27,

23                  2009.

24          3.      Defendant shall file its brief in reply to plaintiffs' opposition on or before

25                  September 14, 2009.

26          4.      Defendant shall lodge with the Court a three ring binder containing (1) defendant's

27                  Rule 12(c) Motion; (2) plaintiffs' opposition memorandum; (3) defendant's reply

28                  memorandum; and (4) any exhibits in support or opposition to defendant's motion,

                                                        Stipulated and [Proposed] Order Setting 12(c)
                                                                       Motion Briefing Schedule
                                                                            C-05-00037-JW

1    which shall be clearly labeled, on or before September 18, 2009 at 2:00 p.m..

2    5.    The Court shall hold a hearing on defendant's Rule 12(c) Motion on October 5,

3    2009 at 9:00 a.m., or any date thereafter convenient for the Court.

4    IT IS SO STIPULATED

5    Dated: July 8, 2009                          JONES DAY

6

7                                                 By: _____
                                                        Craig E. Stewart

8                                                 Attorneys for Defendant
                                                 APPLE INC.
9

10   Dated: July 8, 2009                         COUGHLIN STOIA GELLER RUDMAN &
                                                 ROBBINS LLP
11

12                                               By: _____
                                                        Thomas R. Merrick
13

14                                               Co-Lead Counsel for Plaintiffs

15                              *        *        *

16   IT IS SO ORDERED

17   Dated: July _____, 2009

18                                               _____
                                                 THE HONORABLE JAMES WARE
19                                               UNITED STATES DISTRICT JUDGE

20

21

22

23   SFI-614179v1

24

25

26

27

28

Stipulated and [Proposed] Order Setting 12(c)
Motion Briefing Schedule
C-05-00037-JW

- 2 -