Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
Craig E. Stewart #129530
cestewart@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037 JW<br><br>STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR APPLE'S RULE 12(C) MOTION WITH RESPECT TO PLAINTIFFS' RULE OF REASON TYING CLAIM |

The parties propose the following schedule for briefing on defendant's anticipated Fed. R. Civ. P. Rule 12(c) motion with respect to plaintiffs' rule of reason tying claim ("Rule 12(c) Motion"):

1. Defendant shall file its Rule 12(c) Motion on or before August 3, 2009.

2. Plaintiffs shall file their opposition to defendant's motion on or before August 27, 2009.

3. Defendant shall file its brief in reply to plaintiffs' opposition on or before September 14, 2009.

4. Defendant shall lodge with the Court a three ring binder containing (1) defendant's Rule 12(c) Motion; (2) plaintiffs' opposition memorandum; (3) defendant's reply memorandum; and (4) any exhibits in support or opposition to defendant's motion,

1. which shall be clearly labeled, on or before September 18, 2009 at 2:00 p.m..

2. 5. The Court shall hold a hearing on defendant's Rule 12(c) Motion on October 5, 2009 at 9:00 a.m., or any date thereafter convenient for the Court.

IT IS SO STIPULATED

Dated: July 8, 2009

JONES DAY

By: _____
Craig E. Stewart

Attorneys for Defendant
APPLE INC.

Dated: July 8, 2009

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: _____
Thomas R. Merrick

Co-Lead Counsel for Plaintiffs

\* \* \*

IT IS SO ORDERED

Dated: July __10__, 2009

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

SFI-614179v1

Stipulated and [Proposed] Order Setting 12(c)
Motion Briefing Schedule
C-05-00037-JW

- 2 -