1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  Michael Scott #255288
   michaelscott@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   APPLE INC.
8
                      UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12
   | THE APPLE iPOD iTUNES ANTI-TRUST | Case No.  C 05-00037 JW |
13 | LITIGATION                       |           C 06-04457 JW |
   |                                  |                         |
14 |                                  | **APPLE'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT'S MOTION FOR RECONSIDERATION OF RULE 23(B)(2) CLASS AND DECLARATION OF EDDY CUE** |
15 |                                  |                         |
16 |                                  |                         |
17 |                                  |                         |
18 |                                  | **Date:**    October 5, 2009 |
19 |                                  | **Time:**    9:00 A.M. |
   |                                  | **Place:**   Courtroom 8, 4th floor |
20 |                                  |                         |
21

                                     Apple Inc.'s Admin. Mot. to File Under Seal
                                     C 05-00037 JW; C 06-04457 JW

1    Pursuant to Local Rules 7-11(a) and 79-5(b) and (c), defendant Apple Inc. ("Apple")
2  requests that the Court order the Clerk of the Court to file under seal the following confidential
3  documents that Apple is lodging with the Court on August 31, 2009:  Defendant's Motion for
4  Reconsideration of Rule 23(b)(2) Class, and the Declaration of Eddy Cue in Support of
5  Defendant's Motion for Reconsideration of Rule 23(b)(2) Class.
6    The requested relief is necessary and narrowly tailored to protect the confidentiality of
7  Apple's commercially sensitive business information, including undisclosed iTunes Store sales
8  and cost data.  The confidential sales numbers and costs have been redacted from Defendant's
9  Motion for Reconsideration of Rule 23(b)(2) Class to allow public access to the redacted motion,
10  and the redacted motion is marked "REDACTED."  Pursuant to Local Rule 79-5, this request is
11  supported by the declaration of Steven Leung and is accompanied by a proposed order to file
12  under seal.

14  Dated: August 31, 2009                                    JONES DAY

16                                                                            By:
                                                                                      Michael Scott

18                                                                            Attorneys for Defendant
                                                                              APPLE INC.

20  SFI-617787v1

- 2 -

Apple Inc.'s Admin. Mot. to File Under Seal
C 05-00037 JW; C 06-04457 JW