| | |
|---|---|
| 1 | Robert A. Mittelstaedt  #60359 |
| | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart  #129530 |
| | cestewart@jonesday.com |
| 3 | Michael Scott #255288 |
| | michaelscott@jonesday.com |
| 4 | JONES DAY |
| | 555 California Street, 26th Floor |
| 5 | San Francisco, CA  94104 |
| | Telephone:     (415) 626-3939 |
| 6 | Facsimile:      (415) 875-5700 |

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW<br>C 06-04457 JW<br><br>**APPLE'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT'S MOTION FOR RECONSIDERATION OF RULE 23(B)(2) CLASS AND DECLARATION OF EDDY CUE**<br><br>**Date:**     October 5, 2009<br>**Time:**     9:00 A.M.<br>**Place:**    Courtroom 8, 4th floor |

1   Pursuant to Local Rules 7-11(a) and 79-5(b) and (c), defendant Apple Inc. ("Apple")
2 requests that the Court order the Clerk of the Court to file under seal the following confidential
3 documents that Apple is lodging with the Court on August 31, 2009:  Defendant's Motion for
4 Reconsideration of Rule 23(b)(2) Class, and the Declaration of Eddy Cue in Support of
5 Defendant's Motion for Reconsideration of Rule 23(b)(2) Class.

6   The requested relief is necessary and narrowly tailored to protect the confidentiality of
7 Apple's commercially sensitive business information, including undisclosed iTunes Store sales
8 and cost data.  The confidential sales numbers and costs have been redacted from Defendant's
9 Motion for Reconsideration of Rule 23(b)(2) Class to allow public access to the redacted motion,
10 and the redacted motion is marked "REDACTED."  Pursuant to Local Rule 79-5, this request is
11 supported by the declaration of Steven Leung and is accompanied by a proposed order to file
12 under seal.

14 Dated: August 31, 2009                    JONES DAY

16                                            By:  _____
                                                  Michael Scott

18                                            Attorneys for Defendant
                                              APPLE INC.

20 SFI-617787v1

- 2 -

Apple Inc.'s Admin. Mot. to File Under Seal
C 05-00037 JW; C 06-04457 JW