1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  Michael Scott #255288
   michaelscott@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   APPLE INC.
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12
   THE APPLE iPOD iTUNES ANTI-       | Case No.  C 05-00037 JW
13 TRUST LITIGATION                  |           C 06-04457 JW
14                                   |
                                     | **[PROPOSED] ORDER GRANTING
15                                   | APPLE'S MISCELLANEOUS
                                     | ADMINISTRATIVE MOTION TO FILE
16                                   | UNDER SEAL DEFENDANT'S MOTION
                                     | FOR RECONSIDERATION OF RULE
17                                   | 23(B)(2) CLASS AND DECLARATION OF
                                     | EDDY CUE**
18
                                     | **Date:**    October 5, 2009
19                                   | **Time:**    9:00 A.M.
                                     | **Place:**   Courtroom 8, 4th floor
20
21
22
23
24
25
26
27
28

1  Having considered Apple's Administrative Motion to File Under Seal Defendant's Motion
2  for Reconsideration of Rule 23(b)(2) Class, and the Declaration of Eddy Cue in Support of
3  Defendant's Motion for Reconsideration of Rule 23(b)(2) Class:

4  IT IS HEREBY ORDERED THAT Apple's Administrative Motion to File Under Seal is
5  GRANTED.  The Clerk of Court shall file under seal:  Defendant's Motion for Reconsideration
6  of Rule 23(b)(2) Class, and the Declaration of Eddy Cue in Support of Defendant's Motion for
7  Reconsideration of Rule 23(b)(2) Class.

8  **IT IS SO ORDERED.**

11  Dated: _____, 2009

Hon. James Ware
United States District Court Judge

SFI-608343v1