Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
Michael Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | **Case No. C 05-00037 JW**<br>**C 06-04457 JW**<br><br>**DECLARATION OF STEVEN LEUNG IN SUPPORT OF APPLE'S MOTION TO FILE UNDER SEAL DEFENDANT'S MOTION FOR RECONSIDERATION OF RULE 23(B)(2) CLASS AND DECLARATION OF EDDY CUE**<br><br>**Date:** October 5, 2009<br>**Time:** 9:00 A.M.<br>**Place:** Courtroom 8, 4th floor |

I, Steven Leung, declare:

I have been employed by Apple Inc. since December 1999.  I currently hold the position of Senior Director, iTunes Finance.  I make this declaration based on personal knowledge and, if called upon to do so, could and would testify competently thereto.

    1.      Portions of Defendant's Motion for Reconsideration of Rule 23(b)(2) Class and

- 1 -

Decl. ISO Administrative Motion to Seal
C 05-00037 JW; C 06-04457 JW

Dockets.Justia.com

1  the Declaration of Eddy Cue in Support of Defendant's Motion for Reconsideration of Rule

2  23(b)(2) Class contain confidential and commercially sensitive business information, including

3  iTunes Store sales and registration data and costs which Apple must pay to sell music through the

4  iTunes Store.

5      2.   Apple's practices are that such information is to be kept confidential and must not

6  be publicly disclosed. Information about iTunes Store sales in the United States is not publicly

7  disclosed by Apple; Apple reports sales on a worldwide basis. Apple likewise does not disclose

8  iTunes Store registration data or the royalty costs that it pays to record labels as a condition of

9  selling music through the iTunes Store. This information is non-public financial information

10 from a public company that should remain confidential.

11     3.   Harm to Apple Inc. would result from the disclosure of the information contained

12 in these documents without the "Confidential –Attorneys Eyes Only" protections provided by the

13 Stipulation and Protective Order Regarding Confidential Information entered June 13, 2007

14 (Document No. 112). I believe the release of this information would adversely impact Apple's

15 bargaining position in future dealings with current and potential business partners.

16     I declare under penalty of perjury under the laws of the United States and the State of

17 California that the foregoing is true and correct.

18     Executed this 27th day of August, 2009 in Cupertino, California.

_____
Steven Leung

SFI-617077v1

- 2 -

Decl. ISO Administrative Motion to Seal
C 05-00037 JW; C 06-04457 JW