1 | COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | JOHN J. STOIA, JR. (141757)
    BONNY E. SWEENEY (176174)
3 | THOMAS R. MERRICK (177987)
    655 West Broadway, Suite 1900
4 | San Diego, CA  92101
    Telephone:  619/231-1058
5 | 619/231-7423 (fax)
    johns@csgrr.com
6 | bonnys@csgrr.com
    tmerrick@csgrr.com
7 |
8 | THE KATRIEL LAW FIRM
    ROY A. KATRIEL (*pro hac vice*)
    1101 30th Street, N.W., Suite 500
9 | Washington, DC  20007
    Telephone:  202/625-4342
10 | 202/330-5593 (fax)
     rak@katriellaw.com
11 |
     Co-Lead Counsel for Plaintiffs
12 |
     [Additional counsel appear on signature page.]
13 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(RS) |
|---|---|---|
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) | NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MEMORANDUM IN RESPONSE TO COURT'S JULY 17, 2009 ORDER AS TO INJUNCTIVE RELIEF SOUGHT PURSUANT TO LOCAL RULE 79-5(c) |
| | | Judge: Hon. James Ware<br>Date:  October 5, 2009<br>Time:  9:00 a.m.<br>Ctrm:  8 – 4th Floor |

1 TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2 PLEASE TAKE NOTICE that, pursuant to Local Rule 7-11(a) and 79-5(c), on October 5, 2009 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8, Fourth Floor, located at 280 South First Street, San Jose, California, before the Honorable James Ware, United States District Judge, Plaintiffs Somtai Troy Charoensak, Mariana Rosen, and Melanie Tucker (collectively "Plaintiffs") will move for permission from the Court to file under seal the Declaration of Thomas R. Merrick in Support of Direct Purchaser Plaintiffs' Memorandum in Response to Court's July 17, 2009 Order as to Injunctive Relief Sought.

The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of Thomas R. Merrick filed concurrently herewith. Plaintiffs have also concurrently lodged a proposed order.

DATED: August 31, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK

    s/ Thomas R. Merrick
THOMAS R. MERRICK

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MEMORANDUM IN RESPONSE TO COURT'S JULY 17, 2009 ORDER AS TO INJUNCTIVE RELIEF SOUGHT PURSUANT TO LOCAL RULE 79-5(c) - C-05-00037-JW(RS) - 1 -

| | |
|---|---|
| 1 | Phoenix, AZ  85012 |
| | Telephone:  602/274-1100 |
| 2 | 602/274-1199 (fax) |
| 3 | BRAUN LAW GROUP, P.C. |
| | MICHAEL D. BRAUN |
| 4 | 12304 Santa Monica Blvd., Suite 109 |
| | Los Angeles, CA  90025 |
| 5 | Telephone:  310/442-7755 |
| | 310/442-7756 (fax) |
| 6 | |
| | MURRAY, FRANK & SAILER LLP |
| 7 | BRIAN P. MURRAY |
| | JACQUELINE SAILER |
| 8 | 275 Madison Avenue, Suite 801 |
| | New York, NY  10016 |
| 9 | Telephone:  212/682-1818 |
| | 212/682-1892 (fax) |
| 10 | |
| | GLANCY BINKOW & GOLDBERG LLP |
| 11 | MICHAEL GOLDBERG |
| | 1801 Avenue of the Stars, Suite 311 |
| 12 | Los Angeles, CA  90067 |
| | Telephone:  310/201-9150 |
| 13 | 310/201-9160 (fax) |
| 14 | Additional Counsel for Plaintiffs |
| 15 | S:\CasesSD\Apple Tying\NOT 00061450.doc |

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MEMORANDUM IN RESPONSE TO COURT'S JULY 17, 2009 ORDER AS TO INJUNCTIVE RELIEF SOUGHT PURSUANT TO LOCAL RULE 79-5(c) - C-05-00037-JW(RS) — - 2 -

1 CERTIFICATE OF SERVICE

2   I hereby certify that on August 31, 2009, I electronically filed the foregoing with the Clerk of
3 the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 participants indicated on the attached Manual Notice List.

7   I certify under penalty of perjury under the laws of the United States of America that the
8 foregoing is true and correct. Executed on August 31, 2009.

  s/ Thomas R. Merrick
  THOMAS R. MERRICK

  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
  655 West Broadway, Suite 1900
  San Diego, CA  92101-3301
  Telephone:  619/231-1058
  619/231-7423 (fax)

  E-mail:  tmerrick@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Michael Tedder Scott**

    michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```