1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  JOHN J. STOIA, JR. (141757)
   BONNY E. SWEENEY (176174)
3  THOMAS R. MERRICK (177987)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   johns@csgrr.com
6  bonnys@csgrr.com
   tmerrick@csgrr.com
7
   THE KATRIEL LAW FIRM
8  ROY A. KATRIEL (*pro hac vice*)
   1101 30th Street, N.W., Suite 500
9  Washington, DC  20007
   Telephone:  202/625-4342
10 202/330-5593 (fax)
   rak@katriellaw.com
11
   Co-Lead Counsel for Plaintiffs
12
   [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(RS) |
| ) | <u>CLASS ACTION</u> |
| ) ) | |
| This Document Relates To: ) ) | NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MEMORANDUM IN RESPONSE TO COURT'S JULY 17, 2009 ORDER AS TO INJUNCTIVE RELIEF SOUGHT PURSUANT TO LOCAL RULE 79-5(c) |
| ALL ACTIONS. ) ) | |
| | Judge: Hon. James Ware<br>Date:  October 5, 2009<br>Time:  9:00 a.m.<br>Ctrm:  8 – 4th Floor |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that, pursuant to Local Rule 7-11(a) and 79-5(c), on October 5,

3  2009 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8, Fourth Floor,

4  located at 280 South First Street, San Jose, California, before the Honorable James Ware, United

5  States District Judge, Plaintiffs Somtai Troy Charoensak, Mariana Rosen, and Melanie Tucker

6  (collectively "Plaintiffs") will move for permission from the Court to file under seal the Declaration

7  of Thomas R. Merrick in Support of Direct Purchaser Plaintiffs' Memorandum in Response to

8  Court's July 17, 2009 Order as to Injunctive Relief Sought.

9  The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of

10  Thomas R. Merrick filed concurrently herewith.  Plaintiffs have also concurrently lodged a proposed

11  order.

12  DATED:  August 31, 2009                             COUGHLIN STOIA GELLER
                                                          RUDMAN & ROBBINS LLP
13                                                        JOHN J. STOIA, JR.
                                                          BONNY E. SWEENEY
14                                                        THOMAS R. MERRICK

15

16                                                                s/ Thomas R. Merrick
                                                                  THOMAS R. MERRICK
17
                                                          655 West Broadway, Suite 1900
18                                                        San Diego, CA  92101
                                                          Telephone:  619/231-1058
19                                                        619/231-7423 (fax)

20                                                        THE KATRIEL LAW FIRM
                                                          ROY A. KATRIEL
21                                                        1101 30th Street, N.W., Suite 500
                                                          Washington, DC  20007
22                                                        Telephone:  202/625-4342
                                                          202/330-5593 (fax)
23
                                                          Co-Lead Counsel for Plaintiffs
24
                                                          BONNETT, FAIRBOURN, FRIEDMAN
25                                                          & BALINT, P.C.
                                                          ANDREW S. FRIEDMAN
26                                                        FRANCIS J. BALINT, JR.
                                                          ELAINE A. RYAN
27                                                        TODD D. CARPENTER
                                                          2901 N. Central Avenue, Suite 1000
28  NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE
   DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS'
   MEMORANDUM IN RESPONSE TO COURT'S JULY 17, 2009 ORDER AS TO INJUNCTIVE RELIEF
   SOUGHT PURSUANT TO LOCAL RULE 79-5(c) - C-05-00037-JW(RS)                          - 1 -

| | |
|---|---|
| 1 | Phoenix, AZ  85012 |
| | Telephone:  602/274-1100 |
| 2 | 602/274-1199 (fax) |
| 3 | BRAUN LAW GROUP, P.C. |
| | MICHAEL D. BRAUN |
| 4 | 12304 Santa Monica Blvd., Suite 109 |
| | Los Angeles, CA  90025 |
| 5 | Telephone:  310/442-7755 |
| | 310/442-7756 (fax) |
| 6 | |
| | MURRAY, FRANK & SAILER LLP |
| 7 | BRIAN P. MURRAY |
| | JACQUELINE SAILER |
| 8 | 275 Madison Avenue, Suite 801 |
| | New York, NY  10016 |
| 9 | Telephone:  212/682-1818 |
| | 212/682-1892 (fax) |
| 10 | |
| | GLANCY BINKOW & GOLDBERG LLP |
| 11 | MICHAEL GOLDBERG |
| | 1801 Avenue of the Stars, Suite 311 |
| 12 | Los Angeles, CA  90067 |
| | Telephone:  310/201-9150 |
| 13 | 310/201-9160 (fax) |
| 14 | Additional Counsel for Plaintiffs |

15  S:\CasesSD\Apple Tying\NOT 00061450.doc

28  NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MEMORANDUM IN RESPONSE TO COURT'S JULY 17, 2009 ORDER AS TO INJUNCTIVE RELIEF SOUGHT PURSUANT TO LOCAL RULE 79-5(c) - C-05-00037-JW(RS) - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 31, 2009.

　　　　　　　　　s/ Thomas R. Merrick
　　　　　　　　　THOMAS R. MERRICK

COUGHLIN STOIA GELLER
　　RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  tmerrick@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Michael Tedder Scott**

    michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```