| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER<br>    RUDMAN & ROBBINS LLP |
| 2 | JOHN J. STOIA, JR. (141757)<br>BONNY E. SWEENEY (176174) |
| 3 | THOMAS R. MERRICK (177987)<br>655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax)<br>johns@csgrr.com |
| 6 | bonnys@csgrr.com<br>tmerrick@csgrr.com |
| 7 | |
| 8 | THE KATRIEL LAW FIRM<br>ROY A. KATRIEL (*pro hac vice*) |
| 9 | 1101 30th Street, N.W., Suite 500<br>Washington, DC  20007 |
| 10 | Telephone:  202/625-4342<br>202/330-5593 (fax) |
| 11 | rak@katriellaw.com |
| 12 | Co-Lead Counsel for Plaintiffs |
| 13 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(RS) |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF PLAINTIFFS' |
| ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) | MOTION TO FILE UNDER SEAL THE DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF DIRECT PURCHASE PLAINTIFFS' MEMORANDUM IN RESPONSE TO COURT'S JULY 17, 2009 ORDER AS TO INJUNCTIVE RELIEF SOUGHT PURSUANT TO LOCAL RULE 79-5(c) |
| | | Judge: Hon. James Ware<br>Date:   October 5, 2009<br>Time:  9:00 a.m.<br>Ctrm:  8 – 4th Floor |

I, Thomas R. Merrick, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, Co-Lead Class Counsel of record for Plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal the Declaration of Thomas R. Merrick in Support of Direct Purchaser Plaintiffs' Memorandum in Response to Court's July 17, 2009 Order as to Injunctive Relief Sought Pursuant to Local Rule 79-5(c).

3. The requested relief is necessary and narrowly tailored to protect the confidentiality of Apple's commercially sensitive business information, including undisclosed customer complaints. The confidential information has been redacted from the Declaration of Thomas R. Merrick in Support of Direct Purchaser Plaintiffs' Memorandum in Response to Court's July 17, 2009 Order as to Injunctive Relief Sought ("Declaration") to allow public access to the redacted Declaration and the redacted Declaration is marked "REDACTED."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of August, 2009, at San Diego, California.

s/ Thomas R. Merrick<br>THOMAS R. MERRICK

S:\CasesSD\Apple Tying\DEC 00061453.doc

DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL THE DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF DIRECT PURCHASE PLAINTIFFS' MEMORANDUM IN RESPONSE TO COURT'S JULY 17, 2009 ORDER AS TO INJUNCTIVE RELIEF SOUGHT PURSUANT TO LOCAL RULE 79-5(c) - C-05-00037-JW(RS) - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 31, 2009.

s/ Thomas R. Merrick
THOMAS R. MERRICK

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:Tmerrick@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Michael Tedder Scott**

    michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```