# EXHIBIT 1

# Charoensak v Apple Computer, Inc.   Depo of Somtai Charoensak   1-12-07

Page 1 to Page 178

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

**Aiken & Welch Court Reporters**
**One Kaiser Plaza, Suite 505**
**Oakland, CA  94612**
**Phone:  510-451-1580**

Page 21

[1] back my -- plug my iPOD back in. I wouldn't have
[2] access of putting it onto my computer. It
[3] would -- it's like somehow like locked. It even
[4] has like a little icon of a lock.
[5]    Q.    I don't fully understand what you are
[6] saying so let me spend a little more time on it.
[7]    A.    Okay.
[8]    Q.    When you -- how many songs did this happen
[9] with?
[10]    A.    Just the songs that I purchased from
[11] iTunes.
[12]    Q.    So, approximately how many did you have
[13] this problem?
[14]    A.    At the time, or?
[15]    Q.    At the time.
[16]    A.    I don't recall exactly.
[17]    Q.    Up till today, how many songs have you had
[18] that problem with?
[19]    A.    All the songs I've downloaded from iTunes.
[20]    Q.    And how many are those?
[21]    A.    I don't know the exact number.
[22]    Q.    Approximately.
[23]    A.    Approximately. I don't know the exact
[24] number, but I've given you the -- my purchase
[25] history and I'm sure...

Page 22

[1]    Q.    But can you estimate for us approximately
[2] how many songs you've downloaded from iTunes?
[3]    A.    Probably around between 100 and 300.
[4]    Q.    And so the problem that you were
[5] experiencing when you were e-mailing with Ms. Wong
[6] was that the songs you had downloaded from Apple
[7] would play on your iPOD okay, but then when you
[8] tried to play them on the computer they wouldn't
[9] play; do I understand that correctly?
[10]    A.    No. As long as I had my iPOD connected to
[11] my computer they'd play okay, but if I wanted to,
[12] let's say, burn a disk so that I could listen to
[13] the music in my car, I would not be able to do
[14] that. So the music that I downloaded from iTunes
[15] I wouldn't be able to transfer to any other media
[16] or play it on any other media besides my iPOD.
[17]    Q.    So, just -- I want to take this piece by
[18] piece. As far as playing the music from Apple on
[19] your iPOD, you did not experience any problem;
[20] correct?
[21]    A.    No. Actually, sorry, can I say? There --
[22] there has been a couple of times when I don't know
[23] what it is, but the music that I play from iTunes
[24] it will not play sometimes on my iPOD, and I have
[25] to refresh it using the iTunes software. And then

Page 23

[1] it will, I don't know, unlock the music again and
[2] then I can play it on my iPOD, so I have had
[3] problems playing iTunes music on the iPOD.
[4]    Q.    Okay. Let's come back to that. Let's put
[5] that aside for a minute.
[6]    But the problem you were describing to
[7] Ms. Wong was -- didn't have anything to do with
[8] playing the music on the iPOD; correct?
[9]    A.    No, it did not.
[10]    Q.    So you're agreeing, it didn't have
[11] anything to do with it; right?
[12]    A.    I'm sorry?
[13]    Q.    Did the problem you were complaining to
[14] Ms. Wong about or discussing with Ms. Wong have
[15] anything to do with playing the music from Apple
[16] on your iPOD?
[17]    A.    It didn't have any -- it didn't have -- I
[18] wasn't talking about the actual music coming out
[19] of my iPOD, no.
[20]    Q.    Okay. What you were talking about instead
[21] was when you tried to burn the music that you had
[22] downloaded from Apple's Music Store onto a CD;
[23] correct?
[24]    A.    Yes. Yes.
[25]    Q.    And what problem were you experiencing

Page 24

[1] when you tried to do that?
[2]    A.    I -- I wasn't able to do it. That was the
[3] problem.
[4]    Q.    How were you attempting to do it?
[5]    A.    How I was attempting to do it was I
[6] plugged in my iPOD into iTunes. I could see the
[7] music there that I purchased, but when I would try
[8] to burn a disk of that music, it would not allow
[9] me at all.
[10]    Q.    Go back a step. When you downloaded music
[11] from Apple's Music Store, iTunes Music Store, were
[12] you aware of what directory or what library it
[13] went to on your computer?
[14]    A.    No, I was not aware.
[15]    Q.    Have you ever looked at your library in
[16] the iTunes application on your computer?
[17]    A.    Yes, I have.
[18]    Q.    And does that library contain music that
[19] you have downloaded from Apple's Music Store?
[20]    A.    Now, you mean?
[21]    Q.    At any time.
[22]    A.    At any time. Yes, it does. Initially,
[23] yeah.
[24]    Q.    And then what happened?
[25]    A.    Usually because I need -- well, at the