# EXHIBIT 3

Dockets.Justia.com

08:59:01

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MELANIE TUCKER, On Behalf of         )
Herself and All Others Similarly     )
Situated,                            )
                                     )
                 Plaintiff,          ) Case No. C 06
                                     ) 4457 HRL
       vs.                           )
                                     )
APPLE COMPUTER, INC., a              )
California Corporation,              )
                                     )
                 Defendant.          )
                                     )

---oOo---

FRIDAY, OCTOBER 26, 2007

VIDEOTAPE DEPOSITION OF MELANIE TUCKER

---oOo---

REPORTED BY: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

MELANIE TUCKER

bfe1ff64-ab09-425e-a49a-9c2410ddb2e4

| Time | # | Text |
|---|---|---|
| 11:08:14 | 1 | probably listen to at least 50 percent of the samples. |
| 11:08:17 | 2 | Q.    And if it's an artist that you know? |
| 11:08:21 | 3 | A.    It's an artist I know and like and respect, I'll |
| 11:08:24 | 4 | probably listen to three. |
| 11:08:30 | 5 | Q.    What's the last song or album that you bought on |
| 11:08:36 | 6 | iTunes? |
| 11:08:49 | 7 | A.    I bought News, and I'm drawing a blank on the other |
| 11:08:57 | 8 | one. |
| 11:08:57 | 9 | Q.    Okay.  How long ago? |
| 11:09:05 | 10 | A.    Two weeks ago, three weeks ago.  Two, two weeks ago. |
| 11:09:20 | 11 | Q.    Do you have any plans to buy another iPod soon? |
| 11:09:23 | 12 | A.    No. |
| 11:09:23 | 13 | Q.    Are you thinking about upgrading? |
| 11:09:25 | 14 | A.    No. |
| 11:09:27 | 15 | Q.    Let me hand you Exhibit 2.  Just to keep the area |
| 11:09:31 | 16 | clean, you can hand Exhibit 1 back to the reporter, if you |
| 11:09:35 | 17 | would. |
| 11:09:48 | 18 | Exhibit 2 are multiple pages entitled "Purchase |
| 11:09:51 | 19 | history." |
| 11:09:52 | 20 | A.    Uh-huh. |
| 11:09:53 | 21 | Q.    Do you recognize this? |
| 11:09:55 | 22 | A.    Yes. |
| 11:09:57 | 23 | Q.    How was it prepared? |
| 11:09:58 | 24 | A.    I went into my iTunes purchase history and copied the |
| 11:10:06 | 25 | page and saved it as a file. |

MELANIE TUCKER

bfe1ff64-ab09-425e-a49a-9c2410ddb2e4

| Time | # | |
|---|---|---|
| 11:10:12 | 1 | Q. The first one is dated April 26, 2005, and the last |
| 11:10:20 | 2 | one is dated July 29, 2007. Can you review this and tell me |
| 11:10:33 | 3 | if this is a complete purchase history covering your |
| 11:10:36 | 4 | purchases during that time period? |
| 11:10:53 | 5 | MR. CARPENTER: I am just going to object. To the |
| 11:10:56 | 6 | extent it calls for her to speculate, there are a number of |
| 11:11:00 | 7 | pages here. |
| 11:11:01 | 8 | Q. BY MR. MITTELSTAEDT: I tell you, I put this together |
| 11:11:03 | 9 | from the purchase history that your counsel produced. |
| 11:11:06 | 10 | A. To the best of my knowledge during that time, yes. |
| 11:11:14 | 11 | Q. In the upper right-hand corner it has an email |
| 11:11:18 | 12 | address, MelanieTucker@Gmail.com. Is that your email |
| 11:11:22 | 13 | address? |
| 11:11:22 | 14 | A. Yes, it is. |
| 11:11:24 | 15 | Q. Is that the email address that you have used for your |
| 11:11:27 | 16 | iTunes account? |
| 11:11:28 | 17 | A. Yes, it is. |
| 11:11:32 | 18 | Q. Having reviewed this document, do you recognize the |
| 11:11:36 | 19 | tracks and albums that you have purchased? |
| 11:11:38 | 20 | A. Yes, for the most part. |
| 11:11:44 | 21 | Q. Let's see if any of this refreshes your recollection |
| 11:11:47 | 22 | from what we have talked about already. The first one, as I |
| 11:11:50 | 23 | say, is dated April 26, 2005. Do you see that? |
| 11:11:58 | 24 | A. Yes. |
| 11:11:59 | 25 | Q. Do you recall that was a matter of days after you |

MELANIE TUCKER

bfe1ff64-ab09-425e-a49a-9c2410ddb2e4