# EXHIBIT 3

08:59:01

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MELANIE TUCKER, On Behalf of          )
Herself and All Others Similarly      )
Situated,                             )
                                      )
                  Plaintiff,          ) Case No. C 06
                                      ) 4457 HRL
       vs.                            )
                                      )
APPLE COMPUTER, INC., a               )
California Corporation,               )
                                      )
                  Defendant.          )
                                      )

---oOo---

FRIDAY, OCTOBER 26, 2007

VIDEOTAPE DEPOSITION OF MELANIE TUCKER

---oOo---

REPORTED BY: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

```
                                                              Page 77
11:08:14    1    probably listen to at least 50 percent of the samples.
11:08:17    2        Q.   And if it's an artist that you know?
11:08:21    3        A.   It's an artist I know and like and respect, I'll
11:08:24    4    probably listen to three.
11:08:30    5        Q.   What's the last song or album that you bought on
11:08:36    6    iTunes?
11:08:49    7        A.   I bought News, and I'm drawing a blank on the other
11:08:57    8    one.
11:08:57    9        Q.   Okay.  How long ago?
11:09:05   10        A.   Two weeks ago, three weeks ago.  Two, two weeks ago.
11:09:20   11        Q.   Do you have any plans to buy another iPod soon?
11:09:23   12        A.   No.
11:09:23   13        Q.   Are you thinking about upgrading?
11:09:25   14        A.   No.
11:09:27   15        Q.   Let me hand you Exhibit 2.  Just to keep the area
11:09:31   16    clean, you can hand Exhibit 1 back to the reporter, if you
11:09:35   17    would.
11:09:48   18             Exhibit 2 are multiple pages entitled "Purchase
11:09:51   19    history."
11:09:52   20        A.   Uh-huh.
11:09:53   21        Q.   Do you recognize this?
11:09:55   22        A.   Yes.
11:09:57   23        Q.   How was it prepared?
11:09:58   24        A.   I went into my iTunes purchase history and copied the
11:10:06   25    page and saved it as a file.
```

MELANIE TUCKER

bfe1ff64-ab09-425e-a49a-9c2410ddb2e4

Page 78

| Time | # | |
|---|---|---|
| 11:10:12 | 1 | Q. The first one is dated April 26, 2005, and the last |
| 11:10:20 | 2 | one is dated July 29, 2007. Can you review this and tell me |
| 11:10:33 | 3 | if this is a complete purchase history covering your |
| 11:10:36 | 4 | purchases during that time period? |
| 11:10:53 | 5 | MR. CARPENTER: I am just going to object. To the |
| 11:10:56 | 6 | extent it calls for her to speculate, there are a number of |
| 11:11:00 | 7 | pages here. |
| 11:11:01 | 8 | Q. BY MR. MITTELSTAEDT: I tell you, I put this together |
| 11:11:03 | 9 | from the purchase history that your counsel produced. |
| 11:11:06 | 10 | A. To the best of my knowledge during that time, yes. |
| 11:11:14 | 11 | Q. In the upper right-hand corner it has an email |
| 11:11:18 | 12 | address, MelanieTucker@Gmail.com. Is that your email |
| 11:11:22 | 13 | address? |
| 11:11:22 | 14 | A. Yes, it is. |
| 11:11:24 | 15 | Q. Is that the email address that you have used for your |
| 11:11:27 | 16 | iTunes account? |
| 11:11:28 | 17 | A. Yes, it is. |
| 11:11:32 | 18 | Q. Having reviewed this document, do you recognize the |
| 11:11:36 | 19 | tracks and albums that you have purchased? |
| 11:11:38 | 20 | A. Yes, for the most part. |
| 11:11:44 | 21 | Q. Let's see if any of this refreshes your recollection |
| 11:11:47 | 22 | from what we have talked about already. The first one, as I |
| 11:11:50 | 23 | say, is dated April 26, 2005. Do you see that? |
| 11:11:58 | 24 | A. Yes. |
| 11:11:59 | 25 | Q. Do you recall that was a matter of days after you |

MELANIE TUCKER

bfe1ff64-ab09-425e-a49a-9c2410ddb2e4