# EXHIBIT 1

Page 2

08:59:01

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

| | |
|---|---|
| MELANIE TUCKER, On Behalf of Herself and All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) Case No. C 06 ) 4457 HRL |
| vs. | ) ) |
| APPLE COMPUTER, INC., a California Corporation, | ) ) ) |
| Defendant. | ) ) |

---oOo---

FRIDAY, OCTOBER 26, 2007

VIDEOTAPE DEPOSITION OF MELANIE TUCKER

---oOo---

REPORTED BY: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

MELANIE TUCKER

bfe1ff64-ab09-425e-a49a-9c2410ddb2e4

Page 12

| Time | Line | Text |
|---|---|---|
| 09:18:33 | 1 | Q.   BY MR. MITTELSTAEDT:  You made the decision to buy |
| 09:18:35 | 2 | the iPod at the price that it was offered? |
| 09:18:38 | 3 | A.   Yes. |
| 09:18:38 | 4 | Q.   And you thought it was worth it? |
| 09:18:42 | 5 | MR. CARPENTER:  Objection. |
| 09:18:43 | 6 | Q.   BY MR. MITTELSTAEDT:  At the time you bought it? |
| 09:18:44 | 7 | MR. CARPENTER:  Pardon me.  Objection to form. |
| 09:18:47 | 8 | THE WITNESS:  I was hoping it would be worth it. |
| 09:18:51 | 9 | Q.   BY MR. MITTELSTAEDT:  At the time you bought the |
| 09:19:02 | 10 | first iPod, had you heard anything about Apple's online music |
| 09:19:07 | 11 | store? |
| 09:19:08 | 12 | A.   Not that I recall. |
| 09:19:10 | 13 | Q.   Had either of those friends, Travis or Sean, said |
| 09:19:14 | 14 | anything about the Apple's iTunes music store? |
| 09:19:22 | 15 | A.   I don't recall them mentioning the iPod's store. |
| 09:19:26 | 16 | Q.   At the time you bought your first iPod, did you have |
| 09:19:30 | 17 | any information as to what music those two friends put on |
| 09:19:34 | 18 | their iPod? |
| 09:19:35 | 19 | A.   No. |
| 09:19:40 | 20 | Q.   Other than that first iPod that you bought in April |
| 09:19:42 | 21 | of 2005, how many other iPods have you bought? |
| 09:19:46 | 22 | A.   One. |
| 09:19:47 | 23 | Q.   When did you buy that? |
| 09:19:49 | 24 | A.   December of 2006. |
| 09:20:00 | 25 | Q.   And why did you buy that one? |

MELANIE TUCKER