# 8/31/09 Burtis Report: Exhibit C

Exhibit C

**Materials Considered**

Declaration of Roger G. Noll, Ph.D., Exhibit 1 to the Declaration of Bonny E. Sweeny in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, July 21, 2008, Dkt. 166, Case No. C 05-00037-JW.

Deposition of Roger G. Noll, Ph.D., September 19, 2008, Case No. C 05-00037-JW.

Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, July 21, 2008, Dkt. 165, Case No. C 05-00037-JW.

Consolidated Complaint for Violations of Sherman Antitrust Act, Clayton Act, Cartwright Act, California Unfair Competition Law, Consumer Legal Remedies Act, and California Common Law of Monopolization, April 19, 2007, Dkt. 107, Case No. C 05-00037-JW.

Expert Report of Michelle M. Burtis, Ph.D., June 17, 2009, Dkt. 74, Case No. C 07-6507-JW.

Order Denying In Part Plaintiff's Motion for Class Certification, July 17, 2009, Dkt. 80, Case No. C 07-6507-JW.

Transcript of Evidentiary Hearing on Plaintiffs Motion for Class Certification and Appointment of Lead Counsel, June 30, 2009, Case No. C 07-6507-JW.

Affidavit of Gary L. French, Ph.D., Exhibit 1 to the Declaration of Alreen Haeggquist in Support of Plaintiff's Motion for Class Certification and Appointment of Class Counsel, February 23, 2009, Dkt. 42, Case No. C 07-6507-JW.

Reply Affidavit of Gary L. French, Ph.D., Exhibit 4 to the Declaration of Helen Zeldes in Support of Reply Memorandum in Support of Motion for Class Certification and Appointment of Class Counsel, May 19, 2009, Dkt. 65, Case No. C 07-6507-JW.

Deposition of Gary L. French, Ph.D., April 3, 2009, Case No. C 07-6507-JW.

Declaration of Michael Scott in Support of Apple's Memorandum in Opposition to Motion for Class Certification, April 20, 2009, Dkt. 47, Case No. C 07-6507-JW.

Complaint for Violations of Sherman Antitrust Act, Cartwright Act, California Unfair Competition Law, Consumer Legal Remedies Act, and Monopolization of Business Practices, December 31, 2007, Dkt. 1, Case No. C 07-6507-JW.

Linda R. Cohen and Roger G. Noll, "Intellectual Property, Antitrust and the New Economy," University of Pittsburgh Law Review 62(3) (Spring 2001): 453-73.

Paul W. MacAvoy and Roger G. Noll, "Relative Prices on Regulated Transactions of the Natural Gas Pipelines," Journal of Economics and Management Science 4(1) (Spring 1973): 212-234.

Daniel L. Rubinfeld, *Quantitative Methods in Antitrust*, *in* 1 Issues in Competition Law and Policy 723 (ABA Section of Antitrust Law 2008).

ABA Section of Antitrust Law, Econometrics (2005).

Brad Gibson, "Apple Admits USB Dominance Too Big to Ignore; Experts See it as Right Move," The MacObserver, February 24, 2005.

Peter Kennedy, A Guide to Econometrics, 254 (5th ed. 2003).

Steven Levy, "iPod Nation." *Newsweek*, July 26, 2004.

Walter S. Mossberg, "Apple's iPod Just Keeps Getting Better as Top Digital Player," *The Wall Street Journal*, May 1, 2003, Personal Technology Section.

2006 PC World Innovations Awards, ABC News

"Apple Presents iPod," Apple press release, October 23, 2001
"Apple Introduces 10GB iPod—2,000 Songs in Your Pocket," Apple press release, March 21, 2002
"Apple Unveils New iPods," Apple press release, July 17, 2002
"Apple Introduces New iPods," Apple press release, April 28, 2003

"Apple Introduces New 20GB and 40GB iPods," Apple press release, September 8, 2003

"Apple Introduces iPod mini," Apple press release, January 6, 2004

"Apple Introduces the New iPod," July 19, 2004

"Apple Introduces iPod Photo," Apple press release, October 26, 2004

"Apple Introduces the U2 iPod," October 26, 2004

"Apple Introduces iPod Shuffle," Apple press release, January 11, 2005

"Apple Unveils New iPod mini Starting at Just $199," Apple press release, February 23, 2005

"Apple Updates iPod photo Lineup," Apple press release, February 23, 2005

"Apple Merges iPod & iPod photo Lines," Apple press release, June 28, 2005

"Apple Introduces iPod nano," Apple press release, September 7, 2005

"Apple Unveils the New iPod," Apple press release, October 12, 2005

"Apple Unveils New 1GB iPod nano at $149," Apple press release, February 7, 2006

"Apple Introduces the New U2 iPod," Apple press release, June 6, 2006

"Apple Introduces the New iPod nano," Apple press release, September 12, 2006

"Apple Unveils the New iPod shuffle," Apple press release, September 12, 2006

"Apple Introduces the New iPod," Apple press release, September 12, 2006

"Apple Announces iPod nano (PRODUCT) RED Special Edition," Apple press release, October 13, 2006

"Apple Announces New 8GB Model of iPod nano (PRODUCT) RED Special Edition," Apple press release, November 3, 2006

"iPod shuffle Now Available in Five Brilliant Colors," Apple press release, January 30, 2007

"iPhone Premiers This Friday Night at Apple Stores," Apple press release, June 28, 2007

"Apple Sets iPhone Price at $399 for this Holiday Season," Apple press release, September 5, 2007

"Apple Introduces All New iPod nano," Apple press release, September 5, 2007

"Apple Introduces New iPod classic," Apple press release, September 5, 2007

"Apple Unveils iPod touch," Apple press release, September 5, 2007

"Apple Announces Major Software Upgrade for iPod touch," Apple press release, January 15, 2008

"Apple Adds New iPhone & iPod touch Models," Apple press release, February 5, 2008

"iPod shuffle Now Just $49," Apple press release, February 19, 2008

"Apple Introduces New iPod nano," Apple press release, September 9, 2008

"Apple Introduces New iPod touch," Apple press release, September 9, 2008

"Apple Announces Incredible New iPod shuffle," Apple press release, March 11, 2009

Apple. "Identifying iPod Models" http://support.apple.com/kb/HT1353

CNET. "Top 10 Products" http://www.cnet.com/1990-11136_1-6312246-1.html

"Apple Admits USB Dominance Too Big to Ignore; Experts See it as Right Move," The MacObserver, February 24, 2005

http://www.apple.com/ipodshuffle/specs.html
http://web.archive.org/web/20011217064651/www.apple.com/ipod/specs.html
http://www.everymac.com/systems/apple/consumer_electronics/stats/ipod.html
http://reviews.cnet.com/mp3-player-reviews/?sa=1000036&tag=centerColumnArea1.0