# 8/31/09 Burtis Report: Exhibit D

# iPod Demand Factors in the "During" Period

- USB connectivity 

- Dock 

- Accessories   

- Multiple colors

- Click wheel




- Color screen

- Increased screen resolution

- Photo display



- Video playback



- Small enough to wear



# iPod Demand Factors in the "During" Period

- Accelerometer



- Touch screen



- App Store applications



- WiFi



- VoiceOver (iPod shuffle)



- Transportation integration

 

 

# 8/31/09 Burtis Report: Exhibit E



# 8/31/09 Burtis Report: Exhibit F

