1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  Michael Scott #255282
   michaelscott@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   APPLE INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | **Case No. C-05-00037-JW**<br>**C-06-04457 JW**<br><br>**DECLARATION OF MICHAEL SCOTT IN SUPPORT OF DEFENDANT'S MOTION FOR DECERTIFICATION OF RULE 23(B)(3) CLASS**<br><br>Date:  October 5, 2009<br>Time:  9:00 a.m.<br>Place:  Courtroom 8, 4th floor |
|---|---|

Scott Decl ISO Def's Motion for Decert. of
Damages Class
C-05-00037-JW C 06-04457JW

1   I, Michael Scott, declare as follows:

2   I am an associate in the law firm of Jones Day, located at 555 California Street, 26th
Floor, San Francisco, CA 94104. I am a member in good standing of the State Bar of California
(#255282) and represent Apple Inc. in this case. I make this declaration in support of Apple's
Motion for Decertification of Rule 23(B)(3) Class. I have personal knowledge of the facts set
forth herein and, if called as a witness, I could and would testify competently thereto.

   1.   Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts of the
deposition of Gary French, taken in this matter on April 3, 2009.

   2.   Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts of the
deposition of Roger Noll, taken in this matter on September 19, 2008.

   I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct. Executed August 31, 2009 in San Francisco, California.

/s/ Michael Scott
Michael Scott

SFI-617898v1

Scott Decl ISO Def's Motion for Decert. of
Damages Class
C-05-00037-JW C 06-04457JW