1    Robert A. Mittelstaedt  #60359
     ramittelstaedt@jonesday.com
2    Craig E. Stewart  #129530
     cestewart@jonesday.com
3    Michael Scott #255282
     michaelscott@jonesday.com
4    JONES DAY
     555 California Street, 26th Floor
5    San Francisco, CA  94104
     Telephone:    (415) 626-3939
6    Facsimile:    (415) 875-5700

7    Attorneys for Defendant
     APPLE INC.

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11
     THE APPLE iPOD iTUNES ANTI-TRUST          **Case No. C-05-00037-JW**
12   LITIGATION                                           **C-06-04457 JW**

13                                             **DECLARATION OF MICHAEL
                                               SCOTT IN SUPPORT OF
14                                             DEFENDANT'S MOTION FOR
                                               DECERTIFICATION OF RULE
15                                             23(B)(3) CLASS**

16                                              Date:  October 5, 2009
                                                Time:  9:00 a.m.
17                                              Place:  Courtroom 8, 4th floor

18

19

20

21

22

23

24

25

26

27

28

1    I, Michael Scott, declare as follows:

2    I am an associate in the law firm of Jones Day, located at 555 California Street, 26th

3    Floor, San Francisco, CA 94104. I am a member in good standing of the State Bar of California

4    (#255282) and represent Apple Inc. in this case. I make this declaration in support of Apple's

5    Motion for Decertification of Rule 23(B)(3) Class. I have personal knowledge of the facts set

6    forth herein and, if called as a witness, I could and would testify competently thereto.

7    1.    Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts of the

8    deposition of Gary French, taken in this matter on April 3, 2009.

9    2.    Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts of the

10    deposition of Roger Noll, taken in this matter on September 19, 2008.

11    I declare under penalty of perjury under the laws of the United States that the foregoing is

12    true and correct. Executed August 31, 2009 in San Francisco, California.

13                                        /s/ Michael Scott
                                          Michael Scott
14

15    SFI-617898v1

16

17

18

19

20

21

22

23

24

25

26

27

28