1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  Michael Scott #255288
   michaelscott@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   APPLE INC.
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12

13  THE APPLE iPOD iTUNES ANTI-        Case No.  C 05-00037 JW
    TRUST LITIGATION                             C 06-06507  JW
14
                                       [PROPOSED] ORDER GRANTING
15                                     APPLE'S MISCELLANEOUS
                                       ADMINISTRATIVE MOTION TO FILE
16                                     UNDER SEAL DEFENDANT'S MOTION
                                       FOR RECONSIDERATION OF RULE
17                                     23(B)(2) CLASS AND DECLARATION OF
                                       EDDY CUE
18
                                       Date:     October 5, 2009
19                                     Time:     9:00 A.M.
                                       Place:    Courtroom 8, 4th floor
20

21

22

23

24

25

26

27

28

                                            [Proposed] Order to File Under Seal
                                              C 05-00037 JW; C 06-04457 JW

1  Having considered Apple's Administrative Motion to File Under Seal Defendant's Motion
2  for Reconsideration of Rule 23(b)(2) Class, and the Declaration of Eddy Cue in Support of
3  Defendant's Motion for Reconsideration of Rule 23(b)(2) Class:
4  IT IS HEREBY ORDERED THAT Apple's Administrative Motion to File Under Seal is
5  GRANTED.  The Clerk of Court shall file under seal:  Defendant's Motion for Reconsideration
6  of Rule 23(b)(2) Class, and the Declaration of Eddy Cue in Support of Defendant's Motion for
7  Reconsideration of Rule 23(b)(2) Class.
8  **IT IS SO ORDERED.**

11  Dated: __September 3,__, 2009

13  Hon. James Ware
    United States District Court Judge

17  SFI-608343v1

[Proposed] Order to File Under Seal
C 05-00037 JW; C 06-04457 JW

- 2 -