COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@csgrr.com
bonnys@csgrr.com
tmerrick@csgrr.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037 JW<br>C 06-04457 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR BRIEFING AND HEARING PENDING MOTIONS** |

**Whereas** three motions have been noticed for hearing on October 5, 2009 related to the Court's orders of July 17, 2009 (Doc. 228) and May 15, 2009 (Doc. 213), *i.e.,* Apple's motion for reconsideration of the Rule 23(b)(2) class for injunctive relief (Doc. 245/250), plaintiffs' motion to modify their injunctive relief class definition to include iTS customers (Doc. 236), and Apple's motion for judgment on the pleadings re rule of reason tying claim (Doc. 229);

SFI-618730v1

STIP. RE SCHEDULE
Case No. C-05-00037-JW

**Whereas,** at the Court's request, the parties in this case and the coordinated indirect purchaser case, *Somers v. Apple, Inc.*, Case No. C 07-6507 JW, have submitted additional briefing regarding the intersection of the claims in the direct and indirect purchaser actions, the scope of the injunctive relief classes, and the relationship between their injunctive relief theories and the asserted theories of liability;

**Whereas** Apple has also noticed its motion to decertify the Rule 23(b)(3) class for damages (Doc. 240) for October 5, 2009;

**Whereas** plaintiffs have requested a continuance of the briefing and hearing schedule for that motion so that they can depose Apple's expert and so that their expert, if appropriate, can prepare a report;

**Whereas** plaintiffs' expert is unavailable this month and most of October and plaintiffs' lead counsel is scheduled to be on the East Coast for family and business reasons on October 4 and 6, 2009, and Apple is agreeable to modifying the briefing and hearing schedule;

**Whereas** Plaintiffs have begun the process of meeting and conferring with Apple on the proposed content of and a plan for dissemination of class notice, if any; and

**Whereas** the parties believes that it may be advantageous not to hear all of these motions at a single hearing and have been advised that the Court's next available hearing date after October 5 is November 9, 2009;

IT IS HEREBY STIPULATED by the parties, subject to Court approval, as follows:

1. The hearing on Apple's motion for reconsideration of the Rule 23(b)(2) class and plaintiffs' motion to expand the class definition to include iTS purchasers, shall be continued from October 5 to **November 9, 2009**, at 9 a.m., with opposition briefs to be filed September 28 and replies to be filed by October 12, 2009.

2. The hearing on Apple's motion for judgment on the pleadings re the rule of reason tying claim shall also be continued from October 5 to **November 9, 2009**, at 9 a.m. Apple shall file its reply brief on September 21, 2009.

3. If the Court intends to hold a hearing on the additional issues as to which the Court requested additional briefing, including those raised in the indirect purchaser's brief filed

1  Aug. 31, 2009 (Dkt. No. 83), the hearing shall be set for **November 9, 2009**, at 9 a.m.  Any
2  additional briefing shall be filed by September 28, 2009.

3      3. The hearing on Apple's motion to decertify the Rule 23(b)(3) class shall be continued
4  from October 5 to **December 21, 2009**, at 9 a.m.  Plaintiffs' opposition papers shall be filed
5  November 9, 2009, with the understanding that they will depose Apple's expert prior thereto and
6  that, if they file a supplemental expert report, they will make their expert available for deposition
7  by Apple shortly thereafter.  Apple's reply papers shall be filed by December 7, 2009.

8      4. To the extent the parties cannot resolve any issues regarding the content and method of
9  dissemination of class notice, if any, plaintiffs' request to send class notice shall also be heard on
10 **December 21, 2009,** at 9 a.m.  Their moving papers shall be filed on October 26, 2009; Apple's
11 response shall be filed on November 16, 2009; and any reply shall be filed by
12 November 30, 2009.

Dated:  September 14, 2009

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK

/s/ Bonny E. Sweeney_____
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

SFI-618730v1

STIP. RE SCHEDULE
Case No. C-05-00037-JW

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA  90025
Telephone:  310/442-7755
310/442-7756 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: September 14, 2009 | JONES DAY |
| 2 | | |
| 3 | | /s/ Robert A. Mittelstaedt |
| 4 | | ROBERT A. MITTELSTAEDT |
| 5 | | 555 California Street, 26th Floor |
| | | San Francisco, CA  94104 |
| 6 | | Telephone:  415/626-3939 |
| | | 415/875-5700 (fax) |
| 7 | | Attorneys for Defendant, Apple, Inc. |

IT IS SO ORDERED.

Dated:  September ___, 2009            _____
                                        Hon. James Ware

SFI-618730v1

STIP. RE SCHEDULE
Case No. C-05-00037-JW

- 4 -