1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN J. STOIA, JR. (141757)
   BONNY E. SWEENEY (176174)
3  THOMAS R. MERRICK (177987)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   johns@csgrr.com
6  bonnys@csgrr.com
   tmerrick@csgrr.com
7
   THE KATRIEL LAW FIRM
8  ROY A. KATRIEL (*pro hac vice*)
   1101 30th Street, N.W., Suite 500
9  Washington, DC  20007
   Telephone:  202/625-4342
10 202/330-5593 (fax)
   rak@katriellaw.com
11
   Co-Lead Counsel for Plaintiffs
12
   [Additional counsel appear on signature page.]
13
                   UNITED STATES DISTRICT COURT
14
                 NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN JOSE DIVISION
16

17 THE APPLE IPOD ITUNES ANTI-TRUST    )   Lead Case No. C-05-00037-JW(RS)
   LITIGATION                          )
                                       )   CLASS ACTION
18                                     )
   This Document Relates To:           )   DECLARATION OF THOMAS R.
19                                     )   MERRICK IN SUPPORT OF PLAINTIFFS'
       ALL ACTIONS.                    )   OPPOSITION TO DEFENDANT'S MOTION
20                                     )   FOR RECONSIDERATION OF RULE
                                           23(b)(2) CLASS
21
                                           Judge: Hon. James Ware
22                                         Date:  October 5, 2009
                                           Time:  9:00 a.m.
23                                         Ctrm:  8 – 4th Floor

24

25

26

27

28

1    I, THOMAS R. MERRICK, hereby declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of

3  California and am associated with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP. I

4  have personal knowledge of the matters stated herein, and, if called upon, I could and would

5  competently testify thereto.

6    2.    I am Co-Lead Counsel on behalf of Plaintiffs Melanie Tucker, Mariana Rosen, and

7  Somtai Troy Charoensak in the above-captioned action.

8    3.    I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion

9  for Reconsideration of Rule 23(b)(2) Class.

10    4.    Attached hereto are true and correct copies of the following documents:

11    Exhibit 1:    Relevant excerpts from the deposition transcript of Somtai Charoensak, taken
              January 12, 2007;

12

13    Exhibit 2:    Relevant excerpts from the deposition transcript of Mariana Rosen, taken
              January 24, 2007; and

14    Exhibit 3:    Relevant excerpts from the deposition transcript of Melanie Tucker, taken
              October 26, 2007.

15

     I declare under penalty of perjury under the laws of the United States that the foregoing is

16
   true and correct.  Executed this 14th day of September, 2009, at San Diego, California.

17

18

                                        s/ Thomas R. Merrick
19                                     THOMAS R. MERRICK

20  S:\CasesSD\Apple Tying\DEC 00061735.doc

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2       I hereby certify that on September 14, 2009, I electronically filed the foregoing with the

3  Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7       I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on September 14, 2009.

9

                                        s/ Thomas R. Merrick
10                                      THOMAS R. MERRICK

11                                      COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
12                                      655 West Broadway, Suite 1900
                                        San Diego, CA  92101-3301
13                                      Telephone:  619/231-1058
                                        619/231-7423 (fax)
14

15                                      E-mail: tmerrick@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Michael Tedder Scott**

michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012