COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@csgrr.com
bonnys@csgrr.com
tmerrick@csgrr.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(RS) <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION OF RULE 23(b)(2) CLASS <br><br> Judge: Hon. James Ware <br> Date:   October 5, 2009 <br> Time:  9:00 a.m. <br> Ctrm:  8 – 4th Floor |

I, THOMAS R. MERRICK, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am associated with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I am Co-Lead Counsel on behalf of Plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak in the above-captioned action.

3. I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion for Reconsideration of Rule 23(b)(2) Class.

4. Attached hereto are true and correct copies of the following documents:

Exhibit 1:  Relevant excerpts from the deposition transcript of Somtai Charoensak, taken January 12, 2007;

Exhibit 2:  Relevant excerpts from the deposition transcript of Mariana Rosen, taken January 24, 2007; and

Exhibit 3:  Relevant excerpts from the deposition transcript of Melanie Tucker, taken October 26, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of September, 2009, at San Diego, California.

                                                    s/ Thomas R. Merrick
                                                    THOMAS R. MERRICK

S:\CasesSD\Apple Tying\DEC 00061735.doc

1 | CERTIFICATE OF SERVICE

2 | I hereby certify that on September 14, 2009, I electronically filed the foregoing with the
3 | Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 | participants indicated on the attached Manual Notice List.

7 | I certify under penalty of perjury under the laws of the United States of America that the
8 | foregoing is true and correct. Executed on September 14, 2009.

            s/ Thomas R. Merrick
            THOMAS R. MERRICK

            COUGHLIN STOIA GELLER
                RUDMAN & ROBBINS LLP
            655 West Broadway, Suite 1900
            San Diego, CA  92101-3301
            Telephone:  619/231-1058
            619/231-7423 (fax)

            E-mail: tmerrick@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Michael Tedder Scott**

- **Craig Ellsworth Stewart**
  michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```