# EXHIBIT 2

```
                                    Rosen Depo
00001
  1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
  2
  3   SOMTAI TROY CHAROENAK        )
      and MARIANNA ROSEN,          )
  4   individually and on behalf   )   Civil Action C-05-00037
      of all others similarly      )
  5   situated,                    )
                                   )
  6                  Plaintiffs,   )
                                   )
  7        vs.                     )
                                   )
  8   APPLE COMPUTER, INC.,        )
                                   )
  9                  Defendant.    )
      -----------------------------*
 10
                         Wednesday, January 24, 2007
 11                      New York, New York
                         10:17 a.m.
 12
 13          Videotaped Deposition of MARIANNA ROSEN,
 14   taken by Defendant, pursuant to Notice, held at the
 15   offices of Jones Day, 222 East 41st Street, New York,
 16   New York, on Wednesday, January 24, 2007 at 10:17
 17   a.m. before Josephine H. Fassett, a Certified
 18   Shorthand Reporter and Notary Public of the State of
 19   New York.
 20
 21
 22
 23
 24
 25
00002
  1   A P P E A R A N C E S :
  2
  3
      THE KATRIEL LAW FIRM
  4   Attorneys for Plaintiffs
          1101 30th Street, N.W.
  5       Suite 500
          Washington, D.C.  20007
  6   BY: ROY A. KATRIEL, ESQ.
  7
  8   JONES DAY
      Attorneys for Defendant
  9       555 California Street
          26th Floor
 10       San Francisco, California  94104
      BY: ROBERT A. MITTELSTAEDT, ESQ.
 11
 12
 13   A L S O   P R E S E N T :
 14
      THOMAS DELVECCHIO, Videographer
 15
 16
 17
 18
 19
                              Page 1
```

Rosen Depo

00027
1  bought for many, many, many years I accumulated
2  that's still there. Some of them I bought back in
3  Russia, some of them I keep buying it from Russian
4  stores that are in Russia, and I have the CD's
5  that I burned using my iTunes library. In other
6  words, I would purchase music from iTunes and
7  collect an album with music just to listen in the
8  car, for example. And there's my iTunes library
9  which comprises this, the music that I loaded from
10 CD's in order to -- you know, when you have a CD,
11 there's nine songs, five of which you like and
12 four you hate, so I would copy the ones I like
13 into my library and burn them together with some
14 other songs. And, of course, there's the music I
15 bought from iTunes Music Store.
16      Q     On CD's that you've actually bought
17 this physical CD itself, can you estimate
18 approximately how many of those CD's you have?
19      A     That's a really tough question. I
20 don't know, 30 maybe, 30.
21      Q     Thirty? Three-zero?
22      A     Maybe 40. Yes.
23      Q     Do you have any of the really
24 old-fashion albums? You know the --
25           MR. KATRIEL: You're talking about

00028
1  vinyl records?
2      Q     The vinyl.
3           MR. KATRIEL: You're talking about
4  records?
5           MR. MITTELSTAEDT: Yeah, records.
6      A     I know. Unfortunately I don't think
7  I do.
8      Q     How many CD's do you have that you
9  have burned?
10     A     Maybe 10.
11     Q     And those are CD's you burned from
12 music you bought from Apple?
13     A     No. As I said, this could be
14 combination. If I use the iTunes software, I load
15 a physical CD that I bought in a store or somebody
16 gave to me, I choose some songs from there. It
17 may be a mixture, I may have some songs that are
18 from a physical CD that I loaded, it may be some
19 songs I bought from Apple, it may be a combination
20 of two CD's that I bought.
21     Q     And then you make a play list and
22 then you burn the play list?
23     A     Right, exactly.
24     Q     And then when you burn a CD in that
25 fashion, how do you use the CD?

00029
1      A     To play it in a car most of the time
2  because I cannot listen to the iPod say in the
3  car.
4      Q     And have you ever copied that CD
5  back onto your computer?
6      A     The CD that I already burned?
7      Q     Yes.
8      A     No. Why would I do that?
9      Q     Do you -- let's walk through the
10 process that you use to make -- first of all,

Page 12