# EXHIBIT 1

# Charoensak v Apple Computer, Inc.  Depo of Somtai Charoensak  1-12-07

Page 1 to Page 178

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

**Aiken & Welch Court Reporters**
**One Kaiser Plaza, Suite 505**
**Oakland, CA 94612**
**Phone: 510-451-1580**

**Page 1**

[1] UNITED STATES DISTRICT COURT
[2] NORTHERN DISTRICT
[3] ---O0O---
[4] SOMTAI TROY CHAROENSAK, and
    MARIANA ROSEN, individually,
[5] and on behalf of all others
    similarly situated,
[6]
[7]     Plaintiff,
[8] vs.              No. C0500037 JW
[9] APPLE COMPUTER, INC.,
[10]    Defendants.
[11] _____/
[12]
[13]
[14]
[15]    DEPOSITION OF SOMTAI TROY CHAROENSAK
[16]
[17]
[18]
[19]
[20]    Taken before EARLY K. LANGLEY, RMR
[21]           CSR No. 3537
[22]           January 12, 2007
[23]
[24]
[25]

**Page 2**

[1]              I N D E X
[2]                           PAGE
[3] EXAMINATION BY MR. MITTELSTAEDT    7, 174
[4] EXAMINATION BY MR. KATRIEL         170
[5]
[6]
[7]
[8]
[9]
[10]             E X H I B I T S
[11] DEFENDANTS'                  PAGE
[12] 1   Documents that have been produced   98
        and marked Charoensak
[13]    2, 3, 5, 6 and 7
[14] 2   Printout of music files            149
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

**Page 3**

[1]        DEPOSITION OF SOMTAI TROY CHAROENSAK
[2]
[3]     BE IT REMEMBERED, that pursuant to Notice, and on
[4] the 12th day of January 2007, commencing at the hour of
[5] 9:07 a.m., in the offices of Jones Day, 555 California
[6] Street, 26th Floor, San Francisco, California, before
[7] me, EARLY K. LANGLEY, a Certified Shorthand Reporter,
[8] personally appeared SOMTAI TROY CHAROENSAK, produced as
[9] a witness in said action, and being by me first duly
[10] sworn, was thereupon examined as a witness in said
[11] cause.
[12]
[13]            ---oOo---
[14]
[15]    ROY A. KATRIEL, The Katriel Law Firm, 1101 30th
[16] Street NW, Suite 500, Washington, D.C. 20007, appeared
[17] on behalf of the Plaintiff.
[18]
[19]    MICHAEL M. GOLDBERG, Glancy, Binkow & Goldberg,
[20] LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles,
[21] California 90067, appeared on behalf of the Plaintiff.
[22]
[23]
[24]
[25]

**Page 4**

[1]    ROBERT A. MITTELSTAEDT, TRACY STRONG, Jones
[2] Day, 555 California Street, 26th Floor, San Francisco,
[3] California, appeared on behalf of the Defendant Apple
[4] Computer.
[5]
[6]    ALSO PRESENT:    Nick Silva, Tele-Video
[7] Production Services, Oakland, California.
[8]
[9]
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 21

[1] back my -- plug my iPOD back in. I wouldn't have
[2] access of putting it onto my computer. It
[3] would -- it's like somehow like locked. It even
[4] has like a little icon of a lock.
[5]  Q.  I don't fully understand what you are
[6] saying so let me spend a little more time on it.
[7]  A.  Okay.
[8]  Q.  When you -- how many songs did this happen
[9] with?
[10] A.  Just the songs that I purchased from
[11] iTunes.
[12] Q.  So, approximately how many did you have
[13] this problem?
[14] A.  At the time, or?
[15] Q.  At the time.
[16] A.  I don't recall exactly.
[17] Q.  Up till today, how many songs have you had
[18] that problem with?
[19] A.  All the songs I've downloaded from iTunes.
[20] Q.  And how many are those?
[21] A.  I don't know the exact number.
[22] Q.  Approximately.
[23] A.  Approximately. I don't know the exact
[24] number, but I've given you the -- my purchase
[25] history and I'm sure...

Page 22

[1]  Q.  But can you estimate for us approximately
[2] how many songs you've downloaded from iTunes?
[3]  A.  Probably around between 100 and 300.
[4]  Q.  And so the problem that you were
[5] experiencing when you were e-mailing with Ms. Wong
[6] was that the songs you had downloaded from Apple
[7] would play on your iPOD okay, but then when you
[8] tried to play them on the computer they wouldn't
[9] play; do I understand that correctly?
[10] A.  No. As long as I had my iPOD connected to
[11] my computer they'd play okay, but if I wanted to,
[12] let's say, burn a disk so that I could listen to
[13] the music in my car, I would not be able to do
[14] that. So the music that I downloaded from iTunes
[15] I wouldn't be able to transfer to any other media
[16] or play it on any other media besides my iPOD.
[17] Q.  So, just -- I want to take this piece by
[18] piece. As far as playing the music from Apple on
[19] your iPOD, you did not experience any problem;
[20] correct?
[21] A.  No. Actually, sorry, can I say? There --
[22] there has been a couple of times when I don't know
[23] what it is, but the music that I play from iTunes
[24] it will not play sometimes on my iPOD, and I have
[25] to refresh it using the iTunes software. And then

Page 23

[1] it will, I don't know, unlock the music again and
[2] then I can play it on my iPOD, so I have had
[3] problems playing iTunes music on the iPOD.
[4]  Q.  Okay. Let's come back to that. Let's put
[5] that aside for a minute.
[6]     But the problem you were describing to
[7] Ms. Wong was -- didn't have anything to do with
[8] playing the music on the iPOD; correct?
[9]  A.  No, it did not.
[10] Q.  So you're agreeing, it didn't have
[11] anything to do with it; right?
[12] A.  I'm sorry?
[13] Q.  Did the problem you were complaining to
[14] Ms. Wong about or discussing with Ms. Wong have
[15] anything to do with playing the music from Apple
[16] on your iPOD?
[17] A.  It didn't have any -- it didn't have -- I
[18] wasn't talking about the actual music coming out
[19] of my iPOD, no.
[20] Q.  Okay. What you were talking about instead
[21] was when you tried to burn the music that you had
[22] downloaded from Apple's Music Store onto a CD;
[23] correct?
[24] A.  Yes. Yes.
[25] Q.  And what problem were you experiencing

Page 24

[1] when you tried to do that?
[2]  A.  I -- I wasn't able to do it. That was the
[3] problem.
[4]  Q.  How were you attempting to do it?
[5]  A.  How I was attempting to do it was I
[6] plugged in my iPOD into iTunes. I could see the
[7] music there that I purchased, but when I would try
[8] to burn a disk of that music, it would not allow
[9] me at all.
[10] Q.  Go back a step. When you downloaded music
[11] from Apple's Music Store, iTunes Music Store, were
[12] you aware of what directory or what library it
[13] went to on your computer?
[14] A.  No, I was not aware.
[15] Q.  Have you ever looked at your library in
[16] the iTunes application on your computer?
[17] A.  Yes, I have.
[18] Q.  And does that library contain music that
[19] you have downloaded from Apple's Music Store?
[20] A.  Now, you mean?
[21] Q.  At any time.
[22] A.  At any time. Yes, it does. Initially,
[23] yeah.
[24] Q.  And then what happened?
[25] A.  Usually because I need -- well, at the