# EXHIBIT 2

Case 4:05-cv-00037-YGR    Document 254-2    Filed 09/14/09    Page 2 of 3

```
                                    Rosen Depo
00001
   1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
   2
   3   SOMTAI TROY CHAROENAK         )
       and MARIANNA ROSEN,           )
   4   individually and on behalf    )   Civil Action C-05-00037
       of all others similarly       )
   5   situated,                     )
                                     )
   6                  Plaintiffs,    )
                                     )
   7        vs.                      )
                                     )
   8   APPLE COMPUTER, INC.,         )
                                     )
   9                  Defendant.     )
       ------------------------------*
  10
                       Wednesday, January 24, 2007
  11                   New York, New York
                       10:17 a.m.
  12
  13           Videotaped Deposition of MARIANNA ROSEN,
  14   taken by Defendant, pursuant to Notice, held at the
  15   offices of Jones Day, 222 East 41st Street, New York,
  16   New York, on Wednesday, January 24, 2007 at 10:17
  17   a.m. before Josephine H. Fassett, a Certified
  18   Shorthand Reporter and Notary Public of the State of
  19   New York.
  20
  21
  22
  23
  24
  25
00002
   1   A P P E A R A N C E S :
   2
   3
       THE KATRIEL LAW FIRM
   4   Attorneys for Plaintiffs
            1101 30th Street, N.W.
   5        Suite 500
            Washington, D.C.  20007
   6   BY:  ROY A. KATRIEL, ESQ.
   7
   8   JONES DAY
       Attorneys for Defendant
   9        555 California Street
            26th Floor
  10        San Francisco, California  94104
       BY:  ROBERT A. MITTELSTAEDT, ESQ.
  11
  12
  13   A L S O    P R E S E N T :
  14
       THOMAS DELVECCHIO, Videographer
  15
  16
  17
  18
  19
                              Page 1
```

Rosen Depo

00027
1  bought for many, many, many years I accumulated
2  that's still there.  Some of them I bought back in
3  Russia, some of them I keep buying it from Russian
4  stores that are in Russia, and I have the CD's
5  that I burned using my iTunes library.  In other
6  words, I would purchase music from iTunes and
7  collect an album with music just to listen in the
8  car, for example.  And there's my iTunes library
9  which comprises this, the music that I loaded from
10  CD's in order to -- you know, when you have a CD,
11  there's nine songs, five of which you like and
12  four you hate, so I would copy the ones I like
13  into my library and burn them together with some
14  other songs.  And, of course, there's the music I
15  bought from iTunes Music Store.
16      Q    On CD's that you've actually bought
17  this physical CD itself, can you estimate
18  approximately how many of those CD's you have?
19      A    That's a really tough question.  I
20  don't know, 30 maybe, 30.
21      Q    Thirty?  Three-zero?
22      A    Maybe 40.  Yes.
23      Q    Do you have any of the really
24  old-fashion albums?  You know the --
25           MR. KATRIEL: You're talking about
00028
1  vinyl records?
2      Q    The vinyl.
3           MR. KATRIEL: You're talking about
4  records?
5           MR. MITTELSTAEDT: Yeah, records.
6      A    I know.  Unfortunately I don't think
7  I do.
8      Q    How many CD's do you have that you
9  have burned?
10     A    Maybe 10.
11     Q    And those are CD's you burned from
12  music you bought from Apple?
13     A    No.  As I said, this could be
14  combination.  If I use the iTunes software, I load
15  a physical CD that I bought in a store or somebody
16  gave to me, I choose some songs from there.  It
17  may be a mixture, I may have some songs that are
18  from a physical CD that I loaded, it may be some
19  songs I bought from Apple, it may be a combination
20  of two CD's that I bought.
21     Q    And then you make a play list and
22  then you burn the play list?
23     A    Right, exactly.
24     Q    And then when you burn a CD in that
25  fashion, how do you use the CD?
00029
1      A    To play it in a car most of the time
2  because I cannot listen to the iPod say in the
3  car.
4      Q    And have you ever copied that CD
5  back onto your computer?
6      A    The CD that I already burned?
7      Q    Yes.
8      A    No.  Why would I do that?
9      Q    Do you -- let's walk through the
10  process that you use to make -- first of all,