1   Robert A. Mittelstaedt #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart #129530
    cestewart@jonesday.com
3   Michael Scott #255282
    michaelscott@jonesday.com
4   JONES DAY
    555 California Street, 26th Floor
5   San Francisco, CA 94104
    Telephone:    (415) 626-3939
6   Facsimile:    (415) 875-5700

7   Attorneys for Defendant
    APPLE INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13   THE APPLE iPOD iTUNES ANTI-TRUST          Case No. C 05-00037 JW
     LITIGATION                                          C 06-04457 JW
14
                                               DECLARATION OF EDDY CUE IN
15                                             SUPPORT OF DEFENDANT'S
                                               OPPOSITION TO
16                                             PLAINTIFFS'  MOTION TO
                                               MODIFY INJUNCTIVE RELIEF
17                                             CLASS DEFINITION

18                                             (SIGNATURE BY FAX)

19                                             Date:    October 5, 2009
                                               Time:    9:00 A.M.
20                                             Place:   Courtroom 8, 4th floor

21

22

23

24

25

26

27

28
                                                       DECL. OF EDDY CUE ISO OPP. TO MOTION TO
                                                            MODIFY CLASS DEFINITION
                              1                             C 05-00037 JW; C 06-04457 JW

Dockets.Justia.com

1    I, Eddy Cue, declare as follows:

2        1.      I am employed by Apple Inc. as Vice President, Internet Services. I have held this

3    position since August 2008. I have had responsibility for the iTunes Store since 2003. I make

4    this declaration in support of Defendant's Opposition to Plaintiffs' Motion to Modify Injunctive

5    Relief Class Definition to Include iTMS Purchasers. The facts stated in this declaration are true

6    and based upon my own personal knowledge, and if called to testify to them, I would competently

7    do so.

8        2.      Apple could not launch a completely DRM-free version of the iTunes Music Store

9    until all of the record labels that provided content to Apple agreed that Apple could sell their

10   music without the use of DRM. Well before the labels agreed to do so, Apple had publicly

11   expressed its desire to sell DRM-free music.

12       3.      Now that the labels have agreed that Apple may sell music they provide to Apple

13   without the use of DRM, Apple sells only DRM-free music. The other major online-music stores

14   such as Wal-Mart and Amazon that compete with Apple similarly sell music without DRM.

15   Apple is not aware that the record labels have any plans to reinstitute a DRM requirement and

16   Apple has no intention of operating a music store that sells DRM music in the future.

17       I declare under penalty of perjury under the laws of the United States and the State of

18   California that the foregoing is true and correct.

19       Executed this  _14_  day of September 2009 in Cupertino, California.

20

21

22                                              Eddy Cue

23

24   SFI-618644v1

25

26

27

28

DECL. OF EDDY CUE ISO OPP. TO MOTION TO
MODIFY CLASS DEFINITION
C 05-00037 JW; C 06-04457 JW