COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@csgrr.com
bonnys@csgrr.com
tmerrick@csgrr.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

IT IS SO ORDERED
AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THE APPLE iPOD iTUNES ANTI-TRUST
LITIGATION.

Case No. C 05-00037 JW
C 07-06507 JW[1]

STIPULATION AND [PROPOSED]
ORDER RE SCHEDULE FOR
BRIEFING AND HEARING
PENDING MOTIONS

**Whereas** three motions have been noticed for hearing on October 5, 2009 related to the Court's orders of July 17, 2009 (Doc. 228) and May 15, 2009 (Doc. 213), *i.e.,* Apple's motion for reconsideration of the Rule 23(b)(2) class for injunctive relief (Doc. 245/250), plaintiffs' motion to modify their injunctive relief class definition to include iTS customers (Doc. 236), and Apple's motion for judgment on the pleadings re rule of reason tying claim (Doc. 229);

[1] The Court notes that the parties' mistakenly included case no. C-06-04457 JW, Melanie Tucker v. Apple Computer, Inc. on their double captioned Stipulation.  The Tucker action is a member case to the consolidated action, C-05-0037-JW", The Apple iPod iTunes Anti-Trust Litigation".  The Court notes that the related action, C-07-06507-JW, Stacie Somers v. Apple Inc. should have been the correct case to be included on the double caption.  Counsel should correct any future pleadings that may be double captioned to reflect the correct case numbers and titles.

**Whereas,** at the Court's request, the parties in this case and the coordinated indirect purchaser case, *Somers v. Apple, Inc.*, Case No. C 07-6507 JW, have submitted additional briefing regarding the intersection of the claims in the direct and indirect purchaser actions, the scope of the injunctive relief classes, and the relationship between their injunctive relief theories and the asserted theories of liability;

**Whereas** Apple has also noticed its motion to decertify the Rule 23(b)(3) class for damages (Doc. 240) for October 5, 2009;

**Whereas** plaintiffs have requested a continuance of the briefing and hearing schedule for that motion so that they can depose Apple's expert and so that their expert, if appropriate, can prepare a report;

**Whereas** plaintiffs' expert is unavailable this month and most of October and plaintiffs' lead counsel is scheduled to be on the East Coast for family and business reasons on October 4 and 6, 2009, and Apple is agreeable to modifying the briefing and hearing schedule;

**Whereas** Plaintiffs have begun the process of meeting and conferring with Apple on the proposed content of and a plan for dissemination of class notice, if any; and

**Whereas** the parties believes that it may be advantageous not to hear all of these motions at a single hearing and have been advised that the Court's next available hearing date after October 5 is November 9, 2009;

IT IS HEREBY STIPULATED by the parties, subject to Court approval, as follows:

1. The hearing on Apple's motion for reconsideration of the Rule 23(b)(2) class and plaintiffs' motion to expand the class definition to include iTS purchasers, shall be continued from October 5 to **November 9, 2009**, at 9 a.m., with opposition briefs to be filed September 28 and replies to be filed by October 12, 2009.

2. The hearing on Apple's motion for judgment on the pleadings re the rule of reason tying claim shall remain on calendar as previously set for **October 5, 2009 at 9 a.m.** Apple shall file its reply brief on **September 18, 2009.**

3. If the Court intends to hold a hearing on the additional issues as to which the Court requested additional briefing, including those raised in the indirect purchaser's brief filed

SFI-618730v1

STIP. RE SCHEDULE
Case No. C-05-00037-JW

1    Aug. 31, 2009 (Dkt. No. 83), the hearing shall be set for **November 9, 2009**, at 9 a.m.  Any

2    additional briefing shall be filed by September 28, 2009.

3            3.  The hearing on Apple's motion to decertify the Rule 23(b)(3) class shall be continued

4    from October 5 to  **November 9, 2009 at 9 a.m.**

5    Briefing for this Motion shall be completed on or before **October 19, 2009.**

6            **In light of these pending Motions, the Court will set a separate hearing date with**

7    **respect to any class notice once all of these Motions are resolved.**

8

9

10

11

12

13

14   Dated:  September 14, 2009                    COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
15                                                  JOHN J. STOIA, JR.
                                                    BONNY E. SWEENEY
                                                    THOMAS R. MERRICK
16

17                                                  /s/ Bonny E. Sweeney
                                                    BONNY E. SWEENEY
18

19                                                  655 West Broadway, Suite 1900
                                                    San Diego, CA  92101
20                                                  Telephone:  619/231-1058
                                                    619/231-7423 (fax)
21
                                                    THE KATRIEL LAW FIRM
22                                                  ROY A. KATRIEL
                                                    1101 30th Street, N.W., Suite 500
23                                                  Washington, DC  20007
                                                    Telephone:  202/625-4342
24                                                  202/330-5593 (fax)

25                                                  Co-Lead Counsel for Plaintiffs

26

27

28

SFI-618730v1

STIP. RE SCHEDULE
Case No. C-05-00037-JW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA  90025
Telephone:  310/442-7755
310/442-7756 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

SFI-618730v1

STIP. RE SCHEDULE
Case No. C-05-00037-JW

- 3 -

DATED:  September 14, 2009                    JONES DAY


                                              /s/ Robert A. Mittelstaedt
                                              ROBERT A. MITTELSTAEDT

                                              555 California Street, 26th Floor
                                              San Francisco, CA  94104
                                              Telephone:  415/626-3939
                                              415/875-5700 (fax)

                                              Attorneys for Defendant, Apple, Inc.



IT IS SO ORDERED AS MODIFIED.


Dated:   September 16, 2009         _____
                                   Hon. James Ware



SFI-618730v1

STIP. RE SCHEDULE
Case No. C-05-00037-JW

- 4 -