1  Robert A. Mittelstaedt #060359
   Craig E. Stewart #129530
2  Michael Scott #255282
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
5  ramittelstaedt@jonesday.com
   cestewart@jonesday.com
6  michaelscott@jonesday.com

7  Attorneys for Defendant
   APPLE INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13 | **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No.  C 05-00037 JW |
   |   | C 06-04457 JW |
14 |   |   |
   |   | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE** |

18       Having considered Apple Inc.'s Administrative Motion to Set Briefing Schedule and the

19 declaration of Robert Mittelsteadt in support thereof, and good cause appearing therein, IT IS

20 HEREBY ORDERED THAT Apple Inc.'s Administrative Motion to Set Briefing Schedule is

21 GRANTED.  Plaintiffs shall file their opposition to defendant's Motion for Decertification of

22 Rule 23(b)(3) Class by October 5, 2009.  Plaintiffs shall make available any expert on whom

23 plaintiffs rely in their opposition available for deposition no later than October 12, 2009.  Apple

24 shall file its reply by October 19, 2009.

25       **IT IS SO ORDERED.**

26 Dated: _____, 2009

                                                James Ware
27                                              United States District Court Judge

28

SFI-619253v1

[PROPOSED] ORDER GRANTING APPLE'S
ADM.  MTN. TO SET BRIEFING SCHEDULE
C 05 00037 JW, C 06-04457 JW