1   Robert A. Mittelstaedt #060359
    Craig E. Stewart #129530
2   Michael Scott #255282
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:    (415) 626-3939
    Facsimile:    (415) 875-5700
5   ramittelstaedt@jonesday.com
    cestewart@jonesday.com
6   michaelscott@jonesday.com

7   Attorneys for Defendant
    APPLE INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13  **THE APPLE iPod tunes ANTI-TRUST**        **Case No. C 05-00037 JEW**
    **LITIGATION**                                     **C 06-04457 JEW**
14

15                                             **DECLARATION OF ROBERT**
                                               **MITTELSTAEDT IN SUPPORT OF APPLE**
16                                             **INC.'S ADMINISTRATIVE MOTION TO**
                                               **SET BRIEFING SCHEDULE**
17

18

19

20          I, Robert Mittelstaedt, declare as follows:

21          1.      I am counsel of record for Apple Inc.   I have personal knowledge of the facts set

22  forth herein and, if called as a witness, I could and would testify competently thereto.

23          2.      Apple filed its motion to decertify the Rule 23(b)(3) class on August 31, 2009, and

24  noticed it for hearing for October 5, 2009.  On September 16, modifying a stipulation proposed by

25  the parties (*see* Doc. 257), the Court continued the hearing date to November 9, and ordered that

26  briefing shall be completed by October 19.

27

28

1    3.    On September 18, I telephoned plaintiffs' lead counsel, Bonny Sweeney, to

2    discuss dates for plaintiffs' opposition brief, for Apple to depose any expert whose declaration

3    they might submit, and for Apple's reply brief.  I asked Ms. Sweeney if she would agree to file

4    plaintiffs' opposition papers by October 1 or 5 so that Apple would have time to depose their

5    expert and prepare its reply papers.  Ms. Sweeney stated that her schedule prevented her from

6    filing her opposition before October 12 even though that would leave Apple only seven days for

7    its reply.  She did not say that other lawyers in her firm or the other attorneys of record from other

8    firms were also unavailable to prepare their opposition brief.

9    3.  In an effort to persuade Ms. Sweeney to agree to file plaintiffs' opposition papers

10    before October 12, I offered to move up the deposition of Apple's expert from September 28 to

11    the week of September 21.  Ms. Sweeney declined.

12    4.  On September 21, Ms. Sweeney advised that plaintiffs' expert, Roger Noll, would not

13    be available for deposition the week of October 12.  At the same time, she recognized Apple's

14    right to depose him on any supplemental declaration they might submit.

15    5.  Given the complexity of the issues that plaintiffs are likely to raise in their opposition,

16    the need to take and prepare for the expert's deposition, and the time required to take and review

17    the deposition and prepare its reply brief, the seven day period on which plaintiffs insist is

18    unreasonably short.

19

20    Dated:  September 22, 2009                    Respectfully submitted,

21                                                Jones Day

22                                                By: /s/ Robert A. Mittelstaedt
                                                     Robert A. Mittelstaedt
23

24                                                Counsel for Defendant
                                                 APPLE INC.
25

26

27

28