1   Robert A. Mittelstaedt #060359
    Craig E. Stewart #129530
2   Michael Scott #255282
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:    (415) 626-3939
    Facsimile:    (415) 875-5700
5   ramittelstaedt@jonesday.com
    cestewart@jonesday.com
6   michaelscott@jonesday.com

7   Attorneys for Defendant
    APPLE INC.
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13  **THE APPLE iPOD iTUNES ANTI-**          **Case No. C 05-00037 JW**
    **TRUST LITIGATION**                            **C 06-04457 JW**
14

15                                           **[PROPOSED] ORDER GRANTING**
                                             **APPLE'S ADMINISTRATIVE MOTION TO**
16                                           **SET BRIEFING SCHEDULE**

17

18          Having considered Apple Inc.'s Administrative Motion to Set Briefing Schedule and the

19  declaration of Robert Mittelstaedt in support thereof, and good cause appearing therein, IT IS

20  HEREBY ORDERED THAT Apple Inc.'s Administrative Motion to Set Briefing Schedule is

21  GRANTED.  Plaintiffs shall file their opposition to defendant's Motion for Decertification of

22  Rule 23(b)(3) Class by October 5, 2009.  Plaintiffs shall make available any expert on whom

23  plaintiffs rely in their opposition available for deposition no later than October 12, 2009.  Apple

24  shall file its reply by October 19, 2009.

25          **IT IS SO ORDERED.**

26  Dated: _____, 2009

27                                           _____
                                             James Ware
                                             United States District Court Judge
28

SFI-619253v1                                 [PROPOSED] ORDER GRANTING APPLE'S
                                             ADM.  MTN. TO SET BRIEFING SCHEDULE
                                             C 05 00037 JW, C 06-04457 JW