1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(RS) |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER DENYING APPLE'S ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE FOR DECERTIFICATION MOTION |
| CHAROENSAK v. APPLE COMPUTER, INC., | |
| No. C-05-00037-JW | |
| TUCKER v. APPLE COMPUTER, INC., | |
| No. C-06-04457-JW | |

17
18
19
20
21
22
23
24
25
26
27
28

1  Having considered Apple Inc.'s Administrative Motion to Set Briefing Schedule, Direct
2  Purchaser Plaintiffs' opposition to Apple's motion, and all declarations filed therewith, as well as
3  Apple Inc.'s Motion for Decertification of Rule 23(b)(3) Class, and accompanying declarations filed
4  in support thereof, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative Motion to Set
5  Briefing Schedule is DENIED.  Direct Purchaser Plaintiffs shall file their opposition to Defendant's
6  Motion for Decertification of Rule 23(b)(3) Class by October 12, 2009.  Apple shall file its reply by
7  October 19, 2009.
8  OR IN THE ALTERNATIVE, Apple shall file its reply by October 23, 2009, or a later date
9  set by the Court.
10  OR IN THE ALTERNATIVE, Defendant's Motion for Decertification of Rule 23(b)(3)
11  Class is HEREBY DENIED without prejudice to Apple's right to bring a decertification motion at an
12  appropriate time in the litigation, after completion of discovery.
13  IT IS SO ORDERED.
14
    DATED: _____        _____
15                                        THE HONORABLE JAMES WARE
                                          UNITED STATES DISTRICT JUDGE
16
    Submitted by:
17
    COUGHLIN STOIA GELLER
18    RUDMAN & ROBBINS LLP
    JOHN J. STOIA, JR.
19  BONNY E. SWEENEY
    THOMAS R. MERRICK
20  655 West Broadway, Suite 1900
    San Diego, CA  92101
21  Telephone:  619/231-1058
    619/231-7423 (fax)
22
    THE KATRIEL LAW FIRM
23  ROY A. KATRIEL
    1101 30th Street, N.W., Suite 500
24  Washington, DC  20007
    Telephone:  202/625-4342
25  202/330-5593 (fax)

26  Co-Lead Counsel for Plaintiffs

27  BONNETT, FAIRBOURN, FRIEDMAN
      & BALINT, P.C.
28  ANDREW S. FRIEDMAN

[PROPOSED] ORDER DENYING APPLE'S ADMINISTRATIVE MOTION TO SET BRIEFING
SCHEDULE FOR DECERTIFICATION MOTION - C-05-00037-JW(RS)                                    - 1 -

1  FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
2  TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
3  Phoenix, AZ  85012
   Telephone:  602/274-1100
4  602/274-1199 (fax)

5  BRAUN LAW GROUP, P.C.
   MICHAEL D. BRAUN
6  12304 Santa Monica Blvd., Suite 109
   Los Angeles, CA  90025
7  Telephone:  310/442-7755
   310/442-7756 (fax)
8
   MURRAY, FRANK & SAILER LLP
9  BRIAN P. MURRAY
   JACQUELINE SAILER
10 275 Madison Avenue, Suite 801
   New York, NY  10016
11 Telephone:  212/682-1818
   212/682-1892 (fax)
12
   GLANCY BINKOW & GOLDBERG LLP
13 MICHAEL GOLDBERG
   1801 Avenue of the Stars, Suite 311
14 Los Angeles, CA  90067
   Telephone:  310/201-9150
15 310/201-9160 (fax)

16 Additional Counsel for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING APPLE'S ADMINISTRATIVE MOTION TO SET BRIEFING
SCHEDULE FOR DECERTIFICATION MOTION - C-05-00037-JW(RS)                                    - 2 -

1 <u>CERTIFICATE OF SERVICE</u>

2     I hereby certify that on September 23, 2009, I electronically filed the foregoing with the

3 Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7     I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct. Executed on September 23, 2009.

```
                                    s/ Bonny E. Sweeney
                                    BONNY E. SWEENEY
                                    COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101-3301
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)

                                    E-mail:Bonnys@csgrr.com
```

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**

   invalidaddress@invalidaddress.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```