# EXHIBIT B



**COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

BONNY SWEENEY
BonnyS@csgrr.com

January 30, 2008

<u>VIA E-MAIL AND
FIRST-CLASS MAIL</u>

Robert A. Mittelstaedt
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

Re: *Tucker v. Apple Computer, Inc.*, No. 06-04457-JW

Dear Bob:

I am writing to follow-up on the discussions we had on January 16, 2008, before the scheduled hearing on plaintiffs' motion to compel. In response to your agreement to produce certain Apple data, I agreed to take the motion off calendar. You said that you would be shortly sending me exemplars of the data Apple intended to produce, so that I could review them and determine whether the data was sufficient for plaintiffs' purposes. I have not yet received anything from you.

I look forward to your prompt response.

Very truly yours,

*Bonny E. Sweeney* tat

BONNY E. SWEENEY

BES:tat
cc: Frank Balint
Roy Katriel
Paula Roach

S:\CasesSD\Apple Tying\Corres\Mittelstaedt 01-29-08.doc

655 West Broadway, Suite 1900 · San Diego, California 92101-8498 · 619.231.1058 · Fax 619.231.7423 · www.csgrr.com

