# EXHIBIT C

Dockets.Justia.com

# Christina Sindac

**Subject:** RE: Apple

**From:** Robert A Mittelstaedt [mailto:ramittelstaedt@JonesDay.com]
**Sent:** Wednesday, January 30, 2008 9:23 AM
**To:** Bonny Sweeney
**Subject:** Apple


Bonny: I have been preoccupied on other things but will turn to this right away and hope to have you what I agreed to provide by the end of the week. Sorry for the delay. To be clear, I did not agree to, or anticipate, that we would produce the actual data beyond an exemplar of the type of data that are available. I understood that your expert wanted to know what type of data is available rather than ocquiring all the data now because he does not intend to actually produce a damage study at this point. That's the compromise we reached, and I thought that met your pre-cert needs.

Robert A. Mittelstaedt
JONES DAY
San Francisco, California
T:  (415) 875-5710
F:  (415) 875-5700
E-mail:  ramittelstaedt@jonesday.com
www.jonesday.com


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========