1  Robert A. Mittelstaedt #060359
   Craig E. Stewart #129530
2  Michael Scott #255282
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:    (415) 626-3939
   Facsimile:     (415) 875-5700
5  ramittelstaedt@jonesday.com
   cestewart@jonesday.com
6  michaelscott@jonesday.com

7  Attorneys for Defendant
   APPLE INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13 **THE APPLE iPOD iTUNES ANTI-**          **Case No. C 05-00037 JW**
   **TRUST LITIGATION**                            **C 06-04457 JW**
14

15                                         **AMENDED [PROPOSED] ORDER**
                                           **GRANTING APPLE'S ADMINISTRATIVE**
16                                         **MOTION TO SET BRIEFING SCHEDULE**

17

18         Having considered Apple Inc.'s Administrative Motion to Set Briefing Schedule, the

19  declaration of Robert Mittelstaedt, and Apple Inc.'s Reply in support thereof, and good cause

20  appearing therein, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative Motion to Set

21  Briefing Schedule is GRANTED.  Plaintiffs shall file their opposition to defendant's Motion for

22  Decertification of Rule 23(b)(3) Class by October 1, 2009.  Plaintiffs shall make available any

23  expert on whom plaintiffs rely in their opposition available for deposition no later than October 6,

24  2009.  Apple shall file its reply by October 19, 2009.

25         **IT IS SO ORDERED.**

26  Dated: _____, 2009

27                                         _____
                                           James Ware
                                           United States District Court Judge
28

SFI-619671v1                               [PROPOSED] ORDER GRANTING APPLE'S
                                           ADM.  MTN. TO SET BRIEFING SCHEDULE
                                           C 05 00037 JW, C 06-04457 JW