# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: (415) 626-3939 • FACSIMILE: (415) 875-5700

Direct Number: (415) 875-5710
ramittelstaedt@jonesday.com

JP005576                                             October 6, 2009

Honorable James Ware
United States District Court,
Northern District of California
280 S. 1st Street
San Jose, CA  95113

>    Re:  *The Apple iPod iTunes Antitrust Litigation*,
>         Case Nos. C 05-00037 JW, C 06-04457 JW

Dear Judge Ware:

      At the hearing yesterday, the Court asked about the existence of cases dismissing tying claims for lack of coercion under both the *per se* and rule of reason tests. In addition to the cases cited at the hearing, a subsequent decision in a case cited in the Court's May 15 *per se* decision (Doc. 213, p. 6) is also responsive: *See Innovation Data Processing, Inc. v. Int'l Bus. Machs. Corp.*, 603 F. Supp. 646 (D.N.J. 1984) (and case cited therein).

                                             Respectfully submitted,

                                             /s/ Robert A. Mittelstaedt
                                             Attorney for Defendant Apple Inc.

SFI-620419v1
Last Edited: 10/6/09

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Dockets.Justia.com