UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 36 mins**

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:   October 5, 2009**  **Court Reporter: Irene Rodriguez**
**Case No.: C-05-00037 JW**  **Special Master: N/A**
**Related Case No.: N/A**  **Interpreter: N/A**

## TITLE

"The Apple iPod iTunes Anti-Trust Litigation"

**Attorney(s) for Plaintiff(s)**: Thomas Merrick, Bonney Sweeny
**Attorney(s) for Defendant(s)**:Robert Mittelstaedt

## PROCEEDINGS

**Defendants' Rule 12(c) Motion as to Plaintiffs' Rules of Reason Tying Claim [Doc. 229]**

## ORDER AFTER HEARING

Hearing Held.  The Court took the matter under submission after oral argument.   The Court to issue further Order following hearing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: