1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN J. STOIA, JR. (141757)
   BONNY E. SWEENEY (176174)
3  THOMAS R. MERRICK (177987)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   johns@csgrr.com
6  bonnys@csgrr.com
   tmerrick@csgrr.com
7
   THE KATRIEL LAW FIRM
8  ROY A. KATRIEL (*pro hac vice*)
   1101 30th Street, N.W., Suite 500
9  Washington, DC  20007
   Telephone:  202/625-4342
10 202/330-5593 (fax)
   rak@katriellaw.com
11
   Co-Lead Counsel for Plaintiffs
12
   [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(RS) |
| ) | <u>CLASS ACTION</u> |
| ) | |
| This Document Relates To: ) ) | STIPULATION REGARDING BRIEFING SCHEDULE |
| ALL ACTIONS. ) ) | |

1    WHEREAS, by order, on October 5, 2009, the Court continued the November 9, 2009 hearing on Direct Plaintiffs' Motion to Modify Injunctive Relief Class Definition to Include iTMS Purchasers (Dkt. No. 236), Apple's Motion for Decertification of Rule 23(b)(3) Class (Dkt. No. 240), and Apple's Motion for Reconsideration of Rule 23(b)(2) Class (Dkt. No. 244) to November 23, 2009, at 9:00 a.m.;

WHEREAS, the Court ordered the parties to meet and confer and stipulate to a schedule consistent with the dates provided by the Court;

WHEREAS, the Court ordered that all briefing on the above listed motions be completed on or before November 9, 2009;

WHEREAS, Direct Plaintiffs and Apple are still negotiating with respect to Direct Plaintiffs filing their Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class on a date earlier than October 19, 2009 but, subject to such negotiations, are agreed that Direct Plaintiffs will file that Opposition no later than October 19, 2009; and

IT IS HEREBY STIPULATED by the parties, subject to Court approval, the following briefing schedule be adopted:

| | |
|---|---|
| Direct Plaintiffs' Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class | Due on or before October 19, 2009 |
| Apple's Reply Brief in Support of Motion for Decertification Rule 23(b)(3) Class | Due on or before November 9, 2009 |
| Direct Plaintiffs' Reply Brief in Support of Motion to Modify the Injunctive Relief Class Definition to Include iTMS Purchasers | Due on or before November 9, 2009 |
| Apple's Reply Brief in Support of Motion for Reconsideration of the Rule 23(b)(2) Class | Due on or before November 9, 2009 |

In addition, Indirect Plaintiff wishes to file a reply memorandum in connection with Indirect Plaintiff's Supplemental Memorandum in Support of Motion for Class Certification of Rule 23(b)(2) Class (*Somers v. Apple, Inc.*, Dkt. No. 83). Indirect Plaintiff contends that she is entitled to file such a brief under Local Civil Rule 7-3 as a matter of right and requests that the date by which she must submit her reply brief be set at November 9, 2009, the same date as the other reply briefs on the schedule. Apple's position is that Rule 7-3 is inapplicable because Indirect Plaintiff's Supplemental

Memorandum is not a motion.  Apple accordingly believes no further briefs are appropriate in connection with the Supplemental Memorandum.  If the Court is willing to accept the proposed reply memorandum, Apple agrees that its due date should be November 9. 2009.

DATED: October 9, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA  90025
Telephone:  310/442-7755
310/442-7756 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

|   |   |   |
|---|---|---|
| 1 | | GLANCY BINKOW & GOLDBERG LLP |
| 2 | | MICHAEL GOLDBERG |
|   | | 1801 Avenue of the Stars, Suite 311 |
| 3 | | Los Angeles, CA 90067 |
|   | | Telephone: 310/201-9150 |
| 4 | | 310/201-9160 (fax) |

```
 1                                              GLANCY BINKOW & GOLDBERG LLP
                                                MICHAEL GOLDBERG
 2                                              1801 Avenue of the Stars, Suite 311
                                                Los Angeles, CA  90067
 3                                              Telephone: 310/201-9150
                                                310/201-9160 (fax)
 4
                                                Additional Counsel for Plaintiffs
 5
     DATED:  October 9, 2009                    JONES DAY
 6                                              ROBERT A. MITTELSTAEDT

 7
                                                       s/ Robert A. Mittelstaedt
 8                                                 ROBERT A. MITTELSTAEDT

 9                                              555 California Street, 26th Floor
                                                San Francisco, CA  94104
10                                              Telephone: 415/626-3939
                                                415/875-5700 (fax)
11
                                                Attorneys for Defendant, Apple, Inc.
12
     DATED:  October 9, 2009                    ZELDES & HAEGGQUIST, LLP
13                                              HELEN I. ZELDES
                                                ALREEN HAEGGQUIST
14

15
                                                       s/ Helen I. Zeldes
16                                                 HELEN I. ZELDES

17                                              625 Broadway, Suite 906
                                                San Diego, CA 92101
18                                              Telephone: 619/434-0024
                                                619-342-7878 (fax)
19
                                                MEHRI & SKALET, PLLC
                                                STEVEN A. SKALET
20                                              CRAIG L. BRISKIN
                                                1250 Connecticut Ave. NW, Suite 300
21                                              Washington, DC  20036
                                                Telephone: 202/822-5100
22                                              202/822-4997 (fax)

23                                              Attorneys for Plaintiff Stacie Somers
```

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: October 9, 2009                    By:_____s/ Bonny E. Sweeney_____

S:\CasesSD\Apple Tying\STP00062264.doc

STIPULATION REGARDING BRIEFING SCHEDULE - C-05-00037-JW(RS)                    - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2009.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:bonnys@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**

- invalidaddress@invalidaddress.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```