COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@csgrr.com
bonnys@csgrr.com
tmerrick@csgrr.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(RS) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | STIPULATION REGARDING BRIEFING SCHEDULE |
| ALL ACTIONS. | |

1  WHEREAS, by order, on October 5, 2009, the Court continued the November 9, 2009
2  hearing on Direct Plaintiffs' Motion to Modify Injunctive Relief Class Definition to Include iTMS
3  Purchasers (Dkt. No. 236), Apple's Motion for Decertification of Rule 23(b)(3) Class (Dkt. No.
4  240), and Apple's Motion for Reconsideration of Rule 23(b)(2) Class (Dkt. No. 244) to November
5  23, 2009, at 9:00 a.m.;

6  WHEREAS, the Court ordered the parties to meet and confer and stipulate to a schedule
7  consistent with the dates provided by the Court;

8  WHEREAS, the Court ordered that all briefing on the above listed motions be completed on
9  or before November 9, 2009;

10  WHEREAS, Direct Plaintiffs and Apple are still negotiating with respect to Direct Plaintiffs
11  filing their Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class on a date earlier
12  than October 19, 2009 but, subject to such negotiations, are agreed that Direct Plaintiffs will file that
13  Opposition no later than October 19, 2009; and

14  IT IS HEREBY STIPULATED by the parties, subject to Court approval, the following
15  briefing schedule be adopted:

| | |
|---|---|
| Direct Plaintiffs' Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class | Due on or before October 19, 2009 |
| Apple's Reply Brief in Support of Motion for Decertification Rule 23(b)(3) Class | Due on or before November 9, 2009 |
| Direct Plaintiffs' Reply Brief in Support of Motion to Modify the Injunctive Relief Class Definition to Include iTMS Purchasers | Due on or before November 9, 2009 |
| Apple's Reply Brief in Support of Motion for Reconsideration of the Rule 23(b)(2) Class | Due on or before November 9, 2009 |

23  In addition, Indirect Plaintiff wishes to file a reply memorandum in connection with Indirect
24  Plaintiff's Supplemental Memorandum in Support of Motion for Class Certification of Rule 23(b)(2)
25  Class (*Somers v. Apple, Inc.*, Dkt. No. 83). Indirect Plaintiff contends that she is entitled to file such
26  a brief under Local Civil Rule 7-3 as a matter of right and requests that the date by which she must
27  submit her reply brief be set at November 9, 2009, the same date as the other reply briefs on the
28  schedule. Apple's position is that Rule 7-3 is inapplicable because Indirect Plaintiff's Supplemental

STIPULATION REGARDING BRIEFING SCHEDULE - C-05-00037-JW(RS)         - 1 -

1  Memorandum is not a motion. Apple accordingly believes no further briefs are appropriate in
2  connection with the Supplemental Memorandum. If the Court is willing to accept the proposed reply
3  memorandum, Apple agrees that its due date should be November 9. 2009.

4  DATED: October 9, 2009                    COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
5                                             JOHN J. STOIA, JR.
                                              BONNY E. SWEENEY
6                                             THOMAS R. MERRICK

7

8                                                      s/ Bonny E. Sweeney
                                                    BONNY E. SWEENEY
9
                                              655 West Broadway, Suite 1900
10                                            San Diego, CA  92101
                                              Telephone:  619/231-1058
11                                            619/231-7423 (fax)

12                                            THE KATRIEL LAW FIRM
                                              ROY A. KATRIEL
13                                            1101 30th Street, N.W., Suite 500
                                              Washington, DC  20007
14                                            Telephone:  202/625-4342
                                              202/330-5593 (fax)
15
                                              Co-Lead Counsel for Plaintiffs
16
                                              BONNETT, FAIRBOURN, FRIEDMAN
17                                              & BALINT, P.C.
                                              ANDREW S. FRIEDMAN
18                                            FRANCIS J. BALINT, JR.
                                              ELAINE A. RYAN
19                                            TODD D. CARPENTER
                                              2901 N. Central Avenue, Suite 1000
20                                            Phoenix, AZ  85012
                                              Telephone:  602/274-1100
21                                            602/274-1199 (fax)

22                                            BRAUN LAW GROUP, P.C.
                                              MICHAEL D. BRAUN
                                              12304 Santa Monica Blvd., Suite 109
23                                            Los Angeles, CA  90025
                                              Telephone:  310/442-7755
24                                            310/442-7756 (fax)

25                                            MURRAY, FRANK & SAILER LLP
                                              BRIAN P. MURRAY
26                                            JACQUELINE SAILER
                                              275 Madison Avenue, Suite 801
27                                            New York, NY  10016
                                              Telephone:  212/682-1818
28                                            212/682-1892 (fax)

STIPULATION REGARDING BRIEFING SCHEDULE - C-05-00037-JW(RS)                               - 2 -

| | |
|---|---|
| | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: 310/201-9150<br>310/201-9160 (fax) |
| | Additional Counsel for Plaintiffs |
| DATED: October 9, 2009 | JONES DAY<br>ROBERT A. MITTELSTAEDT |
| | <u>   s/ Robert A. Mittelstaedt   </u><br>ROBERT A. MITTELSTAEDT |
| | 555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: 415/626-3939<br>415/875-5700 (fax) |
| | Attorneys for Defendant, Apple, Inc. |
| DATED: October 9, 2009 | ZELDES & HAEGGQUIST, LLP<br>HELEN I. ZELDES<br>ALREEN HAEGGQUIST |
| | <u>   s/ Helen I. Zeldes   </u><br>HELEN I. ZELDES |
| | 625 Broadway, Suite 906<br>San Diego, CA 92101<br>Telephone: 619/434-0024<br>619-342-7878 (fax) |
| | MEHRI & SKALET, PLLC<br>STEVEN A. SKALET<br>CRAIG L. BRISKIN<br>1250 Connecticut Ave. NW, Suite 300<br>Washington, DC 20036<br>Telephone: 202/822-5100<br>202/822-4997 (fax) |
| | Attorneys for Plaintiff Stacie Somers |

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: October 9, 2009                                   By:   s/ Bonny E. Sweeney

S:\CasesSD\Apple Tying\STP00062264.doc

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2009.

 s/ Bonny E. Sweeney
BONNY E. SWEENEY

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:bonnys@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**

- invalidaddress@invalidaddress.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```