IT IS SO ORDERED

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(RS) |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER REGARDING STIPULATION REGARDING BRIEFING SCHEDULE |
| ALL ACTIONS. | |

Good cause appearing, therefore, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the following pretrial briefing schedule is adopted:

| | |
|---|---|
| Direct Plaintiffs' Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class | Due on or before October 19, 2009 |
| Apple's Reply Brief in Support of Motion for Decertification Rule 23(b)(3) Class | Due on or before November 9, 2009 |
| Direct Plaintiffs' Reply Brief in Support of Motion to Modify the Injunctive Relief Class Definition to Include iTMS Purchasers | Due on or before November 9, 2009 |
| Apple's Reply Brief in Support of Motion for Reconsideration of the Rule 23(b)(2) Class | Due on or before November 9, 2009 |
| Indirect Plaintiff's Reply Brief in Support of Supplemental Memorandum in Support of Motion for Class Certification of Rule 23(b)(2) Class | Due on or before November 9, 2009 |

IT IS SO ORDERED.

DATED:  October 15, 2009

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Apple Tying\ORD00062277.doc