# EXHIBIT 1

CURRICULUM VITAE
ROGER G. NOLL

## PERSONAL

Date and Place of Birth:  March 13, 1940;  Monterey Park, California

## EDUCATION

East High School, Salt Lake City, Utah, 1958
B.S. (Math, Honors), California Institute of Technology, 1962
A.M., Ph.D. (Economics), Harvard University, 1965, 1967

## SCHOLARSHIPS, FELLOWSHIPS AND AWARDS

National Merit Scholarship 1958-62
National Defense Education Act Fellowship 1962-66 (declined)
Harvard Prize Fellowship 1962-63
National Science Foundation Fellowship 1963-64
Guggenheim Fellow 1983-84
Rhodes Prize for Undergraduate Teaching, Stanford University, 1994

## POSITIONS HELD

Teaching Fellow, Harvard University, 1964-65
Instructor, California Institute of Technology, 1965-67
Assistant Professor, California Institute of Technology, 1967-69
Senior Staff Economist, Council of Economic Advisers, 1967-68
Associate Professor, California Institute of Technology, 1969-71
Senior Fellow and Co-director of Brookings Studies in the Regulation of Economic Activity,
    Brookings Institution, 1970-73
Professor, California Institute of Technology, 1973-82
Visiting Professor, Graduate School of Business, Stanford University, 1976-77
Chair, Division of the Humanities and Social Sciences, California Institute of Technology, 1978-82
Reuben Gustavson Lecturer, University of Chicago, April 1981
Institute Professor of Social Sciences, California Institute of Technology, 1982-84
Donald Gilbert Memorial Lecturer, University of Rochester, December 1982
Fellow, Center for Advanced Study in the Behavioral Sciences, 1983-84
Professor of Economics, Stanford University, 1984-2006 (*Emeritus* 2006-)
Visiting Scholar, Hoover Institution, 1984-85
Professor by Courtesy, Department of Political Science, Stanford University, 1985-2006
Professor by Courtesy, Graduate School of Business, Stanford University, 1986-2006
Veblen-Clark Lecturer, Carleton College, May 1986
Director, Public Policy Program, Stanford University, 1986-2002
David Kinley Lecturer, University of Illinois, May 1987
Sunderland Fellow, Law School, University of Michigan, Fall 1988
Morris M. Doyle Centennial Professor in Public Policy, Stanford University, 1990-2002
Jean Monnet Professor, European University Institute, Spring 1991
Associate Dean, Humanities and Sciences, Stanford University, l991-92
Visiting Professor, University of California, San Diego, 1993
Visiting Fellow, Brookings Institution, 1995-96
Nonresident Senior Fellow, Brookings Institution, 1996-99
Director, American Studies Program, Stanford University, 2001-02

Visiting Scholar, London School of Economics, Spring 2001 and Spring 2002.
Director, Stanford Center for International Development, 2002-06

**TEACHING EXPERIENCE**

Undergraduate:  Introductory Economics, Intermediate Microeconomic Theory, Introduction to Econometrics, Antitrust and Regulation, Economic History of Medieval Europe, History of Economic Thought, Economic Policy Analysis, Politics of Economic Policy, Economics of Sports, Political Economy of the West

Graduate:  Antitrust and Regulation, Economic Policy Analysis, Applied Microeconomic Theory, Experimental Economics

## RESEARCH INTERESTS

Antitrust and Regulation, Technology Policy, Political Economics, Political Economy of Law

## MEMBERSHIP ON BOARDS AND COMMITTEES

President's Task Force on Communications Policy (CEA Staff Representative and Alternate Member),
        1967-68
President's Task Force on Suburban Problems, 1968
President's Committee on Urban Housing, 1968
President's Task Force on Public Broadcasting, 1968
Department of Commerce Technical Advisory Board Panel on Venture Capital, 1968-69
Committee on the Multiple Uses of the Coastal Zone, National Council on Marine Resources and
        Engineering, 1968
Secretary, President's Interagency Task Force on Income Maintenance, 1968
Task Force on Application of Economic Analysis of Transportation Problems, National Research
        Council, 1970-73
Committee on Technological Forecasting on Behalf of the Environment, Office of Science and
        Technology, 1970-71
Board of Economic Advisers, Public Interest Economics Foundation, 1974-84
Executive Committee, Caltech Environmental Quality Laboratory, 1970-71
Faculty Board, Caltech, 1974-76
Advisory Commission on Regulatory Reform, Senate Committee on Government Operations,
1975-77
Chair, Fourth Annual Telecommunications Policy Research Conference, 1975-76
Committee on Satellite Communications, National Academy of Sciences, 1975-76
Advisory Council, Jet Propulsion Laboratory, 1976-82
Chair, Committee to Monitor the Desegregation Plan of the Los Angeles Unified School District,
Los
        Angeles Superior Court, 1978-79
Advisory Council, National Aeronautics and Space Administration, 1978-81
Advisory Council, National Science Foundation, 1978-89
Board of Advisers, National Institute of Economics and Law, 1978-84
Research Advisory Board, Committee for Economic Development, 1979-82
President's Commission for a National Agenda for the Eighties, 1980
Board of Directors, Economists, Inc., 1981-
Review Panel, NSF Regulation and Public Policy Program, 1981-84
Board of Editors, Journal of Economic Literature, 1981-90
Advisory Board, Solar Energy Research Institute, 1982-91
Board of Directors, Cornell Pelcovits and Brenner, Inc., 1982-1988
Chair, Advisory Panel on Information Technology R&D, Office of Technology Assessment, 1983-

84
Supervisory Board of Editors, <u>Information Economics and Policy</u>, 1982-88
Advisory Committee on Integrated Environmental Management Program, Environmental
          Protection Agency, 1983-85
Commission on Behavioral and Social Sciences and Education, National Research Council, 1984-
90
Advisory Panel, NSF Policy Research and Analysis Division, 1984
Director, Program on Regulatory Policy, Stanford Institute for Economic Policy Research, 1984-
Panel on Clean Air, Science Advisory Board, Environmental Protection Agency, 1985-86
Board of Editors, <u>Review of Economics and Statistics</u>, 1985-2002
Contributing Editor, <u>Regulation</u>, 1986-93
Energy Research Advisory Board, Department of Energy, 1986-89
President & Chairman of the Board, Telecommunications Policy Research Foundation, 1986-87
Coordinating Editor, <u>Information Economics and Policy</u>, 1988-92
Board of Directors, International Telecommunications Society, 1988-92
Advisory Board of Editors, <u>Journal of Risk and Uncertainty</u>, 1988-
Acid Rain Advisory Committee, Environmental Protection Agency, 1990-91
Secretary of Energy Advisory Board, 1990-95
International Board of Editors, <u>International Journal of the Economics of Business</u>, 1993-
Faculty Senate, Stanford University, 1993-95, 98-02, 04-06
California Council on Science and Technology, 1995-2001
Panel on Universities, President's Committee of Advisors on Science and Technology, 1996
Committee on Intellectual Property and the Information Infrastructure, National Research Council,
1997-9
Board of Editors, <u>Journal of Sports Economics</u>, 1999-
Board of Associate Editors, <u>Economics of Governance</u>, 1999-
Board of Advisors, American Antitrust Institute, 2000-
Board on Science, Technology and Economic Policy, National Research Council, 2000-2006
Committee on Universal Postal Service, National Research Council, 2008


## SPONSORED RESEARCH

"Opinions of Policemen." International Association of Chiefs of Police, 1969
"Studies in the Regulation of Economic Activity." Brookings Institution and Ford Foundation, 1970-
3
"Government Policies and Technological Innovation." National Science Foundation National R&D
          Assessment Program, 1973-4
"The Social Consequences of Earthquake Prediction," National Aeronautics and Space
Administration,
          1974-6
"Nuclear Safety Regulation." National Science Foundation RANN Program, 1975-7
"The Public Television Station Program Cooperative." National Science Foundation RANN
Program,
          1975-7
"The Station Allocation Game." Federal Communications Commission, 1977
"Energy Policy Studies." Various donors, 1978-84
"Economics of Oil Leasing" and "Issues in Utility Pricing." Department of Energy, 1978-9
"The Economics of Boxing, Wrestling and Karate." California Athletic Commission, 1978
"Implementing Tradable Emissions Permits." California Air Resources Board, 1979-82
"Social Science and Regulatory Policy." National Science Foundation, 1980-2
"The Political Economy of Public Policy." National Science Foundation and Center for Economic
Policy

3

**Boards and Committees, cont'd**

Research, Stanford University, 1983-4
"SIEPR Program on Regulatory Policy." various donors, 1987-
"The Economics of Research Universities and Scholarly Communication."  Brown Center for Education                    Policy, Brookings Institution, 1995-6
"Coordination of Regulatory Reform," Organization for Economic Cooperation and Development, 1996
"The Future of the Research University," Carnegie Foundation, 1996
"SCID Program in Economic Policy Reform," Various donors, 2002-06

## CONSULTING

Special Assistant to the President, Ford Foundation, 1969
Space Technology Applications, Jet Propulsion Laboratory, 1969
Panel on the Abatement of Particulate Emissions, National Research Council, 1971
Sloan Commission on Cable Communications, 1971
President's Commission on Government Procurement, 1971
Senate Subcommittee on Antitrust and Monopoly, 1971-72
MCI, Inc., 1972-73, 1983, 1986
National Science Foundation, 1973, 1975
Department of Justice, Antitrust Division, 1974-77, 1979-81, 1993-97
Internal Revenue Service, 1976-77
RAND Corporation, 1974-82
Los Angeles Lakers, 1974-75
National Football League Players Association, 1974-76, 1987-93, 2008
Office of Telecommunications Policy, 1975-77
National Basketball Association Players Association, 1975-76, 1987-88, 1994
Naval Ordnance Test Station, 1975
Commission on Law and the Economy, American Bar Association, 1977-78
Aspen Institute Program on Communications and Society, 1977
National Commission on Electronic Funds Transfer, 1977
Business Round Table, 1978
Federal Communications Commission, 1977-81
Food and Drug Administration, 1978
Carnegie Commission on the Future of Public Broadcasting, 1978
Department of Energy, 1979
Office of Technology Assessment, 1980
Kerr-McGee Corporation, 1980
CBS, Inc. 1982-83
Environmental Protection Agency, 1982-83
Showtime/The Movie Channel, 1983, 1985
Harlequin Books, 1984
Lake Huron Broadcasting, 1984
National Collegiate Athletics Association, 1984
National Medical Enterprises, 1985, 1987-88
Camellia City Telecasters, 1985-86
Brown and Root, Inc., 1985-86
McDermott, Inc., 1985-86
Major League Baseball Players Association, 1985, 1994
United Cable Television and American Television and Communications, 1985
United States Football League, 1985-86
City of Anaheim, 1986
Technicolor, 1986

4

**Boards and Committees, cont'd**

Metro-Mobile, 1986-89
Hewlett-Packard, 1986-1990, 1991
Echostar, 1987, 1994-95, 2002-03, 2004-05
Continental Airlines, 1987-88
Home Box Office, 1988-89
Bell South Cellular, 1989
Western Union, 1989
Minnesota Twins, 1989
Northwest Airlines, 1989
Pepsico, 1989
Yellow Phone, 1989-91
Dialog, 1990-91
California Public Utilities Commission, 1989-90
American Newspaper Publishers Association, 1990
Humana, 1990-91
Powell, Goldstein, Frazer and Murphy, 1990-93
South Coast Air Quality Management District, 1990-91
Federal Trade Commission, 1990-91
Delta Airlines, 1991
California Cable Television Association, 1991
Bureau of Competition Policy, Government of Canada, 1991
R&D Business Systems, *et al.* 1991-95
International Entertainment Group, 1992-93
Nike, Inc., 1992
World Bank, 1992-
Gemini, Inc. 1992-94
Servicetrends, Inc., 1993-94
William Sullivan, 1993-95
Sure Safe Industries, 1993
U. S. Department of Justice, Civil Division 1994-95
Kopies, Inc., *et al.* 1995-1999
Telecom Technical Services, *et al.*, 1995-1999
Digital Distribution, Inc.. 1996-1999
Silvey, *et al.*, 1996-2000
Aguillar, *et al.* 1996-2000
Wadley Medical Center, 1997-2001
Oakland Raiders, 1997-2000
Major League Soccer Players Association, 1997-2000
Class Plaintiffs, Brand Name Prescription Drugs Litigation, 1998-9
Class Plaintiffs, Compact Disc Litigation, 1999-2003
Class Plaintiffs, State Microsoft Antitrust Litigation (California, Iowa, Minnesota, New York), 2000-
2007
Kingray, 2000
Napster, 2000-1
Metropolitan Intercollegiate Basketball Association, 2002-5
Congressional Budget Office, 2002
Pioneer and Scientific Atlanta, 2002-3
Lenscrafters, 2003-4
Seven Network, 2003-7
City of San Diego, 2003
Sports Car Clubs of America, 2003-05
Intertainer, 2003-05

**Consulting, cont'd**

Class Plaintiffs, DRAM Antitrust Litigation 2005-7
Class Plaintiffs, Honeywell Antitrust Litigation, 2005-
Class Plaintiffs, Tableware Antitrust Litigation, 2005-7
Class Plaintiffs, *White, et al.*, *v. NCAA*, 2006-8
Sirius Satellite Radio and XM Satellite Radio, 2006-7
Class Plaintiffs, Cartier Antitrust Litigation, 2006-7
Monte Carlo Country Club and Sociètè Monègasque pour l'Exploitation du Tournai de Tennis, 2007
Pearle Vision, Inc., 2007-8
Class Plaintiffs, Apple iTunes/iPod Antitrust Litigation, 2007-
Class Plaintiffs, SRAM Antitrust Litigation**,** 2007-
Fair Isaac, 2007-
Houston Baptist University, 2008.
U. S. Department of Justice, U. S. Attorney's Office, San Francisco, 2008-

## BOOKS AND MONOGRAPHS

Reforming Regulation: An Evaluation of the Ash Council Report.  Brookings Institution, 1971.

Economic Aspects of Television Regulation, co-authors Merton J. Peck and John J. McGowan. Brookings Institution, 1973.  Winner, National Association of Educational Broadcasters Annual Book Award, 1974.

Government and the Sports Business, editor.  Brookings Institution, 1974.

The Political Economy of Deregulation, co-author Bruce Owen.  American Enterprise Institute, 1983.

Regulatory Policy and the Social Sciences, editor.  University of California Press, 1985.

The Technology Pork Barrel, co-author Linda R. Cohen.  Brookings Institution, 1991.

The Economics and Politics of Deregulation. European University Institute, 1991.

Constitutional Reform in California:  Making State Government More Effective and Responsive, co-editor Bruce E. Cain.  University of California Institute of Governmental Studies, 1995.

Sports, Jobs, and Taxes, co-editor Andrew Zimbalist.  Brookings Institution, 1997.

Challenges to Research Universities, editor.  Brookings Institution, 1998

A Communications Cornucopia, co-editor Monroe E. Price.  Brookings Institution, 1998.

The Economics and Politics of the Slowdown in Regulatory Reform.  AEI Press, 1999.  Available at:

www.aei.brookings.org/publications/index.php?tab=author&authorid=14.

The Digital Dilemma, co-authors 17 other members of Committee on Intellectual Property Rights and the Emerging Information Infrastructure.  National Academy Press, 2000.

**Consulting, cont'd**

Bridging the Digital Divide, editor.  California Council on Science and Technology, 2001.  Available at:

http://www.ccst.us/publications/2001/2001Digital.pdf.

## ARTICLES IN SCHOLARLY PUBLICATIONS

"Urban Concentration: Prospects and Implications."  In Increasing Understanding of Public Problems and

Policies.  Farm Foundation, 1969.

"Metropolitan Employment and Population Distribution and the Conditions of the Urban Poor." In Financing the Metropolis:  Public Policy in Urban Economics:  The Urban Affairs Annual  Reviews, IV,

John P. Crecine, ed.  Sage Publications, 1970.  Brookings Reprint No. 184.

"National Communications Policy:  Discussion--Spectrum Allocation Without Markets." *American Economic Review Papers and Proceedings* 60(2) (May 1970).

"The Behavior of Regulatory Agencies."  *Review of Social Economics* 24(1) (March 1971):  15-19.  Brookings Reprint No. 219 (November 1971).

"Summary and Conclusions," co-author William Capron.  In Technological Change in Regulated Industries, William Capron, ed.  Brookings Institution, 1971.

"The Nature and Causes of Regulatory Failure."  *Administrative Law Review* 23(4) (June 1971):  424-437.

Revised version published as "The Economics and Politics of Regulation." *Virginia Law Review* 57(6)

(September 1971):  1016-1032.

"Mass Balance, General Equilibrium and Environmental Externalities," co-author, John Trijonis.  *American Economic Review* 61(4) (September 1971):  730-735.

"Selling Research to Regulatory Agencies."  In The Role of Analysis in Regulatory Decisionmaking:  The

Case of Cable Television, Rolla Edward Park, ed.  Heath-Lexington, 1973.

"Relative Prices on Regulated Transactions of the Natural Gas Pipelines," co-author Paul W. MacAvoy.

*Bell Journal of Economics and Management Science* 4(1) (Spring 1973):  212-234.

"Regulating Prices in Competitive Markets," co-author Lewis A. Rivlin.  *Yale Law Journal* 82(7) (June

1973):  1426-1434.

"The U.S. Team Sports Industry."  In Government and the Sports Business, Roger G. Noll, editor. Brookings Institution, 1974.  Abridged version reprinted in Public Policies Toward Business: Reading and Cases, William G. Shephard, ed.  Irwin, 1975.

**Articles in Scholarly Publications, cont'd**

"Attendance and Price Setting."  In <u>Government and the Sports Business</u>, Roger G. Noll, ed. Brookings Institution, 1974.  Reprinted in <u>The Economics of Sport</u>, Andrew Zimbalist, ed.  Edward Elgar, 2001.

"Alternatives in Sports Policy."  In <u>Government and the Sports Business</u>, Roger G. Noll, ed. Brookings
Institution, 1974.  Abridged version in <u>Public Policies Toward Business: Readings and Cases</u>, William G.
Shephard, ed.  Irwin 1975.  Revised version in <u>Handbook of Social Science of Sport</u>, Gunther R. R.
Luschen and George H. Sage, eds.  Stripes Publishing Co., 1980.

"The Social Costs of Government Intervention." In <u>The Business-Government Relationship in American </u>
<u>Society: Reassessment</u>, Neil H. Jacoby, editor.  University of California Press, 1975.

"The Consequence of Public Utility Regulation of Hospitals."  In <u>Controls on Health Care</u>. Washington,
D.C.: National Academy of Sciences, 1975.

"Information, Decision-Making Procedures and Energy Policy."  *American Behavioral Scientist*, Vol. 19,
No. 3 (January/February 1976):  267-278.  Reprinted in <u>Current Issues in Social Policy</u>, W. B. Littrell and G. Sjoberg, eds. Sage, 1976.

"Breaking Out of the Regulatory Dilemma: Alternatives to the Sterile Choice."  *Indiana Law Journal* 51(3) (Spring 1976):  686-699.  Reprinted in *Corporate Practice Commentator* 19(1) (Spring 1977):  99-114.

"Safety Regulation," co-authors Nina Cornell and Barry Weingast.  In <u>Setting National Priorities: </u>
<u>The </u>   <u>Next Ten Years</u>, Henry Owen and Charles L. Schultze, eds.  Brookings Institution, 1976.

"Major League Team Sports." In <u>The Structure of American Industry</u>, Walter Adams, ed.  5th ed. Macmillan, 1977.  6th ed. Macmillan, 1981.

"An Experimental Market for Public Goods: The PBS Program Cooperative," co-author John A. Ferejohn.     *American Economic Review Papers and Proceedings* 66(2) (May 1976):  267-273.

"Government Policy and Technological Innovation: Where Do We Stand and Where Do We Go?" In <u>Innovation, Economic Change and Technology Policies</u>, K.A. Stroetmann, ed. Birkauser-Verlag, 1977.

"Economic Policy Research on Cable Television:  Assessing the Costs and Benefits of Cable Deregulation," co-authors S. M. Besen, B. M. Mitchell, B. M. Owen, R. E. Park, and J. N. Rosse. In <u>Deregulation of Cable Television</u>, Paul W. MacAvoy, ed.  American Enterprise Institute, 1977.

"The Economic Implications of Regulation by Expertise: The Case of Recombinant DNA Research," co-
author Paul A. Thomas.  In <u>Research with Recombinant DNA</u>. National Academy of Sciences, 1977.

**Articles in Scholarly Publications, cont'd**

"The Dilemma of Consumer Advocacy."  In <u>Regulatory Reform</u>, W.S. Moore, ed.  American Enterprise
Institute, 1978.

"Uncertainty and the Formal Theory of Political Campaigns," co-author John A. Ferejohn. *American*
*Political Science Review* 72(2) (June 1978):  492-505.

"Voters, Bureaucrats and Legislators: A Rational Choice Perspective on the Growth of Bureaucracy," co-
author Morris P. Fiorina. *Journal of Public Economics* 9(3) (May 1978):  239-254.

"Public Utilities and Solar Energy Development--Institutional Economic Considerations."  In <u>On the
Economics of Solar Energy</u>, Stephen L. Feldman and Robert M. Wirtshafter, eds.  D.C. Heath, Lexington
books, 1980.  Extended version in <u>The Solar Market: Proceedings of the Symposium on
Competition in the</u>
<u>Solar Industry</u>.  Federal Trade Commission, 1978.

"The Rationale for Mandated Cost Increases."  In <u>Economic Effects of Government-Mandated
Costs</u>,
Robert F. Lanzillotti, ed. University Presses of Florida, 1978.

"An Experimental Analysis of Decisionmaking Procedures for Discrete Public Goods: A Case Study of a
Problem in Institutional Design," co-authors John A. Ferejohn and Robert E. Forsythe.  In <u>Research in</u>
<u>Experimental Economics</u>, Vol. I, Vernon L. Smith, ed.  JAI Press, 1979.

"Voters, Legislators and Bureaucracy: Institutional Design in the Public Sector," co-author Morris P.
Fiorina.  *American Economic Review Papers and Proceedings* 68(2) (May 1978):  256-260.
Translated into Italian in <u>Problemi Di Amministrazione Pubblica</u> 4(2) (1979):  69-89.

"Regulation and Computer Services."  In <u>The Computer Age</u>, Michael L. Dertouzos and Joel Moses, eds.
MIT Press, 1979:  254-284.

"Practical Aspects of the Construction of Decentralized Decisionmaking Systems for Public Goods," co-authors John A. Ferejohn and Robert Forsythe.  In <u>Collective Decisionmaking</u>, Clifford S. Russell, ed. Resources for the Future, 1979.

"Majority Rule Models and Legislative Elections," co-author Morris P. Fiorina.  *Journal of Politics*, Vol.
41, No. 4 (November 1979):  1081-1104.

"Regulatory and Nonregulatory Strategies for Controlling Health Care Costs," co-author Alain Enthoven.
In <u>Medical Technology: The Culprit Behind Health Care Costs</u>, Stuart H. Altman and Robert Blendon, eds.
Sun Valley Forum on National Health. U.S. Department of Health, Education and Welfare Publication No.

9

**Articles in Scholarly Publications, cont'd**

(PHS) 79-3216, 1979.

"The Game of Health Care Regulation: Comments on Feldman/Roberts."  In <u>Issues in Health Care</u> <u>Regulation</u>, Richard S. Gordon, ed.  McGraw-Hill Book Co., 1980.

"Discussion:  Regulatory Institutions in Historical Perspective."  *American Economic Review Papers and Proceedings,* 70(2) (May 1980):  316-317.

"The Economics of Disaster Defense: The Case of Building Codes to Resist Seismic Shock," co-author Linda Cohen.  *Public Policy* 29(1) (Winter 1981):  1-29.  Reprinted in <u>The Economics of Natural Disasters</u>, Vol. I, Howard Kunruether and Adam Rose, eds.  Edard Elgar, 2004.

"Regulation in Theory and Practice: An Overview," co-author Paul L. Joskow.  In <u>Studies in Public Regulation</u>, Gary Fromm, ed.  MIT Press, 1981.

"Designing a Market for Tradable Emissions Permits," co-author Robert W. Hahn.  In <u>Reform of Environmental Regulation</u>, Wesley Magat, ed.  Lexington Books, 1982.

"Implementing Marketable Emissions Permits." *American Economic Review Papers and Proceedings* 72(2) (May 1982):  120-124.

"An Experimental Examination of Auction Mechanisms for Discrete Public Goods," co-authors John A. Ferejohn, Robert Forsythe and Thomas R. Palfrey.  In <u>Research in Experimental Economics</u>, Vol. II, Vernon L. Smith, ed.  JAI Press, 1982.  Reprinted in <u>Experimental Foundations of Political Science</u>, Donald R. Kinder and Thomas R. Palfrey, eds.  University of Michigan Press, 1993.

"Implementing Tradable Emissions Permits," co-author Robert W. Hahn.  In <u>Reforming Social Regulation</u>, Leroy Graymer and Frederick Thompson, eds.  Sage Publications, 1982.

"The Feasibility of Marketable Emissions Permits in the U.S."  In <u>Public Sector Economics</u>, Jorg Finsinger, ed.  Macmillan Press, Ltd., 1983.

"Barriers to Implementing Tradable Air Pollution Permits: Problems of Regulatory Interactions," co-author Robert W. Hahn.  *Yale Journal on Regulation* 1(1) (1983):  63-91.

"The Future of Telecommunication Regulation."  In <u>Telecommunications Today and Tomorrow</u>, Eli Noam, ed.  Harcourt Brace Jovanovich, 1983.

"The Case Against the Balanced Budget Amendment: Comments on Aranson and Rabushka."  In <u>The</u>

## Articles in Scholarly Publications, cont'd

Economic Consequences of Government Deficits, Laurence H. Meyer, ed.  Kluwer-Nyhoff Publishing,
  1983.

"The Political Foundations of Regulatory Policy."  *Zeitschrift fur die gesamte Staatswissenschaft (Journal*
  *of Institutional and Theoretical Economics)* 139(3) (1983):  377-404.  Reprinted in Congress:  Structure and
  Policy, Mathew McCubbins and Terry Sullivan, eds.  Cambridge University Press, 1987.
"The Regulation of Surface Freight Transportation: The Welfare Effects Revisited," co-author Ronald R.
  Braeutigam.  *The Review of Economics and Statistics* 66(1) (1984):  80-87.

"Prospective Payment: Will It Solve Medicare's Financial Problem," co-author Alain C. Enthoven.  *Issues*
  *in Science and Technology* 1(1) (1984): 111-116.  Reprinted in Health Industry Today 48(3) (1985):  16-24.

"The Preferences of Policy Makers for Alternative Allocations of the Broadcast Spectrum," co-author
  Forrest Nelson.  In Antitrust and Regulation: Essays in Memory of John J. McGowan, Franklin M. Fisher,
  ed.  MIT Press, 1985.

"Government Regulatory Behavior: A Multidisciplinary Survey and Synthesis."  In Regulatory Policy and
  the Social Sciences, Roger G. Noll, ed.  University of California Press, 1985.

"'Let Them Make Toll Calls': A State Regulator's Lament."  *American Economic Review Papers and*
  *Proceedings* 75(2) (1985):  52-56.

"State Regulatory Responses to Competition and Divestiture in the Telecommunications Industry."  In
  Antitrust and Regulation, Ronald E. Grieson, ed.  Lexington Books, 1986.

"The Political and Institutional Context of Communications Policy."  In Marketplace for Telecommunications, Marcellus S. Snow, ed.  Longman, Inc., 1986.

"Government R&D Programs for Commercializing Space," co-author Linda R. Cohen.  *American Economic Review Papers and Proceedings* 76(2) (1986):  269-73.

"Funding and Knowledge Growth: Comments."  *Social Studies of Science* 16(1) (1986):  135-42.

"Communications."  In The New Palgrave, John Eatwell, Murray Milgat, and Peter Newman, eds.  MacMillan, 1987.

"Administrative Procedures as Instruments of Political Control," co-authors Mathew D. McCubbins and
  Barry R. Weingast.  *Journal of Law, Economics and Organization* 3(2) (1987): 243-77.  Abridged version
  in State and Federal Administrative Law, Arthur Earl Bonfield and Michael Asimow, eds.  West

## Articles in Scholarly Publications, cont'd

Publishing, 1989.  Reprinted in <u>Economic Regulation</u>, Paul Joskow, ed.  Edward Elgar, 2000, and in

<u>Regulation and Regulatory Processes</u>, Cary Coglianese and Robert Kagan, eds.  Ashgate Publishing, 2007.

"Comment:  Settlement Incentives and Follow-on Litigation."  In <u>Private Antitrust Litigation</u>, Lawrence J.

White, ed. MIT Press, 1988.

"Economics, Politics and Government Research and Development," co-author Linda Cohen.  In <u>Technology</u>

<u>and Politics</u>, Michael E. Kraft and Norman J. Vig, eds.   Duke University Press, 1988.

"The Anticompetitive Uses of Regulation: <u>United States v. AT&T (1982)</u>," co-author Bruce M. Owen.  In       <u>The Antitrust Revolution</u>, John E. Kwoka, Jr., and Lawrence J. White, eds.  Scott, Foresman, 1988.

"The Political Economy of NASA's Applications Technology Satellite Program," co-author Linda R. Cohen.  In Space Applications Board, <u>Proceedings of a Symposium on Space Communications Research</u>

<u>and Development</u>.  National Research Council, 1988.

"The Economics of Sports Leagues."  In <u>Law of Professional and Amateur Sports</u>, Gary A. Uberstine, ed.

Clark Boardman, 1988.
"Preface: Symposium on Telecommunications Demand."  *Information Economics and Policy* 3(4) (1988):  275.

"Telecommunications Regulation in the 1990s."  In <u>New Directions in Telecommunications Policy</u>, Vol. I,

Paula R. Newberg, ed.  Duke University Press, 1989.

"U.S. v. AT & T:  An Interim Assessment," co-author Bruce M. Owen.  In <u>Future Competition in Telecommunications</u>, Stephen P. Bradley and Jerry A. Hausman, eds.  Harvard Business School Press,

1989.

"Structure and Process, Politics and Policy: Administrative Arrangements and the Political Control of

Agencies," co-authors Mathew D. McCubbins and Barry R. Weingast.  *Virginia Law Review* 75(2) (March 1989):  431-482.  Reprinted in <u>The Political Economy of Regulation</u>, Thomas Lyon, ed.  Edward

Elgar, 2007.

"Economic Perspectives on the Politics of Regulation."  In <u>Handbook of Industrial Organization</u>, Vol.  II.

Richard Schmalensee and Robert Willig, eds.  North Holland Publishing Co., 1989.  Reprinted in <u>Regulation and the Law</u>, Anthony I. Ogus, ed.  Edward Elgar Publishing, 2001.

"Comment:  Peltzman on Deregulation."  *Brookings Papers on Economic Activity: Microeconomics*
(1989):  48-58.

## Articles in Scholarly Publications, cont'd

"Positive and Normative Models of Procedural Rights: An Integrative Approach to Administrative Procedures," co-authors Mathew D. McCubbins and Barry R. Weingast. *Journal of Law, Economics and Organization* 6 (1990): 307-332.

"Some Implications of Cognitive Psychology for Risk Regulation," co-author James Krier. *Journal of Legal Studies* 19 (June 1990): 747-779. Excerpts reprinted in <u>Foundations of the Economic Approach to Law</u>, Avery Weiner Katz, ed. Oxford University Press, 1998. Reprinted in <u>Behavioral Law and Economics</u>, Cass R. Sunstein, ed. Cambridge University Press, 2000.

"Environmental Markets in the Year 2000," co-author Robert Hahn. *Journal of Risk and Uncertainty* 3 (December, 1990): 347-363.

"Pricing of Telephone Services," co-author Susan Smart. In <u>After the Breakup</u>, Barry G. Cole, ed. Columbia University Press, 1990.

"Commentary: The Prospects for Using Market Incentives for Conservation of Biological Diversity." In <u>The Preservation and Valuation of Biological Resources</u>, Gordon H. Orians, Gardner M. Brown, Jr., William E. Kunin, and Joseph E. Swierzbinski, eds. University of Washington Press, 1990.

"Slack, Public Interest, and Structure-Induced Policy," co-authors Mathew D. McCubbins and Barry R. Weingast. *Journal of Law, Economics and Organization* 6 (1990): 203-212.

"How to Vote, Whether to Vote: Strategies for Voting and Abstaining on Congressional Roll Calls," co-author Linda R. Cohen. *Political Behavior* 13(2) (1991): 97-127.

"Rational Actor Theory, Social Norms, and Policy Implementation: Applications to Administrative Processes and Bureaucratic Culture," co-author Barry R. Weingast. In <u>The Economic Approach to Politics</u>, Kristen Renwick Monroe, ed. Harper Collins, 1991.

"The National Aerospace Plane: An American Technological Long Shot, Japanese Style," co-authors Linda R. Cohen and Susan A. Edelman. *American Economic Review Papers and Proceedings*, 81(2) (May 1991): 50-53.

"The Economics of Intercollegiate Sports." In <u>Rethinking College Athletics</u>, Judith Andre and David N. James, eds. Temple University Press, 1991.

"Comparative Structural Policies," co-author Haruo Shimada. In <u>Parallel Politics</u>, Samuel Kernell, ed. Brookings Institution, 1991.

"Structural Policies in the United States." In <u>Parallel Politics</u>, Samuel Kernell, ed. Brookings Institution,

13

**Articles in Scholarly Publications, cont'd**

1991.

"On Regulating Prices for Physicians."  In <u>Regulating Doctors' Fees</u>, H.E. Frech III, ed. AEI Press, 1991.

"ISDN and the Small User:  Regulatory Policy Issues," co-author William Lehr.  In <u>Integrated Broadband</u>
<u>Networks</u>, Martin C.J. Elton, ed.  North-Holland, 1991.

"Computer Reservation Systems and Their Network Linkages to the Airline Industry," co-author Margaret E. Guerin-Calvert.  In <u>Electronic Services Networks</u>, Margaret E. Guerin-Calvert and Steven S.
Wildman, eds.  Praeger, 1991.

"Professional Basketball:  Economic and Business Perspectives."  In <u>The Business of Professional Sports,</u>
Paul D. Staudohar and James A. Mangan, eds.  University of Illinois Press, 1991.

"An Economic Analysis of Scientific Journal Prices: Preliminary Results," co-author W. Edward Steinmueller.  *Serials Review* 18 (1992):  32-37.

"Positive Canons: The Role of Legislative Bargains in Statutory Interpretation," co-authors Mathew McCubbins and Barry Weingast.  *Georgetown Law Journal* 80 (February 1992):  705-742.  Reprinted
in <u>Sutherland Statutory Construction,</u> 4th, 5th and 6th editions<u>,</u> Norton J. Singer, ed.  Clark Boardman
Callaghan, 1993.

"The Theory of Interpretive Canon and Legislative Behavior," co-authors Mathew McCubbins and Barry
Weingast.  *International Review of Law and Economics* 12 (1992):  235-238.

"Comment: Judicial Review and the Power of the Purse."  *International Review of Law and Economics* 12
(June 1992):  211-213.

"Comment: Standard Setting in High-Definition Television."  *Brookings Papers on Economic Activity:*
*Microeconomics*, 1992:  80-89.

"Research and Development," co-author Linda R. Cohen.  In <u>Setting Domestic Priorities: What Can</u>
<u>Government Do</u>?  Henry J. Aaron and Charles L. Schultze, eds.  Brookings Institution, 1992.

"The Economics of Information:  A User's Guide."  In <u>The Knowledge Economy:  Annual Review of the</u>
<u>Institute for Information Studies</u>.  Aspen Institute, 1993.

"Downsian Thresholds and the Theory of Political Advertising."  In <u>Information, Participation, and Choice,</u>
Bernard Grofman, ed.  University of Michigan Press, 1993.

14

**Articles in Scholarly Publications, cont'd**

"Economic Regulation," co-author Paul L. Joskow.  In <u>American Economic Policy in the 1980s</u>, Martin

Feldstein, ed.  University of Chicago Press, 1994.

"Legislative Intent: The Use of Positive Political Theory in Statutory Interpretation," co-authors Mathew

McCubbins and Barry Weingast.  *Law and Contemporary Problems* 57 (Winter/Spring 1994): 3-37.

Reprinted in <u>Public Choice and Public Law</u>, Daniel A. Farber, ed.  Edward Elgar, 2006.

"The Origins of State Railroad Regulation:  The Illinois State Constitution of 1870," co-author Mark T.

Kanazawa.  In <u>The Regulated Economy</u>, Claudia Goldin and Gary D. Libecap, eds.   University of Chicago

Press, 1994.

"Privatizing Public Research," co-author Linda R. Cohen.  *Scientific American*, September 1994, pp. 72-77.  Reprinted in <u>Leading Economic Controversies of 1996</u>, Edwin Mansfield, editor.  New York:  Norton, 1996.

"Japanese and American Telecommunications Policy," co-author Frances M. Rosenbluth. *Communications*

*and Strategy* 15 (3eme trimestre 1994):  13-46.

"Public Policy and the Admission of the Western States," co-author David W. Brady.  In <u>The Political </u>

<u>Economy of the American West</u>, Terry L. Anderson and Peter J. Hill, editors.  Rowman and Littlefield,

1994.

"Introduction:  Regulation and the New Telecommunications Infrastructure."  <u>The Changing Nature of </u>

<u>Telecommunications/Information Infrastructure</u>.  National Academy Press, 1995.

"Telecommunications Policy:  Structure, Process, Outcomes," co-author Frances M. Rosenbluth. In

<u>Structure and Policy in Japan and the United States</u>, Mathew D. McCubbins and Peter Cowhey, eds.   Cambridge University Press, 1995.

"Principles of State Constitutional Design," co-author Bruce E. Cain.  In <u>Constitutional Reform in </u><u>California</u>, Bruce E. Cain and Roger G. Noll, eds.  University of California Institute for Governmental   Studies, 1995.  Excerpt reprinted in *Madison Review* 3 (Fall 1997):  7-11.

"Executive Organization:  Responsiveness vs. Expertise and Flexibility."  In <u>Constitutional Reform </u><u>in California</u>, Bruce E. Cain and Roger G. Noll, eds.  University of California Institute for Governmental Studies, 1995.

"Feasibility of Effective Public-Private R&D Collaboration:  The Case of Cooperative R&D Agreements,"

co-author Linda R. Cohen.  *International Journal of the Economics of Business* 2 (1995):  223-240.

**Articles in Scholarly Publications, cont'd**

"The Role of Antitrust in Telecommunications." *Antitrust Bulletin* (Fall 1995): 501-528.

"Politics and the Courts: A Positive Theory of Judicial Doctrine and the Rule of Law," co-authors Mathew D. McCubbins and Barry R. Weingast. *Southern California Law Review* 68 (September 1995): 1631-83.

"Privatizing Public Research: The New Competitiveness Strategy," co-author Linda R. Cohen. In The Mosaic of Economic Growth, Ralph Landau, Timothy Taylor, and Gavin Wright, eds. Stanford University Press, 1996.

"Comment: Preferences, Promises, and the Politics of Entitlement." In Individual and Social Responsibility, Victor R, Fuchs, ed. University of Chicago Press, 1996.

"Is There a Role for Benefit-Cost Analysis in Environmental, Health and Safety Regulation?," 10 co-authors. *Science* 272 (April 12, 1996): 221-222. Reprinted in *Environmental and Development Economics*, Vol. 2, No. 2 (May 1997), pp. 196-201, and Economics of the Environment, Robert N. Stavins, ed. Norton, 2000.

"Benefit-Cost Analysis in Environmental, Health, and Safety Regulation: A Statement of Principles," ten co-authors. AEI, 1996. At: www.aei.brookings.org/publications/index.php?tab=author&authorid=14.

"Reforming Risk Regulation." *The Annals of the AAPSS* 545 (May 1996): 165-75.

"The Complex Politics of Catastrophe Economics." *Journal of Risk and Uncertainty* 12 (May 1996): 141-46.

"The Economics of Scholarly Publications and the Information Superhighway." In The Internet and Telecommunications Policy, Gerald W. Brock and Gregory L. Rosston, eds. Lawrence Erlbaum, 1996.

"Regulatory Reform as International Policy." In Regulatory Reform and International Market Openness. Organisation for Economic Cooperation and Development, 1996.

"The Future of the National Laboratories," co-author Linda R. Cohen. *Proceedings of the National Academy of Sciences* 93 (November 1996): 12678-85.

"Research and Development after the Cold War," co-author Linda R. Cohen. In Commercializing High Technology: East and West, Judith B. Sedaitis, ed. Roman and Littlefield, 1997.

"Internationalizing Regulatory Reform." In Comparative Disadvantage? Social Regulations and the Global Economy, Pietro S. Nivola, ed. Brookings Institution, 1997.

"The International Dimension of Regulatory Reform: With Applications to Egypt." *Distinguished*

16

## Articles in Scholarly Publications, cont'd

*Lecture*
Series 8.  Egyptian Center for Economic Studies, 1997.

"Build the Stadium–Create the Jobs!" co-author Andrew Zimbalist.  In Sports, Jobs and Taxes, Roger G.
Noll and Andrew Zimbalist, eds.  Brookings Institution, 1997.

"The Economic Impact of Sports Teams and Facilities," co-author Andrew Zimbalist.  In Sports, Jobs and
Taxes, Roger G. Noll and Andrew Zimbalist, eds.  Brookings Institution, 1997.

"Sports, Jobs and Taxes: The Real Connection," co-author Andrew Zimbalist.  In Sports, Jobs and Taxes,
Roger G. Noll and Andrew Zimbalist, eds.  Brookings Institution, 1997.

"Legislative Control of Bureaucratic Policy Making," co-authors Mathew D. McCubbins and Barry
R. Weingast.  New Palgrave Dictionary of Economics and the Law.  London: New Palgrave, 1997.

"The American Research University: An Introduction."  In Challenges to Research Universities,
Roger G.
 Noll, ed.  Brookings Institution, 1998.

"Universities, Constituencies, and the Role of the States," co-author Linda R. Cohen.  In Challenges to
Research Universities, Roger G. Noll, ed.  Brookings Institution, 1998.
"Students and Research Universities," co-author Gary Burtless.  In Challenges to Research Universities,
Roger G. Noll, ed.  Brookings Institution, 1998.

"The Economics of University Indirect Cost Reimbursement in Federal Research Grants," co-author
William P.  Rogerson.  In Challenges to Research Universities, Roger G. Noll, ed.  Brookings Institution,
1998.

"The Future of Research Universities."  In Challenges to Research Univesities, Roger G. Noll, ed.

Brookings Institution, 1998.

"Communications Policy:  Convergence, Choice, and the Markle Foundation," co-author Monroe E. Price.
In A Communications Cornucopia, Roger G. Noll and Monroe E. price, eds.  Brookings Institution, 1998.

"Economic Perspectives on the Athlete's Body." *Stanford Humanities Review* 6(2) (1998):  69-73.

"The Bell Doctrine: Applications in Telecommunications, Electricity, and Other Network Industries," co-
author Paul L. Joskow.  *Stanford Law Review* 51(5) (1999):  1249-1315.

"The Political Origins of the Administrative Procedure Act," co-authors Mathew D. McCubbins and Barry

**Articles in Scholarly Publications, cont'd**

R. Weingast.  *Journal of Law, Economics, and Organization* 15(1) (1999):  180-217.

"Competition Policy in European Sports after the Bosman Case."  In <u>Competition Policy in Professional</u>
<u>Sports:  Europe after the Bosman Case</u>, Claude Jeanrenaud and Stefan Kėsenne, eds.  Standaard Editions
Ltd., 1999.

"Antitrust and Labor Markets in Professional Sports."  In <u>The Role of the Academic Economist in</u>
<u>Litigation Support</u>, Daniel J. Slottje, ed.  North-Holland, 1999.

"The Business of College Sports and the High Costs of Winning."  *Milken Institute Review* 1(3)
(3rd Quarter 1999):  24-37.  Reprinted in <u>The Business of Sports</u>, Scott Rosner and Kenneth
Shropshire, eds.  Jones and Bartlett, 2004.

"Regulatory Reform and International Trade Policy."  In <u>Deregulation and Interdependence in the</u>
<u>Asia-</u> <u>Pacific Region</u>, Takatoshi Ito and Anne O. Krueger, eds.  University of Chicago/NBER, 2000.

"Comment:  Hong Kong's Business Regulation in Transition."  In <u>Deregulation and</u>
<u>Interdependence in</u>     the Asia-Pacific Region, Tahatoshi Ito and Anne O. Krueger, eds.  University of
Chicago/NBER, 2000.

"Telecommunications Reform in Developing Countries."  In <u>Economic Policy Reform:  The</u>
<u>Second Stage</u>,
Anne O. Krueger, ed.  University of Chicago:  2000.

"Reforming Urban Water Systems in Developing Countries," co-authors Mary M. Shirley and Simon
Cowan.  In <u>Economic Policy Reform:  The Second Stage</u>, Anne O. Krueger, ed.  University of Chicago,
2000.

"Intellectual Property, Antitrust and the New Economy," co-author Linda R. Cohen.  *University of*
*Pittsburgh Law Review* 62(3) (Spring 2001):  453-73.

"The Economics of Promotion and Relegation in Sports Leagues: The Case of English Football."  *Journal*
*of Sports Economics* 3(2) (May 2002):  169-203.  Reprinted in *The Economics of Association Football*, Bill
Girard, ed. Edward Elgar, 2006.

"The Economics of Urban Water Systems."  In <u>Thirsting for Efficiency</u>, Mary M. Shirley, ed.  Pergamon,
2002.

"Comment:  Small-Scale Industry Policy in India."  In <u>Economic Policy Reforms and the Indian</u>
<u>Economy</u>, Anne O. Krueger, ed.  University of Chicago, 2002.

"The Economics of the Supreme Court's Decision on Forward Looking Costs," co-author Gregory L.
Rosston.  *Review of Network Economics* 1(2) (September 2002):  81-9.

"Federal R&D in the Antiterrorist Era."  In <u>Innovation Policy and the Economy</u> 3, Adam B. Jaffe,

**Articles in Scholarly Publications, cont'd**

Josh
    Lerner and Scott Stern, eds.  MIT Press, 2003.

    "The Economics of Contraction in Baseball."  *Journal of Sports Economics* 4(4) (November 2003):
 367-88.

    "The Organization of Sports Leagues."  *Oxford Review of Economic Policy* 19(4) (Winter 2004):
530-51.

    "The Conflict over Vertical Foreclosure in Competition Policy and Intellectual Property Law."
*Journal of*
    *Institutional and Theoretical Economics* 160(1) (March 2004):  79-96.

    "Comment:  Who Benefits Whom in Local Television Markets?"  In <u>Brookings-Wharton Papers on</u>
<u>Urban </u>
    <u>Affairs 2004</u>, William G. Gale and Janet Rothenberg Pack, eds.  Brookings Institution, 2004.

    "New Tool for Studying Network Industry Reforms in Developing Countries," co-authors Scott J.
Wallsten,
    George Clarke, Luke Haggarty, Rosario Kaneshiro, Mary Shirley and Lixin Colin Xu.  *Review of
Network*
    *Economics* 3(3) (September 2004):  248-82.

    "'Buyer Power' and Economic Policy."  *Antitrust Law Journal* 72(2) (2005):  311-40.

    "Einstein's Interoffice Memo."  *Science* 309:  5740 (September 2, 2005):  1490-1.  Reprinted in
*CAUT-*
    *ACPPU Bulletin* (December 2005):  2.

    "The Politics and Economics of Implementing State-Sponsored Embryonic Stem Cell Research."
In *States*
    *and Stem Cells*, Aaron D. Levine, ed.  Policy Research Institute for the Region, Princeton
University, 2006.

    "Universal Telecommunications Service in India," co-author Scott J. Wallsten.  In *India Policy
Forum*
    *2005-06*, Suman Bery, Barry Bosworth and Arvind Pamagariya, eds.   Brookings Institution, 2006.

    Reprinted in *Spectrum Law and Governance*, Ramakistaiah Jilla, ed.  Icfai University Press, 2008.

    "Designing an Effective Program of State-Sponsored Human Embryonic Stem-Cell Research."
*Berkeley*
    *Technology Law Journal* 21(3) (Summer 2006):  1-33.

    "Conditions for Judicial Independence," co-authors Mathew D. McCubbins and Barry R. Weingast.

    *Journal of Contemporary Legal Issues* 15(1) (September/October 2006):  107-29.

    "Sports Economics after Fifty Years."  In <u>Sports Economics after Fifty Years</u>, Placido Rodriquez,
Stefan
    Késenne and Jaume Garcia, eds.  University of Oveido Press, 2006.

**Articles in Scholarly Publications, cont'd**

"Broadcasting and Team Sports."  *Scottish Journal of Political Economy* 54(3) (July 2007):  400-21.

"Comment:  Housing Subsidies and Homeowners."  <u>Brookings/Wharton Papers on Urban Affairs</u> <u>2007</u>,
Gary Burtless and Janet Rothenberg Pack, eds.  Brookings Institution, 2007.
"The Political Economy of Law," co-authors Mathew D. McCubbins and Barry R. Weingast.  In <u>Handbook</u>
<u>of Law and Economics</u>, A. Mitchell Polinsky and Steven Shavell, eds.  North-Holland Publishers, 2007.

"The Economic Significance of Executive Order 13,422."  *Yale Journal on Regulation* 25(1) (Winter 2008), pp. 113-24.

"The Wines of West Africa:  History, Technology and Tasting Notes." *Journal of Wine Economics* Vol. 3,
No. 1(May 2008), pp. 85-94.

"Administrative Law Agonistes," co-authors Mathew D. McCubbins, Daniel B. Rodriguez and Barry R.
Weingast.  *Columbia Law Review Sidebar* Vol. 108 (April 29, 2008), pp. 15-22.

"Comment:  London Congestion Charges."  <u>Brookings-Wharton Papers on Urban Affairs</u>, Gary Burtless
and Janet Rothenberg Pack, eds.  Brookings Institution, 2008.

"Priorities for Telecommunications Reform in Mexcio."  In <u>No Grwoth without Equity?  Inequality,</u> <u>Interests, and Competition in Mexico</u>, Santiago Levy and Michael Walton, eds.  Palgrave MacMillan, 2009.

""Toward a 21st Century Health Care System: Recommendations for Health Care Reform," 49 co-authors.
*Annals of Internal Medicine* Vol. 150, No. 7 (April 7, 2009), pp. 493-5.

"Malleable Constitutions:  Reflections on State Constitutional Reform," co-author Bruce E. Cain.  *Texcas*
*Law Review* Vol. 87, No. 7 (June 2009), pp. 1517-44.


**OTHER PROFESSIONAL PUBLICATIONS**

"Central City–Suburban Employment Distribution."  In <u>Final Report: Statistical Papers</u>. President's Task Force on Suburban Problems, Department of Housing and Urban Development, December 1968.

"Current Mortgage Finance Problems."  In <u>Final Report:  Policy and Program Papers</u>. President's Task Force on Suburban Problems, Department of Housing and Urban Development, December 1968.

"A Statistical Analysis of the International Association of Chiefs of Police Poll of the Opinions of the Opinions of Policemen," Jet Propulsion Laboratory, Fall 1969.

**Articles in Scholarly Publications, cont'd**

"The Economics of Professional Basketball," co-author Benjamin A. Okner.  Brookings Reprint No. 258,       (1972).  From "Statements," Senate Antitrust Subcommittee, Hearings on S. 2373, September 21-23, 1971,        Professional Basketball (Part I) and May 3, 1972, Professional Basketball (Part II).

"Prospects and Policies for CATV," co-authors John J. McGowan and Merton J. Peck.  In On the Cable:  Report of the Sloan Commission on Cable Communications.  New York: McGraw-Hill, 1971.

"The Price Commission and Regulated Public Utilities."  Compendium on Price and Wage Controls: Now   and the Outlook for 1973.  Joint Economic Committee, U.S. Congress, 1972.

"The Administration Bill to Deregulate Surface Transportation."  In Transportation Policy: The Economic-Political Interface, Anthony M. Woodward, ed.  Business Research Center, Syracuse University, 1972.

"The Case for Viewer Sovereignty," co-authors Merton J. Peck and John J. McGowan.  Research Report No. 135.  Brookings Institution, June 1973.
"Regulating the Medical Services Industry."  In The Changing Role of the Public and Private Sectors in Health Care.  National Health Council, 1973.

"Decentralization of Public Television."  In Conference on Communications Policy Research: Papers and Proceedings.  Office of Telecommunications Policy, Washington, D.C., 1973.

"The Product Market in Sports."  In Conference on the Economics of Professional Sports: Proceedings, George Burman, ed.  National Football League Players Association, Washington, D.C., May 7, 1974.
"Subsidization through Regulation: The Case of Broadcasting," co-authors John J. McGowan and Merton J. Peck.  In The Economics of Federal Subsidy Programs:  Part 8 - Selected Subsidies. U.S. Government Printing Office, 1974.

"Government Administrative Behavior and Technological Change."  In Government Policies and Technological Innovation, Vol. II.  National Technical Information Service, 1974.

"Public Policy and Innovation: Two Cases," co-author W. David Montgomery.  In Government Policies       and Technological Innovation, Vol. II.  National Technical Information Service, 1974. Available at:
http://www.hss.caltech.edu/SSPapers/sswp61.pdf.

"Comments Regarding Limitations on Programming Available for Broadcast on Pay-TV Channels."  Submitted to Federal Communications Commission.  Published in Communications-- the Pay-Cable Industry, Subcommittee on Antitrust and Monopoly, Senate Committee on the Judiciary, June 1975.

"Empirical Studies of Utility Regulation."  In Rate of Return Regulation:  Proceedings of the Future Planning Conference.  Federal Communications Commission, 1976.

"The Role of Competition in the Electronic Media."  In Proceedings of the Symposium on Media Concentration, Vol. 1, December 14-15, 1978.  Bureau of Competition, Federal Trade Commission.

"Antitrust Exemptions: An Economic Overview."  In National Commission for the Review of

**Other Publications, cont'd**

Antitrust
Laws and Procedures, <u>Report to the President and the Attorney General</u>, Vol. II.  U.S. Department of
Justice, 1979.

"Adaptive Approaches to the $CO_2$ Problem."  In <u>Carbon Dioxide, Climate and Society: A Research Agenda</u>, Vol. II.  U.S. Department of Energy, 1980.

"The Rationale for Social Regulation."  In <u>Government Regulation: New Perspective</u>, Andrew R. Blair, ed.  University of Pittsburgh, Graduate School of Business, October 1981.

"Institutional Aspects of Geothermal Development," co-authors Tom K. Lee, Venkatraman Sadanand and Louis L. Wilde.  In <u>Geothermal Probabilistic Cost Study, Vol. II</u> (JPL 5030-491). Jet Propulsion Laboratory, 1981.

"Looking for Villains in the Energy Crisis."  In <u>Energy Independence for the United States: Alternative       Policy Proposals</u>, Nake M. Kamrany, ed.  Fundamental Books, 1981;  and in <u>U.S. Options for Energy       Independence</u>, Nake M. Kamrany, ed.  Heath Lexington Books, 1982.

"The Political Economy of Deregulation," co-author Bruce Owen.  *Regulation* 7(2) (March/April 1983):  19-24.

"Recent Social Policy:  Comment."  In <u>Telecommunications Access and Public Policy</u>, Alan Baughcum and Gerald Faulhaber, eds.  Ablex Publishing Corp., 1984.

"The Economic Viability of Professional Baseball:  Report to the Major League Baseball Players Association."  In <u>Representing Professional Athletes and Teams</u>, Philip R. Hochberg and Martin E. Blackman, eds.  Practicing Law Institute, 1986.

"The Twisted Pair."  *Regulation* 11(3/4) (1987):  15-22.

"Regulation After Reagan."  *Regulation* 12(3) (1988):  13-20.

"Statement of Goals and Strategies for State Telecommunications Regulation," numerous co-authors.  Aspen Institute, 1989.

"Wirtschaftswachstum, High-Tech-Produkte und internationale Handelspolitik."  In <u>Deutsch-amerikanische Beziehungen: Politische Freundschaft und wirtschaftliche Kondurrenx</u>?  Haus der Evangelischen Publizistik, 1989.

"The Contemporary Development of International Trade:  Approaches, Issues and Problems."  In <u>A       Developing World Economy:  The Ethics of International Cooperation</u>.   Vesper International, 1990.

"Competitive Issues:  Enforcement Priorities and Economic Principles."  In <u>Antitrust Issues in Regulated       Industries</u>.  Charles River Associates, 1991.

"Responding to Referees and Editors."  *CSWEP Newsletter* (February 1993): 15-17.  Reprinted in *CSWEP       Newsletter Special Reprint Issue No. 2* (1996).

"Biographical Sketches of CSWEP Board Members."  *CSWEP Newsletter* (October

**Other Publications, cont'd**

1994).

"Privatization Won't Foster R&D," co-author Linda R. Cohen.  *Public Affairs Report* 36(3) (May 1995).

"Constitutional Reform in California," co-author Bruce E. Cain.  *CPS Brief* 7(14) (December 1995).

"The Economics of Information."  In <u>The Economics of Information in the Networked Environment</u>, Meredith A. Butler and Bruce R. Kingma, eds.  Association of Research Libraries, 1996. Reissued by
Haworth Press, 1999.

"Sports, Jobs, and Taxes: Are New Stadiums Worth the Coast?," co-author Andrew Zimbalist. *Brookings Review* 15(3) (Summer 1997): 35-39.  Reprinted in <u>Readings in Urban Economics: Issues and Public Policy</u>, Robert W. Wassmer, ed.  Blackwell Publishing, 2000.

"Taxpayers Foot Bill for Sports Boom."  *Brookings Newsletter* 7(2) (Autumn 1997):  7.

"Unleashing Telecommunications: The Case for True Competition," co-author Robert Litan. <u>Brookings </u>
<u>Policy Brief</u> # 39 (November 1998).  Available at www.brookings.org/comm/policybriefs/pb39.htm.

"Telecommunications Reform in Romania."  In <u>Romania:  Regulatory and Structural Assesment in </u>the
<u>Network Utilities</u>, Ioannis Kessides, ed.  World Bank Report 20546 RO, 2000.

"The Digital Divide:  Diagnosis and Policy Options," co-author Dina Older-Aguilar.  In <u>Bridging the </u><u>Digital Divide</u>, Roger G. Noll, ed.  California Council on Science and Technology, 2001.
"The Digital Divide:  Definitions, Measurement, and Policy Issues," co-authors Dina Older-Aguilar, Richard R. Ross and Gregory L. Rosston.  In <u>Bridging the Digital Divide</u>, Roger G. Noll, ed. California
Council on Science and Technology, 2001.

"Is U.S. Science Policy at Risk?", co-author Linda R. Cohen.  *Brookings Review* 19(1) (Winter 2001):  10-15.

"Broadband Telecommunications Policy:  Ending the Chaos."  <u>SIEPR Policy Brief</u>, December 2001.
At:  siepr.stanford.edu/papers/briefs/policybrief_dec01.html.

"The Supreme Court's Decision on FCC Pricing Rules," co-author Gregory Rosston.  <u>SIEPR </u><u>Policy Brief</u>,
May 2002.  At:  siepr.stanford.edu/papers/briefs/policybrief_may02A.html.

"The FCC's New Television Ownership Rules."  <u>SIEPR Policy Brief</u>, June 2003.  Available at: siepr.stanford.edu/papers/briefs/policybrief_jun03.html.

"The Uncertain Future of the Telecommunications Industry," co-author Robert E. Litan.  <u>Brookings </u><u>Policy </u>
<u>Brief</u> #129, January 2004.  At www.brookings.org/comm/policybriefs/pb129.htm.

"The Painful Implementation of California's Stem Cell Research Program," <u>SIEPR Policy Brief</u>,

**Other Publications, cont'd**

October
2005.  At:  siepr.stanford.edu/papers/briefs/policybrief_oct05.html.

"For More Efficient Subsidy Schemes," co-author T. N. Srinivasan.  *Hindu Business Line*, April 27, 2006.
At www.thehindubusinessline.com/2006/04/27/stories/2006042700041000.htm.  Also published as: "More
Efficient Subsidy Scheme Benefits Consumers, Government, and Economy," co-author T. N. Srinivasan.
SIEPR Policy Brief, May 2006.  At siepr.stanford.edu/papers/briefs/policybrief_may06.pdf.

"The Foreign Aid Paradox."  SIEPR Policy Brief, October 2006.  At siepr.stanford.edu/papers/briefs/
policybrief_oct06.pdf.

"The Regulatory Component of Health Care Reform."  *Fresh-Thinking Project*, November 2007, at www.fresh-thinking.org/publications/RegulatoryComponent.html.

"Designing It Right," co-author Joe Nation.  *Environmental Finance* vol. 10, no. 2 (December 2008/January
2009), p. 49

## OTHER PROFESSIONAL PAPERS

"An Economic Analysis of Network Operations Research Techniques."  Ph.D. dissertation, Harvard University, 1967.

"Perspectives on Rural-Urban Migration."  Council of Economic Advisors, November 1968.

"The Economics of Pollution Abatement."  Presented at Annual Meeting of the American Association for the Advancement of Science, December 1970.

"Comments Regarding the Public Interest in Commission Rules and Regulations Relating to Cable Television, Signal Importation and the Development of UHF Independent Commercial Stations," co-authors John J. McGowan and Merton J. Peck.  Submitted to FCC Docket 18397-A, February 10, 1971.

"A Dynamic Theory of Political Campaigning," co-author John A. Ferejohn.  Annual Meeting of the American Political Science Association, September 1972, Washington, D.C.

"Comments Regarding Limitations on Programming Available for Broadcast on Pay-TV Channels."
Submitted to FCC Docket 19554.  Social Science Working Paper No. 65, California Institute of Technology, September 20, 1974.  Available at: http://www.hss.caltech.edu/SSPapers/sswp65.pdf.

"The Causes of Regulatory Failures."  In Oversight of Civil Aeronautics Board Practices and Procedures.  Hearings before the Subcommittee on Administrative Practices and Procedures, Senate Committee on the Judiciary, 94th Cong., 1st Sess., 1975.

**Other Papers, cont'd**

"Statement on Regulatory Reform." In Regulatory Reform - 1975, Hearings before the Committee on Government Operations, U.S. Senate, 94th Cong., 1st Sess., 1975.

"Responses to Disaster: Planning for a Great Earthquake in California," co-authors Linda Cohen and Barry Weingast. Social Science Working Paper No. 131, California Institute of Technology, April 1977.

"Statement on Public Policy Toward Sports." Hearings, Select Committee on Professional Sports, U.S. House of Representatives, September 1976.

"Statement on H.R. 11611." Drug Regulation Reform Act of 1978. Hearings: Subcommittee on Health and the Environment, U.S. House of Representatives, June 1978, p. 2156ff.

"Television and Competition." Symposium on Media Concentration, Federal Trade Commission, December 1978.

"The Economics of Boxing Regulation in California," co-authors Joel A. Balbien and James P. Quirk. Social Science Working Paper No. 366, California Institute of Technology, January 1981. Report to California Athletic Commission.

Implementing Tradable Emissions Permits for Sulfur Oxides Emissions in the South Coast Basin (three volumes), co-authors Glen Cass and Robert Hahn. Report to California Air Resources Board. Caltech Environmental Quality Laboratory, June 1983.

"Economic Effects of the Financial Interest and Syndication Rule," co-authors Robert Crandall and Bruce Owen. Economists, Inc., April 1983. Submitted to Federal Communications Commission, Inquiry on Television Networks.

"Pay and Performance in Baseball: Modeling Regulars, Reserves and Expansion," co-author Rodney D. Fort. Social Science Working Paper No. 527, California Institute of Technology, Pasadena, CA 1984.

"Promises, Promises: Campaign Contributions and the Reputation for Services," co-author John Ferejohn. Social Science Working Paper No. 545, California Institute of Technology, Pasadena, CA, 1984.

"The Economic Viability of Professional Baseball: A Report to the Major League Baseball Players' Association." Major League Baseball Players' Association, 1985.

"Local Telephone Prices and the Subsidy Question," co-author Nina W. Cornell. Presented at Annual Meetings of the American Economic Association, December 1984, and at the Conference on Telecommunications Demand Modeling, Bell Communications Research, October 1985.

"The Economics of Bell Operating Company Diversification in the Post-Divestiture Telecommunications Industry," co-authors Kenneth Baseman and Stephen Silberman. ICF, Incorporated, September 1986. Submitted in First Triennial Review, Modification of Final Judgment, U.S. vs. AT&T.

"Two's Company, Three's a Crowd: Duverger's Law Reconsidered," co-author John A. Ferejohn. Presented at Annual Meeting of the American Political Science Association, September 1987.

## Other Papers, cont'd

"Telecommunications Reform in Brazil."  Report to the International Bank for Reconstruction and Development, September 1990.

"Marketable Emissions Permits in Los Angeles."  Report to the South Coast Air Quality Management District.  Center for Economic Policy Publication No. 285, Stanford University, January 1991.

"Statement on the Baseball Antitrust Exemption."  Hearings before the Subcommittee on Antitrust, Monopolies, and Business Rights, Committee on the Judiciary, United States Senate, December 1992.

"Regulatory Transparency in Telecommunications:  Public Interest Standards for BOC Entry into Long

Distance," co-author Robert Litan, August 1998.  Submitted to FCC Docket CCBPol 98-4.

"Remedies Brief of *Amicus Curie*," co-authors Robert Litan, William Nordhaus and Frederic Scherer. *U.S. v. Microsoft*, U. S. District Court, District of Columbia, April 2000.  Available at: www.aei.brookings.org/publications/index.php?tab=author&authorid=14.

" Promoting Efficient Use of Spectrum Through Elimination of Barriers to the Development of Secondary

Markets," 36 co-authors.  Submitted to Federal Trade Commission, February 2001.  Available at: www.aei.brookings.org/publications/index.php?tab=author&authorid=14

"Notes on Privatizing Infrastructure Industries."  World Bank *Development Report* Planning Conference,

July 2001.  Available at:  http://www.worldbank.org/wdr/2001/wkshppapers/summer/noll.pdf.

"Comments on Revised Proposed Final Settlement," co-authors Robert Litan and William Nordhaus. *U.S.*

*v. Microsoft*, U. S. District Court, District of Columbia, January 2002.  Available at www.aei.brookings.org/publications/index.php?tab=author&authorid=14.

"The Copyright Term Extension Act of 1998: An Economic Analysis," Amicus Brief in Support of Petititoners, *Eldred, et al., vs. Aschroft*, U. S. Supreme Court, May 2002, sixteen co-authors. Available at

www.aei.brookings.org/publications/index.php?tab=author&authorid=14.

"Comments on the Federal Trade Commission's Strategic Plan for 2003," co-authors Robert W. Hahn and Robert E. Litan.  AEI-Brookings Joint Center for Regulatory Studies, July 2003. Available at:

www.aei.brookings.org/publications/index.php?tab=author&authorid=14.

"Brief of Amici Curiae," 32 co-authors *PSEG Fossil, et al., vs. Riverkeeper Inc*., U. S. Supreme Court, July

21, 2008.

"A Statemenmt on the Appropriate Role for Research and Development in Climate Policy," 9 co-authors,

Regulation and Markets Center Working Paper 08-12, December 9, 2008.

**Other Papers, cont'd**

## POPULAR PUBLICATIONS

"School Bonds and the Future of Pasadena." *Pasadena Star-News* (April 20, 1969):  C-1.

"After Vietnam, Another Recession?"  *Caltech News* (June 1969).

"People is a Dirty Word," (with others).  *Pest Control Operators News* 30 (February/March 1970).  (Transcript of series of panel discussions, radio station KMPC, Los Angeles.)

"Quake Prediction: For Public Officials the Problems Are Mind-Bending."  *Los Angeles Times* (May 2, 1976), Part VIII:  5.

"Defending Against Disasters."  *Engineering and Science* 39 (May-June 1976).

"Professional Sports:  Should Government Intervene?"  *San Francisco Chronicle* and several other newspapers (June 7, 1977).

"Fact and Fancy About the Energy Crisis."  *Pasadena Star-News* (July 27, 1980):  17.

"Looking for Villains in the Energy Crisis."  *Town Hall Reporter* 13(8) (August 1980):  12.

"Using the Marketplace to Reform Regulation."  Washington University Center for the Study of American Business, Whittemore House Series 5.

"Leasing the Air: An Alternative Approach to Regulation?"  *Engineering and Science* 46(1) (September 1982):  12-17.

"Television Ownership and the FCC: Let a Free Market Set the Pace."  *New York Times* (August 26, 1984), Business Section:  2.

"Trends in California's Economy: Implications for the Future."  *Engineering and Science* LVI (1) (Fall 1992:  9-13

"Help Business, but Beware of High-tech Pork," co-author Linda R. Cohen.  *USA Today*, March 18, 1993, p. 11A.

"The Decline of Public Support for R&D."  *Framtider International*, Vol. 5 (1995):  23-27.

"Wild Pitch."  *New York Times*, April 11, 1996.  Selected for inclusion as *New York Times Op-Classic*, 2008, at http://www.nytimes.com/ref/opinion/05opclassic.html.

"Revisiting Telecom Reform," co-author T. N. Srinivasan.  *Business Standard of India*, August 21-22, 1999, at:  www.business-standard.com/99aug21/opinion2.htm.

"32 Voices on the State of the Game," 31 co-authors.  *The Biz of Baseball*, December 15, 2006, at www.bizofbaseball.com/index.php?option=com_content&task=view&id=534&Itemid=41.

"Sharing a Stadium Makes Perfect Sense."  *Oakland Tribune*, February 9, 2007, Sports Section: 3.

"Six Views on Former Commissioner Bowie Kuhn," five co-authors.  *The Biz of Baseball*, March 26, 2007,
at www.bizofbaseball.com/index.php?option=com_content&task=view&id=913&Itemid=41.

"Why Analysis of 49ers Move is Too Rosy."  *San Jose Mercury News*, April 15, 2007:  1P.
"Baseball Economics Roundtable," six co-authors.  *The Biz of Baseball*, May 3, 2007, at
http://www.bizofbaseball.com/index.php?option=com_content&task=view&id=1079&Itemid=41.

"Are Stadiums Worth the Price?"  *San Francisco Chronicle*, July 8, 2007:  E1, E3.

"Voices on Barry Bonds," ten co-authors.  *The Biz of Baseball*, November 27, 2007, at
http://www.bizofbaseball.com/index.php?option=com_content&task=view&id=1725&Itemid=41.

"Is Tim Gaithner's Toxic Asset Plan Toxic?"  seven co-authors.  *Foreign Policy*, March 24, 2009, at

http://experts.foreignpolicy.com/.

## REVIEW ARTICLES

"Assessing the Energy Situation."  *Science*, 208(4445) (May 16, 1980):  701-702.

"Energy Data and Political Polarization."  *Science*, 214(4524) (November 27, 1981):  1019.

"Handbook for Reform:  Breyer on Regulation."  *Columbia Law Review*, 83(4) (May 1983):  1109-1119.

"Rules in the Making, by Magat, Krupnick, and Harrington."  *Rand Journal of Economics*, 18(3) (Autumn 1987):  461-464.

"Fields of Greed."  *New York Times Book Review* (April 4, 1993):  24-25.

"Risky Business:  Breaking the Vicious Circle."  *Regulation*, 16(3) (1993):  82-83.

## BOOK REVIEWS

"Cure for Chaos, by Simon Ramo."  *Engineering and Science* 33 (November 1969).

"Technology and Market Structure, by Almarin Phillips."  *Journal of Economic Literature* 10 (December 1972):  1253-1255.

"The Telecommunications Industry, by Gerald W. Brock."  *Journal of Economic Literature* 20 (September 1982):  1096-97.

"Presidential Management of Science and Technology, by W. Henry Lambright."  *Science*, 231(4739) (February 14, 1986):  749.

**Review Articles, cont'd**

"Telecommunications Economics and International Regulatory Policy, by Snow and Jusawalla." *Information Economics and Policy*, 2(4) (1986): 318-319.

"The Economist's View of the World, by Steven E. Rhoads." *American Political Science Review* 81(1) (March 1987): 339-341.

"Air Pollution Regulation, by Richard A. Liroff." *Environmental Professional* 9(4) (1987): 359-360.

"The Sports Industry and Collective Bargaining, by Paul D. Staudohar." *Industrial and Labor Relations Review* 41(2) (January 1988): 314-315.

"The Social Context of New Information and Communication Technologies, by Elia Zureik and Dianne Hartling." *Information Economics and Policy* 3(2) (1988): 204.

"The United States and the Direct Broadcast Satellite, by Sara Fletcher Luther." *Information Economics and Policy* 4(1) (1989/90): 83-84.

"Regulation and Markets, by Daniel F. Spulber." *Journal of Economic Literature* 28(4) (December 1990): 1757-1759.

"A Legislative History of the Communications Act of 1934, edited by Max Paglin." *Information Economics and Policy* 4(2) (1990): 190-94.

"International Telecommunications in Hong Kong:  The Case for Liberalization, by Milton Mueller." *Information Economics and Policy* 4(3) (1990): 273-274.

"Strategy and Choice, edited by Richard J. Zeckhauser." *Journal of Policy Analysis and Management*, 12(2) (Spring 1993): 386-388.

"Government's Role in Innovation, by D.P. Leyden and A.N. Link." *Journal of Economics (Zeitschrift für National Okönomie*) 54(3) (1994): 333-335.

"Regulation, Organizations, and Politics, by Lawrence S. Rothenberg." *American Political Science Review* 89(3) (September 1995): 768-769.

"The Political Economy of Public Administration: Institutional Choice in the Public Sector, by Murray J. Horn." *Economic Record* 73 (June 1997): 187-188.

"Making and Breaking Governments, by Michael Laver and Kenneth A. Shepsle." *Zeitschrift für Nationalőkonomie* (*Journal of Economics*) 66(3) (December 1997): 324-326.

8/09