# EXHIBIT 2

Dockets.Justia.com

1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSE DIVISION

4                  ---oOo---

5

6    THE APPLE iPOD iTUNES              )

     ANTI-TRUST LITIGATION,             )

7                                       )

                                        )

8                                       )   No. C 05-00037 JW

                                        )   C 06-04457 JW

9    _____ )

10

11

12

13

14    VIDEOTAPE DEPOSITION OF MICHELLE M. BURTIS, Ph.D.

15            WEDNESDAY, SEPTEMBER 30, 2009

16

17

18

19

20

21

22

23

24    PAGES 1 - 203

25

2

1

2

3

4

5

6

7

8

9

10          Deposition of MICHELLE M. BURTIS, Ph.D., taken on

11     behalf of Plaintiffs, at COUGHLIN, STOIA, GELLER, RUDMAN

12     & ROBBINS, LLP, 100 Pine Street, 26th Floor, San

13     Francisco, California, commencing at 8:59 a.m.,

14     Wednesday, September 30, 2009, before Kelli Combs, CSR

15     7705.

16

17

18

19

20

21

22

23

24

25

3

1    APPEARANCE OF COUNSEL:

2

3  FOR PLAINTIFFS:

4          COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP

5          BY:  BONNY E. SWEENEY, ESQ.

6          PAULA ROACH, ESQ.

7          655 West Broadway, Suite 1900

8          San Diego, California 92101-8498

9          (619) 231-7423

10          bsweeney@csgrr.com

11          proach@csgrr.com

12

13  FOR DEFENDANT:

14          JONES DAY

15          BY:  ROBERT A. MITTELSTAEDT, ESQ.

16          555 California Street, 26th Floor

17          San Francisco, California 941204

18          (415) 626-3939

19          ramittlestaedt@jonesday.com

20

21        Also present: Nick Kasimatis, videographer

22         Lynn Miller with Apple Computer

23

24

25

10

1   conduct a proper before and after regression          9:10:24AM

2   analysis when the products in the before period have

3   been modified between the before and the after

4   periods?

5       A    Well, I can't answer that question            9:10:45AM

6   generally.  So I don't -- I can't say that it could

7   never be the case, but as I sit here, I'm not -- I

8   can't think of a way to do that --

9       Q    So --

10      A    I'm sorry.                                     9:11:05AM

11           -- within the context of what we're

12  talking about here.

13      Q    So you can't think of a way that a

14  regression analysis could take account of product

15  modifications, technological changes in a product     9:11:17AM

16  over a period of years.

17           Is that what you're saying?

18      A    No.

19      Q    That's what I thought you said.  Maybe you

20  should rephrase your prior answer.                     9:11:27AM

21           MR. MITTELSTAEDT:  Objection;

22  argumentative.

23           THE WITNESS:  Your question asked simply

24  about whether a regression analysis can take into

25  account changes in products, and certainly it's        9:11:42AM

11

1    possible to take into account product                    9:11:44AM

2    characteristics and changes in products.

3    BY MS. SWEENEY:

4        Q    Okay.

5            So it is possible to take into account          9:11:55AM

6    product characteristics and changes in products; is

7    that correct?

8        A    In some circumstances, it is possible to

9    do that.

10       Q    Okay.                                           9:12:07AM

11           And you're just saying that it's not

12   possible in this case to do that; is that right?

13       A    What I'm saying is that the way that --

14   what Dr. Noll has proposed in his report, what he

15   has described is a before and after approach, and     9:12:20AM

16   what he's got are products that were only sold in

17   one of the two periods.  And he --

18       Q    You're saying the iPod was not sold -- I'm

19   sorry, did I interrupt you?

20       A    You did but --                                 9:12:36AM

21       Q    Okay.  Go ahead.

22       A    Actually, I don't remember what I was

23   going to say.

24       Q    Okay.

25           So are you saying that the iPod wasn't         9:12:42AM

12

1   sold in the after period?                          9:12:46AM

2      A    I'm saying that certain iPod products were

3   only sold in one of those two periods.

4      Q    So in other words, there are different

5   models that were sold in the before period from the   9:12:59AM

6   after period; is that right?

7      A    I prefer to say it the way that I did,

8   which is there were certain iPod products that were

9   sold in only one of the two periods.

10     Q    So they're completely different products,   9:13:16AM

11  in your mind?

12     A    I'm sorry, what is a completely different

13  product?

14     Q    I was trying to draw the distinction

15  between different models of iPods.  And you're        9:13:24AM

16  saying no, they are completely different products?

17  Did I misunderstand you?

18     A    I wasn't focused on that difference in the

19  way that we were using those terms.  So I'm not

20  quite sure what you're referring to.                  9:13:38AM

21     Q    All right.

22          You said that Professor Noll's

23  methodologies won't work to calculate damages.

24          Did you perform any kind of analysis to

25  test whether his methodologies would work?            9:14:03AM

13

| | | |
|---|---|---|
| 1 | A    Well, the analysis that I performed was | 9:14:09AM |
| 2 | evaluating what he had described and considering | |
| 3 | that, given what I understood to be some facts about | |
| 4 | the products. | |
| 5 | Q    So you didn't take any data yourself and | 9:14:25AM |
| 6 | attempt to do a regression along the lines as | |
| 7 | described by Professor Noll; is that right? | |
| 8 | A    Well, there -- you know, it would be very | |
| 9 | difficult to do that. | |
| 10 | Q    But you didn't try it? | 9:14:50AM |
| 11 | A    Well, given what Dr. Noll has said, it's | |
| 12 | unclear how I would even go about doing that. | |
| 13 | Q    Have you -- | |
| 14 |      You know how to do a regression analysis, | |
| 15 | though, correct? | 9:15:05AM |
| 16 | A    Yes. | |
| 17 | Q    And you were retained by Apple in this | |
| 18 | litigation, correct? | |
| 19 | A    Yes. | |
| 20 | Q    So you presumably had access to Apple | 9:15:11AM |
| 21 | materials, correct? | |
| 22 | A    I don't know what you mean. | |
| 23 | Q    Did Apple provide you with any materials | |
| 24 | to review in connection with your retention in this | |
| 25 | matter? | 9:15:27AM |

14

```
 1      A     You know, the things that are listed on        9:15:30AM
 2   Exhibit 2.
 3      Q     But you didn't ask for anything other than
 4   what Apple's counsel gave you?
 5      A     So your characterization is not quite          9:15:43AM
 6   correct.
 7      Q     Okay.
 8            Would you correct me?
 9      A     The -- I was asked to look at a particular
10   question, and I either went out and found the           9:15:54AM
11   information that I thought was relevant to evaluate
12   that information or asked Apple's counsel for that
13   information.
14      Q     Okay.
15            And these two methods -- you went out and      9:16:10AM
16   found information, and then you also asked Apple's
17   counsel for information.  All of that information is
18   reflected in the exhibit to your report that lists
19   all the materials you reviewed?
20      A     I believe so, yes.                             9:16:26AM
21      Q     So Apple -- did Apple provide you with any
22   pricing data other than what's listed in your
23   report?
24      A     Whatever is listed in my report.
25      Q     Did you ask for anything -- did you ask if     9:16:46AM
```

15

1    you could see more data?                                    9:16:48AM

2         A    I'm sorry, what kind of data?  The

3    information --

4         Q    I'm sorry, my question wasn't clear, so

5    I'm going to withdraw it.                                   9:16:58AM

6              Was there anything that you asked Apple to

7    look at that you didn't get?

8         A    No.

9         Q    And -- okay.

10             So I just want to go back to your original        9:17:22AM

11   answer where you said Professor Noll's methodologies

12   won't work, and those are your words, "won't work,"

13   to calculate damages.  And I just want to make sure

14   I understand the answer.

15             So you're saying that you reached that            9:17:35AM

16   conclusion on the basis of the materials reviewed

17   that are listed in an exhibit to your report and on

18   the basis of review and evaluation of Professor

19   Noll's methodology.

20             But you, yourself, did not conduct any            9:17:51AM

21   separate regression analysis or any other

22   statistical analysis to determine whether Professor

23   Noll's methodologies would work; is that correct?

24        A    I -- I have not done any statistical

25   analysis along the lines that -- that Dr. Noll          9:18:14AM

16

1    describes in his report.  That's true.                        9:18:19AM

2        Q    Okay.

3             Now, you said that his methodologies don't

4    take into account certain realities of the

5    marketplace --                                                9:18:33AM

6             MR. MITTELSTAEDT:  Sorry.

7             MS. SWEENEY:  I'm going to start over.

8    BY MS. SWEENEY:

9        Q    You said that Professor Noll's

10   methodologies didn't take into account certain               9:18:42AM

11   realities of the marketplace for iPods and iTunes.

12             What realities of the marketplace for

13   iTunes were you referring to?

14       A    One of the -- the way that I understand

15   what Dr. Noll -- Dr. Noll thinks or the way that he          9:19:10AM

16   would perform, for example, his before and after

17   approach, it is -- and he has not described a way to

18   separate the -- the qualities of iTunes that are not

19   affected by the alleged conduct -- from the alleged

20   conduct.  That is an example that comes to my mind.          9:19:40AM

21   But again, I would go back to, you know, my report

22   for a more complete answer.

23       Q    Earlier you were testifying about -- you

24   said that Professor Noll didn't take into account

25   that some products were only sold in either the              9:20:07AM

23

1    but --                                                    9:28:03AM

2         Q    Okay.

3              And in your report or attached to your

4    report, you had some product announcements that had

5    certain specifications for particular iPod models.    9:28:13AM

6    And as you recall those product announcements, do

7    those announcements identify those kinds of

8    characteristics that you just talked about, such as

9    capacity, weight, size, design, screen-size, et

10   cetera, et cetera?                                     9:28:34AM

11        A    Well, I would have to look at them to know

12   the answer to that question..

13        Q    Don't you remember those documents that

14   you attached to your report?

15        A    I remember them generally, but I can't sit  9:28:45AM

16   here and tell you that they had each of those or any

17   of those characteristics in them.

18        Q    Well, are you familiar generally with the

19   materials that Apple uses to describe and advertise

20   its products?                                          9:29:03AM

21        A    I'm not sure what you're referring to.

22        Q    Do you think it is knowable for any

23   particular iPod model what the capacity of that

24   model is?

25        A    Yes.                                          9:29:24AM

24

1      Q      Okay.                                          9:29:25AM

2             Do you think it's knowable with respect to

3      any particular iPod model what the weight of that

4      model is?

5      A      Probably.                                      9:29:33AM

6      Q      You don't know for sure?

7      A      You might have to weigh it, but I think --

8      Q      You don't think Apple describes the weight

9      in its product announcements?

10     A      I don't know that it does that for every       9:29:44AM

11     product that it sells.

12     Q      You didn't check?

13     A      No.

14     Q      How about size?  Do you think it's

15     knowable for each iPod model to determine what is     9:29:53AM

16     the size of that model?

17     A      Yes, I think you could measure them, for

18     example.

19     Q      How about design?  What were you referring

20     to when you said "design"?                            9:30:05AM

21     A      The -- the way the Click Wheel is

22     designed.  Or the -- can't think of another word

23     besides "design."  The way that a product looks, for

24     example, the way that the Touch looks, the way that

25     it -- icons are displayed on the Touch, for example.   9:30:42AM

25

1    Q    Anything else?                                    9:30:49AM

2    A    I'm sure there are other examples of that,

3    but those are the ones that occur to me now.

4    Q    How about whether a particular iPod model

5    has the ability to display video or photos?  Is that   9:31:03AM

6    knowable?

7    A    Yes.

8    Q    How about screen-size?  Is that knowable?

9    A    Yes.

10   Q    Can you think of any product                      9:31:17AM

11   characteristics, that's the phrase that you used in

12   your report, about a particular iPod model that are

13   not knowable?

14   A    I don't know.  I can't think of something

15   that is not knowable.  By "knowable," I mean one        9:31:33AM

16   could describe it.

17   Q    Okay.

18        MS. ROACH:  I'm sorry, the streaming on

19   this is messing up.  I just want to --

20        MS. SWEENEY:  Off the record.                      9:32:07AM

21        THE VIDEOGRAPHER:  We're off the record at

22   9:32 a.m.

23        (Brief pause in proceedings.)

24        THE VIDEOGRAPHER:  We're on the record at

25   9:40 a.m.                                               9:40:39AM

26

```
 1    BY MS. SWEENEY:                                    9:40:40AM

 2        Q    Did you conduct any analysis of how you

 3    would estimate damages in this case?

 4        A    Aside from what I've done in my report,

 5    no.                                                9:40:58AM

 6        Q    Okay.

 7             Now, if this were not a Class case, let's

 8    say it were just an individual case, how would you

 9    go about estimating that individual's damages?

10        A    Well, I haven't really thought about that, 9:41:13AM

11    so I'm not really prepared to tell you how I would

12    do that.

13        Q    But you have done damage calculations in

14    other antitrust cases, correct?

15        A    I have done damage calculations, yes.      9:41:27AM

16        Q    And you are familiar generally with how

17    economists go about calculating damages in antitrust

18    cases?

19        A    Well, I'm not really sure there is a

20    general way to do it.  I think that it really       9:41:40AM

21    depends on the particular issue and product and

22    allegation.

23        Q    Well, let's talk about this case.  If

24    say -- do you know who the individual Plaintiffs

25    are?                                                9:41:02AM
```

30

1    sale or that product.                                9:46:44AM

2        Q    Okay.

3             Here is the problem I'm having with your

4    answer and where I think perhaps we're

5    miscommunicating.  You keep inserting this phrase    9:46:52AM

6    "Professor Noll has not described a way...."

7             I want you to just take Professor Noll's

8    methodology as you have read it and you have

9    understood it and assume one Plaintiff who purchased

10   one iPod in 2006.                                    9:47:07AM

11            Is it your opinion that Professor Noll's

12   before and after methodology would not work to

13   calculate damages for that individual Plaintiff?

14       A    Again, I would refer back to my prior

15   answers.  The reason for that phrase is because -- I  9:47:26AM

16   think I'm saying the same thing that you are.  What

17   he has described, that is, the way that I understand

18   what he has described for a product that is not sold

19   in the two periods, he hasn't described a way that

20   before and after method could be used.               9:47:46AM

21       Q    Okay.

22            Is there any before and after methodology

23   that, in your opinion, could be used to calculate

24   damages for an individual Plaintiff who purchased an

25   iPod in 2006, assuming that Plaintiff proved          9:48:01AM

31

1   liability in this case?                                        9:48:03AM

2        A    My understanding of a before and after is

3   to actually compare something in the before period

4   to the after or the during period, actually, is a

5   more accurate way of describing it.  So if you don't    9:48:16AM

6   have a comparison in one of those two periods, then

7   it's almost by definition you can't -- you can't use

8   that as a way to -- you don't have anything to

9   compare the price to.

10       Q    And the reason you're saying there can be      9:48:37AM

11  no comparison here is because there is -- I think

12  this is the word you used in your report, there are

13  vast differences between iPods sold in the before

14  period and the after period; is that correct?

15       A    Well, that's not the only reason.  That is    9:48:52AM

16  certainly -- that is -- that is a problem.

17       Q    You said so if you don't have a comparison

18  in one of those two periods, then it's almost by

19  definition you can't use that as a way to compare

20  the price to.                                            9:49:19AM

21            So what I'm trying to figure out is:

22  Apple calls this thing that we're litigating about

23  here an iPod, and it sold iPods in the before

24  period, and it sold iPods in the during period, and

25  if there is an after period, Apple continues to sell    9:49:37AM

32

1    iPods in the after period.                                    9:49:40AM

2         Now, they are all iPods, but your opinion

3    is that there are -- differences among those models

4    of iPods are so vast that you can't compare them

5    meaningfully from one period to the next; is that          9:49:52AM

6    correct?

7         A    The problem is that there are differences

8    in the products and those -- and the differences in

9    the products, there are characteristics, for

10   example, of products where those characteristics         9:50:15AM

11   exist only in one of the two periods.  And so in

12   order to make a comparison, you have to do something

13   to control for those characteristics while at the

14   same time controlling for the difference in the two

15   time periods.                                             9:50:39AM

16        Q    So it is possible to control for

17   differences in characteristics; is that correct?

18   Isn't that what you just said?

19        MR. MITTELSTAEDT:  Objection; misstates

20   the testimony.                                            9:50:52AM

21        THE WITNESS:  The answer to the question

22   that -- the first question that you asked me is --

23   it is certainly possible in certain circumstances

24   and with certain methods.

25

33

1   BY MS. SWEENEY:                                          9:51:10AM

2       Q    Yes.

3            I'm sorry, is that the end of your answer?

4       A    Yes.

5       Q    It is certainly possible in certain           9:51:18AM

6   circumstances and with certain methods to control

7   for differences in characteristics among products.

8            Is that what you're saying?

9       A    I believe that's what I'm saying.

10      Q    Okay.  All right.                              9:51:31AM

11           Now let's change it up a little bit.

12   Let's assume that instead of Melanie Tucker, our

13   only Plaintiff is Best Buy.

14           Do you know what Best Buy is?

15      A    Yes.                                            9:51:47AM

16      Q    You understand that they are a reseller of

17   iPods?

18      A    (Nods head.)

19      Q    In fact, they are the number one reseller

20   of iPods, at least according to data produced by      9:51:54AM

21   Apple.

22           Were you aware of that?

23      A    I can't recall that, as I sit here.  I

24   mean, I would -- well, I mean, for a particular time

25   period?  Or overall?  I mean, I just don't know what   9:52:08AM

35

1      A    Well, you know, the yardstick method is --    9:53:43AM

2   would it work?  There are all kinds of reasons.

3   There are problems that are associated with that

4   method, and so unless one could overcome those, it

5   would not work.                                        9:54:13AM

6      Q    Okay.

7           So all the problems that you have

8   identified with respect to Class damages and the

9   yardstick method would also apply to calculating

10  damages for an individual Plaintiff under the          9:54:25AM

11  yardstick method; is that your testimony?

12     A    I'm sorry, would you repeat that?  I lost

13  it.

14     Q    Sure.

15          You said there are all kinds of problems       9:54:34AM

16  associated with the yardstick method.  Now, is it

17  your opinion that the same problems that you have

18  identified with Professor Noll's yardstick

19  methodology would also apply if you were attempting

20  to use that methodology to calculate the damages for   9:54:51AM

21  an individual Plaintiff, assuming Plaintiff proved

22  liability?

23     A    I don't know that there would be any

24  additional problems, but certainly the problems that

25  I've identified would exist for an individual          9:55:11AM

36

1    Plaintiff.                                              9:55:17AM

2         Q    Okay.

3              And how about the markup methodology?  Is

4    it -- assume there is just one individual Plaintiff

5    who purchased an iPod in 2006, and she proves           9:55:26AM

6    liability.

7              Is it your opinion that Professor Noll's

8    markup methodology would not work to calculate

9    damages for that individual Plaintiff?

10        A    I'm sorry.                                     9:55:51AM

11        Q    Okay.  I'll start over.  No problem.

12             Moving on to the markup method, and I'm

13   still using the individual consumer Plaintiff.  So

14   assume a single Plaintiff who purchased an iPod from

15   the Apple store in 2006.                                9:56:06AM

16             Is it your opinion that Professor Noll's

17   markup methodology would not work to calculate

18   damages for that individual Plaintiff, assuming she

19   had already proved liability?

20        A    And the -- so the hangup that I am having     9:56:22AM

21   is when I'm thinking about an individual consumer,

22   to the -- Dr. Noll has this method that -- or he has

23   these three methods, and, you know, another opinion

24   in my report is that he hasn't considered in any one

25   of these three methods the -- the net overcharge,      9:56:50AM

40

1    product that one could compare to iPod products or          10:01:38AM

2    maybe several products to compare to several iPod

3    products, that problem would exist for Best Buy, as

4    well.

5        Q    Okay.                                              10:01:51AM

6             Now, a few --

7             MR. MITTELSTAEDT:   When you move on to a

8    different subject, if we could just take a short

9    break.

10            MS. SWEENEY:   Sure.   I'm just following up       10:01:57AM

11   on something.

12            MR. MITTELSTAEDT:   Yeah.

13   BY MS. SWEENEY:

14       Q .  A few answers ago you referred to the net

15   overcharge issue.   Can you explain to me what your         10:02:03AM

16   view is of the net overcharge problem?

17       A    Well, the problem, I think, is that there

18   hasn't been any consideration to whether or not the

19   price of music would be different in the but-for

20   world.                                                      10:02:24AM

21       Q    And why would that matter?

22       A    Well, because if the price of music is

23   higher in the but-for world, then impact and

24   damages, actually, could be different for --

25   depending how much music you buy and could be              10:02:46AM

41

1    different for different direct purchasers.                    10:02:49AM

2         Q    And why is it that you have to take -- as

3    an economist, what -- what makes you think you have

4    to take into account the but-for price of music

5    purchased from the iTunes store?                              10:03:04AM

6         A    Well, I think that it is part of -- it is

7    part of the theory that the Plaintiffs are advancing

8    in this case.

9         Q    And what makes you think that's part of

10   Plaintiffs' theory?                                           10:03:25AM

11        A    Because Plaintiffs are claiming that the

12   attractiveness of iTunes led to an increased demand

13   of iPods and, therefore, raised the price of iPods.

14   And so to the extent that certain people wanted to

15   buy iTunes because it was attractive but didn't            10:03:49AM

16   because they didn't want to buy an iPod, then in the

17   but-for world, they could buy some other device and

18   purchase iTunes, increasing the demand for iTunes

19   and increasing the price of iTunes.

20        Q    Now, is your theory that the price of          10:04:10AM

21   iTunes matters, is that true whether we're talking

22   about a monopolization claim?

23        A    Is it true -- I thought you said either,

24   but maybe I --

25        Q    Yeah, I'll start over.                              10:04:19AM

43

1     this case?  I know you're not a lawyer, but just do     10:05:54AM

2     you have any understanding of what Plaintiffs'

3     claims are?

4          A    Yes.

5          Q    And what are they?                            10:06:01AM

6          A    I believe there is both a monopolization

7     claim and a tying claim.

8          Q    Okay.

9               So let's say Plaintiffs are only

10    attempting to prove in Section 2 a monopolization      10:06:11AM

11    claim.

12              Is it your opinion that in order to

13    accurately calculate damages, one must take into

14    account what the price of music and videos purchased

15    from the iTunes store would have been in the but-for  10:06:24AM

16    world?

17              MR. MITTELSTAEDT:  Let me object to the

18    extent it calls for a legal conclusion.

19              THE WITNESS:  It's unclear to me how -- I

20    mean, I think there is just one but-for world that's  10:06:36AM

21    being -- certainly Dr. -- Dr. Noll, the way that he

22    describes the but-for world doesn't seem to change

23    depending on what the claim is.

24              So my understanding of the Plaintiffs'

25    theory in this case is as I described it earlier in    10:06:51AM

                                                                44
1    my prior answer.                                    10:07:00AM

2    BY MS. SWEENEY:

3        Q    So your answer to my question is yes?

4        A    I can't remember.  You have a very long

5    question.                                            10:07:08AM

6        Q    Okay.  I can read it over again.

7             And I'm sorry if I'm wordy.

8             All right.  Let's say Plaintiffs are only

9    attempting to prove a Section 2 monopolization

10   claim.                                               10:07:24AM

11            Is it your opinion that in order to

12   accurately calculate damages, one must take into

13   account what the price of music and videos purchased

14   from the iTunes store would have been in the but-for

15   world?                                               10:07:36AM

16       A    I think with the monopolization claim or

17   the tying claim, that given Plaintiffs' theory, one

18   has to consider whether there was an effect on the

19   price of music, yes.

20       Q    Okay.                                       10:07:50AM

21            Now, you're aware that the Class, as

22   defined by Plaintiffs, includes both consumers who

23   purchased from the Apple store and resellers, like

24   Best Buy; is that right?

25       A    Yes.                                        10:08:06AM

45

1      Q    Okay.                                    10:08:06AM

2           Now, if you were -- if you were

3    calculating damages for the resellers who are in the

4    Class, such as Best Buy, is it also necessary, in

5    your view, to take into account what the price would  10:08:20AM

6    have been in the but-for world for music and videos

7    purchased from the iTunes music store?

8      A    It's an interesting question.  Clearly,

9    Best Buy doesn't purchase music, at least as far as

10   I know.  But I don't know.  Maybe they do.  I don't   10:08:45AM

11   know the answer to that.  I'm not sure.  I would

12   have to think about that.

13     Q    Okay.  Now, let's assume that Plaintiff --

14   strike that.

15          Let's assume that Plaintiff proves that     10:09:21AM

16   Apple engaged in unlawful conduct that violates

17   Section 2 of the Sherman Act.  And it's time to

18   calculate damages, and let's assume that it's

19   already been proven that Apple charged a

20   super-competitive price for iPods as a result of its  10:09:39AM

21   anticompetitive behavior.

22          Now, Apple took some of those

23   super-competitive products that it achieved and used

24   them to give out goodies to its customers at the

25   Apple store.  For example, you know, a free rock.     10:09:59AM

46

1    Everybody gets a free book.  Now, those free books          10:10:05AM

2    were paid for by the super-competitive prices that

3    Apple charged for iPods.

4           Is that something -- does that figure into

5    your net overcharge analysis?  Is that something           10:10:19AM

6    that you would have to take into account in

7    calculating damages?

8           MR. MITTELSTAEDT:  Let me object to the

9    question.  It's an incomplete hypothetical and

10   perhaps incomprehensible hypothetical.                     10:10:30AM

11          THE WITNESS:  Actually, I don't understand

12   it.

13   BY MS. SWEENEY:

14      Q   Okay.  I'll try again.  I'll try to make

15   it a little more specific.                                 10:10:41AM

16          MR. MITTELSTAEDT:  I do with a little more

17   urgency renew my request for a break as soon as you

18   get to a convenient breaking spot.

19          MS. SWEENEY:  All right.  We can break

20   now, if you like.                                         10:10:54AM

21          MR. MITTELSTAEDT:  I won't talk about that

22   question with her.

23          MS. SWEENEY:  You can talk about it, if

24   you want.

25          MR. MITTELSTAEDT:  Well, I would ask her           10:11:00AM

60

1    BY MS. SWEENEY:                                          10:37:31AM

2        Q    It's a new question.  I get to ask new

3    questions.

4        A    The focus of your question is different

5    than -- I just want to make sure that --              10:37:39AM

6        Q    Okay.

7             Do you want me to ask it again?

8        A    Yes, ask it again.

9        Q    Is it your opinion that in a market where

10   there is technological changes, that there are some   10:37:49AM

11   circumstances where it's possible to construct a

12   damage model common to all Class members to

13   calculate damages?

14       A    There --

15       Q    Strike that.  Let me redo that question.     10:38:07AM

16            Are there circumstances under which you

17   can construct a before and after regression analysis

18   to calculate damages common to all Class members

19   where the product at issue has changed significantly

20   over the Class period?                                 10:38:28AM

21            MR. MITTELSTAEDT:  Object; incomplete

22   hypothetical.

23            THE WITNESS:  I would just say it depends.

24   BY MS. SWEENEY:

25       Q    And what does it depend on.                   10:38:36AM

61

1       A      One thing it depends on is whether the        10:38:38AM

2    changes in that product are occurring, for example,

3    would occur at the same time as the -- as the line

4    between the before and the after period.

5       Q      Okay.                                          10:38:59AM

6              And so when you say "the line between the

7    before and after period," you're talking about the

8    beginning of the anticompetitive conduct?  Is that

9    what you're referring to?

10      A      Yes.                                           10:39:09AM

11      Q      Okay.

12             So if those product changes don't occur at

13   the same time as the beginning of the

14   anticompetitive conduct, is it then possible to

15   construct a valid damages model, even though the       10:39:20AM

16   product has changed significantly during the Class

17   period?

18             MR. MITTELSTAEDT:  Object; incomplete

19   hypothetical.

20             THE WITNESS:  If -- if you are doing a        10:39:30AM

21   regression analysis of -- before and after

22   regression analysis where, you know, the standard or

23   traditional way of doing that is to use a variable

24   that distinguishes the before and after period, if

25   you are doing that and if you have characteristics      10:39:46AM

62

1    of products that exist in only one of the two                 10:39:50AM

2    periods, then the result that you would get would

3    not validly -- could not distinguish the effect of

4    the before and after period from the effect of that

5    characteristic that was added.                                 10:40:08AM

6              MS. SWEENEY:   I'm going to ask the Court

7    Reporter to read back my question again, please.

8                      (Record read as follows:

9              "Q    So if those product

10             changes don't occur at the same                     10:40:18AM

11             time as the beginning of the

12             anticompetitive conduct, is it then

13             possible to construct a valid

14             damages model, even though the

15             product has changed significantly                   10:40:18AM

16             during the Class period?")

17             THE WITNESS:   I mean, I think I answered

18   the question.

19   BY MS. SWEENEY:

20       Q    Do you know what a hedonic regression is?           10:40:46AM

21       A    Yes.

22       Q    What is it?

23       A    It is a regression where price is

24   regressed on product characteristics.

25       Q    Have you ever done one?                              10:41:00AM

63

```
 1      A    I can't think of one, but I may have done        10:41:04AM

 2  one in the past.

 3      Q    Okay.

 4           And you have seen them done?

 5      A    Yes.                                              10:41:09AM

 6      Q    In other cases?

 7      A    Yes.

 8      Q    What cases?

 9      A    Well, I just saw one done in Flash, for

10  example.                                                  10:41:20AM

11      Q    And the expert for the Plaintiffs did it?

12      A    Yes.

13      Q    And who was the expert?

14      A    There were two.

15      Q    Who were they?                                   10:41:29AM

16      A    Dr. Noll was one, and Janet Netz was the

17  other.

18      Q    Which of these two experts did the hedonic

19  regression?

20      A    Both of them.                                    10:41:41AM

21      Q    And you were asked to comment on the

22  hedonic regression?

23      A    Actually, I was not.

24      Q    What was your role in that case?

25      A    My role was related to the issues of             10:41:53AM
```

64

```
 1    pass-through.                                        10:41:56AM

 2        Q    Okay.

 3             So who was the expert who addressed the

 4    Direct Purchaser issues, such as presented by

 5    Professor Noll's report?                             10:42:08AM

 6        A    Michael Keeley.

 7        Q    All right.

 8             So are you familiar, then, in the Flash

 9    case or in any other case of examples of where a

10    hedonic regression has been used to place values on  10:42:26AM

11    product innovations?

12        A    I'm sorry, product innovations?

13        Q    When I say "product innovations," I'm

14    talking about what you have referred to in this

15    case, which is that the iPod has changed over time,  10:42:45AM

16    many new features have been added and things have

17    changed.  That kind of product innovation.

18        A    So when you say that, what I think of is a

19    particular iPod product, like a Nano changing

20    characteristics.                                     10:43:08AM

21             Is that what you're talking about?

22        Q    Let's use that as an example.

23        A    Okay.  I'm sorry, what was the question?

24        Q    Have you seen a case where hedonic

25    regression was used to analyze product innovations?  10:43:22AM
```

65

1       A     Innovation part is making this difficult        10:43:41AM

2    for me to answer.  I have certainly seen hedonic

3    regressions where price is regressed on

4    characteristics, and those characteristics can

5    change over time.                                         10:43:55AM

6       Q     Okay.

7             And where have you seen that done?

8       A     Well, the one that I am most recently

9    familiar with is the Flash regressions.

10      Q     And that was conducted by Noll and Netz?         10:44:12AM

11      A     That's correct.

12      Q     In your report, you refer to a regression

13   model that you constructed in connection with

14   Hurricane Katrina.

15            Do you recall that?                              10:44:49AM

16      A     Yes.

17      Q     All right.

18            And you said in your report:

19                 "One of the reasons I was able

20                 to reliably estimate a regression          10:44:54AM

21                 model there was that sufficient

22                 data were available before the

23                 hurricane struck."

24            MR. MITTELSTAEDT:  Would you give us the

25   paragraph there, please?                                 10:45:07AM

66

```
 1            MS. SWEENEY:  Paragraph 3.              10:45:11AM

 2            THE WITNESS:  I'm sorry, did you ask me a

 3   question?

 4   BY MS. SWEENEY:

 5       Q    Do you have that in front of you?  Did I   10:45:36AM

 6   read that correctly?

 7       A    Yes.  I don't know that you read it

 8   correctly.  I see the reference to the Hurricane

 9   Katrina paper in paragraph 3 of my report.

10       Q    Okay.                                   10:45:48AM

11            And you also talked about this Hurricane

12   Katrina report in the evidentiary hearing that was

13   held in the Indirect Purchaser case; is that right?

14       A    Yes.

15       Q    Okay.                                   10:45:58AM

16            And then the article that came out of that

17   analysis was produced in this litigation and is

18   called Petroleum Refining Industry Business

19   Interruption Losses Due to Hurricane Katrina,

20   correct?                                         10:46:11AM

21       A    Yes.

22       Q    And that's a paper that you coauthored

23   with two other people?

24       A    Yes.

25       Q    And were you hired by insurers to conduct   10:46:18AM
```

                                                                    69
1     I don't remember the source of the data.          10:48:35AM

2     BY MS. SWEENEY:

3          Q     Okay.

4                Do you remember the volume of the data?

5          A     What do you mean the volume of the data?    10:48:45AM

6          Q     Well, did you have -- how many price

7     points over what period of time did you have data

8     for?

9          A     I don't recall.

10         Q     All right.                              10:49:04AM

11               Now, the forecasting model that you used

12    in the Hurricane Katrina paper -- and let me know if

13    you want me to get a copy of that, and we'll do that

14    during a break because I don't want to interrupt,

15    but we'll come back to it.  But you said in your     10:49:27AM

16    paper that -- you described the specification that

17    you use, and you said, "This specification is chosen

18    from 30 alternative specifications."

19               Does that mean that you looked at

20    alternatives and through trial and error chose the   10:49:40AM

21    one that best fit what you were working on?

22         A     The method that we used, if I recall

23    correctly, was -- well, my recollection is that

24    there was a period of time prior to the hurricane,

25    and the model was estimated over that period of      10:50:05AM

70

```
 1   time, and there were a number of variables and        10:50:07AM
 2   specifications.
 3           And the -- the way that we chose the
 4   particular model that we would use to forecast what
 5   prices would be over the next, I think it was a few    10:50:20AM
 6   weeks, I don't remember how long, maybe a couple of
 7   months after the hurricane, was to pick the
 8   particular specification that best fit the data in
 9   the historical period.
10      Q   Okay.                                           10:50:38AM
11           And when you say you chose the one that
12   best fit the data, did you mean that you -- you
13   chose from alternatives?  You looked at some other
14   alternatives, and you figured out which one worked
15   the best?                                              10:50:54AM
16      A   Well, there was a particular statistical
17   criteria that we used, so --
18      Q   I'm sorry.
19      A   Well, there was a statistical criteria
20   that we used and -- and we chose the specification    10:51:06AM
21   that most closely met that criteria.
22      Q   Okay.
23           What I meant is you say this specification
24   is chosen from 30 alternative specifications.  Does
25   that mean that you looked at 30 different             10:51:20AM
```

76

1    BY MS. SWEENEY:                                          10:58:02AM

2        Q    Okay.

3             Now, in the Class certification

4    evidentiary hearing in the Indirect Purchaser case,

5    you described the work that you had done in this       10:58:16AM

6    Hurricane Katrina paper, and you said something to

7    the effect -- correct me if I misstate this -- that

8    trying to predict the price of iPods in the but-for

9    world based on iPods that were sold in the before

10   period was like trying to calculate the price of       10:58:39AM

11   oil -- or excuse me, the price of ethanol from the

12   price of oil.

13            Do you remember that comment you made?

14            MR. MITTELSTAEDT:   What's the citation,

15   please?                                                 10:58:51AM

16            MS. SWEENEY:   I don't know what the

17   citation is.

18            THE WITNESS:   I don't think I -- I mean, I

19   remember something along those lines, but I don't

20   think it was exactly as you're describing it.           10:58:58AM

21   BY MS. SWEENEY:

22       Q    Maybe we'll find that during a break, and

23   I'll come back to that.

24            Paragraph 5 of your report says:

25               "Counsel for Apple has asked             10:59:21AM

77

| | | | |
|---|---|---|---|
| 1 | | me to address whether the | 10:59:23AM |
| 2 | | methodologies proposed by | |
| 3 | | Professor Noll in the Direct | |
| 4 | | Purchaser case can be used to | |
| 5 | | estimate class-wide damages." | 10:59:28AM |
| 6 | | Do you see that? | |
| 7 | A | Yes. | |
| 8 | Q | When did counsel for Apple ask you that? | |
| 9 | A | Let's see.  When was this?  No, that | |

10   can't -- when was the date of this?  It was maybe a      10:59:48AM

11   month before this report was filed.

12        Q    That was the first time he had ever asked

13   you to conduct that analysis?

14        A    To conduct that analysis.

15        Q    Was that the first time that counsel for      11:00:08AM

16   Apple asked you to address whether the methodologies

17   proposed by Professor Noll in the Direct Purchaser

18   case can be used to estimate class-wide damages?

19        A    Well, that was when he asked me to -- to

20   analyze it in a -- in a -- in the way that I have in      11:00:33AM

21   this report, I guess.

22        Q    Is that the first time that counsel for

23   Apple asked you to address whether the methodologies

24   proposed by Professor Noll in the Direct Purchaser

25   case can be used to estimate class-wide damages?       11:00:44AM

78

1       A    We may have talked about those issues, you      11:00:48AM

2    know, before, you know, when -- around the time that

3    Professor Noll filed his report and was being

4    deposed.  We may have also talked about it then.

5       Q    But you don't -- I'm sorry.                     11:01:03AM

6       A    I'm sorry, but -- well...

7       Q    Okay.

8            You were --

9            You were retained in this case before

10   Professor Noll's deposition, correct?                   11:01:16AM

11      A    I think that's right.

12      Q    Well, you said in the deposition taken in

13   the Indirect Purchaser case that you were retained

14   within a couple of months before Professor Noll's

15   deposition.                                             11:01:34AM

16           Do you recall that?

17      A    I don't, but that sounds about right.  I

18   mean, I don't remember specifically when I was

19   retained or -- or I don't remember specifically

20   saying those words in my deposition.                    11:01:48AM

21      Q    Now, that deposition was an exhibit to

22   your report in this case, wasn't it?

23      A    The deposition?

24      Q    Wasn't it?

25      A    I don't think so.                               11:02:08AM

79

 1      Q    No, maybe not.  I guess that was just the        11:02:09AM

 2   evidentiary hearing that was an exhibit.  Well,

 3   we'll come back to that.

 4            So you were --

 5            You were retained before the time when        11:02:23AM

 6   Apple filed its opposition to Plaintiffs' motion for

 7   Class certification in the Direct Purchaser case,

 8   correct?

 9      A    I believe so.

10      Q    Okay.                                           11:02:41AM

11            And at that time, did you advise Apple as

12   to whether, in your opinion, Professor Noll's

13   proposed methodologies could be used to estimate

14   Class-wide damages?

15      A    We may have had conversations about that.       11:02:56AM

16      Q    Did you have conversations about that?

17      A    I don't remember, but it's possible.

18      Q    Is it your practice when you are retained

19   by a client and you read a report and you read a

20   deposition transcript, that you then have             11:03:13AM

21   conversations with counsel about it?

22      A    Yes.

23      Q    Okay.

24            So do you think it's likely that you had

25   discussions around that time frame, that is, before    11:03:11AM

80

1    the time when Apple submitted its opposition to          11:03:23AM

2    Plaintiffs' Class certification motion?

3              MR. MITTELSTAEDT:  Objection; calls for

4    speculation.

5              THE WITNESS:  I really don't remember.  We     11:03:30AM

6    could have.  I know we talked about the report.  I

7    remember talking about tying more than -- more than

8    anything else in particular.  But we could have had

9    those conversations.  It wouldn't surprise me,

10   especially if we had had a conversation about what      11:03:52AM

11   regression analysis is and, you know, that kind

12   of -- of conversation.

13   BY MS. SWEENEY:

14        Q    When did you first form the opinion that

15   Professor Noll's proposed methodologies for             11:04:05AM

16   calculating damages could not be used in this case?

17        A    Well, I'm sure that when I first read his

18   report, I -- I would have -- well, I don't remember

19   exactly, but I'm sure that when I first read his

20   report, I would have understood that there was not a    11:04:31AM

21   lot of detail or there was a lot left out of those

22   descriptions and probably things that were not

23   considered when you thought about those three

24   methods.

25              But in terms of, you know, when I sorted      11:04:52AM

81

1   it all out and went back and -- and was a little bit          11:04:54AM

2   more rigorous about what the problems were, that

3   would be when I wrote this report.

4       Q    So when you initially reviewed Professor

5   Noll's report and you had these initial                      11:05:08AM

6   conversations with counsel for Apple, you had not

7   yet reached the conclusion that Professor Noll's

8   proposed methodologies for calculating damages would

9   not work in this case?

10      A    I don't know.  I don't know if -- I just            11:05:23AM

11  don't remember what I thought at that time.  As I

12  said, if I -- I'm sure that when I read it for the

13  first time, it is fairly -- there isn't a lot of

14  information, so I'm -- I'm -- I'm willing to --

15  well, I'm -- I'm sure that I thought at the time            11:05:52AM

16  there was not a lot of information in his report

17  about these damage methodologies.

18      Q    Now, I had asked or we asked in the

19  subpoena to you for you to produce all your time

20  records in this case.  We haven't gotten those.            11:06:13AM

21          Where are those time records?

22      A    They are with Jones Day.

23          MS. SWEENEY:  I'd like those before the

24  end of this deposition because I want to question

25  her about them.                                            11:06:26AM

82

```
 1              MR. MITTELSTAEDT:  Well, I'll inquire.       11:06:28AM

 2              THE WITNESS:  I think they are.

 3              MS. SWEENEY:  I'll bring her back if we

 4    don't have them before the end of the deposition.

 5    BY MS. SWEENEY:                                         11:06:36AM

 6        Q    Did you convey to Mr. Middelstaedt or

 7    anyone else at Jones Day or at Apple your views

 8    about Professor Noll's proposed methodologies for

 9    calculating damages back in 2008 before Apple filed

10    its opposition to Class certification?                 11:06:56AM

11        A    I think I answered that.  I can try --

12        Q    It's a little different question and I

13    apologize.  These are probably very similar

14    questions, but it's a little different.

15              I just want to know if you told any --      11:07:12AM

16    first of all, who is your primary contact in this

17    matter?  Is it Mr. Middelstaedt?

18        A    Yes.

19        Q    Anybody else that you have talked to?

20        A    I've talked to Craig Stewart.              11:07:22AM

21        Q    Anybody else?

22        A    I've talked to Michael Scott.

23        Q    Anybody else?

24        A    No.

25        Q    Okay.                                        11:07:30AM
```

83

1       So after you first reviewed the Noll       11:07:31AM

2   declaration, what did you tell Apple's counsel about

3   your evaluation of it?

4       A    Honestly, I can't possibly remember that.

5       Q    Okay.                                  11:07:46AM

6            Did you discuss with Apple counsel at that

7   time whether you would be preparing a written report

8   that Apple would submit in connection with its

9   opposition to Class certification?

10      A    I do not recall us having that          11:08:01AM

11  conversation.

12      Q    Did you know at the time you began your

13  assignment that you wouldn't be submitting a report

14  at that time?

15      A    I don't remember.  I don't remember ever 11:08:23AM

16  thinking that I was going to write a report, but --

17      Q    When did you first get the assignment to

18  write a report in the Direct Purchaser case?

19      A    About a month before the report was filed.

20      Q    Okay.                                   11:08:43AM

21           MR. MITTELSTAEDT:  Can we take a short

22  break?  And I will inquire about the records you

23  asked about.

24           MS. SWEENEY:  Okay.

25           THE VIDEOGRAPHER:  We're off the record at 11:09:01AM

84

| | |
|---|---|
| 1 | 11:09 a.m. |
| 2 | (Recess taken.) |
| 3 | THE VIDEOGRAPHER:  We're on the record at |
| 4 | 11:20 a.m. |
| 5 | BY MS. SWEENEY: |
| 6 | Q    Dr. Burtis, in your report you say that -- |
| 7 | that Dr. French proposed the same three basic |
| 8 | approaches as Professor Noll. |
| 9 | How are the two reports or how are the |
| 10 | three methodologies by these two different experts |
| 11 | in these two different cases, how are they the same? |
| 12 | A    Well, there are three -- they both propose |
| 13 | three methods.  They both propose a before and after |
| 14 | method.  They both propose a yardstick method in |
| 15 | which the price of or the prices, I guess, of iPods |
| 16 | are to be compared with some yardstick product, and |
| 17 | they both proposed a margin or markup method in |
| 18 | which the margins of iPods are compared to the |
| 19 | margins of some other product. |
| 20 | Q    Are there any differences among the |
| 21 | approaches taken by Professor Noll and Dr. French? |
| 22 | A    Well, that's -- none of these methods, |
| 23 | frankly, by either Dr. French or Dr. Noll are very |
| 24 | detailed.  So, for example, in the before and after |
| 25 | method, they both propose such method, comparison of |

11:09:03AM

11:20:37AM

11:20:58AM

11:21:19AM

11:21:44AM

11:22:06AM

85

1    before and after iPod prices.  And they both propose        11:22:11AM

2    that there would be other variables in -- in the

3    regression equation that they would use.

4            But neither one of them really set out the

5    regression equation or, you know, said what              11:22:26AM

6    particular variables they were going to use, so I

7    can't tell you that they would be identical

8    regressions.

9        Q    But based on the reports as written, and

10   you have also read their deposition testimony, I         11:22:38AM

11   believe, what differences can you identify?

12       A    Well, I guess I would just repeat my same

13   answer.

14       Q    You can't identify any differences in the

15   three basic approaches taken by the two experts?         11:23:00AM

16       A    The three basic approaches are really the

17   same.  The differences, I think, would come in the

18   way that they were implemented, and none of them

19   really went very far along the road of implementing

20   them.  So we don't really know what differences          11:23:19AM

21   there would be.

22       Q    But I'm just asking you based on the

23   report.  I'm not saying, you know, based on what

24   they might ultimately do.

25            I'm saying based on their report, can you        11:23:30AM

86

1    identify any differences in the approaches between      11:23:32AM

2    Professor Noll and Dr. French in the before and

3    after yardstick and markup methodologies for

4    calculating damages?

5        A    I -- I --                                       11:23:49AM

6        Q    It's a "yes" or "no" question.  Can you

7    identify them?  And if so, please do so.

8             MR. MITTELSTAEDT:  Object to the "yes" or

9    "no" part as argumentative.

10            THE WITNESS:  The three basic approaches       11:24:06AM

11   are very -- I mean, I don't know that there are any

12   differences in the basic approaches.  If there are

13   differences, they are going to come in the

14   implementation, and I don't have sufficient

15   information to know exactly how they are going to       11:24:21AM

16   implement them.

17   BY MS. SWEENEY:

18       Q    I'm not asking about implementation.

19            As the reports --

20            Have you read both reports?                     11:24:30AM

21       A    Yes.

22       Q    And have you read the deposition of

23   Professor Noll?

24       A    Yes.

25       Q    Have you read the deposition of               11:24:35AM

87

```
 1    Dr. French?                                          11:24:36AM

 2         A    Yes.

 3         Q    Now, based on that information, can you,

 4    as you're sitting here today right now, identify any

 5    differences in the approaches taken by the two        11:24:45AM

 6    experts with respect to the before and after

 7    methodology, the yardstick methodology or the markup

 8    methodology for calculating damages?

 9         A    So I would -- I would refer back to my

10    earlier answers.  And here is an example of the       11:25:03AM

11    difficulty in answering this question more

12    specifically:  In Dr. Noll's report, he describes

13    generally a before and after regression analysis.

14    He describes generally the kinds of variables that

15    he would include in that analysis.  I think he        11:25:24AM

16    actually says there might be two different analyses,

17    one for the consumers and one for the wholesalers.

18              In his deposition, when he was asked some

19    questions about how he would implement that before

20    and after analysis, he said, "Well, I don't know if   11:25:45AM

21    I'm going to use a dummy variable approach."

22              Now, that would be a difference from

23    Dr. French, who, I think, was planning on using a

24    dummy variable approach.  But Dr. Noll has not told

25    us exact- -- what he would do in place of the dummy    11:26:07AM
```

88

1    variable approach.                                    11:26:11AM

2          So it's unclear to me -- that is an

3    example of why it's difficult to know without

4    further information from both of them, frankly, what

5    they would do.                                        11:26:26AM

6          MS. SWEENEY:  I'm going to move to strike

7    the answer as nonresponsive and ask the Court

8    Reporter to read back my question.

9                (Record read as follows:

10               "Q    Now, based on that               11:26:33AM

11               information, can you, as you're

12               sitting here today right now,

13               identify any differences in the

14               approaches taken by the two experts

15               with respect to the before and        11:26:33AM

16               after methodology, the yardstick

17               methodology or the markup

18               methodology for calculating

19               damages?")

20         THE WITNESS:  I'm sorry, I don't know how    11:26:58AM

21   else to answer that question.

22   BY MS. SWEENEY:

23        Q    Okay.

24             You said in your report -- and I'm looking

25   at paragraph 8 where you summarize your              11:27:09AM

89

```
 1    conclusions -- that Professor Noll's testimony shows      11:27:11AM

 2    that he is doubtful that certain of these methods

 3    can work.

 4              And what are you referring to there?

 5         A    I'm referring to the yardstick method.          11:27:27AM

 6         Q    Okay.

 7              But not the before and after, and not the

 8    markup method; is that correct?

 9         A    Well, it's unclear to me about the markup

10    method because it is relying -- at least one of his       11:27:38AM

11    variations relies on a comparison that is very

12    similar to the yardstick method.

13         Q    But Professor Noll did not express any

14    doubts himself about the markup method, correct?

15         A    He only -- I think the doubt that he            11:28:00AM

16    expressed was whether or not he could find a product

17    that was similar enough to be used as a benchmark

18    for an iPod.  That problem is going to occur in both

19    the yardstick method and the markup or margin

20    method, whatever he calls it.  Margin.                    11:28:17AM

21         Q    And that problem that you refer to of

22    finding a comparison product, that would apply no

23    matter how Professor Noll applied the markup method?

24         A    No.  As I said, he has two variations of

25    that margin method.  One is -- well, no, I think it       11:28:48AM
```

90

1    would apply to both because -- the first variation        11:28:55AM

2    is to find a product to simply compare the margin of

3    that product to the iPod margin.  The other

4    variation is to find what the iPod margin would be

5    had the structure of the market that iPods were sold      11:29:12AM

6    in was different.

7              And in order to do that, he would need

8    some -- I think he was thinking of some

9    concentration method.  So he would have to now find

10   a product to be used as a benchmark where he would       11:29:29AM

11   find the, if you will, the but-for concentration.

12       Q    You say in your discussion of the before

13   and after methodology that the purported baseline

14   period before the alleged violation is too short.

15             Assuming that the after period begins in        11:30:02AM

16   April of 2003, how long is that purported baseline

17   period?

18       A    I think it is about one and a half years.

19   I think it's somewhere -- yes.  Well, in paragraph

20   19 of my report, I say that:                               11:30:21AM

21             "The first generation of iPod

22             was introduced in October of 2001,

23             just 1.5 years before the alleged

24             violation in 2003."

25       Q    Now, are you aware of other cases --             11:30:3?AM

92

| 1  | A     No.                                          | 11:32:06AM |
| 2  | Q     In paragraph 10 of your report, this is      |            |

3    still the summary of conclusions, you talk about

4    Professor Noll's yardstick method, and you say:

5              "Based on my analysis to date,          11:32:29AM

6              I do not believe that this method

7              will work."

8              And I just wanted to clarify it based on

9    your testimony that you gave earlier today.  The

10   analysis that you're referring to here where you say   11:32:41AM

11   "Based on my analysis to date," it's not that you

12   conducted any kind of -- well, strike that.

13             What kind of analysis did you conduct?

14   A     I considered the -- the -- the products

15   that Dr. Noll offered and thought about other      11:33:01AM

16   products that could possibly be used and had the

17   same problem that Dr. Noll had, which is I couldn't

18   really think of a product that is similar to --

19   well, you would have to, I think, use different

20   products for different iPods, but it was very      11:33:24AM

21   difficult to come up with products that could be

22   used as yardsticks here.

23   Q     Okay.

24             You said you considered the products that

25   Professor Noll referred to.  What were those      11:33:33AM

93

1   products?                                                   11:33:36AM

2       A       They were, I believe -- what was the first

3   one?  PDAs, Smartphones and something else.  Oh,

4   smart mobile telephones, portable CD/DVD players and

5   portable digital players produced by Apple's           11:33:57AM

6   competitors.

7       Q       And just for the record, you're reading

8   from your report?

9       A       Yes, in paragraph 25.

10      Q       What page?                                  11:34:04AM

11      A       Paragraph 25.

12      Q       Okay.

13              When you say you considered the products,

14  what kind of research did you do on those products,

15  if any?                                                 11:34:20AM

16      A       I'm sorry, what products?

17      Q       The products that you just identified that

18  are listed in paragraph 25.

19      A       What kind of research did I do?

20      Q       You said -- in answer to an earlier         11:34:33AM

21  question, you said you considered the products that

22  Professor Noll referred to.

23              And my question is now:  What exactly did

24  you do when you considered the products?  Did you

25  conduct any research into the supply and demand        11:34:47AM

94

1    characteristics of those products that are                11:34:51AM

2    identified in paragraph 25 of your report?

3        A    What I considered were the characteristics

4    of the products themselves and whether or not they

5    were similar to the various iPod products.              11:35:03AM

6        Q    Okay.

7            And what materials did you review to

8    consider the characteristics of those products

9    themselves?

10       A    To the extent I reviewed any information,       11:35:18AM

11   it would be referred to in my report.

12       Q    So other than what's referred to in your

13   report, you didn't review any materials in

14   connection with analyzing the characteristics of the

15   products that are identified in Paragraph 25 of your    11:35:32AM

16   report?

17       A    That's correct.

18       Q    Did you talk to anyone at Apple about the

19   characteristics of products that are identified in

20   paragraph 25 of your report?                            11:35:43AM

21       A    No.

22       Q    Did you talk to anyone in the consumer

23   electronics industry about the characteristics of

24   the products that are identified in 25 -- paragraph

25   25 of your report?                                      11:35:58AM

95

1       A    No.                                          11:36:01AM

2       Q    Did you talk to anyone about it?

3       A    I probably talked to colleagues at

4    Cornerstone about the characteristics of, for

5    example, a PDA, what is a PDA.  What is a PDA        11:36:11AM

6    considered.  What are the kind of features on a PDA.

7       Q    Did you have these conversations with

8    colleagues at Cornerstone?

9       A    I do remember having a conversation with

10   somebody about a PDA, about what a PDA is, yes.      11:36:32AM

11      Q    Who did you talk to?

12      A    I don't remember.  It was either one of

13   two people, but I don't remember which one.

14      Q    Who were the two people that it might have

15   been?                                                11:36:45AM

16      A    It was either Darwin Neher, N-E-H-E-R, or

17   Samid, S-A-M-I-D, Hussain, H-U-S-S-A-I-N, I think.

18      Q    And what did you learn in these

19   conversations?

20      A    That PDAs, the term "PDA" is fairly broad,   11:37:01AM

21   and that the characteristics on many of the PDAs are

22   different than the characteristics on iPods, at

23   least certain iPods.

24      Q    But you didn't conduct any separate

25   analysis to figure out what exactly these            11:37:22AM

97

1          MS. SWEENEY:  We have it.  Do you want to        11:38:47AM

2     look at it?

3          MR. MITTELSTAEDT:  Well, as long as you

4     don't mind my going into similar questions with your

5     experts, I don't have any objection.               11:38:57AM

6          MS. SWEENEY:  I think you'll find it's not

7     covered by the stipulation.

8     BY MS. SWEENEY:

9          Q    All right.  So going back to the work

10    performed by Dr. Neher or Dr. Hussain in connection   11:39:20AM

11    with this case, did they review your report, either

12    one of them?

13         A    I know that Dr. Hussain did.  I don't

14    recall if Dr. Neher did.  I don't think he did,

15    but...                                             11:39:35AM

16         Q    Did Dr. Hussain give you comments on your

17    report?

18         A    Yes.

19         Q    What were those comments?

20         A    I don't remember.  I talked to him a lot   11:39:45AM

21    about the issues and, you know, used him to, you

22    know, just talk about things and make sure that

23    things were -- made sense and were right.

24         Q    Did you make changes to your report based

25    on the comments provided by Dr. Hussain?           11:40:07AM

98

1      A    I don't remember.  I mean, I -- I think        11:40:17AM

2  that he -- I don't remember making any changes as a

3  result of those comments.  Certainly no substantive

4  changes to my opinions.

5      Q    Did you write every word in your report?       11:40:31AM

6      A    Dr. Hussain wrote a first draft, and then

7  I went through and made it my own.

8      Q    When did Dr. Hussain write the first

9  draft?

10     A    I don't remember specifically.               11:40:54AM

11     Q    And what is Dr. Hussain's -- well, is his

12 CV on your website?

13     A    I don't know.

14     Q    And after Dr. Hussain wrote that first

15 draft and you revised it, did he look at subsequent    11:41:17AM

16 drafts?

17     A    Probably.

18     Q    So it was really a collaborative effort

19 between you and Dr. Hussain?

20     A    No.  The report is mine.  The opinions are    11:41:30AM

21 mine.  I find it very helpful to talk to smart

22 people about ideas that I have and reports that I

23 write.

24     Q    But Dr. Hussain wrote the first draft of

25 your report.                                           11:41:47AM

99

1      A      Only after I had talked to him.  I told        11:41:49AM

2   him what I wanted in the report.  I told him what

3   the conclusions were.  I, you know -- it was not a

4   collaborative effort, if that's your question.

5      Q      Did Mr. Middelstaedt, or any other counsel   11:42:03AM

6   for Apple, write any of your report?

7      A      No.

8      Q      Did Mr. Middelstaedt, or anyone else who

9   is counsel for Apple, comment on your report?

10     A      They may have suggested some -- some word    11:42:18AM

11  changes.

12     Q      Did you make those word changes?

13     A      If -- if I thought that it made the report

14  more clear, I would.

15     Q      But -- which ones do you recall having        11:42:34AM

16  made?

17     A      I don't recall making any, actually.

18     Q      Did anyone other than Dr. Hussain --

19             Well, first of all, was it

20  Mr. Middelstaedt or was it other counsel for Apple  11:42:46AM

21  who commented on your report?

22     A      I believe it was Mr. Stewart.

23     Q      Anyone other than Dr. Hussain and

24  Mr. Stewart who commented on your report?

25     A      No, not that I recall.                        11:43:04AM

                                                          100
1        Q     I don't think we need to mark this as an      11:43:35AM

2    exhibit, but I'm just going to show you because it's

3    already marked as an exhibit to your report, but

4    it's Exhibit C, which is the materials that you

5    relied upon.  Excuse me, in your report you say     11:43:46AM

6    that, "This is a list of material that I considered

7    in preparing this report."

8              Is that right?

9        A     Yes.

10       Q     Okay.                                        11:44:02AM

11             And is that a complete list of materials?

12       A     I attempted to write a complete list of

13   materials.

14       Q     Okay.

15             And since the date of your report, have     11:44:11AM

16   you reviewed any additional materials?

17       A     No.

18       Q     Okay.

19             You haven't looked at any price

20   announcements since the date of your report?         11:44:22AM

21       A     The only hesitation I have is I may

22   have -- I think there was a new iPod product

23   introduced, but I don't remember when it was.  But I

24   may have seen that announcement.

25       Q     Do you remember what the product was?       11:44:42AM

```
                                                           101
  1       A     It's a new Nano, I believe.            11:44:44AM

  2       Q     You talk about Professor Noll's before and

  3   after methodology, and then you also refer to what

  4   you called Dr. French's, quote, "before-during,"

  5   closed quote, methodology.                        11:45:14AM

  6            Would it matter to your opinion if there

  7   were after data, that is, data, price data, product

  8   data after the date that the anticompetitive conduct

  9   ended?  Would that change your opinion as to the

 10   validity of conducting a "before-after" analysis in  11:45:37AM

 11   this case?

 12            MR. MITTELSTAEDT:  Object; compound.

 13            THE WITNESS:  No.

 14   BY MS. SWEENEY:

 15       Q     In paragraph 15 of your report, you say   11:45:51AM

 16   that before and after regression analysis typically

 17   includes -- and I'm quoting now -- "Explanatory

 18   variables such as the relevant competitive supply

 19   and demand factors," closed quote.

 20            Now, when you talk about those relevant    11:46:14AM

 21   competitive supply and demand factors, are you

 22   talking about the features that we talked about

 23   earlier, such as capacity, size, weight,

 24   screen-size, design?

 25       A     Those would be included in that group, but 11:46:32AM
```

102

1    that's not the entire group.                                    11:46:34AM

2        Q    Okay.

3             What else would you include in that group?

4        A    Well, there are -- there are a set of

5    variables that, I guess, are somewhat obvious, and    11:46:45AM

6    then there are variables that -- there may be other

7    variables that I won't be able to list for you.

8    But, for example, their cost is a variable that

9    affects supply.  There are the variables that lead

10   to changes in demand, and I don't know exactly what    11:47:13AM

11   those variables are or how one would measure them.

12   I think that's part of the challenge in modeling the

13   price of iPods, actually.

14       Q    Is that a challenge unique to iPods?

15       A    I think it's a -- particularly important    11:47:39AM

16   problems with respect to this product.

17       Q    But it's not unique?

18       A    Well, unique I take to mean it would only

19   exist for iPods.  There may be other products in the

20   world where the same problem exists.                  11:47:58AM

21       Q    Is it unusually difficult in the case of

22   iPods?

23       A    I think it is.

24       Q    And that's because of what you described

25   before, the difference in the products available     11:48:14AM

103

1    before and during the anticompetitive conduct?          11:48:19AM

2        A    No.   This is a separate issue.

3        Q    Okay.

4             So why is it that it's unusually difficult

5    in the case of iPods?                                   11:48:31AM

6        A    Well, this relates to the factors, the

7    variables that you would put into a regression

8    equation that would measure, quantitatively measure

9    what effects changes in demand for iPods, why people

10   buy iPods and how those -- you know, to identify        11:48:52AM

11   those factors and quantify those factors, I think is

12   difficult in this case.

13       Q    But why is it unusually difficult?   Why is

14   it more difficult in the case of iPods than in the

15   case of other kinds of products?   That's what I'm      11:49:06AM

16   getting at.   That was my question.

17       A    One of the things that I talked about in

18   this report and the other report was the notion that

19   people buy iPods because they are cool.

20       Q    I did see reference to the "coolness          11:49:25AM

21   factor," as you put it.

22            And as an economist, have you ever used

23   that phrase before to talk about a product or

24   determining damages in an antitrust case?

25       A    No.                                           11:49:44AM

104

1      Q    No.                                          11:49:45AM

2           Have you made any analysis of when, if

3     ever, Apple iPods became cool?  Were they cool when

4     they were first introduced in 2001?

5      A    That's -- that is the hard part of the       11:50:12AM

6     question, I think.  I think understanding and

7     measuring and knowing the answer to whether or not

8     they were cool and how that coolness changed over

9     time is the problem.

10     Q    So it's possible that iPods weren't cool     11:50:26AM

11    when they were introduced, but they became cool in,

12    say, 2002?

13     A    Just as an observer to this, I think

14    that's probably -- there is some truth to that.  I

15    don't know when it happened, and I don't know why it  11:50:43AM

16    happened.  But there certainly -- they have

17    certainly become more attractive -- trying to think

18    of another word besides "cool" -- over time.

19     Q    You think they are cooler now than they

20    were in 2001?                                      11:51:02AM

21     A    Yeah.  I mean, I do.  But I don't have

22    any -- I don't have any measure of that.  I can't

23    tell you that --

24     Q    I'm sorry.

25     A    That's fine.                                 11:51:19AM

106

1    iPods.                                                    11:52:58AM

2              Any others that you can identify?

3        A    Well, so I suppose you could think of

4    coolness as one variable, but what I was trying to

5    communicate there is that there are various reasons      11:53:12AM

6    that people buy iPods, and the demand for iPods

7    changes over time.

8              And if you want to put those -- if you

9    want to use a before and after analysis, before and

10   after regression, you have to identify what those       11:53:28AM

11   variables are and put them in the regression.

12             And I've kind of summarized that with the

13   notion of coolness, but I don't know that they

14   are -- well, I don't think there is or could be a

15   single variable that one could use for that.            11:53:40AM

16       Q    So you said that there are various reasons

17   people buy iPods.  Is that -- is that unique to

18   iPods, that there are various reasons that people

19   buy them?

20       A    That alone, no.                                 11:54:05AM

21       Q    Okay.

22             Another problem that you identify in

23   Professor Noll's before and after methodology is

24   there are relatively few price changes in the

25   products over time.                                      11:54:35AM

107

1            What in your view would be a sufficient          11:54:40AM

2   number of price changes that would make the before

3   and after methodology work better?

4       A    It depends.  The more variables that you

5   put into a regression equation, the more data that    11:54:56AM

6   you need, which means the more price changes that

7   you need.  So to the extent that there are a lot of

8   variables that affect the price of iPods, then the

9   more price changes that you need.

10      Q    Okay.                                          11:55:19AM

11           Well, say we use the number of -- we use

12  variables to account for the different product

13  characteristics that you identified in paragraph 25

14  of your report.  How many price changes would you

15  need in order to make the before and after           11:55:37AM

16  methodology workable in this case?

17           MR. MITTELSTAEDT:  Object; assumes facts

18  not in evidence that it would be workable.  Also

19  object that it's an incomplete hypothetical.

20           THE WITNESS:  Do you want me to answer?       11:56:06AM

21  BY MS. SWEENEY:

22      Q    Yeah.

23      A    So it -- the answer would still be that it

24  depends.  It depends on how you specify the model.

25      Q    Are you aware of --                           11:56:29AM

109

1    smokeless tobacco that were certified.                    11:57:54AM

2         Q    That was a number of State Indirect

3    Purchaser cases around the nation, correct?

4         A    That's correct.

5         Q    How many of those did you work on?         11:58:05AM

6         A    I don't remember.

7         Q    More than five?

8         A    I don't think so, but I'd have to look at

9    the list.

10        Q    Around five?                                11:58:13AM

11        A    I honestly don't remember.  I know it was

12   more than three.

13        Q    And the Classes in those cases were all

14   certified, correct?

15        A    There were a number of Classes that were    11:58:30AM

16   certified.  Whether they were all certified, I don't

17   know.

18        Q    And did the Plaintiffs' expert or experts

19   in those cases use a before-after regression

20   analysis?                                              11:58:43AM

21        A    I don't remember.  I don't think so, but I

22   would have to go back and look at the reports.

23        Q    You -- in your report, you mentioned

24   Apple's pricing strategy.  Did you ask

25   Mr. Middelstaedt for documents from Apple that         11:59:22AM

110

| | | |
|---|---|---|
| 1 | described Apple's iPod pricing strategy? | 11:59:27AM |
| 2 | A    No.   The pricing strategy that I'm | |
| 3 | referring to here is that the prices are constant | |
| 4 | for, you know, fairly long periods of time, and then | |
| 5 | when a new model comes out, the price of the old | 11:59:47AM |
| 6 | model drops.  That's what I'm referring to here, and | |
| 7 | I saw that in the -- in the data. | |
| 8 | Q    Is that related to the life-cycle of | |
| 9 | technological products?  Is that common, the pricing | |
| 10 | strategy that you just described? | 12:00:06PM |
| 11 | MR. MITTELSTAEDT:  Object; compound. | |
| 12 | THE WITNESS:  Common?  I don't know that | |
| 13 | it's common. | |
| 14 | BY MS. SWEENEY: | |
| 15 | Q    Is this the first case that you have | 12:00:15PM |
| 16 | worked on where the product at issue was a consumer | |
| 17 | electronics product? | |
| 18 | A    No. | |
| 19 | Q    What other cases have you worked on | |
| 20 | involving consumer electronics products? | 12:00:26PM |
| 21 | A    I worked on the Indirect Purchaser SRAM | |
| 22 | case in which there were a number of electronics | |
| 23 | products at issue.  And I worked on the GPU case in | |
| 24 | which there were consumer electronic products.  And | |
| 25 | Flash had electronics products.  These are the ones | 12:00:4?PM |

111

1    that come to my mind, but I could look over my CV          12:00:51PM

2    and see if there are others.

3         Q    Now these three cases, do they involve

4    inputs into consumer electronic products?  The SRAM

5    is -- it stands for what?                                  12:01:04PM

6         A    Static random access memory.

7         Q    And that's something that goes inside an

8    electronics product, correct?

9         A    It is.

10        Q    All right.                          .            12:01:17PM

11             How about GPU?

12        A    How about it what?

13        Q    Is that something that goes in a consumer

14   electronics product?

15        A    A GPU goes into a electronics product,          12:01:25PM

16   yes.

17        Q    Okay.

18             What about Flash?

19        A    Flash is memory that is used in

20   electronics products.                                      12:01:34PM

21        Q    Okay.

22             MR. MITTELSTAEDT:  When you come to a

23   convenient spot, may we break for lunch?

24             MS. SWEENEY:  Why don't we wait until

25   lunch is here?  We ordered in lunch.  Do you know          12:01:42PM

```
                                                          112

 1   what time lunch is coming?                  12:01:54PM

 2          MS. ROACH:  No.

 3          MR. MITTELSTAEDT:  Did you order lunch for

 4   everybody?

 5          MS. SWEENEY:  Yeah.                   12:02:00PM

 6          MR. MITTELSTAEDT:  Good.  Thank you.

 7          MS. SWEENEY:  You're welcome.

 8          THE WITNESS:  That's unusual.

 9   BY MS. SWEENEY:

10      Q    In your work as an economist, have you   12:02:10PM

11   ever had occasion to review business documents of a

12   party to litigation, such as strategic memoranda

13   describing pricing strategies?

14      A    Have I ever done that?

15      Q    Yeah.                                12:02:30PM

16      A    Sure.

17      Q    Sure.

18          And would it surprise you to find that

19   Apple had strategic memoranda or other documents

20   describing its pricing strategies with respect to   12:02:37PM

21   iPods?

22          MR. MITTELSTAEDT:  That's -- I object it's

23   argumentative, assumes facts not in evidence.

24          THE WITNESS:  I'm sorry, would it surprise

25   me that they had those?                      12:02:47PM
```

113

| | | |
|---|---|---|
| 1 | BY MS. SWEENEY: | 12:02:49PM |
| 2 | Q    Would it surprise you if they did have | |
| 3 | them? | |
| 4 | A    It wouldn't surprise me one way or the | |
| 5 | other.  I have found that it depends on a company's | 12:02:58PM |
| 6 | kind of personality, the kinds of documents that | |
| 7 | they generate. | |
| 8 | Q    Did you ask Apple if they had those kind | |
| 9 | of documents? | |
| 10 | A    No. | 12:03:11PM |
| 11 | Q    Did you review any analyst reports? | |
| 12 | A    I don't recall reviewing analyst reports, | |
| 13 | but if I did, they would be on this list of | |
| 14 | materials considered. | |
| 15 | Q    Did you review the materials that | 12:03:28PM |
| 16 | Professor Noll reviewed? | |
| 17 | A    I can't remember if I did or not.  I may | |
| 18 | have. | |
| 19 | MS. SWEENEY:  Do you want to take a short | |
| 20 | break and we'll find out whether lunch is here? | 12:04:01PM |
| 21 | MS. ROACH:  It's here, actually. | |
| 22 | MS. SWEENEY:  Okay.  We can break for | |
| 23 | lunch now, if you like. | |
| 24 | THE VIDEOGRAPHER:  This is the end of Disk | |
| 25 | 2.  We're off the record at 12:04 p.m. | 12:04:13PM |

115

1   that the before/after method won't work, does it          1:02:36PM

2   apply to those products, as well?

3        A    There are other reasons besides the fact

4   that some products are only sold in one of those two

5   periods that leads me to the conclusion that this         1:02:49PM

6   method will likely not work, yes.

7        Q    Okay.

8             So even absent that objection, overall, in

9   your view, there are too many problems with the

10  before/after methodology to use it in that case?          1:03:05PM

11       A    There are additional problems, that's

12  correct.

13       Q    And what are the additional problems?

14       A    Well, I think that I set them out in my

15  report, but I will try to summarize them.                 1:03:17PM

16            One -- and I think that we've talked a

17  little bit about this this morning -- is that the

18  pricing data doesn't have a lot of variability in

19  it, which makes it more difficult to run a

20  regression.                                               1:03:38PM

21            Another problem, which I think we've also

22  touched on, is that the factors that determine iPod

23  pricing, that determine, for example, and affect the

24  demand for iPods are difficult to quantify.  And so

25  if you can't quantify those important variables,          1:04:01PM

116

1    then a regression isn't going to give you the right        1:04:04PM

2    result.

3            There is an issue with defining the period

4    that -- or the date at which there is a before and

5    after and whether or not there are other -- other         1:04:18PM

6    things that are going on at the same time that would

7    then make it more difficult to separate the effect

8    of those things from the effect of the conduct.

9            There is the issue that because there are

10   a lot of factors, there appear to be a lot of             1:04:47PM

11   factors that are affecting pricing, it's going to be

12   hard -- it's going to be more difficult to isolate

13   the effect of something that, you know, may or may

14   not have an effect on the price of iPods.  It's --

15   it's like -- it's almost like finding a needle in a       1:05:07PM

16   haystack problem.

17           There are probably some other ones, but

18   I'd have to go through my report and look.  Do you

19   want me to do that?

20       Q    Are there any in your report --                  1:05:26PM

21           Are there any that aren't in your report

22   that you would want to identify as you sit here

23   today?

24       A    No.  I think that they are in my report.

25       Q    You mentioned there was difficulty in            1:05:36PM

124

```
 1            THE WITNESS:  Sure.  I mean, when I talk        1:14:54PM

 2   about the Direct Purchasers, I want to be accurately

 3   talking about the Direct Purchasers.

 4   BY MS. SWEENEY:

 5       Q     Okay.                                          1:15:05PM

 6             You say that:

 7                 "Professor Noll provides no

 8             economic analysis to show that the

 9             four possible yardstick candidates

10             that he identified satisfied his      1:15:27PM

11             criteria for validity of the

12             yardstick product."

13             What economic analysis, if any, did you

14   use to evaluate those yardstick products that he

15   identified?                                              1:15:45PM

16       A     The -- what I did is in my report, and I

17   talked about the products are different.

18             The point here is that I think -- I mean,

19   even Dr. Noll admits that this particular approach

20   is probably not going to work because he can't find     1:16:13PM

21   products that are similar to -- similar enough to

22   iPod products or products that are -- that could be

23   used to isolate the effect of the conduct.

24       Q     Is that what Dr. Noll said, he admitted

25   that this particular approach is probably not going     1:16:34PM
```

125

1    to work because he can't find products that are          1:16:36PM

2    similar enough to iPod products?  Did he say that?

3        A    He said that he has more doubts that this

4    yardstick method will work than the other two, and

5    he said that the hangup is identifying the               1:16:50PM

6    comparative products.

7        Q    But he didn't say that he doubted it would

8    work, did he?

9        A    You know, I'm -- the answer that I just

10   gave to you are -- are quotes that I'm reading from      1:17:08PM

11   my report that he said.

12       Q    And those are excerpts of his testimony;

13   is that correct?

14       A    Yes, that's correct.

15       Q    Between those quotes, there are other          1:17:18PM

16   words that he gave in his deposition, correct?

17       A    I'm sure there are.

18       Q    Yeah.

19            Now, Professor Noll said in his report

20   that:                                                    1:17:34PM

21               "This could be a case where

22            you could use as your comparison

23            products for the yardstick method

24            other personal media players."

25            Have you conducted any investigation into      1:17:46PM

126

1    that question, whether this is a case where you          1:17:50PM

2    could use for your yardstick method as comparison

3    products products within the same market?

4            MR. MITTELSTAEDT:  Object; that's

5    argumentative and it's also compound.                   1:18:02PM

6    BY MS. SWEENEY:

7        Q    You can answer.

8            THE WITNESS:  Do you want to read it

9    again?

10               (Record read as follows:                   9:40:44AM

11           "Q    Now, Professor Noll said

12           in his report that:

13               "This could be a case where

14           you could use as your comparison

15           products for the yardstick method    1:17:38PM

16           other personal media players."

17               "Have you conducted any

18           investigation into that question,

19           whether this is a case where you

20           could use for your yardstick method    1:17:52PM

21           as comparison products products

22           within the same market?")

23           THE WITNESS:  No, I have not.

24    BY MS. SWEENEY:

25        Q    What kind of analysis would you need to    1:18:40PM

127

1   conduct to make that determination?                    1:18:42PM

2       A    You would need to determine whether or not

3   the alleged conduct led to a price increase of those

4   other products.

5       Q    And did you inquire of Apple whether there   1:18:56PM

6   were -- whether Apple had any view as to whether

7   there were competing products within the same

8   product market?

9       A    No.

10      Q    No.                                            1:19:13PM

11           Now, in paragraph 27, you conclude your

12  analysis of the yardstick approach by saying:

13               "Based on my analysis to date,

14           I don't believe that the yardstick

15           approach will work."                           1:19:28PM

16           And is --

17           Did you conduct any analysis other than

18  what you have testified about today and what's

19  described in your report?

20      A    No.                                            1:19:42PM

21           MR. MITTELSTAEDT:  Objection; asked and

22  answered this morning.

23           THE WITNESS:  No.

24  BY MS. SWEENEY:

25      Q    Okay.                                          1:20:11PM

                                                                    134

1    technology product markets?                           1:29:31PM

2          MR. MITTELSTAEDT:  Object; compound, asked

3    and answered.

4          THE WITNESS:  I cannot recall seeing a set

5    of prices for products that look like the prices      1:29:41PM

6    that we see Apple selling its iPods for at the Apple

7    store.

8    BY MS. SWEENEY:

9       Q    You talk about the effect of omitted

10   variables.                                             1:30:22PM

11         What -- what are the omitted variables, in

12   your view, that are not in Professor Noll's proposed

13   before and after regression analysis?

14      A    Well, Dr. Noll really hasn't provided us

15   with a list of the variables that he would put into    1:30:44PM

16   this model.

17         But one thing he said was that he did not

18   think that he would be able to include in a

19   regression the characteristics of the product that

20   we were talking about as coolness.                     1:31:07PM

21      Q    Did he say that in his report?

22      A    No, I believe he said it in his

23   deposition.

24      Q    Did you read everything he said in his

25   deposition about coolness?                             1:31:14PM

135

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 1:31:15PM |
| 2 | Q | Okay. | |
| 3 | | Other than coolness, any other factors | |
| 4 | that he left out? | | |
| 5 | A | As I said, he -- I don't think that he | 1:31:24PM |
| 6 | provided us with a list of the variables that he | | |
| 7 | would put in. | | |
| 8 | Q | Okay. | |
| 9 | | Now, so the only -- | |
| 10 | | But Professor Noll talked about taking | 1:31:55PM |
| 11 | into account product characteristics, right? | | |
| 12 | A | Yes. | |
| 13 | Q | Okay. | |
| 14 | | I want you to identify for me every | |
| 15 | product characteristic that you think Professor Noll | 1:32:07PM |
| 16 | should be -- should have taken account of other than | | |
| 17 | coolness. | | |
| 18 | A | Well -- | |
| 19 | Q | Are these the things that are described in | |
| 20 | paragraph 25 of your report?  Because I don't mean | 1:32:23PM |
| 21 | to be asking you to repeat testimony you gave | | |
| 22 | earlier today.  I just want to make sure that I've | | |
| 23 | covered all the bases here. | | |
| 24 | A | 25 of my report? | |
| 25 | Q | Paragraph 25. | 1:32:37PM |

136

```
 1      A    I don't think that's the right paragraph.    1:32:40PM

 2      Q    Okay.  Let me look at it.

 3           You're right, it's not paragraph 25.

 4   Paragraph 18.  Thank you.

 5      A    And I'm sorry, your question is are there    1:33:02PM

 6   any other factors besides those listed in paragraph

 7   18?

 8      Q    Well, first let me ask you:  Is it your

 9   opinion that the factors listed between lines 4 and

10   8, is it your opinion or is it your reading of       1:33:19PM

11   Professor Noll's report that those factors would not

12   be accounted for in Professor Noll's regression

13   analysis?

14      A    Well, I think that to the extent they

15   could be -- the question is whether or not you       1:33:37PM

16   actually can put the right variables into the

17   regression equation that should be in the regression

18   equation.

19           What Dr. Noll has or hasn't proposed is

20   unclear to me.                                       1:33:53PM

21      Q    So are you --

22           I'm getting at this omitted variables

23   question, because you raised that as a critique of

24   Professor Noll, right?  You say that omitted

25   variables is a problem with his analysis; isn't that  1:34:07PM
```

147

1    respect to the Indirect Purchaser Class, correct?    1:50:01PM

2        A    That's correct.

3        Q    Okay.

4             Are there any other cases here that we

5    haven't talked about where you gave testimony    1:50:13PM

6    regarding issues pertaining to Class certification?

7             Johnson & Johnson, I guess.  That was a

8    Class case, correct?

9        A    It was, yes.

10       Q    But you don't recall whether you gave    1:50:26PM

11   testimony pertaining to the Class issues?

12       A    I believe I did, but I can't really

13   remember what that was -- what that testimony was

14   about.

15       Q    Okay.    1:50:41PM

16            I'm sorry, and then I interrupted you.

17   You were about to list another case.

18       A    Yes.  In Re: Western States Wholesale

19   Natural Gas Antitrust Litigation.  It's the first

20   one.    1:50:53PM

21       Q    Oh.  And do you recall whether the Class

22   was certified in that case?

23       A    That is still going on.

24       Q    Still pending.  Okay.

25            All right.  This morning we were trying to    1:51:15PM

148

1   figure out when you were retained in this case, and    1:51:16PM

2   during the break, Mr. Middelstaedt got some

3   information.

4          Would you agree that you were retained by

5   Apple on or about September 8th, 2008?    1:51:31PM

6      A   That's what the billing records indicate.

7   That sounds about right, too.

8      Q   Okay.

9          And how many hours total have you worked

10  on the Direct Purchaser litigation in this case?    1:51:44PM

11     A   I don't know.

12     Q   In your billing, have you separated out

13  the Direct Purchaser versus the Indirect Purchaser

14  case?

15     A   Yes.    1:51:59PM

16     Q   Okay.

17         So can you give me a ballpark figure of

18  how many hours you have worked on the Direct

19  Purchaser case?

20     A   I honestly don't know.    1:52:05PM

21     Q   How much money has Apple paid to date to

22  you or to your company for the hours that you have

23  worked on the Direct Purchaser case?

24     A   I don't -- I don't know.

25     Q   All right.    1:52:2 PM

149

1          Well, let's start with the expert report.    1:52:27PM

2   About how many hours did you spend working on the

3   expert report pertaining to Professor Noll?

4      A    You know, I just don't know the answer to

5   this.  I -- I could guess, but I don't know.    1:52:40PM

6      Q    Was it more than 40 hours?

7      A    I don't know.  I think it's probably -- I

8   don't know.

9      Q    You wrote this report when?

10     A    The month of August.    1:53:07PM

11     Q    Okay.

12          So -- and you don't have any idea how many

13  hours you spent during the month of August working

14  on the report?

15     A    I was doing a lot of other things at the    1:53:16PM

16  same time, so at the end of the month, how many

17  hours there were, I just don't remember.

18     Q    Did -- was it Dr. Hussain who wrote the

19  first draft?

20     A    Yes.    1:53:32PM

21     Q    How many hours, roughly, did he spend

22  working on the report?

23     A    Again, I don't -- I don't remember.  I --

24  I don't remember.

25     Q    When you were first engaged by Apple back    1:53:44PM

                                                              150

1    in 2008, how much time did you spend reviewing          1:53:48PM

2    Professor Noll's report at that time?

3         A    I don't remember the number of hours.  I

4    don't remember it being a lot of time just reviewing

5    his report.  Is that what you're asking me?            1:54:08PM

6         Q    Not just reviewing his report.

7              Taking into account the time you spent

8    reviewing his report, thinking about it, talking to

9    Mr. Middelstaedt, reviewing the deposition, you

10   know, maybe you gave Mr. Middelstaedt some questions   1:54:23PM

11   for the deposition, all of that time in the initial

12   retention before Apple opposed Plaintiff's Motion

13   for Class Certification.

14        A    Again, I don't really remember how many.

15   I could guess.  I mean, it was certainly more than     1:54:39PM

16   10.  It was probably more than 30.

17        Q    So are you able to give me a better

18   estimate of the time that you spent back in late

19   2008 -- wait.  That can't be right.  Is that

20   right? -- late 2008 than you are about the amount of   1:55:04PM

21   time you spent in August 2009?

22        A    You know, I just don't remember.  As I

23   said, I was doing a lot of things and I tend to

24   write my hours down each day, and I didn't look.  I

25   mean, I did look, but it didn't register in my head.   1:55:2 PM

151

| | | |
|---|---|---|
| 1 | I think I spent more time in, you know, | 1:55:29PM |
| 2 | writing my report than I did in September of 2008, | |
| 3 | when I was reading Dr. Noll's report and talking to | |
| 4 | Mr. Middelstaedt about his deposition. | |
| 5 | Q    And did you -- | 1:55:45PM |
| 6 | You read the deposition of Professor Noll | |
| 7 | back then at the initial part of your retention, | |
| 8 | correct? | |
| 9 | A    Yes. | |
| 10 | Q    Okay. | 1:55:52PM |
| 11 | Now, I asked questions like this, but I | |
| 12 | didn't ask this exact question:  So why didn't you | |
| 13 | write a report back in 2008 responding to Professor | |
| 14 | Noll's declaration in this case? | |
| 15 | A    Nobody asked me to. | 1:56:20PM |
| 16 | Q    Did you ask why not? | |
| 17 | A    No. | |
| 18 | Q    You never discussed it with | |
| 19 | Mr. Middelstaedt? | |
| 20 | A    I don't recall having a discussion about | 1:56:28PM |
| 21 | it, no. | |
| 22 | Q    Now, one of the problems that you describe | |
| 23 | in the before and after methodology is that this is | |
| 24 | a naissant, dynamic industry. | |
| 25 | And what did you mean when you said | 1:56:56PM |

152

1    "naissant"?                                                1:56:58PM

2         A     That it is relatively new.

3         Q     So what would --

4               What would qualify as a non-naissant

5    industry?  Would ten years be non-naissant, in your        1:57:17PM

6    view?

7         A     That it is naissant, it began -- I guess

8    the point is that the conduct that's alleged here is

9    conduct that is -- that is alleged to have taken

10   place through almost the entire life of the product.       1:57:44PM

11        Q     I'm not sure I understand how that affects

12   the determination of whether -- the whole idea that

13   the industry is naissant and, therefore, it's

14   difficult to conduct a regression analysis before

15   and after.                                                 1:58:10PM

16        A     Well, you have to explain prices not just

17   today, but you have to explain them throughout the

18   period that you're claiming damages.  And that

19   period is almost the entire life of the products.

20        Q     Okay.                                           1:58:26PM

21              So this is the same as your other

22   criticism, which is that the baseline period is too

23   short; is that it?  Is that what you mean here?

24              MR. MITTELSTAEDT:  Objection; compound.

25              THE WITNESS:  No.                                1:58:36PM

153

1   BY MS. SWEENEY:                                        1:58:38PM

2       Q    Well, what's the difference between what

3   you just described and your criticism that the

4   baseline period is too short?

5       A    Well, I think you're focusing on the word    1:58:49PM

6   "naissant."  The sentence says "naissant" and

7   "dynamic" and --

8       Q    I was going to get to dynamic.

9       A    Well, the point is that it is -- it is an

10  industry that is -- where the damage period is        1:59:03PM

11  almost over the entire time and that there is a lot

12  of -- or a lot of things going on.  There are a lot

13  of changes over -- over that time period.

14      Q    Now, how many --

15           You were an expert in the SRAM case,         1:59:30PM

16  correct?

17      A    In the Indirect Purchasers' case.

18      Q    In the Indirect Purchaser case.

19           And do you know how many products were at

20  issue in that case?                                    1:59:41PM

21      A    Many.

22      Q    How many?

23      A    Are you asking me how many SRAM products

24  or how many products purchased by Indirect

25  Purchasers?                                            1:59:51PM

154

| | | | |
|---|---|---|---|
| 1 | Q | SRAM products. | 1:59:54PM |
| 2 | A | No, I don't know how many. | |
| 3 | Q | You don't have any idea? | |
| 4 | A | It's a difficult question. | |
| 5 | Q | Were there more than 10? | 2:00:03PM |
| 6 | A | Yes. | |
| 7 | Q | More than 20? | |
| 8 | A | Probably. | |
| 9 | Q | More than 50? | |
| 10 | A | I don't know. | 2:00:10PM |

11      Q     What kind of materials would you look at

12   to determine whether there were valid benchmark

13   comparison products for the yardstick methodology?

14      A     I'm sorry, what would I --

15      Q     Let me give you an example.                    2:00:45PM

16            Would it be useful to look at analyst

17   reports that talk about -- well, two different kinds

18   of analyst reports, some that talk about the iPod

19   and some that talk about other consumer products

20   that could be possible benchmark products?           2:01:01PM

21      A     It wouldn't occur to me to look at analyst

22   reports, no.

23      Q     How about trade press?  Are there certain

24   journals and magazines devoted to electronics

25   products?                                            2:01:19PM

155

1           MR. MITTELSTAEDT:  Objection; compound.      2:01:21PM

2           THE WITNESS:  There are journals that

3     are -- that are devoted to electronic products, yes.

4     BY MS. SWEENEY:

5        Q    And would it be useful to look at those in    2:01:31PM

6     analyzing whether products could be used as

7     comparison products for the yardstick methodology?

8        A    I think it would depend on what is in

9     those journals.

10       Q    Did you look at any of the trade journals    2:01:45PM

11    having to do with this case?

12       A    I can't remember doing so, but if I did,

13    they would be listed on my materials considered.

14       Q    Okay.

15            Other than the articles listed in your       2:02:00PM

16    materials list, did you look at any consumer reviews

17    to analyze whether there are valid comparison

18    products?

19       A    I would give the same answer.

20       Q    Did you look at the documents that Apple     2:02:29PM

21    produced to the Direct Purchaser Plaintiffs in this

22    case?

23       A    I think you would have to be more

24    specific.  Which are you -- what kind of documents

25    are you talking about?                               2:02:44PM

156

| 1 | Q    Well, did you ask Apple to see all the | 2:02:47PM |

1      Q    Well, did you ask Apple to see all the          2:02:47PM

2    documents that Apple had produced to Plaintiffs in

3    this case?

4      A    No.

5      Q    So you don't know whether you have seen         2:02:53PM

6    everything that was produced to Plaintiffs in this

7    case?

8      A    That's correct.

9      Q    How about in the Indirect Purchaser case?

10   Did you look at the --                                 2:03:03PM

11          Did you ask Apple to -- if you could see

12   all the documents that were produced in the Indirect

13   Purchaser case -- Plaintiffs in that case?

14     A    I don't recall asking that.

15     Q    So you don't know whether you saw those         2:03:15PM

16   either?

17     A    I don't recall.

18     Q    Are you familiar with the rule of reason

19   and per se distinctions that are used in antitrust

20   law?                                                   2:03:42PM

21     A    Generally.

22     Q    And what's your general understanding of

23   how those two terms are used?

24     A    My understanding is that something that is

25   per se illegal is -- it doesn't matter why you did     2:03:52PM

170

1        A     Well, I would want some background about        2:21:40PM

2    what the products are, when they were sold, when

3    they were introduced, you know, what kind of

4    characteristics they have, some notion of what

5    prices look like.  Those are the things I can think        2:21:58PM

6    of.  Certainly, that's where I would start.

7              But based on that information, you know,

8    there may be other data that I would want to look at

9    after that.

10       Q     When you say "characteristics," are you        2:22:18PM

11   referring to the product features that we've talked

12   about several times today?

13       A     Probably at least that.

14       Q     What else?

15       A     Well, I would want to understand the kinds        2:22:32PM

16   of characteristics that affect the prices of the

17   products, to the extent that I could.

18       Q     And what kind of --

19              First of all, and where would you go to

20   collect this information about the characteristics        2:22:52PM

21   of the product?

22       A     Well, some of the information is, I think,

23   fairly easy to get from -- from public sources, from

24   Apple's website.

25              And I think you would have to engage in a        2:23:09PM

171

1    little bit more research to understand the factors        2:23:12PM

2    that affect the supply and demand of the products.

3        Q     What kind of research?

4        A     You know, I'm not sure.  I'd have to think

5    about it.                                                 2:23:24PM

6        Q     You haven't thought about that before

7    today?

8        A     I have not thought about where one would

9    go to collect information about the various

10   characteristics that -- and factors that affect the       2:23:49PM

11   supply and demand of iPods.

12       Q     Now, the information about

13   characteristics, you could probably get that from

14   Apple, couldn't you?

15       A     The way I think you're using that is          2:24:02PM

16   product features, and yes, I think that that

17   information is available from Apple publicly.

18       Q     And in addition to the information

19   available publicly, Apple also has product

20   specification kinds of documents, correct?               2:24:19PM

21           MR. MITTELSTAEDT:  Object; calls for

22   speculation, lack of foundation.

23           THE WITNESS:  Are you asking me are there

24   additional documents that Apple has about product

25   specifications that are not available publicly?           2:24:31PM

172

1   BY MS. SWEENEY:                                    2:24:33PM

2       Q     Yes.

3       A     I don't know.

4       Q     You didn't ask that?

5       A     No.                                       2:24:36PM

6       Q     No.

7             And then information about when the

8   products are sold, where would you get that

9   information?

10      A     That information, I believe, is in the   2:24:46PM

11  press releases.

12      Q     Which you attached to your report, right?

13      A     Yes.

14      Q     Okay.

15            And what about the pricing data that you  2:24:57PM

16  mentioned?  What kind of pricing data would you

17  want?

18      A     Well, I'd want to start with the data

19  that's out there in the press releases, for example.

20      Q     Now, is it true that --                   2:25:20PM

21            Say Apple issues a press release about a

22  new generation of iPod, which Apple sells through

23  its Apple store and online and to resellers.

24            Do you have that in mind?

25      A     Yes.                                       2:25:41PM

173

1      Q    Okay.                                          2:25:42PM

2           Now, for that particular product, that

3      model, that generation, for all purchasers other

4      than resellers, Apple charges the same price; is

5      that right?  Is that how you understand it?        2:26:01PM

6      A    That is what I understand, yes.

7      Q    Okay.

8           So if two people purchase the same iPod

9      from the Apple store, they would pay the same price;

10     is that right?                                      2:26:15PM

11     A    If they bought the same product at the

12     same time, yes.

13     Q    Now, you said "at the same time."

14          You testified earlier that for each

15     generation of product, Apple keeps the price at the  2:26:29PM

16     same level for a certain period of time.  I think

17     you used the expression "long period of time."

18          Did you say that?

19     A    However long the period of time is, it's

20     constant over some period of time, that's correct.   2:26:42PM

21     Q    Okay.

22          And so for every Class member who

23     purchased one of those iPods from the Apple store

24     during that period of time, those Class members,

25     whether it's 2 or 2,000 or 2 million, they paid the  2:26:53PM

174

1    same price, right?                                    2:26:58PM

2        A    For the same product?

3        Q    Right.

4        A    Right.

5        Q    Okay.                                        2:27:02PM

6             And is there any other kind of pricing

7    information that you would want to conduct the

8    before and after analysis?

9        A    Well, you're now asking me about

10   conducting it, and I thought that we were talking     2:27:22PM

11   about -- actually, I did not think that we were

12   talking about the before and after analysis at all.

13            I thought the question that you were

14   asking me was, "If you were going to estimate

15   damages, what kind of information would you be        2:27:36PM

16   trying to collect?"  And that's the information that

17   I gave you.  I don't think I ever said that I would

18   try to do a before and after analysis.

19       Q    Okay.

20            So what would you use this data that you      2:27:50PM

21   would want to collect, what kind of analysis would

22   you conduct to estimate damages?

23       A    Well, the point that I was trying to make

24   is that in order for me to understand what type of

25   analysis to conduct, I would have to have some        2:28:04PM

175

1    information about the products.                        2:28:08PM

2            And this is the kind of information that I

3    would, at least at the beginning, try to familiarize

4    myself with.

5        Q    Now, I've asked you a number of questions    2:28:27PM

6    pertaining to the kind of information you asked if

7    Apple had available.

8            Did you --

9            Did you seek out any other sources of

10   data?  I mean -- let's strike that.                    2:28:47PM

11           What investigation, if any, did you

12   conduct to determine whether the kinds of

13   information that you just described, whether that

14   kind of information exists?

15       A    Well, I wasn't asked to estimate damages,    2:29:06PM

16   so I -- you know, I never went through this process.

17       Q    Okay.

18           So you didn't conduct any analysis to find

19   out whether that kind of information exists?

20       A    Well, some of the information that we        2:29:21PM

21   talked about I know exists, because we were talking

22   about it as being an exhibit to one of my reports.

23       Q    Okay.

24           But other than --

25           But you didn't conduct any additional         2:29:34PM

179

1    remember exactly what is in the press releases          2:46:15PM

2    versus what is in some of the -- the other more

3    detailed documents that are available publicly.

4        Q    And how about the non-Apple products, the

5    non-iPod products, the comparison products?  You        2:46:31PM

6    would look for the same kinds of information about

7    those products?

8        A    Well, you know, the problem here is you

9    can't -- you have to -- you can't just start going

10   out and looking about -- looking at technical specs     2:46:47PM

11   of all kinds of different products.

12       Q    Okay.

13            Well, let's say that you hypothesized that

14   there are four or five possible comparison products.

15   Wouldn't you want to gather information about those      2:47:01PM

16   products' characteristics?

17       A    It seems like -- it seems like there is a

18   step first -- you know, some step in between.

19            But if you had identified some products

20   that were comparable in some way -- I'm not really       2:47:21PM

21   sure how you would get to those four or five

22   products, but depending on how close they were to

23   the iPod products, then you might want to get, you

24   know, the similar kind of specifications for them.

25       Q    Now, you seem to --                             2:47:40PM

180

1           You seem very skeptical that you could      2:47:45PM

2    figure out what comparable products might be now,

3    but isn't this the kind of analysis that economists

4    do all the time, they try and find benchmark

5    products?                                     2:47:59PM

6           MR. MITTELSTAEDT:  Object; argumentative

7    and compound.

8           THE WITNESS:  You know, I can't think of

9    an example where a Plaintiff has put forward a

10   yardstick method where they are looking at -- where   2:48:11PM

11   they are trying to compare the price of some -- of

12   the product at issue with some other product.  I

13   think it's really hard to do that, and I don't think

14   that it's -- it's typically done.

15   BY MS. SWEENEY:                         2:48:29PM

16     Q    If you are doing the -- the markup

17   analysis, would you also want to know information

18   about Apple's costs and profits?

19     A    Well, the method is based on a margin, so

20   one would have to know Apple's margin.          2:48:46PM

21     Q    Okay.

22           And what kind of data would you need to

23   look at that?  What would you ask Apple for?

24     A    You know, I have a lot of doubts about

25   this method before we get to the part where I'm   2:49:08PM

183

1    explain variation in prices, what level of --        2:52:05PM

2         I guess what I'm trying to get at is:

3    What level of perfection do you have to have or does

4    it have to be a perfect fit in order for it to be

5    useful to you as an economist?                       2:52:25PM

6         A    You could have a very high R squared,

7    indicating an almost perfect fit, and that would not

8    necessarily mean that you had come even close to

9    explaining the variation in prices.

10        Q    And why would that be?  What kinds of       2:52:46PM

11   things might account for that?

12        A    Well, I can -- I can think of an example

13   of running a regression with prices of products that

14   are quite different and including in that regression

15   characteristics of those products that might          2:53:18PM

16   generate a very high R squared.  But for each of

17   those products with a particular set of

18   characteristics, there could be substantial

19   unexplained variation in prices.

20        Q    Now, I asked questions that are related to   2:53:58PM

21   this, but I don't think I asked this specific

22   question:  Is it your view that the coolness factor,

23   which I think you identified as a possible omitted

24   variable, is it your view that that coolness factor

25   is correlated with the period of anticompetitive      2:54:16PM

184

1    behavior?                                                      2:54:21PM

2        A    I think it could be.

3        Q    But you haven't conducted any analysis to

4    find out whether it is or not?

5        A    No.  I think that would be important to           2:54:29PM

6    do.

7        Q    If Plaintiffs prove their case, how would

8    the -- and the remedy was to fix the

9    inoperability -- strike that.

10           Well, do you know whether iPod prices have        2:55:07PM

11   declined recently?

12       A    The price of a particular iPod product

13   or --

14       Q    Any iPod products, say in the last six

15   months.                                                        2:55:22PM

16       A    I don't know.

17       Q    You don't know.  Okay.

18           Would that be relevant to your analysis in

19   this case?

20       A    I -- you know, I can't -- I don't              2:55:39PM

21   understand the context of the question.  Would it be

22   relevant to what?  Anything?

23       Q    Well, let's talk about the before and

24   after analysis.

25           Is it relevant to your evaluation of the        2:55:50PM

186

1          MR. MITTELSTAEDT:  Object; compound.          2:57:45PM

2          THE WITNESS:  My opinion is that there are

3     substantial barriers to even being able to -- even

4     if you ran a regression analysis, the results

5     wouldn't tell you what you wanted to know, because     2:58:03PM

6     there are some -- some problems in -- in specifying

7     a model.

8     BY MS. SWEENEY:

9          Q     Now, is this --

10          Looking at how Apple prices iPods to          2:58:22PM

11     consumer purchasers, that is, people who purchase

12     directly from Apple rather than -- strike that --

13     people who purchase from -- through the Apple store,

14     would you describe that as greater or lesser

15     complexity in pricing than you have seen in other     2:58:43PM

16     cases, such as SRAM?

17          MR. MITTELSTAEDT:  Object; "complexity" is

18     ambiguous and undefined.

19          THE WITNESS:  I'm not really sure -- I

20     don't know exactly what you're asking me to compare.     2:59:04PM

21     I understand that you're asking me to think about

22     Apple's prices through the Apple store, and then I'm

23     not really sure what it is -- what -- the other

24     thing I'm supposed to compare that to.

25

187

BY MS. SWEENEY:                                              2:59:20PM

2     Q    All right.  Well, let me try again.

3          So we talked about this earlier.  So say

4     for a particular point in time, particular iPod

5     model, the price charged the Apple store is        2:59:31PM

6     identical for all purchasers, right?  You have that

7     in mind?

8     A    For a particular product, yes.

9     Q    Okay.

10         Now, in the SRAM case, wasn't it true that    2:59:40PM

11    at any particular point in time, there could be

12    different prices charged to different purchasers for

13    the same product?

14    A    That is true, that that happened -- that,

15    you know, we -- I saw that occur in the SRAM case.   3:00:01PM

16    Q    Okay.

17         And wasn't it also true in the SRAM case

18    that some buyers had the ability to negotiate

19    prices?

20    A    I believe that's right.                        3:00:21PM

21    Q    And this case, consumers who purchase

22    iPods at the Apple store don't have any ability to

23    negotiate prices; isn't that correct?

24    A    Consumers, that's correct, yes.

25         Okay.                                          3:00:36PM

188

1           And what do you know about the ability of        3:00:37PM

2      resellers to negotiate prices for iPods?

3           A    I don't know whether they do or not.

4           Q    Okay.

5                Didn't you conclude in the SRAM case that    3:00:49PM

6      there were differentiated products?

7           A    So I worked on the Indirect Purchasers

8      case --

9           Q    Right.

10          A    -- of SRAM.                                   3:01:05PM

11          Q    Okay.  So let me modify my question.

12     That's correct.

13               Okay.  So since you were working on the

14     indirect portion of the case, you were talking about

15     SRAM that was an input, correct, into certain          3:01:16PM

16     products or not?

17          A    Well, I was actually thinking about the

18     products in which the SRAM actually may or may not

19     have been included.

20          Q    Okay.                                         3:01:30PM

21               So do you know whether, at the next level

22     up, so in the -- so for what would be the products

23     at issue in the Direct Purchaser case, whether there

24     were -- whether those products were differentiated?

25     Did you reach any conclusions about that?              3:01:44PM

197

1    3:15.                                                    3:14:39PM

2                    (Recess taken.)

3           THE VIDEOGRAPHER:  We are on the record at

4    3:30 p.m.

5    BY MS. SWEENEY:                                          3:30:33PM

6        Q    What work have you done on this case since

7    you submitted your report on August 31st?

8        A    I've just prepared for my deposition.

9        Q    And how did you prepare for today's

10   deposition?                                              3:30:41PM

11       A    I went back, read my report, read

12   Dr. Noll's report, looked over his deposition.

13   That's pretty much it.

14       Q    Did you speak with counsel for Apple?

15       A    Oh, yes, I did.                                 3:30:53PM

16       Q    And who did you speak with?

17       A    Mr. Middelstaedt and Mr. Stewart.

18       Q    And when did you meet, or did you speak on

19   the phone?

20       A    We met yesterday.                               3:31:03PM

21       Q    How long?

22       A    Couple hours.

23       Q    Anything else you did to prepare for

24   today's deposition?

25       A    I talked to Tamit a little bit.  I'm           3:31:13PM

198

1    sorry, Dr. Hussain.                                        3:31:18PM

2         Q    Anyone else?

3         A    No.

4         Q    What other work do you anticipate doing in

5    this litigation?                                           3:31:27PM

6         A    None.

7         Q    Is it impossible, in your opinion, to

8    measure coolness, assuming that is a -- an attribute

9    of the iPod?

10        A    I don't know of a way to measure it.            3:31:46PM

11        Q    Have you investigated whether there is a

12   way to measure it?

13        A    I have thought about it.

14        Q    And?

15        A    And I don't know of a way to measure it.        3:31:58PM

16        Q    And have you talked to anybody else about

17   it?

18        A    I -- I'm sure I've talked to Dr. Hussain

19   and Dr. Neher about it.

20        Q    Who first introduced the term "coolness"?       3:32:13PM

21   Is that something that you came up with or is that

22   something that Mr. Middelstaedt came up with?

23             MR. MITTELSTAEDT:  Objection.  I'm not

24   sure what it is.  I think it's compound, but it's

25   not -- that doesn't cover all the possible bases,         3:32:27PM

199

3:32:31PM

1    right?

2              MS. SWEENEY:  Sure, it doesn't, you're

3    right.

4              MR. MITTELSTAEDT:  So I think that's

5    compound, but there is something wrong with that    3:32:35PM

6    question.  I'm not sure what the right term is.

7              MS. SWEENEY:  I can withdraw it and ask a

8    new one.

9    BY MS. SWEENEY:

10        Q    Did you, yourself, come up with the term    3:32:42PM

11   "coolness" in talking about iPods?

12        A    Well, I don't know.  I know that I've used

13   the term "cool" and "coolness" for many years.  I'm

14   sure that I've attributed that word to iPods

15   probably long before I ever heard of this case,    3:33:05PM

16   so --

17        Q    Have you used it in any other expert

18   reports?

19        A    No.

20        Q    Did you read the Plaintiff depositions in    3:33:16PM

21   this case?

22        A    No.

23        Q    Did you ask to see them?

24        A    I'm trying -- I'm trying to remember if I

25   read them.  I don't believe that I read them and I    3:33:30PM