# EXHIBIT 1

REC'D SEP 26 2008

1    UNITED STATES DISTRICT COURT FOR THE

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN JOSE DIVISION



4    ---oOo---

5

6    THE APPLE iPOD iTUNES ANTI-        No. C-050037-JW(RS)
     TRUST LITIGATION,

7

8    _____/

9

10

11    DEPOSITION OF ROGER G. NOLL, Ph.D.

12

13

14

15

16

17    Taken before EARLY K. LANGLEY, RPR, RMR

18    CSR No. 3537

19    September 19, 2008

20

21

22

23

24    **Aiken Welch** COURT REPORTERS    One Kaiser Plaza, Suite 505
                                          Oakland, California 94612
25                                        Ph  510-451-1580
                                          Fax 510-451-3797
                                          www.aikenwelch.com

2

<u>I N D E X</u>

<u>PAGE</u>

EXAMINATION BY MR. MITTELSTAEDT                6

<u>E X H I B I T S</u>

<u>DEFENDANTS'</u>                                        <u>PAGE</u>

(No Exhibits Marked.)

1          DEPOSITION OF ROGER G. NOLL, Ph.D.

2

3      BE IT REMEMBERED, that pursuant to Notice, and on

4  the 19th day of September 2008, commencing at the hour

5  of 10:10 a.m., in the offices of Jones Day, 555

6  California 26th Floor, San Francisco, California,

7  before me, EARLY K. LANGLEY, a Certified Shorthand

8  Reporter, personally appeared ROGER G. NOLL, Ph.D.,

9  produced as a witness in said action, and being by me

10  first duly sworn, was thereupon examined as a witness

11  in said cause.

12

13                    ---oOo---

14

15      BONNY E. SWEENEY, PAULA ROACH, Coughlin Stoia

16  Geller Rudman & Robbins LLP, 655 West Broadway, Suite

17  1900, San Diego, California 92101, appeared on behalf

18  of the Purchasers Plaintiffs.

19

20      HELEN I. ZELDES, Zeldes & Haeggquist, LLP, 655

21  West Broadway, Suite 1410, San Diego, California 92101,

22  appeared on behalf of the Indirect Purchaser

23  Plaintiffs.

24

25

1        ROBERT A. MITTELSTAEDT, MICHAEL SCOTT, Jones

2   Day, 555 California Street, 26th Floor, San Francisco,

3   California, 94104, appeared on behalf of the Defendant

4   Apple, Inc.

5

6        ALSO PRESENT:  Carlyn Clause.

7        Nick Silva, Videographer, Aiken & Welch Court

8   Reporters and Video, One Kaiser Plaza, Fifth Floor,

9   Oakland, California 94612.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    differential ease of access to the iTunes Music

2    Store for these competing MP3 players; correct?

3        A.  Well, that's one feature.  But another

4    feature would have been suppose that Apple had

5    licensed FairPlay to SanDisk which is a really        11:28

6    high quality product.  All right.  If you read

7    ratings of portable digital media players, SanDisk

8    is very high.

9        The additional benefit would have been the

10   people who buy SanDisk would have a qualitatively    11:28

11   superior experience to the already good experience

12   they have with SanDisk.

13       Q.  The way you're going to determine or try

14   to determine whether there is any impact of what

15   you call a tie on the price of iPods as opposed to   11:29

16   the impact from substantial market power that you

17   think Apple might have in the but-for world

18   anyway, is to run some regression analyses; is

19   that correct?

20       A.  Well, maybe, maybe not.  I can't tell you     11:29

21   what analysis I'm going to do to get at

22   anticompetitive impact as opposed to damages until

23   I know what data are available.

24       It would be completely foolish to say here

25   are the regressions I'm going to run independent     11:29

1    of what data are available.

2         So, I mean, in principle, yes, one does

3    that, although I would say half the time that's

4    not how anticompetitive impact is proved by an

5    economist, because the data aren't of the form          11:29

6    that would support a reliable econometric

7    analysis.

8         Q.  One possible method of regression approach

9    would be a before and after; right?

10        A.  That's -- well, that's, again, damages as     11:30

11   opposed to impact.  I thought we were talking

12   about impact.

13        Q.  Okay.  To do damages --

14        A.  Yes.

15        Q.  -- the same thing is true, that you would    11:30

16   use a regression analysis to measure the impact on

17   price from the alleged tie as opposed to impact on

18   price from the substantial market power that Apple

19   might have in the but-for world?

20        A.  Certainly that is a very likely             11:30

21   possibility.  I mean, there, again, it depends on

22   what happens when you find the data.

23        There -- it isn't always necessary to use

24   a regression analysis to do a before-after study.

25   If you have either a homogeneous product or very      11:30

70

1   little variation, there's only two or three

2   product models, sometimes a simple little table

3   will do it.

4           So, but in principle, it is normally the

5   case that damages are estimated using a regression   11:31

6   model.  And I suspect that will happen here, but I

7   don't know that until I see the data.

8       Q.   Okay.  Have you concluded that you can use

9   a before-after method of determining whether

10  there's damages and, if so, the amount without a     11:31

11  regression analysis in this case?

12      A.   No.

13      Q.   Okay.

14      A.   I mean, what I described in the before or

15  after analysis is a method of estimating the         11:31

16  damages that is -- can have an implementation of

17  many forms.  All right.

18          And it is -- it is normally the case that

19  the implementation method is a price regression

20  that attempts to take into account variation in      11:31

21  price due to all of the factors that are likely to

22  affect supply and demand and then see if there's

23  anything left over that can be explained by the

24  anticompetitive act.

25      Q.   All right.  Have you done enough work in     11:32

1    this case to determine if the before-after method

2    can actually be implemented in this case?

3        A.  I believe that it can, and -- but I'm

4    basing that primarily on my experience with, you

5    know, based on previous cases that this market          11:32

6    seems less complicated to me than others that have

7    been successfully done, and there are objective

8    criteria out there that one can look at to

9    estimate the demand for iPods and the price of

10   iPods through time based on product                     11:32

11   characteristics and product reviews and things

12   like that.

13        So it's my belief that this will work.  Of

14   course, you can't -- you don't know whether the

15   number is going to come out there is a                  11:32

16   statistically significant positive damage until

17   you run the regression.

18        So, but I -- the method is certainly valid

19   and it is one that an economist who is given the

20   task of estimating damages should pursue.               11:33

21        Q.  Okay.  But do you know whether, in fact,

22   it can be implemented here in this case?

23        A.  I'm sure it can be implemented in the

24   sense of running the regression.  I'm not sure

25   that the answer is going to be a positive               11:33

72

1  advantage.  I don't know.

2      Q.  Okay.  Are you sure that the yardstick

3  method can be implemented in this case?

4      A.  As I have said in my report, that is the

5  one I'm least happy about, all right, in that it          11:33

6  requires identifying the appropriate comparative

7  products.  And my -- I believe that's -- that's

8  the hangup, is identifying the appropriate

9  benchmark products.

10        But, you know, as I've said in the report,   11:34

11  there are some candidates out there.  If the

12  plaintiffs had completed the market correctly,

13  then the most obvious candidates are the products

14  that are the closest functionally to portable

15  digital media players, but that are not in the          11:34

16  same market.

17      Q.  Okay.

18      A.  And I also gave an explanation of why it's

19  possible, although you normally don't do it, you

20  might even be able to use products in the same          11:34

21  market because of the effect that tying has in

22  segmenting the market, so that even though in the

23  absence of anticompetitive acts, all the products

24  would be in the same market, the anticompetitive

25  act may have reduced competition among portable          11:34

73

1    digital media players sufficiently such that you

2    can actually use the -- some of the competitors in

3    the portable digital media player market as a

4    yardstick.  So that's possible, but, again, it

5    requires data that I'm not sure exists.                11:35

6            So, I would say that's a candidate,

7    someone should pursue it, if they were going to

8    estimate damages, but I have more doubts that that

9    one will work than the other two.

10       Q.  Have you done enough work to determine if   11:35

11   the markup method can, in fact, be implemented in

12   this case?

13       A.  Well, actually, I'm not the one who did

14   the work.  I cited a paper that I found that was

15   fairly recently written that -- that essentially   11:35

16   does this.

17           Now, it doesn't have internal data,

18   unfortunately.  It has -- what they did is they

19   tried to build up the cost.

20       Q.  Okay.  Can you just answer the question?   11:35

21   And the question is:  Have you done enough work --

22   have you seen enough work to determine if the

23   markup method can, in fact, be implemented?

24       A.  Yes.

25           MS. SWEENEY:  Object.  He was answering   11:35

74

1   your question.  You interrupted him and I would

2   just ask that you allow him to complete his

3   answer.

4          MR. MITTELSTAEDT:  He understood.  He was

5   going beyond the question.                          11:36

6          THE WITNESS:  No, I wasn't.  I was --

7          MR. MITTELSTAEDT:  Sir --

8          THE WITNESS:  You changed the nature of

9   the question on me.  I was answering did you do

10  the work.  I said I didn't do the work, but I saw   11:36

11  it done by others and here's how they did it.

12         MR. MITTELSTAEDT:  Okay.

13         THE WITNESS:  Now, you changed the

14  question.  When you changed the question I can

15  answer it "yes" or "no."  But the question as you   11:36

16  originally asked it I couldn't answer "yes" or

17  "no" --

18         MR. MITTELSTAEDT:  Okay.

19         THE WITNESS:  -- and be honest.

20  BY MR. MITTELSTAEDT:                                11:36

21     Q.  Sir, you were starting to tell me

22  everything that was in your report on that subject

23  and in the interests of time --

24         MS. SWEENEY:  Objection.

25  Mischaracterization.                                11:36

Aiken & Welch Court Reporters    R. G. Noll   9/19/08

75

1   BY MR. MITTELSTAEDT:

2       Q. -- we don't need -- we don't need to do

3   that.

4           But here's the question now:  Have you

5   done enough work or have you seen enough work to        11:36

6   be able to tell us whether, in fact, the markup

7   method can be implemented in this case?

8       A.  I know the markup method can be done in

9   this case, yes.

10      Q.  Have you actually done it?                       11:36

11      A.  Of course I haven't done it yet, because

12  the way I would do it is conditioned upon data

13  that I don't have yet.

14      Q.  All right.  And are you going to run the

15  regression analyses yourself in this case?             11:36

16      A.  I have no idea.  I don't know what I am

17  going to be doing beyond class certification.

18      Q.  Have you talked with anybody about

19  regression analyses for this case?

20      A.  No, I've had conversations with the            11:37

21  attorneys about what my report means, but I

22  haven't discussed regression analysis with anybody

23  who, in the sense of how one would actually go

24  about doing it, no.  This is all from me.

25      Q.  Do you consider yourself an expert           11:37

1    Q.  And what happened in --

2    A.  And there's also the introduction of

3  video.  I should add that as well, which I don't

4  remember the exact date.  I think it was

5  early 2000 -- mid-2006, but I don't have the exact    11:41

6  date in mind for that.

7    Q.  What happened in October 2003?

8    A.  The iTunes Music Store became accessible

9  to people who had Windows-based PCs instead of

10  people who just had Mac-based PCs.                    11:41

11    Q.  In any event, you would be comparing

12  prices of the iPod before and after April 2003 and

13  at various times from April 2003 to present;

14  right?

15    A.  Well, yeah.  The essence of the problem is    11:42

16  to explain variants in price through time with as

17  many things as possible and then see if these

18  other things affected it.

19    Q.  And you would use a regression analysis

20  that would measure all of the factors that affect    11:42

21  price?

22    A.  Well, that -- the way you approach it --

23  that's sort of the wrong way to put it.  That's

24  starting with the answer and then going to the

25  question.                                            11:42

80

1          You start off with the things you think

2     are plausible candidates to explain price.  Almost

3     certainly some of them won't.

4          So, you know, it's certainly the case that

5     everything that is a plausible candidate to          11:42

6     explain variation in price based on economic

7     theoretic reasoning would be included.

8          Q.  But you want to end up with a regression

9     equation that measures all of the factors that, in

10    fact, affect the price; right?                        11:42

11         A.  That is correct.

12         Q.  And if you leave out a factor, your

13    regression will erroneously attribute the impact

14    of that factor to the anticompetitive conduct at

15    issue --                                              11:43

16         A.  No.  No.

17         Q.  -- right?

18         A.  That's only true if the factor you've let

19    out -- left out is positively correlated to the

20    event.  Specification error doesn't necessarily      11:43

21    reduce the consistency of a particular

22    coefficient.  Whether it does depends --

23         THE REPORTER:  I'm sorry.  Repeat it

24    again.

25         THE WITNESS:  It doesn't -- read back what

1   you've got.

2          (Record Read.)

3          MR. MITTELSTAEDT:  Let's just start again.

4          THE WITNESS:  Yeah.

5   BY MR. MITTELSTAEDT:

6      Q.  Okay.  The question is if you leave out a

7   factor, your regression analysis will erroneously

8   attribute the impact of that factor to the

9   anticompetitive conduct at issue.

10     A.  Right.  And that is only true if the          11:43

11  excluded variable is positively correlated with

12  the event in question or the variable whose

13  coefficient you're attempting to estimate.  If

14  it's negatively correlated, then, in fact, you'd

15  end up with an underestimate of the impact of the   11:44

16  event.

17     Q.  Okay.  Have you made any analysis of what

18  the relevant factors are that should be included

19  in this regression analysis on the before-after

20  model?                                              11:44

21     A.  The standard approach to do this is the

22  hedonic equation, based upon --

23     Q.  Hedonic, could you spell that?

24     A.  H-e-d-o-n-i-c.

25          Based on the qualitative attributes of the  11:44

Aiken & Welch Court Reporters    R. G. Noll    9/19/08

82

1   product, and the prices of other products, and

2   other factors that would increase demand, such as

3   the penetration of personal computers in

4   households and things like that.

5       Q.  Okay.  But, have you taken it beyond that      11:45

6   and actually tried to identify the factors that

7   needed to be included in this case for

8   before-after regression?

9       A.  I don't -- I don't know why my previous

10  answer wasn't an answer to that question.  So       11:45

11  explain to me what I didn't say that you want to

12  hear.

13      Q.  You weren't specific enough.

14          What factors do you think affect the price

15  of iPods?                                           11:45

16      A.  I believe -- the price of iPods is, again,

17  straightforward application of partial equilibrium

18  market theory in economics which is their cost

19  factors.  And there are factors that affect price

20  through cost, and there are factors that affect    11:45

21  price through demand.  And, so, there's a standard

22  litany of what the factors are that affect cost

23  and what the -- the factors that affect cost are

24  component costs and the various other input costs.

25  And the factors that affect demand are things like  11:46

1   income, the penetration of complementary products

2   like personal computers and then there's market

3   level phenomenon such as the price of

4   alternatives.

5       Q.  All right.  Anything else that you would      11:46

6   list as factors that you would need to include, or

7   at least test in your regression analysis?

8       A.  No.  That's it.  I mean, it's -- it's the

9   standard approach to supply and demand analysis

10  where you look at the way costs and the way demand   11:46

11  affects price.

12      Q.  Okay.  Do you also look at the reason that

13  people buy iPods?

14      A.  Well, the reason that people buy iPods is

15  background information to what the demand curve      11:46

16  looks like.  So you don't go out and measure

17  people's moods and things like that.  You measure

18  the qualitative attributes of the product and the

19  conditions in the market as a way to capture what

20  their demand is.  What their reasons are in some     11:47

21  sort of psychological sense is irrelevant.

22      Q.  Okay.  What are the qualitative factors or

23  the attributes that you would look at?

24      A.  The, first of all, the functional features

25  of a product, what --                                11:47

84

1    Q.  Let's talk about the iPod in particular.

2    A.  Well, you have to -- it has to have more

3    than iPods.  But, yes, you would look at what are

4    the characteristics, what are the functional

5    characteristics this can perform.                    11:47

6         You would also like to get at some measure

7    of quality, and this can be done through things

8    such as product ratings in trade magazines, CNet;

9    things like that.  It can be consumer survey

10   studies about their personal experiences and what  11:48

11   they...

12        It is very common and I suspect Apple may

13   have already done this for companies to survey

14   their customers about what they like and what they

15   don't like about a product.  And that kind of       11:48

16   information sometimes, although not always, is

17   useful in explaining demand.

18   Q.  Would you also look at advertising costs

19   expenditures?

20   A.  In principle, one might.  Yes.  In              11:48

21   principle.

22   Q.  Why?

23   A.  Because advertising might have a positive

24   effect on demand, If there were change in it.  I

25   mean,  the reason I was a bit hesitant is that in   11:48

1    the time frame that we're talking about which is a

2    few, couple of years, there usually isn't much

3    change, and if things -- if a variable isn't

4    changing, then it's not going to explain changes

5    in price.                                          11:48

6          But, yes, in principle, it's possible that

7    if there were a big change, a significant change,

8    a substantial change in advertising expenditures

9    during the period, it could have the effect on

10   demand.  That's a very hard thing to model, by the  11:49

11   way, because the right way to think about

12   advertising is not a flow but a stock.  You're

13   sort of like a capital investment.

14       Q.  Not a flow but a?

15       A.  A stock.  You're creating a capital        11:49

16   investment in consumer awareness.  So advertising

17   expenditures in one year can have an effect on

18   demand for several years.  So it's in a very short

19   time period of a few years.  It's usually pretty

20   hard to find a significant effect of advertising.  11:49

21       Q.  Have you heard the term "coolness factor"?

22       A.  Only, yes, of course.  I've heard -- I've

23   heard of it, yes.

24       Q.  Okay.

25       A.  And then my -- one of my grandchildren      11:49

86

1    just used it when I had dinner with them on

2    Wednesday night.

3        Q.  In reference to?

4        A.  Oh, nothing to do with any of this.  It

5    had -- what were they referring to?                    11:50

6        Q.  Do you think the coolness factor affects

7    demand for iPod?

8        A.  I don't know even how to answer the

9    question.  I think in the sense that I need to

10   back up.  I'd have to know what you meant by it.        11:50

11   I mean, people have attachments to products, and a

12   large part of what marketing is about is trying to

13   build those attachments.  Those -- those affect

14   demand.  But I'm having a hard time knowing how we

15   would go out and measure units of cool --              11:50

16       Q.  Well, that was going to be my next

17   question --

18       A.  -- for a regression analysis.

19       Q.  But the first question is:  Do you think

20   that type of attachment to a product is something       11:50

21   that affects demand?

22       A.  Well, it affects demand but it affects

23   it -- you can -- that's what determines elasticity

24   of demand.  All right.  So you're out there

25   estimating elasticity of demand and what's going       11:51

1   into that elasticity of demand is -- includes

2   product attachment.  So, specific elasticity of

3   demand is, in fact, affected by affective aspects

4   of a product that had nothing to do with its

5   functionality.                                          11:51

6       Q.  Like what?  In the case of an iPod, what

7   would be an example?

8       A.  I don't know that there are any examples.

9   I don't know that you are going to use that as an

10  explanation for why they're so popular, and I look  11:51

11  forward with great expectation to your economic

12  expert measuring coolness in his econometric

13  models, because I don't have any way that I know

14  of to measure it directly.  All I would do is

15  infer it indirectly from the results.                   11:51

16      Q.  What does that mean?

17      A.  What it means is -- let's rewind the tape.

18          What was -- how does coolness as an

19  attribute of an Apple product vary over time?

20  What are the things that cause to it vary?              11:52

21  Because if the issue is, as is certainly the case,

22  that some small single-digit fraction of people in

23  this country are attached to Apple and they would

24  pay huge amounts for anything Apple-like, you

25  know, they're the people who were still buying          11:52

88

1    Macs at the pit of their -- when they were -- had

2    the lowest market share they ever had, which I

3    think bottomed out at 3 or 4 percent, something

4    like that.  They were nonetheless people who hung

5    in there.  They loved everything about a Mac.          11:52

6    They swore by it.  So there is some number of

7    people out there who have it.

8            Now, the issue is how is that changing

9    over time.  And what -- what factors affect it.

10   And if they're not measurable by product              11:52

11   attributes, such as one thing that people like

12   about, you know, Steve Jobs has a thing about

13   size.  All right.  He starts off with a design

14   criterion for both iPods and iPhones that has the

15   dimensionality of it as an immutable constant.        11:53

16   And, so, small, you know, okay, well, we can get

17   at maybe that affects coolness, the fact that it's

18   so thin.  All right.  And, so, we can measure

19   thinness and put that as an explainer in the

20   demand equation.                                       11:53

21           What else is it?  Maybe every time people

22   see Jobs at his winter Apple conference come out

23   on the stage and do his little routine, boy, they

24   think that's cool.

25           And, so, if that's true, then, there ought 11:53

1   to be an immediate effect of a Steve Jobs talk on

2   sales of Apple products for the next couple of

3   months.

4          So, all I can think of as an economist is

5   objective ways to try to capture that in a demand      11:54

6   equation that have to do with things I can

7   actually touch, feel, see, measure.

8          I don't know of any way to -- to my

9   knowledge, there is no scientifically valid method

10  of measuring units of cool.                            11:54

11     Q.  What are the reasons you think people buy

12  iPods?

13     A.  I think probably because they think it's a

14  good product, and it satisfies their needs, their

15  -- what they want.                                     11:54

16         Its price is lower than their willingness

17  to pay given the alternatives and given the

18  functional uses that they want to put it to.

19     Q.  And what are their -- what are the various

20  ways people use iPods?                                 11:54

21     A.  Well, they use iPods to listen to audio

22  and video files.  I don't know what else --

23     Q.  What's the source of --

24     A.  I should also say if the -- if the iPod is

25  embedded in an iPhone, then it's all the other        11:55

1          THE WITNESS:  Okay.

2          MR. MITTELSTAEDT:  Let's take a short

3    break now.

4          MS. SWEENEY:  Okay.

5          THE VIDEOGRAPHER:  This ends tape No. 1 of  12:01

6    the deposition Roger Noll.  The date is September

7    19th, 2008, and the time is 12:01.

8          We are now off the record.

9          (Break taken.)

10         THE VIDEOGRAPHER:  Test 1, 1, 2.          12:15

11         Stand by.  On the record.  This begins

12   tape No. 2 of the deposition of Roger Noll.  The

13   date is September 19th, 2008, and the time is

14   12:16.  We're back on the record.

15   BY MR. MITTELSTAEDT:                              12:16

16     Q.  For the before-after model, can you be any

17   more specific as to what variables you're going to

18   include in the regression analysis than to say as

19   you do in the report, "product features, input

20   cost and the stage of the product in its life      12:16

21   cycle"?

22     A.  Do you want specific examples of product

23   features and input costs?

24     Q.  I want whatever you are going to put in

25   your regression analysis as a variable.            12:16



Aiken & Welch Court Reporters     R. G. Noll   9/19/08

1    A.  I don't know what I am going to put in my

2    final regression analysis as a variable because I

3    haven't collected the data to see what's

4    significant and what isn't.

5        I can -- the -- the -- I think what you          12:16

6    really want to know is what things might be tried

7    as opposed to what's going to be in the final

8    model because I have no idea what would be in the

9    final model.

10   Q.  What variables are you going to put in          12:17

11   your various versions of your regression analysis

12   for the before-after model?

13   A.  Again, the -- I start off with the answer

14   I've given several times.

15       They would be specific functions the            12:17

16   product can perform, would be the first category,

17   such as what specifically can you do with it,

18   because that's changed over time.  All right.

19       An iPod today isn't the same thing an iPod

20   was in 19 -- or 2001.  And as time has progressed,  12:17

21   it's had greater and greater functionality, and,

22   you know, like the introduction of Internet

23   access, the adding of video, increases in memory

24   size.

25       So, it's -- it's -- it's the -- it's           12:17

Aiken & Welch Court Reporters      R. G. Noll    9/19/08

98

1    essentially the technical specs of an iPod that a

2    consumer considers when making a decision.  All

3    right.  And, so, that would be the list of things.

4    All right.

5         The technical characteristics.  And you        12:18

6    can go to Apple's website and it will tell you the

7    technical characteristics from the point of view

8    of functional use that each model of iPod has.

9    All right.

10        As I said earlier, it strikes me that          12:18

11   something that would be put in there would be

12   dimensionality.  All right.  That is to say, the

13   size of the iPod because, again, each one has a

14   slightly different size and shape.

15        And, so, you'd want to -- I know that          12:18

16   Apple thinks that's important.  I don't know that

17   it as a practical matter is important, but

18   certainly that is one thing that might explain

19   price.

20        On the cost side, the -- it's not clear to     12:19

21   me that one needs to decompose the cost into

22   components, but, in principle, one might.  It

23   depends on whether simply knowing what the average

24   variable cost of iPods would be.  If you put that

25   in, that may be sufficient.  But it may not be.     12:19

1   It may be that you have to break it into

2   components, such as how much did they spend on

3   memory and how much did they spend on

4   microprocessor, et cetera.

5           So, again, for completeness, you probably    12:19

6   try to do some of that, but as a practical matter,

7   it's usually the case that once you've got the

8   manufacturing -- average variable cost in

9   manufacturing, you've got enough.  So, I don't

10  know what the final result is going to look like,    12:20

11  but that's how you would approach it.

12          Then I also said there would be

13  characterizations of the market; right?

14          The features available on other products,

15  their prices.  The -- one of the issues in the    12:20

16  history of iPods has been the fact that you

17  couldn't get radio on them and you could get radio

18  on some of the alternatives.

19          So that would be to see if that mattered

20  in terms of the demand for iPods, the fact that    12:20

21  others had radio and they didn't.

22          So, and then what's going on in the

23  economy.  Since this is not exactly in the same

24  category as meat and potatoes in people's budgets.

25  So you can imagine rise and falls in sales in    12:20

1  prices arising from what the overall state of the

2  economy is.

3       You know, the penetration of computers

4  because an essential input, an essential

5  complementary product is computers.                    12:21

6       Q.  Are you done?

7       A.  I think so.  But I'm, you know, I'm

8  sitting here trying to think of things in response

9  to your question.

10      Q.  Under your first category, the technical  12:21

11  functionality, are you talking about whether it

12  can play music, whether it can play video; that

13  type of thing?

14      A.  Well, in part, yes.  But also in part

15  where it can get it from.  All right.  Because the  12:21

16  direct access to the Internet, for example, is a

17  relatively new feature a couple of years ago.  All

18  right.

19      So, whether -- you know, that is a feature

20  that may or may not have affected both demand and   12:21

21  price for iPods.

22      And then, of course, the other thing to

23  bear in mind, of course, is at any given time

24  there's, you know, three or four or five different

25  types of iPods that Apple is selling that differ   12:22

1  all the way from the very simplest audio only,

2  whatever the current lowest-end iPod is that's

3  really only good for music and that doesn't have

4  Internet access to the iPhone which is the highest

5  end which is basically a pumped-up computer.        12:22

6       Q.  Do you think the introduction of Apple's

7  Music Store could have had a positive effect on

8  the iPod price even if it had been designed in

9  such a way that there was no differential ease of

10 access?                                             12:22

11      A.  I think the -- as you put the question,

12 that's not the way I would think about it, so I

13 can't answer it "yes" or "no."

14      Q.  How would you think about it?

15      A.  I think the availability of digital        12:23

16 downloads for permanent storage is a factor

17 affecting the demand for portable digital audio

18 players, and it's not a dichotomous variable like

19 iTMS came into existence.  Instead, it's a

20 continuous variable which is how much product is    12:23

21 available and who is it available from, because

22 there was extensive permanent download of music

23 files prior to the introduction of iTMS.  It's

24 just the feature that had made iTMS different was

25 the fact that it had a much larger library of       12:23

1    recordings from the major distribution companies

2    than any of its predecessors.

3        Q.  Okay.

4        A.  That was its main -- the main thing that

5    happened in 2003 is that -- this doesn't have much    12:24

6    to do with Apple.  It's that between losing the

7    permanent injunction against Napster in February

8    of 2002 and the introduction of Apple, and then

9    subsequently having to spin-off MusicNet and

10   PressPlay because they were being attacked on    12:24

11   antitrust grounds.

12       Hollywood changed its mind about the role

13   of digital downloads in the music industry.

14   Sometime between the spring of 2002 and the fall

15   of 2002, it changed its mind and was -- and it    12:24

16   happened in a different sequence like BMG had

17   already decided that it was going to do this and

18   that's why it bought a piece of Napster and was in

19   the process of converting Napster to a legal site

20   when the cases took place in 2001 and 2002.    12:25

21       So BMG was the first, and then there were

22   others that were much later, and what had to

23   happen for this whole source of music to evolve as

24   an alternative to buying CDs, was that the

25   distribution companies had to change their mind    12:25

1   their burden.  And I don't have an opinion as to

2   whether they can prove it.

3        I know how they would prove it, but I

4   don't know what the answer is.

5        Q.  Okay.  How would they prove it?          12:36

6        A.  They'd prove it by precisely what we've

7   been talking about all day, which is you see if

8   there was an affect on the demand for iPods in

9   particular that can be explained only by the

10  exclusivity arrangement.                          12:37

11       Q.  Okay.  And that depends -- the success of

12  that approach depends on you being able to

13  identify everything that affected the price of an

14  iPod over time; correct?

15       A.  That's -- that's wrong.  I mean, it      12:37

16  depends on not excluding factors that explain

17  price and quantity of iPods that plausibly are

18  correlated with the exclusivity.  That's the

19  crucial --

20       Q.  So you need to identify all the factors  12:37

21  that are plausibly correlated with price and

22  quantity of iPods sold?

23       A.  All that -- beyond plausibly that actually

24  would have a statistically significant

25  correlation.                                      12:37

112

1    Q.  That's what you need to do?

2    A.  With -- yes.  With -- no.  They have to

3    have a significant -- statistically significant

4    correlation with the period of the exclusivity and

5    the fact of the exclusivity.  It's not that to          12:37

6    have a correlation with price.  It's that they --

7    in order for the specification error of leaving

8    those variables out to produce an inconsistent or

9    biased estimate of the effect of the exclusivity,

10   it has to be the case that the exclusivity period      12:38

11   is correlated with this alternative source.

12        For example, it may be the case --

13   Q.  Slow down just -- just a second for the

14   court reporter.

15   A.  Sure.  It may be that the phases of the             12:38

16   moon affected the demand for iPods, but the phases

17   of the moon are not correlated with the presence

18   or absence of the exclusivity of FairPlay.  All

19   right.  And, so, if you exclude them you may do a

20   worse job of explaining the demand for iPods, but      12:38

21   you would not produce a biased inconsistent

22   estimate of the coefficient on exclusivity.

23   Q.  Is the stage of the iPod in its life cycle

24   a variable that you need to consider?

25   A.  That's what I put in my report.  And,               12:38

113

1  yeah, there's learning by doing in manufacturing

2  these things that affect cost.

3      Q.  And how do you measure that variable?

4      A.  There's two ways to measure it.  One is

5  the cumulative quantity sold of that particular          12:39

6  model and the other is the period since its

7  introduction, the amount of time since its

8  introduction.

9      Q.  Is demand for iPod likely affected by the

10  availability of downloads on Amazon.com?                 12:39

11     A.  "Likely" is the wrong word.  I would use

12  "plausibly."  It is the case that the availability

13  of downloads from other sources, not just Amazon,

14  is a factor that affects the demand for iPods.

15     Q.  Before we go to lunch, let's finish up on     12:39

16  the game theory method.

17         Would you walk us through and explain the

18  steps.

19     A.  The basic -- the basic idea, the really

20  simple idea and let's start off with what the         12:40

21  simple idea is.

22     Q.  Good.

23     A.  The simple idea is that you have a

24  characterization of the market structure in the

25  world as it exists.  And another characterization    12:40

1    entry, and a new iPod version was introduced that

2    had some functional improvement.

3            Part of your task will be to try and

4    determine the impact on the demand for the iPod

5    from each of those three things; right?                    14:08

6        A.  What was the third?

7        Q.  The new iPod.

8        A.  Well, the new iPod, I understand, and the

9    launch of iTMS, I understand.  What's the third?

10       Q.  Two aspects of iTMS.  One is just the         14:08

11   existence of a new supply for music for an iPod

12   and the other is the differential ease of entry

13   aspect that we talked about this morning.

14       A.  Right.

15       Q.  So of those three aspects of what happened  14:09

16   in this hypothetical in April of 2003, one of your

17   tasks will be to separate the impact on the demand

18   for the iPod of those three factors.

19       A.  That's correct.

20       Q.  And how are you going to do that?            14:09

21       A.  Well, the -- let's go back a step as to

22   why this is a problem.  All right.

23            So, the econometric problem here is to

24   separate out the fact, assuming that everything is

25   as stated in the hypothetical.  So three things    14:09

129

1    happened simultaneously. How does one separate

2    the effects, and the only plausible way that I

3    know to do that is to look at subsequent events

4    that may have affected some but not all of the

5    demand, and try to estimate what they did to                14:09

6    demand and use that as a mechanism for

7    representing -- for estimating the effects of just

8    the availability in general of digital downloads.

9         With regard to the new model of the iPod,

10   I -- that doesn't strike me as the hard problem          14:10

11   because that's -- that's fairly easy to do based

12   on functionality. The harder problem is to

13   separate out exclusivity from simply the existence

14   of digital downloads.

15        So, but, having said that, there were           14:10

16   other forms of digital downloads that existed.

17   It's not a -- it didn't go from all -- from

18   nothing to all. But as I said earlier, it went

19   from relatively little being available to

20   relatively lot. And, so, there would be -- one of    14:10

21   the explanatory variables you would attempt to use

22   would be some measure of the scope of availability

23   of permanent downloads over the Internet, which it

24   wasn't that it was zero before iTunes Music Store;

25   it was just that it dramatically increased with        14:11

130

1   iTunes Music Store.

2      Q.  Does the before-after method work when the

3   price of the reference product, here iPods, is

4   declining over time?

5      A.  Yes, because there -- obviously the    14:11

6   relevant factor is its profitability, its markup.

7   And all electronic products have declining prices

8   over time.  Every Information Technology Case I've

9   ever known about, the issue has been would it have

10   fallen faster.    14:11

11      Q.  The claim for damages in this case, as you

12   understand it, is an alleged overcharge for iPods;

13   is that right?

14      A.  Yes.

15      Q.  Who made that decision that that was going 14:11

16   to be the claim for damages?

17      A.  I don't know.  How would I know that?

18      Q.  Well, I mean, one possibility would be

19   that you made it.  So let me -- let's rule that

20   out.    14:11

21      A.  Which of my law degrees did I use to

22   decide that?

23      Q.  How did it come to pass that you have

24   focused on performing or strike that.

25         How did you decide to address your report 14:12

141

1   case, then the total monopoly profits go up, if

2   you can engage in tying.

3       Q.  Okay.  Have you made any analysis of the

4   impact of the alleged tying arrangement on the

5   price of music?  The price of iTunes music?          14:24

6       A.  I have done no analysis of the effects of

7   the alleged tying.  I don't have a merits

8   conclusion.  So I -- I haven't done it for the

9   tied product or the tying product, though.  This

10  is not the liability phase.  This is the class       14:24

11  certification phase.

12      Q.  Is it --

13      A.  I don't have a conclusion about what the

14  effects on the price of anything were.

15      Q.  Okay.  Is it plausible that if the           14:24

16  plaintiffs were right that there was a tying

17  arrangement, it would have caused the price of

18  iTunes store music to drop?

19      A.  Maybe, maybe not.

20      Q.  Compared to the but-for world?               14:25

21      A.  There's -- you can't -- you cannot --

22  there's no theoretic answer to that question.

23  It's an empirical question.  Maybe, maybe not.  It

24  depends.

25      Q.  It depends on the results of a regression    14:25

142

1    analysis taken into account the factors that

2    affect demand for iTunes music?

3        A.  Well, I would have said that's an example

4    of one way to answer the problem, yes.  But it --

5    that's not -- the "it depends" part is it depends    14:25

6    on the conditions in the market, the circumstances

7    in the market.

8        Q.  Okay.

9        A.  Both technical circumstances of production

10   and demand circumstances.    14:25

11       Q.  Okay.  Can you describe what circumstances

12   in the market would lead to a lowering of the

13   price of the -- of iTunes music as a result of the

14   alleged tie?

15       A.  The closer the two products are to having    14:26

16   a fixed quantitative relationship in terms of the

17   quantity purchased of each.

18       Q.  Can you give me an example on the other

19   side other than the converse of that?

20       A.  Well, in the case of -- the reason -- it's    14:26

21   sort of facetious because obviously this isn't

22   that case.  I mean, people typically have an iPod,

23   and then they vary in the number of tunes they

24   buy.  All right.  So, the -- in this -- it's

25   obviously not a fixed relationship between the    14:26

1  complements.

2      The -- an example of something that is a

3  fixed relationship would be you had to have a

4  personal computer.  Right.  And one personal

5  computer produces an iPod.  Right.  Something to        14:27

6  interact with an iPod.  So that's closer.  It

7  isn't complete because someone might have two or

8  three PCs, but that's closer to being.  And then

9  even closer still would be the memory in an iPod

10 is in a fixed relationship to the iPod or the          14:27

11 microprocessor is in a fixed relationship to the

12 iPod.

13     Q.  Okay.  Other than the fixed-relationship

14 concept, what would be another circumstance in the

15 market that would lead theoretically to the            14:27

16 conclusion that the price of the tying product,

17 the music, would be lowered as a result of an

18 actual tie?

19     A.  Well, the -- the cost of the substitute

20 for the tied -- the tying product and the tied         14:27

21 product.

22         I mean, had you asked me about at length

23 there's an alternative to iTMS called going out

24 and buying a CD and ripping it.  And that's --

25 that puts a ceiling on whatever iTMS could ever        14:28

246

1   by or correlated with the decision to close the

2   system as opposed to introduce iTMS.

3       Or put another way, would the iPod be less

4   cool if, say, Apple hadn't done whatever it did to

5   cause Harmony to stop existing.                        17:11

6       Q.  Going on to another question.

7       A.  Okay.

8       Q.  Are you thinking of having a number of

9   dummy variables, for example, a dummy variable

10  that indicates whether the screen is in color, the  17:12

11  storage size, the thinness, or are you thinking

12  about having just one dummy variable?

13      A.  To measure the product attributes of the

14  iPod?

15      Q.  Right.                                         17:12

16      A.  I mean whether the -- no.  I was thinking

17  that the set of functional attributes of the iPod

18  would be a list of variables and my expectation is

19  some will work and some won't.  Some of them will

20  matter and some will not.                             17:12

21      Q.  And you're going to determine whether they

22  matter or not in what fashion?

23      A.  Well, the -- the -- let's start off with

24  different models of iPod have different

25  functionality and have different prices.  All        17:12

Aiken & Welch Court Reporters    R. G. Noll   9/19/08

247

1    right.

2          The differences among them and the changes

3    in prices through time of various models of iPods

4    should in part be determined by their attributes.

5          Like all electronics products, the                    17:13

6    functional performance of iPods improves over

7    time, and it would be a mistake not to take it

8    into account and attribute it all to

9    anticompetitive harm.

10          So what you have to do is make certain          17:13

11   that as technological progress in iPods takes

12   place, the price effect either through its effect

13   on costs or through its effect on behavior that

14   allows for a higher markup, is separated from

15   whatever the effect of the absence of competition   17:13

16   with other portable digital media players for

17   people who want to access iTMS.  So it's that

18   separation that requires the functional

19   characteristics of the models at a given moment in

20   time and through time be part of the explanation    17:13

21   of prices.

22     Q.   Is there -- is there an issue about

23   whether you're -- strike that.

24          Do you have any idea of the number of

25   different iPods during the class period?            17:14

248

1    A. Yeah. I mean I did, in fact, look at

2 the -- both the Apple website to see what was

3 currently being offered and then I went back

4 through the press releases. I read about when

5 they introduced various products, so I can't          17:14

6 recite for you a number but I have in my mind, you

7 know, I know that such information is easily

8 accessible and that there are, you know, ten or so

9 such models.

10    Q. Is there some issue about whether there      17:14

11 are enough price changes or prices that a

12 regression with all the important variables can be

13 estimated?

14    A. Of course there is. There is -- that's

15 why probably -- probably a minority of antitrust     17:15

16 cases end up with regression analysis being used

17 to prove things like market power or market

18 definition, is the extreme difficulty of

19 identification that one faces in a differentiated

20 product industry. I mean that's absolutely right.   17:15

21 It's less likely to be a problem in the damages

22 side.

23    So frequently -- I mean the common mode is

24 the liability expert really doesn't do much in the

25 way of regression analysis because it's too         17:15

264

STATE OF CALIFORNIA      )

                         )        ss.

COUNTY OF ALAMEDA        )


        I, EARLY LANGLEY, a Shorthand Reporter, State

of California, do hereby certify:

        That ROGER G. NOLL, in the foregoing deposition

named, was present and by me sworn as a witness in the

above-entitled action at the time and place therein

specified;

        That said deposition was taken before me at

said time and place, and was taken down in shorthand by

me, a Certified Shorthand Reporter of the State of

California, and was thereafter transcribed into

typewriting, and that the foregoing transcript

constitutes a full, true and correct report of said

deposition and of the proceedings that took place;

IN WITNESS WHEREOF, I have hereunder subscribed my hand

this 24th day of September 2008.

                    _____

                    EARLY LANGLEY, CSR NO. 3537
                    State of California

Aiken & Welch Court Reporters       R. G. Noll   9/19/08