1  Robert A. Mittelstaedt #060359
   Craig E. Stewart #129530
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700
   ramittelstaedt@jonesday.com
5  cestewart@jonesday.com

6  Attorneys for Defendant
   APPLE INC.
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

| 12 | **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No. **C 05-00037 JW**<br>**C 06-04457 JW** |
|----|---|---|
| 13 | | |
| 14 | _____ | **CLASS ACTION** |
| 15 | **This Document Relates To:** | **NOTICE OF WITHDRAWAL OF ATTORNEY** |
| 16 | ALL ACTIONS. | |

17

18  TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

19  PLEASE TAKE NOTICE that Adam R. Sand is hereby withdrawn as counsel of record

20  in this matter.  Please update the ECF notification as well.

21

22  Dated: October 30, 2009                    JONES DAY

23                                             By:/s/ Robert A. Mittelstaedt
24                                                  Robert A. Mittelstaedt

25                                             Counsel for Defendant APPLE INC.

26

27

28

SFI-622109v1                                                                       NOTICE
                                            1                              C 05 00037 JW

Dockets.Justia.com