| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| | Craig E. Stewart #129530 |
| 2 | JONES DAY |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone:   (415) 626-3939 |
| 4 | Facsimile:    (415) 875-5700 |
| | ramittelstaedt@jonesday.com |
| 5 | cestewart@jonesday.com |
| 6 | Attorneys for Defendant |
| | APPLE INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No. **C 05-00037 JW** |
| | **C 06-04457 JW** |
| _____ | |
| **This Document Relates To:** | **CLASS ACTION** |
| **ALL ACTIONS.** | **NOTICE OF WITHDRAWAL OF ATTORNEY** |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Tracy Strong is hereby withdrawn as counsel of record in this matter. Please update the ECF notification as well.

Dated: October 30, 2009                    JONES DAY

                                By:/s/ Robert A. Mittelstaedt
                                    Robert A. Mittelstaedt

                                Counsel for Defendant APPLE INC.