1 | COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | JOHN J. STOIA, JR. (141757)
    BONNY E. SWEENEY (176174)
3 | THOMAS R. MERRICK (177987)
    655 West Broadway, Suite 1900
4 | San Diego, CA  92101
    Telephone:  619/231-1058
5 | 619/231-7423 (fax)
    johns@csgrr.com
6 | bonnys@csgrr.com
    tmerrick@csgrr.com
7 |
    THE KATRIEL LAW FIRM
8 | ROY A. KATRIEL (*pro hac vice*)
    1101 30th Street, N.W., Suite 500
9 | Washington, DC  20007
    Telephone:  202/625-4342
10 | 202/330-5593 (fax)
     rak@katriellaw.com
11 |
     Co-Lead Counsel for Plaintiffs
12 |
     [Additional counsel appear on signature page.]
13 |
                        UNITED STATES DISTRICT COURT
14 |
                        NORTHERN DISTRICT OF CALIFORNIA
15 |
                        SAN JOSE DIVISION
16 |

| 17 | THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(RS) |
|---|---|---|---|
| 18 | ——————————————————————— | ) ) | CLASS ACTION |
| 19 | This Document Relates To: | ) ) | NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE |
| 20 | ALL ACTIONS. | ) ) ) | UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY MEMORANDUM IN |
| 21 | ——————————————————————— | ) | SUPPORT OF THEIR MOTION TO MODIFY INJUNCTIVE RELIEF CLASS |
| 22 | | | DEFINITION TO INCLUDE iTMS PURCHASERS AND EXHIBIT 1 TO THE |
| 23 | | | MERRICK DECLARATION PURSUANT TO LOCAL RULE 79-5(b)-(c) |

24 |                                          Judge:   Hon. James Ware
                                             Date:    November 23, 2009
25 |                                          Time:    9:00 a.m.
                                             CTRM:    8-4th Floor
26 |
27 |
28 |

1   TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2          PLEASE TAKE NOTICE that, pursuant to Local Rule 7-11(a) and 79-5(b)-(c), on November

3   23, 2009 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8, Fourth Floor,

4   located at 280 South First Street, San Jose, California, before the Honorable James Ware, United

5   States District Judge, Plaintiffs Somtai Troy Charoensak, Mariana Rosen, and Melanie Tucker

6   (collectively "Plaintiffs") will move for permission from the Court to file under seal portions of

7   Plaintiffs' Reply Memorandum in Support of Their Motion to Modify Injunctive Relief Class

8   Definition to Include iTMS Purchasers and Exhibit 1 to the Merrick Declaration.

9          The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of

10  Thomas R. Merrick in Support of Plaintiffs' Motion to File Under Seal Portions of Plaintiffs' Reply

11  Memorandum in Support of Their Motion to Modify Injunctive Relief Class Definition to Include

12  iTMS Purchasers and Exhibit 1 to the Merrick Declaration Pursuant to Local Rule 79-5(b)-(c), filed

13  concurrently herewith.  Plaintiffs have also concurrently lodged a proposed order.

14  DATED:  November 9, 2009                          Respectfully submitted,

15                                                    COUGHLIN STOIA GELLER
                                                        RUDMAN & ROBBINS LLP
16                                                    JOHN J. STOIA, JR.
                                                      BONNY E. SWEENEY
17                                                    THOMAS R. MERRICK

18

19                                                         s/ Thomas R. Merrick
                                                         THOMAS R. MERRICK
20
                                                      655 West Broadway, Suite 1900
21                                                    San Diego, CA  92101
                                                      Telephone:  619/231-1058
22                                                    619/231-7423 (fax)

23                                                    THE KATRIEL LAW FIRM
                                                      ROY A. KATRIEL
24                                                    1101 30th Street, N.W., Suite 500
                                                      Washington, DC  20007
25                                                    Telephone:  202/625-4342
                                                      202/330-5593 (fax)
26
                                                      Co-Lead Counsel for Plaintiffs
27

28

NOT OF MOT &ADMIN MTF UNDER SEAL PLFS' REPLY MEMO ISO THEIR MOT TO MODIFY
INJUNCTIVE RELIEF CLASS DEF TO INCLUDE iTMS PURCHASERS & EXHIBIT 1 - C-05-00037-
JW(RS)                                                                      - 1 -

1

2        BONNETT, FAIRBOURN, FRIEDMAN
           & BALINT, P.C.
3        ANDREW S. FRIEDMAN
         FRANCIS J. BALINT, JR.
         ELAINE A. RYAN
4        TODD D. CARPENTER
         2901 N. Central Avenue, Suite 1000
5        Phoenix, AZ  85012
         Telephone:  602/274-1100
6        602/274-1199 (fax)

7        BRAUN LAW GROUP, P.C.
         MICHAEL D. BRAUN
8        12304 Santa Monica Blvd., Suite 109
         Los Angeles, CA  90025
9        Telephone:  310/442-7755
         310/442-7756 (fax)

10

11       MURRAY, FRANK & SAILER LLP
         BRIAN P. MURRAY
         JACQUELINE SAILER
12       275 Madison Avenue, Suite 801
         New York, NY  10016
13       Telephone:  212/682-1818
         212/682-1892 (fax)

14

15       GLANCY BINKOW & GOLDBERG LLP
         MICHAEL GOLDBERG
         1801 Avenue of the Stars, Suite 311
16       Los Angeles, CA  90067
         Telephone:  310/201-9150
17       310/201-9160 (fax)

18       Additional Counsel for Plaintiffs

19       S:\CasesSD\Apple Tying\NOT00062845.doc

20

21

22

23

24

25

26

27

28

NOT OF MOT &ADMIN MTF UNDER SEAL PLFS' REPLY MEMO ISO THEIR MOT TO MODIFY
INJUNCTIVE RELIEF CLASS DEF TO INCLUDE iTMS PURCHASERS & EXHIBIT 1 - C-05-00037-
JW(RS)                                                                          - 2 -

1

CERTIFICATE OF SERVICE

2      I hereby certify that on November 9, 2009, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on November 9, 2009.

9

10                                         s/ Thomas R. Merrick
                                           THOMAS R. MERRICK

11                                         COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
12                                         655 West Broadway, Suite 1900
                                           San Diego, CA  92101-3301
13                                         Telephone:  619/231-1058
                                           619/231-7423 (fax)
14

15                                         E-mail:tmerrick@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**

jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)