Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
Michael Scott #255288
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW<br>C 06-04457 JW<br><br>**APPLE'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF RULE 23(B)(2) CLASS AND DECLARATION OF ARTHUR RANGEL**<br><br>**Date:**   November 23, 2009<br>**Time:**   9:00 A.M.<br>**Place:**   Courtroom 8, 4th floor |
|---|---|

Apple Inc.'s Admin. Mot. to File Under Seal
C 05-00037 JW; C 06-04457 JW

Dockets.Justia.com

1  Pursuant to Local Rules 7-11(a) and 79-5(b) and (c), defendant Apple Inc. ("Apple") requests that the Court order the Clerk of the Court to file under seal the following confidential documents that Apple is lodging with the Court on November 9, 2009: Defendant's Reply In Support of Motion for Reconsideration of Rule 23(b)(2) Class, and the Declaration of Arthur Rangel in Support of Apple's Reply In Support of Reconsideration of Rule 23(b)(2) Class.

The requested relief is necessary and narrowly tailored to protect the confidentiality of Apple's commercially sensitive business information, including undisclosed iTunes Store sales and cost data. The confidential sales and costs information and confidential survey response data have been redacted from Defendant's Reply In Support of Motion for Reconsideration of Rule 23(b)(2) Class to allow public access to the redacted motion, and the redacted motion is marked "REDACTED." Identical sales and cost information was ordered to be filed under seal in Apple's Motion for Reconsideration of Rule 23(b)(2) Class. *See* Dkt. 247. The declaration of Arthur Rangel is comprised almost entirely of commercially sensitive business information and therefore cannot be redacted in part. Apple requests that the entire declaration be filed under seal. A previous declaration of Arthur Rangel attaching similar survey response data was ordered to be filed under seal in connection with Apple's Memorandum In Opposition to Motion for Class Certification. *See* Dkt. 184. Pursuant to Local Rule 79-5, this request is supported by the Declaration of Steven Leung filed on August 31, 2009 (Dkt. 233) and the attached Declaration of Michael Scott, and is accompanied by a proposed order to file under seal.

Dated: November 9, 2009    JONES DAY

By: /s/Michael Scott
　　　Michael Scott

Attorneys for Defendant
APPLE INC.

- 2 -

Apple Inc.'s Admin. Mot. to File Under Seal
C 05-00037 JW; C 06-04457 JW

DECLARATION OF MICHAEL SCOTT IN SUPPORT OF APPLE'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF RULE 23(B)(2) CLASS AND DECLARATION OF ARTHUR RANGEL

Based on my personal knowledge, information and belief, I, Michael Scott, declare:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before the United States District Court of the Northern District of California. I am an associate in the law firm of Jones Day in San Francisco, California, counsel for defendant Apple Inc. in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Apple's Administrative Motion to File Under Seal the following confidential documents:

(a) Defendant's Reply In Support of Motion for Reconsideration of Rule 23(b)(2) Class.

(b) Declaration of Arthur Rangel in Support of Apple's Reply In Support of Reconsideration of Rule 23(b)(2) Class.

3. Sealing of the documents identified above is warranted because each of these documents contains confidential commercially sensitive business information, including undisclosed iTunes Store sales and cost information and customer survey data and analysis. I have narrowly tailored the number of confidential documents in this request and redacted documents in order to minimize those that need be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on November 9, 2008.

                                                                    /s/Michael Scott
                                                                      Michael Scott

SFI-623119v1

- 3 -

Apple Inc.'s Admin. Mot. to File Under Seal
C 05-00037 JW; C 06-04457 JW