| | |
|---|---|
| 1 | Robert A. Mittelstaedt  #60359 |
| | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart  #129530 |
| | cestewart@jonesday.com |
| 3 | Michael Scott #252288 |
| | michaelscott@jonesday.com |
| 4 | JONES DAY |
| | 555 California Street, 26th Floor |
| 5 | San Francisco, CA  94104 |
| | Telephone:      (415) 626-3939 |
| 6 | Facsimile:       (415) 875-5700 |
| 7 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 JW<br>C 06-04457 JW |
| | **MANUAL FILING NOTIFICATION** |

**MANUAL FILING NOTIFICATION**

Regarding: Defendant's Reply in Support of Motion For Reconsideration of Rule 23(b)(2) Class – FILED UNDER SEAL

    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[_] Other (description): _____

Dated: November 9, 2009                    JONES DAY

                                                By:   /s/Michael Scott
                                                           Michael Scott

                                          Attorneys for Defendant
                                          APPLE INC.

SFI-623155v1