1  Robert A. Mittelstaedt #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart #129530
   cestewart@jonesday.com
3  Michael Scott #255282
   michaelscott@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 626-3939
6  Facsimile:    (415) 875-5700

7  Attorneys for Defendant
   APPLE INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13 | THE APPLE iPod iTUNES ANTI-TRUST      | Case No.  C 05-00037 JW
   | LITIGATION.                           |           C 06-04457 JW
14 |                                       |
15 |                                       | **DEFENDANT'S RESPONSE TO**
   |                                       | **PLAINTIFFS' ADMINISTRATIVE**
   |                                       | **MOTION TO SEAL**
16 |                                       |
17 |                                       | **Date:**   November 23, 2009
   |                                       | **Time:**   9:00 A.M.
18 |                                       | **Place:**  Courtroom 8, 4th floor

19

20

21  **I.      INTRODUCTION**

22          Pursuant to Local Rule 79-5(c), Apple supports Plaintiffs' Administrative Motion to File

23  Under Seal Portions of Plaintiffs' Reply Memorandum In Support of Their Motion to Modify

24  Injunctive Relief Class Definition to Include iTMS Purchasers ("Reply") and Exhibit 1 to the

25  Merrick Declaration ("Merrick Declaration"), specifically the portions of the Reply and Merrick

26  Declaration which refer to information that Apple designated as "Confidential—Attorneys Eyes

27  Only" under the Stipulation and Protective Order Regarding Confidential Information

28  ("Protective Order") entered June 13, 2007 (Document No. 112).

1    Pursuant to Local Rule 79-5, Apple files this Response and the accompanying declaration

2    in support of a narrowly tailored order authorizing sealing those documents, on the grounds that

3    there is good cause to protect the confidentiality of that information.  The proposed sealing order

4    is based on the Protective Order in this action and proof that particularized injury to defendant

5    will result if the sensitive information is publicly released.

6    **II.      STANDARD**

7    Under Federal Rule of Civil Procedure 26(c), this Court has broad discretion to permit

8    sealing of court documents to protect "a trade secret or other confidential research, development,

9    or commercial information."  Fed. R. Civ. P. 26(c).  Based on this authority, the Ninth Circuit has

10   "carved out an exception to the presumption of access to judicial records for a sealed discovery

11   document [attached] to a non-dispositive motion."  *Navarro v. Eskanos & Adler*, No. C-06 02231

12   WHA (EDL), 2007 U.S. Dist. LEXIS 24864, at *6 (N.D. Cal. March 22, 2007) (citing *Kamakana*

13   *v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)).

14   **III.     ARGUMENT**

15   **A.      There is Good Cause to Support Filing Under Seal.**

16   The accompanying declaration establishes good cause to permit filing under seal.  It

17   establishes that Apple itself treats the information at issue as confidential within its own

18   organization.  *See* Declaration of Eddy Cue in Support of Defendant's Response to Plaintiffs'

19   Administrative Motion to Seal, ¶ 3.

20   Apple has designated the documents containing the information as "Confidential-

21   Attorneys' Eyes Only" under the Protective Order.  As set forth in the Declaration of Eddy Cue,

22   revelation of the contents of these documents would likely cause Apple to suffer injury, and that

23   harm would not be mitigated through partial redaction.  *See* Declaration of Eddy Cue in Support

24   of Defendant's Response to Plaintiffs' Administrative Motion to Seal, ¶ 4.

25

26

27

28

1

IV.     **CONCLUSION**

2              Defendant respectfully requests that this Court grant Plaintiffs' Administrative Motion to

3    File Under Seal Portions of Plaintiffs' Reply Memorandum In Support of Their Motion to Modify

4    Injunctive Relief Class Definition to Include iTMS Purchasers and Exhibit 1 to the Merrick

5    Declaration pursuant to Local Rule 79-5(c).

6

Dated: November 16, 2009                        Jones Day

7

8                                                By: _____

9                                                     Michael Scott

10                                               Attorneys for Defendant
                                                 APPLE INC.
11

12

13   SFI-623760v1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28