```
 1  Robert A. Mittelstaedt  #60359
     ramittelstaedt@jonesday.com
 2  Craig E. Stewart  #129530
     cestewart@jonesday.com
 3  Michael Scott  #255282
     michaelscott@jonesday.com
 4  JONES DAY
     555 California Street, 26th Floor
 5  San Francisco, CA  94104
     Telephone:     (415) 626-3939
 6  Facsimile:     (415) 875-5700

 7  Attorneys for Defendant
     APPLE INC.
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12
     THE APPLE iPOD iTUNES ANTI-        Case No. C 05-00037 JW
13   TRUST LITIGATION                            C 06-04457 JW

14                                      [PROPOSED] ORDER GRANTING
                                        PLAINTIFFS' MISCELLANEOUS
15                                      ADMINISTRATIVE MOTION TO FILE
                                        UNDER SEAL
16

17                                      Date:   November 23, 2009
                                        Time:   9:00 A.M.
18                                      Place:  Courtroom 8, 4th floor

19

20

21
             Having considered Plaintiffs' Administrative Motion to File Under Seal Portions of
22
     Plaintiffs' Reply Memorandum In Support of Their Motion to Modify Injunctive Relief Class
23
     Definition to Include iTMS Purchasers and Exhibit 1 to the Merrick Declaration, and Defendant's
24
     Response to Plaintiffs' Administrative Motion:
25
             IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion to File Under Seal
26
     is GRANTED.  The Clerk of Court shall file under seal:  Plaintiffs' Reply Memorandum In
27
     Support of Their Motion to Modify Injunctive Relief Class Definition to Include iTMS
28
```

1  Purchasers and Exhibit 1 to the Declaration of Thomas R. Merrick In Support of Plaintiffs' Reply
2  Memorandum In Support of Their Motion to Modify Injunctive Relief Class Definition to Include
3  iTMS Purchasers.
4  **IT IS SO ORDERED.**

7  Dated: _____, 2009

   Hon. James Ware
   United States District Court Judge

12 SFI-608343v1