1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  Michael Scott  #255282
   michaelscott@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 626-3939
6  Facsimile:    (415) 875-5700

7  Attorneys for Defendant
   APPLE INC.

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                       SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No. C 05-00037 JW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Date:   November 23, 2009<br>Time:   9:00 A.M.<br>Place:  Courtroom 8, 4th floor |

       Having considered Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Reply Memorandum In Support of Their Motion to Modify Injunctive Relief Class Definition to Include iTMS Purchasers and Exhibit 1 to the Merrick Declaration, and Defendant's Response to Plaintiffs' Administrative Motion:

       IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion to File Under Seal is GRANTED.  The Clerk of Court shall file under seal:  Plaintiffs' Reply Memorandum In Support of Their Motion to Modify Injunctive Relief Class Definition to Include iTMS

1  Purchasers and Exhibit 1 to the Declaration of Thomas R. Merrick In Support of Plaintiffs' Reply
2  Memorandum In Support of Their Motion to Modify Injunctive Relief Class Definition to Include
3  iTMS Purchasers.
4  **IT IS SO ORDERED.**

7  Dated: _____November 17_____, 2009

   *[signature: James Ware]*
   Hon. James Ware
   United States District Court Judge

12  SFI-608343v1