| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER <br> RUDMAN & ROBBINS LLP |
| 2 | JOHN J. STOIA, JR. (141757) <br> BONNY E. SWEENEY (176174) |
| 3 | THOMAS R. MERRICK (177987) <br> PAULA M. ROACH (254142) |
| 4 | 655 West Broadway, Suite 1900 <br> San Diego, CA 92101 |
| 5 | Telephone: 619/231-1058 <br> 619/231-7423 (fax) |
| 6 | johns@csgrr.com <br> bonnys@csgrr.com |
| 7 | tmerrick@csgrr.com <br> proach@csgrr.com |
| 8 | |
| 9 | THE KATRIEL LAW FIRM <br> ROY A. KATRIEL (*pro hac vice*) |
| 10 | 1101 30th Street, N.W., Suite 500 <br> Washington, DC 20007 |
| 11 | Telephone: 202/625-4342 <br> 202/330-5593 (fax) |
| 12 | rak@katriellaw.com |
| 13 | Co-Lead Counsel for Plaintiffs |
| 14 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(RS) <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) ) | NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO INTRODUCE OTHER DEPOSITION PARTS PURSUANT TO FED. R. CIV. P. 32(a)(6) |
| | | Judge: Hon. James Ware <br> Date: November 23, 2009 <br> Time; 9:00 a.m. <br> Ctrm: 8 – 4th Floor |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that, pursuant to Local Rule 7-11(a) and Federal Rules of Civil Procedure 32(a)(6), on November 23, 2009 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8, Fourth Floor, located at 280 South First Street, San Jose, California, before the Honorable James Ware, United States District Judge, Plaintiffs Somtai Troy Charoensak, Mariana Rosen, and Melanie Tucker (collectively "Plaintiffs") will move for permission from the Court to introduce other deposition parts that in fairness should be considered with the parts introduced by Apple, Inc.

      The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of Thomas R. Merrick filed concurrently herewith. Plaintiffs have also concurrently lodged a proposed order.

DATED:  November 17, 2009            COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
                                     JOHN J. STOIA, JR.
                                     BONNY E. SWEENEY
                                     THOMAS R. MERRICK
                                     PAULA M. ROACH


                                            s/ Thomas R. Merrick
                                          THOMAS R. MERRICK

                                     655 West Broadway, Suite 1900
                                     San Diego, CA  92101
                                     Telephone:  619/231-1058
                                     619/231-7423 (fax)

                                     THE KATRIEL LAW FIRM
                                     ROY A. KATRIEL
                                     1101 30th Street, N.W., Suite 500
                                     Washington, DC  20007
                                     Telephone:  202/625-4342
                                     202/330-5593 (fax)

                                     Co-Lead Counsel for Plaintiffs

                                     BONNETT, FAIRBOURN, FRIEDMAN
                                       & BALINT, P.C.
                                     ANDREW S. FRIEDMAN
                                     FRANCIS J. BALINT, JR.
                                     ELAINE A. RYAN
                                     TODD D. CARPENTER
                                     2901 N. Central Avenue, Suite 1000

|    |    |
|----|----|
| 1  | Phoenix, AZ  85012 |
|    | Telephone:  602/274-1100 |
| 2  | 602/274-1199 (fax) |
| 3  | BRAUN LAW GROUP, P.C. |
|    | MICHAEL D. BRAUN |
| 4  | 12304 Santa Monica Blvd., Suite 109 |
|    | Los Angeles, CA  90025 |
| 5  | Telephone:  310/442-7755 |
|    | 310/442-7756 (fax) |
| 6  |    |
|    | MURRAY, FRANK & SAILER LLP |
| 7  | BRIAN P. MURRAY |
|    | JACQUELINE SAILER |
| 8  | 275 Madison Avenue, Suite 801 |
|    | New York, NY  10016 |
| 9  | Telephone:  212/682-1818 |
|    | 212/682-1892 (fax) |
| 10 |    |
|    | GLANCY BINKOW & GOLDBERG LLP |
| 11 | MICHAEL GOLDBERG |
|    | 1801 Avenue of the Stars, Suite 311 |
| 12 | Los Angeles, CA  90067 |
|    | Telephone:  310/201-9150 |
| 13 | 310/201-9160 (fax) |
| 14 | Additional Counsel for Plaintiffs |
| 15 | Document1 |

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO INTRODUCE OTHER DEPOSITION
PARTS - C-05-00037-JW(RS)                                                                                                                                                - 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 17, 2009.

```
 s/ Thomas R. Merrick
THOMAS R. MERRICK

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: tmerrick@csgrr.com
```

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**

  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)