COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@csgrr.com
bonnys@csgrr.com
tmerrick@csgrr.com
proach@csgrr.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(RS) <br> CLASS ACTION |
| ) <br> This Document Relates To: ) ) <br> ALL ACTIONS. ) ) | NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO INTRODUCE OTHER DEPOSITION PARTS PURSUANT TO FED. R. CIV. P. 32(a)(6) |
| | Judge: Hon. James Ware <br> Date: November 23, 2009 <br> Time; 9:00 a.m. <br> Ctrm: 8 – 4th Floor |

1  TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that, pursuant to Local Rule 7-11(a) and Federal Rules of Civil Procedure 32(a)(6), on November 23, 2009 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8, Fourth Floor, located at 280 South First Street, San Jose, California, before the Honorable James Ware, United States District Judge, Plaintiffs Somtai Troy Charoensak, Mariana Rosen, and Melanie Tucker (collectively "Plaintiffs") will move for permission from the Court to introduce other deposition parts that in fairness should be considered with the parts introduced by Apple, Inc.

The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of Thomas R. Merrick filed concurrently herewith. Plaintiffs have also concurrently lodged a proposed order.

DATED: November 17, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
PAULA M. ROACH

              s/ Thomas R. Merrick
              THOMAS R. MERRICK

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone: 202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO INTRODUCE OTHER DEPOSITION
PARTS - C-05-00037-JW(RS)                                                                                                           - 1 -

| | |
|---|---|
| 1 | Phoenix, AZ  85012 |
| | Telephone:  602/274-1100 |
| 2 | 602/274-1199 (fax) |
| 3 | BRAUN LAW GROUP, P.C. |
| | MICHAEL D. BRAUN |
| 4 | 12304 Santa Monica Blvd., Suite 109 |
| | Los Angeles, CA  90025 |
| 5 | Telephone:  310/442-7755 |
| | 310/442-7756 (fax) |
| 6 | |
| | MURRAY, FRANK & SAILER LLP |
| 7 | BRIAN P. MURRAY |
| | JACQUELINE SAILER |
| 8 | 275 Madison Avenue, Suite 801 |
| | New York, NY  10016 |
| 9 | Telephone:  212/682-1818 |
| | 212/682-1892 (fax) |
| 10 | |
| | GLANCY BINKOW & GOLDBERG LLP |
| 11 | MICHAEL GOLDBERG |
| | 1801 Avenue of the Stars, Suite 311 |
| 12 | Los Angeles, CA  90067 |
| | Telephone:  310/201-9150 |
| 13 | 310/201-9160 (fax) |
| 14 | Additional Counsel for Plaintiffs |
| 15 | Document1 |

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO INTRODUCE OTHER DEPOSITION PARTS - C-05-00037-JW(RS)  - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 17, 2009.

        s/ Thomas R. Merrick
THOMAS R. MERRICK

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: tmerrick@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**

jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)