1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(RS) |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO INTRODUCE OTHER DEPOSITION PARTS PURSUANT TO FED. R. CIV. P. 32(a)(6) |
| | | Judge: Hon. James Ware<br>Date: November 23, 2009<br>Time; 9:00 a.m.<br>Ctrm: 8 – 4th Floor |

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to Introduce

2  Other Deposition Parts Pursuant to Federal Rules of Civil Procedure 32(a)(6).  The Court, having

3  reviewed the submissions, ORDERS, ADJUDGES and DECREES that:

4  Plaintiff's Administrative Motion to Introduce Other Deposition Parts Pursuant to Fed. R.

5  Civ. P. 32(a)(6) is GRANTED.

6  IT IS SO ORDERED.

7

DATED: _____     _____
8                                                                    THE HONORABLE JAMES WARE
                                                                     UNITED STATES DISTRICT JUDGE

9  Submitted by:

10  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
11  JOHN J. STOIA, JR. (141757)
    BONNY E. SWEENEY (176174)
12  THOMAS R. MERRICK (177987)
    PAULA M. ROACH (254142)
13  655 West Broadway, Suite 1900
    San Diego, CA  92101
14  Telephone:  619/231-1058
    619/231-7423 (fax)
15  johns@csgrr.com
    bonnys@csgrr.com
16  tmerrick@csgrr.com
    proach@csgrr.com
17
    THE KATRIEL LAW FIRM
18  ROY A. KATRIEL (*pro hac vice*)
    1101 30th Street, N.W., Suite 500
19  Washington, DC  20007
    Telephone:  202/625-4342
20  202/330-5593 (fax)
    rak@katriellaw.com
21

22  Document1

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO INTRODUCE
OTHER DEPOSITION PARTS - C-05-00037-JW(RS)                                                                       - 1 -