# EXHIBIT B

Dockets.Justia.com

1    UNITED STATES DISTRICT COURT FOR THE

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN JOSE DIVISION

4    ---oOo---

5

6    THE APPLE iPOD iTUNES ANTI-        No. C-050037-JW(RS)
     TRUST LITIGATION,

7

8    _____/

9

10

11   DEPOSITION OF ROGER G. NOLL, Ph.D.

12

13

14

15

16

17   Taken before EARLY K. LANGLEY, RPR, RMR

18   CSR No. 3537

19   September 19, 2008

20

21

22

23



24   One Kaiser Plaza, Suite 505
     Oakland, California 94612

25   Ph  510-451-1580
     Fax 510-451-3797
     www.aikenwelch.com

Aiken
Welch
COURT
REPORTERS

1   advantage.  I don't know.

2   Ӿ Q.  Okay.  Are you sure that the yardstick

3   method can be implemented in this case?

4        A.  As I have said in my report, that is the

5   one I'm least happy about, all right, in that it    11:33

6   requires identifying the appropriate comparative

7   products.  And my -- I believe that's -- that's

8   the hangup, is identifying the appropriate

9   benchmark products.

10        But, you know, as I've said in the report,  11:34

11   there are some candidates out there.  If the

12   plaintiffs had completed the market correctly,

13   then the most obvious candidates are the products

14   that are the closest functionally to portable

15   digital media players, but that are not in the     11:34

16   same market.

17        Q.  Okay.

18        A.  And I also gave an explanation of why it's

19   possible, although you normally don't do it, you

20   might even be able to use products in the same      11:34

21   market because of the effect that tying has in

22   segmenting the market, so that even though in the

23   absence of anticompetitive acts, all the products

24   would be in the same market, the anticompetitive

25   act may have reduced competition among portable     11:34

Aiken & Welch Court Reporters        R. G. Noll    9/19/08

1   digital media players sufficiently such that you

2   can actually use the -- some of the competitors in

3   the portable digital media player market as a

4   yardstick.  So that's possible, but, again, it

5   requires data that I'm not sure exists.                11:35

6          So, I would say that's a candidate,

7   someone should pursue it, if they were going to

8   estimate damages, but I have more doubts that that

9   one will work than the other two.

10         Q.  Have you done enough work to determine if  11:35

11  the markup method can, in fact, be implemented in

12  this case?

13         A.  Well, actually, I'm not the one who did

14  the work.  I cited a paper that I found that was

15  fairly recently written that -- that essentially    11:35

16  does this.

17         Now, it doesn't have internal data,

18  unfortunately.  It has -- what they did is they

19  tried to build up the cost.

20         Q.  Okay.  Can you just answer the question?  11:35

21  And the question is:  Have you done enough work --

22  have you seen enough work to determine if the

23  markup method can, in fact, be implemented?

24         A.  Yes.

25         MS. SWEENEY:  Object.  He was answering       11:35

1     income, the penetration of complementary products

2     like personal computers and then there's market

3     level phenomenon such as the price of

4     alternatives.

5         Q.  All right.  Anything else that you would    11:46

6     list as factors that you would need to include, or

7     at least test in your regression analysis?

8         A.  No.  That's it.  I mean, it's -- it's the

9     standard approach to supply and demand analysis

10    where you look at the way costs and the way demand   11:46

11    affects price.

12        Q.  Okay.  Do you also look at the reason that

13    people buy iPods?

14        A.  Well, the reason that people buy iPods is

15    background information to what the demand curve      11:46

16    looks like.  So you don't go out and measure

17    people's moods and things like that.  You measure

18    the qualitative attributes of the product and the

19    conditions in the market as a way to capture what

20    their demand is.  What their reasons are in some     11:47

21    sort of psychological sense is irrelevant.

22        Q.  Okay.  What are the qualitative factors or

23    the attributes that you would look at?

24        A.  The, first of all, the functional features

25    of a product, what --                                11:47

Aiken & Welch Court Reporters      R. G. Noll   9/19/08

1    somebody had trouble with some particular program

2    isn't sufficient.  You really have to do a serious

3    comparative analysis.

4         Q.  You're aware that the iPod was offered for

5    sale some 18 months before the Music Store was          14:07

6    launched; right?

7         A.  At least, yeah.

8         Q.  Is it possible that the demand for the

9    iPod after April 2003, was caused by the same

10   factors as the demand for the iPod before April        14:07

11   2003?

12        A.  Well, is it possible, yes.

13        Q.  Plausible?

14        A.  I want to say that the demand for the iPod

15   was unaffected by the launching of iTunes Music         14:07

16   Store would be ridiculous.

17   ☆  Q.  Okay.  Let's say that on April 1st, 2003,

18   hypothetically, three things happened, the Music

19   Store was launched.

20        A.  No, it wasn't.  Not April 1st.  April 20        14:08

21   something.

22        Q.  That will not matter for purposes of this

23   hypothetical.

24             Music Store was launched, it included

25   something that resulted in a differential ease of       14:08

1   entry, and a new iPod version was introduced that

2   had some functional improvement.

3          Part of your task will be to try and

4   determine the impact on the demand for the iPod

5   from each of those three things; right?                14:08

6          A.   What was the third?

7          Q.   The new iPod.

8          A.   Well, the new iPod, I understand, and the

9   launch of iTMS, I understand.   What's the third?

10         Q.   Two aspects of iTMS.   One is just the      14:08

11  existence of a new supply for music for an iPod

12  and the other is the differential ease of entry

13  aspect that we talked about this morning.

14         A.   Right.

15         Q.   So of those three aspects of what happened  14:09

16  in this hypothetical in April of 2003, one of your

17  tasks will be to separate the impact on the demand

18  for the iPod of those three factors.

19         A.   That's correct.

20         Q.   And how are you going to do that?           14:09

21         A.   Well, the -- let's go back a step as to

22  why this is a problem.   All right.

23         So, the econometric problem here is to

24  separate out the fact, assuming that everything is

25  as stated in the hypothetical.   So three things    14:09

1   happened simultaneously.  How does one separate

2   the effects, and the only plausible way that I

3   know to do that is to look at subsequent events

4   that may have affected some but not all of the

5   demand, and try to estimate what they did to         14:09

6   demand and use that as a mechanism for

7   representing -- for estimating the effects of just

8   the availability in general of digital downloads.

9            With regard to the new model of the iPod,

10  I -- that doesn't strike me as the hard problem      14:10

11  because that's -- that's fairly easy to do based

12  on functionality.  The harder problem is to

13  separate out exclusivity from simply the existence

14  of digital downloads.

15           So, but, having said that, there were       14:10

16  other forms of digital downloads that existed.

17  It's not a -- it didn't go from all -- from

18  nothing to all.  But as I said earlier, it went

19  from relatively little being available to

20  relatively lot.  And, so, there would be -- one of   14:10

21  the explanatory variables you would attempt to use

22  would be some measure of the scope of availability

23  of permanent downloads over the Internet, which it

24  wasn't that it was zero before iTunes Music Store;

25  it was just that it dramatically increased with      14:11

130

1   iTunes Music Store. ⟶

2       Q.  Does the before-after method work when the

3   price of the reference product, here iPods, is

4   declining over time?

5       A.  Yes, because there -- obviously the                    14:11

6   relevant factor is its profitability, its markup.

7   And all electronic products have declining prices

8   over time.  Every Information Technology Case I've

9   ever known about, the issue has been would it have

10  fallen faster.                                                  14:11

11      Q.  The claim for damages in this case, as you

12  understand it, is an alleged overcharge for iPods;

13  is that right?

14      A.  Yes.

15      Q.  Who made that decision that that was going  14:11

16  to be the claim for damages?

17      A.  I don't know.  How would I know that?

18      Q.  Well, I mean, one possibility would be

19  that you made it.  So let me -- let's rule that

20  out.                                                            14:11

21      A.  Which of my law degrees did I use to

22  decide that?

23      Q.  How did it come to pass that you have

24  focused on performing or strike that.

25          How did you decide to address your report  14:12

Aiken & Welch Court Reporters        R. G. Noll    9/19/08