# EXHIBIT A

**Exhibit A**

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| Apple Reply[1] at 3 | "Plaintiffs decided that Dr. Noll should not perform regression analyses. When he asked them whether to do so, they said "No, that's not going to happen." <br><br> Noll Dep. II[2] 139:2-19. | Q: And what data did you ask counsel to provide? <br><br> A: All the data that I've – we've been talking about at my two depositions that are in my two reports. I wanted complete information about pricing policies and I wanted complete information about transactions and I wanted complete information about the qualitative characteristics of the components of all the models of iPods. <br><br> And they said, no, that's not going to happen. <br><br> We had a long conversation where I said there's two ways that a court goes on class certification. <br> One is, it's after all the discovery and it's basically a component of summary judgment and – and – where you're basically proving you've got a damages method. <br><br> And the other way is you try to save the cost of lots of discovery by simply talking in general ways about the methodology and whether the data exists to perform it. <br><br> Andy they said in this case, we'll try for the big stuff, and – but, as it turns out, you don't get it, all you get is – is some summary stuff about average margins |

---

[1]    See Defendant's Reply in Support of Motion for Decertification of Rule 23(B)(3) Class, filed November 9, 2009 ("Apple Reply").

[2]    See Deposition of Roger G. Noll, Ph.D., taken October 27, 2009 ("Noll Dep. II").

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | | over time and some summary stuff about quantities of sales, and that's it.<br><br>Noll Dep. II 139:9-140:11 |
| Apple Reply at 5 n.4 | "Dr. Noll stated that, given the difficulties inherent in the other methods, he 'guess[es]' that the before-after method is the one he will try to use."<br><br>Noll Dep. II 238:6-23 | Q: Let's just take the cell phone company. You said you need information about market share and product reviews.<br><br>Have you gathered market share data and product reviews to decide what products you're going to look at?<br><br>A: Not in a systematic way because I can't go to the next step until I get the actual information and see if it's a reasonable comparison.<br><br>But I know – I know enough about some of these other products to know that there are leaders and there are followers. . . .<br><br>So, I mean, I know how to do it and I can cite where the information is. But there's no point in going beyond that, because I don't have enough information to know if it really makes sense to – to – to do it, to even do this method to begin with from – as a better method than – that one of the others, in particular, the before/after method which is, I think, the one that's going to be used. My guess.<br><br>Noll Dep. II 237:25-238:23 |
| Apple Reply at 5-6 | "This is a particularly impossible task because, as Dr. Noll admitted, no theoretical basis exists to conclude that the alleged violation – Apple's use of proprietary software – would have had any impact on iPod prices, let alone an impact large enough to measure with a | Q: Is there any theoretical basis you know of to predict what the relative impact of the particular conduct that's at issue in this case is going to have compared with the impact on price of the other factors you mentioned earlier: cost, life cycle, technical characteristic changes?<br><br>A: As I said, as a theoretical matter, the effect could be zero. This isn't a theoretical issue. It's a practical question. What does the regression actually show and does it have a specification error? |

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | regression analysis with the multitude of factors affecting iPod prices in the marketplace."<br><br>Noll Dep. II 85:20-86:5 | Noll Dep. II 85:20-86:5 |
| Apple Reply at 6 n.5 | "Dr. Noll denied reaching this conclusion, perhaps because he was (sic) mistakenly thought his *Flash Memory* report was under seal and not available publicly. Noll Dep. II 102:7-103:3. He claimed that a reply declaration overcame the obstacle. But at least the public redacted version makes no mention of it or says anything about whether a before-after method to determine impact or damages would work." | Q: Didn't you conclude in Flash Memory that trying to compare price formulation process in 1997 to 1998 with prices after the boom in small consumer electronic appliances is unlikely to produce reliable results?<br><br>A: That's not what I said. What I said was it's a problem. I said, indeed the second report that I wrote, the intertemporal price regression worked.<br><br>Q: How did you overcome the problem of – of rapid technological change in – in Flash?<br><br>A: More data. More specification. Look at it this – the notion of technological change is not inimical to the estimation of supply demand equations. The underlying process is still there.<br><br>And, the issue is, can you measure characteristics in a product-differentiated market in such a way that you can capture the effects of changes in product attributes? Usually you can.<br><br>Noll Dep. II 102: 20-103: 13. |
| Apple Reply at 7 | "At deposition, Dr. Noll eventually conceded that he did not know if he would have enough price changes to produce reliable results."<br><br>Noll Dep. II 23:19-24:2 | Q: Do you know how many price changes for iPods there were in the before period?<br><br>[objection]<br><br>A: What I know is that prices, retail prices, change rarely on the Apple Store. I know that to be true. And whether the price changes are once a year or twice a |

3

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | | year at any given year, I don't know, all right? I don't remember.<br><br>But I know that the number of price changes is relatively infrequent and that they typically are announced in press releases, all right?<br><br>     \*  \*  \*<br><br>Q: Did you count to yourself how many price changes there were before April 2003?<br><br>A: I didn't count the specific number. I noted the point that I just stated, which is there aren't very many price – that they don't have frequent retail price changes.<br><br>But I didn't – but I also at that point checked the retailers and found that that's not true for retailers. So.<br><br>     \*  \*  \*<br><br>Q: Did you – have you reached any conclusion on whether there are enough price changes in the before period to do a regression analysis if you decide you want to do one?<br><br>A: On retail price alone?<br><br>Q: Yes.<br><br>A: I probably – as I said before, it's plausible, and indeed possible, that a regression analysis will not be used. It's also plausible, and possible, that the – that the price regression for retail and wholesale will be the same equation, all right?<br><br>So, again, I can't answer the question until I have all the data and find out if a |

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | | single equation that's both wholesale and retail works.<br><br>Noll Dep. II 19:16-24:8 |
| Apple Reply at 7-8 | "Dr. Noll made clear at deposition that he rejects the concept that iPods are "cool" and that this perception could affect demand. This from a person who has never bought or used an iPod (Noll Dep. II 10:8-9), cannot tell an iPod touch from the first iPod (*id.* 8:11-25), thinks a shuffle is called a 'clip,' has 'no clue' how they work (*id.* 119:1-15), and has no interest in why consumers buy them."<br><br>Noll Dep. I[3] 83:20-21 | Q: Okay. Do you also look at the reason that people buy iPods?<br><br>A: Well, the reason that people buy iPods is background information to what the demand curve looks like. So you don't go out and measure people's moods and things like that. You measure the qualitative attributes of the product and the conditions in the market as a way to capture what their demand is. What their reasons are in some sort of physiological sense is irrelevant.<br><br>Noll Dep. I 83:12-21 |
| Apple Reply at 8 | "The literature he cites shows that the consumers who buy iPods do so in part because they consider them 'cool.' . . . Dr. Noll, however, cannot account for this qualitative attribute so he dismisses all of this as 'joke.'" | Q: Okay. You've done research on the concept of coolness since your last deposition; correct?<br><br>A: Oh, yes. That was an exciting research project.<br><br>Q: Are you being facetious?<br><br>A: I am being completely facetious. That is the most ridiculous literature I have |

---

[3]   *See* Deposition of Roger G. Noll, Ph.D., taken September 19, 2008 ("Noll Dep. I").

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | Noll Dep. II 144:10-20. | ever read in my entire life. And the note – the idea that a professional economist would take that seriously and write an expert report that takes it seriously just is astonishing to me. It is a complete joke.<br><br>Q: And when you wrote your second report, were you treating it as a joke?<br><br>A: I concluded it was a joke after spending several days doing Internet searches trying to track down what it meant. I mean, not – not in real-time several days but – but shots at the computer for an hour or so for several days and tracking down what it really was and discovering where it came from and how it's used and how it's measured. It's just a joke.<br><br>Q: When you say in your report that in short, cool, in quotes, is about appealing to young people, were you being sarcastic?<br><br>A: No. That's what the inventor of the Global Cool Hunt says it is and as explained in that report.<br><br>Q: Do you think that's where the concept of coolness comes from?<br><br>A: I think where the concept of coolness comes from is reviews to have consumers electronics products dating all the (sic) back to the 1990s that call things cool. Among the products that have been called cool is Windows 95, all right?<br><br>In other words, there is nothing Apple iPod-specific about the term. It has been – it was used to describe the iPod a week before the first iPod was released. So – and it was – I just read a – a review two days ago of Windows 7.0 that called it cool. This is a common throwaway terminology in the popular press to describe consumer electronics products. |

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | | Q: When you wrote cool is about appealing to young people. . . <br><br> A: That's correct. <br><br> Q: You wrote that you believe that to be true? <br><br> A: I believe that coolness is about trendiness and that the method – the only method of measuring it I've ever seen is through young people. <br><br> Q: Okay. <br><br> A: Young adults. <br><br> Q: Well, do you believe that coolness is derived from attractive functional design? <br><br> A: That's what Steve Jobs says. <br><br> Q: I'm asking you about yourself. <br><br> Do you believe that coolness is derived from attractive functional design? <br><br> A: Let me take back a step. I think the concept of coolness as a useful economic concept in analyzing a product is completely zero. It is not something an economist needs to take seriously. It is hype and sizzle, and I – I just – I think I have adequately demonstrated in my report that it is not worth an adult's time. <br><br> Q: When you say in your report coolness is derived from attractive and functional design, is that something you're endorsing or are you simply meaning to say without saying it that that's what Steve Jobs says? <br><br> A: No. I'm saying, on the basis of my review of all of the publications I could find about coolness applied to electronics products, that's what I conclude on the |

7

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | | basis of reading that material what it means.<br><br>Q: Okay. Do you thinking that attractive functional design can plausibly increase the demand for a product?<br><br>A: Of course it can. But that's design variable. It's not cool. Right? I mean, it's – it's – it's just nominalism. It's putting a word on something where you can't possibly tell in advance whether the word is going to apply to a particular product or not. You can't look at a product and say oh, that's 14.3 cool. That's not what it is.<br><br>Q: Okay. You say you can't do that in advance. How about after you've had some experience in the market? Are – are you rejecting the concept that some products are cool and others aren't, and that that affects their demand?<br><br>A: It's obvious that some people like to call some products cool. It – could we get a bunch of people in the room and have them agree that was cool and what was not? I see no evidence that we could.<br><br>Q: But do you think the perception that a product is cool compared to another product affects demand?<br><br>A: No, because I see no evidence that it does, and, indeed, it's explicitly contradicted in the stuff that I – I cited.<br><br>Noll Dep. II 144:10-148:13 |
| Apple Reply at 10 n.10 | "Perhaps recognizing that this approach for picking the start date would not work, Dr. Noll tried to invent another theory at deposition. He claimed that, in the but for | Q: Well, what is your assumption about when Apple would have licensed FairPlay to four or five competitors in the but-for world that you're trying to model?<br><br>A: As I said before, the but-for world starts with the hypothesis that Apple is not |

8

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | world, Apple would make decisions regarding the music store as if it did not sell iPods and would have licensed its antipiracy software to portable digital player manufacturers even before launching its music store." <br><br>Noll Dep. II 74:23-76:3. | a vertically integrated firm, and asked the question what would the strategy be of a firm that's not vertically integrated into MP3 players, and that – and then the answer to that question, of course, is they would have wanted to license the formats, whether Digital Rights Management or the actual MP3 version, the version of the MP3 format, to as many portable digital media players as they thought was necessary to maximize the sales of portable digital media players so that, in fact, they'd maximize the number of people who wanted to buy downloads from the iTunes Music Store. <br><br>Q: All I'm trying to ask is: In your but-for world that you're trying to model, when would those licenses have been made? <br><br>A: They would have had to have been made at – before the actual launch of the store because there would have been no iPod-like product out there to take advantage of them. <br><br>So they would have licensed them very early on. In fact, they may well have licensed them earlier, you know, just to make certain that people had enough time to develop a portable digital media player in time for the launch of the store. <br><br>Q: But you've told me now that they would have licensed them very early on, and then you say they may well have licensed them earlier. <br><br>What I'm trying to find out is: In your but-for world, when? <br><br>A: Because – <br><br>[objection] <br><br>A: The data is irrelevant. <br><br>[objection] |

9

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | | A: The data is irrelevant. The relevant fact is, if they had not been vertically integrated into portable digital media players, they would have engaged in widespread licensing to maximize the – the degree of competition in portable digital media players for the purpose of getting those prices as low as possible for the purpose of getting the demand for downloads from their site to be as great as possible.<br><br>So the number and date isn't the point. The point is, when portable digital media players were being used for digital downloads, there would have been multiple portable digital media players available because that would have been in the interest of Apple as a – a seller of downloads.<br><br>Q: Does it matter to your analysis whether those licenses would have been made by Apple before 2001?<br><br>A: The date is irrelevant as long as it's soon enough that the portable digital media player industry would have been competitive at the point in time when it came about that iTMS was launched.<br><br>Noll Dep. II  74:23-77:13 |
| Apple Reply at 10 | "Thus, as he acknowledged (Noll Dep. I 127:22-128:19), Dr. Noll needs to disentangle any effect of the decision not to license its antipiracy software from all the other aspects of the iTS launch that may have increased demand for iPods.  He has not proposed let alone demonstrated any reliable method to do so." | Q: Okay. Let's say that on April 1, 2003, hypothetically, three things happened, the Music Store was launched.<br><br>A: No, it wasn't. Not April 1st. April 20 something.<br><br>Q: That will not matter for purposes of this hypothetical.<br><br>Music Store was launched, it included something that resulted in a differential ease of entry, and a new iPod version was introduced that had some functional improvement. |

10

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | | Part of your task will be to try and determine the impact on the demand for the iPod from each of those three things; right?<br><br>A: What was the third?<br><br>Q: The new iPod.<br><br>A: Well, the new iPod, I understand, and the launch of iTMS, I understand. What's the third?<br><br>Q: Two aspects of iTMS. One is just the existence of a new supply for music for an iPod and the other is the differential ease of entry aspect that we talked about this morning.<br><br>A: Right.<br><br>Q: So of those three aspects of what happened in this hypothetical of 2003, one of your tasks will be to separate the impact on the demand for the iPod of those three factors.<br><br>A: That's correct.<br><br>Q: And how are you going to do that?<br><br>A: Well, the – let's go back a step as to why this is a problem. All right.<br><br>So, the econometric problem here is to separate out the fact, assuming that everything is as stated in the hypothetical. So three things happened simultaneously. How does one separate the effects, and the only plausible way that I know to do that is to look at subsequent events that may have affected some but not all of the demand, and try to estimate what they did to demand and use that as a mechanism for representing – for estimating the effects of just the |

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
|  |  | availability in general of digital downloads.<br><br>With regard to the new model of the iPod, I – that doesn't strike me as the hard problem that's – that's fairly easy to do based on functionality. The harder problem is to separate out exclusivity from simply the existence of digital downloads.<br><br>So, but, having said that, there were other forms of digital downloads that existed. It's not a – it didn't go from all – from nothing to all. But as I said earlier, it went from relatively little being available to relatively lot. And, so, there would be – one of the explanatory variables you would attempt to use would be some measure of the scope of availability of permanent downloads over the Internet, which it wasn't that it was zero before iTunes Music Store; it was just that it dramatically increased with iTunes Music Store.<br><br>Noll Dep. I 127:17-130:1 |
| Apple Reply at 10 | Dr. Noll admitted that improvements in the way that iPods connected to computers could impact their demand. Noll Dep. II 127:25-129:21. But he erroneously claimed that iPods connect wirelessly to host computers, falsely implying that adding a USB port would be unimportant. *Id.*" | Q: Do you know anything about how the iPod in 2001 connected to the host computer?<br><br>[objection]<br><br>A: I mentioned before a change in docking and porting.<br><br>Q: Docking and porting.<br><br>A: And I – but I don't remember when or precisely what the nature of the change was. I mean, you can do things wirelessly now that you couldn't do wirelessly in the past, but precisely when each change took place, I don't know. I just know they took place.<br><br>Q: But do you know anything about the high – how the iPod in 2001 connected |

12

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | | to the host computer? [objection] A: I knew at one point when I was writing my first report. But I don't want try to testify from memory what it is now. I would – I just don't remember. Q: Did the iPod ever allow for USB connectivity? [objection] A: Yes. iPods have connected to a USB port on a computer at some point in history. Q: Would you expect that would influence demand for iPod? A: I don't know whether it would or not. Maybe, maybe not. Q: It would be something you'd want to test? A: In principle, although I would be – I would be surprised if that mattered a great deal, but, yes, we could test that. Q: Well, what does a – what is the – why do you say that, that you'd be surprised if – if USB connectivity mattered a great deal? A: Because that's not an issue that differentiates this product from any other. All consumer electronics products have moved from USB-wired connections to wireless connections. Even a mouse. So this is nothing unusual. This is standard technological change that's affected all products. There's nothing unique about iPods. Q: Because you say iPods have moved from USB-wired connections to wireless |

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | | connections with the host computer?<br><br>A: Yes. Just like everything else has.<br><br>Q: And so your belief now is that the way you synch an iPod with your host computer is wireless?<br><br>A: It can be, I think. If it's not, it's because I'm confusing it with another product that I know you can, like a PDA and like a mouse.<br><br>Q: I want you to assume that – I want you to assume that originally iPods connected to the host computer only through firewire and then at some point they could also connect through USB ports.<br><br>A: Yes.<br><br>Q: Can you think of any reason why that change would increase iPod demand?<br><br>A: It may. I doubt it. It may – it may have affected cost, affected price, and affected sales. We'd need data to be able to see whether that's true. The – there's – most all of these questions have the form of, can you as a matter of economic theory predict that some particular characteristic change affects demand, and economic theory cannot inform that. It has to be empirical.<br><br>Noll Dep. II 126:7-129:21 |
| Apple Reply at 11 | "Indeed, Dr. Noll admitted that he had doubts that he could identify a product sufficiently comparable to iPods to permit him to determine what iPod prices or margins would have been in the but for world: the | Q: Okay. Are you sure that the yardstick method can be implemented in this case?<br><br>A: As I have said in my report, that is the one I'm least happy about, all right, in that it requires identifying the appropriate comparative products. And my – I believe that's – that's the hangup, is identifying the appropriate benchmark |

14

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | 'hangup[] is identifying the appropriate benchmark products.'"<br><br>Noll Dep. I 72:2-9. | products.<br><br>But, you know, as I've said in the report there are some candidates out there. If the plaintiffs had completed the market correctly, then the most obvious candidates are the products that are the closest functionality to portable digital media players, but that are not in the same market.<br><br>Q: Okay.<br><br>A: And I also gave an explanation of why it's possible, although you normally don't do it, you might even be able to use products in the same market because of the effect that tying has in segmenting the market, so that even though in the absence of anticompetitive acts, all the products would be in the same market, the anticompetitive act may have reduced competition among portable digital media players sufficiently such that you can actually use the – some of the competitors in the portable digital media player market as a yardstick. So that's possible, but, again, it requires data that I'm not sure exists.<br><br>So, I would say that's a candidate, someone should pursue it, if they were going to estimate damages, but I have more doubts that that one will work than the other two.<br><br>Noll Dep. I 72:2-73:9 |
| Burtis Reply[4] Report, ¶21 | "While in his Reply Report, he claimed that one would not examine the technical details of products in a | Q: But if the referenced products you're choosing are not comparable, any more comparable to the iPod than the single yardstick products you would have used under the yardstick method, the markup method isn't made more reliable simply |

---

[4] Reply Expert Report of Dr. Michelle M. Burtis, filed November 9, 2009 ("Burtis Reply Report").

15

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | mark-up method, at his deposition, he admitted that such information would be examined. Obviously, not adjusting for such differences would lead to inaccurate results." <br><br> Noll Dep. II at 235. | by choosing more products, is it? <br><br> A: The – they're different methods. You're suffering from the delusion of your expert to say that the markup method and the yardstick method are the same thing – that's not true, okay? <br><br> The – the markup method is a distinct method and it – it – it has the strength and the weakness that the premise of it is that you can identify a group of things which are not identical, which have different characteristics, but that there's commonality across them in such a way that if you identify leading firms in a group of markets, their performance, you could make the case, a plausible, more likely than not case, that this product would have been in that category but for the acts of – of an incumbent monopolist. <br><br> Now, how is this different than how you do a yardstick method. All right? The yardstick is more like the before/after test where you're doing regressions and things like that to estimate price equations and show that they come out different. <br><br> That's not what markup does. What markup does is look at the – a set of products that have similar R&D intensity, that have similar scale, similar production technologies, and make the analogy that the markups in those industries, on average, of leading firms, are a good benchmark for the but-for world in this market. And – <br><br> Q: So do you use a regression analysis for the markup method? <br><br> A: Usually not – <br><br> Q: And do you – <br><br> A: But you might. I mean, you don't want to preclude it. But you – it's not |

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | | likely. But you might.<br><br>Q: And do you need to examine technical details of the products that you're using for your markup methods?<br><br>A: You – yeah. They- they should be products that the same kind of components like microprocessor, a flash memory, LCD display, some buttons to push, you know, a similar kind of circuit board.<br><br>Yeah. You're – you're looking for things that have the same basic attributes as products that are based on the same technologies and have similar rates of product change that – where people are introducing new products every year, that kind of thing.<br><br>Noll Dep. II 233:15-235:20 |
| Apple Reply at 14 | "Nor do plaintiffs refer to Dr. Noll's further concession that, if music was priced lower in the tying world, whether an individual consumer is harmed by the alleged violation will depend on the relative size of that consumer's purchases of music and iPods, and the relative size of the undercharge for music and overcharge for iPods."<br><br>Noll Dep. II 205: 23-206:19 | Q: Are you familiar with the statement in Tirole, *Theory of Industrial Organization*, quote: The price of complementary or tied good is higher under [tie-in] sales; whereas, the price of the basic tie-in good is lower?<br><br>A: Well, he says that under a particular assumption about what the nature of the complementarity is. You can, as I said before, you can create a model in which the price effect is as you described. You could also create a model at which the price effect is the opposite of what you described, which is the paper that I referenced by Riordan.<br><br>What we know now to be the case after lots of research in the 1990s, is that the effect can go either way; that it's not a question of economic theory how the effect goes.<br><br>Q: Assume that music prices would be higher in the but-for world. |

17

| Pg. | Apple Quote/Cite to Noll | Full Testimony |
|---|---|---|
| | | Do you agree that means that heavier users of iTunes Music Store may do better in – with the alleged anticompetitive conduct than in the but-for world?<br><br>A: Maybe or maybe not. It depends what the price effect was.<br><br>You know, we need some facts here. What are – what is – how many downloads does the most intensive user produce and what is the estimated price effect? And the – if the product of those two is greater than the price differential, then they could, in principle, be better off.<br><br>Q: The price differential for iPods?<br><br>A: Yes. On the one hand, you have a price differential. All right? For iPods. iPods have a higher price. On the other hand, you're hypothesizing that the price of music is low.<br><br>And so then the question is: Is it how much lower? Is it one cent or ten cents or 30 cents?<br><br>Noll Dep. II 205:6-206:19 |

S:\CasesSD\Apple Tying\NonPldgs\Exhibit A.doc