# EXHIBIT C

Dockets.Justia.com

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---oOo---

COPY

THE APPLE iPOD iTUNES ANTI-          No. C-050037-JW(RS)
TRUST LITIGATION,

_____/

VIDEOTAPED

DEPOSITION OF ROGER G. NOLL, Ph.D.

Taken before EARLY K. LANGLEY, RPR, RMR

CSR No. 3537

October 27, 2009



One Kaiser Plaza, Suite 505
Oakland, California 94612
Ph  510-451-1580
Fax 510-451-3797
www.aikenwelch.com

1  regress retail iPod prices?

2      A.  He proposes that as one possibility, yes.

3      Q.  Did you read Dr. French's testimony at his

4  deposition?

5      A.  I did.  But it was a long time ago and I     10:11

6  don't remember it.

7      Q.  Did you read his testimony from the

8  evidentiary hearing?

9      A.  Yes, I did.  I -- again, it was a long

10  time ago and I don't remember it.               10:11

11      Q.  Okay.  Let me hand you an object, says

12  "Martha Bursch" on the back.

13          Do you recognize that?

14      A.  Yeah.  It's an iPod.

15      Q.  And do you know what generation iPod that   10:11

16  is?

17      A.  Do I know what generation it is?

18      Q.  Yes.

19      A.  What do you mean by "generation"?  Do you

20  mean the date or do you mean the model?          10:11

21      Q.  Either.

22      A.  Well, I think -- I believe -- I'm not

23  certain, but I believe it's a Touch -- I have

24  never actually seen this particular version, but I

25  believe it's a Touch.  But I'm not certain.       10:12

1   that -- excuse me, that was the Mini.  That was

2   what's now called the Nano.

3        I -- I honestly have not attempted to

4   memorize by look what each model looks like, all

5   right?  I've seen them all, I've read their specs,   10:13

6   but I -- I don't remember when each was

7   introduced.

8        Q.  Have you ever used one?

9        A.  No.

10       Q.  What was the price of the first iPod that   10:13

11  was offered?

12       A.  I don't remember.  It's on the -- it's in

13  the evidence, but I don't remember what it is.

14       Q.  When did Apple first change the -- the

15  price of the first generation iPod?                  10:14

16       MS. SWEENEY:  I'm going to object to

17  this -- this line of questioning.  If you have

18  some documents you want to show Professor Noll,

19  that's one thing, but if you're just going to ask

20  him to, you know, try and recite from memory       10:14

21  prices that are part of the evidentiary record,

22  that's another thing.

23       THE WITNESS:  I have not attempted to

24  memorize the dates at which prices of iPods were

25  posted.  I know some recent history because I       10:14

1    regression analysis?

2       A.   Statistical significance is about fraction

3    of variance explained.   If there are very few

4    retail price changes, it's very likely I can

5    explain the difference in prices very easily.   The    10:24

6    question has sort of got statistics backgrounds.

7    The issue of statistical significance about a

8    regression becomes more difficult the more

9    variation you have.

10            If the issue is statistical significance    10:24

11   of a particular coefficient, obviously the simpler

12   the pricing system, the fewer variables it takes

13   to explain prices.   Indeed, a -- a very small

14   number may be able to explain prices if there

15   isn't much variation.                                 10:24

16   ⚹  Q.   Do you know how many price changes for

17   iPods there were in the before period?

18            MS. SWEENEY:   Objection.   Asked and

19   answered.   It's another price memory test.

20            THE WITNESS:   What I know is that prices,    10:25

21   retail prices, change rarely on the Apple Store.

22   I know that to be true.   And whether the price

23   changes are once a year or twice a year at any

24   given year, I don't know, all right?   I don't

25   remember.                                              10:25

20

1        But I know that the number of price

2   changes is relatively infrequent and that they

3   typically are announced in press releases, all

4   right?

5   BY MR. MITTELSTAEDT:                              10:25

6        Q.  You -- you say the before period is before

7   April 2003; is that correct?

8        A.  That's correct.

9        Q.  At some point -- strike that.

10       When you collected retail price data, as    10:25

11  you've testified --

12       A.  Uh-huh.

13       Q.  -- did you do anything with it?

14       A.  What do you mean did I do anything with

15  it?  I don't understand the question.            10:26

16       Q.  Other than -- other than collect it, did

17  you do anything with it?

18       A.  What -- unless you -- if you want to ask

19  me any specific question about what I might do

20  with it -- I mean, I don't know how to answer did 10:26

21  I do anything with it.  I don't understand what

22  you're after.

23       What -- what do you want to know?

24       Q.  Did you read it?

25       A.  Of course.  How could I collect the data  10:26

21

1  without reading it?  I mean, I -- that would be

2  physiologically impossible.

3       Q.  Okay.  So one thing you did was read it?

4       A.  Yes.

5       Q.  Did you make any notes when you read it?    10:26

6       A.  No.

7       Q.  Did you draw up any kind of chart based on

8  the information?

9       A.  No.

10      Q.  Did you count to yourself how many price    10:26

11  changes there were before April 2003?

12      A.  I didn't count the specific number.  I

13  noted the point that I just stated, which is there

14  aren't very many price -- that they don't have

15  frequent retail price changes.                     10:27

16           But I didn't -- but I also at that point

17  checked the retailers and found that that's not

18  true for retailers.  So.

19      Q.  Why does it matter to you --

20      A.  I was curious.                              10:27

21      Q.  What Amazon.com charged and how often they

22  changed their prices?

23      A.  I was curious.  You asked me what I did.

24  Do I -- you know, I was curious.  Is it the case,

25  for example, that i -- that Apple has minimum       10:27

1   retail price requirements?   Does it have anything

2   else?   I wasn't sure.

3        I was -- I thought it was interesting that

4   there were so few price changes and I checked to

5   see if that's, in fact, the case in other retail            10:27

6   outlets.   And it's not.

7        In fact, one of the puzzles that I ended

8   up with was why anybody would buy anything from

9   the Apple Store to begin with because the prices

10  are generally higher.                                        10:27

11       Q.   Can you think of any reason in economics

12  why anybody would buy a higher priced iPod at an

13  Apple Store rather than going to Amazon.com?

14       A.   I can think of reasons, but I don't know

15  whether they're true.                                        10:28

16       Q.   What's a plausible reason?

17       A.   They may regard themselves as buying from

18  a place that is going to be more trustworthy with

19  respect to bad product of some kind, but.

20       Or they may just like the -- the                        10:28

21  convenience of doing it there in some way.   I

22  don't know.   They may have bought 15 things, 13 of

23  which -- there are some things you can only buy

24  off the Apple Store.   Like, there's one particular

25  color of iPod Nano that you can only get from               10:28

1  Apple.  They don't -- they don't sell it through

2  other distributors.  It's exactly the same price

3  as all the others, but you have to buy it from

4  them.

5          So there can be -- there can be reasons        10:28

6  that are product-specific, that it's a particular

7  color that is only available from the store.  Or

8  it may be you're buying a bunch of things you can

9  only buy from the store.  And, for convenience

10  sake, you just add the iPod to it.  So, I mean,     10:29

11  there could be many reasons why somebody would do

12  it.  But that's the --

13      Q.  Was one of the reasons you collected these

14  price changes for the before period to see how

15  many there were?                                    10:29

16      A.  No.  The reason I -- I -- I checked the

17  prices was to -- to assure myself that the data

18  were there.  That's all.

19      Q.  Did you -- have you reached any conclusion

20  on whether there are enough price changes in the    10:29

21  before period to do a regression analysis if you

22  decide you want to do one?

23      A.  On retail price alone?

24      Q.  Yes.

25      A.  I probably -- as I said before, it's        10:29

24

1   plausible, and indeed possible, that a regression

2   analysis will not be used.  It's also plausible,

3   and possible, that the -- that the price

4   regression for retail and wholesale will be the

5   same equation, all right?                          10:29

6        So, again, I can't answer the question

7   until I have all the data and find out if a single

8   equation that's both wholesale and retail works. ⊻

9        Q.  Up to this point, have you reached a

10  conclusion, not on whether or not you're going to   10:30

11  do a regression analysis, but simply on whether

12  there are enough price changes in the before

13  period to do a regression analysis based on the

14  before/during approach, if you decide that's what

15  you want to do?                                     10:30

16       A.  Let me add one more possibility which I

17  think is a likely possibility, which is that the

18  object of the regression analysis would be a

19  margin analysis as opposed to a simple price

20  analysis because I -- it's possible there's more    10:30

21  changes in transactions prices than there are in

22  retail prices so that the -- the -- using

23  wholesale prices as -- as an indicator of

24  opportunity cost, one -- one approach would be to

25  do a regression on margin because it's perfectly    10:31

72

1   BY MR. MITTELSTAEDT:

2       Q.  And do you have any information on when it

3   was first offered for sale or what price or when

4   Apple changed its price?

5           MS. SWEENEY:  Same objections.                    11:44

6           THE WITNESS:  If you want me to drive back

7   to my office, I can provide you all the

8   information about when every product was

9   introduced.

10          MS. SWEENEY:  And same objections to            11:44

11  Mr. Mittelstaedt testifying.

12  BY MR. MITTELSTAEDT:

13      Q.  Next, let me show you another device.

14          Would you look at that and tell us if you

15  can identify it?                                         11:44

16          MS. SWEENEY:  Same objection.

17          THE WITNESS:  What does it say here?  I

18  can't -- I don't remember what it is.  I mean,

19  it's an iPod, obviously, but I don't remember what

20  the model number is, what the model is.                 11:44

21  BY MR. MITTELSTAEDT:

22      Q.  Any information about when it was

23  introduced, its price?

24          MS. SWEENEY:  Same objections.

25          THE WITNESS:  Nope.                              11:44

73

1    BY MR. MITTELSTAEDT

2        Q.   Okay.  And, finally, I'll show you this.

3           MS. SWEENEY:   And I object to

4    Mr. Mittelstaedt testifying again to the video

5    camera, and I object to this line of questioning.   11:45

6    BY MR. MITTELSTAEDT:

7        Q.   Would you look at that, and can you tell

8    us what that is?

9           MS. SWEENEY:   Same objection.

10          THE WITNESS:   This is, I think they call   11:45

11   it a "Clip," and I don't know when it was

12   introduced or how much it costs.

13   BY MR. MITTELSTAEDT:

14       Q.   Now, your -- your proposal is to take

15   information about price changes and costs and     11:45

16   technical specifications for the original iPod,

17   the first one I showed you --

18       A.   Uh-huh.

19       Q.   -- and tell us what the price of the last

20   one I showed you, which you referred to as the    11:45

21   Clip, what the price of that would have been today

22   if Apple had licensed FairPlay to a couple of

23   competitors; is that correct?

24       A.   That's correct.

25       Q.   Are you making any assumption about the   11:46

74

1   timing of when Apple would have licensed FairPlay

2   in the but-for world?

3      A.  The assumption in the but-for world is

4   that the anticompetitive behavior never would have

5   happened, so it would have been in the very      11:46

6   beginning.

7      Q.  So your assumption is Apple would have

8   licensed FairPlay to a couple of competitors in

9   April of 2003?

10      A.  A couple of competitors is not the right   11:46

11   number.  As you know from my prior deposition

12   where we talked about this for several pages, two

13   is insufficient.  The right number is probably

14   about four or five.

15      Q.  With that clarification, are you saying   11:46

16   the but-for world Apple would have licensed

17   FairPlay to four or five competitors as of April

18   2003; is that correct?

19      A.  What I -- no, it's not correct because it

20   completely mischaracterizes what I said, and I'm   11:47

21   not going to let you put words in my mouth.

22   That's not what I said in my prior deposition.

23      Q.  Well, what is your assumption about when

24   Apple would have licensed FairPlay to four or five

25   competitors in the but-for world that you're   11:47

75

1    trying to model?

2        A.  As I said before, the but-for world starts

3    off with the hypothesis that Apple is not a

4    vertically integrated firm, and asked the question

5    what would the strategy be of a firm that's not          11:47

6    vertically integrated into MP3 players, and

7    that -- and then the answer to that question, of

8    course, is they would have wanted to license the

9    formats, whether Digital Rights Management or the

10   actual MP3 version, the version of the MP3 format,       11:47

11   to as many portable digital media players as they

12   thought was necessary to maximize the sales of

13   portable digital media players so that, in fact,

14   they'd maximize the number of people who wanted to

15   buy downloads from the iTunes Music Store.               11:48

16       Q.  All I'm trying to ask is:  In your but-for

17   world that you're trying to model, when would

18   those licenses have been made?

19       A.  They would have had to have been made

20   at -- before the actual launch of the store             11:48

21   because there would have been no iPod-like product

22   out there to take advantage of them.

23           So they would have licensed them very

24   early on.  In fact, they may well have licensed

25   them earlier, you know, just to make certain that        11:48

76

1   people had enough time to develop a portable

2   digital media player in time for the launch of the

3   store.

4       Q.  But you've told me now that they would

5   have licensed them very early on, and then you say      11:48

6   they may well have licensed them earlier.

7           What I'm trying to find out is:  In your

8   but-for world, when?

9       A.  Because --

10          MS. SWEENEY:  Object.  You've asked and        11:49

11  answered --

12          THE WITNESS:  The data is irrelevant.

13          MS. SWEENEY:  -- this question several

14  times.

15          THE WITNESS:  The data is irrelevant.  The     11:49

16  relevant fact is, if they had not been vertically

17  integrated into portable digital media players,

18  they would have engaged in widespread licensing to

19  maximize the -- the degree of competition in

20  portable digital media players for the purpose of      11:49

21  getting those prices as low as possible for the

22  purpose of getting the demand for downloads from

23  their site to be as great as possible.

24          So the number and the date isn't the

25  point.  The point is, when portable digital media      11:49

77

1   players were being used for digital downloads,

2   there would have been multiple portable digital

3   media players available because that would have

4   been in the interest of Apple as a -- a seller of

5   downloads.                                              11:49

6   BY MR. MITTELSTAEDT:

7       Q.  Does it matter to your analysis whether

8   those licenses would have been made by Apple

9   before 2001?

10      A.  The date is irrelevant as long as it's      11:50

11  soon enough that the portable digital media player

12  industry would have been competitive at the point

13  in time when it came about that iTMS was launched. 

14      Q.  So you're saying in the but-for world

15  licenses would have been made by Apple             11:50

16  sufficiently in advance of April 2003 so that

17  other manufacturers could have been making as of

18  April 2003 portable digital players that worked as

19  well with Apple's music store as iPods did?

20      A.  I didn't say that.                          11:51

21      Q.  Well, do you disagree with that?

22      A.  I think the statement you just made had --

23  bears no relationship to anything in either of my

24  reports or in any question you asked me.  The

25  issue about "as good as iPod" is not at issue     11:51

Aiken Welch Court Reporters   R.G. Noll, Ph.D.,  10/27/09

1  determined far more by the number of observations.

2  So if you have endless numbers of transactions

3  records -- I've -- I've seen numerous regressions.

4  My students produce them all the time.

5        MR. MITTELSTAEDT:  Do we need to change      12:00

6  the tape?

7        Go ahead.

8        THE WITNESS:  I've seen numerous

9  regressions from my students where they get R

10 squares of less than .1 but highly significant      12:00

11 coefficients on variables because they have

12 thousands upon thousands upon thousands of

13 observations.

14       Detecting a variable's effect when it has

15 a small percentage of the variance that explains      12:00

16 is simply a function of how many observations you

17 have.  And if you have lots of observations,

18 you'll usually detect it.

19 BY MR. MITTELSTAEDT:

20 ✳ Q.  Is there any theoretical basis you know of  12:00

21 to predict what the relative impact of the

22 particular conduct that's at issue in this case is

23 going to have compared with the impact on price of

24 the other factors you mentioned earlier:  cost,

25 life cycle, technical characteristic changes?      12:01

86

1      A.  As I said, as a theoretical matter, the

2  effect could be zero.  This isn't a theoretical

3  issue.  It's a practical question.  What does the

4  regression actually show and does it have a

5  specification error? ⋇                            12:01

6      Q.  Have you -- have you, yourself, or anyone

7  working under your direction ever actually

8  calculated damages using a regression analysis in

9  any of the three methods that you've proposed

10 here?                                             12:02

11     A.  Yes.

12     Q.  In what cases?

13     A.  Well, there's -- there's Flash.

14     Q.  Let me just stop you so you understand the

15 question.                                         12:02

16     A.  Oh, wait.  Wait a minute.  Wait a minute.

17 You're right.  Flash, no one's ever actually

18 calculated damages yet.  I stand corrected.

19         DRAM, Dynamic Random Access Memory.

20 Tableware.  High speed photocopier service.  I    12:02

21 mean, there's -- I mean, there's a -- those are

22 just off the top of my head.

23     Q.  Do you have copies of your work in -- the

24 regression that calculated damages in DRAM?

25     A.  I do not have a copy of it, but one of the 12:02

102

1   before/after method and then the before/after

2   method was not, in fact, used.

3          I'm not -- I'm aware of some cases in

4   which other methods besides before/after were

5   used, but it's the most common form of damage          13:29

6   estimation is before/after.

7       Q.  Have you ever seen a case where you've

8   concluded that technological change was too rapid

9   and too complete so that the before/after temporal

10  method would not work?                                  13:30

11      A.  I have never seen a case.  I've seen many

12  cases in which technological progress was more

13  rapid and more complicated than this one, and I've

14  never seen one in which someone proposed it that

15  it wasn't actually done.  I'm not aware of any.        13:30

16         And this included -- and, moreover,

17  there's an economics literature about hedonic

18  price regressions of electronic products.  And

19  it's successful.

20      Q.  Didn't you conclude in Flash Memory that      13:30

21  trying to compare the price formulation process in

22  1997 to 1998 with prices after the boom in small

23  consumer electronic appliances is unlikely to

24  produce reliable results?

25      A.  That's not what I said.  What I said was      13:30

103

1    it's a problem.  I said, indeed the second report

2    that I wrote, the intertemporal price regression

3    worked.

4         Q.  How did you overcome the problem of -- of

5    rapid technological change in -- in Flash?        13:31

6         A.  More data.  More specification.  Look at

7    it this -- the notion of technological change is

8    not inimical to the estimation of supply demand

9    equations.  The underlying process is still there.

10        And the issue is, can you measure           13:31

11   characteristics in a product-differentiated market

12   in such a way that you can capture the effects of

13   changes in product attributes?  Usually you can.

14        Q.  You told me before lunch that you might

15   not do a regression here because it might turn out  13:32

16   to be so simple.  I want to ask you if -- if you

17   -- let me give you two products.  Giving you the

18   original iPod and an iPod Shuffle.

19        Do you agree that the iPod Shuffle --

20   incidentally, you were referring to that as the    13:32

21   Click before.

22        A.  Yeah.  That's what people call it in

23   common parlance.   It's a Shuffle is the model

24   name, yes.

25        Q.  Who calls it a Click?                    13:32

126

1    Q.  Would you expect the number of products

2    for sale at the APS store to have any impact on

3    iPod demand?

4    A.  It might.  We could put a variable in a

5    regression, number of products on the APS store,    13:58

6    and see if it turns out to be significant.

7    Q.  Do you know anything about how the iPod in

8    2001 connected to the host computer?

9         MS. SWEENEY:  Objection.  Beyond the scope

10   of the reply declaration, beyond the scope of this  13:58

11   deposition.

12        THE WITNESS:  I mentioned before a change

13   in docking and porting.

14        MR. MITTELSTAEDT:  Docking and porting.

15        THE WITNESS:  And I -- but I don't          13:58

16   remember when or precisely what the nature of the

17   change was.  I mean, you can do things wirelessly

18   now that you couldn't do wirelessly in the past,

19   but precisely when each change took place, I don't

20   know.  I just know they took place.            13:58

21   BY MR. MITTELSTAEDT:

22   Q.  But do you know anything about the high --

23   how the iPod in 2001 connected to the host

24   computer?

25        MS. SWEENEY:  Same objection.  Asked and   13:59

127

1   answered.

2        THE WITNESS:  I knew at one point when I

3   was writing my first report.  But I don't want try

4   to testify from memory what it is now.  I would --

5   I just don't remember.                          13:59

6   BY MR. MITTELSTAEDT:

7        Q.  Did the iPod ever allow for USB

8   connectivity?

9        MS. SWEENEY:  Objection.  Beyond the scope

10  of the reply declaration.                        13:59

11       MR. MITTELSTAEDT:  I said I'd give you a

12  standing objection to that.

13       MS. SWEENEY:  I don't understand how that

14  works, Bob --

15       MR. MITTELSTAEDT:  If I --

16       MS. SWEENEY:  -- if I want to object to

17  particular questions not just to every question

18  that you ask.

19       MR. MITTELSTAEDT:  But it's even better.

20  You can object to every question on that ground.  13:59

21  If you have an additional ground, you should state

22  that, but on the "beyond the scope," it's as if --

23  I am agreeing, it's as if you say that in response

24  to every question, just to save time.

25       THE WITNESS:  Yes.  IPods have connected   13:59

128

1    to a USB port on a computer at some point in

2    history.

3    BY MR. MITTELSTAEDT:

4        Q.  Would you expect that would influence

5    demand for iPod?                                    13:59

6        A.  I don't know whether it would or not.

7    Maybe, maybe not.

8        Q.  It would be something you'd want to test?

9        A.  In principle, although I would be -- I

10   would be surprised if that mattered a great deal,   14:00

11   but, yes, we could test that.

12       Q.  Well, what does a -- what is the -- why do

13   you say that, that you'd be surprised if -- if USB

14   connectivity mattered a great deal?

15       A.  Because that's not an issue that            14:00

16   differentiates this product from any other.  All

17   consumer electronics products have moved from

18   USB-wired connections to wireless connections.

19   Even a mouse.  So this is nothing unusual.  This

20   is standard technological change that's affected    14:00

21   all products.  There's nothing unique about iPods.

22       Q.  Because you say iPods have moved from

23   USB-wired connections to wireless connections with

24   the host computer?

25       A.  Yes.  Just like everything else has.        14:00

1    Q.  And so your belief now is that the way you
2  synch an iPod with your host computer is wireless?
3    A.  It can be, I think.  If it's not, it's
4  because I'm confusing it with another product that
5  I know you can, like a PDA and like a mouse.        14:01
6    Q.  I want you to assume that -- I want you to
7  assume that originally iPods connected to the host
8  computer only through firewire and then at some
9  point they could also connect through USB ports.
10    A.  Yes.                                          14:01
11    Q.  Can you think of any reason why that
12  change would increase iPod demand?
13    A.  It may.  I doubt it.  It may -- it may
14  have affected cost, affected price, and affected
15  sales.  We'd need data to be able to see whether    14:01
16  that's true.  The -- there's -- most all of these
17  questions have the form of, can you as a matter of
18  economic theory predict that some particular
19  characteristic change affects demand, and economic
20  theory cannot inform that.  It has to be            14:01
21  empirical. ✕
22          THE WITNESS:  Can I take a short break?
23          MR. MITTELSTAEDT:  Sure.
24          THE VIDEOGRAPHER:  We are going off the
25  record at 2:02 p.m.                                 14:01

130

1          (Break taken.)

2          THE VIDEOGRAPHER:  We are going back on

3     the record.  The time is 2:06 p.m.

4     BY MR. MITTELSTAEDT:

5          Q.  Do you have any documents that reflect          14:06

6     your use of one of -- of the proposed methods of

7     proving damages referred to in your report?

8          MS. SWEENEY:  I'm going to object as asked

9     and answered and also on the grounds that you

10    could have gone, and you did, in fact, go into          14:06

11    this line of questioning in the first deposition

12    of Professor Noll following his original report.

13          You've gone very far afield today and

14    going way beyond the scope of his reply.  And I --

15    as we discussed, today's deposition is limited to       14:06

16    Professor Noll's reply declaration.

17          MR. MITTELSTAEDT:  Which, you know, in all

18    fairness is 56 pages, and it refers to a whole lot

19    of things, including everything that I've asked

20    about so far today.                                      14:06

21    BY MR. MITTELSTAEDT:

22          Q.  So the question is, is you -- as of today,

23    not as of your last deposition, do you have any

24    documents that reflect your use of one of the

25    proposed methods that you referred to in your           14:06

1   strike that.

2          When you were meeting with counsel and

3   thinking about your first report, before writing

4   the report, did you ever intend during that period

5   to actually run a regression analysis as part of          14:16

6   your report as opposed to proposing a method?

7      A.  Had the data been made available, I would

8   have run a regression.

9      Q.  And what data did you ask counsel to

10  provide?                                                   14:16

11     A.  All the data that I've -- we've been

12  talking about at my two depositions that are in my

13  two reports.  I wanted complete information about

14  transactions and I wanted complete information

15  about pricing policies and I wanted complete              14:16

16  information about the qualitative characteristics

17  of the components of all the models of iPods.

18          And they said, no, that's not going to

19  happen.

20          We had a long conversation where I said        14:16

21  there's two ways that a court goes on class

22  certification.

23          One is, it's after all the discovery and

24  it's basically a component of summary judgment

25  and -- and -- where you're basically proving           14:16

1   you've got a damages method.

2          And the other way is you try to save the

3   cost of lots of discovery by simply talking in

4   general ways about the methodology and whether the

5   data exists to perform it.                          14:16

6          And they said in this case, we'll try for

7   the big stuff, and -- but, as it turns out, you

8   don't get it, all you get is -- is some summary

9   stuff about average margins over time and some

10  summary stuff about quantities of sales, and        14:17

11  that's it.

12      Q.  Did you ever provide an -- an estimate to

13  counsel on what it would cost to actually run the

14  regression analysis that you were proposing?

15      A.  No.  But I -- I can -- I know that it'd      14:17

16  take a long time and at serious cost.

17          It the -- John Conner's article about

18  damage estimation that the -- reports on the basis

19  of some survey he did, that it typically takes

20  four to six months of effort to produce a valid     14:17

21  regression analysis where you've actually tested

22  whether you have specification errors.

23          You first of all have to get the data,

24  then you have to clean it up, and that usually

25  requires depositions from people of the defendant   14:18

144

1  iPods sold, the revenue, and the standard

2  manufacturing cost?

3       A.  Yes.

4       Q.  Have you done any analysis of that?

5       A.  I have looked at it and examined it and,        14:22

6  indeed, I referenced it in my first report.  And

7  there have been subsequent updates to that since

8  my first report which are somewhat more elaborate,

9  but it's basically the same material.

10      Q.  Okay.  You've done research on the concept  14:22

11 of coolness since your last deposition; correct?

12      A.  Oh, yes.  That was an exciting research

13 project.

14      Q.  Are you being facetious?

15      A.  I am being completely facetious.  That is  14:22

16 the most ridiculous literature I have ever read in

17 my entire life.  And the note -- the idea that a

18 professional economist would take that seriously

19 and write an expert report that takes it seriously

20 just is astonishing to me.  It is a complete joke.  14:22

21      Q.  And when you wrote your second report,

22 were you treating it as a joke?

23      A.  I concluded it was a joke after spending

24 several days doing Internet searches trying to

25 track down what it meant.  I mean, not -- not in  14:23

145

1    real-time several days but -- but shots at the

2    computer for an hour or so for several days and

3    tracking down what it really was and discovering

4    where it came from and how it's used and how it's

5    measured.  It's just a joke.                                    14:23

6        Q.  When you say in your report that in short,

7    cool, in quotes, is about appealing to young

8    people, were you being sarcastic?

9        A.  No.  That's what the inventor of the

10   Global Cool Hunt says it is and as explained in          14:23

11   that report.

12       Q.  Do you think that's where the concept of

13   coolness comes from?

14       A.  I think where the concept of coolness

15   comes from is reviews to have consumer electronics   14:23

16   products dating all the back to the 1990s that

17   call things cool.  Among the products that have

18   been called cool is Windows 95, all right?

19           In other words, there is nothing Apple

20   iPod-specific about the term.  It has been -- it         14:24

21   was used to describe the iPod a week before the

22   first iPod was released.  So -- and it was -- I

23   just read a -- a review two days ago of Windows

24   7.0 that called it cool.  This is a common

25   throwaway terminology in the popular press to          14:24

1    Q.  When you say in your report coolness is

2    derived from attractive and functional design, is

3    that something you're endorsing or are you simply

4    meaning to say without saying it that that's what

5    Steve Jobs says?                                    14:25

6        A.  No.  I'm saying, on the basis of my review

7    of all of the publications I could find about

8    coolness applied to electronics products, that's

9    what I conclude on the basis of reading that

10   material what it means.                             14:26

11       Q.  Okay.  Do you think that attractive

12   functional design can plausibly increase the

13   demand for a product?

14       A.  Of course it can.  But that's a design

15   variable.  It's not cool.  Right?  I mean, it's --   14:26

16   it's -- it's just nominalism.  It's putting a word

17   on something where you can't possibly tell in

18   advance whether the word is going to apply to a

19   particular product or not.  You can't look at a

20   product and say oh, that's 14.3 cools.  That's not   14:26

21   what it is.

22       Q.  Okay.  You say you can't do that in

23   advance.  How about after you've had some

24   experience in the market?  Are -- are you

25   rejecting the concept that some products are cool   14:26

146

1   describe consumer electronics products.

2       Q.  When you wrote cool is about appealing to

3   young people...

4       A.  That's correct.

5       Q.  You wrote that and you believe that to be   14:24

6   true?

7       A.  I believe that coolness is about

8   trendiness and that the method -- the only method

9   of measuring it I've ever seen is through young

10  people.                                           14:24

11      Q.  Okay.

12      A.  Young adults.

13      Q.  Well, do you believe that coolness is

14  derived from attractive functional design?

15      A.  That's what Steve Jobs says.               14:25

16      Q.  I'm asking you about yourself.

17          Do you believe that coolness is derived

18  from attractive functional design?

19      A.  Let me take back a step.  I think the

20  concept of coolness as a useful economic concept   14:25

21  in analyzing a product is completely zero.  It is

22  not something an economist needs to take

23  seriously.  It is hype and sizzle, and I -- I

24  just -- I think I have adequately demonstrated in

25  my report that it is not worth an adult's time.    14:25

1    and others aren't, and that that affects their

2    demand?

3        A.  It's obvious that some people like to call

4    some products cool.  It -- could we get a bunch of

5    people in the room and have them agree what was          14:27

6    cool and what was not?  I see no evidence that we

7    could.

8        Q.  But do you think the perception that a

9    product is cool compared to another product

10   affects demand?                                          14:27

11       A.  No, because I see no evidence that it

12   does, and, indeed, it's explicitly contradicted in

13   the stuff that I -- I cited.  ⨉

14       Q.  Okay.  Do you think that functionality is

15   one of the sources of coolness?                          14:27

16       A.  I surveyed the literature.  They said that

17   it boils down to technological innovation and

18   functionality.  That's already in the regression.

19   So I don't need to worry about it anymore.

20       Q.  Do you accept the concept that              14:28

21   functionality is a source of a product being cool?

22       A.  Well, if I didn't, I wouldn't put

23   qualitative attributes of a product in the price

24   regression.  And I -- the -- the issue is whether

25   coolness is some independent concept or whether         14:28

205

1   of iPods have fallen once we went to a complete

2   Digital Rights Management-free environment.

3   That's -- that's -- it's a -- it's a more serious

4   analysis of that fact that would be how you'd

5   address that question.                              15:52

6     Q.  Are you familiar with the statement in

7   Tirole, *Theory of Industrial Organization*, quote:

8   The price of the complementary or tied good is

9   higher under Italian sales; whereas, the price of

10  the basic tie-in good is lower?                      15:52

11     A.  Well, he says that under a particular

12  assumption about what the nature of the

13  complementarity is.  You can, as I said before,

14  you can create a model in which the price effect

15  is as you described.  You could also create a      15:52

16  model at which the price effect is the opposite of

17  what you described, which is the paper that I

18  referenced by Riordan.

19         What we know now to be the case after lots

20  of research in the 1990s, is that the effect can   15:53

21  go either way; that it's not a question of

22  economic theory how the effect goes.

23     Q.  Assume that music prices would be higher

24  in the but-for world.

25         Do you agree that means that heavier users  15:53

206

1    of iTunes Music Store may do better in -- with the

2    alleged anticompetitive conduct than in the

3    but-for world?

4        A.  Maybe or maybe not.  It depends what the

5    price effect was.                                    15:53

6            You know, we need some facts here.  What

7    are -- what is -- how many downloads does the most

8    intensive user produce and what is the estimated

9    price effect?  And the -- if the product of those

10   two is greater than the price differential, then     15:53

11   they could, in principle, be better off.

12       Q.  The price differential for iPods?

13       A.  Yes.  On the one hand, you have a price

14   differential.  All right?  For iPods.  IPods have

15   a higher price.  On the other hand, you're           15:54

16   hypothesizing that the price of music is low.

17           And so then the question is:  Is it how

18   much lower?  Is it one cent or ten cents or 30

19   cents?

20       Q.  Is -- does your regression analysis make     15:54

21   any assumptions about whether an increase in

22   demand for a product will always lead to a price

23   increase?

24       A.  Sometimes it leads to a price increase,

25   sometimes it leads to a price decrease.  It          15:54

233

1    Q.  If you use the market method to compare

2   iPods with a single competitive product, you would

3   have the same problem as you would have in the

4   competitive product yardstick method in that you

5   have to identify a suitable comparative product;          16:27

6   right?

7    A.  As I said in the report, that's one of the

8   reasons you probably wouldn't use a single

9   product.  What you would do is use a group of

10  products and look at the variation in market          16:27

11  conditions among them and the variation of markups

12  and try to use that variation to give you insight

13  about what you think the benchmark -- the

14  reference products' margins are.

15    Q.  But if the referenced products you're          16:27

16  choosing are not comparable, any more comparable

17  to the iPod than the single yardstick product you

18  would have used under the yardstick method, the

19  markup method isn't made more reliable simply by

20  choosing more products, is it?          16:27

21    A.  The -- they're different methods.  You're

22  suffering from the delusion of your expert to say

23  that the markup method and the yardstick method

24  are the same thing, and that's not the same --

25  that's not true, okay?          16:28

Aiken Welch Court Reporters   R.G. Noll, Ph.D.,  10/27/09

234

1    The -- the markup method is a distinct

2    method and it -- it -- it has the strength and the

3    weakness that the premise of it is that you can

4    identify a group of things which are not

5    identical, which have different characteristics,          16:28

6    but that there's commonality across them in such a

7    way that if you identify leading firms in a group

8    of markets, their performance, you could make the

9    case, a plausible, more likely than not case, that

10   this product would have been in that category but        16:28

11   for the acts of -- of an incumbent monopolist.

12   Now, how do you that is different than how

13   you do a yardstick method.  All right?  The

14   yardstick is more like the before/after test where

15   you're doing regressions and things like that to         16:28

16   estimate price equations and show that they come

17   out different.

18   That's not what markup does.  What markup

19   does is look at the -- a set of products that have

20   similar R&D intensity, that have similar scale,          16:29

21   similar production technologies, and make the

22   analogy that the markups in those industries, on

23   average, of leading firms, are a good benchmark

24   for the but-for world in this market.  And --

25   Q.  So do you use a regression analysis for              16:29

Aiken Welch Court Reporters   R.G. Noll, Ph.D.,  10/27/09

235

1    the markup method?

2        A.  Usually not.

3        Q.  And do you --

4        A.  But you might.  I mean, you don't want to

5    preclude it.  But you -- it's -- it's not likely.    16:29

6    But you might.

7        Q.  And do you need to examine technical

8    details of the products that you're using for your

9    markup methods?

10       A.  You -- yeah.  They -- they should be        16:30

11   products that have the same kind of components

12   like a microprocessor, a flash memory, LCD

13   display, some buttons to push, you know, a similar

14   kind of circuit board.

15           Yeah.  You're -- you're looking for things  16:30

16   that have the same basic attributes as products

17   that are based on the same technologies and have

18   similar rates of product change that -- where

19   people are introducing new products every year,

20   that kind of thing.                                 16:30

21       Q.  Okay.  And so you find those products, you

22   see what their markup is, and you -- and then what

23   do you do; do you compare Apple's markup with the

24   average of all those companies or with the highest

25   or with the lowest?                                 16:30

Aiken Welch Court Reporters   R.G. Noll, Ph.D.,  10/27/09

236

1    A.  Well, you could do that, but I think that

2  would be stupid, all right?  I think what you

3  would want to do is -- is see if you could develop

4  explanations for whatever variance you observed,

5  all right, in the -- in the set of -- of                16:30

6  comparative products and see if you could find one

7  that you think is for one or two or three that are

8  more plausible indicators of what would have

9  happened in the case of the iPod.

10      But, you know, until you get at the -- the    16:31

11  nuts and bolts of this and get all the information

12  about what their scale is, how many of them they

13  sell, what their costs look like, what their

14  components look like, you really can't make an

15  argument that this is really similar to that.          16:31

16    Q.  Do -- do you have a leading candidate for

17  which company you're going to compare iPod margins

18  with?

19    A.  The -- if -- if the product were -- if

20  there were -- for example, one -- one product        16:31

21  would be 3G cell phones, okay?  That's a potential

22  product, and there what you do is decide what firm

23  would be the candidate for the leading edge firm

24  in 3G cell phones.

25    Q.  And which one's that?                           16:31

237

1      A.  Until I do the analysis I don't know for

2  sure.

3      Q.  Do you need data from Apple to do that

4  analysis?

5      A.  What you -- what you need from that -- you   16:32

6  need two things.  You need -- you need information

7  about market shares and product reviews to decide

8  which products you're going to look at.  And then

9  you need discovery from those companies, which is

10  the hard part, of course.                            16:32

11      Q.  Have you done the first step?

12      A.  No.  I -- what -- what I was in the

13  process of explaining to you is who the candidates

14  were, the very first one, and you interrupted me.

15      Q.  Okay.  But -- let's just take that one     16:32

16  unless you want to finish your answer.  I'm just

17  trying to speed this up.

18      A.  No.  I --

19          MS. SWEENEY:  Objection.  Can -- wait a

20  sec.  I'm not sure what the question is.  I think   16:32

21  that there's question fragments floating around

22  here, and...

23          MR. MITTELSTAEDT:  Fair enough.

24  BY MR. MITTELSTAEDT:

25      Q.  Let's just take the cell phone company.     16:32

Aiken Welch Court Reporters   R.G. Noll, Ph.D.,  10/27/09

238

1   You said you need information about market share

2   and product reviews.

3          Have you gathered market share data and

4   product reviews to decide what products you're

5   going to look at?                                    16:33

6     A.  Not in a systematic way because I can't go

7   to the next step until I get the actual

8   information and see if it's a reasonable

9   comparison.

10         But I know -- I know enough about some of    16:33

11  these other products to know that there are

12  leaders and there are followers.  There are people

13  who get good reviews and people who get bad

14  reviews.

15         So, I mean, I know how to do it and I can    16:33

16  cite where the information is.  But there's no

17  point in going beyond that, because I don't have

18  enough information to know if it really makes

19  sense to -- to -- to do it, to even do this method

20  to begin with from -- as a better method than --   16:33

21  that one of the others, in particular, the

22  before/after method which is, I think, the one

23  that's going to be used.  My guess.  ✳

24    Q.  But let's just focus on this markup

25  method.                                              16:33