# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---oOo---

THE APPLE iPOD iTUNES ANTI-  No. C-050037-JW(RS)
TRUST LITIGATION,

_____/

DEPOSITION OF ROGER G. NOLL, Ph.D.

Taken before EARLY K. LANGLEY, RPR, RMR

CSR No. 3537

September 19, 2008

Aiken Welch COURT REPORTERS
One Kaiser Plaza, Suite 505
Oakland, California 94612
Ph 510-451-1580
Fax 510-451-3797
www.aikenwelch.com

1  advantage.  I don't know.
2      Q.  Okay.  Are you sure that the yardstick
3  method can be implemented in this case?
4      A.  As I have said in my report, that is the
5  one I'm least happy about, all right, in that it          11:33
6  requires identifying the appropriate comparative
7  products.  And my -- I believe that's -- that's
8  the hangup, is identifying the appropriate
9  benchmark products.
10         But, you know, as I've said in the report,        11:34
11 there are some candidates out there.  If the
12 plaintiffs had completed the market correctly,
13 then the most obvious candidates are the products
14 that are the closest functionally to portable
15 digital media players, but that are not in the           11:34
16 same market.
17     Q.  Okay.
18     A.  And I also gave an explanation of why it's
19 possible, although you normally don't do it, you
20 might even be able to use products in the same           11:34
21 market because of the effect that tying has in
22 segmenting the market, so that even though in the
23 absence of anticompetitive acts, all the products
24 would be in the same market, the anticompetitive
25 act may have reduced competition among portable          11:34

1  digital media players sufficiently such that you
2  can actually use the -- some of the competitors in
3  the portable digital media player market as a
4  yardstick. So that's possible, but, again, it
5  requires data that I'm not sure exists.                    11:35
6        So, I would say that's a candidate,
7  someone should pursue it, if they were going to
8  estimate damages, but I have more doubts that that
9  one will work than the other two.
10       Q. Have you done enough work to determine if   11:35
11 the markup method can, in fact, be implemented in
12 this case?
13       A. Well, actually, I'm not the one who did
14 the work. I cited a paper that I found that was
15 fairly recently written that -- that essentially         11:35
16 does this.
17       Now, it doesn't have internal data,
18 unfortunately. It has -- what they did is they
19 tried to build up the cost.
20       Q. Okay. Can you just answer the question?   11:35
21 And the question is: Have you done enough work --
22 have you seen enough work to determine if the
23 markup method can, in fact, be implemented?
24       A. Yes.
25       MS. SWEENEY: Object. He was answering         11:35

1  income, the penetration of complementary products
2  like personal computers and then there's market
3  level phenomenon such as the price of
4  alternatives.
5      Q. All right. Anything else that you would    11:46
6  list as factors that you would need to include, or
7  at least test in your regression analysis?
8      A. No. That's it. I mean, it's -- it's the
9  standard approach to supply and demand analysis
10 where you look at the way costs and the way demand  11:46
11 affects price.
12     Q. Okay. Do you also look at the reason that
13 people buy iPods?
14     A. Well, the reason that people buy iPods is
15 background information to what the demand curve    11:46
16 looks like. So you don't go out and measure
17 people's moods and things like that. You measure
18 the qualitative attributes of the product and the
19 conditions in the market as a way to capture what
20 their demand is. What their reasons are in some    11:47
21 sort of psychological sense is irrelevant.
22     Q. Okay. What are the qualitative factors or
23 the attributes that you would look at?
24     A. The, first of all, the functional features
25 of a product, what --                              11:47

1  somebody had trouble with some particular program
2  isn't sufficient.  You really have to do a serious
3  comparative analysis.
4      Q.  You're aware that the iPod was offered for
5  sale some 18 months before the Music Store was                14:07
6  launched; right?
7      A.  At least, yeah.
8      Q.  Is it possible that the demand for the
9  iPod after April 2003, was caused by the same
10 factors as the demand for the iPod before April              14:07
11 2003?
12     A.  Well, is it possible, yes.
13     Q.  Plausible?
14     A.  I want to say that the demand for the iPod
15 was unaffected by the launching of iTunes Music              14:07
16 Store would be ridiculous.
17   ✳ Q.  Okay.  Let's say that on April 1st, 2003,
18 hypothetically, three things happened, the Music
19 Store was launched.
20     A.  No, it wasn't.  Not April 1st.  April 20            14:08
21 something.
22     Q.  That will not matter for purposes of this
23 hypothetical.
24         Music Store was launched, it included
25 something that resulted in a differential ease of            14:08

1  entry, and a new iPod version was introduced that
2  had some functional improvement.
3       Part of your task will be to try and
4  determine the impact on the demand for the iPod
5  from each of those three things; right?    14:08
6       A. What was the third?
7       Q. The new iPod.
8       A. Well, the new iPod, I understand, and the
9  launch of iTMS, I understand. What's the third?
10      Q. Two aspects of iTMS. One is just the    14:08
11 existence of a new supply for music for an iPod
12 and the other is the differential ease of entry
13 aspect that we talked about this morning.
14      A. Right.
15      Q. So of those three aspects of what happened    14:09
16 in this hypothetical in April of 2003, one of your
17 tasks will be to separate the impact on the demand
18 for the iPod of those three factors.
19      A. That's correct.
20      Q. And how are you going to do that?    14:09
21      A. Well, the -- let's go back a step as to
22 why this is a problem. All right.
23      So, the econometric problem here is to
24 separate out the fact, assuming that everything is
25 as stated in the hypothetical. So three things    14:09

1  happened simultaneously.  How does one separate
2  the effects, and the only plausible way that I
3  know to do that is to look at subsequent events
4  that may have affected some but not all of the
5  demand, and try to estimate what they did to                14:09
6  demand and use that as a mechanism for
7  representing -- for estimating the effects of just
8  the availability in general of digital downloads.
9         With regard to the new model of the iPod,
10 I -- that doesn't strike me as the hard problem             14:10
11 because that's -- that's fairly easy to do based
12 on functionality.  The harder problem is to
13 separate out exclusivity from simply the existence
14 of digital downloads.
15        So, but, having said that, there were              14:10
16 other forms of digital downloads that existed.
17 It's not a -- it didn't go from all -- from
18 nothing to all.  But as I said earlier, it went
19 from relatively little being available to
20 relatively lot.  And, so, there would be -- one of        14:10
21 the explanatory variables you would attempt to use
22 would be some measure of the scope of availability
23 of permanent downloads over the Internet, which it
24 wasn't that it was zero before iTunes Music Store;
25 it was just that it dramatically increased with           14:11

1   iTunes Music Store.

2       Q. Does the before-after method work when the
3   price of the reference product, here iPods, is
4   declining over time?

5       A. Yes, because there -- obviously the                    14:11
6   relevant factor is its profitability, its markup.
7   And all electronic products have declining prices
8   over time. Every Information Technology Case I've
9   ever known about, the issue has been would it have
10  fallen faster.                                                14:11

11      Q. The claim for damages in this case, as you
12  understand it, is an alleged overcharge for iPods;
13  is that right?

14      A. Yes.

15      Q. Who made that decision that that was going    14:11
16  to be the claim for damages?

17      A. I don't know. How would I know that?

18      Q. Well, I mean, one possibility would be
19  that you made it. So let me -- let's rule that
20  out.                                                          14:11

21      A. Which of my law degrees did I use to
22  decide that?

23      Q. How did it come to pass that you have
24  focused on performing or strike that.

25          How did you decide to address your report    14:12