|   |   |
|---|---|
| 1 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | JOHN J. STOIA, JR. (141757)<br>BONNY E. SWEENEY (176174) |
| 3 | THOMAS R. MERRICK (177987)<br>PAULA M. ROACH (254142) |
| 4 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 6 | johns@csgrr.com<br>bonnys@csgrr.com |
| 7 | tmerrick@csgrr.com<br>proach@csgrr.com |
| 8 |   |
| 9 | THE KATRIEL LAW FIRM<br>ROY A. KATRIEL (*pro hac vice*) |
| 10 | 1101 30th Street, N.W., Suite 500<br>Washington, DC  20007 |
| 11 | Telephone:  202/625-4342<br>202/330-5593 (fax) |
| 12 | rak@katriellaw.com |
| 13 | Co-Lead Counsel for Plaintiffs |
| 14 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION )<br>)<br>) | Lead Case No. C-05-00037-JW(RS) |
|---|---|
| ) | <u>CLASS ACTION</u> |
| )<br>This Document Relates To: )<br>)<br>    ALL ACTIONS. )<br>) | NOTICE OF APPEARANCE OF PAULA M. ROACH |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that Paula M. Roach (proach@csgrr.com) of Coughlin Stoia

3  Geller Rudman & Robbins LLP hereby enters her appearance on behalf of plaintiffs Melanie Tucker,

4  Somtai Troy Charoensak and Mariana Rosen in *The Apple iPOD iTunes Anti-Trust Litigation*,

5  No. 05-CV-00037-JW (N.D. Cal.), and requests that all pleadings, notices, orders, correspondence

6  and other papers in connection with this action be served upon her at the e-mail address listed above.

7  DATED: November 17, 2009      COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
8      JOHN J. STOIA, JR.
    BONNY E. SWEENEY
9      THOMAS R. MERRICK
    PAULA M. ROACH

10

11
    s/ Paula M. Roach
12      PAULA M. ROACH

13      655 West Broadway, Suite 1900
    San Diego, CA 92101
14      Telephone: 619/231-1058
    619/231-7423 (fax)
15
    THE KATRIEL LAW FIRM
16      ROY A. KATRIEL
    1101 30th Street, N.W., Suite 500
17      Washington, DC 20007
    Telephone: 202/625-4342
18      202/330-5593 (fax)

19      Co-Lead Counsel for Plaintiffs

20      BONNETT, FAIRBOURN, FRIEDMAN
      & BALINT, P.C.
21      ANDREW S. FRIEDMAN
    FRANCIS J. BALINT, JR.
22      ELAINE A. RYAN
    TODD D. CARPENTER
23      2901 N. Central Avenue, Suite 1000
    Phoenix, AZ 85012
24      Telephone: 602/274-1100
    602/274-1199 (fax)
25
    BRAUN LAW GROUP, P.C.
26      MICHAEL D. BRAUN
    12304 Santa Monica Blvd., Suite 109
27      Los Angeles, CA 90025
    Telephone: 310/442-7755
28      310/442-7756 (fax)

NOTICE OF APPEARANCE OF PAULA M. ROACH - C-05-00037-JW(RS)     - 1 -

| | |
|---|---|
| 1 | |
| 2 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 3 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 4 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 5 | 212/682-1892 (fax) |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 8 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |

S:\CasesSD\Apple Tying\NOT00063122.doc

1          CERTIFICATE OF SERVICE

2      I hereby certify that on November 17, 2009, I electronically filed the foregoing with the

3  Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on November 17, 2009.

          s/ Paula M. Roach
          PAULA M. ROACH

          COUGHLIN STOIA GELLER
              RUDMAN & ROBBINS LLP
          655 West Broadway, Suite 1900
          San Diego, CA  92101-3301
          Telephone:  619/231-1058
          619/231-7423 (fax)

          E-mail:proach@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**

jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)