"The Apple iPod iTunes Anti-Trust Litigation"                                                                                            Doc. 300

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Apple iPod iTunes Anti-Trust Litigation | NO. C 05-00037 JW |
| | **ORDER GRANTING ADMINISTRATIVE MOTION TO INTRODUCE OTHER DEPOSITION PARTS PURSUANT TO FED. R. CIV. P. 32(a)(6)** |

Presently before the Court is Plaintiffs' Administrative Motion to Introduce Other Deposition Parts Pursuant to Fed. R. Civ. P. 32(a)(6). (hereafter, "Motion," Docket Item No. 293.) To date, Defendant has not filed an opposition.

Plaintiffs move for permission to introduce additional deposition testimony of their expert witness, Roger G. Noll, to be considered with the relevant deposition parts introduced by Defendant in its Reply in Support of Motion for Decertification of Rule 23(b)(3) Class[1] and accompanying Reply Expert Report of Dr. Michelle M. Burtis.[2] (Motion at 1; Declaration of Thomas R. Merrick in Support of Plaintiffs' Motion to Introduce Other Deposition Parts Pursuant to Fed. R. Civ. P. 32(a)(6) ¶ 3.)

---

[1] (Docket Item No. 285.)

[2] (Docket Item No. 286.)

1   Fed. R. Civ. P. 32(a)(6) provides: "If a party offers in evidence only part of a deposition, an
2 adverse party may require the offeror to introduce other parts that in fairness should be considered
3 with the part introduced, and any party may itself introduce any other parts."

4   Upon review of the deposition excerpts which Plaintiffs seek to introduce, the Court finds
5 that the additional testimony provides context for the deposition excerpts already introduced by
6 Defendant. Since the supplemental excerpts provide the Court with a clearer understanding of the
7 testimony of Plaintiffs' expert witness, they should in fairness be considered with the parts already
8 introduced.

9   Accordingly, the Court GRANTS Plaintiffs' Administrative Motion to Introduce Other
10 Deposition Parts Pursuant to Fed. R. Civ. P. 32(a)(6).

13 Dated: November 20, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand invalidaddress@invalidaddress.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@csgrr.com
Brian P Murray bmurray@murrayfrank.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Craig Ellsworth Stewart cestewart@jonesday.com
David Craig Kiernan dkiernan@jonesday.com
Elaine A. Ryan eryan@bffb.com
Francis Joseph Balint fbalint@bffb.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@csgrr.com
Michael D Braun service@braunlawgroup.com
Michael D. Braun service@braunlawgroup.com
Michael Tedder Scott michaelscott@jonesday.com
Paula Michelle Roach proach@csgrr.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy A. Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@csgrr.com
Todd David Carpenter tcarpenter@bffb.com
Tracy Strong invalidaddress@invalidaddress.com

**Dated:  November 20, 2009**                          **Richard W. Wieking, Clerk**

                                                       **By:     /s/ JW Chambers**
                                                       **         Elizabeth Garcia**
                                                       **         Courtroom Deputy**