## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 1 hr, 10 mins**

### CIVIL MINUTES

**Judge: James Ware**                     **Courtroom Deputy: Elizabeth Garcia**
**Date:  November 23, 2009**              **Court Reporter: Irene Rodriguez**
**Case No.: C- 05-0037 JW**               **Special Master: N/A**
**Related Case No.:**C-07-06507 JW        **Interpreter: N/A**

### TITLE

"The Apple iPod iTunes Anti-Trust Litigation"
**Related Case:**  Stacie Somers  v. Apple Inc.

**Attorney(s) for Plaintiff(s)**: Bonnie Sweeney, Thomas Merrick, Paula Roach; Helen Zeledes (Stacie Somers)
**Attorney(s) for Defendant(s)**: Robert Mittelstaedt, Michael Scott

### PROCEEDINGS

1. Defendants' Motion  for Decertification of Rule 23(B)(3) Class [Doc. 240]
2. Plaintiffs' Motion to Modify Injunctive Relief Class Definition to Include iTMS Purchasers [Doc. 236]
3. Defendant's Motion for Reconsideration of Rule 23(B)(2) [Doc. 244, 250 (sealed motion)]
**Related Case:**
4) Plaintiff's Supplemental Motion for Class Certification Pursuant to Rule 23(b)(2) [Doc. 83]

### ORDER AFTER HEARING

Hearing Held.  The Court took the matter under submission after oral argument.  The Court set a hearing for Defendant's Motion for Summary Judgment on February 8, 2010 at 9:00 AM. The Court to issue further Order on the various Motions.

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: