1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  JOHN J. STOIA, JR. (141757)
   BONNY E. SWEENEY (176174)
3  THOMAS R. MERRICK (177987)
   PAULA M. ROACH (254142)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  johns@csgrr.com
   bonnys@csgrr.com
7  tmerrick@csgrr.com
   proach@csgrr.com
8
   THE KATRIEL LAW FIRM
9  ROY A. KATRIEL (*pro hac vice*)
   1101 30th Street, N.W., Suite 500
10 Washington, DC  20007
   Telephone:  202/625-4342
11 202/330-5593 (fax)
   rak@katriellaw.com
12
   Co-Lead Counsel for Plaintiffs
13
   [Additional counsel appear on signature page.]
14
                  UNITED STATES DISTRICT COURT
15
                 NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN JOSE DIVISION
17
18 THE APPLE IPOD ITUNES ANTI-TRUST      )  Lead Case No. C-05-00037-JW(RS)
   LITIGATION                            )
19 ─────────────────────────────────     )  CLASS ACTION
                                         )
20 This Document Relates To:             )  NOTICE OF MOTION AND
                                         )  ADMINISTRATIVE MOTION TO FILE
21    ALL ACTIONS.                       )  UNDER SEAL PORTIONS OF
   ─────────────────────────────────     )  PLAINTIFFS' MOTION TO COMPEL
                                         )  FURTHER RESPONSE FROM
22                                          DEFENDANT APPLE, INC. AND
                                            EXHIBITS 11, 17, 22, 23, 24, 27, 30, 35 TO
23                                          THE ROACH DECLARATION PURSUANT
                                            TO LOCAL RULE 79-5(b)-(c)
24
25                                          Judge:  Magistrate Richard Seeborg
                                            Date:   February 10, 2010
26                                          Time:   9:30 a.m.
                                            Ctrm:   4 – 5th Floor
27
28

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Rule 7-11(a) and 79-5(b)-(c), on February 10, 2010 at 9:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 4, Fifth Floor, located at 280 South First Street, San Jose, California, before Magistrate Richard Seeborg, Plaintiffs Somtai Troy Charoensak, Mariana Rosen, and Melanie Tucker (collectively "Plaintiffs") will move for permission from the Court to file under seal portions of Plaintiffs' Motion to Compel Further Response from Defendant Apple, Inc. and Exhibits 11, 17, 22, 23, 24, 27, 30, 35 to the Roach Declaration.

The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of Paula M. Roach in Support of Plaintiffs' Motion to File Under Seal Portions of Plaintiffs' Motion to Compel Further Response from Defendant Apple, Inc. and Exhibits 11, 17, 22, 23, 24, 27, 30, 35 to the Roach Declaration Pursuant to Local Rule 79-5(b)-(c), filed concurrently herewith.  Plaintiffs have also concurrently lodged a proposed order.

DATED:  January 5, 2010

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
PAULA M. ROACH


                    s/ Paula M. Roach
              PAULA M. ROACH

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

1

2          BONNETT, FAIRBOURN, FRIEDMAN
              & BALINT, P.C.
3          ANDREW S. FRIEDMAN
           FRANCIS J. BALINT, JR.
4          ELAINE A. RYAN
           TODD D. CARPENTER
5          2901 N. Central Avenue, Suite 1000
           Phoenix, AZ  85012
6          Telephone:  602/274-1100
           602/274-1199 (fax)
7
           BRAUN LAW GROUP, P.C.
8          MICHAEL D. BRAUN
           12304 Santa Monica Blvd., Suite 109
9          Los Angeles, CA  90025
           Telephone:  310/442-7755
10         310/442-7756 (fax)

11         MURRAY, FRANK & SAILER LLP
           BRIAN P. MURRAY
12         JACQUELINE SAILER
           275 Madison Avenue, Suite 801
13         New York, NY  10016
           Telephone:  212/682-1818
14         212/682-1892 (fax)

15         GLANCY BINKOW & GOLDBERG LLP
           MICHAEL GOLDBERG
16         1801 Avenue of the Stars, Suite 311
           Los Angeles, CA  90067
17         Telephone:  310/201-9150
           310/201-9160 (fax)

18         Additional Counsel for Plaintiffs

19   S:\CasesSD\Apple Tying\secy\NOT00063929.doc

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2          I hereby certify that on January 5, 2010, I electronically filed the foregoing with the Clerk of

3    the Court using the CM/ECF system which will send notification of such filing to the e-mail

4    addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5    mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6    participants indicated on the attached Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct.  Executed on January 5, 2010.

9                                                           s/ PAULA M. ROACH
                                                       PAULA M. ROACH
10
                                                       COUGHLIN STOIA GELLER
11                                                          RUDMAN & ROBBINS LLP
                                                       655 West Broadway, Suite 1900
12                                                     San Diego, CA  92101-3301
                                                       Telephone:  619/231-1058
13                                                     619/231-7423 (fax)
                                                       E-mail:proach@csgrr.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@csgrr.com

- **Elaine A. Ryan**

eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`