1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) ) | Lead Case No. C-05-00037-JW(RS) <br> <u>CLASS ACTION</u> |
|---|---|---|
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSE FROM DEFENDANT APPLE, INC. |

Good cause appearing, therefore, it is hereby ordered that:

1. Apple shall promptly produce documents responsive to Plaintiffs' Rule 30(b)(6) topics previously agreed to by the parties within 30 days of the entry of this order;

2. Apple shall produce documents responsive to Request for Production No. 24 by providing supplemental production of customer complaints within 30 days of the entry of this order;

3. Apple shall provide immediate response to Interrogatories 1-3, and 5 within 30 days of the entry of this order; and

4. Apple shall promptly produce documents responsive to plaintiffs' amended first set of requests for production of documents within 30 days of the entry of this order.

IT IS SO ORDERED.

DATED: _____        _____
                                            THE HONORABLE RICHARD SEEBORG
                                            UNITED STATES MAGISTRATE JUDGE

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
PAULA M. ROACH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL FURTHER
RESPONSE FROM DEFENDANT APPLE, INC. - C-05-00037-JW(RS)                              - 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN  & BALINT, P.C. |
|   | ANDREW S. FRIEDMAN |
| 3 | FRANCIS J. BALINT, JR. |
|   | ELAINE A. RYAN |
| 4 | TODD D. CARPENTER |
|   | 2901 N. Central Avenue, Suite 1000 |
| 5 | Phoenix, AZ  85012 |
|   | Telephone:  602/274-1100 |
| 6 | 602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C. |
|   | MICHAEL D. BRAUN |
| 8 | 12304 Santa Monica Blvd., Suite 109 |
|   | Los Angeles, CA  90025 |
| 9 | Telephone:  310/442-7755 |
|   | 310/442-7756 (fax) |
| 10 | |
|   | MURRAY, FRANK & SAILER LLP |
| 11 | BRIAN P. MURRAY |
|   | JACQUELINE SAILER |
| 12 | 275 Madison Avenue, Suite 801 |
|   | New York, NY  10016 |
| 13 | Telephone:  212/682-1818 |
|   | 212/682-1892 (fax) |
| 14 | |
|   | GLANCY BINKOW & GOLDBERG LLP |
| 15 | MICHAEL GOLDBERG |
|   | 1801 Avenue of the Stars, Suite 311 |
| 16 | Los Angeles, CA  90067 |
|   | Telephone:  310/201-9150 |
| 17 | 310/201-9160 (fax) |
| 18 | Additional Counsel for Plaintiffs |
| 19 | S:\CasesSD\Apple Tying\secy\ORD00063933.doc |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSE FROM DEFENDANT APPLE, INC. - C-05-00037-JW(RS)                                                                       - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 5, 2010.

  s/ Paula M. Roach
PAULA M. ROACH

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:proach@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com,valdajani@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@csgrr.com

- **Elaine A. Ryan**

eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,gwayte@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  invalidaddress@invalidaddress.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)