UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Case No:   **05-00037**

Title:   **"THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION"  v.  "THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION"**

**REASSIGNMENT ORDER**

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that the referral of all discovery matters in this case to Judge Richard Seeborg is hereby withdrawn, and all discovery matters will hereafter be heard by Magistrate Judge Howard R. Lloyd.

DATE: January 7, 2010                        FOR THE EXECUTIVE COMMITTEE

_Richard W. Wieking_
Clerk