**\*\* E-filed January 7, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | No. C05-00037 JW (HRL) |
| | **CLERK'S NOTICE CONTINUING HEARING DATE** |
| _____ / | **[Re: Docket No. 306]** |

PLEASE TAKE NOTICE THAT, in view of the recent reassignment of discovery matters for this case (Docket No. 308), the hearing on plaintiffs' motion to compel, currently set for February 10, 2010 before Judge Seeborg, has **been continued to February 16, 2010 at 10:00 a.m. before Judge Lloyd in Courtroom 2, Fifth Floor**, United States District Court, 280 South First Street, San Jose, California.

Dated: January 7, 2010

                            /s/ SLP
                    Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

Dockets.Justia.com

**C 05-00037 JW (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Adam Richard Sand, Esq | invalidaddress@invalidaddress.com |
| Alreen Haeggquist | alreenh@zhlaw.com, judyj@zhlaw.com |
| Andrew S. Friedman | afriedman@bffb.com, rcreech@bffb.com |
| Bonny E. Sweeney | bonnys@csgrr.com, christinas@csgrr.com, E_file_sd@csgrr.com, proach@csgrr.com |
| Brian P Murray | bmurray@murrayfrank.com |
| Caroline Nason Mitchell | cnmitchell@jonesday.com, ewallace@jonesday.com, mlandsborough@jonesday.com |
| Craig Ellsworth Stewart | cestewart@jonesday.com, mlandsborough@jonesday.com |
| David Craig Kiernan | dkiernan@jonesday.com, lwong@jonesday.com, valdajani@jonesday.com |
| Elaine A. Ryan | eryan@bffb.com, pjohnson@bffb.com |
| Francis Joseph Balint, Jr | fbalint@bffb.com |
| Helen I. Zeldes | helenz@zhlaw.com |
| Jacqueline Sailer | jsailer@murrayfrank.com |
| John J. Stoia, Jr | jstoia@csgrr.com |
| Michael D. Braun | service@braunlawgroup.com, clc@braunlawgroup.com |
| Michael Tedder Scott | michaelscott@jonesday.com, gwayte@jonesday.com |
| Paula Michelle Roach | proach@csgrr.com |
| Robert Allan Mittelstaedt | ramittelstaedt@jonesday.com, ybennett@jonesday.com |
| Roy A. Katriel | rak@katriellaw.com, rk618@aol.com |
| Thomas J. Kennedy | tkennedy@murrayfrank.com |
| Thomas Robert Merrick | tmerrick@csgrr.com |
| Todd David Carpenter | tcarpenter@bffb.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**