# EXHIBIT A

**Plaintiffs' Motion To Compel**

| | | |
|---|---|---|
| From: | David Kiernan<br>Extension: 3-5745 | 01/12/2010 01:15 PM |
| To: | Tom Merrick | |
| Cc: | Bonny Sweeney, "Paula Roach", Robert A Mittelstaedt, Michael Scott | |

Dear Tom: I left you two voice mails to call me so that we can discuss plaintiffs' motion to compel. Given the status of the case, we propose that (1) plaintiffs take the motion off calendar, (2) Apple will agree to produce a witness on agreed-upon 30(b)(6) topics in the first part of February and will produce documents responsive to the 30(b)(6) before the deposition, and (3) Apple will oppose plaintiffs' motion to compel, unless otherwise resolved, 30 days after Apple answers the amended complaint.

     We believe that continuing the motion to compel is appropriate for several reasons. First, the motion to compel is premature. It seeks to compel Apple to produce within 30 days all outstanding discovery based on the consolidated complaint filed in 2007. Given the court's recent rulings, the status of the pleadings is uncertain. Last fall the court dismissed plaintiffs' Section 1 claims and, on December 22, 2009, decertified the class and requested plaintiffs to file an amended complaint or, in the alternative, requested defendant to file a motion for judgment on the pleadings on the ground that it is unclear whether the complaint states a claim for relief. The extension is necessary to allow Apple time to review any amended complaint and meet and confer regarding the scope of discovery in light of that complaint and the court's rulings. Until the amended complaint is filed, we are unable to assess the proper scope of discovery in this case. Moreover, there is no need for the parties to incur the burdensome costs of discovery until the pleadings are complete. Second, plaintiffs' motion essentially seeks an order compelling Apple to produce documents more quickly. But there are no deadlines in this case and thus no reason why this discovery cannot wait until the pleadings are finalized and issues joined. Finally, as mentioned above, Apple is willing to complete discovery on the agreed upon 30(b)(6) topics. Taking the motion off calendar will allow Apple to focus on and complete such discovery.

     Please let me know by close of business tomorrow whether this approach is agreeable and plaintiffs will agree to take the motion off calendar on this basis. Thanks


David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========