| | |
|---|---|
| 1 | Robert A. Mittelstaedt #060359 |
| | Craig E. Stewart #129530 |
| 2 | Michael Scott #255282 |
| | JONES DAY |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, CA  94104 |
| 4 | Telephone:  (415) 626-3939 |
| | Facsimile:   (415) 875-5700 |
| 5 | ramittelstaedt@jonesday.com |
| | cestewart@jonesday.com |
| 6 | michaelscott@jonesday.com |
| 7 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No.  C 05-00037 JW<br>C 06-04457 JW<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION TO COMPEL** |

Having considered Apple Inc.'s Administrative Motion to Continue The Hearing On Plaintiffs' Motion To Compel and the Declaration of David C. Kiernan in support thereof, and good cause appearing, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative Motion is GRANTED.  The hearing on Plaintiffs' Motion To Compel (Doc. 306) currently set for February 16, 2010, is continued to a date to be determined after the case management conference scheduled for February 22, 2010.

**IT IS SO ORDERED.**

Dated: _____, 2010

James Howard R. Lloyd
United States Magistrate Judge

SFI-619253v1

[Proposed] Order Granting Admin. Mot. To Continue Hearing
C 05 00037 JW (HRL), C-06-04457 JW (HRL)