1

2

3

4

5

6

7

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER DENYING APPLE INC.'S MOTION TO CONTINUE THE |
| ALL ACTIONS. | HEARING ON PLAINTIFFS' MOTION TO COMPEL |

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered Apple Inc.'s Administrative Motion to Continue the Hearing on

2  Plaintiffs' Motion to Compel, and accompanying declaration in support thereof, as well as Plaintiffs'

3  Opposition to Apple's motion, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative

4  Motion is DENIED in its entirety.  The hearing on Plaintiffs' Motion to Compel (Dkt. No. 306)

5  currently set for February 16, 2010, shall remain on calendar.

6                                    *        *        *

7                                **O R D E R**

8        IT IS SO ORDERED.

9  DATED: _____        _____
                                              THE HONORABLE HOWARD R. LLOYD
10                                             UNITED STATES MAGISTRATE JUDGE

11  Submitted by:

12  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
13  JOHN J. STOIA, JR.
    BONNY E. SWEENEY
14  THOMAS R. MERRICK
    PAULA M. ROACH
15  655 West Broadway, Suite 1900
    San Diego, CA  92101
16  Telephone:  619/231-1058
    619/231-7423 (fax)

17

18  THE KATRIEL LAW FIRM
    ROY A. KATRIEL
19  1101 30th Street, N.W., Suite 500
    Washington, DC  20007
20  Telephone:  202/625-4342
    202/330-5593 (fax)

21  Co-Lead Counsel for Plaintiffs

22  BONNETT, FAIRBOURN, FRIEDMAN
       & BALINT, P.C.
23  ANDREW S. FRIEDMAN
    FRANCIS J. BALINT, JR.
24  ELAINE A. RYAN
    TODD D. CARPENTER
25  2901 N. Central Avenue, Suite 1000
    Phoenix, AZ  85012
26  Telephone:  602/274-1100
    602/274-1199 (fax)

27

28  BRAUN LAW GROUP, P.C.
    MICHAEL D. BRAUN

[PROPOSED] ORDER DENYING APPLE INC.'S MOTION TO CONTINUE THE HEARING ON
PLAINTIFFS' MOTION TO COMPEL - C-05-00037-JW(HRL)                           - 1 -

1 | 12304 Santa Monica Blvd., Suite 109
Los Angeles, CA  90025
2 | Telephone:  310/442-7755
310/442-7756 (fax)
3
MURRAY, FRANK & SAILER LLP
4 | BRIAN P. MURRAY
JACQUELINE SAILER
5 | 275 Madison Avenue, Suite 801
New York, NY  10016
6 | Telephone:  212/682-1818
212/682-1892 (fax)
7
GLANCY BINKOW & GOLDBERG LLP
8 | MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
9 | Los Angeles, CA  90067
Telephone:  310/201-9150
10 | 310/201-9160 (fax)

11 | Additional Counsel for Plaintiffs

12 | I:\DeeM\Apple Tying-Ord re Cont of MTC.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING APPLE INC.'S MOTION TO CONTINUE THE HEARING ON
PLAINTIFFS' MOTION TO COMPEL - C-05-00037-JW(HRL)                                    - 2 -