1 | Robert A. Mittelstaedt #060359
Craig E. Stewart #129530
2 | JONES DAY
555 California Street, 26th Floor
3 | San Francisco, CA 94104
Telephone: (415) 626-3939
4 | Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
5 | cestewart@jonesday.com

6 | Attorneys for Defendant
APPLE INC.

*IT IS SO ORDERED*
*Judge James Ware*
1/20/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No. **C 05-00037 JW** |
| | **C 06-04457 JW** |
| _____ | **CLASS ACTION** |
| **This Document Relates To:** | |
| ALL ACTIONS. | **NOTICE OF WITHDRAWAL OF ATTORNEY** |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Adam R. Sand is hereby withdrawn as counsel of record in this matter. Please update the ECF notification as well.

Dated: October 30, 2009         JONES DAY

                                By:/s/ Robert A. Mittelstaedt
                                    Robert A. Mittelstaedt

                                Counsel for Defendant APPLE INC.

SFI-622109v1

1

NOTICE
C 05 00037 JW