1  Robert A. Mittelstaedt #060359
   Craig E. Stewart #129530
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700
   ramittelstaedt@jonesday.com
5  cestewart@jonesday.com

6  Attorneys for Defendant
   APPLE INC.

7

IT IS SO ORDERED
*James Ware* (signature)
Judge James Ware
1/20/2010

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  **THE APPLE iPOD iTUNES ANTI-**          **Case No. C 05-00037 JW**
    **TRUST LITIGATION**                              **C 06-04457 JW**
13
                                                **CLASS ACTION**
14  _____

    **This Document Relates To:**               **NOTICE OF WITHDRAWAL OF**
15                                              **ATTORNEY**
         **ALL ACTIONS.**
16

17

18  TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

19  PLEASE TAKE NOTICE that Tracy Strong is hereby withdrawn as counsel of record

20  in this matter.  Please update the ECF notification as well.

21  Dated: October 30, 2009              JONES DAY

22                                       By:/s/ Robert A. Mittelstaedt
23                                           Robert A. Mittelstaedt

24                                       Counsel for Defendant APPLE INC.

25

26

27

28

SFI-622109v2

                                                                            NOTICE
                                                                      C 05 00037 JW

                              1