1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael Scott #255288
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW<br>C 06-04457 JW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSE FROM DEFENDANT APPLE INC. AND EXHIBITS 11, 17, 22, 23, 24, 27, 30, 35 TO THE ROACH DECLARATION PURSUANT TO LOCAL RULE 79-5(b)-(c)**<br><br>**DATE:**  February 10, 2010<br>**TIME:**   9:30 A.M.<br>**PLACE:** Courtroom 2, 5th floor |

[Proposed] Order to File Under Seal
C 05-00037 JW; C 06-04457 JW

1 | Having considered Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Motion to Compel Further Response From Defendant Apple Inc. and Exhibits 11, 17, 22, 23, 24, 27, 30, 35 To The Roach Declaration Pursuant to Local Rule 79-5(b)-(c):

IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion to File Under Seal is GRANTED.  The Clerk of Court shall file under seal the unredacted versions of:  Plaintiffs' Motion to Compel Further Response From Defendant Apple Inc, the Declaration of Paula Roach in Support of Plaintiffs' Motion to Compel, and exhibits 11, 22, 23, 24, 30, and 35 to the Roach Declaration.

**IT IS SO ORDERED.**

Dated: _____, 2010          By:

_____
Hon. Howard Lloyd
United States Magistrate Judge

SFI-623123v1