1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael Scott #255288
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13

14  THE APPLE iPOD iTUNES ANTI-        Case No.  C 05-00037 JW
    TRUST LITIGATION                             C 06-04457 JW
15
                                       **CERTIFICATE OF SERVICE**
16

17

18

19

20

21

22

23  / / /

24  / / /

25

26

27

28

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| ROBERT A. MITTELSTAEDT (#060359)<br>CRAIG E. STEWART (#129530)<br>MICHAEL SCOTT (#255282)<br>JONES DAY<br>555 CALIFORNIA STREET, 26TH FLOOR<br>SAN FRANCISCO, CA 94104<br>Attorney(s) for: DEFENDANT APPLE INC.<br>Ref: 3074713 | | (415) 626-3939 | | |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE DIVISION | | | | |
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>C 05-00037 JW (HRL)<br>C 06-04457 JW (HRL) |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
APPLE INC.'S ADMINISTRATIVE MOTION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION TO COMPEL; DECLARATION OF DAVID C. KIERNAN IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION TO COMPEL; [PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION TO COMPEL

2. a. Party served: BONNY E. SWEENEY, THOMAS R. MERRICK, COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

   b. Witness served: CATHY BATMAN, RECEPTIONIST, ACCEPTED SERVICE FOR BONNY E. SWEENEY, THOMAS R. MERRICK, COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

   c. Address: 655 WEST BROADWAY, SUITE 1900
   SAN DIEGO, CA 92101

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on: 01-15-10     (2) at: 4:50PM

4. I received this document for service on (date): JANUARY 15, 2010

5. Person serving:     a. Fee for service $
TREVOR FRAY
NATIONWIDE LEGAL, INC.
859 HARRISON STREET, SUITE A
SAN FRANCISCO, CALIFORNIA 94107
(415) 351-0400

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 21, 2010

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE