Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan  #215335
dkiernan@jonesday.com
Michael T. Scott  #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037 JW (HRL)<br>C 06-04457 JW (HRL)<br><br>**DECLARATION OF MICHAEL SCOTT IN SUPPORT OF APPLE'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT** |
|---|---|

I, Michael Scott, declare as follows:

1. I am an associate in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104.  I am a member in good standing of the State Bar of California (#255282) and represent Apple Inc. in this case.  I make this declaration in support of Apple's Motion to Dismiss Or, Alternatively, for Summary Judgment.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

- 1 -

Scott Decl. ISO Apple's Motion to Dismiss
C 05 00037 JW (HRL), C 06-04457 JW (HRL)

Dockets.Justia.com

2. Attached hereto as Exhibit 1 is a true and correct copy of Ina Fried & Daniel Terdiman, *Microsoft's Zune to Rival Apple's iPod*, CNET News, July 21, 2006, printed from http://news.cnet.com/Microsofts-Zune-to-rival-Apples-iPod/2100-1041_3-6097196.html on February 17, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of Gary L. French, Ph.D., taken in Somers v. Apple (Case No. C 07-6507) on April 3, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of Thomas O. Barnett, Assistant Attorney General, Antitrust Division, U.S. Department of Justice, *Interoperability Between Antitrust and Intellectual Property*, Presentation to the George Mason University School of Law Symposium, Managing Antitrust Issues in a Global Marketplace, September 13, 2006, printed from http://www.justice.gov/atr/public/speeches/218316.htm on February 17, 2010.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of RealNetworks, Inc.'s Form 10-Q report to the Securities and Exchange Commission for the quarter ended June 30, 2005, printed from http://www.sec.gov/Archives/edgar/data/1046327/000095012405004817/v11277e10vq.htm on February 17, 2010.

6. Attached hereto as Exhibit 5 is a true and correct copy of A.B. 671, 1989-1990 Leg., Reg. Sess. (Cal. 1989).

7. Attached hereto as Exhibit 6 is a true and correct copy of S.B. 1814, 2001-2002 Leg., Reg. Sess. (Cal. 2002).

8. Attached hereto as Exhibit 7 is a true and correct copy of S.B. 1274, 2005-2006 Leg., Reg. Sess. (Cal. 2006).

- 2 -

Scott Decl. ISO Apple's Motion to Dismiss
C 05 00037 JW (HRL), C 06-04457 JW (HRL)

1  I declare under penalty of perjury under the laws of the United States and the State of
2  California that the foregoing is true and correct.
3  Executed this 22nd day of February, 2010 in San Francisco, California.

6                                              /s/ Michael Scott
                                               Michael Scott
7  SFI-630339v1

- 3 -

Scott Decl. ISO Apple's Motion to Dismiss
C 05 00037 JW (HRL), C 06-04457 JW (HRL)