

Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037 JW (HRL)<br>C 06-04457 JW (HRL)<br><br>**DECLARATION OF JEFFREY ROBBIN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO SEAL** |
| --- | --- |

I, Jeffrey Robbin, declare as follows:

    1.    I am the Vice President of iTunes and Apple TV Engineering at Apple.  I make this declaration in support of Apple's Administrative Motion To File Under Seal.  The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

    2.    Apple's Motion to Dismiss or, Alternatively, Motion for Summary Judgment, and the Declaration of Jeffrey Robbin in support thereof, contain highly confidential and commercially sensitive business information, including confidential details of Apple's FairPlay digital rights management (DRM) technology and updates to that technology, confidential

Decl. ISO Apple's Administrative Motion to Seal
C 05 00037 JW (HRL), C 06-04457 JW (HRL)

- 1 -

Dockets.Justia.com

contract terms, and confidential communications between Apple and record labels regarding the distribution of music through the iTunes Store and Apple's FairPlay DRM technology. Apple keeps this information highly confidential and does not publicly disclose it.

3. Apple's FairPlay technology is a highly protected trade secret, and Apple uses physical and electronic controls to protect it. The efficacy of FairPlay is dependent on the confidentiality of information regarding its operation and maintenance. Only a few Apple employees have access to and work on FairPlay, and they work in restricted areas. Information regarding FairPlay is non-public, proprietary information from a public company that should remain confidential. Harm to Apple would result from the public disclosure of the information.

4. Apple's contracts with record labels, which include information regarding the manner in which FairPlay protects music sold through the iTunes Store, are subject to confidentiality provisions and have not been disclosed outside of Apple except to plaintiffs pursuant to the Stipulation and Protective Order Regarding Confidential Information entered June 13, 2007 ("Protective Order," Doc. 112). Similarly, Apple's communications with the record labels regarding FairPlay's operation and the distribution of music through Apple's iTunes Store are kept highly confidential and have not been disclosed outside of Apple except to plaintiffs pursuant to the Protective Order. This information is non-public information from a public company that should remain confidential. Harm to Apple would result from the public disclosure of this highly confidential information. For example, the disclosure of confidential contract terms and communications regarding those terms would adversely impact Apple's bargaining position in future dealings with current and potential business partners.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this ⏐⏐ day of February, 2010 in Cupertino, California.

Jeffrey Robbin

SFI-629192v4

Decl. ISO Apple's Administrative Motion to Seal
C 05 00037 JW (HRL), C 06-04457 JW (HRL)