1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael T. Scott #255282
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

9

                    UNITED STATES DISTRICT COURT

10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13

14 | THE APPLE iPOD iTUNES ANTI-TRUST | **Case No. C 05-00037 JW (HRL)**
   | LITIGATION. | **C 06-04457 JW (HRL)**
15
   | | **MANUAL FILING NOTIFICATION**
16

**MANUAL FILING NOTIFICATION**

Regarding: **DECLARATION OF JEFFREY ROBBIN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT – DOCUMENT FILED UNDER SEAL**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[_] Other (description): _____

Dated: February 22, 2010                    JONES DAY

                                            By:   /s/Michael Scott
                                                  Michael Scott

                                            Attorneys for Defendant
                                            APPLE INC.

SFI-630747v1