| | |
|---|---|
| 1 | Robert A. Mittelstaedt  #60359 |
| | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart  #129530 |
| | cestewart@jonesday.com |
| 3 | David C. Kiernan #215335 |
| | dkiernan@jonesday.com |
| 4 | Michael T. Scott #255282 |
| | michaelscott@jonesday.com |
| 5 | JONES DAY |
| | 555 California Street, 26th Floor |
| 6 | San Francisco, CA  94104 |
| | Telephone:     (415) 626-3939 |
| 7 | Facsimile:      (415) 875-5700 |
| 8 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | **Case Nos. C 05 00037 JW (HRL)**<br>**C 06-04457 JW (HRL)**<br><br>**CERTIFICATE OF SERVICE** |

SFI-629239v1

1

PROOF OF SERVICE
Case Nos. C 05 00037 JW (HRL)
C 06-04457 JW (HRL)

Dockets.Justia.com

**PROOF OF SERVICE**

I, Yumi Bennett, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On February 22, 2010, I served a copy of the within document(s):

1. **APPLE'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT - (DOCUMENT FILED UNDER SEAL);**
2. **DECLARATION OF JEFFREY ROBBIN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT - (DOCUMENT FILED UNDER SEAL)**

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐   by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐   by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1     I declare that I am employed in the office of a member of the bar of this court at whose
2 direction the service was made.

3     Executed on February 22, 2010, at San Francisco, California.

*[signature]*
Yumi Bennett

# SERVICE LIST

**Attorneys for Plaintiffs:**

| | |
|---|---|
| Bonny E. Sweeney<br>Thomas R. Merrick<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>T:  (619) 231-1058<br>F:  (619) 231-7423<br>bonnys@csgrr.com<br>tmerrick@csgrr.com | Roy A. Katriel<br>The Katriel Law Firm, P.C.<br>1101 30th Street, NW, Suite 500<br>Washington, DC  20007<br>T:  (202) 625-4342<br>rak@katriellaw.com |
| Andrew S. Friedman<br>Francis J. Balint, Jr.<br>Elaine A. Ryan<br>Todd D. Carpenter<br>Bonnett Fairbourn Friedman & Balint PC<br>2901 North Central Avenue, Suite 1000<br>Phoenix, AZ  85012<br>T:  (602) 274-1100<br>F:  (602) 274-1199<br>afriedman@bffb.com<br>fbalint@bffb.com<br>eryan@bffb.com<br>tcarpenter@bffb.com | Michael D. Braun<br>Braun Law Group<br>10680 West Pico Boulevard, Suite 280<br>Los Angeles, CA  90064<br>T:  (310) 836-6000<br>F:  (310) 836-6010<br>mdb@braunlawgroup.com |
| Brian P. Murray<br>Jacqueline Sailer<br>Murray Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>T:  (212) 682-1818<br>F:  (212) 682-1892<br>bmurray@murrayfrank.com<br>jsailer@murrayfrank.com | Marc Godino<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>T:  (310) 201-9150<br>F:  (310) 201-9160<br>mgodino@glancylaw.com |

**Attorneys for Plaintiff Stacie Somers:**

| | |
|---|---|
| Helen I. Zeldes<br>Alreen Haeggquist<br>Zeldes & Haeggquist LLP<br>625 Broadway, Suite 906<br>San Diego, CA 92101<br>T:  (619) 434-0024<br>F:  (619) 342-7878<br>helenz@zhlaw.com<br>alreenh@zhlaw.com | Steven A. Skalet<br>Craig L. Briskin<br>Mehri & Skalet PLLC<br>1250 Connecticut Ave., NW, Suite 300<br>Washington, DC 20036<br>T:  (202) 822-5100<br>F:  (202) 822-4997<br>sskalet@findjustice.com<br>cbriskin@findjustice.com |