1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael T. Scott #255282
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST     Case No. C 05-00037 JW (HRL)
    LITIGATION.                                    C 06-04457 JW (HRL)
15

16                                        **DECLARATION OF BETH
                                          KELLERMANN IN SUPPORT OF
17                                        APPLE INC.'S OPPOSITION TO
                                          PLAINTIFFS' MOTION TO
18                                        COMPEL**

19                                        Magistrate Judge Howard R. Lloyd

20                                        Date:  March 23, 2010
                                          Time: 9:00 a.m.
21                                        Courtroom 2, 5th Floor

22

23  I, Beth Kellermann, declare as follows:

24        1.     I am the Litigation eDiscovery Manager at Apple Inc. and am familiar with how

25  Apple maintains inquiries it receives from customers relating to the iPod product line and the

26  iTunes Store ("iTS").  The facts stated in this declaration are true and based upon personal

27  knowledge or on information I gathered from employees of Apple Inc. and, if called to testify to

28  them, I would competently do so.

- 1 -

White Decl. ISO Defendant's
Opposition To Motion To Compel
C 05 00037 JW (HRL), C 06-04457 JW (HRL)

Dockets.Justia.com

2. Apple maintains inquiries it receives from its customers in the U.S. for the iPod product line in its Global Customer Relationship Management Database ("GCRM"). Using criteria provided by counsel to search GCRM, there are approximately 191,000 inquiries that Apple received from June 1, 2007 through March 31, 2009 for the iPod product line to be reviewed. Each inquiry must still be manually reviewed to determine whether it is relevant to plaintiffs' request.

3. Apple maintains inquiries it receives from its customers regarding iTS in its Sonar database. Using criteria provided by counsel to search Sonar, there are approximately 17,000 inquiries that Apple received between June 1, 2007 and March 31, 2009. Each inquiry must still be manually reviewed to determine whether it is relevant to plaintiffs' request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of March, 2010 in Cupertino, California.

/s/ Beth Kellermann_____
Beth Kellermann

I, as filer, attest that Beth Kellermann has concurred in the filing of this document pursuant to General Order No. 45.

/s/ David C. Kiernan_____
David C. Kiernan

SFI-631004v2

- 2 -

Decl. ISO Defendant's
Opposition To Motion To Compel
C 05 00037 JW (HRL), C 06-04457 JW (HRL)