COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
johns@csgrr.com
bonnys@csgrr.com
tmerrick@csgrr.com
proach@csgrr.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To: | MOTION FOR WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSE FROM DEFENDANT APPLE, INC. SET FOR MARCH 23, 2010 |
| ALL ACTIONS. | |

508412_1

1  The parties have amicably resolved all of the issues related to Plaintiffs' Motion to Compel Further Response from Defendant Apple, Inc. set for March 23, 2010. Dkt. No. 306  Accordingly, the motion to compel is moot.  Plaintiffs respectfully request that their motion to compel be taken off calendar.

DATED: March 9, 2010                     Respectfully submitted,

                                         COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
                                         JOHN J. STOIA, JR.
                                         BONNY E. SWEENEY
                                         THOMAS R. MERRICK
                                         PAULA M. ROACH


                                                s/ Paula M. Roach
                                         PAULA M. ROACH

                                         655 West Broadway, Suite 1900
                                         San Diego, CA  92101
                                         Telephone:  619/231-1058
                                         619/231-7423 (fax)

                                         THE KATRIEL LAW FIRM
                                         ROY A. KATRIEL
                                         1101 30th Street, N.W., Suite 500
                                         Washington, DC  20007
                                         Telephone:  202/625-4342
                                         202/330-5593 (fax)

                                         Co-Lead Counsel for Plaintiffs

                                         BONNETT, FAIRBOURN, FRIEDMAN
                                           & BALINT, P.C.
                                         ANDREW S. FRIEDMAN
                                         FRANCIS J. BALINT, JR.
                                         ELAINE A. RYAN
                                         TODD D. CARPENTER
                                         2901 N. Central Avenue, Suite 1000
                                         Phoenix, AZ  85012
                                         Telephone:  602/274-1100
                                         602/274-1199 (fax)

                                         BRAUN LAW GROUP, P.C.
                                         MICHAEL D. BRAUN
                                         12304 Santa Monica Blvd., Suite 109
                                         Los Angeles, CA  90025
                                         Telephone:  310/442-7755
                                         310/442-7756 (fax)

                                         MURRAY, FRANK & SAILER LLP

| | |
|---|---|
| 1 | BRIAN P. MURRAY |
| | JACQUELINE SAILER |
| 2 | 275 Madison Avenue, Suite 801 |
| | New York, NY  10016 |
| 3 | Telephone:  212/682-1818 |
| | 212/682-1892 (fax) |
| 4 | |
| | GLANCY BINKOW & GOLDBERG LLP |
| 5 | MICHAEL GOLDBERG |
| | 1801 Avenue of the Stars, Suite 311 |
| 6 | Los Angeles, CA  90067 |
| | Telephone: 310/201-9150 |
| 7 | 310/201-9160 (fax) |
| 8 | Additional Counsel for Plaintiffs |

1 <u>CERTIFICATE OF SERVICE</u>

2  I hereby certify that on March 9, 2010, I electronically filed the foregoing with the Clerk of
3 the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 participants indicated on the attached Manual Notice List.

7  I certify under penalty of perjury under the laws of the United States of America that the
8 foregoing is true and correct. Executed on March 9, 2010.

                        s/ Paula M. Roach
                        PAULA M. ROACH

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: proach@csgrr.com

508412_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@csgrr.com

- **Elaine A. Ryan**

eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)