1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
|---|---|---|
| | ) ) | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) ) ) ) | [PROPOSED] ORDER GRANTING WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSE FROM DEFENDANT APPLE, INC. SET FOR MARCH 23, 2010 |

16
17
18
19
20
21
22
23
24
25
26
27
28

508411_1

1   Good cause appearing, therefore, it is hereby ordered that:

2   Plaintiffs' Motion to Compel Further Response from Defendant Apple, Inc. (Dkt. No. 306) is

3   withdrawn and taken off calendar.

4       IT IS SO ORDERED.

5   DATED: _____   _____
                                                                   THE HONORABLE HOWARD R. LLOYD

6                                                                      UNITED STATES MAGISTRATE JUDGE

7   Submitted by,

8   COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP

9   JOHN J. STOIA, JR.
    BONNY E. SWEENEY

10  THOMAS R. MERRICK
    PAULA M. ROACH

11  655 West Broadway, Suite 1900
    San Diego, CA  92101

12  Telephone:  619/231-1058
    619/231-7423 (fax)

13

    THE KATRIEL LAW FIRM

14  ROY A. KATRIEL
    1101 30th Street, N.W., Suite 500

15  Washington, DC  20007
    Telephone:  202/625-4342

16  202/330-5593 (fax)

17  Co-Lead Counsel for Plaintiffs

18  BONNETT, FAIRBOURN, FRIEDMAN
    & BALINT, P.C.

19  ANDREW S. FRIEDMAN
    FRANCIS J. BALINT, JR.

20  ELAINE A. RYAN
    TODD D. CARPENTER

21  2901 N. Central Avenue, Suite 1000
    Phoenix, AZ  85012

22  Telephone:  602/274-1100
    602/274-1199 (fax)

23

    BRAUN LAW GROUP, P.C.

24  MICHAEL D. BRAUN
    12304 Santa Monica Blvd., Suite 109

25  Los Angeles, CA  90025
    Telephone:  310/442-7755

26  310/442-7756 (fax)

27

28

| | |
|---|---|
| 1 | |
| 2 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 3 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 4 | New York, NY 10016<br>Telephone: 212/682-1818 |
| 5 | 212/682-1892 (fax) |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 |
| 8 | Telephone: 310/201-9150<br>310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |

CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 9, 2010.

   s/ Paula M. Roach
PAULA M. ROACH

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: proach@csgrr.com

508411_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@csgrr.com

- **Elaine A. Ryan**

eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)