Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan  #215335
dkiernan@jonesday.com
Michael Scott #255288
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:      (415) 626-3939
Facsimile:       (415) 875-5700

Attorneys for Defendant
APPLE INC.

**\*\* E-Filed March 12, 2010 \*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW<br>C 06-04457 JW<br><br>[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSE FROM DEFENDANT APPLE INC. AND EXHIBITS 11, 17, 22, 23, 24, 27, 30, 35 TO THE ROACH DECLARATION PURSUANT TO LOCAL RULE 79-5(b)-(c)<br><br>**DATE:**  February 10, 2010<br>**TIME:**   9:30 A.M.<br>**PLACE:** Courtroom 2, 5th floor |

1  Having considered Plaintiffs' Administrative Motion to File Under Seal Portions of
2  Plaintiffs' Motion to Compel Further Response From Defendant Apple Inc. and Exhibits 11, 17,
3  22, 23, 24, 27, 30, 35 To The Roach Declaration Pursuant to Local Rule 79-5(b)-(c):
4  IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion to File Under Seal
5  is GRANTED **IN PART**.  The Clerk of the Court shall file under seal the unredacted versions of:
6  Plaintiffs' Motion to Compel Further Response from Defendant Apple Inc, the Declaration of
7  Paula Roach in Support of Plaintiffs' Motion to Compel, and exhibits **11, 22, 23, 24, 27, 30, and**
8  **35** to the Roach Declaration.
9
10  **IT IS SO ORDERED.**
11
12  Dated: __March 12__, 2010    By: _____
13  Hon. Howard Lloyd
14  United States Magistrate Judge

16  SFI-623123v1