**\*\* E-Filed March 12, 2010 \*\***

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
|---|---|---|
| | ) ) | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) | [PROPOSED] ORDER GRANTING WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSE FROM DEFENDANT APPLE, INC. SET FOR MARCH 23, 2010 |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

508411_1

1  Good cause appearing, therefore, it is hereby ordered that:

2  Plaintiffs' Motion to Compel Further Response from Defendant Apple, Inc. (Dkt. No. 306) is

3  withdrawn and taken off calendar.

4  IT IS SO ORDERED.

5  DATED: March 12, 2010

   _____
   THE HONORABLE HOWARD R. LLOYD
6  UNITED STATES MAGISTRATE JUDGE

7  Submitted by,

8  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
9  JOHN J. STOIA, JR.
   BONNY E. SWEENEY
10 THOMAS R. MERRICK
   PAULA M. ROACH
11 655 West Broadway, Suite 1900
   San Diego, CA  92101
12 Telephone:  619/231-1058
   619/231-7423 (fax)
13
   THE KATRIEL LAW FIRM
14 ROY A. KATRIEL
   1101 30th Street, N.W., Suite 500
15 Washington, DC  20007
   Telephone:  202/625-4342
16 202/330-5593 (fax)

17 Co-Lead Counsel for Plaintiffs

18 BONNETT, FAIRBOURN, FRIEDMAN
      & BALINT, P.C.
19 ANDREW S. FRIEDMAN
   FRANCIS J. BALINT, JR.
20 ELAINE A. RYAN
   TODD D. CARPENTER
21 2901 N. Central Avenue, Suite 1000
   Phoenix, AZ  85012
22 Telephone:  602/274-1100
   602/274-1199 (fax)
23
   BRAUN LAW GROUP, P.C.
24 MICHAEL D. BRAUN
   12304 Santa Monica Blvd., Suite 109
25 Los Angeles, CA  90025
   Telephone:  310/442-7755
26 310/442-7756 (fax)

27

28

508411_1   [PROPOSED] ORDER GRANTING WITHDRAWAL OF PLTFS' MTC FURTHER RESPONSE FROM
           DEF APPLE, INC. - C-05-00037-JW(HRL)                                          - 1 -

| | |
|---|---|
| 1 | |
| 2 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 3 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 4 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 5 | |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067<br>Telephone:  310/201-9150 |
| 8 | 310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |

508411_1

~~[PROPOSED]~~ ORDER GRANTING WITHDRAWAL OF PLTFS' MTC FURTHER RESPONSE FROM DEF APPLE, INC. - C-05-00037-JW(HRL) - 2 -