Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan  #215335
dkiernan@jonesday.com
Michael T. Scott  #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 JW (HRL) [PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL |
|---|---|

Having considered Apple Inc.'s Administrative Motion to Seal and the declaration of Jeffrey Robbin in support of that motion, having determined that public disclosure of the confidential information described therein would harm defendant Apple Inc., and finding compelling reasons to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative Motion is GRANTED.  The Clerk of Court shall file under seal: Apple's Motion to Dismiss or, Alternatively, for Summary Judgment, and the Declaration of Jeffrey Robbin in support thereof.

**IT IS SO ORDERED.**

Dated: __March 12,_____, 2010

_____
James Ware
United States District Judge