1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN J. STOIA, JR. (141757)
   BONNY E. SWEENEY (176174)
3  THOMAS R. MERRICK (177987)
   PAULA M. ROACH (254142)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  johns@csgrr.com
   bonnys@csgrr.com
7  tmerrick@csgrr.com
   proach@csgrr.com
8
   THE KATRIEL LAW FIRM
9  ROY A. KATRIEL (*pro hac vice*)
   1101 30th Street, N.W., Suite 500
10 Washington, DC  20007
   Telephone:  202/625-4342
11 202/330-5593 (fax)
   rak@katriellaw.com
12
   Co-Lead Counsel for Plaintiffs
13
   [Additional counsel appear on signature page.]
14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                         SAN JOSE DIVISION
17

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO APPLE'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT, PORTIONS OF THE ROACH DECLARATION AND EXHIBITS 2, 3, 4, 5, 7, 9 TO THE MERRICK DECLARATION PURSUANT TO LOCAL RULE 79-5(b)-(c) |
|     ALL ACTIONS. | ) ) ) | |

18
19
20
21
22
23
24
25
26       Judge:       Hon. James Ware
         Date:        April 26, 2010
27       Time:        9:00 am
         Location:    8, 4th Floor
28

511233_1

1   TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2          PLEASE TAKE NOTICE that, pursuant to Local Rule 7-11(a) and 79-5(b)-(c), on April 26,

3   2010 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 4, Eighth Floor,

4   located at 280 South First Street, San Jose, California, before the Honorable James Ware , Plaintiffs

5   Somtai Troy Charoensak, Mariana Rosen, and Melanie Tucker (collectively "Plaintiffs") will move

6   for permission from the Court to file under seal portions of Plaintiffs' Memorandum in Opposition to

7   Apple's Motion to Dismiss or, Alternatively, for Summary Judgment, Portions of the Roach

8   Declaration, and Exhibits 2, 3, 4, 5, 7, 9 to the Merrick Declaration.

9          The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of

10  Paula M. Roach in Support of Plaintiffs' Motion to File Under Seal Portions of Plaintiffs'

11  Memorandum in Opposition to Apple's Motion to Dismiss or, Alternatively, for Summary

12  Judgment, Portions of the Roach Declaration, and Exhibits 2, 3, 4, 5, 7, 9 to the Merrick Declaration

13  Pursuant to Local Rule 79-5(b)-(c), filed concurrently herewith.  Plaintiffs have also concurrently

14  lodged a proposed order.

15  DATED:  March 22, 2010                    COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
16                                            JOHN J. STOIA, JR.
                                              BONNY E. SWEENEY
17                                            THOMAS R. MERRICK
                                              PAULA M. ROACH
18

19
                                                    s/ Paula M. Roach
20                                               PAULA M. ROACH

21                                            655 West Broadway, Suite 1900
                                              San Diego, CA  92101
22                                            Telephone:  619/231-1058
                                              619/231-7423 (fax)
23
                                              THE KATRIEL LAW FIRM
24                                            ROY A. KATRIEL
                                              1101 30th Street, N.W., Suite 500
25                                            Washington, DC  20007
                                              Telephone:  202/625-4342
26                                            202/330-5593 (fax)

27                                            Co-Lead Counsel for Plaintiffs

28

511233_1   ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' OPPOSITION, ROACH
           DECLARATION, AND MERRICK DECLARATION EXS. UNDER SEAL - C-05-00037-JW(HRL)        - 1 -

1

2      BONNETT, FAIRBOURN, FRIEDMAN
         & BALINT, P.C.
3      ANDREW S. FRIEDMAN
       FRANCIS J. BALINT, JR.
4      ELAINE A. RYAN
       TODD D. CARPENTER
5      2901 N. Central Avenue, Suite 1000
       Phoenix, AZ  85012
6      Telephone:  602/274-1100
       602/274-1199 (fax)

7      BRAUN LAW GROUP, P.C.
       MICHAEL D. BRAUN
8      12304 Santa Monica Blvd., Suite 109
       Los Angeles, CA  90025
9      Telephone:  310/442-7755
       310/442-7756 (fax)

10

11     MURRAY, FRANK & SAILER LLP
       BRIAN P. MURRAY
       JACQUELINE SAILER
12     275 Madison Avenue, Suite 801
       New York, NY  10016
13     Telephone:  212/682-1818
       212/682-1892 (fax)

14

15     GLANCY BINKOW & GOLDBERG LLP
       MICHAEL GOLDBERG
       1801 Avenue of the Stars, Suite 311
16     Los Angeles, CA  90067
       Telephone:  310/201-9150
17     310/201-9160 (fax)

18     Additional Counsel for Plaintiffs

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' OPPOSITION, ROACH
DECLARATION, AND MERRICK DECLARATION EXS. UNDER SEAL - C-05-00037-JW(HRL)          - 2 -

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on March 22, 2010, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on March 22, 2010.

9                                      s/ Paula M. roach
                                       PAULA M. ROACH
10
                                       COUGHLIN STOIA GELLER
11                                          RUDMAN & ROBBINS LLP
                                       655 West Broadway, Suite 1900
12                                     San Diego, CA  92101-3301
                                       Telephone:  619/231-1058
13                                     619/231-7423 (fax)
14                                     E-mail:proach@csgrr.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@csgrr.com

- **Elaine A. Ryan**

eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)