1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO APPLE'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT, PORTIONS OF THE ROACH DECLARATION AND EXHIBITS 2, 3, 4, 5, 7, 9 TO THE MERRICK DECLARATION PURSUANT TO LOCAL RULE 79-5(b)-(c) |

16
17
18
19
20
21
22
23
24
25
26
27
28

511237_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Memorandum in Opposition to Apple's Motion to Dismiss or, Alternatively, for Summary Judgment ("Motion"), Portions of the Roach Declaration ("Roach Declaration"), and Exhibits 2, 3, 4, 5, 7, 9 to the Merrick Declaration ("Exhibits") pursuant to Local Rule 79-5(b)-(c). The Court, having reviewed the submissions, ORDERS, ADJUDGES and DECREES that:

Plaintiff's Administrative Motion to File Plaintiffs' Motion, Roach Declaration and Exhibits Under Seal Pursuant to Local Rule 79-5(b)-(c) is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
PAULA M. ROACH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100

511237_1

[PRO] ORDER GRANTING PLTFS' ADMIN MOT TO FUS PORTIONS OF PLTFS' MEMO IN OPPO TO APPLE'S MTD OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT & EX 2, 3, 4, 5, 7, 9 - C-05-00037-JW(HRL) - 1 -

| | |
|---|---|
| 1 | 602/274-1199 (fax) |
| 2 | BRAUN LAW GROUP, P.C. |
| | MICHAEL D. BRAUN |
| 3 | 12304 Santa Monica Blvd., Suite 109 |
| | Los Angeles, CA  90025 |
| 4 | Telephone:  310/442-7755 |
| | 310/442-7756 (fax) |
| 5 | |
| | MURRAY, FRANK & SAILER LLP |
| 6 | BRIAN P. MURRAY |
| | JACQUELINE SAILER |
| 7 | 275 Madison Avenue, Suite 801 |
| | New York, NY  10016 |
| 8 | Telephone:  212/682-1818 |
| | 212/682-1892 (fax) |
| 9 | |
| | GLANCY BINKOW & GOLDBERG LLP |
| 10 | MICHAEL GOLDBERG |
| | 1801 Avenue of the Stars, Suite 311 |
| 11 | Los Angeles, CA  90067 |
| | Telephone:  310/201-9150 |
| 12 | 310/201-9160 (fax) |
| 13 | Additional Counsel for Plaintiffs |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

511237_1