| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | JOHN J. STOIA, JR. (141757)<br>BONNY E. SWEENEY (176174) |
| 3 | THOMAS R. MERRICK (177987)<br>PAULA M. ROACH (254142) |
| 4 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 6 | johns@csgrr.com<br>bonnys@csgrr.com |
| 7 | tmerrick@csgrr.com<br>proach@csgrr.com |
| 8 | |
| 9 | THE KATRIEL LAW FIRM<br>ROY A. KATRIEL (*pro hac vice*) |
| 10 | 1101 30th Street, N.W., Suite 500<br>Washington, DC  20007 |
| 11 | Telephone:  202/625-4342<br>202/330-5593 (fax) |
| 12 | rak@katriellaw.com |
| 13 | Co-Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO APPLE'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT |
| | Judge:       Hon. James Ware<br>Date:         April 26, 2010<br>Time:         9:00 am<br>Location:   8, 4th Floor |

**REDACTED EXHIBITS 2, 3, 4, 5, 7, 9**

511284_1

1  I, THOMAS R. MERRICK, hereby declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, Co-Lead Class Counsel of record for Plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Opposition to Apple's Motion to Dismiss or Alternatively, for Summary Judgment.

3. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1: | Press Release, Changes Coming to The iTunes Store (January 6, 2009); |
| Exhibit 2: | Apple AIIA00004083-118 [Filed Under Seal]; |
| Exhibit 3: | Apple AIIA 00004125-44 [Filed Under Seal]; |
| Exhibit 4: | Apple_AIIA00090405-07 [Filed Under Seal]; |
| Exhibit 5: | Apple_AIIA00090441-43 [Filed Under Seal]; |
| Exhibit 6: | Phillip Bohn, Attitudes Towards DRM in the Independent Music Sector, August 19, 2005; |
| Exhibit 7: | Apple_SOM00007134-84 [Filed Under Seal]; |
| Exhibit 8: | Press Release, Apple Motorola & Cingular Launch World's First Mobile Phone with iTunes (September 7, 2005 ); |
| Exhibit 9: | Apple_AIIA00091782 [Filed Under Seal]; |
| Exhibit 10: | Christine A. Varney, Asst. Att'y Gen. Antitrust Div., U.S. D.O.J., *Remarks as Prepared for the United States Chamber of Commerce: Vigorous Antitrust Enforcement in This Challenging Era* (May 12, 2009); |
| Exhibit 11: | What is Harmony Technology?; and |
| Exhibit 12: | iTunes Store Terms and Conditions. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of March, 2010, at San Diego, California.

s/ Thomas R. Merrick<br>THOMAS R. MERRICK

511284_1  DEC OF TRM ISO PLTFS' MEMO IN OPPO TO APPLE'S MOT TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT - C-05-00037-JW(HRL)   - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 22, 2010.

    s/ Thomas R. Merrick
THOMAS R. MERRICK

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:tmerrick@csgrr.com

511284_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@csgrr.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@csgrr.com

- **Elaine A. Ryan**

eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,proach@csgrr.com,E_file_sd@csgrr.com,christinas@csgrr.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)