# EXHIBIT 8

Case 4:05-cv-00037-YGR   Document 346-8   Filed 03/22/10   Page 2 of 2

Search

# Apple, Motorola & Cingular Launch World's First Mobile Phone with iTunes
## Motorola ROKR Available at Cingular Stores Nationwide

SAN FRANCISCO, SCHAUMBURG, Illinois and ATLANTA—September 7, 2005—Apple®, Motorola and Cingular Wireless today announced the availability of the world's first mobile phone with iTunes®, enabling music lovers to transfer up to 100 of their favorite songs from the iTunes jukebox on their Mac® or PC to their mobile phone. Apple's iTunes software on the Motorola ROKR features easy to use menus, simple navigation and playback, and the ability to simply switch from phone to music and back again with the push of a dedicated music key. The new Motorola ROKR is available today at www.cingular.com and will be sold exclusively in all Cingular retail locations beginning tomorrow.

"We've worked closely with Motorola to deliver the world's best music experience on a mobile phone," said Steve Jobs, Apple's CEO. "We're also thrilled to be working with Cingular, the largest wireless carrier in the US, to bring this pioneering phone to market."

"The ROKR brings music to the mobile phone in a way unlike any other, with the unrivaled ease of use that has become the signature of iTunes," said Ed Zander, chairman and CEO of Motorola. "We predict that the ROKR is going to be a hit this holiday season."

"We're excited to be the first wireless carrier to offer the world's first phone with iTunes to our customers nationwide," said Ralph de la Vega, chief operating officer of Cingular Wireless. "This innovative product represents a world class handset, connected to a world class network, delivering a world class application."

The new Motorola ROKR has a color display for viewing album art and features built-in dual-stereo speakers, as well as stereo headphones that also serve as a mobile headset with microphone. Music fans can randomly autofill or manually fill the mobile phone with playlists from their favorite music, audiobooks and Podcasts from their iTunes library via a USB connection. The Motorola ROKR pauses music automatically when users take a call and offers the ability to listen to music while messaging with friends or snapping a photo.

**Pricing & Availability**
The new Motorola ROKR with iTunes pre-installed is available for $249.99 (US) with a two-year commitment at all Cingular stores nationwide and includes stereo headphones and a USB cable. iTunes for Mac and Windows includes the iTunes Music Store and is available as a free download from www.apple.com/itunes. Purchase and download of songs from the iTunes Music Store for Mac or Windows requires a valid credit card with a billing address in the country of purchase.

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Today, Apple continues to lead the industry in innovation with its award-winning desktop and notebook computers, OS X operating system, and iLife and professional applications. Apple is also spearheading the digital music revolution with its iPod portable music players and iTunes online music store.

Motorola pioneered mobile technology in the 1930s with car radios and public safety radio networks, and space-to earth communication for the Apollo program. In the 1980s, Motorola revolutionized personalized communications with the first commercial handheld cellular phone. Today, its new smart devices, networks, and software are making communications not just mobile, but seamless. Continuously redefining "the device formerly known as the mobile phone," Motorola also leads the industry in design, with award-winning products like the iconic RAZR. Motorola had sales of U.S. $31.3 billion in 2004. For more information, please visit www.Motorola.com.

Cingular Wireless is the largest wireless carrier in the United States, serving 51.6 million customers. Cingular, a joint venture between SBC Communications Inc. (NYSE: SBC) and BellSouth Corporation (NYSE: BLS), has the largest digital voice and data network in the nation□the ALLOVER network□and the largest mobile-to-mobile community of any national wireless carrier. Cingular is the only U.S. wireless carrier to offer Rollover, the wireless plan that lets customers keep their unused monthly minutes. Details of the company are available at http://www.cingular.com.

**Press Contacts:**
Tom Neumayr
Apple
(408) 974-1972
tneumayr@apple.com

Elizabeth Cahill
Hill and Knowlton for Motorola
(323) 627-7871
(847) 606-1973
elizabeth.cahill@hillandknowlton.com

Jennifer Bowcock
Cingular
(404) 213-1204
jennifer.bowcock@cingular.com

NOTE TO EDITORS: For additional information visit Apple's PR website, or call Apple's Media Helpline at (408) 974-2042.

Apple, the Apple logo, Mac, Mac OS, Macintosh and iTunes are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Motorola and the Stylized M logo are registered in the U.S. Patent and Trademark Office □All other product or service names are the property of their respective owners.™Motorola, Inc. 2005.

Total storage capacity is limited by number of songs. Storage capacity is approximate and based on four minutes per song and 128-Kbps AAC encoding.

Network and/or SIM card dependent feature, not available in all areas. Airtime, data charges, and/or additional charges may apply.

Home>Press Info>Press Release

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info
Site Map
Hot News
RSS Feeds
Contact Us



Copyright © 2010 Apple Inc. All rights reserved.

Terms of Use
Privacy Policy