# EXHIBIT 11

 **HELP**

# What is Harmony™ Technology?

Harmony™ Technology is a revolutionary digital rights management (DRM) translation system. Now you can use any online music store to purchase music for your portable device. Harmony Technology also allows you to securely transfer music downloaded from the **RealPlayer Music Store** to over 100 devices including devices from Apple, Rio, Panasonic, PalmOne and more.

## Different devices, different formats, one Player

Using the new Harmony Technology within RealPlayer 10.5, the format of your music no longer matters. RealPlayer 10.5 will convert your files to a format supported by your device automatically, translating the DRM to one supported by your device at the same time. In fact, if RealPlayer 10.5 realizes that you are downloading or ripping music into a format not supported by your **portable device**, you will be asked if you want to **change the format** to the best one for your device.

## Take your music with you

RealPlayer 10.5 with Harmony™ Technology is the only digital media player you need to find and download new music. No matter what format your content is in, or what digital rights management (DRM) software is used, RealPlayer with Harmony™ Technology can convert and support the transfer of your content to your portable device.

Click here to install screen-reader accessible Help
© 2004 RealNetworks, Inc. All rights reserved.