# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4

 5                                     )   C-05-00037-JW
                                       )
 6    "THE APPLE IPOD ITUNES           )   NOVEMBER 23, 2009
      ANTITRUST LITIGATION."           )
 7                                     )
                                       )
 8                                     )   PAGES 1 - 58
      _____ )
 9

10

11           THE PROCEEDINGS WERE HELD BEFORE

12         THE HONORABLE UNITED STATES DISTRICT

13                   JUDGE JAMES WARE

14    A P P E A R A N C E S:

15    FOR THE PLAINTIFFS: COUGHLIN, STOIA, GELLER, RUDMAN
                          & ROBBINS
16                        BY:  BONNY SWEENEY
                               THOMAS R. MERRICK
17                        655 WEST BROADWAY
                          SUITE 1900
18                        SAN DIEGO, CALIFORNIA 92101

19                        ZELDES & HAEGGQUIST
                          BY:  HELEN ZELDES
20                        625 BROADWAY, SUITE 906
                          SAN DIEGO, CALIFORNIA 92102
21
      FOR THE DEFENDANTS: JONES DAY
22                        BY:  ROBERT A. MITTELSTAEDT
                               MICHAEL SCOTT
23                        555 CALIFORNIA STREET
                          26TH FLOOR
24                        SAN FRANCISCO, CALIFORNIA 94104

25    OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                               CERTIFICATE NUMBER 8074
```

1  ASSIGNED TO THIS CASE.
2       BUT ONCE WE RESOLVE THOSE PROBLEMS AND
3  GET THROUGH DISCOVERY APPLE IS CERTAINLY ENTITLED
4  TO MAKE A MOTION FOR SUMMARY JUDGMENT, AND I THINK
5  THAT WOULD BE THE MOST FAIR AND EFFICIENT WAY TO
6  PROCEED GIVEN ALL OF THE DELAYS THAT COUNSEL HAS
7  ENCOUNTERED SINCE FILING THIS CASE.
8       THE COURT:  WELL, THAT'S FAIR.  I'LL TAKE
9  THAT INTO CONSIDERATION.  THAT WOULD DELAY IT.
10      THE REASON I'M INVITING IT AS A 12(B)(6)
11 MOTION IS THAT IT WOULD HELP ME, FIRST OF ALL, TO
12 ON THESE MOTIONS WITH RESPECT TO THE DEFINITION OF
13 THE CLASS, BECAUSE RIGHT NOW THE COMPLAINT IS BASED
14 ON TYING.  AND IT WOULD HELP ME TO SEE THE CASE ON
15 MONOPOLIZATION AND SEE WHAT IS THE APPROPRIATE
16 CLASS.
17      BUT I THINK YOU'RE RIGHT, I WOULD
18 UNCOUPLE THE QUESTION OF DISCOVERY.  THIS IS NOT A
19 SECURITIES LITIGATION REFORM ACT CASE WHERE YOU
20 CAN'T GO AHEAD WITH DISCOVERY WHILE THESE THINGS
21 ARE GOING ON AND AS FAR AS I'M CONCERNED DISCOVERY
22 IS OPEN AND IF YOU NEED HELP FROM THE COURT GETTING
23 THE INFORMATION THAT YOU NEED, RESORT TO THAT
24 PROCESS.
25      MR. MITTELSTAEDT:  WE HAVE PRODUCED A LOT

54