Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael Scott #255288
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW (HRL)<br>C 06-04457 JW (HRL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5(b)-(c)**<br><br>**DATE:**   April 26, 2010<br>**TIME:**    9:00 A.M.<br>**PLACE:**  Courtroom 8, 4th floor |

1  Having considered Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Memorandum In Opposition To Apple's Motion To Dismiss Or, Alternatively, For Summary Judgment, Portions Of The Roach Declaration And Exhibits 2, 3, 4, 5, 7, 9 To The Merrick Declaration Pursuant to Local Rule 79-5(b)-(c):

IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion to File Under Seal is GRANTED.  The Clerk of Court shall file under seal the unredacted versions of: Plaintiffs' Memorandum In Opposition To Apple's Motion To Dismiss Or, Alternatively, For Summary Judgment, the Roach Declaration, and exhibits 2, 3, 4, 5, 7, 9 to the Merrick Declaration.

**IT IS SO ORDERED.**

Dated: _____, 2010        By: _____
                                      Hon. James Ware
                                      United States District Judge

SFI-637125v1