UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION, _____/ | No. C 05-00037 JW<br>Related Case No. C 07-06507 JW<br><br>CLERK'S NOTICE CONTINUING HEARINGS |
| STACIE SOMERS<br>           Plaintiff,<br>V.<br>APPLE, INC.<br>           Defendant<br>_____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss or in the Alternative, Summary Judgment (Docket Item No. 325) in C-05-00037-JW and the Order to Show Cause in C-07-06507-JW before Judge James Ware previously noticed for April 26, 2010 at 9:00 AM have been reset to **May 10, 2010 at 9:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. All briefing deadlines shall remain unchanged.

Dated: April 7, 2010

                                        FOR THE COURT,
                                        Richard W. Wieking, Clerk


                                        by:     /s/
                                             Elizabeth Garcia
                                             Courtroom Deputy