1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael Scott #255288
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:    (415) 626-3939
7  Facsimile:    (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW (HRL) |
|---|---|
| | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5(b)-(c) |
| | DATE:   April 26, 2010<br>TIME:   9:00 A.M.<br>PLACE:  Courtroom 8, 4th floor |

1      Having considered Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Memorandum In Opposition To Apple's Motion To Dismiss Or, Alternatively, For Summary Judgment, Portions Of The Roach Declaration And Exhibits 2, 3, 4, 5, 7, 9 To The Merrick Declaration Pursuant to Local Rule 79-5(b)-(c):

     IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion to File Under Seal is GRANTED.  The Clerk of Court shall file under seal the unredacted versions of: Plaintiffs' Memorandum In Opposition To Apple's Motion To Dismiss Or, Alternatively, For Summary Judgment, the Roach Declaration, and exhibits 2, 3, 4, 5, 7, 9 to the Merrick Declaration.

**IT IS SO ORDERED.**

Dated: _____April 8_____, 2010      By: _____
    Hon. James Ware
    United States District Judge

SFI-637125v1