1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael T. Scott #255282
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:      (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST          Case No. C 05-00037 JW (HRL)
    LITIGATION.                                        C 06-04457 JW (HRL)
15

16                                             [PROPOSED] ORDER GRANTING
                                               APPLE'S ADMINISTRATIVE
17                                             MOTION TO SEAL

18          Having considered Apple Inc.'s Administrative Motion to Seal and the declaration of

19  Jeffrey Robbin in support of that motion, having determined that public disclosure of the

20  confidential information described therein would harm defendant Apple Inc., and finding

21  compelling reasons to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s

22  Administrative Motion is GRANTED.  The Clerk of Court shall file under seal: Apple's Reply in

23  Support of Motion to Dismiss or, Alternatively, for Summary Judgment, and the Declaration of

24  David Kiernan in support thereof.

25  **IT IS SO ORDERED.**

26  Dated: _____, 2010

27                                             _____
                                               James Ware
28  SFI-638181v1                               United States District Judge

                                               [Proposed] Order Granting Admin. Mot. to Seal
                          - 1 -                 C 05-00037 JW (HRL), C 06-04457 JW (HRL)