ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com4/26/10 at 9:37 AM]
proach@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) ) | Lead Case No. C-05-00037-JW(HRL) <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. ) ) ) ) ) | NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR ADDITIONAL DISCOVERY PURSUANT TO RULE 56(f), PORTIONS OF THE MERRICK DECLARATION AND PORTIONS OF EXHIBITS A AND C TO THE MERRICK DECLARATION PURSUANT TO LOCAL RULE 79-5(c) |
| | Judge:    Hon. James Ware <br> Date:     May 10, 2010 <br> Time:    9:00 am <br> Location: 8, 4th Floor |

520672_1

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that, pursuant to Local Rule 7-11(a) and 79-5(c), on May 10, 2010

3  at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 4, Eighth Floor, located at

4  280 South First Street, San Jose, California, before the Honorable James Ware , Plaintiffs Somtai

5  Troy Charoensak, Mariana Rosen, and Melanie Tucker (collectively "Plaintiffs") will move for

6  permission from the Court to file under seal portions of Plaintiffs' Reply in Support of Their Motion

7  for Additional Discovery Pursuant to Rule 56(f), Portions of the Merrick Declaration in support

8  thereof, and Portions of Exhibits A and C to the Merrick Declaration.

9      The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of

10 Thomas R. Merrick in Support of Plaintiffs' Motion to File Under Seal Portions of Plaintiffs' Reply

11 in Support of Their Motion for Additional Discovery Pursuant to Rule 56(f), Portions of the Merrick

12 Declaration in support thereof, and Portions of Exhibits A and C to the Merrick Declaration.

13 Pursuant to Local Rule 79-5(c), filed concurrently herewith. Plaintiffs have also concurrently lodged

14 a proposed order.

15 DATED: April 26, 2010                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
16                                         JOHN J. STOIA, JR.
                                           BONNY E. SWEENEY
17                                         THOMAS R. MERRICK
                                           PAULA M. ROACH

18

19
                                               s/ Thomas R. Merrick
20                                              THOMAS R. MERRICK

21                                         655 West Broadway, Suite 1900
                                           San Diego, CA  92101
22                                         Telephone:  619/231-1058
                                           619/231-7423 (fax)
23
                                           THE KATRIEL LAW FIRM
24                                         ROY A. KATRIEL
                                           1101 30th Street, N.W., Suite 500
25                                         Washington, DC  20007
                                           Telephone:  202/625-4342
26                                         202/330-5593 (fax)

27                                         Co-Lead Counsel for Plaintiffs

28                                         BONNETT, FAIRBOURN, FRIEDMAN

520672_1  NOM & ADMIN MOTION TO FUS PORTIONS OF PLTFS' REPLY ISO THEIR MOTION FOR
          ADDITIONAL DISCOVERY - C-05-00037-JW(HRL)                                - 1 -

| | |
|---|---|
| 1 | & BALINT, P.C. |
| | ANDREW S. FRIEDMAN |
| 2 | FRANCIS J. BALINT, JR. |
| | ELAINE A. RYAN |
| 3 | TODD D. CARPENTER |
| | 2901 N. Central Avenue, Suite 1000 |
| 4 | Phoenix, AZ  85012 |
| | Telephone:  602/274-1100 |
| 5 | 602/274-1199 (fax) |
| 6 | BRAUN LAW GROUP, P.C. |
| | MICHAEL D. BRAUN |
| 7 | 12304 Santa Monica Blvd., Suite 109 |
| | Los Angeles, CA  90025 |
| 8 | Telephone:  310/442-7755 |
| | 310/442-7756 (fax) |
| 9 | |
| | MURRAY, FRANK & SAILER LLP |
| 10 | BRIAN P. MURRAY |
| | JACQUELINE SAILER |
| 11 | 275 Madison Avenue, Suite 801 |
| | New York, NY  10016 |
| 12 | Telephone:  212/682-1818 |
| | 212/682-1892 (fax) |
| 13 | |
| | GLANCY BINKOW & GOLDBERG LLP |
| 14 | MICHAEL GOLDBERG |
| | 1801 Avenue of the Stars, Suite 311 |
| 15 | Los Angeles, CA  90067 |
| | Telephone:  310/201-9150 |
| 16 | 310/201-9160 (fax) |
| 17 | Additional Counsel for Plaintiffs |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 26, 2010.

    s/ Thomas R. Merrick
THOMAS R. MERRICK

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    tmerrick@rgrdlaw.com

520672_1