1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR ADDITIONAL DISCOVERY PURSUANT TO RULE 56(f), PORTIONS OF THE MERRICK DECLARATION AND PORTIONS OF EXHIBITS A AND C TO THE MERRICK DECLARATION PURSUANT TO LOCAL RULE 79-5(c) |
| ALL ACTIONS. | ) ) ) ) ) ) ) ) | |

520678_1

1   This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2   Seal Portions of Plaintiffs' Reply in Support of Their Motion for Additional Discovery Pursuant to
3   Rule 56(f) ("Motion"), Portions of the Merrick Declaration in support thereof ("Merrick
4   Declaration"), and Portions of Exhibits A and C to the Merrick Declaration ("Exhibits") pursuant to
5   Local Rule 79-5(c). The Court, having reviewed the submissions, ORDERS, ADJUDGES and
6   DECREES that:

7   Plaintiff's Administrative Motion to File Plaintiffs' Motion, the Merrick Declaration and the
8   Exhibits Under Seal Pursuant to Local Rule 79-5(c) is GRANTED.

9   IT IS SO ORDERED.

10
    DATED: _____     _____
11                                    THE HONORABLE JAMES WARE
                                      UNITED STATES DISTRICT JUDGE
12
    Submitted by:
13
    ROBBINS GELLER RUDMAN
14    & DOWD LLP
    JOHN J. STOIA, JR.
15  BONNY E. SWEENEY
    THOMAS R. MERRICK
16  PAULA M. ROACH
    655 West Broadway, Suite 1900
17  San Diego, CA  92101
    Telephone:  619/231-1058
18  619/231-7423 (fax)

19  THE KATRIEL LAW FIRM
    ROY A. KATRIEL
20  1101 30th Street, N.W., Suite 500
    Washington, DC  20007
21  Telephone:  202/625-4342
    202/330-5593 (fax)
22
    Co-Lead Counsel for Plaintiffs
23
    BONNETT, FAIRBOURN, FRIEDMAN
24    & BALINT, P.C.
    ANDREW S. FRIEDMAN
25  FRANCIS J. BALINT, JR.
    ELAINE A. RYAN
26  TODD D. CARPENTER
    2901 N. Central Avenue, Suite 1000
27  Phoenix, AZ  85012
    Telephone:  602/274-1100
28  602/274-1199 (fax)

520678_1   [PROPOSED] ORDER GRANTING PLTFS' ADMIN MOTION TO FUS PORTIONS OF PLTFS'
           REPLY ISO THEIR MOTION FOR ADDITIONAL DISCOVERY - C-05-00037-JW(HRL)         - 1 -

1  BRAUN LAW GROUP, P.C.
2  MICHAEL D. BRAUN
   12304 Santa Monica Blvd., Suite 109
3  Los Angeles, CA 90025
   Telephone: 310/442-7755
4  310/442-7756 (fax)

5  MURRAY, FRANK & SAILER LLP
   BRIAN P. MURRAY
6  JACQUELINE SAILER
   275 Madison Avenue, Suite 801
7  New York, NY 10016
   Telephone: 212/682-1818
8  212/682-1892 (fax)

9  GLANCY BINKOW & GOLDBERG LLP
   MICHAEL GOLDBERG
10 1801 Avenue of the Stars, Suite 311
   Los Angeles, CA 90067
11 Telephone: 310/201-9150
   310/201-9160 (fax)
12
   Additional Counsel for Plaintiffs
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

520678_1   [PROPOSED] ORDER GRANTING PLTFS' ADMIN MOTION TO FUS PORTIONS OF PLTFS'
           REPLY ISO THEIR MOTION FOR ADDITIONAL DISCOVERY - C-05-00037-JW(HRL)          - 2 -