ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
proach@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF THOMAS R. MERRICK IN SUPPORT OF MOTION FOR ADDITIONAL DISCOVERY PURSUANT TO RULE 56(f) |
| | Judge:     Hon. James Ware<br>Date:      May 10, 2010<br>Time:      9:00 am<br>Location:  8, 4th Floor |

**REDACTED**

520777_1

I, THOMAS R. MERRICK, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am an associate at the law firm of Robbins Geller Rudman & Dowd LLP, Co-Lead Counsel for Plaintiffs in this action. I make this declaration on personal knowledge in support of Plaintiffs' motion for additional discovery pursuant to Rule 56(f) of the Federal Rules of Civil Procedure.

2. I have personal knowledge of the procedural history of this action, the scope of discovery Plaintiffs require in order to fully respond to Apple's summary judgment motion, and the reasons the discovery is necessary. I also have personal knowledge of the parties' meet and confer efforts.

3. On December 28, 2009, Plaintiffs served their Second Set of Requests for Production of Documents and Second Set of Interrogatories. Declaration of Paula M. Roach Pursuant to 56(f) of the Rules of Civil Procedure in Support of Plaintiffs' Opposition to Apple's Motion to Dismiss or, Alternatively, for Summary Judgment ("Roach Decl."), ¶13. On February 28, 2010, the Court directed the parties that discovery was open and reaffirmed that "Plaintiffs may proceed with discovery at this time." Dkt. No. 324 at 2; *see also* Roach Decl., ¶14.

4. Despite its duty to produce responsive documents to all of the requests, Apple refused to do so until Plaintiffs specified which discovery was needed to respond to Apple's motion for summary judgment. On February 26, 2010, during a telephonic meet and confer, Apple stated that it was not going to respond to all of the requests in Plaintiffs' second set of discovery because it was still of the opinion that discovery should be stayed pending the Court's ruling on Apple's dispositive motion. Plaintiffs disagreed with this position but in an effort to move discovery forward expeditiously, identified the discovery requests for which responsive discovery was required to provide an adequate response.

5. Apple has stated that production concerning these requests will be completed by the end of May, 2010.

6. On March 22, 2010, the day Plaintiffs filed their opposition to Apple's alternative motion for summary judgment, Apple produced documents related to a subset of Plaintiffs' Rule

520777_1

DECL OF THOMAS R. MERRICK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR
MOTION FOR ADDITIONAL DISCOVERY PURSUANT TO RULE 56(F) - C-05-00037-JW(HRL)   - 1 -

30(b)(6) document requests served on April 9, 2009. Apple represented that this was the last batch of documents responsive to the subset of 30(b)(6) requests. However, on April 21, 2010, Plaintiffs received a production of an additional 147 pages of documents responsive to these requests.

7. Plaintiffs have completed review of the Rule 30(b)(6) production to date and have sought production of additional documents pursuant to the original requests, including information concerning Apple's understanding of how Harmony works technically; specifications, design documents and diagrams regarding those changes in FairPlay that broke Harmony; documents that describe the relationship between iTunes software updates and iPod firmware updates; documents that indicate how certain of Apple's observations concerning Harmony affected the FairPlay redesign; source code related to iTunes software updates 4.6 and 4.7; and source code related to iTunes software updates (other than 4.6 and 4.7) and iPod firmware updates that addressed the software that Apple describes as "hacks." On April 22, 2010, during a meet and confer, Apple indicated that it would consider producing some of this information related to the FairPlay redesign in iTunes 4.7. The parties continue to meet and confer on the issue. However, at this point, it is unclear when Apple's Rule 30(b)(6) related production will be complete.

8. On April 5, 2010, Apple produced nine additional amendments to the original contracts with the major labels in response to Plaintiffs' second set of requests, served on December 28, 2009. To date, Apple has not produced any additional communications with the labels concerning the contracts.

9. On April 8, 2010, Apple produced two contracts between Apple and Motorola in response to Plaintiffs' second set of requests, served on December 28, 2009.

10. [redacted]

520777_1

DECL OF THOMAS R. MERRICK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR ADDITIONAL DISCOVERY PURSUANT TO RULE 56(F) - C-05-00037-JW(HRL)    - 2 -

1  ████████████████████████████████████████████

2  ████████████████████████████████████████████

3  ██████████████

11.  Attached hereto are true and correct copies of the following documents:

Exhibit A:   Letter from Thomas Merrick to Robert Mittelstaedt, dated June 18, 2009 **[portions filed under seal]**;

Exhibit B:   Email between Paula Roach and David Kiernan, dated August 3, 2009; and

Exhibit C:   Letter from Thomas Merrick to David Kiernan, dated April 19, 2010 **[portions filed under seal]**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of April, 2010, at San Diego, California.

                                                                  s/ Thomas R. Merrick
                                                                 THOMAS R. MERRICK

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 26, 2010.

                                                s/ Thomas R. Merrick
                                                Thomas R. Merrick

                                                ROBBINS GELLER RUDMAN
                                                          & DOWD LLP
                                                655 West Broadway, Suite 1900
                                                San Diego, CA  92101-3301
                                                Telephone: 619/231-1058
                                                619/231-7423 (fax)

                                                E-mail:       tmerrick@rgrdlaw.com

# Mailing Information for a Case 5:05-cv-00037-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**

eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`