# EXHIBIT B

## Paula Roach

**From:** David Kiernan [dkiernan@JonesDay.com]
**Sent:** Monday, August 03, 2009 10:00 AM
**To:** Paula Roach
**Cc:** Tom Merrick
**Subject:** Re: AIIA 30b6 production

Agreed.

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700

"Paula Roach" <proach@csgrr.com>

To <dkiernan@jonesday.com>

cc "Tom Merrick" <tmerrick@csgrr.com>

08/03/2009 09:10 AM

Subject AIIA 30b6 production

David:

As a follow up to our call on 7/31, I want to confirm that certain documents are included in the documents to be produced. During our call we agreed that Apple would be producing documents concerning: (1) software updates that address conduct by competitors to permit direct payback of iTunes files on a non-iPod and/or permit direct playback of non-iTunes files on an iPod; and (2) software updates that addressed "hacks". Plaintiffs reserved their right to seek compliance with additional requests after production of the above categories begins.

We had previously discussed production in response to Request 7. Through this request plaintiffs seek all communications between Apple and the record labels concerning "hacks". Please confirm that to the extent responsive documents exist they will be produced in the above production.

We look forward to receiving a proposed custodian list and search terms from you by the end of this week or early next week.

thanks

Paula M. Roach
Coughlin Stoia Geller Rudman & Robbins, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Phone: (619) 231-1058

11/17/2009

Fax: (619) 231-7423
www.csgrr.com

```
NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.
```

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

11/17/2009