Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037 JW (HRL)<br>C 06-04457 JW (HRL)<br><br>**DECLARATION OF MICHAEL SCOTT IN SUPPORT OF APPLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

I, Michael Scott, declare as follows:

1.  I am an associate in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104.  I make this declaration in support of Apple's Response to Plaintiffs' Administrative Motion To File Under Seal.  The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2.  The redacted portions of Plaintiffs' Reply In Support Of Their Motion For Additional Discovery Pursuant To Rule 56(f) ("Reply") and the Merrick Declaration in support

1 | thereof contain information relating to updates to Apple's FairPlay digital rights management
2 | technology.  Apple previously moved to file under seal information relating to updates to FairPlay
3 | included in its Motion to Dismiss.  Dkt. 327.  The Court granted Apple's motion to seal on March
4 | 12, 2010.  Dkt 340.  The Court also granted motions to seal similar information in Plaintiffs'
5 | Opposition (Dkt. 353) and Apple's Reply (Dkt. 361).
6 |       Executed this 3 day of May, 2010 in San Francisco, California.

                                                /s/ Michael Scott
                                                Michael Scott

SFI-640578v1

- 2 -

Decl. ISO Apple's Administrative Motion to Seal
C 05-00037 JW (HRL), C 06-04457 JW (HRL)