Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | **Case No. C 05-00037 JW (HRL)**<br>**C 06-04457 JW (HRL)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |
| --- | --- |

Having considered Plaintiffs' Administrative Motion to Seal, defendant Apple Inc.'s response, and the declaration of Michael Scott in support of that response, having determined that public disclosure of the confidential information described therein would harm defendant Apple Inc., and finding good cause to seal that information, IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion is GRANTED.  The Clerk of Court shall file under seal: Plaintiffs' Reply In Support Of Their Motion For Additional Discovery Pursuant To Rule 56(f) and the Declaration of Thomas Merrick in support thereof.

**IT IS SO ORDERED.**

Dated: _____, 2010        _____

James Ware
United States District Judge