Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | **Case Nos. C 05 00037 JW (HRL)**<br>**C 06-04457 JW (HRL)**<br><br>**CERTIFICATE OF SERVICE** |

# **PROOF OF SERVICE**

I, Angela Howard, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On May 3, 2010, I served a copy of the within document(s):

**DEFENDANT'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**

**DECLARATION OF MICHAEL SCOTT IN SUPPORT OF APPLE'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.
- ☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.
- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
- ☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1  I declare that I am employed in the office of a member of the bar of this court at whose
2  direction the service was made.
3  Executed on May 3, 2010, at San Francisco, California.

        __/s/ Angela Howard_____
                  Angela Howard

**SERVICE LIST**

**Attorneys for Plaintiffs:**

| | |
|---|---|
| Bonny E. Sweeney<br>Thomas R. Merrick<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>T:  (619) 231-1058<br>F:  (619) 231-7423<br>bonnys@rgrdlaw.com<br>tmerrick@rgrdlaw.com | Roy A. Katriel<br>The Katriel Law Firm, P.C.<br>1101 30th Street, NW, Suite 500<br>Washington, DC  20007<br>T:  (202) 625-4342<br>rak@katriellaw.com |
| Andrew S. Friedman<br>Francis J. Balint, Jr.<br>Elaine A. Ryan<br>Todd D. Carpenter<br>Bonnett Fairbourn Friedman & Balint PC<br>2901 North Central Avenue, Suite 1000<br>Phoenix, AZ  85012<br>T:  (602) 274-1100<br>F:  (602) 274-1199<br>afriedman@bffb.com<br>fbalint@bffb.com<br>eryan@bffb.com<br>tcarpenter@bffb.com | Michael D. Braun<br>Braun Law Group<br>10680 West Pico Boulevard, Suite 280<br>Los Angeles, CA  90064<br>T:  (310) 836-6000<br>F:  (310) 836-6010<br>mdb@braunlawgroup.com |
| Brian P. Murray<br>Jacqueline Sailer<br>Murray Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>T:  (212) 682-1818<br>F:  (212) 682-1892<br>bmurray@murrayfrank.com<br>jsailer@murrayfrank.com | Marc Godino<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>T:  (310) 201-9150<br>F:  (310) 201-9160<br>mgodino@glancylaw.com |

**Attorneys for Plaintiff Stacie Somers:**

| | |
|---|---|
| Helen I. Zeldes<br>Alreen Haeggquist<br>Zeldes & Haeggquist LLP<br>625 Broadway, Suite 906<br>San Diego, CA 92101<br>T: (619) 434-0024<br>F: (619) 342-7878<br>helenz@zhlaw.com<br>alreenh@zhlaw.com | Steven A. Skalet<br>Craig L. Briskin<br>Mehri & Skalet PLLC<br>1250 Connecticut Ave., NW, Suite 300<br>Washington, DC 20036<br>T:  (202) 822-5100<br>F:  (202) 822-4997<br>sskalet@findjustice.com<br>cbriskin@findjustice.com |

SFI-640614v1