1
2
3
4
5
6
7
8
9
10
11
12

13                              UNITED STATES DISTRICT COURT

14                             NORTHERN DISTRICT OF CALIFORNIA

15                                    SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
| ) | <u>CLASS ACTION</u> |
| This Document Relates To: ) ) ) ALL ACTIONS. ) ) ) ) ) ) ) ) ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR ADDITIONAL DISCOVERY PURSUANT TO RULE 56(f), PORTIONS OF THE MERRICK DECLARATION AND PORTIONS OF EXHIBITS A AND C TO THE MERRICK DECLARATION PURSUANT TO LOCAL RULE 79-5(c) |

520678_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Reply in Support of Their Motion for Additional Discovery Pursuant to Rule 56(f) ("Motion"), Portions of the Merrick Declaration in support thereof ("Merrick Declaration"), and Portions of Exhibits A and C to the Merrick Declaration ("Exhibits") pursuant to Local Rule 79-5(c). The Court, having reviewed the submissions, ORDERS, ADJUDGES and DECREES that:

Plaintiff's Administrative Motion to File Plaintiffs' Motion, the Merrick Declaration and the Exhibits Under Seal Pursuant to Local Rule 79-5(c) is GRANTED.

IT IS SO ORDERED.

DATED: May 7, 2010

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
 & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
PAULA M. ROACH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

520678_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOTION TO FUS PORTIONS OF PLTFS' REPLY ISO THEIR MOTION FOR ADDITIONAL DISCOVERY - C-05-00037-JW(HRL) - 1 -

1  BRAUN LAW GROUP, P.C.
2  MICHAEL D. BRAUN
   12304 Santa Monica Blvd., Suite 109
3  Los Angeles, CA 90025
   Telephone: 310/442-7755
4  310/442-7756 (fax)

5  MURRAY, FRANK & SAILER LLP
   BRIAN P. MURRAY
6  JACQUELINE SAILER
   275 Madison Avenue, Suite 801
7  New York, NY 10016
   Telephone: 212/682-1818
8  212/682-1892 (fax)

9  GLANCY BINKOW & GOLDBERG LLP
   MICHAEL GOLDBERG
10 1801 Avenue of the Stars, Suite 311
   Los Angeles, CA 90067
11 Telephone: 310/201-9150
   310/201-9160 (fax)
12
   Additional Counsel for Plaintiffs
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

520678_1  [PROPOSED] ORDER GRANTING PLTFS' ADMIN MOTION TO FUS PORTIONS OF PLTFS'
          REPLY ISO THEIR MOTION FOR ADDITIONAL DISCOVERY - C-05-00037-JW(HRL)    - 2 -