UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME:** 57 mins

CIVIL MINUTES

**Judge:** James Ware
**Date:** May 10, 2010
**Case No.:** C-05-00037 JW
**Related Case No.:** 07-06507 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Special Master:** N/A
**Interpreter:** N/A

TITLE

"The Apple iPod iTunes Anti-Trust Litigiation"
Related Case: Stacie Somers v. Apple Inc.

**Attorney(s) for Plaintiff(s)**: Bonny Sweeny, Thomas Merrick, Paula Roach (Anti-Trust Litigation), Helen Zeldes, Alreen Haeggquist (Somers)
**Attorney(s) for Defendant(s)**: Robert Mittelstaedt , David Kiernan

PROCEEDINGS

1. Defendant's Motion to Dismiss or Alternatively, Summary Judgment [Doc. 325, 341(sealed) in 05-0037-JW]
2. Order to Show Cause re Dismissal in 07-06507-JW (Indirect Purchaser Action)

ORDER AFTER HEARING

Hearing held. The Court took the matter under submission after oral argument. The Court to issue further Order following hearing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: