Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No. C 05-00037-JW (HRL)<br><br>**STIPULATION REGARDING TIME TO ANSWER THE AMENDED CONSOLIDATED COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), the parties stipulate that Apple's answer to plaintiffs' Amended Consolidated Complaint is due on July 30, 2010.

Dated: July 7, 2010                              JONES DAY

                                                 By: /s/   David Kiernan

                                                 David Kiernan
                                                 Attorney for APPLE INC.

Dated: July 7, 2010                              Robbins Geller Rudman & Dowd LLP

                                                 By: /s/   Thomas Merrick

                                                 Thomas R. Merrick
                                                 Counsel for Plaintiffs