| | |
|---|---|
| 1 | Robert A. Mittelstaedt  #60359 |
|   | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart  #129530 |
|   | cestewart@jonesday.com |
| 3 | David C. Kiernan #215335 |
|   | dkiernan@jonesday.com |
| 4 | Michael T. Scott #255282 |
|   | michaelscott@jonesday.com |
| 5 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 6 | San Francisco, CA  94104 |
|   | Telephone:  (415) 626-3939 |
| 7 | Facsimile:   (415) 875-5700 |
| 8 | Attorneys for Defendant |
|   | APPLE INC. |

*IT IS SO ORDERED*
*Judge James Ware*
7/9/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No. C 05-00037-JW (HRL) |
| | **STIPULATION REGARDING TIME TO ANSWER THE AMENDED CONSOLIDATED COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), the parties stipulate that Apple's answer to plaintiffs' Amended Consolidated Complaint is due on July 30, 2010.

Dated: July 7, 2010

JONES DAY

By: /s/  David Kiernan

David Kiernan
Attorney for APPLE INC.

Dated: July 7, 2010

Robbins Geller Rudman & Dowd LLP

By: /s/  Thomas Merrick

Thomas R. Merrick
Counsel for Plaintiffs

C05-00037-JW (HRL)
STIPULATION Re: DEFENDANT'S TIME TO
ANSWER THE AMENDED COMPLAINT