# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 49 mins**

## CIVIL MINUTES

**Judge: James Ware**                    **Courtroom Deputy: Elizabeth Garcia**
**Date:  July 19, 2010**                 **Court Reporter: Lee-Anne Shortridge**
**Case No.: C-05-00037 JW**              **Special Master: N/A**
**Related Case No.: 07-06507 JW**        **Interpreter: N/A**

## TITLE

**The Apple iPod iTunes Anti-Trust Litigation**
**Related Case: Stacie Somers v. Apple, Inc.**

**Attorney(s) for Plaintiff(s)**: Bonny Sweeney, Steven Skalet, Aaron Olsen
**Attorney(s) for Defendant(s)**: Robert Mittelstaedt

## PROCEEDINGS

Case Management Conference as to both cases

## ORDER AFTER HEARING

Conference held.  The Court set the following hearing dates and deadlines:

1. Anticipated hearing on Plaintiffs' Class Certification and Defendant's Motion for Summary Judgment set for **December 20, 2010 at 9:00 AM.**
2. Further Case Management Conference set for **December 20, 2010 at 10:00 AM.**
A joint case management conference statement shall be filed on or before **December 10, 2010.**

The Court to issue further Order following case management conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: