IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Apple iPod iTunes Antitrust Litigation _____/ Stacie Somers,       Plaintiff,   v. Apple, Inc.,       Defendant. _____/ | NO. C 05-00037 JW NO. C 07-06507 JW **SCHEDULING ORDER** |

On July 19, 2010, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Conference, the Court orders as follows:

(1) The Court DENIES Defendant's request for a stay or limitation on general discovery pending consideration of its anticipated renewed Motion for Summary Judgment. The Direct Purchaser Action Plaintiffs shall have full and open discovery. Defendant may not stage or limit discovery. At this time, the Court sets **December 20, 2010** as a date for the close of all discovery.

(2) However, discovery in the Indirect Purchaser/iTunes Purchaser Plaintiff's action shall not commence until the Court addresses Defendant's anticipated Motion to Dismiss the Amended Complaint.

(3)     On **December 20, 2010 at 9 a.m.**, the parties shall appear for a hearing on the Direct Purchaser Plaintiffs' Motion for Class Certification and on Defendant's Renewed Motion for Summary Judgment as to the Direct Purchaser Plaintiffs' remaining claims.  The parties may Stipulate to a briefing schedule as to these Motions.  However, all briefing shall be completed on or before **November 22, 2010.**

(4)     On **December 20, 2010 at 10 a.m.**, the parties in both cases shall appear for a Case Management Conference.  On or before **December 10, 2010**, the parties shall file a Joint Case Management Statement.  In their Statement, the parties shall provide, *inter alia*, an update on the status of both actions.

Dated: July 21, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alreen Haeggquist alreenh@zhlaw.com
Craig Ellsworth Stewart cestewart@jonesday.com
Craig L. Briskin cbriskin@findjustice.com
David Craig Kiernan dkiernan@jonesday.com
Elaine Wallace ewallace@jonesday.com
Helen I. Zeldes helenz@zhlaw.com
Michael Tedder Scott michaelscott@jonesday.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Steven A. Skalet sskalet@findjustice.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@csgrr.com
Brian P Murray bmurray@murrayfrank.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Elaine A. Ryan eryan@bffb.com
Francis Joseph Balint fbalint@bffb.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@csgrr.com
Michael D Braun service@braunlawgroup.com
Roy A. Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@csgrr.com
Todd David Carpenter tcarpenter@bffb.com

**Dated:  July 21, 2010**                    **Richard W. Wieking, Clerk**


                                             **By:     /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**