1

ROBBINS GELLER RUDMAN
2    & DOWD LLP
JOHN J. STOIA, JR. (141757)
3  BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
4  PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
5  San Diego, CA 92101
Telephone: 619/231-1058
6  619/231-7423 (fax)
johns@rgrdlaw.com
7  bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
8  proach@rgrdlaw.com

9  THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
10  1101 30th Street, N.W., Suite 500
Washington, DC 20007
11  Telephone: 202/625-4342
202/330-5593 (fax)
12  rak@katriellaw.com

13  Co-Lead Counsel for Plaintiffs

14                    UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17  THE APPLE IPOD ITUNES ANTI-TRUST      )   Lead Case No.
LITIGATION                             )   C-05-00037-JW(HRL)
18  ─────────────────────────────────     )
                                       )   CLASS ACTION
19  This Document Relates To:              )
                                       )   STIPULATION REGARDING TIME TO
20      ALL ACTIONS.                       )   RESPOND TO DEFENDANT APPLE,
                                       )   INC.'S ANSWER AND DEFENSES TO
21  ─────────────────────────────────     )   PLAINTIFFS' AMENDED
                                           CONSOLIDATED COMPLAINT
22

23

24          Pursuant to Civil Local Rule 6-1(a), the parties stipulate that Plaintiffs' response to Apple

Inc.'s Answer and Defenses to Plaintiffs' Amended Consolidated Complaint is due on September 10,
25
2010.
26
/ / /
27
/ / /
28

1    / / /

2

3    Dated:  September 3, 2010                JONES DAY

4
                                             By: /s/ David Kiernan
5
                                             David Kiernan
6                                            Attorneys for APPLE, INC.

7

8
     Dated:  September 3, 2010                Robbins Gellar Rudman & Dowd LLP
9
                                             By: /s/ Thomas R. Merrick
10
                                             Thomas R. Merrick
11                                           Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 3, 2010.

<u>s/ Thomas R. Merrick</u>
THOMAS R. MERRICK

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:      tmerrick@rgrdlaw.com

520675_1