ROBBINS GELLER RUDMAN
 & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
proach@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

**IT IS SO ORDERED**
*Judge James Ware*
09/07/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | STIPULATION REGARDING TIME TO RESPOND TO DEFENDANT APPLE, INC.'S ANSWER AND DEFENSES TO PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT |

Pursuant to Civil Local Rule 6-1(a), the parties stipulate that Plaintiffs' response to Apple Inc.'s Answer and Defenses to Plaintiffs' Amended Consolidated Complaint is due on September 10, 2010.

/ / /

/ / /

1  / / /

2

3  Dated: September 3, 2010                    JONES DAY

4
                                               By: /s/ David Kiernan
5
                                               David Kiernan
6                                              Attorneys for APPLE, INC.

7

8
9  Dated: September 3, 2010                    Robbins Gellar Rudman & Dowd LLP

10                                             By: /s/ Thomas R. Merrick

11                                             Thomas R. Merrick
                                               Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 3, 2010.

        s/ Thomas R. Merrick
        THOMAS R. MERRICK

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:      tmerrick@rgrdlaw.com

520675_1