| | |
|---|---|
| 1 | Robert A. Mittelstaedt  #60359 |
| | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart  #129530 |
| | cestewart@jonesday.com |
| 3 | David C. Kiernan #215335 |
| | dkiernan@jonesday.com |
| 4 | Michael T. Scott #255282 |
| | michaelscott@jonesday.com |
| 5 | JONES DAY |
| | 555 California Street, 26th Floor |
| 6 | San Francisco, CA  94104 |
| | Telephone:     (415) 626-3939 |
| 7 | Facsimile:      (415) 875-5700 |

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Case No. C 05-00037-JW (HRL)<br><br>**STIPULATION REGARDING TIME TO FILE AMENDED ANSWER AND DEFENSES AND PLAINTIFFS' TIME TO RESPOND TO APPLE'S AMENDED ANSWER AND DEFENSES** |

The parties through their designated undersigned counsel stipulate that Apple Inc.'s amended answer and defenses to Direct Purchaser Plaintiffs' Amended Consolidated Complaint is due on or before September 24, 2010 and that Plaintiffs' response, if any, is due within 14 days after the filing of the amended answer and defenses.

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: September 10, 2010 | JONES DAY |
| 2 | | By: /s/  David Kiernan |
| 3 | | David Kiernan<br>Attorney for APPLE INC. |
| 4 | Dated: September 10, 2010 | Bonnett, Fairbourn, Friedman and Balint |
| 5 | | By: /s/ Todd D. Carpenter |
| 6 | | |
| 7 | | Todd D. Carpenter<br>Counsel for Plaintiffs |