1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan  #215335
   dkiernan@jonesday.com
4  Michael T. Scott  #255282
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.
9

*IT IS SO ORDERED*
*[signature] Judge James Ware*
9/14/2010

10                     UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

13  **THE APPLE iPOD iTUNES ANTI-TRUST**      Case No. C 05-00037-JW (HRL)
    **LITIGATION**
14                                            **STIPULATION REGARDING TIME**
                                               **TO FILE AMENDED ANSWER AND**
15                                             **DEFENSES AND PLAINTIFFS' TIME**
                                               **TO RESPOND TO APPLE'S**
16                                             **AMENDED ANSWER AND**
                                               **DEFENSES**
17

18

19       The parties through their designated undersigned counsel stipulate that Apple Inc.'s

20  amended answer and defenses to Direct Purchaser Plaintiffs' Amended Consolidated Complaint

21  is due on or before September 24, 2010 and that Plaintiffs' response, if any, is due within 14 days

22  after the filing of the amended answer and defenses.

23  ///

24

25  ///

26  ///
27

28  ///

C05-00037-JW (HRL)
STIPULATION Re: TIME TO
FILE AMENDED ANSWER

| | | |
|---|---|---|
| 1 | Dated: September 10, 2010 | JONES DAY |
| 2 | | By:/s/  David Kiernan |
| 3 | | David Kiernan<br>Attorney for APPLE INC. |
| 4 | Dated: September 10, 2010 | Bonnett, Fairbourn, Friedman and Balint |
| 5 | | By:/s/ Todd D. Carpenter |
| 6 | | Todd D. Carpenter<br>Counsel for Plaintiffs |