Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Michael T. Scott (State Bar No. 255282)
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION**<br><br>**This Document Relates To All Matters** | Case No. C-05-00037-JW (HRL)<br>C-06-04457 JW (HRL)<br><br>**STIPULATION AND PROPOSED ORDER RE SCHEDULING DIRECT PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

WHEREAS, on July 22, 2010, the Court set the date for the completion of briefing on Defendant's renewed Rule 56 motion and Direct Purchaser Plaintiffs' renewed motion for class certification for November 22, 2010; and set the date for the completion of fact discovery for December 20, 2010;

WHEREAS, the parties have conferred on a briefing and hearing schedule for their respective motions so the motions may be filed after the close of fact discovery in the most efficient manner;

IT IS HEREBY STIPULATED, subject to Court approval as follows:

////

<u>Briefing and hearing on Defendant's Renewed Motion for Summary Judgment</u>

    1.    Defendant's Renewed Motion for Summary Judgment is due on January 17, 2011.

    2.    Direct Purchaser Action Plaintiffs' Opposition is due on February 28, 2011.[1]

    3.    Defendant's Reply is due on March 28, 2011.

    4.    The hearing on Defendants' Renewed Motion for Summary Judgment shall be on April 11, 2011, at 9:00 a.m., or a date convenient for the Court.

<u>Plaintiffs' Renewed Motion for Class Certification</u>

    1.    Direct Purchaser Action Plaintiffs' Renewed Motion for Class Certification is due on June 6, 2011.

    2.    Defendant's Opposition to Class Certification is due on July 18, 2011.

    3.    Direct Purchaser Action Plaintiffs' Reply in Support of Class Certification is due on August 15, 2011.

    4.    The hearing on Plaintiffs' Renewed Motion for Class Certification shall be on August 29, 2011, at 9:00 a.m., or a date convenient for the Court.

Dated: October 22, 2010                      Robbins, Geller, Rudman & Dowd LLP

By: /s/
      Bonny E. Sweeney

Counsel for Direct Purchaser Plaintiff

Dated: October 22, 2010                      Jones Day

By: /s/
      Robert A. Mittelstaedt

Counsel for Defendant Apple Inc.

Dated: _____                      IT IS SO ORDERED.

---

[1] Plaintiffs respectfully reserve their right to request additional time should Apple attempt to interject new issues into its Renewed Motion for Summary Judgment.