1

2

3

4

5

6

7

8

9



IT IS SO ORDERED
AS MODIFIED

Judge James Ware

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN JOSE DIVISION

13

14   **THE APPLE iPOD iTUNES ANTI-TRUST**          **Case No. C-05-00037-JW (HRL)**
     **LITIGATION**                                              **C-06-04457 JW (HRL)**

15   **This Document Relates To All Matters**        **STIPULATION AND PROPOSED**
16                                                                **ORDER RE SCHEDULING**
                                                                  **DIRECT PLAINTIFFS' MOTION**
17                                                                **FOR CLASS CERTIFICATION**
                                                                  **AND DEFENDANT'S MOTION**
18                                                                **FOR SUMMARY JUDGMENT**

19

20          WHEREAS, on July 22, 2010, the Court set the date for the completion of briefing on

21   Defendant's renewed Rule 56 motion and Direct Purchaser Plaintiffs' renewed motion for class

22   certification for November 22, 2010; and set the date for the completion of fact discovery for

23   December 20, 2010;

24          WHEREAS, the parties have conferred on a briefing and hearing schedule for their

25   respective motions so the motions may be filed after the close of fact discovery in the most

26   efficient manner;

27          IT IS HEREBY STIPULATED **, MODIFIED by the Court as follows:**

28          ////

In light of the age of this case, the Court does not find good cause to extend further Motion practice into August of 2011, thus, the Court sets the following briefing and hearing schedule for both Defendant's Renewed Motion for Summary Judgment and Plaintiffs' Renewed Motion for Class Certification:

(1)  Opening Briefs for both Motions shall be filed on or before **January 17, 2011**;

(2)  Opposition Briefs for both Motions shall be filed on or before **February 28, 2011**;

(3)  Reply Briefs for both Motions shall be filed on or before **March 28, 2011**;

(4)  The Court will conduct a hearing on both Motions on **April 18, 2011 at 9 a.m.**

In light of the liberal schedule set forth above, providing the parties with ample time between now and the due date for the Opening Briefs for both Motions, the parties may not Stipulate to a different briefing schedule.

Dated:  October 28, 2010

JAMES WARE
United States District Judge