ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
proach@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | NOTICE OF APPEARANCE OF ALEXANDRA S. BERNAY |
| ALL ACTIONS. | |

586311_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that Alexandra S. Bernay (xanb@rgrdlaw.com) of Robbins Geller

3  Rudman & Dowd LLP hereby enters her appearance on behalf of plaintiffs Melanie Tucker, Somtai

4  Troy Charoensak and Mariana Rosen in *The Apple iPod iTunes Anti-Trust Litigation*, No. 05-CV-

5  00037-JW (N.D. Cal.), and requests that all pleadings, notices, orders, correspondence and other

6  papers in connection with this action be served upon her at the e-mail address listed above.

7  DATED:  November 11, 2010        ROBBINS GELLER RUDMAN
     & DOWD LLP
8      JOHN J. STOIA, JR.
    BONNY E. SWEENEY
9      THOMAS R. MERRICK
    ALEXANDRA S. BERNAY
10     PAULA M. ROACH

12         s/ Alexandra S. Bernay
    ALEXANDRA S. BERNAY

13

14 655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
15 619/231-7423 (fax)

16 THE KATRIEL LAW FIRM
ROY A. KATRIEL
17 1101 30th Street, N.W., Suite 500
Washington, DC  20007
18 Telephone:  202/625-4342
202/330-5593 (fax)
19
Co-Lead Counsel for Plaintiffs
20
BONNETT, FAIRBOURN, FRIEDMAN
21   & BALINT, P.C.
ANDREW S. FRIEDMAN
22 FRANCIS J. BALINT, JR.
ELAINE A. RYAN
23 TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
24 Phoenix, AZ  85012
Telephone:  602/274-1100
25 602/274-1199 (fax)

26 BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
27 10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
28 Telephone:  310/836-6000

586311_1   NOTICE OF APPEARANCE OF ALEXANDRA S. BERNAY - C-05-00037-JW(HRL)   - 1 -

|   |   |
|---|---|
| 1 | 310/836-6010 (fax) |
| 2 | MURRAY, FRANK & SAILER LLP |
|   | BRIAN P. MURRAY |
| 3 | JACQUELINE SAILER |
|   | 275 Madison Avenue, Suite 801 |
| 4 | New York, NY  10016 |
|   | Telephone:  212/682-1818 |
| 5 | 212/682-1892 (fax) |
| 6 | GLANCY BINKOW & GOLDBERG LLP |
|   | MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311 |
|   | Los Angeles, CA  90067 |
| 8 | Telephone:  310/201-9150 |
|   | 310/201-9160 (fax) |
| 9 |   |
|   | Additional Counsel for Plaintiffs |

CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 11, 2010.

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      xanb@rgrdlaw.com

586311_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)