Case 4:05-cv-00037-YGR    Document 397-2    Filed 12/09/10    Page 1 of 11



Hi, please **Sign In**

Publish    Quick Tour    Featured    Topics    Learn s

**Other categories**    Art & Entertainment ›  Animation & Design

You are in:  Home  » Art & Entertainment  » Animation & Design  » The Top Grossing Animated Movies

# The Top Grossing Animated Movies

Jun 21st, 2010 by **Spill Guy**          💬 No comments          **0**      Recommend

**This is the highest grossing animated films without adjusting for inflation. I hope you get a chance to see some of these movies if you haven't yet. Hope you Enjoy!**

**10. Cars: $244,082,982**

Cars is a 2006 American animated children's film produced by Pixar and directed by both John Lasseter and Joe Ranft. It is the seventh Disney/Pixar feature film, and the final film by Pixar before it was bought by Disney. Set in a world populated entirely by anthropomorphic cars and other vehicles, it features voices by Owen Wilson, Paul Newman (in his final non-documentary feature), Bonnie Hunt, Cheech Marin, Jenifer Lewis, Tony Shalhoub, John Ratzenberger, George Carlin, Daniel Lawrence Whitney and Michael Keaton as well as voice cameos by several celebrities including Jeremy Piven, Jeremy Clarkson of Top Gear, Richard Petty, Dale Earnhardt Jr., Bob Costas, Darrell Waltrip, Jay Leno, Michael Schumacher, Tom & Ray Magliozzi from NPR's Car Talk and Mario Andretti. The film is also the second Pixar film to have an entirely non-human cast after A Bug's Life. -Wikipedia.org



**9. Toy Story 2: $245,852,179**

Toy Story 2 is a 1999 CGI family film, the third Disney/Pixar feature film, and the sequel to Toy Story, which features the adventures of a group of toys that come to life when humans are not around to see them. Like the first film, Toy Story 2 was produced by Pixar Animation Studios, Directed by John Lasseter, Lee Unkrich and Ash Brannon, and released by Walt Disney Pictures and Buena Vista Distribution in the United States on November 19, 1999, in some parts of Australia on December 2, 1999 and the United Kingdom on 11 February 2000. Toy Story 2 was re-released in a double feature with Toy Story in Disney Digital 3-D on October 2, 2009. -*Wikipedia.org*



**8. Monsters, Inc.: $255,873,250** Monsters, Inc. is a 2001 computer-animated film and the fourth feature-length film produced by Pixar Animation Studios. It was directed by Pete Docter, co-directed by Lee Unkrich and David Silverman, and was written by Jack W. Bunting, Jill Culton, Peter Docter, Ralph Eggleston, Dan Gerson, Jeff Pidgeon, Rhett Reese, Jonathan Roberts, and Andrew Stanton. The film was released to theatres by Walt Disney Pictures in the United States on November 2, 2001, in Australia on December 26, 2001, and in the United Kingdom on February 8, 2002. It was a commercial and critical success, grossing over $525,366,597 worldwide. Review aggregator Rotten Tomatoes also reported extremely positive reviews with a fresh 95% approval rating. -*Wikipedia.org*



**7. The Incredibles: $261,441,092**

The Incredibles is a 2004 American computer-animated superhero film produced by Pixar Animation Studios and distributed by Walt Disney Pictures. It was written and directed by Brad Bird, a former director and executive consultant of The Simpsons. The story focuses on the Parr family, each of whom has superpowers. The starring voices are Craig T. Nelson as Bob Parr, a superhero named "Mr. Incredible" who is forced to give up saving people's lives; Holly Hunter as his wife; Sarah Vowell as their teenage daughter; Spencer Fox as their young son; Jason Lee as Mr. Incredible's most avid fan; Samuel L. Jackson as Bob's friend; and Elizabeth Peña as the beautiful assistant of a vengeful supervillain. Bob's yearning to help people draws the entire Parr family into a battle with the villain and his killer robot. *-Wikipedia.org*



**6. Shrek: $267,665,011**

Shrek is a 2001 American animated comedy film it is directed by Andrew Adamson and Vicky Jenson and starring the voices of Mike Myers, Eddie Murphy, Cameron Diaz, and John Lithgow. Loosely based on William Steig's 1990 fairy tale picture book Shrek!, the film was produced by DreamWorks Animation. Shrek was the first film to win an Academy Award for Best Animated Feature, a category introduced in 2001. It was released on VHS and DVD on November 2, 2001. The film stars Mike Myers as a big, strong, solitude-loving, intimidating ogre named Shrek. Shrek also features Cameron Diaz as the beautiful but very down-to-earth and feisty Princess Fiona, Eddie Murphy as a talkative donkey named Donkey, and Lithgow as the villain Lord Farquaad. -*Wikipedia.org*

Case 4:05-cv-00037-YGR     Document 397-2     Filed 12/09/10     Page 5 of 11



*Do you like this article? You can write articles like this and make money from it. It is free to join and you can make money online as soon as you sign-up. Click on the link to* **Sign-up with Bukisa.com**   *and starting making some good money on the internet.*

### *5. Up*: $293,004,164

Up is a 2009 computer-animated comedy-adventure film produced by Pixar Animation Studios, distributed by Walt Disney Pictures and presented in Disney Digital 3-D. The film premiered on May 29, 2009 in North America and opened the 2009 Cannes Film Festival, becoming the first animated or 3D film to do so. Up is director Pete Docter's second feature-length film, after Monsters, Inc., and features the voices of Edward Asner, Christopher Plummer, Bob Peterson, and Jordan Nagai. It is Pixar's tenth feature film and the studio's first to be presented in Disney Digital 3-D, and is accompanied in theaters by the short film Partly Cloudy. *-Wikipedia.org*



**4. Shrek The Third: $322,719,944**

Shrek the Third is a 2007 American animated film, and the third film in the Shrek series. It was produced by Jeffrey Katzenberg for DreamWorks Animation, and is distributed by Paramount Pictures. It was released in U.S. theaters on May 18, 2007 (exactly six years after the first film). Although the film received mostly negative reviews from critics, it grossed $798,958,162, making it a commercial success. It was produced with the working title of Shrek 3, the name being changed to avoid potential confusion with Shrek 3-D. Like the first two Shrek films, the film is based on fairy tale themes. It was nominated for Best Animated Movie at the Kids' Choice Awards 2008. *-Wikipedia.org*



**3. The Lion King: $328,541,776**

The Lion King is a 1994 American animated feature produced by Walt Disney Feature Animation. Released to theaters on June 15, 1994 by Walt Disney Pictures, it is the 32nd film in the Walt Disney

Animated Classics. The story, which was influenced by the Bible stories of Joseph and Moses and the William Shakespeare play Hamlet, takes place in a kingdom of anthropomorphic animals in Africa. The film was the highest grossing animated film of all time until the release of Finding Nemo (a Disney/Pixar computer-animated film).

The Lion King still holds the record as the highest grossing traditionally animated film in history and belongs to an era known as the Disney Renaissance. The Lion King is the highest grossing 2D animated film of all time in the United States, and received positive reviews from critics, who praised the film for its music and story. During its release in 1994, the film grossed more than $783 million worldwide, becoming the most successful film released that year, and it is currently the twenty-ninth highest-grossing featurefilm. *-Wikipedia.org*



**2. Finding Nemo: $339,714,978**

Finding Nemo is a 2003 American computer-animated film written by Andrew Stanton, directed by Stanton and Lee Unkrich and produced by Pixar Animation Studios for Walt Disney Pictures. It tells the story of the overly protective clownfish Marlin, voiced by Albert Brooks, who along with a regal tang called Dory, voiced by Ellen DeGeneres, searches for his son Nemo, voiced by Alexander Gould. Along the way he learns to take risks and that his son is capable of taking care of himself.

The film received overwhelmingly positive reviews and won the Academy Award for Best Animated Feature. It was a financial blockbuster as it grossed over $864 million worldwide. It was the 2nd highest grossing film of 2003, just behind Lord of the Rings: The Return of the King. It is the best-selling DVD of all time, with over 40 million copies sold as of 2006 and is the highest grossing G-rated movie of all time, not counting for inflation (Stanley Kubrick's 2001: A Space Odyssey grossed $191 Million on its release in 1968. With inflation, its box office gross is over $1.1 Billion.). In 2008, the American Film Institute named it the tenth greatest animated film ever made during their 10 Top 10. It was also the first Pixar film to be released in May. *-Wikipedia.org*



**1. Shrek 2: $441,226,247**

Shrek 2 is a 2004 American computer-animated comedy film, produced by DreamWorks Animation and directed by Andrew Adamson, Kelly Asbury and Conrad Vernon. It is the second film in the Shrek series and the sequel to 2001's Shrek. The film features the voices of Mike Myers, Eddie Murphy, Cameron Diaz, Antonio Banderas, Julie Andrews, John Cleese, Rupert Everett and Jennifer Saunders. Shrek 2 scored the fourth largest three day opening weekend in US history, as well as the largest opening for an animated film until May 18, 2007, when it was eclipsed by its sequel Shrek the Third. As of 2008, it is the inflation-adjusted 30th highest-grossing film of all time in the US. It went on to be the highest grossing film of 2004. The associated soundtrack reached the top ten of the Billboard 200. It is also the seventh highest ticket selling animated film of all time. It is, as well, the highest-grossing fully-animated film of all time and DreamWorks's most successful film to date. *-Wikipedia.org*



*Did you like this article? You can write articles like this and make money from it. It is free to join and you can make money online as soon as you sign-up. Click on the link to **Sign-up with Bukisa.com** and starting making some good money on the internet.*

**Related Content:**

**The Greatest Movie Characters**

**Most Expensive Movies Ever Made**

**Top 10 Highest Grossing Movies in 2009**

**The Best Movie Trilogies**

 Written by Spill Guy

**Rate this Article:**

Be the first to rate me.                digg it        reddit this       tweet me        mixx it up       Stumble it

**Tags:** best animated movies, top grossing animated movies, the incredibles, best disney movies, toy story 2, toy story, animated film, wikipedia org, org img, img alt

**Source:** The Top Grossing Animated Movies

Image by Lucius Kwok    via Flickr

## Add new comment

| **Comment as a visitor** | **Login via Bukisa** | **Connect via Facebook** |

**Name** [_____] (required)

**Email** [_____] (required)

**Your comment** (required)

[                                                                    ]

"Human" verification. We love people, hate spam bots.

3 + 7 = ?  [_____]

## Comments

No comments yet, be the first to comment on this article.

---

| More from Art & Entertainment › Animation & Design | More from Spill Guy |

**Assassin's Creed Creative Director Leaving Ubisoft, Joining Thq** | by Jeremiah Aizeboje | in Animation & Design
Assassin's Creed Creative Director Leaving Ubisoft, Joining THQ...

**Esrb Website Council Announced** | by Jeremiah Aizeboje | in Animation & Design
The Entertainment Software Rating Board (ESRB) has announced the establishment of the ESRB Webs...

**How to Create a Claymation** | by IgorCheb | in Animation & Design
This is a pretty detailed guide on creating a claymation or an type of stop motion animation. T...

**Photoshop Tutorial - Eye Photo Manipulation** | by GyM49 | in Animation & Design
In this tutorial we will use the burn tool, dodge tool........

**Photoshop Tutorial - Hot Branding Iron** | by GyM49 | in Animation & Design
In this easy Photoshop tutorial you'll learn how to design a very cool-looking branding iron ...

---

Publish    Quick Tour    Featured    FAQ              Learn something new, Search Bu

| Bukisa | Site Links | Help & Tools | Sitemaps | Follo |
| Blog | Join | Community Support | How To Articles | |
| About Us | Login | Learn More | How To Videos | |

| | | | |
|---|---|---|---|
| Contact Us | Recently Added | Twitter Users | How To Presentations |
| RSS Feed | Advanced Search | Freelance Jobs | How To Audio |
| | | Search Plugin | General Sitemap |

Priva

Creative Commons License <u>except where otherwise noted</u>.

© Copyright 2008 - 2010 Webika Ltd. All Rights Reserved. v. 2.1.2 / 2010052

Hebrew | Portuguese