

**Steve Jobs**
Director since 2006

Steven P. Jobs, 54, has served as Chief Executive Officer of Apple Inc., a designer, manufacturer and marketer of personal computers, mobile communication devices and portable digital music and video players, since February 1997 and is a member of its Board of Directors. Prior to the Company's acquisition of Pixar, Mr. Jobs also served as Chairman of Pixar from March 1991 and as Chief Executive Officer of Pixar from February 1986. Mr. Jobs has been a Director of the Company since the Company's acquisition of Pixar in May 2006.

<< Previous page

**The Walt Disney Company - Steve Jobs Biography**
Corporate Information Site Map



Disney.com Guest Services/Help | Site Map
Privacy Policy/Your California Privacy Rights | Interest-Based Ads | Terms of Use | Internet Safety
© Disney. All rights reserved.