

Subject:
Apple: deponents

From:
Paula Roach
11/03/2010 06:27 PM

To:
David Kiernan

Cc:
"Xan Bernay"
Show Details

History: This message has been forwarded.

1 Attachment



PaulaMRoach.png

David,

In addition to those already noticed, we are going to notice the depositions of Patrice Gautier and Steve Jobs. Let's discuss scheduling on friday for all depos along with the protective order. thanks

Paula M. Roach
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel 619 231 1058 | Fax 619 231 7423

Robbins Geller
Rudman & Dowd LLP

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.