Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
Craig E. Stewart #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTITRUST LITIGATION** | Case No. C 05-00037-JW (HRL)<br><br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS**<br><br>Date:    January 18, 2011<br>Time:   10:00 a.m.<br>Place:   Courtroom 2, 5th Floor<br>**Honorable Howard Lloyd** |

1    On January 18, 2011, Defendant Apple Inc.'s Motion For Protective Order Preventing the
2    Deposition of Steve Jobs came on regularly for hearing before the Honorable Howard Lloyd.
3    After considering the papers filed and oral argument presented and good cause appearing
4    therefor,
5    **IT IS HEREBY ORDERED** that Apple's Motion For Protective Order is **GRANTED.**

8    DATED: _____

        HONORABLE Howard Lloyd
        United States Magistrate Judge