IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Apple iPod iTunes Anti-Trust Litigation | NO. C 05-00037 JW |
| | **ORDER VACATING CASE MANAGEMENT CONFERENCE; DENYING EXTENSION OF FACT DISCOVERY** |

      This Direct Purchaser Action is scheduled for a Case Management Conference on December 20, 2010. Plaintiffs have a Motion for Class Certification and Defendants have a Motion for Summary Judgment currently set for hearing on April 18, 2011. (See Docket Item No. 392.) Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 399.) In the Joint Statement, Defendants request an extension of fact discovery, should Judge Loyd deny their now-pending Motion for a Protective Order to prevent the deposition of Steve Jobs.

      In light of the parties' pending dispositive Motions, the Court finds that a Case Management Conference is not necessary at this time. Accordingly, the Court VACATES the December 20 Conference. The Court will set a new Case Management Conference date in its Order addressing the parties' various Motions, if necessary. Further, the Court DENIES Defendants' request for a discovery extension as premature, without prejudice to raise the request again should their Motion for a Protective Order be denied.

Dated: December 14, 2010

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra Senya Bernay xanb@rgrdlaw.com
Alreen  Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@rgrdlaw.com
Brian P Murray bmurray@murrayfrank.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Craig Ellsworth Stewart cestewart@jonesday.com
David Craig Kiernan dkiernan@jonesday.com
Elaine A. Ryan eryan@bffb.com
Francis Joseph Balint fbalint@bffb.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline  Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@rgrdlaw.com
Michael D Braun service@braunlawgroup.com
Michael D. Braun service@braunlawgroup.com
Michael Tedder Scott michaelscott@jonesday.com
Paula Michelle Roach proach@rgrdlaw.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy Arie Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@rgrdlaw.com
Todd David Carpenter tcarpenter@bffb.com

**Dated:  December 14, 2010**              **Richard W. Wieking, Clerk**

                                    **By:    /s/ JW Chambers           **
                                           **Elizabeth Garcia**
                                           **Courtroom Deputy**