1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  JOHN J. STOIA, JR. (141757)
   BONNY E. SWEENEY (176174)
3  THOMAS R. MERRICK (177987)
   ALEXANDRA S. BERNAY (211068)
4  PAULA M. ROACH (254142)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   johns@rgrdlaw.com
7  bonnys@rgrdlaw.com
   tmerrick@rgrdlaw.com
8  xanb@rgrdlaw.com
   proach@rgrdlaw.com
9
   THE KATRIEL LAW FIRM
10 ROY A. KATRIEL (*pro hac vice*)
   1101 30th Street, N.W., Suite 500
11 Washington, DC  20007
   Telephone:  202/625-4342
12 202/330-5593 (fax)
   rak@katriellaw.com
13
   Co-Lead Counsel for Plaintiffs
14
   [Additional counsel appear on signature page.]
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | STIPULATION EXTENDING DEADLINE FOR TAKING DEPOSITIONS |
| ALL ACTIONS. | |

590287_1

1  WHEREAS, the Court set a deadline of December 20, 2010 for the close of fact discovery;

2  WHEREAS, the parties have been engaging in good faith efforts to complete fact discovery
3  by December 20, 2010;

4  WHEREAS, Apple has recently produced a large volume of documents in response to
5  plaintiffs requests, including financial information and data;

6  WHEREAS, Apple supplemented its initial disclosures by adding the names of several
7  witnesses that the parties previously agreed from whom documents would be obtained with the areas
8  of knowledge about the matters at issue in Direct Purchasers' Plaintiffs' complaint on December 15,
9  2010;

10  WHEREAS, Direct Purchaser Plaintiffs have been taking depositions of Apple's witnesses,
11  including witnesses for whom additional documents were recently produced, in a good faith effort to
12  complete fact discovery by December 20, 2010;

13  WHEREAS, Direct Purchaser Plaintiffs have noticed a 30(b)(6) deposition of an Apple
14  witness for December 20, 2010, regarding, among other things, the cost, revenue and sales data just
15  produced by Apple;

16  WHEREAS, Direct Purchaser Plaintiffs have received some financial data that they believe is
17  not immediately useable by their experts;

18  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
19  parties, subject to Court approval, that good cause exists to modify the discovery schedule as
20  follows:

21  1.  The 30(b)(6) deposition scheduled for Monday, December 20, 2010 is deferred.  The
22  parties shall agree to a mutually convenient date to conduct this deposition after Direct Purchaser
23  Plaintiffs have had an opportunity to review the data produced by Apple;

24  2.  To the extent that Direct Purchaser Plaintiffs discover, upon review, that they
25  reasonably need to examine Apple witnesses whether or not previously deposed about documents
26  recently produced by Apple, the parties will meet and confer in good faith with respect to plaintiffs'
27  requests and will agree to mutually convenient dates to conduct such depositions or promptly present
28  any dispute to the Magistrate Judge; and

3. The parties are meeting and conferring about the impact, if any, of Apple's recent production of financial data on plaintiffs' preparation of their class certification motion, and, if the parties are unable to resolve the issue, will promptly present any remaining dispute to the Court.

DATED: December 17, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
PAULA M. ROACH

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

| | |
|---|---|
| | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN<br>10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064<br>Telephone:  310/836-6000<br>310/836-6010 (fax) |
| | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY<br>JACQUELINE SAILER<br>275 Madison Avenue, Suite 801<br>New York, NY  10016<br>Telephone:  212/682-1818<br>212/682-1892 (fax) |
| | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067<br>Telephone:  310/201-9150<br>310/201-9160 (fax) |
| | Additional Counsel for Plaintiffs |
| DATED:  December 17, 2010 | JONES DAY<br>ROBERT A. MITTELSTAEDT<br>DAVID C. KIERNAN |
| |     s/ Robert A. Mittelstaedt<br>ROBERT A. MITTELSTAEDT |
| | 555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:  415/626-3939<br>415/875-5700 (fax) |
| | Attorneys for Defendant, Apple, Inc. |

**ECF CERTIFICATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED:  December 17, 2010         s/Bonny E Sweeney
                                                                 BONNY E. SWEENEY

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2010.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        bonnys@rgrdlaw.com

590287_1

# Mailing Information for a Case 5:05-cv-00037-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**

- proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- ```
(No manual recipients)
```