1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
|---|---|---|
| | ) ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | [PROPOSED] ORDER EXTENDING DEADLINE FOR TAKING DEPOSITIONS |
| ALL ACTIONS. | ) ) | |

16
17
18
19
20
21
22
23
24
25
26
27
28

590362_1

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
2 parties, subject to Court approval, that good cause exists to modify the discovery schedule as
3 follows:
4    1.    The 30(b)(6) deposition scheduled for Monday, December 20, 2010 is deferred. The
5 parties shall agree to a mutually convenient date to conduct this deposition after Direct Purchaser
6 Plaintiffs have had an opportunity to review the data produced by Apple;
7    2.    To the extent that Direct Purchaser Plaintiffs discover, upon review, that they
8 reasonably need to examine Apple witnesses whether or not previously deposed about documents
9 recently produced by Apple, the parties will meet and confer in good faith with respect to plaintiffs'
10 requests and will agree to mutually convenient dates to conduct such depositions or promptly present
11 any dispute to the Magistrate Judge; and
12    3.    The parties are meeting and conferring about the impact, if any, of Apple's recent
13 production of financial data on plaintiffs' preparation of their class certification motion, and, if the
14 parties are unable to resolve the issue, will promptly present any remaining dispute to the Court.
15    IT IS SO ORDERED.
16 DATED: _____    _____
                                     THE HONORABLE JAMES WARE
17                                   UNITED STATES DISTRICT JUDGE

590362_1

[PROPOSED] ORDER EXTENDING DEADLINE FOR TAKING DEPOSITIONS - C-05-00037-JW(HRL)                                                                 - 1 -