1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. C-05-00037-JW(HRL)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO APPLE, INC.'S MOTION FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS AND EXHIBITS 1-4 AND 6-11 TO THE BERNAY DECLARATION PURSUANT TO 79-5(b) AND (c)<br><br>JUDGE:   Hon. Howard R. Lloyd<br>DATE:    January 18, 2011<br>TIME:    10:00 a.m.<br>CTRM:   2 – 5th Floor |

589728_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2  Seal Portions of Plaintiffs' Opposition to Apple, Inc.'s Motion for Protective Order Preventing the
3  Deposition of Steve Jobs ("Opposition") and Exhibits 1-4 and 6-11 to the Bernay Declaration
4  ("Exhibits") pursuant to Local Rule 79-5(b) and (c). The Court, having reviewed the submissions,
5  ORDERS, ADJUDGES and DECREES that:
6       Plaintiffs' Administrative Motion to File Plaintiffs' Opposition and Exhibits Under Seal
7  Pursuant to Local Rule 79-5(b) and (c) is GRANTED.
8       IT IS SO ORDERED.
9  DATED: _____    _____
                                      THE HONORABLE HOWARD R. LLOYD
10                                    UNITED STATES MAGISTRATE JUDGE

11 Submitted by:

12 ROBBINS GELLER RUDMAN
      & DOWD LLP
13 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
14 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
15 PAULA M. ROACH
   655 West Broadway, Suite 1900
16 San Diego, CA  92101
   Telephone:  619/231-1058
17 619/231-7423 (fax)

18
   THE KATRIEL LAW FIRM
19 ROY A. KATRIEL
   1101 30th Street, N.W., Suite 500
20 Washington, DC  20007
   Telephone:  202/625-4342
21 202/330-5593 (fax)

22 Co-Lead Counsel for Plaintiffs

23 BONNETT, FAIRBOURN, FRIEDMAN
      & BALINT, P.C.
24 ANDREW S. FRIEDMAN
   FRANCIS J. BALINT, JR.
25 ELAINE A. RYAN
   TODD D. CARPENTER
26 2901 N. Central Avenue, Suite 1000
   Phoenix, AZ  85012
27 Telephone:  602/274-1100
   602/274-1199 (fax)
28

1  BRAUN LAW GROUP, P.C.
2  MICHAEL D. BRAUN
   10680 West Pico Blvd., Suite 280
3  Los Angeles, CA 90064
   Telephone: 310/836-6000
4  310/836-6010 (fax)

5  MURRAY, FRANK & SAILER LLP
   BRIAN P. MURRAY
6  JACQUELINE SAILER
   275 Madison Avenue, Suite 801
7  New York, NY 10016
   Telephone: 212/682-1818
8  212/682-1892 (fax)

9  GLANCY BINKOW & GOLDBERG LLP
   MICHAEL GOLDBERG
10 1801 Avenue of the Stars, Suite 311
   Los Angeles, CA 90067
11 Telephone: 310/201-9150
   310/201-9160 (fax)
12
   Additional Counsel for Plaintiffs
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

589728_1    [PROPOSED] ORDER GRANTING PLTFS' ADMIN MOT TO FILE UNDER SEAL PORTIONS OF PLTFS'
OPPO TO APPLE'S MOT FOR PROTECTIVE ORDER AND EXS TO BERNAY DECL- C-05-00037-JW(HRL)    - 2 -