1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  JOHN J. STOIA, JR. (141757)
   BONNY E. SWEENEY (176174)
3  THOMAS R. MERRICK (177987)
   ALEXANDRA S. BERNAY (211068)
4  PAULA M. ROACH (254142)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   johns@rgrdlaw.com
7  bonnys@rgrdlaw.com
   tmerrick@rgrdlaw.com
8  xanb@rgrdlaw.com
   proach@rgrdlaw.com
9
   THE KATRIEL LAW FIRM
10 ROY A. KATRIEL (*pro hac vice*)
   1101 30th Street, N.W., Suite 500
11 Washington, DC  20007
   Telephone:  202/625-4342
12 202/330-5593 (fax)
   rak@katriellaw.com
13
   Co-Lead Counsel for Plaintiffs
14
   [Additional counsel appear on signature page.]
15
                      UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                          SAN JOSE DIVISION
18

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-JW(HRL) |

THE APPLE IPOD ITUNES ANTI-TRUST ) Lead Case No. C-05-00037-JW(HRL)
19 LITIGATION                       )
                                    )  CLASS ACTION
20                                  )
   This Document Relates To:        )  AMENDED NOTICE OF MOTION AND
21                                  )  ADMINISTRATIVE MOTION TO FILE
      ALL ACTIONS.                  )  UNDER SEAL PORTIONS OF PLAINTIFFS'
22                                  )  OPPOSITION TO APPLE, INC.'S MOTION
                                       FOR PROTECTIVE ORDER PREVENTING
23                                     THE DEPOSITION OF STEVE JOBS,
                                       PORTIONS OF THE BERNAY
24                                     DECLARATION AND EXHIBITS 1-4 AND
                                       6-11 PURSUANT TO LOCAL RULE 79-5(b)
25                                     AND (c)

26                                     JUDGE:    Hon. Howard R. Lloyd
                                       DATE:     January 18, 2011
27                                     TIME:     10:00 a.m.
                                       CTRM:     2 – 5th Floor
28

590888_1

1    TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2            PLEASE TAKE NOTICE that, pursuant to Local Rule 7-11(a) and 79-5(b) and (c), on

3    January 18, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 2, Fifth

4    Floor, located at 280 South First Street, San Jose, California, before the Honorable Magistrate Judge

5    Howard R. Lloyd, plaintiffs Somtai Troy Charoensak, Mariana Rosen, and Melanie Tucker

6    (collectively "Plaintiffs") will move for permission from the Court to file under seal portions of

7    Plaintiffs' Opposition to Apple, Inc.'s Motion for Protective Order Preventing Deposition of Steve

8    Jobs, portions of the Declaration of Alexandra S. Bernay in Support of Plaintiffs' Opposition to

9    Apple Inc.'s Motion for Protective Order Preventing Deposition of Steve Jobs ("Bernay

10   Declaration") and Exhibits 1-4 and 6-11 to the Bernay Declaration.

11           The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of

12   Bonny E. Sweeney in Support of Plaintiffs' Motion to File Under Seal Portions of Plaintiffs'

13   Opposition to Apple, Inc.'s Motion for Protective Order Preventing Deposition of Steve Jobs,

14   portions of Bernay Declaration and Exhibits 1-4 and 6-11 to the Bernay Declaration, pursuant to

15   Local Rule 79-5 (b) and (c), filed concurrently herewith.  Plaintiffs have also concurrently lodged a

16   proposed order.

17   DATED:  December 22, 2010            ROBBINS GELLER RUDMAN
                                            & DOWD LLP
18                                        JOHN J. STOIA, JR.
                                          BONNY E. SWEENEY
19                                        THOMAS R. MERRICK
                                          ALEXANDRA S. BERNAY
20                                        PAULA M. ROACH

21

22                                              s/ Bonny E. Sweeney
                                             BONNY E. SWEENEY
23
                                          655 West Broadway, Suite 1900
24                                        San Diego, CA  92101
                                          Telephone:  619/231-1058
25                                        619/231-7423 (fax)

26

27

28

1

2    THE KATRIEL LAW FIRM
     ROY A. KATRIEL
     1101 30th Street, N.W., Suite 500
3    Washington, DC  20007
     Telephone:  202/625-4342
4    202/330-5593 (fax)

5    Co-Lead Counsel for Plaintiffs

6    BONNETT, FAIRBOURN, FRIEDMAN
       & BALINT, P.C.
7    ANDREW S. FRIEDMAN
     FRANCIS J. BALINT, JR.
8    ELAINE A. RYAN
     TODD D. CARPENTER
9    2901 N. Central Avenue, Suite 1000
     Phoenix, AZ  85012
10   Telephone:  602/274-1100
     602/274-1199 (fax)

11
     BRAUN LAW GROUP, P.C.
12   MICHAEL D. BRAUN
     10680 West Pico Blvd., Suite 280
13   Los Angeles, CA  90064
     Telephone:  310/836-6000
14   310/836-6010 (fax)

15   MURRAY, FRANK & SAILER LLP
     BRIAN P. MURRAY
16   JACQUELINE SAILER
     275 Madison Avenue, Suite 801
17   New York, NY  10016
     Telephone:  212/682-1818
18   212/682-1892 (fax)

19   GLANCY BINKOW & GOLDBERG LLP
     MICHAEL GOLDBERG
20   1801 Avenue of the Stars, Suite 311
     Los Angeles, CA  90067
21   Telephone:  310/201-9150
     310/201-9160 (fax)

22
     Additional Counsel for Plaintiffs
23

24

25

26

27

28

1 |                        CERTIFICATE OF SERVICE

2 |        I hereby certify that on December 22, 2010, I authorized the electronic filing of the foregoing

3 | with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4 | the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5 | caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6 | CM/ECF participants indicated on the attached Manual Notice List.

7 |        I certify under penalty of perjury under the laws of the United States of America that the

8 | foregoing is true and correct.  Executed on December 22, 2010.

9 |                                          s/ Bonny E. Sweeney
                                             BONNY E. SWEENEY

10

11 |                                         ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
                                             655 West Broadway, Suite 1900
12 |                                         San Diego, CA  92101-3301
                                             Telephone:  619/231-1058
13 |                                         619/231-7423 (fax)

14 |                                         E-mail:    bonnys@rgrdlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

590888_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)