1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-JW(HRL)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING AMENDED PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO APPLE, INC.'S MOTION FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS, PORTIONS OF THE BERNAY DECLARATION AND EXHIBITS 1-4 AND 6-11 PURSUANT TO 79-5(b) AND (c)<br><br>JUDGE:   Hon. Howard R. Lloyd<br>DATE:    January 18, 2011<br>TIME:    10:00 a.m.<br>CTRM:   2 – 5th Floor |

590890_1

1   This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2   Seal Portions of Plaintiffs' Opposition to Apple, Inc.'s Motion for Protective Order Preventing the
3   Deposition of Steve Jobs ("Opposition"), portions of the Declaration of Alexandra S. Bernay in
4   Support of Plaintiffs' Opposition to Apple Inc.'s Motion for Protective Order Preventing Deposition
5   of Steve Jobs ("Bernay Declaration") and Exhibits 1-4 and 6-11 to the Bernay Declaration
6   ("Exhibits") pursuant to Local Rule 79-5(b) and (c). The Court, having reviewed the submissions,
7   ORDERS, ADJUDGES and DECREES that:
8   Plaintiffs' Administrative Motion to File portions of Plaintiffs' Opposition, portions of
9   Bernay Declaration, and Exhibits Under Seal Pursuant to Local Rule 79-5(b) and (c) is GRANTED.
10  IT IS SO ORDERED.
11  DATED: _____    _____
                                            THE HONORABLE HOWARD R. LLOYD
12                                          UNITED STATES MAGISTRATE JUDGE
13  Submitted by:
14  ROBBINS GELLER RUDMAN
       & DOWD LLP
15  JOHN J. STOIA, JR.
    BONNY E. SWEENEY
16  THOMAS R. MERRICK
    ALEXANDRA S. BERNAY
17  PAULA M. ROACH
    655 West Broadway, Suite 1900
18  San Diego, CA  92101
    Telephone:  619/231-1058
19  619/231-7423 (fax)
20
    THE KATRIEL LAW FIRM
21  ROY A. KATRIEL
    1101 30th Street, N.W., Suite 500
22  Washington, DC  20007
    Telephone:  202/625-4342
23  202/330-5593 (fax)
24  Co-Lead Counsel for Plaintiffs
25  BONNETT, FAIRBOURN, FRIEDMAN
       & BALINT, P.C.
26  ANDREW S. FRIEDMAN
    FRANCIS J. BALINT, JR.
27  ELAINE A. RYAN
    TODD D. CARPENTER
28  2901 N. Central Avenue, Suite 1000

| | |
|---|---|
| 1 | Phoenix, AZ  85012 |
| | Telephone:  602/274-1100 |
| 2 | 602/274-1199 (fax) |
| 3 | BRAUN LAW GROUP, P.C. |
| | MICHAEL D. BRAUN |
| 4 | 10680 West Pico Blvd., Suite 280 |
| | Los Angeles, CA  90064 |
| 5 | Telephone:  310/836-6000 |
| | 310/836-6010 (fax) |
| 6 | |
| | MURRAY, FRANK & SAILER LLP |
| 7 | BRIAN P. MURRAY |
| | JACQUELINE SAILER |
| 8 | 275 Madison Avenue, Suite 801 |
| | New York, NY  10016 |
| 9 | Telephone:  212/682-1818 |
| | 212/682-1892 (fax) |
| 10 | |
| | GLANCY BINKOW & GOLDBERG LLP |
| 11 | MICHAEL GOLDBERG |
| | 1801 Avenue of the Stars, Suite 311 |
| 12 | Los Angeles, CA  90067 |
| | Telephone:  310/201-9150 |
| 13 | 310/201-9160 (fax) |
| 14 | Additional Counsel for Plaintiffs |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

590890_1

[PROPOSED] ORDER GRANTING AMENDED PLTFS' ADMIN MOT TO FILE UNDER SEAL PORTIONS OF PLTFS' OPPO TO APPLE'S MOT FOR PROTECTIVE ORDER & EXS TO BERNAY DEC- C-05-00037-JW(HRL)   - 2 -