1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael Scott #255288
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:      (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO SEAL** |
|---|---|

Having considered Plaintiffs' Amended Administrative Motion to File under Seal Portions of Plaintiffs' Opposition to Apple Inc.'s Motion for Protective Order Preventing the Deposition of Steve Jobs, Portions of the Bernay Declaration and Exhibits 1-4 and 6-11 Pursuant to Local Rule 79-5(b) and (c) (" Amended Administrative Motion"), Defendant Apple Inc.'s response, and the declaration of Eddy Cue in support of that response, having determined that public disclosure of the confidential information described therein would harm Defendant Apple Inc., and finding good cause to seal that information, IT IS HEREBY ORDERED THAT Plaintiffs' Amended Administrative Motion is GRANTED.  The Clerk of Court shall file under seal the unredacted versions of: Plaintiffs' Opposition To Apple Inc.'s Motion for Protective Order Preventing the Deposition of Steve Jobs and the Bernay Declaration and exhibits in support thereof.

SFI-657661v1

[Proposed] Order to File Under Seal
C 05-00037 JW (HRL)

1  **IT IS SO ORDERED.**

2

3  Dated: _____, 2011        By:

4                                          _____
                                            Hon. Howard R. Lloyd
5                                          United States Magistrate Judge