Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael Scott #255288
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:	(415) 626-3939
Facsimile:	(415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION** |

Having considered Defendant Apple Inc.'s Motion to Compel Responses to Interrogatories and Requests for Production and the Declaration of David C. Kiernan in support thereof, and good cause appearing, IT IS HEREBY ORDERED THAT Apple Inc.'s Motion to Compel is GRANTED.  Plaintiffs shall:

1.	Provide complete verified responses to Apple's First Interrogatories, Nos. 1–16 and 22, based on information currently known to them within seven days following the Order on this motion and to serve any supplemental responses based on documents recently produced by Apple that Plaintiffs had not reviewed as of the close of discovery no later than February 21,

2011;

2. Provide complete verified responses to Apple's First Interrogatories, Nos. 17 and 21, no later than seven days following the Order on this motion;

3. Commence producing documents in response to Apple's First Requests for Production of Documents, Nos. 1 and 2, within seven days following the Order on this motion and to complete the production no later than February 21, 2011; and

4. Produce documents in response to Apple's First Request for Production of Documents, No. 6, no later than seven days following the Order on this motion.

**IT IS SO ORDERED.**

Dated: _____     _____
James Howard R. Lloyd
United States Magistrate Judge

SFI-657846v1