1 | Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
2 | Craig E. Stewart  #129530
cestewart@jonesday.com
3 | David C. Kiernan #215335
dkiernan@jonesday.com
4 | Michael Scott #255288
michaelscott@jonesday.com
5 | JONES DAY
555 California Street, 26th Floor
6 | San Francisco, CA  94104
Telephone:     (415) 626-3939
7 | Facsimile:      (415) 875-5700

8 | Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 JW (HRL) |
|---|---|
| | [CLASS ACTION] |
| | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING DEFENDANT'S MOTION TO COMPEL** |

Having considered Defendant Apple Inc.'s Administrative Motion to Shorten Time for Briefing and Hearing Defendant's Motion to Compel and the Declaration of David C. Kiernan in support thereof, and good cause appearing, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative Motion to Shorten Time is GRANTED.  Plaintiffs shall file their opposition to Defendant's Motion to Compel by January 6, 2011.  Defendant shall file its reply by January 11, 2011.  The hearing on Defendant's Motion To Compel Responses to Interrogatories and Requests for Production shall be held before this Court on January 18, 2011.

1 **IT IS SO ORDERED.**

Dated: _____

James Howard R. Lloyd
United States Magistrate Judge

SFI-657838v1

- 2 -

[Proposed] Order Granting Administrative
Motion to Shorten Time
C 05-00037 JW (HRL)