1 | ROBBINS GELLER RUDMAN
   & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
proach@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING DEFENDANT'S MOTION TO COMPEL |
| ALL ACTIONS. | |

591478_1

1  Having considered Defendant Apple Inc's Administrative Motion to Shorten Time for
2  Briefing and Hearing Defendant's Motion to Compel, Plaintiffs' Opposition, and all supporting
3  declarations, IT IS HEREBY ORDERED THAT Apple's Inc's Administrative Motion to Shorten
4  Time is DENIED.  All remaining briefing in opposition to and support of Defendant's Motion to
5  Compel should be filed in accordance with the Local Rules.  The hearing on Defendant's Motion to
6  Compel Responses to Interrogatories and Requests for Production shall be held before this Court on
7  February 1, 2011, as noticed.

8  IT IS SO ORDERED.

9  DATED: _____    _____
10                                                                         THE HONORABLE JAMES HOWARD R. LLOYD
                                                                           UNITED STATES DISTRICT JUDGE

591478_1

[PROPOSED] ORD DENYING DEF'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING DEF'S MOTION TO COMPEL - C-05-00037-JW(HRL)     - 1 -