

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
| ) | <u>CLASS ACTION</u> |
| This Document Relates To:  ) ) ALL ACTIONS.  ) ) | [~~PROPOSED~~] ORDER DENYING DEADLINE FOR TAKING DEPOSITIONS |

The Stipulation (Docket Item No. 401) is DENIED as vague and without prejudice to refile.  In refling the Stipulation, the parties shall provide a specific time line as to how much time is needed to complete the remaining depositions.  Because this is a 2005 case, the Court will not permit the parties to have an open ended discovery schedule.

Dated: January 4, 2011

_/s/ James Ware_____
United States District Judge

590362_1