1    Robert A. Mittelstaedt  #60359
     ramittelstaedt@jonesday.com
2    Craig E. Stewart  #129530
     cestewart@jonesday.com
3    David C. Kiernan #215335
     dkiernan@jonesday.com
4    Michael Scott #255288
     michaelscott@jonesday.com
5    JONES DAY
     555 California Street, 26th Floor
6    San Francisco, CA  94104
     Telephone:    (415) 626-3939
7    Facsimile:    (415) 875-5700

8    Attorneys for Defendant
     APPLE INC.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
     THE APPLE iPOD iTUNES ANTI-          Case No.  C 05-00037 JW (HRL)
14   TRUST LITIGATION
                                          [CLASS ACTION]
15
                                          **[PROPOSED] ORDER GRANTING APPLE**
16                                        **INC.'S ADMINISTRATIVE MOTION TO**
                                          **SEAL**
17

18        Having considered Apple Inc.'s Administrative Motion to File under Seal Portions of its

19   Reply in Support of its Motion for Protective Order Preventing the Deposition of Steve Jobs and

20   the Declaration of David Kiernan in support thereof, and the Declaration of Michael Scott in

21   support of Apple's administrative motion, having determined that public disclosure of the

22   confidential information described therein would harm Defendant Apple Inc., and finding good

23   cause to seal that information, IT IS HEREBY ORDERED THAT Defendant's Administrative

24   Motion is GRANTED.  The Clerk of Court shall file under seal the unredacted versions of Apple

25   Inc.'s Reply in Support of its Motion for Protective Order Preventing the Deposition of Steve

26   Jobs and the Declaration of David Kiernan in support thereof.

27   ///

28   ///

SFI-657661v1

1    **IT IS SO ORDERED.**

2

3    Dated: _____, 2011          By: _____

4                                               Hon. Howard R. Lloyd

5                                               United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order to File Under Seal
C 05-00037 JW (HRL)