\*\* **E-filed January 6, 2011** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | No. C05-00037 JW (HRL)<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO SHORTEN TIME RE: MOTION TO COMPEL**<br><br>**[Re: Docket Nos. 410, 412]** |

On December 27, 2010, defendant Apple, Inc. ("Apple") filed a motion to compel responses to interrogatories and requests for production of documents, and it was properly noticed for February 1, 2011. Docket No. 410. Apple also filed an administrative motion asking the Court to shorten the time for briefing on its motion to compel and to hear the motion on January 18, 2011. Docket No. 412. Plaintiffs oppose Apple's administrative motion. Docket No. 414. Good cause not being shown, the Court DENIES Apple's administrative motion. Apple's motion to compel shall be heard on February 1, 2011 as noticed and briefing on the motion shall proceed in accordance with Civil Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: January 6, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C05-00037 JW (HRL) Notice will be electronically mailed to:**

| Name | Email |
|---|---|
| Alexandra Senya Bernay | xanb@rgrdlaw.com |
| Alreen Haeggquist | alreenh@zhlaw.com, judyj@zhlaw.com |
| Andrew S. Friedman | afriedman@bffb.com, khonecker@bffb.com, rcreech@bffb.com |
| Bonny E. Sweeney | bonnys@rgrdlaw.com, christinas@rgrdlaw.com, E_file_sd@rgrdlaw.com, proach@rgrdlaw.com |
| Brian P Murray | bmurray@murrayfrank.com |
| Caroline Nason Mitchell | cnmitchell@jonesday.com, ewallace@jonesday.com, mlandsborough@jonesday.com |
| Craig Ellsworth Stewart | cestewart@jonesday.com, mlandsborough@jonesday.com |
| David Craig Kiernan | dkiernan@jonesday.com, lwong@jonesday.com |
| Elaine A. Ryan | eryan@bffb.com, pjohnson@bffb.com |
| Francis Joseph Balint , Jr | fbalint@bffb.com |
| Helen I. Zeldes | helenz@zhlaw.com |
| Jacqueline Sailer | jsailer@murrayfrank.com |
| John J. Stoia , Jr | jstoia@rgrdlaw.com |
| Michael D Braun | service@braunlawgroup.com |
| Michael D. Braun | service@braunlawgroup.com, clc@braunlawgroup.com |
| Michael Tedder Scott | michaelscott@jonesday.com, amhoward@jonesday.com |
| Paula Michelle Roach | proach@rgrdlaw.com, e_file_sd@rgrdlaw.com |
| Robert Allan Mittelstaedt | ramittelstaedt@jonesday.com, ybennett@jonesday.com |
| Roy Arie Katriel | rak@katriellaw.com, rk618@aol.com |
| Thomas J. Kennedy | tkennedy@murrayfrank.com |
| Thomas Robert Merrick | tmerrick@rgrdlaw.com, e_file_sd@rgrdlaw.com, e_file_sf@rgrdlaw.com |
| Todd David Carpenter | tcarpenter@bffb.com, pjohnson@bffb.com, rcreech@bffb.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**