** E-filed January 6, 2011 **

1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan  #215335
   dkiernan@jonesday.com
4  Michael Scott  #255288
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:    (415) 626-3939
7  Facsimile:    (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13

14  THE APPLE iPOD iTUNES ANTI-        Case No.  C 05-00037 JW (HRL)
    TRUST LITIGATION
15                                     [CLASS ACTION]

16                                     [PROPOSED] ORDER GRANTING APPLE
                                       INC.'S ADMINISTRATIVE MOTION TO
17                                     SEAL  **AS MODIFIED BY THE COURT**

18         Having considered Apple Inc.'s Administrative Motion to File under Seal Portions of its

19  Reply in Support of its Motion for Protective Order Preventing the Deposition of Steve Jobs and

20  the Declaration of David Kiernan in support thereof, and the Declaration of Michael Scott in

21  support of Apple's administrative motion, having determined that public disclosure of the

22  confidential information described therein would harm Defendant Apple Inc., and finding good

23  cause to seal that information, IT IS HEREBY ORDERED THAT Defendant's Administrative

24  Motion is GRANTED.  ~~The Clerk of Court shall file under seal the unredacted versions of Apple~~

25  ~~Inc.'s Reply in Support of its Motion for Protective Order Preventing the Deposition of Steve~~

26  ~~Jobs and the Declaration of David Kiernan in support thereof.~~

27  ///  **Apple shall file the unredacted documents in accordance with General Order 62.**

28  ///

SFI-657661v1                                          ~~[Proposed]~~ Order to File Under Seal
                                                      C 05-00037 JW (HRL)

**IT IS SO ORDERED.**

Dated: __January 6__, 2011         By: _____
                                   Hon. Howard R. Lloyd
                                   United States Magistrate Judge