| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 2 | JOHN J. STOIA, JR. (141757)<br>BONNY E. SWEENEY (176174) |
| 3 | THOMAS R. MERRICK (177987)<br>ALEXANDRA S. BERNAY (211068) |
| 4 | PAULA M. ROACH (254142)<br>655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax)<br>johns@rgrdlaw.com |
| 7 | bonnys@rgrdlaw.com<br>tmerrick@rgrdlaw.com |
| 8 | xanb@rgrdlaw.com<br>proach@rgrdlaw.com |
| 9 | |
| 10 | THE KATRIEL LAW FIRM<br>ROY A. KATRIEL (*pro hac vice*) |
| 11 | 1101 30th Street, N.W., Suite 500<br>Washington, DC  20007 |
| 12 | Telephone:  202/625-4342<br>202/330-5593 (fax) |
| 13 | rak@katriellaw.com |
| 14 | Co-Lead Counsel for Plaintiffs |
| 15 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THE APPLE IPOD ITUNES<br>ANTI-TRUST LITIGATION | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Lead Case No. C-05-00037-JW(HRL) <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF THEIR OPPOSITION TO APPLE, INC.'S MOTION FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS AND EXHIBITS 1-12 TO THE DECLARATION OF PAULA M. ROACH IN SUPPORT THEREOF, PURSUANT TO LOCAL RULE 79-5(b) AND (c) <br><br> JUDGE:  Hon. Magistrate Howard R. Lloyd <br> DATE:   January 18, 2011 <br> TIME:   10:00 a.m. <br> CTRM:   2 – 5th Floor |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

592247_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Rules 7-11(a) and 79-5(b) and (c), on January 18, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, plaintiffs Somtai Troy Charoensak, Mariana Rosen, and Melanie Tucker (collectively "Plaintiffs") will move for permission from the Court to file under seal portions of Plaintiffs' Supplemental Memorandum in Further Support of Their Opposition to Apple, Inc.'s Motion for Protective Order Preventing Deposition of Steve Jobs and exhibits 1-12 to the Declaration of Paula M. Roach in Support Thereof.

The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of Bonny E. Sweeney in Support of Plaintiffs' Motion to File Under Seal Portions of Plaintiffs' Supplemental Memorandum in Further Support of Their Opposition to Apple, Inc.'s Motion for Protective Order Preventing Deposition of Steve Jobs and Exhibits 1-12 to the Declaration of Paula M. Roach in Support Thereof Pursuant to Local Rule 79-5 (b) and (c), filed concurrently herewith. Plaintiffs have also concurrently lodged a proposed order.

DATED: January 7, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
PAULA M. ROACH

           s/ Bonny E. Sweeney
           BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

592247_1

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER
SEAL PORTIONS OF SUPP MEM. IN FURTHER SUPPORT OF THEIR OPP. TO APPLE INC.'S
MTN. FOR PROTECTIVE ORD. PREVENTING DEPO. OF STEVE JOBS AND EXS. 1-12 TO THE
DECLARATION OF PAULA M. ROACH  - C-05-00037-JW(HRL)                              - 1 -

1
2  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
   ANDREW S. FRIEDMAN
3  FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
4  TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
5  Phoenix, AZ  85012
   Telephone:  602/274-1100
6  602/274-1199 (fax)

7  BRAUN LAW GROUP, P.C.
   MICHAEL D. BRAUN
8  10680 West Pico Blvd., Suite 280
   Los Angeles, CA  90064
9  Telephone:  310/836-6000
   310/836-6010 (fax)
10
   MURRAY, FRANK & SAILER LLP
11 BRIAN P. MURRAY
   JACQUELINE SAILER
12 275 Madison Avenue, Suite 801
   New York, NY  10016
13 Telephone:  212/682-1818
   212/682-1892 (fax)
14
   GLANCY BINKOW & GOLDBERG LLP
15 MICHAEL GOLDBERG
   1801 Avenue of the Stars, Suite 311
16 Los Angeles, CA  90067
   Telephone:  310/201-9150
17 310/201-9160 (fax)

18 Additional Counsel for Plaintiffs

19
20
21
22
23
24
25
26
27
28

592247_1

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER
SEAL PORTIONS OF SUPP MEM. IN FURTHER SUPPORT OF THEIR OPP. TO APPLE INC.'S
MTN. FOR PROTECTIVE ORD. PREVENTING DEPO. OF STEVE JOBS AND EXS. 1-12 TO THE
DECLARATION OF PAULA M. ROACH  - C-05-00037-JW(HRL)                    - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 7, 2011.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    bonnys@rgrdlaw.com

592247_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)