UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF THEIR OPPOSITION TO APPLE, INC.'S MOTION FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS AND EXHIBITS 1-12 TO THE DECLARATION OF PAULA M. ROACH IN SUPPORT THEREOF PURSUANT TO LOCAL RULE 79-5(b) AND (c) |

592241_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2  Seal Portions of Plaintiffs' Supplemental Memorandum in Further Support of Their Opposition to
3  Apple, Inc.'s Motion for Protective Order Preventing the Deposition of Steve Jobs ("Supplemental
4  Memorandum") and Exhibits 1-12 to the Declaration of Paula M. Roach in Support Thereof
5  Pursuant to Local Rule 79-5(b) and (c). The Court, having reviewed the submissions, ORDERS,
6  ADJUDGES and DECREES that:
7      Plaintiffs' Administrative Motion to File Portions of the Supplemental Memorandum and
8  Exhibits Under Seal Pursuant to Local Rule 79-5(b) and (c) is GRANTED.
9      IT IS SO ORDERED.

10 DATED: _____     _____
                                                                                        THE HON. MAGISTRATE HOWARD R. LLOYD
11                                                                                         UNITED STATES MAGISTRATE JUDGE

12 Submitted by:

13 ROBBINS GELLER RUDMAN
    & DOWD LLP
14 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
15 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
16 PAULA M. ROACH
   655 West Broadway, Suite 1900
17 San Diego, CA 92101
   Telephone: 619/231-1058
18 619/231-7423 (fax)

19 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
20 1101 30th Street, N.W., Suite 500
   Washington, DC 20007
21 Telephone: 202/625-4342
   202/330-5593 (fax)
22
   Co-Lead Counsel for Plaintiffs
23
   BONNETT, FAIRBOURN, FRIEDMAN
24   & BALINT, P.C.
   ANDREW S. FRIEDMAN
25 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
26 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
27 Phoenix, AZ 85012
   Telephone: 602/274-1100
28 602/274-1199 (fax)

| | |
|---|---|
| 1 | |
| 2 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 3 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 4 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 5 | MURRAY, FRANK & SAILER LLP |
| 6 | BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 7 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 8 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 9 | GLANCY BINKOW & GOLDBERG LLP |
| 10 | MICHAEL GOLDBERG |
| 11 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 12 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 13 | Additional Counsel for Plaintiffs |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`