```
ROBBINS GELLER RUDMAN
   & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
proach@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (pro hac vice)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Lead Case No. C-05-00037-JW(HRL) <br><br> CLASS ACTION <br><br> PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER AS TO CLASS CERTIFICATION BRIEFING AND DEPOSITIONS <br><br> Judge:   Hon. James Ware <br> Date:    TBD <br> Time:   9:00 a.m. <br> CTRM:  8, 4th Floor |

592514_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on a date to be determined by the Court, before the Honorable James Ware at 9:00 a.m. in Courtroom 8, 4th Floor, of the above-entitled Court located at 280 South First Street, San Jose, California, plaintiffs Somtai Troy Charoensak, Mariana Rosen and Melanie Tucker, will, and hereby move this Court pursuant to Civil Local Rule 6-3 for shortening of time to hear Plaintiffs' Motion to Modify Scheduling Order as to Class Certification and Depositions. This notice of motion and motion is based upon the below memorandum of points and authorities, the concurrently filed declaration of Paula M. Roach in support thereof, the Court's file and such other matters as may be considered.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   GOOD CAUSE EXISTS TO HEAR PLAINTIFFS' MOTION ON AN EXPEDITED BASIS

Plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak ("Plaintiffs") request that the Court shorten time for briefing and hearing Plaintiffs' Motion Regarding Schedule for Class Certification Briefing and Depositions, filed concurrently. Plaintiffs request that the hearing be held on a date to be determined by the Court, prior to January 17, 2011, the day their motion for class certification is currently due. Apple does not consent to a shortened schedule. *See* Declaration of Paula M. Roach in Support of Plaintiffs' Motion to Shorten Time for Hearing Plaintiffs' Motion to Modify Scheduling Order as To Class Certification Briefing and Depositions, filed concurrently ("Roach Decl."), ¶4.

Beginning on December 30, 2010, the parties began negotiating the terms of a joint stipulation to modify the class certification schedule based on Apple's recent and continuing production of data needed by Plaintiffs' experts and the massive document production in the last month of discovery that is still being reviewed by Plaintiffs. *Id.*, ¶2. The parties also met and conferred regarding the re-opening of depositions. *Id.*, ¶3. The parties agreed that additional time was needed for class certification and that depositions may need to be re-opened but were meeting and conferring with regard to the language in the stipulation on the discovery process. *Id.* It was not until around 12:30 pm on Friday, January 7, 2011, that Apple sought to also modify the schedule for

1  its motion for summary judgment through the stipulation.  *Id.*, ¶4.  Plaintiffs could not agree to this

2  requested relief and Apple would not agree to stipulate to move the class certification schedule

3  without also moving the schedule for its motion for summary judgment.  *Id.*  Accordingly, the parties

4  reached impasse and Plaintiffs were forced to file an individual motion to modify the scheduling

5  order as to class certification and depositions.  *Id.*

6  Plaintiffs' class certification brief is now due on January 17, 2011.  If the Court hears

7  Plaintiffs' motion to modify on a regular schedule pursuant to Local Rule, it will be heard after

8  Plaintiffs' motion for class certification is due.  Accordingly, Plaintiffs request that this Court hear

9  Plaintiffs' motion to modify on an expedited basis so that the requested relief can be executed.

10  **II.    CONCLUSION**

11  Plaintiffs respectfully request that this Court grant its request to shorten time on the hearing

12  on Plaintiffs' motion to Plaintiffs' Motion to Shorten Time for Hearing Plaintiffs' Motion to Modify

13  Scheduling Order As to Class Certification Briefing And Depositions.

14  DATED: January 7, 2011                      ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
15                                              JOHN J. STOIA, JR.
                                                BONNY E. SWEENEY
16                                              THOMAS R. MERRICK
                                                ALEXANDRA S. BERNAY
17                                              PAULA M. ROACH

18

19                                                    s/ Bonny E. Sweeney
                                                     BONNY E. SWEENEY
20
                                                655 West Broadway, Suite 1900
21                                              San Diego, CA  92101
                                                Telephone:  619/231-1058
22                                              619/231-7423 (fax)

23                                              THE KATRIEL LAW FIRM
                                                ROY A. KATRIEL
24                                              1101 30th Street, N.W., Suite 500
                                                Washington, DC  20007
25                                              Telephone:  202/625-4342
                                                202/330-5593 (fax)
26
                                                Co-Lead Counsel for Plaintiffs
27
                                                BONNETT, FAIRBOURN, FRIEDMAN
28                                                & BALINT, P.C.

| | |
|---|---|
| 1 | ANDREW S. FRIEDMAN |
| | FRANCIS J. BALINT, JR. |
| 2 | ELAINE A. RYAN |
| | TODD D. CARPENTER |
| 3 | 2901 N. Central Avenue, Suite 1000 |
| | Phoenix, AZ  85012 |
| 4 | Telephone:  602/274-1100 |
| | 602/274-1199 (fax) |
| 5 | |
| | BRAUN LAW GROUP, P.C. |
| 6 | MICHAEL D. BRAUN |
| | 10680 West Pico Blvd., Suite 280 |
| 7 | Los Angeles, CA  90064 |
| | Telephone:  310/836-6000 |
| 8 | 310/836-6010 (fax) |
| 9 | MURRAY, FRANK & SAILER LLP |
| | BRIAN P. MURRAY |
| 10 | JACQUELINE SAILER |
| | 275 Madison Avenue, Suite 801 |
| 11 | New York, NY  10016 |
| | Telephone:  212/682-1818 |
| 12 | 212/682-1892 (fax) |
| 13 | GLANCY BINKOW & GOLDBERG LLP |
| | MICHAEL GOLDBERG |
| 14 | 1801 Avenue of the Stars, Suite 311 |
| | Los Angeles, CA  90067 |
| 15 | Telephone:  310/201-9150 |
| | 310/201-9160 (fax) |
| 16 | |
| | Additional Counsel for Plaintiffs |

592514_1

PLTFS' MOT TO SHORTEN TIME FOR HRG PLTFS' MOTION TO MODIFY SCHEDULING ORDER AS TO CLASS CERTIFICATION BRIEFING & DEPOS- C-05-00037-JW(HRL)   - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 7, 2011.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        bonnys@rgrdlaw.com

592514_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)