1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
|---|---|---|
| | ) ) | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER AS TO CLASS CERTIFICATION BRIEFING AND DEPOSITIONS |

592515_1

1  Having considered Plaintiffs' Motion to Shorten Time for Hearing Plaintiffs' Motion to
2  Modify Scheduling Order As to Class Certification and Depositions, Apple's Opposition, and all
3  supporting declarations and good cause being found, IT IS HEREBY ORDERED THAT Plaintiffs'
4  Motion to Shorten Time is GRANTED.  The hearing on Plaintiffs' Motion to Modify Scheduling
5  Order As to Class Certification and Depositions shall be held before this Court on a date prior to
6  January 17, 2011, to be decided by the Court.

7  IT IS SO ORDERED.

8  DATED: _____       _____
                                     THE HONORABLE JAMES WARE
9                                    UNITED STATES DISTRICT JUDGE

10  Submitted by:

11  ROBBINS GELLER RUDMAN
       & DOWD LLP
12  JOHN J. STOIA, JR.
    BONNY E. SWEENEY
13  THOMAS R. MERRICK
    ALEXANDRA S. BERNAY
14  PAULA M. ROACH
    655 West Broadway, Suite 1900
15  San Diego, CA  92101
    Telephone:  619/231-1058
16  619/231-7423 (fax)

17  THE KATRIEL LAW FIRM
    ROY A. KATRIEL
18  1101 30th Street, N.W., Suite 500
    Washington, DC  20007
19  Telephone:  202/625-4342
    202/330-5593 (fax)
20
    Co-Lead Counsel for Plaintiffs
21

    BONNETT, FAIRBOURN, FRIEDMAN
22     & BALINT, P.C.
    ANDREW S. FRIEDMAN
23  FRANCIS J. BALINT, JR.
    ELAINE A. RYAN
24  TODD D. CARPENTER
    2901 N. Central Avenue, Suite 1000
25  Phoenix, AZ  85012
    Telephone:  602/274-1100
26  602/274-1199 (fax)

27

28
592515_1  [PROPOSED] ORD GRANTING PLTFS' MOT TO SHORTEN TIME FOR HRG PLTFS' MOT TO
          MODIFY SCHEDULING ORDER AS TO CLASS CERT BRIEFING AND DEPO- C-05-00037-
          JW(HRL)                                                              - 1 -

1  
2  BRAUN LAW GROUP, P.C.
   MICHAEL D. BRAUN
   10680 West Pico Blvd., Suite 280
3  Los Angeles, CA  90064
   Telephone:  310/836-6000
4  310/836-6010 (fax)

5  MURRAY, FRANK & SAILER LLP
   BRIAN P. MURRAY
6  JACQUELINE SAILER
   275 Madison Avenue, Suite 801
7  New York, NY  10016
   Telephone:  212/682-1818
8  212/682-1892 (fax)

9  GLANCY BINKOW & GOLDBERG LLP
10 MICHAEL GOLDBERG
   1801 Avenue of the Stars, Suite 311
11 Los Angeles, CA  90067
   Telephone:  310/201-9150
12 310/201-9160 (fax)

13 Additional Counsel for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

592515_1

[PROPOSED] ORD GRANTING PLTFS' MOT TO SHORTEN TIME FOR HRG PLTFS' MOT TO MODIFY SCHEDULING ORDER AS TO CLASS CERT BRIEFING AND DEPO- C-05-00037-JW(HRL)   - 2 -