1 | ROBBINS GELLER RUDMAN
     & DOWD LLP
2 | JOHN J. STOIA, JR. (141757)
    BONNY E. SWEENEY (176174)
3 | THOMAS R. MERRICK (177987)
    ALEXANDRA S. BERNAY (211068)
4 | PAULA M. ROACH (254142)
    655 West Broadway, Suite 1900
5 | San Diego, CA  92101
    Telephone:  619/231-1058
6 | 619/231-7423 (fax)
    johns@rgrdlaw.com
7 | bonnys@rgrdlaw.com
    tmerrick@rgrdlaw.com
8 | xanb@rgrdlaw.com
    proach@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF PAULA M. ROACH IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING PLAINTIFFS' MOTION REGARDING SCHEDULE FOR CLASS CERTIFICATION AND DEPOSITIONS |
| ALL ACTIONS. | |
| | Judge:   Hon. James Ware<br>Date:    TBD<br>Time:    9:00 a.m.<br>CTRM:   8, 4th Floor |

592512_1

1    I, PAULA M. ROACH, hereby declare as follows:

2    1.   I am an attorney duly licensed to practice before all the courts of the state of California. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, Co-Lead Class Counsel of record for Plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereof.

2.   Beginning on December 30, 2010, the parties began negotiating the terms of a joint stipulation to modify the class certification schedule based on Apple's recent and continuing production of data needed by Plaintiffs' experts and the massive document production in the last month of discovery that is still being reviewed by Plaintiffs. The parties agreed on the relief sought and were meeting and conferring with regard to the language in the stipulation on the discovery process.

3.   Plaintiff also discussed with Apple a joint motion regarding re-opening of depositions.

4.   For the first time, on 12:30 p.m. on Friday, January 7, 2011, Apple sought to also modify the schedule for its motion for summary judgment through the stipulation. Apple never previously took any issue with the current summary judgment schedule. Plaintiffs did not see any prejudice to Apple in filing its motion for summary judgment on January 17, 2011 and thus could not agree to requested relief. Apple would not agree to stipulate to move the class certification schedule or re-open depositions without also moving the schedule for its motion for summary judgment. Accordingly, the parties reached impasse.

5.   Plaintiffs' class certification brief is now due on January 17, 2011. If the Court hears Plaintiffs' motion to modify on a regular schedule pursuant to Local Rule, it will be heard after Plaintiffs' motion for class certification is due. Accordingly, Plaintiffs request that this Court hear Plaintiffs' motion to modify on an expedited basis so that the requested relief can be executed.

6.   Over the course of this case the parties have stipulated to various briefing schedules. I am unaware of Plaintiffs requesting an order to shorten time for briefing in this case.

592512_1   DEC OF PAULA M. ROACH ISO PLTFS' MOT TO SHORTEN TIME FOR HRG PLTFS' MOT TO MODIFY SCHEDULING ORD AS TO CLASS CERT BRFING AND DEPOS - C-05-00037-JW(HRL)   - 1 -

7.  The requested shortened time would allow this Court to decide on the requested relief before Plaintiffs' motion for class certification is due.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of January, 2011, at San Diego, California.

                         s/ Paula M. Roach
                         PAULA M. ROACH

592512_1

DEC OF PAULA M. ROACH ISO PLTFS' MOT TO SHORTEN TIME FOR HRG PLTFS' MOT TO MODIFY SCHEDULING ORD AS TO CLASS CERT BRFING AND DEPOS - C-05-00037-JW(HRL)     - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 7, 2011.

    s/ Paula M. Roach
PAULA M. ROACH (254142)

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:       proach@rgrdlaw.com

592512_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)