1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | [PROPOSED] ORDER REGARDING SCHEDULE FOR CLASS CERTIFICATION AND DEPOSITIONS |
| ALL ACTIONS. | ) ) | |

17
18
19
20
21
22
23
24
25
26
27
28

592556_1

1   Having considered Plaintiffs' Motion Regarding Schedule for Class Certification and
2  Depositions, and declaration and good cause being found, IT IS HEREBY ORDERED THAT
3  Plaintiffs' Motion regarding Schedule for Class Certification and Depositions is GRANTED as
4  follows:

| | |
|---|---|
| Deadline for completion of depositions | February 18, 2011 |
| Plaintiffs' Motion in Support of Class Certification: | March 14, 2011 |
| Apple's Opposition to Motion for Class Certification: | April 25, 2011 |
| Plaintiffs' Reply in Support of Motion for Class Certification: | May 23, 2011 |
| Hearing: | To be Determined |

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
   & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
PAULA M. ROACH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

592556_1

[PROPOSED] ORDER REGARDING SCHEDULE FOR CLASS CERTIFICATION AND
DEPOSITIONS- C-05-00037-JW(HRL)                                                                                        - 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 4 | ELAINE A. RYAN<br>TODD D. CARPENTER |
| 5 | 2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ  85012 |
| 6 | Telephone:  602/274-1100<br>602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C. |
| 8 | MICHAEL D. BRAUN<br>10680 West Pico Blvd., Suite 280 |
| 9 | Los Angeles, CA  90064<br>Telephone:  310/836-6000 |
| 10 | 310/836-6010 (fax) |
| 11 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 12 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 13 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 14 | 212/682-1892 (fax) |
| 15 | GLANCY BINKOW & GOLDBERG LLP |
| 16 | MICHAEL GOLDBERG<br>1801 Avenue of the Stars, Suite 311 |
| 17 | Los Angeles, CA  90067<br>Telephone:  310/201-9150 |
| 18 | 310/201-9160 (fax) |
| 19 | Additional Counsel for Plaintiffs |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |