1 | ROBBINS GELLER RUDMAN
       & DOWD LLP
2 | JOHN J. STOIA, JR. (141757)
    BONNY E. SWEENEY (176174)
3 | THOMAS R. MERRICK (177987)
    ALEXANDRA S. BERNAY (211068)
4 | PAULA M. ROACH (254142)
    655 West Broadway, Suite 1900
5 | San Diego, CA  92101
    Telephone:  619/231-1058
6 | 619/231-7423 (fax)
    johns@rgrdlaw.com
7 | bonnys@rgrdlaw.com
    tmerrick@rgrdlaw.com
8 | xanb@rgrdlaw.com
    proach@rgrdlaw.com
9 |
    THE KATRIEL LAW FIRM
10 | ROY A. KATRIEL (*pro hac vice*)
    1101 30th Street, N.W., Suite 500
11 | Washington, DC  20007
    Telephone:  202/625-4342
12 | 202/330-5593 (fax)
    rak@katriellaw.com
13 |
    Co-Lead Counsel for Plaintiffs
14 |
    [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) Lead Case No. C-05-00037-JW(HRL) ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) NOTICE OF MOTION AND ADMINISTRATIVE<br>) MOTION TO FILE UNDER SEAL PORTIONS OF<br>) PLAINTIFFS' MOTION REGARDING<br>) SCHEDULE FOR CLASS CERTIFICATION AND<br>) DEPOSITIONS AND PORTIONS OF THE<br>) DECLARATION OF ALEXANDRA S. BERNAY IN<br>) SUPPORT THEREOF, PURSUANT TO LOCAL<br>) RULE 79-5(c) |
| | JUDGE:  Hon. James Ware<br>DATE:    TBD<br>TIME:    9:00 a.m.<br>CTRM:   8, 4th Floor |

592528_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Rules 7-11(a) and 79-5(c), on a date to be determined by the Court, before the Honorable James Ware, at 9:00 a.m., in Courtroom 8, 4th Floor, direct purchaser plaintiffs Somtai Troy Charoensak, Mariana Rosen, and Melanie Tucker (collectively "Plaintiffs") will move for permission from the Court to file under seal portions of the Plaintiffs' Motion Regarding Schedule for Class Certification and Depositions and Portions of the Declaration of Alexandra S. Bernay in Support Thereof.

The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of Bonny E. Sweeney in Support of Plaintiffs' Motion to File Under Seal Portions of Plaintiffs' Motion Regarding Schedule for Class Certification and Depositions and Portions of the Declaration of Alexandra S. Bernay in Support Thereof Pursuant to Local Rule 79-5(c), filed concurrently herewith. Plaintiffs have also concurrently lodged a proposed order.

DATED: January 7, 2011

    ROBBINS GELLER RUDMAN
      & DOWD LLP
    JOHN J. STOIA, JR.
    BONNY E. SWEENEY
    THOMAS R. MERRICK
    ALEXANDRA S. BERNAY
    PAULA M. ROACH


          s/ Bonny E. Sweeney
          BONNY E. SWEENEY

    655 West Broadway, Suite 1900
    San Diego, CA 92101
    Telephone: 619/231-1058
    619/231-7423 (fax)

    THE KATRIEL LAW FIRM
    ROY A. KATRIEL
    1101 30th Street, N.W., Suite 500
    Washington, DC 20007
    Telephone: 202/625-4342
    202/330-5593 (fax)

    Co-Lead Counsel for Plaintiffs

592528_1

NOM & ADMIN MTFUS PORTIONS OF PLTFS' MOT RE SCHEDULE FOR CLASS CERT & DEPOS & PORTIONS OF THE DEC OF ASB IS THEREOF, PURSUANT TO LOCAL RULE 79-5(C) - C-05-00037-JW(HRL) - 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C.<br>ANDREW S. FRIEDMAN |
| 3 | FRANCIS J. BALINT, JR.<br>ELAINE A. RYAN |
| 4 | TODD D. CARPENTER<br>2901 N. Central Avenue, Suite 1000 |
| 5 | Phoenix, AZ  85012<br>Telephone:  602/274-1100 |
| 6 | 602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 8 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 9 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 10 | |
| 11 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 12 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 13 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 14 | 212/682-1892 (fax) |
| 15 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 16 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 17 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 18 | Additional Counsel for Plaintiffs |

592528_1

NOM & ADMIN MTFUS PORTIONS OF PLTFS' MOT RE SCHEDULE FOR CLASS CERT & DEPOS & PORTIONS OF THE DEC OF ASB IS THEREOF, PURSUANT TO LOCAL RULE 79-5(C) - C-05-00037-JW(HRL) - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 7, 2011.

   s/ Bonny E. Sweeney
       BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      bonnys@rgrdlaw.com

592528_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)