Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael Scott #255288
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:      (415) 626-3939
Facsimile:       (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  C 05-00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**DEFENDANT'S NON-OPPOSITION TO PLAINTIFFS' MOTION TO SHORTEN TIME, AND CROSS – MOTION TO SHORTEN TIME FOR ITS SCHEDULING MOTION** |

     Last Friday, Plaintiffs moved to extend two aspects of the current schedule (depositions and class certification motion), and Apple has moved today to extend a third aspect (renewed Rule 56 motion).  Today, Plaintiffs moved to shorten time for its motion regarding scheduling.  Apple does not object to shortening time, and has filed its opposition to the underlying motion today.  By this motion, Apple seeks to shorten time for its cross-motion on scheduling.

     Because both of these motions pertain to deadlines set for January 17, and because Apple has already responded to Plaintiffs' motion on the merits, Apple proposes that Plaintiffs file any further brief tomorrow with Apple's reply in support of its cross-scheduling motion to be filed Wednesday.

1 | With this proposed briefing schedule, both parties' motions to extend time will be fully briefed by Wednesday so that the Court may consider them before the Monday, January 17 deadline for class certification and Rule 56 motions. Apple does not believe that oral argument is needed on either motion.

A proposed form of order is filed herewith.

Dated: January 10, 2011                         Jones Day


                                                By:  /s/Robert A. Mittelstaedt
                                                     Robert A. Mittelstaedt

                                                Attorneys for Defendant
                                                APPLE INC.

SFI-658757v1

- 2 -

Non-Opp to Mtn to Shorten Time
Case No. C05 00037 JW (HRL)