Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>―――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  C 05-00037 JW (HRL)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO SHORTEN TIME FOR CROSS-MOTION TO EXTEND TIME FOR RENEWED RULE 56 MOTION** |

1 | For good cause shown, IT IS HEREBY ORDERED that, by January 11, 2011, Plaintiffs shall file any opposition to Apple's cross-motion to extend the time for filing its renewed Rule 56 motion and any reply in support of their motion re scheduling (which motion was filed January 7, 2011 and responded to by Apple on January 10, 2011). Apple shall file any reply in support of its cross-motion by January 13, 2011. Both motions regarding scheduling will be deemed submitted at that point.

Dated: _____, 2011

_____
JAMES WARE
United States District Chief Judge