**\*\* E-filed January 11, 2011 \*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(HRL) <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. ) ) ) ) ) ) | ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF THEIR OPPOSITION TO APPLE, INC.'S MOTION FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS AND EXHIBITS 1-12 TO THE DECLARATION OF PAULA M. ROACH IN SUPPORT THEREOF PURSUANT TO LOCAL RULE 79-5(b) AND (c) <br> **AS MODIFIED BY THE COURT** |

592241_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2  Seal Portions of Plaintiffs' Supplemental Memorandum in Further Support of Their Opposition to
3  Apple, Inc.'s Motion for Protective Order Preventing the Deposition of Steve Jobs ("Supplemental
4  Memorandum") and Exhibits 1-12 to the Declaration of Paula M. Roach in Support Thereof
5  Pursuant to Local Rule 79-5(b) and (c).  The Court, having reviewed the submissions, ORDERS,
6  ADJUDGES and DECREES that:
7  Plaintiffs' Administrative Motion to File Portions of the Supplemental Memorandum and
8  Exhibits Under Seal Pursuant to Local Rule 79-5(b) and (c) is GRANTED.
   Plaintiffs shall file the documents under seal in accordance with General Order 62.
9  IT IS SO ORDERED.
10 DATED: January 11, 2011         _____
                                   THE HON. MAGISTRATE HOWARD R. LLOYD
11                                 UNITED STATES MAGISTRATE JUDGE

12 Submitted by:

13 ROBBINS GELLER RUDMAN
     & DOWD LLP
14 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
15 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
16 PAULA M. ROACH
   655 West Broadway, Suite 1900
17 San Diego, CA  92101
   Telephone: 619/231-1058
18 619/231-7423 (fax)

19 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
20 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
21 Telephone: 202/625-4342
   202/330-5593 (fax)
22
   Co-Lead Counsel for Plaintiffs
23
   BONNETT, FAIRBOURN, FRIEDMAN
24   & BALINT, P.C.
   ANDREW S. FRIEDMAN
25 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
26 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
27 Phoenix, AZ  85012
   Telephone: 602/274-1100
28 602/274-1199 (fax)

592241_1   [PROPOSED] ORDER GRANTING PLTFS' ADMIN MOT TO FILE UNDER SEAL PORTIONS OF PLTFS' SUPP. MEM.
   IN FURTHER SUPP. OF THEIR OPP. TO APPLE, INC.'S MOT. FOR PROTECTIVE ORD. PREVENTING DEPO. OF S.
   JOBS AND EXS 1-12 TO THE DECL OF ROACH  - C-05-00037-JW(HRL)                                     - 1 -

| | |
|---|---|
| 1 | |
| 2 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN<br>10680 West Pico Blvd., Suite 280 |
| 3 | Los Angeles, CA  90064<br>Telephone:  310/836-6000 |
| 4 | 310/836-6010 (fax) |
| 5 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 6 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 7 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 8 | 212/682-1892 (fax) |
| 9 | GLANCY BINKOW & GOLDBERG LLP |
| 10 | MICHAEL GOLDBERG<br>1801 Avenue of the Stars, Suite 311 |
| 11 | Los Angeles, CA  90067<br>Telephone:  310/201-9150 |
| 12 | 310/201-9160 (fax) |
| 13 | Additional Counsel for Plaintiffs |

592241_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOT TO FILE UNDER SEAL PORTIONS OF PLTFS' SUPP. MEM. IN FURTHER SUPP. OF THEIR OPP. TO APPLE, INC.'S MOT. FOR PROTECTIVE ORD. PREVENTING DEPO. OF S. JOBS AND EXS 1-12 TO THE DECL OF ROACH  - C-05-00037-JW(HRL) - 2 -