1        **\*\* E-filed January 11, 2011 \*\***

2

3

4

5

6

7

8

9                     UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12   THE APPLE IPOD ITUNES ANTI-TRUST      )   Lead Case No. C-05-00037-JW(HRL)
     LITIGATION                            )
13   _____      )   CLASS ACTION
                                           )
14   This Document Relates To:             )   [PROPOSED] ORDER GRANTING
                                           )   PLAINTIFFS' MOTION FOR LEAVE TO
15       ALL ACTIONS.                      )   FILE ADDITIONAL EVIDENCE IN
                                           )   SUPPORT OF THEIR OPPOSITION TO
16   _____      )   APPLE INC.'S MOTION FOR
                                               PROTECTIVE ORDER PREVENTING THE
17                                             DEPOSITION OF STEVE JOBS

18

19

20

21

22

23

24

25

26

27

28

592156_1

1    Having considered Plaintiffs' Motion for Leave to File Additional Evidence in Support of

2  Their Opposition to Apple Inc.'s Motion for Protective Order Preventing the Deposition of Steve

3  Jobs and supporting memorandum, IT IS HEREBY ORDERED THAT Plaintiffs' motion for leave

4  is GRANTED.

5        IT IS SO ORDERED.

6  DATED: _____January 11, 2011_____    _____

7                                                   THE HON. MAGISTRATE HOWARD R. LLOYD
                                                    UNITED STATES MAGISTRATE JUDGE

8  Submitted by:

9  ROBBINS GELLER RUDMAN
     & DOWD LLP
10 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
11 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
12 PAULA M. ROACH
   655 West Broadway, Suite 1900
13 San Diego, CA  92101
   Telephone:  619/231-1058
14 619/231-7423 (fax)

15 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
16 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
17 Telephone:  202/625-4342
   202/330-5593 (fax)

18
   Co-Lead Counsel for Plaintiffs
19
   BONNETT, FAIRBOURN, FRIEDMAN
20   & BALINT, P.C.
   ANDREW S. FRIEDMAN
21 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
22 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
23 Phoenix, AZ  85012
   Telephone:  602/274-1100
24 602/274-1199 (fax)

25 BRAUN LAW GROUP, P.C.
   MICHAEL D. BRAUN
26 10680 West Pico Blvd., Suite 280
   Los Angeles, CA  90064
27 Telephone:  310/836-6000
   310/836-6010 (fax)

28

592156_1    [PROPOSED] ORDER GRANTING PLTFS' MTN FOR LEAVE TO FILE ADD'L EVIDENCE IN SUPP
            OF OPP TO MTN FOR PRO ORD PREVENTING DEPO OF STEVE JOBS - C-05-00037-JW(HRL)    - 1 -

1

MURRAY, FRANK & SAILER LLP

2    BRIAN P. MURRAY
JACQUELINE SAILER

3    275 Madison Avenue, Suite 801
New York, NY  10016

4    Telephone:  212/682-1818
212/682-1892 (fax)

5

GLANCY BINKOW & GOLDBERG LLP

6    MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311

7    Los Angeles, CA  90067
Telephone:  310/201-9150

8    310/201-9160 (fax)

9    Additional Counsel for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLTFS' MTN FOR LEAVE TO FILE ADD'L EVIDENCE IN SUPP
OF OPP TO MTN FOR PRO ORD PREVENTING DEPO OF STEVE JOBS - C-05-00037-JW(HRL)        - 2 -