ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
proach@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. C-05-00037-JW(HRL)<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS MELANIE TUCKER, MARIANA ROSEN, AND SOMTAI TROY CHAROENSAK'S MEMORANDUM IN OPPOSITION TO APPLE INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION AND PORTIONS OF THE DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT THEREOF PURSUANT TO LOCAL RULE 79-5(c)<br><br>JUDGE:  Hon. Magistrate Howard R. Lloyd<br>DATE:   February 1, 2011<br>TIME:   10:00 a.m.<br>CTRM:   2, 5th Floor |

592844_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2       PLEASE TAKE NOTICE that, pursuant to Local Rules 7-11(a) and 79-5(c), on February 1,

3  2011, before Magistrate Howard R. Lloyd, at 10:00 a.m., in Courtroom 2, 5th Floor, plaintiffs

4  Melanie Tucker, Mariana Rosen, Somtai Troy Charoensak (collectively "Plaintiffs") will move for

5  permission from the Court to file under seal portions of the Plaintiffs Melanie Tucker, Mariana

6  Rosen, and Somtai Troy Charoensak's Memorandum in Opposition to Apple Inc.'s Motion to

7  Compel Responses to Interrogatories and Requests For Production and Portions of the Declaration of

8  Alexandra S. Bernay in Support Thereof Pursuant to Local Rule 79-5(c).

9       The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of

10 Bonny E. Sweeney in Support of Plaintiffs' Motion to File Under Seal Portions of Plaintiffs'

11 Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak's Memorandum in Opposition to

12 Apple Inc.'s Motion to Compel Responses to Interrogatories and Requests For Production and

13 Portions of the Declaration of Alexandra S. Bernay in Support Thereof Pursuant to Local Rule 79-

14 5(c), filed concurrently herewith.  Plaintiffs have also concurrently lodged a proposed order.

15 DATED: January 11, 2011                ROBBINS GELLER RUDMAN
                                             & DOWD LLP
16                                         JOHN J. STOIA, JR.
                                           BONNY E. SWEENEY
17                                         THOMAS R. MERRICK
                                           ALEXANDRA S. BERNAY
18                                         PAULA M. ROACH

19

20                                                s/ Bonny E. Sweeney
                                                  BONNY E. SWEENEY
21
                                           655 West Broadway, Suite 1900
22                                         San Diego, CA  92101
                                           Telephone:  619/231-1058
23                                         619/231-7423 (fax)

24                                         THE KATRIEL LAW FIRM
                                           ROY A. KATRIEL
25                                         1101 30th Street, N.W., Suite 500
                                           Washington, DC  20007
26                                         Telephone:  202/625-4342
                                           202/330-5593 (fax)
27
                                           Co-Lead Counsel for Plaintiffs
28

592844_1  NOM & ADMIN MOT TO FUS PORTIONS OF PLTFS MEMO IO TO APPLE INC.'S MTC
RESPONSES TO ROGS & RFP AND PORTIONS OF THE DEC OF ASB IS THEREOF - C-05-00037-
JW(HRL)                                                                              - 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN  & BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN  FRANCIS J. BALINT, JR. |
| 4 | ELAINE A. RYAN  TODD D. CARPENTER |
| 5 | 2901 N. Central Avenue, Suite 1000  Phoenix, AZ  85012 |
| 6 | Telephone:  602/274-1100  602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C. |
| 8 | MICHAEL D. BRAUN  10680 West Pico Blvd., Suite 280 |
| 9 | Los Angeles, CA  90064  Telephone:  310/836-6000 |
| 10 | 310/836-6010 (fax) |
| 11 | MURRAY, FRANK & SAILER LLP  BRIAN P. MURRAY |
| 12 | JACQUELINE SAILER  275 Madison Avenue, Suite 801 |
| 13 | New York, NY  10016  Telephone:  212/682-1818 |
| 14 | 212/682-1892 (fax) |
| 15 | GLANCY BINKOW & GOLDBERG LLP  MICHAEL GOLDBERG |
| 16 | 1801 Avenue of the Stars, Suite 311  Los Angeles, CA  90067 |
| 17 | Telephone:  310/201-9150  310/201-9160 (fax) |
| 18 | Additional Counsel for Plaintiffs |

592844_1

NOM & ADMIN MOT TO FUS PORTIONS OF PLTFS MEMO IO TO APPLE INC.'S MTC RESPONSES TO ROGS & RFP AND PORTIONS OF THE DEC OF ASB IS THEREOF - C-05-00037-JW(HRL) - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 11, 2011.

          s/ Bonny E. Sweeney
          BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:       bonnys@rgrdlaw.com

592844_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)