UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS MELANIE TUCKER, MARIANA ROSEN, AND SOMTAI TROY CHAROENSAK'S MEMORANDUM IN OPPOSITION TO APPLE INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION AND PORTIONS TO THE DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT THEREOF PURSUANT TO LOCAL RULE 79-5(C) |

592848_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2  Seal Portions of Plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak's
3  Memorandum in Opposition to Apple Inc.'s Motion to Compel Responses to Interrogatories and
4  Requests For Production ("Opposition") and portions of the Declaration of Alexandra S. Bernay in
5  Support Thereof ("Declaration") Pursuant to Local Rule 79-5(c). The Court, having reviewed the
6  submissions, ORDERS, ADJUDGES and DECREES that:
7  Plaintiffs' Administrative Motion to File Portions of the Opposition and portions of the
8  Declaration Under Seal Pursuant to Local Rule 79-5(c) is GRANTED.
9  IT IS SO ORDERED.
10 DATED: _____     _____
   THE HONORABLE HOWARD R. LLOYD
11 UNITED STATES MAGISTRATE JUDGE
   Submitted by:
12
   ROBBINS GELLER RUDMAN
13   & DOWD LLP
   JOHN J. STOIA, JR.
14 BONNY E. SWEENEY
   THOMAS R. MERRICK
15 ALEXANDRA S. BERNAY
   PAULA M. ROACH
16 655 West Broadway, Suite 1900
   San Diego, CA  92101
17 Telephone:  619/231-1058
   619/231-7423 (fax)
18
   THE KATRIEL LAW FIRM
19 ROY A. KATRIEL
   1101 30th Street, N.W., Suite 500
20 Washington, DC  20007
   Telephone:  202/625-4342
21 202/330-5593 (fax)
22 Co-Lead Counsel for Plaintiffs
23 BONNETT, FAIRBOURN, FRIEDMAN
     & BALINT, P.C.
24 ANDREW S. FRIEDMAN
   FRANCIS J. BALINT, JR.
25 ELAINE A. RYAN
   TODD D. CARPENTER
26 2901 N. Central Avenue, Suite 1000
   Phoenix, AZ  85012
27 Telephone:  602/274-1100
   602/274-1199 (fax)
28

592848_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOT TO FUS PORTIONS OF PLTFS MEMO IO
TO APPLE INC.'S MTC RESPONSES & PORTIONS TO THE DEC OF ASB IS THEREOF - C-05-
00037-JW(HRL)                                                                                                                    - 1 -

| | |
|---|---|
| 1 | |
| 2 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 3 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 4 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 5 | MURRAY, FRANK & SAILER LLP |
| 6 | BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 7 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 8 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 9 | GLANCY BINKOW & GOLDBERG LLP |
| 10 | MICHAEL GOLDBERG<br>1801 Avenue of the Stars, Suite 311 |
| 11 | Los Angeles, CA  90067<br>Telephone:  310/201-9150 |
| 12 | 310/201-9160 (fax) |
| 13 | Additional Counsel for Plaintiffs |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

592848_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOT TO FUS PORTIONS OF PLTFS MEMO IO TO APPLE INC.'S MTC RESPONSES & PORTIONS TO THE DEC OF ASB IS THEREOF - C-05-00037-JW(HRL)

- 2 -