1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael Scott #255288
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13

14  THE APPLE iPOD iTUNES ANTI-        Lead Case No. C 05-00037 JW (HRL)
    TRUST LITIGATION
15                                     [CLASS ACTION]

16  This Document Related To:          **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL**

17  ALL ACTIONS

18

19      Having considered Apple Inc.'s Administrative Motion to File Under Seal Portions of (1)

20  Apple's Response to Plaintiffs' Supplemental Memorandum Regarding Apple Inc.'s Motion for

21  Protective Order ("Apple's Response") and (2) the Declaration of David C. Kiernan in Support of

22  Apple's Response to Plaintiffs' Supplemental Memorandum Regarding Apple Inc.'s Motion for

23  Protective Order ("Kiernan Declaration"), and having considered the declaration of Michael Scott

24  in support of the Administrative Motion, the Court determines that public disclosure of the

25  confidential information described therein would harm Defendant Apple Inc., and finds good

26  cause to seal that information.  Accordingly, IT IS HEREBY ORDERED THAT Apple Inc.'s

27  Administrative Motion is GRANTED.

28

                                                    [Proposed] Order to File Under Seal
                                                    C 05-00037 JW (HRL)

Apple shall file unredacted versions of Apple's Response and the Kiernan Declaration under seal in accordance with General Order 62.

**IT IS SO ORDERED.**

Dated: _____, 2011     By: _____
Hon. Howard R. Lloyd
United States Magistrate Judge