1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael Scott #255288
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No. C 05-00037 JW (HRL) |
|---|---|
| | [CLASS ACTION] |
| This Document Related To:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING APPLE INC.'S MOTION FOR PROTECTIVE ORDER** |

20     / / /

21     / / /

Having considered Apple Inc.'s Motion for Leave to File Response to Plaintiffs' Supplemental Memorandum Regarding Apple Inc.'s Motion for Protective Order ("Apple's Motion for Leave"), as well as Apple's Memorandum and Declaration of David C. Kiernan in support thereof, IT IS HEREBY ORDERED THAT Apple's Motion for Leave is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2011          By: _____
                                         Hon. Howard R. Lloyd
                                         United States Magistrate Judge

[Proposed] Order Granting Motion for Leave
C 05-00037 JW (HRL)