1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael Scott #255288
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

Having considered Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Memorandum in Opposition to Apple Inc.'s Motion to Compel and the Bernay declaration in support thereof  ("Administrative Motion"), Defendant Apple Inc.'s response, and the declaration of Mark Buckley in support of that response, having determined that public disclosure of the confidential information described therein would harm Defendant Apple Inc., and finding good cause to seal that information, IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion is GRANTED.

Plaintiffs shall file their Memorandum in Opposition to Apple Inc.'s Motion to Compel and the Bernay declaration in support thereof under seal in accordance with General Order 62.

**IT IS SO ORDERED.**

1  Dated: _____, 2011         By: _____
2                                              Hon. Howard R. Lloyd
3                                              United States Magistrate Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SFI-657661v1                              - 2 -                [Proposed] Order to File Under Seal
                                                               C 05-00037 JW (HRL)