1  George A. Riley SB# 118304 – griley@omm.com
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center, 28th Floor
   San Francisco, California 94111
3  Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701
4
   Attorneys for
5  STEVEN P. JOBS and Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTITRUST LITIGATION | Case No. C 05-00037-JW (HRL)<br><br>[CLASS ACTION]<br><br>**NOTICE OF APPEARANCE OF GEORGE A. RILEY** |
|---|---|

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** of the appearance of George A. Riley of the firm O'Melveny & Myers LLP, as counsel of record on behalf of Steven P. Jobs and Defendant Apple Inc., in the above-captioned matter. It is respectfully requested that copies of all notices, pleadings, orders, or other documents pertaining to the above-entitled matter should be sent to counsel at the address below:

> George A. Riley, CSB 118304
> O'Melveny & Myers LLP
> Two Embarcadero Center, 28th Floor
> San Francisco, California 94111
> griley@omm.com

George A. Riley is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Northern District of California.

Dated: January 14, 2011

By: /s/ George A. Riley
George A. Riley
O'Melveny & Myers LLP

Counsel for STEVEN P. JOBS and Defendant APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper by the United Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed January 14, 2011.

By: /s/ George A. Riley
George A. Riley
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: griley@omm.com

Counsel for STEVEN P. JOBS and Defendant APPLE INC.

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ybennett@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@lerachlaw.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bsweeney@lerachlaw.com,E_file_sd@lerachlaw.com,tturner@lerachlaw.com

- **Gregory Steven Weston**
  gweston@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Francis Joseph Balint                                                        , Jr
```

Bonnett Fairbourn Friedman & Balint, P.C
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012-3311

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012