Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTITRUST LITIGATION** | Case No. C 05 00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON APPLE INC'S MOTION FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS** |

It is hereby stipulated by the parties that, in light of Mr. Jobs' medical leave from Apple announced on January 17, 2011, the hearing on Apple's Motion for Protective Order Preventing the Deposition of Steve Jobs set for January 18, 2011 is continued indefinitely, without prejudice to the parties' respective positions.

| | | |
|---|---|---|
| Dated: January 17, 2011 | | Robbins, Geller, Rudman & Dowd LLP |

By: /s/
    Bonny E. Sweeney

Counsel for Direct Purchaser Plaintiffs

Dated: January 17, 2011        Jones Day

By: /s/
    Robert A. Mittelstaedt

Counsel for Defendant Apple Inc.

**IT IS SO ORDERED.**

Dated: _____

James Howard R. Lloyd
United States Magistrate Judge