**\*\* E-filed January 18, 2011 \*\***

Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:      (415) 626-3939
Facsimile:       (415) 875-5700

Attorneys for Defendant
APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTITRUST LITIGATION | Case No. C 05 00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON APPLE INC'S MOTION FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS**<br>**AS MODIFIED BY THE COURT** |

It is hereby stipulated by the parties that, in light of Mr. Jobs' medical leave from Apple announced on January 17, 2011, the hearing on Apple's Motion for Protective Order Preventing the Deposition of Steve Jobs set for January 18, 2011 is ~~continued indefinitely~~ vacated, without prejudice to the parties' respective positions.

| | |
|---|---|
| Dated: January 17, 2011 | Robbins, Geller, Rudman & Dowd LLP |
| | By: /s/ |
| |     Bonny E. Sweeney |
| | Counsel for Direct Purchaser Plaintiffs |
| Dated: January 17, 2011 | Jones Day |
| | By: /s/ |
| |     Robert A. Mittelstaedt |
| | Counsel for Defendant Apple Inc. |

**IT IS SO ORDERED.**

Dated: January 18, 2011

~~James~~ Howard R. Lloyd
United States Magistrate Judge

<span style="color:red">Defendant Apple, Inc. may re-notice its motion should circumstances later warrant doing so.</span>

2  Stipulation Regarding Hearing on Apple's Motion For Protective Order
C 05 00037 JW (HRL)