** E-filed January 18, 2011 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS MELANIE TUCKER, MARIANA ROSEN, AND SOMTAI TROY CHAROENSAK'S MEMORANDUM IN OPPOSITION TO APPLE INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION AND PORTIONS TO THE DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT THEREOF PURSUANT TO LOCAL RULE 79-5(C) |

592848_1

1   This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2   Seal Portions of Plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak's
3   Memorandum in Opposition to Apple Inc.'s Motion to Compel Responses to Interrogatories and
4   Requests For Production ("Opposition") and portions of the Declaration of Alexandra S. Bernay in
5   Support Thereof ("Declaration") Pursuant to Local Rule 79-5(c).  The Court, having reviewed the
6   submissions, ORDERS, ADJUDGES and DECREES that:
7   Plaintiffs' Administrative Motion to File Portions of the Opposition and portions of the
8   Declaration Under Seal Pursuant to Local Rule 79-5(c) is GRANTED.
    Plaintiffs may file the documents under seal in accordance with General Order 62.
9   IT IS SO ORDERED.
10  DATED: January 18, 2011        _____
                                    THE HONORABLE HOWARD R. LLOYD
11                                  UNITED STATES MAGISTRATE JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
PAULA M. ROACH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

592848_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOT TO FUS PORTIONS OF PLTFS MEMO IO
TO APPLE INC.'S MTC RESPONSES & PORTIONS TO THE DEC OF ASB IS THEREOF - C-05-
00037-JW(HRL)                                                                    - 1 -

1  
2  BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
3  Los Angeles, CA 90064
Telephone: 310/836-6000
4  310/836-6010 (fax)

5  MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
6  JACQUELINE SAILER
275 Madison Avenue, Suite 801
7  New York, NY 10016
Telephone: 212/682-1818
8  212/682-1892 (fax)

9  GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
10  1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
11  Telephone: 310/201-9150
310/201-9160 (fax)
12  
Additional Counsel for Plaintiffs
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

592848_1   [PROPOSED] ORDER GRANTING PLTFS' ADMIN MOT TO FUS PORTIONS OF PLTFS MEMO IO TO APPLE INC.'S MTC RESPONSES & PORTIONS TO THE DEC OF ASB IS THEREOF - C-05-00037-JW(HRL)   - 2 -