** E-filed January 18, 2011 **

Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan  #215335
dkiernan@jonesday.com
Michael Scott  #255288
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>This Document Related To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>[PROPOSED] **ORDER GRANTING APPLE INC.'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING APPLE INC.'S MOTION FOR PROTECTIVE ORDER** |
|---|---|

/ / /

/ / /

[Proposed] Order Granting Motion for Leave
C 05-00037 JW (HRL)

|    |                                                                                                                                 |
|----|---------------------------------------------------------------------------------------------------------------------------------|
| 1  | Having considered Apple Inc.'s Motion for Leave to File Response to Plaintiffs'                                                  |
| 2  | Supplemental Memorandum Regarding Apple Inc.'s Motion for Protective Order ("Apple's                                            |
| 3  | Motion for Leave"), as well as Apple's Memorandum and Declaration of David C. Kiernan in                                        |
| 4  | support thereof, IT IS HEREBY ORDERED THAT Apple's Motion for Leave is GRANTED.                                                 |
| 6  | **IT IS SO ORDERED.**                                                                                                            |
| 8  | Dated: _____January 18_____, 2011          By: _____                                                   |
| 9  |                                                        Hon. Howard R. Lloyd                                                      |
| 10 |                                                        United States Magistrate Judge                                            |

[Proposed] Order Granting Motion for Leave
C 05-00037 JW (HRL)