1    Robert A. Mittelstaedt  #60359                    ** E-filed January 18, 2011 **
     ramittelstaedt@jonesday.com
2    Craig E. Stewart  #129530
     cestewart@jonesday.com
3    David C. Kiernan #215335
     dkiernan@jonesday.com
4    Michael Scott #255288
     michaelscott@jonesday.com
5    JONES DAY
     555 California Street, 26th Floor
6    San Francisco, CA  94104
     Telephone:    (415) 626-3939
7    Facsimile:    (415) 875-5700

8    Attorneys for Defendant
     APPLE INC.
9
                      UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
     THE APPLE iPOD iTUNES ANTI-          Lead Case No. C 05-00037 JW (HRL)
14   TRUST LITIGATION
                                          [CLASS ACTION]
15
     This Document Related To:            [PROPOSED] ORDER GRANTING APPLE
16                                        INC.'S ADMINISTRATIVE MOTION TO
     ALL ACTIONS                          SEAL
17

18

19        Having considered Apple Inc.'s Administrative Motion to File Under Seal Portions of (1)

20   Apple's Response to Plaintiffs' Supplemental Memorandum Regarding Apple Inc.'s Motion for

21   Protective Order ("Apple's Response") and (2) the Declaration of David C. Kiernan in Support of

22   Apple's Response to Plaintiffs' Supplemental Memorandum Regarding Apple Inc.'s Motion for

23   Protective Order ("Kiernan Declaration"), and having considered the declaration of Michael Scott

24   in support of the Administrative Motion, the Court determines that public disclosure of the

25   confidential information described therein would harm Defendant Apple Inc., and finds good

26   cause to seal that information.  Accordingly, IT IS HEREBY ORDERED THAT Apple Inc.'s

27   Administrative Motion is GRANTED.

28

1    Apple shall file unredacted versions of Apple's Response and the Kiernan Declaration

2   under seal in accordance with General Order 62.

3

4    **IT IS SO ORDERED.**

5

6   Dated: _____January 18_____, 2011        By: 

7                                            _____

8                                            Hon. Howard R. Lloyd
                                             United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28