Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. <br><br> This Document Relates To: <br><br> ALL ACTIONS | Lead Case No. C 05-00037 JW (HRL) <br><br> **[CLASS ACTION]** <br><br> **DECLARATION OF JEFFREY ROBBIN IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT** <br><br> Date:         April 18, 2011 <br> Time:         9:00 a.m. <br> Courtroom: 8, 4th Floor <br><br> **DOCUMENT FILED UNDER SEAL** |

- 1 -

Robbin Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)