Exhibits 1, 4-16,

19-36A, and 37-42

Filed Under Seal