hymn -- decrypt iTunes and iPod music / unprotect AAC files (m4p --> m4a)



# hear your music anywhere

**news | download | forums | bugs | release schedule | screenshots | documentation**

The hymn program is Free Software licensed under the GNU GPL. It comes with ABSOLUTELY NO WARRANTY to the extent permitted by applicable law.

Much software related to iTunes decryption, including **FairKeys** that may be necessary in order for hymn to work properly, can be found at Jon Johansen's Software Site.

The JHymn program is a hymn variant, written in Java, that provides the same functionality as hymn but in a cross-platform user interface. *I have not tested this code.* It comes with ABSOLUTELY NO WARRANTY to the extent permitted by applicable law.

The *iOpener* program is a hymn variant for Windows based upon Jon Lech Johansen's FairKeys and DeDRMS code. *I have not tested this code.* It comes with ABSOLUTELY NO WARRANTY to the extent permitted by applicable law.

hymn-0.6.0.dmg
hymn-0.6.0.tar.gz
hymn-0.6.0.zip
hymn-0.6.1.dmg
hymn-0.6.1.tar.gz
hymn-0.6.1.zip
hymn-0.6.2.dmg
hymn-0.6.2.tar.gz
hymn-0.6.2.zip
hymn-0.7.0.dmg
hymn-0.7.0.tar.gz
hymn-0.7.0.zip
hymn-0.7.1.dmg
hymn-0.7.1.tar.gz
hymn-0.7.1.zip
iOpener-0.1-setup.zip
iOpener-0.1-src.zip
iOpener-0.2-setup.zip
iOpener-0.2-src.zip
JHymn_0_5_0_mac.zip

hymn -- decrypt iTunes and iPod music / unprotect AAC files (m4p --> m4a)

JHymn_0_5_0_mac_source.zip
JHymn_0_5_0_win.zip
MD5SUM

INFORMATION WANTS TO BE FREE.