

Build your own FREE website at Angelfire.com  **Share:** del.icio.us I digg I reddit I
Twitter I facebook



MP3 Converter ☆☆☆☆☆
Convert MP3 files to and from WMA, AC3,
WAV, OGG, AAC, AU, FLAC, AIFF and more...

apps.foxtab.com



Ads by Google

# FairTunes

| | FairTunes | |
|---|---|---|
| **m4p File:** | Drop here or browse | ( Browse ) |
| **Format:** | AIFF | |
| | | Decompress |

FairTunes puts your music back into your hands. Now you can play your iTunes music when you want to, and where you want to.

# Features

- Convert any authorized protected iTunes song into an unprotected, uncompressed file.
- Supports AIFF, Wave, QuickTime, System 7 Sound, MuLaw, and AVI file creation.
- Easy to use - no complicated setup needed.
- Built for Mac OS X.

# Download FairTunes

You will need to hold option when clicking these links to force the download to be saved to a file. Stuffit Expander 7.0 or later is required.

Please pick a mirror at random. Preferred mirrors are at the top. If you know how to use BitTorrent then please use that to get the file and please keep your window open so others can download as well.

Mirror #1, v1.0, released 04/25/04
Big thanks to MyPersonalGetaway.com for providing space.

Mirror #2, v1.0, released 04/25/04

Mirror #3, v1.0, released 04/25/04

Mirror #4, v1.0, released 04/25/04
Big thanks to mikekeen.net for providing space.

Mirror #5, v1.0, released 04/25/04

NEW: Download with BitTorrent, v1.0, released 04/25/04

Please keep BitTorrent open to allow others to download as well.

From us, v1.0, released 04/25/04

We need mirrors. Click here to e-mail us if you can provide one.



Email: fairtunes@lycos.com

# Audio Converter  Free Download

**Convert between wav, mp3, dvd, ogg, wma, midi etc...**

apps.zangoaudio.com

Ads by Google

**Site Sponsors** WHOWHERE? *Gamesville* Rhapsody WIRED