**How to Remove DRM?** Top Selling DRM Removal Software, Convert Drm WMV, WMA, M4P, M4V etc RemoveDRMs
**95% Off AppleIPod** Save up to 95% On New AppleIPods and MP3 Players! Apple_iPod.Wavee.com
**Free Music Downloads** Download More Than 20,000,000 Songs Free - 100% Legal Service! www.BearShare.com

Ads by Google

Home > Forums > dealmac forum archive > Re: ITunes DRM stripper

## dealmac forum archive

Forum List | New Topic | Go To Top | Go To Topic | Log In | Help

Over time, these topics will be moved into the appropriate forum.

(Search) [Advanced]     Jump To: [Select a forum...] (Go)

Goto Thread: Previous • Next

### ITunes DRM stripper
Posted by: CM II (IP Logged)
Date: April 26, 2004 11:31AM

How long before Apple takes action?

**New iTunes DRM-remover emerges**
*FairTunes is a new application that strips the digital rights management (DRM) protection from songs purchased at the iTunes Music Store. Unlike PlayFair, a similar utility that Apple has twice had removed from the Web, FairTunes does not require an iPod and is packaged as a simple Cocoa application that converts the song into an uncompressed WAV of AIFF file, which can then be encoded or burned as the user desires. FairTunes is free.*

[macnn.com]

Options: Reply To This Message • Quote This Message • Report This Message

### Re: ITunes DRM stripper
Posted by: BiggerSea (IP Logged)
Date: April 26, 2004 11:34AM

you can already do this with QTPro or Toast or by burning a CD.

Options: Reply To This Message • Quote This Message • Report This Message

### Re: ITunes DRM stripper
Posted by: DavidS (IP Logged)
Date: April 26, 2004 12:34PM

I thought I had read that they already sent them a cease and desist order a week or so ago.

Options: Reply To This Message • Quote This Message • Report This Message

### Re: ITunes DRM stripper
Posted by: GraphicsBooks.com (IP Logged)
Date: April 26, 2004 12:37PM

That was a different app, DavidS (PlayFair, I believe)

Options: Reply To This Message • Quote This Message • Report This Message

### Re: ITunes DRM stripper
Posted by: The Chad (IP Logged)
Date: April 26, 2004 12:53PM

> This makes it so you don't have to burn a CD, and eliminates quality-loss inherent in that method.

Options: Reply To This Message • Quote This Message • Report This Message

### Re: ITunes DRM stripper
Posted by: comaplate (IP Logged)
Date: April 26, 2004 02:40PM

Who cares! It works as well as sending the file to Toast w/o the hassle.

Options: Reply To This Message • Quote This Message • Report This Message

### Re: ITunes DRM stripper
Posted by: MacGurl (IP Logged)
Date: April 26, 2004 04:44PM

Yeep - works great. Get it while you can - you all know Apple will be having this one taken down too.

Kathy



Options: Reply To This Message • Quote This Message • Report This Message

### Re: ITunes DRM stripper
Posted by: HadRoastBeef (IP Logged)
Date: April 27, 2004 05:18PM

The Chad wrote:
> This makes it so you don't have to burn a CD, and eliminates
> quality-loss inherent in that method.

Actually it doesn't avoid quality loss, it just avoids having to burn a CD. It converts to uncompressed AIFF format. If you then want it at a reasonable size you have to re-encode it into AAC or another format and that results in generational sound quality loss. Playfair, in contrast, did not re-encode, it stripped out the DRM directly. There were some problems with playfair, though - in particular files stripped of DRM with it would not stream via iTunes' rendezvous sharing. Probably that would eventually be resolved, but the last available version (0.5) still had this problem.

Options: Reply To This Message • Quote This Message • Report This Message

Sorry, you do not have permission to post/reply in this forum.

Contact Us | About Us | Advertise on dealmac | Jobs@dealnews | Sweepstakes Winners

dealmac®, dealnews®, dealcam®, and dealram® are registered trademarks of dealnews.com Inc. dealnews.com Inc. disclaims responsibility for all content, including prices, specifications, and availability. Content is subject to change without notice. By using dealnews®, you agree to certain terms and conditions. Please see our privacy policy.

All material on this site prepared by dealnews® is protected by Copyright. © 1997-2011 dealnews.com, Inc. All rights reserved. All other copyrights are reserved by their respective holders.

advertisement



Infiniti G Sedan
Own the luxury brand projected to hold more of its value longer than any other in America.

Visit InfinitiUSA.com

INFINITI.