

# hear your music anywhere

| Proposed Version # | Codename | Proposed Features / Bugfixes | Target Date | Release Date |
|---|---|---|---|---|
| 0.7.0 | movinup | **General**<br><br>- Bug fixes for bugs #s: 1, 2, 4, 7<br>- Support bringing previously "hymn-ed" files up-to-date (i.e. -- to support things like the iTunes 4.5 --> iTunes 4.6 upgrade breaking files decrypted with hymn 0.6.1). | 2004-07-07 | 2004-07-24 |
| 0.6.2 | sneakyapple | **General**<br><br>- Compatibility with iTunes 4.6.<br>- Integrate latest VideoLAN DRMS code.<br><br>**Mac OS X and other non-Windows platforms**<br><br>- Other FireWire devices *can* now be attached at the same time as the iPod. | 2004-06-16 | 2004-06-16 |

| Version | Name | Changes | Date1 | Date2 |
|---|---|---|---|---|
| 0.6.1 | dekink | **General**<br>- Fixed log-level (-l) argument parsing.<br>- "playfair" --> "hymn" in Cocoa UI menus.<br>- Make cocoa_ui buildable from source.<br>- Handle filenames with UTF8 characters. | 2004-05-12 | 2004-05-12 |
| 0.6.0 | rewrite | **General**<br>- Rename to 'hymn'.<br>- Rewrite to remove external mp4 library dependencies.<br>- Leave meta-data, including apple ID, intact. | 2004-05-10 | 2004-05-10 |
| 0.5.1 | doc | **General**<br>- Add user manual.<br>**Cocoa UI**<br>- Fix silent failure bug. | 2004-04-15 | 2004-04-15 |
| 0.5.0 | JFW | **General**<br>- Fail gracefully if key can't be found / generated.<br>**CLI**<br>- No need to type output file -- replace extension instead.<br>- Batch mode.<br>**Cocoa UI**<br>- Multiple drag'n'drop support. | 2004-04-13 | 2004-04-11 |
| 0.4.0 | Cease and Desist | - Mac OS X Cocoa UI<br>- Auto-detection of iPod | 2004-04-10 | 2004-04-10 |

INFORMATION WANTS TO BE FREE.

You are visitor number **395226**.