

XFINITY® WiFi hotspots are popping up in your favorite places    xfinity

- mac news
- reviews
- blogs
- forums
- services
- contact

Search MacNN

Kanex Giveaway Enter for a chance to win one of two Kanex prize packages, click here for more information, and to enter.

Hot StoriesClipTouch
macnn newfor
iPad
allows
Text Size    for
wireless
Final
**QTFairUse6 circumvents iTunes DRM**    Cut
iTunes DRM circumvented    browsing

updated 11:45 am EDT, Wed August 30, 2006



A new software solution circumvents Apple's FairPlay DRM restrictions to create DRM-free music from purchased iTunes music. Users on Hymn message boards, who have cracked the iTunes (FairPlay) DRM yet again, are committed to cracking the iTunes DRM to allow free use of purchased music. The project has been dead in the water since Apple released iTunes 6 and changed the way the iTunes DRM worked (although previous versions

work with older iTunes versions); however, the new solution adapts original code from previous attempts (QTFairUse) and users have managed to get it work with iTunes 6. The somewhat-clunky QTFairUse6 requires Python 2.4 and several other tools and uses the information that is buffered (i.e., stored in memory) after iTunes/QuickTime decodes the file.

According to *Ars*, "QTFairUse6 looks at AAC frames in memory after they've been decrypted, but before the decoding step, and dumps the data into a file. It currently only runs under Windows, and relies on iTunes for the actual decryption work as well as FAAD for making the dumped data into playable AAC files. Unlike earlier tools like Hymn/JHymn and the original QTFairUse, this program can handle streams from iTunes 6.0.4 and later."

Previous projects have garnered negative attention from Apple--sometimes resulting in legal action. These attempts to outwit Apple have often had marginal success and have been usually hindered or side-stepped by Apple when the company issues updates to iTunes/QuickTime to counter any circulating DRM hacks or fix/update decoding issues.

## By MacNN Staff

**Article Tags :** industry, digital music/video

E-Mail
Print
Comments (13)
digg
buzz up
slashdot
del.icio.us
tweet

Sponsored

| IPod and ITunes | IPod Music | Convert AAC to MP3 |
|---|---|---|
| Music off Your IPod | IPod Software | Tansee IPod Transfer |
| Copy Ipod Music | Apple IPod | AAC to MP3 Converter |
| DRM Protection | DVD to IPod | Transferring Music |

# Related Articles

- Remote 2.1 app enables AirPlay, Internet radio options
- iTunes' Ping adds playlist creation, publishing
- iTunes 10.1 holds references to iTunes Live Stream
- iTunes 10.1.1 fixes playlist bugs, sync issues
- iTunes contains reference to 99-cent NBC rentals
- EA Mobile puts games on sale, debuts five new titles
- Movies coming to Swiss, Italian, Spanish stores?

# Recent Articles

- Verizon's 4G non-phones: MiFi, upgraded Galaxy Tab, more
- Mac App Store DRM already cracked
- Olympus launches new Tough, V, and S Series cameras
- Verbatim outs two new USB3 drives, one for Mac users
- HTC Thunderbolt hands-on, iPhone put in context
- iDapt launches charging stations for iDevices
- Apple forces changes to @CeoSteveJobs Twitter parody
- Twitter launches official Mac client
- Live: Verizon's 4G LTE keynote at CES 2011
- JVC outs Everio GS-TD1, first consumer full HD-3D vidcam
- Apple quietly hunting for new CFO?

Previous Comments

### Why stop at music? 08/30, 01:06pm reply

Hey, my money in the bank on the corner needs to be free, too. I hate having to use an ATM only where *they* decide to put them. Can these guys help me crack the bank? I promise I will only use my money that I have deposited there, not anybody else's money. Trust me.

## trenchcoat77

**Fresh-Faced Recruit**

**Joined: Aug 2003**

0

### If you want to use your 08/30, 01:09pm reply

music anywhere, buy a freaking CD.

## e2Sync

**Fresh-Faced Recruit**

**Joined: Feb 2005**

0

### Retarded mofers 08/30, 01:21pm reply

If you actually own these songs, you WILL NOT GO THRU THIS BULLSHIT process to "get back" your songs!

You only do this if you have other people's iTunes on your machine.

You people aren't kidding anyone.

## I.P. Freely

**Fresh-Faced Recruit**

**Joined: May 2003**

0

### Not so sure... 08/30, 01:28pm reply

I don't think you CAN do this with other people's songs. In order to play a FairPlay song on iTunes, you have to authorise that computer. You can only authorise it if you know the ID and password; since nobody in their sane mind gives away their passwords, that means it's your song already.

On the other hand, what you do with the newly created DRM-free file is a question of your own ethics. I only do this so that I can put these AAC files onto my Sony-Ericsson Walkman W-600 phone. It won't take DRM, but will play AAC.

## vasic

**Fresh-Faced Recruit**

**Joined: May 2005**

0

## honest macs, yet again! 08/30, 01:43pm reply

Is it my imagination, or is it because a lot of content creators (ie: copyright owners) use Macs, that it seems that MacUsers in general take a more dim view of piracy than their PeeCee counterparts? Is it an intelligence thing, that MacUsers have a more highly evolved moral compass? It certainly appears so. Perhaps it's just statistical, with a smaller installed user base we tend less towards the L.C.D. (Lowest common denominator).

## Feathers

### Grizzled Veteran

### Joined: Oct 1999

0

## Legit uses 08/30, 01:49pm reply

First, let me say that I'm not one of those people goes around screaming DRM is bad, it's the end of the world, blah, blah, blah. I think it's perfectly legitimate for a company to protect its intellectual property and, to boot, I think that FairPlay is a pretty darn unobtrusive DRM system for about 98% of people.

However, (and this is for those people who don't think that there are legitimate uses) I do have one issue. I'm a DJ and with protected AAC tracks I can't use my DJ software (Traktor) to play those tracks. Moreover, the whole burn/rip process degrades the audio quality so that's less than desirable. Personally, I've been waiting for this ever since iTunes 6 broke JHhmn. If Apple would make FairPlay available to third parties (Native Instruments in this case) I wouldn't ever have to think about using JH1ymn again, but as it stands, I really don't have any other viable choice where I can LEGALLY BUY my music from iTunes and use it for the purpose that I purchased it.

## QualleyIV

### Fresh-Faced Recruit

### Joined: Aug 2001

0

## legally buy illegal use 08/30, 02:25pm reply

Guess I was wrong then! Does qualleyiv not appreciate that his use of iTunes tracks for commercial exhibition etc. is a violation of the Apple EULA? Or perhaps I'm being unfair and he DOES pay the appropriate royalties for his use of the tracks?

## Feathers

### Grizzled Veteran

### Joined: Oct 1999

0

## Plenty of uses 08/30, 02:49pm reply

I'd agree with Qualleyiv - while I can (and do) buy CDs so I can use my music how I like, the restrictions on iTunes actually put me off purchasing from there.

I also object to Apple putting Fairplay onto tracks that are easily available as cheaper legal MP3s via other sites (i.e. emusic). I can understand why Apple had to introduce Fairplay (to get major labels to agree) but it is beginning to prove a pain in the neck (and it is only an irritation rather than impossible to work round). Want to create a bespoke ringtone? Rip/Burn/Edit/Send via Bluetooth.

Although the answer there is simple - use emusic where possible.

## JulesLt

**Fresh-Faced Recruit**

**Joined: Jul 2005**

0

## DJing 08/30, 03:01pm  reply

Feathers - venues employing DJs generally need a licence to do so, which covers a payment to mechanical copyright societies for royalty distribution, along a similar means as radio play. Of course it's an unfair system as most DJs/venues don't post playlists and it is therefore biased towards larger artists, while a great many nightclubs are not.

It might be in violation of the Apple EULA but once again, it's a case of the Fairplay (and other DRM systems) being out of step with what people actually want / require to do with their media.

## JulesLt

**Fresh-Faced Recruit**

**Joined: Jul 2005**

0

## High Horse 08/30, 03:14pm  reply

I love the high horse people get on, like they are better than other people...

Come on. Quit claiming superiority. EVERYONE in some way tries to put one over on "the man" or abuse "the system".

I am sure some of these people have kept the extra change when the cashier makes a small mistake.

Or not told the cashier when an item rings up cheaper than it is supposed to be.

Or kept the "extra" soda when the fast food place gives you one at order then forgets and gives you another one when you pick up your food.

Or claimed your $10 TV that you gave to GoodWill was actually worth $200 so you could get a better deduction.

Or claimed a few extra miles on that expense report, or maybe a couple extra incidentals for reimbursement.

Or not been honest paid the late fee on a movie rental when they forget to charge you.

Or ran a red light in the middle of the night.

Or took a french fry when your kid isn't looking.

Come on with the self righteous c*** people. Everyone gets what they can in life - we are not all Exxon Mobil CEOs...

I $BUY$ my songs from iTunes because it is easy. I SPEND MY MONEY THERE. Once the song is on my computer I would like to be able to move it around as I please. To my Tivo. To my Linux boxes. To my wife's computer... Whatever. The same things I can do with the over 600 CDs I have purchased.

How is that evil or wrong? No one is using this stuff to pirate stuff as you have to BUY IT IN THE FIRST PLACE.

Sure - I am sure that there are a few people who will let friends copy some tracks. That happens with any technology...

But it is not for the comment makers here to judge others - because I am sure you would not want to be under the microscope your self...

## ValkRaider

**Fresh-Faced Recruit**

**Joined: Aug 2001**

0

Share on
facebook

Show More Comments

Add Your Comment

# Login Here

User Name    [                    ]
Password     [                    ]    [ Login ]

Not a member of the MacNN forums? Register now for free.

- Live: Verizon's 4G LTE keynote at CES 2011 (2 comments)

## Recently Commented Articles

- Mac App Store DRM already cracked (6 comments)
- Apple forces changes to @CeoSteveJobs Twitter parody (2 comments)
- Twitter launches official Mac client (2 comments)

AAPL Stock: 333.73 ( -0.27 )
Network Headlines

- MacNN
- Electronista
- iPodNN
- DealNN
- ✖

01/06
Verizon's 4G non-phones: MiFi, upgraded...
01/06
Apple forces changes to @CeoSteveJobs...
01/06
Twitter launches official Mac client...
01/06
Live: Verizon's 4G LTE keynote at CES...
01/06
Apple quietly hunting for new CFO?

Most Commented



The new
iPod
touch

Starts at $223.99
+ FREE Charger & Case
after rebate

MacMall

# Most Commented

- iPad magazine sales low, on decline, figures show (34 comments)
- Apple rejects "Manhattan Declaration" app for... (32 comments)
- Microsoft: Ballmer expected to tease Windows ... (24 comments)
- Samsung intros 9-Series notebook to rival Mac... (19 comments)
- VAT increase poised to raise Apple's UK prices (18 comments)
- Meizu M9 launches to iPhone-level lines (17 comments)
- Russia claims to have iPhone 4 beater through... (16 comments)
- First bug of 2011: iOS alarms not going off? (15 comments)
- France may tax non-Windows tablets, spark Arc... (15 comments)
- BlackBerry PlayBook said facing battery life ... (14 comments)



**Recent Reviews**



<u>Mailplane</u>

Mailplane, by uncomplex ltd, is a desktop application that provides you with all the features of Gmail plus the advantages of a standa ...

more



**Djay for iPad**

Core interface: mixing, scratching and sound tuning Anyone who has used Djay for Mac will be intimately familiar with the interface ...

<u>more</u>



<u>G-Technology G Speed Q</u>

Hardware and design The G Speed Q carries as four hot-swappable Hitachi Ultrastar "enterprise-class" SATA hard drives, each spinnin ...

more



Most Popular



The new
**Mac Pro**

## Most Popular

- ClipTouch for iPad allows for wireless Final Cut browsing
- Last-last-minute deals: New Year's iOS App Blowout
- Last Call Deals: Bundles, Mariner, IndieGiftPack [U]
- Review: Mailplane, a standalone GMail client
- Meizu M9 launches to iPhone-level lines
- HandBrake updated, drops PPC version
- Garmin brings out first iPhone GPS app, nuvi 2400
- Verizon cuts Galaxy Tab to $500 to fend off iPad, Droid Xoom
- Foxreal launches Mac video converter, supports Apple ProRes
- Purported iPad 2 case diagrams depict altered design
- iPad 2 case makers admit to leaked info, Alibaba cracks down
- Toshiba previews Honeycomb tablet, won't ship until June
- Apple website gains My Support Profile section
- Google Chrome OS Cr-48 netbook hacked, runs Mac OS X, Win 7
- Other World Computing launches Mercury SSD lineup



Share on
Facebook

connect tools

**Register for our weekly email newsletter:**

[ submit ]

**Connect tools:**



# Subscribe

to our RSS

# Follow us

on Twitter

local guides

**All Local Guides**
**Alabama**
**Alaska**
**Arizona**
**Arkansas**
**California**
**Colorado**
**Connecticut**
**DC**
**Delaware**

Popular News

| ClipTouch for iPad allows for wireless Final Cut browsing | Last-last-minute deals: New Year's iOS App Blowout | Review: Mailplane, a standalone GMail client | Meizu M9 launches to iPhone-level lines | HandBrake updated, drops PPC version |

# MacNN Marketplace



**iPhone Enterprise Management**
Best Practices Guide For Supporting iPhones & iPads In An Enterprise.
MaaS360.com/Mobility-Management

*Ads by Marchex*



- Share on Facebook

**MacBook** Air
Ultrathin ultracapable. From $1,499.

Fast, free shipping. Buy now ►

Copyright © 2008, 2009 MNM Media, LLC | Privacy Policy
A Gesamtbild project