1   Robert A. Mittelstaedt  #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart  #129530
    cestewart@jonesday.com
3   David C. Kiernan #215335
    dkiernan@jonesday.com
4   Michael T. Scott #255282
    michaelscott@jonesday.com
5   JONES DAY
    555 California Street, 26th Floor
6   San Francisco, CA  94104
    Telephone:    (415) 626-3939
7   Facsimile:    (415) 875-5700

8   Attorneys for Defendant
    APPLE INC.

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-        Lead Case No.  C 05-00037 JW (HRL)
    TRUST LITIGATION                   [CLASS ACTION]
15

16  _____

17  **This Document Relates To:**      DECLARATION OF DAVID KIERNAN IN
                                       SUPPORT OF APPLE'S RENEWED
18  **ALL ACTIONS**                    MOTION FOR SUMMARY JUDGMENT

19                                     Judge:    Honorable James Ware
                                       Date:     April 18, 2011
20                                     Time:     9:00 a.m.
                                       Place:    Courtroom 8, 4th Floor
21
                                       **DOCUMENT FILED UNDER SEAL**
22

23

24

25

26

27

28