1   UNITED STATES DISTRICT COURT FOR THE
2   NORTHERN DISTRICT OF CALIFORNIA
3   SAN JOSE DIVISION
4   ---oOo---

COPY

6   THE APPLE iPOD iTUNES ANTI-         No. C-050037-JW(RS)
    TRUST LITIGATION,
7
8   _____/

11   DEPOSITION OF ROGER G. NOLL, Ph.D.

17   Taken before EARLY K. LANGLEY, RPR, RMR
18   CSR No. 3537
19   September 19, 2008

Aiken Welch COURT REPORTERS
One Kaiser Plaza, Suite 505
Oakland, California 94612
Ph 510-451-1580
Fax 510-451-3797
www.aikenwelch.com

Case 4:05-cv-00037-YGR   Document 470-1   Filed 01/18/11   Page 1 of 9

6

1 appearing.
2     MS. SWEENEY:  Bonny Sweeney from the
3 Coughlin Stoia law firm representing the direct
4 purchaser plaintiffs.
5     MS. ROACH:  Paula Roach from Coughlin   10:10
6 Stoia representing plaintiffs.
7     MS. ZELDES:  Helen Zeldes from Zeldes &
8 Haeggquist representing the indirect purchaser
9 plaintiffs.
10     MR. MITTELSTAEDT:  And Bob Mittelstaedt   10:10
11 for the defendant with Jeff LeVee, Michael Scott
12 and Carlyn Clause.
13     THE VIDEOGRAPHER:  Would the counsel
14 please state any stipulations or statements that
15 they would like on the record at this time.   10:11
16     MR. MITTELSTAEDT:  None.
17     THE VIDEOGRAPHER:  The reporter may now
18 swear the witness.
19          ROGER NOLL, Ph.D.
20          sworn as a witness,
21          testified as follows:
22 EXAMINATION BY MR. MITTELSTAEDT:
23   Q.  Good morning.  If you would state your
24 name and business address, please.
25   A.  My name is Roger G. Noll and I'm in the   10:11

102

1  recordings from the major distribution companies
2  than any of its predecessors.
3      Q.  Okay.
4      A.  That was its main -- the main thing that
5  happened in 2003 is that -- this doesn't have much          12:24
6  to do with Apple.  It's that between losing the
7  permanent injunction against Napster in February
8  of 2002 and the introduction of Apple, and then
9  subsequently having to spin-off MusicNet and
10 PressPlay because they were being attacked on               12:24
11 antitrust grounds.
12        Hollywood changed its mind about the role
13 of digital downloads in the music industry.
14 Sometime between the spring of 2002 and the fall
15 of 2002, it changed its mind and was -- and it             12:24
16 happened in a different sequence like BMG had
17 already decided that it was going to do this and
18 that's why it bought a piece of Napster and was in
19 the process of converting Napster to a legal site
20 when the cases took place in 2001 and 2002.                12:25
21        So BMG was the first, and then there were
22 others that were much later, and what had to
23 happen for this whole source of music to evolve as
24 an alternative to buying CDs, was that the
25 distribution companies had to change their mind            12:25

Aiken & Welch Court Reporters            R. G. Noll   9/19/08

103

about what they would allow people to sell as permanent downloads on the Internet. And that took place, you know, sometime in the middle of 2002.

Q. What's your view on the -- on why the record labels insisted on use of DRM for the legal stores?   12:25

A. Well, we have to go back to history. Right.

The label's original strategy was to take over retailing, and they saw Digital Rights Management and the Digital Millennium Copyright Act as a means by which they had a window to control retail distribution. And, so, their initial foray in the creation of MusicNet and PressPlay was that digital downloads would be available only through the websites owned by the labels plus MusicNet and PressPlay. And that nobody else would basically be allowed to do it. Now -- and with the exception of BMG. BMG didn't subscribe to that, but everybody else did.   12:25 12:26 12:26

And, so, what had to happen was through litigation and negotiations, they had to be disabused of the notion that that could work.

Now, an essential ingredient of that   12:27

104

1  strategy was encryption because they had a number
2  of business models that they thought they were
3  going to be able to introduce, like they -- and
4  you've seen it in other dimensions -- other
5  products, but not so much as it would have been in   12:27
6  digital downloads.
7      They wanted to move from selling a
8  physical product, whether it's a file or a CD, to
9  selling continuous access.  Basically they wanted
10 to be able to limit the number of uses of a file a   12:27
11 consumer could have and -- without the file
12 self-destructing.  And they actually tried to
13 implement that in video with DivX, and they
14 originally tried to implement that with digital
15 downloads with their own Digital Rights Management   12:27
16 system that would be exploding files, that you
17 would have them for a certain amount of time or a
18 certain amount of listens and then they would
19 self-destruct.
20      All right.  So Digital Rights Management   12:28
21 to Hollywood meant more than just protecting
22 against encryption.  It also meant a whole series
23 of monitoring features that would enable you to
24 control use.  And it wasn't until 2002 they
25 decided that wasn't going to work.   12:28

```
                                                          105
 1         So Digital Rights Management changed its
 2   meaning between the demise of Napster in the
 3   summer of 2001 and the rise of iTMS in April of
 4   2003.  Sometime in that intervening period they
 5   changed the point of DRM to being this product        12:28
 6   management and marketing concept to being
 7   exclusively protection of intellectual property.
 8         Q.  In that context, do you view the
 9   introduction of Apple's iTunes Music Store as
10   procompetitive?                                       12:29
11         A.  Of course.  I mean, I -- the introduction
12   of a way to replace the CD with a digital download
13   directly to a player and the ability to burn your
14   own CDs was a huge benefit to consumers and it
15   could have happened five years earlier.              12:29
16         I mean, Tower Records had done the work
17   necessary to create such a website in 1998.  They
18   just weren't allowed to do it because of the
19   restrictions that were put on them by the
20   distribution companies.                              12:29
21         Q.  Do you think there is extensive
22   competition at the systems level among Apple,
23   Microsoft with its Zune, Microsoft with its
24   PlaysForSure Network, Real, and others, at the
25   systems level?                                       12:30
```

168

So there are some examples of mandatory licensing of intellectual property. There are examples like terminal railroads or RFK Stadium -- Hetck versus Pro Football where they're required to share capital investment. But, they're fairly rare. I mean that, you know, the number of such cases is five to ten or something like that. 15:09

Q. Essential facility cases?

A. Well, they can -- yeah. That's -- that's the most obvious one, but there's -- it's hard to think, you know, like the settlement of the 1954 version of the AT&T case is not really an essential facilities case. 15:09

Q. Okay. So, just to take the first step here, if it turns out that -- let me strike that. Let me go back to the very first step. 15:09

You don't have any quarrel as an economist with Apple using some form of DRM for its Music Store; correct, because they were required to do that -- 15:09

A. They had no choice. That's not the issue.

Q. Okay. So the next step is whether to use a DRM that was compatible or incompatible with other music players other than the iPod, and if it turns out that it was least costly for Apple to 15:10

225

1 are kind of expensive so they haven't had a huge
2 success in the market but they're there, they're
3 out there.
4    Q.  Let me go back to my question.  The basic
5 question is:  What facts would satisfy you that           16:36
6 Apple's conduct was not anticompetitive, and let
7 me just list them again and stop me when you think
8 the wording ought to be different:  Number one,
9 Apple used DRM because the labels required it?
10   A.  We agreed to that.  I don't think there's       16:36
11 an issue there.  Everybody, not only Apple, but
12 everybody was required to use DRM initially.
13   Q.  But that -- that's one factor that will
14 lead you to conclude that Apple's conduct was not
15 anticompetitive because if it were the other way,     16:36
16 if Apple had decided let's use DRM and the labels
17 didn't require it that would cause you some
18 concern?
19   A.  Maybe, maybe not.  I mean that's not
20 sufficient, all right.                                 16:36
21   Q.  Okay.  No. 2, Apple decided to develop its
22 own DRM rather than using somebody else's; that's
23 okay, right?
24   A.  In principle that's not wrong.  It depends
25 how and how they implement it.  The act of doing       16:37

```
                                                           264

1    STATE OF CALIFORNIA    )
2                           )    ss.
3    COUNTY OF ALAMEDA      )
4
5
6         I, EARLY LANGLEY, a Shorthand Reporter, State
7    of California, do hereby certify:
8         That ROGER G. NOLL, in the foregoing deposition
9    named, was present and by me sworn as a witness in the
10   above-entitled action at the time and place therein
11   specified;
12        That said deposition was taken before me at
13   said time and place, and was taken down in shorthand by
14   me, a Certified Shorthand Reporter of the State of
15   California, and was thereafter transcribed into
16   typewriting, and that the foregoing transcript
17   constitutes a full, true and correct report of said
18   deposition and of the proceedings that took place;
19   IN WITNESS WHEREOF, I have hereunder subscribed my hand
20   this 24th day of September 2008.

                          _____
                          EARLY LANGLEY, CSR NO. 3537
                          State of California
```