Exhibits 3 and 4

Filed Under Seal