1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael T. Scott #255282
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:    (415) 626-3939
7  Facsimile:      (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.
9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN JOSE DIVISION

13

| 14 THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Lead Case No. C 05-00037 JW (HRL) |
|---|---|
| This Document Relates To: | **[CLASS ACTION]** |
| ALL ACTIONS | **DECLARATION OF AUGUSTIN FARRUGIA IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT** |
| | Date:    April 18, 2011<br>Time:    9:00 a.m.<br>Courtroom: 8, 4th Floor |
| | **DOCUMENT FILED UNDER SEAL** |

- 1 -

Farrugia Decl. ISO Defendant's
Renewed Mot. to Dismiss or for Summary Judgment
C 05 00037 JW (HRL), C 06-04457 JW (HRL)