Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan  #215335
dkiernan@jonesday.com
Michael T. Scott  #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:       (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION**.**<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 JW (HRL)<br><br>**[CLASS ACTION]**<br><br>**DECLARATION OF AUGUSTIN FARRUGIA IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         April 18, 2011<br>Time:         9:00 a.m.<br>Courtroom: 8, 4th Floor<br><br>**DOCUMENT FILED UNDER SEAL** |

- 1 -

Farrugia Decl. ISO Defendant's
Renewed Mot. to Dismiss or for Summary Judgment
C 05 00037 JW (HRL), C 06-04457 JW (HRL)