Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION.<br><br>This Document Relates To:<br><br>ALL ACTIONS | **Lead Case No. C 05-00037 JW (HRL)**<br><br>**[CLASS ACTION]**<br><br>**DECLARATION OF AUGUSTIN FARRUGIA IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         April 18, 2011<br>Time:        9:00 a.m.<br>Courtroom: 8, 4th Floor<br><br>**<u>DOCUMENT FILED UNDER SEAL</u>** |

- 1 -

Farrugia Decl. ISO Defendant's
Renewed Mot. to Dismiss or for Summary Judgment
C 05 00037 JW (HRL), C 06-04457 JW (HRL)