Exhibits 1-3, 4C and 5-8B
Filed Under Seal