Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTITRUST LITIGATION** | **Case No. C 05 00037 JW (HRL)**<br><br>[CLASS ACTION]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING APPLE INC'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** |

   WHEREAS, on December 27, 2010, Apple Inc. moved this Court for an order compelling Plaintiffs to provide complete verified responses to Apple's First Interrogatory Nos. 1-18 and 21-22 and to produce all documents in response to Apple's First Request for Production of Documents Nos. 1-2 and 6;

   WHEREAS, Plaintiffs agree to provide complete, substantive answers to Apple's First Interrogatory Nos. 1-18 and 21-22 on or before March 7, 2011;

1  WHEREAS, Plaintiffs also agree to produce all relevant, nonprivileged documents in response to Apple's Request for Production of Documents Nos. 1-2 on or before March 7, 2011;

WHEREAS, based on Plaintiffs' agreement to provide complete, substantive answers and documents by March 7, 2011, Apple agrees that the hearing on its motion to compel is no longer necessary;

WHEREAS, stipulate and agree to the following Stipulated Order:

IT IS THEREFORE STIPULATED by the parties, through undersigned counsel, that Plaintiffs shall:

1. Provide complete, substantive answers to Apple's First Interrogatories, Nos. 1–18 and 22 no later than March 7, 2011; and

2. Produce all relevant, nonprivileged documents in response to Apple's First Requests for Production of Documents, Nos. 1 and 2 no later than March 7, 2011.

It is hereby **STIPULATED**:

Dated: January 17, 2011            Robbins, Geller, Rudman & Dowd LLP

By: /s/
    Alexandra S. Bernay

Counsel for Direct Purchaser Plaintiffs

Dated: January 17, 2011            Jones Day

By: /s/
    David C. Kiernan

Counsel for Defendant Apple Inc.

**IT IS SO ORDERED.**

Dated: _____         _____
                                   James Howard R. Lloyd
                                   United States Magistrate Judge

2                                                Stipulated Order
                                                 Regarding Motion To Compel
                                                 C 05 00037 JW (HRL)