1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-JW(HRL)<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' NOTICE OF MOTION AND RENEWED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF LEAD CLASS COUNSEL, EXHIBITS 1-17, 19-29 & 31 TO THE DECLARATION OF BONNY E. SWEENEY AND EXHIBITS 1-12, PORTIONS OF APPENDIX B AND PORTIONS OF THE DECLARATION OF ROGER G. NOLL PURSUANT TO LOCAL RULE 79-5(b)-(c) |
|---|---|---|
| This Document Relates To:<br><br>    ALL ACTIONS. | | |

16
17
18
19
20
21
22
23
24
25
26
27
28

593741_1

1    This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2    Seal Portions of Plaintiffs' Notice of Motion and Renewed Motion for Class Certification and
3    Appointment of Class Counsel ("Memorandum"), Exhibits 1-17, 19-29 and 31 to the Declaration of
4    Bonny E. Sweeney ("Sweeney Exhibits") and Exhibits 1-12 ("Noll Exhibits"), Portions of Appendix
5    B and Portions of the Declaration of Roger G. Noll ("Noll Declaration") Pursuant to Local Rule 79-
6    5(b)-(c).  The Court, having reviewed the submissions, ORDER, ADJUDGES and DECREES that:
7        Plaintiffs' Administrative Motion to File Portions of the Memorandum, Appendix B, Noll
8    Declaration, Noll Exhibits and Sweeney Exhibits Under Seal Pursuant to Local Rule 79-5(b)-(c) is
9    GRANTED.
10       IT IS SO ORDERED.
11   DATED: _____    _____
                                        THE HONORABLE JAMES WARE
12                                      UNITED STATES DISTRICT JUDGE
     Submitted by:
13

14   ROBBINS GELLER RUDMAN
        & DOWD LLP
15   JOHN J. STOIA, JR.
     BONNY E. SWEENEY
16   THOMAS R. MERRICK
     ALEXANDRA S. BERNAY
17   PAULA M. ROACH
     655 West Broadway, Suite 1900
18   San Diego, CA  92101
     Telephone:  619/231-1058
19   619/231-7423 (fax)

20   THE KATRIEL LAW FIRM
     ROY A. KATRIEL
21   1101 30th Street, N.W., Suite 500
     Washington, DC  20007
22   Telephone:  202/625-4342
     202/330-5593 (fax)
23
     Co-Lead Counsel for Plaintiffs
24

25

26

27

28

593741_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOTION TO FUS PORTIONS OF PLTFS'
NOTICE OF MOTION & RENEWED MOTION FOR CLASS CERTIFICATION - C-05-00037-
JW(HRL)                                                                          - 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN<br>   & BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 4 | ELAINE A. RYAN<br>TODD D. CARPENTER |
| 5 | 2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ  85012 |
| 6 | Telephone:  602/274-1100<br>602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C. |
| 8 | MICHAEL D. BRAUN<br>10680 West Pico Blvd., Suite 280 |
| 9 | Los Angeles, CA  90064<br>Telephone:  310/836-6000 |
| 10 | 310/836-6010 (fax) |
| 11 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 12 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 13 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 14 | 212/682-1892 (fax) |
| 15 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 16 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 17 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 18 | Additional Counsel for Plaintiffs |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

593741_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOTION TO FUS PORTIONS OF PLTFS' NOTICE OF MOTION & RENEWED MOTION FOR CLASS CERTIFICATION - C-05-00037-JW(HRL)

- 2 -