1   Robert A. Mittelstaedt  #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart  #129530
    cestewart@jonesday.com
3   David C. Kiernan #215335
    dkiernan@jonesday.com
4   Michael T. Scott #255282
    michaelscott@jonesday.com
5   JONES DAY
    555 California Street, 26th Floor
6   San Francisco, CA  94104
    Telephone:     (415) 626-3939
7   Facsimile:     (415) 875-5700

8

9   Attorneys for Defendant
    APPLE INC

** E-filed January 19, 2011 **

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

13  **THE APPLE iPOD iTUNES**              **Case No. C 05 00037 JW (HRL)**
    **ANTITRUST LITIGATION**

14                                         [CLASS ACTION]

15

16                                         **STIPULATION AND ~~[PROPOSED]~~**
                                           **ORDER ~~REGARDING~~ APPLE INC'S**
17                                         **MOTION TO COMPEL RESPONSES TO**
                                           **INTERROGATORIES AND REQUESTS**
18                                         **FOR PRODUCTION OF DOCUMENTS**

19                                         **TERMINATING**

20

21

22          WHEREAS, on December 27, 2010, Apple Inc. moved this Court for an order compelling

23  Plaintiffs to provide complete verified responses to Apple's First Interrogatory Nos. 1-18 and 21-

24  22 and to produce all documents in response to Apple's First Request for Production of

25  Documents Nos. 1-2 and 6;

26          WHEREAS, Plaintiffs agree to provide complete, substantive answers to Apple's First

27  Interrogatory Nos. 1-18 and 21-22 on or before March 7, 2011;

28                                         1                    Stipulated Order
                                                      Regarding Motion To Compel
                                                      C 05 00037 JW (HRL)

1     WHEREAS, Plaintiffs also agree to produce all relevant, nonprivileged documents in

2   response to Apple's Request for Production of Documents Nos. 1-2 on or before March 7, 2011;

3     WHEREAS, based on Plaintiffs' agreement to provide complete, substantive answers and

4   documents by March 7, 2011, Apple agrees that the hearing on its motion to compel is no longer

5   necessary;

6     WHEREAS, stipulate and agree to the following Stipulated Order:

7     IT IS THEREFORE STIPULATED by the parties, through undersigned counsel, that

8   Plaintiffs shall:

9     1.     Provide complete, substantive answers to Apple's First Interrogatories, Nos. 1–18

10   and 22 no later than March 7, 2011; and

11     2.     Produce all relevant, nonprivileged documents in response to Apple's First

12   Requests for Production of Documents, Nos. 1 and 2 no later than March 7, 2011.

13   It is hereby **STIPULATED**:

14
15   Dated: January 17, 2011                    Robbins, Geller, Rudman & Dowd LLP

16
17                                              By: /s/ _____
                                                   Alexandra S. Bernay

18                                              Counsel for Direct Purchaser Plaintiffs

19   Dated: January 17, 2011                    Jones Day

20
21                                              By: /s/ _____
22                                                 David C. Kiernan

23                                              Counsel for Defendant Apple Inc.

24   <span style="color:red">Based on the foregoing, Defendant Apple Inc.'s motion to compel is TERMINATED.  Apple may file another motion to compel if necessary.</span>

25   **IT IS SO ORDERED.**

26   Dated: ___January 19, 2011___

27                                              ~~James~~ Howard R. Lloyd
                                                United States Magistrate Judge

28                                        2                    Stipulated Order
                                                      Regarding Motion To Compel
                                                      C 05 00037 JW (HRL)