ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
proach@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF THEIR OPPOSITION TO APPLE INC.'S MOTION FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS |
| | JUDGE:  Hon. Magistrate Howard R. Lloyd<br>DATE:   January 18, 2011<br>TIME:   10:00 a.m.<br>CTRM:  2 – 5th Floor |

[REDACTED]

592471_1
592471_1

Plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Charoensak ("Plaintiffs") submit the following documents, attached to the Declaration of Paula M. Roach in Support of Plaintiffs' Supplemental Memorandum in Further Support of Their Opposition to Apple Inc.'s Motion for Protective Order Preventing the Deposition of Steve Jobs, filed concurrently. The following evidence, produced by Apple, Inc. on December 20, 2010, further demonstrates Mr. Job's unique and non-duplicative knowledge of the facts relevant to this case and Plaintiffs' need for his deposition testimony.

- Exhibit 1: AIIA01385670-71 [redacted]
- Exhibit 2: AIIA01385584 [redacted]
- Exhibit 3: AIIA01385578-81 [redacted]
- Exhibit 4: AIIA01385569-70 [redacted]
- Exhibit 5: AIIA01385383-85 [redacted]
- Exhibit 6: AIIA01385381 [redacted]
- Exhibit 7: AIIA01385373-74 [redacted]
- Exhibit 8: AIIA01384979 [redacted]
- Exhibit 9: AIIA01385106 [redacted]
- Exhibit 10: AIIA01278810-11 [redacted]
- Exhibit 11: AIIA01384975-76 [redacted] and

592471_1

PLTFS' SUPP MEM IN FURTHER SUPPORT OF OPP TO APPLE INC.'S MOTION FOR PROTECTIVE ORDER PREVENTING THE DEPO OF STEVE JOBS - C-05-00037-JW(HRL)   - 1 -

1 • Exhibit 12: AIIA01384977-78 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

3 DATED: January 7, 2011                    Respectfully submitted,

4                                           ROBBINS GELLER RUDMAN
                                               & DOWD LLP
5                                           JOHN J. STOIA, JR.
                                            BONNY E. SWEENEY
6                                           THOMAS R. MERRICK
                                            ALEXANDRA S. BERNAY
7                                           PAULA M. ROACH

8

9                                                   s/ Bonny E. Sweeney
                                                   BONNY E. SWEENEY
10
                                            655 West Broadway, Suite 1900
11                                          San Diego, CA 92101
                                            Telephone: 619/231-1058
12                                          619/231-7423 (fax)

13                                          THE KATRIEL LAW FIRM
                                            ROY A. KATRIEL
14                                          1101 30th Street, N.W., Suite 500
                                            Washington, DC 20007
15                                          Telephone: 202/625-4342
                                            202/330-5593 (fax)
16
                                            Co-Lead Counsel for Plaintiffs
17
                                            BONNETT, FAIRBOURN, FRIEDMAN
18                                             & BALINT, P.C.
                                            ANDREW S. FRIEDMAN
19                                          FRANCIS J. BALINT, JR.
                                            ELAINE A. RYAN
20                                          TODD D. CARPENTER
                                            2901 N. Central Avenue, Suite 1000
21                                          Phoenix, AZ 85012
                                            Telephone: 602/274-1100
22                                          602/274-1199 (fax)

23                                          BRAUN LAW GROUP, P.C.
                                            MICHAEL D. BRAUN
24                                          10680 West Pico Blvd., Suite 280
                                            Los Angeles, CA 90064
25                                          Telephone: 310/836-6000
                                            310/836-6010 (fax)
26

27

28

592471_1   PLTFS' SUPP MEM IN FURTHER SUPPORT OF OPP TO APPLE INC.'S MOTION FOR
           PROTECTIVE ORDER PREVENTING THE DEPO OF STEVE JOBS - C-05-00037-JW(HRL)                - 2 -

| | |
|---|---|
| 1 | |
| 2 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 3 | 275 Madison Avenue, Suite 801<br>New York, NY 10016 |
| 4 | Telephone: 212/682-1818<br>212/682-1892 (fax) |
| 5 | |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: 310/201-9150 |
| 8 | 310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |

592471_1

PLTFS' SUPP MEM IN FURTHER SUPPORT OF OPP TO APPLE INC.'S MOTION FOR
PROTECTIVE ORDER PREVENTING THE DEPO OF STEVE JOBS - C-05-00037-JW(HRL)   - 3 -