ROBBINS GELLER RUDMAN
 & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
proach@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Lead Case No. C-05-00037-JW(HRL)  <br> <u>CLASS ACTION</u>  <br> DECLARATION OF PAULA M. ROACH IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF THEIR OPPOSITION TO APPLE, INC.'S MOTION FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS  <br><br> JUDGE:  Hon. Magistrate Howard R. Lloyd  <br> DATE:   January 18, 2011  <br> TIME:   10:00 a.m.  <br> CTRM:   2 – 5th Floor |

592352_1
592352_1

I, PAULA M. ROACH, hereby declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the state of California. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, Co-Lead Class Counsel of record for Plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereof.

2. Attached hereto are true and correct copies of the following documents:

Exhibit 1: AIIA01385670-71 **[filed under seal]**;

Exhibit 2: AIIA01385584 **[filed under seal]**;

Exhibit 3: AIIA01385578-81 **[filed under seal]**;

Exhibit 4: AIIA01385569-70 [**filed under seal**];

Exhibit 5: AIIA01385383-85 **[filed under seal]**;

Exhibit 6: AIIA01385381 **[filed under seal]**;

Exhibit 7: AIIA01385373-74 **[filed under seal]**;

Exhibit 8: AIIA01384979 **[filed under seal]**;

Exhibit 9: AIIA01385106 [**filed under seal**];

Exhibit 10: AIIA01278810-11 **[filed under seal]**;

Exhibit 11: AIIA01384975-76 **[filed under seal]**; and

Exhibit 12: AIIA01384977-78**[filed under seal]**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of January, 2011, at San Diego, California.

                                                    s/ Paula M. Roach
                                                    PAULA M. ROACH

# EXHIBITS 1-12
# [Filed Under Seal]