UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE ADDITIONAL EVIDENCE IN SUPPORT OF THEIR OPPOSITION TO APPLE INC.'S MOTION FOR PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS |
| ALL ACTIONS. | |

592156_1

1  Having considered Plaintiffs' Motion for Leave to File Additional Evidence in Support of
2  Their Opposition to Apple Inc.'s Motion for Protective Order Preventing the Deposition of Steve
3  Jobs and supporting memorandum, IT IS HEREBY ORDERED THAT Plaintiffs' motion for leave
4  is GRANTED.
5       IT IS SO ORDERED.
6  DATED: _____     _____
                                    THE HON. MAGISTRATE HOWARD R. LLOYD
7                                   UNITED STATES MAGISTRATE JUDGE

8  Submitted by:

9  ROBBINS GELLER RUDMAN
      & DOWD LLP
10 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
11 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
12 PAULA M. ROACH
   655 West Broadway, Suite 1900
13 San Diego, CA  92101
   Telephone:  619/231-1058
14 619/231-7423 (fax)

15 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
16 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
17 Telephone:  202/625-4342
   202/330-5593 (fax)
18
   Co-Lead Counsel for Plaintiffs
19
   BONNETT, FAIRBOURN, FRIEDMAN
20    & BALINT, P.C.
   ANDREW S. FRIEDMAN
21 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
22 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
23 Phoenix, AZ  85012
   Telephone:  602/274-1100
24 602/274-1199 (fax)

25 BRAUN LAW GROUP, P.C.
   MICHAEL D. BRAUN
26 10680 West Pico Blvd., Suite 280
   Los Angeles, CA  90064
27 Telephone:  310/836-6000
   310/836-6010 (fax)
28

592156_1

[PROPOSED] ORDER GRANTING PLTFS' MTN FOR LEAVE TO FILE ADD'L EVIDENCE IN SUPP
OF OPP TO MTN FOR PRO ORD PREVENTING DEPO OF STEVE JOBS - C-05-00037-JW(HRL)   - 1 -

| | |
|---|---|
| 1 | |
| 2 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 3 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 4 | New York, NY 10016<br>Telephone: 212/682-1818 |
| 5 | 212/682-1892 (fax) |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 |
| 8 | Telephone: 310/201-9150<br>310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

592156_1    [PROPOSED] ORDER GRANTING PLTFS' MTN FOR LEAVE TO FILE ADD'L EVIDENCE IN SUPP OF OPP TO MTN FOR PRO ORD PREVENTING DEPO OF STEVE JOBS - C-05-00037-JW(HRL)    - 2 -