| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | JOHN J. STOIA, JR. (141757) |
| | BONNY E. SWEENEY (176174) |
| 3 | THOMAS R. MERRICK (177987) |
| | ALEXANDRA S. BERNAY (211068) |
| 4 | PAULA M. ROACH (254142) |
| | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA 92101 |
| | Telephone: 619/231-1058 |
| 6 | 619/231-7423 (fax) |
| | johns@rgrdlaw.com |
| 7 | bonnys@rgrdlaw.com |
| | tmerrick@rgrdlaw.com |
| 8 | xanb@rgrdlaw.com |
| | proach@rgrdlaw.com |
| 9 | |
| | THE KATRIEL LAW FIRM |
| 10 | ROY A. KATRIEL (*pro hac vice*) |
| | 1101 30th Street, N.W., Suite 500 |
| 11 | Washington, DC 20007 |
| | Telephone: 202/625-4342 |
| 12 | 202/330-5593 (fax) |
| | rak@katriellaw.com |
| 13 | |
| | Co-Lead Counsel for Plaintiffs |
| 14 | |
| | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF PLAINTIFFS MELANIE TUCKER, MARIANA ROSEN, AND SOMTAI TROY CHAROENSAK'S MEMORANDUM IN OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION |
| ALL ACTIONS. | |
| | JUDGE: Hon. Howard R. Lloyd |
| | DATE: February 1, 2011 |
| | TIME: 10:00 a.m. |
| | CTRM: 2, 5th Floor |
| | **[REDACTED]** |

593110_1

I, ALEXANDRA S. BERNAY, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the state of California. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, Co-Lead Class Counsel of record for Plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak (collectively "Plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. Between October 27, 2010, the date Apple Inc.'s ("Apple") served its contention requests, and December 20, 2010, the close of fact discovery, Apple produced 1,509,635 pages of documents plus data needed by Plaintiffs' and their experts.

3. This dwarfs Apple's production of a mere 97,316 pages of documents in the previous three years of ongoing discovery leading up to the date Apple's contention requests were served.

4. On November 29, 2010 Plaintiffs served their responses to Apple's requests for production and requests for admissions, lodging objections and answering those requests for production and admissions that they were in a position to answer. On December 16, 2010 Plaintiffs served their responses to Apple's interrogatories, setting forth objections and answering those interrogatories that they were in a position to answer. Several meet and confers followed Plaintiffs' responses to the discovery. I took part in those meet and confer sessions. During those meetings, including a telephonic conference on December 24, 2010, Plaintiffs repeatedly stressed that they could not presently answer many of the contention interrogatories because the material need to properly answer was not available to Plaintiffs. I also informed Apple's counsel that Plaintiffs were continuing to object to certain of the requests including on burden grounds as set forth in the December 16, 2010 responses and objections.

5. Plaintiffs explained to Apple that they will respond to Apple's contention interrogatories and related document requests after they have had an opportunity to review the documents recently produced by Apple and take any additional depositions necessitated by the late production of documents.

593110_1

DEC OF ASB ISO PLTFS MEMO IO TO DEF APPLE INC.'S MTC RESPONSES TO
INTERROGATORIES AND REQUESTS FOR PRODUCTION - C-05-00037-JW(HRL)                    - 1 -

6. Plaintiffs are still reviewing corrected data received last week and additional data production from Apple needed to answer some of the requests, received as recently as three days ago.

7. In fact, Apple is still providing data, in large part because the data previously produced was missing significant amounts of critical information. For example, on December 14, 2010, Apple produced ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. On Wednesday, January 5, 2011, Apple provided what purports to be the missing data, but Plaintiffs' experts have not yet been able to determine whether all missing information for that database has been provided. Moreover, I am aware that Apple is still providing data and information that is needed in order to respond fully to several of Apple's discovery requests.

8. Additionally, on January 8, 2011, Apple produced ███████████████ ██████████████. Plaintiffs' experts have not yet had time to review this data.

9. As of January 11, 2011, Plaintiff Melanie Tucker has provided supplemental responses to Interrogatory Nos. 17, 20 and 21. Plaintiffs are endeavoring to get additional information regarding Interrogatory No. 17 from Plaintiffs Mariana Rosen and Somtai Troy Charoensak and expect to have that information soon. Plaintiffs have also provided a response to Request for Production No. 6 on January 11, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of January, 2011, at San Diego, California.

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

593110_1  DEC OF ASB ISO PLTFS MEMO IO TO DEF APPLE INC.'S MTC RESPONSES TO
INTERROGATORIES AND REQUESTS FOR PRODUCTION - C-05-00037-JW(HRL) - 2 -


## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 11, 2011.

       s/ Alexandra S. Bernay
       ALEXANDRA S. BERNAY

       ROBBINS GELLER RUDMAN
         & DOWD LLP
       655 West Broadway, Suite 1900
       San Diego, CA 92101-3301
       Telephone: 619/231-1058
       619/231-7423 (fax)

       E-mail:     xanb@rgrdlaw.com

593110_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Paula Michelle Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)