ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
proach@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) ) | Lead Case No. C-05-00037-JW(HRL) <u>CLASS ACTION</u> DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND RENEWED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF LEAD CLASS COUNSEL |
| | JUDGE: Hon. James Ware<br>DATE: April 18, 2011<br>TIME: 9:00 a.m.<br>CTRM; 8, 4th Floor |

**[EXHIBITS 1-17, 19-29 AND 31 REDACTED]**

593795_1

1  I, BONNY E. SWEENEY, hereby declare as follows:

2  1.  I am an attorney duly licensed to practice before all of the courts of the state of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Co-Lead Class Counsel of record for plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak ("Plaintiffs') in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.  Plaintiffs have all been deposed. Plaintiff Somtai Troy Charoensak was deposed on January 12, 2007 by Apple's counsel, Robert Mittelstaedt. Similarly, Plaintiff Mariana Rosen was deposed on January 24, 2007 and Plaintiff Melanie Tucker was deposed on October 26, 2007.

3.  Plaintiffs have also provided substantial discovery, including copies of all music files stored on their computers, copies of their iTunes Store purchase history, iTunes Store account names and passwords, copies of receipts documenting their purchases from Apple, and lists of compact discs they own.

4.  Attached hereto are true and correct copies of the following documents:

Exhibit 1:   Relevant Excerpts from the Deposition Transcript of Eddy Cue, taken December 17, 2010 **[filed under seal]**;

Exhibit 2:   Apple_AIIA00099408-09 **[filed under seal]**;

Exhibit 3:   Apple_AIIA00327951-52 **[filed under seal]**;

Exhibit 4:   Apple_AIIA00091049-51 **[filed under seal]**;

Exhibit 5:   Relevant Excerpts from the Deposition Transcript of Arthur Rangel, taken December 17, 2010 **[filed under seal]**;

Exhibit 6:   Apple_AIIA01333677-82 **[filed under seal]**;

Exhibit 7:   Relevant Excerpts from the Deposition Transcript of Jeffrey L Robbin, taken December 3, 2010 **[filed under seal]**;

Exhibit 8:   Relevant Excerpts from the Deposition Transcript of David K. Heller, taken December 15, 2010 **[filed under seal]**;

Exhibit 9:   Apple_AIIA00090405-07 **[filed under seal]**;

Exhibit 10:  Apple_AIIA00098491-93 **[filed under seal]**;

Exhibit 11:  Exhibit 54 to the Deposition of Eddy Cue **[filed under seal]**;

Exhibit 12:  Apple_AIIA00098511-12 **[filed under seal]**;

Exhibit 13:  Apple_AIIA00090611-13 **[filed under seal]**;

| | | |
|---|---|---|
| Exhibit 14: | Apple_AIIA01344648-49 **[filed under seal]**; | |
| Exhibit 15: | Apple_AIIA01385106 **[filed under seal]**; | |
| Exhibit 16: | Apple_AIIA00090429-31 **[filed under seal]**; | |
| Exhibit 17: | Apple_AIIA00098373-75 **[filed under seal]**; | |
| Exhibit 18: | Press Release, *RealNetworks Introduces Harmony, Enabling Consumers to Buy Digital Music that Plays on All Popular Devices* (July 26, 2004); | |
| Exhibit 19: | Apple_AIIA00093875-76 **[filed under seal]**; | |
| Exhibit 20: | Exhibit 23 to the Deposition of Augustin Farrugia **[filed under seal]**; | |
| Exhibit 21: | Relevant Excerpts from Apple_AIIA_B_0000001-103 **[filed under seal]**; | |
| Exhibit 22: | Exhibit 28 to the Deposition of Augustin Farrugia **[filed under seal]**; | |
| Exhibit 23: | Relevant Excerpts from Apple_AIIA00796883-942 **[filed under seal]**; | |
| Exhibit 24: | Apple_AIIA01289403 **[filed under seal]**; | |
| Exhibit 25: | Relevant Excerpts from the Deposition Transcript of Augustin J. Farrugia, taken December 8, 2010 **[filed under seal]**; | |
| Exhibit 26: | Exhibit 59 to the Deposition of Eddy Cue **[filed under seal]**; | |
| Exhibit 27: | Exhibit 15 to the Deposition of Jeffrey Robbin **[filed under seal]**; | |
| Exhibit 28: | Apple_AIIA_B_001706-54 **[filed under seal]**; | |
| Exhibit 29: | Defendant Apple Inc.'s Supplemental Objections and Answers to Plaintiffs' Amended First Set of Interrogatories, dated July 21, 2009 **[filed under seal]**; | |
| Exhibit 30: | Robbins Geller Rudman & Dowd LLP Firm Resume; and | |
| Exhibit 31: | Apple_AIIA00112842-65 **[filed under seal]**. | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of January, 2011, at San Diego, California.

                                                  s/ Bonny E. Sweeney
                                                  BONNY E. SWEENEY

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 18, 2011.

        s/ Bonny E. Sweeney
        BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      bonnys@rgrdlaw.com

593795_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Paula Michelle Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)