# EXHIBITS 1-17
# [Filed Under Seal]