# EXHIBITS 19-29
# [Filed Under Seal]