# EXHIBITS 1-12
# [Filed Under Seal]