1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-JW(HRL)<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION REGARDING SCHEDULE FOR CLASS CERTIFICATION AND DEPOSITIONS AND PORTIONS OF THE DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT THEREOF PURSUANT TO LOCAL RULE 79-5(c) |

592533_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2  Seal Portions of Plaintiffs' Motion Regarding Schedule for Class Certification and Depositions
3  ("Memorandum") and portions of the Declaration of Alexandra S. Bernay in Support Thereof
4  ("Declaration") Pursuant to Local Rule 79-5(c). The Court, having reviewed the submissions,
5  ORDERS, ADJUDGES and DECREES that:
6  Plaintiffs' Administrative Motion to File Portions of the Memorandum and portions of the
7  Declaration Under Seal Pursuant to Local Rule 79-5(c) is GRANTED.
8  IT IS SO ORDERED.
9  DATED: January 25, 2011        _____
   THE HONORABLE JAMES WARE
10  UNITED STATES DISTRICT CHIEF JUDGE

11  Submitted by:

12  ROBBINS GELLER RUDMAN
       & DOWD LLP
13  JOHN J. STOIA, JR.
    BONNY E. SWEENEY
14  THOMAS R. MERRICK
    ALEXANDRA S. BERNAY
15  PAULA M. ROACH
    655 West Broadway, Suite 1900
16  San Diego, CA  92101
    Telephone:  619/231-1058
17  619/231-7423 (fax)

18  THE KATRIEL LAW FIRM
    ROY A. KATRIEL
19  1101 30th Street, N.W., Suite 500
    Washington, DC  20007
20  Telephone:  202/625-4342
    202/330-5593 (fax)
21
    Co-Lead Counsel for Plaintiffs
22
    BONNETT, FAIRBOURN, FRIEDMAN
23     & BALINT, P.C.
    ANDREW S. FRIEDMAN
24  FRANCIS J. BALINT, JR.
    ELAINE A. RYAN
25  TODD D. CARPENTER
    2901 N. Central Avenue, Suite 1000
26  Phoenix, AZ  85012
    Telephone:  602/274-1100
27  602/274-1199 (fax)

28

| | |
|---|---|
| 1 | |
| 2 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 3 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 4 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 5 | MURRAY, FRANK & SAILER LLP |
| 6 | BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 7 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 8 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 9 | GLANCY BINKOW & GOLDBERG LLP |
| 10 | MICHAEL GOLDBERG |
| 11 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 12 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 13 | Additional Counsel for Plaintiffs |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |