Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:      (415) 626-3939
Facsimile:       (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**DECLARATION OF MICHAEL T. SCOTT IN SUPPORT OF APPLE INC.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1.      I am an associate in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104.  I submit this declaration in support of Apple's Response to Plaintiffs' Administrative Motion to File Under Seal (Dkt. 475, "Administrative Motion").  The facts stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

2.      The relief requested in the Administrative Motion is necessary and narrowly tailored to protect Apple's confidential business information.  Plaintiffs' Motion for Class Certification (Dkt. 477) and the Sweeney (Dkt. 478) and Noll (Dkt. 479) declarations in support thereof contain highly confidential information regarding iPod and iTunes Store pricing,

including pricing strategy and information considered by Apple when setting iPod and iTunes Store prices; information regarding costs of manufacturing and selling iPods and costs associated with the sale of music through the iTunes Store; and information regarding Apple's margins on iPod and iTunes Store sales.

3. Motions to seal similar information have been granted previously in this case. See Dkt. 184, 247, 291, 340, 353, 422.

4. Attached as Exhibit 1 is a true and correct copy of the Declaration of Steven Leung in Support of Apple's Motion to File Under Seal, Dkt. 233.

5. Attached as Exhibit 2 is a true and correct copy of the Declaration of Eddy Cue in Support of Defendant's Response to Plaintiffs' Administrative Motion to Seal, Dkt. 289.

6. Attached as Exhibit 3 is a true and correct copy of the Declaration of Eddy Cue in Support of Defendant's Response to Plaintiffs' Administrative Motion to Seal, Dkt. 318.

7. Attached as Exhibit 4 is a true and correct copy of the Declaration of Jeffrey Robbin in Support of Apple's Administrative Motion to Seal, Dkt. 328.

8. Attached as Exhibit 5 is a true and correct copy of the Declaration of Eddy Cue in Support of Defendant's Response to Plaintiffs' Administrative Motion to Seal, Dkt. 350.

9. Attached as Exhibit 6 is a true and correct copy of the Declaration of Eddy Cue in Support of Defendant's Response to Plaintiffs' Amended Administrative Motion to File Under Seal, Dkt. 409.

10. Attached as Exhibit 7 is a true and correct copy of the Declaration of Mark Buckley in Support of Apple's Response to Plaintiffs' Administrative Motion to File Under Seal, Dkt. 454.

Executed this 25th day of January, 2011 in San Francisco, California.

          /s/Michael T. Scott
      Michael T. Scott

SFI-658305v1