# Exhibit 1

Case5:05-cv-00037-JW   Document233-1   Filed08/31/09   Page1 of 2

1   Robert A. Mittelstaedt  #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart  #129530
    cestewart@jonesday.com
3   Michael Scott #255282
    michaelscott@jonesday.com
4   JONES DAY
    555 California Street, 26th Floor
5   San Francisco, CA  94104
    Telephone:     (415) 626-3939
6   Facsimile:     (415) 875-5700

7   Attorneys for Defendant
    APPLE INC.
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13   THE APPLE iPOD iTUNES ANTI-TRUST          **Case No. C 05-00037 JW**
     LITIGATION                                          **C 06-04457 JW**
14
                                                **DECLARATION OF STEVEN
15                                              LEUNG IN SUPPORT OF APPLE'S
                                                MOTION TO FILE UNDER SEAL
16                                              DEFENDANT'S MOTION FOR
                                                RECONSIDERATION OF RULE
17                                              23(B)(2) CLASS AND
                                                DECLARATION OF EDDY CUE**
18
                                                **Date:**     October 5, 2009
19                                              **Time:**     9:00 A.M.
                                                **Place:**    Courtroom 8, 4th floor
20

21

22

23
     I, Steven Leung, declare:
24
          I have been employed by Apple Inc. since December 1999.  I currently hold the position
25
     of Senior Director, iTunes Finance.  I make this declaration based on personal knowledge and, if
26
     called upon to do so, could and would testify competently thereto.
27
          1.       Portions of Defendant's Motion for Reconsideration of Rule 23(b)(2) Class and
28

1   the Declaration of Eddy Cue in Support of Defendant's Motion for Reconsideration of Rule

2   23(b)(2) Class contain confidential and commercially sensitive business information, including

3   iTunes Store sales and registration data and costs which Apple must pay to sell music through the

4   iTunes Store.

5        2.    Apple's practices are that such information is to be kept confidential and must not

6   be publicly disclosed.  Information about iTunes Store sales in the United States is not publicly

7   disclosed by Apple; Apple reports sales on a worldwide basis.  Apple likewise does not disclose

8   iTunes Store registration data or the royalty costs that it pays to record labels as a condition of

9   selling music through the iTunes Store.  This information is non-public financial information

10  from a public company that should remain confidential.

11       3.    Harm to Apple Inc. would result from the disclosure of the information contained

12  in these documents without the "Confidential –Attorneys Eyes Only" protections provided by the

13  Stipulation and Protective Order Regarding Confidential Information entered June 13, 2007

14  (Document No. 112).  I believe the release of this information would adversely impact Apple's

15  bargaining position in future dealings with current and potential business partners.

16       I declare under penalty of perjury under the laws of the United States and the State of

17  California that the foregoing is true and correct.

18       Executed this 27th day of August, 2009 in Cupertino, California.

19

20

21                    Steven Leung

22  SFI-617077v1

23

24

25

26

27

28

Decl. ISO Administrative Motion to Seal
C 05-00037 JW; C 06-04457 JW

- 2 -

Case 5:05-cv-00037-JW   Document 233-1   Filed 08/31/09   Page 1 of 1

1    the Declaration of Eddy Cue in Support of Defendant's Motion for Reconsideration of Rule

2    23(b)(2) Class contain confidential and commercially sensitive business information, including

3    iTunes Store sales and registration data and costs which Apple must pay to sell music through the

4    iTunes Store.

5          2.      Apple's practices are that such information is to be kept confidential and must not

6    be publicly disclosed. Information about iTunes Store sales in the United States is not publicly

7    disclosed by Apple; Apple reports sales on a worldwide basis. Apple likewise does not disclose

8    iTunes Store registration data or the royalty costs that it pays to record labels as a condition of

9    selling music through the iTunes Store. This information is non-public financial information

10    from a public company that should remain confidential.

11         3.      Harm to Apple Inc. would result from the disclosure of the information contained

12    in these documents without the "Confidential –Attorneys Eyes Only" protections provided by the

13    Stipulation and Protective Order Regarding Confidential Information entered June 13, 2007

14    (Document No. 112). I believe the release of this information would adversely impact Apple's

15    bargaining position in future dealings with current and potential business partners.

16       I declare under penalty of perjury under the laws of the United States and the State of

17    California that the foregoing is true and correct.

18       Executed this 27th day of August, 2009 in Cupertino, California.

19

20

                        _____

21                               Steven Leung

SFI-617077v1

22

23

24

25

26

27

28

Decl. ISO Administrative Motion to Seal
C 05-00037 JW; C 06-04457 JW