# Exhibit 2

Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
Craig E. Stewart #129530
cestewart@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037 JW<br>C 06-04457 JW<br><br>**DECLARATION OF EDDY CUE IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

I, Eddy Cue, declare as follows:

1. I am employed by Apple Inc. as Vice President, Internet Services. I have held this position since August 2008. I have had responsibility for the iTunes Store since 2003. I make this declaration in support of Defendant's Response to Plaintiffs' Administrative Motion to Seal portions of Plaintiffs' Reply Memorandum In Support of Their Motion to Modify Injunctive Relief Class Definition to Include iTMS Purchasers ("Reply"), and the Declaration of Thomas Merrick ("Merrick Declaration") in support thereof. The facts stated in this declaration are true

- 1 -

Decl. ISO Defendant's Response to Plaintiffs'
Administrative Motion to Seal
C 05 00037 JW, C 06-04457 JW

and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

1. Portions of plaintiffs' Reply refer to highly confidential internal Apple communications attached to the Merrick Declaration.

2. Exhibit 1 to the Merrick Declaration ("Exhibit 1") is an internal Apple communication containing highly confidential and commercially sensitive business information, including discussions among Apple employees regarding potential public comments on an iPod hack by RealNetworks and Apple's regular iTunes update schedule.

3. Apple's practices are that such information is to be kept highly confidential and must not be publicly disclosed. Exhibit 1 has been kept confidential and has not been disclosed outside of Apple except to plaintiffs pursuant to the Stipulation and Protective Order Regarding Confidential Information entered March 14, 2008 ("Protective Order," Document No. 18). The information produced to plaintiffs is non-public information from a public company that should remain confidential.

4. Harm to Apple Inc. would result from the disclosure of the information contained in these documents without the "Confidential –Attorneys Eyes Only" protections provided by the Protective Order. The harm of disclosure would not be mitigated if certain portions of Exhibit 1 were redacted.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 16 day of November, 2009 in Cupertino, California.

_____
Eddy Cue

SFI-604267v1

Decl. ISO Defendant's Response to Plaintiffs'
Administrative Motion to Seal
C 05 00037 JW, C 06-04457 JW

- 2 -

PAGE 3/6 * RCVD AT 11/16/2009 10:12:00 AM [Pacific Standard Time] * SVR:SFFX01MS/3 * DNIS:36899 * CSID:4089749316 * DURATION (mm-ss):02-50