Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael Scott #255288
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

Having considered Plaintiffs' Administrative Motion to File Under Seal portions of Plaintiffs' Motion for Class Certification and the Noll declaration in support thereof, and exhibits 1-17, 19-29, and 31 to the Sweeney declaration in support thereof ("Administrative Motion"), Defendant Apple Inc.'s response, and the declarations of Mark Buckley and Michael Scott in support of that response, having determined that public disclosure of the confidential information described therein would harm Defendant Apple Inc., and finding good cause to seal that information, IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion is GRANTED.

Plaintiffs shall file their Motion for Class Certification and the Noll declaration in support thereof, and exhibits 1-17, 19-29, and 31 to the Sweeney declaration in support thereof under seal in accordance with General Order 62.

1
2   **IT IS SO ORDERED.**
3
4   Dated: _____, 2011        By: _____
5                                            Hon. James Ware
6                                            United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SFI-657661v1

- 2 -

[Proposed] Order to File Under Seal
C 05-00037 JW (HRL)