1
ROBBINS GELLER RUDMAN
  & DOWD LLP
2
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
3
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
4
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
5
San Diego, CA  92101
Telephone:  619/231-1058
6
619/231-7423 (fax)
johns@rgrdlaw.com
7
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
8
xanb@rgrdlaw.com
proach@rgrdlaw.com
9
THE KATRIEL LAW FIRM
10
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
11
Washington, DC  20007
Telephone:  202/625-4342
12
202/330-5593 (fax)
rak@katriellaw.com
13
Co-Lead Counsel for Plaintiffs
14
[Additional counsel appear on signature page.]
15

### UNITED STATES DISTRICT COURT

16

### NORTHERN DISTRICT OF CALIFORNIA

17

### SAN JOSE DIVISION

18

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) Lead Case No. C-05-00037-JW(HRL) |
| | ) |
| | ) CLASS ACTION |
| | ) |
| This Document Relates To: | ) MOTION TO WITHDRAW APPEARANCE |
| | ) OF ATTORNEY PAULA M. ROACH |
| ALL ACTIONS. | ) |
| | ) |

606805_1

1    Plaintiffs move the Court pursuant to Local Civil Rule 11-5 for leave to withdraw the

2   appearance of Paula M. Roach as counsel in the above-captioned matter.  This motion is precipitated

3   by Ms. Roach's departure from the law firm Robbins Geller Rudman & Dowd LLP.  Robbins Geller

4   Rudman & Dowd LLP will continue to appear on behalf of Plaintiffs and no delay in the progress of

5   this action will result from the withdrawal of Ms. Roach.

6    WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting their

7   motion to withdraw the appearance of Ms. Roach as counsel.

8   DATED:  February 4, 2011                ROBBINS GELLER RUDMAN
                                                & DOWD LLP
9                                           JOHN J. STOIA, JR.
                                            BONNY E. SWEENEY
10                                          THOMAS R. MERRICK
                                            ALEXANDRA S. BERNAY
11                                          PAULA M. ROACH

12

13                                                  s/ Paula M. Roach
                                            PAULA M. ROACH
14
                                            655 West Broadway, Suite 1900
15                                          San Diego, CA  92101
                                            Telephone:  619/231-1058
16                                          619/231-7423 (fax)

17                                          THE KATRIEL LAW FIRM
                                            ROY A. KATRIEL
18                                          1101 30th Street, N.W., Suite 500
                                            Washington, DC  20007
19                                          Telephone:  202/625-4342
                                            202/330-5593 (fax)
20
                                            Co-Lead Counsel for Plaintiffs
21
                                            BONNETT, FAIRBOURN, FRIEDMAN
22                                              & BALINT, P.C.
                                            ANDREW S. FRIEDMAN
23                                          FRANCIS J. BALINT, JR.
                                            ELAINE A. RYAN
24                                          TODD D. CARPENTER
                                            2901 N. Central Avenue, Suite 1000
25                                          Phoenix, AZ  85012
                                            Telephone:  602/274-1100
26                                          602/274-1199 (fax)

27

28

MOTION TO WITHDRAW APPEARANCE OF ATTORNEY PAULA M. ROACH - C-05-00037-
JW(HRL)                                                                              - 1 -

1
2
3
4

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

5
6
7
8

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

9
10
11
12

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION TO WITHDRAW APPEARANCE OF ATTORNEY PAULA M. ROACH - C-05-00037-
JW(HRL)                                                                                        - 2 -

<u>CERTIFICATE OF SERVICE</u>

1

2          I hereby certify that on February 4, 2011, I authorized the electronic filing of the foregoing

3    with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4    the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5    caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6    CM/ECF participants indicated on the attached Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct.  Executed on February 4, 2011.

9                                             s/ Paula M. Roach
                                             PAULA M. ROACH
10
                                             ROBBINS GELLER RUDMAN
11                                                & DOWD LLP
                                             655 West Broadway, Suite 1900
12                                           San Diego, CA  92101-3301
                                             Telephone:  619/231-1058
13                                           619/231-7423 (fax)

14                                           E-mail:      proach@rgrdlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

606805_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Paula Michelle Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com,proach@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)