1
2
3
4
5
6
7
8
9
10
11
12
13                                    UNITED STATES DISTRICT COURT
14                                   NORTHERN DISTRICT OF CALIFORNIA
15                                            SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF ATTORNEY PAULA M. ROACH |
| ALL ACTIONS. | |

606806_1

1    GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that Paula M. Roach is

2 hereby withdrawn as counsel of record in this matter.

3    IT IS SO ORDERED.

4 DATED: _____   _____
   THE HONORABLE JAMES WARE
5   UNITED STATES DISTRICT JUDGE

6 Submitted by:

7 ROBBINS GELLER RUDMAN
   & DOWD LLP
8 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
9 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
10 PAULA M. ROACH
   655 West Broadway, Suite 1900
11 San Diego, CA  92101
   Telephone:  619/231-1058
12 619/231-7423 (fax)

13 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
14 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
15 Telephone:  202/625-4342
   202/330-5593 (fax)
16
   Co-Lead Counsel for Plaintiffs
17
   BONNETT, FAIRBOURN, FRIEDMAN
18    & BALINT, P.C.
   ANDREW S. FRIEDMAN
19 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
20 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
21 Phoenix, AZ  85012
   Telephone:  602/274-1100
22 602/274-1199 (fax)

23 BRAUN LAW GROUP, P.C.
   MICHAEL D. BRAUN
24 10680 West Pico Blvd., Suite 280
   Los Angeles, CA  90064
25 Telephone:  310/836-6000
   310/836-6010 (fax)
26

27

28

606806_1   [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF ATTORNEY
   PAULA M. ROACH - C-05-00037-JW(HRL)                                                        - 1 -

1  
2  MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
3  275 Madison Avenue, Suite 801
New York, NY 10016
4  Telephone: 212/682-1818
212/682-1892 (fax)
5  
6  GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
7  Los Angeles, CA 90067
Telephone: 310/201-9150
8  310/201-9160 (fax)

9  Additional Counsel for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

606806_1   [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF ATTORNEY
PAULA M. ROACH - C-05-00037-JW(HRL)   - 2 -