Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan  #215335
dkiernan@jonesday.com
Michael T. Scott  #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION.<br><br>This Document Relates To<br><br>ALL ACTIONS | **Lead Case No. C 05-00037 JW (HRL)**<br><br>**[CLASS ACTION]**<br><br>**NOTICE OF ERRATA TO DECLARATION OF AUGUSTIN FARRUGIA IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT** |

    Defendant Apple Inc. hereby files an Errata (attached) to the Declaration of Augustin Farrugia of Defendant's Renewed Motion For Summary Judgment [Filed Under Seal] to correct certain inadvertent errors.

- 1 -

Notice of Errata To Farrugia Decl. ISO Defendant's
Renewed Mot. to Dismiss or for Summary Judgment
C 05 00037 JW (HRL), C 06-04457 JW (HRL)

Dated: February 7, 2011            JONES DAY

By: /s/ David C. Kiernan
    David C. Kiernan

Counsel for Defendant APPLE INC.

Notice of Errata To Farrugia Decl. ISO Defendant's
Renewed Mot. to Dismiss or for Summary Judgment
- 2 -            C 05 00037 JW (HRL), C 06-04457 JW (HRL)