Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
Craig E. Stewart #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Lead Case No. C 05-00037 JW (HRL) |
|---|---|
| This Document Relates To<br>ALL ACTIONS | [CLASS ACTION]<br><br>ERRATA TO DECLARATION OF AUGUSTIN FARRUGIA IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT |

I, Augustin Farrugia, declare as follows:

   1.   I file this errata to correct the following inadvertent errors in my declaration filed in Support of Defendant's Renewed Motion For Summary Judgment.

   2.   In Paragraphs 2, 25, 29, 31-32, "October 2006" should read "September 2006."

   3.   In the heading on page 7, line 19, "October 2006" should read "September 2006."

   4.   In Paragraph 33, "In early 2006" should read "In 2006."

- 1 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of February 2011 in Cupertino, California.

_____
Augustin Farrugia