1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION </br></br> This Document Relates To: </br></br> ALL ACTIONS. | Lead Case No. C-05-00037-JW(HRL) </br></br> CLASS ACTION </br></br> [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF ATTORNEY PAULA M. ROACH |

606806_1

1  GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that Paula M. Roach is

2 hereby withdrawn as counsel of record in this matter.

3  IT IS SO ORDERED.

4 DATED: February 10, 2011  _____

   THE HONORABLE JAMES WARE
5  UNITED STATES DISTRICT CHIEF JUDGE

6 Submitted by:

7 ROBBINS GELLER RUDMAN
    & DOWD LLP
8 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
9 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
10 PAULA M. ROACH
   655 West Broadway, Suite 1900
11 San Diego, CA  92101
   Telephone:  619/231-1058
12 619/231-7423 (fax)

13 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
14 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
15 Telephone:  202/625-4342
   202/330-5593 (fax)
16
   Co-Lead Counsel for Plaintiffs
17
   BONNETT, FAIRBOURN, FRIEDMAN
18    & BALINT, P.C.
   ANDREW S. FRIEDMAN
19 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
20 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
21 Phoenix, AZ  85012
   Telephone:  602/274-1100
22 602/274-1199 (fax)

23 BRAUN LAW GROUP, P.C.
   MICHAEL D. BRAUN
24 10680 West Pico Blvd., Suite 280
   Los Angeles, CA  90064
25 Telephone:  310/836-6000
   310/836-6010 (fax)
26

27

28

606806_1   [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF ATTORNEY
   PAULA M. ROACH - C-05-00037-JW(HRL)                                                           - 1 -

| | |
|---|---|
| 1 | |
| 2 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 3 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 4 | New York, NY 10016<br>Telephone: 212/682-1818 |
| 5 | 212/682-1892 (fax) |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 |
| 8 | Telephone: 310/201-9150<br>310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

606806_1

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF ATTORNEY
PAULA M. ROACH - C-05-00037-JW(HRL)            - 2 -