1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael T. Scott #255282
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:    (415) 626-3939
7  Facsimile:    (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST       Case No.  C 05-00037 JW (HRL)
    LITIGATION.
15

16                                         **[PROPOSED] ORDER GRANTING
                                           APPLE'S ADMINISTRATIVE
17                                         MOTION TO SEAL**

18       Having considered Apple Inc.'s Administrative Motion to Seal and the Declaration of

19  Michael Scott in support of that motion, having determined that public disclosure of the

20  confidential information described therein would harm defendant Apple Inc., and finding good

21  reason to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative

22  Motion is GRANTED.  Apple shall file under seal portions of Apple's Opposition to Renewed

23  Motion for Class Certification and the Expert Report of Dr. Michelle M. Burtis in support thereof

24  and the exhibits to the Declaration of David C. Kiernan in support thereof, in accordance with

25  General Order 62.

26  **IT IS SO ORDERED.**

27  Dated: _____, 2011        _____

28                                     James Ware
                                       United States District Judge

                                       [Proposed] Order Granting Admin. Mot. to Seal
                                       C 05-00037 JW (HRL)
                           - 1 -