1  via individualized inquiry. Consumers do not always want the latest electronic device or prefer
2  the latest technological feature or characteristic.
3         I declare under penalty of perjury that the foregoing is true to the best of my knowledge
4  and belief. Executed on February 28, 2011 in Washington, D.C.

                                              _____
                                              Michelle M. Burtis, Ph.D.

SFI-662768v2