Exhibit A

## Materials Considered

Order Denying In Part Plaintiff's Motion for Class Certification, Apple iPod iTunes Antitrust Litigation, Case No. C 07-6507 JW (RS), July 17, 2009, p. 12

Order Granting Defendant's Motion for Judgment on the Pleadings as to the First Cause of Action for Violations of Section 1 of the Sherman Act and the Fifth Cause of Action for Violations of the Cartwright Act, Apple iPod iTunes Antitrust Litigation, Case No. C 07-6507 JW, October 30, 2009

Amended Consolidated Complaint, Apple iPod iTunes Antitrust Litigation, Case No. C 05-00037-JW (HRL), January 26, 2010

Eddy Cue Deposition, December 17, 2010

Mark Donnelly Deposition, December 20, 2010

Roger Noll Deposition Transcript, October 27, 2009

Declaration of Roger G. Noll, July 15, 2008 (Doc. 166-2)

Declaration of Roger G. Noll, January 18, 2011 (Doc. 479)

Declaration of Jeffrey Robbin, January 18, 2011 (Doc. 468)

Declaration of Augustin Farrugia, January 18, 2011 (Doc. 471)

Errata to Declaration of Augustin Farrugia, February 2, 2011 (Doc. 506)

"RealNetworks breaks Apple's hold on iPod," CNET News, July 26, 2004

"RealNetworks rekindles iPod tech tussle," CNET News, April 26, 2005

RealNetworks, Inc., Form 10-K, 2004

RealNetworks, Inc., Form 10-Q, 2nd Quarter 2005

RealNetworks, Inc., Form 10-K 2005

Microsoft Corporation, Form 10-K, 2007

Microsoft Corporation, Form 10-K, 2009
Apple_AIIA00090868-9

1

Apple iPod Price Spreadsheet (~5844701.xls)

John M. Connor, "Forensic Economics: An Introduction with Special Emphasis on Price Fixing," *Journal of Competition Law and Economics,* Vol. 4, No. 1 (March 2008)

"Apple Presents IPod," Apple Inc. Press Release, October 23, 2001

"Apple Introduces 10GB iPod-2,000 Songs in Your Pocket," Apple Inc. Press Release, March 21, 2002

"Apple Unveils New iPods," Apple Inc. Press Release, July 17, 2002

"Apple Introduces New iPods," Apple Inc. Press Release, April 28, 2003

"Apple Introduces New 20GB and 40GB iPods," Apple Inc. Press Release, September 8, 2003

"Apple Introduces iPod mini," Apple Inc. Press Release, January 6, 2004

"Over Two Million iPods Sold," Apple Inc. Press Release, January 6, 2004

"Apple Introduces the New iPod," Apple Inc. Press Release, July 19, 2004

"Apple Introduces iPod Photo," Apple Inc. Press Release, October 26, 2004

"Apple Introduces the U2 iPod," Apple Inc. Press Release, October 26, 2004

"Apple Introduces iPod shuffle," Apple Inc. Press Release, January 11, 2005

"Apple Unveils New iPod mini Starting at Just $199," Apple Inc. Press Release, February 23, 2005

"Apple Updates iPod photo Lineup," Apple Inc. Press Release, February 23, 2005

"Apple Merges iPod & iPod photo Lines," Apple Inc. Press Release, June 28, 2005

"Apple Introduces iPod nano," Apple Inc. Press Release, September 7, 2005

"Harry Potter Digital Audiobooks Debut Exclusively on iTunes Music Store," Apple Inc. Press Release, September 7, 2005

"Apple Unveils the New iPod," Apple Inc. Press Release, October 12, 2005

"Apple Unveils New 1GB iPod nano at $149," Apple Inc. Press Release, February 7, 2006

"Apple Introduces the New U2 iPod," Apple Inc. Press Release, June 6, 2006

"Apple Introduces the New iPod nano," Apple Inc. Press Release, September 12, 2006

"Apple Introduces the New iPod," Apple Inc. Press Release, September 12, 2006

"Apple Unveils the New iPod shuffle," Apple Inc. Press Release, September 12, 2006

"Apple Introduces All New iPod nano," Apple Inc. Press Release, September 5, 2007

"Apple Introduces New iPod classic," Apple Inc. Press Release, September 5, 2007

"Apple Unveils iPod touch," Apple Inc. Press Release, September 5, 2007

"Apple Announces Major Software Upgrade for iPod touch," Apple Inc. Press Release, January 15, 2008

"Apple Adds New iPhone & iPod touch Models," Apple Inc. Press Release, February 5, 2008

"iPod shuffle Now Just $49," Apple Inc. Press Release, February 19, 2008

"Apple Introduces New iPod nano," Apple Inc. Press Release, September 9, 2008

"Apple Introduces New iPod touch," Apple Inc. Press Release, September 9, 2008

"Apple Introduces New iPod nano With Built-in Video Camera," Apple Inc. Press Release, September 9, 2009

"Apple Introduces New iPod touch Lineup," Apple Inc. Press Release, September 9, 2009

"Apple's iPod shuffle Now Starts at Just $59," Apple Inc. Press Release, September 9, 2009

"Apple Introduces New iPod touch," Apple Inc. Press Release, September 1, 2010

"Apple Reinvents iPod nano With Multi-Touch Interface," Apple Inc. Press Release, September 1, 2010

"Apple Unveils New iPod shuffle," Apple Inc. Press Release, September 1, 2010

Apple Inc. Minimum Advertised Price Confidential Listing, November 13, 2001 – November 5, 2010