1
2
3
4
5
6
7
8
9
10
11
12
13                      UNITED STATES DISTRICT COURT
14                     NORTHERN DISTRICT OF CALIFORNIA
15                              SAN JOSE DIVISION

| | |
|---|---|
| 16  THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) | Lead Case No. C-05-00037-JW(HRL) |
| 17  ) ) | <u>CLASS ACTION</u> |
| 18  This Document Relates To: ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE |
| 19  ALL ACTIONS. ) ) | MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' |
| 20 | MEMORANDUM IN OPPOSITION TO APPLE'S MOTION FOR SUMMARY |
| 21 | JUDGMENT, DECLARATION OF BONNY E. SWEENEY IN SUPPORT THEREOF |
| 22 | AND EXHIBITS 5-11, 14-18, 20-26, 28, 30-48, 50-52 AND 54-57 ATTACHED |
| 23 | THERETO, AND DECLARATION OF DAVID MARTIN PURSUANT TO LOCAL |
| 24 | RULE 79-5(b)-(c) |

25
26
27
28

610155_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Memorandum in Opposition to Apple's Motion for Summary Judgment ("Opposition"), Declaration of Bonny E. Sweeney in Support Thereof ("Sweeney Declaration") and Exhibits 5-11, 14-18, 20-26, 28, 30-48, 50-52 and 54-57 ("Sweeney Exhibits"), and Declaration of David Martin ("Martin Declaration") Pursuant to Local Rule 79-5(b)-(c).  The Court, having reviewed the submissions, ORDER, ADJUDGES and DECREES that:

Plaintiffs' Administrative Motion to File Portions of the Opposition, Sweeney Declaration, Sweeney Exhibits and Martin Declaration Pursuant to Local Rule 79-5(b)-(c) is GRANTED.

IT IS SO ORDERED.

DATED: _____     _____
                                    THE HONORABLE JAMES WARE
                                    UNITED STATES DISTRICT JUDGE

Submitted by,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

610155_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOTION TO FUS PORTIONS OF PLTFS' MEMO IN OPPO TO APPLE'S MOTION FOR SUMMARY JUDGMENT - C-05-00037-JW(HRL)     - 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 4 | ELAINE A. RYAN<br>TODD D. CARPENTER |
| 5 | 2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ  85012 |
| 6 | Telephone:  602/274-1100<br>602/274-1199 (fax) |
| 7 | |
| 8 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 9 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 10 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 11 | MURRAY, FRANK & SAILER LLP |
| 12 | BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 13 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 14 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 15 | GLANCY BINKOW & GOLDBERG LLP |
| 16 | MICHAEL GOLDBERG<br>1801 Avenue of the Stars, Suite 311 |
| 17 | Los Angeles, CA  90067<br>Telephone:  310/201-9150 |
| 18 | 310/201-9160 (fax) |
| 19 | Additional Counsel for Plaintiffs |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |