ROBBINS GELLER RUDMAN
   & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

THE KATRIEL LAW FIRM7
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT |
| | JUDGE: Hon. James Ware<br>DATE: April 18, 2011<br>TIME: 9:00 a.m.<br>CTRM: 8, 4th Floor |

[REDACTED]

610399_1

I, BONNY E. SWEENEY, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the state of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Co-Lead Class Counsel of record for plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak ("Plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1: | Declaration of Howie Singer, dated December 22, 2010 ("Warner Decl."); |
| Exhibit 2: | Declaration of Lawrence Kanusher, dated December 22, 2010 ("Sony Decl."); |
| Exhibit 3: | Declaration of Amanda Marks, dated December 28, 2010 ("Universal Decl."); |
| Exhibit 4: | Declaration of Mark Piibe, dated December 22, 2010 ("EMI Decl."); |
| Exhibit 5: | Relevant Excerpts from the Deposition Transcript of Eddy Cue, taken December 17, 2010 **[filed under seal]**; |
| Exhibit 6: | Apple_AIIA01333677-82 **[filed under seal]**; |
| Exhibit 7: | Relevant Excerpts from the Deposition Transcript of Jeffrey L. Robbin, taken December 3, 2010 **[filed under seal]**; |
| Exhibit 8: | Relevant Excerpts from the Deposition Transcript of Augustin J. Farrugia, taken December 8, 2010 **[filed under seal]**; |
| Exhibit 9: | Apple_AIIA00098417**[filed under seal]**; |
| Exhibit 10: | Relevant Excerpts from the Deposition Transcript of David K. Heller, taken December 15, 2010 **[filed under seal]**; |
| Exhibit 11: | Apple_AIIA00099408-09**[filed under seal]**; |
| Exhibit 12: | Press Release, *iPod Claims 82% HD-Based Retail Market Share; 42% All Players* (Oct. 11, 2004); |
| Exhibit 13: | Declaration of Lee Morse, dated January 19, 2007; |
| Exhibit 14: | Apple_AIIA00090429-31**[filed under seal]**; |
| Exhibit 15: | Apple_AIIA01344648-49**[filed under seal]**; |
| Exhibit 16: | Apple_AIIA00098491-93**[filed under seal]**; |

| | | |
|---|---|---|
| Exhibit 17: | Apple_AIIA00098511-12 **[filed under seal]**; |
| Exhibit 18: | Apple_AIIA00094370-82 **[filed under seal]**; |
| Exhibit 19: | Press Release, *Apple Motorola & Cingular Launch World's First Mobile Phone with iTunes* (Sept. 7, 2005); |
| Exhibit 20: | Apple_AIIA01278810-11 **[filed under seal]**; |
| Exhibit 21: | Apple_AIIA01385106 **[filed under seal]**; |
| Exhibit 22: | Apple_AIIA00090441-43 (Cue Deposition Exhibit 64) **[filed under seal]**; |
| Exhibit 23: | Apple_AIIA00090471 **[filed under seal]**; |
| Exhibit 24: | Apple_AIIA00090405-07 **[filed under seal]**; |
| Exhibit 25: | Apple_AIIA00327951-52 (Cue Deposition Exhibit 71) **[filed under seal]**; |
| Exhibit 26: | Apple_AIIA00091049-51 **[filed under seal]**; |
| Exhibit 27: | Affidavit of Reasonable Diligence of Mike Noble, dated December 21, 2010; |
| Exhibit 28: | Apple_AIIA00093875-76 **[filed under seal]**; |
| Exhibit 29: | Press Release, *Apple Accuses RealNetworks of Hacking*, (Jul. 30, 2004); |
| Exhibit 30: | Apple_AIIA01384975-76 **[filed under seal]**; |
| Exhibit 31: | Apple_AIIA01384977-78 **[filed under seal]**; |
| Exhibit 32: | Apple_AIIA00090427 **[filed under seal]**; |
| Exhibit 33: | Apple_AIIA00090428 **[filed under seal]**; |
| Exhibit 34: | Apple_AIIA00329373 **[filed under seal]**; |
| Exhibit 35: | Apple_AIIA00093265 **[filed under seal]**; |
| Exhibit 36: | Apple_AIIA00330727-34 (Robbin Deposition Exhibit 4) **[filed under seal]**; |
| Exhibit 37: | Apple_AIIA00090485-88 **[filed under seal]**; |
| Exhibit 38: | Apple_AIIA00094563-69 **[filed under seal]**; |
| Exhibit 39: | Apple_AIIA_B_000001-103 (Farrugia Deposition Exhibit 29) **[filed under seal]**; |
| Exhibit 40: | Apple_AIIA01278671-74 **[filed under seal]**; |
| Exhibit 41: | Apple_AIIA00802966-67 **[filed under seal]**; |
| Exhibit 42: | Apple_AIIA00807080-81 **[filed under seal]**; |

610399_1

DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT - C-05-00037-JW(HRL) - 2 -

| | | |
|---|---|---|
| Exhibit 43: | Apple_AIIA00320482-84 (Cue Deposition Exhibit 58) **[filed under seal]**; | |
| Exhibit 44: | Apple_AIIA00093504 **[filed under seal]**; | |
| Exhibit 45: | Apple_AIIA01385473-74 **[filed under seal]**; | |
| Exhibit 46: | Apple_AIIA00799692 **[filed under seal]**; | |
| Exhibit 47: | Apple_AIIA01278697 **[filed under seal]**; | |
| Exhibit 48: | Apple_AIIA01083490-514 **[filed under seal]**; | |
| Exhibit 49: | Federal Trade Commission, *The Role of Static and Dynamic Analysis in Pharmaceutical Antitrust* (Feb. 15, 2010) | |
| Exhibit 50: | Apple_AIIA00001977-1993 **[filed under seal]**; | |
| Exhibit 51: | Apple_AIIA00001955-1965 **[filed under seal]**; | |
| Exhibit 52: | Apple_AIIA_C_00204897 **[filed under seal]**; Apple_AIIA_C_00205403 **[filed under seal]**; Apple_AIIA_C_00205532 **[filed under seal]**; | |
| Exhibit 53: | Press Release, RealNetworks breaks Apple's hold on iPod (July 26, 2004); | |
| Exhibit 54: | ████████████████████████████ **[filed under seal]**; | |
| Exhibit 55: | Apple_AIIA00090447-49 **[filed under seal]**; | |
| Exhibit 56: | Apple_AIIA_00092388 **[filed under seal]**; and | |
| Exhibit 57: | Apple_AIIA_00090785-87 (Cue Deposition Exhibit 7) **[filed under seal]**. | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of February, 2011, at San Diego, California.

s/ Bonny E. Sweeney<br>
BONNY E. SWEENEY

610399_1

DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT - C-05-00037-JW(HRL)   - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 28, 2011.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    bonnys@rgrdlaw.com

610399_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)