Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
Craig E. Stewart #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>This Document Related To:<br><br>ALL ACTIONS | Lead Case No. C 05 00037 JW (HRL)<br><br>CERTIFICATE OF SERVICE |

## PROOF OF SERVICE

I, Margaret Landsborough, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On March 1, 2011, I served a copy of the within documents:

Exhibits 1-5 to the Declaration of David Kiernan

Expert Report of Dr. Michelle M. Burtis

Apple's Opposition to Renewed Motion for Class Certification

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.
- ☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.
- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
- ☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1 | I declare that I am employed in the office of a member of the bar of this court at whose
2 | direction the service was made.
3 | Executed on March 1, 2011, at San Francisco, California.

_____
Margaret Landsborough

## SERVICE LIST

**Attorneys for Plaintiffs:**

Bonny E. Sweeney
Thomas R. Merrick
Alexandra Bernay
Paula Roach
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
T: (619) 231-1058
F: (619) 231-7423
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
proach@rgrdlaw.com

Roy A. Katriel
The Katriel Law Firm, P.C.
1101 30th Street, NW, Suite 500
Washington, DC 20007
T: (202) 625-4342
rak@katriellaw.com

Andrew S. Friedman
Francis J. Balint, Jr.
Elaine A. Ryan
Todd D. Carpenter
Bonnett Fairbourn Friedman & Balint PC
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
T: (602) 274-1100
F: (602) 274-1199
afriedman@bffb.com
fbalint@bffb.com
eryan@bffb.com
tcarpenter@bffb.com

Michael D. Braun
Braun Law Group
10680 West Pico Boulevard, Suite 280
Los Angeles, CA 90064
T: (310) 836-6000
F: (310) 836-6010
mdb@braunlawgroup.com

Brian P. Murray
Jacqueline Sailer
Murray Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
T: (212) 682-1818
F: (212) 682-1892
bmurray@murrayfrank.com
jsailer@murrayfrank.com

Marc Godino
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
T: (310) 201-9150
F: (310) 201-9160
mgodino@glancylaw.com

**Attorneys for Plaintiff Stacie Somers:**

Helen I. Zeldes
Alreen Haeggquist
Zeldes & Haeggquist LLP
625 Broadway, Suite 906
San Diego, CA 92101
T: (619) 434-0024
F: (619) 342-7878
helenz@zhlaw.com
alreenh@zhlaw.com

Steven A. Skalet
Craig L. Briskin
Mehri & Skalet PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036
T: (202) 822-5100
F: (202) 822-4997
sskalet@findjustice.com
cbriskin@findjustice.com