Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 JW (HRL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

Having considered Plaintiffs' Administrative Motion to Seal, Apple's response to that motion, and the declarations in support of both, having determined that public disclosure of the confidential information described therein would harm defendant Apple Inc., and finding compelling reasons to seal that information, IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion is GRANTED.  Plaintiffs shall file under seal portions of Plaintiffs' Memorandum in Opposition to Apple's Motion for Summary Judgment and the Declaration of David F. Martin in support thereof, and exhibits 5-11, 14-18, 20, 22, 24-26, 28, 30-39, 41-48, 50-52, and 54-57 to the Declaration of Bonny E. Sweeney in support thereof, in accordance with General Order 62.

/ / /

/ / /

1 **IT IS SO ORDERED.**

2 Dated: _____, 2011

3                                                  James Ware
United States District Judge