ROBBINS GELLER RUDMAN
   & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION TO SHORTEN TIME FOR HEARING THE MOTION FOR A PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS |
| ALL ACTIONS. | |

612559_1

1  WHEREAS, Plaintiffs noticed the deposition of Steve Jobs for November 30, 2010 and later re-noticed it for December 20, 2010;

3  WHEREAS, Defendant moved for a protective order on December 9, 2010 with a hearing noticed for January 18, 2011, and Plaintiffs filed their opposition on December 20, 2010;

5  WHEREAS, on January 17, 2011, Apple announced that Mr. Jobs was taking a medical leave;

7  WHEREAS, on January 18, 2011, in light of Mr. Jobs's medical leave, the parties agreed to take the motion off calendar, without prejudice;

9  WHEREAS, on January 18, 2011, the Court vacated the hearing; and

10 WHEREAS, Counsel for Plaintiffs asked Apple to agree to a new hearing date on a shortened schedule, and on March 3, 2011, Apple agreed to a hearing on March 15, 2011.

12 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to Court approval, the hearing on Apple's Motion for Protective Order Preventing the Deposition of Steve Jobs will be held on March 15, 2011.

DATED: March 10, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI


           s/ Alexandra S. Bernay
          ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

612559_1

STIPULATION TO SHORTEN TIME FOR HEARING THE MOTION FOR A PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS - C-05-00037-JW(HRL) - 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C.<br>ANDREW S. FRIEDMAN |
| 3 | FRANCIS J. BALINT, JR.<br>ELAINE A. RYAN |
| 4 | TODD D. CARPENTER<br>2901 N. Central Avenue, Suite 1000 |
| 5 | Phoenix, AZ  85012<br>Telephone:  602/274-1100 |
| 6 | 602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 8 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 9 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 10 | |
| 11 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 12 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 13 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 14 | 212/682-1892 (fax) |
| 15 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 16 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 17 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 18 | Additional Counsel for Plaintiffs |
| 19 | DATED: March 10, 2011    JONES DAY<br>ROBERT A. MITTELSTAEDT |
| 20 | DAVID C. KIERNAN |
| 21 | |
| 22 |              s/ David C. Kiernan<br>            DAVID C. KIERNAN |
| 23 | |
| 24 | 555 California Street, 26th Floor<br>San Francisco, CA 94104-1500 |
| 25 | Telephone:  415/626-3939<br>415/626-5700 (fax) |
| 26 | Counsel for Defendant Apple Inc. |
| 27 | |
| 28 | |

612559_1    STIPULATION TO SHORTEN TIME FOR HEARING THE MOTION FOR A PROTECTIVE ORDER
PREVENTING THE DEPOSITION OF STEVE JOBS - C-05-00037-JW(HRL)                     - 2 -

**ECF CERTIFICATION**

    The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED: March 10, 2011                         s/ Alexandra S. Bernay
                                                     ALEXANDRA S. BERNAY

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 10, 2011.

          s/ Alexandra S. Bernay
          ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
    &DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    xanb@rgrdlaw.com

612559_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)