1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING THE MOTION FOR A PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS |
| ALL ACTIONS. | |

17
18
19
20
21
22
23
24
25
26
27
28

612560_1

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the

2  parties, subject to Court approval, the hearing on Apple's Motion for Protective Order Preventing the

3  Deposition of Steve Jobs will be held on March 15, 2011.

4   PURSUANT TO STIPULATION, IT IS SO ORDERED.

5  DATED: _____    _____
                                     THE HONORABLE HOWARD R. LLOYD
6                                    UNITED STATES MAGISTRATE JUDGE

7  Submitted by,

8  ROBBINS GELLER RUDMAN
      & DOWD LLP
9  JOHN J. STOIA, JR.
   BONNY E. SWEENEY
10 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
11 CARMEN A. MEDICI
   655 West Broadway, Suite 1900
12 San Diego, CA  92101
   Telephone:  619/231-1058
13 619/231-7423 (fax)

14 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
15 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
16 Telephone:  202/625-4342
   202/330-5593 (fax)
17
   Co-Lead Counsel for Plaintiffs
18
   BONNETT, FAIRBOURN, FRIEDMAN
19    & BALINT, P.C.
   ANDREW S. FRIEDMAN
20 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
21 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
22 Phoenix, AZ  85012
   Telephone:  602/274-1100
23 602/274-1199 (fax)

24 BRAUN LAW GROUP, P.C.
   MICHAEL D. BRAUN
25 10680 West Pico Blvd., Suite 280
   Los Angeles, CA  90064
26 Telephone:  310/836-6000
   310/836-6010 (fax)
27

28

612560_1   [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING THE MOTION FOR A PROTECTIVE
           ORDER PREVENTING THE DEPOSITION OF STEVE JOBS - C-05-00037-JW(HRL)           - 1 -

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

JONES DAY
ROBERT A. MITTELSTAEDT
DAVID C. KIERNAN
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: 415/626-3939
415/626-5700 (fax)

Counsel for Defendant Apple Inc.

612560_1

[PROPOSED] ORDER TO SHORTEN TIME FOR HEARING THE MOTION FOR A PROTECTIVE ORDER PREVENTING THE DEPOSITION OF STEVE JOBS - C-05-00037-JW(HRL)    - 2 -