1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael T. Scott #255282
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST          Case No.  C 05-00037 JW (HRL)
    LITIGATION.
15
                                              [PROPOSED] ORDER GRANTING
16                                            APPLE'S ADMINISTRATIVE
                                              MOTION TO SEAL
17

18          Having considered Apple Inc.'s Administrative Motion to Seal and the Declarations of

19  Jeffrey Robbin and David Kiernan in support of that motion, having determined that public

20  disclosure of the confidential information described therein would harm defendant Apple Inc.,

21  and finding compelling reasons to seal that information, IT IS HEREBY ORDERED THAT

22  Apple Inc.'s Administrative Motion is GRANTED.  Apple shall file under portions of Apple's

23  Renewed Motion for Summary Judgment, and the Declarations of Jeffrey Robbin, Augustin

24  Farrugia, John Kelly, and certain exhibits to the Declaration of David Kiernan in support thereof,

25  in accordance with General Order 62.

26  **IT IS SO ORDERED.**

27  Dated:  ____March 11____, 2011          _____

28                                          James Ware
                                            United States District Chief Judge

                                            [Proposed] Order Granting Admin. Mot. to Seal
                                            C 05 00037 JW (HRL), C-06-04457 JW (HRL)
                         - 1 -