1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael T. Scott #255282
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

14  THE APPLE iPOD iTUNES ANTI-TRUST      Case No.  C 05-00037 JW (HRL)
    LITIGATION.

16                                         [~~PROPOSED~~] ORDER GRANTING
                                           PLAINTIFFS' ADMINISTRATIVE
                                           MOTION TO SEAL

18      Having considered Plaintiffs' Administrative Motion to Seal, Apple's response to that

19  motion, and the declarations in support of both, having determined that public disclosure of the

20  confidential information described therein would harm defendant Apple Inc., and finding

21  compelling reasons to seal that information, IT IS HEREBY ORDERED THAT Plaintiffs'

22  Administrative Motion is GRANTED.  Plaintiffs shall file under seal portions of Plaintiffs'

23  Memorandum in Opposition to Apple's Motion for Summary Judgment and the Declaration of

24  David F. Martin in support thereof, and exhibits 5-11, 14-18, 20, 22, 24-26, 28, 30-39, 41-48, 50-

25  52, and 54-57 to the Declaration of Bonny E. Sweeney in support thereof, in accordance with

26  General Order 62.

27  / / /

28  / / /

1   **IT IS SO ORDERED.**

2   Dated: __March 11__, 2011

_____
James Ware
United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C 05 00037