# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   March 15, 2011                                         Time in Court: 23  minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**   "The Apple iPod iTunes Anti-Trust Litigation"
**CASE NUMBER**: C05-00037JW
Plaintiff Attorney present: Alexandra Bernay and Carmen Medici
Defendant Attorney present: George Riley, Ryan Padden and David Kiernan

**PROCEEDINGS: Motion Hearing**

Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.