1   Robert A. Mittelstaedt  #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart  #129530
    cestewart@jonesday.com
3   David C. Kiernan #215335
    dkiernan@jonesday.com
4   Michael T. Scott #255282
    michaelscott@jonesday.com
5   JONES DAY
    555 California Street, 26th Floor
6   San Francisco, CA  94104
    Telephone:    (415) 626-3939
7   Facsimile:    (415) 875-5700

8   Attorneys for Defendant
    APPLE INC.

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST       Case No.  C 05-00037 JW (HRL)
    LITIGATION.                                      C 06-04457 JW (HRL)
15

16                                         **[PROPOSED] ORDER GRANTING
                                           APPLE'S ADMINISTRATIVE
17                                         MOTION TO SEAL**

18          Having considered Apple Inc.'s Administrative Motion to Seal and the Declaration of

19  David C. Kiernan in support of that motion, having determined that public disclosure of the

20  confidential information described therein would harm defendant Apple Inc., and finding

21  compelling reasons to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s

22  Administrative Motion is GRANTED.  Apple shall file under seal portions of Apple's Reply in

23  Support of its Motion for Summary Judgment and the exhibits to the Declaration of Michael Scott

24  in support thereof, in accordance with General Order 62.

25  **IT IS SO ORDERED.**

26  Dated: _____, 2011        _____

27                                     James Ware
                                       United States District Judge
    SFI-666479v1
28

                                       [Proposed] Order Granting Admin. Mot. to Seal
                                       C 05 00037 JW (HRL), C-06-04457 JW (HRL)