| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| |    & DOWD LLP |
| 2 | JOHN J. STOIA, JR. (141757) |
| | BONNY E. SWEENEY (176174) |
| 3 | THOMAS R. MERRICK (177987) |
| | ALEXANDRA S. BERNAY (211068) |
| 4 | CARMEN A. MEDICI (248417) |
| | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA 92101 |
| | Telephone: 619/231-1058 |
| 6 | 619/231-7423 (fax) |
| | johns@rgrdlaw.com |
| 7 | bonnys@rgrdlaw.com |
| | tmerrick@rgrdlaw.com |
| 8 | xanb@rgrdlaw.com |
| | cmedici@rgrdlaw.com |
| 9 | |
| 10 | THE KATRIEL LAW FIRM |
| | ROY A. KATRIEL (*pro hac vice*) |
| 11 | 1101 30th Street, N.W., Suite 500 |
| | Washington, DC 20007 |
| 12 | Telephone: 202/625-4342 |
| | 202/330-5593 (fax) |
| 13 | rak@katriellaw.com |

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) Lead Case No. C-05-00037-JW(HRL) <br> ) <br> ) CLASS ACTION <br> ) |
| This Document Relates To: <br><br> ALL ACTIONS. | ) NOTICE OF MOTION AND ADMINISTRATIVE <br> ) MOTION TO FILE UNDER SEAL PORTIONS OF <br> ) PLAINTIFFS' REPLY MEMORANDUM IN <br> ) SUPPORT OF PLAINTIFFS' RENEWED MOTION <br> ) FOR CLASS CERTIFICATION, PORTIONS OF <br> THE DECLARATION OF ALEXANDRA S. <br> BERNAY IN SUPPORT THEREOF AND <br> EXHIBITS 1-2 TO THE DECLARATION OF <br> CARMEN A. MEDICI IN SUPPORT THEREOF <br> AND PORTIONS OF THE REPLY DECLARATION <br> OF ROGER G. NOLL AND EXHIBITS 1-3 <br> PURSUANT TO LOCAL RULE 79-5(b)-(c) |
| | JUDGE: Hon. James Ware <br> DATE: April 18, 2011 <br> TIME: 9:00 a.m. <br> CTRM; 8, 4th Floor |

615519_1

| | |
|---|---|
| 1 | TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD |
| 2 | PLEASE TAKE NOTICE that, pursuant to Local Rules 7-11(a) and 79-5(b)-(c), on April 18, |
| 3 | 2011, before Honorable James Ware, at 9:00 a.m., in Courtroom 8, 4th Floor, Plaintiffs Melanie |
| 4 | Tucker, Mariana Rosen, and Somtai Troy Charoensak (collectively "Plaintiffs") will move for |
| 5 | permission from the Court to file under seal portions of Plaintiffs' Reply Memorandum in Support of |
| 6 | Plaintiffs' Renewed Motion for Class Certification, Portions of the Declaration of Alexandra S. |
| 7 | Bernay in Support Thereof and Exhibits 1-2 to the Declaration of Carmen A. Medici in Support |
| 8 | Thereof and Portions of the Reply Declaration of Roger G. Noll and Exhibits 1-3 Pursuant to Local |
| 9 | Rule 79-5(b)-(c). |

The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of Bonny E. Sweeney in Support of Plaintiffs' Motion to File Under Seal Portions of Plaintiffs' Reply Memorandum in Support of Plaintiffs' Renewed Motion for Class Certification, Portions of the Declaration of Alexandra S. Bernay in Support Thereof and Exhibits 1-2 to the Declaration of Carmen A. Medic in Support Thereof and Portions of the Reply Declaration of Roger G. Noll and Exhibits 1-3 Pursuant to Local Rule 79-5(b)-(c), filed concurrently herewith. Plaintiffs have also concurrently lodged a proposed order.

DATED: March 28, 2011
ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI


    s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Telephone: 310/836-6000
310/836-6010 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 28, 2011.

      s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:      bonnys@rgrdlaw.com

615519_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)