1
2
3
4
5
6
7
8
9
10
11
12

13                               UNITED STATES DISTRICT COURT

14                              NORTHERN DISTRICT OF CALIFORNIA

15                                      SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
| ) | CLASS ACTION |
| ) ) | |
| This Document Relates To: ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION, PORTIONS OF THE DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT THERE OF AND EXHIBITS 1-2 TO THE DECLARATION OF CARMEN A. MEDICI IN SUPPORT THEREOF AND PORTIONS OF THE REPLY DECLARATION OF ROGER G. NOLL AND EXHIBITS 1-3 PURSUANT TO LOCAL RULE 79-5(b)-(c) |
| ALL ACTIONS. ) ) ) | |

615520_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2  Seal Portions of Plaintiffs' Reply Memorandum in Support of Plaintiffs' Renewed Motion for Class
3  Certification ("Reply"), Portions of the Declaration of Alexandra S. Bernay in Support Thereof
4  ("Bernay Declaration") and Exhibits 1-2 to the Declaration of Carmen A. Medici in Support Thereof
5  ("Medici Exhibits") and Portions of the Reply Declaration of Roger G. Noll ("Reply Noll
6  Declaration") and Exhibits 1-3 ("Noll Exhibits") Pursuant to Local Rule 79-5(b)-(c). The Court,
7  having reviewed the submissions, ORDER, ADJUDGES and DECREES that:
8  Plaintiffs' Administrative Motion to File Portions of the Reply, Bernay Declaration, Medici
9  Exhibits, Reply Noll Declaration and Noll Exhibits Pursuant to Local Rule 79-5(b)-(c) is
10 GRANTED.
11 IT IS SO ORDERED.
12 DATED: _____     _____
   THE HONORABLE JAMES WARE
13 UNITED STATES DISTRICT JUDGE
14 Submitted by:
15 ROBBINS GELLER RUDMAN
      & DOWD LLP
16 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
17 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
18 CARMEN A. MEDICI
   655 West Broadway, Suite 1900
19 San Diego, CA  92101
   Telephone:  619/231-1058
20 619/231-7423 (fax)
21 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
22 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
23 Telephone:  202/625-4342
   202/330-5593 (fax)
24
   Co-Lead Counsel for Plaintiffs
25
26
27
28

615520_1   [PROP] ORD GRANTING PLTFS' ADMIN MOT TO FUS PORTIONS OF PLTFS' REPLY MEMO IN
           SUPPORT OF PLTFS' RENEWED MOTION FOR CLASS CERTIFICATION- C-05-00037-JW(HRL)    - 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN<br>  &amp; BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 4 | ELAINE A. RYAN<br>TODD D. CARPENTER |
| 5 | 2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ  85012 |
| 6 | Telephone:  602/274-1100<br>602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C. |
| 8 | MICHAEL D. BRAUN<br>10680 West Pico Blvd., Suite 280 |
| 9 | Los Angeles, CA  90064<br>Telephone:  310/836-6000 |
| 10 | 310/836-6010 (fax) |
| 11 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 12 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 13 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 14 | 212/682-1892 (fax) |
| 15 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 16 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 17 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 18 | Additional Counsel for Plaintiffs |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

615520_1

[PROP] ORD GRANTING PLTFS' ADMIN MOT TO FUS PORTIONS OF PLTFS' REPLY MEMO IN SUPPORT OF PLTFS' RENEWED MOTION FOR CLASS CERTIFICATION- C-05-00037-JW(HRL) - 2 -