1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Lead Case No. C-05-00037-JW(HRL)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF DEFENDANT'S EXPERT, DR. MICHELLE M. BURTIS, Ph.D. AND EXHIBIT 1 TO THE DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT THEREOF PURSUANT TO LOCAL RULE 79-5(b)-(c) |

16
17
18
19
20
21
22
23
24
25
26
27
28

615775_1

1   This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under

2  Seal Portions of Plaintiffs' Motion to Exclude the Opinions of Defendant's Expert, Dr. Michelle M.

3  Burtis, Ph.D. ("Motion") and Exhibit 1 to the Declaration of Alexandra S. Bernay in Support

4  Thereof ("Bernay Exhibit") Pursuant to Local Rule 79-5(b)-(c).  The Court, having reviewed the

5  submissions, ORDER, ADJUDGES and DECREES that:

6   Plaintiffs' Administrative Motion to File Portions of the Motion and Bernay Exhibit Pursuant

7  to Local Rule 79-5(b)-(c) is GRANTED.

8   IT IS SO ORDERED.

9  DATED: _____    _____
                                                                                    THE HONORABLE JAMES WARE
10                                                                                  UNITED STATES DISTRICT JUDGE

11  Submitted by:

12  ROBBINS GELLER RUDMAN
      & DOWD LLP
13  JOHN J. STOIA, JR.
    BONNY E. SWEENEY
14  THOMAS R. MERRICK
    ALEXANDRA S. BERNAY
15  CARMEN A. MEDICI
    655 West Broadway, Suite 1900
16  San Diego, CA  92101
    Telephone:  619/231-1058
17  619/231-7423 (fax)

18  THE KATRIEL LAW FIRM
    ROY A. KATRIEL
19  1101 30th Street, N.W., Suite 500
    Washington, DC  20007
20  Telephone:  202/625-4342
    202/330-5593 (fax)
21
    Co-Lead Counsel for Plaintiffs
22
    BONNETT, FAIRBOURN, FRIEDMAN
23    & BALINT, P.C.
    ANDREW S. FRIEDMAN
24  FRANCIS J. BALINT, JR.
    ELAINE A. RYAN
25  TODD D. CARPENTER
    2901 N. Central Avenue, Suite 1000
26  Phoenix, AZ  85012
    Telephone:  602/274-1100
27  602/274-1199 (fax)

28

615775_1    [PROP] ORDER GRANTING PLTFS' ADMIN MOT TO FUS PORTIONS OF PLTFS' MOT TO
EXCLUDE THE OPINIONS OF DEF'S EXPERT, DR. MICHELLE M. BURTIS, PH.D. - C-05-00037-
JW(HRL)                                                                                                                                         - 1 -

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Telephone: 310/836-6000
310/836-6010 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

615775_1

[PROP] ORDER GRANTING PLTFS' ADMIN MOT TO FUS PORTIONS OF PLTFS' MOT TO EXCLUDE THE OPINIONS OF DEF'S EXPERT, DR. MICHELLE M. BURTIS, PH.D. - C-05-00037-JW(HRL) - 2 -