ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DATA AND DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT THEREOF PURSUANT TO LOCAL RULE 79-5(c) |
| ALL ACTIONS. | |

JUDGE:     Hon. Howard R. Lloyd
DATE:      May 3, 2011
TIME:      10:00 a.m.
CTRM:      2, 5th Floor

612971_1

1    TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that, pursuant to Local Rules 7-11(a) and 79-5(c), on May 3, 2011,

3    before Honorable Howard R. Lloyd, at 10:00 a.m., in Courtroom 2, 5th Floor, Plaintiffs Melanie

4    Tucker, Mariana Rosen, and Somtai Troy Charoensak (collectively, "Plaintiffs") will move for

5    permission from the Court to file under seal portions of Plaintiffs' Notice of Motion and Motion to

6    Compel Production of Data and Declaration of Alexandra S. Bernay in Support Thereof Pursuant to

7    Local Rule 79-5(c).

8         The reasons supporting Plaintiffs' administrative motion are set forth in the Declaration of

9    Alexandra S. Bernay in Support of Plaintiffs' Notice of Motion and Motion to Compel Production of

10   Data and Declaration of Alexandra S. Bernay in Support Thereof Pursuant to Local Rule 79-5(c),

11   filed concurrently herewith.  Plaintiffs have also concurrently lodged a proposed order.

12   DATED:  March 28, 2011                Respectfully submitted,

13                                         ROBBINS GELLER RUDMAN
                                             & DOWD LLP
14                                         JOHN J. STOIA, JR.
                                           BONNY E. SWEENEY
15                                         THOMAS R. MERRICK
                                           ALEXANDRA S. BERNAY
16                                         CARMEN A. MEDICI

17

18                                                  s/ Bonny E. Sweeney
                                              BONNY E. SWEENEY
19
20                                         655 West Broadway, Suite 1900
                                           San Diego, CA  92101
21                                         Telephone:  619/231-1058
                                           619/231-7423 (fax)
22
                                           THE KATRIEL LAW FIRM
23                                         ROY A. KATRIEL
                                           1101 30th Street, N.W., Suite 500
24                                         Washington, DC  20007
                                           Telephone:  202/625-4342
25                                         202/330-5593 (fax)

26                                         Co-Lead Counsel for Plaintiffs

27

28

612971_1

NOM AND ADMIN MOTION TO FUS PORTIONS OF PLTFS' NOM AND MTC PRODUCTION OF
DATA AND DEC OF ALEXANDRA S. BERNAY - C-05-00037-JW(HRL)                    - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BONNETT, FAIRBOURN, FRIEDMAN
    & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

NOM AND ADMIN MOTION TO FUS PORTIONS OF PLTFS' NOM AND MTC PRODUCTION OF
DATA AND DEC OF ALEXANDRA S. BERNAY - C-05-00037-JW(HRL)                                    - 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 28, 2011.

<u>  s/ Bonny E. Sweeney                        </u>
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      bonnys@rgrdlaw.com

612971_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)