# EXHIBITS 1-3
# [Filed Under Seal]