| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN <br>   & DOWD LLP |
| 2 | JOHN J. STOIA, JR. (141757) <br> BONNY E. SWEENEY (176174) |
| 3 | THOMAS R. MERRICK (177987) <br> ALEXANDRA S. BERNAY (211068) |
| 4 | CARMEN A. MEDICI (248417) <br> 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101 <br> Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) <br> johns@rgrdlaw.com |
| 7 | bonnys@rgrdlaw.com <br> tmerrick@rgrdlaw.com |
| 8 | xanb@rgrdlaw.com <br> cmedici@rgrdlaw.com |
| 9 | |
| 10 | THE KATRIEL LAW FIRM <br> ROY A. KATRIEL (*pro hac vice*) |
| 11 | 1101 30th Street, N.W., Suite 500 <br> Washington, DC  20007 |
| 12 | Telephone:  202/625-4342 <br> 202/330-5593 (fax) |
| 13 | rak@katriellaw.com |
| 14 | Co-Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | DECLARATION OF CARMEN A. MEDICI IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION |
| | JUDGE:  Hon. James Ware <br> DATE:    April 18, 2011 <br> TIME:    10:00 a.m. <br> CTRM:   8, 4th Floor |

615681_1

1  I, CARMEN A. MEDICI, hereby declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the state of
3  California. I am an associate at the law firm of Robbins Geller Rudman & Dowd LLP, Co-Lead
4  Class Counsel of record for plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak
5  ("Plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called
6  upon, I could and would competently testify thereto.

7  2. I submit this declaration in support of Plaintiffs' Reply Memorandum in Support of
8  Renewed Motion for Class Certification.

9  3. Attached hereto are true and correct copies of the following documents:

10  Exhibit 1:   Relevant excerpts from the deposition transcript of Michelle M. Burtis, Ph.D., taken March 14, 2011 **[filed under seal]**; and

11  Exhibit 2:   Attachment A to Defendant Apple Inc.'s Responses to Plaintiff's First Set of Interrogatories in *Somers v. Apple Inc.*, No. 07-6507 JW (N.D. Cal.) **[filed under seal]**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of March, 2011, at San Diego, California.

                                            s/ Carmen A. Medici
                                            CARMEN A. MEDICI

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 28, 2011.

    s/ Carmen S. Medici
CARMEN A. MEDICI

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    cmedici@rgrdlaw.com

615681_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)