# EXHIBITS 1-2
# [Filed Under Seal]