1
2
3
4
5
6
7
8
9
10
11
12
13                     UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15                           SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
| ) ) | CLASS ACTION |
| This Document Relates To: ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DATA |
| ALL ACTIONS. ) ) | |

612818_1

1      GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that Apple produce,
2 within seven days, the "transaction database" going back to October 2001, with costs to be borne by
3 defendant Apple.

4      IT IS SO ORDERED.

5 DATED: _____    _____
                                                                     THE HONORABLE HOWARD R. LLOYD
6                                                                        UNITED STATES MAGISTRATE JUDGE

7 Submitted by,

8 ROBBINS GELLER RUDMAN
    & DOWD LLP
9 JOHN J. STOIA, JR.
  BONNY E. SWEENEY
10 THOMAS R. MERRICK
  ALEXANDRA S. BERNAY
11 CARMEN A. MEDICI
  655 West Broadway, Suite 1900
12 San Diego, CA 92101
  Telephone: 619/231-1058
13 619/231-7423 (fax)

14 THE KATRIEL LAW FIRM
  ROY A. KATRIEL
15 1101 30th Street, N.W., Suite 500
  Washington, DC 20007
16 Telephone: 202/625-4342
  202/330-5593 (fax)
17
  Co-Lead Counsel for Plaintiffs
18
  BONNETT, FAIRBOURN, FRIEDMAN
19   & BALINT, P.C.
  ANDREW S. FRIEDMAN
20 FRANCIS J. BALINT, JR.
  ELAINE A. RYAN
21 TODD D. CARPENTER
  2901 N. Central Avenue, Suite 1000
22 Phoenix, AZ 85012
  Telephone: 602/274-1100
23 602/274-1199 (fax)

24 BRAUN LAW GROUP, P.C.
  MICHAEL D. BRAUN
25 10680 West Pico Blvd., Suite 280
  Los Angeles, CA 90064
26 Telephone: 310/836-6000
  310/836-6010 (fax)
27

28

| | |
|---|---|
| 1 | |
| 2 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 3 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 4 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 5 | 212/682-1892 (fax) |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 8 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |