Robert A. Mittelstaedt #060359
ramittelstaedt@jonesday.com
Caroline N. Mitchell #143124
cnmitchell@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | **Lead Case No. C 05-00037 JW (HRL)**<br>**[Class Action]**<br><br>**NOTICE OF MANUAL FILING DUE TO FILE SIZE**<br><br>**<u>FILED UNDER SEAL</u>** |

| | |
|---|---|
| 1 | Regarding confidential exhibits 4c and 8b to the DECLARATION OF AUGUSTIN |
| 2 | FARRUGIA IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY |
| 3 | JUDGMENT dated January, 2011: |
| 4 | This filing is in paper or physical form only, and is being maintained in the case file in the |
| 5 | Clerk's office. |
| 6 | If you are a participant in this case, these exhibits were served on January 19, 2011 in |
| 7 | hard-copy. This filing was not efiled for the following reasons: voluminous document (PDF file |
| 8 | size larger than the efiling system allows). |

Dated: March 30, 2011                    JONES DAY

By:/s/ David Kiernan
David Kiernan
Attorneys for Defendant