1   Robert A. Mittelstaedt  #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart  #129530
    cestewart@jonesday.com
3   David C. Kiernan #215335
    dkiernan@jonesday.com
4   Michael T. Scott #255282
    michaelscott@jonesday.com
5   JONES DAY
    555 California Street, 26th Floor
6   San Francisco, CA  94104
    Telephone:    (415) 626-3939
7   Facsimile:    (415) 875-5700

8   Attorneys for Defendant
    APPLE INC.

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST          Case No.  C 05-00037 JW (HRL)
    LITIGATION.
15
                                              [PROPOSED] ORDER GRANTING
16                                            APPLE'S ADMINISTRATIVE
                                              MOTION TO SEAL
17

18          Having considered Apple Inc.'s Administrative Motion to Seal and the Declaration of

19  David C. Kiernan in support of that motion, having determined that public disclosure of the

20  confidential information described therein would harm defendant Apple Inc., and finding

21  compelling reasons to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s

22  Administrative Motion is GRANTED.  Apple shall file under seal portions of Apple's Reply in

23  Support of its Motion for Summary Judgment and the exhibits to the Declaration of Michael Scott

24  in support thereof, in accordance with General Order 62.

25  **IT IS SO ORDERED.**

26  Dated: _____, 2011          _____
            April 1
27                                        James Ware
                                          United States District Chief Judge
28

    SFI-666479v1

[Proposed] Order Granting Admin. Mot. to Seal
                                            C 05 00037 JW (HRL), C-06-04457 JW (HRL)