1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
|---|---|---|
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF DEFENDANT'S EXPERT, DR. MICHELLE M. BURTIS, Ph.D. AND EXHIBIT 1 TO THE DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT THEREOF PURSUANT TO LOCAL RULE 79-5(b)-(c) |

615775_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2  Seal Portions of Plaintiffs' Motion to Exclude the Opinions of Defendant's Expert, Dr. Michelle M.
3  Burtis, Ph.D. ("Motion") and Exhibit 1 to the Declaration of Alexandra S. Bernay in Support
4  Thereof ("Bernay Exhibit") Pursuant to Local Rule 79-5(b)-(c).  The Court, having reviewed the
5  submissions, ORDER, ADJUDGES and DECREES that:
6  Plaintiffs' Administrative Motion to File Portions of the Motion and Bernay Exhibit Pursuant
7  to Local Rule 79-5(b)-(c) is GRANTED.
8  IT IS SO ORDERED.
9  DATED: April 1, 2011                         _____
                                                THE HONORABLE JAMES WARE
10                                              UNITED STATES DISTRICT JUDGE

11 Submitted by:

12 ROBBINS GELLER RUDMAN
   & DOWD LLP
13 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
14 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
15 CARMEN A. MEDICI
   655 West Broadway, Suite 1900
16 San Diego, CA  92101
   Telephone:  619/231-1058
17 619/231-7423 (fax)

18 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
19 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
20 Telephone:  202/625-4342
   202/330-5593 (fax)
21
   Co-Lead Counsel for Plaintiffs
22
   BONNETT, FAIRBOURN, FRIEDMAN
23   & BALINT, P.C.
   ANDREW S. FRIEDMAN
24 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
25 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
26 Phoenix, AZ  85012
   Telephone:  602/274-1100
27 602/274-1199 (fax)

28
615775_1
[PROP] ORDER GRANTING PLTFS' ADMIN MOT TO FUS PORTIONS OF PLTFS' MOT TO
EXCLUDE THE OPINIONS OF DEF'S EXPERT, DR. MICHELLE M. BURTIS, PH.D. - C-05-00037-
JW(HRL)                                                                              - 1 -

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

615775_1

[PROP] ORDER GRANTING PLTFS' ADMIN MOT TO FUS PORTIONS OF PLTFS' MOT TO EXCLUDE THE OPINIONS OF DEF'S EXPERT, DR. MICHELLE M. BURTIS, PH.D. - C-05-00037-JW(HRL) - 2 -