Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael Scott #255288
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:      (415) 626-3939
Facsimile:       (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW (HRL)<br>C 06-04457 JW (HRL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having considered Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Notice of Motion and Motion to Compel Production of Data and Declaration of Alexandra S. Bernay in Support Thereof Pursuant to Local Rule 79-f(c), and Apple Inc.'s response to that motion, and good cause found,

IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion to File Under Seal is GRANTED.  Plaintiffs shall file under seal the unredacted versions of: Plaintiffs' Notice of Motion and Motion to Compel Production of Data and Declaration of Alexandra S. Bernay in support thereof pursuant to General Order 62.

**IT IS SO ORDERED.**

Dated: _____, 2011

By: _____
Hon. Howard Lloyd
United States Magistrate Judge

SFI-623123v1