Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 JW (HRL)<br>C 06-04457 JW (HRL)<br><br>[CLASS ACTION]<br><br>**DECLARATION OF MICHAEL SCOTT IN SUPPORT OF APPLE INC.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

1.      I am an associate in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104.  I submit this declaration in support of Apple Inc.'s ("Apple") Response to Plaintiffs' Administrative Motion to Seal.  The facts stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

2.      The relief requested in the Administrative Motion is necessary and narrowly tailored to protect Apple's confidential business information.  Plaintiffs' Notice of Motion and Motion to Compel Production of Data ("Motion to Compel") and Declaration of Alexandra S.

- 1 -

Decl. ISO Apple Inc.'s Resp. to Admin. Mot.to Seal
C 05-00037 JW (HRL); C 06-04457 JW (HRL)

1  Bernay in Support Thereof ("Bernay Declaration") contain highly confidential information
2  regarding iPod reseller transaction data. As demonstrated in the attached declarations, the
3  disclosure of this information would harm Apple. The Court recently granted a motion to seal
4  similar information in relation to Apple's Opposition to Renewed Motion for Class Certification.
5  See Dkt. 526.
6      3.    Attached as Exhibit 1 is a true and correct copy of the Declaration of Mark
7  Buckley in Support of Apple's Response to Plaintiffs' Motion to File Under Seal filed
8  January 14, 2011, Dkt. 454.
9      Executed this 4th day of April, 2011 in San Francisco, California.

          /s/Michael T. Scott
          Michael T. Scott

SFI-667299v1

Decl. ISO Apple Inc.'s Resp. to Admin. Mot. to Seal
C 05-00037 JW (HRL); C 06-04457 JW (HRL)
- 2 -