**Exhibit 1**

Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
Craig E. Stewart #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**DECLARATION OF MARK BUCKLEY IN SUPPORT OF APPLE INC.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Mark Buckley, declare as follows:

1. I am a Financial Analyst at Apple Inc. ("Apple"). I have held this position since August 15, 2005. I submit this declaration in support of Apple's Response to Plaintiffs' Administrative Motion to File Under Seal (Dkt. 434, "Administrative Motion"). The facts stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

2. The relief requested in the Administrative Motion is necessary and narrowly tailored to protect Apple's confidential business information. The redacted portions of pages 5

- 1 -

Decl. ISO Apple Inc.'s Response to Plaintiffs'
Administrative Motion to Seal
C 05 00037 JW (HRL)

1  and 6 of Plaintiffs' Motion Regarding Schedule for Class Certification and Depositions (Dkt.
2  432) and page 2 of the Bernay Declaration in support thereof (Dkt. 433) contain confidential
3  descriptions of data regarding Apple's transactions with iPod resellers that must be kept
4  confidential in order to avoid causing substantial harm to Apple.

5      3.    Apple's practices are that such information is to be kept highly confidential and
6  must not be publicly disclosed. Data regarding Apple's transactions with iPod resellers was
7  produced to plaintiffs pursuant to the Stipulation and Protective Order Regarding Confidential
8  Information entered June 13, 2007 ("Protective Order," Dkt. 112). The public disclosure of this
9  highly confidential information would cause substantial harm to Apple.

10  I declare under penalty of perjury under the laws of the United States and the State of
11  California that the foregoing is true and correct.

12  Executed this  13  day of January, 2011 in Cupertino, California.

13  *[signature: Mark Buckley]*
14  Mark Buckley

15  SFI-658673v1

- 2 -

Decl. ISO Apple Inc.'s Response to Plaintiffs'
Administrative Motion to Seal
C 05 00037 JW (HRL)