ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION )<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS. )<br>)<br>)<br>) | Lead Case No. C-05-00037-JW(HRL)<br><br><u>CLASS ACTION</u><br><br>REQUEST FOR LEAVE TO FILE BRIEF RESPONSE TO APPLE'S OBJECTIONS TO PLAINTIFFS' EVIDENCE FILED IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION<br><br>JUDGE:    Hon. James Ware<br>DATE:     TBD<br>TIME:     TBD<br>CTRM:    8, 4th Floor |

617469_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that as soon as the Court's schedule allows, plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Charoensak (collectively, "Plaintiffs") hereby move this Court for leave to file a brief response to Apple's Objections to Plaintiffs' Evidence Filed in Support of Reply in Support of Plaintiffs' Renewed Motion for Class Certification ("Objections"). Plaintiffs seek leave because matters raised in Apple's Objections are contrary to the clear record and misstate critical matters raised in the Reply Declaration of Roger G. Noll and in the Declaration of Alexandra S. Bernay in Support of Reply Memorandum in Support of Plaintiffs' Renewed Motion for Class Certification ("Bernay Declaration").

Plaintiffs seek to submit a response of not more than four pages to address the Objections and seek to cure certain alleged issues by submitting copies of documents cited in the Bernay Declaration.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On Monday, April 4, 2011, Apple filed its Objections. This document makes a number of objections to matters raised by Plaintiffs' expert, Professor Roger G. Noll, in his Reply Declaration and seeks to strike a number of paragraphs in the Bernay Declaration.

Apple's contentions regarding these critical evidentiary issues cannot go uncontested by Plaintiffs. Without an opportunity to respond to the Objections, Plaintiffs will be severely prejudiced prior to the planned April 18, 2011 hearings on Plaintiffs' renewed motion for class certification and Apple's renewed motion for summary judgment. By this request, Plaintiffs seek leave to file a brief response – no more than four pages – that addresses the issues raised by the Objections. Plaintiffs also request leave to submit as exhibits copies of documents cited in the Bernay Declaration to lay to rest Apple's claimed objection to Plaintiffs' citation to discovery-related correspondence as well as a short Declaration from former Plaintiffs' attorney Paula M Roach.

Moreover, the Objections improperly include further argument on the motion in contravention of Local Rule 7-3(d)(1) which provides that an objection to reply evidence "may not include further argument on the motion." Here, Apple has made a number of statements in its

1  Objections that plainly constitute further argument on the motion.  This further demonstrates why
2  Plaintiffs' brief submission should be considered by the Court.
3        Plaintiffs' request the Court consider this request on an expedited basis because of the
4  pending schedule for oral argument.

## CONCLUSION

6        For the foregoing reasons, Plaintiffs' request to respond to Apple's Objections should be
7  granted.

8  DATED:  April 11, 2011                Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI

        s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.

| | |
|---|---|
| 1 | MICHAEL D. BRAUN |
| 2 | 10680 West Pico Blvd., Suite 280 |
|   | Los Angeles, CA  90064 |
| 3 | Telephone:  310/836-6000 |
|   | 310/836-6010 (fax) |

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

617469_1

REQ FOR LEAVE TO FILE BRIEF RESPONSE TO APPLE'S OBJECTIONS TO PLTFS' EVIDENCE FILED IN SUPPORT OF REPLY TO PLTFS' RENEWED MOTION FOR CC - C-05-00037-JW(HRL)   - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 11, 2011.

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: xanb@rgrdlaw.com

617469_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`