1
2
3
4
5
6
7
8
9
10
11
12
13                        UNITED STATES DISTRICT COURT
14                       NORTHERN DISTRICT OF CALIFORNIA
15                              SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
| ) | <u>CLASS ACTION</u> |
| ) ) | |
| This Document Relates To: ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR LEAVE TO FILE BRIEF RESPONSE TO APPLE'S OBJECTIONS TO PLAINTIFFS' EVIDENCE FILED IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION |
| ALL ACTIONS. ) ) | |

16
17
18
19
20
21
22
23
24
25
26
27
28

618068_1
618068_1

1  Having considered Plaintiffs' Request for Leave to File Brief Response to Apple's
2  Objections to Plaintiffs' Evidence Filed in Support of Reply in Support of Plaintiffs' Renewed
3  Motion for Class Certification, IT IS HEREBY ORDERED THAT Plaintiffs' request for leave is
4  GRANTED.
5     IT IS SO ORDERED.
6  DATED: _____   _____
                                        THE HONORABLE JAMES WARE
7                                       UNITED STATES DISTRICT JUDGE

8  Submitted by:

9  ROBBINS GELLER RUDMAN
      & DOWD LLP
10 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
11 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
12 CARMEN A. MEDICI
   655 West Broadway, Suite 1900
13 San Diego, CA  92101
   Telephone:  619/231-1058
14 619/231-7423 (fax)

15 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
16 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
17 Telephone:  202/625-4342
   202/330-5593 (fax)
18
   Co-Lead Counsel for Plaintiffs
19
   BONNETT, FAIRBOURN, FRIEDMAN
20    & BALINT, P.C.
   ANDREW S. FRIEDMAN
21 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
22 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
23 Phoenix, AZ  85012
   Telephone:  602/274-1100
24 602/274-1199 (fax)

25 BRAUN LAW GROUP, P.C.
   MICHAEL D. BRAUN
26 10680 West Pico Blvd., Suite 280
   Los Angeles, CA  90064
27 Telephone:  310/836-6000
   310/836-6010 (fax)
28

| | |
|---|---|
| 1 | |
| 2 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 3 | 275 Madison Avenue, Suite 801<br>New York, NY 10016 |
| 4 | Telephone: 212/682-1818<br>212/682-1892 (fax) |
| 5 | |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: 310/201-9150 |
| 8 | 310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |