UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1-30 TO THE DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S OBJECTIONS TO PLAINTIFFS' EVIDENCE FILED IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 79-5(b) |

618083_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under Seal Exhibits 1-30 to the Declaration of Alexandra S. Bernay in Support of Plaintiffs' Opposition to Apple's Objections to Plaintiffs' Evidence Filed in Support of Reply in Support of Plaintiffs' Renewed Motion for Class Certification ("Bernay Exhibits") Pursuant to Local Rule 79-5(b). The Court, having reviewed the submissions, ORDERS, ADJUDGES and DECREES that:

Plaintiffs' Administrative Motion to File the Bernay Exhibits Under Seal Pursuant to Local Rule 79-5(b) is GRANTED.

IT IS SO ORDERED.

DATED: _____          _____
                                        THE HONORABLE JAMES WARE
                                        UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

618083_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOT TO FUS EXHIBITS 1-30 TO THE DEC OF ALEXANDRA S. BERNAY ISO PLTFS' OPPO TO APPLE'S OBJECTIONS TO PLTFS' EVIDENCE - C-05-00037-JW(HRL)

- 1 -

| | |
|---|---|
| 1 | |
| 2 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 3 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 4 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 5 | MURRAY, FRANK & SAILER LLP |
| 6 | BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 7 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 8 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 9 | GLANCY BINKOW & GOLDBERG LLP |
| 10 | MICHAEL GOLDBERG<br>1801 Avenue of the Stars, Suite 311 |
| 11 | Los Angeles, CA  90067<br>Telephone:  310/201-9150 |
| 12 | 310/201-9160 (fax) |
| 13 | Additional Counsel for Plaintiffs |

618083_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOT TO FUS EXHIBITS 1-30 TO THE DEC OF
ALEXANDRA S. BERNAY ISO PLTFS' OPPO TO APPLE'S OBJECTIONS TO PLTFS' EVIDENCE - C-05-
00037-JW(HRL)