ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S OBJECTIONS TO PLAINTIFFS' EVIDENCE FILED IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION |
| | JUDGE:   Hon. James Ware<br>DATE:     April 18, 2011<br>TIME:     9:00 a.m.<br>CTRM:    8, 4th Floor |

**[EXHIBITS 1-30 FILED UNDER SEAL]**

618078_1

I, ALEXANDRA S. BERNAY, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am an associate at the law firm Robbins Geller Rudman & Dowd LLP, Co-Lead Counsel of record for Plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I submit this Declaration in Support of Plaintiffs' Opposition to Apple's Objections to Plaintiffs' Evidence Filed in Support of Reply in Support of Plaintiffs' Renewed Motion for Class Certification.

3. Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 1: | Email between counsel, dated February 26, 2010 **[filed under seal]**; |
| Exhibit 2: | Email between counsel, dated October 15, 2009 **[filed under seal]**; |
| Exhibit 3: | Letter between counsel, dated October 13, 2009 **[filed under seal]**; |
| Exhibit 4: | Letter between counsel, dated October 19, 2009 **[filed under seal]**; |
| Exhibit 5: | Email between counsel, dated March 18, 2010 **[filed under seal]**; |
| Exhibit 6: | Letter between counsel, dated July 15, 2010 **[filed under seal]**; |
| Exhibit 7: | Letter between counsel, dated November 11, 2009 **[filed under seal]**; |
| Exhibit 8: | Email between counsel, dated December 11, 2010 **[filed under seal]**; |
| Exhibit 9: | Letter between counsel, dated September 20, 2010 **[filed under seal]**; |
| Exhibit 10: | Letter between counsel, dated December 14, 2010 **[filed under seal]**; |
| Exhibit 11: | Email between counsel, dated December 17, 2010 **[filed under seal]**; |
| Exhibit 12: | Email between counsel, dated January 6, 2011 **[filed under seal]**; |
| Exhibit 13: | Email between counsel, dated January 4, 2011 **[filed doncer seal]**; |

618078_1

DEC OF ALEXANDRA S. BERNAY ISO PLTFS' OPPO TO APPLE'S OBJECTIONS TO PLTFS' EVIDENCE FILED ISO REPLY ISO PLTFS' RENEWED MOT FOR CC - C-05-00037-JW(HRL)    - 1 -

| | | |
|---|---|---|
| Exhibit 14: | Email between counsel, dated January 25, 2011 **[filed under seal]**; |
| Exhibit 15: | Email between counsel, dated February 9, 2011 **[filed under seal]**; |
| Exhibit 16: | Email between counsel, dated February 14, 2011 **[filed under seal]**; |
| Exhibit 17: | Email between counsel, dated February 20, 2011 **[filed under seal]**; |
| Exhibit 18: | Email between counsel, dated February 25, 2011 **[filed under seal]**; |
| Exhibit 19: | Email between counsel, dated March 3, 2011 **[filed under seal]**; |
| Exhibit 20: | Email between counsel, dated March 7, 2011 **[filed under seal]**; |
| Exhibit 21: | Email between counsel, dated March 10, 2011 **[filed under seal]**; |
| Exhibit 22: | Email between counsel, dated March 11, 2011 **[filed under seal]**; |
| Exhibit 23: | Email between counsel, dated March 15, 2011 **[filed under seal]**; |
| Exhibit 24: | Email between counsel, dated March 16, 2011 **[filed under seal]**; |
| Exhibit 25: | Email between counsel, dated March 21, 2011 **[filed under seal]**; |
| Exhibit 26: | Email between counsel, dated March 22, 2011 **[filed under seal]**; |
| Exhibit 27: | Email between counsel, dated March 23, 2011 **[filed under seal]**; |
| Exhibit 28: | Email between counsel, dated March 25, 2011 **[filed under seal]**; |
| Exhibit 29: | Email between counsel, dated March 25, 2011 **[filed under seal]**; and |
| Exhibit 30: | Email between counsel, dated March 28, 2011 **[filed under seal]**. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of April, 2011, at San Diego, California.

                                                  s/ Alexandra S. Bernay
                                              ALEXANDRA S. BERNAY

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 11, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 11, 2011.

    s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
      & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      xanb@rgrdlaw.com

618078_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`