# EXHIBITS 1-30
# [Filed Under Seal]