1   Robert A. Mittelstaedt  #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart  #129530
    cestewart@jonesday.com
3   David C. Kiernan #215335
    dkiernan@jonesday.com
4   Michael T. Scott #255282
    michaelscott@jonesday.com
5   JONES DAY
    555 California Street, 26th Floor
6   San Francisco, CA  94104
    Telephone:    (415) 626-3939
7   Facsimile:    (415) 875-5700

8   Attorneys for Defendant
    APPLE INC.

9
                    UNITED STATES DISTRICT COURT

10
                  NORTHERN DISTRICT OF CALIFORNIA

11
                        SAN JOSE DIVISION

12

13  THE APPLE iPOD iTUNES ANTI-TRUST            Case No.  C 05-00037 JW (HRL)
    LITIGATION.                                           C 06-04457 JW (HRL)
14
                                                 [CLASS ACTION]
15
                                                 **[PROPOSED] ORDER GRANTING**
16                                               **APPLE'S ADMINISTRATIVE**
                                                 **MOTION TO SEAL**
17

18          Having considered Apple Inc.'s Administrative Motion to Seal and the Declaration of

19  Michael Scott in support of that motion, having determined that public disclosure of the

20  confidential information described therein would harm defendant Apple Inc., and finding good

21  reason to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative

22  Motion is GRANTED.  Apple shall file under seal portions of Apple's Opposition to Motion to

23  Exclude the Opinions of Defendant's Expert, Dr. Michelle M. Burtis, Ph.D, the Expert Report of

24  Dr. Michelle M. Burtis in support thereof, and exhibits to the Declaration of David Kiernan in

25  support thereof, in accordance with General Order 62.

26  **IT IS SO ORDERED.**

27  Dated: _____, 2011     _____

28                                   James Ware
                                     United States District Judge