1

Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com

2

Craig E. Stewart  #129530
cestewart@jonesday.com

3

David C. Kiernan #215335
dkiernan@jonesday.com

4

Michael T. Scott #255282
michaelscott@jonesday.com

5

JONES DAY
555 California Street, 26th Floor

6

San Francisco, CA  94104
Telephone:     (415) 626-3939

7

Facsimile:      (415) 875-5700

8

Attorneys for Defendant
APPLE INC.

9

10

# UNITED STATES DISTRICT COURT

11

## NORTHERN DISTRICT OF CALIFORNIA

12

### SAN JOSE DIVISION

13

14

THE APPLE iPOD iTUNES ANTI-TRUST
LITIGATION

15

16

17

This Document Relates To:

18

ALL ACTIONS

19

20

21

Lead Case No.       C 05-00037 JW (HRL)
[Class Action]

**MOTION FOR LEAVE TO FILE
SUPPLEMENTAL OBJECTIONS
TO REPLY DECLARATION OF
ROGER C. NOLL AND
SUPPLEMENTAL OPPOSITION
TO CLASS CERTIFICATION
MOTION**

Date:           April 18, 2011
Time:          9:00 a.m.
Courtroom: 8, 4th Floor

22

23

24

25

26

27

28

1    Pursuant to Local Rule 7-11, defendant Apple Inc. hereby moves the Court for leave to

2    supplement its objections and opposition to Plaintiffs' class certification motion based on

3    deposition testimony from Plaintiffs' expert, Roger C. Noll, that was not available and could not

4    have been obtained before the deadlines for Apple's previously filed objections and opposition.

5    The proposed supplemental objections and opposition is less than two pages in length.

6    As explained in the supplemental objections and opposition, Professor Noll admitted at his

7    deposition that, contrary to Plaintiffs' assertion that Professor Noll had prepared a "working

8    regression analysis" (Doc. 550, p. 8), the regression model he proffered for the first time in his

9    reply declaration is not a valid damages model, contains specification errors that could bias its

10   results and cannot be relied upon to determine whether iPod prices were affected by the software

11   updates that Plaintiffs challenge.

12   Because the proposed regression goes to the heart of Plaintiffs' motion for class

13   certification, Apple submits that good cause exists to permit it to present to the Court its two-page

14   supplemental objections and opposition presenting Professor Noll's admissions.

15   Apple accordingly respectfully requests that the Court grant this motion for leave to file.

16   Dated: April 11, 2011                          JONES DAY

17

18                                                  By:    /s/ Robert A. Mittelstaedt
19                                                         Robert A. Mittelstaedt

20                                                  Attorneys for Defendant
                                                    APPLE INC.

21   SFI-673555v1

22

23

24

25

26

27

28

Mot. for Leave to File Supp. Objs.
C 05-00037 JW (HRL); C 06-04457 JW (HRL)