| | |
|---|---|
| 1 | Robert A. Mittelstaedt  #60359 |
|   | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart  #129530 |
|   | cestewart@jonesday.com |
| 3 | David C. Kiernan #215335 |
|   | dkiernan@jonesday.com |
| 4 | Michael T. Scott #255282 |
|   | michaelscott@jonesday.com |
| 5 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 6 | San Francisco, CA  94104 |
|   | Telephone:     (415) 626-3939 |
| 7 | Facsimile:      (415) 875-5700 |
| 8 | Attorneys for Defendant |
|   | APPLE INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No.    C 05-00037 JW (HRL) |
| | [Class Action] |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL OBJECTIONS TO REPLY DECLARATION OF ROGER C. NOLL AND SUPPLEMENTAL OPPOSITION TO CLASS CERTIFICATION MOTION** |
| ALL ACTIONS | |
| | Date:      April 18, 2011 |
| | Time:      9:00 a.m. |
| | Courtroom: 8, 4th Floor |

1    Having considered defendant Apple Inc.'s Motion for Leave to File Supplemental
2 Objections to Reply Declaration of Roger C. Noll and Supplemental Opposition to Class
3 Certification Motion, IT IS HEREBY ORDERED that the motion is granted.

Dated: _____, 2011

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

SFI-673557v1