1   Robert A. Mittelstaedt  #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart  #129530
    cestewart@jonesday.com
3   David C. Kiernan #215335
    dkiernan@jonesday.com
4   Michael T. Scott #255282
    michaelscott@jonesday.com
5   JONES DAY
    555 California Street, 26th Floor
6   San Francisco, CA  94104
    Telephone:     (415) 626-3939
7   Facsimile:     (415) 875-5700

8   Attorneys for Defendant
    APPLE INC.

9

                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13

14  **THE APPLE iPOD iTUNES ANTI-**        **Lead Case No. C 05 00037 JW (HRL)**
    **TRUST LITIGATION**

15                                         **CERTIFICATE OF SERVICE**
    **This Document Related To:**

16

17  **ALL ACTIONS**

18

19

20

21

22

23

24

25

26

27

28

SFI-659149v3

1

1

## PROOF OF SERVICE

2          I, Margaret Landsborough, declare:

3          I am a citizen of the United States and employed in San Francisco County, California.  I

4    am over the age of eighteen years and not a party to the within-entitled action.  My business

5    address is 555 California Street, 26th Floor, San Francisco, California  94104.  On April 12, 2011,

6    I served a copy of the within documents:

7          **1. Apple's Opposition to Motion to Exclude the Opinions of Defendant's Expert,**
               **Dr. Michelle M. Burtis, Ph.D**
8
          **2. Declaration of David C. Kiernan in Support of Apple Opposition to Plaintiffs'**
9             **Motion to Exclude the Opinions of Defendant's Expert Dr. Michelle M.**
               **Burtis, Ph.D**
10
          **3. Expert Report of Dr. Michelle M. Burtis in Support of Apple Inc.'s**
11            **Opposition to Plaintiffs' Motion to Exclude**

12

13   ☐      by transmitting via facsimile the document(s) listed above to the fax number(s) set
             forth below on this date before 5:00 p.m.

14   ☒      by placing the document(s) listed above in a sealed envelope with postage thereon
             fully prepaid, in the United States mail at San Francisco, California addressed as
15           set forth below.

16   ☐      by placing the document(s) listed above in a sealed envelope and affixing a pre-
             paid air bill, and causing the envelope to be delivered to a agent for delivery.
17
18   ☐      by personally delivering the document(s) listed above to the person(s) at the
             address(es) set forth below.

19   ☐      by transmitting via e-mail or electronic transmission the document(s) listed above
             to the person(s) at the e-mail address(es) set forth below.
20

21   **SEE ATTACHED SERVICE LIST**

22          I am readily familiar with the firm's practice of collection and processing correspondence

23   for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same

24   day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

25   motion of the party served, service is presumed invalid if postal cancellation date or postage

26   meter date is more than one day after date of deposit for mailing in affidavit.

27

28

1    I declare that I am employed in the office of a member of the bar of this court at whose
2    direction the service was made.
3         Executed on April 12, 2011, at San Francisco, California.

                                                    _____
                                                         Margaret Landsborough

1

## SERVICE LIST

2 **Attorneys for Plaintiffs:**

3 Bonny E. Sweeney
Thomas R. Merrick
Alexandra Bernay
4 Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
5 San Diego, CA 92101
T: (619) 231-1058
6 F: (619) 231-7423
bonnys@rgrdlaw.com
7 tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
8

Roy A. Katriel
The Katriel Law Firm, P.C.
1101 30th Street, NW, Suite 500
Washington, DC 20007
T: (202) 625-4342
rak@katriellaw.com

9 Andrew S. Friedman
Francis J. Balint, Jr.
Elaine A. Ryan
10 Todd D. Carpenter
Bonnett Fairbourn Friedman & Balint PC
11 2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
12 T: (602) 274-1100
F: (602) 274-1199
13 afriedman@bffb.com
fbalint@bffb.com
14 eryan@bffb.com
tcarpenter@bffb.com
15

Michael D. Braun
Braun Law Group
10680 West Pico Boulevard, Suite 280
Los Angeles, CA 90064
T: (310) 836-6000
F: (310) 836-6010
mdb@braunlawgroup.com

16 Brian P. Murray
Jacqueline Sailer
17 Murray Frank & Sailer LLP
275 Madison Avenue, Suite 801
18 New York, NY 10016
T: (212) 682-1818
19 F: (212) 682-1892
bmurray@murrayfrank.com
20 jsailer@murrayfrank.com

Marc Godino
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
T: (310) 201-9150
F: (310) 201-9160
mgodino@glancylaw.com

21
Attorneys for Plaintiff Stacie Somers
22 Helen I. Zeldes
Alreen Haeggquist
23 Zeldes & Haeggquist LLP
625 Broadway, Suite 906
24 San Diego, CA 92101
T: (619) 434-0024
25 F: (619) 342-7878
helenz@zhlaw.com
26 alreenh@zhlaw.com

Steven A. Skalet
Craig L. Briskin
Mehri & Skalet PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, DC 20036
T: (202) 822-5100
F: (202) 822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

27

28

SFI-659149v3

PROOF OF SERVICE
Case Nos. C 05 00037 JW (HRL)