Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael Scott #255288
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW (HRL)<br>C 06-04457 JW (HRL)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
|---|---|

Having considered Apple's Administrative Motion to File Under Seal and the Declaration of Michael Scott in support thereof, and good cause found,

IT IS HEREBY ORDERED THAT Apple's Administrative Motion to File Under Seal is GRANTED.  Apple shall file under seal the unredacted versions of: Apple's Opposition to Plaintiff's Motion to Compel and the Declaration of David C. Kiernan in support thereof, in accordance with General Order 62.

**IT IS SO ORDERED.**

Dated: _____, 2011        By: _____
                                                     Hon. Howard Lloyd
                                                     United States Magistrate Judge