**\*\* E-filed April 13, 2011 \*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
|---|---|---|
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) ) ) ) ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DATA AND DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT THEREOF PURSUANT TO LOCAL RULE 79-5(c) |
| ALL ACTIONS. | | |

(["PROPOSED"] shown with strikethrough)

612963_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Notice of Motion and Motion to Compel Production of Data ("Motion to Compel") and Declaration of Alexandra S. Bernay in Support Thereof ("Bernay Declaration") Pursuant to Local Rule 79-5(c). The Court, having reviewed the submissions, ORDERS, ADJUDGES and DECREES that:

Plaintiffs' Administrative Motion to File Portions of the Motion to Compel and Bernay Declaration Pursuant to Local Rule 79-5(c) is GRANTED.

IT IS SO ORDERED.

DATED: April 13, 2011

_____
THE HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

612963_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOTION TO FUS PORTIONS OF PLTFS' NOM AND MTC PRODUCTION OF DATA AND DEC OF ALEXANDRA S. BERNAY - C-05-00037-JW(HRL) - 1 -

| | |
|---|---|
| 1 | |
| 2 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 3 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 4 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 5 | MURRAY, FRANK & SAILER LLP |
| 6 | BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 7 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 8 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 9 | GLANCY BINKOW & GOLDBERG LLP |
| 10 | MICHAEL GOLDBERG<br>1801 Avenue of the Stars, Suite 311 |
| 11 | Los Angeles, CA  90067<br>Telephone:  310/201-9150 |
| 12 | 310/201-9160 (fax) |
| 13 | Additional Counsel for Plaintiffs |

612963_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOTION TO FUS PORTIONS OF PLTFS' NOM AND MTC PRODUCTION OF DATA AND DEC OF ALEXANDRA S. BERNAY - C-05-00037-JW(HRL) - 2 -