Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 JW (HRL)<br>C 06-04457 JW (HRL)<br>[CLASS ACTION]<br>[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL |

Having considered Apple Inc.'s Administrative Motion to Seal and the Declaration of Michael Scott in support of that motion, having determined that public disclosure of the confidential information described therein would harm defendant Apple Inc., and finding good reason to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative Motion is GRANTED.  Apple shall file under seal portions of Apple's Opposition to Motion to Exclude the Opinions of Defendant's Expert, Dr. Michelle M. Burtis, Ph.D, the Expert Report of Dr. Michelle M. Burtis in support thereof, and exhibits to the Declaration of David Kiernan in support thereof, in accordance with General Order 62.

**IT IS SO ORDERED.**

Dated:  April 13 , 2011

_____
James Ware
United States District Judge

- 1 -

[Proposed] Order Granting Admin. Mot. to Seal
C 05-00037 JW (HRL)