| | |
|---|---|
| 1 | Robert A. Mittelstaedt  #60359 |
|   | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart  #129530 |
|   | cestewart@jonesday.com |
| 3 | David C. Kiernan  #215335 |
|   | dkiernan@jonesday.com |
| 4 | Michael Scott  #255288 |
|   | michaelscott@jonesday.com |
| 5 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 6 | San Francisco, CA  94104 |
|   | Telephone:    (415) 626-3939 |
| 7 | Facsimile:     (415) 875-5700 |

** E-filed April 13, 2011 **

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW (HRL)<br>C 06-04457 JW (HRL)<br><br>[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Having considered Apple's Administrative Motion to File Under Seal and the Declaration of Michael Scott in support thereof, and good cause found,

IT IS HEREBY ORDERED THAT Apple's Administrative Motion to File Under Seal is GRANTED.  Apple shall file under seal the unredacted versions of: Apple's Opposition to Plaintiff's Motion to Compel and the Declaration of David C. Kiernan in support thereof, in accordance with General Order 62.

**IT IS SO ORDERED.**

Dated: __April 13__, 2011         By: _____
                                      Hon. Howard Lloyd
                                      United States Magistrate Judge

[Proposed] Order to File Under Seal
C 05-00037 JW (HRL); C 06-04457 JW (HRL)