1
2
3
4
5
6
7
8
9
10
11
12

13                              UNITED STATES DISTRICT COURT
14                             NORTHERN DISTRICT OF CALIFORNIA
15                                      SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(HRL) |
| ) | <u>CLASS ACTION</u> |
| ) | |
| This Document Relates To: ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' SUBMISSION OF SUPPLEMENTAL EVIDENCE FROM THE DEPOSITION OF STEVE JOBS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SUMMARY JUDGMENT AND EXHIBITS 1-3, 5 TO THE DECLARATION OF ALEXANDRA S. BERNAY PURSUANT TO LOCAL RULE 79-5(b)-(c) |
| ALL ACTIONS. ) ) | |

619008_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2  Seal Plaintiffs' Submission of Supplemental Evidence from the Deposition of Steve Jobs in Support of
3  Plaintiffs' Opposition to Summary Judgment ("Supplemental Evidence") and Exhibits 1-3, 5 to the
4  Declaration of Alexandra S. Bernay ("Bernay Exhibits") Pursuant to Local Rule 79-5(b)-(c).  The
5  Court, having reviewed the submissions, ORDERS, ADJUDGES and DECREES that:
6      Plaintiffs' Administrative Motion to File the Supplemental Evidence and Bernay Exhibits
7  Under Seal Pursuant to Local Rule 79-5(b)-(c) is GRANTED.
8      IT IS SO ORDERED.
9  DATED: _____    _____
                                              THE HONORABLE JAMES WARE
10                                             UNITED STATES DISTRICT JUDGE

11 Submitted by:

12 ROBBINS GELLER RUDMAN
     & DOWD LLP
13 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
14 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
15 CARMEN A. MEDICI
   655 West Broadway, Suite 1900
16 San Diego, CA  92101
   Telephone:  619/231-1058
17 619/231-7423 (fax)

18 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
19 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
20 Telephone:  202/625-4342
   202/330-5593 (fax)
21
   Co-Lead Counsel for Plaintiffs
22
   BONNETT, FAIRBOURN, FRIEDMAN
23   & BALINT, P.C.
   ANDREW S. FRIEDMAN
24 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
25 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
26 Phoenix, AZ  85012
   Telephone:  602/274-1100
27 602/274-1199 (fax)

28

619008_1   [PROP] ORDER GRANTING PLTFS' ADMIN MOT TO FUS PLTFS' SUBMISSION OF SUPP EVIDENCE FROM
           DEPO OF STEVE JOBS ISO PLTFS' OPPO TO SJ & EXS 1-3, 5 TO DEC OF ASB - C-05-00037-JW(HRL)    - 1 -

| | |
|---|---|
| 1 | |
| 2 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN<br>10680 West Pico Blvd., Suite 280 |
| 3 | Los Angeles, CA 90064<br>Telephone: 310/836-6000 |
| 4 | 310/836-6010 (fax) |
| 5 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 6 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 7 | New York, NY 10016<br>Telephone: 212/682-1818 |
| 8 | 212/682-1892 (fax) |
| 9 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 10 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 |
| 11 | Telephone: 310/201-9150<br>310/201-9160 (fax) |
| 12 | |
| 13 | Additional Counsel for Plaintiffs |
| 14 | |
| ... | |
| 28 | |