| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   &amp; DOWD LLP |
| 2 | JOHN J. STOIA, JR. (141757) |
|   | BONNY E. SWEENEY (176174) |
| 3 | THOMAS R. MERRICK (177987) |
|   | ALEXANDRA S. BERNAY (211068) |
| 4 | CARMEN A. MEDICI (248417) |
|   | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA 92101 |
|   | Telephone: 619/231-1058 |
| 6 | 619/231-7423 (fax) |
|   | johns@rgrdlaw.com |
| 7 | bonnys@rgrdlaw.com |
|   | tmerrick@rgrdlaw.com |
| 8 | xanb@rgrdlaw.com |
|   | cmedici@rgrdlaw.com |

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To: | MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE FROM THE DEPOSITION OF STEVE JOBS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT |
| ALL ACTIONS. | |
| | JUDGE: Hon. James Ware |
| | DATE: TBD |
| | TIME: TBD |
| | CTRM: 8, 4th floor |

618706_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that as soon as the Court's schedule allows, before the Honorable James Ware, in Courtroom 8, 4th Floor, Plaintiffs Melanie Tucker, Mariana Rosen and Somtai Charoensak (collectively "Plaintiffs") hereby move the Court pursuant to Local Rule 7-11, for leave to file supplementary evidence in support of its opposition to Defendant Apple's Motion for Summary Judgment. This evidence is testimony from Apple, Inc.'s CEO, Steve Jobs, that was not available and could not have been obtained before the deadlines for Plaintiffs' opposition to Apple's Motion for Summary Judgment. Plaintiffs deposed Mr. Jobs April 12, 2011.

Plaintiffs' supplemental submission is short – just 4 pages – and provides important evidence that should be part of the record prior to the hearing on summary judgment set for April 18, 2011. This is evidence Plaintiffs could not have submitted earlier because Apple filed a motion for a protective order to stop the deposition of Mr. Jobs from going forward when it was originally noticed during the fact-discovery period and the motion was not decided by Magistrate Judge Howard R. Lloyd until after Plaintiffs' Opposition to Apple's Motion for Summary Judgment was due.

Plaintiffs' respectfully request that the Court grant this motion for leave to file supplemental evidence.

DATED: April 15, 2011                    Respectfully submitted,

                                         ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                         JOHN J. STOIA, JR.
                                         BONNY E. SWEENEY
                                         THOMAS R. MERRICK
                                         ALEXANDRA S. BERNAY
                                         CARMEN A. MEDICI


                                                s/ Bonny E. Sweeney
                                              BONNY E. SWEENEY

                                         655 West Broadway, Suite 1900
                                         San Diego, CA  92101
                                         Telephone:  619/231-1058
                                         619/231-7423 (fax)

|   |   |
|---|---|
| 1 | |
| 2 | THE KATRIEL LAW FIRM<br>ROY A. KATRIEL |
| 3 | 1101 30th Street, N.W., Suite 500<br>Washington, DC  20007 |
| 4 | Telephone:  202/625-4342<br>202/330-5593 (fax) |
| 5 | Co-Lead Counsel for Plaintiffs |
| 6 | BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C. |
| 7 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 8 | ELAINE A. RYAN<br>TODD D. CARPENTER |
| 9 | 2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ  85012 |
| 10 | Telephone:  602/274-1100<br>602/274-1199 (fax) |
| 11 | |
| 12 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 13 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 14 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 15 | MURRAY, FRANK & SAILER LLP |
| 16 | BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 17 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 18 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 19 | GLANCY BINKOW & GOLDBERG LLP |
| 20 | MICHAEL GOLDBERG<br>1801 Avenue of the Stars, Suite 311 |
| 21 | Los Angeles, CA  90067<br>Telephone:  310/201-9150 |
| 22 | 310/201-9160 (fax) |
| 23 | Additional Counsel for Plaintiffs |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

618706_1   MFL TO FILE SUPP EVIDENCE FROM DEPO OF STEVE JOBS ISO PLTFS' OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT - C-05-00037-JW(HRL)   - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2011.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:     bonnys@rgrdlaw.com

618706_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)