1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE FROM THE DEPOSITION OF STEVE JOBS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT |
| ALL ACTIONS. | |

619006_1

1       Having considered Plaintiffs' Motion for Leave to File Supplemental Evidence from the

2 Deposition of Steve Jobs in Support of Plaintiffs' Opposition to Apple's Motion for Summary

3 Judgment, IT IS HEREBY ORDERED That Plaintiffs' motion for leave is GRANTED.

4       IT IS SO ORDERED.

5 DATED: _____    _____
                                                                                             THE HONORABLE JAMES WARE
6                                                                                              UNITED STATES DISTRICT JUDGE

7 Submitted by:

8 ROBBINS GELLER RUDMAN
   & DOWD LLP
9 JOHN J. STOIA, JR.
BONNY E. SWEENEY
10 THOMAS R. MERRICK
ALEXANDRA S. BERNAY
11 CARMEN A. MEDICI
655 West Broadway, Suite 1900
12 San Diego, CA  92101
Telephone:  619/231-1058
13 619/231-7423 (fax)

14 THE KATRIEL LAW FIRM
ROY A. KATRIEL
15 1101 30th Street, N.W., Suite 500
Washington, DC  20007
16 Telephone:  202/625-4342
202/330-5593 (fax)
17
Co-Lead Counsel for Plaintiffs
18
BONNETT, FAIRBOURN, FRIEDMAN
19   & BALINT, P.C.
ANDREW S. FRIEDMAN
20 FRANCIS J. BALINT, JR.
ELAINE A. RYAN
21 TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
22 Phoenix, AZ  85012
Telephone:  602/274-1100
23 602/274-1199 (fax)

24 BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
25 10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
26 Telephone:  310/836-6000
310/836-6010 (fax)
27

28

619006_1

[PROP] ORDER GRANTING PLTFS' MFL TO FILE SUPP EVID FROM DEPO OF STEVE JOBS IN
SUPP OF PLTFFS' OPPO TO APPLE'S MOT FOR SUMMARY JUDGMENT - C-05-00037-JW(HRL)   - 1 -

1  
2  MURRAY, FRANK & SAILER LLP  
   BRIAN P. MURRAY  
3  JACQUELINE SAILER  
   275 Madison Avenue, Suite 801  
4  New York, NY 10016  
   Telephone: 212/682-1818  
5  212/682-1892 (fax)  

6  GLANCY BINKOW & GOLDBERG LLP  
   MICHAEL GOLDBERG  
7  1801 Avenue of the Stars, Suite 311  
   Los Angeles, CA 90067  
8  Telephone: 310/201-9150  
   310/201-9160 (fax)  

9  Additional Counsel for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28