1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  JOHN J. STOIA, JR. (141757)
   BONNY E. SWEENEY (176174)
3  THOMAS R. MERRICK (177987)
   ALEXANDRA S. BERNAY (211068)
4  CARMEN A. MEDICI (248417)
   655 West Broadway, Suite 1900
5  San Diego, CA 92101
   Telephone: 619/231-1058
6  619/231-7423 (fax)
   johns@rgrdlaw.com
7  bonnys@rgrdlaw.com
   tmerrick@rgrdlaw.com
8  xanb@rgrdlaw.com
   cmedici@rgrdlaw.com
9
   THE KATRIEL LAW FIRM
10 ROY A. KATRIEL (*pro hac vice*)
   1101 30th Street, N.W., Suite 500
11 Washington, DC 20007
   Telephone: 202/625-4342
12 202/330-5593 (fax)
   rak@katriellaw.com
13
   Co-Lead Counsel for Plaintiffs
14
   [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To:<br>ALL ACTIONS. | PLAINTIFFS' SUBMISSION OF SUPPLEMENTAL EVIDENCE FROM THE DEPOSITION OF STEVE JOBS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SUMMARY JUDGMENT |
| | JUDGE: Hon. James Ware<br>DATE: April 18, 2011<br>TIME: 9:00 a.m.<br>CTRM: 8, 4th Floor |

**[REDACTED]**

619029_1

On April 12, 2011, Plaintiffs took the deposition of Steve Jobs, CEO of Apple, Inc. ("Apple"). Plaintiffs submit the following additional evidence in support of Plaintiffs' opposition to Apple's summary judgment motion. This evidence could not have been submitted with Plaintiffs' summary judgment opposition because Apple moved for a protective order to quash the timely-noticed deposition of Mr. Jobs. The hearing on Apple's motion was postponed at Apple's request (because of Mr. Jobs' medical leave of absence), until a date after Plaintiffs' opposition to summary judgment was due. On March 21, 2011, Magistrate Judge Lloyd granted in part and denied in part Apple's motion for protective order. Dkt. No. 543.

Testimony by Mr. Jobs provides additional support for the allegations in Plaintiffs' complaint. At a minimum, his testimony further demonstrates that there are myriad material disputed facts that preclude summary judgment.

Apple argues, for example, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "any basis to infer that Apple's redesign starting in May 2004 was in reaction to Harmony." Apple's Reply in Support of Motion for Summary Judgment ("Def. Reply Mem."), dated March 28, 2011, at 7. Testimony by Mr. Jobs, as well as Apple documents, suggest, however, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. In the Q&A section of the article, Mr. Glaser stated that RealNetworks decided in January 2004, four months before the proposal to Mr. Jobs, to implement Harmony:

Q: Has the Harmony project met your expectations?

A: No, it has blown them away. *We took the decision at the beginning of the year to implement Harmony*. It really went back to some things we were working on before, where we've had good experience with creating technology with interoperability in the past.

                \*    \*    \*

[Q:] *You had attempted to ask Jobs if he was interested in providing a license to FairPlay and the iPod back in April. But you had the Harmony project already under way at that point?*

[A:] *Absolutely*. We had reached the conclusion that technically we had all the bases covered, and that we were going to be able to implement something that was

| | |
|---|---|
| 1 | very good. We didn't have all the finish on it, and all the user interface hooked up, and hadn't done all the final tuning and everything, but at the time I contacted Steve, we were well on the way – which is when he decided to do a Bill O'Reilly on us. |
| 2 | |
| 3 | Ex. 1, (Jobs Exhibit 10 at AIIA00920839-40) (emphasis added).[1] |



Ex. 2 (Jobs Tr. at 23:20-24:23).

---

[1] All references to "Ex." are to the exhibits attached to the Declaration of Alexandra S. Bernay in Support of Plaintiffs' Submission of Supplemental Evidence from the Deposition of Steve Jobs in Support of Plaintiffs' Opposition to Summary Judgment.

1    In addition, Mr. Jobs' testimony and documents he authored demonstrate several disputed
2    fact issues surrounding Apple's disparagement of Harmony. In its reply brief, Apple claims (without
3    citation) that ████████████████████████████████████████████████████
4    ████████████████████████████████████████████████████████████████████
5    ████████████████████████████████████████████████████████████████████
6    ████████████████████████████████████████████████████████████████████
7    ████████████████████████████████████████████████████████████. In its
8    first press release, Larry Kenswil, president of Universal Music's eLabs division, said: "We applaud
9    RealNetworks' efforts to help correct this situation and appeal to all people and companies in this
10   area to work toward a world of universal interoperability." Ex. 3 (Jobs Exhibit 7 at 2). ████
11   ████████████████████████████████████████████████████████████████████
12   ████████████████████████████████████████████████████████████████████
13   ████████████████████████████████████████████████████████████████████
14   ████████████████████████████████████████████████████████████████████
15   ███████████████████████████████████████████████
16   Further, Apple has never produced any evidence of any illegality on RealNetworks' part, ███
17   ████████████████████████████████████████████████████████████████████
18   ████████████████████████████████████████████████████████████████████
19   ███████████████████████████████████████████████████

─────────────

2 ████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

This evidence, and the evidence previously submitted by Plaintiffs, demonstrates the existence of material issues of disputed facts that preclude summary judgment. For these reasons, this Court should deny Apple's motion.

DATED: April 15, 2011

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI

s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Telephone: 310/836-6000
310/836-6010 (fax)

619029_1

PLTFS' SUBMISSION OF SUPPLEMENTAL EVIDENCE FROM DEPOSITION OF STEVE JOBS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SUMMARY JUDGMENT - C-05-00037-JW(HRL) - 4 -

| | |
|---|---|
| 1 | MURRAY, FRANK & SAILER LLP |
| 2 | BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 3 | 275 Madison Avenue, Suite 801<br>New York, NY 10016 |
| 4 | Telephone: 212/682-1818<br>212/682-1892 (fax) |
| 5 | |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: 310/201-9150 |
| 8 | 310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2011.

        s/ Bonny E. Sweeney
        BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: bonnys@rgrdlaw.com

619029_1

# Mailing Information for a Case 5:05-cv-00037-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)