# EXHIBITS 4-5
# [Filed Under Seal]