1   Robert A. Mittelstaedt  #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart  #129530
    cestewart@jonesday.com
3   David C. Kiernan #215335
    dkiernan@jonesday.com
4   Michael T. Scott #255282
    michaelscott@jonesday.com
5   JONES DAY
    555 California Street, 26th Floor
6   San Francisco, CA  94104
    Telephone:     (415) 626-3939
7   Facsimile:     (415) 875-5700

8   Attorneys for Defendant
    APPLE INC.

9

                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13  THE APPLE iPOD iTUNES ANTI-TRUST        Case No.  C 05-00037 JW (HRL)
    LITIGATION.                                        C 06-04457 JW (HRL)
14
                                            [CLASS ACTION]
15
                                            **[PROPOSED] ORDER GRANTING**
16                                          **APPLE'S ADMINISTRATIVE**
                                            **MOTION TO SEAL**
17

18          Having considered Apple Inc.'s Administrative Motion to Seal and the Declaration of

19  Michael Scott in support of that motion, having determined that public disclosure of the

20  confidential information described therein would harm defendant Apple Inc., and finding good

21  reason to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative

22  Motion is GRANTED.  Apple shall file under seal Exhibit 1 to the Supplemental Declaration of

23  David C. Kiernan, in accordance with General Order 62.

24  **IT IS SO ORDERED.**

25  Dated: _____, 2011       _____

26                                    James Ware
                                      United States District Judge
27

28

[Proposed] Order Granting Admin. Mot. to Seal
C 05-00037 JW (HRL)