ROBBINS GELLER RUDMAN
 & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Lead Case No. C-05-00037-JW(HRL)<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION TO STRIKE THE SUPPLEMENTAL EXPERT REPORT OF DR. MICHELLE M. BURTIS, Ph.D.<br><br>JUDGE:   Hon. James Ware<br>DATE:    TBD<br>TIME:    TBD<br>CTRM:   8, 4th Floor |

619022_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that as soon as the Court's schedule allows, in Courtroom 8, 4th Floor, of the above-captioned Court located at 280 South First Street, San Jose, California 95113, before the Honorable James Ware, Plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Charoensak (collectively, "Plaintiffs") will and hereby do through undersigned counsel, move this Court for leave to file a Motion to Strike the Supplemental Expert Report of Dr. Michelle M. Burtis, Ph.D.  Plaintiffs seek leave because on April 11, 2011, Defendants submitted a new, supplemental expert report in support of their opposition to class certification by their expert Dr. Burtis.  It is Plaintiffs' position that this new, supplemental expert report is improper and must be stricken.

## I.  MEMORANDUM OF POINTS AND AUTHORITIES

On October 28, 2010, this Court signed an Order setting forth the schedule for certain matters in this action.  Dkt. No. 392.  That October 28, 2010 scheduling Order provided that briefing on Plaintiffs' motion for class certification would be complete on March 28, 2011.  Apple has flouted this deadline by submitting a 15-page expert report, with detailed exhibits and more than 40 footnotes, that plainly addresses class-certification matters.  Apple should not be allowed to submit this lengthy new report nearly two weeks after briefing on class certification is over and just a week before the hearing on the motion is scheduled, particularly where Plaintiffs have not been able to examine Dr. Burtis regarding this newly-filed report.  Plaintiffs' Motion for Leave should be considered on an expedited basis because of the pending schedule for oral argument.

## II. CONCLUSION

For the foregoing reasons, Plaintiffs' request the Court grant the request for leave to file a motion to strike Dr. Burtis's newly-filed supplemental report.

DATED: April 15, 2011              Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI


           s/ Alexandra S. Bernay
         ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

619022_1    PLTFS' NOM & MOTION FOR LEAVE TO FILE PLTIFFS' MOT TO STRIKE THE SUPPLEMENTAL
EXPERT REPORT OF DR. MICHELLE M. BURTIS, PH.D. - C-05-00037-JW(HRL)                    - 2 -

| | |
|---|---|
| 1 | |
| 2 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 3 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 4 | New York, NY 10016<br>Telephone: 212/682-1818 |
| 5 | 212/682-1892 (fax) |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 |
| 8 | Telephone: 310/201-9150<br>310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |

619022_1

PLTFS' NOM & MOTION FOR LEAVE TO FILE PLTIFFS' MOT TO STRIKE THE SUPPLEMENTAL
EXPERT REPORT OF DR. MICHELLE M. BURTIS, PH.D. - C-05-00037-JW(HRL) - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2011.

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: xanb@rgrdlaw.com

619022_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)