1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-JW(HRL) <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE THE SUPPLEMENTAL EXPERT REPORT OF DR. MICHELLE M. BURTIS, Ph.D. |
|---|---|---|
| This Document Relates To: <br><br> ALL ACTIONS. | | |

16
17
18
19
20
21
22
23
24
25
26
27
28

619023_1

1  Having considered Plaintiffs' Motion for Leave to File Motion to Strike the Supplemental
2  Expert Report of Dr. Michelle M. Burtis, Ph.D., IT IS HEREBY ORDERED that the motion is
3  GRANTED.
4      IT IS SO ORDERED.
5  DATED: _____  _____
                                                        THE HONORABLE JAMES WARE
6                                                          UNITED STATES DISTRICT JUDGE
7  Submitted by:
8  ROBBINS GELLER RUDMAN
    & DOWD LLP
9  JOHN J. STOIA, JR.
  BONNY E. SWEENEY
10 THOMAS R. MERRICK
  ALEXANDRA S. BERNAY
11 CARMEN A. MEDICI
  655 West Broadway, Suite 1900
12 San Diego, CA 92101
  Telephone: 619/231-1058
13 619/231-7423 (fax)

14 THE KATRIEL LAW FIRM
  ROY A. KATRIEL
15 1101 30th Street, N.W., Suite 500
  Washington, DC 20007
16 Telephone: 202/625-4342
  202/330-5593 (fax)
17
  Co-Lead Counsel for Plaintiffs
18
  BONNETT, FAIRBOURN, FRIEDMAN
19   & BALINT, P.C.
  ANDREW S. FRIEDMAN
20 FRANCIS J. BALINT, JR.
  ELAINE A. RYAN
21 TODD D. CARPENTER
  2901 N. Central Avenue, Suite 1000
22 Phoenix, AZ 85012
  Telephone: 602/274-1100
23 602/274-1199 (fax)

24 BRAUN LAW GROUP, P.C.
  MICHAEL D. BRAUN
25 10680 West Pico Blvd., Suite 280
  Los Angeles, CA 90064
26 Telephone: 310/836-6000
  310/836-6010 (fax)
27
28

619023_1   [PROP] ORDER GRANTING MOTION FOR LEAVE TO FILE PLTFS' NOM & MOTION TO STRIKE
THE SUPP EXPERT REPORT OF DR. MICHELLE M. BURTIS, PH.D. - C-05-00037-JW(HRL)    - 1 -

| | |
|---|---|
| 1 | |
| 2 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 3 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 4 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 5 | 212/682-1892 (fax) |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 8 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |