1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE THE SUPPLEMENTAL EXPERT REPORT OF DR. MICHELLE M. BURTIS, Ph.D. |
| ALL ACTIONS. | |

619147_1

1  Having considered Plaintiffs' Motion to Strike the Supplemental Expert Report of Dr.
2  Michelle M. Burtis, Ph.D., IT IS HEREBY ORDERED that the motion is GRANTED.
3      IT IS SO ORDERED.
4  DATED: _____   _____
                                          THE HONORABLE JAMES WARE
5                                         UNITED STATES DISTRICT JUDGE

6  Submitted by:

7  ROBBINS GELLER RUDMAN
     & DOWD LLP
8  JOHN J. STOIA, JR.
   BONNY E. SWEENEY
9  THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
10 CARMEN A. MEDICI
   655 West Broadway, Suite 1900
11 San Diego, CA  92101
   Telephone:  619/231-1058
12 619/231-7423 (fax)

13 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
14 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
15 Telephone:  202/625-4342
   202/330-5593 (fax)
16
   Co-Lead Counsel for Plaintiffs
17
   BONNETT, FAIRBOURN, FRIEDMAN
18   & BALINT, P.C.
   ANDREW S. FRIEDMAN
19 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
20 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
21 Phoenix, AZ  85012
   Telephone:  602/274-1100
22 602/274-1199 (fax)

23 BRAUN LAW GROUP, P.C.
   MICHAEL D. BRAUN
24 10680 West Pico Blvd., Suite 280
   Los Angeles, CA  90064
25 Telephone:  310/836-6000
   310/836-6010 (fax)
26

27

28

619147_1   [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE THE SUPPLEMENTAL
           EXPERT REPORT OF DR. MICHELLE M. BURTIS, PH.D. - C-05-00037-JW(HRL)                - 1 -

1
2  MURRAY, FRANK & SAILER LLP
   BRIAN P. MURRAY
3  JACQUELINE SAILER
   275 Madison Avenue, Suite 801
4  New York, NY 10016
   Telephone: 212/682-1818
5  212/682-1892 (fax)

6  GLANCY BINKOW & GOLDBERG LLP
   MICHAEL GOLDBERG
7  1801 Avenue of the Stars, Suite 311
   Los Angeles, CA 90067
8  Telephone: 310/201-9150
   310/201-9160 (fax)

9  Additional Counsel for Plaintiffs

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28