ROBBINS GELLER RUDMAN
 & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO APPLE'S SUPPLEMENTAL OBJECTIONS TO REPLY DECLARATION OF ROGER G. NOLL AND SUPPLEMENTAL OPPOSITION TO CLASS CERTIFICATION MOTION |
| | JUDGE: Hon. James Ware<br>DATE: TBD<br>TIME: TBD<br>CTRM: 8, 4th Floor |

618870_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that pursuant to Local Rule 7-11, as soon as the Court's schedule allows, in Courtroom 8, 4th Floor, of the above-captioned Court, located at 280 South First Street, San Jose, California 95113, before the Honorable James Ware, Plaintiffs Melanie Tucker, Marianna Rosen and Somtai Troy Charoensak (collectively, "Plaintiffs") will and hereby do through undersigned counsel, move the Court for leave to respond to Apple's supplemental objections to the reply declaration of Plaintiffs' expert, Professor Roger G. Noll, and to respond to Apple's improper supplemental opposition to Plaintiffs' motion for class certification.

        As Plaintiffs explain in their response to Apple's improper motion, Apple has completely mischaracterized the deposition of Professor Noll and has improperly filed a supplemental opposition to Plaintiffs' class certification motion. Their motion is in violation of the Court's Order setting a briefing schedule and gives Plaintiffs no opportunity to respond, effectively giving Apple the last word on Plaintiffs' motion. It would be unfair to allow Apple's blatant distortion of Professor Noll's testimony to go unrebutted. Contrary to Apple's characterization, Professor Noll developed a workable preliminary regression model, which shows that impact and damages can be proved by relying on common proof. Apple's selective quoting and out-of-context snippets do nothing to change the fact that legal and factual issues predominate over any individual issues.

        Plaintiffs submit that good cause exists to permit a short response to rebut Apple's improper portrayal of Professor Noll's testimony.

DATED: April 15, 2011                    Respectfully submitted,

                                         ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                         JOHN J. STOIA, JR.
                                         BONNY E. SWEENEY
                                         THOMAS R. MERRICK
                                         ALEXANDRA S. BERNAY
                                         CARMEN A. MEDICI


                                              s/ Bonny E. Sweeney
                                         BONNY E. SWEENEY

| | |
|---|---|
| 1 | |
| 2 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 3 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 4 | THE KATRIEL LAW FIRM |
| 5 | ROY A. KATRIEL<br>1101 30th Street, N.W., Suite 500<br>Washington, DC  20007 |
| 6 | Telephone:  202/625-4342<br>202/330-5593 (fax) |
| 7 | |
| 8 | Co-Lead Counsel for Plaintiffs |
| 9 | BONNETT, FAIRBOURN, FRIEDMAN<br>   & BALINT, P.C. |
| 10 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR.<br>ELAINE A. RYAN |
| 11 | TODD D. CARPENTER<br>2901 N. Central Avenue, Suite 1000 |
| 12 | Phoenix, AZ  85012<br>Telephone:  602/274-1100 |
| 13 | 602/274-1199 (fax) |
| 14 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 15 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 16 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 17 | |
| 18 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 19 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 20 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 21 | |
| 22 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 23 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 24 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 25 | Additional Counsel for Plaintiffs |
| 26 | |
| 27 | |
| 28 | |

618870_1    PLTFS' NOT & MOT FOR LEAVE TO FILE PLTFS' OPP TO APPLE'S SUPP OBJ TO REPLY DECL
OF NOLL & SUPP OPP TO CLASS CERT MOTION - C-05-00037-JW(HRL)          - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2011.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    bonnys@rgrdlaw.com

618870_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)