ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(HRL) <br> <u>CLASS ACTION</u> |
| This Document Relates To: ) ) <br> ALL ACTIONS. ) ) ) ) | DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DATA |
| | JUDGE: Hon. Howard R. Lloyd <br> DATE: May 3, 2011 <br> TIME: 10:00 a.m. <br> CTRM: 2, 5th Floor |

[REDACTED]

I, ALEXANDRA S. BERNAY, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law of firm Robbins Geller Rudman & Dowd LLP, Co-Lead Counsel of record for Plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I submit this Declaration in Support of Plaintiffs' Reply Memorandum in Support of Motion to Compel Production of Data.

3. Plaintiffs have sought ▓▓▓▓▓▓▓▓▓ since at least December 2009, if not earlier.

4. On December 14, 2010, Apple produced to Plaintiffs, in response to document production requests, ▓▓▓▓▓▓▓▓▓ for the period August 2002 through 2010. There were a number of issues with this data, including many missing fields, and Apple had to produce corrected data on January 6, 2011.

5. As detailed in my declaration filed with the motion to compel production of data, dated on March 28, 2011, significant efforts were undertaken by Plaintiffs to get data going back to October 2001. Many emails were exchanged and the parties had a number of telephonic meet and confers as well. As explained in my prior declaration, Plaintiffs sent an additional email to Apple's counsel on March 25, 2011 and as of March 28, 2011 at 11:30 p.m., Apple's counsel had not responded. Plaintiffs' motion to compel followed. That same day, Plaintiffs filed their reply memorandum in support of class certification as well as a declaration from their expert, Professor Roger G. Noll.

6. On April 1, 2011, three days after the filing of the motion to compel the production of data and other filings, Plaintiffs received a production from Apple purporting to be ▓▓▓▓▓▓▓▓▓ for the period October 2001 though September 2002. This data, like the production from mid-December 2010, also had a number of issues that greatly limited its usefulness. Apple produced corrected data on April 11, 2011. Since April 1, 2011, Plaintiffs have sent Apple certain

questions regarding the data necessary to get the data into a form useful to Plaintiffs' experts. Some questions have been answered and some remain unanswered.

7. I have reviewed my contemporaneous time records for the month of March 2011. The billing records show two time entries related to the drafting of the motion to compel production of data. The first, on March 25, 2011, is for two hours and states as follows: "Write email to defense counsel re data issues – discuss motion to compel production of data with team; gather all materials re same." The second time entry is for six hours on March 28, 2011. That entry reads as follows: "Draft motion to compel; declaration in support of motion to compel." *See* Exhibit 1. My hourly billing rate, according to my firm, is $550.00. The total attorneys' fees are, therefore, $4,400.

8. I have also determined the copying costs related to the filing of the motion to compel. Those costs are $57.00. There were also costs associated with the attorney service used for delivery of the motion to compel to the Court. These costs were $83.50. *See* Exhibit 2.

9. Attached hereto are true and correct copies of the following documents:

Exhibit 1: Redacted time entry report of Alexandra S. Bernay.

Exhibit 2: Invoice from Class Action Research and Litigation Support Services, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of April, 2011, at San Diego, California.

                                                  s/ Alexandra S. Bernay
                                                  ALEXANDRA S. BERNAY

# CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 19, 2011.

                                        s/ Alexandra S. Bernay
                                        ALEXANDRA S. BERNAY

                                        ROBBINS GELLER RUDMAN
                                              &DOWD LLP
                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101-3301
                                        Telephone: 619/231-1058
                                        619/231-7423 (fax)

                                        E-mail:    xanb@rgrdlaw.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,pjohnson@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)