# EXHIBIT 1

Time Entry Report

**Time Entry Report**

**Name** BERNAY, ALEXANDRA

**Report Date** 4/13/2011

**Report Period** 3/1/2011 to 3/31/2011

_Calendar_

**REDACTED**

REDACTED

REDACTED

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 3/25/2011 | 4477889 | 060171-00001 D | APPLE TYING (ANTITRUST) VS. APPLE COMPUTER, INC. | 2.00 | B | 4/13/2011 BERNAY, ALEXANDRA |

Write email to defense counsel re data issues - discuss motion to compel production of data with team; gather all materials re same.

REDACTED

REDACTED

Time Entry Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/28/2011 | 4477890 | 060171-00001 E | APPLE TYING (ANTITRUST) VS. APPLE COMPUTER, INC. | | 6.00 | B | 4/13/2011 BERNAY, ALEXANDRA |

Draft motion to compel, declaration in support of motion to compel.

REDACTED

REDACTED

REDACTED