# EXHIBIT 2



# Class Action Research & Litigation Support Services, Inc.

Attention: Christina Kopko
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego CA  92101

| Thursday March 31, 2011 | INVOICE | le32.120239 |
|---|---|---|

Client Matter #: Apple Tying
Case #: C0500037JW(HRL)
Court: United States District Court - Northern District of California
Title: The Apple IPOD iTunes Anti-Trust Litigation
Description: Filing; Plaintiffs' Notice of Motion and Motion to Compel; Dec of Bernay ISo Motion to Compel - THESE DOCS MUST BE FILED UNDER SEAL  Courtesy copies: Motion to Seal Portions of Motion to Compel; Order Granting Motion to Seal; Declaration ISO Motion to Seal; Redacted Motion to Compel; Proposed Order Granting Motion to Compel; Redacted Dec of Alexandra Bernay ISO Motion to Compel

| Date | Description | Amount |
|---|---|---|
| 03/29/11 11:00AM | Miscellaneous Job:  FILE UNDER SEAL & Deliver Courtesy Copy to Chambers | |
| 03/29/11 | California Court Service | 40.00 |
| 03/29/11 | Rush Fee - Court Service | 15.00 |
| 03/29/11 | Document Preparation,  57.00 Copies, at $.50 | 28.50 |
| **PLEASE PAY FROM THIS INVOICE** | | **83.50** |