# UNITED STATES DISTRICT COURT
### JUDGE JAMES WARE, PRESIDING
#### COURTROOM NO. 8 - 4TH FLOOR

## CIVIL MINUTES

**Court Proceedings:** Law and Motion Hearing, April 18, 2011     Time: 1 hr, 40 mins
**Case Number:** CV-05-00037-JW

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

**TITLE:**     **THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION**

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Bonny Sweeney | Attorneys Present: Robert Mittelstaedt |

PROCEEDINGS:
    Hearing on Motion for Summary Judgment held. Parties are present. The Court orders the transcript sealed. The Court takes the motion under submission. The Court defers the hearing on Motion for Class Certification.