**United States District Court**
For the Northern District of California

1        ** E-filed April 27, 2011 **

2

3

4

5

6

7                          NOT FOR CITATION

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11   THE APPLE IPOD ITUNES ANTITRUST          No. C05-00037 JW (HRL)
     LITIGATION
12                                            **CLERK'S NOTICE RE: MAY 3, 2011
                                              HEARING ON PLAINTIFFS'
13                                            MOTION TO COMPEL
                                              PRODUCTION OF DATA**
14
     _____/
15

16        PLEASE TAKE NOTICE THAT the hearing on Plaintiffs' motion to compel the production

17   of data (Docket No. 556), currently set for **May 3, 2011 at 10:00 a.m.**, shall be conducted

18   telephonically. <u>The parties shall initiate the call to the Court via CourtCall at (866) 582-6878 just

19   prior to the time appointed for the hearing.</u>

20

21   Dated: April 27, 2011

22                                     /s/ DCA
                                       _____
23                                     Chambers of Magistrate Judge Howard R. Lloyd

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

**C05-00037 JW (HRL) Notice will be electronically mailed to:**

2   Alexandra Senya Bernay          xanb@rgrdlaw.com
    Alreen Haeggquist               alreenh@zhlaw.com, judyj@zhlaw.com
3   Andrew S. Friedman              afriedman@bffb.com, khonecker@bffb.com, rcreech@bffb.com
    Bonny E. Sweeney                bonnys@rgrdlaw.com, christinas@rgrdlaw.com,
4                                   E_file_sd@rgrdlaw.com
    Brian P Murray                  bmurray@murrayfrank.com
5   Carmen Anthony Medici           cmedici@rgrdlaw.com, slandry@rgrdlaw.com
    Caroline Nason Mitchell         cnmitchell@jonesday.com, ewallace@jonesday.com,
6                                   mlandsborough@jonesday.com
    Craig Ellsworth Stewart         cestewart@jonesday.com, mlandsborough@jonesday.com
7   David Craig Kiernan             dkiernan@jonesday.com, lwong@jonesday.com
    Elaine A. Ryan                  eryan@bffb.com, nserden@bffb.com
8   Francis Joseph Balint, Jr       fbalint@bffb.com
    George A. Riley                 griley@omm.com, cchiu@omm.com, lperez@omm.com
9   Helen I. Zeldes                 helenz@zhlaw.com
    Jacqueline Sailer               jsailer@murrayfrank.com
10  John J. Stoia , Jr              jstoia@rgrdlaw.com
    Michael D Braun                 service@braunlawgroup.com
11  Michael D. Braun                service@braunlawgroup.com, clc@braunlawgroup.com
    Michael Tedder Scott            michaelscott@jonesday.com, amhoward@jonesday.com
12  Robert Allan Mittelstaedt       ramittelstaedt@jonesday.com, mlandsborough@jonesday.com
    Roy Arie Katriel                rak@katriellaw.com, rk618@aol.com
13  Thomas J. Kennedy               tkennedy@murrayfrank.com
    Thomas Robert Merrick           tmerrick@rgrdlaw.com, e_file_sd@rgrdlaw.com,
14                                  e_file_sf@rgrdlaw.com
    Todd David Carpenter            tcarpenter@bffb.com, pjohnson@bffb.com, rcreech@bffb.com
15
    **Counsel are responsible for distributing copies of this document to co-counsel who have not**
16  **registered for e-filing under the court's CM/ECF program.**

17

18

19

20

21

22

23

24

25

26

27

28

2