UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

THE APPLE IPOD ITUNES
ANTI-TRUST LITIGATION

_____/

No. C 05-00037 JW

**CLERK'S NOTICE**

YOU ARE HEREBY NOTIFIED that the hearing on Plaintiffs' Motion to Exclude (Docket Item No. 548) previously noticed for May 2, 2011 is CONTINUED to **June 27, 2011 at 9:00am**, in Courtroom No. 5 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Richard W. Wieking
Clerk, U.S. District Court

by:__/s/ _____
Susan Imbriani, Deputy Clerk
Chief Judge James Ware
(415) 522-2036

Dated: April 29, 2011