# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   May 3, 2011                                         Time in Court: 19 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  The Apple iPod iTunes Anti-Trust Litigation"
**CASE NUMBER**: C05-00037JW
Plaintiff Attorney present: Alexandra Bernay, via telephone
Defendant Attorney present: David Kiernan, via telephone

---

**PROCEEDINGS: Motion Hearing**


Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.