*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO APPLE'S SUPPLEMENTAL OBJECTIONS TO REPLY DECLARATION OF ROGER G. NOLL AND SUPPLEMENTAL OPPOSITION TO CLASS CERTIFICATION MOTION AND EXHIBITS 1-2 TO THE DECLARATION OF CARMEN A. MEDICI PURSUANT TO LOCAL RULE 79-5(b)-(c) |
| ALL ACTIONS. | |

619011_1

1    This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2 Seal Portions of Plaintiffs' Opposition to Apple's Supplemental Objections to Reply Declaration of
3 Roger G. Noll and Supplemental Opposition to Class Certification Motion ("Opposition") and Exhibits 1-
4 2 to the Declaration of Carmen A. Medici ("Medici Exhibits") Pursuant to Local Rule 79-5(b)-(c).
5 The Court, having reviewed the submissions, ORDERS, ADJUDGES and DECREES that:
6    Plaintiffs' Administrative Motion to File the Opposition and Medici Exhibits Under Seal
7 Pursuant to Local Rule 79-5(b)-(c) is GRANTED.
8    IT IS SO ORDERED.
9 DATED: June 3, 2011                    _____
                                          THE HONORABLE JAMES WARE
10                                        UNITED STATES DISTRICT JUDGE

11 Submitted by:

12 ROBBINS GELLER RUDMAN
      & DOWD LLP
13 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
14 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
15 CARMEN A. MEDICI
   655 West Broadway, Suite 1900
16 San Diego, CA  92101
   Telephone:  619/231-1058
17 619/231-7423 (fax)

18 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
19 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
20 Telephone:  202/625-4342
   202/330-5593 (fax)
21
   Co-Lead Counsel for Plaintiffs
22
   BONNETT, FAIRBOURN, FRIEDMAN
23    & BALINT, P.C.
   ANDREW S. FRIEDMAN
24 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
25 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
26 Phoenix, AZ  85012
   Telephone:  602/274-1100
27 602/274-1199 (fax)

28

619011_1   [PROP] ORD GRANTING PLTFS' ADMIN MOT TO FUS PORTIONS OF PLTFS' OPP TO APPLE'S SUPP OBJ
TO REPLY DEC OF RGN & SUPP OPPO TO CC MOTION & EXS 1-2 TO DEC OF CAM - C-05-00037-JW(HRL)   - 1 -

| | |
|---|---|
| 1 | |
| 2 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN<br>10680 West Pico Blvd., Suite 280 |
| 3 | Los Angeles, CA  90064<br>Telephone:  310/836-6000 |
| 4 | 310/836-6010 (fax) |
| 5 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 6 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 7 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 8 | 212/682-1892 (fax) |
| 9 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 10 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 11 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 12 | |
| 13 | Additional Counsel for Plaintiffs |
| 14 | |
| ... | |
| 28 | |