1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan  #215335
   dkiernan@jonesday.com
4  Michael Scott  #255288
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST          Case No.  C 05-00037 JW (HRL)
    LITIGATION.
15                                            [CLASS ACTION]

16                                            **DEFENDANT'S ADMINISTRATIVE
                                              MOTION TO SEAL**
17

18

19

20  **I.     INTRODUCTION**

21          Pursuant to Local Rules 7-11(a) and 79-5(b) and (c), Defendant Apple Inc. ("Apple")

22  requests that the Court permit Apple to file under seal a portion of Apple's Supplemental Brief Re

23  Class Certification ("Supplemental Brief"), specifically the portion of the Supplemental Brief that

24  cites previously sealed information that Apple designated as "Confidential—Attorneys Eyes

25  Only" under the Stipulation and Protective Order Regarding Confidential Information

26  ("Protective Order") entered June 13, 2009 (Dkt. 112).

27          Apple files this administrative motion and the accompanying declaration of Michael Scott

28  in support of a narrowly tailored order authorizing sealing the document, on the grounds that

1 there is good cause to protect the confidentiality of that information. The proposed sealing order
2 is based on the Protective Order in this action and proof that particularized injury to defendant
3 will result if the sensitive information is publicly released. Identical information has been
4 previously sealed in this case. *See* Scott Decl. ¶ 3. For the Court's convenience, the Scott
5 declaration attaches a declaration in support of a previously granted motion to file under seal
6 (Dkt. 475), which establishes the sealability of such information.

## II.   STANDARD

Under Federal Rule of Civil Procedure 26(c), this Court has broad discretion to permit sealing of court documents to protect "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Based on this authority, the Ninth Circuit has "carved out an exception to the presumption of access to judicial records for a sealed discovery document [attached] to a non-dispositive motion." *Navarro v. Eskanos & Adler*, No. C-06 02231 WHA (EDL), 2007 U.S. Dist. LEXIS 24864, at *6 (N.D. Cal. March 22, 2007) (citing *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)).

## III.   ARGUMENT

### A.   There is Good Cause to Support Filing under Seal.

The Scott declaration establishes good cause to permit filing under seal. It establishes that the redacted portion of Apple's Supplemental Brief Re Class Certification contains highly confidential and sensitive information that must be kept confidential in order to avoid causing harm to Apple. *See* Scott Decl. Ex. 1.

The redacted information specifically relates to confidential market research. *See* Scott Decl. ¶ 2. Market research conducted by Apple or on Apple's behalf, including information regarding iTunes market share, is highly confidential and commercially sensitive business information. Third-party research (e.g., research from NPD) is subject to confidentiality provisions in contracts between Apple and the third-party market research providers. This information is non-public information that should remain confidential. The information was produced to Plaintiffs pursuant to the Protective Order. Harm to Apple would result from the public disclosure of such information. *See* Scott Decl. Ex. 1. Identical information has been

previously sealed in this case in relation to Plaintiffs' Motion for Class Certification. Dkt. 477, 525.

**IV.   CONCLUSION**

Apple respectfully requests that this Court grant its Administrative Motion to File Under Seal portions of Apple's Supplemental Brief Re Class Certification.

Dated: June 6, 2011                                       Jones Day


                                                          By: /s/Michael Scott
                                                                Michael Scott

                                                          Attorneys for Defendant
                                                          APPLE INC.

SFI-699287v1