1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan  #215335
   dkiernan@jonesday.com
4  Michael Scott #255288
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No.  C 05-00037 JW (HRL) <br><br> [CLASS ACTION] <br><br> **[PROPOSED]** **ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL** |

Having considered Apple's Administrative Motion to File Under Seal portions of Apple's Supplemental Brief Re Class Certification, and the declaration of Michael Scott in support of that motion, having determined that public disclosure of the confidential information described therein would harm Defendant Apple Inc., and finding good cause to seal that information, IT IS HEREBY ORDERED THAT Apple's Administrative Motion is GRANTED.

Apple shall file its Supplemental Brief Re Class Certification under seal in accordance with General Order 62.

**IT IS SO ORDERED.**

Dated: June 23, 2011, 2011        By: /s/ James Ware
                                  Hon. James Ware
                                  United States District Judge

SFI-660128v1