1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael T. Scott #255282
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

*IT IS SO ORDERED*
*James Ware*
Judge James Ware
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 JW (HRL)<br>C 06-04457 JW (HRL)<br><br>[CLASS ACTION]<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL** |
|---|---|

Having considered Apple Inc.'s Administrative Motion to Seal and the Declaration of Michael Scott in support of that motion, having determined that public disclosure of the confidential information described therein would harm defendant Apple Inc., and finding good reason to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative Motion is GRANTED.  Apple shall file under seal Exhibit 1 to the Supplemental Declaration of David C. Kiernan, in accordance with General Order 62.

**IT IS SO ORDERED.**

Dated: June 23_____, 2011

_____
James Ware
United States District Judge