Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
Craig E. Stewart #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** <br><br> ———————————————— <br><br> This Document Relates To: <br><br> ALL ACTIONS | Lead Case No. C 05-00037-JW (HRL) <br><br> [CLASS ACTION] <br><br> **DECLARATION OF DAVID C. KIERNAN IN SUPPORT OF APPLE'S FURTHER SUPPLEMENTAL BRIEF RE CLASS CERTIFICATION** <br><br> Date:   June 27, 2011 <br> Time:   9:00 a.m. <br> Place:  Courtroom 5, 17th Floor <br><br> [EXHIBIT 1 FILED UNDER SEAL] |

1   I, David C. Kiernan, declare as follows:

2   1.   I am a partner of Jones Day, counsel of record for Defendant Apple Inc. I am an active, licensed member of the State Bar of California. I make this declaration in support of Apple Inc.'s Further Supplemental Brief Re Class Certification. I submit this declaration based on personal knowledge.

3   2.   Attached as Exhibit 1 to this declaration is a true and accurate copy of portions of the final transcript of the deposition of Roger Noll, taken on April 7, 2011.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on June 23, 2011, in San Francisco, California.

                                      /s/ David C. Kiernan
                                        David C. Kiernan

SFI-701510v1

# EXHIBIT 1

[FILED UNDER SEAL]