IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Apple iPod iTunes Antitrust Litigation | NO. C 05-00037 JW |
| | **ORDER REQUIRING SUPPLEMENTAL DECLARATION** |
| _____/ | |

The Court held a hearing on Plaintiffs' Motion for Class Certification in this case on June 27, 2011. Pursuant to that hearing, the Court ORDERS as follows:

(1) On or before **July 5, 2011**, Plaintiffs shall file a Supplemental Declaration[1] by their expert, Roger G. Noll, stating that he can show antitrust impact and a methodology for measuring damages in accordance with the Court's May 19, 2011 Order.[2]

(2) On or before **July 8, 2011**, Defendant shall file its Response to the Supplemental Declaration, if any.

Dated: June 27, 2011

JAMES WARE
United States District Chief Judge

---

[1] The Court is not requiring Mr. Noll to produce a Supplemental Expert Report at this time. However, the parties shall meet and confer and suggest to the Court a suitable schedule for Dr. Noll to complete a Supplemental Report that is consistent with the Court's May 19 Order and for Defendant to submit its Supplemental Rebuttal Expert Report. On or before **July 8, 2011**, the parties shall submit a Stipulation on this schedule for the Court's approval.

[2] (See Order Granting in part and Denying in part Defendant's Motion for Summary Judgment; Denying as Premature Plaintiffs' Motion for Class Certification, Docket Item No. 627.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra Senya Bernay xanb@rgrdlaw.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@rgrdlaw.com
Brian P Murray bmurray@murrayfrank.com
Carmen Anthony Medici cmedici@rgrdlaw.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Craig Ellsworth Stewart cestewart@jonesday.com
David Craig Kiernan dkiernan@jonesday.com
Elaine A. Ryan eryan@bffb.com
Francis Joseph Balint fbalint@bffb.com
George A. Riley griley@omm.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@rgrdlaw.com
Michael D Braun service@braunlawgroup.com
Michael D. Braun service@braunlawgroup.com
Michael Tedder Scott michaelscott@jonesday.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy Arie Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@rgrdlaw.com
Todd David Carpenter tcarpenter@bffb.com

**Dated:  June 27, 2011**                                    **Richard W. Wieking, Clerk**

**By:        /s/ JW Chambers**
      **Susan Imbriani**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California