UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Time in Court:** 1 hr. 2 mins.

**Judge: James Ware**

**Date**: June 27, 2011

**Case No:** C05-0037 JW

**Case Title**: The Apple iPod iTunes Anti-Trust Litigation

**Appearances:**

    For Plaintiff(s):  Bonny Sweeney, Alexandra Bernay, Carmen Medici

    For Defendant(s):  Robert Mittelstaedt, Craig Stewart, David Keirnan

**Deputy Clerk**: Susan Imbriani    **Court Reporter**: Margo Gurule

### PROCEEDINGS

1. Motion to Certify Class
2. Motion to Exclude

### SUMMARY

    Arguments heard, matters submitted, Court to issue order.