ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) ) | Lead Case No. C-05-00037-JW(HRL) <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. ) ) ) ) ) | PLAINTIFFS' MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL DECLARATION AND SUBMIT PROPOSED SCHEDULE FOR SUPPLEMENTAL EXPERT REPORTS |

634332_1

Plaintiffs ask the Court to modify its Order of June 27, 2011 and extend the time by one week to July 12, 2011 and July 15, 2011 for the filing of Professor Roger G. Noll's Supplemental Declaration and Defendant's Response to the Supplemental Declaration, as set forth by the Court's June 27, 2011 Order (Dkt. No. 650). Professor Noll is currently unavailable as he is busy preparing two separate expert reports which are due on July 6, 2011. This leaves insufficient time for Professor Noll to spend the customary amount of time he would spend on preparing a court filing. Apple does not oppose this extension.

Plaintiffs also move to extend time for the parties to file a Stipulation regarding the submission of Supplemental Expert Reports, as set forth in footnote 1 of the Court's June 27, 2011 Order. For the same reasons as above, Plaintiffs ask that this deadline be moved one week to July 15, 2011. Because of his other professional obligations, Professor Noll is unable to devote any time to determining when he could author this further report. Extending time to July 15, 2011 would enable Professor Noll and Plaintiffs the time necessary to come to agreement with Apple on a workable schedule. Apple does not agree to this extension and sees no reason to defer the meet and confer date.

DATED: June 28, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI

      s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

634332_1

PLAINTIFFS' MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL DECLARATION AND
SUBMIT PROPOSED SCHEDULE FOR SUPPLEMENTAL EXPERT REPORTS - C-05-00037-JW(HRL)    - 1 -

| | |
|---|---|
| 1 | |
| 2 | THE KATRIEL LAW FIRM<br>ROY A. KATRIEL |
| 3 | 1101 30th Street, N.W., Suite 500<br>Washington, DC  20007 |
| 4 | Telephone:  202/625-4342<br>202/330-5593 (fax) |
| 5 | Co-Lead Counsel for Plaintiffs |
| 6 | BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C. |
| 7 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 8 | ELAINE A. RYAN<br>TODD D. CARPENTER |
| 9 | 2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ  85012 |
| 10 | Telephone:  602/274-1100<br>602/274-1199 (fax) |
| 11 | |
| 12 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 13 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 14 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 15 | MURRAY, FRANK & SAILER LLP |
| 16 | BRIAN P. MURRAY<br>JACQUELINE SAILER |
| 17 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 18 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 19 | GLANCY BINKOW & GOLDBERG LLP |
| 20 | MICHAEL GOLDBERG<br>1801 Avenue of the Stars, Suite 311 |
| 21 | Los Angeles, CA  90067<br>Telephone:  310/201-9150 |
| 22 | 310/201-9160 (fax) |
| 23 | Additional Counsel for Plaintiffs |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

634332_1

PLAINTIFFS' MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL DECLARATION AND
SUBMIT PROPOSED SCHEDULE FOR SUPPLEMENTAL EXPERT REPORTS - C-05-00037-JW(HRL)   - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 28, 2011.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: bonnys@rgrdlaw.com

634332_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**

    eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`