1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   JOHN J. STOIA, JR. (141757)
    BONNY E. SWEENEY (176174)
3   THOMAS R. MERRICK (177987)
    ALEXANDRA S. BERNAY (211068)
4   CARMEN A. MEDICI (248417)
    655 West Broadway, Suite 1900
5   San Diego, CA  92101
    Telephone:  619/231-1058
6   619/231-7423 (fax)
    johns@rgrdlaw.com
7   bonnys@rgrdlaw.com
    tmerrick@rgrdlaw.com
8   xanb@rgrdlaw.com
    cmedici@rgrdlaw.com
9
    THE KATRIEL LAW FIRM
10  ROY A. KATRIEL (*pro hac vice*)
    1101 30th Street, N.W., Suite 500
11  Washington, DC  20007
    Telephone:  202/625-4342
12  202/330-5593 (fax)
    rak@katriellaw.com
13
    Co-Lead Counsel for Plaintiffs
14
    [Additional counsel appear on signature page.]
15
                    UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17
                    SAN FRANCISCO DIVISION
18
    THE APPLE IPOD ITUNES ANTI-TRUST        )   Lead Case No. C-05-00037-JW(HRL)
19  LITIGATION                              )
                                            )   CLASS ACTION
20  _____   )
                                            )
21  This Document Relates To:               )   PLAINTIFFS' MOTION TO EXTEND TIME
                                            )   TO FILE SUPPLEMENTAL
21          ALL ACTIONS.                    )   DECLARATION AND SUBMIT
22  _____   )   PROPOSED SCHEDULE FOR
                                                SUPPLEMENTAL EXPERT REPORTS
23

24

25

26

27

28

634332_1

1    Plaintiffs ask the Court to modify its Order of June 27, 2011 and extend the time by one week

2    to July 12, 2011 and July 15, 2011 for the filing of Professor Roger G. Noll's Supplemental

3    Declaration and Defendant's Response to the Supplemental Declaration, as set forth by the Court's

4    June 27, 2011 Order (Dkt. No. 650). Professor Noll is currently unavailable as he is busy preparing

5    two separate expert reports which are due on July 6, 2011. This leaves insufficient time for

6    Professor Noll to spend the customary amount of time he would spend on preparing a court filing.

7    Apple does not oppose this extension.

8    Plaintiffs also move to extend time for the parties to file a Stipulation regarding the

9    submission of Supplemental Expert Reports, as set forth in footnote 1 of the Court's June 27, 2011

10    Order. For the same reasons as above, Plaintiffs ask that this deadline be moved one week to

11    July 15, 2011. Because of his other professional obligations, Professor Noll is unable to devote any

12    time to determining when he could author this further report. Extending time to July 15, 2011 would

13    enable Professor Noll and Plaintiffs the time necessary to come to agreement with Apple on a

14    workable schedule. Apple does not agree to this extension and sees no reason to defer the meet and

15    confer date.

16    DATED:  June 28, 2011                ROBBINS GELLER RUDMAN
                                                & DOWD LLP
17                                         JOHN J. STOIA, JR.
                                           BONNY E. SWEENEY
18                                         THOMAS R. MERRICK
                                           ALEXANDRA S. BERNAY
19                                         CARMEN A. MEDICI

20

21                                                s/ Bonny E. Sweeney
                                           BONNY E. SWEENEY
22
                                           655 West Broadway, Suite 1900
23                                         San Diego, CA  92101
                                           Telephone:  619/231-1058
24                                         619/231-7423 (fax)

25

26

27

28

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

634332_1

PLAINTIFFS' MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL DECLARATION AND
SUBMIT PROPOSED SCHEDULE FOR SUPPLEMENTAL EXPERT REPORTS - C-05-00037-JW(HRL)        - 2 -

1

<u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on June 28, 2011, I authorized the electronic filing of the foregoing with

3  the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4  e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5  caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6  CM/ECF participants indicated on the attached Manual Notice List.

7       I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on June 28, 2011.

9

              s/ Bonny E. Sweeney
10            BONNY E. SWEENEY

11            ROBBINS GELLER RUDMAN
                & DOWD LLP
12            655 West Broadway, Suite 1900
              San Diego, CA  92101-3301
13            Telephone:  619/231-1058
              619/231-7423 (fax)

14
              E-mail:   bonnys@rgrdlaw.com
15

16

17

18

19

20

21

22

23

24

25

26

27

28

634332_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**

eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)