1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-JW(HRL) <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER EXTENDING TIME TO FILE SUPPLEMENTAL DECLARATION AND SUBMIT PROPOSED SCHEDULE FOR SUPPLEMENTAL EXPERT REPORTS |
|---|---|---|
| This Document Relates To: <br><br> ALL ACTIONS. | | |

634331_1

1  IT IS HEREBY ORDERED that the parties in the above-captioned action will adhere to the following schedule, subject to any modifications as may be agreed between the parties or approved upon application to this Court.

   1. **July 12, 2011**: Plaintiffs shall file a Supplemental Declaration by their expert, Professor Roger G. Noll, stating that he can show antitrust impact and a methodology for measuring damages in accordance with the Court's May 19, 2011 Order;

   2. **July 15, 2011**: Defendant shall file its Response to the Supplemental Declaration, if any; and

   3. **July 15, 2011**: Plaintiffs and Defendant shall submit a Stipulation setting forth the dates for Professor Noll to complete a Supplemental Report that is consistent with the Court's May 19, 2011 Order and for Defendant to submit its Supplemental Rebuttal Expert Report.

   IT IS SO ORDERED.

   DATED: _____        _____
                                       THE HONORABLE JAMES WARE
                                       UNITED STATES DISTRICT COURT CHIEF JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN <br>   & BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN <br> FRANCIS J. BALINT, JR. |
| 4 | ELAINE A. RYAN <br> TODD D. CARPENTER |
| 5 | 2901 N. Central Avenue, Suite 1000 <br> Phoenix, AZ  85012 |
| 6 | Telephone:  602/274-1100 <br> 602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C. |
| 8 | MICHAEL D. BRAUN <br> 10680 West Pico Blvd., Suite 280 |
| 9 | Los Angeles, CA  90064 <br> Telephone:  310/836-6000 |
| 10 | 310/836-6010 (fax) |
| 11 | MURRAY, FRANK & SAILER LLP <br> BRIAN P. MURRAY |
| 12 | JACQUELINE SAILER <br> 275 Madison Avenue, Suite 801 |
| 13 | New York, NY  10016 <br> Telephone:  212/682-1818 |
| 14 | 212/682-1892 (fax) |
| 15 | GLANCY BINKOW & GOLDBERG LLP <br> MICHAEL GOLDBERG |
| 16 | 1801 Avenue of the Stars, Suite 311 <br> Los Angeles, CA  90067 |
| 17 | Telephone:  310/201-9150 <br> 310/201-9160 (fax) |
| 18 | Additional Counsel for Plaintiffs |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |