ROBBINS GELLER RUDMAN
   & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) ) | Lead Case No. C-05-00037-JW(HRL) <br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. ) ) ) ) ) | DECLARATION OF CARMEN A. MEDICI IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL DECLARATION AND SUBMIT PROPOSED SCHEDULE FOR SUPPLEMENTAL EXPERT REPORTS |

634277_1

I, CARMEN A. MEDICI, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, Co-Lead Class Counsel of record for Plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak ("Plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion to Extend Time to File Supplemental Declaration and Submit Proposed Schedule for Supplemental Expert Reports.

3. Attached as Exhibit 1 is a true and correct copy of an e-mail thread dated June 28, 2011 between myself and counsel for Apple.

4. Plaintiffs met and conferred with Apple regarding the date to submit a proposed schedule for supplemental expert reports but were unable to come to agreement. This discussion is outlined in Exhibit 1.

5. Plaintiffs' expert, Professor Roger G. Noll, has two expert reports due in other cases on July 6, 2011 and cannot complete his Supplemental Declaration before the July 5, 2011 date as set forth in the Court's June 27, 2011 Order (Dkt. No. 650).

6. If the Court does not change the time, Plaintiffs will suffer substantial harm because Professor Noll will not be able to devote the customary amount of time he spends preparing a declaration filed with a court.

7. Since the Court's Order of October 28, 2010 (Dkt. No. 392) setting the schedule for briefing and argument of class certification and summary judgment, I am aware of no time modifications in this case relating to summary judgment or class certification.

8. This extension of time would not materially affect the schedule for the case or otherwise cause any delay in the proceedings. Plaintiffs wish to appropriately resolve this case as soon as possible.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed this 28th day of June, 2011, at San Diego, California.

                                                     s/ Carmen A. Medici
                                                     CARMEN A. MEDICI

634277_1

DECL OF CARMEN MEDICI IN SUPPORT OF PLTFS' MOT TO EXTEND TIME TO FILE SUPPL DECL AND SUBMIT PROPOSED SCHEDULE FOR SUPPLEMENTAL EXPERT REPORTS - C-05-00037-JW(HRL)  - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 28, 2011.

    s/ Carmen A. Medici
CARMEN A. MEDICI

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:   cmedici@rgrdlaw.com

634277_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**

    eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  michaelscott@jonesday.com,amhoward@jonesday.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)