IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

The Apple iPod iTunes Antitrust Litigation     NO. C 05-00037 JW

**ORDER GRANTING MOTION TO EXTEND TIME**

/

       Presently before the Court is Plaintiffs' Motion to Extend Time.[1] On June 27, 2011, the Court ordered Plaintiffs to file a Supplemental Declaration by their expert, Roger G. Noll, on or before July 5, 2011, and ordered Defendant to file its Response to the Supplemental Declaration, if any, on or before July 8, 2011. (See Docket Item No. 650.) In addition, the Court ordered the parties to meet and confer and suggest to the Court a suitable schedule for the parties to submit Supplemental Expert Reports, and ordered that the parties submit a Stipulation on that schedule on or before July 8, 2011. (Id. at 1 n.1.)

       In their Motion, Plaintiffs move that the Court modify its June 27 Order and extend by one week the deadlines for the filing of their Supplemental Declaration and Defendant's Response. (Motion at 1.) Plaintiffs further move the Court to extend time for the parties to file a Stipulation regarding the submission of Supplemental Expert Reports until July 15, 2011. (Id.) To date, Defendant has not filed an Opposition to Plaintiffs' Motion to Extend Time.[2] However, because any

---

[1] (Plaintiffs' Motion to Extend Time to File Supplemental Declaration and Submit Proposed Schedule for Supplemental Expert Reports, hereafter, "Motion," Docket Item No. 652.)

[2] However, Plaintiffs contend that Defendant "does not oppose" extending the deadlines for the Supplemental Declaration and Response, but Defendant "does not agree" to extending time for the parties to file a Stipulation as to the submission of Supplemental Expert Reports. (Motion at 1.)

modification would not prejudice Defendant, the Court finds that it can address this administrative Motion without a formal Opposition from Defendant.

The Civil Local Rules provide: "After receiving a motion to enlarge or shorten time and any opposition, the Judge may grant, deny, modify the requested time change or schedule the matter for additional briefing or a hearing." See Civ. L.R. 6-3(d).

Upon review, the Court finds good cause to GRANT Plaintiffs' Motion to Extend Time and ORDERS as follows:

(1) On or before **July 18, 2011**, Plaintiffs shall file the Supplemental Declaration from their expert, Roger G. Noll, as set forth in the Court's June 27 Order.

(2) On or before **July 22, 2011**, Defendant shall file its Response to the Supplemental Declaration, if any.

(3) On or before **July 22, 2011**, the parties shall file their Stipulation on a schedule for submitting Supplemental Expert Reports, as set forth in the Court's June 27 Order.

Dated: June 29, 2011

JAMES WARE
United States District Chief Judge

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra Senya Bernay xanb@rgrdlaw.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@rgrdlaw.com
Brian P Murray bmurray@murrayfrank.com
Carmen Anthony Medici cmedici@rgrdlaw.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Craig Ellsworth Stewart cestewart@jonesday.com
David Craig Kiernan dkiernan@jonesday.com
Elaine A. Ryan eryan@bffb.com
Francis Joseph Balint fbalint@bffb.com
George A. Riley griley@omm.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@rgrdlaw.com
Michael D Braun service@braunlawgroup.com
Michael D. Braun service@braunlawgroup.com
Michael Tedder Scott michaelscott@jonesday.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy Arie Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@rgrdlaw.com
Todd David Carpenter tcarpenter@bffb.com

**Dated:  June 29, 2011**                                **Richard W. Wieking, Clerk**

                                                         **By:      /s/ JW Chambers**
                                                               **Susan Imbriani**
                                                               **Courtroom Deputy**