*IT IS SO ORDERED*
*[signature] Judge James Ware*

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| ALL ACTIONS. | |

633228_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2  Seal Portions of Plaintiffs' Response to the Court's June 22, 2011 Order Requiring Further
3  Supplemental Briefing ("Supplemental Brief") Pursuant to Local Rule 79-5(c).  The Court, having
4  reviewed the submissions and finding good reason to seal the information, hereby ORDERS,
5  ADJUDGES and DECREES that:
6  Plaintiffs' Administrative Motion to File portions of the Supplemental Brief Under Seal
7  Pursuant to Local Rule 79-5(c) is GRANTED.
8  IT IS SO ORDERED.
9  DATED:  July 7, 2011
   THE HONORABLE JAMES WARE
10 UNITED STATES DISTRICT COURT CHIEF JUDGE

11 ROBBINS GELLER RUDMAN
      & DOWD LLP
12 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
13 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
14 CARMEN A. MEDICI
   655 West Broadway, Suite 1900
15 San Diego, CA  92101
   Telephone:  619/231-1058
16 619/231-7423 (fax)

17 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
18 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
19 Telephone:  202/625-4342
   202/330-5593 (fax)
20
   Co-Lead Counsel for Plaintiffs
21
   BONNETT, FAIRBOURN, FRIEDMAN
22    & BALINT, P.C.
   ANDREW S. FRIEDMAN
23 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
24 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
25 Phoenix, AZ  85012
   Telephone:  602/274-1100
26 602/274-1199 (fax)

27

28

633228_1   [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER
           SEAL - C-05-00037-JW(HRL)                                                - 1 -

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Telephone: 310/836-6000
310/836-6010 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs