1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW |
|---|---|---|
|  | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| ALL ACTIONS. | ) ) |  |

638171_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2  Seal Portions of Supplemental Declaration of Roger G. Noll ("Noll Supplemental Declaration") and
3  Exhibit 1 attached thereto Pursuant to Local Rule 79-5(c).  The Court, having reviewed the
4  submissions and finding good reason to seal the information, hereby ORDERS, ADJUDGES and
5  DECREES that:
6  Plaintiffs' Administrative Motion to File portions of the Noll Supplemental Declaration and
7  Exhibit 1 attached thereto under seal pursuant to Local Rule 79-5(c) is GRANTED.
8  IT IS SO ORDERED.
9  DATED: _____   _____
    THE HONORABLE JAMES WARE
10  UNITED STATES DISTRICT COURT CHIEF JUDGE

11 Submitted by:

12 ROBBINS GELLER RUDMAN
     & DOWD LLP
13 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
14 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
15 CARMEN A. MEDICI
   655 West Broadway, Suite 1900
16 San Diego, CA  92101
   Telephone:  619/231-1058
17 619/231-7423 (fax)

18 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
19 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
20 Telephone:  202/625-4342
   202/330-5593 (fax)
21
   Co-Lead Counsel for Plaintiffs
22
   BONNETT, FAIRBOURN, FRIEDMAN
23    & BALINT, P.C.
   ANDREW S. FRIEDMAN
24 FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
25 TODD D. CARPENTER
   2901 N. Central Avenue, Suite 1000
26 Phoenix, AZ  85012
   Telephone:  602/274-1100
27 602/274-1199 (fax)

28

638171_1

DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL - C-05-00037-JW                                      - 1 -

1  BRAUN LAW GROUP, P.C.
2  MICHAEL D. BRAUN
   10680 West Pico Blvd., Suite 280
3  Los Angeles, CA  90064
   Telephone:  310/836-6000
4  310/836-6010 (fax)

5  MURRAY, FRANK & SAILER LLP
   BRIAN P. MURRAY
6  JACQUELINE SAILER
   275 Madison Avenue, Suite 801
7  New York, NY  10016
   Telephone:  212/682-1818
8  212/682-1892 (fax)

9  GLANCY BINKOW & GOLDBERG LLP
   MICHAEL GOLDBERG
10 1801 Avenue of the Stars, Suite 311
   Los Angeles, CA  90067
11 Telephone:  310/201-9150
   310/201-9160 (fax)
12
   Additional Counsel for Plaintiffs
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

638171_1    DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
            MOTION TO FILE UNDER SEAL - C-05-00037-JW                              - 2 -