1 | ROBBINS GELLER RUDMAN
& DOWD LLP
2 | JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
3 | THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
4 | CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
5 | San Diego, CA  92101
Telephone:  619/231-1058
6 | 619/231-7423 (fax)
johns@rgrdlaw.com
7 | bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
8 | xanb@rgrdlaw.com
cmedici@rgrdlaw.com
9 |
THE KATRIEL LAW FIRM
10 | ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
11 | Washington, DC  20007
Telephone:  202/625-4342
12 | 202/330-5593 (fax)
rak@katriellaw.com
13 |
Co-Lead Counsel for Plaintiffs
14 |
[Additional counsel appear on signature page.]
15 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-JW<br><br>**CLASS ACTION**<br><br>STIPULATION REGARDING SCHEDULE FOR SUBMISSION OF SUPPLEMENTAL EXPERT REPORTS RE CLASS CERTIFICATION AS SET FORTH IN THE COURT'S JUNE 27, 2011 ORDER |
|---|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | | |

639341_1

1  WHEREAS, the Court's Order dated June 27, 2011, established a two-step process for
2  Plaintiffs first to file a Supplemental Declaration by their expert, Roger Noll, and then for him to
3  complete and submit a Supplemental Expert Report with a Supplemental Rebuttal Expert Report
4  thereafter to be submitted by Defendants;

5  WHEREAS, the Court's Order required the parties to submit a Stipulation for the schedule of
6  those Supplemental Expert Reports;

7  WHEREAS, the parties have agreed that Plaintiffs may determine how much time is needed
8  to prepare their Supplemental Expert Report re Class Certification and that Apple's expert will have
9  an equivalent time thereafter to prepare her Supplemental Rebuttal Expert Report;

10  WHEREAS, Plaintiffs propose that Professor Noll's Supplemental Expert Report should be
11  due on November 4, 2011, and that the Supplemental Rebuttal Expert Report should be due
12  February 17, 2012; and

13  WHEREAS, the parties disagree on whether Professor Noll may submit a Reply Report after
14  Apple's expert submits her Supplemental Rebuttal Expert Report.

15  IT IS HEREBY STIPULATED by the parties as follows subject to the Court's approval:

16  1.  Professor Noll's Supplemental Expert Report re Class Certification shall be submitted
17  by November 4, 2011.

18  2.  Apple shall submit its Supplemental Rebuttal Expert Report re Class Certification by
19  February 17, 2012.

3. Plaintiffs request that Professor Noll be permitted to submit a reply report by March 30, 2012. Apple's position is that a Reply Report is unnecessary and not contemplated by the Court's Order.

DATED: July 22, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI


      s/ Alexandra S. Bernay
   ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Telephone: 310/836-6000
310/836-6010 (fax)

|   |   |
|---|---|
|   | MURRAY, FRANK & SAILER LLP |
|   | BRIAN P. MURRAY |
|   | JACQUELINE SAILER |
|   | 275 Madison Avenue, Suite 801 |
|   | New York, NY 10016 |
|   | Telephone: 212/682-1818 |
|   | 212/682-1892 (fax) |
|   |   |
|   | GLANCY BINKOW & GOLDBERG LLP |
|   | MICHAEL GOLDBERG |
|   | 1801 Avenue of the Stars, Suite 311 |
|   | Los Angeles, CA 90067 |
|   | Telephone: 310/201-9150 |
|   | 310/201-9160 (fax) |
|   |   |
|   | Additional Counsel for Plaintiffs |
| DATED: July 22, 2011 | JONES DAY |
|   | ROBERT A. MITTELSTAEDT |
|   | CRAIG E. STEWART |
|   | DAVID C. KIERNAN |
|   | MICHAEL T. SCOTT |

                                                                   s/ Robert A. Mittelstaedt
                                                                    ROBERT A. MITTELSTAEDT

                                                        555 California Street, 26th Floor
                                                        San Francisco, CA 94104
                                                        Telephone: 415/626-3939
                                                        415/875-5700 (fax)

                                                        Attorneys for Defendant Apple Inc.

### ECF CERTIFICATION

      The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: July 22, 2011                                                                 By:     s/ Alexandra S. Bernay
                                                                                              ALEXANDRA S. BERNAY

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 22, 2011.

      s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
     & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:       xanb@rgrdlaw.com

639341_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**

  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  invalidaddress@invalidaddress.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`