1
2
3
4
5
6
7
8
9
10
11
12
13

14                      UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                           SAN FRANCISCO DIVISION

17 | THE APPLE IPOD ITUNES ANTI-TRUST   )   Lead Case No. C-05-00037-JW
   | LITIGATION                         )
18 | _____)   CLASS ACTION
   |                                    )
19 | This Document Relates To:          )   [PROPOSED] ORDER REGARDING
   |                                    )   SCHEDULE FOR SUBMISSION OF
20 |     ALL ACTIONS.                   )   SUPPLEMENTAL EXPERT REPORTS RE
   |                                    )   CLASS CERTIFICATION AS SET FORTH
21 | _____)   IN THE COURT'S JUNE 27, 2011 ORDER

22
23
24
25
26
27
28

639345_1

1  Good cause appearing, therefore, and pursuant to the stipulation of the parties, IT IS
2  HEREBY ORDERED that the following pretrial briefing schedule is adopted:
3      1.    Professor Noll's Supplemental Expert Report re Class Certification shall be submitted
4  by November 4, 2011.
5      2.    Apple shall submit its Supplemental Rebuttal Expert Report re Class Certification by
6  February 17, 2012.
7      3.    Plaintiffs request that Professor Noll be permitted to submit a reply report by
8  March 30, 2012. Apple's position is that a Reply Report is unnecessary and not contemplated by the
9  Court's Order.
10  IT IS SO ORDERED.
11  DATED: _____  _____
                                                        THE HONORABLE JAMES WARE
12                                                         UNITED STATES DISTRICT COURT CHIEF JUDGE
13  Submitted by:
14  ROBBINS GELLER RUDMAN
    & DOWD LLP
15  JOHN J. STOIA, JR.
  BONNY E. SWEENEY
16  THOMAS R. MERRICK
  ALEXANDRA S. BERNAY
17  CARMEN A. MEDICI
  655 West Broadway, Suite 1900
18  San Diego, CA  92101
  Telephone:  619/231-1058
19  619/231-7423 (fax)
20  THE KATRIEL LAW FIRM
  ROY A. KATRIEL
21  1101 30th Street, N.W., Suite 500
  Washington, DC  20007
22  Telephone:  202/625-4342
  202/330-5593 (fax)
23
  Co-Lead Counsel for Plaintiffs
24
25
26
27
28

639345_1   [PROPOSED] ORDER RE SCHEDULE FOR SUBMISSION OF SUPP EXPERT REPORTS RE CLASS
CERTIFICATION AS SET FORTH IN THE COURT'S JUNE 27, 2011 ORDER - C-05-00037-JW   - 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 4 | ELAINE A. RYAN<br>TODD D. CARPENTER |
| 5 | 2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ  85012 |
| 6 | Telephone:  602/274-1100<br>602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C. |
| 8 | MICHAEL D. BRAUN<br>10680 West Pico Blvd., Suite 280 |
| 9 | Los Angeles, CA  90064<br>Telephone:  310/836-6000 |
| 10 | 310/836-6010 (fax) |
| 11 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 12 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 13 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 14 | 212/682-1892 (fax) |
| 15 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 16 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 |
| 17 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 18 | Additional Counsel for Plaintiffs |