# EXHIBIT 1

| | | |
|---|---|---|
| Subject: | RE: The Apple iPod iTunes Anti-trust Litigation, Case No. 05-00037-JW | |
| From: | Robert A Mittelstaedt<br>Extension: 3-5710 | 07/19/2011 02:35 PM |
| To: | Carmen Medici | |
| Cc: | "Bonny Sweeney", "David Kiernan", "Tom Merrick", "Xan Bernay" | |

Carmen:

I cannot think of a legitimate reason for the refusal to provide the data and program used by Professor Noll for his latest declaration. His declaration claims that he has run a regression analysis and purports to set forth the results. The previous time he ran a regression and referred to the results in a declaration, you provided the backup. I don't see any basis to claim that this time he need not provide any backup. While this declaration is shorter than the previous ones for which you provided backup, it is still within the scope of the stipulation. It is "written." It is by an "expert." And it is within the meaning of "report" even though it is styled a "declaration" just like the previous ones. The fact that he is required to submit a supplemental report does not immunize him from producing backup material for this declaration.

So we disagree with your position, and find it baseless. But with our response due on Friday, we obviously don't have time to serve a subpoena, wait for your objections, move to compel, prevail, get the materials produced, analyze them and prepare our response, all by Friday. Let me know if you change your mind. Otherwise, we will note your refusal in Friday's response.


Robert A. Mittelstaedt
JONES DAY
San Francisco, California
T: (415) 875-5710
C: (415) 320-2681
F: (415) 875-5700
E-mail: ramittelstaedt@jonesday.com
www.jonesday.com

| | | |
|---|---|---|
| "Carmen Medici" | Bob- We do not view this latest submission... | 07/19/2011 12:46:30 PM |

| | |
|---|---|
| From: | "Carmen Medici" <cmedici@rgrdlaw.com> |
| To: | "Robert A Mittelstaedt" <ramittelstaedt@JonesDay.com> |
| Cc: | "Bonny Sweeney" <BonnyS@rgrdlaw.com>, "Tom Merrick" <tmerrick@rgrdlaw.com>, "Xan Bernay" <XanB@rgrdlaw.com>, "David Kiernan" <dkiernan@JonesDay.com> |
| Date: | 07/19/2011 12:46 PM |
| Subject: | RE: The Apple iPod iTunes Anti-trust Litigation, Case No. 05-00037-JW |

Bob-

We do not view this latest submission by Professor Noll as a "written expert report" as contemplated in paragraph 2 of our stipulation regarding discovery relating to testifying experts, but rather a short declaration in response to the Court's Order (see fn.1 of the Court's June 27, 2011 Order: "The Court is not requiring Mr. Noll to produce a Supplemental Expert Report at this time"). Thus, we don't believe that the Order regarding testifying experts applies.

Because our stipulation does not apply, and the discovery cut-off has passed, a Rule 45 subpoena at this juncture would be inappropriate.

When we submit the "Supplemental Report that is consistent with the Court's May 19 Order" outlined in fn. 1 of the Court's June 27, 2011 Order, we will provide the backup material you request per our stipulation.

Thanks,
Carmen

---

**From:** Robert A Mittelstaedt [mailto:ramittelstaedt@JonesDay.com]
**Sent:** Monday, July 18, 2011 5:30 PM
**To:** Shonda Landry
**Cc:** Bonny Sweeney; Carmen Medici; 'David Kiernan'; 'michaelscott@jonesday.com'; Tom Merrick; Xan Bernay
**Subject:** Re: The Apple iPod iTunes Anti-trust Litigation, Case No. 05-00037-JW

Thanks. Please send us the same type of backup material that was provided for his previous declarations, e.g., the data set and program used for the regression analysis. Because our response is due this Friday, please send tomorrow if at all possible. Please let me know if a subpoena is required.


Robert A. Mittelstaedt
JONES DAY
San Francisco, California
T: (415) 875-5710
C: (415) 320-2681
F: (415) 875-5700
E-mail: ramittelstaedt@jonesday.com
www.jonesday.com



From: Shonda Landry <SLandry@rgrdlaw.com>

To: "'ramittelstaedt@jonesday.com'" <ramittelstaedt@jonesday.com>, 'David Kiernan' <dkiernan@JonesDay.com>,
"'michaelscott@jonesday.com'" <michaelscott@jonesday.com>
Bonny Sweeney <BonnyS@rgrdlaw.com>, Tom Merrick <tmerrick@rgrdlaw.com>, Xan Bernay <XanB@rgrdlaw.com>, Carmen

Cc:
    Medici <cmedici@rgrdlaw.com>

Date: 07/18/2011 05:00 PM

Subject: The Apple iPod iTunes Anti-trust Litigation, Case No. 05-00037-JW

Counsel,

Attached are the following documents: (1) Supplemental Declaration of Roger G. Noll and (2) Exhibit 1. A hard copy to follow by U.S. Mail.

Thank you.

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges. Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.
[attachment "Supp Declaration of RGN_FUS.pdf" deleted by Robert A Mittelstaedt/JonesDay] [attachment "Exhibit 1.pdf"

deleted by Robert A Mittelstaedt/JonesDay]

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

=========