IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Apple iPod iTunes Antitrust Litigation | NO. C 05-00037 JW<br><br>**ORDER DENYING STIPULATION; SETTING SCHEDULE FOR SUBMISSION OF SUPPLEMENTAL EXPERT REPORTS** |

/

On June 27, 2011, the Court ordered the parties to meet and confer and suggest to the Court a suitable schedule for Plaintiffs' expert, Dr. Roger G. Noll, to complete a Supplemental Expert Report, and for Defendant to submit its Supplemental Rebuttal Expert Report. (See Docket Item No. 650 at 1 n.1.) On July 22, 2011, the parties filed a Stipulation in accordance with the Court's June 27 Order.[1] The Court finds that the schedule agreed upon extends this case and potentially the pending Motion for Class Certification beyond what would be a reasonable time period.

Accordingly, the Court DENIES the parties' Stipulation and ORDERS as follows:

(1) On or before **September 23, 2011**, Plaintiffs shall submit Dr. Noll's Supplemental Expert Report re: Class Certification.

---

[1] (See Stipulation Regarding Schedule for Submission of Supplemental Expert Reports Re Class Certification as Set Forth in the Court's June 27, 2011 Order, Docket Item No. 661.)

(2) On or before **November 14, 2011**, Defendant shall submit its Supplemental Rebuttal Expert Report re: Class Certification.

Dated:  August 2, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra Senya Bernay xanb@rgrdlaw.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@rgrdlaw.com
Brian P Murray bmurray@murrayfrank.com
Carmen Anthony Medici cmedici@rgrdlaw.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Craig Ellsworth Stewart cestewart@jonesday.com
David Craig Kiernan dkiernan@jonesday.com
Elaine A. Ryan eryan@bffb.com
Francis Joseph Balint fbalint@bffb.com
George A. Riley griley@omm.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@rgrdlaw.com
Michael D Braun service@braunlawgroup.com
Michael D. Braun service@braunlawgroup.com
Michael Tedder Scott michaelscott@jonesday.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy Arie Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@rgrdlaw.com
Todd David Carpenter tcarpenter@bffb.com

**Dated:  August 2, 2011**                              **Richard W. Wieking, Clerk**


                                                        **By:      /s/ JW Chambers**
                                                                **Susan Imbriani
                                                                Courtroom Deputy**