| | |
|---|---|
| 1 | Robert A. Mittelstaedt  #60359 |
|   | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart  #129530 |
|   | cestewart@jonesday.com |
| 3 | David C. Kiernan  #215335 |
|   | dkiernan@jonesday.com |
| 4 | Michael T. Scott  #255282 |
|   | michaelscott@jonesday.com |
| 5 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 6 | San Francisco, CA  94104 |
|   | Telephone:     (415) 626-3939 |
| 7 | Facsimile:      (415) 875-5700 |
| 8 | Attorneys for Defendant |
|   | APPLE INC. |

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" / Judge James Ware signature]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Lead Case No.  C 05-00037 JW |
|  | [CLASS ACTION] |
| This Document Relates To: | [~~PROPOSED~~] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL |
| ALL ACTIONS. | |

Having considered Apple Inc.'s Administrative Motion to Seal and the Declaration of David C. Kiernan in support of that motion, having determined that public disclosure of the confidential information described therein would harm defendant Apple Inc., and finding good reason to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative Motion is GRANTED.  Apple shall file under seal Exhibit 2 to the Declaration of David Kiernan in support of Apple's Response to Professor Noll's July 18 Declaration, in accordance with General Order 62.

**IT IS SO ORDERED.**

Dated:  August 2, 2011

_____
James Ware
United States District Judge

SFI-701482v1

[~~Proposed~~] Order Granting Admin. Mot. to Seal
C 05-00037 JW

- 1 -