1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael T. Scott #255282
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:      (415) 626-3939
7  Facsimile:      (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST        Lead Case No.  C 05-00037 JW (HRL)
    LITIGATION.
15                                          [CLASS ACTION]

16                                          [PROPOSED] ORDER GRANTING
    This Document Relates To:              APPLE'S ADMINISTRATIVE
17                                          MOTION TO SEAL
        ALL ACTIONS.
18

19         Having considered Apple Inc.'s Administrative Motion to Seal and the Declaration of

20  David C. Kiernan in support of that motion, having determined that public disclosure of the

21  confidential information described therein would harm defendant Apple Inc., and finding good

22  reason to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative

23  Motion is GRANTED.  Apple shall file under seal exhibits to the Declaration of David Kiernan in

24  support of Apple's Further Supplemental Brief Re Class Certification, in accordance with General

25  Order 62.

26  IT IS SO ORDERED.

27  Dated: August 5          , 2011

    James Ware
    United States District Judge

28

SFI-701482v1                                          [Proposed] Order Granting Admin. Mot. to Seal
                                                                     C 05-00037 JW (HRL)

                              - 1 -