1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  JOHN J. STOIA, JR. (141757)
   BONNY E. SWEENEY (176174)
3  THOMAS R. MERRICK (177987)
   ALEXANDRA S. BERNAY (211068)
4  CARMEN A. MEDICI (248417)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   johns@rgrdlaw.com
7  bonnys@rgrdlaw.com
   tmerrick@rgrdlaw.com
8  xanb@rgrdlaw.com
   cmedici@rgrdlaw.com
9
   THE KATRIEL LAW FIRM
10 ROY A. KATRIEL (*pro hac vice*)
   1101 30th Street, N.W., Suite 500
11 Washington, DC  20007
   Telephone:  202/625-4342
12 202/330-5593 (fax)
   rak@katriellaw.com
13
   Co-Lead Counsel for Plaintiffs
14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
                    SAN FRANCISCO DIVISION
17
   THE APPLE IPOD ITUNES ANTI-TRUST          )   Lead Case No. C-05-00037-JW
18 LITIGATION                                )
   _____  )   CLASS ACTION
19                                           )
   This Document Relates To:                 )   DECLARATION OF BONNY E. SWEENEY
20                                           )   IN SUPPORT OF PLAINTIFFS'
        ALL ACTIONS.                         )   ADMINISTRATIVE MOTION TO FILE
21 _____  )   UNDER SEAL
22
23
24
25
26
27
28

653214_1

1    I, BONNY E. SWEENEY, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of

3   California.  I am a member with the law firm of Robbins Geller Rudman & Dowd LLP, Co-Lead

4   Class Counsel of record for Plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak

5   (collectively, "Plaintiffs") in this action.  I have personal knowledge of the matters stated herein,

6   and, if called upon, I could and would competently testify thereto.

7    2.    I submit this declaration in support of Plaintiffs' Administrative Motion to File Under

8   Seal Portions of the Second Supplemental Declaration of Roger G. Noll on Class Certification ("Noll

9   Second Supplemental Declaration") and Exhibit 1, attached thereto.

10    3.    Apple has designated the information as "Confidential – Attorneys' Eyes Only" under

11   the Protective Order as containing commercially sensitive business information.  This motion is

12   intended to satisfy Plaintiffs' obligations under the Protective Order.  In accordance with the

13   Protective Order, the confidential information in the Noll Second Supplemental Declaration and

14   Exhibit 1, attached thereto, has been filed under seal.

15    I declare under penalty of perjury under the laws of the United States of America that the

16   foregoing is true and correct.  Executed this 23rd day of September, 2011, at San Diego, California.

17

18    s/ Bonny E. Sweeney
    BONNY E. SWEENEY

19

20

21

22

23

24

25

26

27

28

653214_1

DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL - C-05-00037-JW                                    - 1 -

1

<u>CERTIFICATE OF SERVICE</u>

2   I hereby certify that on September 23, 2011, I authorized the electronic filing of the foregoing

3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4 the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5 caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6 CM/ECF participants indicated on the attached Manual Notice List.

7   I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on September 23, 2011.

9

         s/ Bonny E. Sweeney
        BONNY E. SWEENEY

10

11

        ROBBINS GELLER RUDMAN
         & DOWD LLP

12

        655 West Broadway, Suite 1900
        San Diego, CA  92101-3301
        Telephone:  619/231-1058

13

        619/231-7423 (fax)

14

        E-mail:   bonnys@rgrdlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**

eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  invalidaddress@invalidaddress.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`