1
2
3
4
5
6
7
8
9
10
11
12
13                   UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                        SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW |
| ) | CLASS ACTION |
| ) | |
| This Document Relates To: ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| ALL ACTIONS. ) ) | |

653218_1

1   This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2   Seal Portions of the Second Supplemental Declaration of Roger G. Noll on Class Certification ("Noll
3   Second Supplemental Declaration") and Exhibit 1, attached thereto, pursuant to Local Rule 79-5(b)-
4   (c). The Court, having reviewed the submissions and finding good reason to seal the information,
5   hereby ORDERS, ADJUDGES and DECREES that:
6   Plaintiffs' Administrative Motion to File Under Seal portions of the Noll Second
7   Supplemental Declaration and Exhibit 1, attached thereto, pursuant to Local Rule 79-5(b)-(c), is
8   GRANTED.
9   IT IS SO ORDERED.
10  DATED: _____   _____
                                     THE HONORABLE JAMES WARE
11                                   UNITED STATES DISTRICT COURT CHIEF JUDGE
12
    Respectfully submitted,
13
    ROBBINS GELLER RUDMAN
14    & DOWD LLP
    JOHN J. STOIA, JR.
15  BONNY E. SWEENEY
    THOMAS R. MERRICK
16  ALEXANDRA S. BERNAY
    CARMEN A. MEDICI
17  655 West Broadway, Suite 1900
    San Diego, CA  92101
18  Telephone:  619/231-1058
    619/231-7423 (fax)
19
    THE KATRIEL LAW FIRM
20  ROY A. KATRIEL
    1101 30th Street, N.W., Suite 500
21  Washington, DC  20007
    Telephone:  202/625-4342
22  202/330-5593 (fax)

23  Co-Lead Counsel for Plaintiffs

24

25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN <br>   &amp; BALINT, P.C. <br> ANDREW S. FRIEDMAN |
| 3 | FRANCIS J. BALINT, JR. <br> ELAINE A. RYAN |
| 4 | TODD D. CARPENTER <br> 2901 N. Central Avenue, Suite 1000 |
| 5 | Phoenix, AZ  85012 <br> Telephone:  602/274-1100 |
| 6 | 602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C. <br> MICHAEL D. BRAUN |
| 8 | 10680 West Pico Blvd., Suite 280 <br> Los Angeles, CA  90064 |
| 9 | Telephone:  310/836-6000 <br> 310/836-6010 (fax) |
| 10 | |
| 11 | MURRAY FRANK LLP <br> BRIAN P. MURRAY |
| 12 | 275 Madison Avenue, Suite 801 <br> New York, NY  10016 |
| 13 | Telephone:  212/682-1818 <br> 212/682-1892 (fax) |
| 14 | GLANCY BINKOW & GOLDBERG LLP <br> MICHAEL GOLDBERG |
| 15 | 1801 Avenue of the Stars, Suite 311 <br> Los Angeles, CA  90067 |
| 16 | Telephone:  310/201-9150 <br> 310/201-9160 (fax) |
| 17 | Additional Counsel for Plaintiffs |

653218_1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - C-05-00037-JW

- 2 -