**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9        SAN FRANCISCO DIVISION

10   The Apple iPod iTunes Antitrust Litigation        NO. C 05-00037 JW

11                                                      **ORDER REQUIRING PARTIES TO
                                                        RENOTICE PENDING MOTIONS**

12

13

14   _____/

15        Presently before the Court are a number of pending Motions relating to class certification in

16   this case.[1]  On June 27, 2011, the Court held a hearing on the Motion for Class Certification.  In

17   response to the parties' contentions in the papers submitted prior to the June 27 hearing and in oral

18   argument, the Court granted the parties additional time to submit Supplemental Expert Reports re:

19   Class Certification.  (See Docket Item No. 672.)  In particular, the Court granted Defendant leave to

20   submit its Supplemental Rebuttal Expert Report re: Class Certification on or before November 14,

21   2011.  (Id. at 2.)

22   _____

23        [1]  (See Plaintiffs' Notice of Motion and Renewed Motion for Class Certification and
     Appointment of Lead Class Counsel, Docket Item No. 486; Request for Leave to File Brief
24   Response to Apple's Objections to Plaintiffs' Evidence Filed in Support of Reply in Support of
     Plaintiffs' Renewed Motion for Class Certification, Docket Item No. 573; Motion for Leave to File
25   Supplemental Objections to Reply Declaration of Roger C. [sic] Noll and Supplemental Opposition
     to Class Certification Motion, Docket Item No. 579; Plaintiffs' Notice of Motion and Motion for
26   Leave to File Plaintiffs' Motion to Strike the Supplemental Expert Report of Dr. Michelle M. Burtis,
     Ph.D., Docket Item No. 604; Plaintiffs' Notice of Motion and Motion to Strike the Supplemental
27   Expert Report of Dr. Michelle M. Burtis, Ph.D., Docket Item No. 605; and Plaintiffs' Notice of
     Motion and Motion for Leave to File Plaintiffs' Opposition to Apple's Supplemental Objections to
28   Reply Declaration of Roger G. Noll and Supplemental Opposition to Class Certification Motion,
     Docket Item No. 607 (collectively, "Pending Motions").)

United States District Court
For the Northern District of California

1          In light of the Court's grant of additional time for the parties to complete their Supplemental

2    Expert Reports, and in order to control its own docket, the Court ORDERS all pending Motions

3    terminated and renoticed.  Upon renoticing, the Motions remain under submission pending the

4    parties' Supplemental Briefs.

5

6    Dated:  September 27, 2011

7                                  JAMES WARE
                                   United States District Chief Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2

**United States District Court**

For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra Senya Bernay xanb@rgrdlaw.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@rgrdlaw.com
Brian P Murray bmurray@murrayfrank.com
Carmen Anthony Medici cmedici@rgrdlaw.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Craig Ellsworth Stewart cestewart@jonesday.com
David Craig Kiernan dkiernan@jonesday.com
Elaine A. Ryan eryan@bffb.com
Francis Joseph Balint fbalint@bffb.com
George A. Riley griley@omm.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@rgrdlaw.com
Michael D Braun service@braunlawgroup.com
Michael D. Braun service@braunlawgroup.com
Michael Tedder Scott michaelscott@jonesday.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy Arie Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@rgrdlaw.com
Todd David Carpenter tcarpenter@bffb.com

**Dated:  September 27, 2011**                    **Richard W. Wieking, Clerk**


**By:        /s/ JW Chambers**
           **Susan Imbriani**
           **Courtroom Deputy**