*IT IS SO ORDERED*

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| ALL ACTIONS. | |

653218_1

1  This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under
2  Seal Portions of the Second Supplemental Declaration of Roger G. Noll on Class Certification ("Noll
3  Second Supplemental Declaration") and Exhibit 1, attached thereto, pursuant to Local Rule 79-5(b)-
4  (c). The Court, having reviewed the submissions and finding good reason to seal the information,
5  hereby ORDERS, ADJUDGES and DECREES that:
6  Plaintiffs' Administrative Motion to File Under Seal portions of the Noll Second
7  Supplemental Declaration and Exhibit 1, attached thereto, pursuant to Local Rule 79-5(b)-(c), is
8  GRANTED.
9  IT IS SO ORDERED.
10 DATED: October 4, 2011
   THE HONORABLE JAMES WARE
11 UNITED STATES DISTRICT COURT CHIEF JUDGE
12
13 Respectfully submitted,

ROBBINS GELLER RUDMAN
14   & DOWD LLP
   JOHN J. STOIA, JR.
15 BONNY E. SWEENEY
   THOMAS R. MERRICK
16 ALEXANDRA S. BERNAY
   CARMEN A. MEDICI
17 655 West Broadway, Suite 1900
   San Diego, CA  92101
18 Telephone:  619/231-1058
   619/231-7423 (fax)
19
   THE KATRIEL LAW FIRM
20 ROY A. KATRIEL
   1101 30th Street, N.W., Suite 500
21 Washington, DC  20007
   Telephone:  202/625-4342
22 202/330-5593 (fax)

23 Co-Lead Counsel for Plaintiffs

24
25
26
27
28

653218_1  [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER
SEAL - C-05-00037-JW                                                             - 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 4 | ELAINE A. RYAN<br>TODD D. CARPENTER |
| 5 | 2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ  85012 |
| 6 | Telephone:  602/274-1100<br>602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C. |
| 8 | MICHAEL D. BRAUN<br>10680 West Pico Blvd., Suite 280 |
| 9 | Los Angeles, CA  90064<br>Telephone:  310/836-6000 |
| 10 | 310/836-6010 (fax) |
| 11 | MURRAY FRANK LLP<br>BRIAN P. MURRAY |
| 12 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 13 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 14 | GLANCY BINKOW & GOLDBERG LLP |
| 15 | MICHAEL GOLDBERG<br>1801 Avenue of the Stars, Suite 311 |
| 16 | Los Angeles, CA  90067<br>Telephone:  310/201-9150 |
| 17 | 310/201-9160 (fax) |
| 18 | Additional Counsel for Plaintiffs |