ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| | CLASS ACTION |
| This Document Relates To: | RE-NOTICE OF PENDING MOTIONS PURSUANT TO COURT'S SEPTEMBER 27, 2011 ORDER |
| ALL ACTIONS. | |
| | Judge:  Hon. Chief Judge James Ware<br>Date:   November 28, 2011<br>Time:   9:00 a.m.<br>CTRM:   9, 19th Floor |

656189_2

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE, that on November 28, 2011, or as soon thereafter as this matter may be heard, in Courtroom 9, 19th Floor, at 9:00 a.m., of the above-captioned Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, before the Honorable Chief Judge James Ware, Plaintiffs Melanie Tucker, Mariana Rosen, and Somtai Troy Charoensak (collectively, "Plaintiffs") will and hereby do, through undersigned counsel, move to have the following motions, previously filed, considered by the Court.

In addition to the re-noticed motions, Plaintiffs list here, for the Court's convenience, the other class certification-related filings that make up the record.

**A.     Re-noticed Motions**

1. Plaintiffs' Notice of Motion and Renewed Motion for Class Certification and Appointment of Lead Class Counsel (Redacted), Dkt. No. 486;

2. Plaintiffs' Motion to Exclude the Opinions of Defendant's Expert, Dr. Michelle M. Burtis, Ph.D. (Redacted), Dkt. No. 554;

3. Request for Leave to File Brief Response to Apple's Objections to Plaintiffs' Evidence Filed in Support of Reply in Support of Plaintiffs' Renewed Motion for Class Certification, Dkt. No. 573;

4. Motion for Leave to File Supplemental Objections to Reply Declaration of Roger C. [*sic*] Noll and Supplemental Opposition to Class Certification Motion, Dkt. No. 579;

5. Plaintiffs' Notice of Motion and Motion for Leave to File Plaintiffs' Motion to Strike the Supplemental Expert Report of Dr. Michelle M. Burtis, Ph.D., Dkt. No. 604;

6. Plaintiffs' Notice of Motion and Motion to Strike the Supplemental Expert Report of Dr. Michelle M. Burtis, Ph.D., Dkt. No. 605; and

7. Plaintiffs' Notice of Motion and Motion for Leave to File Plaintiffs' Opposition to Apple's Supplemental Objections to Reply Declaration of Roger G. Noll and Supplemental Opposition to Class Certification Motion, Dkt. No. 607.

RE-NOTICE OF PENDING MOTIONS PURSUANT TO COURT'S SEPTEMBER 27, 2011 ORDER - C-05-00037-JW

- 1 -

**B.    Additional Filings Related to Class Certification**

1. Declaration of Bonny E. Sweeney in Support of Plaintiffs Notice of Motion and Renewed Motion for Class Certification and Appointment of Lead Class Counsel (Redacted), Dkt. No. 487;

2. Declaration of Roger G. Noll (Redacted), Dkt. No. 488;

3. Declaration of Paula M. Roach in Support of Plaintiffs' Renewed Motion for Class Certification and Appointment of Lead Class Counsel, Dkt. No. 489;

4. Declaration of David C. Kiernan in Support of Apple Inc.'s Opposition to Renewed Motion for Class Certification, Dkt. No. 508;

5. Expert Report of Dr. Michelle M. Burtis (Redacted), Dkt. No. 511;

6. Apple's Opposition to Renewed Motion for Class Certification (Redacted), Dkt. No. 512;

7. Reply Memorandum in Support of Plaintiffs' Renewed Motion for Class Certification (Redacted), Dkt. No. 550;

8. Reply Declaration of Roger G. Noll (Redacted), Dkt. No. 551;

9. Declaration of Alexandra S. Bernay in Support of Reply Memorandum in Support of Plaintiffs' Renewed Motion for Class Certification (Redacted), Dkt. No. 552;

10. Declaration of Carmen A. Medici in Support of Reply Memorandum in Support of Plaintiffs' Renewed Motion for Class Certification (Redacted), Dkt. No. 553;

11. Declaration of Alexandra S. Bernay In Support of Plaintiffs' Motion to Exclude the Opinions of Defendant's Expert, Dr. Michelle M. Burtis, Ph.D. (Redacted), Dkt. No. 555;

12. Apple's Objections to Plaintiffs' Evidence Filed in Support of Reply in Support of Plaintiffs' Renewed Motion for Class Certification, Dkt. No. 572;

13. Plaintiffs' Opposition to Apple's Objections to Plaintiffs' Evidence Filed in Support of Reply in Support of Plaintiffs' Renewed Motion for Class Certification, Dkt. No. 575;

14. Declaration of Alexandra S. Bernay in Support of Plaintiffs' Opposition to Apple's Objections to Plaintiffs' Evidence Filed in Support of Reply in Support of Plaintiffs' Renewed Motion for Class Certification (Redacted), Dkt. No. 576;

15. Declaration of Paula M. Roach in Support of Plaintiffs' Opposition to Apple's Objections to Plaintiffs' Evidence Filed in Support of Reply in Support of Plaintiffs' Renewed Motion for Class Certification, Dkt. No. 577;

16. Apple's Opposition to Motion to Exclude the Opinions of Defendant's Expert, Dr. Michelle M. Burtis, Ph.D, Dkt. No. 580;

17. Apple's Supplemental Objections to Reply Declaration of Roger C. [*sic*] Noll and Supplemental Opposition To Class Certification Motion, Dkt. No. 582;

18. Plaintiffs' Opposition to Apple's Supplemental Objections to Reply Declaration of Roger G. Noll and Supplemental Opposition to Class Certification Motion, Dkt. No. 608;

19. Declaration of Carmen A. Medici in Support of Plaintiffs' Opposition to Apple's Supplemental Objections to Reply Declaration of Roger G. Noll and Supplemental Opposition to Class Certification Motion (Redacted), Dkt. 609;

20. Reply Memorandum in Support of Plaintiffs' Motion to Exclude the Opinions of Defendant's Expert, Dr. Michelle M. Burtis, Ph.D. (Redacted), Dkt. No. 611;

21. Apple's Supplemental Brief Re Class Certification (Redacted), Dkt. No. 633;

22. Declaration of Michael Scott in Support of Apple Inc.'s Supplemental Brief Re Class Certification, Dkt. No. 634;

23. Apple's Request for Leave and Supplemental Brief Re *Wal-Mart Stores Inc. v. Dukes*, Dkt. No. 638;

24. Plaintiffs' Response to the Court's June 22, 2011 Order Requiring Further Supplemental Briefing (Redacted), Dkt. No. 644;

25. Declaration of Bonny E. Sweeney in Support of Plaintiffs' Response to the Court's June 22, 2011 Order Requiring Further Supplemental Briefing (Redacted), Dkt. No. 645;

26. Apple's Further Supplemental Brief Re Class Certification, Dkt. No. 646.

27. Declaration of David C. Kiernan in Support of Apple's Further Supplemental Brief Re Class Certification (Redacted), Dkt. No. 648;

28. Supplemental Declaration of Roger G. Noll (Redacted), Dkt. No. 660;

29. Apple's Response to Professor Noll's July 18 Declaration, Dkt. No. 663;

30. Declaration of David C. Kiernan in Support of Apple's Response to Professor Noll's July 18 Declaration (Redacted), Dkt. No. 664;

31. Supplemental Report of Dr. Michelle M. Burtis, Dkt. No. 665; and

32. Second Supplemental Declaration of Roger G. Noll on Class Certification (Redacted), Dkt. No. 679.

DATED: October 13, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI

      s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Telephone: 310/836-6000
310/836-6010 (fax)

| | |
|---|---|
| 1 | |
| 2 | MURRAY FRANK LLP<br>BRIAN P. MURRAY |
| 3 | 275 Madison Avenue, Suite 801<br>New York, NY 10016 |
| 4 | Telephone: 212/682-1818<br>212/682-1892 (fax) |
| 5 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 6 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 |
| 7 | Telephone: 310/201-9150<br>310/201-9160 (fax) |
| 8 | Additional Counsel for Plaintiffs |

656189_2

RE-NOTICE OF PENDING MOTIONS PURSUANT TO COURT'S SEPTEMBER 27, 2011 ORDER - C-05-00037-JW - 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 13, 2011.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    bonnys@rgrdlaw.com

656189_2

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P. Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**

  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  invalidaddress@invalidaddress.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`