Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION**<br><br>_____<br><br>**This Document Relates To:**<br><br>**ALL ACTIONS** | Lead Case No.  C 05-00037 JW<br>**[CLASS ACTION]**<br><br>**(PROPOSED) ORDER REGARDING PLAINTIFFS' REQUEST TO RE-NOTICE CLASS CERTIFICATION AND OTHER MOTIONS** |

The Court, having considered Plaintiffs' Re-Notice of Pending Motions Pursuant to court's September 27, 2011 Order (Doc. 686) and Apple's Administrative Motion filed October 14, 2011,  and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. By October 24, 2011, Plaintiffs shall file a revised motion to certify the class that they are presently seeking to certify.  By November 14, 2011, Apple shall file its opposition papers and its previously-ordered supplemental expert declaration on class certification.  By November 21, 2011, Plaintiffs shall file any reply.  The motion shall be set for an evidentiary hearing and argument for December __, 2011.

SFI-714226v1

C 05-00037 JW
(PROPOSED) ORDER

2. [Or: On November 21, 2011, the parties shall file supplemental briefs not to exceed __ pages addressing how the new expert reports ordered by the Court affect the class certification motion.]

3. Instead of re-noticing the six other motions identified in Plaintiffs' Re-Notice (Doc. 686), by October 20, 2011, Plaintiffs shall file a brief not to exceed five pages, showing with specificity why those motions are not moot and why they should be re-noticed. By October 27, 2011, Apple may file a responsive brief not to exceed five pages.

Dated: October 14, 2011

_____
Honorable Chief Judge Ware