1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   APPLE INC.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  THE APPLE iPOD iTUNES ANTI-TRUST          Lead Case No. C 05-00037 JW
    LITIGATION.
14                                            [CLASS ACTION]

15                                            **DECLARATION OF DAVID KIERNAN**
                                              **IN SUPPORT OF APPLE'S**
16  This Document Relates To:                 **ADMINISTRATIVE MOTION**
                                              **REGARDING SEVEN MOTIONS**
17      ALL ACTIONS.                          **RENOTICED BY PLAINTIFFS**

18

19

20          1.      I am a partner in the law firm of Jones Day, located at 555 California Street, 26th

21  Floor, San Francisco, CA 94104.  I submit this declaration in support of Apple's Administrative

22  Motion Regarding Seven Motions Renoticed By Plaintiffs (Doc. 680).  The facts stated in this

23  declaration are true and based upon my own personal knowledge, and if called to testify to them, I

24  would competently do so.

25          2.      In response to plaintiffs' renoticing of motion (Doc. 680), I asked plaintiffs'

26  counsel to stipulate to additional briefing on class certification on the ground that the briefs and

27  other pleadings are outdated in light of the court's subsequent rulings.  Specifically, I asked

28  plaintiffs' counsel to agree either to (i) a revised motion to certify with opposition due on

                                              - 1 -

1    November 14, plaintiffs' reply on November 21, and a hearing on December 5 or

2    (ii) simultaneous briefs (10-15 pages in length) due on November 21 with hearing on

3    December 5.  In addition, I asked plaintiffs to stipulate to an evidentiary hearing.

4           3.      Plaintiffs' counsel confirmed that plaintiffs will not stipulate to any of the above.

5    Executed this 14th day of October, 2011 in San Francisco, California.

6

7                                      ___ /s/  David C. Kiernan_____

8                                           David C. Kiernan

9

10   SFI-714235v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. ISO Apple's Admin. Mot. Re Seven Motions
Renoticed By Plaintiffs
C 05-00037 JW; C 06-04457 JW