1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-JW <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] ORDER REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 REGARDING SEVEN MOTIONS RENOTICED BY PLAINTIFFS |
|---|---|---|
| This Document Relates To: <br><br> ALL ACTIONS. | | |

16
17
18
19
20
21
22
23
24
25
26
27
28

659692_1

1  The Court, having considered Plaintiffs' Re-notice of Pending Motions Pursuant to Court's September 27, 2011 Order, filed October 13, 2011 (Dkt. No. 686), Apple's Administrative Motion Pursuant to Civil Local Rule 7-11 Regarding Seven Motions Renoticed by Plaintiffs, filed October 14, 2011 (Dkt. No. 687) and Plaintiffs' Opposition to Apple's Administrative Motion Pursuant to Civil Local Rule 7-11 Regarding Seven Motions Renoticed By Plaintiffs, filed October 20, 2011, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. Apple's Proposed Order Regarding Plaintiffs' Request to Re-notice Class Certification and Other Motions is DENIED.

2. The Court shall consider the re-noticed motions related to class certification on November 28, 2011 as re-noticed by the Plaintiffs in Docket No. 686 or as soon thereafter as the motions may be heard.

DATED: _____   _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT CHIEF JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
   & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

659692_1

[PROPOSED] ORDER RE PLTFS' OPPO TO APPLE'S ADMIN MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 RE SEVEN MOTIONS RENOTICED BY PLAINTIFFS - C-05-00037-JW   - 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN <br>   & BALINT, P.C. <br> ANDREW S. FRIEDMAN |
| 3 | FRANCIS J. BALINT, JR. <br> ELAINE A. RYAN |
| 4 | TODD D. CARPENTER <br> 2901 N. Central Avenue, Suite 1000 |
| 5 | Phoenix, AZ  85012 <br> Telephone:  602/274-1100 |
| 6 | 602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C. <br> MICHAEL D. BRAUN |
| 8 | 10680 West Pico Blvd., Suite 280 <br> Los Angeles, CA  90064 |
| 9 | Telephone:  310/836-6000 <br> 310/836-6010 (fax) |
| 10 | |
| 11 | MURRAY FRANK LLP <br> BRIAN P. MURRAY |
| 12 | 275 Madison Avenue, Suite 801 <br> New York, NY  10016 |
| 13 | Telephone:  212/682-1818 <br> 212/682-1892 (fax) |
| 14 | GLANCY BINKOW & GOLDBERG LLP <br> MICHAEL GOLDBERG |
| 15 | 1801 Avenue of the Stars, Suite 311 <br> Los Angeles, CA  90067 |
| 16 | Telephone:  310/201-9150 <br> 310/201-9160 (fax) |
| 17 | Additional Counsel for Plaintiffs |

