IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Apple iPod iTunes Antitrust Litigation | NO. C 05-00037 JW |
| | **ORDER DENYING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF** |
| _____ / | |

Presently before the Court is Defendant's Administrative Motion Regarding Seven Motions Renoticed by Plaintiffs. (hereafter, "Motion," Docket Item No. 687.) Defendant moves the Court to take one of several forms of action in response to a number of Motions that were renoticed by Plaintiffs in response to the Court's September 27, 2011 Order,[1] on the ground that the "record that Plaintiffs have 'renoticed' is both over- and under-inclusive." (Motion at 2.)

Upon review, the Court does not find good cause to take any of the forms of action requested by Defendant. In its September 27 Order, the Court specifically identified a "number of pending Motions relating to class certification in this case," and instructed the parties to "terminate[] and renotice[]" each of those pending Motions "[i]n light of the Court's grant of additional time for the parties to complete [certain] Supplemental Expert Reports, and in order to control its own docket." (September 27 Order at 1-2.) The Court further explained that "[u]pon renoticing, the Motions remain under submission pending the parties' Supplemental Briefs." (Id. at 2.) Pursuant to the

---

[1] (Order Requiring Parties to Renotice Pending Motions, hereafter, "September 27 Order," Docket Item No. 680.)

Court's September 27 Order, Plaintiffs renoticed the pending Motions for November 28, 2011.[2] (See Docket Item No. 686.) Thus, Plaintiffs have complied with the Court's September 27 Order.

Accordingly, Defendant's Motion for Administrative Relief is DENIED.

Dated: October 24, 2011

JAMES WARE
United States District Chief Judge

---

[2] As previously discussed, the Motions are taken under submission without oral argument. However, the Court reserves the right to have additional hearing upon review of the briefs submitted to date.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra Senya Bernay xanb@rgrdlaw.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@rgrdlaw.com
Brian P Murray bmurray@murrayfrank.com
Carmen Anthony Medici cmedici@rgrdlaw.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Craig Ellsworth Stewart cestewart@jonesday.com
David Craig Kiernan dkiernan@jonesday.com
Elaine A. Ryan eryan@bffb.com
Francis Joseph Balint fbalint@bffb.com
George A. Riley griley@omm.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@rgrdlaw.com
Michael D Braun service@braunlawgroup.com
Michael D. Braun service@braunlawgroup.com
Michael Tedder Scott michaelscott@jonesday.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy Arie Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@rgrdlaw.com
Todd David Carpenter tcarpenter@bffb.com

**Dated:  October 24, 2011**                                          **Richard W. Wieking, Clerk**

                                                                      **By:     /s/ JW Chambers**
                                                                          **Susan Imbriani**
                                                                          **Courtroom Deputy**