1   Robert A. Mittelstaedt #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart #129530
    cestewart@jonesday.com
3   David C. Kiernan #215335
    dkiernan@jonesday.com
4   555 California Street, 26th Floor
    San Francisco, CA  94104
5   Telephone:    (415) 626-3939
    Facsimile:    (415) 875-5700
6

7   Attorneys for Defendant
    APPLE INC.
8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13  **THE APPLE iPOD iTUNES ANTI-**        Lead Case No.  C 05-00037 JW (HRL)
    **TRUST LITIGATION**                   [Class Action]
14

15                                         **SECOND SUPPLEMENTAL REPORT**
                                           **OF DR. MICHELLE M. BURTIS**
16
    This Document Relates To:
17
    ALL ACTIONS
18

19

20

21

22

23

24

25

26

27

28

## BACKGROUND AND SUMMARY OF CONCLUSIONS

1. As provided by the Court's order of August 2, 2011 (Doc. 672), I am submitting this response to the Second Supplemental Declaration of Roger G. Noll on Class Certification (Doc. 679). The issue addressed in that declaration and in this response is whether Professor Noll can show, on a class-wide basis, that the aspects of iTunes 7.0 challenged by Plaintiffs caused an increase in iPod prices during the period September 12, 2006 to March 31, 2009. In other words, as a matter of economics, is there a reliable, class-wide method for proving anticompetitive impact and the amount of damages allegedly caused by the challenged aspects of iTunes 7.0?

2. I understand that this is a significant question from a legal standpoint because if plaintiffs in a class action cannot prove impact and the amount of damages with a class-wide method, then the trial could turn into efforts by individual class members to prove impact and damages on an individual basis, thereby making the trial unmanageable. Here, although Plaintiffs assert several types of alleged individual harm, Professor Noll seeks to prove impact and damages on a class-wide basis for only one type of alleged harm—an overcharge in iPod prices. If, as is the case to date, he cannot prove that the challenged aspects of iTunes 7.0 caused an iPod overcharge, the other types of harm would require individual-by-individual proof. *See* paragraphs 50-51 below.

3. In my previous reports, I have explained the reasons why Professor Noll's proposed reseller regression model is not capable of reliably demonstrating impact and damages on a common basis for all class members. After a careful review of Professor Noll's most recent declaration, I am even more firmly of the opinion that Plaintiffs will never be able to establish anticompetitive impact or the amount of damages on a class-wide basis. To start with, Professor Noll's declaration and his recent deposition show that he has not been able to do so, despite multiple attempts and despite the late stage of this case. It is my understanding that this case has been pending since 2005, that discovery has been closed since December 2010 and that, at least with respect to reseller prices, no further data issues exist. Nonetheless, Professor Noll still has not presented a reliable regression analysis (or any other economic analysis) that establishes a class-wide method of proving impact or damages.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

4.      Professor Noll's inability to do so is understandable because, as he acknowledges at times, there is no economic theory that establishes that the challenged aspects of iTunes 7.0 would necessarily affect iPod prices.[1] As I understand the record, it shows that even after iTunes 7.0 was released in September 2006, consumers could still play RealNetworks' online digital music directly on every iPod purchased before that date.[2] They could also play RealNetworks' music on iPod models launched before that date even if purchased later.  They could also play RealNetworks' music directly on new iPod shuffles launched after that date, because shuffles did not use the database and keybag verification codes challenged in this case as part of iTunes 7.0.  Even though other iPod models introduced after September 2006 contained the challenged code, consumers could play RealNetworks' music on them by "burning" the music to a CD and "ripping" it to the iTunes jukebox application on their computer.  In addition, as Professor Noll recognized before this case was limited to iTunes 7.0, disabling Harmony in September 2006 could not have affected iPod pricing if consumers were not using Harmony at that time and he suspected they were not doing so.[3]

5.      As I understand it, Plaintiffs' theory is that some consumers were buying songs from RealNetworks as of September 2006 to play on iPods and that, as a result of the challenged aspects of iTunes 7.0, they could not directly play those songs on some models of iPods introduced thereafter.  If that were true and if Plaintiffs' multi-step theory of how that would somehow increase iPod demand at some indeterminate future time were correct, it is still implausible that the relatively small change in demand would have made any difference in iPod

---

[1] Noll Supplemental Declaration, filed July 18, 2011, at 2 ("Whether Apple did set iPod prices above the level that otherwise would have been the case is an empirical matter to be determined by econometric analysis."); Roger Noll Deposition, April 7, 2011 ("Noll April 2011 Deposition Tr.") at 200:22-02:13 (as to whether economic theory can determine the initial net impact on iPod prices or when any positive impact would switch to negative, "it's purely an empirical question. It's not a theoretical question.").

[2] The facts in this paragraph are supported by Doc. 472, ¶¶ 31-32 (Farrugia Decl.); Doc. 506, ¶ 2 (errata to Farrugia Decl.); Doc. 473, p. 10 (Apple's Renewed Motion for Summary Judgment); Doc. 663, p. 4 (Apple's Response to Professor Noll's July 18 Declaration).

[3] Noll April 2011 Deposition Tr. at 147:20-148:5.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1    prices. ███████████████████████████████████████████████████

2    ████████████████████████████████████████████  This is a

3    further reason why the failure of Professor Noll's regressions to show any impact or damages is

4    understandable.  As Professor Noll has acknowledged, his regression does not account for the fact

5    that Apple changed its retail and wholesale prices infrequently.[4]  For example, the first price

6    change after iTunes 7.0 was introduced in September 2006 was not until a year later when Apple

7    launched new models.  However, under Professor Noll's model (if it were otherwise robust and

8    reliable), Apple supposedly would have changed prices every quarter and would have done so in

9    smaller increments than it had ever done.

10        6.    In a prior deposition, Professor Noll testified that his regression analysis with

11    respect to iTunes 4.7 was unreliable, incomplete, had omitted variables, may be biased, may be

12    affected by spurious correlation, did not take Apple's pricing strategy into account, and should

13    not be used to draw any inferences about issues fundamental to the case, such as the price effect

14    of the launch of the iTunes Store, the entry of Harmony, or the disabling of Harmony.[5]  Professor

15    Noll thus acknowledged that he could not make any "causal inferences" from the regression and

16    that it did not provide any basis for a "conclusion" as to "whether the launch of Harmony or the

17    disabling of Harmony had any effect on iPod prices."[6]  Professor Noll's reseller regression model

18    addressed to iTunes 7.0 is essentially the same model as he used with respect to iTunes 4.7, with

19    the main difference being that he inserted a variable for iTunes 7.0 and changed the former

20    iTunes 4.7 variable to turn off when iTunes 7.0 was launched.  At his deposition last week,

21    Professor Noll repeated his testimony that even the current version of his reseller regression did

22

23    _____

      [4] Noll April 2011 Deposition Tr. at 189:19-23 ("Q.  Does your current regression in your reply

24    report account for the fact that Apple changed its retail prices and wholesale prices, list prices
      infrequently?  A.  No, that's why it's not a damage model.").

25    [5] Expert Report of Dr. Michelle M. Burtis, filed April 11, 2011 ("April 2011 Burtis Report") at

26    ¶ 7.

      [6] Noll April 2011 Deposition Tr. at 92:22-23 ("I drew no causal inferences from that regression.");
27    *id.* at 113:20-21 ("not reaching a conclusion [as to price effect of Harmony or disabling], and I do

28    not know based on the information that I have that that conclusion is justified").

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

not reliably demonstrate impact or the amount of damages. He testified that, based on the

regression analyses, he is "not willing to reach a conclusion on causality as to anticompetitive

effects" of the challenged conduct, by which he means "whether the conduct had any impact on

iPod pricing."[7] He repeated that he has not "formed an opinion as to whether that conduct caused

the retail iPod prices charged by Apple to be any different than they would have been without that

conduct."[8]

7.     In his Second Supplemental Declaration, Professor Noll seeks to explain his earlier

concession that he cannot draw any casual inferences from his regression by saying that he was

simply avoiding offering "conclusions on the merits of plaintiffs' allegations" and that proving

"anticompetitive harm and damages" are legal matters "beyond [his] expertise."[9] I do not see

how he can square those assertions with the passages in his various declarations where he says

that his regressions supposedly show that iTunes 7.0 caused iPod prices to increase—and it was

those passages from which Professor Noll retreated at deposition when he testified that "I drew no

causal inferences from that regression" and that he could not say "whether the launch of Harmony

or the disabling of Harmony had any effect on iPod prices."[10] That testimony was not couched in

terms of legal expertise. Indeed, at his recent deposition he admitted that by "anticompetitive

effects," he simply means whether the challenged conduct caused iPod prices to increase.[11]

--------

[7] Roger Noll Deposition, Nov. 7, 2011 ("Noll November 2011 Deposition Tr.") at 9:14-10:5.

[8] Noll November 2011 Deposition Tr. at 11:12-18. At the end of his new declaration, after describing some of the reasons why his retail regression is unreliable, Professor Noll writes: "Regardless of the accuracy of the point estimate of the coefficient for purposes of calculating damages, a coefficient that is positive with a high degree of statistical significance is proof that the prices of iPods were higher than otherwise would have been the case after the release of iTunes 7.0." Second Supplemental Noll Declaration at 36. If, as Professor Noll concedes, the value of the coefficient for the 7.0 variable is not accurate, there is no basis to conclude that a reliable regression would end up with a statistically significant, positive coefficient. It could just as well end up with a statistically insignificant coefficient or a negative one.

[9] Second Supplemental Noll Declaration at 6, 28.

[10] Noll April 2011 Deposition Tr. at 92:22-23, 113:12-17.

[11] Noll November 2011 Deposition Tr. at 9:25-10:5.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

8.      As a practical matter, the defects in his approach can be illustrated by seeing what happens to the results when some variables are removed or added.  Everyone considers cost to be an important indicator of price.  But when the cost variable is removed from Professor Noll's regression, the regression still purports to give statistically significant results.  And when variables are added for random events that clearly have no bearing on iPod pricing such as former Vice President Cheney's hunting accident and the move of soccer star David Beckham to a new team, the regression attributes statistically significant effects on iPod prices to these random events  *See* paragraph 39 below.  Likewise, adding a single, arguably important variable (such as iTunes 8.0) to the reseller model changes the claimed result for the iTunes 7.0 variable from positive (and allegedly statistically significant) to negative (and allegedly statistically significant).  *See* paragraph 49 below.  This fragility or sensitivity indicates a fundamental lack of reliability and the inability to draw reliable statistical inferences based on the proposed method.

9.      Professor Noll now presents, for the first time, a separate "preliminary" regression analysis purportedly addressing Apple's retail iPod prices.  This retail regression suffers from the same infirmities as his reseller regression.  Both are inadequate to assess impact and damages under Plaintiffs' complex theory of harm.  Neither is not a proper specification of Apple's iPod pricing methodology.  Neither reflects how Apple sets iPod prices at product launch, and then rarely changes them until new products are launched, or the product enters end-of-life.  Neither includes many of the variables that capture the relevant factors that Apple considers when setting prices.  If, contrary to fact, they were robust and showed an overcharge, each would produce only a single, average overcharge that would be applied to all iPod products, regardless of model, class, generation, time period of purchase, and price.  They ignore that certain iPod products (such as the shuffle, the nano, and the touch) were not sold in both the before Harmony and after Harmony periods and therefore overcharges cannot be separately estimated.  They fail to separate the effects, if any, of the alleged conduct from the confounding effects of other events that occurred at the same time including the other features introduced with iTunes 7.0, for example.  They depend on datasets that are particularly ill-suited to the purpose for which they are being used, because they do not show sufficient variation, and Professor Noll has failed to attempt to

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1    correct for it. If he did, the results of his regressions would lose any statistical significance. *See*

2    paragraphs 40-48 below.

3                                    **DISCUSSION**

4    **Professor Noll's Proposed Methodology Does Not Account for Apple's Price Setting**

5    **Methodology**

6          10.    Professor Noll's proposed methodology is based on the assumption that Apple

7    regularly adjusts its iPod prices in small increments as market conditions change and that the

8    effects of these changing conditions can be captured statistically with various dummy variables.



11.

12

13 Mark Donnelly Deposition, Dec. 20, 2010 ("Donnelly Deposition Tr.) at 46:1-47:2.

14 Donnelly Deposition Tr. at 20:5-23.

15 Donnelly Deposition Tr. at 49:21-50:12.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)



12.    In his Second Supplemental Declaration, Professor Noll states that he observes price variation from quarter to quarter in his retail data, when list prices do not change.[18] However, he asserts that the data he is using has a number of problems, and he admits that using it to calculate quarterly prices "may be inaccurate."[19] For example, the data is net of returns, and averages out any price changes that might occur mid-quarter.[20] Professor Noll cites to no evidence that Apple sold any significant number of iPods at retail at any other price than the announced retail price. Professor Noll could have used Apple's announced retail prices, but instead chose to use his "inaccurate" data.

13.

---

[18] Second Supplemental Noll Declaration at 35.

[19] Second Supplemental Noll Declaration at 34.

[20] *See* Exhibit 8 below for an example.

1

2              [21] None of these variables are included in Professor Noll's models and no

3    plan for including such variables has been articulated.  Without such variables, the proposed

4    models cannot explain introductory prices.

5              14.      Rather than include variables that capture the factors Apple considers, Professor

6    Noll's models rely primarily on dummy variables and generic time trends.  These variables

7    simply separate the various iPod models into different categories and calculate the average price

8    differences between categories.  They do not explain the price differences based on the

9    underlying economic factors that led to them.  For example, the proposed reseller model reports

10   the calculated price difference between an iPod nano 1GB and an iPod nano 2GB in July 2006,

11   but it does not capture the economic variables that led to that price difference.

12

13

14              [22] While Professor Noll's regressions do

15   include a single cost variable, that variable does not capture the breadth of factors considered by

16   Apple.

17              15.      Further, Professor Noll's dummy variables do not capture factors that might

18   change between the "before" period and the "after" (or during) period in his regressions.  A

19   critical consideration in the use of a before-after model, such as Professor Noll's models, is that

20   the relevant factors that affect price be properly accounted for so that any price difference

21   between the before period and the after period is not falsely ascribed to the alleged conduct.  For

22   example, if there is some different relationship between iPod prices and cost before and after the

23   iTunes 7.0 update (or before and after some other event considered or not considered in the

24   model) and that changed relationship is not taken into account in the model, then its impact could

25   be falsely attributed to the update.  Because Professor Noll's models do not contain those factors,

26   _____

27   [21] Donnelly Deposition Tr. at 59:16-60:24, 72:9-74:5.

28   [22] Donnelly Deposition Tr. at 67:4-69:12.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1    or even test for their existence, they cannot establish that any asserted overcharge is not actually

2    due to a change in the factors relevant to Apple's pricing, rather than to the alleged conduct.

3        16.

5                                    [23]  This is a fatal defect in Professor Noll's models.

8                                                Professor Noll's models do not account for

9    these factors.  Nor does Professor Noll describe how the models could be extended or changed to

10   incorporate them.  Indeed, the models make no attempt to explain these prices, but instead rely on

11   dummy variables that simply separate the end-of-life transactions from other transactions.

12       17.    The flaw in Professor Noll's proposed methodology can be seen by comparing

13   actual prices with prices predicted by the model.  Exhibit 2 compares the actual reseller prices of

14   the iPod shuffle, first generation 512 MB, with the prices of that product predicted by Professor

15   Noll's reseller regression.  The graph shows that the prices predicted by the model change

16   frequently, going both up and down at various points in time.  By contrast, the actual prices

17   follow Apple's pricing strategy:  they are constant over time (the initial price does not change

18   contrary to Noll's prediction), they do not vary across reseller customers, and they do not rise

19   (they always fall).  The graph demonstrates how Professor Noll's proposed methodology, based

20   on the premise that Apple's prices change frequently and in small increments, is disconnected

21   from Apple's actual prices.  There is no evidence or reason to believe that, absent the alleged

22   conduct in this case, Apple would have abandoned its fundamental pricing strategy and engaged

23   in the kind of frequent, short-term price movements that Professor Noll's model predicts.

24       18.    The model's finding that Tunes 7.0 led to higher iPod prices likewise results from

25   a misspecified model.  Exhibit 3 shows the reseller and retail iPod prices of all the iPod products

26   sold around the time of the iTunes 7.0 launch.  As can be seen, in all cases, iPod prices either fall

27   _____

28   [23] Donnelly Deposition Tr. at 50:13-53:25, 54:20-55:7.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1    or do not change.  No iPod prices increased when iTunes 7.0 was introduced.

6    19.

7                                                                    [24]

10                                    [25]

14                    [26]

15    20.

19                                        [27]

21                        [28]

23    [24] Donnelly Deposition Tr. at 73:21-74:7.

24    [25] Second Supplemental Noll Declaration at Exhibit 1B.

25    [26]

27    [27] Second Supplemental Noll Declaration at 12.

28    [28] Supplemental Noll Declaration at Exhibit 1.

**Professor Noll's Proposed Methodology Cannot Determine Whether Any Impact Occurred Because It Ignores Relevant Factors And Confounds Others**

21.     Professor Noll's proposed models assume that market events, such as the introduction of the iTunes Store, the iTunes 4.7 update, and the iTunes 7.0 update caused iPod prices to change.  Given that assumption, the models should include other events that similarly may have caused iPod prices to change.  For example, Apple added numerous new services to the iTunes Store, including the ability to rent or buy movies and television programs, and it added other significant content, including sporting highlights and free content.[29]  Moreover, there were other software updates to iTunes that may have had an effect on demand for iPods.  In September 2008, Apple introduced iTunes 8.0, which included the Genius feature, which let users automatically create playlists from songs in their music library.  Apple marketed Genius as enabling "music fans [to] rediscover favorite songs in their existing music library and [to] suggest related music on the iTunes Store they might want to add to their music collection."  In addition, iTunes 8.0 featured new ways of viewing music and video libraries, and added television programs in high definition for sale on the iTunes Store.[30]  Professor Noll's proposed method here does not distinguish any impact due to these events from any impact due to iTunes 7.0.

22.     Professor Noll's models also do not account for the aspects of iTunes 7.0 other than disabling Harmony that may have affected demand for iPods.  Apple's press release

---

[29] See "NFL & Apple Offer 2006 NFL Highlights on the iTunes Store, Apple," Apple, Inc. Press Release, September 12, 2006, describing Apple introducing NFL highlights available on ITS; "Lionsgate Movies Now on iTunes," Apple, Inc. Press Release, February 12, 2007, describing Apple introducing Lionsgate movies available on ITS; "HBO & Apple Bring Critically Acclaimed Television Programming to the iTunes Store," Apple, Inc. Press Release, May 13, 2008, describing Apple introducing HBO content available on the iTunes Store; and "Apple Announces iTunes U on the iTunes Store," Apple, Inc. Press Release, May 30, 2007, describing Apple introducing iTunes U, that included free content.

[30] "Apple Announces iTunes 8," Apple, Inc. Press Release, September 9, 2008.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1    describes iTunes 7.0 as "the most significant enhancement to the world's most popular music

2    jukebox and online music and video store since it debuted in 2001," with features such as new

3    album cover views of music, TV shows, movies with better browsing capability and videos with

4    "near DVD" quality.[31]  At least some of these additional features would directly enhance the

5    value of iPods by providing new or better content to be played on the iPod.  Professor Noll's

6    dummy variable approach is not capable of separating any impact on iPod demand and prices

7    from these factors from the alleged effect iTunes 7.0 had in disabling Harmony.  The effects of

8    these multiple, simultaneous events are confounded, or combined, in his regression, with the

9    result that the regression cannot measure any separate impact of the alleged conduct.[32]

10    **Market Data Undermines Plaintiffs' Theory That iTunes 7.0 Had Any Effect On iPod**

11    **Prices**

12        23.    Plaintiffs' theory of impact from iTunes 7.0 is that, before being disabled by

13    iTunes 7.0, RealNetworks Harmony technology was drawing customers away from the iTunes

14    Store and would have continued to do so, thereby reducing the amount of iTunes Store songs in

15    those customers' music libraries and reducing the degree to which they were allegedly locked into

16    buying iPods.  Plaintiffs assert that, as result of this reduced lock-in, demand would be reduced

17    for iPods and iPod prices would decrease.  The validity of this theory thus depends at the

18    threshold on the notion that RealNetworks was in fact drawing away customers from the iTunes

19    Store and would have continued to do so in sufficiently large numbers to meaningfully impact

20    demand for iPods.[33]  To the extent that RealNetworks did not achieve any significant sales

21    volume from its RealPlayer Music Store, or its sales were to consumers who would not have

22

23    [31] "Apple Announces iTunes 7 with Amazing New Features," Apple, Inc. Press Release,
24    September 12, 2006.

25    [32] Professor Noll admitted at his deposition that other aspects of the iTunes 7.0 update, including
      new movies, album cover views of music and video games, could plausibly affect iPod demand.
26    Noll November 2011 Deposition Tr. at 112:1-5, 114:13-115:16.

27    [33] If such sales are believed to have been diminished by the legal effects of iTunes 4.7 disabling
      Harmony, then the marginal impact of any further disabling of Harmony by iTunes 7.0 would be
28    expected to be low.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1    purchased from the iTunes Store in any event, Plaintiffs' theory of harm fails from the outset, and

2    (assuming his model were otherwise valid) any measured effect of iTunes 7.0 on iPod prices

3    would presumably be due to other confounding factors, and not from any disabling of Harmony.

4         24.    Professor Noll, however, presents no evidence or reason to believe that

5    RealNetworks was drawing customers away from the iTunes Store and would have continued to

6    do so absent iTunes 7.0—let alone that it was doing so in sufficiently large numbers to have had

7    any significant effect on overall demand for iPods.  To the contrary, the available evidence

8    indicates that RealNetworks sales were not sufficient to have any such effect.

9         25.



21    **Professor Noll's Proposed Models Can Find Only Average Overcharges**

22         26.    As described in my previous report, Professor Noll's reseller regression returns a

23    single estimated effect from iTunes 7.0 that is an average across all iPod models and purchasers

24    for the entire class period.  His retail regression does the same.  Professor Noll does not attempt to

25    defend this as a valid measure of the impact or damages suffered by any particular class

26    member.[34]  Nor could he, as it is self-evident (even assuming his model was otherwise valid) that

27    _____

28    [34] Second Supplemental Noll Declaration at 6 ("First, I do not offer conclusions on the merits of
                                                                                                  (continued)

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

any effect from iTunes 7.0 would not be a single dollar amount for every single iPod. Professor Noll himself has admitted that the impact, if any, from iTunes 7.0 would be felt only in the long run and thus would not occur uniformly throughout the entire class period.[35]

27.    Professor Noll asserts that he can address this problem by using a "logarithmic form of the regression" or by adding "interactions" between the iTunes 7.0 variable and other variables.[36] Professor Noll has not produced any models using either of these techniques. Nor has he established that either technique would work.

28.    As to a logarithmic model, if Professor Noll is describing a specification in which the value of prices are in logarithmic form, such a model would return the same percentage overcharge for all models, and any overcharges would differ only because iPod models' prices differ. So, instead of one average overcharge expressed in dollars, as in Professor Noll's current model, there would be one average overcharge expressed in percentage terms. That percentage would produce different overcharge amounts in dollars only because iPod products have different prices.

29.    This proposed logarithmic model does not solve the problem. Competitive conditions for different iPod models differ, and differ over time, and (even if Plaintiffs' theory were otherwise valid) there is no reason to expect there to be a constant percentage overcharge across all models, and over the entire class period. In addition, the assumption of a single percentage overcharge is not consistent with Plaintiffs' theory that any price impact would be felt gradually over time as Apple's market power gradually eroded in the face of competition from the RealNetworks music store.

---

plaintiffs' allegations, and do not claim that my regressions can be used to calculate damages.");
*id.* at 7 ("Because the estimated prices may not be actual prices due to the unknown effect of returns, this regression cannot be used to calculate damage."); *id.* at 31 ("This analysis is preliminary due to limitations in the data that Apple has produced."); *id.* at 35-36 ("Again, estimated effect of the release of iTunes 7.0 in this regression cannot be interpreted as an estimate of damages, even assuming that the liability allegations of the plaintiffs have been proved.").

[35] Declaration of Roger G. Noll, filed Jan. 18, 2011, at 54 (Doc. 497).

[36] Second Supplemental Noll Declaration at 13.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

30.    As for Professor Noll's suggestion that he could add new variables that are "interactions," between the iTunes 7.0 dummy variable and other variables in the equation, Professor Noll does not offer any explanation to support the propriety of that approach here. Professor Noll is apparently proposing that, instead of including a single variable for the iTunes 7.0 update, he could include different iTunes 7.0 variables for each different iPod model (such as the iPod nano, shuffle, etc.). Including such separate iTunes 7.0 variables, alone, however, will not work because the iPod touch was not sold in the before period. I discuss below a similar issue with the iPod nano and shuffle, which were not sold prior to the launch of iTunes 4.7. In an attempt to circumvent this problem, Professor Noll appears to suggest "interacting" separate iTunes 7.0 dummy variables with the trend variable that is already in his equation.[37] The trend variable after the launch of iTunes 7.0 would be different for each iPod model and thus would allow estimation of the regression. However, such a specification implies that any estimated effect of iTunes 7.0 would be that the trend in each iPod model's prices changed, rather than the level. As described above, Apple does not price in this manner. Apple does not change iPod prices regularly over time (such as at weekly, or monthly intervals) as would be the case with such a trend variable. Thus, specifying a regression model to look for such a pattern within each iPod model, and how it might have changed with the launch of iTunes 7.0, is a fundamental misspecification.

31.    Moreover, this suggested specification is a significant departure from the regression model presented. If the effect of iTunes 7.0 is believed to be a change in price trend, then a fully specified model would, presumably, have to capture differences in price trends for other events, such as the introduction of the iTunes Store, the iTunes 4.7 update, competitors and Apple's introduction of DRM-free music, as well as other possible events that are not currently included in the model. Professor Noll does not attempt to show that such a model, based on this different underlying assumption of impact, would work. A fully specified model along these lines would not be able to estimate a separate effect of iTunes 7.0 on the iPod touch because again

---

[37] Second Supplemental Noll Declaration at 13.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1    there are no sales in the before period.  There is no way to estimate both an iPod touch trend

2    variable and a variable that shows how this trend changes after the launch of iTunes 7.0.  In the

3    next section I discuss how a similar problem exists for the iPod nano and iPod shuffle.

4    **Professor Noll has Not Shown that His Model Can Validly Estimate Impact for iPod Models**

5    **Sold Only After October 2004**

6           32.    Professor Noll acknowledges that his regression models cannot directly estimate

7    separate overcharges due to iTunes 7.0 for certain models, such as the iPod touch, that were not

8    sold before September 2006.[38]  He argues that his current methodology instead presumes impact

9    on purchasers of the iPod touch, based on how "Apple's pricing structure in general was altered

10    by the presence of iTunes 7.0."[39]  His newly articulated interpretation of the iTunes 7.0 variable

11    further implies that his methodology also cannot establish impact on iPod products that were first

12    sold after the launch of iTunes 4.7 in October 2004.  This includes the iPod nano and the iPod

13    shuffle, in addition to the iPod touch.

14           33.    Professor Noll claims that his presumption of impact is valid because he used a

15    hedonic regression that explained "the difference in price between products (for example, an iPod

16    touch and an iPod nano) on the basis of difference in attributes."[40]  He asserts that the "resulting

17    equation links the prices of different classes of iPods through time."[41]  However, Professor Noll

18    has fallen well short of modeling the differences between the different iPod products.  He has

19    improperly pooled together very different products and modeled only a select few of the

20    characteristics and features that differentiate those products.  Some of the attributes not captured

21    by Professor Noll are the availability on the iPod touch of "apps" that range from the Angry Birds

22    video game to Facebook, and the ability of some iPod nano models to receive FM radio and

23    communicate with fitness chips placed in running shoes.  The availability of competitors'

24    

25    [38] Second Supplemental Noll Declaration at 14.

26    [39] Second Supplemental Noll Declaration at 14-15.

27    [40] Second Supplemental Noll Declaration at 14.

28    [41] Second Supplemental Noll Declaration at 14.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1  products also differ across the different iPod models.[42]  It is not credible that any effect of the

2  launch of iTunes 7.0 (if any existed at all) would be commonly felt by all iPod products.

3       34.     Though the iPod nano and the iPod shuffle were sold both prior to, and after, the

4  launch of iTunes 7.0, they were not sold both prior to, and after, the launch of iTunes 4.7.

5  Professor Noll argues that the proper interpretation of the effect of iTunes 7.0 is relative to a

6  benchmark that removes any effect of iTunes 4.7.[43]  Thus, to draw a separate inference about the

7  effect of iTunes 7.0 on a particular iPod model, both the effect of iTunes 4.7 and iTunes 7.0 must

8  be measured.  Under Professor Noll's interpretation, because the effect of iTunes 4.7 cannot be

9  separately measured for the iPod nano and the iPod shuffle, for these products there is no way to

10  separately establish if an estimated coefficient on the iTunes 7.0 variable represents only the

11  alleged effect of iTunes 7.0, as opposed to also including an effect from Apple's lawful adoption

12  of iTunes 4.7.  Separate overcharges due to iTunes 7.0 cannot be ascertained for either product.[44]

13

14

15

16

17  _____



[42]

[43] Second Supplemental Noll Declaration at 10.  I discuss this interpretation in more detail below.

[44] These same criticisms apply to the models proposed (but not provided) by Professor Noll where the iTunes 7.0 variable is proposed to be interacted with iPod class variables and the time trend. As I have discussed, such a model rests on the mistaken view that Apple's pricing frequently changes over time, and in response to changing market conditions.  Regardless of the validity of this assumption, it remains the case that, if the suggestion is that the trend in different iPod models' prices changed before and after the iTunes 7.0 update, then the trend in each model's price must be measured before and after the update.  Once again, this is not possible for the iPod touch because there is no trend in its price before the iTunes 7.0 update.  This is similarly true for the iPod nano and iPod shuffle with regard to the iTunes 4.7 update.  This is a fundamental problem with the before and after approach for products not sold in the before period.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1  **Professor Noll has Incorrectly Interpreted the Results of His Regression:  Properly**

2  **Interpreted, the Measured Impact of iTunes 7.0, if any, is Negative**

3      35.      Professor Noll argues that the proper specification of the iTunes 4.7 variable is that

4  it "be reset to zero" when iTunes 7.0 is launched.[45]  With this specification, he argues, the

5  interpretation of the estimated coefficient on the iTunes 7.0 variable is that it is the effect on iPod

6  prices from iTunes 7.0's disabling of Harmony.  In my previous report I noted that resetting the

7  iTunes 4.7 variable to zero was inconsistent with the way Professor Noll modeled other, similar

8  variables.  In his Second Supplemental Declaration, Professor Noll now argues that this criticism

9  is "irrelevant if the coefficients on the indicator variables are interpreted properly."[46]  He states:

10  "the proper interpretation of Dr. Burtis's proposed regression [where the iTunes 4.7 variable is

11  not reset to zero] is that the effect of iTunes 7.0 would be the sum of the coefficients of the two

12  variables [the iTunes 4.7 indicator variable and the iTunes 7.0 indicator variable]."[47]

13      36.      Professor Noll is correct that the structure of the iTunes 4.7 variable (reset to zero

14  or not) is unimportant if it is interpreted correctly.  However, Professor Noll's interpretation of

15  these results is incorrect.  His interpretation, that the effect of iTunes 7.0 is a continuation of the

16  effect of iTunes 4.7, but at a reduced level, is based on a misunderstanding of the relevant but-for

17  world.  He considers the effect of iTunes 7.0 relative to a world *without iTunes 4.7*.  This is not a

18  correct characterization of the but-for world.  The court has ruled that iTunes 4.7 was lawful.

19  iTunes 4.7 thus would have existed in the but-for world.  The correct comparison is therefore to

20  compare the effect of iTunes 7.0 relative to the legal effect of iTunes 4.7.[48]  If the allegedly

21  harmful part of iTunes 7.0 (the part that blocked Harmony) were removed, as it would be in the

22  Plaintiffs' but-for world, the part of iTunes 4.7 that blocked Harmony, and was found to be

23  

24  [45] Second Supplemental Noll Declaration at 10.

    [46] Second Supplemental Noll Declaration at 10.

25  [47] Second Supplemental Noll Declaration at 10.

26  [48] According to Professor Noll's testimony, if the price of an iPod product was $250 prior to the
    iTunes 4.7 update, the price "but for" iTunes 4.7 is $250 minus $6.54 and the price "but for" 7.0
27  is $250 minus $4.85.  Noll November 2011 Deposition Tr. at 108:5-109:5.  This means that,
    given the iTunes 4.7 update was lawful, the iTunes 7.0 update reduced price, not increased it.
28

1    lawful, would remain.  Thus, its impact on iPod prices would remain.  If Professor Noll's

2    proposed models were otherwise valid (which they are not), the relevant effect of iTunes 7.0

3    would be measured relative to iTunes 4.7.  As I illustrated in my prior Declaration, Professor

4    Noll's reseller regression shows this effect to be negative.  *See* Exhibit 5 for an illustration.  His

5    retail regression (which is invalid for all of the other reasons explained in my report) shows this

6    effect to be slightly positive ($1.78).

7    **Professor Noll's Statistical Measures Do Not Show that His Model is Reliable**

8        37.    Professor Noll has asserted that his regression models return "very precisely

9    estimated" coefficients and that the equations' "fit" is "very high."[49]  He relies for this assertion

10   on the fact that the standard errors of the coefficients in his models are low and the models have a

11   high R-squared value.  These statistical measures, however, do not show that the models' results

12   are reliable or establish any anticompetitive effect.

13       38.    A regression analysis that returns estimates that are not precise or that do not fit

14   the underlying data well will be of questionable value.  The high standard errors or a low R-

15   squared value show that the model may not be reliable.  However, the converse is not true.  It is

16   well known that defending a regression specification based on a high R-squared or low standard

17   errors is not an appropriate or reliable practice.[50]

18       39.    Professor Noll's testimony demonstrates these principles.  He has testified that the

19   regression analyses produced thus far are only "provisional," and are not necessarily reliable,

20   even though the R-squared statistics indicate the data "fit" the model and the estimates are

---

[49] Supplemental Noll Declaration at 4; Second Supplemental Noll Declaration at 7.

[50] See, for example, Peter Kennedy, *A Guide to Econometrics*, Blackwell Publishing, 6th Edition at p. 27 ("In general, econometricians are interested in obtaining 'good' parameter estimates where 'good' is not defined in terms of $R^2$.  Consequently the measure of $R^2$ is not of much importance in econometrics."); p. 89 ("It is worth reiterating that searching for a high $R^2$ or a high [adjusted] $R^2$ runs the real danger of finding, through perseverance, an equation that fits the data well but is incorrect because it captures accidental features of the particular data set at hand...rather than the true underlying relationship."); and p. 84 ("Both searching for high $R^2$ and searching for high t values are known to be poor mechanisms for model choice; convincing arguments can found in T. Mayer (1975,1980), Peach and Webb Webb (1983), and Lovell (1983).")").

1  "precisely" estimated.  That his statistical measures do not mean his models are reliable can be

2  further demonstrated by removing variables from Professor Noll's model that, according to him,

3  are important to explaining Apple's prices.  Professor Noll identifies cost as one such variable.

4  He claims "81 percent of the cost difference between two iPods is reflected in their price

5  difference."[51]  Removing this variable from Professor Noll's regression, however, only slightly

6  changes the R-squared (from 97.7 to 96.1), which means the "fit" remains "high."  Similarly, the

7  reported standard errors also change only slightly.[52]  Conversely, coefficients measuring the

8  impact of events that clearly do not matter to iPod pricing may be found to be highly significant,

9  and "precisely" estimated.  For example, adding variables to Professor Noll's models for former

10 Vice President Cheney's hunting accident and David Beckham's move to the Los Angeles Galaxy

11 results in co-efficients that are statistically significant in Professor Noll's model and therefore

12 "precisely" estimated, when clearly they are not important to iPod pricing.[53]

13 **Professor Noll's Results are Unreliable Due to Incorrect Assumptions About the**

14 **Independence of Data Observations**

15      40.     A fundamental problem in the proposed regressions is that the underlying data (for

16 example, iPod prices) has very little variation, or change (observation to observation).  This is

17 important because regression analysis works by correlating changes in one variable to the changes

18 in other variables.  Consider a regression that attempts to explain the price of gasoline charged by

19 a retail outlet.  Over the course of a month, the owner does not change the price of gasoline.  A

20 regression analysis, using data for this month, cannot identify the factors that explain this owner's

21 gasoline prices.  Even if other variables, such as cost or competitors' prices also remain constant

22 over the month, the information is insufficient to conclude that those variables are determining

23 the gasoline prices.  However, if gasoline prices do change over the course of the month and cost

24 also changes, some relationship between price and cost may be statistically estimated.  If price

25 _____

26 [51] Reply Noll Declaration at 38.

27 [52] See Exhibit 6.

28 [53] See Exhibit 7.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1    changes when cost changes, and price remains constant when cost is constant, then the regression

2    analysis will find some relationship between the two variables.  The more changes there are in the

3    underlying data, the more information there is about the relationship between the variables and

4    the better, or more precise, the estimates.

5         41.    While Professor Noll's data contains relatively little variation, it does, in the case

6    of the reseller data, contain a relatively large number of observations.  The number of

7    observations is a key determinant in the formula for calculating standard errors in a regression

8    analysis.  All else equal, a regression analysis with more observations will produce lower

9    standard errors.  (For example, if a regression is estimated for a certain data set and then the data

10   set is repeated many times and the regression is re-estimated with the repeated data set, the results

11   of the estimation with the repeated data set will indicate lower standard errors.  While no new

12   information is introduced by repeating the data set, the results appear to generate better or more

13   precise estimates.)  This phenomenon occurs simply because of the formula used to calculate

14   standard errors.  When there is little variation in the underlying data, but there is a substantial

15   number of observations, the calculated standard errors may produce results that show "precisely"

16   estimated coefficients, when in fact there is no such precision.

17        42.    An important underlying assumption of reliably calculated standard errors is that

18   the regression "residuals," or what is not explained by the variables in the equation, are

19   independent from one another.  These residuals are sometimes called regression errors, and there

20   is a separate such error for each observation in the data set.  (These are different from standard

21   errors, which are associated with the coefficients estimated in a regression.)  If the regression

22   residuals or errors are not independent, then the standard calculations of coefficient's standard

23   errors are inaccurate.  Evidence that regression errors are not independent is that the errors are

24   correlated.  Such correlation is likely to exist when there is little variation in the underlying data.

25        43.    In the reseller regression, Professor Noll claims to have over two million

26   observations.  However, there are only 476 different prices.

27

28

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

[55]

[56] Professor Noll argues that, even though the price in each transaction was identical, the prices were nonetheless independent because each transaction represented a separate decision, presumably by Apple and each customer. The issue, however, is what factors lead to changes in Apple's prices. Even if the decisions by different customers are independent decisions, no incremental information is generated when the same price to each customer is included in the regression. Moreover, no basis exists in any event for assuming that, for each day for each reseller, Apple independently considers whether to sell an iPod at the same price it did the day before to the same customer and whether to sell an iPod to one customer at the same price as some other customer.

---

[54]

[55]

[56] Professor Noll attempts to dismiss this problem, claiming that "economists frequently use data sets with many transactions at the same price…" He references an article related to retail prices at grocery stores. Professor Noll apparently assumes that this data contains "many transactions at the same price," concluding that "…the price of any specific grocery item was likely to be identical in all sales, but differences in the identity of the purchaser and the quantity purchased made each transaction a valid observation." Second Supplemental Noll Declaration at fn. 2. However, examination of the article indicates the data set was not at the level of the individual purchaser and therefore would not have contained any differences in the identity of the purchaser or the quantity purchased. The dataset used in the study was at the "level of individual retail stores," not the level of individual consumers purchasing at the store. *See* Emi Nakamura, "Pass-Through in Retail and Wholesale," *American Economic Review: Papers & Proceedings* 2008, 98:2, 430-437 at 430.

44.     The lack of independent errors in Professor Noll's regression is even more severe,

however, because the lack of variation is not limited to the prices used in the regression, but

extends to the values of the explanatory variables, as well.  The regression errors for two

observations with the same price and the same values of explanatory variables will not simply fail

to be independent; they will be identical.

[57]

This identity of the

errors means that the regression errors clearly are not independent, which means that the low

standard errors Professor Noll reports are not a valid indicator that his model is reliable.[58]  As

discussed above, if the regression errors (the portion of the data (here prices) unexplained by the

regression model) are not independent but are positively correlated across observations, say

within a group (such as the transactions for a particular iPod model sold during a particular period

of time), and there is no accounting for that correlation, then the standard errors will be incorrect;

they will appear to be small, when in fact, they are not.  In other words, the precision of the

estimated coefficients will be overstated.[59]  Professor Noll acknowledges the importance of this

---

[57]

[58] "A pillar of traditional cross section inference … is the assumption that the data are independent.  Each observation is treated as a random draw from the same population, uncorrelated with the observation before or after…  The most important form of dependence arises in data with a group structure. " Angrist, Joshua D. and Jorn-Steffen Pischke, *Mostly Harmless Econometrics*, Princeton University Press, 2009, p. 292-3 ("*Mostly Harmless Econometrics*").

[59] The problem becomes particularly severe when the regression errors are exactly the same, or

(continued)

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1    fundamental assumption underlying the statistical analysis, but does not acknowledge that the

2    dataset he uses violates the assumption.[60]

3         45.    This issue, called group random effects or clustering, is well known in the

4    econometrics literature *and applies to regression analysis.*  While Professor Noll professes not to

5    understand how clustering "bears any relationship to the procedures for dealing with the problem

6    in a regression,"[61] the application of clustering to regression analysis is discussed in *Mostly*

7    *Harmless Econometrics*, an econometrics book cited by Professor Noll, as well as many other

8    sources.[62]  Indeed, it is well recognized that, when the assumption of independent observations is

9    not met, "[s]tatistical inference must control for clustering, as failure to do so can lead to

10   massively underestimated standard errors and consequent over-rejection using standard

11

12

_____

13   identical, across observations.  If the regression errors are the same, then the standard errors
     estimated by conventional methods (such as those employed by Professor Noll) will result in a
14   severe overestimation of precision.  This occurs when observations are essentially duplicated,
     creating the impression that there is far more information about the underlying relationships than
15   actually exists; "[m]aking a data set larger by copying a smaller one *n* times generates no new
     information." *Mostly Harmless Econometrics* at 310.
16
     [60] Second Supplemental Noll Declaration at fn. 1. ("The use of the term independent refers to a
17   standard assumption about the error term, which is that errors are independent draws from the
     same distribution function.").
18
     [61] Second Supplemental Noll Declaration at 18.
19
     [62] *Mostly Harmless Econometrics* at 308-11.  By ignoring intra-group (or intraclass) correlation in
20   regression analysis "[e]ven small interclass correlations" can lead to substantial overestimation of
     precision (pp. 310-11).  This is not a new problem.  In 1986, Moulton showed that the standard
21   errors based on the assumption that regression errors are uncorrelated will be smaller if regression
     errors are correlated within groups. *See* Moulton, Brent R., "Random group Effects and the
22   Precision of Regression Estimates," *Journal of Econometrics* 32 (1986) 385-397.  An often cited
     technical article discussing these issues as well as the clustering procedure is "How Much Should
23   We Trust Differences-In-Differences Estimates," Marianne Bertrand, Esther Duflo, and Sendhil
     Mullainathan, Quarterly Journal of Economics, February 2004.  See also *Proving Antitrust*
24   *Damages- Legal and Economic Issues,* ABA Publishing, Second Edition, 2010 at pp. 145-146
     ("There can be substantial consequences from estimating the standard errors for the coefficient
25   estimates [in a regression] as if the errors were uncorrelated when they are in fact correlated.
     With positive correlation between the error terms, the incorrectly estimated standard errors
26   generally will be biased downward, making the regression coefficients seem to be more precisely
     estimated than they really are.  As a result, a statistical test on the coefficients may yield what
27   appears to be a statistically significant result but is not.").
28

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1    hypothesis tests."[63]  In my prior report, I demonstrated this problem and its effect by applying

2    clustering analysis to Professor Noll's reseller regression, which properly addresses the statistical

3    problems created by having clusters of observations that may share unobserved correlation in

4    their error terms.  When clustering is applied to the reseller regression, the standard errors are

5    substantially higher than those reported by Professor Noll.  For example, Professor Noll reports a

6    standard error on the iTunes 7.0 variable of 0.03, while the standard error after correction for

7    clustering is 8.71.[64]  This adjusted standard error indicates that the coefficient associated with the

8    variable has no statistical significance and therefore, the coefficient can be considered to be zero

9    for all practical purposes.  That is, there is no statistically significant effect of iTunes 7.0 on iPod

10   prices.  This result is not limited to the iTunes 7.0 variable in the model, but extends to numerous

11   other variables.

12       46.      Professor Noll rejects my attempt to address the problem but conducts no test to

13   check the intra-group correlation and makes no attempt to solve the problem in any other way.[65]

14   Professor Noll claims that "[t]he necessary condition for a correction for clustering to be useful is

15   that strictly 'within-cluster correlation' is 'substantial, which means the usual OLS standard errors

16   can be very misleading."[66]  He thus implies that no substantial within-cluster correlation exists

17   _____

18   [63] Colin Cameron and Douglas L. Miller, "Robust Inference with Clustered Data," in *Handbook*

19   *of Empirical Economics and Finance*, edited by Aman Ullah and David E. A. Giles, CRC Press
     2011, pp. 1-28 at p. 2.

20   [64] See Burtis Supplemental Report, Exh. A.

21   [65] Professor Noll claims that the problem is not clustering but omitted variables.  He claims that
     "[o]mitted variables create a problem only if they are correlated with an independent variable that

22   is included in the regression." Second Supplemental Noll Declaration at p. 21.  This is incorrect
     (though I discussed how Professor Noll's regressions suffer from such "omitted variable bias"

23   earlier in my report).  Regardless of whether such omitted variable bias exists, an omitted variable
     can also "create a problem" if it is correlated across observations.  This is the problem of

24   clustering. This is discussed in *Proving Antitrust Damages- Legal and Economic Issues,* ABA
     Publishing, Second Edition, 2010 at p. 145 ("Unobserved economic factors [omitted variables]

25   may affect all customers' prices at a given point in time and therefore these common factors will
     appear in the errors of all the customers in a given time period.  Similarly if these unobserved

26   factors are themselves serially correlated, then the error for one customer in one month will be

27   correlated with the error for another customer in another month.").

28   [66] Second Supplemental Noll Declaration at 23.  Professor Noll is misinterpreting the meaning of
     (continued)

1    here.  But it is a simple matter to calculate such "within-group" (or intraclass) correlation—and

2    that test demonstrates that it exists here.[67]  The intraclass correlation for cluster groups defined as

3    model (e.g., 1st generation iPod classic 20GB) and quarter is equal to 0.998.  This level of

4    intraclass correlation is much higher than what is considered problematic.  In the text cited by

5    Professor Noll, intraclass correlation of 0.1 is found to result in large differences between the

6    actual and the estimated regression errors.[68]  Without some solution or adjustment, the standard

7    errors of his regressions are not valid and lead to the erroneous conclusion that the results are

8    "precise," when they are not precise at all.[69]

9            47.    In the retail regression, Professor Noll has only 385 observations.  However,

10   through the use of a particular estimation procedure, Professor Noll duplicates each price

---

the sentence by selectively quoting from the source.  According to the source, in the presence of the common group effects in the regression error term, "the within-cluster correlation can be substantial, which means the usual OLS standard errors can be very misleading."

[67] Intraclass correlation describes how strongly observations within a group are correlated with each other.

[68] See Mostly Harmless Econometrics at 311.

[69] Professor Noll claims that the reseller sample does not suffer from the problem of random group effect or clustering because "clustering is a problem of small samples" and "[t]he number of clusters identified by Dr. Burtis is in the hundreds, which is far more than the number that econometricians normally would regard as creating a potential problem."  Second Supplemental Noll Declaration, p. 23.  However, the problem of random group effects or clustering is not a small sample problem.  The intra-group correlation will not vanish if the number of observations increases.  Professor Noll seems to suggest that if there are more than 42 clusters, the problem of understated standard error due to group random effects is eliminated.  In support, Professor Noll cites the econometrics book Mostly Harmless Econometrics to make the point that "[t]he number of clusters identified … is far more than the number that econometricians normally would regard as creating a potential problem."  Second Supplemental Noll Declaration at p. 23.  However, this claim is wrong and a misinterpretation of the text.  The text addresses how many clusters are enough for reliably applying solutions such as clustered standard errors, which I used in Exhibit A to my July 2011 Report.  The answer to that question is that, if the number of clusters is high enough (e.g., 42 is a guideline lower bound), then a solution such as clustered standard errors can be used.  If not, then one would need to use more complicated approaches to solve the problem.  Mostly Harmless Econometrics at 319-323.  Either way, the problem exists and must be corrected—not ignored.  Further, Professor Noll claims that "the condition for clustering to be a problem—unobserved common effects—is not present" because of indicators in his regressions.  Second Supplemental Noll Declaration at 25.  Professor Noll provides no academic support for this conclusion, which is incorrect.  Including cluster specific indicator variables does not solve the problem of clustering.

1    transaction according to the quantity of iPods bought in that transaction and thus, produces

2    standard errors that are incorrect.[70] Through the use of this particular estimation technique, the

3    regression essentially duplicates the observations to yield 44,777,096 observations.[71] This

4    duplication creates the same problem as the problem described above with respect to the reseller

5    regression.[72] Calculated standard errors for the regression coefficients appear to be low and

6    statistical significance appears to be high, when in fact this is not the case. When this duplication

7    is undone, the results are markedly different. For example, undoing this procedure causes the

8    statistical significance of the iTunes 7.0 update dummy variable to fall dramatically. The

9    standard error reported by Professor Noll is 0.03. Undoing the duplication yields a standard error

10   of 11.17. Professor Noll reports that the iTunes 7.0 coefficient is statistically significant at the 1

11   percent level. Undoing the duplication implies that the iTunes 7.0 coefficient is only statistically

12   significant at the 67 percent level, or highly insignificant. Professor Noll has acknowledged, in

13   earlier testimony, that the lack of retail price variability could render this type of model unreliable

14   and thus he was considering other methods for calculating damages to retail proposed class

15

16

17   _____

18   [70] Professor Noll uses a "FREQ" statement in his regression with quantity sold in a transaction as
     the weight. When a FREQ statement appears, each observation in the input data set is assumed to
     represent n observations, where n is the value of the FREQ variable. The analysis produced when
19   you use a FREQ statement is the same as an analysis produced by using a data set that contains n
20   observations in place of each observation in the input data set. When the procedure determines
     degrees of freedom for significance tests, the total number of observations is considered to be
21   equal to the sum of the values of the FREQ variable. See SAS/STAT® 9.2 User's Guide,
     Chapter 73: The Reg Procedure, p. 5462. Available at
22   http://support.sas.com/documentation/cdl/en/statugreg/61824/PDF/default/statugreg.pdf

23   [71] Professor Noll did not explain the rationale for this technique in his report.

24   [72]


25

26

27

28

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1   members.[73] It is only through this technique that the regression method returns what appear to be

2   statistically significant results.

3         48.    The retail regression produced by Professor Noll is based not on the actual prices

4   of iPods paid by retail consumers, but instead on quarterly average prices.  Professor Noll has

5   acknowledged that consumers who purchase iPods directly from Apple pay Apple's list prices,

6   yet he does not use those list prices in his retail regression.  The average quarterly prices do not

7   accurately represent the actual prices paid by retail customers.  In certain time periods, the use of

8   the average quarterly prices does not capture actual price reductions.  For example, at the time of

9   the iTunes 7.0 introduction, Apple reduced certain iPod prices.  Professor Noll's data do not

10  capture this reduction.  This is shown in Exhibit 8 for the iPod Classic, fifth generation, 60 GB.

11  A dummy variable for iTunes 7.0, like the one that Professor Noll uses in this regression, will

12  produce a result that is biased upward (*e.g.* it is too high or too positive) because it is not

13  capturing actual price reductions that occurred at the same time the dummy variable is "turned

14  on."  This is an additional reason that Professor Noll's results cannot be relied on to claim any

15  overcharge on iPod prices due to the alleged conduct.

16  **The Underlying Statistical and Specification Problems Lead To A Model That is Not Robust**

17        49.    Professor Noll's proposed model is not robust.  A robust model will not produce

18  substantively different results when slight changes are made to the specification.  In this case, the

19  addition of variables consistent with Professor Noll's purported theory leads to substantially

20  different and in certain cases, opposite, findings, which evidences that the proposed model is not

21  reliable.  For example, adding a dummy variable for the iTunes 8.0 update to Professor Noll's

22  reseller regression make the 7.0 variable negative.[74]  Similarly, accounting for the re-launch of

23  Harmony in April 2005 produces very different results and shows, for example, that the

24  _____

25  [73] Noll April 2011 Deposition Tr. at 45:17-48:3.

26  [74] Exhibit 9 shows that the coefficient on the iTunes 7.0 dummy variable is -11.04.  In addition, there are other examples of substantially different coefficients returned by this specification, compared to the one produced by Professor Noll, including different capacity variables being

27  positive in one specification and negative in the other and the effect of competitors offering DRM-free music being positive in one specification and negative in the other.

28

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1  coefficient on the dummy variable associated with the iTunes 7.0 update is negative, not

2  positive.[75] *See* Exhibit 10.[76]

3  **Professor Noll Does Not Claim That Plaintiffs' Other Theories of Impact Can Be Proved on**

4  **a Common Basis**

5      50.    Professor Noll's regression models are limited to attempting to show only the

6  existence of an overcharge in iPod prices.  He does not attempt to show that he has an allegedly

7  common method for proving impact on Plaintiffs or other class members from the other theories

8  of harm he has previously asserted, including that (1) lower sales of iPods, due to higher prices,

9  causes "dead-weight loss"; (2) the prices of other firms in the market may be higher; (3) the

10  alleged "lock-in" increased switching costs and reduced consumers' product choices; and (4) the

11  alleged "lock-in" could have slowed technological progress.[77]

12      51.    Each of these theories of harm would require individualized analysis of impact,

13  and/or is not impact felt by the putative class.  Dead-weight loss, or the "loss of welfare arising

14  from the reduction in output"[78] to the extent it is present, is a loss felt by consumers who did not

15  actually make iPod purchasers; thus it is not a loss felt by the putative class, who all purchased

16  iPods.  Similarly, Professor Noll claims that the prices of other firms in the market may be higher.

17  Again, these are prices of products not purchased by the putative class, or at least no claim is

18  made for those purchases here.  And any such claim would in any event present individual issues

19  regarding what particular purchase was made and at what price.  Similarly, determination of

20  impact due to fewer choices or different choices, due to slower technological change, requires

21  

22  [75] Professor Noll was asked what he would conclude if, when a dummy variable for the relaunch
of Harmony in early 2005 was added the iTunes 7.0 variable became negative or insignificant, he

23  testified that "then either there is no damages or there's something structurally wrong with the
model."  Noll November 2011 Dep. Tr. at 67-68.

24  
[76] Exhibit 10 shows that when the iTunes 4.7 dummy variable is reset to 0 when Harmony re-

25  launched (consistent with Professor Noll's view that "any indicator variable should be "on" only
if the associated prices could plausibly be affected by it" (Second Supplemental Noll Declaration,

26  p. 9)) the coefficient on the iTunes 7.0 dummy variable is -2.43.

27  [77] Declaration of Roger G. Noll, filed Jan. 18, 2011, at 23-24, 64-65.

28  [78] Noll Decl. at 64.

Second Supp. Burtis Expert
C 05-00037 JW (HRL)

1  information about individual consumers' preferences.  This can only be obtained via

2  individualized inquiry.  Consumers do not always want the latest electronic device or prefer the

3  latest technological feature or characteristic.

4      I declare under penalty of perjury that the foregoing is true to the best of my knowledge

5  and belief.  Executed on November 14, 2011 in Washington, D.C.

6

7

8

9  _____

     Michelle M. Burtis, Ph.D.

10

11

12  SFI-717067v4

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Second Supp. Burtis Expert
C 05-00037 JW (HRL)