information about individual consumers' preferences. This can only be obtained via individualized inquiry. Consumers do not always want the latest electronic device or prefer the latest technological feature or characteristic.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on November 14, 2011 in Washington, D.C.

*[signature]*

Michelle M. Burtis, Ph.D.

SFI-717067v3

- 30 -

Second Supp. Burtis Expert
C 05-00037 JW (HRL)