ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION REGARDING EXTENDING TIME TO FILE PROPOSED FORM OF NOTICE AND NOTICE PLAN |

669932_1

1  Pursuant to Civil L.R. 6-2, Plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak ("Plaintiffs") and Defendant Apple Inc. (collectively "Parties") submit this Stipulation Regarding Extending Time to File Proposed Form of Notice and Notice Plan and attached Declaration of Alexandra S. Bernay in Support of the Stipulation Regarding Extending Time to File Proposed Form of Notice and Notice Plan.

WHEREAS, on November 22, 2011, the Court granted Plaintiffs' motion for class certification and ordered that the Parties provide a proposed joint plan for notice and proposed form of notice by December 9, 2011;

WHEREAS the Parties agree that the Parties and the proposed third-party notice administrator need additional time to review and assess the information received from Apple on December 6, 2011 regarding email and mailing addresses of potential Class Members in order to formulate a complete and workable notice plan;

IT IS HEREBY STIPULATED by the Parties as follows subject to the Court's approval:

December 29, 2011: The Parties shall file a proposed plan of notice and proposed form of notice in accordance with the Court's November 22, 2011 Order.

DATED: December 7, 2011

ROBBINS GELLER RUDMAN
 & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI

           s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs

```
 1                                    THE KATRIEL LAW FIRM
                                      ROY A. KATRIEL
 2                                    1101 30th Street, N.W., Suite 500
                                      Washington, DC  20007
 3                                    Telephone:  202/625-4342
                                      202/330-5593 (fax)
 4
                                      BONNETT, FAIRBOURN, FRIEDMAN
 5                                      & BALINT, P.C.
                                      ANDREW S. FRIEDMAN
 6                                    FRANCIS J. BALINT, JR.
                                      ELAINE A. RYAN
 7                                    TODD D. CARPENTER
                                      2901 N. Central Avenue, Suite 1000
 8                                    Phoenix, AZ  85012
                                      Telephone:  602/274-1100
 9                                    602/274-1199 (fax)

10                                    BRAUN LAW GROUP, P.C.
                                      MICHAEL D. BRAUN
11                                    10680 West Pico Blvd., Suite 280
                                      Los Angeles, CA  90064
12                                    Telephone:  310/836-6000
                                      310/836-6010 (fax)
13
                                      MURRAY FRANK LLP
14                                    BRIAN P. MURRAY
                                      275 Madison Avenue, Suite 801
15                                    New York, NY  10016
                                      Telephone:  212/682-1818
16                                    212/682-1892 (fax)

17                                    GLANCY BINKOW & GOLDBERG LLP
                                      MICHAEL GOLDBERG
18                                    1925 Century Park East, Suite 2100
                                      Los Angeles, CA  90067
19                                    Telephone:  310/201-9150
                                      310/201-9160 (fax)
20
                                      Additional Counsel for Plaintiffs
21
22  DATED:  December 7, 2011          JONES DAY
                                      ROBERT A. MITTELSTAEDT
23                                    CRAIG E. STEWART
                                      DAVID C. KIERNAN
24                                    MICHAEL T. SCOTT

25
26                                           s/ David C. Kiernan
                                             DAVID C. KIERNAN
27
28
```

555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415/626-3939
415/875-5700 (fax)

Attorneys for Defendant Apple Inc.

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: December 7, 2011             By:      s/ Alexandra S. Bernay
                                          ALEXANDRA S. BERNAY

CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 7, 2011.

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:       xanb@rgrdlaw.com

669932_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com

- **Brian P. Murray**
  bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**

  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  invalidaddress@invalidaddress.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`