1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                          SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER EXTENDING TIME TO FILE PROPOSED FORM OF NOTICE AND NOTICE PLAN |
| ALL ACTIONS. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

669923_1

1     Good cause appearing, therefore, and pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED that the Parties in the above-entitled action will adhere to the following schedule, subject to any modifications as may be agreed between the Parties or approved upon application to this Court:

    December 29, 2011: The Parties shall file a joint plan of notice and proposed notice as contemplated by the Court's November 22, 2011 Order granting class certification.

    IT IS SO ORDERED.

DATED: _____       _____
                                                    THE HONORABLE JAMES WARE
                                                    UNITED STATES DISTRICT COURT CHIEF JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

Class Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  &amp; BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

| | |
|---|---|
| 1 | |
| 2 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 3 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA 90064 |
| 4 | Telephone: 310/836-6000<br>310/836-6010 (fax) |
| 5 | MURRAY FRANK LLP |
| 6 | BRIAN P. MURRAY<br>275 Madison Avenue, Suite 801 |
| 7 | New York, NY 10016<br>Telephone: 212/682-1818 |
| 8 | 212/682-1892 (fax) |
| 9 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 10 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |
| 11 | Telephone: 310/201-9150<br>310/201-9160 (fax) |
| 12 | Additional Counsel for Plaintiffs |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |