

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW |
| ) | <u>CLASS ACTION</u> |
| This Document Relates To: ) ) | [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE PROPOSED FORM OF NOTICE AND NOTICE PLAN |
| ALL ACTIONS. ) ) | |

669923_1

1  Good cause appearing, therefore, and pursuant to the stipulation of the Parties, IT IS
2  HEREBY ORDERED that the Parties in the above-entitled action will adhere to the following
3  schedule, subject to any modifications as may be agreed between the Parties or approved upon
4  application to this Court:
   January 9, 2012:
5  ~~December 29, 2011~~: The Parties shall file a joint plan of notice and proposed notice as
6  contemplated by the Court's November 22, 2011 Order granting class certification.
7  IT IS SO ORDERED.
8  DATED: December 8, 2011         _____
                                    THE HONORABLE JAMES WARE
9                                   UNITED STATES DISTRICT COURT CHIEF JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

Class Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

| | |
|---|---|
| 1 | |
| 2 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 3 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 4 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 5 | MURRAY FRANK LLP |
| 6 | BRIAN P. MURRAY<br>275 Madison Avenue, Suite 801 |
| 7 | New York, NY  10016<br>Telephone:  212/682-1818 |
| 8 | 212/682-1892 (fax) |
| 9 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 10 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067 |
| 11 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 12 | Additional Counsel for Plaintiffs |

669923_1

[~~PROPOSED~~] ORDER EXTENDING TIME TO FILE PROPOSED FORM OF NOTICE AND NOTICE PLAN - C-05-00037-JW

- 2 -