1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | [PROPOSED] ORDER IN SUPPORT OF JOINT PROPOSAL REGARDING NOTICE PLAN |

676058_1

1   The parties have submitted a proposed Joint Proposal Regarding Notice Plan. The Court has
2   considered the proposed plan, as well as the attachments detailing the forms of notice. The method
3   of providing and forms of notice, as agreed to by the parties, meets the requirements of due process.
4   Specifically, the Court finds the proposed email notice, coupled with publication notice as well as
5   notice to Resellers by U.S. mail and email, provides the best notice practicable under the
6   circumstances in this action. The Court further finds the forms of notice accurately, and in plain
7   language describes the litigation and Class Members' options regarding the litigation and thereby
8   constitutes due and sufficient notices to all persons entitled to such notice.

9   IT IS THEREFORE ORDERED, ADJUDGED AND AGREED THAT:

10   The forms of notice attached as Exhibits 1, 2 and 3 are hereby approved by the Court and
11   shall be disseminated consistent with the plan detailed in the Joint Proposal Regarding Notice Plan.

12   IT IS SO ORDERED.

13   DATED: _____   _____
                                     THE HONORABLE JAMES WARE
14                                   UNITED STATES DISTRICT COURT CHIEF JUDGE

15

16   Submitted by:

17   ROBBINS GELLER RUDMAN
        & DOWD LLP
18   JOHN J. STOIA, JR.
     BONNY E. SWEENEY
19   THOMAS R. MERRICK
     ALEXANDRA S. BERNAY
20   CARMEN A. MEDICI
     655 West Broadway, Suite 1900
21   San Diego, CA  92101
     Telephone:  619/231-1058
22   619/231-7423 (fax)

23   Class Counsel for Plaintiffs

24   THE KATRIEL LAW FIRM
     ROY A. KATRIEL
25   1101 30th Street, N.W., Suite 500
     Washington, DC  20007
26   Telephone:  202/625-4342
     202/330-5593 (fax)

27

28

676058_1

[PROPOSED] ORDER IN SUPPORT OF JOINT PROPOSAL REGARDING NOTICE PLAN - C-05-00037-JW
- 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| | ANDREW S. FRIEDMAN |
| 3 | FRANCIS J. BALINT, JR. |
| | ELAINE A. RYAN |
| 4 | TODD D. CARPENTER |
| | 2901 N. Central Avenue, Suite 1000 |
| 5 | Phoenix, AZ 85012 |
| | Telephone: 602/274-1100 |
| 6 | 602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C. |
| | MICHAEL D. BRAUN |
| 8 | 10680 West Pico Blvd., Suite 280 |
| | Los Angeles, CA 90064 |
| 9 | Telephone: 310/836-6000 |
| | 310/836-6010 (fax) |
| 10 | |
| | MURRAY FRANK LLP |
| 11 | BRIAN P. MURRAY |
| | 275 Madison Avenue, Suite 801 |
| 12 | New York, NY 10016 |
| | Telephone: 212/682-1818 |
| 13 | 212/682-1892 (fax) |
| 14 | GLANCY BINKOW & GOLDBERG LLP |
| | MICHAEL GOLDBERG |
| 15 | 1925 Century Park East, Suite 2100 |
| | Los Angeles, CA 90067 |
| 16 | Telephone: 310/201-9150 |
| | 310/201-9160 (fax) |
| 17 | |
| | Additional Counsel for Plaintiffs |
| 18 | |
| | JONES DAY |
| 19 | ROBERT A. MITTELSTAEDT |
| | CRAIG E. STEWART |
| 20 | DAVID C. KIERNAN |
| | 555 California Street, 26th Floor |
| 21 | San Francisco, CA 94104 |
| | Telephone: 415/626-3939 |
| 22 | 415/875-5700 (fax) |
| 23 | Attorneys for Defendant Apple Inc. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

676058_1

[PROPOSED] ORDER IN SUPPORT OF JOINT PROPOSAL REGARDING NOTICE PLAN - C-05-00037-JW

- 2 -