United States District Court
For the Northern District of California

1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9             SAN FRANCISCO DIVISION

10   The Apple iPod iTunes Antitrust Litigation          NO. C 05-00037 JW

11                                                       **ORDER RE. JOINT PROPOSAL
                                                         REGARDING NOTICE PLAN**
12

13
                                                    /
14

15        Presently before the Court is the parties' Joint Proposal Regarding Notice Plan.  (hereafter,

16   "Joint Proposal," Docket Item No. 698.)  In their Joint Proposal, the parties contend that

17   dissemination of notice to the class in this case should "be deferred until after the Ninth Circuit rules

18   on Apple's Rule 23(f) petition for interlocutory review of [the] Court's November 22, 2011 class-

19   certification decision."[1]  (Id. at 2.)  In particular, the parties contend that deferral of the

20   dissemination of notice will "avoid the possibility of the Class receiving two conflicting [n]otices,"

21   which will "serv[e] the public interest by avoiding 'the risk of significantly confusing the class

22   consumers.'"[2]

23        Upon review, the Court finds good cause to defer the dissemination of notice until after the

24   Ninth Circuit has ruled on Defendant Apple's Petition.  Accordingly, the Court declines to consider

25   _____

26        [1] On December 6, 2011, Defendant Apple filed a Petition for Permission to Appeal Order
     Granting Class Certification pursuant to Fed. R. Civ. P. 23(f) with the Ninth Circuit.  (hereafter,
27   "Petition," Docket Item No. 697.)

28        [2] (Id. (citing Order Granting Defendants' Motion to Stay Proceedings at 6, Docket Item No.
     493 in No. C 07-05152 JW).)

1  the Joint Proposal at this time.  If the Ninth Circuit denies the Petition, the parties shall renotice the

2  Joint Proposal within ten days of the Ninth Circuit's ruling.

3

4

5  Dated:  January 12, 2012

6                                                                    JAMES WARE
                                                                    United States District Chief Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

2

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Alexandra Senya Bernay xanb@rgrdlaw.com
Alreen Haeggquist alreenh@zhlaw.com
3 Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@rgrdlaw.com
4 Brian P Murray bmurray@murrayfrank.com
Carmen Anthony Medici cmedici@rgrdlaw.com
5 Caroline Nason Mitchell cnmitchell@jonesday.com
Craig Ellsworth Stewart cestewart@jonesday.com
6 David Craig Kiernan dkiernan@jonesday.com
Elaine A. Ryan eryan@bffb.com
7 Francis Joseph Balint fbalint@bffb.com
George A. Riley griley@omm.com
8 Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
9 John J. Stoia jstoia@rgrdlaw.com
Michael D Braun service@braunlawgroup.com
10 Michael D. Braun service@braunlawgroup.com
Michael Tedder Scott michaelscott@jonesday.com
11 Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy Arie Katriel rak@katriellaw.com
12 Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@rgrdlaw.com
13 Todd David Carpenter tcarpenter@bffb.com

14

**Dated:  January 12, 2012**                          **Richard W. Wieking, Clerk**

15

16                                                        **By:      /s/ JW Chambers**
                                                             **Susan Imbriani**
17                                                          **Courtroom Deputy**

18

19

20

21

22

23

24

25

26

27

28