1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING RENOTICED JOINT PROPOSAL REGARDING NOTICE PLAN |
| ALL ACTIONS. | |

696413_1

1    The parties have submitted a proposed Renoticed Joint Proposal Regarding Notice Plan.  The

2 Court has considered the proposed plan, as well as the attachments detailing the forms of notice.

3 The method of providing and forms of notice, as agreed to by the parties, meet the requirements of

4 due process.  Specifically, the Court finds the proposed email notice, coupled with publication notice

5 as well as notice to Resellers by U.S. mail and email, provides the best notice practicable under the

6 circumstances in this action.  The Court further finds the forms of notice accurately, and in plain

7 language describes the litigation and Class Members' options regarding the litigation and thereby

8 constitutes due and sufficient notices to all persons entitled to such notice.

9    IT IS THEREFORE ORDERED, ADJUDGED AND AGREED THAT:

10    The forms of notice attached as Exhibits 1, 2 and 3 are hereby approved by the Court and

11 shall be disseminated consistent with the plan detailed in the Renoticed Joint Proposal Regarding

12 Notice Plan.

13    IT IS SO ORDERED.

14 DATED: _____    _____
                                THE HONORABLE JAMES WARE
15                              UNITED STATES DISTRICT COURT CHIEF JUDGE

16

17 Submitted by:

18 ROBBINS GELLER RUDMAN
     & DOWD LLP
19 JOHN J. STOIA, JR.
   BONNY E. SWEENEY
20 THOMAS R. MERRICK
   ALEXANDRA S. BERNAY
21 CARMEN A. MEDICI
   655 West Broadway, Suite 1900
22 San Diego, CA  92101
   Telephone:  619/231-1058
23 619/231-7423 (fax)

24 Class Counsel for Plaintiffs

25 THE KATRIEL LAW FIRM
   ROY A. KATRIEL
26 1101 30th Street, N.W., Suite 500
   Washington, DC  20007
27 Telephone:  202/625-4342
   202/330-5593 (fax)

28

1

BONNETT, FAIRBOURN, FRIEDMAN

2     & BALINT, P.C.
ANDREW S. FRIEDMAN

3  FRANCIS J. BALINT, JR.
ELAINE A. RYAN

4  TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000

5  Phoenix, AZ  85012
Telephone:  602/274-1100

6  602/274-1199 (fax)

7  BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN

8  10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064

9  Telephone:  310/836-6000
310/836-6010 (fax)

10

MURRAY FRANK LLP

11  BRIAN P. MURRAY
275 Madison Avenue, Suite 801

12  New York, NY  10016
Telephone:  212/682-1818

13  212/682-1892 (fax)

14  GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG

15  1925 Century Park East, Suite 2100
Los Angeles, CA  90067

16  Telephone:  310/201-9150
310/201-9160 (fax)

17

Additional Counsel for Plaintiffs

18

JONES DAY

19  ROBERT A. MITTELSTAEDT
CRAIG E. STEWART

20  DAVID C. KIERNAN
555 California Street, 26th Floor

21  San Francisco, CA 94104
Telephone:  415/626-3939

22  415/875-5700 (fax)

23  Attorneys for Defendant Apple Inc.

24

25

26

27

28

[PROPOSED] ORDER GRANTING RENOTICED JOINT PROPOSAL REGARDING NOTICE PLAN -
C-05-00037-JW                                                                      - 2 -