1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Lead Case No. C-05-00037-JW <br><br> CLASS ACTION <br><br> [~~PROPOSED~~] ORDER GRANTING RENOTICED JOINT PROPOSAL REGARDING NOTICE PLAN |

696413_1

1  The parties have submitted a proposed Renoticed Joint Proposal Regarding Notice Plan.  The
2  Court has considered the proposed plan, as well as the attachments detailing the forms of notice.
3  The method of providing and forms of notice, as agreed to by the parties, meet the requirements of
4  due process.  Specifically, the Court finds the proposed email notice, coupled with publication notice
5  as well as notice to Resellers by U.S. mail and email, provides the best notice practicable under the
6  circumstances in this action.  The Court further finds the forms of notice accurately, and in plain
7  language describes the litigation and Class Members' options regarding the litigation and thereby
8  constitutes due and sufficient notices to all persons entitled to such notice.
9  IT IS THEREFORE ORDERED, ADJUDGED AND AGREED THAT:
10  The forms of notice attached as Exhibits 1, 2 and 3 are hereby approved by the Court and
11  shall be disseminated consistent with the plan detailed in the Renoticed Joint Proposal Regarding
12  Notice Plan.
13  IT IS SO ORDERED.
14  DATED: March 29, 2012
    THE HONORABLE JAMES WARE
15  UNITED STATES DISTRICT COURT CHIEF JUDGE

17  Submitted by:
18  ROBBINS GELLER RUDMAN
       & DOWD LLP
19  JOHN J. STOIA, JR.
    BONNY E. SWEENEY
20  THOMAS R. MERRICK
    ALEXANDRA S. BERNAY
21  CARMEN A. MEDICI
    655 West Broadway, Suite 1900
22  San Diego, CA  92101
    Telephone:  619/231-1058
23  619/231-7423 (fax)

24  Class Counsel for Plaintiffs

25  THE KATRIEL LAW FIRM
    ROY A. KATRIEL
26  1101 30th Street, N.W., Suite 500
    Washington, DC  20007
27  Telephone:  202/625-4342
    202/330-5593 (fax)
28

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN<br>   & BALINT, P.C.<br>ANDREW S. FRIEDMAN |
| 3 | FRANCIS J. BALINT, JR.<br>ELAINE A. RYAN |
| 4 | TODD D. CARPENTER<br>2901 N. Central Avenue, Suite 1000 |
| 5 | Phoenix, AZ  85012<br>Telephone:  602/274-1100 |
| 6 | 602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 8 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 9 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 10 | |
| 11 | MURRAY FRANK LLP<br>BRIAN P. MURRAY |
| 12 | 275 Madison Avenue, Suite 801<br>New York, NY  10016 |
| 13 | Telephone:  212/682-1818<br>212/682-1892 (fax) |
| 14 | GLANCY BINKOW & GOLDBERG LLP |
| 15 | MICHAEL GOLDBERG<br>1925 Century Park East, Suite 2100 |
| 16 | Los Angeles, CA  90067<br>Telephone:  310/201-9150 |
| 17 | 310/201-9160 (fax) |
| 18 | Additional Counsel for Plaintiffs |
| 19 | JONES DAY<br>ROBERT A. MITTELSTAEDT |
| 20 | CRAIG E. STEWART<br>DAVID C. KIERNAN |
| 21 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 22 | Telephone:  415/626-3939<br>415/875-5700 (fax) |
| 23 | Attorneys for Defendant Apple Inc. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |