United States District Court
For the Northern District of California

1
2
3
4
5
6
7                         IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN FRANCISCO DIVISION

10    The Apple iPod iTunes Antitrust Litigation          NO. C 05-00037 JW

11                                                         **ORDER SETTING STATUS
                                                           CONFERENCE**
12

13    _____/
14

15          On March 29, 2012, the Court approved the parties' Joint Proposal Regarding Notice Plan in

16    the above-captioned matter.  (See Docket Item No. 704.)  Upon review of the docket, the Court finds

17    good cause to set a Status Conference for this case at this time.  Accordingly, the Court sets **April**

18    **23, 2012 at 10 a.m.** for a Status Conference.  On or before **April 13, 2012**, the parties shall file a

19    Joint Status Report to inform the Court as to the status of this case.  The Report shall inform the

20    Court of the parties' settlement efforts, if any, and shall include a good faith proposal for how this

21    case should proceed.

22

23

24    Dated:  March 29, 2012                          _____

25                                                     JAMES WARE
                                                       United States District Chief Judge
26

27

28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra Senya Bernay xanb@rgrdlaw.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@rgrdlaw.com
Brian P Murray bmurray@murrayfrank.com
Carmen Anthony Medici cmedici@rgrdlaw.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Craig Ellsworth Stewart cestewart@jonesday.com
David Craig Kiernan dkiernan@jonesday.com
Elaine A. Ryan eryan@bffb.com
Francis Joseph Balint fbalint@bffb.com
George A. Riley griley@omm.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@rgrdlaw.com
Michael D Braun service@braunlawgroup.com
Michael D. Braun service@braunlawgroup.com
Michael Tedder Scott michaelscott@jonesday.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy Arie Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@rgrdlaw.com
Todd David Carpenter tcarpenter@bffb.com

**Dated:  March 29, 2012**                    **Richard W. Wieking, Clerk**


                                              **By:      /s/ JW Chambers              **
                                                  **Susan Imbriani**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California