ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| | CLASS ACTION |
| This Document Relates To: | JOINT STATUS CONFERENCE STATEMENT |
| ALL ACTIONS. | |

699797_1

In accordance with the Court's April 2, 2012 Order, the parties jointly submit this Joint Status Conference Statement.

**I.      DISPOSITIVE MOTIONS**

No dispositive motions are pending.

<u>Plaintiffs' Position</u>

It is Plaintiffs' position that further dispositive motions by Apple are neither permitted nor necessary.  See Fed. R. Civ. P. 56 (b) ("Time to File a Motion. Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery.")  Discovery in this case closed on December 20, 2011.  *See, e.g.*, July 22, 2010 Scheduling Order.  The deadline for Apple to file its renewed summary judgment motion was set forth in the October 28, 2010 Scheduling Order.  Its renewed motion was filed January 18, 2011.  The Court ruled on the motion on May 19, 2011.

Should the Court determine that Apple is entitled to another, third, summary judgment motion in this case, Plaintiffs' request the parties meet and confer on a schedule for such a motion.

<u>Apple's Position</u>:

The time for filing dispositive motions has not passed. Rule 56(b) allows a party to "file a motion for summary judgment at any time until 30 days after the close of all discovery."  As reflected below, expert discovery is ongoing and will not close until November 19, 2012.  Nor did this Court's October 28, 2010 Scheduling Order limit Rule 56(b).  That Order simply set a briefing schedule for Apple's motion seeking summary judgment on the threshold ground that Apple's software updates were not exclusionary acts as a matter of law.

In addition to showing exclusionary conduct, plaintiffs must prove the other elements of their antitrust claim, including antitrust impact and damages.  Apple's earlier summary judgment motion did not address and could not have addressed these issues because plaintiffs had not produced at that time (and still have not produced) their expert reports addressed to those issues.  As Rule 56(b) recognizes, Apple's motion will be ripe once plaintiffs' produce their reports and discovery on those issues is complete.  And if, as Apple believes, Plaintiffs' expert(s) will be unable to establish impact

or damages, it is in the interests of all to have those issues determined by motion rather than hold an unnecessary trial.

Apple proposes the same briefing schedule proposed for motions to exclude experts below: i.e., dispositive motion due November 30, 2012, opposition due December 21, 2012, and Reply due January 11, 2013.

## II.   CLASS NOTICE

On March 29, 2012, the Court approved the parties joint proposal regarding notice. At this time, the notice process is proceeding as scheduled. On April 5, 2012, Apple informed the notice provider that it had determined that it had 8.5 million email addresses instead of the 4.2 million email addresses it originally believed it possessed. The notice providers have told Plaintiffs and Apple that it can still complete the notice process as originally envisioned in the joint plan and will be sending out the notice in several batches over the course of six days, with the start of the email portion of the notice plan set for April 24, 2012. Mailings to resellers will be sent on April 30, 2012.

Advertising space in Entertainment Weekly and Wired magazine has been secured. The notice to be published in Entertainment Weekly will run in the May 11, 2012 edition, available on newsstands May 4, 2012. The notice to be published in Wired will run in the June 2012 edition, available on newsstands May 22, 2012. The planned website has been secured and is expected to go live on April 23, 2012. The toll-free hotline is to go live on April 23, 2012

## III.   SCHEDULING

The parties have conferred regarding a schedule for the remainder of the litigation and propose the following:

**A.   Experts**

| | |
|---|---|
| Plaintiffs' expert report(s) due: | September 28, 2012 |
| Service of Plaintiffs' experts' data and documents: | October 1, 2012 |
| Deposition(s) of Plaintiffs' expert(s) to be completed | October 26, 2012 |
| Defendant's expert report(s) due: | November 2, 2012 |

| | |
|---|---|
| Service of Defendant's experts' data and documents: | November 5, 2012 |
| Depositions of Defendants expert(s) to be completed: | November 14, 2012 |
| Plaintiffs' rebuttal report(s) due: | November 16, 2012 |
| Service of Plaintiffs experts' data and documents: | November 19, 2012 |
| Motions to exclude expert testimony due: | November 30, 2012 |
| Oppositions due: | December 21, 2012 |
| Replies due: | January 11, 2013 |
| Hearing on motions to exclude expert testimony | January 18, 2013 |

**B.     Pretrial Practice**

| | |
|---|---|
| Service of proposed witness and exhibit lists: | January 7, 2013 |
| Service of objections to witness and exhibit lists: | January 14, 2013 |
| Final exhibit lists, witness lists, jury instructions, voir dire questions, and verdict forms | January 21, 2013 |
| Motions in limine | January 11, 2013 |
| Oppositions to motions in limine | January 28, 2013 |
| Replies in support of motions in limine | January 25, 2013 |
| Pretrial Conference | Week of January 28, 2013 |

**C.     Trial**.

February 2013

Estimated length of trial: 10 days.

**IV.    SETTLEMENT EFFORTS**

Over the course of the case, the parties have discussed ways to resolve the litigation.

| | | |
|---|---|---|
| 1 | DATED: April 13, 2012 | ROBBINS GELLER RUDMAN |
| 2 | | & DOWD LLP<br>JOHN J. STOIA, JR. |
| | | BONNY E. SWEENEY |
| 3 | | THOMAS R. MERRICK<br>ALEXANDRA S. BERNAY |
| 4 | | CARMEN A. MEDICI |

                                    s/Alexandra S. Bernay
                              [ATTORNEY SIGNATURE]

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

MURRAY FRANK LLP
BRIAN P. MURRAY
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

DATED: April 13, 2012

JONES DAY
ROBERT A. MITTELSTAEDT
CRAIG E. STEWART
DAVID C. KIERNAN

        s/ David C. Kiernan
        DAVID C. KIERNAN

555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415/626-3939
415/875-5700 (fax)

Attorneys for Defendant Apple Inc.