UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| | | |
|---|---|---|
| C-05-37 | James Ware | DATE April 23, 2012 |
| Case Number | Judge | Time 50 minutes |

Title: The Apple iPod iTunes Anti-Trust Litigation

Attorneys: Alexandra Bernay          Robert Mittelstaedt
          Bonny Sweeney              David Kiernan

Deputy Clerk: T. De Martini          Court Reporter: Not Reported

PROCEEDINGS

Status Conference - Held

Case Continued to May 1, 2012 at 9:00 a.m. for a Settlement Conference.

Parties to lodge settlement conference briefs with chambers on or before 4/26/12.