IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Apple iPod iTunes Antitrust Litigation | NO. C 05-00037 JW |
| | **SCHEDULING ORDER** |

On April 23, 2012, the Court conducted a Status Conference. Counsel for the respective parties were present. In light of the discussion at the Conference, the Court adopts the schedule proposed by the parties in their Joint Status Conference Statement.[1] None of the dates set forth in the Joint Statement may be changed without an order of the Court made after a motion is filed pursuant to the Civil Local Rules of Court.

In their Joint Statement, the parties dispute whether Defendant should be able to file an additional dispositive motion after the close of expert discovery. (See Joint Statement at 1-2.) The Court declines to resolve that issue at this time, and will address the issue in a subsequent order if necessary.

---

[1] (See Joint Status Conference Statement at 2-3, hereafter, "Joint Statement," Docket Item No. 706.)

In addition, in light of the parties' stipulation at the conference, the distribution of class notices shall be delayed until **May 8, 2012.**

Dated: April 23, 2012

_____
JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra Senya Bernay xanb@rgrdlaw.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@rgrdlaw.com
Brian P. Murray bmurray@murrayfrank.com
Carmen Anthony Medici cmedici@rgrdlaw.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Craig Ellsworth Stewart cestewart@jonesday.com
David Craig Kiernan dkiernan@jonesday.com
Elaine A. Ryan eryan@bffb.com
Francis Joseph Balint fbalint@bffb.com
George A. Riley griley@omm.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@rgrdlaw.com
Michael D Braun service@braunlawgroup.com
Michael Tedder Scott mike.scott@dlapiper.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy Arie Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@rgrdlaw.com
Todd David Carpenter tcarpenter@bffb.com

**Dated: April 23, 2012**                              **Richard W. Wieking, Clerk**


                                                       **By:  /s/ JW Chambers**
                                                           **Susan Imbriani**
                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California