United States District Court
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO DIVISION

10   The Apple iPod iTunes Antitrust Litigation.      NO. C 05-00037 JW

11                                                    **ORDER RE. SETTLEMENT
                                                     CONFERENCE**
12

13
     _____/
14

15         On April 23, 2012, the Court conducted a Status Conference.  Counsel for the respective

16   parties were present.  At the conference, the parties agreed to have Judge Ware conduct a settlement

     conference short of trial.  Accordingly, the Court sets **May 1, 2012 at 9 a.m.** for a Settlement
17
     Conference.  Counsel shall also reserve **May 2, 2012** for continued settlement discussions if
18
     necessary.
19
           On or before **April 26, 2012 at 3 p.m.**, the parties shall lodge with chambers simultaneous
20
     briefs in preparation for the Settlement Conference, focusing on the issue of class damages.
21
           Counsel shall ensure that all principals with settlement authority be present at the Settlement
22
     Conference.
23

24
     Dated:  April 23, 2012
25                                                   JAMES WARE
                                                     United States District Chief Judge
26

27

28

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alexandra Senya Bernay xanb@rgrdlaw.com
   Alreen Haeggquist alreenh@zhlaw.com
3  Andrew S. Friedman afriedman@bffb.com
   Bonny E. Sweeney bonnys@rgrdlaw.com
4  Brian P. Murray bmurray@murrayfrank.com
   Carmen Anthony Medici cmedici@rgrdlaw.com
5  Caroline Nason Mitchell cnmitchell@jonesday.com
   Craig Ellsworth Stewart cestewart@jonesday.com
6  David Craig Kiernan dkiernan@jonesday.com
   Elaine A. Ryan eryan@bffb.com
7  Francis Joseph Balint fbalint@bffb.com
   George A. Riley griley@omm.com
8  Helen I. Zeldes helenz@zhlaw.com
   Jacqueline Sailer jsailer@murrayfrank.com
9  John J. Stoia jstoia@rgrdlaw.com
   Michael D Braun service@braunlawgroup.com
10 Michael Tedder Scott mike.scott@dlapiper.com
   Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
11 Roy Arie Katriel rak@katriellaw.com
   Thomas J. Kennedy tkennedy@murrayfrank.com
12 Thomas Robert Merrick tmerrick@rgrdlaw.com
   Todd David Carpenter tcarpenter@bffb.com

13

14

15 Dated:  April 23, 2012                    Richard W. Wieking, Clerk

16
                                            By:____/s/ JW Chambers_____
17                                             Susan Imbriani
                                               Courtroom Deputy
18

19

20

21

22

23

24

25

26

27

28