UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Time in Court:** 6 hours, 4, minutes

**Judge:** Hon. James Ware

**Date**: May 1, 2012

**Case No:** C 05-00037-JW

**Case Title**: "The Apple iPod iTunes Anti-Trust Litigation"

**Appearances:**

| | |
|---|---|
| For Plaintiff(s): | Alexandra Bernay |
| | Bonny Sweeney |
| For Defendant(s): | Robert Mittelstaedt |
| | David Kiernan |
| | Lisa Olle |

**Deputy Clerk**: William Noble          **Court Reporter**: Not Reported

## PROCEEDINGS

Settlement conference - Held. Case did not settle. Continued to May 2, 2012 at 9:00 a.m. for further Settlement Conference.