UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Time in Court:** 3 hrs.

**Judge:** James Ware

**Date**: May 2, 2012

**Case No:** C05-0037 JW

**Case Title**: The Apple iPod iTunes Anti-Trust Litigation

**Appearances:**

    For Plaintiff(s):  Bonnie Sweeney, Alexandra Bernay

    For Defendant(s):  Robert Mittelstaedt, David Kiernan, Lisa Olle

**Deputy Clerk**: William Noble      **Court Reporter**: N/A

## PROCEEDINGS

1. Settlement Conference

## SUMMARY

Settlement Conference held.  Case did not settle.