UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Time in Court:** 15 mins.

**Judge: James Ware**

**Date**: May 2, 2012

**Case No:** C5-0037 JW

**Case Title**: The Apple iPod iTunes Anti-Trust Litigation

**Appearances:**

    For Plaintiff(s):  Bonny Sweeney, Alexandra Bernay

    For Defendant(s): Robert Mittelstaedt, David Kiernan, Lisa Olle

**Deputy Clerk**: Susan Imbriani      **Court Reporter**:  N/A

## PROCEEDINGS

1. Case Management Conference

## SUMMARY

Case Management Conference held after Settlement Conference.  Court to issue order.