IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Apple iPod iTunes Antitrust Litigation | NO. C 05-00037 JW |
| | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; ORDER REFERRING THIS CASE TO MAGISTRATE JUDGE SPERO** |

On May 2, 2012, the Court held a Case Management Conference in the above-captioned matter. Counsel for both parties were present. Pursuant to the discussion at the Conference, the Court ORDERS as follows:

(1) All disputes that may arise between now and August 31, 2012 are REFERRED to Magistrate Judge Spero for report and recommendation.

(2) The Court clarifies its April 23, 2012 Scheduling Order[1] as follows: The Court finds that nothing in the Federal Rules of Civil Procedure or the Civil Local Rules would prevent Defendant from filing a motion for summary judgment addressing issues which have not yet been raised before the Court.[2] At both the May 2 Conference and the April 23 Status Conference, the parties acknowledged that there is an outstanding expert report that has not yet been served by Plaintiffs. In light of

---

[1] (Docket Item No. 708.)

[2] See, e.g., Fed. R. Civ. P. 56(b) (stating that "[u]nless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery").

this, the Court finds no reason to deny Defendant the ability to challenge that expert report once it becomes available, and to file any appropriate motion for summary judgment resulting from disclosures made in that expert report. Accordingly, on or before **May 20, 2012**, the parties shall meet and confer and stipulate to a suitable schedule with respect to any further dispositive motions that any party may seek to file.

Dated: May 2, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexandra Senya Bernay xanb@rgrdlaw.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bonnys@rgrdlaw.com
Brian P Murray bmurray@murrayfrank.com
Carmen Anthony Medici cmedici@rgrdlaw.com
Caroline Nason Mitchell cnmitchell@jonesday.com
Craig Ellsworth Stewart cestewart@jonesday.com
David Craig Kiernan dkiernan@jonesday.com
Elaine A. Ryan eryan@bffb.com
Francis Joseph Balint fbalint@bffb.com
George A. Riley griley@omm.com
Helen I. Zeldes helenz@zhlaw.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@rgrdlaw.com
Michael D Braun service@braunlawgroup.com
Michael D. Braun service@braunlawgroup.com
Michael Tedder Scott michaelscott@jonesday.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Roy Arie Katriel rak@katriellaw.com
Thomas J. Kennedy tkennedy@murrayfrank.com
Thomas Robert Merrick tmerrick@rgrdlaw.com
Todd David Carpenter tcarpenter@bffb.com

Dated:  May 2, 2012                                    Richard W. Wieking, Clerk

                                                           **By:      /s/ JW Chambers**
                                                                             **Susan Imbriani**
                                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California