| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | JOHN J. STOIA, JR. (141757) |
|   | BONNY E. SWEENEY (176174) |
| 3 | THOMAS R. MERRICK (177987) |
|   | ALEXANDRA S. BERNAY (211068) |
| 4 | CARMEN A. MEDICI (248417) |
|   | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
|   | johns@rgrdlaw.com |
| 7 | bonnys@rgrdlaw.com |
|   | tmerrick@rgrdlaw.com |
| 8 | xanb@rgrdlaw.com |
|   | cmedici@rgrdlaw.com |
| 9 | |
|   | Class Counsel for Plaintiffs |
| 10 | |
|   | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) ) | Lead Case No. C-05-00037-JW<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) ) ) ) | MOTION TO WITHDRAW APPEARANCE OF ATTORNEY JOHN J. STOIA, JR. |

718269_1

1  Plaintiffs move the Court pursuant to Local Civil Rule 11-5 for leave to withdraw the
2  appearance of John J. Stoia, Jr. as counsel in the above-captioned matter.  Mr. Stoia no longer
3  actively works on this case.  Robbins Geller Rudman & Dowd LLP will continue to appear on behalf
4  of Plaintiffs and no delay in the progress of this action will result from the withdrawal of Mr. Stoia.

5  WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting their
6  motion to withdraw the appearance of Mr. Stoia as counsel.

7  DATED:  June 7, 2012                                   Respectfully submitted,

8                                                          ROBBINS GELLER RUDMAN
                                                              & DOWD LLP
9                                                          JOHN J. STOIA, JR.
                                                           BONNY E. SWEENEY
10                                                         THOMAS R. MERRICK
                                                           ALEXANDRA S. BERNAY
11                                                         CARMEN A. MEDICI

12

13                                                                s/ John J. Stoia, Jr.
                                                                   JOHN J. STOIA, JR.
14
                                                           655 West Broadway, Suite 1900
15                                                         San Diego, CA  92101
                                                           Telephone:  619/231-1058
16                                                         619/231-7423 (fax)

17                                                         Class Counsel for Plaintiffs

18                                                         THE KATRIEL LAW FIRM
                                                           ROY A. KATRIEL
19                                                         1101 30th Street, N.W., Suite 500
                                                           Washington, DC  20007
20                                                         Telephone:  202/625-4342
                                                           202/330-5593 (fax)
21
                                                           BONNETT, FAIRBOURN, FRIEDMAN
22                                                            & BALINT, P.C.
                                                           ANDREW S. FRIEDMAN
23                                                         FRANCIS J. BALINT, JR.
                                                           ELAINE A. RYAN
24                                                         TODD D. CARPENTER
                                                           2901 N. Central Avenue, Suite 1000
25                                                         Phoenix, AZ  85012
                                                           Telephone:  602/274-1100
26                                                         602/274-1199 (fax)

27                                                         BRAUN LAW GROUP, P.C.
                                                           MICHAEL D. BRAUN
28                                                         10680 West Pico Blvd., Suite 280

718269_1     MOTION TO WITHDRAW APPEARANCE OF ATTORNEY JOHN J. STOIA, JR. - C-05-00037-JW         - 1 -

|    |                                              |
|----|----------------------------------------------|
| 1  | Los Angeles, CA  90064                       |
|    | Telephone:  310/836-6000                     |
| 2  | 310/836-6010 (fax)                           |
| 3  | MURRAY FRANK LLP                             |
|    | BRIAN P. MURRAY                              |
| 4  | 275 Madison Avenue, Suite 801                |
|    | New York, NY  10016                          |
| 5  | Telephone:  212/682-1818                     |
|    | 212/682-1892 (fax)                           |
| 6  |                                              |
|    | GLANCY BINKOW & GOLDBERG LLP                 |
| 7  | MICHAEL GOLDBERG                             |
|    | 1925 Century Park East, Suite 2100           |
| 8  | Los Angeles, CA  90067                       |
|    | Telephone:  310/201-9150                     |
| 9  | 310/201-9160 (fax)                           |
| 10 | Additional Counsel for Plaintiffs            |

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 7, 2012.

s/ John J. Stoia, Jr.
JOHN J. STOIA, JR.

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        johns@rgrdlaw.com

718269_1

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**

- bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com,carolyn.ernser@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@rgrdlaw.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`