

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW |
|---|---|---|
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE |
| ALL ACTIONS. | ) ) | OF ATTORNEY JOHN J. STOIA, JR. |

718267_1

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that John J. Stoia, Jr. is hereby withdrawn as counsel of record in this matter.

IT IS SO ORDERED.

DATED: June 13, 2012

_____
THE HONORABLE CHIEF JUDGE JAMES WARE
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Telephone: 310/836-6000
310/836-6010 (fax)

| | |
|---|---|
| 1 | |
| 2 | MURRAY FRANK LLP<br>BRIAN P. MURRAY |
| 3 | 275 Madison Avenue, Suite 801<br>New York, NY 10016 |
| 4 | Telephone: 212/682-1818<br>212/682-1892 (fax) |
| 5 | GLANCY BINKOW & GOLDBERG LLP |
| 6 | MICHAEL GOLDBERG<br>1925 Century Park East, Suite 2100 |
| 7 | Los Angeles, CA 90067<br>Telephone: 310/201-9150 |
| 8 | 310/201-9160 (fax) |
| | Additional Counsel for Plaintiffs |

718267_1   [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF ATTORNEY
JOHN J. STOIA, JR. - C-05-00037-JW                                                                - 2 -