# EXHIBIT 1

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | BONNY E. SWEENEY (176174) |
|   | THOMAS R. MERRICK (177987) |
| 3 | ALEXANDRA S. BERNAY (211068) |
|   | CARMEN A. MEDICI (248417) |
| 4 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 6 | bonnys@rgrdlaw.com |
|   | tmerrick@rgrdlaw.com |
| 7 | xanb@rgrdlaw.com |
|   | cmedici@rgrdlaw.com |
| 8 | |
|   | Class Counsel for Plaintiffs |
| 9 | |
|   | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE |
|     ALL ACTIONS. | |

In accordance with the Court's May 2, 2012 Order (Dkt. No. 713), the parties met and conferred regarding a schedule for the remainder of the litigation and propose the following:

**A.   Experts**

| | |
|---|---|
| Plaintiffs' expert report(s) due: | February 1, 2013 |
| Service of Plaintiffs' experts' data and documents: | February 4, 2013 |
| Deposition(s) of Plaintiffs' expert(s) to be completed | February 25, 2013 |
| Defendant's expert report(s) due: | March 4, 2013 |
| Service of Defendant's experts' data and documents: | March 7, 2013 |
| Depositions of Defendants expert(s) to be completed: | March 18, 2013 |
| Plaintiffs' rebuttal report(s) due: | March 20, 2013 |
| Service of Plaintiffs experts' data and documents: | March 22, 2013 |
| Motions for summary judgment and to exclude expert testimony (single brief) due:[1] | April 19, 2013 |
| Oppositions due: | May 20, 2013 |
| Replies due: | June 10, 2013 |
| Hearing on motions for summary judgment and to exclude expert testimony | June 2013 |

**B.   Pretrial Practice**

Dates for the following case events to be determined by the parties following a meet and confer to be held within two weeks of Court's ruling on motions for summary judgment and to exclude expert testimony.

---

[1] The Court held "that nothing in the Federal Rules of Civil Procedure or the Civil Local Rules would prevent Defendant from filing a motion for summary judgment addressing issues which have not yet been raised before the Court." (Dkt. No. 713) May 2, 2012 Order at 1.

1  Service of proposed witness and exhibit lists;

2  Service of objections to witness and exhibit lists;

3  Final exhibit lists, witness lists, jury instructions;

4  voir dire questions, and verdict forms;

5  Motions in limine;

6  Oppositions to motions in limine;

7  Replies in support of motions in limine; and

8  Pretrial Conference.

9  **C.   Trial**.

10  Estimated length of trial: 10 days.

11

12  DATED: September 17, 2012            ROBBINS GELLER RUDMAN
                                            & DOWD LLP
13                                       BONNY E. SWEENEY
                                         THOMAS R. MERRICK
14                                       ALEXANDRA S. BERNAY
                                         CARMEN A. MEDICI
15

16
                                                 /s/Alexandra S. Bernay
17

18                                       655 West Broadway, Suite 1900
                                         San Diego, CA  92101
19                                       Telephone:  619/231-1058
                                         619/231-7423 (fax)
20
                                         Class Counsel for Plaintiffs
21
                                         THE KATRIEL LAW FIRM
22                                       ROY A. KATRIEL
                                         1101 30th Street, N.W., Suite 500
23                                       Washington, DC  20007
                                         Telephone:  202/625-4342
24                                       202/330-5593 (fax)

25                                       BONNETT, FAIRBOURN, FRIEDMAN
                                            & BALINT, P.C.
26                                       ANDREW S. FRIEDMAN
                                         FRANCIS J. BALINT, JR.
27                                       ELAINE A. RYAN
                                         TODD D. CARPENTER
28                                       2901 N. Central Avenue, Suite 1000

```
 1                              Phoenix, AZ  85012
                                Telephone:  602/274-1100
 2                              602/274-1199 (fax)

 3                              BRAUN LAW GROUP, P.C.
                                MICHAEL D. BRAUN
 4                              10680 West Pico Blvd., Suite 280
                                Los Angeles, CA  90064
 5                              Telephone:  310/836-6000
                                310/836-6010 (fax)
 6
                                MURRAY FRANK LLP
 7                              BRIAN P. MURRAY
                                275 Madison Avenue, Suite 801
 8                              New York, NY  10016
                                Telephone:  212/682-1818
 9                              212/682-1892 (fax)

10                              GLANCY BINKOW & GOLDBERG LLP
                                MICHAEL GOLDBERG
11                              1925 Century Park East, Suite 2100
                                Los Angeles, CA  90067
12                              Telephone:  310/201-9150
                                310/201-9160 (fax)
13
                                Additional Counsel for Plaintiffs
14
    DATED: September 17, 2012   JONES DAY
15                              ROBERT A. MITTELSTAEDT
                                CRAIG E. STEWART
16                              DAVID C. KIERNAN

17

18                                    s/ David C. Kiernan
                                       DAVID C. KIERNAN
19
                                555 California Street, 26th Floor
20                              San Francisco, CA 94104
                                Telephone:  415/626-3939
21                              415/875-5700 (fax)

22                              Attorneys for Defendant Apple Inc.
```