1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   APPLE INC.
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13  **THE APPLE iPOD iTUNES ANTI-**         Lead Case No.  C 05-00037 YGR
    **TRUST LITIGATION**                    [CLASS ACTION]
14
                                            **DECLINATION TO PROCEED BEFORE A**
15  _____     **MAGISTRATE JUDGE FOR ALL**
                                            **PROCEEDINGS INCLUDING TRIAL**
16  **This Document Relates To:**

17  **ALL ACTIONS**

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's September 6, 2012 Order (Dkt. No. 718), the parties have discussed with their clients the option of proceeding before a magistrate judge for all proceedings including trial. The parties decline to proceed before a magistrate judge for all proceedings including trial.

Dated: September 17, 2012　　　　　　　　　JONES DAY

　　　　　　　　　　　　　　　　　　　　　　By:/s/ David C. Kiernan
　　　　　　　　　　　　　　　　　　　　　　　　David C. Kiernan

　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant APPLE INC.

Dated: September 17, 2012　　　　　　　　　JONES DAY

　　　　　　　　　　　　　　　　　　　　　　By:/s/ Alexandra Bernay
　　　　　　　　　　　　　　　　　　　　　　　　Alexandra Bernay

　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs