## Robbins Geller
## Rudman & Dowd LLP

| Atlanta | Melville | Philadelphia | San Francisco |
| Boca Raton | New York | San Diego | Washington, DC |

Alexandra S. Bernay
xanb@rgrdlaw.com

January 9, 2013

VIA ECF

Honorable District Judge Yvonne Gonzalez Rogers
United States District Court
    Northern District of California
Oakland Courthouse, Courtroom 5 - 2nd Floor
1301 Clay Street
Oakland, CA 94612

      Re:    *The Apple iPod iTunes Antitrust Litigation*
            Lead Case No. C-05-00037-JW

Dear Judge Gonzalez Rogers:

      I write on behalf of class plaintiffs and Defendant Apple, Inc. in the above-named litigation.  On September 17, 2012, the parties submitted a joint proposed schedule to govern a number of important dates in the litigation.  That schedule was not entered by the Court.  Today the parties submit a new revised proposed schedule and ask that the Court sign this new schedule that the parties have agreed upon.

                Respectfully submitted,

                ALEXANDRA S. BERNAY

cc:    All counsel of record (via ECF)

ASB:jpk

803176_1