1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | BONNY E. SWEENEY (176174)
  | THOMAS R. MERRICK (177987)
3 | ALEXANDRA S. BERNAY (211068)
  | CARMEN A. MEDICI (248417)
4 | 655 West Broadway, Suite 1900
  | San Diego, CA  92101
5 | Telephone:  619/231-1058
  | 619/231-7423 (fax)
6 | bonnys@rgrdlaw.com
  | tmerrick@rgrdlaw.com
7 | xanb@rgrdlaw.com
  | cmedici@rgrdlaw.com
8 |
  | Class Counsel for Plaintiffs
9 |
  | [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-YGR<br><br>CLASS ACTION<br><br>STIPULATION REGARDING SCHEDULE |
|---|---|---|
| This Document Relates To: | | |
| ALL ACTIONS. | | |

803248_1

In accordance with the Court's May 2, 2012 Order (Dkt. No. 713), the parties met and conferred regarding a schedule for the remainder of the litigation and propose the following:

**A.    Experts**

| | |
|---|---|
| Plaintiffs' expert report(s) due: | April 1, 2013 |
| Service of Plaintiffs' experts' data and documents: | April 4, 2013 |
| Deposition(s) of Plaintiffs' expert(s) to be completed: | April 22, 2013 |
| Defendant's expert report(s) due: | May 31, 2013 |
| Service of Defendant's experts' data and documents: | June 3, 2013 |
| Depositions of Defendant's expert(s) to be completed: | June 24, 2013 |
| Plaintiffs' rebuttal report(s) due: | July 12, 2013 |
| Service of Plaintiffs' experts' data and documents: | July 16, 2013 |
| Motions for summary judgment and to exclude expert testimony[1] (single brief) due: | August 16, 2013 |
| Oppositions due: | September 16, 2013 |
| Replies due: | October 18, 2013 |
| Hearing on motions for summary judgment and to exclude expert testimony: | TBD |

**B.    Pretrial Practice**

Dates for the following case events to be determined by the parties following a meet and confer to be held within two weeks of Court's ruling on motions for summary judgment and to exclude expert testimony.

- Service of proposed witness and exhibit lists;
- Service of objections to witness and exhibit lists;
- Final exhibit lists, witness lists, jury instructions;

---

[1]   The Court held "that nothing in the Federal Rules of Civil Procedure or the Civil Local Rules would prevent Defendant from filing a motion for summary judgment addressing issues which have not yet been raised before the Court." Dkt. No. 713 (May 2, 2012 Order) at 1.

- Voir dire questions, and verdict forms;
- Motions *in limine*;
- Oppositions to motions *in limine*;
- Replies in support of motions *in limine*; and
- Pretrial Conference.

**C.     Trial**

Estimated length of trial: 10 days

DATED: January 9, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI


           s/ Alexandra S. Bernay
        ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

| | |
|---|---|
| | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN<br>10680 West Pico Blvd., Suite 280<br>Los Angeles, CA 90064<br>Telephone: 310/836-6000<br>310/836-6010 (fax)<br><br>MURRAY FRANK LLP<br>BRIAN P. MURRAY<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: 212/682-1818<br>212/682-1892 (fax)<br><br>GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310/201-9150<br>310/201-9160 (fax)<br><br>Additional Counsel for Plaintiffs |
| DATED: January 9, 2013 | JONES DAY<br>ROBERT A. MITTELSTAEDT<br>CRAIG E. STEWART<br>DAVID C. KIERNAN<br><br>          s/ David C. Kiernan         <br>         DAVID C. KIERNAN<br><br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: 415/626-3939<br>415/875-5700 (fax)<br><br>Attorneys for Defendant Apple Inc. |

**ECF CERTIFICATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: January 9, 2013                              By:      s/ Alexandra S. Bernay      
                                                                        ALEXANDRA S. BERNAY

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 9, 2013.

  s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        xanb@rgrdlaw.com

803248_1

# Mailing Information for a Case 4:05-cv-00037-YGR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**

bmurray@murrayfrank.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com,carolyn.ernser@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,christinas@rgrdlaw.com,E_file_sd@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`