1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| | ) ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | [PROPOSED] ORDER REGARDING SCHEDULE |
| ALL ACTIONS. | ) ) | |

803266_1

Good cause appearing, therefore, IT IS HEREBY ORDERED that the following pretrial schedule is adopted:

| | |
|---|---|
| Plaintiffs' expert report(s) due: | April 1, 2013 |
| Service of Plaintiffs' experts' data and documents: | April 4, 2013 |
| Deposition(s) of Plaintiffs' expert(s) to be completed: | April 22, 2013 |
| Defendant's expert report(s) due: | May 31, 2013 |
| Service of Defendant's experts' data and documents: | June 3, 2013 |
| Depositions of Defendant's expert(s) to be completed: | June 24, 2013 |
| Plaintiffs' rebuttal report(s) due: | July 12, 2013 |
| Service of Plaintiffs' experts' data and documents: | July 16, 2013 |
| Motions for summary judgment and to exclude expert testimony (single brief) due: | August 16, 2013 |
| Oppositions due: | September 16, 2013 |
| Replies due: | October 18, 2013 |
| Hearing on motions for summary judgment and to exclude expert testimony: | TBD |

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE