1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-YGR <u>CLASS ACTION</u> [~~PROPOSED~~] ORDER REGARDING SCHEDULE |
|---|---|---|
| This Document Relates To: ALL ACTIONS. | | |

16
17
18
19
20
21
22
23
24
25
26
27
28

803266_1

1   Good cause appearing, therefore, IT IS HEREBY ORDERED that the following pretrial
2   schedule is adopted:

| | |
|---|---|
| Plaintiffs' expert report(s) due: | April 1, 2013 |
| Service of Plaintiffs' experts' data and documents: | April 4, 2013 |
| Deposition(s) of Plaintiffs' expert(s) to be completed: | April 22, 2013 |
| Defendant's expert report(s) due: | May 31, 2013 |
| Service of Defendant's experts' data and documents: | June 3, 2013 |
| Depositions of Defendant's expert(s) to be completed: | June 24, 2013 |
| Plaintiffs' rebuttal report(s) due: | July 12, 2013 |
| Service of Plaintiffs' experts' data and documents: | July 16, 2013 |
| Motions for summary judgment and to exclude expert testimony (single brief) due: | August 16, 2013 |
| Oppositions due: | September 16, 2013 |
| Replies due: | October 18, 2013 |
| Hearing on motions for summary judgment and to exclude expert testimony: | November 12, 2013 |

Additionally, a Case Management Conference shall be held on **Monday, March 11, 2013**, at **2:00 p.m.**, in the Ronald V. Dellums Federal Building, Oakland, CA, in Courtroom 5.

The parties shall file an updated joint case management conference statement seven days in advance of the Case Management Conference date.  As set forth in the Court's Standing Order in Civil Cases, Case Management Conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b).  Failure to do so shall be considered grounds for sanctions.

IT IS SO ORDERED.

DATED:  January 28, 2013

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE