| | |
|---|---|
| 1 | Robert A. Mittelstaedt  #60359 |
|   | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart  #129530 |
|   | cestewart@jonesday.com |
| 3 | David C. Kiernan #215335 |
|   | dkiernan@jonesday.com |
| 4 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 5 | San Francisco, CA  94104 |
|   | Telephone:     (415) 626-3939 |
| 6 | Facsimile:      (415) 875-5700 |
| 7 | Attorneys for Defendant |
|   | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Lead Case No.  C 05-00037 YGR |
|  | [CLASS ACTION] |
|  | **APPLE INC.'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE TO APRIL 8, 2013** |
| **This Document Relates To:** | |
| **ALL ACTIONS** | |

ADMIN MOT TO CONTINUE CMC
C 05 00037 YGR

1   A case management conference is currently scheduled for March 11, 2013. (Doc. 722.) Counsel for Apple is unavailable on March 11, 2013 due to a deposition on that date involving several parties. Apple respectfully requests the Court to continue the case management conference to April 8, 2013. Apple has met and conferred with Plaintiffs, who have no objection to moving the date. April 8 is the first Monday that works for all counsel.

Dated: February 15, 2013

JONES DAY

By: /s/ David C. Kiernan
   David C. Kiernan

Counsel for Defendant APPLE INC.