Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:      (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION**<br><br>_____<br><br>**This Document Relates To:**<br><br>**ALL ACTIONS** | **Lead Case No.  C 05-00037 YGR**<br>**[CLASS ACTION]**<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO APRIL 8, 2013** |

1        The case management conference currently scheduled for March 11, 2013 is continued to

2   Monday, April 8, 2013, at 2:00 p.m., in the Ronald V. Dellums Federal Building, Oakland, CA, in

3   Courtroom 5.

4        IT IS SO ORDERED

5

6   Dated: _____

7   _____

8   THE HONORABLE YVONNE GONZALEZ ROGERS
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING CMC
C 05 00037 YGR