1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   APPLE INC.
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Lead Case No. C 05-00037 YGR |
|---|---|
|  | [CLASS ACTION] |
| This Document Relates To:<br><br>ALL ACTIONS. | **DECLARATION OF DAVID KIERNAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE TO APRIL 8, 2013** |

    1.     I am a partner in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104.  I submit this declaration in support of Apple's Administrative Motion To Continue The Case Management Conference to April 8, 2013.  The facts stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

    2.     A case management conference is currently scheduled for March 11, 2013.  (Doc. 722.)

    3.     Counsel for Apple is unavailable on March 11, 2013 due to a deposition on that

1  date involving several parties.

2      4.    I met and conferred with counsel for Plaintiffs, who does not object to moving the

3  date.  April 8 is the first Monday that works for all counsel..

4      5.    The continuance will not impact any other dates in the schedule entered in this

5  case.

6  Executed this 15th day of February, 2013 in San Francisco, California.

8      /s/  David C. Kiernan

9      David C. Kiernan