1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   APPLE INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13  **THE APPLE iPOD iTUNES ANTI-**     Lead Case No.  C 05-00037 YGR
    **TRUST LITIGATION**                [CLASS ACTION]
14
                                        **[PROPOSED] ORDER CONTINUING CASE**
15  _____     **MANAGEMENT CONFERENCE TO**
                                        **APRIL 8, 2013**
16  **This Document Relates To:**

17  **ALL ACTIONS**

18

[PROPOSED] ORDER CONTINUING CMC
C 05 00037 YGR

1 | The case management conference currently scheduled for March 11, 2013 is **CONTINUED** to **Monday, April 8, 2013**, at **2:00 p.m.**, in the Ronald V. Dellums Federal Building, Oakland, CA, in Courtroom 5.

IT IS SO ORDERED

Dated: February 26, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**