UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Case No.: 05-CV-00037 YGR<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE |

Having reviewed the parties' Corrected Joint Case Management Conference Statement (Dkt. No. 727), the Court does not believe a case management conference is necessary. Accordingly, the Case Management Conference set for April 8, 2013 is hereby **VACATED**.

Unless requested by the parties, the Court will not schedule a further Case Management Conference. In the event that a Case Management Conference is required in the future, the parties should contact the Courtroom Deputy, Frances Stone, at 510-637-3540, and request to be placed on calendar. A joint statement regarding the status of the case and issues to be addressed at the Case Management Conference must be filed no later than 7 days before any further Case Management Conference.

**IT IS SO ORDERED.**

Date: April 5, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE