Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Lead Case No. C 05-00037 YGR<br><br>[CLASS ACTION]<br><br>**DECLARATION OF DAVID KIERNAN IN SUPPORT OF STIPULATED PROPOSED ORDER REGARDING THE SCHEDULE** |
| This Document Relates To:<br><br>ALL ACTIONS. | |

1.     I am a partner in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104.  I submit this declaration in support of the parties Stipulated Proposed Order Regarding Schedule.  The facts stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

2.     On January 28, 2013, this Court entered the schedule for expert discovery and other events proposed by the parties.

3.     On April 1, 2013, as part of a case management conference statement, the parties submitted stipulated amendments to the schedule based on information then known to them.

4.     After the parties' submission, counsel for Apple (Mr. Mittelstaedt, Mr. Stewart,

- 1 -

Decl. ISO Stipulated Proposed Order Regarding Schedule
C 05-00037 YGR

1  and Mr. Kiernan) received an order in another complex antitrust case that reset the schedule in
2  that case and imposed substantial new briefing and discovery obligations, with deadlines
3  occurring during the same period as the deadlines in this case for Apple's expert reports.
4      5.    Among other things, counsel for Apple in the other matter is currently preparing to
5  take the depositions of experts, preparing rebuttal expert reports, and drafting an opposition brief.
6  Apple's counsel has worked diligently to meet the deadlines in both this case and in the other
7  case, but despite that effort believes that the current deadline for Apple's expert reports in this
8  case does not afford Apple adequate additional time to complete its expert reports.
9      6.    In addition to Apple's scheduling issues, I understand that plaintiffs class counsel
10 and their experts are also faced with conflicts.  According to counsel for plaintiffs, counsel has a
11 final approval hearing on the settlement of another large complex antitrust action on September
12 12, and a trial call on another on September 17, 2013.  Further, plaintiffs' economist expert is
13 unavailable from the end of July through the first two weeks of August, 2013.
14     7.    After meeting and conferring over the last eleven days on dates that will avoid
15 conflicts and accommodate the schedules of counsel for plaintiffs and their experts, the parties
16 have agreed and stipulate to amend the dates in the schedule as set forth in the stipulated proposed
17 order.
18     8.    The proposed changes to the schedule will not impact the trial date in this action,
19 which has not been set.

    Executed this 31st day of May, 2013 in San Francisco, California.

    /s/  David C. Kiernan
    David C. Kiernan