United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTITRUST LITIGATION**<br><br>**This Order Relates to:**<br><br>**All Actions** | **Case No.: 05-CV-0037 YGR**<br><br>**ORDER DENYING STIPULATED PROPOSED SCHEDULE WITHOUT PREJUDICE** |

The parties' Stipulated [Proposed] Order Regarding Schedule (Dkt. No. 732) is hereby **DENIED WITHOUT PREJUDICE** to resubmission. The Court is unwilling to change the briefing schedule set forth in its order dated June 5, 2013 (Dkt. No. 730 ("Scheduling Order")). The parties may submit an amended stipulated proposed schedule that preserves the previously set briefing schedule, but, at present, the Court's previous Scheduling Order remains undisturbed.

This Order terminates Docket No. 732.

**IT IS SO ORDERED**.

Date: October 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**