**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTITRUST LITIGATION**<br><br>**This Order Relates to:**<br><br>**All Actions** | **Case No.: 05-CV-0037 YGR**<br><br>**ORDER GRANTING STIPULATED REQUEST FOR MODIFICATION OF SCHEDULE** |

The parties' Stipulated Request for Modification of Schedule (Dkt. No. 734-1) is hereby **GRANTED**. The Court adopts the parties' proposed schedule, as set forth herein:

| | |
|---|---|
| Depositions of Defendant's expert(s) to be completed | Nov. 12, 2013 |
| Plaintiffs' rebuttal report(s) due | Nov. 25, 2013 |
| Service of Plaintiffs' experts' data and documents | Nov. 25, 2013 |
| Motions for summary judgment and to exclude expert testimony (single brief) due: | Dec. 20, 2013 |
| Oppositions due | Jan. 13, 2014 |
| Replies due | Jan. 31, 2014 |
| Hearing on motions for summary judgment and to exclude expert testimony | **2:00 p.m. Calendar on Tuesday, Feb. 18, 2014** |

**IT IS SO ORDERED**.

Date: November 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**