1  Robert A. Mittelstaedt (CA State Bar #060359)
   Craig E. Stewart (CA State Bar #129530)
2  David C. Kiernan (CA State Bar #215335)
   Amir Q. Amiri (CA State Bar #271224)
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:   (415) 626-3939
5  Facsimile:   (415) 875-5700
   ramittelstaedt@jonesday.com
6  cestewart@jonesday.com
   dkiernan@jonesday.com
7  aamiri@jonesday.com

8  Attorneys for Defendant
   APPLE INC.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  THE APPLE iPOD iTUNES ANTI-              Case No. C 05-00037 YGR
    TRUST LITIGATION
14

15                                           **NOTICE OF APPEARANCE OF
                                             COUNSEL (AMIR Q. AMIRI)**
16

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2  PLEASE TAKE NOTICE that the following counsel will hereby appear in this matter as counsel on behalf of Defendant Apple Inc. ("Defendant") and requests that all notices and/or papers filed or served in this matter be served on Defendant's counsel at the following address:

> Amir Q. Amiri (aamiri@jonesday.com)
> Jones Day
> 555 California Street, 26th Floor
> San Francisco, CA  94104-1500
> Telephone:     (415) 626-3939
> Facsimile:      (415) 875-5700

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

Dated:  December 18, 2013                    Respectfully submitted,

                                             JONES DAY


                                             By:     /s/ Amir Q. Amiri
                                                    Amir Q. Amiri

                                             Attorneys for Defendant
                                             APPLE INC.