1 | ROBBINS GELLER RUDMAN
    & DOWD LLP
2 | BONNY E. SWEENEY (176174)
    THOMAS R. MERRICK (177987)
3 | ALEXANDRA S. BERNAY (211068)
    CARMEN A. MEDICI (248417)
4 | JENNIFER N. CARINGAL (286197)
    655 West Broadway, Suite 1900
5 | San Diego, CA  92101
    Telephone:  619/231-1058
6 | 619/231-7423 (fax)
    bonnys@rgrdlaw.com
7 | tmerrick@rgrdlaw.com
    xanb@rgrdlaw.com
8 | cmedici@rgrdlaw.com
    jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL AND EXHIBITS 1-10 UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |
| | DATE: February 18, 2014<br>TIME: 2:00 p.m.<br>CTRM: 5, 2nd Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

902253_1

1    Plaintiffs' Melanie Tucker, Somtai Troy Charoensak and Mariana Rosen (collectively, "plaintiffs") respectfully submit this Administrative Motion for leave to file under seal portions of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel and Exhibits 1-10 to the Declaration of Bonny E. Sweeney in Support of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel ("Sweeney *Daubert* Declaration").  Specifically, plaintiffs seek leave to file under seal:  Exhibit 1, the Declaration of Jeffrey M. Wooldridge in Support of Plaintiffs' Daubert Motion to Exclude Certain Opinion Testimony of Robert H. Topel and Kevin M. Murphy; Exhibit 2, Declaration of Roger G. Noll on Liability and Damages; Exhibit 3, Corrections to Declaration of Roger G. Noll on Liability and Damages; Exhibit 4, Rebuttal Declaration of Roger G. Noll on Liability and Damages; Exhibit 5, Expert Report of Kevin M. Murphy (Amended); Exhibit 6, Expert Report of Robert H. Topel (Amended); Exhibit 7, Supplemental Declaration of Augustin Farrugia, dated July 2, 2013; Exhibit 8, Excerpts from the December 18, 2013 Deposition Transcript of Professor Roger G. Noll; Exhibit 9, Excerpts from the November 8, 2013 Deposition Transcript of Robert Topel, Ph.D.; and Exhibit 10, Excerpts from the November 12, 2013 Deposition Transcript of Kevin Murphy,. Ph.D. Plaintiffs bring this motion pursuant to Civil Local Rules 7-11 and 79-5 and the June 13, 2007 Stipulated Protective Regarding Confidential Information ("Protective Order").

18    Portions of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel and Exhibits 1-10 attached to the Sweeney *Daubert* Declaration are being lodged with the Court.  The documents refer to information and quote documents produced and designated "Confidential" in this action by defendant Apple Inc. ("Apple").

22    The Protective Order requires that the parties file a request to seal any discovery they submit to the Court that is designated "Confidential."  Protective Order, ¶7.  Although plaintiffs do not necessarily believe it is critical to seal the designated documents and information from the public record, especially in light of the "'compelling reasons'" test set forth by the Ninth Circuit in *Kamakona v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), plaintiffs have filed the instant motion so as to comply with the Protective Order.

28

1  Consistent with Rule 79-5(e), within four days of the filing of plaintiffs' Administrative Motion to File Under Seal, the designating party must file with the Court and serve declarations supporting the request to seal the protected material and must lodge and serve a narrowly tailored proposed sealing order, or the information at issue will be made part of the public record. Further, plaintiffs are providing the Court with redacted and unredacted, highlighted versions of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel and Exhibits 1-10 attached to the Sweeney *Daubert* Declaration.

For the foregoing reasons, plaintiffs respectfully request that the Court grant plaintiffs' Administrative Motion to File Under Seal and issue an order sealing portions of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel and Exhibits 1-10 attached to the Sweeney *Daubert* Declaration.

DATED: December 20, 2013

ROBBINS GELLER RUDMAN
 & DOWD LLP
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL

s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

1
2  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
   ANDREW S. FRIEDMAN
3  FRANCIS J. BALINT, JR.
   ELAINE A. RYAN
4  2325 E. Camelback Road, Suite 300
   Phoenix, AZ  85016
5  Telephone:  602/274-1100
   602/274-1199 (fax)
6
   BRAUN LAW GROUP, P.C.
7  MICHAEL D. BRAUN
   10680 West Pico Blvd., Suite 280
8  Los Angeles, CA  90064
   Telephone:  310/836-6000
9  310/836-6010 (fax)

10 GLANCY BINKOW & GOLDBERG LLP
   BRIAN P. MURRAY
11 122 East 42nd Street, Suite 2920
   New York, NY  10168
12 Telephone:  212/382-2221
   212/382-3944 (fax)
13
   GLANCY BINKOW & GOLDBERG LLP
14 MICHAEL GOLDBERG
   1925 Century Park East, Suite 2100
15 Los Angeles, CA  90067
   Telephone:  310/201-9150
16 310/201-9160 (fax)

17 Additional Counsel for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

902253_1

PLTFS' MOTION TO FILE PORTIONS OF PLTFS' *DAUBERT* MTE CERTAIN OPINION
TESTIMONY OF KEVIN M. MURPHY & ROBERT H. TOPEL AND EXS. 1-10 - C-05-00037-YGR    - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 20, 2013.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    bonnys@rgrdlaw.com

902253_1

# Mailing Information for a Case 4:05-cv-00037-YGR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**

- cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com,carolyn.ernser@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`