1 | ROBBINS GELLER RUDMAN
    & DOWD LLP
2 | BONNY E. SWEENEY (176174)
    THOMAS R. MERRICK (177987)
3 | ALEXANDRA S. BERNAY (211068)
    CARMEN A. MEDICI (248417)
4 | JENNIFER N. CARINGAL (286197)
    655 West Broadway, Suite 1900
5 | San Diego, CA  92101
    Telephone:  619/231-1058
6 | 619/231-7423 (fax)
    bonnys@rgrdlaw.com
7 | tmerrick@rgrdlaw.com
    xanb@rgrdlaw.com
8 | cmedici@rgrdlaw.com
    jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To:<br><br>   ALL ACTIONS. | DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL AND EXHIBITS 1-10 UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |
| | DATE:    February 18, 2014<br>TIME:     2:00 p.m.<br>CTRM:   5, 2nd Floor<br>JUDGE:   Hon. Yvonne Gonzalez Rogers |

902258_1

I, Bonny E. Sweeney, declare:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel for the Class and for Plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak (collectively, "plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would completely testify thereto.

2. I submit this declaration in support of plaintiffs' Administrative Motion to File Under Seal portions of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel and Exhibits 1-10 attached to Declaration of Bonny E. Sweeney in Support of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel ("Sweeney *Daubert* Declaration"): Exhibit 1, the Declaration of Jeffrey M. Wooldridge in Support of Plaintiffs' Daubert Motion to Exclude Certain Opinion Testimony of Robert H. Topel and Kevin M. Murphy; Exhibit 2, Declaration of Roger G. Noll on Liability and Damages; Exhibit 3, Corrections to Declaration of Roger G. Noll on Liability and Damages; Exhibit 4, Rebuttal Declaration of Roger G. Noll on Liability and Damages; Exhibit 5, Expert Report of Kevin M. Murphy (Amended); Exhibit 6, Expert Report of Robert H. Topel (Amended); Exhibit 7, the Supplemental Declaration of Augustin Farrugia, dated July 2, 2013; Exhibit 8, Excerpts from the December 18, 2013 Deposition Transcript of Professor Roger G. Noll; Exhibit 9, Excerpts from the November 8, 2013 Deposition Transcript of Robert Topel, Ph.D.; and Exhibit 10, Excerpts from the November 12, 2013 Deposition Transcript of Kevin Murphy,. Ph.D. The documents at issue include material that has been designated confidential under the Protective Order. It is plaintiffs' understanding that Apple wishes the documents to remain confidential.

3. Such filing under seal is necessitated by the designation of certain documents that are quoted, paraphrased and referenced in Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel and Exhibits 1-10 attached to the Sweeney *Daubert* Declaration as "Confidential" by Apple.

4. Under the terms of the existing Protective Order, plaintiffs are obligated to file portions of the Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M.

1  Murphy and Robert H. Topel and Exhibits 1-10 attached to the Sweeney *Daubert* Declaration, which
2  reference documents designated as "Confidential" under seal.
3       I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.  Executed this 20th day of December, 2013, at San Diego, California.

                                                s/ Bonny E. Sweeney
                                                BONNY E. SWEENEY

902258_1

DEC OF BES ISO PLTFS' MOT TO FILE PORTIONS PLTFS' *DAUBERT* MTE CERTAIN OPINION
TESTIMONY OF KEVIN M. MURPHY & ROBERT H. TOPEL & EXHIBITS 1-10 - C-05-00037-YGR   - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 20, 2013.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      bonnys@rgrdlaw.com

902258_1

# Mailing Information for a Case 4:05-cv-00037-YGR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**

- cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com,carolyn.ernser@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)