1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE |
| ALL ACTIONS. | MOTION TO FILE PORTIONS OF PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL AND EXHIBITS 1-10 UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |

16

17

18

19

20

21

22

23

24

25

26

27

28

902262_1

Before the Court is Plaintiffs' Administrative Motion to File Under Seal portions of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel and Exhibits 1-10 attached to the Declaration of Bonny E. Sweeney in Support of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel.

Specifically, plaintiffs seek leave to file under seal:

| | |
|---|---|
| Exhibit 1: | Declaration of Jeffrey M. Wooldridge in Support of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Robert H. Topel and Kevin M. Murphy, dated December 20, 2013; |
| Exhibit 2: | Declaration of Roger G. Noll on Liability and Damages, dated April 3, 2013; |
| Exhibit 3: | Corrections to Declaration of Roger G. Noll on Liability and Damages, dated May 31, 2013; |
| Exhibit 4: | Rebuttal Declaration of Roger G. Noll on Liability and Damages, November 25, 2013; |
| Exhibit 5: | Expert Report of Kevin M. Murphy (Amended), dated August 19, 2013; |
| Exhibit 6: | Expert Report of Robert H. Topel (Amended), dated August 19, 2013; |
| Exhibit 7: | Supplemental Declaration of Augustin Farrugia, dated July 2, 2013; |
| Exhibit 8: | Relevant Excerpts from the Deposition Transcript of Professor Roger G. Noll, taken December 18, 2013; |
| Exhibit 9: | Relevant Excerpts from the Deposition Transcript of Robert Topel, Ph.D., taken November 8, 2013; |
| Exhibit 10: | Relevant Excerpts from the Deposition Transcript of Kevin Murphy, Ph.D., taken November 12, 2013; |

There being good cause shown based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court **GRANTS** Plaintiffs' Administrative Motion to File Under Seal.

IT IS SO ORDERED.

DATED: _____          _____

THE HON. YVONNE GONZALES ROGERS
UNITED STATES DISTRICT JUDGE

902262_1

[PROPOSED] ORDER GRANTING PLTFS' MOT TO FILE PORTIONS OF PLTFS' *DAUBERT* MTE CERTAIN OPINION TESTIMONY OF KEVIN M. MURPHY & ROBERT H. TOPEL & EXS. 1-10 - C-05-00037-YGR

- 1 -