1 | ROBBINS GELLER RUDMAN
  | & DOWD LLP
2 | BONNY E. SWEENEY (176174)
  | THOMAS R. MERRICK (177987)
3 | ALEXANDRA S. BERNAY (211068)
  | CARMEN A. MEDICI (248417)
4 | JENNIFER N. CARINGAL (286197)
  | 655 West Broadway, Suite 1900
5 | San Diego, CA  92101
  | Telephone:  619/231-1058
6 | 619/231-7423 (fax)
  | bonnys@rgrdlaw.com
7 | tmerrick@rgrdlaw.com
  | xanb@rgrdlaw.com
8 | cmedici@rgrdlaw.com
  | jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL |
| ALL ACTIONS. | |
| | DATE: February 18, 2014<br>TIME: 2:00 p.m.<br>CTRM: 5, 2nd Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

902374_1

I, BONNY E. SWEENEY, declare:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel for the Class and for Plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak (collectively, "plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would completely testify thereto.

2. I submit this declaration in support of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel.

3. Attached hereto are true and correct copies of the following documents:

Exhibit 1: Declaration of Jeffrey M. Wooldridge in Support of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Robert H. Topel and Kevin M. Murphy, dated December 20, 2013 **[filed under seal]**;

Exhibit 2: Declaration of Roger G. Noll on Liability and Damages, dated April 3, 2013 **[filed under seal]**;

Exhibit 3: Corrections to Declaration of Roger G. Noll on Liability and Damages, dated May 31, 2013 **[filed under seal]**;

Exhibit 4: Rebuttal Declaration of Roger G. Noll on Liability and Damages, November 25, 2013 **[filed under seal]**;

Exhibit 5: Expert Report of Kevin M. Murphy (Amended), dated August 19, 2013 **[filed under seal]**;

Exhibit 6: Expert Report of Robert H. Topel (Amended), dated August 19, 2013 **[filed under seal]**;

Exhibit 7: Supplemental Declaration of Augustin Farrugia, dated July 2, 2013 **[filed under seal]**;

Exhibit 8: Relevant Excerpts from the Deposition Transcript of Professor Roger G. Noll, taken December 18, 2013 **[filed under seal]**;

Exhibit 9: Relevant Excerpts from the Deposition Transcript of Robert Topel, Ph.D., taken November 8, 2013 **[filed under seal]**;

Exhibit 10: Relevant Excerpts from the Deposition Transcript of Kevin Murphy, Ph.D., taken November 12, 2013 **[filed under seal]**;

Exhibit 11: Relevant Excerpts from Joshua D. Angrist and Jorn-Steffen Pischke, *Mostly Harmless Econometrics*: *An Empiricist's Companion* (Princeton University Press 2009);

Exhibit 12: Relevant Excerpts from American Bar Association, Section of Antitrust, *Proving Antitrust Damages: Legal and Economic Issues* (2d ed. 2010);

Exhibit 13: Relevant Excerpts from Colin Cameron and Douglas L. Miller, *Robust Inference with Clustered Data*, in Handbook of Empirical Economics and Finance (CRC Press 2011); and

902374_1

DEC OF BONNY E. SWEENEY ISO PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL - C-05-00037-YGR   - 1 -

1    Exhibit 14:    Relevant Excerpts from *United States v. Apple Inc.*, No. 1:12-cv-02826-DLC,
2                   Hearing Transcript for Proceedings held on May 23, 2013 (S.D.N.Y).

3    I declare under penalty of perjury under the laws of the United States of America that the
4    foregoing is true and correct. Executed this 20th day of December, 2013, at San Diego, California.

5
                                                        s/ Bonny E. Sweeney
6                                                       BONNY E. SWEENEY

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 20, 2013.

      s/ Bonny E. Sweeney
      BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      bonnys@rgrdlaw.com

902374_1

# Mailing Information for a Case 4:05-cv-00037-YGR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**

  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com,carolyn.ernser@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`