# EXHIBITS 1-10
# [Filed Under Seal]