1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

OAKLAND DIVISION

15

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL |
| ALL ACTIONS. | |

16

17

18

19

20

21

22

23

24

25

26

27

28

902621_1

1    Having considered Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of

2  Kevin M. Murphy and Robert H. Topel, the opposition thereto by Defendant Apple, Inc., the

3  pleadings of record, and any further submissions or argument of counsel, the Court finds that there is

4  good reason to exclude certain opinion expert testimony of Defendant's experts Kevin M. Murphy

5  and Robert H. Topel under *Daubert v. Merrell Dow Pharms*, 509 U.S. 579, 113 S. Ct. 2786, 125 L.

6  Ed. 469 (1993), and Rule 702 of the Federal Rules of Evidence.

7    THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' *Daubert* Motion to Exclude

8  Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel is GRANTED.

9    IT IS SO ORDERED.

10  DATED: _____    _____

11                                      THE HON. YVONNE GONZALES ROGERS
                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

902621_1

[PROPOSED] ORDER GRANTING PLAINTIFFS' DAUBERT MOTION TO EXCLUDE CERTAIN
OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL - C-05-00037-YGR    - 1 -