# Exhibit 2


U.S.    Log In    CNN

**CNNMoney** — A Service of CNN, Fortune & Money

Home | Video | Business News | Markets | Term Sheet | Economy | Tech | Personal Finance | Small Business | Leadership

# Product of The Year Apple iTunes Music Store

By Peter Lewis
December 22, 2003

**FORTUNE**

(FORTUNE Magazine) – Napster proved that tens of millions of consumers were eager to download digital music from the Internet. They just weren't inclined to pay for it, which led music companies to believe that the Internet was the superhighway to ruin and that most Internet users were thieves. All of which makes the achievement of Apple's iTunes Music Store impressive from both a diplomatic standpoint and a technical one.

Apple CEO Steve Jobs persuaded the five major music labels and scores of independent labels to open their vaults (at least partially). Together they put more than 400,000 songs on sale at 99 cents each, or $9.99 for a typical album. Consumers benefited ethically, by having a viable alternative to stealing music; and aesthetically, by being able to search for, preview, and download music with unprecedented ease. Unlike most rival services, the iTunes Music Store gives customers the freedom to store music indefinitely, burn custom CDs, and transfer songs to the Apple iPod portable player. (The iTunes Music Store is not just about music; it also sells audio books.)

Although you don't need an iPod to use the iTunes Music Store, Apple needs the iPod to make the Music Store profitable; the company makes chump change from music sales but big profits from sales of the phenomenally successful hardware. Apple's success has jazzed up the competition, ranging from Roxio's reformed Napster service to the new Dell Music Store. Microsoft, Yahoo, Amazon, and even Wal-Mart are expected to join the me-too chorus with similar services. Apple countered by forming an alliance with AOL (which, like FORTUNE's parent, is a division of Time Warner). With the success of its iTunes Music Store, Apple is almost single-handedly dragging the music industry, kicking and screaming, toward a better future.

### More from Fortune
Why a Fed taper will be good for the economy

Stripe's co-founder on visionaries vs. implementers

Qualcomm's new CEO: Steve Mollen-who?

**FORTUNE 500**

**Current Issue**

**Subscribe to Fortune**

### Top Stories
North Dakota's homeless population jumps

Microsoft exec to head Obamacare website

Glaxo won't pay staff based on drug sales

Inside Hong Kong's biggest Bitcoin mine

$800 million in lottery prizes go unclaimed

### More Company News
Uber 'price gouging' complaints are silly

Microsoft exec to oversee Obamacare website

Amazon workers in Gemany strike over pay

---

**CNNMoney**

| About CNNMoney | Content | Magazines | Site Tools | Stay Connected |
|---|---|---|---|---|
| Contact Us | Fortune Magazine | Subscribe to Fortune | Site Map | My Account |
| Advertise with Us | Money Magazine | Subscribe to Money | Watchlist | Mobile Site & Apps |
| User Preferences | Business News | Give the Gift of Fortune | Portfolio | Facebook |
| Career Opportunities | Markets | Give the Gift of Money | Job Search | Twitter |
| Closed Captioning | Term Sheet | Reprints | Real Estate Search | LinkedIn |
| | Economy | Special Sections | Mortgage and Savings Center | YouTube |
| | Tech | Magazine Customer Service | Calculators | RSS Feeds |
| | Personal Finance | Conferences | Corrections | Newsletters |
| | Small Business | | Market Data Alerts | Tumblr |
| | Video | | News Alerts | Google+ |

Market indexes are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer LIBOR Warning: Neither BBA Enterprises Limited, nor the BBA LIBOR Contributor

Banks, nor Reuters, can be held liable for any irregularity or inaccuracy of BBA LIBOR. Disclaimer. Morningstar: © 2013 Morningstar, Inc. All Rights Reserved. Disclaimer The Dow Jones Indexes[SM] are proprietary to and distributed by Dow Jones & Company, Inc. and have been licensed for use. All content of the Dow Jones Indexes[SM] © 2013 is proprietary to Dow Jones & Company, Inc. Chicago Mercantile Association. The market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. FactSet Research Systems Inc. 2013. All rights reserved. Most stock quote data provided by BATS.

© 2013 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy.