1  Robert A. Mittelstaedt  #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Amir Q. Amiri #271224
   aamiri@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST        Case No.  C 05-00037 (YGR)
    LITIGATION.
15                                          [CLASS ACTION]

16                                          DECLARATION OF DAVID C.
                                            KIERNAN IN SUPPORT OF APPLE
17                                          INC.'S ADMINISTRATIVE MOTION TO
                                            SEAL
18

19

20         1.      I am a partner in the law firm of Jones Day, located at 555 California Street, 26th

21  Floor, San Francisco, CA 94104.  I submit this declaration in support of Apple's Administrative

22  Motion to Seal.  The facts stated in this declaration are true and based upon my own personal

23  knowledge, and if called to testify to them, I would competently do so.

24         2.      The relief requested in the Administrative Motion is necessary and narrowly

25  tailored to protect Apple's confidential business information.  Apple's Motion to Exclude the

26  Expert Testimony of Roger G. Noll and for Summary Judgment and the Expert Reports of Dr.

27  John Kelly, Dr. Robert H. Topel and Dr. Kevin M. Murphy and certain exhibits to the Declaration

28  of Amir Amiri in support thereof, contain highly confidential information regarding iPod pricing

1  strategy and information regarding sales of iPods to iPod resellers.  As demonstrated in the

2  attached declarations, the disclosure of this information would harm Apple.

3      3.      Attached as **<u>Exhibit 1</u>** is a true and correct copy of the Declaration of Jeffrey

4  Robbin in Support of Apple's Administrative Motion to Seal, filed January 18, 2011, ECF No.

5  467.

6      4.      Attached as **<u>Exhibit 2</u>** is a true and correct copy of the Declaration of David C.

7  Kiernan in Support of Apple's Renewed Motion for Summary Judgment, filed January 18, 2011,

8  ECF No. 470.

9      5.      Attached as **<u>Exhibit 3</u>** is a true and correct copy of the Declaration of Mark

10  Buckley in Support of Apple's Response to Plaintiffs' Motion to File Under Seal filed January

11  25, 2011, ECF No. 492.

12      6.      Attached as **<u>Exhibit 4</u>** is a true and correct copy of the Declaration of Mark

13  Buckley in Support of Apple's Response to Plaintiffs' Motion to File Under Seal filed January

14  14, 2011, ECF No. 454.

15      7.      Attached as **<u>Exhibit 5</u>** is a true and correct copy of the Declaration of Eddy Cue in

16  Support of Apple's Response to Plaintiffs' Motion to File Under Seal filed December 23, 2010,

17  ECF No. 409.

18      Executed this 20th day of December, 2013 in San Francisco, California.

19

20

21               /s/ David C. Kiernan
             David C. Kiernan

22

23

24

25  SFI-846655v1

26

27

28

Decl. ISO Apple Inc.'s Administrative Motion to Seal
C 05-00037 (YGR)

- 2 -

# Exhibit 1

to Kiernan Declaration in Support of
Apple Inc.'s Administrative Motion to Seal

Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
Craig E. Stewart #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | **Case No. C 05-00037 JW (HRL)** |
| | **[CLASS ACTION]** |
| This Document Relates To: | |
| ALL ACTIONS | **DECLARATION OF JEFFREY ROBBIN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO SEAL** |

I, Jeffrey Robbin, declare as follows:

1.      I am the Vice President of iTunes and Apple TV Engineering at Apple. I make this declaration in support of Apple Inc.'s Administrative Motion To File Under Seal. The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2.      Apple's Renewed Motion for Summary Judgment and declarations and exhibits filed in support thereof contain highly confidential and commercially sensitive business information, including confidential details of Apple's FairPlay digital rights management (DRM)

1     technology, updates to that technology, third-party technology used to protect or improve

2     FairPlay, confidential contract terms, and confidential communications between Apple and record

3     labels regarding the distribution of music through the iTunes Store and Apple's FairPlay DRM

4     technology. Apple keeps this information highly confidential and does not publicly disclose it.

5          3.     Apple's FairPlay technology is a highly protected trade secret, and Apple uses

6     physical and electronic controls to protect it. The efficacy of FairPlay is dependent on the

7     confidentiality of information regarding its operation and maintenance. Only a few Apple

8     employees have access to and work on FairPlay, and they work in restricted areas. Information

9     regarding FairPlay and third-party technology intended to increase FairPlay efficacy is non-public

10    information that should remain confidential, and has been disclosed to plaintiffs pursuant to the

11    Stipulation and Protective Order Regarding Confidential Information entered June 13, 2007

12    ("Protective Order," Doc. 112). Harm to Apple would result from the public disclosure of the

13    information.

14         4.     Apple's contracts with record labels, which include information regarding the

15    manner in which FairPlay protects music sold through the iTunes Store, are subject to

16    confidentiality provisions and have been disclosed to plaintiffs pursuant to the Protective Order.

17    Similarly, Apple's communications with the record labels regarding FairPlay's operation and the

18    distribution of music through Apple's iTunes Store are kept highly confidential and have been

19    disclosed to plaintiffs pursuant to the Protective Order. This information is non-public

20    information that should remain confidential. Harm to Apple would result from the public

21    disclosure of this highly confidential information. For example, the disclosure of confidential

22    contract terms and communications regarding those terms would adversely impact Apple's

23    bargaining position in future dealings with current and potential business partners.

24         I declare under penalty of perjury under the laws of the United States and the State of

25    California that the foregoing is true and correct.

26         Executed this 14 day of January, 2011 in Cupertino, California.

27

28    SFI-658662v2

                                                          Jeffrey Robbin

Decl. ISO Apple's Administrative Motion to Seal
C 05 00037 JW (HRL), C 06-04457 JW (HRL)

# Exhibit 2

to Kiernan Declaration in Support of
Apple Inc.'s Administrative Motion to Seal

1   Robert A. Mittelstaedt  #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart  #129530
    cestewart@jonesday.com
3   David C. Kiernan #215335
    dkiernan@jonesday.com
4   Michael T. Scott #255282
    michaelscott@jonesday.com
5   JONES DAY
    555 California Street, 26th Floor
6   San Francisco, CA  94104
    Telephone:    (415) 626-3939
7   Facsimile:    (415) 875-5700

8   Attorneys for Defendant
    APPLE INC.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-            Lead Case No.  C 05-00037 JW (HRL)
    TRUST LITIGATION                       [CLASS ACTION]
15

16  _____

17  **This Document Relates To:**         DECLARATION OF DAVID KIERNAN IN
                                          SUPPORT OF APPLE'S RENEWED
18  **ALL ACTIONS**                       MOTION FOR SUMMARY JUDGMENT

19                                         Judge:    Honorable James Ware
                                           Date:     April 18, 2011
20                                         Time:     9:00 a.m.
                                           Place:    Courtroom 8, 4th Floor
21
                                          **DOCUMENT FILED UNDER SEAL**
22

23

24

25

26

27

28

Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No.  C 05-00037 JW (HRL)<br>[CLASS ACTION] |
| **This Document Relates To:**<br><br>**ALL ACTIONS** | DECLARATION OF DAVID KIERNAN IN SUPPORT OF APPLE'S RENEWED MOTION FOR SUMMARY JUDGMENT<br><br>Judge:    Honorable James Ware<br>Date:      April 18, 2011<br>Time:     9:00 a.m.<br>Place:    Courtroom 8, 4th Floor |

I, David Kiernan, declare as follows:

I am an partner in the law firm of Jones Day, located at 555 California Street, 26th Floor,

San Francisco, CA 94104.  I am a member in good standing of the State Bar of California and

represent Apple Inc. in this case.  I make this declaration in support of Apple's Motion for

Summary Judgment.  I have personal knowledge of the facts set forth herein.

Attached as **Exhibit 1** is a true and correct copy of portions of the transcript of the

deposition of Roger G. Noll, Ph.D. conducted on September 19, 2008.

1    Attached as **Exhibit 2** is a true and correct copy of portions of the transcript of the

2  deposition of Gary L. French, Ph.D. conducted on April 3, 2009.

3    Attached as **Exhibit 3** is a true and correct copy of portions of the transcript of the

4  deposition of Eddy Cue conducted on December 17, 2010.

5    Attached as **Exhibit 4** is a true and correct copy of portions of the transcript of the

6  deposition of Jeffrey L. Robbin conducted on December 3, 2010.

7    Attached as **Exhibit 5** is a true and correct copy of a presentation by Thomas O. Barnett,

8  Assistant Attorney General of the Antitrust Division at the Department of Justice, titled

9  "Interoperability Between Antitrust and Intellectual Property" dated September 13, 2006.

10    Customer inquiries and Apple's responses are kept highly confidential and have been

11  disclosed to Plaintiffs pursuant to the Stipulation and Protective Order Regarding Confidential

12  Information entered June 13, 2007 ("Protective Order," Doc. 112). Among other things, the

13  inquiries reflect personal information of the customers and confidential, proprietary information

14  regarding how Apple tracks and responds to such inquiries. This information is non-public

15  information that should remain confidential. Harm would result from the public disclosure of this

16  highly confidential information.

17    I declare under penalty of perjury under the laws of the United States of America that, to

18  the best of my knowledge, the foregoing is true and correct. This declaration was executed on

19  January 18, 2011, in San Francisco, California.

20                                      /s/ David C. Kiernan

21                                      David C. Kiernan

22

23  SFI-659325v1

24

25

26

27

28

# Exhibit 3
to Kiernan Declaration in Support of
Apple Inc.'s Administrative Motion to Seal

Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
Craig E. Stewart #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**DECLARATION OF MARK BUCKLEY IN SUPPORT OF APPLE INC.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Mark Buckley, declare as follows:

1.     I am a Financial Analyst at Apple Inc. ("Apple"). I have held this position since August 15, 2005. I submit this declaration in support of Apple's Response to Plaintiffs' Administrative Motion to File Under Seal (Dkt. 434, "Administrative Motion"). The facts stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

2.     The relief requested in the Administrative Motion is necessary and narrowly tailored to protect Apple's confidential business information. The redacted portions of pages 5

Decl. ISO Apple Inc.'s Response to Plaintiffs'
Administrative Motion to Seal
C 05 00037 JW (HRL)

1    and 6 of Plaintiffs' Motion Regarding Schedule for Class Certification and Depositions (Dkt.

2    432) and page 2 of the Bernay Declaration in support thereof (Dkt. 433) contain confidential

3    descriptions of data regarding Apple's transactions with iPod resellers that must be kept

4    confidential in order to avoid causing substantial harm to Apple.

5           3.     Apple's practices are that such information is to be kept highly confidential and

6    must not be publicly disclosed. Data regarding Apple's transactions with iPod resellers was

7    produced to plaintiffs pursuant to the Stipulation and Protective Order Regarding Confidential

8    Information entered June 13, 2007 ("Protective Order," Dkt. 112). The public disclosure of this

9    highly confidential information would cause substantial harm to Apple.

10          I declare under penalty of perjury under the laws of the United States and the State of

11   California that the foregoing is true and correct.

12          Executed this _13_ day of January, 2011 in Cupertino, California.

13                                                     _Mark Buckley_

14                                                     Mark Buckley

15   SFI-658673v1

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. ISO Apple Inc.'s Response to Plaintiffs'
Administrative Motion to Seal
C 05 00037 JW (HRL)

- 2 -

# Exhibit 4

to Kiernan Declaration in Support of
Apple Inc.'s Administrative Motion to Seal

1     Robert A. Mittelstaedt  #60359
      ramittelstaedt@jonesday.com
2     Craig E. Stewart  #129530
      cestewart@jonesday.com
3     David C. Kiernan #215335
      dkiernan@jonesday.com
4     Michael T. Scott #255282
      michaelscott@jonesday.com
5     JONES DAY
      555 California Street, 26th Floor
6     San Francisco, CA  94104
      Telephone:    (415) 626-3939
7     Facsimile:    (415) 875-5700

8     Attorneys for Defendant
      APPLE INC.

9

10                    UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14     THE APPLE iPOD iTUNES ANTI-TRUST       Case No.  C 05-00037 JW (HRL)
      LITIGATION.
15                                           [CLASS ACTION]

16                                      **DECLARATION OF MARK BUCKLEY**
                                     **IN SUPPORT OF APPLE INC.'S**
17                                      **RESPONSE TO PLAINTIFFS'**
                                     **ADMINISTRATIVE MOTION TO FILE**
18                                      **UNDER SEAL**

19

20     I, Mark Buckley, declare as follows:

21           1.      I am a Financial Analyst at Apple Inc. ("Apple").  I have held this position since

22     August 15, 2005.  I submit this declaration in support of Apple's Response to Plaintiffs'

23     Administrative Motion to File Under Seal (Dkt. 475, "Administrative Motion").  The facts stated

24     in this declaration are true and based upon my own personal knowledge, and if called to testify to

25     them, I would competently do so.

26           2.      The relief requested in the Administrative Motion is necessary and narrowly

27     tailored to protect Apple's confidential business information.  Plaintiffs' Motion for Class

28

Decl. ISO Apple Inc.'s Response to Plaintiffs'
Administrative Motion to Seal
C 05 00037 JW (HRL)

1   Certification (Dkt. 477) and the Sweeney (Dkt. 478) and Noll (Dkt. 479) declarations in support

2   thereof contain highly confidential information regarding iPod and iTunes Store pricing,

3   including pricing strategy and information considered by Apple when setting iPod and iTunes

4   Store prices; information regarding costs of manufacturing and selling iPods and costs associated

5   with the sale of music through the iTunes Store; and information regarding Apple's margins on

6   iPod and iTunes Store sales.

7         3.    Apple's practices are that such information is kept highly confidential and is not

8   disclosed to the public.  This information was produced to plaintiffs pursuant to the Stipulation

9   and Protective Order Regarding Confidential Information entered June 13, 2007 ("Protective

10  Order," Dkt. 112).  The public disclosure of information regarding Apple's pricing decisions and

11  iPod and iTunes Store costs would put Apple at a business disadvantage.

12       I declare under penalty of perjury under the laws of the United States and the State of

13  California that the foregoing is true and correct.

14       Executed this _25_ day of January, 2011 in Cupertino, California.

15

16                                           Mark Buckley

17  SFI-659999v1

18

19

20

21

22

23

24

25

26

27

28

Decl. ISO Apple Inc.'s Response to Plaintiffs'
Administrative Motion to Seal
C 05 00037 JW (HRL)

# Exhibit 5
to Kiernan Declaration in Support of
Apple Inc.'s Administrative Motion to Seal

1   Robert A. Mittelstaedt #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart #129530
    cestewart@jonesday.com
3   David C. Kiernan #215335
    dkiernan@jonesday.com
4   Michael T. Scott #255282
    michaelscott@jonesday.com
5   JONES DAY
    555 California Street, 26th Floor
6   San Francisco, CA 94104
    Telephone:    (415) 626-3939
7   Facsimile:     (415) 875-5700

8   Attorneys for Defendant
    APPLE INC.
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST        Case No. C 05-00037 JW (HRL)
    LITIGATION.
15                                          [CLASS ACTION]

16                                          **DECLARATION OF EDDY CUE IN
                                            SUPPORT OF DEFENDANT'S
17                                          RESPONSE TO PLAINTIFFS'
                                            AMENDED ADMINISTRATIVE
18                                          MOTION TO FILE UNDER SEAL**

19                                          **Judge**: Honorable Howard R. Lloyd
20                                          **Date**:  January 18, 2011
                                            **Time:**  10:00 a.m.
21                                          **Place:**  Courtroom 2-5th Floor

22

23

24

25  I, Eddy Cue, declare as follows:

26      1.      I am Vice President, Internet Services at Apple Inc. ("Apple"). I have held this

27  position since August 2008. I have had responsibility for the iTunes Store since 2003.

28      2.      I submit this declaration in support of Defendant's Response to Plaintiffs'

                                    - 1 -         Decl. ISO Dependent's Response to Plaintiffs'
                                                  Amended Administrative Motion to Seal
                                                  C 05 00037 JW (HRL)

1   Amended Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Apple

2   Inc.'s Motion for Protective Order Preventing Deposition of Steve Jobs, Portions of the Bernay

3   Declaration and Exhibits 1-4 and 6-11 Pursuant to Local Rule 79-5(b) and (c) ("Administrative

4   Motion"). The facts stated in this declaration are true and based upon my own personal

5   knowledge, and if called to testify to them, I would competently do so.

6       3.      The relief requested in the Administrative Motion is necessary and narrowly

7   tailored to protect Apple's highly confidential and commercially sensitive business information.

8   The redacted portions of the Plaintiffs' Opposition (Dkt. 404) and the Bernay Declaration (Dkt.

9   405) contain highly confidential and sensitive information that must be kept confidential in order

10  to avoid causing substantial harm to Apple. The redactions specifically relate to (1) sensitive

11  contract terms and communications with record labels; (2) updates to Apple's FairPlay digital

12  rights management technology; and (3) business decisions and strategy at Apple.

13      4.      Pages 4 and 10-11 of Plaintiffs' Opposition (Dkt. 404) and Exhibits 1 and 6-7 to

14  the Bernay Declaration (Dkt. 405) contain highly confidential and commercially sensitive

15  business information, including information regarding sensitive contract terms and

16  communications with record labels.

17      5.      Apple's practices are that such information is to be kept highly confidential and

18  must not be publicly disclosed. Apple's contracts with record labels are subject to confidentiality

19  provisions and were produced to plaintiffs pursuant to the Stipulation and Protective Order

20  Regarding Confidential Information entered June 13, 2007 ("Protective Order," Dkt. 112).

21  Similarly, Apple's communications with the record labels contain highly confidential,

22  commercially sensitive business information and were produced plaintiffs pursuant to the

23  Protective Order. The public disclosure of this highly confidential information would cause

24  substantial harm to Apple.

25      6.      Pages 4-8 of Plaintiffs' Opposition (Dkt. 404) and Page 1 and Exhibits 2, 4, 5, 6,7,

26  8, 9, 10, and 11 to the Bernay Declaration (Dkt. 405) contain highly confidential and

27  commercially sensitive business information, including information regarding updates to Apple's

28  FairPlay DRM technology.

1    7.    Apple's practices are that such information is to be kept highly confidential and
2    must not be publicly disclosed. FairPlay technology is a highly protected trade secret, and Apple
3    uses physical and electronic controls to protect it. The efficacy of FairPlay is dependent on the
4    confidentiality of information regarding its operation and maintenance. Only a few Apple
5    employees have access to and work on FairPlay technology, and they work in a restricted area at
6    Apple's headquarters. The public disclosure of this highly confidential information would cause
7    substantial harm to Apple.

8    8.    Pages i, 1, 3, 6-9, and 11-12 of Plaintiffs' Opposition (Dkt. 404) and Page 2 and
9    Exhibits 2, 4, 5, 6,7, 8, 9, 10, and 11 to the Bernay Declaration (Dkt. 405) contain highly
10   confidential and commercially sensitive business information, including information relating to
11   business decisions and strategy at Apple.

12   9.    Apple's practices are that such information is to be kept highly confidential and
13   must not be publicly disclosed.  The information was produced to plaintiffs pursuant to the
14   Protective Order. The information produced to plaintiffs is non-public information from a public
15   company that should remain confidential. Harm to Apple would result from the public disclosure
16   of the redacted information contained in these documents. The public disclosure of information
17   regarding Apple's business decisions and strategies would put Apple at a significant business
18   disadvantage.

19   I declare under penalty of perjury under the laws of the United States and the State of
20   California that the foregoing is true and correct.

21   Executed this 22nd day of December, 2010 in Cupertino, California.

22                                          Eddy Cue

23                                          Eddy Cue

24

25   SFI-657739v1

26

27

28

Decl. ISO Defendant's Response to Plaintiffs'
Amended Administrative Motion to Seal
- 3 -                        C 05 00037 JW (HRL)