Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | **Case No. C 05-00037-YGR [CLASS ACTION]**<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL** |

Having considered Apple Inc.'s Administrative Motion to Seal and the Declaration of Amir Amiri in support of that motion, having determined that public disclosure of the confidential information described therein would harm defendant Apple Inc., and finding compelling reasons to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative Motion is GRANTED.

//

//

//

//

//

Apple shall file under seal portions of its Motion to Exclude the Expert Testimony of Roger G. Noll and for Summary Judgment, together and the exhibits to the declaration of Amir Amiri in support thereof in accordance with General Order 62.

**IT IS SO ORDERED.**

Dated: _______________, 2013

By: ____________________________________
The Honorable Yvonne Gonzalez Rogers
United States District Judge

SFI-847015