# Exhibit 10
```
[PUBLIC VERSION - REDACTED]
```

1               UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                 OAKLAND DIVISION

4

5  _____

                                    )

6                                 )

  THE APPLE IPOD ITUNES ANTI-TRUST   )  No. C-05-0037 YGR

7  LITIGATION                         )

                                    )

8  _____)

9

10

11

12        VIDEOTAPED DEPOSITION OF ROGER G. NOLL

13           San Francisco, California

14            Thursday, May 16, 2013

15               Volume 1

16

17

18

19

20

21  Reported by:

22  JENNIFER L. FURIA, RPR, CSR

23  CA License No. 8394

24  Job No. 1663538

25  PAGES 1 - 262

1    it's specific to the specific generation class products

2    and I -- if I have those correctly characterized through

3    indicator variables in the regression, the improvement

4    effect of those will be -- be accounted for in the

5    regression.  And all -- the only incremental explanatory    09:47:20

6    value power from the 7.0 variable will arise to the

7    anticompetitive effect.

8         Q  Give me an example.

9         MS. SWEENEY:  Objection to form.

10         THE WITNESS:  That if -- if a particular    09:47:33

11   generation of an iPod was first released in September of

12   2006 there are technical attributes of that product.  I

13   have a bunch of indicator variables to indicate their

14   technological -- their functional characteristics.

15         Those will -- the -- the effect on price of    09:47:54

16   those technical characteristics would be accounted for

17   in those coefficients.  The -- all that's left for the

18   7.0 variable to take into account is things that were

19   not part of the functional characteristics of those

20   models.    09:48:15

21   BY MR. MITTELSTAEDT:

22         Q  Okay, so what -- what indicator variables do

23   you have in your regressions that you say would account

24   for anything else that 7.0 did that's not allegedly

25   anticompetitive?    09:48:27

Page 30

1        A   Well, for example, the -- the -- the -- as

2    time has progressed, the -- the generations are

3    basically based on capacity changes.  And I have all

4    those capacity variables that are interactive with time.

5    Plus there's other functionality variables in there as        09:48:43

6    well.

7        Q   Okay, well, that's what I'm asking.

8        A   You know, like, Photo and all that -- those

9    things.  I mean there's four or five of them listed in

10   the regression.                                               09:48:52

11       Q   Okay.  I want to be specific on this.  Or I

12   want you to be specific.  So what indicator variables do

13   you have that you say would measure any aspect of 7.0

14   other than the -- the aspect that is alleged to be

15   anticompetitive?                                              09:49:09

16       A   Okay, if we -- if a new model of iPod is

17   introduced in September of 2006, then what's going to

18   happen?  Well, first of all, one of the -- those -- this

19   first list of variables will get turned on about

20   Classic, Mini, Shuffle.                                       09:49:24

21       Q   Yeah, I want to be on the same page with you,

22   so what page are you on?

23       A   At any of the -- anything in the appendix.

24       Q   I know, but just pick one, because you're

25   looking at one.  I just need to know what it is, that's       09:49:34

                                                        Page 31

1    all.

2        A   Okay, let's pick one that -- why don't we go

3    back and pick one that's actually used.  Hold on.

4        Okay, go to Exhibit 13.1.  "Reseller, sales,

5    log, regression, results, outliers excluded."        09:50:05

6        Okay.  So the first thing that would happen is

7    the whatever this -- the family the model is, like

8    Classic, Mini, Nano, Shuffle will get -- will get turned

9    on if it's one of those.  Then the capacity, the

10   appropriate capacity variable will get turned on.  And    09:50:24

11   typically as time goes through, the new models have more

12   capacity.

13       And then the interaction with that capacity

14   will get turned on.  And then way at the end there's

15   photo, video and photo.  Those may or may not get turned  09:50:40

16   on.  And then there will be something about the size.

17   And there will be something about the cost.

18       So all those variables will reflect all

19   the -- will -- will produce a unique combination of

20   those attributes that is applicable to that particular    09:51:07

21   model.

22       Q   My question focused on 7.0.

23       A   Yeah.  So when something is introduced after

24   the 7.0 update occurs, that product will have attributes

25   that are new.  And it will -- it will produce a           09:51:28

```
 1          Q  I'm asking you more in theory at this point.

 2     If 7.0 did something more than what you've just

 3     described --

 4          A  Like, for example?

 5          Q  -- and it's not captured in one of these          09:52:43

 6     variables that you just referred to, capacity, whether

 7     it's photo or video or the size or the cost,

 8     then -- then the coefficient for 7.0 would pick up that,

 9     right?

10          A  Like what?  I mean, I don't understand what        09:53:05

11     the -- what the 7.0 in principle could do.  What is it

12     in principle it could do?

13          Q  Anything that's not captured by one of your

14     other variables.  The effect of that would be captured

15     in your 7.0 variable, correct?  By definition.            09:53:22

16          A  So if you lick your iPod it tastes like wine?

17     Is that what 7.0 does, something like that?

18              I'm just -- I have no clue what you're talking

19     about, what it might be.  If there's some wonderful

20     attribute of iPods that cannot be obtained in any way     09:53:40

21     other than 7.0 and that component is in there, sure, it

22     would affect the price.  It would make the -- it would

23     make it more valuable, assuming it's unique, a unique

24     attribute that wasn't otherwise included, but I don't

25     know what it is and I've never seen anybody describe      09:53:57
```

                                                      Page 34

1    anything like is that.

2        Q   And -- this is the point of my question.   The

3    effect of that other attribute would be included in your

4    7.0 variable, correct?

5        A   If there was one, yes.                        09:54:11

6        Q   And what did you do, if anything, to determine

7    what 7.0 did over and above, as you put it, create the

8    incompatibility with Harmony?

9        A   I've read the technical expert's --

10       MS. SWEENEY:  Objection, asked and answered.    09:54:29

11       THE WITNESS:  I'm not the technical expert

12   about what's in 7.0.  I'm not neither your expert nor

13   the plaintiff's expert.  I relied upon their reports.

14   BY MR. MITTELSTAEDT:

15       Q   Did you read Apple's press release for 7.0?    09:54:38

16       A   Oh, at some point I've read it, yes.

17       Q   And did it say -- do you remember anything it

18   said on this topic?

19       A   Not sitting here, no.

20       Q   Is it accurate to say that your task was to      09:54:52

21   opine on whether 7.0 harmed competition in a market for

22   portable digital players and, if so, to opine on the

23   amount of damages to iPod purchasers from September 12,

24   2006 to March 31, 2009?

25       A   I was asked to do that, yes.                   09:55:23

                                                     Page 35

1          A  Well, that's an interesting question.

2     The -- the 7.0 -- the effect of 7.0 on prices is not

3     necessarily limited to just the products that were sold

4     that had 7.0 in them.

5          Once 7.0 had been released, and because          10:09:52

6     consumers would have the expectation that as products

7     came along that they would, in fact, be incompatible

8     with Harmony, so as I -- we went through this in the

9     last deposition.

10          It's not obvious that the right way to measure    10:10:12

11     the effect of 7.0 is to focus exclusively on the

12     products that had 7.0 loaded on them as of September

13     2006, because consumers' attitudes about iPods and

14     their -- their -- and -- and their degree to which

15     they're going to get locked in would depend, would be   10:10:35

16     perceived as depending on, not only what 7.0 is doing

17     now, but what it's going to be doing in the future.

18          So that, you know, that that is a problem to

19     be overcome.  Having said that, this is supposed to be

20     products sold during the class period.  That's what it's  10:10:52

21     supposed to be.

22          Q  With 7.0 loaded into them as you say?

23          A  I think so, but I'm not certain sitting here.

24     I would have to check to find out.

25          Q  Okay.  What would be the reason for doing it   10:11:22

                                                        Page 46

```
 1   I'm -- I'm going to have to check to be sure, but I

 2   believe what's in -- in Exhibits 14 through 16 is all

 3   the products that were sold during the class period as

 4   opposed to just those that had 7.0 loaded on them.

 5   BY MR. MITTELSTAEDT:                              10:13:52

 6        Q  Okay.  Let's take a break.

 7        A  But I'm not certain of that.  And I'll have to

 8   check to be sure.

 9        Q  Okay.  Well, if -- do you remember what you

10   instructed Econ, Inc. to do in that respect?         10:14:01

11           MS. SWEENEY:  Objection, asked and answered.

12           THE WITNESS:  I think so, but I'm not

13   absolutely certain of it, because I just -- I've just

14   had --

15   BY MR. MITTELSTAEDT:                              10:14:13

16        Q  Well, what's your best recollection of what

17   you instructed --

18        A  My best recollection is that it's supposed to

19   be the ones that had 7.0 on them, but I'm not certain of

20   that.                                             10:14:21

21        Q  Okay.  And what would be the rationale for

22   doing it that way?

23           MS. SWEENEY:  Objection, vague and ambiguous.

24           THE WITNESS:  If you did it only for the ones

25   that had 7.0 on them, it would be because you thought  10:14:29
```

Page 48

1    that the effect was limited to just the products that

2    had 7.0 loaded.

3           If you, instead, did it for all products, it

4    was because you thought that the most important effect

5    was knocking Harmony out of the market.  And I -- I          10:14:45

6    think that the latter is actually correct, but I may

7    have told them to do the former.  I just don't remember.

8           I think knocking Harmony out of the market is

9    the key event and -- and causing -- causing RealNetworks

10   longer to try to compete to sell music to play on iPods    10:15:03

11   is the -- is -- is the market-defining event from the

12   standpoint of what the pricing strategy of portable

13   digital media players would be.

14          So I think that's the right way to do it, but

15   I'm not sure that's exactly what I asked them to do,        10:15:18

16   because I -- or they understood that that's what I asked

17   them to do.

18   BY MR. MITTELSTAEDT:

19       Q  In -- in this report did you do any analysis

20   or do you present any analysis of which one of those is    10:15:26

21   the right way to do it?

22       A  I think I -- I do talk about knocking Harmony

23   out of the market here, yes.

24       Q  But -- but specifically as to whether the

25   damages model should include models that don't have 7.0    10:15:46

                                                        Page 49

```
 1    effect.

 2        Q  And what I'm asking is why would there --

 3    under what circumstances, precisely as you can, would

 4    you expect to see a continuing effect of 4.7 even after

 5    Harmony's relaunched?                              10:53:16

 6        MS. SWEENEY:  Objection, vague and ambiguous.

 7        THE WITNESS:  Consumer expectations about the

 8    durability of the relaunch.  About whether if I -- if I

 9    actually use Harmony and buy a bunch of songs from

10    RealNetworks, from Rhapsody, am I going to be stuck six   10:53:30

11    months from now with them not working because it will be

12    disabled again.

13    BY MR. MITTELSTAEDT:

14        Q  And could that consumer expectation continue

15    even after 7.0 is issued?                          10:53:42

16        A  Exactly, it could.  And that's -- that's

17    precisely right.  7.0, you know, could -- could, in

18    fact, have, you know, a similar story to it.  But, in

19    fact, 7.0 was never undone, so we can't test that

20    hypothosis.                                        10:54:04

21        Q  What I mean is could the consumer expectation

22    created by 4.7 continue after 7.0 is issued?

23        A  It could in principle, yes.

24        Q  And under what circumstance would you expect

25    to see a continuing expectation created by 4.7 after 7.0  10:54:19
```

1    is issued?

2        A  It would -- well, the effect of 7.0 is going

3    to be what was it like before 7.0 was -- 7.0 was

4    launched and what is it like afterwards, okay.  And so,

5    again, it's an empirical question whether -- what          10:54:45

6    people's state of mind was prior to the launch of 7.0.

7    I don't --

8        Q  Well, what I'm asking is if you -- if you did

9    the test, the regression, and you saw there was a

10   continuing effect of 4.7 after 7.0, what theory would      10:54:58

11   explain that?  The same one we've been talking about,

12   consumer expectation?

13       A  Yeah.  I mean the issue is how are people's

14   attitudes about Har -- remember, it's important to keep

15   our eye on the ball.  What we're interested in is what's   10:55:30

16   happening to the market for iPods.  And the market for

17   iPods is going to be enhanced regardless if there

18   were -- was anybody out there using Harmony and all of a

19   sudden they can't, all right.  That -- that market

20   effect is still going to be there regardless of what       10:55:49

21   expectations were.

22           The way expectations work here is whether

23   someone would want to actually -- would actually buy an

24   iPod with the expectation they were going to be able to

25   use Harmony indefinitely on iPods.  And if they had that   10:56:05

```
 1    expectation then 4.7 would have gone away entirely

 2    within shortly after Harmony was relaunched.  If they

 3    didn't believe that, then it wouldn't -- it wouldn't

 4    have all completely gone away and it would have had some

 5    residual effect at the time that 7.0 was lunched.        10:56:27

 6         Q  And under that approach how long would that

 7    residual effect last after 7.0, residual effect from

 8    4.7?

 9         MS. SWEENEY:  Objection, vague and ambiguous

10    and incomplete.                                          10:56:38

11         THE WITNESS:  Again, there's no way to know

12    except empirically to find out.

13    BY MR. MITTELSTAEDT:

14         Q  What would be the theory that would explain

15    that; just what you gave?                                10:56:45

16         A  Yeah.

17         Q  The consumer expectation point?

18         A  Is it okay if I take a two-minute break?  Just

19    one sec, I'll be right back.

20         Q  Yes, sir.                                        10:56:53

21         Off the record.

22         THE VIDEOGRAPHER:  Off the record 10:57 a.m.

23         (Recess.)

24    BY MR. MITTELSTAEDT:

25         Q  Okay.  Just to complete that, what I asked       10:59:00
```

Page 70



11:12:18

11:12:31

11:12:41

11:12:53

11:13:07

Page 80

1
2
3
4
5                                                                 11:13:17

6          Q  And does the size of RealNetworks' market

7     share, would you expect that to have some impact on the

8     degree to which it impacted iPod demand under your

9     theory if there was any impact at all?

10         A  If there was an impact it is the fraction of    11:13:38

11    people who used Harmony to play stuff on an iPod.

12    They're the ones whose demand became elastic.

13         Q  And then your next variable, going back to

14    13.2, is ITMS all DRM-Free.  Why did you include that

15    variable?                                                11:14:04

16         A  Well, because the -- the main vehicle for the

17    lock-in effect on the Apple side is using Fair Play and

18    when Apple stops using Fair Play on ITS, then anything

19    you buy from ITS from that point on can play on

20    anything.  So you're no longer locked into an iPod if    11:14:27

21    you buy your music from ITS, so that -- that strikes me

22    as a big deal.  A very important deal.

23
24
25                                                             11:14:49

                                                    Page 81

```
 1   after 7.0?

 2         MS. SWEENEY:  Objection to form, vague and

 3   ambiguous, compound.

 4         THE WITNESS:  I have no idea what you're --

 5   what you're talking about.                         11:59:43

 6         Yes, there are people who are willing to pay a

 7   premium for an iPod and switching costs are one reason

 8   why they might be willing to pay a premium.  Just being

 9   in love with Apple is another reason.  And then there

10   are other people who are at the margin, who plus or      11:59:54

11   minus ten percent in price, can affect their decision.

12   And it's the latter that determine pricing and the

13   extent of competition among brands of portable digital

14   media players.

15   BY MR. MITTELSTAEDT:                                12:00:10

16      Q  Okay.  And how many people fit that profile of

17   being at the margin where their purchase decision

18   changed from a non-iPod to an iPod because of 7.0?  How

19   many people are in that category?

20      A  We have no way of knowing that.               12:00:24

21      Q  Is it -- is it ten people or 10,000?

22      A  We have no way of knowing what the number is.

23   All we observe is the actual pricing behavior and the

24   implicit change in the elasticity of demand.

25         We're talking about a fairly small fraction    12:00:36
```

Page 107

```
 1    from one to thousands?

 2         A   Right.

 3         Q   Okay.  And when you say thousands, what do you

 4    mean?

 5         A   What is there about thousands you don't        12:10:14

 6    understand?

 7         Q   One thousand, ten thousand?

 8         A   Yeah, a few thousand.

 9         Q   A thousand thousands?

10         A   Well, let's go back to what the story is here.  12:10:21

11    The number -- the number of daily sales of iPods is --

12    you know, I don't know what the number is.  Maybe tens

13    of thousands a day, something like that.  And it could

14    be, you know, one or two percent of that would be the

15    upper bound.                                            12:10:45

16         Q   So a couple thousand?

17         A   Yeah.

18         Q   Okay.  Do you have any information or any

19    estimate on how many iPod users bought music from

20    RealNetworks?                                           12:11:05

21         MS. SWEENEY:  Objection.  I think that was

22    already asked and answered.

23         THE WITNESS:  No.

24    BY MR. MITTELSTAEDT:

25         Q   Let's turn to music prices.  What -- what      12:11:21
```

Page 116

1

2

3

4        I, Jennifer L. Furia, holding CSR License No.

5    8394, a Certified Shorthand Reporter, licensed by the

6    State of California, hereby certify:

7        That the foregoing proceedings were taken

8    before me at the time and place herein set forth; that

9    any witnesses in the foregoing proceedings, prior to

10   testifying, were placed under oath; that a verbatim

11   record of the proceedings was made by me using machine

12   shorthand which was thereafter transcribed by me or

13   under my direction; further, that the foregoing is an

14   accurate transcription thereof.

15       I further certify I am neither financially

16   interested in the action, nor a relative or an employee

17   of any attorney or party to this action.

18       IN WITNESS WHEREOF, I have on this date

19   subscribed my name.

20

21   Dated:  6/3/2013

22

23                     *Jennifer L. Furia*
                       ─────────────────────────────
                       JENNIFER L. FURIA
                       Certified Shorthand Reporter
24                     California License No. 8394

25

                                            Page 262