# Exhibit 14

[PUBLIC VERSION - REDACTED]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

_____
                                        )
                                        )
                                        )
THE APPLE IPOD ITUNES                   )      Case No. C 05 00037 JW (HRL)
ANTITRUST LITIGATION                    )      Case No. C 06 04457 JW (HRL)
                                        )
                                        )
_____)


**SUPPLEMENTAL REPORT OF KEVIN M. MURPHY & ROBERT H. TOPEL**

**December 20, 2013**


HIGHLY CONFIDENTIAL

**TABLE OF CONTENTS**

I.    **PROFESSOR NOLL'S NEW ANALYSES DO NOT SOLVE THE FUNDAMENTAL PROBLEMS INHERENT IN HIS REGRESSIONS** ................- 2 -

   A.  Professor Noll Does Not Correct for Correlation of Residuals within Groups or Clusters in His New Regression ...............................................................- 4 -

   B.  In His New Regressions, Professor Noll Used the Wrong But-for World ....................- 8 -

   C.  Although Professor Noll Changed the Specification of his Model, he Failed to Include a Number of Characteristics in his New Regressions that are Important in Explaining the Price of iPods.......................................................................- 10 -

      1.  The Omitted iPod Characteristics are Important in Explaining the Variance in iPod Prices ............................................................................................- 10 -

      2.  Adding our Characteristics to Professor Noll's Regressions does not Result in "Extreme Multicollinearity" ...................................................................- 12 -

      3.  Professor Noll's New Regressions Suffer from Omitted Variable Bias................- 13 -

II.   **PROFESSOR NOLL'S REBUTTAL REPORT INTRODUCES A NEW THEORY OF IMMEDIATE IMPACT** ....................................................- 13 -

**LIST OF APPENDICES**

**APPENDIX A:**      **Curriculum Vitae (Kevin M. Murphy)**

**APPENDIX B:**      **Curriculum Vitae (Robert H. Topel)**

**APPENDIX C:**      **List of Materials Relied Upon**

**APPENDIX D:**      **Revised regression results**

HIGHLY CONFIDENTIAL

1.      Our names are Kevin M. Murphy and Robert H. Topel.  Each of us has previously submitted a report in this matter in response to the *Declaration of Roger G. Noll on Liability and Damages*, April 3, 2013 (hereinafter "Noll merits report").[1]  We have now been asked by counsel for Apple Inc. ("Apple") to review the *Rebuttal Declaration of Roger G. Noll on Liability and Damages*, November 25, 2013 (hereinafter "Noll rebuttal declaration") and to respond to the new theories, opinions, analyses, models, and exhibits contained therein.  Our qualifications to serve as economic experts are detailed in our previous reports and our *curricula vitae*.  The matters in which we have submitted expert reports and/or been deposed since the time at which we filed our original reports are listed in our *curricula vitae*, which are attached to this report as Appendices A and B, respectively.  Our *curricula vitae* also contain current lists of our publications.

2.      In Professor Noll's rebuttal declaration, among other things, he offers new opinions, analyses, regressions and damages estimates, and exhibits that were not in his merits report.  We've been asked by Apple to address this new material.  In this report, we confine our opinions to this new material.  At times it is necessary to summarize some of our earlier work in order to provide context.  Where Professor Noll restates opinions with which either of us disagrees or where he merely defends the opinions in his merits report, we do not restate our opinions here or otherwise respond to his defenses.  The fact that we do not respond to every point in Professor Noll's rebuttal declaration should not be read as an indication that we agree with any part of his opinions.  We reserve the right to respond, and anticipate responding, to each point that he has raised in his rebuttal declaration.

3.      This report sets forth our opinions and describes the bases for those opinions as well as the data and analyses that underlie them.  In preparing this report, we have reviewed Professor Noll's rebuttal declaration, together with his exhibits and appendices and the materials cited therein.  We have also reviewed the documents and publications listed in the footnotes to this report.  In performing our additional analyses and preparing the materials and exhibits contained in this report, we have been assisted by our colleagues at Charles River Associates,

---

[1] *See* Expert Report of Kevin M. Murphy, August 19, 2013 (hereinafter "Murphy report") and Expert Report of Robert H. Topel, August 19, 2013 (hereinafter "Topel report"); *See Also* Supplemental exhibits for Kevin M. Murphy (November 11, 2013); Supplemental exhibits for Robert H. Topel (November 8, 2013); Expert Report of Roger Noll, April 3, 2013; Noll Corrected Declaration, May 31, 2013.

International. The list of additional materials we have considered is attached to this report as Appendix C.

# I. PROFESSOR NOLL'S NEW ANALYSES DO NOT SOLVE THE FUNDAMENTAL PROBLEMS INHERENT IN HIS REGRESSIONS

4. In his rebuttal report, Professor Noll presents new regressions that attempt to estimate an "overcharge" on the price of iPods. In response to our criticisms, he now uses quantity weights rather than frequency weights to account for some of the correlation among the error terms, changes the measure of time from a logarithmic to a scalar variable, changes the date on which the iTS adopted DRM-free format, and adds a variable to indicate the date on which Harmony was re-launched in April 2005. He has also changed the way in which he treats his indicator variables for iTunes 4.7 and 7.0. Previously he turned on (set to 1) the iTunes 7.0 indicator and turned off (set to zero) the iTunes 4.7 indicator for all iPods as of September 2006, when iTunes 7.0 was released. Now he turns on the iTunes 7.0 indicator and turns off the iTunes 4.7 indicator for only those iPods that included the ██████

5. As discussed more fully below, Professor Noll's new regressions do not address fundamental errors that rendered his first regression unreliable.

a) First, although he now uses quantity weights, the error terms in his new regressions remain highly correlated within clusters or groups. One must correct for this correlation in calculating the precision of estimates, but Professor Noll simply ignores the problem. Correcting for this correlation using standard and accepted econometric methods, we show that his estimates of impact and damages are not statistically significant, i.e, they are statistically indistinguishable from zero.

b) Second, by turning off iTunes 4.7 he assumes the wrong but-for world.

c) Third, he fails to include important characteristics that explain price in his regression.[2]

---

[2] The effect of omissions such as these is generally called "omitted variable bias." *See A Guide to Econometrics (Fifth Edition)* by Peter Kennedy, Chapter 6.2 (1) (a-c), at p 107-108, MIT Press, 2003.

6.     Once these flaws are corrected, Professor Noll's new statistical analysis provides no evidence of impact or damage.  Although none of the estimated effects of 7.0 are statistically significant once these corrections have been made, we have nevertheless used the coefficients to re-estimate "damages" in order to show how sensitive his damages estimates are to these changes.[3]  The results of this exercise are shown in Exhibits JT-1a and JT-1b. Once corrected, even Professor Noll's otherwise flawed model shows that there are no damages.

7.     As mentioned above, Professor Noll changed his treatment of the iTunes 4.7 and iTunes 7.0 variables.  As discussed more fully below, his treatment is at odds with plaintiffs' theory and his earlier deposition testimony.[4]  To demonstrate the sensitivity of Professor Noll's model, we adjust his new model using his original treatment of 4.7 and 7.0, i.e., we turn on the indicator variable for iTunes 7.0 and turn off the indicator variable for iTunes 4.7 for all models on September 9, 2006.  (See Exhibits JT-2a and JT-2b.) ████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████

---

[3] As with his previous analysis, the damages calculations in Professor Noll's rebuttal report were based on an incorrect but-for price.  In particular, he applies the alleged overcharge that he estimates to the actual price in the marketplace, which would include the alleged overcharge, if any.  Professor Noll recognized this error in his deposition.  *See* Noll Deposition, December 18, 2013, at pp.17:20-18:3.  We have corrected this in our analysis and will continue to use the corrected but-for price in our calculations without further comment.

[4] *See*, e.g., Professor Noll's deposition testimony of May 16, 2013 in which he said: ". . . the effect of 7.0 on price is not necessarily limited to just the products that were sold that had 7.0 in them."  *See* May 16, 2013 deposition at *pp* 46:2 to 46:4. And, talking about the appropriate treatment of the iTunes 7.0 indicator variable:  "If you did it only for the one that had 7.0 on them, it would be because you thought that the effect was limited to just the products that had 7.0 loaded.  If you, instead, did it for all products, it was because you thought that the most important effect was knocking Harmony out of the market.  And I – I think that the latter is actually correct."  (*ibid* at pp. 48:24-49:6) And a little later:  "So I think that's the right way to do it."(*ibid* at pp. 49:14).

[5] By proper but-for world, we mean a world in which the iTunes 4.7 variable is not turned off at the time of iTunes 7.0.

**A. Professor Noll Does Not Correct for Correlation of Residuals within Groups or Clusters in His New Regression**

8.       As Professor Noll recognizes, a fundamental assumption in regression analyses is that the error terms are independent, not correlated.[6] As we showed, this assumption was violated in his original regressions.[7] There were two underlying reasons for this. First, because Professor Noll used frequency weighting in his analysis, he repeatedly created thousands of *identical* observations when there was really only one. Second, even after removing that source of correlation, the error terms on price observations for a given iPod at a given time (a "cluster" of transactions) remain correlated because they are affected by many of the same economic forces.[8] This high correlation can be observed directly in the data. As mentioned above, he fixed his first error by changing from frequency weighting to quantity weighting. He has done nothing, however, to correct for the remaining high correlation of error terms within clusters in his new regression. His insistence that clustering is not an issue in his new regression is, as a matter of econometrics and statistics, simply wrong.

9.       Once the correlation of error terms within clusters is corrected in his new regression, Professor Noll's results are not statistically significant. That is, they cannot be distinguished from zero by accepted scientific standards and so they provide no reliable evidence of impact. Exhibits JT-1a and JT-1b (and also Appendices D2a and D2b) show the results of clustering by family and quarter, i.e., of taking the correlation in the error terms into account for Professor Noll's reseller regression and direct sales regression, respectively. Column 1 reproduces the results of Professor Noll's preferred specification as presented in Noll Exhibits 3A and 3B. Column 2 reproduces the results in Column 1, but correcting for correlation within clusters. As Column 2 shows, the standard error of the coefficient on the iTunes_7 variable increases dramatically from 0.0006 to 0.0407, and the corresponding t-statistic has decreased just

---

[6] *See* Noll rebuttal declaration 36; Noll Deposition, December 18, 2013, at pp.23:18-23; *See also* Murphy report at ¶¶95-96 andTopel report ¶¶74-75. If the error terms are not independent, the regression coefficients will appear to be much more statistically significant than they actually are.

[7] *See* Exhibits 15a and 15b, and ¶¶95-96 from the Murphy report and Exhibits 11 and ¶¶74-75 from the Topel report.

[8] ██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████

as dramatically (from 37.599 to 0.577).[9]  The other standard errors have increased just as dramatically, reflecting the fact that Professor Noll has vastly overstated the precision of his (otherwise flawed) regressions.[10]  This is clear evidence of the need to cluster.  As stated in the American Bar Association's reference volume *Proving Antitrust Damages (2010)*, standard methods of adjusting for clustering "produce consistent estimates of the standard errors even when there is no correlation among the error terms.  In other words, they work well in both situations."  If Professor Noll's assertions had been correct, the standard errors would not increase the way they do, but would, instead remain approximately the same.[11]  The *fact* that clustering dramatically changes the results of Professor Noll's regressions is itself concrete proof that he is wrong.

10.    Professor Noll admitted that there are standard statistical tests to determine whether the independence assumption is valid -- i.e., whether the errors are independent.[12]  However, he conducted none of those tests, relying instead on blind faith that "this is not a clustering problem."[13]  In our original reports, we presented evidence that the errors Professor Noll's original regressions were correlated within groups or clusters.[14]  (See Exhibits 15a and 15b in the Murphy report and Exhibits 13a and 13b in the Topel report.)  Here we repeat that

---

[9] These results are for the reseller regression.  In the direct sales regression the standard error increased from 0.0002 to 0.0468, and the t-statistic decreased from 448.7 to 1.5.

[10] The standard errors in Professor Noll's new regressions are substantially larger than the standard errors in his old regressions, but they are still small.  They are so small, in fact, that Professor Noll's claims of precision and statistical significance cannot possible be true.  *See, e.g.,* discussion in Topel report at ¶65.

[11] *See* ABA SECTION OF ANTITRUST LAW, *PROVING ANTITRUST DAMAGES: LEGAL AND ECONOMIC ISSUES* (2D Ed. 2010), at p 46-47.

[12] Indeed, in his rebuttal report he criticizes us for purportedly not examining whether the mean residual errors within clusters are statistically significantly different from zero. *See* Noll rebuttal declaration, at p 33 and 34.

[13] *See* Noll Deposition, December 18, 2013, at pp 186:6-187:22.

[14] Professor Noll suggests that clustering by product family and time is unwarranted, but his reasoning is flawed.  Including fixed effect for cluster-specific groups does not obviate the need to cluster.  See A Practitioner's Guide to Cluster-Robust Inference, by Colin Cameron and Doublas L. Miller (Department of Economics, University of California - Davis), October 15, 2013,  at p. 16.  Second, with respect to clustering by quarter, Professor Noll has not provided any evidence that there are no unobserved common factors specific to different quarters, even adjacent ones.  Moreover, to the extent that Professor Noll is suggesting that quarters may be "too short" for there to be such unobserved common factors, he fails to recognize that it is *conservative* for us to adopt a shorter time period for since this may leave some residual correlation between the error terms in one period to the next, and thus our standard errors would be underestimated.  However, for the sake of completeness, we have rerun our analyses, clustering over product family.  The results are presented in Exhibits JT-3a and JT-3b.

same analysis for his new regressions, and we find that correlation among the error terms remains.[15] (See Exhibits JT-4a and JT-4b.)  As before, we used the parameter estimates from Professor Noll's regressions to calculate the estimated residual for each of the transactions in the reseller database.  Then, within each family and quarter, we divided the residuals into two equal-size groups and calculated the average residual within the group.[16]  If Professor Noll is correct in his assumption that his observations are independent, then the residuals in the two groups should be independent.  In particular, the average residual within each group should be close to zero, and the residuals from each of the two groups should be uncorrelated with one another.  As with his earlier regressions, neither of these assumptions holds true.  The mean residuals are not grouped around zero, but rather they range from -0.485 to 0.347 for the reseller regression and from -0.692 to 0.273 for the direct regression.[17]  Moreover, they are strongly positively correlated.[18]  This is the reason that correcting for the correlations within clusters so dramatically changes his results—his unfounded assumption that the residuals are independent is wrong.

11.    Professor Noll (now) recognizes that the central question is whether the regression residuals are correlated, but he continues to insist that he does not need to correct for such correlation.  His principal arguments for this are presented below, together with our comments on each

a)  "First, there is no evidence that the residual errors are correlated within a group of transactions for a given model of iPod in a given calendar quarter."[19]  This is demonstrably incorrect.  Our analysis of Professor Noll's new regressions shows conclusively that the error terms are correlated.

---

[15] *See*, e.g., Topel report at ¶29.

[16] We did this for both the Reseller Sales and Direct sales regressions.

[17] This is illustrated by the fact that the data points on the graph do not fall neatly into a small area in the middle (grouped around the co-ordinates 0,0), but rather fall generally in places on the graph other than right around 0,0.

[18] This is exactly what is illustrated by our graphs.  The 45-degree line indicates the place on the graph at which one would expect to see all of the paired residuals fall if they were perfectly correlated.  While this is clearly not the case, the fact that the indicators for each of the pairs lie so close to the 45-degree line is shows that the within-cluster residuals are highly correlated.

[19] *See* Noll rebuttal declaration at 46.

HIGHLY CONFIDENTIAL                                                                                    - 6 -

b)  "Second, the regressions on iPod transactions were not a sample of types of iPods, but are based on all transactions.  Thus, the iPod data require no correction to adjust for sampling."[20]  Whether the regressions are based on a sample or a database consisting of all transactions is irrelevant.  The issue is not whether you have "all" of the data or merely a sample, but whether the residuals in the statistical model assumed by Professor Noll are correlated.  When they are, accuracy requires that one account for the correlation.[21]  Professor Noll's assertion that one need not account for the stochastic properties of the data caused by "sampling" is wrong.  As pointed out in Russell Davidson and James MacKinnon, *Econometric Theory and Methods (2004):*

"It is common in statistics to speak of the "population" from which a sample is drawn…The expression is a holdover from the time when statistics was biostatistics, and the object of study was the human population….In econometrics, the use of the term population is simply a metaphor.  A better concept is that of a **data generating process,** or **DGP.**  By this term, we mean whatever mechanism is at work in the real world of economic activity giving rise to the numbers in our samples, that is, precisely the mechanism that our econometric model is supposed to describe.  A data generating process is thus the analog in econometrics of a population in biostatistics.  Samples may be drawn from a DGP just as they may be drawn from a population.  In both cases, the samples are assumed to be representative of the DGP or population from which they are drawn.

Thus, even if one has "all" of the data on, say, Apple prices or US national income, the very fact that one runs a regression, with residuals, means that one has assumed a DGP with certain statistical properties.

c)  "Third, even if the transactions data were a sample, the sample size within each group of transactions for each type of iPod is large, as is the number of such groups.  The magnitude of cluster effects diminishes with sample size, and these sample sizes are large enough to cause the effect of clustering to become unimportant."[22]  Again, this

---

[20] *See* Noll rebuttal declaration at 46.

[21] *See*, e.g., Angrist and Pischke, Ch. 8, Section 8.2.1 on "Clustering and the Moulton Factor", at p, 231-236.
Professor Noll has stated that his discussion of clustering is based, in part, on the chapter of Angrist and Pischke in which this section is contained.  (See Noll rebuttal declaration, n. 14.)  Although this is the section that is relevant to this point, there is nothing in there that suggests that the clustering issue only applies to samples and not to an entire population.

[22] *See* Noll rebuttal declaration at 46.

is simply wrong.  It is still necessary to correct the standard errors for correlation even when one has a large number of groups and a large number of observations within each group—the calculation of the standard errors corrects for sample size.[23]

d)  "Fourth, variables to account for differences among these groups of transactions are present in the data set and are included in the regression."[24]  Again, this is wrong. Whatever variables Professor Noll *has* chosen to include in his new regressions -- and it is worth emphasizing that he chose to *omit* relevant and statistically significant characteristics that materially affect his results—the question is whether the residuals *of those new regressions* are correlated or not.  They are, and highly so.  That correlation must be accounted for, and Professor Noll refuses to do so.

Professor Noll's arguments are just noise.  As he concedes in his rebuttal report, the only relevant question is:  Are the errors correlated within groups or not?  This is relatively easy to answer – all one needs to do is examine the standard errors with and without clustering.  If the standard errors change significantly once we account for clustering, it shows that the errors are correlated, and that they are correlated in a way that matters greatly for statistical inference and significance.[25]

## B.  In His New Regressions, Professor Noll Used the Wrong But-for World

12.    The "before and after" methodology used by Professor Noll requires a clear and meaningful definition of the "before" period, which is the but-for world that would exist in the absence of the challenged conduct.  Professor Noll has changed the specification of his indicator

---

[23] Econometric literature clearly states that large number of clusters not only does not eliminate the need to cluster, but in fact makes clustering work better (because small number of clusters causes underestimation of clustered standard errors).  *See Mostly HarmlessEconometrics: An Empiricist's Companion,* by Angrist and Pischke, at p. 319; Also see *A Practitioner's Guide to Cluster-Robust Inference,* by Colin Cameron and Douglas L. Miller (Department of Economics, University of California - Davis), October 15, 2013,  at p. 28.

[24] *See* Noll rebuttal declaration at 46.  This statement is incorrect.  As we show below, Professor Noll has omitted several important variables, and thus his new regressions suffer from omitted variable bias.  Correcting this bias does not correct the problem of correlation among the error terms within groups, but Professor Noll refused to investigate whether his regressions suffered from such bias, let alone investigate whether correcting it would remove the need to cluster.

[25] Professor Noll's own regressions as presented in his rebuttal declaration exhibits , show that there was correlation among the error terms in his original methodology.  (*See* Exhibits 1-A to 3-B.)  The tests above show that this correlation remains.

variables for iTunes 4.7 and iTunes 7.0.  He now "turns on" the indicator variable for iTunes 7.0 and "turns off" the indicator variable for iTunes 4.7 for each of the affected models at the time at which the ███ feature of iTunes 7.0 was first included in a particular model.[26]  At the same time, he includes an indicator variable (Harmony2) for the fact that Harmony began to once again interoperate with the iPod in April 2005 (about six months after the release of iTunes 4.7). He explained in his rebuttal declaration and at deposition that he turned off 4.7 when 7.0 was turned on because 7.0 replaced the previous software represented by 4.7.  Thus, the but-for world is one in which iTunes 4.7 is not replaced by iTunes 7.0.

13.     His treatment of the iTunes 4.7 indicator variable, however, presumes a different but-for world.  By turning this variable off, his but-for world does not include 4.7.  Instead he is comparing the actual world of iTunes 7 to the world that existed in the 3-month period from July to October of 2004, when iTunes 4.7 was released.  This is roughly two years prior to the first introduction of the challenged technologies in this case, and it assumes that the legal technologies of iTunes 4.7 would not exist in the but-for-world. On top of this he has layered a new variable (Harmony2) for the entire period after April 2005, when Harmony could again interoperate with iTunes 4.7 technology.  So his but-for-world is one in which iTunes 4.7 technologies do not exist, but a version of Harmony that interacts with it does.  This makes no sense.  Even with his new Harmony2 indicator, a proper specification of the but-for-world would leave on the indicator for the legal iTunes 4.7 technology.  Putting aside other flaws in his model, this would allow the coefficient on iTunes 7 to represent the *incremental* effect of iTunes 7; that is, the but-for world would be the world that *existed* before the release of iTunes 7.0.  As he has done it, and as explained in our earlier reports, Professor Noll attributes the *legal* impact of DRM technologies in iTunes 4.7 to iTunes 7.0 -- a form of omitted variable bias.

14.     To correct Professor Noll's error, we have rerun his regressions allowing for the continued existence of the DRM technologies in iTunes 4.7. The effects of this correction are shown in Column 4 of Exhibits JT-1a and JT-1b.  Putting aside the other flaws in his model, in both cases this correction causes the reported effect of the iTunes_7 variable to decrease – in the

---

[26] *See* Noll rebuttal declaration at 6.

case of the reseller regression, the change is small, but in the case of the direct sales regression, it is more than 50 percent.

15.     In addition, his treatment of the indicator variable for iTunes 7.0 is at odds both with the facts and with his own stated view.  As explained in the Topel report, under plaintiffs theory, one would expect iTunes 7.0 to impact the demand for iPods that did not have ███ because, among other things, people with non-iPods and large libraries of music from the RMS who wanted an iPod may have been "locked out" of the ███ by iTunes 7.0, but they could still buy a ███████ █ ███████.  If this truly was an issue, one would expect the prices of other iPods to be impacted.  In his recent deposition, Noll agreed that this was a possibility.[28]

## C.  Although Professor Noll Changed the Specification of his Model, he Failed to Include a Number of Characteristics in his New Regressions that are Important in Explaining the Price of iPods

16.     In his new regressions, Professor Noll adds a variable for the relaunch of Harmony, changes his treatment of time from logarithmic to scalar, and moves the date on which the iTS became DRM-free, but omits other significant variables, including variables to account for attributes of iTunes 7.0 and the iTS and for a number of iPod characteristics or attributes that one would expect to impact the price of iPods.  He claims that his new regression with the new specifications include all the variables he needs and that adding any additional characteristics would cause "extreme multicollinearity."[29]  However, Professor Noll has done nothing to investigate either claim.  Had he done so, he would have found that he is wrong on both counts.

### 1.  The Omitted iPod Characteristics are Important in Explaining the Variance in iPod Prices

17.     One way to determine whether a variable or group of variables is important in explaining the variance in the dependent variable is to examine the statistical significance of those variables.  When the characteristics that we identified, but that Professor Noll ignored, are added to his preferred regressions, we find that, in the Reseller regression, all but one of them are

---

[27] *See* Topel report at ¶¶117-122.

[28] *See* Noll Deposition, December 18, 2013, at 51:16-52:5; 55:22-57:9; 65:5-21.

[29] Noll rebuttal declaration at 8.

individually statistically significant, and in the Direct Sales regression all but two of them are individually statistically significant.[30]  (See Exhibits JT-5a and JT-5b.)  They are also jointly significant -- that is, they have statistically significant explanatory power when considered as a group.  (See Exhibits JT-5a and JT-5b.[31])  In fact, as Exhibits JT-5a and JT-5b show, they are jointly more significant than the indicator variables Professor Noll uses in his analysis and in the Direct Sales regression, they are more significant than his own characteristics, excluding memory capacity.[32]

18.     Professor Noll may, as he has in the past, contend that adding characteristics to his regressions is unnecessary if it increases the R-squared by a "small" amount.[33]  This is irrelevant because it says nothing about the statistical significance of that increase—in statistics, "small" is determined by the data.  ██████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
██████████  ██████████████████████████████████████████████████████
████████████████████████████████████.[35] ████████████████████████████████

---

[30] For a list of these variables, see Topel report at n. 56, and Exhibit 10 (List of additional characteristics).  The exceptions are log_music_battery_hours which is insignificant in both with a t-statistic of 1.358 in the Reseller regression and 0.903 in the Direct Sales regression and log_display_inches, which is significant in the Reseller regression and insignificant in the Direct Sales regression with a t-statistic of 1.656.

[31] These exhibits report the joint significance of these variables after clustering by family and quarter.  Obviously, the apparent significance is much greater with unclustered standard errors, but the pattern remains the same.  (*See* Appendix D.)

[32] ████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

[33] "When Professor Topel adds more variables that measure technical characteristics to the regression equation, R-squared increases by .0063 in the reseller equation and by .00053 in the direct sales regression."  Noll rebuttal declaration, Note 8 at 30.

[34] R-squared is an indication of the fraction of variation in the dependent variable that is explained by the variables included in the regression equation.  As such, it can never be more than 1.0000, i.e., the included variables can never explain more than 100 percent of the variation in the dependent variable.

[35] The number is actually 47 percent.  The corresponding numbers for the direct sales regression are as follows:  the R2 in Professor Noll's regression is .9816.  With the additional characteristics, the R2 is .9886.  The difference is .0050 out of .0184, or 27 percent.

HIGHLY CONFIDENTIAL                                                        - 11 -

. [36]

### 2. Adding our Characteristics to Professor Noll's Regressions does not Result in "Extreme Multicollinearity"

19.     Professor Noll also claims that he did not add characteristics other than Harmony2 and making an adjustment to the date on which the iTS became DRM-free because adding other characteristics would cause "extreme multicollinearity."[37]  "Multicollinearity" refers to a situation in which a variable, or set of variables, is highly correlated with other variables in the model.  The problem this creates is one of *precision* in estimating the model's coefficients. As a well-known econometrics textbook puts it: "the data simply do not contain enough information to allow us to obtain precise estimates of all of the coefficients."[38]  Multicollinearity is related to the problem of "omitted variables bias" in which the variable that is included in the regression (say, iTunes 7) "picks up" the true effects of omitted variables (say enhanced video) with which it is correlated.

20.     Professor Noll did not examine whether adding characteristics would cause a multicollinearity problem.  Had he done so, he would have found none.   The characteristics that he omitted from his new regressions are statistically significant predictors of prices.  These independent effects can be estimated because, to paraphrase the econometrics text cited above, "the data [do] contain enough information to allow us to obtain precise estimates of all of the coefficients."   By not including these characteristics in his regressions, the regressions are *using* omitted variables bias to "find" effects that are not there.

21.     A final point on collinearity.  One way to determine whether a variable is affected by collinearity with other variables is to calculate the change in its estimated standard error when

---

[36] And, we note that, in both cases, omitting the variable iTunes_7 has a smaller effect on the R2 than does omitting these additional characteristics.  In fact, it has no detectable effect in the reseller sales regression, and it has a negative effect in the direct sales regression where the reported Adj. R-squared actually falls from 0.9816 to 0.9815.  Thus, if Professor Noll's logic was correct, the variable for iTunes_7 does not add to the explanatory power of the regression and thus, presumably should not have been included in the regression.

[37] *See* Noll rebuttal declaration at 8.

[38] *See* Econometric Theory and Methods (2004), by Russell Davidson and James MacKinnon, p103-104.

the other variables are added to the regression.[39]  If collinearity is an issue, inclusion of the additional variables will cause the estimated standard error to increase substantially.  Adding the product characteristics mentioned above does *not* substantially increase the estimated standard error on the iTunes 7 coefficient. In fact, in the reseller regression, inclusion of these statistically significant predictors actually reduces the standard error on the iTunes 7 coefficient. (See Exhibits JT-6a and JT-6b, which present the Noll regression results reporting standard errors instead of t-statistics.)[40]

### 3.  Professor Noll's New Regressions Suffer from Omitted Variable Bias

22.    As noted above, the danger in omitting variables (Z) that affect the outcome of interest (here, iPod prices) is that included variables (X) correlated with Z will "pick up" the effects of the omitted variables.  The estimated coefficients on variables X will be biased.  This is called "omitted variable bias."[41]  Then adding the previously omitted variables to the regression will cause the coefficients on X to change by a material amount. This is exactly what happens with the coefficient on the iTunes_7 indicator variable.  In both the reseller regression and the direct sales regressions, when the proper but-for world is taken into account, the iTunes coefficient falls dramatically when the incorrectly omitted variables are added to Professor Noll's regressions.

## II.    PROFESSOR NOLL'S REBUTTAL REPORT INTRODUCES A NEW THEORY OF IMMEDIATE IMPACT

23.    Professor Noll argues for the first time in his rebuttal declaration that iTunes 7.0 would have immediately affected iPod prices because of its lock-out effect on owners of RMS music.   This is at odds with what he said before about the impact of lock-in.  Until now,

---

[39] *See* A Course in Econometrics, by Goldberger (1991), Chapter-Multicollinearity 23, at 245, 251-252.

[40] Although it is not reported in these exhibits, we have included the full regression results in Appendix D3.  These results show that the standard error on the dummy variable for the Shuffle goes up dramatically, a clear indication that at least one of the newly included variables is collinear with the Shuffle.  However, since the magnitude of the coefficient on Shuffle variable is of no practical interest in this context, this collinearity is irrelevant.

[41] Professor Noll himself is well aware that his regressions may suffer from omitted variable bias. "[I]f this is a systematic problem over the entire data set, it would say that you need some more variables, which I readily conclude, you need more variables. This isn't a regression that I would use to calculate damages because I don't have enough information in it or enough variables in it." (*See* Noll Deposition, April 7, 2011 at 120:22-121:2); *See Also* Expert Report of Dr. Michelle M. Burtis, filed April 11, 2011 ("April 2011 Burtis Report") at ¶7.

Professor Noll's principal claim was that iTunes 7.0 increased lock-in, which ultimately increased demand and prices for iPods. He claimed that impact from lock-in would not have been immediate, but would have occurred over time. He repeats the point in his rebuttal declaration on pages 7 and 27, noting that the impact would not occur until customers purchased replacement players which would be some time after the introduction of iTunes 7.0.

24.     In his rebuttal declaration, Professor Noll argues for the first time that iTunes 7.0 would have had an immediate impact on iPod price because of its lock-out effect on owners of non-iPods that play RMS music. However, he presents no evidence that either the facts of this case or the conditions in the marketplace support his new theory. First, Professor Noll's lock-in theory requires that, in the absence of iTunes 7.0, a substantial fraction of iPod owners would have purchased their music from the RMS, but because Apple released iTunes 7.0, those owners were "forced" to purchase their music from the iTS instead. As we showed in our earlier reports, RealNetworks' Harmony was such a small presence in the marketplace that it could not have had this impact that Professor Noll hypothesizes.[42] Professor Noll's lock-out theory, on the other hand, requires that there be a relatively large population of owners of digital media players who have large quantities RMS music that Apple deliberately locks out with████[43] But just as its small presence in the marketplace renders Harmony ineffective in locking iPod owners in, so too does it render Harmony ineffective in affecting the price of iPods by locking owners of other MP3 players out of the iPod market. The RMS just was not very important, regardless of which theory Professor Noll uses.

25.     Notwithstanding Professor Noll's claims in his rebuttal report that iTunes 7.0 caused Apple to increase prices of iPods and his statement at deposition that he expected that iTunes 7.0 had *no* impact on prices of non-iPods, Apple continued to compete successfully with manufacturers of non-iPod digital music players. ██████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

---

[42] *See* Murphy report at ¶¶13a, 65, 66 and n. 115 and Exhibits 15a and 15b.
[43] Noll rebuttal declaration at 7.

HIGHLY CONFIDENTIAL                                                    - 14 -



.[45]  This shows that Apple had, and continued to have, an incentive to compete with non-iPod manufacturers on price.  Had Apple raised its prices while non-iPod manufacturers maintained their current prices as Professor Noll claims they would, Apple would have lost not only customers who were allegedly locked out because of their RMS purchases, but also customers who were not locked out including those who were new to digital music players.  In light of these facts, it is implausible to think that Apple would find it in its interests to raise the price of iPods at the time it released iTunes 7.0.

26.    To the extent that Professor Noll claims that Apple increased the price of the ▮▮▮▮ anticipation of ▮▮▮▮ impact on demand, it is complete speculation.  There is no evidence that shows (and Professor Noll testified that he was unaware of any) that, when Apple determined the price for the iPod ▮▮▮▮▮▮▮▮▮▮▮, it examined the impact that the ▮▮▮▮ would have on the elasticity of demand for iPod purchasers or for non-iPod purchasers with RMS libraries or on how many people would be locked out.  In fact, there is no evidence that Apple took ▮▮▮▮ into account at all when determining the price.

---

[44] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[45] These numbers assume, conservatively (and contrary to economic fact), that Apple was not competing with other manufacturers for sales to buyers who were either replacing an existing iPod or adding to an existing stock of MP3 players, both iPod and non-iPod.

HIGHLY CONFIDENTIAL                                              - 15 -

Kevin M. Murphy                              Robert H. Topel

**December 20, 2013**



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



**Exhibit JT-4a**

**Average of Regression Residuals**
**Divided Randomly in Two Groups, by Cluster**
**(Resellers Sales, Clusters Defined by Family and Year-Quarter)**

Sources: Apple iPod Sales Data

HIGHLY CONFIDENTIAL

**Exhibit JT-4b**

**Average of Regression Residuals
Divided Randomly in Two Groups, by Cluster
(Direct Sales, Clusters Defined by Family and Year-Quarter)**



Sources: Apple iPod Sales Data



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

Appendix A

# *Curriculum Vitae*

# Kevin M. Murphy

December 2013

*Business Address:*

*Home Address:*

University of Chicago
Booth School of Business
5807 South Woodlawn Avenue
Chicago, Illinois  60637
email: kevin.murphy@chicagobooth.edu

1810 Pennington Court
New Lenox, Illinois 60451
Phone: (815)463-4756
Fax: (815)463-4758

## Current Positions

July 2005-Present: George J. Stigler Distinguished Service Professor of Economics, Department of Economics and Booth School of Business, University of Chicago

Faculty Research Associate, National Bureau of Economic Research

## Education

University of California, Los Angeles, A.B., Economics, 1981

University of Chicago, Ph.D., 1986

Thesis Topic: *Specialization and Human Capital*

## Previous Research and Academic Positions

2002-2005: George J. Stigler Professor of Economics, Department of Economics and Booth School of Business, University of Chicago

1993 – 2002: George Pratt Shultz Professor of Business Economics and Industrial Relations, University of Chicago

1989 – 1993: Professor of Business Economics and Industrial Relations, University of Chicago

1988 – 1989: Associate Professor of Business Economics and Industrial Relations, University of Chicago

1986 – 1988: Assistant Professor of Business Economics and Industrial Relations, University of Chicago

1983 – 1986: Lecturer, Booth School of Business, University of Chicago

1982 – 1983: Teaching Associate, Department of Economics, University of Chicago

1979 – 1981: Research Assistant, Unicon Research Corporation, Santa Monica, California

**Honors and Awards**

2008: John von Neumann Lecture Award, Rajk College, Corvinus University, Budapest

2007: Kenneth J. Arrow Award (with Robert H. Topel)

October 2005: Garfield Research Prize (with Robert H. Topel)

September 2005: MacArthur Foundation Fellow

1998: Elected to the American Academy of Arts & Sciences

1997: John Bates Clark Medalist

1993: Fellow of The Econometric Society

1989 – 1991: Sloan Foundation Fellowship, University of Chicago

1983 – 1984: Earhart Foundation Fellowship, University of Chicago

1981 – 1983: Fellowship, Friedman Fund, University of Chicago

1980 – 1981: Phi Beta Kappa, University of California, Los Angeles

1980 – 1981: Earhart Foundation Fellowship, University of California, Los Angeles

1979 – 1981: Department Scholar, Department of Economics, University of California, Los Angeles

**Publications**

**Books**

Social Economics: Market Behavior in a Social Environment with Gary S. Becker, Cambridge, MA: Harvard University Press (2000).

Measuring the Gains from Medical Research: An Economic Approach edited volume with Robert H. Topel, Chicago: University of Chicago Press (2003).

**Articles**

"Government Regulation of Cigarette Health Information," with Benjamin Klein and Lynne Schneider, 24 *Journal of Law and Economics* 575 (1981).

"Estimation and Inference in Two-Step Econometric Models," with Robert H. Topel, 3 *Journal of Business and Economic Statistics* 370 (1985).

"Unemployment, Risk, and Earnings: Testing for Equalizing Wage Differences in the Labor Market," with Robert H. Topel, in Unemployment and the Structure of Labor Markets, pp. 103-139, ed. Kevin Lang and Jonathan S. Leonard. London: Basil Blackwell (1987).

"The Evolution of Unemployment in the United States: 1968-1985," with Robert H. Topel, in NBER Macroeconomics Annual, pp. 11-58, ed. Stanley Fischer. Cambridge, MA: MIT Press (1987).

"Cohort Size and Earnings in the United States," with Mark Plant and Finis Welch, in Economics of Changing Age Distributions in Developed Countries, pp. 39-58, ed. Ronald D. Lee, W. Brian Arthur, and Gerry Rodgers. Oxford: Clarendon Press, (1988).

"The Family and the State," with Gary S. Becker, 31 *Journal of Law and Economics* 1 (1988).

"A Theory of Rational Addiction," with Gary S. Becker, 96 *Journal of Political Economy* 675 (1988).

"Vertical Restraints and Contract Enforcement," with Benjamin Klein, 31 *Journal of Law and Economics* 265 (1988).

"Income Distribution, Market Size, and Industrialization," with Andrei Shleifer and Robert W. Vishny, 104 *Quarterly Journal of Economics* 537 (1989).

"Wage Premiums for College Graduates: Recent Growth and Possible Explanations," with Finis Welch, 18 *Educational Researcher* 17 (1989).

"Industrialization and the Big Push," with Andrei Shleifer and Robert W. Vishny, 97 *Journal of Political Economy* 1003 (1989).

"Building Blocks of Market Clearing Business Cycle Models," with Andrei Shleifer and Robert W. Vishny, in NBER Macroeconomic Annual, pp. 247-87, ed. Olivier Jean Blanchard and Stanley Fischer. Cambridge, MA: MIT Press (1989).

"Efficiency Wages Reconsidered: Theory and Evidence," with Robert H. Topel, in Advances in the Theory and Measurement of Unemployment, pp. 204-240. ed. Yoram Weiss and Gideon Fishelson. London: Macmillan, (1990).

"Empirical Age-Earnings Profiles," with Finis Welch, 8 *Journal of Labor Economics* 202 (1990).

"Human Capital, Fertility, and Economic Growth," with Gary S. Becker and Robert F. Tamura, 98 *Journal of Political Economy*, S12 (1990).

"Accounting for the Slowdown in Black-White Wage Convergence," with Chinhui Juhn and Brooks Pierce, in <u>Workers and Their Wages: Changing Patterns in the United States</u>, pp. 107-143, ed. Marvin Kosters. Washington, D.C.: American Enterprise Institute (1991).

"The Role of International Trade in Wage Differentials," with Finis Welch, in <u>Workers and Their Wages: Changing Patterns in the United States,</u> pp. 39- 69, ed. Marvin Kosters. Washington, D.C.: American Enterprise Institute (1991).

"Why Has the Natural Rate of Unemployment Increased over Time?" with Robert H. Topel and Chinhui Juhn, 2 *Brookings Papers on Economic Activity* 75 (1991).

"The Allocation of Talent: Implications for Growth," with Andrei Shleifer and Robert W. Vishny, 106 *Quarterly Journal of Economics* 503 (1991).

"Rational Addiction and the Effect of Price on Consumption," with Gary S. Becker and Michael Grossman, 81 *American Economic Review* 237 (1991).

"Wages of College Graduates," in <u>The Economics of American Higher Education</u>, pp. 121-40, ed. William E. Becker and Darrell R. Lewis. Boston: Kluwer Academic Publishers (1992).

"Changes in Relative Wages, 1963-1987: Supply and Demand Factors," with Lawrence F. Katz, 107 *Quarterly Journal of Economics* 35 (1992).

"The Structure of Wages," with Finis Welch. 107 *Quarterly Journal of Economics* 285 (1992).

"The Transition to a Market Economy: Pitfalls of Partial Planning Reform," with Andrei Shleifer and Robert W. Vishny, 107 *Quarterly Journal of Economics* 889 (1992).

"The Division of Labor, Coordination Costs, and Knowledge," with Gary S. Becker, 107 *Quarterly Journal of Economics* 1137 (1992).

"Industrial Change and the Rising Importance of Skill" with Finis Welch, in <u>Uneven Tides: Rising Inequality in America</u>, pp. 101-132, ed. Peter Gottschalk and Sheldon Danziger. New York: Russell Sage Foundation Publications (1993).

"Wage Inequality and the Rise in Returns to Skill," with Chinhui Juhn and Brooks Pierce, 101 *Journal of Political Economy* 410 (1993).

"Occupational Change and the Demand for Skill, 1940-1990," with Finis Welch, 83 *American Economic Review* 122 (1993).

"Inequality and Relative Wages," with Finis Welch, 83 *American Economic Review* 104 (1993).

"Why Is Rent-Seeking So Costly to Growth?" with Andrei Shleifer and Robert W. Vishny, 83 *American Economic Review* 409 (1993).

"A Simple Theory of Advertising as a Good or Bad," with Gary S. Becker, 108 *Quarterly Journal of Economics* 941 (1993).

"Relative Wages and Skill Demand, 1940-1990," with Chinhui Juhn, in Labor Markets, Employment Policy, and Job Creation, pp. 343-60, ed. Lewis C. Solmon and Alec R. Levenson. The Milken Institute Series in Economics and Education. Boulder, CO: Westview Press, (1994).

"Cattle Cycles," with Sherwin Rosen and Jose A. Scheinkman, 102 *Journal of Political Economy* 468 (1994).

"An Empirical Analysis of Cigarette Addiction," with Gary S. Becker and Michael Grossman, 84 *American Economic Review* 396 (1994).

"Inequality in Labor Market Outcomes: Contrasting the 1980s and Earlier Decades," with Chinhui Juhn, 1 *Economic Policy Review* 26 (1995).

"Employment and the 1990-91 Minimum Wage Hike," with Donald R. Deere and Finis Welch, 85 *American Economic Review* 232 (1995).

"Examining the Evidence on Minimum Wages and Employment," with Donald R. Deere and Finis Welch, in The Effects of the Minimum Wage on Employment, pp. 26-54, ed. Marvin H. Kosters. Washington, D.C.: The AEI Press, (1996).

"Social Status, Education, and Growth," with Chaim Fershtman and Yoram Weissm, 104 *Journal of Political Economy* 108 (1996).

"Wage Inequality and Family Labor Supply," with Chinhui Juhn, 15 *Journal of Labor Economics* 72 (1997).

"Quality and Trade," with Andrei Shleifer, 53 *Journal of Development Economics* 1 (1997).

"Wage Inequality and Family Labor Supply," with Chinhui Juhn, 15 *Journal of Labor Economics* 72 (1997).

"Vertical Integration as a Self-Enforcing Contractual Arrangement," with Benjamin Klein, 87 *American Economic Review* 415 (1997).

"Unemployment and Nonemployment," with Robert H. Topel, 87 *American Economic Review* 295 (1997).

"Wages, Skills, and Technology in the United States and Canada," with W. Craig Riddell and Paul M. Romen, in General Purpose Technologies and Economic Growth, pp. 283-309, ed. Elhanan Helpman.  Cambridge, MA: M.I.T. Press, (1998).

"Perspectives on the Social Security Crisis and Proposed Solutions," with Finis Welch, 88 *American Economic Review* 142 (1998).

"Population and Economic Growth," with Gary S. Becker and Edward Glaeser, 89 *American Economic Review* 145 (1999).

"A Competitive Perspective on Internet Explorer," with Steven J. Davis, 90 *American Economic Review* 184 (2000).

"Industrial Change and the Demand for Skill" with Finis Welch, in The Causes and Consequences of Increasing Inequality, pp. 263-84, ed. Finis Welch.  Volume II in the Bush School Series in the Economics of Public Policy.  Chicago: University of Chicago Press, (2001).

"Wage Differentials in the 1990s: Is the Glass Half Full or Half Empty?" with Finis Welch, in *The Causes and Consequences of Increasing Inequality*, pp. 341-64, ed. Finis Welch. Volume II in the Bush School Series in the Economics of Public Policy.  Chicago: University of Chicago Press, (2001).

"Economic Perspectives on Software Design: PC Operating Systems and Platforms," with Steven J. Davis and Jack MacCrisken, in Microsoft, Antitrust, and the New Economy: Selected Essays, pp. 361-420, ed. Davis S. Evans. Boston, MA: Kluwer, (2001).

"Current Unemployment, Historically Contemplated," with Robert H. Topel and Chinhui Juhn, 1 *Brookings Papers on Economic Activity* 79 (2002).

"The Economics of Copyright 'Fair Use' in A Networked World," with Andres Lerner and Benjamin Klein, 92 *American Economic Review* 205 (2002).

"The Economic Value of Medical Research" with Robert H. Topel, in Measuring the Gains from Medical Research: An Economic Approach, pp. 41-73, ed. Robert H. Topel and Kevin M. Murphy. Chicago: University of Chicago Press, (2003).

"School Performance and the Youth Labor Market," with Sam Peltzman, 22 *Journal of Labor Economics* 299 (2003).

"Entrepreneurial ability and market selection in an infant industry: evidence from the Japanese cotton spinning industry," with Atsushi Ohyama and Serguey Braguinsky, 7 *Review of Economic Dynamics* 354 (2004).

"Entry, Pricing, and Product Design in an Initially Monopolized Market," with Steven J. Davis and Robert H. Topel, 112 *Journal of Political Economy*: S188 (2004).

"Diminishing Returns: The Costs and benefits of Increased Longevity," with Robert H. Topel, 46 *Perspectives in Biology and Medicine* S108 (2004).

"Persuasion in Politics," with Andrei Shleifer, 94 *American Economic Review* 435 (May 2004).

"Black-White Differences in the Economic Value of Improving Health," with Robert H. Topel, 48 *Perspectives in Biology and Medicine* S176 (2005).

"The Equilibrium Distribution of Income and the Market for Status," with Gary S. Becker and Iván Werning, 113 *Journal of Political Economy* 282 (2005).

"The Market for Illegal Goods: The Case of Drugs," with Gary S. Becker and Michael Grossman, 114 *Journal of Political Economy* 38 (2006).

"Competition in Two Sided Markets: The Antitrust Economics of Payment Card Interchange Fees," with Benjamin Klein, Kevin Green, and Lacey Place, 73 *Antitrust Law Journal* 571 (2006).

"The Value of Health and Longevity," with Robert H. Topel, 114 *Journal of Political Economy* 871 (2006).

"Social Value and the Speed of Innovation," with Robert H. Topel, 97 *American Economic Review* 433 (2007).

"Education and Consumption: The Effects of Education in the Household Compared to the Marketplace," with Gary S. Becker, 1 *The Journal of Human Capital* 9 (Winter 2007).

"Why Does Human Capital Need a Journal?" with Isaac Ehrlich, 1 *The Journal of Human Capital* 1 (Winter 2007).

"Critical Loss Analysis in the *Whole Foods* Case," with Robert H. Topel, 3 (2) *GCP Magazine* (March 2008).

"Exclusive Dealing Intensifies Competition for Distribution," with Benjamin Klein, Antitrust Law Journal, Vol. 75 (October 2008).

"Fertility Decline, the Baby Boom and Economic Growth," with Curtis Simon and Robert Tamura, 2 *The Journal of Human Capital* 3 (Fall 2008).

"The Market for College Graduates and the Worldwide Boom in Higher Education of Women," with Gary S. Becker and William H. J. Hubbard, 100 *American Economic Review: Papers & Proceedings* 229 (May 2010).

"Explaining the Worldwide Boom in Higher Education of Women," with Gary S. Becker and William H. J. Hubbard," 4 *Journal of Human Capital* No. 3 (2010).

"How Exclusivity is Used to Intensify Competition for Distribution-Reply to Zenger" with Benjamin Klein, 77 *Antitrust Law Journal* No. 2 (2011).

"Achieving Maximum Long-Run Growth," *Federal Reserve Bank of Kansas City Proceedings of the Annual Jackson Hole Conference 2011.*

"On the Economics of Climate Policy," with Gary. S. Becker and Robert. H. Topel, 10 *B.E. Journal of Economic Analysis and Policy* No. 2 (2011).

"Measuring Crack Cocaine and its Impact," with Fryer, R. G., P. S. Heaton, and S. D. Levitt, 51 *Economic Inquiry* No. 3 (July 2013).

"Some Basic Economics of National Security," with Robert H. Topel, 103 *American Economic Review* No. 3 (2013).

## Selected Working Papers

"Gauging the Economic Impact of September 11th," with Gary S. Becker, Unpublished Working Paper (October 2001).

"War In Iraq Versus Containment: Weighing the Costs," with Steven J. Davis and Robert H. Topel, *NBER Working Paper No.12092* (March 2006).

"Estimating the Effect of the Crack Epidemic," with Steve Levitt and Roland Fryer, Unpublished Working Paper (September 2006).

"The Interaction of Growth in Population and Income," with Gary S. Becker, Unpublished Working Paper (2006).

"Persuasion and Indoctrination," with Gary Becker (2007).

"The Value of Life Near Its End and Terminal Care," with Gary S. Becker and Tomas Philipson (2007).

"On the Economics of Climate Policy," with Gary S. Becker and Robert H. Topel, Working Paper No. 234 (January 2010, Revised September 2010).

"The Collective Licensing of Music Performance Rights: Market Power, Competition and Direct Licensing" (March 2013).

"Competitive Discounts and Antitrust Policy," with Edward Snyder and Robert Topel (March 2013).

**Selected Comments**

Comment on "Causes of Changing Earnings Equality," by Robert Z. Lawrence. Federal Reserve Bank of Kansas City (1998).

"Comment: Asking the Right Questions in the Medicare Reform Debate," <u>Medicare Reform: Issues and Answers</u>, pp. 175-81, ed. Andrew J. Rettenmaier and Thomas R. Saving. Chicago: University of Chicago Press (2000).

Comment on "Social Security and Demographic Uncertainty," by Henning Bohn in <u>Risk Aspects of Investment-Based Social Security Reform,</u> ed. John Y. Campbell and Martin Feldstein. Chicago: University of Chicago Press (2001.)

Comment on "High Technology Industries and Market Structure," by Hal R. Varian. Federal Reserve Bank of Kansas City (2001).

**Popular Press Articles**

"The Education Gap Rap," *The American Enterprise,* (March-April 1990), pp. 62.

"Rethinking Antitrust," with Gary S. Becker, *Wall Street Journal*, (February 26, 2001) pp. pA22.

"Prosperity Will Rise Out of the Ashes," with Gary S. Becker, *Wall Street Journal*, (October 29, 2001) pp. pA22.

"The Economics of NFL Team Ownership" with Robert H. Topel, report prepared at the request of the National Football League Players' Association. (January 2009).

**Articles About Murphy**

"Higher Learning Clearly Means Higher Earning," by Carol Kleiman. *Chicago Tribune*, March 12, 1989, Jobs Section pp. 1.  Long article about "The Structure of Wages" with picture of Murphy.

"Why the Middle Class Is Anxious," by Louis S. Richman. *Fortune*, May 21, 1990, pp. 106. Extensive reference to Murphy's work on returns to education.

"Unequal Pay Widespread in U.S.," by Louis Uchitelle., *New York Times,* August 14, 1990, Business Day section pp. 1. Long piece on income inequality.

"One Study's Rags to Riches Is Another's Rut of Poverty," by Sylvia Nasar, *New York Times*, June 17, 1992, Business Section pp. 1. Long piece on the income inequality research.

"Nobels Pile Up for Chicago, but Is the Glory Gone?" by Sylvia Nasar, *New York Times*, November 4, 1993, Business Section pp. 1. Long piece on Chicago School of economics. Featured a photo of five of the "brightest stars on the economics faculty" (including Murphy) and a paragraph about Murphy's research.

"This Sin Tax is Win-Win," by Christopher Farrell. *Business Week*, April 11, 1994, pp. 30. Commentary section refers to Murphy, Becker, and Grossman's work on rational addiction.

"Growing inequality and the economics of fragmentation," by David Warsh, *Boston Sunday Globe*, August 21, 1994, pp. A1. Two-page article with picture and biographical details about Murphy and his research; part of a series about "how the new generation replaced the old in economics."

"A Pay Raise's Impact," by Louis Uchitelle. *New York Times*, January 12, 1995, Business Section pp. 1. Article about consequences of proposed increase in the minimum wage. Articles featuring Murphy's comments on the minimum wage appeared in numerous other publications, including the *Chicago Tribune*; in addition, Murphy was interviewed on CNN (January 26, 1995).

"The Undereducated American," *Wall Street Journal*, August 19, 1996, pp. A12. Changes in the rate of returns to education.

"In Honor of Kevin M. Murphy: Winner of the John Bates Clark Medal," by Finis Welch, 14 *Journal of Economic Perspectives* 193 (2000).

## Testimony, Reports, and Depositions (Last 4 Years)

Final Submission of Kevin M. Murphy, January 16, 2009, in the 2006 MSA Adjustment Proceeding.

Expert Report of Kevin M. Murphy, January 23, 2009, in the Matter of City of New York v. Amerada Hess Corp., et al., The United States District Court for the Southern District of New York. Report submitted on behalf of Citgo Petroleum Corporation.

Declaration of Kevin M. Murphy, January 29, 2009, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc., The United States District Court for the District of Minnesota.

Deposition of Kevin M. Murphy, February 10, 2009, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Expert Report of Kevin M. Murphy, February 13, 2009, in the Matter of City of New York v. Amerada Hess Corp., et al., The United States District Court for the Southern District of New York. Report submitted on behalf of Citgo Petroleum Corporation regarding Citgo's share of total RFG supply at the New York Harbor.

Expert Report of Kevin M. Murphy, March 3, 2009, in the Matter of St. Francis Medical Center, on behalf of itself and all others similarly situated vs. C.R. Bard, Inc., The United States District Court for the Eastern District of Missouri Southeastern Division.

Deposition of Kevin M. Murphy, March 6, 2009, in the Matter of St. Francis Medical Center, on behalf of itself and all others similarly situated vs. C.R. Bard, Inc., The United States District Court for the Eastern District of Missouri Southeastern Division.

Expert Report of Kevin M. Murphy, March 17, 2009, in the Matter of ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation., The United States District Court of Delaware. Case No. 06-CV-623.

Deposition of Kevin M. Murphy, April 6, 2009, in the Matter of ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation., The United States District Court of Delaware. Case No. 06-CV-623.

Declaration of Kevin M. Murphy, April 16, 2009, in the Matter of Sun Microsystems, Inc., a California corporation v. Hynix Semiconductor Inc., et al., The United States District Court Northern District of California San Francisco Division.

Declaration of Kevin M. Murphy, April 23, 2009, in the Matter of Sun Microsystems, Inc., a California corporation v. Hynix Semiconductor Inc., a Korean corporation, Hynix Semiconductor America Inc., a California corporation, et al., The United States District Court Northern District of California San Francisco Division.

Expert Report of Kevin M. Murphy, May 11, 2009, in the Matter of Jim Hood, Attorney General ex rel State of Mississippi v. Microsoft Corporation., The Chancery Court of Hinds County First Judicial District.

Expert Report of Professor Kevin M. Murphy, June 12, 2009, in the Matter of CITGO Petroleum Corporation v. Ranger Enterprises, Inc., The United States District Court for the Western District of Wisconsin.

Expert Report of Kevin M. Murphy, June 24, 2009, in the Matter of Novell, Incorporated v. Microsoft Corporation., The United States District Court Northern District of Maryland.

Trial Testimony of Kevin M. Murphy, July 16, 2009, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Declaration of Kevin M. Murphy, August 14, 2009, in the Matter of EBay Seller Antitrust Litigation, The United States District Court for the Northern District of California. Declaration submitted in support of defendant Ebay Inc.'s motion for summary judgment.

Expert Report of Kevin M. Murphy, August 21, 2009, in the Matter of Go Computer, Inc., and S. Jerrold Kaplan v. Microsoft Corporation., The Superior Court for the State of California for the City and County of San Francisco.

Deposition of Kevin M. Murphy, September 16, 2009, in the Matter of Novell, Incorporated v. Microsoft Corporation., The United States District Court Northern District of Maryland.

Deposition of Kevin M. Murphy, September 21, 2009, in the Matter of Ebay Seller Antitrust Litigation, The United States District Court for the Northern District of California. Deposition in support of defendant Ebay Inc.'s motion for summary judgment.

Expert Report of Kevin M. Murphy, September 29, 2009, in the Matter of Motor Fuel Temperature Sales Litigation, The United States District Court of Kansas.

Trial Testimony of Kevin M. Murphy, October 1, 2009, in the Matter of ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation., The United States District Court of Delaware. Case No. 06-CV-623.

Declaration of Kevin M. Murphy, October 16, 2009, in the Matter of Ebay Seller Antitrust Litigation, The United States District Court for the Northern District of California. Declaration in further support of defendant Ebay Inc.'s motion for summary judgment.

Expert Report of Kevin M. Murphy, October 20, 2009, in the Matter of Advanced Micro Devices, Inc., and AMD International Sales & Service, LTD v. Intel Corporation and Intel Kabushiki Kaisha., The United States District Court for the District of Delaware.

Deposition of Kevin M. Murphy, October 24, 2009, in the Matter of Go Computer, Inc., and S. Jerrold Kaplan v. Microsoft Corporation., The Superior Court for the State of California for the City and County of San Francisco.

Deposition of Kevin M. Murphy, October 26, 2009, in the Matter of Motor Fuel Temperature Sales Litigation, The United States District Court of Kansas.

Expert Report of Kevin M. Murphy, December 14, 2009, in the Matter of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, The United States District Court for the Eastern District of New York.

Supplemental Expert Report of Kevin M. Murphy, December 21, 2009, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Trial Testimony of Kevin M. Murphy, January 11, 2010, in the Matter of Go Computer, Inc., and S. Jerrold Kaplan v. Microsoft Corporation., The Superior Court for the State of California for the City and County of San Francisco.

Supplemental Rebuttal Expert Report of Kevin M. Murphy, January 14, 2010, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Deposition of Kevin M. Murphy, January 26, 2010, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Declaration of Kevin M. Murphy, January 28, 2010, in the Matter of Automobile Antitrust Cases I and II., The United States Superior Court of the State of California for the County of San Francisco.

Declaration of Kevin M. Murphy, April 2, 2010, in the Matter of the Application for the Determination of Interim License Fees for The Cromwell Group, Inc. and Affiliates, et al., The United States District Court Southern District of New York.

Deposition of Kevin M. Murphy, April 13-14, 2010, in the Matter of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation., The United States District Court for the Eastern District of New York.

Supplemental Expert Report of Kevin M. Murphy, June 1, 2010, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc. (corrected June 8, 2010)., The United States District Court for the District of Minnesota.

Expert Report of Kevin M. Murphy, June 21, 2010, in the Matter of Applications of Comcast Corporation, General Electric Company and NBC Universal, Inc., for Consent to Assign Licenses or Transfer Control of Licensees., Federal Communications Commission.

Supplement to Expert Report of Kevin M. Murphy, June 24, 2010, in the Matter of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation., The United States District Court for the Eastern District of New York.

Second Supplemental Expert Report of Kevin M. Murphy, July 6, 2010, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc., The United States District Court for the District of Minnesota.

Deposition of Kevin M. Murphy, July 8, 2010, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc., The United States District Court for the District of Minnesota.

Expert Report of Kevin M. Murphy, July 28, 2010, in the Matter of Commonwealth of Pennsylvania by Thomas W. Corbett, Jr., in his capacity as Attorney General of the Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al., in the Commonwealth Court of Pennsylvania, No. 212 MD 2004.

Response of Kevin M. Murphy to Reply Report of Mark Israel and Michael Katz, August 19, 2010, in the Matter of Applications of Comcast Corporation, General Electric Company and NBC Universal, Inc., for Consent to Assign Licenses or Transfer Control of Licensees., Federal Communications Commission.

Expert Report of Kevin M. Murphy, September 14, 2010, in the Matter of City of St. Louis, et al. v. American Tobacco Co., et al., The Circuit Court of the City of St. Louis State of Missouri.

Deposition of Kevin M. Murphy, September 24, 2010, in the Matter of City of St. Louis, et al. v. American Tobacco Co., et al., The Circuit Court of the City of St. Louis State of Missouri.

Supplemental Expert Report of Kevin M. Murphy, September 30, 2010, in the Matter of Commonwealth of Pennsylvania by Thomas W. Corbett, Jr., in his capacity as Attorney General of the Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al., in the Commonwealth Court of Pennsylvania, No. 212 MD 2004.

Expert Report of Kevin M. Murphy, October 1, 2010, in the Matter of State of New Hampshire v. Hess Corporation, et al., The State of New Hampshire Superior Court.

Expert Report of Kevin M. Murphy, October 4, 2010, in the Matter of the Arbitration between Cordis Corporation and Abbott Vascular., CPR International Institute for Conflict Prevention & Resolution.

Deposition of Kevin M. Murphy, October 7, 2010, in the Matter of the Arbitration between Cordis Corporation and Abbott Vascular., CPR International Institute for Conflict Prevention & Resolution.

Trial Testimony of Kevin M. Murphy, November 8, 2010, in the Matter of the Arbitration between Cordis Corporation and Abbott Vascular., CPR International Institute for Conflict Prevention & Resolution.

Declaration of Kevin M. Murphy, November 12, 2010, in the Matter of RWJ Management Company, Inc. v. BP Products North America, Inc., The United States District Court for the Northern District of Illinois Eastern Division.

Expert Report of Kevin M. Murphy, November 15, 2010, in the Matter of RWJ Management Company, Inc. v. BP Products North America, Inc., The United States District Court for the Northern District of Illinois Eastern Division.

Expert Report of Kevin M. Murphy, November 19, 2010, in the Matter of Craft, et al., v. Philip Morris Companies, Inc., a corporation, and Philip Morris Incorporated, a corporation, Missouri Circuit Court, Twenty-Second Judicial District (City of St. Louis), Case No. 002-00406-02.

Economic Analysis of Kevin M. Murphy to Guide Interpretation of Provisions of the Dodd-Frank Act Regarding Regulation of Debit Interchange Fees, November 23, 2010, submission on behalf of Bank of America Corporation.

Comments of Kevin M. Murphy on the November 10, 2010 Report of Drs. Mark Israel and Michael L. Katz, November 24, 2010, in the Matter of Applications of Comcast Corporation, General Electric Company and NBC Universal, Inc., for Consent to Assign Licenses or Transfer Control of Licensees., Federal Communications Commission.

Expert Report of Kevin M. Murphy, November 29, 2010, in the Matter of Reggie White, et al., v. NFL: Lockout Insurance & Lockout Loans., The United States District Court District of Minnesota.

Deposition of Kevin M. Murphy, December 3, 2010, in the Matter of Reggie White, et al., v. NFL: Lockout Insurance & Lockout Loans., The United States District Court District of Minnesota.

Deposition of Kevin M. Murphy, December 13, 2010, in the Matter of RWJ Management Company, Inc. v. BP Products North America, Inc., The United States District Court for the Northern District of Illinois Eastern Division.

Deposition of Kevin M. Murphy, January 17-18, 2011, in the Matter of Craft, et al., v. Philip Morris Companies, Inc., a corporation, and Philip Morris Incorporated, a corporation, Missouri Circuit Court, Twenty-Second Judicial District (City of St. Louis), Case No. 002-00406-02.

Report of Kevin M. Murphy, February 15, 2011, submitted by TCF Financial Corporation on February 16, 2011 to the Subcommittee on Financial Institutions and Consumer Credit of the Committee on Financial Services of the U.S. House of Representatives.

Declaration of Kevin M. Murphy, March 2, 2011, in the Matter of TCF National Bank v. Ben S. Bernanke, Janet L. Yellen, Kevin M. Warsh, Elizabeth A. Duke, Daniel K. Tarullo and Sarah Bloom Raskin, the Board of Governors of the Federal Reserve System, in their official capacities; and John Walsh, Comptroller of the Currency, in his official capacity.

Expert Report of Kevin M. Murphy, April 11, 2011, in the Matter of Datel Holdings, LTD., and Datel Design & Development, Inc., v. Microsoft Corporation., The United States District Court Northern District of California.

Declaration of Kevin M. Murphy, May 26, 2011, filed with the National Labor Relations Board on behalf of the National Basketball Players Association.

Deposition of Kevin M. Murphy, June 14, 2011, in the Matter of Datel Holdings, LTD., and Datel Design & Development, Inc., v. Microsoft Corporation., The United States District Court Northern District of California.

Expert Report of Kevin M. Murphy, July 1, 2011, in the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof., The United States International Trade Commission.

Expert Report of Kevin M. Murphy, August 17, 2011, in the Matter of American Airlines, Inc. v. Sabre Inc., et al., The Judicial District of Tarrant County, Texas 67th Judicial District.

Expert Report of Kevin M. Murphy, August 19, 2011, in the Matter of Motor Fuel Temperature Sales Litigation, The United States District Court for the District of Kansas.

Deposition of Kevin M. Murphy, September 6, 2011, in the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof., The United States International Trade Commission.

Expert Report of Kevin M. Murphy, September 9, 2011, in the Matter of State of New York v. Intel Corporation, The United States District Court for the District of Delaware.

Deposition of Kevin M. Murphy, September 14, 2011, in the Matter of Motor Fuel Temperature Sales Litigation, The United States District Court for the District of Kansas.

Direct Testimony of Kevin M. Murphy, September 27, 2011, in the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof., The United States International Trade Commission.

Deposition of Kevin M. Murphy, October 8-10, 2011, in the Matter of State of New York v. Intel Corporation, The United States District Court for the District of Delaware.

Report of Kevin M. Murphy, October 10, 2011, in connection with dispute between NRLC and railroad employees, National Mediation Board Case Nos. A-13569; A-13570; A-13572; A-13573; A-13574; A-13575; A-13592, before Emergency Board No. 243. Hearing Testimony of Kevin M. Murphy, October 13, 2011, in connection with dispute between NRLC and railroad employees, National Mediation Board Case Nos. A-13569; A-13570; A-13572; A-13573; A-13574; A-13575; A-13592, before Emergency Board No. 243.

Expert Report of Kevin M. Murphy, October 17, 2011, in the Matter of State of New Hampshire v. Hess Corporation, et al., The State of New Hampshire Superior Court.

Declaration of Kevin M. Murphy, December 1, 2011, the Matter of Motor Fuel Temperature Sales Litigation, The United States District Court for the District of Kansas.

Expert Report of Kevin M. Murphy, December 5, 2011, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company, The United States District Court for the Eastern District of Texas Marshall Division.

Trial Testimony of Kevin M. Murphy, December 7-8, 2011, in the Matter of Novell, Incorporated v. Microsoft Corporation., The United States District Court Northern District of Maryland.

Trial Testimony of Kevin M. Murphy, December 29, 2011, in the Matter of RWJ Management Company, Inc. v. BP Products North America, Inc., The United States District Court for the Northern District of Illinois Eastern Division.

Supplemental Expert Report of Kevin M. Murphy, January 15, 2012, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company, The United States District Court for the Eastern District of Texas Marshall Division.

Trial Testimony of Kevin M. Murphy, January 18, 2012, in the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof., The United States International Trade Commission.

Supplemental Expert Report of Kevin M. Murphy, February 23, 2012, in the Matter of State of New Hampshire v. Hess Corporation, et al., The State of New Hampshire Superior Court.

Affidavit of Kevin M. Murphy, March 12, 2012, in the Matter of Sharon Price and Michael Fruth, Individually and on Behalf of Others Similarly Situated vs. Philip Morris Incorporated, The United States Circuit Court, Third Judicial Court, Madison County, Illinois.

Declaration of Kevin M. Murphy, May 3, 2012, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company, The United States District Court for the Eastern District of Texas Marshall Division.

Comments of Kevin M. Murphy of DirecTV, LLC, June 22, 2012, in the Matter of Revision of the Commission's Program Access Rules;  News Corporation and the DIRECTV Group, Inc., Transferors, and Liberty Media Corporation, Transferee, for Authority to Transfer Control; Applications for Consent to the Assignment and/or Transfer of Control of Licenses, Adelphia Communications Corporation (and Subsidiaries, Debtors-in-Possession), Assignors, to Time Warner Cable, Inc. (Subsidiaries), Assignees, et al., Federal Communications Commission.

Expert Report of Kevin M. Murphy, July 20, 2012, in the Matter of American Airlines v. Sabre, Inc., Sabre Holdings Corp., and Sabre Travel International Ltd., The United States Judicial District Tarrant County, Texas 67th Judicial District.

Declaration of Kevin M. Murphy, July 21, 2012, in the Matter of Kirk Dahl v. Bain Capital Partners, LLC., The United States District Court District of Massachusetts.

Expert Report of Kevin M. Murphy, July 23, 2012, in the Matter of Kirk Dahl v. Bain Capital Partners, LLC., The United States District Court District of Massachusetts.

Expert Report of Kevin M. Murphy, July 24, 2012, in the Matter of Microsoft Corporation v. Motorola, Inc., The United States District Court Western District of Washington at Seattle.

Deposition of Kevin M. Murphy, August 22, 2012, in the Matter of Microsoft Corporation v. Motorola, Inc., The United States District Court Western District of Washington at Seattle.

"Economic Analysis of the Impact on DIRECTV's Subscribership of Carrying an RSN: Evidence from San Diego," August 31, 2012, submitted in the Matter of Revision of the Commission's Program Access Rules;  News Corporation and the DIRECTV Group, Inc., Transferors, and Liberty Media Corporation, Transferee, for  Authority to Transfer Control; Applications for Consent to the Assignment and/or Transfer of Control of Licenses, Adelphia Communications Corporation (and Subsidiaries, Debtors-in-Possession), Assignors, to Time Warner Cable, Inc. (Subsidiaries), Assignees, et al., Federal Communications Commission.)

Expert Report of Kevin M. Murphy, September 7, 2102, in the Matter of Willard R. Brown, et al. v. The American Tobacco Co., Inc., et al., Superior Court for the State of California for the County of San Diego.

Deposition of Kevin M. Murphy, September 14, 2012, in the Matter of Willard R. Brown, et al. v. The American Tobacco Co., Inc., et al., Superior Court for the State of California for the County of San Diego.

Deposition of Kevin M. Murphy, September 24, 2012, in the Matter of American Airlines Inc.  v Sabre, Inc., Sabre Holdings Corp., and Sabre Travel International  Ltd. for the State of Texas for the Judicial District of Tarrant County.

Expert Report of Kevin M. Murphy, October 10, 2012, in the Matter of Avery Dennison Corporation v. 3M Innovative Properties and 3M Company, The United States District Court for the District of Minnesota.

Expert Report of Kevin M. Murphy, November 12, 2012, in the Matter of Re High-Tech Employee Antitrust Litigation, The United States District Court Northern District of California San Jose Division.

Trial Testimony of Kevin M. Murphy, November 13, 2012, in the Matter of Microsoft Corporation v. Motorola Inc, The United States District Court Western District of Washington at Seattle.

Expert Report of Kevin M. Murphy, November 15, 2012, in the Matter of New Jersey Dep't of Envtl. Prot., et al. v. Atlantic Richfield Co., et al., The United States District Court Southern District of New York.

Deposition of Kevin M. Murphy, December 3, 2012, in the Matter of Re High-Tech Employee Antitrust Litigation, The United States District Court Northern District of California San Jose Division

Expert Report of Kevin M. Murphy, December 21, 2012, in re: Titanium Dioxide Antitrust Litigation, The United States District Court for the District of Maryland.

Deposition of Kevin Murphy, January 16, 2013, in the Matter of Avery Dennison Corporation v. 3M Innovative Properties and 3M Company, The United States District Court for the District of Minnesota.

Amended Expert Report of Kevin M. Murphy, February 8, 2013, in the Matter of New Jersey Dep't of Envtl. Prot., et al. v. Atlantic Richfield Co., et al, The United States District Court Southern District of New York.

Expert Report of Professor Kevin M. Murphy, February 8, 2013, in United States of America v. Apple Inc., et al., The United States District Court Southern District of New York.

Declaration of Kevin M. Murphy, February 22, 2013, in the Matter of Willard R. Brown, et al. v. The American Tobacco Co., Inc., et al., Superior Court for the State of California for the County of San Diego.

Rebuttal Expert Report of Kevin M. Murphy, March 1, 2013, in United States of America v. Apple Inc., et al., The United States District Court Southern District of New York.

Second Supplemental Expert Report of Kevin M. Murphy, March 8, 2013, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company, The United States District Court for the Eastern District of Texas Marshall Division.

Direct Testimony of Kevin M. Murphy, April 26, 2013, in United States of America v. Apple Inc., et al., The United States District Court Southern District of New York (revised and resubmitted on May 29, 2013).

Declaration of Kevin M. Murphy, May 13, 2013, in the Matter of Brenda Blakeman v National Milk Producers Federation, et al., The United States District Court for the Southern District of Illinois.

Expert Report of Kevin M. Murphy, May 29, 2013, in the Matter of Microsoft Corporation v. Motorola, Inc., et al., The United States District Court Western District of Washington at Seattle.

Declaration of Kevin M. Murphy, June 6, 2013, in the Matter of WNET, Thirteen, Fox Television Stations, Inc.; Twentieth Century Fox Film Corporation, WPIX, Inc., Univision Television Group, Inc.; The Univision Network Limited Partnership, and Public Broadcasting Service v. Aereo, Inc. f/k/a Bamboom Labs, Inc., in The United States District Court for the Southern District of New York.

Expert Report of Kevin M. Murphy, June 7, 2013, in the Matter of Patrick Brady, et al., v. Airline Pilots Association, International, The United States District Court District of New Jersey.

Rebuttal Expert Report of Kevin M. Murphy, June 10, 2013, in the Matter of Microsoft Corporation v. Motorola, Inc., et al., The United States District Court Western District of Washington at Seattle.

Trial Testimony of Kevin M. Murphy, June 19, 2013, in United States of America v. Apple Inc., et al., The United States District Court Southern District of New York.

Supplemental Expert Report of Kevin M. Murphy, June 21, 2013, Re High-Tech Employee Antitrust Litigation, The United States District Court Northern District of California San Jose Division.

Trial Testimony of Kevin M. Murphy, July 1, 2013 and July 2, 2013, in re: Tobacco Cases II, Willard R. Brown, et al., v. The American Tobacco Company, et al., in The Superior Court of the State of California in and for The County of San Diego Central Division.

Expert Report of Kevin M. Murphy, July 3, 2013, in re: Text Messaging Antitrust Litigation, in The United States District Court For the Northern District of Illinois Eastern Division.

Video Deposition of Kevin M. Murphy, July 5, 2013, in re: High-Tech Employee Antitrust Litigation, in United States District Court Northern District of California San Jose Division.

Expert Report of Kevin M. Murphy, July 19, 2013, in The Apple iPod iTunes Antitrust Litigation, in The United States District Court For the Northern District of California Oakland Division.

Trial Testimony of Kevin M. Murphy, August 29, 2013 and August 30, 2013, in the Matter of Microsoft Corporation v. Motorola, Inc., et al., The United States District Court Western District of Washington at Seattle.

Trial Testimony of Kevin M. Murphy, September 17, 2013, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company, The United States District Court for the Eastern District of Texas Marshall Division.

Deposition of Kevin M. Murphy, September 26, 2013, in re: Text Messaging Antitrust Litigation, in The United States District Court For the Northern District of Illinois Eastern Division

Expert Report of Kevin M. Murphy, September 27, 2013, in re: Petition of Pandora Media, Inc., related to United States of America v. American Society of Composers Authors and Publishers, in The United States District Court for the Southern District of New York.

Rebuttal Expert Report of Kevin M. Murphy, October 21, 2013, in re: Petition of Pandora Media, Inc., related to United States of America v. American Society of Composers Authors and Publishers, in The United States District Court for the Southern District of New York.

Expert Report of Kevin M. Murphy, October 21, 2013, in the Matter of Mary A. Carroll and Betty C. Lynn, et al., v. Philip Morris USA, Inc., et al., Superior Court for the State of Delaware in and for New Castle County.

Deposition of Kevin M. Murphy, November 2, 2013, in re: Petition of Pandora Media, Inc., related to United States of America v. American Society of Composers Authors and Publishers, in The United States District Court for the Southern District of New York.

Rebuttal Expert Report of Kevin M. Murphy, November 8, 2013, in the Matter of US Airways, Inc. v. Sabre Holdings Corp., Sabre, Inc., and Sabre Travel International Ltd., in The United States District Court for the Southern District of New York.

Deposition of Kevin M. Murphy, November 12, 2013, in The Apple iPod iTunes Antitrust Litigation, in The United States District Court for the Northern District of California Oakland Division.

Expert Report of Kevin M. Murphy, November 18, 2013, in the Matter of WNET, Thirteen, Fox Television Stations, Inc.; Twentieth Century Fox Film Corporation, WPIX, Inc., Univision Television Group, Inc., The Univision Network Limited Partnership, and Public Broadcasting Service v. Aereo, Inc. f/k/a Bamboom Labs, Inc., in The United States District Court for the Southern District of New York.

Direct Testimony of Kevin M. Murphy, November 18, 2013, in re: Petition of Pandora Media, Inc., related to United States of America v. American Society of Composers Authors and Publishers, in The United States District Court for the Southern District of New York.

Expert Report of Kevin M. Murphy, November 25, 2013, in the Matter of Re High-Tech Employee Antitrust Litigation, in The United States District Court for the Northern District of California San Jose Division.

Deposition of Kevin M. Murphy, December 7, 2013, in the Matter of Re High-Tech Employee Antitrust Litigation, in The United States District Court for the Northern District of California San Jose Division.

Appendix B

# Robert H. Topel

## CURRICULUM VITAE
### December, 2013

## CURRENT POSITIONS

*Isidore Brown and Gladys J. Brown Distinguished Service Professor of Economics*,
Booth School of Business, University of Chicago
*Director*, George J. Stigler Center for the Study of the Economy and the State
*Co-Director,* Energy Policy Institute at Chicago (EPIC)
*Research Associate*, National Bureau of Economic Research

## EDUCATION

B.A. (with High Honors), University of California, Santa Barbara, 1974
Ph.D., University of California, Los Angeles, 1980

## FIELDS OF SPECIALIZATION

Microeconomics, Labor Economics, Industrial Organization, Health Economics,
Economic Policy, Energy Economics, National Security Economics

## PREVIOUS ACADEMIC POSITIONS

*Professor of Economics*, Graduate School of Business, University of Chicago, 1986-93

*Kirby Distinguished Visiting Professor of Economics*, Texas A&M University, 2006
*Professor of Economics*, Department of Economics, University of California, Los
Angeles, 1986
*Associate Professor of Economics*, Department of Economics, University of California,
Los Angeles, 1985-86
*Associate Professor of Economics*, Graduate School of Business, University of Chicago,
1983-85
*Assistant Professor of Economics*, Department of Economics, University of Chicago,
1980-83

## OTHER AFFILIATIONS

*Research Associate*, National Bureau of Economic Research, 1984—present
*Senior Fellow*, the Milken Institute, 1999—present
*Faculty Member*, MacLean Center for Clinical Medical Ethics, University of Chicago
*Member*, National Petroleum Council Taskforce on Transportation Fuels Supply and
Infrastructure, 2010-2012
*Fellow*, Center for the Study of Poverty and Inequality, Stanford University, 2006-present
*Member*, Brookings Panel on Economic Activity, various years.

*Visiting Scholar*, Board of Governors of the Federal Reserve, 1990
*Research Associate*, Economics Research Center, NORC, 1980—1990
*Consulting Economist*, The Rand Corporation, 1982—1989
*Research Associate*, Center for the Study of the Economy and the State, 1980—present
*Faculty Research Fellow*, National Bureau of Economic Research, 1981-83
*Research Economist*, Unicon Corporation, 1981-88
*Consultant*, U.S. Department of Labor, 1985-90
*Partner*, Chicago Partners LLC 1994-2008
*Principal & Managing Director,* Navigant Economics, 2008-2013
*Board of Directors*, Ingalls Hospitals and Ingalls Health Service, 2000-2012
*Director*, WGA Evans Scholars Foundation, 2011-present
*Senior Consultant,* Charles River Associates, 2013-present

## EDITORIAL POSITIONS

Editor, *Journal of Political Economy*, 1993-2003
Board of Editors, *American Economic Review*, 1992-94
Associate Editor, *Journal of Labor Economics*, 1982-92
Editorial Board, *International Journal of the Economics of Business*, 1993-present
Member of the Advisory Board, ERN Labor Journals, 1998-present

## HONORS & AWARDS

*Kenneth J. Arrow Award*, International Health Economics Association, 2007
*Kirby Distinguished Visiting Professor*, Texas A&M University, 2006
*Research America Eugene Garfield Prize for Medical and Health Research*, 2005
*Elected Fellow*, Society of Labor Economists, 2004
*Elected Member*, Conference on Research in Income and Wealth
*Elected Founding Member*, National Academy of Social Insurance
*William Ladany Research Scholar*, University of Chicago, 1989-91
*William Fishman Research Scholar*, University of Chicago, 1986-87
*Smith Richardson Dissertation Fellowship in Political Economy*, 1978-79
*Foundation for Research in Economics and Education Fellowships*, 1975-79
*Chancellor's Intern Fellow*, University of California, Los Angeles, 1975-79
*University Fellow*, Northwestern University, 1975
*General Electric Dissertation Fellowship*, 1978

## TEACHING EXPERIENCE

Graduate Economic Theory I, II, III
Law, Economics and Business
Competitive Strategy
Advanced Topics in Labor Economics
Advanced Topics in Microeconomics
Managing the Workplace
Industrial Organization/Antitrust
Price Theory

## OTHER PROFESSIONAL ACTIVITIES

*Thompson Lecture* (Keynote Address), Midwest Economic Association, 2000
*Nominating Committee,* American Economic Association, 1996, 1997
*Program Committee,* American Economic Association, 2006-2007.
*Organizer,* Universities-NBER Research Conference: "Labor Markets in the 1990s,"
Cambridge, December 1989.
*Program Chair*, Labor Economics, Econometric Society Meetings, December 1989.
National Science Foundation Review Panel in Economics, 1998, 1999
*Inaugural Keynote Lecture*, Missouri Economics Conference, University of Missouri,
2001
*Pihl Lecturer,* Wayne State University, November, 2004
*Keynote Address*, Federal Reserve Bank of Cleveland Conference on Education and
Economic Development, November, 2004
*Kirby Lecturer,* Texas A&M University, 2006
*Huggins Lecturer*, Department of Surgery Huggins Conference, University of Chicago,
May, 2007
*Keynote Address*, Conference Board of Canada Conference on Medical Research,
Montreal, January 2009
*Keynote Address*, Council on Competitiveness Conference on Energy Policy, Argonne
National Laboratory, May 2009
*Keynote Address*, University of Chicago/RFF/University of Illinois Conference on
*Energy Policy and the Economy*, Washington, D.C., January 2010
*Keynote Address,* Humana Health Economics Forum, Santa Fe Institute, 2011
*Keynote Address,* Toyota Sustainability Conference, La Jolla, 2011
*Keynote Address,* Conference on Health Policy, Arizona State University, 2013

## UNIVERSITY SERVICE

Director, Undergraduate Program in Economics, 1980-83
Chairman, Graduate School of Business Curriculum Review, 1990-91
Committee on Graduate Education, 1992-94
Committee on Undergraduate Education, 1993-94
Council of the University Senate, 1992-94, 1995-97, 1999-2002, 2004-2007, 2010-
Committee of the Council of the University Senate, 2000-2002, 2006-2007
Graduate School of Business Policy Committee, 1995-97, 1999-2001
Member, Presidential Search Committee, 1999-2000
Board of Directors, University of Chicago Laboratory Schools, 1986-92, 1998-2007
Chairman, Director Search Committee, U of C Laboratory Schools, 2002-2003
Area Coordinator, PhD Program in Economics, 2002-2008
Director, George J. Stigler Center, 2007-present
Director, University of Chicago Energy Initiative, 2008-2010
Co-Director, Energy Policy Institute at Chicago, 2010-present

## BIBLIOGRAPHY

*Books*:

*The Welfare State in Transition*, with Richard Freeman and Birgitta Swedenborg. Chicago: University of Chicago Press for NBER, 1997.

*Labor Market Data and Measurement*, with John Haltiwanger and Marilyn Manser. Chicago: University of Chicago Press for NBER, 1998.

*Välfärdsstat i omvandling: Amerikanskt Perspectiv pä den Svenska Modelten*, with Richard Freeman and Birgitta Swedenborg. Författarna och SNS Förlag, 1995.

*Measuring the Gains from Medical Research: An Economic Approach*, with Kevin M. Murphy. Chicago: University of Chicago Press (2003).

*Reforming the Welfare State: Recovery and Beyond in Sweden*, with Richard Freeman and Birgitta Swedenborg, Chicago, University of Chicago Press for NBER, 2009

*Att Reformera Välfärdsstaten,* with Richard Freeman and Birgitta Swedenborg, SNS Förlag, Stockholm, 2006

*Distributional Aspects of Energy and Climate Policy*, ed. with Mark Cohen and Don Fullerton, Special Issue of the BE Journal of Economic Analysis and Policy, Spring 2011. Also, Edward Elgar Publishing, Surrey, UK, 2013.

*Articles and Monographs*:

"Layoffs, Inventories, and the Demand for Labor," Ph.D. Dissertation, University of California, Los Angeles, December 1980.

"Unemployment Insurance: Survey and Extensions," *Economica* **47** (August 1980): 351-79 (with F. Welch)

"Inventory Adjustments, Industry Behavior, and the Business Cycle," presented at the NBER Conference on Inventories and Business Cycles, March 1980 (with A. Stockman)

"Inventories, Layoffs, and the Short-Run Demand for Labor," *American Economic Review* (September 1982): 769-87.

"Experience Rating of Unemployment Insurance and the Incidence of Unemployment," *Journal of Law and Economics* (April 1984): 61-90.

"On Layoffs and Unemployment Insurance," *American Economic Review* (September 1983): 541-59.

"Equilibrium Earnings, Turnover, and Unemployment: New Evidence," *Journal of Labor Economics* (October 1984): 500-22.

"Local Labor Markets," Presented at Hoover Institution Conference on Labor Markets, January 1983. *Journal of Political Economy* **94** (June 1986, part 2): 111-43.

"Estimation and Inference in 'Two-Step' Econometric Models," (with K. M. Murphy) *Journal of Business and Economic Statistics* **3** (October 1985): 370-80.

"Employment Risk, Sectoral Shifts, and Unemployment," (with G. Neumann), in *Studies in Search*, ed. N. M. Kiefer and G. R. Neumann. Oxford: Oxford University Press, 1989.

"Unemployment and Unemployment Insurance," *Research in Labor Economics* **7** (1985): 91-135.

"Efficient Labor Contracts with Employment Risk," (with F. Welch), *Rand Journal of Economics* **17** (Winter 1986): 490-507.

"Financing Unemployment Insurance: History, Incentives, and Reform," in *Unemployment Insurance: The Second Half Century*, ed. W. Lee Hansen and J. Byers. University of Wisconsin Press, 1990.

"Sectoral Uncertainty and Unemployment," UCLA Department of Economics Working Paper No. 384, September 1985 (with L. Weiss), in *Employment, Unemployment, and Labor Utilization*, ed. R. A. Hart. Boston: Allen & Unwin, 1988.

"The Housing Market in the United States" (with S. Rosen), *Journal of Political Economy* (August 1988): 718-40.

"What They Say or What They Do? The Use of Survey Data in Predicting Behavior" (with K. M. Murphy), Graduate School of Business, University of Chicago, March 1985.

"Unemployment, Risk and Earnings: Theory and Evidence from a Model of Equalizing Wage Differentials" (with K. M. Murphy), in *Unemployment and the Structure of Labor Markets*, ed. J. Leonard and K. Lang. London: Basil Blackwell, 1986, pp. 103-140.

"Job Mobility, Search, and Earnings Growth: A Reinterpretation of Human Capital Earnings Functions," *Research in Labor Economics* **8** (1986): 199-233. Reprinted in *Research in Labor Economics 35th Anniversary Retrospective, 2012, 401-435.*

"The Evolution of Unemployment in the United States: 1968-1985" (with K. M. Murphy), *The NBER Macroeconomics Annual*, vol. 2, 1987, pp. 7-58.

"The Impact of Immigration on the Labor Market," in *Immigration, Trade, and the Labor Market*, ed. R. Freeman. University of Chicago Press for NBER, 1988.

"Efficiency Wages Reconsidered: Theory and Evidence" (with K. M. Murphy), in *Advances in the Theory and Measurement of Unemployment*, pp. 204-40. Edited by Yoram Weiss and Gideon Fishelson. London: Macmillan, 1990.

"Labor Market Adjustments to Increased Immigration," (with R. LaLonde), in *Immigration, Trade, and the Labor Market*, ed. R. Freeman. University of Chicago Press for NBER, 1989.

"Job Mobility and the Careers of Young Men" (with M. P. Ward), *Quarterly Journal of Economics* 107 (May 1992): 441-79.

"Employment Risk, Diversification, and Unemployment," (with George Neumann) *Quarterly Journal of Economics* (November 1991): 1341-1365.

"Specific Capital, Mobility, and Wages: Wages Rise with Job Seniority," *Journal of Political Economy* 99 (February 1991): 145-76.   Reprinted in *Outstanding Contributions in Labor Economics,* ed. Orley Ashenfelter, Worth Publishers, 1999: 162-192.

"Specific Capital and Unemployment: Measuring the Costs and Consequences of Worker Displacement." *Carnegie-Rochester Series on Public Policy* 33 (1990): 181-214.

"The Assimilation of Immigrants in the United States: Immigrant Quality and the Changing Price of Skills," In *Immigration and the Work Force: Economic Consequences for the United States and Source Areas*, ed. G. Borjas and R. Freeman. Chicago: University of Chicago Press for NBER, 1992.

"Trends in the American Labor Market," *GSB Chicago*, vol. 12, no. 2, Winter 1990, pp. 11-16.

"Why Has the Natural Rate of Unemployment Increased over Time?" (with K. Murphy and C. Juhn), *Brookings Papers on Economic Activity* 2 (1991), pp. 75-142.

"Immigrant Quality and Assimilation in the American Labor Market" (with R. LaLonde), *American Economic Review,* 81 ( May 1991): 297-302.

"Unemployment and Insurance," in *Proceedings of National Academy of Social Insurance*, 1992.

"Labor Markets and Economic Growth: Lessons from Korea's Industrialization, 1970-1990" (with D. Kim), *Differences and Changes in Wage Structures*, ed. Richard Freeman and Larry Katz (Chicago: University of Chicago Press for NBER, 1995.

"Wage Inequality and Regional Labor Market Performance in the United States," *Labour Market and Economic Performance: Europe, Japan, and the USA*, ed. Toshiaki Tachibanaki (New York: St. Martin's Press, 1994).

"Discretion and Bias in Performance Evaluation" (with C. Prendergast), *European Economic Review* 36 (June 1993): 355-65.

"What Have We Learned from Empirical Studies of Unemployment and Turnover?" *American Economic Review,* 83 (May 1993): 110-115.

"Regional Labor Markets and the Determinants of Wage Inequality," *American Economic Review,* 84 (May 1994): 17-22.

"Ekonomiska problem i Sveriges välfärdsstat -- inledning, sammanfattning och slutsatser," with Richard B. Freeman and Birgitta Swedenborg. In *Välfärdsstat i omvandling: Amerikanskt Perspectiv pä den Svenska Modelten*, with Richard Freeman and Birgitta Swedenborg. Författarna och SNS Förlag, 1995.

"Lönepolitik och strukturomvandling," with Per-Anders Edin. In *Välfärdsstat i omvandling: Amerikanskt Perspectiv pä den Svenska Modelten*, with Richard Freeman and Birgitta Swedenborg. Författarna och SNS Förlag, 1995.

"Favoritism in Organizations" (with C. Prendergast), *Journal of Political Economy* **104** (October 1996): 958-78.

"In Celebration of Armen Alchian's 80th Birthday: Living and Breathing Economics", (with Armen A. Alchian, James M. Buchanan, Harold Demsetz, Axel Leijonhufvud, John R. Lott, Jr., and William F. Sharpe), *Economic Inquiry,* Vol. XXXIV, July 1996, 412-426.

"Another Look at Look Labor Market Adjustments to Increased Immigration" (with J. Hojvat-Gallin and R. LaLonde), 1996.

"Economic Impact of International Migration and the Economic Performance of Migrants," (with R. LaLonde), in *Handbook of Population and Family Economics*, ed. Mark R. Rosenzweig and Oded Stark (Amsterdam: North-Holland, 1997), pp. 799-850.

"Economic Troubles in Sweden's Welfare State," in *The Welfare State in Transition*, ed. Richard Freeman, Robert Topel, and Birgitta Swedenborg. Chicago: University of Chicago Press for NBER, 1997.

"Wage Policy and Restructuring: The Swedish Labor Market Since 1960" (with Per-Anders Edin), in *The Welfare State in Transition*, ed. Richard Freeman, Robert Topel, and Birgitta Swedenborg. Chicago: University of Chicago Press for NBER, 1997.

"Unemployment and Nonemployment" (with Kevin M. Murphy), *American Economic Review* 87 (May 1997): 295-300.

"Factor Proportions and Relative Wages: The Supply Side Determinants of Wage Inequality," *Journal of Economic Perspectives* 11 (Spring 1997): 55-74.

"Empirical Knowledge in Labor Economics," in *Labor Market Data and Measurement*, ed. John Haltiwanger, Marilyn Manser, and Robert Topel. Chicago: University of Chicago Press for NBER, 1998.

"Labor Markets and Economic Growth," in *Handbook of Labor Economics*, ed. Orley Ashenfelter and David Card.  Amsterdam: Elsevier Science B.V., 1999, pp. 2943-2984.

"Medical Research: What's It Worth?" (with K. M. Murphy), *Milken Institute Review: A Journal of Economic Policy* (First Quarter 2000): 23-30.

"Entry, Product Design, and Pricing in an Initially Monopolized Market" (with S. Davis and K. M. Murphy), University of Chicago GSB, September 2001, revised January, 2003. *Journal of Political Economy*, vol. 112 no. 1, pt. 2, February, 2004, pp188-225.

"Adverse Price Effects of Entry in Markets with Few Firms" (with Steven J. Davis and Kevin M. Murphy), Working Paper, University of Chicago, April 2001.

"The Economic Value of Medical Research" (with Kevin M. Murphy), in *Measuring the Gains from Medical Research: An Economic Approach*, edited by Kevin M. Murphy and Robert H. Topel. Chicago: University of Chicago Press, 2003, pp 41-73.

"Current Unemployment, Historically Contemplated" (with Kevin M. Murphy and Chinhui Juhn), *Brookings Papers on Economic Activity* 1. Washington, D.C.: The Brookings Institution, 2002.

"Estimation and Inference in Two-Step Econometric Models" (with K.M. Murphy), *Journal of Business and Economic Statistics*, 20, issue 1, 2002: 88-97 (reprint: 20th Anniversary issue of the most important contributions published in *JBES*).

"Labor Markets in the United States and Korea: Factor Proportions, Inequality, and Unemployment" in *Macroeconomic Implications of Post-Crisis Structural Change,* L.J. Cho, D. Cho and Y.H. Kim, KDI press, 2005, pp 131-60.

"Diminishing Returns? Evidence on the Costs and Benefits of Improving Health" (with K.M. Murphy) November 2002, *Perspectives in Biology and Medicine*, volume 46, no. 3, (Summer, 2003): pp108-128.

"War vs. Containment" (with S.J. Davis and K.M. Murphy), March 2003; presented at *NBER* Conference on National Security Economics, November 2003.

"Black-White Differences in the Economic Value of Improving Health" (with K. M. Murphy). Presented at the National Institutes of Health Conference on Racial Disparities in Health Outcomes, December 2001. *Perspectives in Biology and Medicine,* Summer, 2004.

"The Value of Health and Longevity" (with K.M. Murphy), Revised March, 2005, *NBER Working Paper #11405,* June 2005. *Journal of Political Economy,* October 2006, pp 871-904. Winner of the 2005 *Eugene Garfield Economic Impact of Medical Research Award,* given by Research America. Winner of the 2007 *Kenneth J. Arrow Award,* given by the International Health Economics Association for the best paper in health economics published in 2006.

"The Private and Social Benefits of Education", (with Fabian Lange), *Handbook of the Economics of Education,* North-Holland, 2006

"The Social Value of Education", *Keynote Address, Federal Reserve Bank of Cleveland Conference on Education and Economic Development, November 2004,* in *Education and Economic Development*, Federal Reserve Bank of Cleveland Economic Review, 2004, pp 47-58.

"On Human Capital and Economic Growth" (with Fabian Lange), Working Paper, University of Chicago, September, 2005.

"Återhämtning och terstaende problem I den svenska valfardsstaten—inlendning, sammanfattning och slutsatser" in *Att Reformera Välfärdsstaten,* with Richard Freeman and Birgitta Swedenborg, SNS Förlag, Stockholm, 2006, 9-34.

"Forandrade forutsattningar for svensk lonebildning" (with Peter Fredriksson), in *Att Reformera Välfärdsstaten,* with Richard Freeman and Birgitta Swedenborg, SNS Förlag, Stockholm, 2006,  65-82.

"War in Iraq versus Containment" (with Steven J. Davis and Kevin M. Murphy), for CESifo Conference "*Guns and Butter: The Economic Causes and Consequences of Conflict",* Munich, December 2005, February, 2006.

"Social Value and the Speed of Innovation" (with Kevin M. Murphy), *American Economic Review,* May, 2007.

"Unemployment", *The New Palgrave of Economics*, 2008

"Critical Loss Analysis in the Whole Foods Case", *Global Competition Policy*, March, 2008, @ http://www.globalcompetitionpolicy.org/index.php?&id=949&action=907.

"Wage Determination and Employment in Sweden Since 1990", (with Peter Fredricksson), Working Paper, University of Chicago and Uppsala University, August, 2006, revised December, 2008, in *Recovery and Beyond: Reforming the Welfare State in Sweden*, Richard Freeman, Birgitta Swedenborg and Robert Topel, eds., University of Chicago Press for NBER, 2009

"Reforming the Welfare State: Recovery and Beyond in Sweden" (with Richard Freeman and Birgitta Swedenborg), in *Recovery and Beyond: Reforming the Welfare State in Sweden*, Richard Freeman, Birgitta Swedenborg and Robert Topel, eds., University of Chicago Press for NBER, 2009

"On the Economics of Climate Policy", (with Gary S. Becker and Kevin M. Murphy), *BE Journal of Economic Analysis and Policy*, April, 2011

"Introduction to 'Job Mobility Search and Earnings Growth, A Reinterpretation of Human Capital Earnings Functions", *Research in Labor Economics 35th Anniversary Retrospective,* Emerald Group Publishing 2012, 397-400.

"Some Basic Economics of National Security" (with Kevin M. Murphy), *American Economic Review,* May 2013

"Competitive Discounts and Antitrust Policy" (with Kevin. M. Murphy and Edward A. Snyder), Oxford Handbook of Antitrust Economics, 2013 (forthcoming)

**Selected Congressional Testimony and Presentations:**

"Unemployment and Insurance," Testimony before the U.S. Senate Committee on Finance, April 23, 1991.

"The Economic Value of Medical Research," Testimony before the U.S. Senate Committee on Health, Education, Labor, and Pensions, May 10, 2001.

"The Value of Improvements in Health and Longevity", Presentation for Congressional Staff and the American Cancer Society, Washington, July, 2005.

**Selected Reports**:

"Unemployment Insurance Financing and Unemployment: Empirical Investigation of Adverse Incentives," Final Report, U.S. Department of Labor Contract No. B9M22046, November 1982.

"Unemployment and Unemployment Insurance," Final Report, U.S. Department of Labor, ETA, May 1984.

"Local Labor Markets," Final Report, U.S. Department of Labor, Office of the Assistant Secretary for Policy, March 1984.

"The Use of Survey Data in Predicting Behavior: The Case of Enlistment Intentions," Final Report, U.S. Department of Defense, May 1985.

"Equalizing Wage Differences," Final Report, U.S. Department of Labor, Office of the Assistant Secretary for Policy, August 1985.

"Sectoral Change and Worker Displacement," Final Report, U.S. Department of Labor, Office of the Assistant Secretary for Policy, March 1990.

**Book Reviews:**

*Employment Hazards* by W. Kip Viscusi. In *Journal of Economic Literature*, March 1982.

*Handbook of Labor Economics*, ed. O. Ashenfelter and R. Layard. In *Journal of Economic Literature*, 1988.

**Selected Comments:**

"Comment on 'Some Recent Developments in Labor Economics and Their Implications for Macroeconomics'," *Journal of Money, Credit and Banking* **20** (August 1988, part 2).

"Comment on 'Industry Rents: Evidence and Implications'," (by Lawrence Summers and Lawrence Katz) *Brookings Papers on Economic Activity*, Brookings Institution, Washington, D.C., 1989.

"Comment on 'Wage Dispersion between and within U.S. Manufacturing Plants', *Brookings Papers on Economic Activity*, 1991.

"Comment on 'Why Is the U.S. Unemployment Rate So Much Lower?'" *NBER Macroeconomics Annual*, 1998, pp. 67-72.

"Comment on 'Does Immigration Grease the Wheels of the Labor Market?'" by George J. Borjas. *Brookings Papers on Economic Activity*. edited by William C. Brainard and George L. Perry. Washington, D.C. Brookings Institution, 2001.

"Comment on 'Where did the Productivity Growth Go?  Inflation Dynamics and the Distribution of Income'" by Ian Dew-Becker and Robert J. Gordon. *Brookings Papers on Economic Activity*. edited by William C. Brainard and George L. Perry. Washington, D.C. Brookings Institution, 2005, 135-44.

# Recent Cases, Reports and Testimony

**Roderick Arnold et al. v. Cargill, Inc. in the U.S. District Court for the District of Minnesota Third Division. No. 01-CV-2086 DWF/AJB.** Expert on behalf of Cargill in racial discrimination class action. Expert Report, June 29, 2004.

**Applied Medical v. Ethicon, Inc., et. al. in the Central District of California. No. SACV 03-1329.** Expert on behalf of Johnson & Johnson (Ethicon) in antitrust litigation. Expert Report, May 24, 2005. Deposition, November 7, 2005. Trial Testimony, August 18, 2006.

**Conmed Corp. v. Johnson & Johnson, United States District Court, Southern District of New York 03-CV8800.** Expert on behalf of Johnson and Johnson in antitrust litigation. Expert Report, August 1, 2005.

**Daryal T. Nelson, et. al. v. Wal-Mart Stores Inc. and Wal-Mart Transportation LLC., Eastern District of Arkansas Helena Division, N). 2:05 CV-00134-WRW.** Expert on behalf of Wal-Mart in racial discrimination class action. Expert Report, April 12, 2006. Deposition, May 2, 2006. Expert Report, July 28, 2008. Rebuttal Expert Report, September 12, 2008. Deposition, September 23 2008. Declaration, October 2, 2008.

**Sulfuric Acid Antitrust Litigation, In the US District Court for the Northern District of Illinois Eastern Division, No. 03-C-4576.** Expert on behalf of Marsulex and Chemtrade in antitrust class action. Expert Report, February 3, 2006. Deposition March 2006.

**Amy Velez, et. al. v. Novartis Corporation, Novartis Pharmaceuticals Corporation, and Thomas Ebeling, US District Court, Southern District of New York, 04 Civ. 09194** Economic (compensation practices) expert on behalf of Novartis Pharmaceuticals in class action gender discrimination case. Expert Report, November 9, 2006.

**Peter P. Jonites, et. al. v. Exelon Corporation, et. al., United States District Court, Northern District of Illinois, No. 05CV04234.** Expert on behalf of Exelon in class action labor case. Expert Report, April 16, 2007, Amended Expert Report, June 14, 2007.

**Clifford L. Whitaker, et. al. v. 3M Company, United States District Court for the Second Judicial District of Minnesota Civ.C4-04-012239.** Expert on behalf of 3M in class action discrimination case. Expert Report, July 25, 2007. Deposition, August 21, 2007.

**Pinkowski et al,. v. 3M Company, United States District Court, District of New Jersey, No. 205CV05668.** Expert on behalf of 3M in class action age discrimination case. Expert Report January 29, 2007. Deposition, March 2007. Trial Testimony, May 8, 2010.

**Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al. (Consolidated), Unisys Corporation v. Hynix Semiconductor, Inc., et al., Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al., Edge Electronics, Inc. v.  Hynix Semiconductor, Inc., et al., All American Semiconductor, Inc., et al., v. Hynix Semiconductor, Inc. et al., DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA v. Hynix Semiconductor, et al., United States District Court for the Northern District of California San Francisco Division.**  Expert on behalf of Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. in antitrust class action.  Expert Report, March 7, 2008. Deposition, April 25, 2008. Declaration, April 16, 2009.

**Katherine Puffer, on behalf of herself and all others similarly situated, v. Allstate Insurance Company in the U.S. District Court for the Northern District of Illinois Eastern Division.** Expert on behalf of Allstate Insurance Company in class action gender discrimination case.  Expert Report, April 1, 2008.  Declaration, October 20, 2008.

**William Syverson, Patrick Boone, Lee Deshler, Robert Flowers, Barry Gerard, Tina Gleisner, Thomas Gomez, Edwin "Dana" Goodloe, Rolf Marsh, Daniel Moczan, James Payne, and Antonio Rivera, individually and on behalf of others similarly situated, v. International Business Machines Corporation in the U.S. District Court for the Northern District of California San Jose Division**. Expert on behalf of IBM in class action age discrimination case. Expert Report, August 19, 2008. Deposition, September 9, 2008. Declaration in support of IBM, December 19, 2008.

**The United States of America v. Canada, in support of the United States' request for arbitration regarding Canadian softwood lumber subsidies.** Expert on behalf of the United States and US Dept. of Justice in softwood lumber international trade arbitration. Expert Report, November 21, 2008.  Expert Response Report, March 23, 2009. Expert Rejoinder Report, June 19, 2009. Trial Testimony, July 20, 2009. Expert Report for the Tribunal, June 15, 2010.

**Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC in the United States District Court for the Eastern District of Michigan Southern Division, No. 06-10240.** Expert on behalf of New America in antitrust litigation. Expert Report, November 21, 2008. Rebuttal Expert Report, December 26, 2008. Deposition, January 22, 2009. Supplemental Expert Report, December 21, 2009. Supplemental Rebuttal Expert Report, January 14, 2010. Deposition, January 25, 2010.

**Valassis Communications, Inc., v. News America Incorporated, No. 07-706645-CZ.** Expert on behalf of News America in antitrust litigation. Expert Report, November 21, 2008. Rebuttal Expert Report, December 26, 2008. Deposition, January 22, 2009. Trial Testimony, July 15-16, 2009.

**EBay Seller Antitrust Litigation in the U.S. District Court for the Northern District of California San Jose Division.** Expert on behalf of Ebay Inc.'s opposition to plaintiffs' motion for class certification in antitrust case. Declaration, August 14, 2009. Deposition, August 28, 2009 and September 18, 2009.

**Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, in the U.S. District Court for the Eastern District of New York.** Expert on behalf of card issuing banks, Visa and Mastercard in class action antitrust litigation. Expert Report, December 14, 2009. Deposition, April 20, 2010.

**Applied Medical Resources Corp., and Applied Medical Distribution Corp. v. Ethicon Endo-Surgery, Inc. in the United States District Court for the Central Division of California Southern Division, No. CV09-3605-RSWL (VBKx).** Expert Report, March 19, 2010. Deposition, April 15, 2010.

**Wallace Bolden, et al. vs. Walsh Group, et.al in the U.S. District Court Northern District of Illinois, Eastern Division, No. 06cv104.** Expert on behalf of Walsh Group in class action race discrimination case. Expert Report, December 22, 2010. Deposition, February 18, 2011.

**Jones, et al. vs. Wells Fargo Bank N.A., Wells Fargo Home Mortgage, Inc. in the Superior Court of California, County of Los Angeles, BC337821.** Expert on behalf of Wells Fargo Bank in class action lending discrimination case. Expert Report & Deposition. Trial Testimony, December 21, 2010.

**Peterson v. Seagate U.S. LLC, 534 F.Supp.2d 996, 2008 WL398968.** Expert on behalf of Seagate Corporation in class action age discrimination case. Expert Report, October 25, 2010. Deposition, February 15, 2011.

**NRLC and Railroad Employees, National Mediation Board Case Nos. A-13569; A-13570; A-13572; A-13573; A-13574; A-13575; A-13592.** Expert on behalf of major US railroads in labor mediation. Expert Report, October 10, 2011. Testimony December, 2011.

**Toyota Motor Corporation Hybrid Brake Marketing Sales Practices and Products Liability Litigation in the United States District Court Central District of California Southern Division, No. 8:10-ML-02172-CJC-RNB.** Expert on behalf of Toyota in class action product liability (hybrid brakes) case. Expert Report, May 28, 2012. Deposition, July 19, 2012.

**In Re Text Messaging Antitrust Litigation in the United States District Court for the Northern District of Illinois Eastern Division, No. 8 C 7082-MDL No. 1997.** Expert on behalf of AT&T, Sprint, T-Mobile, Verizon Wireless and CTIA. Expert Report, July 3, 2013. Supplemental Expert Report, July 15, 2013.

**The Apple IPod ITunes Antitrust Litigation in the Unites States District Court for the Northern District of California Oakland Division, No. C 05 00037 YRG, C 06 04457 YRG.** Expert on behalf of Apple in iPod antitrust class action. Expert Report, July 19, 2013.

**The Education Management Corp. Shareholder Derivate Action in the Court of Common Pleas of Allegheny County, Pennsylvania, Civil Division, No. GD-12-008785**.  Expert on behalf of Education Management Corp. in a Fraudulent Job Placement Claim and Incentive-Based Compensation Claim.  Expert Report, October 14, 2013.

**The J.B. Hunt Transport, Inc. Wage and Hour Litigation in the United States District Court for the Central District of California Western Division, No. 2:07-cv-08336-MWF-FMOx.**  Expert on behalf of J.B. Hunt Transport, Inc. in California Dedicated Contract Services and Intermodal Services drivers' class action.  Declaration and Expert Report, October 17, 2013.

**The Apple IPod ITunes Antitrust Litigation in the Unites States District Court for the Northern District of California Oakland Division, No. C 05 00037 YRG, C 06 04457 YRG.**  Expert on behalf of Apple in iPod antitrust class action. Deposition, November 8, 2013.

**The J.B. Hunt Transport, Inc. Wage and Hour Litigation in the United States District Court for the Central District of California Western Division, No. 2:07-cv-08336-MWF-FMOx.**  Expert on behalf of J.B. Hunt Transport, Inc. in California Dedicated Contract Services and Intermodal Services drivers' class action.  Deposition, December 10, 2013.

Appendix C

## Materials Relied Upon

| |
|---|
| **Court Documents** |
| Declaration of Roger G. Noll on Liability and Damages, April 3, 2013 |
| Correction to Declaration of Roger G. Noll on Liability and Damages, May 31, 2013 |
| Rebuttal Declaration and Exhibits of Roger G Noll, November 25, 2013 |
| **Depositions** |
| Deposition of Roger G. Noll, April 7, 2011 |
| Deposition of Roger G. Noll, May 16, 2013 |
| Deposition of Roger G. Noll, December 18, 2013 |
| **Expert Reports** |
| Expert Report of Michelle M. Burtis, filed April 11, 2011 |
| Expert Report and Exhibits Kevin M.Murphy, filed August 19, 2013 (Amended) |
| Supplemental Exhibits to Murphy Report, Submitted November 11, 2013. |
| Expert Report and Exhibits of Rober H.Topel, filed August 19, 2013 (Amended) |
| Supplemental Exhibits to Topel Report, Submitted December 19, 2013. |
| **Academic Sources** |
| George G. Judge et al., *The Theory and Practice of Econometrics*, John Wiley and Sons, 1985 |
| Arthur S. Goldberger, *A Course in Econometrics*, Harvard University Press, 1991 |
| Peter Kennedy, *A Guide to Econometrics (Fifth Edition)*, MIT Press, 2003 |
| Joshua D.Angrist and Jorn-Steffen Pischke, *Mostly Harmless Econometrics, An Empiricist's Companion*, Princeton University Press, 2009 |
| Charles A. Sullivan, *Proving Antitrust Damages: Legal and Economic Issues*, ABA Publishing, 2010 |
| Colin Cameron and Douglas Miller, *A Practitioner's Guide to Cluster-Robust Inferences*, UC Davis, October 15, 2013 |
| Russell Davidson and James MacKinnon, *Econometric Theory and Methods*, 2004 |
| |
| **Other Documents** |
| iPod Buyer Survey – Wave 4 Data Tables, Apple Market Research & Analysis, March 2007 |

Appendix D



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL