1 | Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
2 | Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
3 | David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
4 | Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
5 | JONES DAY
555 California Street, 26th Floor
6 | San Francisco, CA 94104
Telephone:    (415) 626-3939
7 | Facsimile:    (415) 875-5700

8 | Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037-YGR<br>[CLASS ACTION]<br><br>[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL |
|---|---|

Having considered Apple Inc.'s Administrative Motion to Seal and the Declaration of David C. Kiernan in support of that motion, having determined that public disclosure of the confidential information described therein would harm defendant Apple Inc., and finding compelling reasons to seal that information, IT IS HEREBY ORDERED THAT Apple Inc.'s Administrative Motion is GRANTED.

//

//

//

//

//

[Proposed] Order Granting Admin. Motion to Seal
C 05-00037 YGR

Apple shall file under seal portions of its Motion to Exclude the Expert Testimony of Roger G. Noll and for Summary Judgment, together and the exhibits to the declaration of Amir Amiri in support thereof as follows:

| Exhibit No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 3 | Expert Report of Kevin M. Murphy, Ph.D., with revised exhibits, dated August 19, 2013 | Redacted |
| 4 | Expert Report of Robert H. Topel, Ph.D., with revised exhibits, dated August 19, 2013. | Redacted |
| 5 | Expert Report of John P.J. Kelly, Ph.D., dated July 19, 2013. | Redacted |
| 6 | Declaration of Roger G. Noll, Ph.D. on Liability and Damages, served April 3, 2013. | Redacted |
| 7 | Corrections to Declaration of Roger G. Noll, Ph.D. on Liability and Damages, served May 31, 2013. | Redacted |
| 8 | Rebuttal Declaration of Roger G. Noll, Ph.D. on Liability and Damages, served November 25, 2013. | Redacted |
| 9 | Portions of the transcript of the deposition of Roger G. Noll, Ph.D. conducted April 7, 2011. | Redacted |
| 10 | Portions of the transcript of the deposition of Roger G. Noll, Ph.D. conducted May 16, 2013. | Redacted |
| 11 | Portions of the transcript of the deposition of Roger G. Noll, Ph.D. conducted December 18, 2013. | Redacted |
| 13 | Portions of the transcript of the deposition of Arthur Rangel conducted December 17, 2010. | Under Seal |
| 14 | Reply Report of Kevin M. Murphy & Robert H. Topel, dated December 20, 2013. | Redacted |
| 15 | Price Committee Document, Bates stamped Apple_AIIA_B_000150. | Under Seal |
| 16 | Price Committee Document, Bates stamped Apple_AIIA00979463. | Under Seal |

- 2 -

[Proposed] Order Granting Admin. Motion to Seal
C 05-00037 YGR

| | | |
|---|---|---|
| 17 | Price Committee Document, Bates stamped , and Apple_AIIA01276016. | Under Seal |
| 18 | Portions of the transcript of the deposition of Mark Donnelly conducted December 20, 2010. | Under Seal |
| 19 | iTunes 7PPR, Bates Stamped Apple_AIIA00231322 | Under Seal |
| N/A | Defendant's Notice of Motion and Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll | Redacted |
| N/A | Defendant's Separate Statement in Support of Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll | Redacted |

**IT IS SO ORDERED.**

Dated: _____, 2013

By: _____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

SFI-847015

- 3 -

[Proposed] Order Granting Admin. Motion to Seal
C 05-00037 YGR