1  Robert A. Mittelstaedt (State Bar No. 060359)
   ramittelstaedt@jonesday.com
2  Craig E. Stewart (State Bar No. 129530)
   cestewart@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  Amir Q. Amiri (State Bar No. 271224)
   aamiri@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
7  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
8

9  Attorneys for Defendant
   APPLE INC.
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15  **THE APPLE IPOD ITUNES ANTI-**          Lead Case No. C-05-0037-YGR
    **TRUST LITIGATION**
16                                           [CLASS ACTION]

17

18                                           **NOTICE OF ERRATA AND ERRATA**
                                             **TO APPLE'S ADMINISTRATIVE**
19                                           **MOTION TO SEAL MOTION FOR**
                                             **SUMMARY JUDGMENT AND TO**
20                                           **EXCLUDE EXPERT TESTIMONY**
                                             **(ECF NO. 740)**
21

22

23

24

25       TO THE COURT AND ATTORNEYS OF RECORD:

26       Defendant Apple Inc. hereby files an Errata (attached below) to its Administrative Motion

27  to File Under Seal (ECF No. 740, "Administrative Motion") to correct certain inadvertent errors.

28

**ERRATA**

On December 21, 2013, Apple filed its Administrative Motion seeking to file portions of its Motion for Summary Judgment and to Exclude Expert Testimony of Roger Noll, together with exhibits thereto, under seal.  The Administrative Motion was supported by the Declaration of David C. Kiernan.  But the Administrative Motion inadvertently and erroneously referred to the supporting declaration as the "Declaration of Amir Q. Amiri."  Accordingly, the following corrections are required:

1. On Page 1, Line 26:  "Amir Q. Amiri" should read "David C. Kiernan"
2. On Page 2, Line 4:  "Amir Amiri" should read "David C. Kiernan"
3. On Page 2, Line 25:  "Amir Amiri's" should read "David C. Kiernan's"
4. On Page 3, Lines 9-10:  "Amir Amiri" should read "David C. Kiernan"
5. On Page 4, Line 2:  "Amiri" should read "Kiernan"
6. On Page 4, Line 10:  "Amiri" should read "Kiernan"
7. On Page 4, Line 18:  "Amiri" should read "Kiernan"
8. On Page 4, Line 28:  "Amiri" should read "Kiernan"
9. On Page 5, Line 10:  "Amir Amiri" should read "David C. Kiernan"

For the convenience of the Court, Apple attaches as Exhibit A to this Errata a corrected Administrative Motion containing the above corrections.

Dated:  December 23, 2013                    Respectfully submitted,

                                             Jones Day


                                             By:   /s/ David. C. Kiernan
                                                   David C. Kiernan

                                             Counsel for Defendant
                                             APPLE INC.

SFI-847726v1