```
Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan  #215335
dkiernan@jonesday.com
Amir Amiri  #271224
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>This Document Related To:<br><br>ALL ACTIONS | Lead Case No. C 05 00037 YGR<br><br>**CERTIFICATE OF SERVICE** |

///

///

**PROOF OF SERVICE BY E-MAIL**

I, Lillian Wong, declare:

1. I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104.

2. On December 23, 2013, I served a copy of: **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE TESTIMONY OF ROGER NOLL and supporting exhibits thereto**, by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below:

| Name | Firm | Email |
|---|---|---|
| Alreen Haeggquist | Zeldes & Haeggquist LLP | alreenh@zhlaw.com |
| Andrew S. Friedman | Bonnett Fairbourn Friedman & Balint PC | afriedman@bffb.com |
| Brian P. Murray | Murray Frank & Sailer LLP | bmurray@glancylaw.com |
| Elaine A. Ryan | Bonnett Fairbourn Friedman & Balint PC | eryan@bffb.com |
| Francis Joseph Balint, Jr | Bonnett Fairbourn Friedman & Balint PC | fbalint@bffb.com |
| George A. Riley | O'Melveny & Myers LLP | griley@omm.com |
| Helen I. Zeldes | Zeldes & Haeggquist LLP | helenz@zhlaw.com |
| Jacqueline Sailer | Murray Frank & Sailer LLP | jsailer@murrayfrank.com |
| Michael D. Braun | Braun Law Group | service@braunlawgroup.com, clc@braunlawgroup.com |
| Michael Tedder Scott | | mike.scott@dlapiper.com |
| Roy Arie Katriel | The Katriel Law Firm, P.C. | rak@katriellaw.com, rk618@aol.com |
| Thomas J. Kennedy | Murray Frank & Sailer LLP | tkennedy@murrayfrank.com |
| Todd David Carpenter | Bonnett Fairbourn Friedman & Balint PC | tcarpenter@bffb.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 23, 2013, at San Francisco, California.

_____
Lillian Wong

SFI-847770v1

2

PROOF OF SERVICE
Case No. C 05 00037 YGR