| | |
|---|---|
| 1 | Robert A. Mittelstaedt  #60359 |
| | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart  #129530 |
| | cestewart@jonesday.com |
| 3 | David C. Kiernan #215335 |
| | dkiernan@jonesday.com |
| 4 | Amir Amiri #271224 |
| | aamiri@jonesday.com |
| 5 | JONES DAY |
| | 555 California Street, 26th Floor |
| 6 | San Francisco, CA  94104 |
| | Telephone:      (415) 626-3939 |
| 7 | Facsimile:       (415) 875-5700 |
| 8 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Lead Case No. C 05 00037 YGR |
| **This Document Related To:** | **CERTIFICATE OF SERVICE** |
| **ALL ACTIONS** | |

/ / /

/ / /

SFI-847692v2                                            1                                            PROOF OF SERVICE
Case No. C 05 00037 YGR

## DECLARATION OF SERVICE BY E-MAIL

I, Amir Amiri, declare:

1. I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104.

2. On December 21, 2013, I served a copy of: **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE TESTIMONY OF ROGER NOLL and supporting exhibits thereto**, on the parties listed below as follows:

| Name | Firm | Email |
| --- | --- | --- |
| Bonny Sweeney | Robbins Geller Rudman & Dowd LLP | bonnys@rgrdlaw.com |
| Thomas Merrick | Robbins Geller Rudman & Dowd LLP | tmerrick@rgrdlaw.com |
| Alexandra Bernay | Robbins Geller Rudman & Dowd LLP | xanb@rgrdlaw.com |
| Carmen Medici | Robbins Geller Rudman & Dowd LLP | cmedici@rgrdlaw.com |
| Jennifer Caringal | Robbins Geller Rudman & Dowd LLP | jcaringal@rgrdlaw.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2013, at San Francisco, California.

          /s/ Amir Amiri
          Amir Amiri