Robert A. Mittelstaedt (State Bar No. 060359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION** | Lead Case No. C-05-0037-YGR<br><br>[CLASS ACTION]<br><br>**DECLARATION OF AMIR AMIRI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1.      I am an associate in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104. I submit this declaration in support of Apple's Response to Plaintiffs' Administrative Motion to File Under Seal portions of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel and Exhibits 1-10 to the Sweeney Declaration in support thereof (ECF No. 737, "Administrative Motion").  The facts

stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

2.  The relief requested in Plaintiffs' Administrative Motion is necessary and narrowly tailored to protect Apple's confidential business and pricing information. Plaintiffs' *Daubert* Motion, and the exhibits filed in support thereof, contain highly confidential information regarding iPod pricing strategy and information regarding sales of iPods to iPod resellers. As demonstrated in the attached declarations, each of which were previously submitted in connection with various other motions to seal similar data and documents during the pendency of this litigation, the disclosure of this information would harm Apple.

3.  Attached as **Exhibit 1** is a true and correct copy of the Declaration of Mark Buckley in Support of Apple's Response to Plaintiffs' Under Seal Portions of Plaintiffs' Motion Regarding Schedule for Class Certification filed January 14, 2011, ECF No. 454.

4.  Attached as **Exhibit 2** is a true and correct copy of the Declaration of Mark Buckley in Support of Apple's Response to Plaintiffs' Motion to File Under Seal Portions of Plaintiffs' Renewed Motion for Class Certification filed January 25, 2011, ECF No. 492.

Executed this 24th day of December, 2013 in San Francisco, California.

                /s/ Amir Q. Amiri
                Amir Q. Amiri

SFI-847699v1