Robert A. Mittelstaedt (State Bar No. 060359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION** | Lead Case No. C-05-0037-YGR<br><br>[CLASS ACTION]<br><br>**DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

## I. INTRODUCTION

On December 21, 2013, Apple Inc. filed a response (ECF No. 745) to Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel and Exhibits 1-10 to the Sweeney Declaration in support thereof (ECF No. 737, "Administrative Motion"). In that response, Apple supported Plaintiffs' request to file under seal portions of Plaintiffs' *Daubert* motion and Exhibits 1-10 in their entirety.

Apple filed portions of some of the same exhibits under seal in support of its Motion For Summary Judgment and Motion To Exclude Expert Testimony of Roger G. Noll. *See, e.g.*, ECF Nos. 740-7, 740-9, 740-13, 740-19. For consistency, Apple hereby requests the Court to enter a narrower order that authorizes Plaintiffs to file portions of the *Daubert* motion and portions of Exhibits 1-6 and 9-10 under seal. Apple continues to request that the Court seal Exhibit 7 in its entirety. Apple has attached hereto the *Daubert* motion and Exhibits 1-6 and 9-10 with the portions it requests to be sealed redacted and has filed an Amended Proposed Order.

## II. DISCUSSION

As Apple demonstrated in its Administrative Motion to Seal (ECF No. 740) and Response To Plaintiffs Administrative Motion To Seal (ECF No 745), the portions of the *Daubert* Motion and Exhibits 1-6 and 9-10 Apple seeks to seal refers to information that Apple designated as "Confidential—Attorneys Eyes Only" under the Protective Order (ECF No. 112) and meets both the "good cause" and "compelling reasons" standards for sealing documents. *See* ECF No. 745. The information reflects highly confidential information about Apple's pricing strategy, iPod sales and pricing, reseller pricing programs, and Apple's business decisions and strategy, the disclosure of which would harm Apple. *See* ECF No. 740-1 at Exs. 3 & 4 and ECF No. 746 at Exs. 1 & 2.

Apple continues to request that the Court seal Exhibit 7 in its entirety. This exhibit contains confidential information relating to Apple's FairPlay technology. This technology is a highly protected trade secret, and Apple uses physical and electronic controls to protect it. Kiernan Decl. in Support of Apple's Admin. Motion., ECF No. 742-1 at Ex. 1, ¶ 3. The efficacy

of FairPlay is dependent on the confidentiality of information regarding its operation and maintenance.  *Id.*  Exhibit 7 contains information relating to specific components of Apple's FairPlay technology as it is implemented on various models of Apple's iPod.  Harm to Apple, including potential use of the information by hackers attempting to circumvent FairPlay, would result from the public disclosure of the information.  *Id.*  The Court previously sealed information relating to FairPlay in this litigation.  *See* Court Orders, ECF Nos. 340, 524 and 526.

Apple does not request the Court seal the excerpts to the deposition of Plaintiffs' Expert Roger G. Noll, submitted as Exhibit 8 to Plaintiffs' *Daubert* motion.

## IV.     CONCLUSION

For the foregoing reasons, Apple respectfully requests that this Court authorize Plaintiffs to file under seal portions of Plaintiffs' *Daubert* Motion, Exhibit 7 to the Sweeney Declaration, and portions of Exhibits 1-6 and 9-10 to the Sweeney Declaration.

Dated: December 30, 2013

Respectfully submitted,

Jones Day

By:   /s/ Amir Amiri
         Amir Amiri

Counsel for Defendant
APPLE INC.

847950v2