1  Robert A. Mittelstaedt  (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  (State Bar No. 129530)
   cestewart@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  Amir Q. Amiri (State Bar No. 271224)
   aamiri@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13

| 14 THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037-YGR [CLASS ACTION] |
|---|---|
| | [PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL |

19     Having considered Plaintiffs' Administrative Motion to Seal and Apple's Local Rule 79-5

20 responses thereto, and having determined that public disclosure of the confidential information

21 described therein would harm defendant Apple Inc., and finding compelling reasons to seal that

22 information, IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion is

23 GRANTED.

24 //

25 //

26 //

27 //

28 //

Plaintiffs shall file under seal portions of its *Daubert* Motion and redacted exhibits to the declaration of Bonny Sweeney in support thereof as follows:

| Exhibit No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 1 | Expert Declaration of Jeffrey Wooldridge, dated December 20, 2013. | Redacted |
| 2 | Declaration of Roger G. Noll, Ph.D. on Liability and Damages, served April 3, 2013. | Redacted |
| 3 | Corrections to Declaration of Roger G. Noll, Ph.D. on Liability and Damages, served May 31, 2013. | Redacted |
| 4 | Rebuttal Declaration of Roger G. Noll, Ph.D. on Liability and Damages, served November 25, 2013. | Redacted |
| 5 | Expert Report of Kevin M. Murphy, Ph.D., with revised exhibits, dated August 19, 2013. | Redacted |
| 6 | Expert Report of Robert H. Topel, Ph.D., with revised exhibits, dated August 19, 2013. | Redacted |
| 7 | Supplemental Declaration of Augustin Farrugia, dated July 2, 2013. | Under Seal |
| 9 | Portions of the transcript of the deposition of Robert H. Topel, Ph.D. conducted November 8, 2013. | Redacted |
| 10 | Portions of the transcript of the deposition of Kevin M. Murphy, Ph.D. conducted November 12, 2013. | Redacted |

**IT IS SO ORDERED.**

Dated: _____, 2013

By: _____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

SFI-848023v1

[Proposed] Order Granting Admin. Motion to Seal
C 05-00037 YGR