Robert A. Mittelstaedt (State Bar No. 060359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION** | Lead Case No. C-05-0037-YGR<br><br>[CLASS ACTION]<br><br>**NOTICE OF ERRATA AND ERRATA TO EXHIBIT 14 TO APPLE'S MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY (ECF NOS. 740-22, 740-23)** |

TO THE COURT AND ATTORNEYS OF RECORD:

Defendant Apple Inc. hereby files an Errata to the Reply Report of Kevin M. Murphy & Robert H. Topel, dated Decmeber 20, 2013 and attached as Exhibit 14 ("Reply Report") to

Apple's Motion for Summary Judgment and to Exclude Expert Testimony. This errata is necessary to correct an inadvertent omission on the signature page of the Reply Report.

### ERRATA

On December 21, 2013, Apple filed its Administrative Motion seeking to file portions of its Motion for Summary Judgment and to Exclude Expert Testimony of Roger Noll, together with exhibits thereto, under seal. Exhibit 14 thereto is the Reply Report (ECF No. 740-22, 740-23). The signature page on the Reply Report inadvertently omitted an attestation that the Reply Report is true and correct and based on the personal knowledge of its authors. Accordingly, the following correction is required:

  1. On Page 16: Insert "27.  The foregoing is true and correct and based on our personal knowledge."

For the convenience of the Court, Apple attaches as Exhibit A to this Errata a corrected Page 16 to the Reply Report containing above corrections.

Dated: December 30, 2013                        Respectfully submitted,

                                                Jones Day


                                                By:   /s/ David. C. Kiernan
                                                      David C. Kiernan

                                                Counsel for Defendant
                                                APPLE INC.

SFI-847923v1