# EXHIBIT A

27. The foregoing is true and correct and based on our personal knowledge.

_____  _____
    Kevin M. Murphy                    Robert H. Topel

**December 30, 2013**