1 | Robert A. Mittelstaedt  (State Bar No. 60359)
ramittelstaedt@jonesday.com
2 | Craig E. Stewart  (State Bar No. 129530)
cestewart@jonesday.com
3 | David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
4 | Amir Amiri (State Bar No. 271224)
aamiri@jonesday.com
5 | JONES DAY
555 California Street, 26th Floor
6 | San Francisco, CA  94104
Telephone:     (415) 626-3939
7 | Facsimile:      (415) 875-5700

8 | Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION**<br><br>**This Document Related To:**<br><br>**ALL ACTIONS** | Lead Case No. C 05 00037 YGR<br><br>**CERTIFICATE OF SERVICE** |

/ / /

/ / /

# DECLARATION OF SERVICE BY E-MAIL

I, Amir Amiri, declare:

1.  I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104.

2.  On December 31, 2013, I served a copy of: **DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL and the un-redacted exhibits thereto**, on the parties listed below as follows:

| Name | Firm | Email |
| --- | --- | --- |
| Bonny Sweeney | Robbins Geller Rudman & Dowd LLP | bonnys@rgrdlaw.com |
| Alexandra Bernay | Robbins Geller Rudman & Dowd LLP | xanb@rgrdlaw.com |
| Carmen Medici | Robbins Geller Rudman & Dowd LLP | cmedici@rgrdlaw.com |
| Jennifer Caringal | Robbins Geller Rudman & Dowd LLP | jcaringal@rgrdlaw.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 2, 2014, at San Francisco, California.

                                                    /s/ Amir Amiri
                                                    Amir Amiri

SFI-848094v1