1   ROBBINS GELLER RUDMAN
       & DOWD LLP
2   BONNY E. SWEENEY (176174)
    THOMAS R. MERRICK (177987)
3   ALEXANDRA S. BERNAY (211068)
    CARMEN A. MEDICI (248417)
4   JENNIFER N. CARINGAL (286197)
    655 West Broadway, Suite 1900
5   San Diego, CA  92101
    Telephone:  619/231-1058
6   619/231-7423 (fax)
    bonnys@rgrdlaw.com
7   tomm@rgrdlaw.com
    xanb@rgrdlaw.com
8   cmedici@rgrdlaw.com
    jcaringal@rgrdlaw.com
9
    Class Counsel for Plaintiffs
10
    [Additional counsel appear on signature page.]
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                    OAKLAND DIVISION
14

15   THE APPLE IPOD ITUNES ANTI-TRUST          )   Lead Case No. C-05-00037-YGR
     LITIGATION                                )
16   _____       )   CLASS ACTION
                                               )
17   This Document Relates To:                 )   PLAINTIFFS' ADMINISTRATIVE
                                               )   MOTION TO FILE PLAINTIFFS' MOTION
18          ALL ACTIONS.                       )   TO STRIKE THE SUPPLEMENTAL
     _____       )   REPORT OF KEVIN M. MURPHY AND
19                                                 ROBERT H. TOPEL, DATED DECEMBER
                                                   20, 2013 UNDER SEAL PURSUANT TO
20                                                 CIVIL L.R. 7-11 AND 79-5(c)

21                                                 DATE:      February 18, 2014
                                                   TIME:      2:00 p.m.
22                                                 CTRM:      5, 2nd Floor
                                                   JUDGE:     Hon. Yvonne Gonzalez Rogers
23

24

25

26

27

28

905861_1

1    Plaintiffs' Melanie Tucker, Somtai Troy Charoensak and Mariana Rosen (collectively,

2    "plaintiffs") respectfully submit this Administrative Motion for leave to file under seal Plaintiffs'

3    Motion to Strike the Supplemental Report of Kevin M. Murphy and Robert H. Topel, dated

4    December 20, 2013.  Plaintiffs bring this motion pursuant to Civil Local Rules 7-11 and 79-5(c) and

5    the June 13, 2007 Stipulated Protective Regarding Confidential Information ("Protective Order").

6    Plaintiffs' Motion to Strike the Supplemental Report of Kevin M. Murphy and Robert H.

7    Topel is being lodged with the Court.  The document refers to information and quotes documents

8    produced and designated "Confidential" in this action by defendant Apple Inc. ("Apple").

9    The Protective Order requires that the parties file a request to seal any discovery they submit

10   to the Court that is designated "Confidential."  Protective Order, ¶7.  Although plaintiffs do not

11   necessarily believe it is critical to seal the designated documents and information from the public

12   record, especially in light of the "'compelling reasons'" test set forth by the Ninth Circuit in

13   *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), plaintiffs have filed the

14   instant motion so as to comply with the Protective Order.

15   Consistent with Rule 79-5(e), within four days of the filing of plaintiffs' Administrative

16   Motion to File Under Seal, the designating party must file with the Court and serve declarations

17   supporting the request to seal the protected material and must lodge and serve a narrowly tailored

18   proposed sealing order, or the information at issue will be made part of the public record.

19

20

21

22

23

24

25

26

27

28

ADMIN MOT TO FILE PLTFS' MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF KEVIN
M. MURPHY & ROBERT H. TOPEL - C-05-00037-YGR                                          - 1 -

1         For the foregoing reasons, plaintiffs respectfully request that the Court grant plaintiffs'

2    Administrative Motion to File Under Seal and issue an order sealing Plaintiffs' Motion to Strike the

3    Supplemental Report of Kevin M. Murphy and Robert H. Topel.

4    DATED:  January 13, 2014                Respectfully submitted,

5                                            ROBBINS GELLER RUDMAN
                                          & DOWD LLP

6                                            BONNY E. SWEENEY
                                        THOMAS R. MERRICK

7                                            ALEXANDRA S. BERNAY
                                        CARMEN A. MEDICI

8                                            JENNIFER N. CARINGAL

9

10                                           s/ Bonny E. Sweeney
                                        BONNY E. SWEENEY

11

12                                           655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058

13                                           619/231-7423 (fax)

14                                           Class Counsel for Plaintiffs

15                                           THE KATRIEL LAW FIRM
                                        ROY A. KATRIEL

16                                           1101 30th Street, N.W., Suite 500
                                        Washington, DC  20007

17                                           Telephone:  202/625-4342
                                        202/330-5593 (fax)

18                                           BONNETT, FAIRBOURN, FRIEDMAN

19                                           & BALINT, P.C.
                                        ANDREW S. FRIEDMAN

20                                           FRANCIS J. BALINT, JR.
                                        ELAINE A. RYAN

21                                           2325 E. Camelback Road, Suite 300
                                        Phoenix, AZ  85016

22                                           Telephone:  602/274-1100
                                        602/274-1199 (fax)

23

24                                           BRAUN LAW GROUP, P.C.
                                        MICHAEL D. BRAUN

25                                           10680 West Pico Blvd., Suite 280
                                        Los Angeles, CA  90064

26                                           Telephone:  310/836-6000
                                        310/836-6010 (fax)

27

28

ADMIN MOT TO FILE PLTFS' MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF KEVIN
M. MURPHY & ROBERT H. TOPEL - C-05-00037-YGR                         - 2

1

2   GLANCY BINKOW & GOLDBERG LLP
    BRIAN P. MURRAY
3   122 East 42nd Street, Suite 2920
    New York, NY  10168
4   Telephone:  212/382-2221
    212/382-3944 (fax)

5   GLANCY BINKOW & GOLDBERG LLP
    MICHAEL GOLDBERG
6   1925 Century Park East, Suite 2100
    Los Angeles, CA  90067
7   Telephone:  310/201-9150
    310/201-9160 (fax)

8
    Additional Counsel for Plaintiffs
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN MOT TO FILE PLTFS' MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF KEVIN
M. MURPHY & ROBERT H. TOPEL - C-05-00037-YGR                                    - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 13, 2014.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  bonnys@rgrdlaw.com

905861_1

# Mailing Information for a Case  4:05-cv-00037-YGR "The Apple iPod iTunes Anti-Trust Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)