1 | ROBBINS GELLER RUDMAN
     & DOWD LLP
2 | BONNY E. SWEENEY (176174)
    THOMAS R. MERRICK (177987)
3 | ALEXANDRA S. BERNAY (211068)
    CARMEN A. MEDICI (248417)
4 | JENNIFER N. CARINGAL (286197)
    655 West Broadway, Suite 1900
5 | San Diego, CA  92101
    Telephone:  619/231-1058
6 | 619/231-7423 (fax)
    bonnys@rgrdlaw.com
7 | tomm@rgrdlaw.com
    xanb@rgrdlaw.com
8 | cmedici@rgrdlaw.com
    jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PLAINTIFFS' MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF KEVIN M. MURPHY AND ROBERT H. TOPEL, DATED DECEMBER 20, 2013 UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5(c) |
| | DATE:     February 18, 2014<br>TIME:      2:00 p.m.<br>CTRM:    5, 2nd Floor<br>JUDGE:    Hon. Yvonne Gonzalez Rogers |

905867_1

I, Bonny E. Sweeney, declare:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel for the Class and for Plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak (collectively, "plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Motion to Strike the Supplemental Report of Kevin M. Murphy and Robert H. Topel, dated December 20, 2013. The document at issue includes material that has been designated confidential under the Stipulated Protective Order Regarding Confidential Information ("Protective Order"). It is plaintiffs' understanding that Apple wishes the documents to remain confidential.

3. Such filing under seal is necessitated by the designation of certain documents that are quoted, paraphrased and referenced in Plaintiffs' Motion to Strike the Supplemental Report of Kevin M. Murphy and Robert H. Topel, dated December 20, 2013, as "Confidential" by Apple.

4. Under the terms of the existing Protective Order, plaintiffs are obligated to file Plaintiffs' Motion to Strike the Supplemental Report of Kevin M. Murphy and Robert H. Topel, which reference documents designated as "Confidential" under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of January, 2014, at San Diego, California.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

1                                           <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on January 13, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

       I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 13, 2014.

                                               s/ Bonny E. Sweeney
                                               BONNY E. SWEENEY

                                               ROBBINS GELLER RUDMAN
                                                          & DOWD LLP
                                               655 West Broadway, Suite 1900
                                               San Diego, CA  92101-3301
                                               Telephone:  619/231-1058
                                               619/231-7423 (fax)
                                               E-mail:  bonnys@rgrdlaw.com

905867_1

# Mailing Information for a Case 4:05-cv-00037-YGR "The Apple iPod iTunes Anti-Trust Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)