1
2
3
4
5
6
7
8
9
10
11
12                             UNITED STATES DISTRICT COURT
13                            NORTHERN DISTRICT OF CALIFORNIA
14                                    OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PLAINTIFFS' MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF KEVIN M. MURPHY AND ROBERT H. TOPEL, DATED DECEMBER 20, 2013 UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5(c) |
| ALL ACTIONS. | |

905872_1

1    Before the Court is Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Motion to
2  Strike the Supplemental Report of Kevin M. Murphy and Robert H. Topel, dated December 20,
3  2013.
4    There being good cause shown based on the arguments presented in the motion, the pleadings
5  on file, and any other relevant matter, the Court **GRANTS** Plaintiffs' Administrative Motion to File
6  Under Seal.
7    IT IS SO ORDERED.
8  DATED: _____   _____
              THE HON. YVONNE GONZALES ROGERS
9              UNITED STATES DISTRICT JUDGE

905872_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOT TO FILE PORTIONS OF MTS THE SUPP
RPT OF KEVIN M. MURPHY & ROBERT H. TOPEL - C-05-00037-YGR                              - 1 -