1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  BONNY E. SWEENEY (176174)
   THOMAS R. MERRICK (177987)
3  ALEXANDRA S. BERNAY (211068)
   CARMEN A. MEDICI (248417)
4  JENNIFER N. CARINGAL (286197)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   bonnys@rgrdlaw.com
7  tomm@rgrdlaw.com
   xanb@rgrdlaw.com
8  cmedici@rgrdlaw.com
   jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY OF ROGER G. NOLL; PLAINTIFFS' RESPONSIVE SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY OF ROGER G. NOLL AND EXHIBITS 1-4, 9-17, 20-29, 31-46, 48-54, 56, AND 58-62 UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5(c) |
| ALL ACTIONS. | |
| | DATE: February 18, 2014<br>TIME: 2:00 p.m.<br>CTRM: 5, 2nd Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

905729_1

1    Plaintiffs' Melanie Tucker, Somtai Troy Charoensak and Mariana Rosen (collectively,
2  "plaintiffs") respectfully submit this Administrative Motion for leave to file under seal
3  Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and to Exclude
4  Expert Testimony of Roger G. Noll; Plaintiffs' Responsive Separate Statement in Support of
5  Opposition to Defendant's Motion for Summary Judgment and to Exclude Expert Testimony of
6  Roger G. Noll and Exhibits 1-4, 9-17, 20-29, 31-46, 48-54, 56, and 58-62 to the Declaration of
7  Bonny E. Sweeney in Support of Plaintiffs' Opposition to Defendant's Motion for Summary
8  Judgment and to Exclude Expert Testimony of Roger G. Noll ("Sweeney Opposition Declaration").
9  Plaintiffs bring this motion pursuant to Civil Local Rules 7-11 and 79-5 (c) and June 13, 2007
10 Stipulated Protective Order Regarding Confidential Information ("Protective Order").

11   Portions of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for
12 Summary Judgment and to Exclude Expert Testimony of Roger G. Noll; Plaintiffs' Responsive
13 Separate Statement in Support of Opposition to Defendant's Motion for Summary Judgment and to
14 Exclude Expert Testimony of Roger G. Noll and Exhibits 1-4, 9-17, 20-29, 31-46, 48-54, 56, and
15 58-62 attached to the Sweeney Opposition Declaration are being lodged with the Court. The
16 documents refer to information and quote documents produced and designated "Confidential" in this
17 action by defendant Apple Inc. ("Apple").

18   The Protective Order requires that the parties file a request to seal any discovery they submit
19 to the Court that is designated "Confidential." Protective Order, ¶7. Although plaintiffs do not
20 necessarily believe it is critical to seal the designated documents and information from the public
21 record, especially in light of the "'compelling reasons'" test set forth by the Ninth Circuit in
22 *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), plaintiffs have filed the
23 instant motion so as to comply with the Protective Order.

24   Consistent with Rule 79-5(e), within four days of the filing of plaintiffs' Administrative
25 Motion to File Under Seal, the designating party must file with the Court and serve declarations
26 supporting the request to seal the protected material and must lodge and serve a narrowly tailored
27 proposed sealing order, or the information at issue will be made part of the public record.
28

1  For the foregoing reasons, plaintiffs respectfully request that the Court grant plaintiffs' Administrative Motion to File Under Seal and issue an order sealing Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll; Plaintiffs' Responsive Separate Statement in Support of Opposition to Defendant's Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll and Exhibits 1-4, 9-17, 20-29, 31-46, 48-54, 56, and 58-62 attached to the Sweeney Opposition Declaration.

DATED: January 13, 2014

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL

               s/ Bonny E. Sweeney
                 BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Telephone: 310/836-6000
310/836-6010 (fax)

GLANCY BINKOW & GOLDBERG LLP
BRIAN P. MURRAY
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: 212/382-2221
212/382-3944 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

905729_1

ADMIN MOTION TO FILE PLTFS' MEMO OF LAW IOT DEF'S MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY OF ROGER G. NOLL - C-05-00037-YGR    - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 13, 2014.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        bonnys@rgrdlaw.com

905729_1

# Mailing Information for a Case 4:05-cv-00037-YGR "The Apple iPod iTunes Anti-Trust Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)