ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
tomm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY OF ROGER G. NOLL; PLAINTIFFS' RESPONSIVE SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY OF ROGER G. NOLL AND EXHIBITS 1-4, 9-17, 20-29, 31-46, 48-54, 56, AND 58-62 UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5(c) |
| ALL ACTIONS. | |

DATE:       February 18, 2014
TIME:       2:00 p.m.
CTRM:       5, 2nd Floor
JUDGE:      Hon. Yvonne Gonzalez Rogers

905730_1

1    I, Bonny E. Sweeney, declare:

2        1.      I am an attorney duly licensed to practice before all of the courts of the State of

3    California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel

4    for the Class and for Plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak

5    (collectively, "plaintiffs") in this action.  I have personal knowledge of the matters stated herein, and,

6    if called upon, I could and would completely testify thereto.

7        2.      I submit this declaration in support of Plaintiffs' Administrative Motion to File Under

8    Seal Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment

9    and to Exclude Expert Testimony of Roger G. Noll; Plaintiffs' Responsive Separate Statement in

10   Support of Opposition to Defendant's Motion for Summary Judgment and to Exclude Expert

11   Testimony of Roger G. Noll and Exhibits 1-4, 9-17, 20-29, 31-46, 48-54, 56, and 58-62 attached to

12   Declaration of Bonny E. Sweeney in Support of Plaintiffs' Opposition to Defendant's Motion for

13   Summary Judgment and to Exclude Expert Testimony of Roger G. Noll ("Sweeney Opposition

14   Declaration").  The documents at issue include material that has been designated confidential under

15   the Stipulated Protective Order Regarding Confidential Information ("Protective Order").  It is

16   plaintiffs' understanding that Apple wishes the documents to remain confidential.

17       3.      Such filing under seal is necessitated by the designation of certain documents that are

18   quoted, paraphrased and referenced in Plaintiffs' Memorandum of Law in Opposition to Defendant's

19   Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll; Plaintiffs'

20   Responsive Separate Statement in Support of Opposition to Defendant's Motion for Summary

21   Judgment and to Exclude Expert Testimony of Roger G. Noll and Exhibits 1-4, 9-17, 20-29, 31-46,

22   48-54, 56, and 58-62 attached to the Sweeney Opposition Declaration as "Confidential" by Apple.

23

24

25

26

27

28

905730_1

DEC OF BES ISO ADMIN MOTION TO FILE MEMO OF LAW IOT DEF'S MSJ & TO EXCLUDE
EXPERT TESTIMONY OF ROGER G. NOLL - C-05-00037-YGR                          - 1 -

4.      Under the terms of the existing Protective Order, plaintiffs are obligated to file Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll and Exhibits 1-4, 9-17, 20-29, 31-46, 48-54, 56, and 58-62 attached to the Sweeney Opposition Declaration, which reference documents designated as "Confidential" under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of January, 2014, at San Diego, California.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

DEC OF BES ISO ADMIN MOTION TO FILE MEMO OF LAW IOT DEF'S MSJ & TO EXCLUDE
EXPERT TESTIMONY OF ROGER G. NOLL - C-05-00037-YGR                                          - 2

1  <u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on January 13, 2014, I authorized the electronic filing of the foregoing

3  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4  the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5  caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6  CM/ECF participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on January 13, 2014.

9                                  s/ Bonny E. Sweeney
                                   BONNY E. SWEENEY
10

11                                 ROBBINS GELLER RUDMAN
                                         & DOWD LLP
12                                 655 West Broadway, Suite 1900
                                   San Diego, CA  92101-3301
13                                 Telephone:  619/231-1058
                                   619/231-7423 (fax)

14                                 E-mail:    bonnys@rgrdlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

905730_1

# Mailing Information for a Case  4:05-cv-00037-YGR "The Apple iPod iTunes Anti-Trust Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)