UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To:<br><br>   ALL ACTIONS. | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY OF ROGER G. NOLL; PLAINTIFFS' RESPONSIVE SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY OF ROGER G. NOLL AND EXHIBITS 1-4, 9-17, 20-29, 31-46, 48-54, 56, AND 58-62 UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5(c) |

905731_1

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll; Plaintiffs' Responsive Separate Statement in Support of Opposition to Defendant's Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll and Exhibits 1-4, 9-17, 20-29, 31-46, 48-54, 56, and 58-62 attached to Declaration of Bonny E. Sweeney in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll.

Specifically, plaintiffs seek leave to file under seal the following:

| | |
|---|---|
| Exhibit 01: | Declaration of Roger G. Noll on Liability and Damages, dated April 3, 2013 **[filed under seal]**; |
| Exhibit 02: | Rebuttal Declaration of Roger G. Noll on Liability and Damages, dated November 25, 2013 **[filed under seal]**; |
| Exhibit 03: | Supplemental Rebuttal Declaration of Roger G. Noll on Liability and Damages, dated January 13, 2014 **[filed under seal]**; |
| Exhibit 04: | Expert Report of David M. Martin Jr., Ph.D., dated April 8, 2013 **[filed under seal]**; |
| Exhibit 09: | Deposition Transcript of Eddy Cue, taken December 17, 2010 **[filed under seal]**; |
| Exhibit 10: | Deposition Transcript of Jeffrey L. Robbin, taken December 3, 2010 **[filed under seal]**; |
| Exhibit 11: | Deposition Transcript of Augustin J. Farrugia, taken December 8, 2010 **[filed under seal]**; |
| Exhibit 12: | Declaration of Augustin Farrugia in Support of Defendant's Renewed Motion for Summary Judgment, dated January 2011 **[filed under seal]**; |
| Exhibit 13: | Apple_AIIA00098417 **[filed under seal]**; |
| Exhibit 14: | Deposition Transcript of David K. Heller, taken December 15, 2010 **[filed under seal]**; |
| Exhibit 15: | Apple_AIIA01278671-74 **[filed under seal]**; |
| Exhibit 16: | Apple_AIIA01202393-401 **[filed under seal]**; |
| Exhibit 17: | Apple_AIIA00099408-09 **[filed under seal]**; |
| Exhibit 19: | Declaration of Lee Morse, dated January 19, 2007; |
| Exhibit 20: | Apple_AIIA01278810-11 **[filed under seal]**; |
| Exhibit 21: | Apple_AIIA01385106 **[filed under seal]**; |
| Exhibit 22: | Deposition Transcript of Steve Jobs, taken April 12, 2011 **[filed under seal]**; |
| Exhibit 23: | Apple_AIIA00090441-43 (Cue Depo. Ex. 64) **[filed under seal]**; |
| Exhibit 24: | Apple_AIIA_00979727 **[filed under seal]**; |
| Exhibit 25: | Apple_AIIA00327951-52 (Cue Deposition Exhibit 71) **[filed under seal]**; |
| Exhibit 26: | Apple_AIIA00091049-51 **[filed under seal]**; |
| Exhibit 27: | Apple_AIIA00090447-49 **[filed under seal]**; |
| Exhibit 28: | Apple_AIIA00090471 **[filed under seal]**; |
| Exhibit 29: | Apple_AIIA00090467-68 **[filed under seal]**; |

905731_1

[PROPOSED] ORDER GRANTING ADMIN MOTION TO FILE PLTFS' MEMO OF LAW IN OPPO TO DEF'S MSJ & TO EXCLUDE EXPERT TESTIMONY OF ROGER G. NOLL - C-05-00037-YGR     - 1 -

[PROPOSED] ORDER GRANTING ADMIN MOTION TO FILE PLTFS' MEMO OF LAW IN OPPO

| | |
|---|---|
| Exhibit 31: | Apple_AIIA00090405-07 **[filed under seal]**; |
| Exhibit 32: | Apple_AIIA00090429-31 **[filed under seal]**; |
| Exhibit 33: | Rebuttal Expert Report of David M. Martin Jr., Ph.D., dated October 30, 2013 **[filed under seal]**; |
| Exhibit 34: | Apple_AIIA00090485-88 **[filed under seal]**; |
| Exhibit 35: | Compendium of Customer Complaints Containing: Apple_AIIA0000674-77; Apple_AIIA0002406; Apple_AIIA00062113-15; Apple_AIIA00057320-38; Apple_AIIA00006477-82; Apple_AIIA00007040-45; Apple_AIIA00007064-69; Apple_AIIA00007549-56; Apple_AIIA00007575-86; Apple_AIIA00008481-86; Apple_AIIA00008499-504; Apple_AIIA00067464-68; Apple_AIIA00067479-83; Apple_AIIA00067605-11; Apple_AIIA00067632-36; Apple_AIIA00067979-83; Apple_AIIA00069598-604; Apple_AIIA00059009-14 and Apple_AIIA00059088-93 **[filed under seal]**; |
| Exhibit 36: | Apple_AIIA00093875-76 **[filed under seal]**; |
| Exhibit 37: | Apple_AIIA00090427 **[filed under seal]**; |
| Exhibit 38: | Apple_AIIA00090428 **[filed under seal]**; |
| Exhibit 39: | Apple_AIIA00329373 **[filed under seal]**; |
| Exhibit 40: | Apple_AIIA00093265 **[filed under seal]**; |
| Exhibit 41: | Apple_AIIA00090482-83 **[filed under seal]**; |
| Exhibit 42: | Apple_AIIA00094563-69 **filed under seal**; |
| Exhibit 43: | Apple_AIIA00802966-67 **[filed under seal]**; |
| Exhibit 44: | Apple_AIIA00807080-81 **[filed under seal]**; |
| Exhibit 45: | Apple_AIIA00320482-84 (Cue Depo. Ex. 58) **[filed under seal]**; |
| Exhibit 46: | Apple_AIIA00093504 **[filed under seal]**; |
| Exhibit 48: | Deposition Transcript of Mark Donnelly, taken December 20, 2010 **[filed under seal]**; |
| Exhibit 49: | Apple_AIIA00187793-823 **[filed under seal]**; |
| Exhibit 50: | Deposition Transcript of Roger G. Noll, taken December 18, 2013 **[filed under seal]**; |
| Exhibit 51: | Deposition Transcript of Roger G. Noll, taken May 16, 2013 **[filed under seal]**; |
| Exhibit 52: | Deposition Transcript of Robert H. Topel, taken January 8, 2014 **[filed under seal]**; |
| Exhibit 53: | Deposition Transcript of Kevin M. Murphy, taken January 8, 2014 **[filed under seal]**; |
| Exhibit 54: | Declaration of Jeffrey M. Wooldridge in Support of Plaintiff's Daubert Motion to Exclude Certain Opinion Testimony of Robert H. Topel and Kevin M. Murphy, dated December 20, 2013 **[filed under seal]**; |
| Exhibit 56: | Apple_AIIA00093859 **[filed under seal]**; |
| Exhibit 58: | Deposition Transcript of Melanie Tucker, taken October 26, 2007 **[filed under seal]**; |
| Exhibit 59: | Supplemental Declaration of Augustin Farrugia, dated July 2, 2013 **[filed under seal]**; |
| Exhibit 60: | Deposition Transcript of Somtai Charoensak, taken January 12, 2007 **[filed under seal]**; |
| Exhibit 61: | Apple_AIIA00325894-97 **[filed under seal]**; and |
| Exhibit 62: | Deposition Transcript of Roger G. Noll, taken April 7, 2011 **[filed under seal]**. |

905731_1

[PROPOSED] ORDER GRANTING ADMIN MOTION TO FILE PLTFS' MEMO OF LAW IN OPPO
TO DEF'S MSJ & TO EXCLUDE EXPERT TESTIMONY OF ROGER G. NOLL - C-05-00037-YGR   - 2 -

1   There being good cause shown based on the arguments presented in the motion, the pleadings
2 on file, and any other relevant matter, the Court **GRANTS** Plaintiffs' Administrative Motion to File
3 Under Seal.
4   IT IS SO ORDERED.
5 DATED: _____   _____
                                    THE HON. YVONNE GONZALES ROGERS
6                                   UNITED STATES DISTRICT JUDGE

905731_1 [PROPOSED] ORDER GRANTING ADMIN MOTION TO FILE PLTFS' MEMO OF LAW IN OPPO
TO DEF'S MSJ & TO EXCLUDE EXPERT TESTIMONY OF ROGER G. NOLL - C-05-00037-YGR    - 3 -