# EXHIBIT 57

# QUARTERLY UPDATE



## RealNetworks, Inc.

*3Q Results Good, Outlook Less So--Reiterate Neutral*

November 7, 2006

**NEUTRAL**

| | |
|---|---|
| RNWK - NASDAQ | $10.87 |
| PRICE TARGET | NA |
| 52-WEEK RANGE | $11.81-$7.20 |
| MARKET CAPITALIZATION | $1,741.6mm |
| SHARES OUTSTANDING | 160.2mm |
| FLOAT | 117.1mm |
| BOOK VALUE/SHARE | $5.07 |
| DEBT/TOTAL CAP. (%) | 17% |
| DIVIDEND/YIELD | NA/NM |
| AVG. DAILY VOLUME | 1,852,695 |



RealNetworks is a leading distributor of digital media content on the Internet, including audio, video, and games. The company also provides a set of software and services enabling third parties' distribution of media over the Internet and to Internet-connected devices.

A. Sasa Zorovic, Ph.D.    617-428-5667
sasa.zorovic@opco.com

**Summary: We reiterate our Neutral rating on RNWK.** The company reported good 3Q results, above our top- and bottom-line estimates by $1mm and $0.01, respectively. However, sluggish growth in new music subscribers adds risk to segment estimates, in our view. Games growth continues to show strength with recent acquisitions. We are decreasing our EPS estimates for 4Q, and raising marginally for 2007 due to the acquisition of WiderThan.

**Reports good 3Q results.** The company reported revenue of $94mm, above our estimate of $93mm (guidance: $91mm to $94mm, consensus: $93mm), and EPS of $0.24 ahead of our estimate of $0.22 (guidance: $0.20 to $0.22, consensus: $0.22). EPS was helped by certain sales & marketing expenses that were delayed until 4Q, as well as R&D nearly $1mm lower than we had projected.

**Music segment growth slows further.** The company added roughly 25,000 music subscribers in 3Q (and only 50,000 in 2Q) vs. an average of 150,000 new subscribers for the previous four quarters (total paid subscriber count was up 50,000 QoQ). We estimate that ARPU in the music business dropped in the quarter as well. We believe the slowdown may indicate a lasting market preference for both music-as-a-download as well as end-to-end systems such as Apple's (AAPL, $79.71, Not Covered) iPod. Microsoft's (MSFT, $28.84, Not Covered) Zune is expected to launch November 14.

**Rhapsody DNA launched.** The technology platform enables the integration of Rhapsody into other manufacturer's products. While this should help RNWK to some degree, we are bearish on the music subscription business.

**On the acquisition of WiderThan, we are adjusting our 4Q and 2007 revenue and EPS estimates, though EPS will likely be up only marginally next year.**

- **For 4Q,** we are raising our revenue estimate from $99mm to $120mm (guidance: $117mm to $123mm, prior consensus: $100mm) and lowering EPS from $0.22 to $0.20 (guidance: $0.18 to $0.21, prior consensus: $0.23). Removing $2.7mm of charges related to the acquisition would increase EPS by $0.01. Net-net, we still estimate 2006 at $0.80.

- **For full-year 2007,** we are raising our revenue estimate from $426mm to $572mm (prior consensus: $427mm) but only increasing EPS from $0.33 to $0.34 (prior consensus: $0.37).

| Fiscal Year | Earnings Per Share Estimates (US$) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec | 1Q (Mar) | | 2Q (Jun) | | 3Q (Sep) | | 4Q (Dec) | | Year | | P/E |
| | Prior | Current | Prior | Current | Prior | Current | Prior | Current | Prior | Current | |
| 2005A | -- | 0.00 | -- | 0.03 | -- | 0.06 | -- | 1.61 | -- | 1.70 | 6.4x |
| 2006E | -- | 0.14A | -- | 0.22A | 0.22 | 0.24A | 0.22 | 0.20 | -- | 0.80 | 13.6x |
| 2007E | 0.25 | 0.23 | -- | 0.03 | 0.03 | 0.04 | 0.03 | 0.05 | 0.33 | 0.34 | 32.0x |
| 2008E | -- | -- | -- | -- | -- | -- | -- | -- | 0.23 | 0.25 | 43.5x |

*GAAP EPS*

See pages 4 - 6 for important disclosures

*66*



**What we find bullish:**

- **Increasing estimates.** Due to the acquisition of WiderThan, we are raising our revenue estimates significantly. Estimated 4Q revenue goes from $99mm to $120mm (guidance: $117mm to $123mm, prior consensus: $100mm), while 2007 revenue shoots up from $426mm to $572mm.
- **Net growth of overall subscriptions.** After pausing in 2Q at 2.4mm, total subscriptions rose in 3Q by 50,000. Total subscriptions are up 11% YoY.
- **Greater international footprint.** From 23% a year ago, international revenue has grown to 26% of total revenues. The acquisition of WiderThan will only serve to accelerate this positive trend, in our view.

**What we find bearish:**

- **Ongoing competition.** The digital music business is a fiercely competitive one. Microsoft is a formidable opponent, and they are likely to grow stronger in this area over time. While not currently much of a threat to RNWK, we believe that Yahoo! (YHOO, $26.59, Neutral) is likely to improve its performance in this area as well.
- **Decreased numbers of added music subscriptions.** Music subscriptions grew only 25,000 in the quarter. While management seems to consider it to attributable to a temporary focus on other areas, we see a negative trend developing. Furthermore, we anticipate ARPUs will continue to fall.
- **Cautious about RBT (ringback tones) outlook.** While the acquired WiderThan will drive revenues significantly, it will also pull down margins. Gross margins at the acquired company are approximately 60%, compared to 81% in RNWK's technology segment, where results will be reported.

**What is otherwise of interest:**

- **Purchased 200,000 shares for $1.9mm.** The company bought back 200,000 shares at an average price of approximately $9.50. We believe the company has roughly $80mm outstanding in its share buyback authorization.

Our financial model follows:



**RealNetworks**
**Income Statement (GAAP)**
Figures in $000 except per share data

| FY December | Year 2005 | Q1 3/06 | Q2 6/06 | Q3 9/06 | Q4E 12/06 | Year 2006E | Q1 3/07 | Q2 6/07 | Q3 9/07 | Q4 12/07 | Year 2007E | Year 2008E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenues** | **325,059** | **86,602** | **89,409** | **93,676** | **120,061** | **389,748** | **134,547** | **140,549** | **146,207** | **151,002** | **572,306** | **657,281** |
| Cost of revenues | 98,249 | 26,753 | 26,646 | 28,389 | 37,594 | 119,382 | 42,259 | 44,165 | 43,952 | 44,015 | 174,390 | 200,985 |
| Loss on content agreement | | | | | | | | | | | | |
| Gross profit | 226,810 | 59,849 | 62,763 | 65,287 | 82,466 | 270,365 | 92,288 | 96,384 | 102,255 | 106,988 | 397,915 | 456,296 |
| R & D | 70,631 | 18,099 | 18,684 | 18,344 | 23,157 | 78,284 | 24,860 | 25,358 | 25,865 | 26,382 | 102,465 | 112,161 |
| Sales & marketing | 130,515 | 36,083 | 37,961 | 37,560 | 48,119 | 159,723 | 51,816 | 52,852 | 53,909 | 54,987 | 213,565 | 236,579 |
| General & administrative | 50,669 | 13,226 | 14,317 | 14,043 | 18,579 | 60,165 | 19,451 | 19,657 | 19,865 | 20,076 | 79,049 | 84,760 |
| Goodwill amortization | | | | | | | | | | | | |
| Antitrust litigation | (422,500) | (39,835) | (57,858) | (61,861) | (61,250) | (220,804) | (61,250) | (500) | - | - | (61,750) | - |
| Loss on excess office facilities | - | 738 | | | | 738 | | | | | | |
| Personnel reduction, restructuring, and related charges | | | | | | | | | | | | |
| Stock-based compensation | 128 | | | | | | | | | | | |
| Non-recurring acquisition charges | | | | | | | | | | | | |
| Other operating expenses | (422,372) | (39,097) | (57,858) | (61,861) | (61,250) | (220,066) | (61,250) | (500) | - | - | (61,750) | - |
| Total operating expenses | (170,557) | 28,311 | 13,104 | 8,086 | 28,605 | 78,106 | 34,877 | 97,367 | 99,639 | 101,446 | 333,329 | 433,500 |
| **Operating income** | **397,367** | **31,538** | **49,659** | **57,201** | **53,861** | **192,259** | **57,411** | **(983)** | **2,616** | **5,542** | **64,587** | **22,796** |
| Interest income | 14,511 | 7,979 | 9,381 | 10,618 | 8,448 | 36,426 | 11,465 | 12,230 | 12,317 | 12,436 | 48,447 | 53,213 |
| Equity in net loss of MusicNet | (1,068) | | | | | - | | | | | - | - |
| Impairment of equity investments | 19,064 | | 2,286 | | | 2,286 | | | | | | |
| Other, net | (331) | 117 | 73 | 242 | (3,610) | (3,178) | (3,614) | (3,618) | (3,622) | (3,626) | (14,479) | (3,636) |
| Total other income (expense), net | 32,176 | 8,096 | 11,740 | 10,860 | 4,838 | 35,534 | 7,851 | 8,612 | 8,695 | 8,810 | 33,968 | 49,577 |
| Pretax income | 429,543 | 39,634 | 61,399 | 68,061 | 58,700 | 227,794 | 65,263 | 7,629 | 11,311 | 14,352 | 98,555 | 72,373 |
| Taxes | 117,198 | 14,751 | 22,521 | 25,908 | 21,954 | 85,134 | 24,408 | 2,851 | 4,230 | 5,364 | 36,854 | 27,048 |
| Net income | 312,345 | 24,883 | 38,878 | 42,153 | 36,746 | 142,660 | 40,854 | 4,778 | 7,081 | 8,988 | 61,701 | 45,325 |
| EPS (basic) | 1.84 | 0.15 | 0.24 | 0.26 | 0.23 | 0.89 | 0.25 | 0.03 | 0.04 | 0.06 | 0.38 | 0.28 |
| **EPS (diluted)** | **1.70** | **0.14** | **0.22** | **0.24** | **0.20** | **0.80** | **0.23** | **0.03** | **0.04** | **0.05** | **0.34** | **0.25** |
| Shares (basic) | 170,178 | 160,887 | 159,938 | 160,578 | 161,218 | 160,655 | 161,418 | 161,618 | 161,818 | 162,018 | 161,455 | 162,255 |
| Shares | 184,161 | 176,923 | 177,337 | 178,913 | 180,489 | 178,416 | 180,689 | 180,889 | 181,089 | 181,289 | 180,989 | 181,789 |
| GAAP Net income (loss) | 312,345 | 24,883 | 38,878 | 42,153 | 36,746 | 142,660 | 40,854 | 4,778 | 7,081 | 8,988 | 61,701 | 45,325 |
| Interest Income, net | (14,511) | (7,979) | (9,381) | (10,618) | (8,448) | (36,426) | (11,465) | (12,230) | (12,317) | (12,436) | (48,447) | (53,213) |
| Taxes | 117,198 | 14,751 | 22,521 | 25,908 | 21,954 | 85,134 | 24,408 | 2,851 | 4,230 | 5,364 | 36,854 | 27,048 |
| Depreciation, amortizaton and stock compens | 16,371 | 7,890 | 7,640 | 9,282 | 9,599 | 34,411 | 9,465 | 9,734 | 10,012 | 10,298 | 39,510 | 36,653 |
| **EBITDA** | **431,403** | **39,545** | **59,658** | **66,725** | **59,851** | **225,779** | **63,263** | **5,134** | **9,007** | **12,214** | **89,618** | **55,813** |
| Antitrust litigation | (422,500) | (39,835) | (57,858) | (61,861) | (61,250) | (220,804) | (61,250) | (500) | - | - | (61,750) | - |
| Expenses from antitrust litigation | | 971 | 997 | 1,000 | 1,000 | 3,968 | 1,000 | - | - | - | 1,000 | - |
| Loss on content agreement | - | - | - | - | - | - | - | - | - | - | - | - |
| **EBITDA excluding antitrust litigation and l** | **8,903** | **681** | **2,797** | **5,864** | **(399)** | **8,943** | **3,013** | **4,634** | **9,007** | **12,214** | **28,868** | **55,813** |

Source: Company reports & Oppenheimer & Co. estimates.



## Important Disclosures and Certifications

Other companies mentioned in this report: AAPL, MSFT, YHOO





All price targets displayed in the chart above are for a 12-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 125 Broad St., 16th Fl., New York, NY 10004, Attention: Research Disclosure.

**Buy** - anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend



payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral** - anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell** - anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

| Distribution of Ratings/IB Services Firmwide and by Sector | | | | | TECHNOLOGY | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | | | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent | Rating | Count | Percent | Count | Percent |
| BUY [B] | 167 | 47.31 | 28 | 16.77 | BUY [B] | 28 | 48.28 | 4 | 14.29 |
| HOLD [N] | 175 | 49.58 | 20 | 11.43 | HOLD [N] | 28 | 48.28 | 1 | 3.57 |
| SELL [S] | 11 | 3.12 | 1 | 9.09 | SELL [S] | 2 | 3.45 | 0 | 0.00 |

Oppenheimer & Co. Inc. makes a market in the securities of AAPL.

Oppenheimer & Co. Inc. makes a market in the securities of RNWK.

Oppenheimer & Co. Inc. makes a market in the securities of YHOO.

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Additional Information Available**

**Please log on to** http://www.opco.com **or write to Oppenheimer & Co. Inc., 125 Broad Street, New York, NY 10004, Attention: Research Disclosure**

## Other Disclosures

Oppenheimer & Co. Inc. prepared the information and opinions in this report. Oppenheimer & Co. Inc. has no obligation to inform you when opinions or information in this report change. This report is based on public information. Oppenheimer & Co. Inc. makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete.

Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized.

The securities discussed in this report may not be suitable for all investors. This report does not provide individually tailored investment advice. It has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. We recommend that investors independently evaluate particular investments and strategies, and



encourage investors to seek the advice of a financial advisor.

NASD Regulation, Inc. and the New York Stock Exchange have adopted rules that will prohibit research analysts from trading in securities of covered companies during specified time periods before and after the publication of research.

This report is not an offer to buy or sell any security or to participate in any trading strategy.

Oppenheimer & Co. Inc. is a member of the NYSE and all principal exchanges.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2006.

*Oppenheimer and Co. Inc*
*125 Broad Street*
*New York, NY 10004*
*(212) 668-8000*

*Institutional Sales*

*New York*
*(800) 221-5588*
*(212) 943-9055*

*Boston*
*(800) 470-2750*
*(617) 428-5544*

*Atlanta*
*(800) 554-1386*
*(404) 262-5302*

*Houston*
*(800) 231-7509*
*(713) 650-2000*

*Chicago*
*(800) 621-2103*
*(312) 360-5500*

*San Francisco*
*(800) 820-6726*
*(415) 438-3000*

*Kansas City*
*(866) 377-3304*
*(816) 932-7021*

*Institutional Trading*

*New York*
*(800) 533-8987*
*(212) 668-8091*

*Boston*
*(800) 470-2750*
*(617) 428-5551*

*Dallas*
*(866) 618-5927*
*(972) 450-3844*

*San Francisco*
*(888) 693-9333*