# Exhibit 9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

____________________________________

THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) No. C-05-0037 YGR

____________________________________)

VIDEOTAPED DEPOSITION OF ROGER G. NOLL

San Francisco, California

Thursday, May 16, 2013

Volume 1

Reported by:

JENNIFER L. FURIA, RPR, CSR

CA License No. 8394

Job No. 1663538

PAGES 1 - 262

**on them?**

A Yeah, I think -- I think I do. Remember that at the time I'm doing this I'm base -- I'm -- my mindset is that I'm believing what's in Fruggia's declaration. That it's everything. All new products after September. 10:16:06 First of all, he said October, then he changed it to September.

So my mindset at the time is this is a distinction without meaning. I now realize it's not true, all right. That is to say, that what he said 10:16:19 isn't actually correct, so.

But what I asked them to do, I just don't remember. I -- I do remember believing that every new product that was brought on the market after September 2006 had 7.0 loaded on it, because that's what was in 10:16:37 Fruggia's deposition.

MR. MITTELSTAEDT: Let's a take a break.

THE VIDEOGRAPHER: This is the end of disc number one. The time is 10:17 a.m. And we are now going off the record. 10:16:50

(Recess.)

THE VIDEOGRAPHER: This is the beginning of disc number two. The time is 10:31 a.m. And we are now going back on the record.

BY MR. MITTELSTAEDT: 10:31:03

**Q Okay. If you would open the report to Exhibit 16.1 again, please.**

A Okay.

**Q And let's go to -- yeah, let's go to actually 16.2. This is on the direct sales. 10:31:30**

A Okay.

**Q So this is the same approach as 16.1 except instead of for the resellers, it's for the direct sales?**

A That's correct. 10:31:41

**Q Where did the average price come from? How did -- how did you derive that?**

A It's just -- just derived from taking the average of all the transactions of that product during the -- during the damage period. 10:32:03

**10:32:39**

10:35:12



[redacted] 10:36:49

Page 54

[redacted] 10:37:55

Page 55

[redacted]

Page 56

[redacted] 10:40:16

Page 57

Pages 54 to 57

Sarnoff, A VERITEXT COMPANY
877-955-3855

[redacted]

Page 58

[redacted]

Page 59

[redacted]

Page 60

[redacted]

10:44:56

Page 61





10:45:48

Page 62

**Q Okay. While we're still on 13.2 or if you'd reopen 13.2. I just want to walk down the variables. For Harmony when did you turn on -- what date is the Harmony variable turned on?**

A The day -- the date that it's released, which 10:46:28 is, you know, July -- sometime in July or August of 2004. I don't remember the exact date.

**Q Okay. And then the next variable is Harmony blocked. What date is that turned on?**

A That's the -- the date of 4.7, which is fall 10:46:43 of 2000 -- wait a minute. No, wait a minute. When is it? I -- I can't remember. It's the date at which 4.7 is released and I can't remember. It's in the report. A few months later, a few months after the Harmony is released. 10:47:06

**Q At an earlier deposition we talked about the relaunch of Harmony.**

A Right.

**Q Did you consider for this regression having a variable for the relaunch of Harmony which was early 10:47:15 2005?**

A You know, I didn't -- I didn't bother, because by the time we get to this the 4.7 issue is out of the case, so I didn't bother.

If you -- if you stuck in the relaunch 10:47:26

Page 63

variable, what you'd get is a change in the coefficient on Harmony and on 4.7, but that -- that's not relevant for what we're interested in in the damages period.

**Q Did you ever ask Econ, Inc. to run this with Harmony relaunch as a variable? 10:47:47**

A No. It's pointless. It would not change the results we're interested in.

**Q Well, would it change the coefficient on Harmony blocked?**

A It would if -- if we cared about 4.7 it would. 10:48:00 But we don't care about 4.7 anymore, the -- so, you know -- yes, if we were trying to estimate damages for 4.7 then it would be worthwhile to do that, but given that it's no longer in the case it's not worthwhile.

**Q Okay. What would you expect to happen to the 10:48:19 coefficient for 4.7 if you included a variable for the Harmony relaunch?**

A I'd expect the coefficient for 4.7 to be larger and then Harmony relaunch to offset some of it, so I would expect that the net effect of 4.7 will be 10:48:36 larger during the first period than during the second period.

**Q By second period what do you mean?**

A After the Harmony relaunch. In March of 2005 or whenever it was. 10:48:48

Page 64

**Q So you would expect the coefficient for 4.7 to be lower if you add a variable for the Harmony relaunch than if you didn't?**

A Well, it depends on how you -- it would depend on how you specified it. The coefficient for 4.7, are 10:49:04 you going to turn it on or turn it -- are you going to leave it on or turn it off with the Harmony relaunch.

If you keep 4.7 on during the entire period between its initial launch until the launch of 7.0, and then you add a Harmony relaunch, the coefficient for 4.7 10:49:24 is going to be the same during the whole period, but then you're going to subtract something off of that that would be the coefficient on Harmony, so the net effect of 4.7 would be less after Harmony was relaunched than before. 10:49:39

**Q But why would you leave 4.7 variable on after Harmony is relaunched?**

A Because 4.7 is still the operating system and you would test the hypothesis whether the Harmony relaunch completely offset it or not. 10:49:56

**Q But why would you expect -- what would be the circumstance in which you would expect 4.7 to continue to have an impact on iPod prices after Harmony is relaunched and anybody who wants to can use it?**

A Because the -- the issue that's going on in 10:50:12

Page 65

I, Jennifer L. Furia, holding CSR License No. 8394, a Certified Shorthand Reporter, licensed by the State of California, hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed by me or under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify I am neither financially interested in the action, nor a relative or an employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have on this date subscribed my name.

Dated: 6/3/2013

Jennifer L. Furia

JENNIFER L. FURIA
Certified Shorthand Reporter
California License No. 8394