# Exhibit 11

**Page 1**

1   UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA

3   OAKLAND DIVISION

4

5   THE APPLE iPOD iTUNES          Lead Case No. C 05-00037
    ANTI-TRUST LITIGATION

6

7   _____

8   This Document Relates To:

9   ALL ACTIONS

10

11  _____

12

13          CONFIDENTIAL - ATTORNEYS' EYES ONLY

14   VIDEOTAPED DEPOSITION OF JEFFREY M. WOOLDRIDGE, Ph.D.

15          Monday, January 6, 2014

16          San Diego, California

17

18

19

20

21

22  Reported By:

    Debby M. Gladish

23  RPR, CLR, CCRR, CSR No. 9803

    NCRA Realtime Systems Administrator

24

25  Job No. 10009202

**Page 2**

1   UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA

3   OAKLAND DIVISION

4

5   THE APPLE iPOD iTUNES          Lead Case No. C 05-00037
    ANTI-TRUST LITIGATION

6

7   _____

8   This Document Relates To:

9   ALL ACTIONS

10

11  _____

12

13

14

15

16

17

18          Videotaped Deposition of JEFFREY M.

19   WOOLDRIDGE, Ph.D., taken on behalf of the

20   Defendant at 655 West Broadway, Suite 1900,

21   San Diego, California, beginning at 10:29

22   a.m. and ending at 4:26 p.m., on Monday,

23   January 6, 2014, before Debby M. Gladish,

24   RPR, CLR, CCRR, CSR No. 9803, NCRA

25   Realtime Systems Administrator.

**Page 3**

1   APPEARANCES

2

3   For the Plaintiffs:

4       ROBBINS GELLER RUDMAN & DOWD, LLP
        BY: BONNY SWEENEY, ESQ.

5       BY: JENNIFER N. CARINGAL, ESQ.
        655 West Broadway, Suite 1900

6       San Diego, California  92101
        (619)231-1058

7       bonnys@rgrdlaw.com

8

9   For the Defendant, Apple Inc.:

10      JONES DAY
        BY: DAVID KIERNAN, ESQ.

11      BY: AMIR AMIRI, ESQ.
        555 California Street, 26th Floor

12      San Francisco, California  94104
        (415)626-3939

13      aamiri@jonesday.com

14

15      APPLE
        BY: SCOTT B. MURRAY, ESQ. (TELEPHONIC APPEARANCE)

16      1 Infinite Loop, MS 169-2NYJ
        Cupertino, California  95014

17      (408)783-8369
        scott_murray@apple.com

18

19

    Also present:

20

        CHRISTOPHER TISA (VIDEO OPERATOR)

21      APTUS COURT REPORTING
        600 West Broadway

22      Suite 300
        San Diego, California  92101

23      619.546.9151

24

25

**Page 4**

1   INDEX

2

3   WITNESS                                    EXAMINATION

4   JEFFREY M. WOOLDRIDGE, Ph.D.

5

6       BY MR. KIERNAN                              7

7

8           E X H I B I T S

9   MARKED                                         PAGE

10  Exhibit 1   Declaration of Jeffrey M.           17
                Wooldridge in Support of

11              Plaintiff's Daubert Motion to
                Exclude Certain Opinion Testimony

12              of Robert H. Topel and Kevin M.
                Murphy, 34 pages

13

14  Exhibit 2   Econometric Analysis of Cross      121
                Section and Panel Data, Second

15              Edition, 34 pages

16  Exhibit 3   Journal of Econometrics titled     135
                "Asymptotic properties of a

17              robust variance matrix estimator
                for panel data when T is large,"

18              by Christian B. Hansen, 24 pages

19  Exhibit 4   Document titled "Exhibit 3-A       140
                Reseller Sales Preferred Log

20              Regression Results Outliers
                Excluded," 4 pages

21

22  Exhibit 5   Document titled                    144
                "Imbens/Wooldridge, Lecture Notes

23              1, Summer '07, Whats New in
                Econometrics," 42 pages

24

25

**Page 5**

```
1              E X H I B I T S
2   MARKED                                    PAGE
3   Exhibit 6    Document titled              145
                 "Imbens/Wooldridge, Lecture Notes
4                2, Summer '07, What's New in
                 Economics?" 32 pages
5
6   Exhibit 7    Document titled "Did Unilateral    148
                 Divorce Laws Raise Divorce Rates?
7                A Reconciliation and New
                 Results," Justin Wolfers, Working
8                Paper 10014, 30 pages
9   Exhibit 8    Document titled "NBER Working       149
                 Paper Series, What Are We
10               Weighting For?" 29 pages
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 6**

```
1             SAN DIEGO, CALIFORNIA
2       MONDAY, JANUARY 6, 2014, 10:29 a.m.
3
4            THE VIDEOGRAPHER:  Good morning.  We are now
5   on the record.  The time is 10:29 a.m.  Today's date is
6   January 6, 2014.
7            My name is Christopher Tisa of Aptus Court
8   Reporting.  The court reporter is Debby Gladish with
9   Aptus Court Reporting located at 600 West Broadway,
10  Suite 300, San Diego, California 92101.
11           This begins the video-recorded deposition of
12  Jeffrey M. Wooldridge, testifying in the matter of the
13  Apple iPod iTunes Anti-Trust Litigation, pending the
14  United States District Court, Northern District of
15  California, Oakland Division, Case Number C 05-00037
16  YGR, taken at 655 West Broadway, Suite 1900, San Diego,
17  California 92101.
18           The video and audio recording will take place
19  at all times during this deposition unless all counsel
20  agree to go off the record.  The beginning and end of
21  each video recording will be announced.
22           Will counsel please identify yourselves and
23  state whom you represent.
24           MR. KIERNAN:  David Kiernan on behalf of
25  Apple.
```

**Page 7**

```
1            MR. AMIRI:  Amir Amiri on behalf of Apple.
2            MS. SWEENEY:  Bonny Sweeney on behalf of the
3   plaintiffs.
4            MS. CARINGAL:  Jennifer Caringal on behalf of
5   the plaintiffs.
6            THE VIDEOGRAPHER:  The court reporter may now
7   swear in the deponent.
8
9              JEFFREY M. WOOLDRIDGE,
10        having been sworn, testified as follows:
11
12           THE VIDEOGRAPHER:  You may proceed, Counsel.
13           MR. KIERNAN:  Okay.
14
15                EXAMINATION
16  BY MR. KIERNAN:
17       Q.   Good morning, Dr. Wooldridge.
18       A.   Good morning.
19       Q.   Could you state your full name for the record.
20       A.   Jeffrey M. Wooldridge.
21       Q.   Okay.  Have you ever been deposed before?
22       A.   No.
23       Q.   Okay.  Have you ever testified before?
24       A.   No.
25       Q.   Okay.  Do you understand that your testimony
```

**Page 8**

```
1   today is under oath subject to penalty of perjury?
2        A.   I do.
3        Q.   Okay.  Is there any reason that you cannot
4   testify completely and truthfully today?
5        A.   No.
6        Q.   Any substance that you've taken that would
7   impair your ability to testify completely and
8   truthfully?
9        A.   No.
10       Q.   When were you first contacted to do work on
11  this case?
12       A.   December 5th I received an e-mail from Bonny
13  Sweeney.
14       Q.   December 5th, 2014 -- or 2013?
15       A.   December 5th, 2013, yes.
16       Q.   Okay.  And what is your assignment in this
17  case?
18       A.   My assignment is to evaluate different claims
19  about how the proper standard error should be computed
20  in the Noll regression analysis --
21       Q.   Okay.
22       A.   -- and whether cluttering is important or not
23  or I should say whether it's valid or not.
24       Q.   And when did you start work in this matter?
25  When did you start to do the work after being first
```

1  contacted on December 5th?

2      A.   A week later, December 12th, 2013.

3      Q.   And about how many hours have you put in on

4  this case?

5      A.   Up to writing the dec- -- submitting the

6  declaration or after that as well?

7      Q.   That's a good time.  Up through submitting

8  your declaration.

9      A.   Five to six hours.

10     Q.   Okay.  And then, after submitting your

11 declaration, how much time have you spent, if any?

12     A.   Probably another ten hours.

13     Q.   Putting aside conversations that you've had

14 with counsel --

15     A.   Yes.

16     Q.   -- including Bonny or anyone else from Robbins

17 Geller, have you discussed this case with anybody else?

18     A.   No.

19     Q.   Have you discussed the case with Dr. Noll?

20     A.   No.

21     Q.   Have you ever had a discussion with Dr. Noll

22 at any time in your life?

23     A.   No, I don't believe we've met.

24     Q.   Okay.  Did you have any support staff or any

25 other person who assisted you?

1      A.   No.

2      Q.   Okay.  It was just you?

3      A.   Just me.

4      Q.   All right.  And how are you being compensated

5  for your work in this matter?

6      A.   Hourly wage?

7      Q.   Uh-huh.

8      A.   $500 an hour.

9      Q.   And how much have you been paid?

10     A.   Nothing.

11     Q.   Okay.  And so when you submit an invoice it's

12 going to be between 15 and 16 hours plus whatever work

13 your deposition today time?

14     A.   Yes.

15     Q.   Have you submitted any invoices or any other

16 bill that reflects the hours spent and the amount you

17 are owed?

18     A.   I haven't submitted invoices yet.

19     Q.   Okay.  Since submitting your declaration, what

20 work have you done?

21     A.   I've done some simulation work on -- on the

22 properties of clustered standard errors.

23     Q.   Okay.  Anything else?

24     A.   And -- and working out some formulas that can

25 explain the simulation findings.

1      Q.   Okay.  Anything else?

2      A.   No.

3      Q.   Did you prepare for the deposition?

4      A.   Yes.

5      Q.   And, just briefly, describe what you did to

6  prepare for --

7      A.   I read --

8      Q.   And I don't want to hear any conversations

9  that you had with counsel.  You can tell me if you met

10 with counsel, but I don't want to hear what you guys

11 talked about.

12     A.   We -- we did meet over the phone.  I read the

13 various reports, the Murphy, Topel report, the Noll

14 rebuttal report, and I reviewed my own declaration.

15     Q.   Okay.  Anything else?

16     A.   Reviewed some of my old work on clustering,

17 but . . .

18     Q.   Like old pub- -- publications?

19     A.   Yes, and my book.

20     Q.   And -- and which book, the graduate book or

21 the undergrad book?

22     A.   My graduate book, which -- which is published

23 with MIT Press.

24     Q.   And with respect to the other clustering work,

25 aside from the textbook, do you recall which -- what the

1  titles were of those works?

2      A.   The main -- the -- one was the paper I

3  published in the American Economic Review called the

4  Cluster -- Cluster Sampling and Applied Econometrics.

5      Q.   The 2003 paper?

6      A.   Yes, uh-huh.

7      Q.   With respect to the -- let me just see what

8  that is.

9          MR. KIERNAN:  Do I have to hit escape to go

10 up?

11         THE REPORTER:  Yes.

12 BY MR. KIERNAN:

13     Q.   With respect to the simulation work on the

14 properties of clustered standard errors, was the

15 simulation work done on the standard errors in -- from

16 Noll's regress- -- rebuttal regressions?

17     A.   No.  I set up a simplified framework so that

18 the issues would be more transparent, showing what would

19 happen if you took an independent sample and clustered

20 after the fact based on some characteristics.  I did

21 that after I wrote my declaration.

22     Q.   And why did you do that work?

23     A.   Because in my declaration I asserted things

24 that seemed self-evident, but thought it would be useful

25 to actually see the -- the simulation findings that

Page 13

1 actually showed what I was claiming.
2    Q.    And are you relying on those simulations for
3 any of the opinions that you're giving in this matter?
4    A.    Not necessarily.  I guess -- I didn't rely on
5 them in my declaration and so I'll be talking about
6 my -- the opinions in my declaration, which haven't
7 changed.
8    Q.    Okay.  So you're not relying on the
9 simulations that you've done after submitting your
10 declaration as a basis for any --
11    A.    No.
12    Q.    -- of the opinions in your report?
13    A.    No, I'm not.
14    Q.    Okay.  In -- in the simulations, what was the
15 dataset that you used?
16    A.    Well, the simulation generates data based on
17 some assumptions about what the population distribution
18 is and then draws randomly from using a standard
19 program, such as Stata, to draw random samples from the
20 population.
21    Q.    And the -- when you're referring to the
22 population, what's the dataset for that?
23    A.    When --
24    Q.    That's part of the simulation program?
25    A.    Yes.  So when you define a population you

Page 14

1 define a distribution such as a normal distribution or a
2 quasi distribution or something like that and then you
3 randomly sample from that -- from a random variable that
4 has that distribution.  It's a very common method used
5 to evaluate any kind of estimator that somebody proposes
6 in econometrics or statistics.
7         MR. KIERNAN:  How do I get this going again?
8         THE REPORTER:  Hit the pause button.
9         MR. KIERNAN:  Pause break?  Say again?
10         THE REPORTER:  Use your mouse and --
11         MR. KIERNAN:  Oh, I see it.
12         THE REPORTER:  And hit --
13         MR. KIERNAN:  Got it, got it.  Thank you.
14 BY MR. KIERNAN:
15    Q.    I notice in the declaration you note that
16 you've done some consulting work, like you worked for
17 CRA and --
18    A.    Yes.
19    Q.    Okay.  Have you done any work, provided any
20 opinions, in antitrust cases or any antitrust matters?
21    A.    Yes.
22    Q.    Okay.
23    A.    Back with the Charles River Associates work I
24 did some econometric work at the request of Frank Fisher
25 on the Kodak Polaroid patent infringement case.  And at

Page 15

1 one point I also did work -- there was a case where the
2 NBA was suing, I believe, the -- the super station in
3 Chicago, WGN, for showing Chicago Bulls games with
4 Michael Jordan nationwide.
5    Q.    Okay.  Any others that you can think of?
6    A.    I wish my memory were better.  I -- I did go
7 some more cases for Charles River Associates.  There was
8 a case having to do with airline reservation systems, I
9 believe.  And that's as much as I can remember.
10    Q.    And have you ever been retained -- excuse
11 me -- to estimate the impact of some conduct on the
12 prices of consumer products?
13    A.    No.
14    Q.    Okay.  Have you ever been retained to estimate
15 damages resulting from alleged impact of conduct on
16 consumer prices -- on consumer products?
17    A.    No.
18    Q.    You note in your declaration that you're
19 currently providing consulting work to Industrial
20 Economics, Inc. on a damage assessment.
21    A.    Uh-huh.
22    Q.    And describe that for me.
23    A.    That's through the government, NOAA, for the
24 deep water horizon oil spill.
25    Q.    And what is the work that you're -- the

Page 16

1 consulting work that you're doing in connection with
2 that?
3    A.    We're estimating damages from the oil spill
4 based on consumer willingness to pay.
5    Q.    And you said "we."  Are there other people
6 involved?
7    A.    Yes.
8    Q.    Okay.
9    A.    It's -- it's a large team.
10    Q.    And what is your role?
11    A.    My role is mainly as the econometrician to
12 think about sampling issues and model estimation issues
13 and how to compute standard errors.
14    Q.    And in that matter have you proposed a model
15 to estimate damages?
16    A.    Yes.
17    Q.    And is it a regression model or --
18    A.    It's a bit --
19    Q.    Strike that.
20         Why don't you describe the model.  I'll start
21 . . .
22    A.    I'm not sure I'm at liberty to do that.  I --
23 I don't know what the protocol is, but I -- I am --
24         MS. SWEENEY:  Yeah, if it's --
25         THE WITNESS:  It -- it --

1    MS. SWEENEY:  If it's confidential --
2    THE WITNESS:  It's confidential.
3    MS. SWEENEY:  I'll just object to form.
4    THE WITNESS:  Sorry.  That is confidential
5  information.
6  BY MR. KIERNAN:
7    Q.   Okay.  And -- and just so I have it -- the
8  record clear, even the type of model that you are or not
9  using to estimate damages in the case, your testimony is
10  you cannot describe it for me because of a protective
11  order --
12    A.   Yes.
13    Q.   -- in that matter?
14    A.   Yes.  That's correct.
15    Q.   Other than that matter, have you been retained
16  to estimate or consult in estimating damages?
17    A.   No.
18    MR. KIERNAN:  All right.  Let me have his
19  report.
20    Can mark that as -- why don't we mark it as
21  Wooldridge 1 because I don't think we've been doing them
22  sequentially.
23    (Exhibit 1 marked.)
24  BY MR. KIERNAN:
25    Q.   Okay.  I'm handing you what's been marked as

1  Wooldridge 1.  Can you identify as -- Wooldridge 1 as
2  the declaration -- as your declaration that you
3  submitted in this case?
4    A.   Yes, it is.
5    Q.   Okay.  And is it -- does Wooldridge 1 contain
6  all the opinions that you're offering in this matter?
7    A.   Yes.
8    Q.   And contains all the bases for those opinions?
9    A.   Yes.
10    Q.   And does it list all the materials that you
11  relied on?
12    A.   Yes.
13    Q.   Okay.  And did you draft Wooldridge 1?
14    A.   Yes.
15    Q.   Did anyone else assist you with drafting it?
16    A.   Counsel read through and made small editorial
17  comments.
18    Q.   Did you review any deposition transcripts?
19    A.   Yes, I did.  I read the Noll report, both the
20  initial report and the rebuttal, and the Murphy and
21  Topel reports.
22    Q.   Okay.
23    MS. SWEENEY:  I -- I --
24    MR. KIERNAN:  I'm going to -- I'll clarify.
25  BY MR. KIERNAN:

1    Q.   What I mean by "deposition transcript" --
2    A.   Oh, deposition --
3    Q.   -- is --
4    A.   Oh, I'm sorry.  Not --
5    Q.   Like today we have a deposition and then --
6    A.   I did not read any deposition transcripts.
7    Q.   Okay.
8    A.   I'm sorry.  Yes.
9    Q.   And did you review the -- any of the data --
10  the datasets that Dr. Noll used in his regressions?
11    A.   No, I didn't see the datasets.
12    Q.   Okay.  Did you review the documents that Dr.
13  Noll cites in his reports?
14    A.   Um --
15    MS. SWEENEY:  Objection.  Overbroad.
16    THE WITNESS:  Did I -- I was familiar with
17  some of the econometrics works that he cited, but I did
18  not review -- he has previous dec-- -- declarations
19  listed there.  I did not review those or any of the
20  other -- there was a long list, I believe, of documents,
21  and I did not look at them.
22  BY MR. KIERNAN:
23    Q.   Okay.
24    A.   I had a limited amount of time.
25    Q.   And do you recall that Dr. Murphy and

1  Dr. Topel, they also listed a number of documents that
2  they considered?
3    A.   Yes.
4    Q.   And did you review any of those?
5    A.   No, I did not.
6    Q.   Did you review a supplemental report that was
7  jointly signed by Drs. Murphy and Dr. Topel?
8    A.   If it's the -- the recent one --
9    Q.   Yes.
10    A.   -- yes, I did.
11    Q.   Did you review the regression equations used
12  by Dr. Noll?
13    MS. SWEENEY:  Objection.  Vague and ambiguous.
14    THE WITNESS:  I -- I looked at the equations
15  and the reported standard errors, but I did not evaluate
16  the equations for content.
17  BY MR. KIERNAN:
18    Q.   Okay.  And did you evaluate the -- well,
19  strike that.
20    On page 2 of Wooldridge 1 of your declaration,
21  at the bottom, you state, "I restrict my comments to
22  issues associated with computing proper standard errors
23  and do not discuss model specification."
24    Do you see that?
25    A.   Yes.

**Page 21**

1    Q.   And what do you mean by "model specification"?
2    A.   Well, every regression analysis has a
3  dependent variable, which you're trying to explain, and
4  a set of explanatory variables sometimes called
5  independent variables.  And different people can have
6  different opinions on what those variables should be.
7  And I was not asked to evaluate that part of Dr. Noll's
8  analysis and so I haven't formed an opinion.  I didn't
9  look at the equations with an eye toward did I think
10 this was proper or not.
11        I was asked to do something fairly narrow,
12 which was evaluate the clustering issue.  And that's
13 what I spent my limited time on.
14    Q.   Okay.  Okay.  So you're not offering an
15 opinion on the model specification?
16    A.   That's correct.
17    Q.   And not offering an opinion on whether he
18 included the correct explanatory variables or what you
19 called the independent variables?
20    A.   That's correct.
21    Q.   Not offering an opinion on whether the
22 regression suffered from omitted-variable bias?
23    A.   Correct.
24    Q.   And no opinion on whether Dr. Noll's
25 regressions estimate or provide -- or produce a reliable

**Page 22**

1  damages estimate?
2    A.   I would need to study what he did in much more
3  depth to -- to -- comment on that.  And I wasn't
4  asked to do that and I -- I formed no opinion on that.
5    Q.   Fair enough.  Fair enough.  Okay.  So you have
6  not formed an opinion on whether Dr. Noll's regressions
7  produces reliable damages estimates?
8    A.   That's correct.
9    Q.   And no opinion on whether the conduct at issue
10 in this litigation impacted iPod prices?
11    A.   Correct.
12    Q.   No opinion on the amount of damages?
13    A.   That's correct.
14    Q.   What is your understanding about -- of what
15 this case is about?
16    A.   Oh, well, there were certain versions of iPods
17 that were installed with software that essentially
18 blocked a competitor's software that allowed downloading
19 music from competing sites other than the iTunes store.
20 But I -- I have to say I focused my attention on the
21 cluster sampling issue.  I understood what the data
22 structure was and what the basic question was, and I
23 didn't think in-depth about what the actual antitrust
24 issue is here.
25    Q.   Okay.  And what is the basis for your

**Page 23**

1  understanding of what the data structure used by Dr.
2  Noll in his two regressions is?
3    A.   He has transactions level data for shipments
4  of various classes of iPods, along with information
5  about the characteristics of the iPods and the prices at
6  which the transactions occurred, in- -- including when
7  they occurred.
8    Q.   And you understand Dr. Noll has two
9  regressions, one for resellers and then the other --
10   A.   Yes.  I -- I did take note of that, yes.
11   Q.   Okay.  And the data structure that you just
12 described, is that true for both types of customers,
13 sales to both types of customers or -- let me stop
14 there.
15   A.   The direct sales have that structure and,
16 yeah, I -- I -- I didn't see their both transactions
17 records in the direct sales.  There's -- there's perhaps
18 more than one unit sold.
19   Q.   Okay.  And I -- when you say shipments of
20 iPods, what are you referring to?
21   A.   Well, I call them transactions, I believe.
22 But a shipment is -- for the -- purposes of the data
23 analysis what matters is that there's a transaction that
24 happened for a certain kind of iPod on a certain day at
25 a certain price and so it could have been one iPod or it

**Page 24**

1  could have been many iPods.
2    Q.   Okay.  So ship- -- when you used the term
3  "shipment" previously you're referring to transaction?
4    A.   Yes.

23   Q.   And in your declaration you state that
24 Professor Noll is using the entire population of
25 transactions.  What do you mean by "the entire

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

Page 25

1  population"?
2      A.   Well, my understanding is that Apple provided
3  every -- every transaction over this ten- or 11-year
4  period and except for a couple that were dropped due to
5  missing data issues and, I believe, some outlining
6  observations, he has every transaction ever done.
7           Alternatively, Apple could have said, "Here's
8  a 10 percent random sample of our transaction," and then
9  it would have been a random sample from that population,
10  but instead he has all the transactions.
11     Q.   And all the transactions worldwide or just in
12  the United States?
13     A.   I didn't read it that -- that closely.  Sorry.
14  So if --
15     Q.   Okay.
16     A.   -- if it's just in the United States, then
17  it's the pop- -- then that defines the population.
18     Q.   Okay.  And so your understanding is that the
19  transactional data for -- used for both regressions
20  contain virtually every iPod sold in the U.S. during the
21  time period?
22     A.   Yes.
23     Q.   If you go to page 13 --
24     A.   Yes.
25     Q.   -- does paragraph 6 list the summary of your

Page 26

1  opinions in the case?
2      A.   Uh-huh.
3      Q.   Okay.  And with respect to the first,
4  "Clustering is inappropriate where, as here, the
5  regressions use the entire population of transactions,"
6  is it your opinion that clustering is inappropriate
7  whenever the entire population is used?
8      A.   It -- no.  It -- it could be appropriate if,
9  for example, you use information from other units, other
10  transactions in the data as part of an explanatory
11  variable in a transaction for a particular transaction.
12  So -- but Professor Noll did not do that.
13          Each transaction was its own separate unit and
14  each provides independent information on prices at which
15  these transactions occurred, given the -- given the
16  characteristics of the -- the different iPods and the
17  different time periods when they were purchased.
18     Q.   Going back to the circumstance that you
19  described where clustering could be appropriate when
20  using the entire population of transactions, you say it
21  could be appropriate if, for example, you use
22  information from other units other transactions in a
23  transaction for a particular transaction.
24     A.   I better clarify that.
25     Q.   Please.

Page 27

1      A.   Let me give you -- let me give you a different
2  example.  Suppose we had the entire population of
3  students in a state and we wanted to estimate the effect
4  of some intervention on student test scores, if we had
5  that entire population, we would just use a standard
6  regression analysis.  If we wanted to do something like
7  test whether there are peer effects, say, within the
8  neighborhood or the school, and we included a variable
9  that measured characteristics of students nearby the
10  other -- the -- the student in question, then that
11  could -- could create a clustering problem.
12     Q.   Okay.
13     A.   But my understanding is that Professor Noll
14  did not do that.
15     Q.   And using the data that's at issue in our
16  case --
17     A.   Uh-huh.
18     Q.   -- and the products that are at issue that are
19  being modeled, can you give me an example?  You -- you
20  used the school example.  Can you give an example using
21  the --
22     A.   Frankly, I can't even --
23          MS. SWEENEY:  Objection.
24          You've got to pause for a moment so I can
25  interject my objection.

Page 28

1          Objection to form.  Vague and ambiguous.
2  Incomplete hypothetical.
3  BY MR. KIERNAN:
4      Q.   Okay.  Go ahead.
5      A.   Frankly, I can't think of a reason you would
6  do that.  It -- it makes no sense to me to say that a
7  transaction that happened someplace else, some other
8  time period, would somehow have an effect on the price
9  of this particular transaction when -- and -- and the
10  point is Professor Noll didn't do it, so there's nothing
11  to -- to be concerned about here.
12     Q.   So, in your opinion, there's no circumstance
13  under which clustering could be a problem with respect
14  to the data that Dr. Noll used to estimate his
15  regressions?
16     A.   That's correct.  Let's -- and let me -- let me
17  expand on that a little bit.
18          I mentioned that he has, essentially, the
19  entire population of transactions.  He -- he could have
20  or Apple could have given him a 10 percent random
21  sample.  There's easy ways to generate a random sample
22  from a large population like that.  And then he would,
23  really, have had a random sample and the analysis would
24  have clearly been not subject to a criticism of
25  clustering because the -- the -- the observations would

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

1  have been -- been drawn to represent the population and
2  independently.
3          And so if you, then, say, well, what if he
4  took an additional 10 percent of the sample, then he
5  would have more data and that would be reflected in the
6  standard errors falling because you're getting more
7  data.  And, again, because it's a random sample, there's
8  no reason to cluster and clustering, in fact, only could
9  inflate the standard errors in an artificial way.  And
10 by the time you get up to the population -- having the
11 whole population is not a problem.  That's a -- that's a
12 good thing.  You have more information.  You want more
13 data to more precisely estimate the coefficients in the
14 regression model.
15         So that's why I assumed that a 10 percent
16 random sample wasn't taken because it's better to use
17 more data than -- than less data.
18     Q.  Right.  And so your opinion is that if
19 you have the entire population of iPod transactions
20 there's no circumstance under which clustering would be
21 appropriate?
22     A.  That's correct.
23     Q.  And you state, "There can be no cluster
24 sampling problem because there is no sampling."
25         If there were sampling --

1      A.  If --
2      Q.  -- are there circumstances under which
3  clustering would be appropriate dealing with iPod
4  transactions?
5      A.  With iPod transactions?  I don't see how --
6  not -- not the way -- it -- these were sampled
7  transaction by transaction and so there can't be a
8  cluster sampling problem if that's the way the -- the
9  data had been sampled.
10     Q.  Is it your opinion that the resid-- -- that the
11 error terms in Professor Noll's regressions are
12 independent?
13     A.  They're not independent ex post after you
14 choose the clusters, and it's very, very simple to see
15 that.  The clustering of a -- either the entire
16 population in this case or a random sample create --
17 artificially creates a problem that isn't there.  So the
18 idea is -- and -- and let's take a simple example of
19 this.
20         Suppose that we wanted to estimate -- and make
21 this simple -- we want to estimate the average, let's
22 say, hourly wage in the population of all hourly wage
23 workers.  The way we would do that -- and, of course,
24 that's a -- that's a big population in the United
25 States.  And surveys do this, they go out and they

1  collect a random sample of hourly wage workers and they
2  compute the sample average.
3          The sample average is the simplist example of
4  an OLS estimate, an ordinary least squares estimator.
5  It minimizes the sum of squared deviation.  So it is --
6  it is an example, essentially, of what Professor Noll is
7  doing.  Of course, regression analysis is a little more
8  complicated, but -- but let's stick with that.
9          Suppose that -- so the proper thing to do
10 would be to collect a random sample and you can look at
11 any introductory statistics book and it will show you
12 the formula for the standard error, which is the
13 standard deviation you estimate from your sample divided
14 by the square root of the sample size.  But suppose that
15 you -- along with the hourly wage you actually collected
16 information on the person's occupation.  So some people
17 are in the service industry, some people are
18 construction workers, some people are computer
19 programmers.
20         Now, suppose that after you've computed the
21 sample average, you then compute the residuals, which
22 would be everybody's -- every person's hourly wage net
23 of the total average across the entire sample.  So what
24 will you find if you do that?  Well, if you compute the
25 residuals within the -- the -- the now cluster of

1  workers in the service industry, those, very likely,
2  will be negative on average because service workers
3  earn -- or, let's say, fast-food workers earn a lower
4  hourly wage than the overall average.
5          If you go to the computer programmers, you're
6  going to find that that residual is positive because on
7  average they earn more than the total average in the
8  population.  In fact, the difference is simply -- the
9  average residual is just the average of the hourly wage
10 for computer programmers minus the overall average.
11         This is exactly what Murphy and Topel do.
12 They, then, do this ex post clustering, and they -- they
13 make a point of saying that the residuals are negative
14 here, they're negative and, you know, bigger here,
15 they're positive here and so on, when this is perfectly
16 predictable by the ex post clustering, but it does mean
17 that you should compute the standard error by clustering
18 the data, we already know how to compute the proper
19 standard error and that's to use the simple formula.
20     Q.  So is it your opinion that using cluster
21 standard errors overstate the true standard errors?
22     A.  Yes.
23     Q.  And your opinion is that they -- in using
24 clustered robust errors in this case -- overstate the
25 standard errors in Professor Noll's two regressions?

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

Page 33

1    A.    Yes, I do.
2        Q.    Okay.  And what's the basis for that?
3        A.    The -- the basis is that we know how to
4    compute the proper standard errors, which is how
5    Professor Noll does it, and the clustering only -- the
6    clustering ex post induces correlation.  And so if
7    you add the term that's at the end of the cluster, the
8    cluster robust standard errors, it's positive on average
9    for exactly the -- the reason I just explained, using
10   the simple example of hourly wages, because you've
11   clustered workers, say, by their occupation and you know
12   that workers in certain occupations are going to be
13   correlated with each other because they're in that
14   occupation, so they have either lower than average
15   wages, they might have average wages or higher than
16   average wages, but those averages move together within
17   each cluster.
18       Q.    And are there procedures or any tests that one
19   could perform to test your conclusion that the clustered
20   errors overstate the true standard errors in this case?
21       A.    There aren't tests because the tests are going
22   to -- are going to give you the conclusion that I just
23   said.  You don't need to test it because you know what's
24   going to happen ahead of time, that if you cluster on
25   the basis of some feature where the average

Page 34

1    systematically changes by that feature you will find
2    that there's been cluster correlation because you've
3    induced it by this -- this clustering that wasn't
4    necessary.
5        Q.    You stated that there aren't tests because the
6    tests are going to give you the conclusion I just said.
7        A.    There -- there aren't --
8        Q.    Sounds --
9        A.    -- useful tests.  There aren't -- there aren't
10   useful tests.
11       Q.    So there are no tests?
12       A.    That's correct.
13       Q.    Okay.
14       A.    There is theory and there is simulations.
15       Q.    Are there any simulations that you could run
16   to test your hypothesis that clustered robust errors
17   overstate the true standard errors in Professor Noll's
18   regressions?
19       A.    Yes.
20       Q.    And what are those?
21       A.    You can do the exercise that I basically just
22   laid out.  In fact, we should make this -- if we were to
23   make this about iPods and simplify the setting you could
24   do the following: Suppose that there are five different
25   kinds of iPods, what, classic, mini, nano, shuffle,

Page 35

1    touch, let's say, and suppose there's just a single
2    before-after period where harmony was blocked and when
3    it wasn't.  So in this situation what would the right
4    analysis be?  If you just wanted an estimate of the
5    average damage, then you could simply run a regression
6    of the -- the price or the log price on the before-after
7    dummy and not even actually have to include the -- the
8    kind of -- the kind of iPod if you -- if both were
9    available, both before and after and basically simulate
10   the data so that it -- it is a random sample from the
11   population and then ask what happens if we cluster after
12   the fact on the kind of iPod, whether it's a classic,
13   mini or shuffle or whatever.  This is what Murphy and
14   Topel do.
15       Q.    That's your understanding of what they did?
16       A.    They -- they clustered by time period --
17       Q.    Okay.
18       A.    -- and by family of iPod.
19       Q.    And define for me what family.
20       A.    Well, in this case there -- there would be no
21   difference because -- I wanted to -- if I didn't say
22   this -- to simplify things so that there's only one kind
23   of nano -- nano, one kind of touch, one kind of shuffle,
24   so that there's no differences in capacity or any other
25   features like that.

Page 36

1        Q.    Okay.  And define for me what "family" means
2    with respect to iPods.
3            MS. SWEENEY:  Objection.  Vague and ambiguous.
4    Are you asking him -- well, I -- I just don't understand
5    the question.
6    BY MR. KIERNAN:
7        Q.    If you don't know -- do you know what "family"
8    refers to with respect to iPods?
9        A.    "Family," I believe, refers to not just the
10   type, but also different characteristics of the -- of
11   the iPod --
12       Q.    And -- and --
13       A.    -- capacity and features and so on.
14       Q.    And how did Dr. Murphy and Dr. Topel cluster
15   the standard errors?  What's the cluster?
16       A.    They said they clustered by family and -- and
17   quarter.
18       Q.    Okay.  And how many clusters do they use?
19       A.    I'm not exactly sure because I don't believe
20   it was apparent from the report or I might have -- I --
21   I believe it's a few hundred.
22       Q.    Do you know how many observations per cluster?
23       A.    That's another thing that I did not find, but
24   if you take in the one case 2 million observations and
25   if it were 400 clusters, that would be 5,000 per cluster

**Page 33..36**

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

Page 37

1  on average.
2      Q.  Are there any -- is an alternative simulation
3  from the one you described -- well, strike that.
4          So the simulation that you just proposed would
5  be to simplify it by going to the model level rather
6  than the family level?
7      A.  Yes.
8      Q.  Am I -- okay.
9      A.  Uh-huh.
10     Q.  Could you also run simulations using the
11 family level?
12     A.  You could, yes.
13     Q.  Okay.
14     A.  Uh-huh.
15     Q.  And is one preferable to the other or would
16 you run them both?
17     A.  Well, if one had the time, you would want to
18 run a simulation that reflects the particular
19 application, yes.
20     Q.  Okay.
21     A.  But the -- the -- if -- if the data structure
22 had been the simple one that I had proposed, then the
23 only clustering that could have been done is by the
24 class of iPod.  And this is the analogue of what Murphy
25 and Topel did in their more complicated situation.  They

Page 38

1  defined more clusters, but that's because there's more
2  time periods and more family -- the -- the family -- the
3  number of families is larger in that case.
4      Q.  Well, the simple structure that you described
5  does not exist; correct?
6      A.  Oh --
7      Q.  That doesn't define the data structure?
8      A.  It doesn't exist for this --
9      Q.  In reality.
10     A.  -- particular application --
11     Q.  Correct.
12     A.  -- but it defines lots of data structures
13 that -- that have been used for intervention analysis,
14 sure.
15     Q.  Right.  But not in this case?
16     A.  It has the features, though, because, for
17 example, once you have several thousand observations per
18 cluster, then the simpler setting at least helps you
19 learn something about how clustering can give you very
20 overstated standard errors.
21     Q.  Other than the simulations, are there any
22 other procedures that one could perform to verify or
23 test your claim that clustered robust errors overstate
24 the true standard errors in Dr. Noll's regressions?
25     A.  One could work out the theory, uh-huh.

Page 39

1      Q.  And how would one work that out?
2      A.  You start off with the presumption that --
3  first -- first, again, starting under the assumption
4  that you have a random sample and then you see what
5  happens after you cluster on a feature which could be
6  family by quarter of -- of observation and -- and show
7  that the -- what the bias in the clustered standard
8  error is relative to the correct one.
9          The simulation -- it's important also to
10 understand the -- point of the simulation is that
11 you can actually figure out what the proper standard
12 error is --
13     Q.  Right.
14     A.  -- because you control the data and so you
15 know which standard error is -- is the one that's close
16 to the one you're trying to get.  And the standard error
17 that's going to win convincingly is the usual standard
18 error that does not cluster.
19     Q.  Well, isn't the point of the simulations to
20 see which standard error is going to win?
21     A.  That's correct.
22     Q.  Okay.
23     A.  Uh-huh.
24     Q.  Does the OLS standard error --
25     A.  I should -- I should bring something into

Page 40

1  this.  We already know that the original standard error
2  is going to do well because in this situation there are
3  many -- more than 2 million observations in your case,
4  but it would work really well with 1,000 observations,
5  for example, because there's a simple formula that has
6  been derived from theory that has been known for a long
7  time and so we know that that formula is going to work.
8          The only issue is, is there any bias and what
9  is the nature of the bias in doing the clustering when
10 you don't have to?  And so the issue is, really, how
11 much are you going to be wrong by doing the clustering
12 and how -- more to the point, how conservative will the
13 clustering be.
14     Q.  And as you -- as one increases the number of
15 observations using OLS standard errors, can the bias --
16 would the bias tend to increase or decrease?
17     A.  Oh, the bias will decrease.  In fact, the --
18 as I said, in most applications, once you have a 1,000
19 or a couple thousand observations the standard error
20 that you compute from OLS, even if they're the so-called
21 heteroskedasticity robust standard records do quite well
22 in those cases.  That, actually, raises an interesting
23 point about the clustering, is that once you've decided
24 on the clusters, so in the Murphy and Topel case,
25 they've taken a stand that the clustering should be at

**Page 37..40**

**Confidential - Attorneys' Eyes Only**

**Jeffrey Wooldridge, Ph.D.**      **The Apple iPod iTunes Anti-Trust Litigation**

---

**Page 41**

1  the family quarter level, which does raise the question,
2  why not at the month family level or the week family
3  level or the year family level? So how they came up
4  with that clustering, I'm not sure. I don't think
5  it's -- it's ever described. But once you've chosen the
6  clustering scheme, the clustered standard errors will
7  never get smaller. They depend only on the number of
8  clusters you've chosen, not on the number of overall
9  observations, which is peculiar because if you think of
10 standard we should think that information is
11 accumulating in a random sample as we get more and more
12 data and that is what happens.
13        That's why you see the usual OLS standard
14 errors heading to zero at the rate one over the square
15 to the sample size and the clustered standard errors
16 will just stay constant, given the number of groups that
17 you have. So you're left in the odd situation that
18 having lots of transactions data is viewed as being the
19 same as having not very much transactions data. And
20 that's because you're inappropriately clustering the
21 standard errors.
22     Q.   And just so I understand your opinion, if
23 you keep group size constant --
24     A.   If you keep --
25     Q.   It's the G --

**Page 42**

1      A.   -- the number of groups constant?
2      Q.   Right.
3      A.   Yes.
4      Q.   Let's call it G.
5      A.   Uh-huh.
6      Q.   So G, using your example, equals ten.
7      A.   Yes.
8      Q.   Okay. If you increase the number of
9  observations per group --
10     A.   Yes.
11     Q.   -- per cluster --
12     A.   Uh-huh. And the data have -- have come from a
13 random sample.
14     Q.   Oh, okay. Well, what if the data comes from
15 the entire population?
16     A.   Well --
17     Q.   What's the impact of using clustered robust
18 standard errors --
19     A.   Well --
20     Q.   -- as the number of observations per cluster
21 increase?
22     A.   Well, the traditional standard error, if
23 you don't -- if you actually act as if you have -- the
24 entire population is zero because you have no -- you
25 have no sampling error in the -- in the estimation.

**Page 43**

1  That's why you have to use a different kind of thought
2  experiment, which is -- one of which I laid out in
3  section 5 of my declaration that shows you that,
4  essentially, with the whole population you can argue
5  that the usual standard errors are the -- are the right
6  ones to use and, if anything, they're actually
7  conservative because when you have the whole population,
8  there's a -- a population correction that always reduces
9  the standard errors.
10        So the -- as you get more and more data,
11 again, if you fix the number of clusters using the
12 entire population is operationally the same as getting
13 more data in the perspective that I laid out in -- in
14 section 5.
15     Q.   And would you expect the OLS standard -- the
16 bias of the OLS standard errors to increase or decrease
17 as you increase the number of transactions per -- number
18 of observations per group, keeping the group constant?
19        MS. SWEENEY:  Objection. Vague and ambiguous.
20 Incomplete hypothetical.
21        THE WITNESS:  Okay. So let me -- let me say
22 this again. The data have been collected by random
23 sampling and so the clusters that have been -- that --
24 the usual OLS sustained errors ignore the clustering and
25 they properly ignore the clustering because this is an

**Page 44**

1  ex post structure that you've imposed on the data after
2  you've collected it. So the clustering that you use has
3  no effect on the traditional OLS standard errors as it
4  should be.
5        Again, let me give you an example. I mention
6  the -- the hourly wage occupation example. Suppose that
7  in addition to occupation you collected information on
8  highest grade completed, so schooling. Now, if you did
9  exactly the same exercise, if you collect the data --
10 and, remember, the goal here is to just estimate the
11 average wage in the population, but you say, I have
12 information on schooling, now I'm going to put people
13 into clusters based on the highest grade they've
14 completed, which might be five, ten categories, you're
15 going to find exactly the same phenomenon.
16        On average, people with lower education are
17 going to have a lower hourly -- hourly wage, and so
18 within that cluster you're going to find correlation.
19 Same thing, people with high levels of education are
20 going to have on average a higher hourly wage. So now
21 you've got occupation and you've got education and
22 there're two different ways of cluster, so which is the
23 right one? You know the answer has to be neither is the
24 right one because you've -- you've collected it via a
25 random sample. The goal is to estimate the population

**Page 41..44**

1  11:36 a.m.
2          (Recess.)
3          (Mr. Murray telephonically joins deposition.)
4          THE VIDEOGRAPHER:  Okay.  We're back on the
5  record 11:59 a.m.
6          MS. SWEENEY:  Professor Wooldridge, go ahead
7  and make those clarifications.
8          THE WITNESS:  The first clarification was the
9  amount of hours I spent on the case up to writing the
10 declaration, that was -- when I said five or six hours,
11 that was the actual time writing the declaration.  I
12 spent another six hours reading the background material,
13 the Noll report and the Murphy and Topel report.
14         MR. KIERNAN:  Okay.
15         MS. SWEENEY:  Was there one other one?
16         THE WITNESS:  The Noll rebuttal?
17         MS. SWEENEY:  No, I'm sorry.  I thought that
18 you were going to clarify two issues of testimony.
19         THE WITNESS:  Oh, oops.
20         MS. SWEENEY:  That's okay.
21 BY MR. KIERNAN:
22     Q.  All right.  Dr. Wooldridge, I was going back
23 through my notes and I -- it wasn't entirely clear to
24 me, under what circumstances could clustering standard
25 errors be appropriate when you have all the -- the --

1          MS. SWEENEY:  -- the deposition?
2          MR. KIERNAN:  Scott Murray from Apple is on
3  the phone.
4          MS. SWEENEY:  Okay.
5          MR. KIERNAN:  Hi, Scott.
6          MR. MURRAY:  Hello.
7  BY MR. KIERNAN:
8      Q.  As you sit here today, can you think of any
9  circumstances under which one would ex post group the
10 observations of iPod transactions and then use
11 information that's computed from other transactions as
12 part of the regression model for a particular
13 transaction?
14     A.  I can't think of why you would do that because
15 a hedonic price regression is about relating the price
16 of a particular unit to characteristics of that unit.
17 And, of course, prices will change over time as demand
18 in supply, conditions affect prices, but that's the --
19 the nature of a before-after analysis where you want to
20 account for or control for the characteristics of the
21 particular units that are being transacted.
22     Q.  Earlier you describe two ways, two procedures,
23 that could be used to test the hypothesis that
24 clustering -- that the clustered standard errors by Drs.
25 Murphy and Topel inflate the standard errors compared to

1  you have the entire population of transactions.
2          MS. SWEENEY:  Objection.  Asked and answered.
3          THE WITNESS:  As I said before, there's only
4  one case that I could think of and that's where ex post
5  you -- you group the observations and then you use
6  information that's computed from other transactions as
7  part of the regression model for a particular
8  transaction.
9          This would be like taking a sample of students
10 and then computing family income of some peers who live
11 next to them and including that in a regression model,
12 but there's nothing like that done in the analysis by
13 Professor Noll.
14 BY MR. KIERNAN:
15     Q.  Is that something that could be done with the
16 transactional data for iPods?
17         MS. SWEENEY:  Objection.  Incomplete
18 hypothetical.  Vague and ambiguous.
19         THE WITNESS:  It could be done, but I'm not
20 sure why anybody would do that.
21 BY MR. KIERNAN:
22     Q.  Are there any --
23         MS. SWEENEY:  Hold it.  Excuse me.  Before we
24 go on, did -- did anyone join the --
25         MR. KIERNAN:  Oh, yes.

1  the true precision of the estimates.
2      A.  Yes.
3      Q.  Are there any other procedures that you can
4  think of?
5      A.  No.  One -- one has basically two tools at --
6  at one's disposal when trying to evaluate any kind of
7  statistical procedure.  And since standard errors are a
8  measure of precision of estimates.  That measure is
9  across different realizations or samples of data.  And
10 so you can either do a theoretical calculation, which
11 uses the tools of statistics to account for the fact
12 that we're seeing different realizations of data or you
13 can actually do a simulation which creates different
14 samples or realizations of the data and study the
15 problem that way.
16     Q.  With respect to the theoret- -- you said
17 "theoretical calculation"?
18     A.  Yes.
19     Q.  Okay.  Have you done a theoretical calculation
20 that's set forth in your declaration that tests the
21 conclusion or hypothesis that Drs. Murphy's and Topel's
22 clustering standard errors vastly inflate the standard
23 errors compared with the true precision of the
24 estimates?
25     A.  After writing my declaration, I did do a

1    calculation like that, yes.
2        Q.    Is it in your declaration?
3        A.    No.  It happened after my declaration.  It was
4    to support what I knew had to be true by thinking
5    through the -- the different kinds of examples.
6        Q.    And have you produced that calculation that
7    you're referring to?
8        A.    Produced it to?
9        Q.    To the lawyers in this case.
10       A.    No.
11       Q.    And are you relying upon those calculations,
12   the theoretical calculations, for the opinions set forth
13   in your declaration?
14       A.    No.  What I was relying on was the idea
15   that -- and -- and, again, I have to admit, I scaled the
16   problem down so I could think about it better and
17   thinking about either a few occupational classes or a
18   few classes of iPod and what would happen in that case
19   if you clustered on a characteristic such as occupation
20   or class of iPod after you collected the data, and it
21   became clear that, of course, you would find in some of
22   the clusters there -- the residuals have a below -- an
23   average below zero, in some cases it would be above
24   zero.  The weighted average of them has to even out, has
25   to be zero, because you know that you're -- you're

1    computing the overall population average.
2        Q.    And --
3        A.    And so that --
4        Q.    Go ahead.
5        A.    -- perfectly explained what Murphy and --
6    Murphy -- Professors Murphy and Topel were finding in
7    their calculation of clustered standard errors and
8    looking at the residuals.
9        Q.    What perfectly explained what Professors
10   Murphy and Topel were finding in the calculation?
11       A.    Well, Professors Murphy and Topel report after
12   they do the clustering based on the family by calendar
13   -- by -- by quarter, that they -- to show that there was
14   a -- a problem that needed to be addressed with
15   clustering, they computed the residuals within each of
16   these clusters and they used as their main piece of
17   evidence that -- or one of the main pieces of evidence
18   that these average residuals were different across the
19   different clusters.
20            And I said that that is perfectly explained by
21   the fact that there -- the prices are going to be on
22   average different for different families as well as
23   different quarters and that in no way implied that the
24   standard errors had to be computed with -- with
25   clustering.

1        Q.    And what are some of the reasons why the
2    prices would be different for different families?
3        A.    Oh, well, of course different places can have
4    different sales going on.  They can have -- this isn't
5    my area of expertise.
6            I -- as I said, I haven't even looked at the
7    data, and I don't need to to understand that a family
8    decides -- is presented with a price or a reseller is
9    presented with a price, and they make a decision to buy
10   at that price or not.
11           The fact that those prices may be the same for
12   several families is -- does not imply that there is a
13   clustering problem.  One can think of many situations
14   where -- where that's true.  I give an example in my
15   declaration.
16       Q.    Sure.  But could there be a clustering
17   problem?
18           MS. SWEENEY:  Objection.  Vague and ambiguous.
19   Incomplete hypothetical.
20   BY MR. KIERNAN:
21       Q.    Well, you said -- so we can clarify it, you
22   said the fact that they may be the same for several
23   families does not imply that there is a clustering
24   problem, one can think of many situations where that's
25   true.  I gave an example in my declaration.

1            Are there circumstances --
2        A.    Oh --
3        Q.    -- that you can think of where there is a
4    clustering problem or could be?
5        A.    No, not with the way the data have been
6    collected.  So in -- in my declaration I use the example
7    that also had prices that you would expect not to -- to
8    vary much, especially within geographic units and within
9    time and that would be looking at the prices of some
10   standardized item at a fast-food restaurant.
11           The fact that two people might go to the same
12   fast-food chain and pay the same price does not mean
13   that those two observations form a cluster.  They're
14   independent draws based on a person's decision to buy or
15   not at that particular price and, in fact, it's -- the
16   fact that there isn't that much variation in the prices,
17   so the -- the example I used was suppose you're trying
18   to -- to decide whether prices are systematically
19   different in poor neighborhoods and -- and what I call
20   nonpoor neighborhoods, the fact that there may be little
21   price variation makes it all the more impressive if
22   you can actually find a difference across the two
23   different kinds of neighborhoods.
24           And, of course, the fact that there's little
25   price variation means that the variance of the residuals

1  will be small and that helps with the precision of the
2  estimates.  And this is what you find in Professor
3  Noll's calculation where the standard errors there's a
4  small residual variance and there's a lot of
5  observations and so he properly finds small standard
6  errors in his regression analysis.
7      **Q.   Is there a point at which the standard errors**
8  **are so low that would cause an econometrician like**
9  **yourself to question whether they were accurately**
10 **calculated?**
11        MS. SWEENEY:  Objection.  Incomplete
12 hypothetical.
13        THE WITNESS:  All I'm concerned about is given
14 the particular application, the model, the estimation
15 method, the way the data have been collected, has the
16 appropriate method been used or not and with lots of --
17 lots of observations and with little residual variance,
18 there's no rule of thumb below which the standard errors
19 would have to hit before you -- before you got
20 suspicious.  So I would say, no, there isn't -- there
21 isn't some sort of threshold.
22        I would -- I -- I evaluate these on the -- on
23 the -- on the merits of the modeling exercise and the --
24 the estimator used and in this particular case on how
25 the sample is -- is obtained or in this case the

1  population.
2  BY MR. KIERNAN:
3      **Q.   Are there factors that could impact the**
4  **reliability of the precision of the standard errors that**
5  **Dr. Noll reports?**
6      A.   I can't think of any.  A standard error
7  calculation is a fairly straightforward thing in most
8  cases with standard econometric methods such as OLS once
9  you understand how the data have been -- been obtained.
10 I should add, he did make the standard errors robust to
11 heteroskedasticity of unknown form, which means the
12 variance can change in an arbitrary way across
13 transaction and that is the appropriate thing to do.
14     **Q.   Are there any authorities, textbooks, public**
15 **articles that support your conclusion that clustered**
16 **robust errors overstate the true standard errors when**
17 **using the entire population of transactions?**
18     A.   Actually, this is fairly recent material.  I
19 started thinking about this a couple of years ago when I
20 had conversations with two -- two people that I've
21 worked with and we let it go.  And since then I've been,
22 after writing the declaration, thinking about the merits
23 of this case, I've worked out a little bit of theory as
24 well as the simulation.
25        It is commonly thought that clustering is,

1  quote, harmless if it's not needed, but this is -- this
2  is not true in the context of clustering after you've
3  collected a random sample.  If you have collected a
4  cluster sample and you have a large number of clusters
5  and relatively small observations within a cluster,
6  then -- then you can show, as the number of clusters get
7  large, the standard errors will approach the right
8  values, but that's assuming you've collected a cluster
9  sample.
10     **Q.   Can you cite to any authorities, textbooks or**
11 **articles, that support your conclusion that clustered**
12 **robust errors overstate the true standard errors when**
13 **using the entire population of transactions?**
14        MS. SWEENEY:  Objection.  Asked and answered.
15 BY MR. KIERNAN:
16     **Q.   I'd like the actual names of the authorities,**
17 **textbooks or articles to the extent the question was**
18 **confusing.**
19     A.   Oh, so I said that I -- I don't know of any.
20 I've -- I've worked this out since submitting my
21 declaration.
22     **Q.   You mention that at some point you talked**
23 **to -- did you say two people?**
24     A.   Uh-huh.
25     **Q.   And who were they?**

1      A.   Not -- not for this case.
2      **Q.   Understood.**
3      A.   Alberto Abadie is an econometrician at Kennedy
4  School of Harvard and Guido Imbens is an econometrician
5  at the Stanford Graduate School of Business.  I've
6  co-authored with Guido before and I actually do lectures
7  with him.
8      **Q.   And you noted that the three of you let it go.**
9  **What -- what did you mean by that?**
10     A.   Oh, it actually -- we didn't completely let it
11 go.  We just all got busy and were working on different
12 things.
13     **Q.   And did the three of you or any number of you**
14 **author a working paper?**
15     A.   There's no working paper.
16     **Q.   Any drafts of a working paper?**
17     A.   No.
18     **Q.   Any working paper of a working paper?**
19     A.   No.
20     **Q.   And are you working with them now -- either**
21 **one of them, now that you've picked this topic back up?**
22     A.   I believe we will pick the topic up, yes.
23     **Q.   Okay.  Have you talked to them about it?**
24     A.   No.  We have been actually talking about the
25 other -- just to clarify -- the material on the finite

1 population analysis that I mentioned in section 5, I
2 should say when you're using the entire population.
3    Q.   All right.  Describe for me, as precisely as
4 you can, Apple's pricing strategy for iPods.
5    MS. SWEENEY:  Objection.  Vague and ambiguous.
6 Overbroad.
7    THE WITNESS:  Actually, I don't know what
8 their strategy is.
9 BY MR. KIERNAN:
10 ████████████████████████████████████████████
11 ████████████████████████████████████
12 ████████████████████
13 ████████████████████████
14
15 BY MR. KIERNAN:
16    Q.   Do you know how often Apple reviewed its
17 pricing for particular iPod families?
18    MS. SWEENEY:  Same objections.
19    THE WITNESS:  No.
20 BY MR. KIERNAN:
21    Q.   If you could state it again because you
22 guys --
23    A.   No.
24    Q.   -- talked over each other.
25    A.   No.

1    Q.   Okay.  Is that something you examined?
2    A.   When I read the reports, I focused mainly on
3 the econometric issue of clustering.  I -- I really
4 didn't form an opinion or absorb the particular of the
5 pricing strategy.
6    Q.   Do you know what factors Apple takes in
7 account in setting the prices for a typical -- pardon
8 me.  Strike that.
9    Do you know what factors Apple takes into
10 account in setting prices for particular types of iPods?
11    MS. SWEENEY:  Objection.  Vague and ambiguous.
12 Overbroad.  Compound.
13    THE WITNESS:  Well, I assume -- I assume cost
14 is involved and I assume that the -- the -- the demand
15 for the various features is involved.
16 BY MR. KIERNAN:
17    Q.   Putting aside your assumptions, do you know
18 what factors Apple actually took into account in setting
19 the prices for any iPod that Dr. Noll examined in this
20 case?
21    A.   No.
22    MS. SWEENEY:  Same objections.
23    Give me a second to interject my objections.
24    THE WITNESS:  Okay.
25 BY MR. KIERNAN:

1    Q.   For a particular iPod family, how often did
2 Apple change the price on the iPod?
3    MS. SWEENEY:  Objection.  Vague and ambiguous
4 as to time.  Overbroad.  Compound.
5    THE WITNESS:  I'm not sure.
6 BY MR. KIERNAN:
7    Q.   Do you have any knowledge of how frequent
8 Apple changed the price of an iPod family?
9    A.   No.
10 ████████████████████████████████████████████
11 ██████████████████████
12 ████████████████████████████
13 ████████████████████
14
15    Q.   Have you examined how Dr. Noll's regressions
16 controlled for Apple's pricing policies and its impact
17 on Apple's prices for iPods?
18    MS. SWEENEY:  Objection.  Vague and ambiguous.
19    THE WITNESS:  I looked at his regressions and
20 noted that there are various features of the families --
21 the units themselves as you would expect in a hedonic
22 price regress- -- regression.
23 BY MR. KIERNAN:
24    Q.   Okay.  And did you examine whether Dr. Noll
25 included all of the explanatory -- all of the variables

1 that -- or strike that.
2    Did you examine whether Dr. Noll controlled
3 for all the factors that Apple considered when it set
4 the price for an iPod family?
5    A.   I didn't form an opinion about that.  I wasn't
6 asked to consider the model specification.
7    Q.   How did Apple set the price of iPods sold in
8 Apple retail stores?
9    A.   I don't know that.
10    Q.   Okay.  How did Apple set the price of iPods
11 sold on Apple online store?
12    A.   Again, I don't know that.
13    MS. SWEENEY:  And I'm going to belatedly
14 object.  Vague and ambiguous.  Compound.
15 BY MR. KIERNAN:
16    Q.   For a particular iPod model, let's say, the
17 iPod nano second-generation, 4 gigabyte, would the price
18 that Apple listed for that iPod be the same at the
19 retail store and the Apple online store?
20    A.   I don't know.
21    MS. SWEENEY:  Same objection.
22    Sorry.  Go ahead.
23    THE WITNESS:  I don't know.
24 BY MR. KIERNAN:
25    Q.   How did Apple set the price of iPods sold to

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

Page 77

1  Q.  -- family has a different feature?
2  A.  No.  So if you -- again, if you go back to the
3  case of how the clustering was done, it's not true that
4  you have to account for all of those features in order
5  for the usual standard errors collected under random
6  sampling to be valid.  So --
7  Q.  Go ahead.
8  A.  -- for the issue of computing the standard
9  errors -- and that -- that's why I'm not commenting on
10  model specification -- no, it doesn't matter that there
11  are some features that may not have been accounted for
12  or some interactions of features or something like that.
13  That's a modeling question.  That's not a question about
14  the standard errors.
15  Q.  Well, isn't the --
16  A.  So this --
17  Q.  Go ahead.
18  A.  So this is -- this is a common misperception.
19  If you take -- again, let's just start with a -- a large
20  population and you're going to take a large random
21  sample and you're going to estimate two models.  You
22  have Y and you have X1 and X2 and you regress Y on X1
23  and you regress Y on X1 and X2.
24  Now, whether you should include X2 or not is a
25  modeling issue.  The standard error that you compute in

Page 78

1  the usual way are valid even in the first regression
2  where you've omitted X2.  The fact that you've omitted
3  X2 does not affect the calculation of the standard
4  errors.
5  Q.  And what does it affect?
6  MS. SWEENEY:  Objection.
7  BY MR. KIERNAN:
8  Q.  What would it affect under that scenario?
9  MS. SWEENEY:  Vague and ambiguous.
10  Incomplete.
11  THE WITNESS:  Well, it --
12  BY MR. KIERNAN:
13  Q.  I'm not going to use -- let me strike that.
14  I want to use a hypothetical that you were
15  just using and you said that omitting the variable would
16  not affect the calculation of the standard errors.
17  Would omitting the variable effect anything else in the
18  model?
19  MS. SWEENEY:  Objection.  Vague and ambiguous.
20  THE WITNESS:  Well, sure, it could bias the
21  coefficient -- the coefficient and the simple
22  regression.
23  BY MR. KIERNAN:
24  Q.  And so -- and is that what you referred to in
25  your book as omitted-variable bias?

Page 79

1  A.  Yes.
2  Q.  And is it your testimony that omitted-
3  variable bias -- omitted-variable bias has no impact on
4  the -- on reliably calculating the standard errors for a
5  model?
6  A.  That's correct.
7  Q.  And just to make sure that you and I are on
8  the same page, when you refer to "omitted-variable
9  bias," what -- what are you referring to?  Define that
10  for me.
11  A.  Well, you would like to estimate the
12  coefficient on X1, let's call it beta 1, controlling for
13  the effects of X2 and if X2 is correlated with X1 and
14  you leave it out of the regression, then, in general,
15  the estimator of beta 1 will be biased.
16  Q.  The coefficient on the X1 will be biased?
17  A.  That's correct.  Yes.
18  Q.  But that will have -- your testimony is that
19  will have no impact on the calculation of the standard
20  errors?
21  A.  That's correct.  You'll get a valid standard
22  error and confidence interval for the parameter that you
23  are estimating.  It's actually easy to think this
24  through.  You just -- you can always write any equation
25  that you're estimating.  There's a population version of

Page 80

1  it.  And so you can write Y as a linear function of X1.
2  It may not have the coefficient that you want, but you
3  can always do that and you can always write the model
4  for Y as a function of X1 and X2.  Once you have a
5  random sample, the calculation of the standard errors is
6  standard.  There's no adjustment that needs to be made
7  because you might have omitted X2.
8  MS. SWEENEY:  Did you want to break for lunch?
9  MR. KIERNAN:  Let me see if I'm done.
10  Yeah, why don't we do that.
11  THE VIDEOGRAPHER:  This will be the end of DVD
12  No. 1.  We're going off the record at 12:41 p.m.
13  (Recess.)
14  THE VIDEOGRAPHER:  This is the beginning of
15  DVD No. 2.  We're going back on the record at 1:49 p.m.
16  BY MR. KIERNAN:
17  Q.  Okay.  Dr. Wooldridge, the error terms in Dr.
18  Noll's regressions, what do they represent?
19  A.  Factors that affect price that we don't
20  observe.
21  Q.  And what --
22  A.  Actually, they -- they can just be viewed as
23  the difference between Y and its expectation conditional
24  on the variables that are included in the regression.
25  Q.  And what would be some reasons why factors

**Page 77..80**

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                The Apple iPod iTunes Anti-Trust Litigation

Page 81

1    that affect price would not be observed?
2        A.   Well, usually there are various factors that
3    can --
4            MR. MURRAY: Scott here.
5    BY MR. KIERNAN:
6        Q.   Go ahead.  You said usually there are various
7    factors that can . . .
8        A.   Right.  So if -- for example, if there are
9    systematic differences across family and calendar year,
10   then those differences would be included in the error
11   term.
12       Q.   And would -- if there are omitted product
13   attributes that impact price, would those be captured in
14   the error term?
15       A.   The -- well, let me -- let me answer that like
16   this:  If -- it's not necessarily what is in the error
17   term that is -- that's important.  It's basically if
18   you're trying to learn about the coefficient on a
19   particular variable the question is whether you've
20   included enough of the other factors.
21           So if there -- I mean, as I tried to explain
22   before, the -- the nature of the error term, whether it
23   includes omitted factors or not, does not affect the
24   issue that I was asked to -- to evaluate, which is the
25   clustering issue.

Page 82

1        Q.   Okay.  Could variables that are unobserved or
2    not measured by the regression impact the calculation of
3    the standard errors?
4        A.   Not when -- not when it's the population or a
5    random sample from the population.  I -- so I gave you
6    that example where you had X1 and then you had X1 and
7    then X2, and it is, I believe, common -- some- --
8    somewhat commonly thought that the omission of X2 can
9    somehow affect the calculation of the standard error for
10   the coefficient on X1, but that's -- that's not true
11   under the sampling scheme that we're talking about,
12   random sampling or knowing the population.
13       Q.   Okay.  In the -- let me back up a step or two.
14   How is the standard error calculated?  As Dr. Noll --
15   using Dr. Noll's regression, how did he calculate the
16   standard errors?
17       A.   So he -- you would take the residuals from the
18   regression and from those residuals -- so the -- the
19   basic calculation that you learn in your first
20   econometrics course estimates the variance of the error
21   term by using the sum of squared residuals from the
22   regression and dividing it by a degrees of freedom
23   correction and then that gets multiplied by the
24   so-called X prime X inverse matrix.  And that's the
25   valid -- that's the valid calculation for the variance

Page 83

1    estimate under the assumption that the variance of the
2    error term doesn't depend on any of the factors you've
3    included in your regression model.  And there's an
4    adjustment that allows for that variance to be
5    unrestricted, an unrestricted function of those factors
6    that is a little more complicated than that.
7        Q.   And -- and what is that?
8        A.   It's the so-called Eicker Huber White
9    Estimator, which sometimes is called a sandwich
10   estimator because the way the formula appears where on
11   the inside there's a more general matrix that's
12   estimated that allows for the squared error term to be
13   correlated with the Xs and that's where the robustness
14   to heteroskedasticity comes from.
15       Q.   And in calculating the standard errors, is
16   there an assumption that the error terms in the
17   regression are independent of one another?
18       A.   Yes.  Well, the -- the -- the foundation of my
19   book, actually, in -- in the case of random sampling,
20   they're always independent of one another.  So when you
21   have a random sample there's no issue about whether
22   they're independent or not because they automatically
23   have to be.
24       Q.   Right.  And what about the case when it's not
25   a random sample?  Are you applying that assumption that

Page 84

1    the --
2        A.   Well, if -- for example, if the data were
3    truly collected by a cluster sample so that you were
4    sampling clusters rather than individual units, then
5    there would be some -- then that usual calculation of
6    the heteroskedasticity robust matrix would not be
7    correct, but that is assuming that you have collected --
8    you have cluster sampling.
9        Q.   Are there any circumstances under which ex
10   post clustering, as you've described it in your report
11   and today, would be appropriate when calculating
12   standard errors when dealing with an entire population
13   of transactions?
14       A.   It -- it depends on the regressors that were
15   included -- the -- the factors that -- that are included
16   in the model and as long as those factors are specific
17   to the individual transaction, then, no.  And that's
18   what Professor Noll did.
19           Believe early I men- -- earlier I mentioned
20   a -- a case where if you sampled students independently,
21   but then after the fact looked for peer effects by
22   looking at, you know, children who live near them and so
23   on, then that sort of addition to the model would or
24   possibly could induce cluster correlation within the
25   errors.

**Page 81..84**

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

Page 85

1    Q.   With respect to that example -- I'm glad you
2    brought it up -- at what level would you cluster in that
3    example that you just gave?
4        A.   Um, you would define -- typically what you
5    would do is you would have to define the notion of who
6    are the potential peers for a particular student.  And
7    so it might be something like the classroom or something
8    like the, you know, school and then you would compute an
9    average once you have defined what the peer group is and
10   then you would include those and so you would cluster at
11   that level.
12       Q.   And what factors would an econometrician
13   consider when deciding at what level -- the level of
14   clustering, whether it was, in your example, the
15   classroom or something else, some other level?
16       A.   Well, ideally in the case where you've
17   actually collected a cluster sample, that determines it
18   for you because you know what the clusters actually are.
19   And the other consideration is if you include
20   explanatory variables that are created by defining
21   clusters, then that would also define the level of
22   clustering.
23       Q.   And -- and going back to your example where
24   the data was not collected by cluster sampling --
25       A.   Uh-huh.

Page 86

1    Q.   -- what factors would an econometrician
2    consider in determining the level of clustering in that
3    scenario?
4        A.   Again, you'd have to first define what the
5    peer group is and then that would determine the level of
6    clustering.  So if --
7        Q.   Based on what?  Based on what factors?  I
8    mean --
9        A.   Well, in -- in --
10       Q.   -- what would an econometrician consider?
11       A.   -- in that particular example, it's -- it
12   actually doesn't have anything to do with being an
13   econometrician.  That's the sort of question that the
14   person undertaking the empirical work has to decide,
15   what -- what sort of children do I think affects a
16   particular child's outcome?  So it would be up to you to
17   specify ahead of time that it's, you know, the
18   neighborhood or the classroom or something like that.
19       Q.   Okay.  And my view of that may be different
20   from some other --
21       A.   That's correct.
22       Q.   -- somebody else's.
23            So it's a matter of judgment --
24       A.   Uh-huh.
25       Q.   -- of the person running the study?

Page 87

1        A.   Yes.  But if there are -- if there are no
2    so-called peer effects included in the equation, then
3    there's no need to cluster.
4        Q.   And -- one second.
5             If under that scenario there was no peer
6    effect, but the researcher did cluster by the -- by the
7    peer clustering level, as you suggested --
8        A.   Uh-huh.
9        Q.   -- what impact, if any, would that have on the
10   precision of the standard errors?
11       A.   Well, it depends on the -- if you had a large
12   number of clusters with few observations, then the
13   effect might be fairly small.  But then you would see
14   that the effect is fairly small.  That's the -- the
15   proof, essentially, is in the pudding, is that since you
16   know that the original standard errors are correct, if
17   you do the clustering and it matters a lot, then you've
18   either got an unusual sample or the cluster effects have
19   a bias in them -- I'm sorry -- the clustered standard
20   errors have a bias in them.
21       Q.   And, then, knowing that -- sorry -- you said
22   since you know that the original standard errors are
23   correct.
24       A.   So the situation was --
25       Q.   Yeah.

Page 88

1        A.   -- we randomly sample from the population --
2        Q.   Right.
3        A.   -- and then I said where you might have to
4    cluster is when you create a peer effect.  And then I --
5    I -- maybe I misunderstood you.
6        Q.   No, no.
7        A.   You -- you said, but suppose there is no pure
8    effect and you cluster anyway, well, that can only
9    increase the standard errors on average.
10       Q.   What I was referring to, Dr. Wooldridge, is I
11   want to understand when you stated -- what you meant by
12   the original standard errors are correct and you were
13   referring to --
14       A.   I mean the ones that were obtained via the
15   Eicker Huber White heteroskedasticity robust formula,
16   yes.
17       Q.   By drawing a random sample?
18       A.   Yes.
19       Q.   I asked you are there circumstances under
20   which ex post clustering, as you've described it in your
21   report and today, would be appropriate when calculating
22   standard errors when dealing with an entire population
23   of transactions.  Do you recall that question?
24       A.   I do.
25       Q.   Okay.  Depends on what regressors were

**Page 85..88**

Page 89

1  included, the factors that are included in the model, as
2  long as those factors are specific to the individual
3  transaction, then, no, and that's what Professor Noll
4  did.
5           What is an example when there are factors that
6  are not included where ex -- that would make ex post
7  clustering appropriate --
8       A.   There --
9       Q.   -- or something to be considered?
10      A.   There -- there aren't any unless you actually
11 create these clusters ex post.  So, in other words,
12 you'd have to make a conscious decision that you wanted
13 to -- to include information about other transactions
14 directly in the equation for this particular
15 transaction.
16          So, again, maybe I'm not -- you would be the
17 cause of the clustering problem because you decided to
18 do that.  If you don't decide to do that, then there
19 can't be a clustering problem.
20      Q.   Yeah, I think you and I are talking past one
21 another.
22          My question is -- maybe I'll ask -- reask the
23 question.
24          Are there any circumstances where you have the
25 entire population of the data in which ex post

Page 90

1  clustering, as you described it in your report and
2  today, would be appropriate when calculating the
3  standard errors?
4           MS. SWEENEY:  Objection.  Asked and answered.
5           THE WITNESS:  So, again, if you are using
6  information from the transaction that has been drawn,
7  the answer is, no.  Only if you've created a problem
8  where you, essentially, use information from other
9  observations can you create a clustering problem in that
10 setting.
11 BY MR. KIERNAN:
12      Q.   Ex post clustering, is that a generally
13 accepted term in econometrics?
14      A.   There's something closely related called ex
15 post stratification.
16      Q.   And is it your testimony today that those are
17 the same thing?
18      A.   No, they're not the same thing.
19      Q.   Okay.
20      A.   But they're --
21      Q.   Focusing on ex post clustering, is that a term
22 that is used in the field of econometrics?
23      A.   That's a good question.  I'm not sure I could
24 point to a source for that, actually.  I basically --
25 the idea is that for a long time cluster sampling was

Page 91

1  understood to be you sample clusters from the population
2  and this notion that you would, essentially, take a
3  random sample and then create clusters after you've,
4  essentially, observed the random sample is, I think, a
5  fairly recent phenomenon and turn -- it turns out to be
6  incorrect.
7       Q.   And what authority can you point to that
8  supports your conclusion that ex post clustering is
9  incorrect, as you just put it?
10      A.   Well, I -- I like to think of myself as an
11 authority on this, and this is an issue that has come up
12 in this particular case, and it's come up in some other
13 areas that I'm aware of.  That's why, in fact, I mention
14 the two authors that I've been working with started
15 talking about this problem a couple of years ago.  So I
16 guess I and my coauthors are the authorities.
17      Q.   And can -- have you published any peer review
18 articles that support your conclusion that ex post
19 clustering is inappropriate when dealing with an entire
20 population?
21      A.   Not on that specific topic, no.
22      Q.   And are you aware of any peer-reviewed
23 articles or other publications that support the
24 conclusion that ex post clustering is inappropriate when
25 dealing with the entire population?

Page 92

1       A.   The closest thing, which, again, the -- the
2  whole population versus sampling is a bit of a red
3  herring here because if -- if we had taken a -- a large
4  random sample, then the conclusions would -- would be,
5  essentially, the same.  The closest I can think of is my
6  own work on talking about inappropriately clustering a
7  stratified sample.
8       Q.   And where's that work?
9       A.   That's the American Economic review paper, the
10 2003 paper.
11      Q.   And is it your testimony that that paper
12 states that ex post clustering is inappropriate when
13 dealing with an entire population of transactions?
14      A.   No.  It's -- so let's be clear.  It's a -- a
15 statement about how clustering, when the data had been
16 collected from a stratified sampling, is inappropriate.
17      Q.   And is the -- was the data in -- that's used
18 by Professor Noll, was that collected from a stratified
19 sampling?
20      A.   No.  So a special case of stratified sampling
21 is random sampling and so if he had thrown out, you
22 know, 80 percent of the data and called that a random
23 sample, then it would apply -- apply directly to that
24 case.  But, as I said before, when you collect more
25 data, that's only a good thing.  So the different -- the

1  issue of the population versus the sample is irrelevant
2  here for the clustering issue.
3      Q.  So yours and Dr. Noll's opinions with respect
4  to the population are irrelevant to the issues in the
5  case of whether clustering is appropriate?
6          MS. SWEENEY:  Objection.  Misstates his
7  testimony.  Argumentative.
8          THE WITNESS:  No, I think that -- that's
9  not -- certainly not what I said.  The --
10 BY MR. KIERNAN:
11     Q.  How is it relevant then?
12     A.  How is?
13     Q.  How is -- how is the fact that, in your view,
14 that Dr. Noll had the entire population of iPod
15 transactions relevant to the opinions that you're
16 offering in this case?
17         MS. SWEENEY:  Objection.  Asked and answered.
18         THE WITNESS:  I'm not sure how I can answer
19 that differently.
20 BY MR. KIERNAN:
21     Q.  Well, you stated --
22     A.  So -- so, again -- so --
23 BY MR. KIERNAN:
24     Q.  -- the issue --
25     A.  Okay.  So let me --

1          MS. SWEENEY:  Please don't -- David, don't
2  interrupt.
3          MR. KIERNAN:  He had stopped --
4          THE WITNESS:  Yeah, and --
5          MR. KIERNAN:  -- and I started.  So I didn't
6  interrupt him.  He actually interrupted me.
7          THE WITNESS:  That was my fault, yeah.
8  BY MR. KIERNAN:
9      Q.  But go ahead.
10     A.  The -- again, if you take the millions of
11 transactions that are in the population and you took a
12 random sample from those, okay, the clustering on the
13 basis of characteristics that you, you know, observe
14 like the family in the quarter, would be the incorrect
15 thing to do.
16         As you get more and more data, that doesn't
17 change and so whether you think of that as the entire
18 population or a larger random sample, essentially you --
19 you get -- you get the same answer.
20         MS. SWEENEY:  The spotlight is on you.
21         MR. KIERNAN:  But the documents are great.
22 We're all laughing because I made a joke.
23 BY MR. KIERNAN:
24     Q.  Your opinion that there can be no cluster
25 sampling problem because there is no sampling, what

1  authority supports that opinion?
2      A.  The argument that I just used for you, that --
3      Q.  Okay.
4      A.  -- the --
5      Q.  Any peer-review publication that supports your
6  opinion that there can be no cluster sampling problem
7  because there is no sampling?
8          MS. SWEENEY:  And I'd just like to interject
9  an objection and ask the witness, you can go ahead and
10 finish your prior answer that Mr. Kiernan interrupted.
11 BY MR. KIERNAN:
12     Q.  And if I did interrupt you, I did not mean to.
13     A.  So, again, the -- when you have a large
14 population you could take a random sample from that in
15 which case there's no justification for the clustering.
16     Q.  Yeah.  I understood your argument.  What I'm
17 asking is what peer-reviewed authorities can you cite to
18 me just --
19     A.  For the population problem, I -- I can't.
20         MS. SWEENEY:  And, again, I'm going to ask you
21 to stop interrupting the witness.  You -- every time he
22 starts to give an answer, you interrupt if you don't
23 like it.  You're not entitled to do that.  So please
24 don't interrupt the witness anymore.
25 BY MR. KIERNAN:

1      Q.  In your report you describe the -- section 5
2  you referred to it a couple of times today -- to the
3  unconfoundedness assumption.
4      A.  Uh-huh.
5      Q.  Do you recall that?  And define that for me.
6      A.  That means that the assignment to the
7  treatment in the control group doesn't depend on, in
8  this case, what the price differential would be under
9  two regimes.  So think of -- think of it before harmony
10 was blocked and after harmony was blocked and actually
11 just -- you don't have to bring time into it, just two
12 states of the world, harmony is blocked, harmony is not
13 blocked.  And then you see some units where that was
14 true and some units where that wasn't true and the idea
15 is that the intervention is independent of what the
16 difference in prices would have been in the two states
17 of the world.
18     Q.  And what circumstances must exist for the
19 unconfoundedness assumption to hold?
20     A.  Well, there -- you could have an experiment
21 where you have a random intervention or you can have a
22 before-after where you have included enough factors so
23 that it's -- the intervention is effectively random
24 after you've included those factors.
25     Q.  And have you examined whether or not with

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

1  respect to Professor Noll's two regressions the
2  unconfoundedness assumption holds?
3       A.   That's more -- that's a modeling question, so
4  I did not think about that, yes.
5       Q.   And so you're not offering an opinion on
6  whether or not the unconfoundedness assumption applies
7  with respect to Professor Noll's two regressions?
8       A.   That's correct.
9       Q.   If there were important variables that
10 explained prices of iPods that were left out of the
11 regression, could that cause the unconfoundedness
12 assumption to be violated?
13      A.   Yes, it could and -- but I don't have an
14 opinion on whether that's the case here.
15      Q.   When dealing with an entire population, are
16 there methods available to econometricians to account
17 for correlation of error terms when calculating standard
18 errors?
19      A.   Well, like I said, there's no need to do it
20 when you're using only the information from each record
21 in your econometric analysis.
22           So the -- you know, the fact that you then
23 decide that after you have this entire population that
24 you're going to, essentially, arbitrarily define
25 clusters and then conclude that based on your

1  definitions you're seeing correlation within those
2  clusters does not say that you should use cluster robust
3  inference.
4       Q.   In your textbook you note that "We should not
5  expect good properties of the cluster robust inference
6  with small groups and very large group sizes when
7  cluster effects are left in the error term."
8            Do you recall saying something along those
9  lines?
10      A.   Yes, uh-huh.
11      Q.   What do you mean by that?
12           MS. SWEENEY:  Can -- can -- can I interject
13 for a moment?  Do you have a copy of that?
14           MR. KIERNAN:  Well, he recalls it.
15           MS. SWEENEY:  Yeah, but can you give the page
16 cite?
17           MR. KIERNAN:  I don't have the page cite.
18           THE WITNESS:  Is that from the second edition
19 of my book?
20 BY MR. KIERNAN:
21      Q.   Yes.
22      A.   Means that if you -- if you use -- if you use
23 cluster sampling and you choose only a relatively small
24 number of clusters with large cluster sizes, there's no
25 theory that says that those cluster robust standard

1  errors have any desirable properties.
2       Q.   Okay.  And when you state, "We should not
3  expect good properties of the cluster robust standards,"
4  what are the good properties that you're referring to?
5       A.   You would want them to, essentially, be
6  unbiased estimates or even consistent estimates of the
7  actual sampling variances.
8       Q.   Right.  So one would be unbiasness?
9       A.   Yes.  Well, that's -- so the sampling
10 variances, the -- usual OLS estimators are unbiased
11 estimators of the -- the usual -- the usual variance
12 estimators for the OLS -- that's a -- the sampling
13 variances for the OLS estimators are unbiased and then
14 we take the square roots of them to get the standard
15 errors.  And you can't always -- the -- the cluster
16 robust ones, they're never exactly unbiased, so you talk
17 about approximations and you often talk about what
18 happens as you get more and more data.
19           And the theory on cluster sampling does not
20 allow for the case where you have a small number of
21 clusters and -- well, having a small number of clusters
22 is a problem in general and certainly when you have a
23 large number of observations per cluster none of the
24 theory applies to that case.
25      Q.   And what number of clusters is -- what

1  threshold is the point at which the number of clusters
2  is no longer a problem?
3       A.   This is a -- an impossible question to answer.
4  It is the question empirical people are most interested
5  in.  So assuming that it's appropriate to cluster, it
6  depends on lots of different characteristics of the
7  problem.  For example, it depends on how big the cluster
8  sizes are.  It depends on the distribution of the
9  observables and unobservables in the population.
10           So this is something that theory can't easily
11 answer and that's why people do simulations to try to
12 find when the -- the -- the theory of having a large
13 number of clusters seems to work fairly well.
14      Q.   When you referred to "observables" in your
15 last answer, were you -- and "unobservables," what were
16 you referring to?
17      A.   The explanatory variables and -- as the
18 observables and then the error term is the
19 unobservables.
20      Q.   And so that I understand your answer, it's
21 that theory doesn't provide the answer and so there are
22 econometricians that are implying empirical analysis to
23 try to answer that question?
24      A.   Simulation studies, yes.
25      Q.   Is it simulation studies like what Hanson did

1   and the quarter or the date of the transaction and so
2   on.
3   BY MR. KIERNAN:
4       Q.   And with respect to the school example --
5       A.   Uh-huh.
6       Q.   -- if I got all the students within a state --
7       A.   Uh-huh.
8       Q.   -- and I got the big data file, wouldn't it be
9   analogous to what you just described in that I would
10  learn of the school and the district from that same
11  dataset?
12          MS. SWEENEY:  Objection to form.  Vague and
13  ambiguous.  Incomplete.
14          THE WITNESS:  Yes.  And, in fact, that's why I
15  included that example in my declaration is because once
16  you've gathered the information on the students, the
17  fact that you also learned about their school and their
18  school district does not mean you should then group them
19  into clusters based on their school or their district.
20  BY MR. KIERNAN:
21      Q.   But that example in your report -- just to
22  make sure I understand it -- aren't you, what you're
23  referring to right now, is when you randomly sample the
24  students at the first stage?
25      A.   Yes.

1       Q.   Yeah.  Okay.  Differ- -- I have a different
2   hypothetical.
3       A.   Okay.
4       Q.   You pull all the students' information
5   first --
6       A.   Uh-huh.
7       Q.   -- and then from there you learn about -- you
8   learn from the dataset you have the entire population of
9   students --
10      A.   Uh-huh.
11      Q.   -- and then you learn from the dataset, the
12  schools and districts and so forth.  How is that
13  different from what you describe on page 3?
14          MS. SWEENEY:  Objection.  Vague and ambiguous.
15  Incomplete.
16          THE WITNESS:  As a practical matter I don't
17  think it's different.
18  BY MR. KIERNAN:
19      Q.   Okay.  How does one determine -- or strike
20  that.
21          What methods does an econometrician apply to
22  determine if something is ex post clustering?
23      A.   Oh, well, you have to know -- there are -- so
24  if you have a sample of data, then, of course, you know
25  because after you've drawn the observations you can see

1   what you're clustering on.  In the case of a whole
2   population you know because the clustering is
3   essentially arbitrarily defined.
4       Q.   Any other factors that one would consider if
5   ex post factor clustering occurred when a whole
6   population is being used?  You named the clustering is
7   arbitrarily defined.  Any other factors?
8       A.   Well, in -- again, since the distinction
9   between the population and the sample is really one of
10  number of observations here, if you can determine it
11  based on a random sampling thought experiment, then you
12  can determine it in the population as well.
13          So, in other words, if I took a random sample
14  of the transactions and then clustered on the basis of
15  family and quarter, then the same sort of clustering
16  would be inappropriate with the entire population.
17      Q.   And what factors does an econometrician
18  consider in determining whether the clustering was, in
19  your words, essentially arbitrary?
20      A.   Well, because -- because the observations
21  don't have a cluster structure.
22      Q.   And how do you determine that?  How does --
23  what are the factors that an econometrician considers to
24  determine whether, in your words, there is -- they do
25  not have a cluster structure?

1           MS. SWEENEY:  Objection.  Asked and answered.
2   Vague and ambiguous.
3           THE WITNESS:  You have to have a population of
4   clusters and then from that you know what the cluster
5   structure is.
6   BY MR. KIERNAN:
7       Q.   And what -- what factors do you consider to
8   determine whether you have a population of clusters?
9       A.   Well, it, again, depends on -- the population
10  is -- of clusters is defined once you have determined
11  the sampling scheme.  So in other words, if you're
12  sampling schools, clusters of schools.
13      Q.   On page 6 of your declaration -- let me know
14  when you get there.
15      A.   Yes.
16      Q.   It's roughly a quarter of the way down,
17  "Clustering is a property of how the data are collected
18  and has nothing to do with how much variation there is
19  in the underlying population variable or variables."
20      A.   Uh-huh.
21      Q.   Do you see that?
22      A.   Uh-huh.
23      Q.   And what authority supports that statement?
24      A.   Well, it's -- the -- I've given several
25  examples.  It's -- the authority is basically that you

**Page 113**

1  can't really anticipate every time somebody is going to
2  get something wrong like this, so I tried to explain
3  through examples that if you -- if you have a variable
4  that doesn't change very much in a population and you
5  draw a random sample from it, that has -- how much
6  variation there is in the population has nothing to do
7  with whether you have to treat those observations as
8  being from a cluster sample.
9        MR. KIERNAN:  Okay.  Move to strike as
10 nonresponsive.
11       MS. SWEENEY:  And I disagree with that
12 characterization.
13 BY MR. KIERNAN:
14   **Q.   For the statement, "Clustering is a property**
15 **of how the data are collected and has nothing to do with**
16 **how much variation there is in the underlying population**
17 **variable or variables," stated on page 6 of Wooldridge**
18 **1, please cite for me authority that supports that**
19 **proposition.**
20   A.  I can't give you a citation for that.
21   **Q.   And is it your testimony today that that**
22 **statement is generally accepted in the field of**
23 **econometrics?**
24   A.  Yes, I believe it would be.
25   **Q.   And can you cite to any authority, any peer-**

**Page 114**

1  reviewed publications, that support your testimony that
2  **that is generally accepted in the field of econometrics?**
3    A.  I -- I'm sorry.  Could you repeat that?  That
4  sounded like the same question to me.
5    **Q.   Slightly different.  And that is, can you cite**
6  **to any authority, including a peer-reviewed publication,**
7  **that support your testimony that your statement on**
8  **page 6 is generally accepted in the field of**
9  **econometrics?**
10   A.  Well, here's what I can do:  I can point to
11 the literally thousands, if not tens of thousands, of
12 papers published in empirical economics that never
13 discusses whether the variation and the dependent
14 variable has any bearing on whether to cluster or not.
15 So I would think it would show up somewhere if that were
16 actually an issue.
17       So many labor economists have done analyses
18 with all kinds of response variables, including, as I
19 said, variables such as do you have a job or not, and
20 that has much less variation because it's a 01 variable
21 than if you look at their annual earnings.  And the fact
22 that one is much less variable than the other has
23 nothing to do with whether you should cluster the data.
24   **Q.   And it's your testimony that labor**
25 **econometricians, it's generally accepted, that they**

**Page 115**

1  **would not use clustering in the scenario that you just**
2  **described?**
3    A.  If -- if you ran-- -- if you had a random
4  sample, I certainly hope not.  Again, you could only
5  cluster if after you obtained your data you define some
6  clusters to -- to cluster on and that would lead to an
7  increased bias in your standard errors.
8    **Q.   Okay.  Name for me the ones that you can**
9  **recall, as you sit here, the literally thousands, if not**
10 **tens of thousands, of papers published empirical**
11 **economics that never discuss whether the variation in**
12 **the underlying population variable or variables --**
13   A.  Well, I certainly --
14   **Q.   -- is relevant with respect to clustering?**
15       MS. SWEENEY:  Yeah, I'm going to object.
16 That's sort of a ridiculous question.  He's not going to
17 sit here and identify tens of thousands of articles for
18 you.
19 BY MR. KIERNAN:
20   **Q.   Could you list, as you sit here today, tens of**
21 **thousands of articles?**
22       MS. SWEENEY:  Objection.  Improper --
23       THE WITNESS:  As I sit here right now, no.
24 BY MR. KIERNAN:
25   **Q.   Okay.  Name -- name five for me.**

**Page 116**

1    A.  Well, look, I follow empirical work and --
2    **Q.   Just name five.**
3        MS. SWEENEY:  Objection.
4        MR. KIERNAN:  Okay.
5        MS. SWEENEY:  Asked and answered.
6  Argumentative.
7  BY MR. KIERNAN:
8    **Q.   Name one.**
9        MS. SWEENEY:  Harassing the witness.
10 Stop now.
11       THE WITNESS:  Angrist -- Angrist and Krueger,
12 their paper on estimating the effects of schooling on
13 wages.
14 BY MR. KIERNAN:
15   **Q.   Okay.  Any others you can think of?**
16   A.  Melon's paper on evaluating a job training
17 program, an AER paper.  The thing is that they don't
18 discuss this issue because it doesn't come up.
19   **Q.   What issue doesn't come up?**
20   A.  The fact that there's -- how much variation
21 there is in their data, whether that leads to a
22 clustering problem or not.
23       MR. KIERNAN:  Let's take a short break.
24       MS. SWEENEY:  Are you almost done?
25       THE VIDEOGRAPHER:  Going off the record at

1   2:43 p.m.
2          (Recess.)
3          THE VIDEOGRAPHER:  Okay.  We're back on the
4   record at 3:04 p.m.
5   BY MR. KIERNAN:
6      Q.   Dr. Wooldridge, do you agree with the
7   statement, "It is probably a sensible rule to at least
8   consider the data as being generated as a cluster sample
9   whenever covariates at a level more aggregated in the
10  individual units are included in an analysis"?
11     A.   That sounds like something I wrote.
12     Q.   And do you agree with it?
13     A.   Actually, I would want to re-examine that
14  statement in light of this sort of recent research that
15  I've done.  It certainly is -- when you have variables
16  that are defined at, like, a school district level and
17  you have schools, you may or may not have to cluster.
18  But then when you do it or you don't do it, you can see
19  the answer, assuming that you have a large number of
20  clusters with relatively few units per cluster.  But it
21  may be too -- it may be too conservative to do that.
22     Q.   And, as you sit here today, do you stand by
23  your statement so that "It's a sensible rule to at least
24  consider the data as being generated as a cluster sample
25  whenever covariates at a level more aggregated than the

1   individual units are included in an analysis"?
2      A.   If you -- I mean, ideally you would know the
3   level of which the data were clustered, so that's --
4   that's a case -- that's a conservative approach to the
5   problem where you might not know how the data were
6   generated.
7      Q.   And so today do you stand by your statement in
8   your book?
9      A.   Actually, I would -- as I said, in light of
10  these sort of new findings on clustering random samples,
11  I would actually want to revisit that to see whether
12  that's a -- a useful thing to do or not.  And it has to
13  do with -- it's always going to have to do with the
14  number of clusters that you have and the number of
15  observations per cluster.
16     Q.   And what would you want to examine in
17  analyzing or considering whether or not to revise the
18  statement in your book that we've been discussing?
19     A.   Well, I would want to work out the theory for
20  what happens when you assume the data are generated from
21  a random sample, but you include covariates that are
22  defined at a higher level.
23     Q.   Anything else?
24     A.   Simulation.
25     Q.   In Professor Noll's analysis of the iPod

1   transactional data, did he include covariates at a level
2   more aggregated than the individual unit transactions?
3      A.   Well, each -- each variable -- no, each
4   transaction is defined by its characteristics.
5      Q.   Okay.  So you're understanding is that
6   Professor Noll's analysis of the iPod transaction data,
7   he did not include covariates at a level more aggregated
8   than the individual transactions?  Is that your
9   understanding?
10     A.   No.  He included time effects and he included
11  attributes of the products.
12     Q.   Okay.  And is it your testimony that time
13  effects --
14     A.   Those are --
15     Q.   -- and attributes of products are covariates
16  at a level more aggregated than the individual unit
17  transactions?
18     A.   They're not more aggregated.  An example would
19  be to say that because some people have the same level
20  of education that -- that how -- is somehow a variable
21  that's aggregated -- that's defined at a more aggregated
22  level because you can put everybody into a class of
23  education.
24     Q.   Okay.  And either we're not communicating
25  well -- well, let me -- I just want to ask this to make

1   sure I have this clear.
2          Did Professor Noll's analysis of iPod
3   transactional data include covariates at a level more
4   aggregated in individual iPod transactions?
5      A.   Not the way I would define them, no.
6      Q.   And when you say "define them," what is the
7   "them" referring to?



19     Q.   Did you examine Professor Noll's analysis to
20  determine whether he included covariates at a level more
21  aggravated than the individual units that are included
22  in the analysis?
23     A.   Did I examine the regressions?  I did look --
24     Q.   For that purpose.
25     A.   I did look at the variables that were included

1  in the regression, yes.
2     Q.  Do you agree that in some cases you can define
3  the clusters to allow additional spacial correlation?
4     A.  Spacial correlation?  Well, spacial
5  correlation has to do when you have -- is usually a
6  feature where you have large geographical units and you
7  don't have random sampling.
8     Q.  So, for example, if you think of sampling
9  fourth grade classrooms and you're concerned about
10  correlation in student performance not just within the
11  class, but also within the school, then you could define
12  the clusters to be the schools?
13     A.  Not if you take a random sample of fourth
14  graders from the population of fourth-grade classrooms.
15  That would be an example of what I'm calling ex post
16  clustering because you would then be, essentially,
17  looking at the school that the classroom came from and
18  making that your cluster when you already have a random
19  sample of fourth-grade classrooms so you don't need to
20  do anything further.
21        (Exhibit 2 marked.)
22  BY MR. KIERNAN:
23     Q.  Okay.  Let me hand you what's been marked as
24  Wooldridge 2.
25        And I'll represent to you, Dr. Wooldridge,

1  that this is a copy of the section on Clustering
2  Sampling, 20.3, from Chapter 20 of your textbook
3  Econometric Analysis of Cross Section and Panel Data,
4  Second Edition.
5        Do you recognize the section on Cluster
6  Sampling?
7     A.  Yes, I do.
8     Q.  Okay.  And if you turn to page 864 --
9     A.  Okay.
10     Q.  -- and this is under Section 20.3.1 --
11     A.  Uh-huh.  Okay.
12     Q.  -- and in this section you're discussing an
13  example which a random sample fourth-grade classrooms is
14  drawn in the state and the common factor affecting
15  students in a given classroom is the characteristics of
16  the teacher.
17     A.  Uh-huh.
18     Q.  Is that right?
19     A.  I'm sorry.  Where are you seeing that?
20     Q.  In this section where you're using the sample
21  of fourth-grade classroom, my under- --
22        MS. SWEENEY:  Go ahead and take a second to
23  read it.
24        MR. KIERNAN:  Yeah.
25        THE WITNESS:  Are you looking at the back?

1  Where are you -- I'm sorry.
2  BY MR. KIERNAN:
3     Q.  I'm looking at Clustering Sampling.
4     A.  This page.
5        Yeah, I might rethink that now.
6     Q.  Why is that?  Well, rethink what?
7     A.  In other words, whether you actually have to
8  cluster at the school level --
9     Q.  So in --
10     A.  -- after doing --
11     Q.  -- your textbook -- oh, sorry.
12     A.  After doing more recent analysis, yes.
13     Q.  Okay.  In your textbook you propose clustering
14  when calculating the --
15     A.  So this is a conservative thing to do, yes.
16  That doesn't mean that if you have good reason not to do
17  it, that you -- that you should still do it.
18     Q.  Where do you state it's a conservative --
19  conservative thing to do and if you have a reason not to
20  do it, you shouldn't do it?  Where is that in your
21  textbook?
22     A.  Well, we -- as I mentioned, this is a learning
23  process, right?  So after examining these problems with
24  this ex post clustering, I now know that it's a
25  conservative thing to do.  So, yes, I would probably --

1  I would rewrite this section a bit if I -- if there's a
2  third edition coming.
3     Q.  And did you make the same recommendation in
4  the first edition of your textbook, Econometric Analysis
5  of Cross Section Panel Data?
6     A.  Actually, that's -- I can't remember.  It was
7  a fairly extensive revision of the book.
8     Q.  And you state, "After examining these problems
9  with this ex post clustering," are you referring to in
10  connection with this case?
11     A.  No, just in general.  Just the theory that
12  I've worked out and that, as I mentioned, my coauthors
13  and I had been working on.
14        So, in other words, when you realize that if
15  you are randomly sampling any unit, whether it's an
16  individual student or a fourth-grade classroom, it's
17  actually -- it's certainly conservative to compute the
18  cluster robust standard errors and it's not going to be
19  very costly in a case like this if you don't have to
20  because you have a large number of clusters with
21  relatively small cluster sizes.  But if you do it in the
22  case where you don't -- where your cluster sizes are
23  very large and so there's no theory to tell you that
24  those clusters standard errors are going to settle down
25  to the usual ones, then I would be more careful here and

1  argue that you -- you shouldn't necessarily do it
2  because your inference could be much too conservative.
3      Q.   Okay.
4      A.   This is the -- the point of -- there's another
5  section in here on stratified sampling.  And it's the
6  same sort of argument that you can always do something
7  that's very conservative, but you may not learn much and
8  if you can do something else that is -- is actually
9  providing the proper standard errors, then you should do
10 that.
11     Q.   And have you reached an ultimate conclusion of
12 whether to revise the paragraphs in your Chapter 20.3.1?
13     A.   Yes.  I probably -- I think I would revise
14 them in light -- in fact, I would add a section on ex
15 post clustering.
16     Q.   And what -- what authorities or peer-reviewed
17 papers would you cite in support of your new section in
18 your textbook?
19     A.   Well, a lot of this book is actually based on
20 original research, so I probably wouldn't.  If I finish
21 the work with my co-authors, then I would cite that.
22     Q.   And, as of today, you have not completed that
23 work?
24     A.   The theory is -- is essentially finished --
25     Q.   And --

1      A.   -- and some -- and some simulation results.
2      Q.   Have you completed the simulation result --
3  work?
4      A.   Simulation work is -- it's hard to decide
5  where to stop, but there's -- there's a fair amount of
6  simulation work.
7      Q.   Okay.  Have you completed the empirical work
8  with respect to your theory on ex post clustering?
9      A.   So by "empirical" do you mean with an actual
10 dataset or do you mean the simulations?
11     Q.   The simulations.  I know this morning you were
12 describing the simulations as the empirical work like --
13     A.   Oh.
14     Q.   -- what Hansen was doing.
15     A.   Okay.  So just to be clear, when economists
16 say "empirical work," they usually mean data that's been
17 collected from the real world --
18     Q.   Sure.
19     A.   -- as opposed to generating.  So if you mean
20 the simulations experiments, is it completed?  Well, you
21 can always -- you can always vary parameters and see how
22 things change when you vary parameters, but the
23 simulations predict the theory quite well.
24     Q.   And have the simulations been peer reviewed?
25     A.   No.

1      Q.   If you turn to page 868, you have an example
2  20.3.  Just tell me when you get there.
3      A.   Yes.
4      Q.   And this is Cluster Correlation in Teacher
5  Compensation.  Do you see that?
6      A.   Uh-huh.
7      Q.   And "The data set is in BENEFITS.RAW, includes
8  average compensation, at the school level, for teachers
9  in Michigan."
10          Do you see that?
11     A.   Yes.
12     Q.   And do you understand that that data include
13 the entire population?
14     A.   Yes.
15     Q.   Okay.  And then in your textbook you state,
16 "We view this as a cluster sample of school districts,
17 the schools within districts representing the individual
18 units"; is that accurate?
19     A.   It's an example, yes.
20     Q.   Okay.  And this is an example of what you
21 described on page 864?
22     A.   Actually, this is -- yeah, this is just an
23 example to, essentially, create a -- what could have
24 been a cluster sample so that they can see what happens
25 when you -- when you do cluster at a -- at a more

1  aggregate level, but -- and you can see that the
2  standard errors do go up, so it's a conservative thing
3  to do.
4      Q.   And in example 20.3, the -- the data was not
5  collected using cluster sampling; isn't that correct?
6      A.   That's correct.
7      Q.   You collected the entire population?
8      A.   Actually, it's not the entire population, no.
9  It's -- it's a subset of the districts from the state of
10 Michigan.  It contains a lot of them, but not all of
11 them.
12     Q.   How many did you exclude?
13     A.   500 and -- probably about --
14     Q.   Does eight come to mind?
15     A.   Eight?  No, I think it's got to be more than
16 that.  I think there are currently 500 and 55 -- 18 or
17 20 or something like that, yeah.
18     Q.   Okay.  So virtually all the school districts?
19     A.   It -- very close, yes.  Where you have --
20 yeah.  So G equals 537 when these are elementary
21 schools, I believe.  So you have a large G with
22 relatively few schools per -- so few observations per
23 cluster.
24     Q.   Now, are you familiar with --
25     A.   And this, by the way, actually fits with the

1  theory that I -- that the standard errors would go up by
2  a fair amount.
3      Q.   And are you -- other than theory, are you
4  relying upon anything to support that the standard
5  errors would go up by a large amount?  Any --
6      A.   The simulations.
7      Q.   Other than the ones that you -- that you've
8  been working on recently, are there other simulations
9  that you're relying upon for that statement?
10      A.   I don't know of any simulations that ask the
11  question what would happen if you simulated -- if
12  you clustered a random sample based on characteristics
13  that you draw along with the main variable, yes.
14  Usually when -- when properties of the clustered
15  standard errors are evaluated via simulation, they are
16  actually cluster samples that have been drawn like in
17  Chris Hansen's work, for example, or the DueFlow, et
18  al., paper in the QJE.
19      Q.   You state in your report that clustered
20  standard errors are not justified with, say, ten
21  clusters and 200 observations per cluster.
22      Do you recall that page 5 of your report?
23      A.   Uh-huh.
24      Q.   And I notice you don't have a citation there.
25  Can you cite to me --

1      A.   I should --
2      Q.   -- the authority --
3      A.   I should have put a citation in there.  I'd
4  probably have to go look that up.  There's a paper by, I
5  think it's Mitchell Peterson.  It's in a financial
6  journal.  I'd have to go -- Journal of Financial, maybe
7  it's Journal of Finance.
8      Q.   And what is a -- the conclusion or opinion set
9  forth in that paper with respect to this issue?
10      A.   That clustering can be effective for computing
11  standard errors when you have a large number of clusters
12  and not too many units per cluster.  That's actually a
13  paper that the setting is a bit different because it's
14  -- it's panel data, so there is a time dimension, and so
15  they're considering the case of clustering both in the
16  cross-sectional dimension in some cases and the time
17  series and others and then across both dimensions and
18  others.
19      I could probably -- I -- I'd have to think.
20  I -- I mentioned this before, that there's no sort of
21  absolute rule of thumb that you can use, but the theory
22  certainly doesn't allow for that kind of configuration.
23  If you think that thinking of G heading off to infinity
24  with the number of observations per cluster fixed is a
25  good thought experiment, it isn't because the -- the

1  large sample theory that's obtained from letting G get
2  large is not going to be very relevant for that
3  particular structure.
4      Q.   So are you relying upon Hansen's paper for the
5  statement that clustered standard errors are not
6  justified with ten clusters in 200 observations?
7      A.   He considers a similar configuration.  I don't
8  know if it's exactly that configuration.  In fact, he
9  may have fewer observations per cluster and shows that
10  they don't work as the theory -- as -- as the large
11  cluster theory says they should.
12      Q.   When was the last time you reviewed Hansen's
13  paper, 2007 paper?
14      A.   Ah, it has been a little while.  Well,
15  actually, no.  I -- I just looked at it the other day,
16  but now I can't remember what the -- yes.  So I'd have
17  to go back and look at that more carefully.
18      Q.   Did you review it before submitting this
19  report?  In connection with drafting this report, did
20  you review it?
21      A.   I reviewed -- I -- I reviewed the lecture
22  notes that I've written that refer to his report, his
23  paper.
24      Q.   Did you review any of the simulations that
25  were included in tables 1 through 4 in his -- in his

1  paper?
2      A.   I thought I looked at them, yes.
3      Q.   Okay.  And is it your testimony that Chris
4  Hansen stated that the higher the ratio of observations
5  per cluster to number of clusters the more poorly
6  clustered standard errors --
7      A.   I'm not sure he said that, no.
8      Q.   Is it your testimony that his paper supports
9  that conclusion in your report?
10      A.   I'm not sure it supports that statement.  He
11  does -- he does show that the performance deteriorates
12  as for a fixed number of clusters you get more
13  observations per cluster, yes.
14      Q.   What deteriorates?
15      A.   The --
16      Q.   Performance of what?  Oh, sorry.
17      A.   Sorry.  The performance of the standard
18  errors.
19      Q.   Under what -- under what calculation?  So you
20  recall Hansen does OLS clustered and random.  Under
21  which does it perform more poorly as you increase the
22  number of observations --
23      A.   Well --
24      Q.   -- per cluster as you keep number --
25      A.   All that's --

1    Q.   -- number of clusters constant?

2    A.   All that's relevant for this is the OLS versus

3 clustering.

4    Q.   Right.

5    A.   Right.  And clustering -- well, no, but, see,

6 in the -- in the OLS case, there -- if you're talking

7 about computing the usual standard errors, he has built

8 cluster correlation into his simulations -- that was my

9 comment earlier -- whereas my simulation said, suppose

10 we take a random sample and then we do clustering, he's

11 built that into his analysis so that there is cluster

12 correlation.  And so neither of them works very well

13 when you have a small number of clusters and many

14 observations per cluster.

15    Q.   Your testimony is that's what Chris Hansen

16 states in his paper --

17    A.   That's what --

18    Q.   -- that as you increase -- that as you

19 increase the number of observations per cluster, keeping

20 cluster -- the number of clusters constant that OLS

21 performs more poorly and so does the clustered standard

22 errors?

23    A.   Yes.

24    MS. SWEENEY:  And I -- I don't think the court

25 reporter caught the witness's first answer because the

1 examiner, again, talked over him.

2    Do you want to repeat what you had said

3 before, before David interrupted you, if you can

4 remember it.

5    THE WITNESS:  Oh, the -- I -- I think it was

6 about -- talking about three different versions of the

7 standard errors, did you say, OLS, clustered, and you

8 said something about random --

9 BY MR. KIERNAN:

10    Q.   Random effects.

11    A.   -- random effects.  So, yeah, that -- the

12 issue here is the OLS versus the clustered standard

13 errors and the OLS does poorly, but that's because

14 cluster correlation has been built into the simulation.

15    Again, it's a -- it's a different situation

16 because he's dealing with panel data and so the cluster

17 correlation is actually what we call serial correlation

18 in the errors across time.

19    Q.   Now, Dr. Wooldridge, you cite to Hansen --

20 Hansen's paper as supporting your opinions in this case;

21 right?

22    A.   Yeah.  Uh-huh.  Yes.

23    Q.   Okay.  Even though he's using panel data?

24    A.   Yes, because the panel data -- the panel data

25 introduces correlation in the cluster.  It introduces it

1 of a specific form, but it still has the same effect

2 that it induces correlation within a unit in the

3 cluster.

4    MR. KIERNAN:  Let's just do this.

5    I will hand you what is Exhibit 3.  Is that

6 right?

7    (Exhibit 3 marked.)

8 BY MR. KIERNAN:

9    Q.   Can you identify Exhibit 3?

10    A.   Yes.

11    Q.   And what is this?

12    A.   This is the -- this is Chris Hansen's 2007

13 paper on clustering.

14    Q.   And is this the paper that you're relying upon

15 in your declaration, Wooldridge 1?

16    A.   Somewhat, yes.

17    Q.   Okay.  And if you turn to pages 612 to 615 --

18    A.   Uh-huh.

19    Q.   -- you'll see the simulations that you've been

20 discussing.

21    A.   Uh-huh.

22    Q.   And if -- pardon me.

23    Okay.  I just want to walk through this.  So

24 if I look down at table one, N equals 10 and T equals

25 10, is it your understanding that N represents a number

1 of clusters?

2    A.   Yes.

3    Q.   And T represents number of observations per

4 cluster?

5    A.   Yes.

6    Q.   Okay.  And then column four, that's the target

7 standard error?

8    A.   Yes.

9    Q.   Okay.  And then the difference between two and

10 four -- columns two and four is how well the estimator

11 is computing the standard errors?

12    A.   Yes.

13    Q.   And, therefore, the difference shows you the

14 bias of the estimated standard errors?

15    A.   Yes.

16    Q.   Okay.  And if we look down at row -- where it

17 says B. Random Effects --

18    A.   Right.

19    Q.   -- and let's consider the case where the

20 intergroup correlation is high, so it's 0.9.

21    A.   Okay.  Uh-huh.

22    Q.   Okay.  And if we look at OLS -- compare OLS to

23 clustering, which performs better?

24    A.   The clustering --

25    MS. SWEENEY:  Objection.  Vague and ambiguous.

1    I'm sorry.  Go ahead.
2  BY MR. KIERNAN:
3    **Q.   Go ahead, Dr. Wooldridge.**
4    A.   The clustering performs better because the
5  cluster effect is left in the error term for OLS, so
6  this is data that had been generated with a cluster
7  affect.
8    **Q.   And then in table two Chris Hansen keeps the**
9  **number of clusters constant at ten; correct?**
10    A.   Uh-huh.
11    **Q.   And he increases the observations to 50**
12  **observations per cluster; correct?**
13    A.   Yes.
14    MS. SWEENEY:  I'm sorry.  Where are you?
15    MR. KIERNAN:  I'm on table two.
16    MS. SWEENEY:  Any particular place in table
17  two?
18    MR. KIERNAN:  No.
19    MS. SWEENEY:  No?  Okay.  Sorry.
20    MR. KIERNAN:  That's all right.
21  BY MR. KIERNAN:
22    **Q.   Okay.  And in looking at the same case where**
23  **the intergroup correlation is high, so it's 0.9 under**
24  **Random Effects, here this shows that when the number of**
25  **observations per cluster increase, keeping the number of**

1  clusters constant, OLS performs even worse; isn't that
2  correct?
3    A.   The OLS standard error performs worse,
4  correct.
5    **Q.   Okay.  And how about the cluster standard**
6  **errors?**
7    A.   It -- they're performing a little better.
8    **Q.   Okay.**
9    A.   And that's -- but in this data-generating
10  mechanism, the cluster is of a form where it's serial
11  correlation that's dying out over time, not a -- not
12  what you would get if you were using randomly sampled
13  data and then clustering after you've randomly sampled.
14    **Q.   And then if you turn to page, look at Table**
15  **three, now Dr. Hansen increases the number of clusters**
16  **or group, from ten to 50.**
17    A.   Uh-huh.
18    **Q.   But uses ten observations per cluster.  Do you**
19  **see that?**
20    A.   Yes.
21    **Q.   And then using the same case where the**
22  **intergroup correlation is at 0.9 --**
23    A.   Uh-huh.
24    **Q.   -- which performs better, the OLS or the**
25  **cluster?**

1    A.   The cluster.
2    **Q.   And then in table four, Dr. Hansen runs a**
3  **simulation again, keeping the number of clusters**
4  **constant at 50, but doubles the number of observations**
5  **per cluster.**
6    **Do you see that?**
7    A.   Yes.
8    **Q.   And what impact does that have on the**
9  **performance on the OLS estimator?**
10    A.   It deteriorates.
11    **Q.   And what impact does that have on the cluster**
12  **robust estimator?**
13    A.   So in this case it gets a little better.
14    **Q.   Roughly -- do you recall roughly how many**
15  **variables Dr. Noll had in his regressions?**
16    A.   Well, it's two -- two pages' worth.  So I
17  don't know.  Maybe -- maybe it's more than two pages'
18  worth.  Must be 50 or 60, something like that.
19    MR. KIERNAN:  Okay.  I'm going to hand you
20  what is your rebuttal report.  Okay?  I'm going to mark
21  this as Exhibit Wooldridge 4.
22    MS. SWEENEY:  So which one are you marking as
23  4?  Just the --
24    MR. KIERNAN:  Just the -- yeah, these, but
25  I've provided the --

1    MS. SWEENEY:  Okay.  Thank you.
2    MR. KIERNAN:  -- entire rebuttal at your
3  request.
4    MS. SWEENEY:  Okay.
5    (Exhibit 4 marked.)
6  BY MR. KIERNAN:
7    **Q.   And you can take a moment to see that**
8  **Exhibit 4 is the -- Dr. Noll's reseller and direct**
9  **consumer regressions, the reports in Exhibit 3 of his**
10  **rebuttal report.**
11    **Do you see that?**
12    A.   Yes.
13    **Q.   And, roughly, how many variables does Dr. Noll**
14  **include in his regressions?**
15    A.   Let's look.  It's more like 100, roughly.
16    MS. SWEENEY:  Do you want him to count them on
17  this page?
18    THE WITNESS:  Eighty, something like that.
19  BY MR. KIERNAN:
20    **Q.   Okay.**
21    A.   Yeah.
22    **Q.   And then -- just a second.  I lost my copy.**
23    MR. KIERNAN:  Oh, there it is.  Thank you.
24  BY MR. KIERNAN:
25    **Q.   And you'll notice that the vast majority are**

1  statistically significant at the one percent level.
2      A.   Yes.
3      Q.   Okay.  Is it -- is it unusual to find this
4  level of significant over so many variables in a
5  regression?
6          MS. SWEENEY:  Objection.  Overbroad.  Vague
7  and ambiguous.
8          THE WITNESS:  It's unusual to have 2 million
9  observations.
10 BY MR. KIERNAN:
11     Q.   And not my question.
12     A.   And to have -- and to have -- so -- so is it
13 unusual?  The -- often we don't have good explanatory
14 variables for micro-type outcomes.  So if this were a
15 wage equation and we only had, you know, a dozen
16 characteristics of people to explain their wage, then I
17 would expect much more residual variance.  But if we had
18 two million observations, we can still get quite small
19 standard errors and statistical significance.
20         I mentioned some work earlier by Angrist and
21 Krueger and Angrist has also done work with Bill Evans,
22 using five percent census data and, yeah, you -- you get
23 small standard errors when you have large datasets like
24 that.
25     Q.   And if you look at Exhibit 3B -- so we were

1  looking at 3A -- 3B's the direct sales regression --
2      A.   Uh-huh.
3      Q.   -- and if you look at the regression output,
4  Dr. Noll reports that every single coefficient is
5  statistically significant at the one percent level.
6          Do you see that?
7      A.   Yes.
8      Q.   Do you find it unusual or is it unusual that a
9  regression with this many variables could -- or strike
10 that.
11         If you have a regression with close to 80
12 variables, could it all be considered near perfect
13 variables for explaining iPod prices?
14         MS. SWEENEY:  Objection.  Vague and ambiguous.
15         THE WITNESS:  Yes.  I'm not sure what you mean
16 by "near perfect."  If you mean that statistically
17 significant at a low significance level, then, again,
18 I'm not surprised with this very large sample size.
19         This is the difference between -- so without
20 commenting on the coefficients, the difference between
21 practical significance and statistical significance.  If
22 you have -- even if you have really small coefficients
23 with enough data you can drive the standard error to be
24 close to zero and so, no, it's not surprising to me.
25 BY MR. KIERNAN:

1      Q.   Okay.  And if you look at -- if you look at
2  Exhibit 3B and let's take the harmony2 variable, do you
3  know what that refers to?
4      A.   I believe there was a second version of the
5  harmony software and that's what that indicates.
6      Q.   Okay.
7      A.   It's a 01 variable indicating when harmony2
8  was released, I believe.
9      Q.   And what would be the T statistic on the
10 harmony2 variable in the regression represented in 3
11 here?
12     A.   You're asking me to do calculations that I'm
13 not very good at, so maybe you have done it for me.
14     Q.   How would you calculate the --
15     A.   Oh, I would --
16     Q.   -- T statistic?
17     A.   Yeah, I would take the coefficient estimate
18 and divide by the standard error.  Actually, I would get
19 it from the Stata output probably because that would
20 be -- yes.
21     Q.   And if you had a T statistic, let's say, 25,
22 what would that tell you?  How would you interpret that,
23 a T statistic of 25?
24     A.   It's a strong rejection that the coefficient
25 is equal to zero.

1      Q.   And if the T statistic -- strike that.
2      A.   These are much bigger than that.
3      Q.   I know.
4      A.   But that's, again, with 36, 37 million
5  observations, it's rare that one has a dataset with that
6  many observations.  And, as I said, it's -- it's also
7  because these are such good predictors of price you have
8  little residual variance to explain.
9      Q.   And how do you know that they are such good
10 predictors of price?  What are you basing that statement
11 on?
12     A.   The R-squared.
13     Q.   Anything else?
14     A.   No, because you could have statistical
15 significance even at a very high level and not have
16 necessarily a high adjusted R-squared.  There's nothing
17 that says there has to be any particular relationship
18 between those.
19         As I mentioned in the Angrist and Krueger
20 work, they have a fair amount of residual variance left
21 over, but because they're using the 5 percent census,
22 they still get large T statistics.
23         (Exhibit 5 marked.)
24 BY MR. KIERNAN:
25     Q.   Let me hand you what's been marked as

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

Page 145

1   Wooldridge 5.  Can you identify Wooldridge 5 for me?
2       A.   This is a set of lecture notes for the basis
3   of a set of lectures that Guido Imbens and I gave at the
4   National Bureau of Economic Research in the summer of
5   2007.
6           (Exhibit 6 marked.)
7   BY MR. KIERNAN:
8       Q.   Okay.  I will hand you what's been marked as
9   Wooldridge 6.
10          Can you identify Wooldridge 6 for the record?
11      A.   This is also a set of lecture notes.  This --
12  I should have said, the first set is on estimating
13  average treatment effects under unconfoundedness and
14  these are lecture notes on linear panel data models for
15  the series of lectures.
16      Q.   In your report on page 5, if you look at the
17  second full paragraph --
18      A.   Uh-huh.
19      Q.   -- about two-thirds of the way down you state,
20  "The higher is the ratio" -- "The higher the ratio of
21  observations per cluster to number of clusters, the more
22  poorly clustered standard errors behave."
23          Do you see that?
24      A.   Yes.
25      Q.   What support do you have for that statement?

Page 146

1       A.   Well, I would have to go back and look at the
2   papers that I've read that have done simulations on
3   this.  They don't -- this is a general statement.  So
4   you could -- you could find -- in other words, general
5   patterns.  You could find specific simulations for given
6   number of clusters and observations.  This might not be
7   true, but it's -- generally -- it's a general statement
8   about the patterns you would observe across lots of
9   simulations as you get more and more observations per
10  cluster.
11      Q.   And, as you sit here today, can you identify
12  any work that supports that statement?
13      A.   Well, I -- as I -- any -- any published work?
14  No.  I've done my own simulations that -- that show the
15  standard errors become -- are -- are conservative when
16  you -- when you get -- well, with -- with a fixed and
17  relatively small number of clusters, yes.  In -- in the
18  cases I have looked at very conservative, but that's
19  a -- that's an issue of inappropriate clustering.
20  There's a separate issue of how would the clustered
21  standard errors behave if -- if you had a cluster sample
22  where you just had a small number of clusters with many
23  observations per cluster.
24      Q.   And you state, "The higher is the rate -- "The
25  higher is the ratio," that should read, "The higher the

Page 147

1   ratio."
2           And at what point -- at what ratio does the
3   clustered standard errors start performing more poorly?
4       A.   You can't -- this is a question you can't
5   really know because it depends so much on the specifics
6   of the simulation.  So it would depend whether it's a
7   panel dataset or a true cluster sample.  It would depend
8   on whether you've applied clustering to a random sample.
9   There are all these things that would come into play.
10      Q.   Okay.  And in this paragraph, you're
11  describing that if clustering were legitimate in this
12  case --
13      A.   Yes.
14      Q.   -- and you're stating that it's not
15  legitimate --
16      A.   Right.
17      Q.   -- but you're assuming here that even if it
18  were legitimate, there's another problem which is the
19  ratio of observations to clusters per -- to observations
20  per cluster could be too high.
21      A.   Uh-huh.
22      Q.   Is that something that you've examined in this
23  case?
24      A.   Not in this specific case, no.
25      Q.   So you're stating here it could be a

Page 148

1   problem --
2       A.   Uh-huh.
3       Q.   -- but you haven't reached an opinion on that?
4       A.   That's -- that's correct.
5           MR. KIERNAN:  Let's go off the record, give me
6   five minutes.
7           MS. SWEENEY:  Okay.
8           THE VIDEOGRAPHER:  Going off the record at
9   3:53 p.m.
10          (Recess.)
11          THE VIDEOGRAPHER:  Back on the record at
12  4:07 p.m.
13          (Exhibit 7 marked.)
14  BY MR. KIERNAN:
15      Q.   I will be handing you what has been marked as
16  Wooldridge 7.
17          And Wooldridge 7 is the paper by Justin
18  Wolfers, "Did Unilateral Divorce Laws Raise Divorce
19  Rates?  A Reconciliation and New Results."
20          Do you recognize this paper?
21      A.   I know of this paper, yes.
22      Q.   In fact, it was the subject of research in the
23  paper that you did with --
24      A.   Yup.
25      Q.   -- Solon and Haider?

**Page 145..148**

1    THE WITNESS:  No.
2  BY MR. KIERNAN:
3    Q.  Okay.  And are you aware -- or do you have any
4  understanding of the datasets that are used by
5  econometricians in antitrust cases involving price
6  fixing?
7    MS. SWEENEY:  Objection.  Compound.
8  Overbroad.  Foundation.
9    MR. KIERNAN:  Didn't like that one.
10    THE WITNESS:  No, I'm not -- I'm familiar with
11  the dataset that Professor Noll analyzed, at least the
12  description of the dataset.
13  BY MR. KIERNAN:
14    Q.  In antitrust cases involving where there's
15  allegations by plaintiffs that some conduct impacted
16  price, is it unusual for the econometricians in such
17  cases to have the entire population of data?
18    MS. SWEENEY:  Objection.  Foundation.
19  Compound.  Overbroad.  Vague and ambiguous.
20    THE WITNESS:  I -- I don't know.
21  BY MR. KIERNAN:
22    Q.  Is it your opinion that in antitrust cases
23  where the parties are attempting to estimate the impact
24  of the challenge conduct on pricing when they're using
25  the entire population of transactions that clustering

1  due to common factors -- accounting for clustering due
2  to common factors is never appropriate?
3    MS. SWEENEY:  Objection.  Vague and ambiguous
4  and compound.  Overbroad.
5    THE WITNESS:  Again, the way I think about
6  this is if you had a large population of data, then you
7  could randomly sample and still have a large number of
8  observations.
9    The original -- the usual calculation of the
10  standard errors without clustering would be appropriate
11  and as you get more and more data you will find that the
12  standard errors shrink to zero.  And that's what I think
13  the appropriate thing that -- the appropriate finding
14  is.
15  BY MR. KIERNAN:
16    Q.  Have you -- have you reviewed any text,
17  publications on guidelines or recommendations for
18  proving damages in an antitrust case?
19    A.  I was sent Chapter 6 of the book Proving
20  Antitrust Damages --
21    Q.  And do you --
22    A.  -- by the American Bar Association.
23    Q.  And do you recall the recommendation in that
24  text on whether to account for a clustering due to
25  common factors?

1    A.  Yes.  It recommended clustering, but that's in
2  the context where -- or it should -- there should have
3  been qualifications that the clustering should be done
4  when it's actually appropriate.  The clustering, based
5  on essentially an arbitrary, you know, partitioning of
6  the data after you've looked at it is not appropriate.
7  So there should have been a qualifier in there, I
8  believe.
9    Q.  So you disagree with the proposal in the ABA
10  guidelines?
11    A.  I think it's overly broad, yes.  It doesn't
12  discuss the issue at all of taking a random sample and
13  then clustering on some characteristics.
14    Q.  And is one possible reason for that is because
15  in most antitrust cases parties are dealing with the
16  entire population of transactions, the prices from the
17  defendants?
18    A.  I don't believe so.
19    MS. SWEENEY:  Objection.
20    THE WITNESS:  I'm sorry.
21    MS. SWEENEY:  Foundation.  Vague and
22  ambiguous.
23    Sorry.
24    THE WITNESS:  I don't believe so, no.  For the
25  same reason that I have talked about over and over again

1  because you could if you wanted to take a large random
2  sample and then you would know that this clustering ex
3  post, as I've called it, is the inappropriate thing to
4  do.
5    MR. KIERNAN:  I'm not going to take two more
6  minutes.
7    Mark the transcript attorneys' eyes only per
8  the protective order.
9    Last chance.  Not going to ask anything?
10    That's all I have.
11    MS. SWEENEY:  We don't have anything.
12    THE VIDEOGRAPHER:  Stipulations.
13    THE REPORTER:  Handling of the original?  Who
14  will handle the original transcript?
15    MS. SWEENEY:  What have we been doing?
16    THE REPORTER:  Do you want to go off the
17  record?
18    MR. KIERNAN:  Yeah, yeah.
19    MS. SWEENEY:  Yeah, let's go off the record.
20    MR. KIERNAN:  Yeah.  Let's go off the record
21  because he doesn't need to hear this.
22    THE VIDEOGRAPHER:  Okay.  This concludes the
23  video portion of the deposition.  Two DVDs were made.
24  We're going off the record at 4:26 p.m.
25    (Deposition concluded at 4:26 p.m.)

**Page 161**

1  I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby certify:
3  That the foregoing proceedings were taken
4  before me at the time and place herein set forth; that
5  any witnesses in the foregoing proceedings, prior to
6  testifying, were duly sworn; that a record of the
7  proceedings was made by me using machine shorthand,
8  which was thereafter transcribed under my direction;
9  that the foregoing transcript is a true record of the
10  testimony given.
11  Further, that if the foregoing pertains to the
12  original transcript of a deposition in a federal case,
13  before completion of the proceedings, review of the
14  transcript [ ] was [ ] was not requested.
15
16  I further certify I am neither financially
17  interested in the action nor a relative or employee of
18  any attorney or party to this action.
19  IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: January 10, 2014
23
24  _____ *Debby Gladish*
     Debby M. Gladish
     RPR, CLR, CCRR, CSR No. 9803
25  NCRA Realtime Systems Administrator

**Page 162**

DECLARATION UNDER PENALTY OF PERJURY
Case Name: The Apple iPod iTunes Anti-Trust Litigation
Date of Deposition: 01/06/2014
Job No.: 10009202

I, JEFFREY WOOLDRIDGE, PH.D., hereby certify
under penalty of perjury under the laws of the State of
_____ that the foregoing is true and correct.
Executed this _____ day of
_____, 2014, at _____.

_____
JEFFREY WOOLDRIDGE, PH.D.

**Page 163**

DEPOSITION ERRATA SHEET
Case Name: The Apple iPod iTunes Anti-Trust Litigation
Name of Witness: Jeffrey Wooldridge, Ph.D.
Date of Deposition: 01/06/2014
Job No.: 10009202
Reason Codes:  1. To clarify the record.
               2. To conform to the facts.
               3. To correct transcription errors.
Page _____ Line _____ Reason _____
From _____ to _____
[repeated blank errata lines]

**Page 164**

DEPOSITION ERRATA SHEET
Page _____ Line _____ Reason _____
From _____ to _____
[repeated blank errata lines]