Robert A. Mittelstaedt (State Bar No. 060359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION** | Lead Case No. C-05-0037-YGR<br><br>[CLASS ACTION]<br><br>**DECLARATION OF DAVID C. KIERNAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, David C. Kiernan, declare as follows:

1. I am a partner in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104. I submit this declaration in support of Apple's Administrative Motion to File Under Seal portions of its Opposition to Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel and portions of Exhibits 1, 2, 6, 9 and 11 and Exhibit 10 to the Declaration of David Kiernan filed in support of Apple's opposition brief. The facts stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

2. The relief requested in Apple's Administrative Motion is necessary and narrowly tailored to protect Apple's confidential business and pricing information. Apple's opposition brief and the exhibits filed in support thereof, contain highly confidential information regarding iPod pricing strategy and information regarding iPods sales transactions.

3. Specifically, Apple's opposition brief and the deposition testimony filed in support thereof, (Dr. Kevin M. Murphy (Exhibit 1), Dr. Robert H. Topel (Exhibit 2), Dr. Roger G. Noll (Exhibits 6 and 9) and Dr. Jeffrey M. Wooldridge (Exhibit 11)) quote, paraphrase, reference and/or otherwise relate to confidential pricing and sales transaction data, including but not limited to, the Price Committee document (Exhibits 10) that were designated by Apple as "Confidential—Attorneys Eyes Only" pursuant to the Stipulation and Protective Order Regarding Confidential Information ("Protective Order") entered June 13, 2007 (ECF No. 112). As demonstrated in the attached declarations, each of which were previously submitted in connection with various other motions to seal similar data and documents during the pendency of this litigation, the disclosure of this information would harm Apple.

4. Attached as **Exhibit 1** is a true and correct copy of the Declaration of Mark Buckley in Support of Apple's Response to Plaintiffs' Motion to File Under Seal Portions of Plaintiffs' Renewed Motion for Class Certification filed January 25, 2011, ECF No. 492.

5. Attached as **Exhibit 2** is a true and correct copy of the Declaration of Mark Buckley in Support of Apple's Response to Plaintiffs' Under Seal Portions of Plaintiffs' Motion Regarding Schedule for Class Certification filed January 14, 2011, ECF No. 454.

- 2 -

Kiernan Decl. in Support of Admin. Mot. to Seal
C-05-0037-YGR

1  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 13th day of January, 2014 in San Francisco, California.

      /s/ David C. Kiernan
David C. Kiernan

SFI-848502v1