Robert A. Mittelstaedt  (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart  (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:      (415) 626-3939
Facsimile:       (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037-YGR<br>[CLASS ACTION]<br><br>[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL |

Having considered Plaintiffs' Administrative Motion to Seal and Apple's Local Rule 79-5 response thereto, and having determined that public disclosure of the confidential information described therein would harm defendant Apple Inc., and finding compelling reasons and good cause to seal that information, *see Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006), IT IS HEREBY ORDERED THAT Apple's Administrative Motion is GRANTED.

Apple shall file under seal portions of its Opposition to Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel and redacted exhibits to the declaration of David C. Kiernan in support thereof as follows:

| Exhibit No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 1 | Portions of the transcript of the deposition of Kevin M. Murphy, Ph.D. conducted Jan. 8, 2014. | Redacted |
| 2 | Portions of the transcript of the deposition of Robert H. Topel, Ph.D. conducted Jan. 8, 2014. | Redacted |
| 6 | Portions of the transcript of the deposition of Roger G. Noll, Ph.D. conducted Dec. 18, 2013. | Redacted |
| 9 | Portions of the transcript of the deposition of Roger G. Noll, Ph.D. conducted May 16, 2013. | Redacted |
| 10 | Apple's Price Committee presentation, dated Aug. 16, 2007, bearing Bates stamp Apple_AIIA01276342. | Under Seal |
| 11 | Portions of the transcript of the deposition of Jeffrey M. Wooldridge, Ph.D. conducted Jan. 6, 2014. | Redacted |

**IT IS SO ORDERED.**

Dated: _____, 2014

By: _____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

SFI-849045v1