SECOND EDITION





JEFFREY M. WOOLDRIDGE

ECONOMETRIC ANALYSIS

OF CROSS SECTION

AND PANEL DATA

© 2010, 2002, Massachusetts Institute of Technology

All rights reserved. No part of this book may be reproduced in any form by any electronic or mechanical means (including photocopying, recording, or information storage and retrieval) without permission in writing from the publisher.

For information about special quantity discounts, please email special_sales@mitpress.mit.edu

This book was set in Times Roman by Asco Typesetters, Hong Kong. Printed and bound in the United States of America.

Library of Congress Cataloging-in-Publication Data

Wooldridge, Jeffrey M.
Econometric analysis of cross section and panel data / Jeffrey M. Wooldridge.—2nd ed.
   p.  cm.
Includes bibliographical references and index.
ISBN 978-0-262-23258-6 (hardcover : alk. paper)
1. Econometrics—Asymptotic theory. I. Title.
HB139.W663   2010
330.01'5195—dc22                                                        2010020912

10  9  8  7  6  5  4  3  2  1

# Preface

It has been almost 10 years since the first edition of *Econometric Analysis of Cross Section and Panel Data* was published. The reaction to the first edition was more positive than I could have imagined when I began thinking about the project in the mid-1990s. Of course, as several of you have kindly and constructively pointed out— and as was evident to me the first time I taught out of the book—the first edition was hardly perfect. Issues of organization and gaps in coverage were shortcomings that I wanted to address in a second edition from early on. Plus, there have been some important developments in econometrics that can and should be taught to graduate students in economics.

I doubt this second edition is perfect, either. But I believe it improves the first edition in substantive ways. The structure of this edition is similar to the first edition, but I have made some changes that will contribute to the reader's understanding of several topics. For example, Chapter 11, which covers more advanced topics in linear panel data models, has been rearranged to progress more naturally through situations where instrumental variables are needed in conjuction with methods for accounting for unobserved heterogeneity. Data problems—including censoring, sample selection, attrition, and stratified sampling—are now postponed until Chapters 19 and 20, after popular nonlinear models are presented under random sampling. I think this change will further emphasize a point I tried to make in the first edition: It is critical to distinguish between specifying a population model on the one hand and the method used to sample the data on the other. As an example, consider the Tobit model. In the first edition, I presented the Tobit model as applying to two separate cases: (1) a response variable is a corner solution outcome in the population (with the corner usually at zero) and (2) the underlying variable in the population is continuously distributed but the data collection scheme involves censoring the response in some way. Many readers commented that they were happy I made this distinction, because empirical researchers often seemed to confuse a corner solution due to economic behavior and a corner that is arbitrarily created by a data censoring mechanism. Nevertheless, I still found that beginners did not always fully appreciate the difference, and poor practice in interpreting estimates lingered. Plus, combining the two types of applications of so-called "censored regression models" gave short shrift to true data censoring. In this edition, models for corner solutions in the population are treated in Chapter 17, and a variety of data censoring schemes are covered in more detail in Chapter 19.

As in the first edition, I use the approach of specifying a population model and imposing assumptions on that model. Until Chapter 19, random sampling is assumed to generate the data. Unlike traditional treatments of, say, the linear regression model, my approach forces the student to specify the population of interest, propose

a model and assumptions in the population, and then worry about data issues. The last part is easy under random sampling, and so students can focus on various models that are used for populations with different features. The students gain a clear understanding that, under random sampling, our ability to identify parameters (and other quantities of interest) is a product of our assumed model in the population. Later it becomes clear that sampling schemes that depart from random sampling can introduce complications for learning about the underlying population.

The second edition continues to omit some important topics not covered in the first edition. The leading ones are simulation methods of estimation and semiparametric/nonparametric estimation. The book by Cameron and Trivedi (2005) does an admirable job providing accessible introductions to these topics.

I have added several new problems to each of the chapters. As in the first edition, the problems are a blend of methodological questions—some of which lead to tweaking existing methods in useful directions—and empirical work. Several data sets have been added to further illustate how more advanced methods can be applied. The data sets can be accessed by visiting links at the MIT Press website for the book: http://mitpress.mit.edu/9780262232586.

### New to the Second Edition

Earlier I mentioned that I have reorganized some of the material from the first edition. I have also added new material, and expanded on some of the existing topics. For example, Chapter 6 (in Part II) introduces control function methods in the context of models linear in parameters, including random coefficient models, and discusses when the method is the same as two-stage least squares and when it differs. Control function methods can be used for certain systems of equations (Chapter 9) and are used regularly for nonlinear models to deal with endogenous explanatory variables, or heterogeneity, or both (Part IV). The control function method is convenient for testing whether certain variables are endogenous, and more tests are included throughout the book. (Examples include Chapter 15 for binary response models and Chapter 18 for count data.) Chapter 6 also contains a more detailed discussion of difference-in-differences methods for independently pooled cross sections.

Chapter 7 now introduces all of the different concepts of exogeneity of the explanatory variables in the context of panel data models, without explicitly introducing unobserved heterogeneity. This chapter also contains a detailed discussion of the properties of generalized least squares when an incorrect variance-covariance structure is imposed. This general discussion is applied in Chapter 10 to models that nominally impose a random effects structure on the variance-covariance matrix.

In this edition, Chapter 8 explicitly introduces and analyzes the so-called "generalized instrumental variables" (GIV) estimator. This estimator, used implicitly in parts of the first edition, is important for discussing efficient estimation. Further, some of the instrumental variables estimators used for panel data models in Chapter 11 are GIV estimators. It is helpful for the reader to understand the general idea underlying GIV, and to see its application to classes of important models.

Chapter 10, while focusing on traditional estimation methods for unobserved effects panel data models, demonstrates more clearly the relationships among random effects, fixed effects, and "correlated random effects" (CRE) models. While the first edition used the CRE approach often—especially for nonlinear models—I never used the phrase "correlated random effects," which I got from Cameron and Trivedi (2005). Chapter 10 also provides a detailed treatment of the Hausman test for comparing the random and fixed effects estimators, including demonstrating that the traditional way of counting degrees of freedom when aggregate time effects are included is wrong and can be very misleading. The important topic of approximating the bias from fixed effects estimation and first differencing estimation, as a function of the number of available time periods, is also fleshed out.

Of the eight chapters in Part II, Chapter 11 has been changed the most. The random effects and fixed effects instrumental variables estimators are introduced and studied in some detail. These estimators form the basis for estimation of panel data models with heterogeneity and endogeneity, such as simultaneous equations models or models with measurement error, as well as models with additional orthogonality restrictions, such as Hausman and Taylor models. The method of first differencing followed by instrumental variables is also given separate treatment. This widely adopted approach can be used to estimate static models with endogeneity and dynamic models, such as those studied by Arellano and Bond (1991). The Arellano and Bond approach, along with several extensions, are now discussed in Section 11.6. Section 11.7 extends the treatment of models with individual-specific slopes, including an analysis of when traditional estimators are consistent for the population averaged effect, and new tests for individual-specific slopes.

As in the first edition, Part III of the book is the most technical, and covers general approaches to estimation. Chapter 12 contains several important additions. There is a new discussion concerning inference when the first-step estimation of a two-step procedure is ignored. Resampling schemes, such as the bootstrap, are discussed in more detail, including how one used the bootstrap in microeconometric applications with a large cross section and relatively few time periods. The most substantive additions are in Sections 12.9 and 12.10, which cover multivariate nonlinear least squares and quantile methods, respectively. An important feature of Section 12.9 is

that I make a simple link between mutivariate weighted nonlinear least squares—an estimation method familiar to economists—and the generalized estimating equations (GEE) approach. In effect, these approaches are the same, a point that hopefully allows economists to read other literature that uses the GEE nomenclature.

The section on quantile estimation covers different asymptotic variance estimators and discusses how they compare to violation of assumptions in terms of robustness. New material on estimating and inference when quantile regression is applied to panel data gives researchers simple methods for allowing unobserved effects in quantile estimation, while at the same time offering inference that is fully robust to arbitrary serial correlation.

Chapter 13, on maximum likelihood methods, also includes several additions, including a general discussion of nonlinear unobserved effects models and the different approaches to accounting for the heterogeneity (broadly, random effects, "fixed" effects, and correlated random effects) and different estimation methods (partial maximum likelihood or full maximum likelihood). Two-step maximum likelihood estimators are covered in more detail, including the case where estimating parameters in a first stage can be more efficient than simply plugging in known population values in the second stage. Section 13.11 includes new material on quasi-maximum likelihood estimation (QMLE). This section argues that, for general misspecification, only one form of asymptotic variance can be used. The QMLE perspective is attractive in that it admits that models are almost certainly wrong, thus we should conduct inference on the approximation in a valid way. Vuong's (1988) model selection tests, for nonnested models, is explicitly treated as a way to choose among competing models that are allowed to be misspecified. I show how to extend Vuong's approach to panel data applications (as usual, with a relatively small number of time periods).

Chapter 13 also includes a discussion of QMLE in the linear exponential family (LEF) of likelihoods, when the conditional mean is the object of interest. A general treatment allows me to appeal to the consistency results, and the methods for inference, at several points in Part IV. I emphasize the link between QMLE in the LEF and the so-called "generalized linear models" (GLM) framework. It turns out that GLM is just a special case of QMLE in the LEF, and this recognition should be helpful for studying research conducted from the GLM perspective. A related topic is the GEE approach to estimating panel data models. The starting point for GEE in panel data is to use (for a generic time period) a likelihood in the LEF, but to regain some efficiency that has been lost by not implementing full maximum likelihood by using a generalized least squares approach.

Chapter 14, on generalized method of moments (GMM) and minimum distance (MD) estimation, has been slightly reorganized so that the panel data applications

come at the end. These applications have also been expanded to include unobserved effects models with time-varying loads on the heterogeneity.

Perhaps for most readers the changes to Part IV will be most noticeable. The material on discrete response models has been split into two chapters (in contrast to the rather unwieldy single chapter in the first edition). Because Chapter 15 is the first applications-oriented chapter for nonlinear models, I spend more time discussing different ways of measuring the magnitudes of the effects on the response probability. The two leading choices, the partial effects evaluated at the averages and the average partial effect, are discussed in some detail. This discussion carries over for panel data models, too. A new subsection on unobserved effects panel data models with unobserved heterogeneity and a continuous endogenous explanatory variable shows how one can handle both problems in nonlinear models. This chapter contains many more empirical examples than the first edition.

Chapter 16 is new, and covers multinomial and ordered responses. These models are now treated in more detail than in the first edition. In particular, specification issues are fleshed out and the issues of endogeneity and unobserved heterogeneity (in panel data) are now covered in some detail.

Chapter 17, which was essentially Chapter 16 in the first edition, has been given a new title, Corner Solutions Responses, to reflect its focus. In reading Tobin's (1958) paper, I was struck by how he really was talking about the corner solution case—data censoring had nothing to do with his analysis. Thus, this chapter returns to the roots of the Tobit model, and covers several extensions. An important addition is a more extensive treatment of two-part models, which is now in Section 17.6. Hopefully, my unified approach in this section will help clarify the relationships among so-called "hurdle" and "selection" models, and show that the latter are not necessarily superior. Like Chapter 15, this chapter contains several more empirical applications.

Chapter 18 covers other kinds of limited dependent variables, particularly count (nonnegative integer) outcomes and fractional responses. Recent work on panel data methods for fractional responses has been incorporated into this chapter.

Chapter 19 is an amalgamation of material from several chapters in the first edition. The theme of Chapter 19 is data problems. The problem of data censoring—where a random sample of units is obtained from the population, but the response variable is censored in some way—is given a more in-depth treatment. The extreme case of binary censoring is included, along with interval censoring and top coding. Readers are shown how to allow for endogenous explanatory variables and unobserved heterogeneity in panel data.

Chapter 19 also includes the problem of not sampling at all from part of the population (truncated sampling) or not having any information about a response for a

subset of the population (incidental truncation). The material on unbalanced panel data sets and the problems of incidental truncation and attrition in panel data are studied in more detail, including the method of inverse probability weighting for correcting for missing data.

Chapter 20 continues the material on nonrandom sampling, providing a separate chapter for stratified sampling and cluster sampling. Stratification and clustering are often features of survey data sets, and it is important to know what adjustments are required to standard econometric methods. The material on cluster sampling summarizes recent work on clustering with a small number of clusters.

The material on treatment effect estimation is now in Chapter 21. While I preserved the setup from the first edition, I have added several more topics. First, I have expanded the discussion of matching estimators. Regression discontinuity designs are covered in a separate section.

The final chapter, Chapter 22, now includes the introductory material on duration analysis. I have included more empirical examples than were in the first edition.

## Possible Course Outlines

At Michigan State, I teach a two-semester course to second-year, and some third-year, students that covers the material in my book—plus some additional material. I assume that the graduate students know, or will study on their own, material from Chapters 2 and 3. It helps move my courses along when students are comfortable with the basic algebra of probability (conditional expectations, conditional variances, and linear projections) as well as the basic limit theorems and manipulations. I typically spend a few lectures on Chapters 4, 5, and 6, primarily to provide a bridge between a more traditional treatment of the linear model and one that focuses on a linear population model under random sampling. Chapter 6 introduces control function methods in a simple context and so is worth spending some time on.

In the first semester (15 weeks), I cover the material (selectively) through Chapter 17. But I currently skip, in the first semester, the material in Chapter 12 on multivariate nonlinear regression and quantile estimation. Plus, I do not cover the asymptotic theory underlying M-estimation in much detail, and I pretty much skip Chapter 14 altogether. In effect, the first semester covers the popular linear and nonlinear models, for both cross section and panel data, in the context of random sampling, providing much of the background needed to justify the large-sample approximations.

In the second semester I return to Chapter 12 and cover quantile estimation. I also cover the general quasi-MLE and generalized estimating equations material in

Chapter 13. In Chapter 14, I find the minimum distance approach to estimation is important as a more advanced estimation method. I cover some of the panel data examples from this chapter. I then jump to Chapter 18, which covers count and fractional responses. I spend a fair amount of time on Chapters 19 and 20 because data problems are especially important in practice, and it is important to understand the strengths and weakness of the competing methods. After I cover the main parts of Chapter 21 (including regression discontinuity designs) and Chapter 22 (duration analysis), I sometimes have extra time. (However, if I were to cover some of the more advanced topics in Chapter 21—multivalued and multiple treatments, and dynamic treatment effects in the context of panel data—I likely would run out of time.) If I do have extra time, I like to provide an introduction to nonparametric and semi-parametric methods. Cameron and Trivedi (2005) is accessible for the basic methods, while the book by Li and Racine (2007) is comprehensive. Illustrating nonparametric methods using the treatment effects material in Chapter 21 seems particularly effective.

## Supplements

A student *Solutions Manual* is available that includes answers to the odd-numbered problems (see http://mitpress.mit.edu/9780262731836). Any instructor who adopts the book for a course may have access to all solutions. In addition, I have created a set of slides for the two-semester course that I teach. They are available as Scientific Word 5.5 files—which can be edited—or as pdf files. For these teaching aids see the web page for the second edition: http://mitpress.mit.edu/9780262232586.

# 20 Stratified Sampling and Cluster Sampling

## 20.1 Introduction

In this chapter we study estimation when the data have been obtained by means of two common nonrandom sampling schemes. **Stratified sampling** occurs when units in a population are sampled with probabilities that do not reflect their frequency in the population. For example, in obtaining a data set on families, low-income families might be oversampled and high-income families undersampled. There are various mechanisms by which stratified samples are obtained, and we will cover the most common ones in this chapter.

The case of truncated sampling covered in Section 19.7 can be viewed as an extreme case of stratified sampling, where part of the population is not sampled at all. For the most part, in this chapter we focus on the case where the entire population is sampled (but where the sampling frequencies differ from the population frequencies). As we will see, in this setup simple weighting methods are available for recovering the underlying population parameters.

**Cluster sampling** refers to cases where clusters or groups, rather than individual units, are drawn from a population. For example, in evaluating the impact of educational policies on test performance of fourth-graders in Michigan, one might sample classrooms from the entire state (as opposed to randomly drawing fourth-graders from the population of all fourth-graders in Michigan). The classrooms constitute the clusters, and the students within the classrooms are the inivdual units. The cluster sampling scheme generally implies that the outcomes of units within a cluster are correlated through unobserved "cluster effects." (In addition, some covariates, such as quality of the teacher, will be perfectly correlated because students in the same class have the same teacher. Other covariates, such as family income, are likely to have substantial correlation but would vary within a classroom.)

When a cluster sample is obtained by randomly drawing clusters from a large population of clusters, the resulting data set has features in common with the panel data sets we have studied throughout the book. Namely, we have many clusters that can be assumed to be independent of each other, but observations within a cluster are correlated. In, say, a firm-level panel data set, the firm plays the role of a cluster and time plays the role of the individual units. Because of their statistical similarity to "large $N$, small $T$" panel data sets, most of the statistical methods applied to cluster samples are familiar from our earlier analysis. We treat cluster samples separately because the nature of the within-cluster correlation is generally different from time series correlation, and cluster samples are naturally unbalanced even when there is no sample selection problem. (For example, in the population of fourth-grade classrooms in Michigan, we expect some variation in class size.)

## 20.2   Stratified Sampling

We begin with an analysis of **stratified samples** where, as mentioned in the introduction, different subsets of the population are sampled with different frequencies. Obtaining samples that are not representative of the underlying population is often done intentionally in obtaining survey data. Some surveys are designed primarily to learn about a particular subset of the population (perhaps based on income, education, age, or race). That group is typically overrepresented in the sample compared with its frequency in the population.

Stratification can be based on exogenous variables or endogenous variables (which are known once a model and assumptions have been specified) or some combination of these. As in the case of the sample selection problems we discussed in Chapter 19, it is important to know which is the case.

We cover the two most common types of stratified sampling in this section (and touch on a third). In Section 20.2.1 we study **standard stratified sampling**, which involves stratifying the population and then drawing random samples from the different strata. A different sampling scheme, **variable probability sampling**, is based on randomly drawing units from a population but then keeping the observations with unequal probabilities.

The section does not provide a detailed treatment of **choice-based sampling**, which occurs in discrete response models when the stratification is based entirely on the response variable. Various methods have been proposed for estimating discrete response models with choice-based samples under different assumptions. Manski and McFadden (1981) and Cosslett (1993) contain general treatments. For a class of discrete response models, Cosslett (1981) proposed an efficient estimation method with choice-based sampling, and Imbens (1992) obtained a computationally simple method-of-moments estimator that also achieves the efficiency bound. Imbens and Lancaster (1996) allow for general response variables in a maximum likelihood setting. In this section, we focus on a convenient weighted-estimation approach that applies to a variety of estimation methods. Not surprisingly, when applied in maximum likelihood contexts, weighted estimators are generally inefficient.

### 20.2.1   Standard Stratified Sampling and Variable Probability Sampling

The two most common stratification schemes used in obtaining data sets in the social sciences are **standard stratified sampling (SS sampling)** and **variable probability sampling (VP sampling)**. In SS sampling, the population is first partitioned into $J$ groups, $\mathscr{W}_1, \mathscr{W}_2, \ldots, \mathscr{W}_J$, which we assume are nonoverlapping and exhaustive. We let $\mathbf{w}$ denote the random vector representing the population of interest.

STANDARD STRATIFIED SAMPLING:  For $j = 1, \ldots, J$, draw a random sample of size $N_j$ from stratum $j$. For each $j$, denote this random sample by $\{\mathbf{w}_{ij}: i = 1, 2, \ldots, N_j\}$.

The strata sample sizes $N_j$ are nonrandom. Therefore, the total sample size, $N = N_1 + \cdots + N_J$, is also nonrandom. A randomly drawn observation from stratum $j$, $\mathbf{w}_{ij}$, has distribution $\mathrm{D}(\mathbf{w} \mid \mathbf{w} \in \mathcal{W}_j)$. Therefore, while observations within a stratum are identically distributed, observations across strata are not. A scheme that is similar in nature to SS sampling is called **multinomial sampling**, where a stratum is first picked at random and then an observation is randomly drawn from the stratum. This *does* result in i.i.d. observations, but it does not correspond to how stratified samples are obtained in practice. It also leads to the same estimators as under SS sampling, so we do not discuss it further; see Cosslett (1993) or Wooldridge (1999b) for further discussion.

Variable probability samples are obtained using a different scheme. First, an observation is drawn at random from the population. If the observation falls into stratum $j$, it is kept with probability $p_j$. Thus, random draws from the population are discarded with varying frequencies depending on which stratum they fall into. This kind of sampling is appropriate when information on the variable or variables that determine the strata is relatively easy to obtain compared with the rest of the information. Survey data sets, including initial interviews to collect panel or longitudinal data, are good examples. Suppose we want to oversample individuals from, say, lower income classes. We can first ask an individual her or his income. If the response is in income class $j$, this person is kept in the sample with probability $p_j$, and then the remaining information, such as education, work history, family background, and so on can be collected; otherwise, the person is dropped without further interviewing.

A key feature of VP sampling is that observations within a stratum are discarded randomly. As discussed by Wooldridge (1999b), VP sampling is equivalent to the following:

VARIABLE PROBABILITY SAMPLING:  Repeat the following steps $N$ times:

1. Draw an observation $\mathbf{w}_i$ at random from the population.

2. If $\mathbf{w}_i$ is in stratum $j$, toss a (biased) coin with probability $p_j$ of turning up heads. Let $h_{ij} = 1$ if the coin turns up heads and zero otherwise.

3. Keep observation $i$ if $h_{ij} = 1$; otherwise, omit it from the sample.

The number of observations falling into stratum $j$ is denoted $N_j$, and the number of data points we actually have for estimation is $N_0 = N_1 + N_2 + \cdots + N_J$. Notice that if $N$—the number of times the population is sampled—is fixed, then $N_0$ is a random variable: we do not know what each $N_j$ will be prior to sampling.

Case 4:05-cv-00037-YGR    Document 754-9    Filed 01/14/14    Page 13 of 225

The assumption that the probability of the coin turning up heads in step 2 depends only on the stratum ensures that sampling is random within each stratum. This roughly reflects how samples are obtained for certain large cross-sectional and panel data sets used in economics, including the panel study of income dynamics and the national longitudinal survey.

To see that a VP sample can be analyzed as a random sample, we construct a population that incorporates the stratification. The VP sampling scheme is equivalent to first tossing all $J$ coins before actually observing which stratum $\mathbf{w}_i$ falls into; this gives $(h_{i1}, \ldots, h_{iJ})$. Next, $\mathbf{w}_i$ is observed to fall into one of the strata. Finally, the outcome is kept or not depending on the coin flip for that stratum. The result is that the vector $(\mathbf{w}_i, \mathbf{h}_i)$, where $\mathbf{h}_i$ is the $J$-vector of binary indicators $h_{ij}$, is a random sample from a new population with sample space $\mathcal{W} \times \mathcal{H}$, where $\mathcal{W}$ is the original sample space and $\mathcal{H}$ denotes the sample space associated with outcomes from flipping $J$ coins. Under this alternative way of viewing the sampling scheme, $\mathbf{h}_i$ is independent of $\mathbf{w}_i$. Treating $(\mathbf{w}_i, \mathbf{h}_i)$ as a random draw from the new population is not at odds with the fact that our estimators are based on a nonrandom sample from the original population: we simply use the vector $\mathbf{h}_i$ to determine which observations are kept in the estimation procedure.

### 20.2.2  Weighted Estimators to Account for Stratification

With variable probability sampling, it is easy to construct weighted objective functions that produce consistent and asymptotically normal estimators of the population parameters. Initially, it is useful to define a set of binary variables that indicate whether a random draw, $\mathbf{w}_i$, is kept in the sample and, if so, which stratum it falls into. Let $z_{ij} = 1[\mathbf{w}_i \in \mathcal{W}_j]$, $j = 1, \ldots, J$ be the binary strata indicators, that is, $z_{ij} = 1$ if and only if $\mathbf{w}_i \in \mathcal{W}_j$. The vector of strata indicators is $\mathbf{z}_i = (z_{i1}, \ldots, z_{iJ})$. Then define

$$r_{ij} = h_{ij} z_{ij}, \qquad j = 1, \ldots, J. \tag{20.1}$$

By definition, $r_{ij} = 1$ for at most one $j$. If $h_{ij} = 1$ then $r_{ij} = z_{ij}$, so that $r_{ij}$ is the same as the stratum indicator. If $r_{ij} = 0$ for all $j = 1, 2, \ldots, J$, then the random draw $\mathbf{w}_i$ does not appear in the sample (and we probably do not know which stratum the observation fell into).

With these definitions, we can define the **weighted M-estimator**, $\hat{\theta}_w$, as the solution to

$$\min_{\theta \in \Theta} \sum_{i=1}^{N} \sum_{j=1}^{J} p_j^{-1} r_{ij} q(\mathbf{w}_i, \theta), \tag{20.2}$$

where $q(\mathbf{w}, \theta)$ is the objective function that is chosen to identify the population parameters $\theta_o$. Note how the outer summation is over all *potential* observations, that

Case 4:05-cv-00037-YGR    Document 754-9    Filed 01/14/14    Page 14 of 225

is, the observations that *would* appear in a random sample. The indicators $r_{ij}$ simply pick out the observations that actually appear in the available sample, and these indicators also attach each observed data point to its stratum. The objective function (20.2) weights each observed data point in the sample by the inverse of the sampling probability. For implementation it is useful to write the objective function as

$$\min_{\theta \in \Theta} \sum_{i=1}^{N_0} p_{j_i}^{-1} q(\mathbf{w}_i, \theta), \tag{20.3}$$

where, without loss of generality, the data points actually observed are ordered $i = 1, \ldots, N_0$. Since $j_i$ is the stratum for observation $i$, $p_{j_i}^{-1}$ is the weight attached to observation $i$ in the estimation. In practice, the $p_{j_i}^{-1}$ are the **sampling weights** reported with other variables in VP stratified samples.

The objective function $q(\mathbf{w}, \theta)$ contains all of the M-estimator examples we have covered so far in the book, including least squares (linear and nonlinear), conditional maximum likelihood, and partial maximum likelihood. In panel data applications, the probability weights are from sampling in an initial year. Weights for later years are intended to reflect both stratification (if any) and possible attrition, as discussed in Section 19.9.3.

In the case of estimating the mean from a population, the resulting weighted M-estimator has a familiar form. Let $\mu_o = \mathrm{E}(w)$ be the population mean. Then the weighted M-estimator solves

$$\min_{\mu \in \mathbb{R}} \sum_{i=1}^{N_0} p_{j_i}^{-1} (w_i - \mu)^2, \tag{20.4}$$

and the solution is easily seen to be the weighted average

$$\hat{\mu}_w = \sum_{i=1}^{N_0} v_{j_i} w_i, \tag{20.5}$$

where

$$v_{j_i} = \left( \sum_{h=1}^{N_0} p_{j_h}^{-1} \right)^{-1} p_{j_i}^{-1}. \tag{20.6}$$

In the general case, Wooldridge (1999b) shows that, under the same assumptions as Theorem 12.2 and the assumption that each sampling probability is positive, the weighted M-estimator consistently estimates $\theta_o$, which is assumed to uniquely

Case 4:05-cv-00037-YGR    Document 754-9    Filed 01/14/14    Page 15 of 225

minimize $E[q(\mathbf{w}, \theta)]$. Actually, as shown by Wooldridge (2007), consistency follow
from our treatment of inverse-probability-weighted M-estimation in Section 19.8. A
noted earlier, the vector $z_i$ is the $J$-vector of strata indicators, $z_{ij} = 1[w_i \in W_j]$. Unde
VP sampling, the sampling probability depends only on the stratum, so Assumption
19.6 holds by design. In particular, define $s_i = h_{i1} z_{i1} + \cdots + h_{iJ} z_{iJ}$ to be the selection
indicator. Then

$$P(s_i = 1 \mid \mathbf{z}_i, \mathbf{w}_i) = P(s_i = 1 \mid \mathbf{z}_i) = p_1 z_{i1} + p_2 z_{i2} + \cdots + p_J z_{iJ}. \tag{20.7}$$

Therefore, we can use the consistency result for IPW M-estimation directly to estab-
lish the consistency of the IPW estimator for VP sampling.

Asymptotic normality also follows under the same regularity conditions as in
Chapter 12. Wooldridge (1999b) shows that a valid estimator of the asymptotic
variance of $\hat{\theta}_w$ is

$$\left[ \sum_{i=1}^{N_0} p_{j_i}^{-1} \nabla_\theta^2 q_i(\hat{\theta}_w) \right]^{-1} \left[ \sum_{i=1}^{N_0} p_{j_i}^{-2} \nabla_\theta q_i(\hat{\theta}_w)' \nabla_\theta q_i(\hat{\theta}_w) \right] \left[ \sum_{i=1}^{N_0} p_{j_i}^{-1} \nabla_\theta^2 q_i(\hat{\theta}_w) \right]^{-1}, \tag{20.8}$$

which looks like the standard formula for a robust variance matrix estimator except
for the presence of the sampling probabilities $p_{j_i}$.

When $\mathbf{w}$ partitions as $(\mathbf{x}, \mathbf{y})$, an alternative estimator replaces the Hessian $\nabla_\theta^2 q_i(\hat{\theta}_w)$
in expression (20.8) with $A(\mathbf{x}_i, \hat{\theta}_w)$, where $A(\mathbf{x}_i, \theta_0) \equiv E[\nabla_\theta^2 q(\mathbf{w}_i, \theta_0) \mid \mathbf{x}_i]$, as in Chap-
ter 12. Asymptotic standard errors and Wald statistics can be obtained using either
estimate of the asymptotic variance.

We can also apply the "surprising" efficiency result concerning estimation of the
sampling probabilities to VP stratification—at least if additional information is kept
during the sampling. For a random draw $i$ the log likelihood for the density of $s_i$
given $\mathbf{z}_i$ can be written as

$$l_i(\mathbf{p}) = \sum_{j=1}^{J} z_{ij}[s_i \log(p_j) + (1 - s_i) \log(1 - p_j)]. \tag{20.9}$$

For each $j = 1, \ldots, J$, the maximum likelihood estimate, $\hat{p}_j$, is easily seen to be the
fraction of observations retained out of all of those originally drawn from from
stratum $j$: $\hat{p}_j = M_j / N_j$, where $M_j = \sum_{i=1}^{N} z_{ij} s_i$ and $N_j = \sum_{i=1}^{N} z_{ij}$. In other words, $M_j$
is the number of retained data points from stratum $j$, and $N_j$ is the number of times
stratum $j$ was drawn in the VP sampling scheme. If the $N_j, j = 1, \ldots, J$, are reported
along with the VP sample, then we can easily obtain the $\hat{p}_j$ (because the $M_j$ are
always known). We do not need to observe the specific strata indicators for obser-

vations for which $s_i = 0$. (If the stratification is exogenous, as defined in Section 20.2.3, then it does not matter whether we use the estimated or known sampling probabilities: the asymptotic variance is unchanged in that case.)

*Example 20.1 (Linear Model under Stratified Sampling):*   In estimating the linear model

$$y = \mathbf{x}\boldsymbol{\beta}_o + u, \qquad E(\mathbf{x}'u) = \mathbf{0} \tag{20.10}$$

by IPW least squares, the asymptotic variance matrix estimator is

$$\left(\sum_{i=1}^{N_0} p_{j_i}^{-1}\mathbf{x}_i'\mathbf{x}_i\right)^{-1}\left(\sum_{i=1}^{N_0} p_{j_i}^{-2}\hat{u}_i^2\mathbf{x}_i'\mathbf{x}_i\right)\left(\sum_{i=1}^{N_0} p_{j_i}^{-1}\mathbf{x}_i'\mathbf{x}_i\right)^{-1}, \tag{20.11}$$

where $\hat{u}_i = y_i - \mathbf{x}_i\hat{\boldsymbol{\beta}}_w$ is the residual after WLS estimation. Interestingly, this is simply the White (1980b) heteroskedasticity-consistent covariance matrix estimator applied to the stratified sample, where all variables for observation $i$ are weighted by $p_{j_i}^{-1/2}$ before performing the regression. This estimator has been suggested by, among others, Hausman and Wise (1981). Hausman and Wise use maximum likelihood to obtain more efficient estimators in the context of the normal linear regression model, that is, $u \mid \mathbf{x} \sim \text{Normal}(\mathbf{x}\boldsymbol{\beta}_o, \sigma_o^2)$. Because of stratification, MLE is not generally robust to failure of the homoskedastic normality assumption.

   It is important to remember that the form of expression (20.11) in this example is not due to potential heteroskedasticity in the underlying population model. Even if $E(u^2 \mid \mathbf{x}) = \sigma_o^2$, the estimator (20.11) is generally needed because of the stratified sampling. This estimator also works in the presence of heteroskedasticity of arbitrary and unknown form in the population, and it is routinely computed by many regression packages.

*Example 20.2 (Conditional MLE under Stratified Sampling):*   When $f(\mathbf{y} \mid \mathbf{x}; \boldsymbol{\theta})$ is a correctly specified model for the density of $\mathbf{y}_i$ given $\mathbf{x}_i$ in the population, the inverse-probability-weighted MLE is obtained with $q_i(\boldsymbol{\theta}) \equiv -\log[f(\mathbf{y}_i \mid \mathbf{x}_i; \boldsymbol{\theta})]$. This estimator is consistent and asymptotically normal, with asymptotic variance estimator given by expression (20.8) [or the form that uses $\mathbf{A}(\mathbf{x}_i, \hat{\boldsymbol{\theta}}_w)$].

   A weighting scheme is also available in the standard stratified sampling case, but the weights are different from the VP sampling case. To derive them, let $Q_j = P(\mathbf{w} \in \mathscr{W}_j)$ denote the population frequency for stratum $j$; we assume that the $Q_j$ are *known*. By the law of iterated expectations,

$$E[q(\mathbf{w}, \boldsymbol{\theta})] = Q_1 E[q(\mathbf{w}, \boldsymbol{\theta}) \mid \mathbf{w} \in \mathscr{W}_1] + \cdots + Q_J E[q(\mathbf{w}, \boldsymbol{\theta}) \mid \mathbf{w} \in \mathscr{W}_J] \tag{20.12}$$

for any $\theta$. For each $j$, $E[q(\mathbf{w}, \theta) \mid \mathbf{w} \in \mathscr{W}_j]$ can be consistently estimated using a random sample obtained from stratum $j$. This scheme leads to the sample objective function

$$Q_1\left[N_1^{-1} \sum_{i=1}^{N_1} q(\mathbf{w}_{i1}, \theta)\right] + \cdots + Q_J\left[N_J^{-1} \sum_{i=1}^{N_J} q(\mathbf{w}_{iJ}, \theta)\right],$$

where $\mathbf{w}_{ij}$ denotes a random draw $i$ from stratum $j$ and $N_j$ is the nonrandom sample size for stratum $j$. We can apply the uniform law of large numbers to each term, so that the sum converges uniformly to equation (20.12) under the regularity conditions in Chapter 12. By multiplying and dividing each term by the total number of observations $N = N_1 + \cdots + N_J$, we can write the sample objective function more simply as

$$N^{-1} \sum_{i=1}^{N} (Q_{j_i}/H_{j_i}) q(\mathbf{w}_i, \theta), \tag{20.13}$$

where $j_i$ denotes the stratum for observation $i$ and $H_j \equiv N_j/N$ denotes the fraction of observations in stratum $j$. Because we have the stratum indicator $j_i$, we can drop the $j$ subscript on $\mathbf{w}_i$. When we omit the division by $N$, equation (20.13) has the same form as equation (20.3), but the weights are $(Q_{j_i}/H_{j_i})$ rather than $p_{j_i}^{-1}$ (and the arguments for why each weighting works are very different). Also, in general, the formula for the asymptotic variance is different in the SS sampling case. In addition to the minor notational change of replacing $N_0$ with $N$, the middle matrix in equation (20.8) becomes

$$\sum_{j=1}^{J} (Q_j^2/H_j^2)\left[\sum_{i=1}^{N_j} (\nabla_\theta \hat{q}_{ij} - \overline{\nabla_\theta q_j})'(\nabla_\theta \hat{q}_{ij} - \overline{\nabla_\theta q_j})\right], \tag{20.14}$$

where $\nabla_\theta \hat{q}_{ij} \equiv \nabla_\theta q(\mathbf{w}_{ij}, \hat{\theta}_w)$ and $\overline{\nabla_\theta q_j} \equiv N_j^{-1} \sum_{i=1}^{N_j} \nabla_\theta \hat{q}_{ij}$ (the within-stratum sample average). This approach requires us to explicitly partition observations into their respective strata. See Wooldridge (2001) for a detailed derivation. [If in the VP sampling case the population frequencies $Q_j$ are known, it is better to use as weights $Q_j/(N_j/N_0)$ rather than $p_j^{-1}$, which makes the analysis look just like the SS sampling case. See Wooldridge (1999b) for details.]

If in Example 20.2 we have standard stratified sampling rather than VP sampling, the weighted MLE is typically called the **weighted exogenous sample MLE (WESMLE)**; this estimator was suggested by Manski and Lerman (1977) in the context of choice-based sampling in discrete response models. (Actually, Manski and Lerman (1977) use multinomial sampling where $H_j$ is the probability of picking stratum $j$. But Cosslett (1981) showed that a more efficient estimator is obtained by

using $N_j/N$, as one always does in the case of SS sampling; see Wooldridge (1999b) for an extension of Cosslett's result to the M-estimator case.)

Provided that the sampling weights $Q_{j_i}/H_{j_i}$ or $p_{j_i}^{-1}$ are given (along with the stratum), analysis with the weighted M-estimator under SS or VP sampling is fairly straightforward, but it is not likely to be efficient. In the conditional maximum likelihood case it is certainly possible to do better. See Imbens and Lancaster (1996) for a careful treatment.

### 20.2.3   Stratification Based on Exogenous Variables

When $\mathbf{w}$ partitions as $(\mathbf{x}, \mathbf{y})$, where $\mathbf{x}$ is exogenous in a sense to be made precise, and stratification is based entirely on $\mathbf{x}$, the standard unweighted estimator on the stratified sample is consistent and asymptotically normal. The sense in which $\mathbf{x}$ must be exogenous is that $\theta_o$ solves

$$\min_{\theta \in \Theta} \; \mathrm{E}[q(\mathbf{w}, \theta) \mid \mathbf{x}] \tag{20.15}$$

for each possible outcome $\mathbf{x}$. This assumption holds in a variety of contexts with conditioning variables and correctly specified models. For example, as we discussed in Chapter 12, the condition holds for nonlinear regression when the conditional mean is correctly specified and $\theta_o$ is the vector of conditional mean parameters; in Chapter 13 we showed that this holds for conditional maximum likelihood when the density of $\mathbf{y}$ given $\mathbf{x}$ is correct. It also holds in other cases, including the quasi-maximum likelihood estimators we discussed in Chapter 18 when the conditional mean is correctly specified. One interesting point—which we will rely on in our treatment of estimating average treatment effects in Chapter 21—is that, in the linear case, it will not be enough for $u$ to be uncorrelated with $\mathbf{x}$. If we want to estimate the linear projection of $y$ on $\mathbf{x}$, we generally need to use the weighted estimator, even if stratification is a function of $\mathbf{x}$.

In the case of VP sampling, a common form of exogenous stratification occurs when the strata are defined in terms of $\mathbf{x}$, and that is the case we treat here. (See Section 19.8 or Wooldridge (2007) for more general situations.) Then, again letting $s_i = h_{i1}z_{i1} + \cdots + h_{iJ}z_{iJ}$ be the selection indicator, where each $z_{ij}$ is a function of $\mathbf{x}_i$, $\mathrm{P}(s_i = 1 \mid \mathbf{w}_i, \mathbf{x}_i) = \mathrm{P}(s_i = 1 \mid \mathbf{x}_i)$. We can immediately apply the results of Section 19.8 to conclude that the unweighted M-estimator is consistent.

A direct proof is also informative. The unweighted M-estimator, using the stratified sample, $\hat{\theta}_u$, minimizes

$$\sum_{i=1}^{N} s_i q(\mathbf{w}_i, \theta) = \sum_{i=1}^{N} \sum_{j=1}^{N} h_{ij} z_{ij} q(\mathbf{w}_i, \theta), \tag{20.16}$$

and consistency generally follows if we can show that the population value, $\theta_o$, uniquely minimizes

$$\sum_{j=1}^{N} \mathrm{E}[h_{ij} z_{ij} q(\mathbf{w}_i, \boldsymbol{\theta})] = \sum_{j=1}^{N} p_j \mathrm{E}[z_{ij} q(\mathbf{w}_i, \boldsymbol{\theta})], \tag{20.17}$$

where the equality follows because $h_{ij}$ is independent of $(z_{ij}, \mathbf{w}_i)$ by the nature of VP sampling, and $p_j = \mathrm{E}(h_{ij})$. Now, because $z_{ij}$ is a function of $\mathbf{x}_i$, it follows by iterated expectations that

$$\mathrm{E}[z_{ij} q(\mathbf{w}_i, \boldsymbol{\theta})] = \mathrm{E}\{\mathrm{E}[z_{ij} q(\mathbf{w}_i, \boldsymbol{\theta}) \mid \mathbf{x}_i]\} = \mathrm{E}\{z_{ij} \mathrm{E}[q(\mathbf{w}_i, \boldsymbol{\theta}) \mid \mathbf{x}_i]\}. \tag{20.18}$$

By assumption, $\boldsymbol{\theta}_o$ minimizes $\mathrm{E}[q(\mathbf{w}_i, \boldsymbol{\theta}) \mid \mathbf{x}_i]$, and, because $z_{ij}$ is a zero-one variable, $\boldsymbol{\theta}_o$ is also a minimizer of $\mathrm{E}[z_{ij} q(\mathbf{w}_i, \boldsymbol{\theta})]$. Now, with $p_j \geq 0$ for all $j$, $\boldsymbol{\theta}_o$ is also a solution to

$$\min_{\boldsymbol{\theta} \in \boldsymbol{\Theta}} \sum_{j=1}^{N} \mathrm{E}[h_{ij} z_{ij} q(\mathbf{w}_i, \boldsymbol{\theta})], \tag{20.19}$$

which is what we wanted to show.

Unlike in the case of the weighted estimator, uniqueness of $\boldsymbol{\theta}_o$ in the population is no longer sufficient for identification using the unweighted estimator. In particular, if $p_j = 0$ for some $j$, part of the population is not sampled at all, and this may (but need not) result in lack of identification of $\boldsymbol{\theta}_o$. As discussed in Wooldridge (2001) for the case of SS sampling, $p_j > 0$ for all $j$ ensures identification of $\boldsymbol{\theta}_o$ when it is identified in the population.

Generally, when stratification is based on $\mathbf{x}$, one can make a case for weighting if interest lies in the solution to the population problem

$$\min_{\boldsymbol{\theta} \in \boldsymbol{\Theta}} \mathrm{E}[q(\mathbf{w}, \boldsymbol{\theta})], \tag{20.20}$$

which we have called $\boldsymbol{\theta}_o$. The IPW estimator consistently estimates $\boldsymbol{\theta}_o$ without further assumptions, while the unweighted estimator requires the stronger assumption described surrounding equation (20.15). A special case is the linear regression model discussed in Example 20.1: to consistently estimate the linear projection, we must use weights even if selection is based on $\mathbf{x}$. Consistency of the unweighted estimator requires that we are estimating the conditional mean. In the next chapter, we will see other uses of this fact about the weighted versus unweighted estimator.

Wooldridge (1999b) shows that the usual asymptotic variance estimators (see Section 12.5) are valid when stratification is based on $\mathbf{x}$ and we ignore the stratification problem. For example, the usual conditional maximum likelihood analysis holds. In

the case of regression, we can use the usual heteroskedasticity-robust variance matrix estimator. Or, if we assume homoskedasticity in the population, the nonrobust form (see equation (12.58)) is valid with the usual estimator of the error variance.

When a generalized conditional information matrix equality holds, and stratification is based on $\mathbf{x}$, Wooldridge (1999b) shows that the unweighted estimator is more efficient than the weighted estimator. The key assumption is

$$\mathrm{E}[\nabla_\theta q(\mathbf{w}, \theta_o)' \nabla_\theta q(\mathbf{w}, \theta_o) \mid \mathbf{x}] = \sigma_o^2 \mathrm{E}[\nabla_\theta^2 q(\mathbf{w}, \theta_o) \mid \mathbf{x}] \qquad (20.21)$$

for some $\sigma_o^2 > 0$. When assumption (20.21) holds and $\theta_o$ solves equation (20.19), the asymptotic variance of the unweighted M-estimator is smaller than that for the weighted M-estimator. This generalization includes conditional maximum likelihood (with $\sigma_o^2 = 1$) and nonlinear regression under homoskedasticity.

Very similar conclusions hold for standard stratified sampling. One useful fact is that, when stratification is based on $\mathbf{x}$, the estimator (20.8) is valid with $p_j = H_j/Q_j$ (and $N_0 = N$); therefore, we need not compute within-strata variation in the estimated score. The unweighted estimator is consistent when stratification is based on $\mathbf{x}$ and the usual asymptotic variance matrix estimators are valid. The unweighted estimator is also more efficient when assumption (20.21) holds. See Wooldridge (2001) for statements of assumptions and proofs of theorems.

As a practical matter, modern statistical packages that have built-in features for analyzing data from stratified samples typically ask for two pieces of information: the sampling weights and the stratum identifier. If one specifies the weights but not the stratum identifier, the middle of the "sandwich" will not be estimated as in equation (20.14). The within-stratum averages will not be subtracted off, resulting in larger estimated asymptotic variances than necessary (except in the case of exogenous sampling under exogeneity of $\mathbf{x}$). In other words, the resulting confidence intervals and inference will be (asymptotically) conservative. It is better to use the information on the strata along with the sampling weights.

## 20.3   Cluster Sampling

We now turn to the problem of cluster sampling, where individual units are sampled in groups or clusters. As mentioned in the introduction, the problems of cluster sampling and panel data analysis are similar in their statistical structures: each confronts the problem of correlation when observations come with a natural nesting. The similarities are strongest in the case where a large number of clusters, each relatively small, is drawn from a large population of clusters. This case is relatively easy to handle, and we treat it first in Section 20.3.1.

Many data sets have both a panel data and cluster sampling structure. Inference that is robust to serial correlation and cluster correlation is straightforward provided the number of clusters is large. We discuss this case in Section 20.3.2.

Section 20.3.3 summarizes what is known about applying the usual cluster formulas when the cluster sizes are large rather than "small."

Recently, researchers have studied data structures that can be classified as a small number of clusters and many observations per cluster. Section 20.3.4 provides two methods for analyzing such structures.

### 20.3.1 Inference with a Large Number of Clusters and Small Cluster Sizes

We begin with the problem of estimating linear and nonlinear models when we can sample a large number of clusters from a large population of clusters. For each group or cluster $g$, let $\{(y_{gm}, \mathbf{x}_g, \mathbf{z}_{gm}): m = 1, \ldots, M_g\}$ be the observable data, where $M_g$ is the number of units in cluster $g$, $y_{gm}$ is a scalar response, $\mathbf{x}_g$ is a $1 \times K$ vector containing explanatory variables that vary only at the cluster level, and $\mathbf{z}_{gm}$ is a $1 \times L$ vector of covariates that vary within (as well as across) groups. In most applications of cluster samples, at least some covariates change only at the group level; earlier we gave the example of teacher characteristics when each cluster is a classroom. In fact, it is probably a sensible rule to at least consider the data as being generated as a cluster sample whenever covariates at a level more aggregated than the individual units are included in an analysis. For example, in analyzing firm-level data, if industry-level covariates are included then we should treat the data as a cluster sample, with each industry acting as a cluster.

Throughout we assume that the sampling scheme generates observations that are independent across $g$. In other words, we independently draw $G$ clusters from the population of all clusters. This assumption can be restrictive, particularly when the clusters are large geographical units. Nevertheless, in some cases we can define the clusters to allow additional "spatial correlation." For example, if originally we think of sampling fourth-grade classrooms, but then we are worried about correlation in student performance not just within class but also within school, then we can define the clusters to be the schools. What we will not cover is schemes where any two geographical units are allowed to be correlated, with correlation diminishing as the observations are farther apart in space.

The theory with $G \to \infty$ and the group sizes, $M_g$, fixed is well developed; see, for example, White (1984) and Arellano (1987). Of course, it is up to the researcher to decide whether the sizes of $G$ and the $M_g$ are suitable for this asymptotic framework. Here, we follow Wooldridge (2003a) and summarize these results and emphasize how one might have to use robust inference methods even when it is not so obvious.

Not surprisingly, linear models are easiest to analyze. The standard linear model with an additive error is

$$y_{gm} = \alpha + \mathbf{x}_g\boldsymbol{\beta} + \mathbf{z}_{gm}\boldsymbol{\gamma} + v_{gm}, \qquad m = 1, \ldots, M_g; \, g = 1, \ldots, G. \tag{20.22}$$

As with panel data, our approach to estimation and inference in equation (20.22) depends on several factors, including whether we are interested in the effects of aggregate variables ($\boldsymbol{\beta}$) or individual-specific variables ($\boldsymbol{\gamma}$). In addition, we need to make assumptions about the error terms. An important issue is whether the $v_{gm}$ contain a common group effect that can be separated in an additive fashion, as in

$$v_{gm} = c_g + u_{gm}, \qquad m = 1, \ldots, M_g, \tag{20.23}$$

where $c_g$ is an unobserved cluster effect and $u_{gm}$ is the idiosyncratic error. Another important issue is whether the explanatory variables in equation (20.22) can be taken to be appropriately exogenous. If the covariates satisfy

$$E(v_{gm} \mid \mathbf{x}_g, \mathbf{z}_{gm}) = 0, \qquad m = 1, \ldots, M_g; \, g = 1, \ldots, G, \tag{20.24}$$

or even a zero-correlation version, the pooled OLS estimator, where we regress $y_{gm}$ on 1, $\mathbf{x}_g$, $\mathbf{z}_{gm}$, $m = 1, \ldots, M_g$; $g = 1, \ldots, G$, is consistent for $\theta \equiv (\alpha, \boldsymbol{\beta}', \boldsymbol{\gamma}')'$ as $G \to \infty$ with $M_g$ fixed. Further, the POLS estimator is $\sqrt{G}$-asymptotically normal.

Without more assumptions, a robust variance matrix is needed to account for correlation within clusters or heteroskedasticity in $\mathrm{Var}(v_{gm} \mid \mathbf{x}_g, \mathbf{z}_{gm})$, or both. When $v_{gm}$ has the form in equation (20.23), the amount of within-cluster correlation can be substantial, with the result that the usual OLS standard errors can be very misleading (and, in most cases, systematically too small). Write $\mathbf{W}_g$ as the $M_g \times (1 + K + L)$ matrix of all regressors for group $g$. Then the $(1 + K + L) \times (1 + K + L)$ variance matrix estimator is

$$\widehat{\mathrm{Avar}}(\hat{\theta}_{POLS}) = \left( \sum_{g=1}^{G} \mathbf{W}_g' \mathbf{W}_g \right)^{-1} \left( \sum_{g=1}^{G} \mathbf{W}_g' \hat{\mathbf{v}}_g \hat{\mathbf{v}}_g' \mathbf{W}_g \right) \left( \sum_{g=1}^{G} \mathbf{W}_g' \mathbf{W}_g \right)^{-1} \tag{20.25}$$

where $\hat{\mathbf{v}}_g$ is the $M_g \times 1$ vector of pooled OLS residuals for group $g$. As we discussed for the panel data case, this "sandwich" variance matrix estimator is now computed routinely using "cluster" options in popular statistical packages. One simply needs to specify the cluster identifier.

Pooled OLS estimation of the parameters in equation (20.22) ignores the within-cluster correlation of the $v_{gm}$ in estimation, so that it can be very inefficient if $c_g$ is a part of the error $v_{gm}$. As we know from panel data analysis, if we strengthen the exogeneity assumption to

$$E(v_{gm} \mid \mathbf{x}_g, \mathbf{Z}_g) = 0, \qquad m = 1, \ldots, M_g; \, g = 1, \ldots, G, \qquad (20.26)$$

where $\mathbf{Z}_g$ is the $M_g \times L$ matrix of unit-specific covariates, then we can exploit the presence of $c_g$ in equation (20.23) in a generalized least squares (GLS) analysis. Assumption (20.26) rules out covariates from one member of the cluster affecting the outcomes on another, holding own covariates fixed. At least nominally, this assumption appears to rule out "peer effects," but such effects can be allowed by including measures of peers in $\mathbf{z}_{gm}$.

The standard random effects approach makes enough assumptions so that the $M_g \times M_g$ variance-covariance matrix of $\mathbf{v}_g = (v_{g1}, v_{g2}, \ldots, v_{g, M_g})'$ has the "random effects" form,

$$\mathrm{Var}(\mathbf{v}_g) = \sigma_c^2 \mathbf{j}'_{M_g} \mathbf{j}_{M_g} + \sigma_u^2 \mathbf{I}_{M_g}, \qquad (20.27)$$

where $\mathbf{j}_{M_g}$ is the $M_g \times 1$ vector of ones and $\mathbf{I}_{M_g}$ is the $M_g \times M_g$ identity matrix. In the standard setup, we also make the system homoskedasticity assumption, familiar from the panel data analysis in Chapter 10:

$$\mathrm{Var}(\mathbf{v}_g \mid \mathbf{x}_g, \mathbf{Z}_g) = \mathrm{Var}(\mathbf{v}_g). \qquad (20.28)$$

As in the panel data case, it is important to understand the role of assumption (20.28): it implies that the conditional variance-covariance matrix is the same as the unconditional variance-covariance matrix, but it does not restrict $\mathrm{Var}(\mathbf{v}_g)$; it can be any $M_g \times M_g$ matrix under assumption (20.28). The particular random effects structure on $\mathrm{Var}(\mathbf{v}_g)$ is given by assumption (20.27). Under assumptions (20.27) and (20.28), the resulting GLS estimator is the well-known random effects (RE) estimator. The estimator has the same structure as in the unbalanced panel data case; see Section 19.9.1.

The random effects estimator $\hat{\theta}_{RE}$ is asymptotically more efficient than pooled OLS under assumptions (20.26), (20.27), and (20.28) as $G \to \infty$ with the $M_g$ fixed. The RE estimates and test statistics are computed routinely by popular software packages for cluster samples. Nevertheless, an important point is often overlooked in applications of RE: one can, and in many cases should, make inference completely robust to an unknown form of $\mathrm{Var}(\mathbf{v}_g \mid \mathbf{x}_g, \mathbf{Z}_g)$.

The idea in obtaining a fully robust variance matrix for RE is straightforward, as we saw in Chapter 10 for panel data. Even if $\mathrm{Var}(\mathbf{v}_g \mid \mathbf{x}_g, \mathbf{Z}_g)$ does not have the RE form, the RE estimator is still consistent and $\sqrt{G}$-asymptotically normal under assumption (20.26), and it is likely to be more efficient than pooled OLS even if $\mathrm{Var}(\mathbf{v}_g \mid \mathbf{x}_g, \mathbf{Z}_g)$ does not have the RE form. The case for a fully robust variance matrix for RE is somewhat more subtle than in the panel data case, where serial correlation in the idiosyncratic errors generally invalidates assumption (20.27). Of

course, heteroskedasticity in $\text{Var}(c_{ij} \mid \mathbf{x}_{ij}, \mathbf{Z}_{ij})$ or $\text{Var}(u_{ijm} \mid \mathbf{x}_{ij}, \mathbf{Z}_{ij})$ is always a possibility, and either justifies robust inference. As an example, suppose that the coefficients on $\mathbf{z}_{ijm}$ vary at the cluster level:

$$y_{ijm} = \alpha + \mathbf{x}_{ij}\boldsymbol{\beta} + \mathbf{z}_{ijm}\boldsymbol{\gamma}_{ij} + v_{ijm}, \qquad m = 1, \ldots, M_{ij}; \ g = 1, \ldots, G. \qquad (20.29)$$

By estimating a standard random effects model that assumes common slopes $\boldsymbol{\gamma}$, we effectively include $\mathbf{z}_{ijm}(\boldsymbol{\gamma}_{ij} - \boldsymbol{\gamma})$ in the idiosyncratic error; doing so generally creates within-group correlation because $\mathbf{z}_{ijm}(\boldsymbol{\gamma}_{ij} - \boldsymbol{\gamma})$ and $\mathbf{z}_{ijp}(\boldsymbol{\gamma}_{ij} - \boldsymbol{\gamma})$ will be correlated for $m \neq p$, conditional on $\mathbf{Z}_{ij}$. Also, the idiosyncratic error will have heteroskedasticity that is a function of $\mathbf{z}_{ijm}$. Nevertheless, if we assume $\text{E}(\boldsymbol{\gamma}_{ij} \mid \mathbf{X}_{ij}, \mathbf{Z}_{ij}) = \text{E}(\boldsymbol{\gamma}_{ij}) \equiv \boldsymbol{\gamma}$ along with assumption (20.26), the random effects estimator still consistently estimates the average slopes, $\boldsymbol{\gamma}$ (and $\boldsymbol{\beta}$). Therefore, in applying random effects to panel data or cluster samples, it is sensible (with large $G$) to make the variance estimator of random effects robust to arbitrary heteroskedasticity and within-group correlation.

In applications, one often computes the POLS and RE estimates to see how sensitive the estimates are to choice of variance matrix. Further, one is tempted to compare estimated variance matrices—or, at least, standard errors—to see if RE is more efficient than POLS. It is fine to do so provided one uses fully robust standard errors for POLS and RE. For example, it certainly makes no sense to compare the usual POLS standard errors (which ignore the cluster sampling) with the usual RE standard errors (which account for the clustering, at least to some extent). By comparing the fully robust forms for each set of estimates, one is comparing generally reliable estimates of the sampling variation of the POLS and RE estimates.

If we are only interested in estimating $\boldsymbol{\gamma}$, the fixed effects (FE) or within estimator is attractive. The within transformation subtracts within-group averages from the dependent variable and explanatory variables:

$$y_{gm} - \bar{y}_g = (\mathbf{z}_{gm} - \bar{\mathbf{z}}_g)\boldsymbol{\gamma} + u_{gm} - \bar{u}_g, \qquad m = 1, \ldots, M_g; \ g = 1, \ldots, G, \qquad (20.30)$$

and this equation is estimated by pooled OLS. (Of course, the $\mathbf{x}_g$ get swept away by the within-group demeaning.) Under a full set of FE assumptions—which, as in the panel data case, allows arbitrary correlation between $c_g$ and the $\mathbf{z}_{gm}$—inference is straightforward using standard software. Nevertheless, analogous to the random effects case, it is prudent to allow $\text{Var}(u_g \mid \mathbf{Z}_g)$ to have an arbitrary form, including within-group correlation and heteroskedasticity. For example, if we start with model (20.29), then $(\mathbf{z}_{gm} - \bar{\mathbf{z}}_g)(\boldsymbol{\gamma}_g - \boldsymbol{\gamma})$ appears in the error term. As we discussed in Section 11.7.3, the FE estimator is still consistent if $\text{E}(\boldsymbol{\gamma}_g \mid \mathbf{z}_{gm} - \bar{\mathbf{z}}_g) = \text{E}(\boldsymbol{\gamma}_g) = \boldsymbol{\gamma}$, an assumption that allows $\boldsymbol{\gamma}_g$ to be correlated with $\bar{\mathbf{z}}_g$. Nevertheless, $u_{gm}$ and $u_{gp}$ will be correlated for $m \neq p$. A fully robust variance matrix estimator is

$$\widehat{\text{Avar}}(\hat{\gamma}_{FE}) = \left(\sum_{g=1}^{G} \ddot{\mathbf{Z}}_g' \ddot{\mathbf{Z}}_g\right)^{-1} \left(\sum_{g=1}^{G} \ddot{\mathbf{Z}}_g' \hat{\ddot{\mathbf{u}}}_g \hat{\ddot{\mathbf{u}}}_g' \ddot{\mathbf{Z}}_g\right) \left(\sum_{g=1}^{G} \ddot{\mathbf{Z}}_g' \ddot{\mathbf{Z}}_g\right)^{-1}, \qquad (20.31)$$

where $\ddot{\mathbf{Z}}_g$ is the matrix of within-group deviations from means and $\hat{\ddot{\mathbf{u}}}_g$ is the $M_g \times 1$ vector of fixed effects residuals. This estimator is justified with large-$G$ asymptotics. It has exactly the same form as the unbalanced panel data case.

One benefit of a fixed effects approach in the standard model with constant slopes but $c_g$ in the composite error term is that no adjustments are necessary if the $c_g$ are correlated across groups. When the groups represent different geographical units, we might expect correlation across groups close to each other. If we think such correlation is largely captured through the unobserved effect $c_g$, then its elimination by means of the within transformation effectively solves the problem. If we use pooled OLS or random effects, we would have to deal with spatial correlation across $g$, in addition to within-group correlation, a difficult statistical problem.

An alternative to FE estimation, and one that leads to a simple Hausman test for comparing FE and RE, is to add the group averages to an RE estimation. Let $\bar{\mathbf{z}}_g$ denote the vector of within-group averages, and write

$$y_{gm} = \alpha + \mathbf{x}_g\beta + \mathbf{z}_{gm}\gamma + \bar{\mathbf{z}}_g\xi + a_g + u_{gm}, \qquad m = 1, \ldots, M_g; \ g = 1, \ldots, G, \qquad (20.32)$$

where $c_g = \bar{\mathbf{z}}_g\xi + a_g$ (and we absorb the intercept here into $\alpha$). Estimating this equation by, say, RE allows us to easily test $H_0: \xi = 0$ in a fully robust way, which tests the null that the RE estimator is consistent. It can be shown that, even though the panel is not balanced, the estimate of $\gamma$ is the FE estimate. In addition, this approach allows us to estimate coefficients on $\mathbf{x}_g$. (Pooled OLS can also be used, and also delivers the FE estimate of $\gamma$.)

*Example 20.3 (Cluster Correlation in Teacher Compensation):* The data set in BENEFITS.RAW includes average compensation, at the school level, for teachers in Michigan. Interest lies in testing for a trade-off between salary and nonsalary compensation. We view this as a cluster sample of school districts, with the schools within districts representing the individual units.

A standard approach is to estimate the equation

$$\log(avgsal_{gm}) = \alpha + \beta_1 bs_{gm} + \beta_2 \log(staff_{gm}) + \beta_3 \log(enroll_{gm})$$
$$+ \beta_4 lunch_{gm} + c_g + u_{gm} \qquad (20.33)$$

where $avgsal_{gm}$ is the average salary for school $m$ in district $g$, $bs_{gm} = avgben_{gm}/avgsal_{gm}$, where $avgben_{gm}$ is the average benefits received by teachers, $staff_{gm}$ is the number of staff per 1,000 students, $enroll_{gm}$ is school enrollment, and $lunch_{gm}$ is the

Stratified Sampling and Cluster Sampling    869

**Table 20.1**
Salary-Benefits Trade-off for Michigan Teachers

| Dependent Variable | $\log(avgsal)$ | | |
|---|---|---|---|
| | (1) | (2) | (3) |
| Estimation Method | Pooled OLS | Random Effects | Fixed Effects |
| Explanatory Variable | | | |
| *bs* | −0.177 | −0.381 | −0.495 |
| | (0.122) | (0.112) | (0.133) |
| | [0.260] | [0.150] | [0.194] |
| $\log(staff)$ | −0.691 | −0.617 | −0.622 |
| | (0.018) | (0.015) | (0.017) |
| | [0.035] | [0.036] | [0.043] |
| $\log(enroll)$ | −0.0292 | −0.0249 | −0.0515 |
| | (0.0085) | (0.0076) | (0.0094) |
| | [0.0257] | [0.0115] | [0.0131] |
| *lunch* | −0.00085 | 0.00030 | 0.00051 |
| | (0.00016) | (0.00018) | (0.00021) |
| | [0.00057] | [0.00020] | [0.00021] |
| constant | 13.724 | 13.367 | 13.618 |
| | (0.112) | (0.098) | (0.113) |
| | [0.256] | [0.197] | [0.241] |
| Number of districts | 537 | 537 | 537 |
| Number of schools | 1,848 | 1,848 | 1,848 |

Quantities in parentheses are the nonrobust standard errors; those in brackets are robust to arbitrary within-district correlation as well as heteroskedasticity.
The intercept reported for fixed effects is the average of the estimated district effects.
The fully robust regression based Hausman test, with four degrees-of-freedom in the chi-square distribution, yields $H = 20.70$ and $p$-value = 0.0004.

percentage of students eligible for the federal free or reduced-price lunch program. Using the approximation $\log(1 + x) \approx x$ for "small" $x$, it can be shown that a dollar-for-dollar trade-off in salary and benefits is the same as $\beta_1 = -1$.

We estimate the equation using three methods: pooled OLS, random effects, and fixed effects. The results are given in Table 20.1. The table contains the nonrobust standard errors for each method—that is, the standard errors computed under the "ideal" set of assumptions for the particular estimator—along with the standard errors that are robust to arbitrary within-district correlation and heteroskedasticity.

The POLS estimates provide little evidence of a trade-off between salary and benefits. The coefficient is negative, but its value, −0.177, is pretty small, and not close to −1 (the hypothesized value for a one-for-one trade-off between salary and benefits). Its fully robust $t$ statistic is less than 0.7 in magnitude. Notice that the robust standard error, which properly accounts for the cluster nature of the data, is more than twice as large as the nonrobust one.

Case 4:05-cv-00037-YGR     Document 754-9     Filed 01/14/14     Page 27 of 225

The magnitude of the random effects coefficient $bs$ is notably larger than the pooled OLS estimate, and it is statistically different from zero, even using the fully robust standard error. The RE transformation removes a fraction of the district averages. (The fraction depends on the number of schools in a district, and it ranges from about 0.379 to 0.938, with more than 50% of the districts at 0.379.) Even though RE nominally accounts for the cluster (district) effect, the nonrobust standard errors evidently understate the actual sampling variation. The robust 95% confidence interval excludes zero, but it also excludes $-1$ (and the RE point estimate, $-0.381$, is far from $-1$). The robust standard error on $\log(staff)$, 0.036, is more than twice as large as the nonrobust one, 0.015. Again, this finding points to the importance of using robust inference even if we nominally account for the common district effect by means of random effects estimation. Incidentally, the RE robust standard errors are, except in one case, smaller than the robust pooled OLS standard errors, indicating that RE is more efficient than POLS even though RE is evidently not the most efficient estimator (because it appears there is a more complicted pattern of cluster correlation than accounted for by RE).

Column (3) in Table 20.1 contains the fixed effects estimates. The coefficient on $bs$ is about $-0.50$, which is still pretty far from $-1$, and statistically different from $-1$ even using the fully robust standard error. Again, allowing for clustering and heteroskedasticity is important for appropriate inference: the usual FE standard errors appear to be too small. Because total compensation varies significantly by district, it is important to allow the district effects to be correlated with the explanatory variables, as FE does.

Not surprisingly, the fully robust RE standard errors are somewhat below the fully robust FE standard errors, a result which makes it tempting to use the RE estimates. But the robust Hausman test, obtained by adding the four group averages to the RE estimation and testing their joint significance, yields a low $p$-value, about 0.0004. It appears the district effect is systematically related to some of the variables (staff size especially), and so the safest strategy is to use the fixed effects estimates with fully robust inference.

The discussion of the previous methods extends immediately to instrumental variables versions of all estimators. With large $G$, one can afford to make pooled two-stage least squares (2SLS), random effects 2SLS, and fixed effects 2SLS robust to arbitrary within-cluster correlation and heteroskedasticity. Adding the group averages of the exogenous explanatory variables (including the extra instruments), estimating the resulting equation by RE 2SLS (where the group averages act as their own instruments), and jointly testing the group averages for significance leads to a simple Hausman test comparing RE 2SLS and FE 2SLS.

If the random effects variance matrix structure does not hold, more efficient estimation can be achieved by applying generalized method of moments (GMM); again, GMM is justified with large $G$.

As we discussed in Section 12.10.3, one might apply least absolute deviations or quantile regression directly to equation (20.32). While difficult to justify in general, adding the group averages and then applying, say, LAD, can be a useful way to approximate the effects of the variables on the median while allowing the group heterogeneity to be correlated with the individual-specific covariates. Under the kinds of symmetry assumptions discussed in Section 12.10.3, this can be a good way to account for outliers in the data.

For a the case where $G$ is much larger than the group sizes, cluster-robust inference is available for nonlinear models, too. A general treatment based on M-estimation is possible, but most of the points can be illustrated with binary response models. Let $y_{gm}$ be a binary response, with $\mathbf{x}_g$ and $\mathbf{z}_{gm}$, $m = 1, \ldots, M_g$, $g = 1, \ldots, G$ defined as before. Assume that

$$y_{gm} = 1[\alpha + \mathbf{x}_g\boldsymbol{\beta} + \mathbf{z}_{gm}\boldsymbol{\gamma} + c_g + u_{gm} \geq 0], \tag{20.34}$$

where $c_g$ is the cluster effect and $u_{gm}$ is the unit-specific error. If, say, we assume

$$u_{gm} \mid \mathbf{x}_g, \mathbf{Z}_g, c_g \sim \text{Normal}(0, 1), \tag{20.35}$$

then

$$\text{P}(y_{gm} = 1 \mid \mathbf{x}_g, \mathbf{z}_{gm}, c_g) = \text{P}(y_{gm} = 1 \mid \mathbf{x}_g, \mathbf{Z}_g, c_g) = \Phi(\alpha + \mathbf{x}_g\boldsymbol{\beta} + \mathbf{z}_{gm}\boldsymbol{\gamma} + c_g), \tag{20.36}$$

where $\Phi(\cdot)$ is the standard normal (cdf), as usual. Alternatively, if $u_{gm}$ follows a logistic distribution, then we replace $\Phi(\cdot)$ with $\Lambda(\cdot)$. Notice that expression (20.35) assumes that, conditional on $c_g$, $\mathbf{x}_g$, and $\mathbf{z}_{gm}$, $\mathbf{z}_{gp}$ for $p \neq m$ does not affect the outcome. For pooled methods we could relax this restriction (as in the linear case), but, with the presence of $c_g$, this affords little generality in practice.

As in nonlinear panel data models, the presence of $c_g$ in equation (20.36) raises several important issues, including how we estimate quantities of interest. As in the panel data case, we have some interest in estimating average partial or marginal effects. For example, if the first element of $\mathbf{x}_g$ is continuous,

$$\frac{\partial \text{P}(y_{gm} = 1 \mid \mathbf{x}_g, \mathbf{z}_{gm}, c_g)}{\partial x_{g1}} = \beta_1 \phi(\alpha + \mathbf{x}_g\boldsymbol{\beta} + \mathbf{z}_{gm}\boldsymbol{\gamma} + c_g), \tag{20.37}$$

where $\phi(\cdot)$ is the standard normal density function. If

$$c_g \mid \mathbf{x}_g, \mathbf{Z}_g \sim \text{Normal}(0, \sigma_c^2), \tag{20.38}$$

then the APEs are obtained from the average structural function

$$ASF(\mathbf{x}_o, \mathbf{z}_{gm}) = \Phi_i(\gamma_o + \mathbf{x}_o\boldsymbol{\beta} + \mathbf{z}_{gm}\boldsymbol{\gamma}_i)/(1 + \sigma_c^2)^{1/2}] = \Phi(\gamma_a + \mathbf{x}_o\boldsymbol{\beta}_a + \mathbf{z}_{gm}\boldsymbol{\gamma}_a), \quad (20.39)$$

where $\gamma_a = \gamma/(1 + \sigma_c^2)^{1/2}$, and so on. Because the right-hand side of equation (20.39) is $P(r_{gm} = 1 | \mathbf{x}_o, \mathbf{Z}_o)$, the scaled coefficients are conveniently estimated using pooled probit or a generalized estimating equation (GEE) approach. In either case, inference must be robust to allow general covariance structures $Cov(r_{gm}, y_{gp} | \mathbf{x}_o, \mathbf{Z}_o)$ for $m \neq p$. These certainly will not be zero (as would be required to ignore the clustering using pooled methods), but neither will they be constant. The same formulas used in the panel data case apply to cluster samples, with the small change that the group sizes are generally different.

The pooled and GEE approaches are attractive because they are computationally simple and do not require specification of a joint distribution within clusters. Alternatively, we can impose more assumptions—as in the panel data case—and use full maxinimum likelihood (conditional on $\mathbf{x}_{it}$ and $\mathbf{Z}_{gm}$, of course). If we supplement assumptions (20.34), (20.35), and (20.38) with

$$\{u_{g1}, \dots, u_{g,M_g}\} \text{ are independent conditional on } (\mathbf{x}_{it}, \mathbf{Z}_{it}, c_g), \quad (20.40)$$

then we have the random effects probit model. Details of its estimation are similar to the panel data case, with the minor exception that here we must allow for an unequal number of observations per cluster. Because we can separately identify $\alpha$, $\boldsymbol{\beta}$, $\gamma$, and $\sigma_c^2$, partial effects at various values of $c_g$ are identified in addition to the average partial effects. In one important way, a random effects approach under the conditional independence assumption (20.40) is more attractive for cluster samples than for panel data: in panel data it is often the case that time series innovations are correlated over time. With a cluster sample, independence of individual outcomes after conditioning on a common cluster effect is often more believable. (Nevertheless, we are conditioning only on a scalar heterogeneity, $c_g$, so such an assumption may still be too restrictive.)

As with panel data, we often want to allow the cluster heterogeneity, $c_g$, to be correlated with the observed covariates. When the cluster sizes are the same—that is, $M_g = M$ for all $g$—we can apply the same methods we used for balanced panel, including probit, logit, ordered probit, Tobit, count data, fractional responses, and so on. Calculations of average partial effects are identical, and random effects approaches under conditional independence are attractive. But pooled methods are often computationally simpler and are sufficient for identifying APEs.

A challenging task for CRE approaches using cluster samples is how to model correlation between the unobserved heterogeneity and $\{\mathbf{z}_{gm}: m = 1, \dots, M_g\}$ when

the clusters are not balanced with respect to cluster size. One possible solution is to randomly drop observations from clusters to make them all the same size. Then we could apply the usual approach for balanced panel data. Unfortunately, this approach can be very costly in terms of lost data. For example, if the smallest group has $M_g = 3$, we would have to drop observations from all other groups until we only have three in each group.

The problem with different group sizes is that it is unclear how one should model the correlation between $c_g$ and $(z_{g1}, \ldots, z_{g,M_g})$ for each $g$. Nevertheless, there are several possibilities. We can get some insight by assuming joint normality of $(c_g, z_{g1}, \ldots, z_{g,M_g})$ and then assuming that $E(c_g \mid z_{g1}, \ldots, z_{g,M_g}) = E(c_g \mid \bar{z}_g) = \eta_g + \bar{z}_g \xi_g$, that is, assuming $\bar{z}_g$ is a sufficient statistic for the mean. Then it must follow that

$$\xi_g = [\mathrm{Var}(\bar{z}_g)]^{-1} \mathrm{Cov}(\bar{z}_g, c_g)$$

$$\eta_g = E(c_g) - E(\bar{z}_g)\xi_g.$$

For the sake of argument, assume that $\{z_{gm} : m = 1, \ldots, M_g\}$ has an unobserved effects structure, that is, $z_{gm} = r_g + e_{gm}$ where $r_g$ is uncorrelated with each $e_{gm}$ and $\{e_{gm} : m = 1, \ldots, M_g\}$ are pairwise uncorrelated with zero mean and common variance matrix $\Sigma_e$. Then $E(\bar{z}_g) = \mu_r$ and $\mathrm{Var}(\bar{z}_g) = \Sigma_r + M_g^{-1}\Sigma_e$. Assume that $c_g$ is uncorrelated with the $e_{gm}$, and let $\sigma_{rc}$ be the vector of covariances of $r_g$ with $c_g$. Then

$$\xi_g = (\Sigma_r + M_g^{-1}\Sigma_e)^{-1}\sigma_{rc} \tag{20.41}$$

$$\eta_g = \mu_c - \mu_r \xi_g, \tag{20.42}$$

where $\mu_c = E(c_g)$. Further, if we write $c_g = \eta_g + \bar{z}_g \xi_g + a_g$,

$$\mathrm{Var}(a_g) = \sigma_c^2 - \sigma'_{rc}(\Sigma_r + M_g^{-1}\Sigma_e)^{-1}\sigma_{rc}. \tag{20.43}$$

These calculations show that, even under fairly strong assumptions, both $E(c_g \mid \bar{z}_g)$ and $\mathrm{Var}(c_g \mid \bar{z}_g)$ depend on the group size, $M_g$ (and $E(c_g \mid \bar{z}_g)$ depends on $\bar{z}_g$, too). If $\Sigma_r = 0$, the mean and variance depend on $M_g$ and $M_g \cdot \bar{z}_g$. If $\Sigma_r$ is "large" (in a matrix sense), or $M_g$ is large, the mean and variance are almost independent of $M_g$ (but the mean is a linear function of $\bar{z}_g$). If $\Sigma_r$ and $\Sigma_e$ are both scalar multiples of the identity matrix, the function of $M_g$ has the form $(\sigma_r^2 + M_g^{-1}\sigma_e^2)^{-1}$, which, for large $M_g$, can be approximated well by a low-order polynomial in $M_g^{-1}$.

How should we apply these calculations for the conditional mean and variance of $c_g$? First, we should recognize that they are derived under strong assumptions, so we should not use such specific forms. (Plus, they would not be very easy to handle computationally.) An approach that may be flexible enough is

874                                                                                          Chapter 20

$$c_g = \psi_0 + \psi_1 M_g + z_g \psi_2 + (M_g \cdot z_g)\psi_3 + a_g \qquad (20.44)$$

$$\mathrm{Var}(a_g \mid z_{g1}, \ldots, z_g, M_g) = \mathrm{Var}(a_g) = \omega_0 + \omega_1 M_g \qquad (20.45)$$

(where we expect $\omega_1 < 0$ because the conditional variance of $c_g$ shrinks as the number of explanatory variables increases). If we use these expressions in place of the usual Chamberlain-Mundlak approach (and include $\mathbf{x}_g$, too), we get the following estimating equation:

$$\mathrm{P}(y_{gm} = 1 \mid \mathbf{x}_g, \mathbf{Z}_g) = \Phi\left[\frac{(\alpha + \mathbf{x}_g\beta + \mathbf{z}_{gm}\gamma + \psi_1 M_g + \mathbf{z}_g\psi_2 + (M_g \cdot \mathbf{z}_g)\psi_3)}{\sqrt{1 + \omega_0 + \omega_1 M_g}}\right]. \qquad (20.46)$$

In principle, the parameters here can be estimated by, say, a pooled heteroskedastic probit analysis. To estimate the parameters, a normalization is needed on the variance (because when $\omega_1 = 0$, only the parameters scaled by $1/\sqrt{1 + \omega_0}$ are identified). In fact, using modern software that allows for exponential forms of heteroskedasticity in probit anlaysis, an easy way to estimate the identified parameters, and then obtain average partial effects, is to specify the variance as $\exp[\delta_1 \log(M_g)]$. When $\delta_1 = 0$, the variance is one, and we estimate the scaled coefficients. Notice that specifying the composite variance as $\exp[\delta_1 \log(M_g)]$ also has the benefit of nesting the cases where $\mathrm{Var}(a_g)$ is a linear function of $M_g$ or $M_g^{-1}$.

A more flexible approach is to let the conditional variance of $c_g$ be as flexible as the conditional mean, but still nesting the preceding simple functional form. For example, a more flexible estimating equation is

$$\mathrm{P}(y_{gm} = 1 \mid \mathbf{x}_g, \mathbf{Z}_g) = \Phi\left[\frac{(\alpha + \mathbf{x}_g\beta + \mathbf{z}_{gm}\gamma + \psi_1 M_g + \bar{\mathbf{z}}_g\psi_2 + (M_g \cdot \bar{\mathbf{z}}_g)\psi_3)}{\exp(\delta_1 \log(M_g) + \bar{\mathbf{z}}_g\delta_2 + \log(M_g)\bar{\mathbf{z}}_g\delta_3)}\right]. \qquad (20.47)$$

We could replace $M_g$ in the mean part with $M_g^{-1}$, or even use both functions. Such an equation is relatively straightforward to estimate using heteroskedastic probit software.

A very attractive alternative with large $G$ and not much variation in the group sizes $M_g$ is to allow a different set of parameters in $\mathrm{D}(c_g \mid M_g, \bar{\mathbf{z}}_g)$ for each value of $M_g$. This is easily accomplished by including dummies for all but one group size and also interacting the dummies with $\bar{\mathbf{z}}_g$ in the mean and the variance. In equation (20.43) the variance depends only on $M_g$, and so one might want to simplify the estimation by including only the group-size dummies in the variance.

Regardless of the specific expression we use for $\mathrm{P}(y_{gm} = 1 \mid \mathbf{x}_g, \mathbf{Z}_g)$, it is straightforward to estimate the average partial effects. The conditioning variables that we must average out are $(M_g, \bar{\mathbf{z}}_g)$, and we use, as usual, the discussion in Section 2.2.5.

Let $m(\mathbf{x}_g, \mathbf{z}_{gm}, M_g, \bar{\mathbf{z}}_g, \theta)$ be the response probability $P(y_{gm} = 1 \mid \mathbf{x}_g, \mathbf{Z}_g)$, where $\theta$ is the set of all parameters. Then the ASF, for fixed values of $\mathbf{x}$ and $\mathbf{z}$, is consistently estimated as

$$\widehat{ASF}(\mathbf{x}, \mathbf{z}) = G^{-1} \sum_{g=1}^{G} m(\mathbf{x}, \mathbf{z}, M_g, \bar{\mathbf{z}}_g, \hat{\theta}); \tag{20.48}$$

that is, we average out $(M_g, \bar{\mathbf{z}}_g)$. (As usual, one must use caution in interpreting the effects of the group-level variables if these are partially correlated with $c_g$.)

Incidentally, the methods proposed here can be applied to unbalanced panel data sets, assuming, of course, that the reason the panel is unbalanced can be ignored. With a large cross section, $N$ (which replaces $G$), and a small number of time periods, $T_i$ (which replaces $M_g$) for each observation $i$, the flexible approach of allowing different parameters for each $T_i$ is attractive.

Rather than adopt a correlated random effects probit approach, we can apply the fixed effects logit approach, assuming that the observations within a cluster are independent conditional on the observed covariates and the cluster effect, $c_g$. Naturally, the cluster-level variables, $\mathbf{x}_g$, are eliminated, and one can only estimate parameters, not partial effects. The mechanics are essentially identical to the panel data case. Geronimus and Korenman (1992) use sister pairs to study the effects of teenage motherhood on subsequent economic outcomes, so $M_g = 2$ for all $g$. When the outcome is binary (such as an employment indicator), the authors apply fixed effects logit. CRE probit can also be used to obtain the magnitudes of the effects.

The same CRE approach can be applied to other nonlinear models, such as ordered probit and Tobit models. Generally, if we begin with a density $f(\mathbf{y}_{gm} \mid \mathbf{x}_g, \mathbf{z}_{gm}, \mathbf{c}_g; \theta)$, where both $\mathbf{y}_{gm}$ and $\mathbf{c}_g$ can be vectors, and then specify a heterogeneity density, say, $h(\mathbf{c}_g \mid M_g, \bar{\mathbf{z}}_g; \delta)$, a partial MLE analysis can be obtained by "integrating out" $\mathbf{c}_g$ to get the density

$$\int f(\mathbf{y}_{gm} \mid \mathbf{x}_g, \mathbf{z}_{gm}, \mathbf{c}; \theta) h(\mathbf{c} \mid M_g, \bar{\mathbf{z}}_g; \delta) \, d\mathbf{c}. \tag{20.49}$$

As we know from the panel data case, this density has a simple form for common models, such as Tobit, when $c_g$ is a scalar and $h(\cdot \mid M_g, \bar{\mathbf{z}}_g; \delta)$ is chosen to have a simple form, such as normal. However, as for the probit case, one should allow heteroskedasticity in $\mathrm{Var}(c_g \mid M_g, \bar{\mathbf{z}}_g)$, leading to a pooled estimation strategy based on the "heteroskedastic Tobit" model. We also know that using pooled (that is, partial) MLE does not always fully identify the parameters, but it does often identify scaled parameters and average partial effects. Because the observations within clusters are

almost certainly correlated, even after conditioning on $(\mathbf{x}_g, \mathbf{Z}_g)$, inference that allows within-cluster correlation is crucial.

Various quasi-MLEs can also be adapted to account for correlated random effects in the context of cluster sampling. In the exponential case, we would be led to a mean function that looks like, say,

$$\mathrm{E}(y_{gm} \mid \mathbf{Z}_g, M_g) = \mathrm{E}(y_{gm} \mid \mathbf{z}_{gm}, M_g, \mathbf{\bar{z}}_g) = \exp(\mathbf{x}_{it}\boldsymbol{\beta} + \mathbf{z}_{gm}\boldsymbol{\gamma} + \alpha_{M_g} + \mathbf{\bar{z}}_g\boldsymbol{\psi}_{M_g}), \quad (20.50)$$

where $\alpha_{M_g}$ and $\psi_{M_g}$ are specific to the group size, $M_g$ (or we use linear or low-order polynomials in $M_g$ or $M_g^{-1}$, or both). The parameters can be estimated by, say, pooled Poisson QMLE, or GEE using the Poisson distribution by including a full set of group-size dummies along with $\mathbf{\bar{z}}_g$ and interactions with $\mathbf{\bar{z}}_g$. The elements of $(\boldsymbol{\beta}, \boldsymbol{\gamma})$ measure semielasticities or elasticities on the mean response. The APEs on the mean are obtained by averaging out $(M_g, \mathbf{\bar{z}}_g)$. See Problem 20.8 for the case of a fractional response.

As in the panel data case, the fixed effects Poisson estimator is very convenient when we start with

$$\mathrm{E}(y_{gm} \mid \mathbf{Z}_g, c_g) = \mathrm{E}(y_{gm} \mid \mathbf{z}_{gm}, c_g) = \exp(\mathbf{z}_{gm}\boldsymbol{\gamma} + c_g). \quad (20.51)$$

With arbitrarily unbalanced group sizes, the FE Poisson estimator (viewed as a quasi-MLE) consistently estimates $\gamma$ (and $\mathbf{x}_g$ is eliminated). No other feature of the Poisson distribution needs to be correctly specified, and sources of within-cluster correlation other than $c_g$ are allowed (provided, of course, we use fully robust inference).

### 20.3.2 Cluster Samples with Unit-Specific Panel Data

Often, cluster samples come with a time component, so that there are two potential sources of correlation across observations: across time within the same individual and across individuals within the same group. The two sources of correlation may also interact: different individuals within the same group or cluster might have unobserved shocks correlated across different time periods.

Generally, accounting for more than two data dimensions is complicated if there is not a natural nesting. Here we consider the case where each unit belongs to a cluster and the cluster identification does not change over time. In other words, we have panel data on each individual or unit, and each unit belongs to a cluster. For example, we might have annual panel data at the firm level where each firm belongs to the same industry (cluster) for all years. Or, we might have panel data for schools that each belong to a district. This is a special case of a **hierarchical linear model (HLM)**

setup. Models for data structures involving panel data and clustering are also called **mixed models** (although this latter name typically refers to the situation, which we treat later, in which some slope parameters are constant and others are unobserved heterogeneity). In the HLM/mixed models literature, more levels of nesting are allowed, but we will not consider more general structures; see, for example, Raudenbush and Bryk (2002).

Now we have three data subscripts on at least some variables that we observe. For example, the response variable is $y_{gmt}$, where $g$ indexes the group or cluster, $m$ is the unit within the group, and $t$ is the time index. Mainly for expository purposes, assume we have a balanced panel with the time periods running from $t = 1, \ldots, T$. Within cluster $g$ there are $M_g$ units, and we have sampled $G$ clusters. (In the HLM literature, $g$ is usually called the *first level* and $m$ the *second level*.)

As with a pure cluster sample, we assume that we have many groups, $G$, and relatively few members of the group. Further, our discussion of asymptotic properties of estimators assumes that $T$ is fixed. In particular, the analysis is with the $M_g$ and $T$ fixed with $G$ getting large. For example, if we can sample, say, several hundred school districts, with a few to maybe a few dozen schools per district, over a handful of years, then we have a data set that can be analyzed in the current framework.

A standard linear model with constant slopes can be written, for $t = 1, \ldots, T$, $m = 1, \ldots, M_g$, and a random draw $g$ from the population of clusters as

$$y_{gmt} = \eta_t + \mathbf{w}_g \boldsymbol{\alpha} + \mathbf{x}_{gm} \boldsymbol{\beta} + \mathbf{z}_{gmt} \boldsymbol{\delta} + h_g + c_{mg} + u_{gmt}, \qquad (20.52)$$

where, say, $h_g$ is the industry or district effect, $c_{gm}$ is the firm effect or school effect (firm or school $m$ in industry or district $g$), and $u_{gmt}$ is the idiosyncratic effect. In other words, the composite error is

$$v_{gmt} = h_g + c_{gm} + u_{gmt}. \qquad (20.53)$$

Generally, the model can include variables that change at any level. In equation (20.52), some elements of $\mathbf{z}_{gmt}$ might change only across $g$ and $t$, and not by unit. This is an important special case for policy analysis where the policy applies at the group level and changes over time. In such cases it is crucial for obtaining correct inference to recognize the cluster correlation. In effect, if one has observables in the model measured at the group level (whether or not they change over time), it is effectively cheating to then assume there are no group-level unobservables affecting $y_{gmt}$. This could be the case, but one should not assume it from the outset.

A simple estimation method, assuming $v_{gmt}$ is uncorrelated with $(\mathbf{w}_g, \mathbf{x}_{gm}, \mathbf{z}_{gmt})$, is pooled OLS, which is consistent as $G \to \infty$ for any cluster or serial correlation pattern. The most general inference for pooled OLS—maintaining independence across

clusters — is to allow any kind of serial correlation across units or time, or both, within a cluster.

Not surprisingly, one can apply a generalized least squares analysis that makes assumptions about the components of the composite error. Typically, it is assumed that the components are pairwise uncorrelated, the $c_{gm}$ are uncorrelated within cluster (with common variance), and the $u_{gmt}$ are uncorrelated within cluster and across time (with common variance). The resulting feasible GLS estimator is an extension of the usual random effects estimator for panel data. Because of the large-$G$ setting, the estimator is consistent and asymptotically normal whether or not the actual variance structure we use in estimation is the proper one. To guard against heteroskedasticity in any of the errors and serial correlation in the $\{u_{gmt}\}$, one should use fully robust inference that does not rely on the form of the unconditional variance matrix (which may also differ from the conditional variance matrix).

Simple strategies are available, too. For example, one can apply random effects at the individual level, effectively ignoring the clusters in estimation. In other words, treat the data as a standard panel data set in estimation. Such an estimator might be more efficient than pooled OLS yet easier to obtain than a complete RE analysis that also accounts for the cluster sampling. To account for the cluster sampling in inference, one computes a fully robust variance matrix estimator for the usual random effects estimator. Many statistical packages have options to allow for clustering at a higher level of aggregation than the level at which random effects is applied.

More formally, write the equation for each cluster as

$$\mathbf{y}_g = \mathbf{R}_g \theta + \mathbf{v}_g, \tag{20.54}$$

where a row of $\mathbf{R}_g$ is $(1, d2, \ldots, dT, \mathbf{w}_g, \mathbf{x}_{gm}, \mathbf{z}_{gmt})$ (which includes a full set of period dummies) and $\theta$ is the vector of all regression parameters. For cluster $g$, $\mathbf{y}_g$ contains $M_g T$ elements ($T$ periods for each unit $m$). In particular,

$$\mathbf{y}_g = \begin{pmatrix} \mathbf{y}_{g1} \\ \mathbf{y}_{g2} \\ \vdots \\ \mathbf{y}_{g,M_g} \end{pmatrix}, \qquad \mathbf{y}_{gm} = \begin{pmatrix} y_{gm1} \\ y_{gm2} \\ \vdots \\ y_{gmT} \end{pmatrix}, \tag{20.55}$$

so that each $\mathbf{y}_{gm}$ is $T \times 1$; $\mathbf{v}_g$ has an identical structure. Now, we can obtain $\boldsymbol{\Omega}_g = \mathrm{Var}(\mathbf{v}_g)$ under various assumptions and apply feasible GLS.

Random effects estimation at the unit level is obtained by choosing $\boldsymbol{\Omega}_g = \mathbf{I}_{M_g} \otimes \boldsymbol{\Lambda}$, where $\boldsymbol{\Lambda}$ is the $T \times T$ matrix with the RE structure. Of course, if there is within-cluster correlation, this is not the correct form of $\mathrm{Var}(\mathbf{v}_g)$, and that is why robust

inference generally is needed after RE estimation. Generally, to allow for an incorrect structure imposed on $\mathbf{\Omega}_g$, or to allow for system heteroskedasticity, that is, $\mathrm{Var}(\mathbf{v}_g \mid \mathbf{R}_g) \neq \mathrm{Var}(\mathbf{v}_g)$, we use fully robust inference. In particular, the robust asymptotic variance of $\hat{\boldsymbol{\theta}}$ is estimated as

$$\widehat{\mathrm{Avar}}(\hat{\boldsymbol{\theta}}) = \left( \sum_{g=1}^{G} \mathbf{R}_g' \hat{\mathbf{\Omega}}_g^{-1} \mathbf{R}_g \right)^{-1} \left( \sum_{g=1}^{G} \mathbf{R}_g' \hat{\mathbf{\Omega}}_g^{-1} \check{\mathbf{v}}_g \check{\mathbf{v}}_g' \hat{\mathbf{\Omega}}_g^{-1} \mathbf{R}_g \right)^{-1} \left( \sum_{g=1}^{G} \mathbf{R}_g' \hat{\mathbf{\Omega}}_g^{-1} \mathbf{R}_g \right)^{-1}, \quad (20.56)$$

where $\check{\mathbf{v}}_g = \mathbf{y}_g - \mathbf{R}_g \hat{\boldsymbol{\theta}}$. Some software packages that allow cluster-robust inference after panel data estimation compute this fully robust asymptotic variance. Unfortunately, routines intended for estimating HLMs (or mixed models) often assume that the structure imposed on $\mathbf{\Omega}_g$ is correct, and that $\mathrm{Var}(\mathbf{v}_g \mid \mathbf{R}_g) = \mathrm{Var}(\mathbf{v}_g)$. The resulting inference could be misleading, especially if serial correlation in $\{u_{gmt}\}$ is not allowed.

Because of the nested data structure, we have available different versions of fixed effects estimators. Subtracting cluster averages from all observations within a cluster eliminates $h_g$; when $w_{gt} = w_g$ for all $t$, $w_g$ is also eliminated. But the unit-specific effects, $c_{mg}$, are still part of the error term. If we are mainly interested in $\delta$, the coefficients on the time-varying variables $z_{gmt}$, then removing $c_{gm}$ (along with $h_g$) is attractive. In other words, use a standard fixed effects analysis at the individual level. (If the units were allowed to change groups over time, then we would replace $h_g$ with $h_{gt}$, and then subtracting off individual-specific means would not remove the time-varying cluster effects.)

*Example 20.4 (Effects of Spending on School Performance):* The data in MEAP94_98, which are a subset of those used in Papke (2005), contain school-level panel data on student performance and per-pupil spending. The variable to be explained, *math4*, is the percentage of students receiving a satisfactory score on a fourth-grade math test administered by the state of Michigan. The key variable, *lavgrexp* = log(*avgrexp*), is the log of average real per-pupil spending for the current and previous year. The data set is for the years 1994 through 1998; it is unbalanced, with schools having either three, four, or five years of data (in various patterns). The other school-level controls are enrollment, in logarithmic form (*lenroll*), and the percentage of students eligible for the free lunch program (*lunch*). A full set of year dummies is also included.

We can view this as a cluster sample because schools are nested within districts. Certainly much of the variability in spending is across districts, and so it may be important to allow for district-level effects.

The results of fixed effects estimation, at the school level, are given in Table 20.2. Because schools are in the same district in every year, eliminating a school effect also

Chapter 20

**Table 20.2**
Fixed Effects Estimation of Spending on Test Pass Rates

| Dependent Variable | *math4* | | | |
|---|---|---|---|---|
| | FE Coefficient | Usual FE Standard Error | S.E. Clustered by School | S.E. Clustered by District |
| Explanatory Variable | | | | |
| log(*avgrexp*) | 6.29 | 2.10 | 2.43 | 3.13 |
| *lunch* | −0.022 | 0.031 | 0.039 | 0.040 |
| log(*enrol*) | −2.04 | 1.79 | 1.79 | 2.10 |
| *y95* | 11.62 | 0.55 | 0.54 | 0.72 |
| *y96* | 13.06 | 0.66 | 0.69 | 0.93 |
| *y97* | 10.15 | 0.70 | 0.73 | 0.96 |
| *y98* | 23.41 | 0.72 | 0.77 | 1.03 |
| Number of districts | | 467 | | |
| Number of schools | | 1,683 | | |

removes any additive district effect. But within-district correlation can be present if some of the slopes change by district. Along with the FE estimates, three standard errors are provided: the usual FE standard errors that ignore serial correlation and within-district correlation; the standard errors that are robust to arbitrary serial correlation within school but assume no correlation across schools within a district; and the most robust standard errors that allow within-district correlation across schools and time periods. (Remember that we are assuming independence across districts; without this assumption, proper inference becomes much more difficult.)

The FE estimate of $\hat{\beta}_{lavgrexp}$ is about 6.29, which means that a 10% increase in average real spending is estimated to increase the pass rate by about 0.63 percentage points. Using the usual FE standard error, about 2.10, the $t$ statistic for $\hat{\beta}_{lavgrexp}$ is about 3.0. Therefore, the effect of spending is statistically significant at a low significance level (about 0.3%) using the usual FE inference. The standard error that allows arbitrary serial correlation within schools (and heteroskedasticity, too) is higher, about 2.43. Naturally, this reduces the statistical significance of $\hat{\beta}_{lavgrexp}$. The standard error in column (4) is subtantially higher, about 3.13. Allowing for within-district correlation and serial correlation has practically important effects on the uncertainty associated with the estimate. Using the fully robust standard error, the 95% confidence interval for $\beta_{lavgrexp}$ excludes zero, but only barely.

If the model is given by equations (20.52) and (20.53), the unit-specific time demeaning eliminates all cluster correlation, and the inference need only be made robust to neglected serial correlation in $\{u_{gmt}\}$. But we might want to use cluster-robust inference anyway to allow for more general situations. Suppose the model is

$$y_{gmt} = \eta_t + \mathbf{w}_g a + \mathbf{x}_{gm}\beta + \mathbf{z}_{gmt}\mathbf{d}_{mg} + h_g + c_{mg} + u_{gmt}$$

$$= \eta_t + \mathbf{w}_g a + \mathbf{x}_{gm}\beta + \mathbf{z}_{gmt}\delta + h_g + c_{mg} + u_{gmt} + \mathbf{z}_{gmt}\mathbf{e}_{gm}, \qquad (20.57)$$

where $\mathbf{d}_{gm} = \delta + \mathbf{e}_{gm}$ is a set of unit-specific intercepts on the individual, time-varying covariates $\mathbf{z}_{gmt}$. The time-demeaned equation within individual $m$ in cluster $g$ is

$$y_{gmt} - \bar{y}_{gm} = \zeta_t + (\mathbf{z}_{gmt} - \bar{\mathbf{z}}_{gm})\delta + (u_{gmt} - \bar{u}_{gm}) + (\mathbf{z}_{gmt} - \bar{\mathbf{z}}_{gm})\mathbf{e}_{gm}. \qquad (20.58)$$

Because the $\mathbf{e}_{gm}$ are generally correlated across units within cluster $g$, the last term generally induces cluster correlation of a heteroskedastic nature within cluster $g$. From our discussion in Section 11.7.3, we know that FE is still consistent if $E(\mathbf{d}_{mg} \mid \mathbf{z}_{gmt} - \bar{\mathbf{z}}_{gm}) = E(\mathbf{d}_{mg})$, $m = 1, \dots, M_g$, $t = 1, \dots, T$, and all $g$, and so cluster-robust inference, which is automatically robust to serial correlation and heteroskedasticity, makes perfectly good sense.

An important feature of the HLM approach is the possibility of allowing the slopes to depend on observed covariates. Often one begins with a model at the unit–time-period level that contains heterogeneity, and then allows the intercept and slopes to depend on higher-level covariates. Write a model for unit $m$ at time $t$ in cluster $g$ as

$$y_{gmt} = \mathbf{z}_{gmt}\mathbf{d}_{gm} + v_{gmt}, \qquad (20.59)$$

and then decompose the idiosyncratic error, $v_{gmt}$, as

$$v_{gmt} = \eta_t + c_{gm} + u_{gmt}, \qquad (20.60)$$

where the $\eta_t$ are aggregate time effects. For notational simplicity, we absorb the group effect, $h_{gt}$, into $u_{gmt}$, and allow $c_{gm}$ and $u_{gmt}$ to be correlated within group. For each $(g, m)$ define

$$\bar{\mathbf{r}}_{gm} = (\mathbf{w}_g, \bar{\mathbf{x}}_g, \mathbf{x}_{gm}, \bar{\mathbf{z}}_{gm}),$$

where $\bar{\mathbf{x}}_g = M_g^{-1}\sum_{p=1}^{M_g}\mathbf{x}_{gp}$ and $\bar{\mathbf{z}}_{gm} = T^{-1}\sum_{s=1}^{T}\mathbf{z}_{gms}$. In other words, $\bar{\mathbf{r}}_{gm}$ includes the group-level covariates along with group averages of the unit-specific covariates, the unit-specific covariates, and the time averages of the covariates that change over time. Now assume

$$c_{gm} = \alpha + \bar{\mathbf{r}}_{gm}\gamma + a_{gm} \qquad (20.61)$$

$$\mathbf{d}_{gm} = \delta + \mathbf{\Pi}(\bar{\mathbf{r}}_{gm} - \mu_{\bar{\mathbf{r}}})' + \mathbf{e}_{gm}, \qquad (20.62)$$

insert these in the equation, and use basic algebra:

$$y_{gmt} = \zeta_t + \bar{\mathbf{r}}_{gm}\gamma + \mathbf{z}_{gmt}\delta + [(\bar{\mathbf{r}}_{gm} - \mu_{\bar{\mathbf{r}}}) \otimes \mathbf{z}_{gmt}]\pi + a_{gm} + \mathbf{z}_{gmt}\mathbf{e}_{gm} + u_{gmt},$$

where $\boldsymbol{\pi} = \text{vec}(\boldsymbol{\Pi})$. Importantly, centering $\bar{\mathbf{r}}_{gm}$ about its average before forming the interactions means that $\boldsymbol{\delta}$ is the average partial effect. If we instead use $\bar{\mathbf{r}}_{gm} \otimes \mathbf{z}_{gmt}$, the coefficients on the level terms, $\mathbf{z}_{gmt}$, may be of little interest because they measure the effects of the $\mathbf{z}_{gmt}$ when $\bar{\mathbf{r}}_{gm}$ is zero, which is unlikely to be an interesting segment of the population. In practice, the population mean, $\boldsymbol{\mu}_{\bar{\mathbf{r}}}$, is replaced with the sample average across $m$ and $g$. The presence of $\mathbf{z}_{gmt}\mathbf{c}_{gm}$ in the error term, as well as potential serial correlation in $\{u_{gmt}\}$, makes a genuine GLS analysis difficult but possible under simple structures for the variance-covariance matrices. But we can use any of the simpler strategies mentioned earlier. For example, we can act as if $\mathbf{c}_{gm} = 0$ and as if $u_{gmt}$ is serially uncorrelated in estimation. We can apply random effects to account for a cluster-level effect or RE at the individual level, or both. Basically, we include cluster-level variables, averages of unit-specific, time-constant variables, and time averages of the variables that change over time along with the unit-specific variables. For added flexibility, we include a full set of interactions. Regardless of the specifics, we use fully robust inference.

A very similar discussion holds in the context of instrumental variables. Suppose we start with the model

$$y_{gmt} = \eta_t + \mathbf{r}_{gmt}\theta + v_{gmt}, \tag{20.63}$$

where $\mathbf{r}_{gmt}$ contains all covariates and $v_{gmt}$ is the composite error. If we have exogenous variables, say $\mathbf{q}_{gmt}$, such that $\mathrm{E}(\mathbf{q}'_{gmt}v_{gmt}) = \mathbf{0}$ and the rank condition holds, then pooled 2SLS is attractive for its simplicity. It does not matter whether elements of $\mathbf{r}_{gmt}$ or $\mathbf{q}_{gmt}$ contain elements that change only across $g$, across $g$ and $m$, across $g$ and $t$, or across $g$, $m$, and $t$, provided the rank condition holds. Without further assumptions, the 2SLS variance matrix estimator, as well as inference generally, should be robust to arbitrary serial correlation and cluster correlation at the most aggregated level. For example, if $g$ indexes counties and $m$ indexes manufacturing plants operating within a county, then we should cluster at the county level. We may have a policy and instruments that change only at the county level over time, along with exogenous explanatory variables that change at the plant level (either constant or over time). In evaluating whether the rank condition holds—say, for a single endogenous variable $w_{gmt}$—one can use a pooled OLS regression $w_{gmt}$ on 1, $d2_t, \ldots, dT_t$, $\mathbf{q}_{gmt}$ (assuming that $\mathbf{q}_{gmt}$ contains all exogenous variables in equation (20.63)) to test for joint significance of the proposed instruments in $\mathbf{q}_{gmt}$. Naturally, such a test should be made robust to arbitrary cluster and serial correlation to be convincing. The test works even if $w_{gmt}$ does not change across $m$ (or even $t$ for that matter), and the same with $\mathbf{q}_{gmt}$. The inference is valid with large $G$ provided it is made fully robust.

In the previous scenario, if we apply, say, fixed effects 2SLS, where we eliminate a time-constant, plant-level effect, then we need the variables of interest to at least change over time (if not across $m$); the same is true of the instruments. If we have instruments that change only by $g$, the FE2SLS estimator — whether we remove a county-level or plant-level effect — does not identify $\theta$.

### 20.3.3  Should We Apply Cluster-Robust Inference with Large Group Sizes?

Until recently, the "cluster-robust" standard errors and test statistics obtained from pooled OLS, random effects, and fixed effects were known to be valid only as $G \to \infty$ with each $M_g$ fixed. As a practical matter, that fact means that one should have lots of small groups. Recently, because of the structure of many commonly used cluster samples, researchers have become interested in the performance of cluster-robust inference when the number of groups, $G$, is not substantially larger than the typical group size, $M_g$.

Consider the basic model without a time structure, for simplicity, and consider formula (20.25), the asymptotic variance for pooled OLS. With a large number of groups and small group sizes, we can get good estimates of the within-cluster correlations—technically, of the cluster correlations of the cross products of the regressors and errors—even if they are unrestricted, and it is for that reason that the robust variance matrix is consistent as $G \to \infty$ with $M_g$ fixed. In fact, in this scenario, one loses nothing in terms of asymptotic local power (with local alternatives shrinking to zero at the rate $G^{-1/2}$) if $c_g$ is not present. In other words, based on first-order asymptotic analysis, there is no cost to being fully robust to any kind of within-group correlation or heteroskedasticity. These arguments apply equally to panel data sets with a large number of cross sections and relatively few time periods, whether or not the idiosyncratic errors are serially correlated, and to the cluster sample/panel data setting considered in Section 20.3.2.

What if one applies robust inference in scenarios where the fixed $M_g$, $G \to \infty$ asymptotic analysis is not realistic? Hansen (2007) has recently derived properties of the cluster-robust variance matrix and related test statistics under various scenarios that help us more fully understand the properties of cluster-robust inference across different data configurations. Hansen (2007, Theorem 2) shows that, with $G$ and $M_g$ both getting large, the usual inference based on equation (20.25) is valid with arbitrary correlation among the errors, $v_{gm}$, within each group. Because we usually think of $v_{gm}$ as including the group effect $c_g$, this means that, with large group sizes, we can obtain valid inference using the cluster-robust variance matrix, provided that $G$ is also large. So, for example, if we have a sample of $G = 100$ schools and roughly $M_g = 100$ students per school, and we use pooled OLS leaving the school effects

in the error term, we should expect the inference to have roughly the correct size. Probably we leave the school effects in the error term because we are interested in a school-specific explanatory variable, perhaps indicating a policy change. Adding a short time dimension does not change these conclusions.

Unfortunately, pooled OLS with cluster effects when $G$ is small and group sizes are large falls outside Hansen's theoretical findings: the proper asymptotic analysis would be with $G$ fixed, $M_g \to \infty$, and persistent within-cluster correlation (because of the presence of $c_g$ in the error) causes problems in such cases. Consequently, we should not expect good properties of the cluster-robust inference with small groups and very large group sizes when cluster effects are left in the error term. As an example, suppose that $G = 10$ hospitals have been sampled with several hundred patients per hospital. If the explanatory variable of interest is exogenous and varies only at the hospital level, it is tempting to use pooled OLS with cluster-robust inference. But we have no theoretical justification for doing so, and we have reasons to expect it will not work well—including the simulations in Hansen (2007).

If the explanatory variables of interest vary within group—say, within each hospital a subset of patients were provided with a specific kind of care—fixed effects is attractive for a couple of reasons. The first advantage is the usual one about allowing $c_g$ to be arbitrarily correlated with the $\mathbf{z}_{gm}$. The second advantage is that, with large $M_g$, we can treat the $c_g$ as parameters to estimate—because we can estimate them precisely—and then assume that the observations are independent across $m$ (as well as $g$). Therefore, the usual inference is valid, perhaps with adjustments for heteroskedasticity.

In summary, for true cluster sample applications, cluster-robust inference using pooled OLS delivers statistics with proper size when $G$ and $M_g$ are both moderately large, but they should probably be avoided with large $M_g$ and small $G$. We will discuss some approaches for handling a small number of groups in Section 20.3.4.

### 20.3.4    Inference When the Number of Clusters Is Small

If the explanatory variable or variables of interest do not change within cluster and the number of clusters is small, none of the previous methods can be used for reliable inference. Fixed effects eliminates the key variables, while for pooled OLS we are not justified in using cluster-robust inference. (Whether a random effects analysis produces valid inference with small $G$ and large $M_g$ appears to be an open, and very interesting, question.)

The problem of proper inference when $M_g$ is large relative to $G$ was brought to light by Moulton (1990), who was interested in studying data on individuals clustered at the state level in the United States. He proposed corrections to the usual OLS

standard errors that impose more structure than the usual cluster-robust standard errors studied by Hansen (2007). Either way, the corrections to the usual OLS inference tend to work well provided the $M_g$ are not too much bigger than $G$. In this subsection we are interested in cases where a large $G$ analysis makes no sense.

Often with small $G$ and large $M_g$ the sampling scheme more resembles that of standard stratified sampling, but without requiring a complete partition of the population. In other words, a small set of populations are defined, and then random samples are obtained from those populations. As an example, a random sample of adults is obtained from each of a handful of cities, some of which received federal aid for a job-training program. Labor market outcomes are recorded, possibly including changes from an early time period. In this scenario, we could analyze the data as independent outcomes across and, more importantly, within group. We will return to this point.

Recent work by Donald and Lang (2007) (hereafter, DL) treats the small $G$ case within the context of cluster sampling. That is, presumably from a large population of clusters, only a handful or so are drawn (and then we may or may not sample every unit within each cluster). As mentioned in the previous subsection, such a scenario causes problems for cluster-robust inference. Therefore, DL propose a different approach.

Before we cover the DL approach, it is important to understand that the structure of data sets in the small $G$ case is the same whether we think of drawing a small number of clusters from a large population or fixing a few clusters and then drawing large random samples from them. Unfortunately, how one proceeds is dependent on how we view the sampling scheme. As we will see, the DL approach is typically much more conservative than the standard approach.

To illustrate the issues considered by DL, consider the simplest case, with a single regressor that varies only by group:

$$y_{gm} = \alpha + \beta x_g + c_g + u_{gm} \tag{20.64}$$

$$= \delta_g + \beta x_g + u_{gm}, \qquad m = 1, \ldots, M_g; \ g = 1, \ldots, G. \tag{20.65}$$

Notice how equation (20.65) is written as a model with common slope, $\beta$, but intercept, $\delta_g$, that varies across $g$. Donald and Lang focus on equation (20.64), where $c_g$ is assumed to be independent of $x_g$ with zero mean. They use this formulation to highlight the problems of applying standard inference to equation (20.64), that is, acting as if $c_g$ is absent. We know this is a bad idea even in the large $G$, small $M_g$ case, as it ignores the persistent correlation in the errors within each group. Unfortunately, while Hansen (2007) has shown that cluster-robust inference is valid with large $G$,

886                                                                           Chapter 20

even if the $M_g$ are also large, it is not valid when $G$ is small. Thus other approaches
are needed.

One way to see the problem in applying standard inference is to note that when
$M_g = M$ for all $g = 1, \ldots, G$, the pooled OLS estimator, $\hat{\beta}$, is identical to the
"between" estimator obtained from the regression

$$\bar{y}_g \text{ on } 1, \bar{x}_g, \qquad g = 1, \ldots, G. \tag{20.66}$$

Conditional on the $\bar{x}_g$, the estimator $\hat{\beta}$ inherits its distribution from $\{\bar{v}_g: g = 1, \ldots, G\}$, the within-group averages of the composite errors $v_{gm} \equiv c_g + u_{gm}$. The presence
of $c_g$ means new observations within group do not provide additional information for
estimating $\hat{\beta}$ beyond how they affect the group average, $\bar{y}_g$. In effect, we only have $G$
useful pieces of information.

If we add some strong assumptions, there is a solution to the inference problem. In
addition to assuming $M_g = M$ for all $g$, assume $c_g \mid \bar{x}_g \sim \text{Normal}(0, \sigma_c^2)$ and assume
$u_{gm} \mid \bar{x}_g, c_g \sim \text{Normal}(0, \sigma_u^2)$. Then $\bar{v}_g$ is independent of $\bar{x}_g$ and $\bar{v}_g \sim \text{Normal}(0, \sigma_c^2 + \sigma_u^2/M)$ for all $g$. Because we assume independence across $g$, the equation

$$\bar{y}_g = \alpha + \beta \bar{x}_g + \bar{v}_g, \qquad g = 1, \ldots, G \tag{20.67}$$

satisfies the classical linear model assumptions. Therefore, we can use inference based
on the $t_{G-2}$ distribution to test hypotheses about $\beta$, provided $G > 2$. When $G$ is very
small, the requirements for a significant $t$ statistic using the $t_{G-2}$ distribution are
much more stringent than if we use the $t_{M_1+M_2+\cdots+M_G-2}$ distribution—which is what
we would be doing if we used the usual pooled OLS statistics.

When $\bar{x}_g$ is a $1 \times K$ vector, we need $G > K + 1$ to use the $t_{G-K-1}$ distribution for
inference. (In Moulton (1990), $G = 50$ states and $\bar{x}_g$ contains 17 elements.)

As pointed out by DL, performing the correct inference in the presence of $c_g$ is *not*
just a matter of correcting the pooled OLS standard errors for cluster correlation—
something that does not appear to be valid for small $G$, anyway—or using the RE
estimator. In the case of common group sizes, there is only one estimator: pooled OLS.
Random effects and between regression in equation (20.66) all lead to the *same* $\hat{\beta}$.
The regression in equation (20.66), by using the $t_{G-2}$ distribution, yields inference
with appropriate size.

We can apply the DL method without normality of the $u_{gm}$ if the common group
size $M$ is large: by the central limit theorem, $\bar{u}_g$ will be approximately normally dis-
tributed very generally. Then, because $c_g$ is normally distributed, we can treat $\bar{v}_g$ as
approximately normal with constant variance. Further, even if the group sizes differ
across $g$, for very large group sizes $\bar{u}_g$ will be a negligible part of $\bar{v}_g$: $\text{Var}(\bar{v}_g) = \sigma_c^2 + \sigma_u^2/M_g$. Provided $c_g$ is normally distributed and it dominates $\bar{v}_g$, a classical linear
model analysis on equation (20.67) should be roughly valid.

The broadest applicability of DL's setup occurs when the average of the idiosyncratic errors, $\bar{u}_g$, can be ignored—either because $\sigma_u^2$ is small relative to $\sigma_c^2$, $M_g$ is large, or both. In fact, applying DL with different group sizes or nonnormality of the $u_{gm}$ is identical to ignoring the estimation error in the sample averages, $\bar{y}_g$. In other words, it is as if we are analyzing the simple regression $\mu_g = \alpha + \beta x_g + c_g$ using the classical linear model assumptions (where we then insert $\bar{y}_g$ in place of the unknown group mean, $\mu_g$, and ignore the estimation error). With small $G$, we need to further assume that $c_g$ is normally distributed.

If $\mathbf{z}_{gm}$ appears in the model, then we can use the averaged equation

$$\bar{y}_g = \alpha + \mathbf{x}_g \beta + \bar{\mathbf{z}}_g \gamma + \bar{v}_g, \qquad g = 1, \ldots, G, \tag{20.68}$$

provided $G > K + L + 1$. If $c_g$ is independent of $(\mathbf{x}_g, \bar{\mathbf{z}}_g)$ with a homoskedastic normal distribution and the group sizes are large, inference can be carried out using the $t_{G-K-L-1}$ distribution.

The DL solution to the inference problem with small $G$ is pretty common as a strategy to check robustness of results obtained from cluster samples, but often it is implemented with somewhat large $G$ (say, $G = 50$). Often with cluster samples one estimates the parameters using the disaggregated data and also the averaged data. When some covariates vary within cluster, using averaged data is generally inefficient, but when estimating equation (20.68) we need not make standard errors robust to within-cluster correlation. We now know that if $G$ is reasonably large and the group sizes not too large, the cluster-robust inference applied to the disaggregated data can be acceptable. As pointed out by DL, with small $G$ one should use the group averages in a classical linear model analysis.

For small $G$ and large $M_g$, inference obtained analyzing equation (20.67) as a classical linear model will be very conservative in the absence of a cluster effect. Thus the DL approach can be used in situations where one requires very strong statistical evidence for the effect of a policy. Nevertheless, the DL approach rules out some widely used staples of policy analysis. For example, suppose we have two populations (maybe men and women, two different cities, or a treatment and a control group) with means $\mu_g$, $g = 1, 2$, and we would like to obtain a confidence interval for their difference. In almost all cases, it makes sense to view the data as being two random samples, one from each subgroup of the population. Under random sampling from each group, and assuming normality and equal population variances, the usual comparison-of-means statistic is distributed exactly as $t_{M_1+M_2-2}$ under the null hypothesis of equal population means. (Or, we can construct an exact 95% confidence interval of the difference in population means.) With even moderate sizes for $M_1$ and $M_2$, the $t_{M_1+M_2-2}$ distribution is close to the standard normal distribution. Also, we can relax normality to obtain approximately valid inference, and it is easy

to adjust the $t$ statistic to allow for different population variances. With a controlled experiment, the standard difference-in-means analysis is often quite convincing. Yet we cannot even study this estimator in the DL setup because $G = 2$.

Donald and Lang criticize Card and Krueger (1994) for comparing mean wage changes of workers at a sample of fast-food restaurants across two states because Card and Krueger fail to account for the state effect (New Jersey or Pennsylvania), $c_g$, in the composite error, $v_{gm}$. It is important to remember that the DL criticism of the standard difference-in-differences estimator has nothing to do with whether the increase in the minimum wage in New Jersey (in April 1992) was an exogenous event: DL's framework assumes that $x_g$, which is an indicator for whether a fast-food restaurant is in New Jersey, is independent of the state effect, $c_g$. Rather, DL's criticism only concerns inference. (Card and Krueger find a positive, not a negative, employment effect of increasing the minimum wage, so having a confidence interval seems to be less important in this particular case.)

To further study the $G = 2$ case with a binary policy indicator, write the difference in means as

$$\mu_2 - \mu_1 = (\delta_2 + \beta) - \delta_1 = (\alpha + c_2 + \beta) - (\alpha + c_1) = \beta + (c_2 - c_1). \qquad (20.69)$$

Under the DL assumptions, $c_2 - c_1$ has mean zero, and so including it as part of the estimate, which is $\bar{y}_2 - \bar{y}_1$, does not result in bias. The authors work under the assumption that $\beta$ is the parameter of interest, but, if the experiment is properly randomized—as is maintained by DL—it is harmless to include the $c_g$ in the estimated effect, in which case the standard comparison-of-means methodology, using large $M_g$ asymptotics, is appropriate.

Consider now a case where the DL approach to inference can be applied. Assume $G = 4$ with groups 1 and 2 the control groups ($x_1 = x_2 = 0$) and groups 3 and 4 the treatment groups ($x_3 = x_4 = 1$). The DL approach would involve computing the averages for each group, $\bar{y}_g$, and running the regression $\bar{y}_g$ on 1, $x_g$, $g = 1, \ldots, 4$. Inference is based on the $t_2$ distribution. The estimator $\hat{\beta}$ in this case can be written as

$$\hat{\beta} = (\bar{y}_3 + \bar{y}_4)/2 - (\bar{y}_1 + \bar{y}_2)/2. \qquad (20.70)$$

(The pooled OLS regression using the disaggregated data results in the weighted average $(p_3\bar{y}_3 + p_4\bar{y}_4) - (p_1\bar{y}_1 + p_2\bar{y}_2)$, where $p_1 = M_1/(M_1 + M_2)$, $p_2 = M_2/(M_1 + M_2)$, $p_3 = M_3/(M_3 + M_4)$, and $p_4 = M_4/(M_3 + M_4)$ are the relative proportions within the control and treatment groups, respectively.) With $\hat{\beta}$ written as in equation (20.70), we are left to wonder why we need to use the $t_2$ distribution for, say, constructing a confidence interval. Each $\bar{y}_g$ is usually obtained from a large sample—$M_g = 30$ or so is usually sufficient for approximate normality of the stan-

dardized mean—and so $\hat{\beta}$, when properly standardized, has an approximate standard normal distribution quite generally.

In effect, the DL approach rejects the usual large-sample confidence interval based on group means because it may not be the case that $\mu_1 = \mu_2$ and $\mu_3 = \mu_4$. In other words, the control groups may be heterogeneous, as might be the treatment groups. This possibility in itself does not invalidate standard inference applied to equation (20.70). In fact, if we *define* the object of interest as

$$\tau = (\mu_3 + \mu_4)/2 - (\mu_1 + \mu_2)/2, \tag{20.71}$$

which is an average treatment effect of sorts, then $\hat{\beta}$ is consistent for $\beta$ and (when properly scaled) asymptotically normal as the $M_g$ get large.

The previous example suggests a different way to view the small $G$, large $M_g$ setup. In this particular setup, we are estimating two parameters, $\alpha$ and $\beta$, given four moments that we can estimate with the data. The OLS estimates from $\bar{y}_g$ on 1, $x_g$, $g = 1, \dots, G$, are minimum distance (MD) estimates that impose the restrictions $\mu_1 = \mu_2 = \alpha$ and $\mu_3 = \mu_4 = \alpha + \beta$. In particular, using the $4 \times 4$ identity matrix as the weight matrix, we get $\hat{\beta}$ as in equation (20.70) and $\hat{\alpha} = (\bar{y}_1 + \bar{y}_2)/2$. Using the MD approach, we see there are two overidentifying restrictions, which are easily tested. But even if we reject them, it simply implies that at least one pair of means within each of the control and treatment groups differs. If, say, we have four cities and random samples of workers from each city, $x_g = 1$ indicates a job-training program in two of the four cities, and $y_{gm}$ is the change in labor market income, then it may simply be the case that the job-training program had differential effects across the two treatment cities, or that the mean change in labor market income differed across the two control cities, or both. Why should we reject the usual large $M_g$ inference simply because the job-training program has heterogeneous effects?

With large group sizes, and whether or not $G$ is especially large, we can put the general problem into an MD framework, as done, for example, by Loeb and Bound (1996), who had $G = 36$ cohort-division groups and many observations per group. For each group $g$, write

$$y_{gm} = \delta_g + \mathbf{z}_{gm}\gamma_g + u_{gm}, \qquad m = 1, \dots, M_g, \tag{20.72}$$

where we assume random sampling within group and independent sampling across groups. We make the standard assumptions for OLS to be consistent (as $M_g \to \infty$) and $\sqrt{M_g}$-asymptotically normal, as in Chapter 4. The presence of group-level variables $\mathbf{x}_g$ in a "structural" model can be viewed as putting restrictions on the intercepts, $\delta_g$, in the separate group models in equation (20.72). In particular,

$$\delta_g = \alpha + \mathbf{x}_g\beta, \qquad g = 1, \dots, G, \tag{20.73}$$

where we think of $\mathbf{x}_g$ as fixed, observed attributes of heterogeneous groups. With $K$ attributes we must have $G \geq K + 1$ to determine $\alpha$ and $\boldsymbol{\beta}$. If $M_g$ is large enough to estimate the $\delta_g$ precisely, a simple two-step estimation strategy suggests itself. First, obtain the $\hat{\delta}_g$, along with $\hat{\gamma}_g$, from an OLS regression within each group. If $G = K + 1$, then, typically, we can solve for $\theta \equiv (\dot{\alpha}, \boldsymbol{\beta}')'$ uniquely in terms of the $G \times 1$ vector $\hat{\delta}$: $\hat{\theta} = \mathbf{X}^{-1}\hat{\delta}$, where $\mathbf{X}$ is the $(K+1) \times (K+1)$ matrix with $g$th row $(1, \mathbf{x}_g)$. If $G > K + 1$, then, in a second step, we can use a minimum distance approach, as described in Section 14.6. If we use $\mathbf{I}_G$, the $G \times G$ identity matrix, as the weighting matrix, then the minimum distance estimator can be computed from the OLS regression

$$\hat{\delta}_g \quad \text{on} \quad 1, \mathbf{x}_g, \qquad g = 1, \ldots, G. \tag{20.74}$$

Under asymptotics such that $M_g = \rho_g M$ where $0 < \rho_g \leq 1$ and $M \to \infty$, the minimum distance estimator $\hat{\theta}$ is consistent and $\sqrt{M}$-asymptotically normal. Still, this particular MD estimator is asymptotically inefficient except under strong assumptions. Because the samples are assumed to be independent, it is not appreciably more difficult to obtain the efficient MD estimator, also called the "minimum chi-square" estimator.

First consider the case where $\mathbf{z}_{gm}$ does not appear in the first-stage estimation, so that the $\hat{\delta}_g$ is just $\bar{y}_g$, the sample mean for group $g$. Let $\hat{\sigma}_g^2$ denote the usual sample variance for group $g$. Because the $\bar{y}_g$ are independent across $g$, the efficient MD estimator uses a diagonal weighting matrix. As a computational device, the minimum chi-square estimator can be computed by using the weighted least squares (WLS) version of regression (20.74), where group $g$ is weighted by $M_g/\hat{\sigma}_g^2$ (groups that have more data and smaller variance receive greater weight). Conveniently, the reported $t$ statistics from the WLS regression are asymptotically standard normal as the group sizes $M_g$ get large. (With fixed $G$, the WLS nature of the estimation is just a computational device; the standard asymptotic analysis of the WLS estimator has $G \to \infty$.) The minimum distance approach works with small $G$ provided $G \geq K + 1$ and each $M_g$ is large enough so that normality is a good approximation to the distribution of the (properly scaled) sample average within each group.

If $\mathbf{z}_{gm}$ is present in the first-stage estimation, we use as the minimum chi-square weights the inverses of the asymptotic variances for the $g$ intercepts in the separate $G$ regressions. With large $M_g$, we might make these fully robust to heteroskedasticity in $\mathrm{E}(u_{gm}^2 \mid \mathbf{z}_{gm})$ using the White (1980a) sandwich variance estimator. At a minimum we would want to allow different $\sigma_g^2$ even if we assume homoskedasticity within groups. Once we have the $\widehat{\mathrm{Avar}}(\hat{\delta}_g)$—which are just the squared reported standard errors for the $\hat{\delta}_g$—we use as weights $1/\widehat{\mathrm{Avar}}(\hat{\delta}_g)$ in the computationally simple WLS procedure. We are still using independence across $g$ in obtaining a diagonal weighting matrix in the MD estimation.

An important by-product of the WLS regression is a minimum chi-square statistic that can be used to test the $G - K - 1$ overidentifying restrictions. The statistic is easily obtained as the weighted sum of squared residuals, say, $SSR_w$. Under the null hypothesis in equation (20.73), $SSR_w \overset{a}{\sim} \chi^2_{G-K-1}$ as the group sizes, $M_g$, get large. If we reject $H_0$ at a reasonably small significance level, the $\mathbf{x}_g$ are not sufficient for characterizing the changing intercepts across groups. If we fail to reject $H_0$, we can have some confidence in our specification and obtain confidence intervals for linear combinations of the population averages using the usual standard normal approximation.

We might also be interested in how one (or more) of the slopes in $\gamma_g$ depends on the group features, $\mathbf{x}_g$. Then, we simple replace $\hat{\delta}_g$ with, say, $\hat{\gamma}_{g1}$, the slope on the first element of $\mathbf{z}_{gm}$. Naturally, we would use $1/\widehat{\text{Avar}}(\hat{\gamma}_{g1})$ as the weights in the MD estimation.

The minimum distance approach can also be applied if we impose $\gamma_g = \gamma$ for all $g$, as in the original model. Obtaining the $\hat{\delta}_g$ themselves is easy: run the pooled regression

$$y_{gm} \quad \text{on} \quad d1_g, d2_g, \ldots, dG_g, \mathbf{z}_{gm}, \qquad m = 1, \ldots, M_g; \ g = 1, \ldots, G, \qquad (20.75)$$

where $d1_g, d2_g, \ldots, dG_g$ are group dummy variables. Using the $\hat{\delta}_g$ from the pooled regression (20.74) in MD estimation is complicated by the fact that the $\hat{\delta}_g$ are no longer asymptotically independent; in fact, $\hat{\delta}_g = \bar{y}_g - \bar{\mathbf{z}}_g \hat{\gamma}$, where $\hat{\gamma}$ is the vector of common slopes, and the presence of $\hat{\gamma}$ induces correlation among the intercept estimators. Let $\hat{\mathbf{V}}$ be the $G \times G$ estimated (asymptotic) variance matrix of the $G \times 1$ vector $\hat{\delta}$. Then the MD estimator is $\hat{\theta} = (\mathbf{X}'\hat{\mathbf{V}}^{-1}\mathbf{X})^{-1}\mathbf{X}'\hat{\mathbf{V}}^{-1}\hat{\delta}$, and its estimated asymptotic variance is $(\mathbf{X}'\hat{\mathbf{V}}^{-1}\mathbf{X})^{-1}$. If the OLS regression (20.74) is used, or even the WLS version, the resulting standard errors will be incorrect because they ignore the across-group correlation in the estimated intercepts.

Intermediate approaches are available, too. Loeb and Bound (1996) (hereafter, LB) allow different group intercepts and group-specific slopes on education, but impose common slopes on demographic and family background variables. The main group-level covariate is the student-teacher ratio. Thus LB are interested in seeing how the student-teacher ratio affects the relationship between test scores and education levels. They use both the unweighted estimator and the weighted estimator and find that the results differ in unimportant ways. Because they impose common slopes on a set of regressors, the estimated slopes on education (say $\hat{\gamma}_{g1}$) are not asymptotically independent, and perhaps using a nondiagonal estimated variance matrix $\hat{\mathbf{V}}$ (which would be $36 \times 36$ in this case) is more appropriate.

If we reject the overidentifying restrictions, we are essentially concluding that $\delta_g = \alpha + \mathbf{x}_g \beta + c_g$, where $c_g$ can be interpreted as the deviation from the restrictions

in equation (20.73) for group $g$. As $G$ increases relative to $K$, the likelihood of rejecting the restrictions increases. One possibility is to apply the Donald and Lang approach, where the OLS regression (20.74) is analyzed in the context of the classical linear model (CLM) with inference based on the $t_{G-K-1}$ distribution. Why is a CLM analysis justified? Since $\hat{\delta}_g = \delta_g + O_p(M_g^{-1/2})$, we can ingore the estimation error in $\hat{\delta}_g$ for large $M_g$. Then, it is as if we are estimating the equation $\delta_g = \alpha + \mathbf{x}_g\boldsymbol{\beta} + c_g$, $g = 1, \ldots, G$ by OLS. If the $c_g$ are drawn from a normal distribution, classical analysis is applicable because $c_g$ is assumed to be independent of $\mathbf{x}_g$. This approach is desirable when one cannot, or does not want to, find group-level observables that completely determine the $\delta_g$. It is predicated on the assumption that the other factors in $c_g$ are not systematically related to $\mathbf{x}_g$, a reasonable assumption if, say, $\mathbf{x}_g$ is a randomly assigned treatment at the group level, a case considered by Angrist and Lavy (2002).

Unlike in the linear case, for nonlinear models exact inference is unavailable even under the strongest set of assumptions. Nevertheless, if the group sizes $M_g$ are reasonably large, we can extend the DL approach to nonlinear models and obtain approximate inference. In addition, the minimum distance approach carries over essentially without change.

We can apply the methods to any nonlinear model that has an index structure, which includes all the common ones, and many other models besides. Again, it is helpful to study the probit case in some detail. With small $G$ and random sampling of $\{(y_{gm}, \mathbf{z}_{gm}): m = 1, \ldots, M_g\}$ within each $g$, write

$$P(y_{gm} = 1 \mid \mathbf{z}_{gm}) = \Phi(\delta_g + \mathbf{z}_{gm}\gamma_g), \qquad m = 1, \ldots, M_g \qquad (20.76)$$

$$\delta_g = \alpha + \mathbf{x}_g\boldsymbol{\beta}, \qquad g = 1, \ldots, G. \qquad (20.77)$$

As with the linear model, we assume the intercept, $\delta_g$ in equation (20.76), is a function of the group features $\mathbf{x}_g$. With the $M_g$ moderately large, we can get good estimates of the $\delta_g$. The $\hat{\delta}_g$, $g = 1, \ldots, G$, are easily obtained by estimating a separate probit for each group. Or, we can impose common $\gamma_g$ and just estimate different group intercepts (sometimes called "group fixed effects").

Under the restrictions in equation (20.77), we can apply the minimum distance approach just as before. Let $\widehat{\text{Avar}}(\hat{\delta}_g)$ denote the estimated asymptotic variances of the $\hat{\delta}_g$ (so these shrink to zero at the rate $1/M_g$). If the $\hat{\delta}_g$ are obtained from $G$ separate probits, they are independent, and the $\widehat{\text{Avar}}(\hat{\delta}_g)$ are all we need. As in the linear case, if a pooled method is used, the $G \times G$ matrix $\widehat{\text{Avar}}(\hat{\boldsymbol{\delta}})$ should be inverted and then used as the weighting matrix. For binary response, we use the usual MLE estimated variance. If we are using fractional probit for a fractional response, these

would be from a sandwich estimate of the asymptotic variance. In the case where the $\hat{\delta}_g$ are obtained from separate probits, we can obtain the minimum distance estimates as the WLS estimates from

$$\hat{\delta}_g \quad \text{on} \quad 1, x_g, \quad g = 1, \ldots, G$$

using weights $1/\widehat{\text{Avar}}(\hat{\delta}_g)$. This is the efficient minimum distance estimator and, conveniently, the proper asymptotic standard errors are reported from the WLS estimation (even though we are doing large $M_g$, not large $G$, asymptotics here). Generally, we can write the MD estimator as before: $\hat{\theta} = (\mathbf{X}'\hat{\mathbf{V}}^{-1}\mathbf{X})^{-1}\mathbf{X}'\hat{\mathbf{V}}^{-1}\hat{\delta}$, where $\hat{\delta}$ is the $G \times 1$ vector of $\hat{\delta}_g$ and $\hat{\mathbf{V}} = \widehat{\text{Avar}}(\hat{\delta})$. The overidentification test is obtained exactly as in the linear case: there are $G - K - 1$ degrees of freedom in the chi-square distribution.

If we reject the overidentification restrictions, we can adapt Donald and Lang (2007) and treat

$$\hat{\delta}_g = \alpha + \mathbf{x}_g\beta + error_g, \qquad g = 1, \ldots, G \tag{20.78}$$

as approximately satisfying the classical linear model assumptions, provided $G > K + 1$, just as before. As in the linear case, this approach is justified if $\delta_g = \alpha + \mathbf{x}_g\beta + c_g$ with $c_g$ independent of $\mathbf{x}_g$ and $c_g$ drawn from a homoskedastic normal distribution. It assumes that we can ignore the estimation error in $\hat{\delta}_g$, based on $\hat{\delta}_g = \delta_g + O(1/\sqrt{M_g})$. Because the DL approach ignores the estimation error in $\hat{\delta}_g$, it is unchanged if one imposes some constant slopes across the groups.

Once we have estimated $\alpha$ and $\hat{\beta}$, the estimated effect on the response probability can be obtained by averaging the response probability for a given $\mathbf{x}$:

$$G^{-1}\sum_{g=1}^{G}\left(M_g^{-1}\sum_{m=1}^{M_g}\Phi(\hat{\alpha} + \mathbf{x}\hat{\beta} + \mathbf{z}_{gm}\hat{\gamma}_g)\right), \tag{20.79}$$

where derivatives or differences with respect to the elements of $\mathbf{x}$ can be computed. Here, the minimum distance approach has an important advantage over the DL approach: the finite sample properties of estimator (20.79) are virtually impossible to obtain, whereas the large-$M_g$ asymptotics underlying minimum distance would be straightforward using the delta method. The bootstrap should also be valid when the sampling scheme generates independent observations within each $g$.

With binary response problems, the two-step methods described here are problematical when the response does not vary within group. For example, suppose that $x_g$ is a binary treatment—equal to one for receiving a voucher to attend college—and $y_{gm}$ is an indicator of attending college. Each group is a high school class, say. If

some high schools have all students attend college, one cannot use probit (or logit) of $y_{gm}$ on $z_{gm}$, $m = 1, \ldots, M_g$. A linear regression returns zero-slope coefficients and intercept equal to unity. Of course, if randomization occurs at the group level—that is, $x_g$ is independent of group attributes—then it is not necessary to control for the $z_{gm}$. Instead, the within-group averages can be used in a simple minimum distance approach. In this case, as $y_{gm}$ is binary, the DL approximation will not be valid, as the CLM assumptions will not even approximately hold in the model $\bar{y}_g = \alpha + x_g\beta + e_g$ (because $\bar{y}_g$ is always a fraction regardless of the size of $M_g$).

Naturally, there is nothing special about binary response models. It is possible to apply any nonlinear model using the invididual-specific data to obtain group-level estimates. Then, equation (20.78) can be applied.

## 20.4   Complex Survey Sampling

Often, survey data are characterized by clustering and variable probability sampling. For example, suppose that $g$ represents the **primary sampling unit (PSU)** (say, city) and individuals or families (indexed by $m$) are **secondary sampling units**, sampled within each PSU with probability $p_{gm}$. Consider the problem of regression using such a data set. If $\hat{\beta}$ is the IPW estimator pooled across PSUs and individuals, then its variance is estimated as

$$\left(\sum_{g=1}^{G}\sum_{m=1}^{M_g} x'_{gm}x_{gm}/p_{gm}\right)^{-1}\left[\sum_{g=1}^{G}\sum_{m=1}^{M_g}\sum_{r=1}^{M_g} \hat{u}_{gm}\hat{u}_{gr}x'_{gm}x_{gr}/(p_{gm}p_{gr})\right]\left(\sum_{g=1}^{G}\sum_{m=1}^{M_g} x'_{gm}x_{gm}/p_{gm}\right)^{-1}.$$
(20.80)

The middle of the sandwich accounts for cluster correlation along with unequal sampling probabilities. If the probabilities are estimated using retention frequencies, expression (20.80) is conservative, as we discussed in Section 20.2.2. A similar expression holds for general M-estimation. Typically, packages that support survey sampling require a variable defining the clusters along with a variable containing the inverse probability weights.

**Multistage sampling** schemes introduce more complications because standard stratification is often involved. Consider the following setup, closely related to Bhattacharya (2005). Let there be $S$ strata (for example, states in the United States), exhaustive and mutually exclusive. Within stratum $s$, there are $C_s$ clusters (for example, zip codes). In order to use large-sample approximations, we assume that in each stratum a large number of clusters is sampled. Typically, the sampling of clusters is

without replacement, but the resulting dependence across sampled clusters generated is more difficult to study. Instead, we assume sampling with replacement, which is harmless if the number of clusters sampled within each stratum, $N_s$, is "large." As before, we allow arbitrary correlation across units (say, households) within each cluster (say, zip code).

Within stratum $s$ and cluster $c$, let there be $M_{sc}$ total units (households or individuals). Therefore, the total number of units in the population is

$$M = \sum_{s=1}^{S} \sum_{c=1}^{C_s} M_{sc}. \tag{20.81}$$

It is convenient to start with the problem of estimating the mean of a variable that describes the population. Let $z$ be a variable, such as family income, whose mean we want to estimate. List all population values as $\{z_{scm}^o : m = 1, \ldots, M_{sc}, c = 1, \ldots, C_s, s = 1, \ldots, S\}$, so the population mean can be written as

$$\mu = M^{-1} \sum_{s=1}^{S} \sum_{c=1}^{C_s} \sum_{m=1}^{M_{sc}} z_{scm}^o. \tag{20.82}$$

Define the total in the population as

$$\tau = \sum_{s=1}^{S} \sum_{c=1}^{C_s} \sum_{m=1}^{M_{sc}} z_{scm}^o = M\mu. \tag{20.83}$$

It is also useful to define the totals within each cluster and stratum, $\tau_{sc} = \sum_{m=1}^{M_{sc}} z_{scm}^o$ and $\tau_s = \sum_{c=1}^{C_s} \tau_{sc}$, respectively.

The specific sampling scheme is as follows: (1) for each stratum $s$, randomly draw $N_s$ clusters, with replacement; (2) for each cluster $c$ drawn in step (1), randomly sample $K_{sc}$ households with replacement. For each pair $(s, c)$, define the sample average

$$\hat{\mu}_{sc} = K_{sc}^{-1} \sum_{m=1}^{K_{sc}} z_{scm}. \tag{20.84}$$

Because this is an average based on a random sample within $(s, c)$,

$$\mathrm{E}(\hat{\mu}_{sc}) = \mu_{sc} = M_{sc}^{-1} \sum_{m=1}^{M_{sc}} z_{scm}^o. \tag{20.85}$$

To continue up to the cluster level we need the total, $\tau_{sc} = M_{sc}\mu_{sc}$, for which an unbiased estimator is $\hat{\tau}_{sc} = M_{sc}\hat{\mu}_{sc}$ for all $\{(s, c): c = 1, \ldots, C_s, s = 1, \ldots, S\}$ (even if we eventually do not use some clusters because they are not sampled). Now, for each stratum $s$, the estimator $N_s^{-1}\sum_{c=1}^{N_s}\hat{\tau}_{sc}$, which is the average of the cluster totals within stratum $s$, has expected value which is the population average (for stratum $s$), that is, $C_s^{-1}\sum_{c=1}^{C_s}\tau_{sc} = C_s^{-1}\sum_{c=1}^{C_s}\sum_{m=1}^{M_{sc}}z_{scm}^o = C_s^{-1}\tau_s$. (In general, $C_s^{-1}\tau_s \neq \mu_s = (\sum_{c=1}^{C_s}M_{sc})^{-1}\tau_s$ unless each cluster has only one observation.) It follows that an unbiased estimator of the total $\tau_s$ for stratum $s$ is

$$C_s \cdot N_s^{-1}\sum_{c=1}^{N_s}\hat{\tau}_{sc}. \tag{20.86}$$

Finally, the total in the entire population is estimated as

$$\sum_{s=1}^{S}\left(C_s \cdot N_s^{-1}\sum_{c=1}^{N_s}\hat{\tau}_{sc}\right) = \sum_{s=1}^{S}(C_s/N_s)\sum_{c=1}^{N_s}(M_{sc}/K_{sc})\sum_{m=1}^{K_{sc}}z_{scm}$$

$$= \sum_{s=1}^{S}\sum_{c=1}^{N_s}\sum_{m=1}^{K_{sc}}\left(\frac{C_s}{N_s}\cdot\frac{M_{sc}}{K_{sc}}\right)z_{scm} \equiv \sum_{s=1}^{S}\sum_{c=1}^{N_s}\sum_{m=1}^{K_{sc}}\omega_{sc}z_{scm}, \tag{20.87}$$

where

$$\omega_{sc} \equiv \frac{C_s}{N_s}\cdot\frac{M_{sc}}{K_{sc}} \tag{20.88}$$

is the weight for every unit sampled in stratum-cluster pair $(s, c)$. This weight accounts for undersampled or oversampled clusters within strata and undersampled or oversampled units within clusters. Expressions (20.87) and (20.88) appear in the literature on complex survey sampling, sometimes without $M_{sc}/K_{sc}$ when each cluster is sampled as a complete unit, and so $M_{sc}/K_{sc} = 1$. To estimate the population mean, $\mu$, we just divide by $M$, the total number of units in the population,

$$\hat{\mu} = M^{-1}\left(\sum_{s=1}^{S}\sum_{c=1}^{N_s}\sum_{m=1}^{K_{sc}}\omega_{sc}z_{scm}\right). \tag{20.89}$$

In fact, we do not need to know the population size, $M$, to obtain an unbiased estimator of $\mu$. We can obtain an alternative estimator that uses a modified set of weights. It falls out naturally from a regression framework, to which we now turn.

To study the asymptotic properties of regression (and many other estimation methods), it is convenient to modify the weights so that they are constant, or con-

verge to a constant. The weights $\omega_{sc}$ in expression (20.88) converge to zero at rate $N_s^{-1}$ because $C_s$ and $M_{sc}$ are fixed and $K_{sc}$ is treated as fixed. (We assume a relatively small number of households sampled per cluster.) Let $N = N_1 + N_2 + \cdots + N_S$ be the total number of clusters sampled and define

$$v_{sc} = \frac{C_s}{(N_s/N)} \cdot \frac{M_{sc}}{K_{sc}} = N\omega_{sc}. \tag{20.90}$$

As in Bhattacharya (2005), it is easiest just to assume $N_s = a_s N$ for $a_s$ fixed, $0 < a_s < 1$, $a_1 + \cdots + a_S = 1$. But we can also just assume $N_s/N$ converges to $a_s$ with the same property. Therefore, by writing $v_{sc} = (C_s/a_s)(M_s/K_s)$, we see that $v_{sc}$ is constant. Further, any optimization problem that uses $\omega_{sc}$ as weights gives the same answer when $v_{sc}$ is used because the scale factor in equation (20.90) does not depend on $s$ or $c$. The key in the formulas for the asymptotic variance below is that $v_{sc}$ is (roughly) constant.

   While equation (20.90) is the most natural definition of the weights for obtaining the limiting distribution results, we can use different formulations without changing the end formulas. For example, let $C = C_1 + \cdots + C_S$ be the total number of clusters in the population, let $M$ be the total number of units in the population, and let $K$ be the total units samples. Then, for the final formulas, we could use the weights defined as

$$v_{sc} = \frac{(C_s/C)}{(N_s/N)} \cdot \frac{(M_{sc}/M)}{(K_{sc}/K)} = \frac{(NK)}{(CM)}\omega_{sc}. \tag{20.91}$$

Because $C$, $M$, and $K$ are fixed, the factor $K/(CM)$ has no effect on estimation or inference. Equation (20.91) has a nice interpretation because it is expressed in terms of frequencies of the population relative to the sample frequencies. For example, if $(C_s/C) > (N_s/N)$, which means that stratum $s$ is underrepresented in terms of number of clusters, equation (20.91) gives more weight to such strata. The same is true of the fractions involving the number of units (say, households).

   While we can consider general M-estimation problems, or generalized method of moments as in Bhattacharya (2005), we consider least squares for concreteness. The weighted minimization problem is

$$\min_{\boldsymbol{\beta}} \ N^{-1} \sum_{s=1}^{S} \sum_{c=1}^{N_s} \sum_{m=1}^{K_{sc}} v_{sc}(y_{scm} - \mathbf{x}_{scm}\boldsymbol{\beta})^2, \tag{20.92}$$

where it is helpful to divide by $N$ to facilitate the asymptotic analysis as $N \to \infty$. The first-order condition is

Chapter

$$N^{-1} \sum_{s=1}^{S} \sum_{c=1}^{N_s} \sum_{m=1}^{K_{sc}} v_{sc} \mathbf{x}'_{scm} (y_{scm} - \mathbf{x}_{scm} \hat{\boldsymbol{\beta}}) = \mathbf{0}. \tag{20.9}$$

Using arguments similar to the SS sampling case, but accounting for the clu
tering (by, in effect, treating each cluster as its own observation), we can sho
that an appropriate estimator of $\text{Avar}(\hat{\boldsymbol{\beta}})$—in the sense that it is consistent fo
$\text{Avar}[\sqrt{N}(\hat{\boldsymbol{\beta}} - \boldsymbol{\beta})]$ when multiplied by $N$—is

$$\left( \sum_{s=1}^{S} \sum_{c=1}^{N_s} \sum_{m=1}^{K_{sc}} v_{sc} \mathbf{x}'_{scm} \mathbf{x}_{scm} \right)^{-1} \hat{\mathbf{B}} \left( \sum_{s=1}^{S} \sum_{c=1}^{N_s} \sum_{m=1}^{K_{sc}} v_{sc} \mathbf{x}'_{scm} \mathbf{x}_{scm} \right)^{-1}, \tag{20.94}$$

where $\hat{\mathbf{B}}$ is somewhat complicated:

$$\hat{\mathbf{B}} = \sum_{s=1}^{S} \sum_{c=1}^{N_s} \sum_{m=1}^{K_{sc}} v_{sc}^2 \hat{u}_{scm}^2 \mathbf{x}'_{scm} \mathbf{x}_{scm} + \sum_{s=1}^{S} \sum_{c=1}^{N_s} \sum_{m=1}^{K_{sc}} \sum_{r \neq m}^{K_{sc}} v_{sc}^2 \hat{u}_{scm} \hat{u}_{scr} \mathbf{x}'_{scm} \mathbf{x}_{scr}$$

$$- \sum_{s=1}^{S} N_s^{-1} \left( \sum_{c=1}^{N_s} \sum_{m=1}^{K_{sc}} v_{sc} \mathbf{x}'_{scm} \hat{u}_{scm} \right) \left( \sum_{c=1}^{N_s} \sum_{m=1}^{K_{sc}} v_{sc} \mathbf{x}'_{scm} \hat{u}_{scm} \right)'. \tag{20.95}$$

The first part of $\hat{\mathbf{B}}$ is obtained using the White "heteroskedasticity"-robust form. Th
second piece accounts for the correlation within clusters; this is typically a positiv
definite matrix, and it generally increases the asymptotic standard errors. The thir
piece actually reduces the variance by accounting for the nonzero means of th
"score" within strata, just as in the SS sampling case.

If each cluster has just one unit, so $M_{sc} = K_{sc} = 1$, then expression (20.94) reduces
to

$$\left( \sum_{s=1}^{S} \sum_{c=1}^{N_s} v_{sc} \mathbf{x}'_{sc} \mathbf{x}_{sc} \right)^{-1} \left[ \left( \sum_{s=1}^{S} \sum_{c=1}^{N_s} v_{sc}^2 \hat{u}_{sc}^2 \mathbf{x}'_{sc} \mathbf{x}_{sc} \right) \right.$$

$$\left. - \sum_{s=1}^{S} N_s^{-1} \left( \sum_{c=1}^{N_s} v_{sc} \mathbf{x}'_{sc} \hat{u}_{sc} \right) \left( \sum_{c=1}^{N_s} v_{sc} \mathbf{x}'_{sc} \hat{u}_{sc} \right)' \right] \cdot \left( \sum_{s=1}^{S} \sum_{c=1}^{N_s} v_{sc} \mathbf{x}'_{sc} \mathbf{x}_{sc} \right)^{-1}, \tag{20.96}$$

which is the formuala for standard stratified sampling with a finite number of units in
each stratum.

For general M-estimation, the outer sandwich in (20.94) is replaced with the
inverse of the weighted Hessian, $[\sum_{s=1}^{S} \sum_{c=1}^{N_s} \sum_{m=1}^{K_{sc}} v_{sc} \mathbf{H}(\mathbf{w}_{scm}, \hat{\boldsymbol{\theta}})]^{-1}$, while $\mathbf{x}'_{scm} \hat{u}_{scm}$ in
equation (20.95) is replaced with the score, $\mathbf{s}(\mathbf{w}_{scm}, \hat{\boldsymbol{\theta}})$. Some econometrics packages

have made implementation fairly straightforward for a variety of linear and non-linear models. To obtain the correct asymptotic variance estimator—one that is neither too optimistic nor too conservative—one needs to specify the strata, the clusters, and the sampling weights.

### Problems

**20.1.** Use expressions (20.4) and (20.5) to answer this question.

a. Derive the estimator in equation (20.5) from the minimization problem in expression (20.4).

b. Show directly that the estimator $\bar{\mu}_w = N^{-1} \sum_{i=1}^{N} (s_i/p_{ji}) w_i$ is unbiased for $\mu$.

c. What practical advantage does $\hat{\mu}_w$ have over $\bar{\mu}_w$?

**20.2.** Use the log likelihood in equation (20.9) to derive $\hat{p}_j = M_j/N_j$, $j = 1, \ldots, J$, where $M_j$ is the number of retained observations from stratum $j$ and $N_j$ is the number of times stratum $j$ was drawn.

**20.3.** Let $y$ be a scalar response variable and $\mathbf{x}$ a vector of explanatory variables, and let $m(\mathbf{x}, \theta)$ denote a model for $E(y \mid \mathbf{x})$. The parameter space is $\Theta$.

a. Let $\hat{\theta}_w$ be the IPW nonlinear least squares estimator. Write down the minimization problem solved by $\hat{\theta}_w$.

b. Assume that the model is correctly specified for $E(y \mid \mathbf{x})$, and let $\theta_o$ denote the population value; assume that $\theta_o$ is identified in the population. Provide a set of sufficient conditions for consistency of $\hat{\theta}_w$ for $\theta_o$. (Hint: See Theorem 12.2.)

c. Assuming that $m(\mathbf{x}, \cdot)$ is twice continuously differentiable on the interior of $\Theta$ and that $\theta_o \in \text{int}(\Theta)$, propose an estimator of the asymptotic variance of $\hat{\theta}_w$ that depends only on the gradient of $m(\mathbf{x}, \cdot)$—not its Hessian.

d. If you add the homoskedasticity assumption $\text{Var}(y \mid \mathbf{x}) = \sigma_o^2$, does the formula from part c simplify?

e. If $m(\mathbf{x}, \theta)$ is misspecified, how should you adjust the estimator in part c?

**20.4.** Consider the problem of standard stratified sampling. Assume that the sample shares, $H_j$, converge to $\bar{H}_j > 0$ as $N \to \infty$, $j = 1, \ldots, J$. Further, suppose that $\theta_o$ minimizes $E[q(\mathbf{w}, \theta) \mid \mathbf{x}]$ over $\Theta$ for each $\mathbf{x}$ and that $\theta_o$ uniquely minimizes $E[q(\mathbf{w}, \theta)]$ over $\Theta$. Argue that the unweighted estimator is consistent for $\theta_o$. (Hint: Write the unweighted objective function as

Case 4:05-cv-00037-YGR    Document 754-9    Filed 01/14/14    Page 57 of 225

$$\sum_{j=1}^{J} H_j \left[ N_j^{-1} \sum_{i=1}^{N_j} q(\mathbf{w}_{ij}, \boldsymbol{\theta}) \right]$$

and argue that this function converges uniformly to

$$\bar{H}_1 \mathrm{E}[q(\mathbf{w}, \boldsymbol{\theta}) \mid \mathbf{x} \in \mathscr{X}_1] + \bar{H}_2 \mathrm{E}[q(\mathbf{w}, \boldsymbol{\theta}) \mid \mathbf{x} \in \mathscr{X}_2] + \cdots + \bar{H}_J \mathrm{E}[q(\mathbf{w}, \boldsymbol{\theta}) \mid \mathbf{x} \in \mathscr{X}_J],$$

where the strata are $\mathscr{X}_1, \mathscr{X}_2, \ldots, \mathscr{X}_J$. Then show that $\boldsymbol{\theta}_o$ uniquely minimizes this expression by arguing that it uniquely minimizes $\mathrm{E}[q(\mathbf{w}, \boldsymbol{\theta}) \mid \mathbf{x} \in \mathscr{X}_j]$ for at least one $j$.)

**20.5.** Use the data in BENEFITS.RAW to answer this question.

a. To equation (20.33) add the within-district averages of *bs*, *lstaff*, *lenroll*, and *lunch*, where *lstaff* and *lenroll* denote logarithms. Estimate this equation by pooled OLS. How do the coefficients on *bs*, *lstaff*, *lenroll*, and *lunch* compare with the FE coefficients? Are the usual pooled OLS standard errors valid here?

b. Estimate the equation from part a by random effects. (That is, include the district averages along with the original variables.) How do these estimates compare with the FE estimates? How do the cluster-robust standard errors compare with the cluster-robust standard errors for FE?

c. Use the estimation in part b to obtain the value of the fully robust Wald statistic testing the RE assumption that the district effect is uncorrelated with the four district averages.

**20.6.** Use the data in BENEFITS.RAW to answer this question.

a. How many schools in the sample have a benefits-salary ratio of at least 0.5?

b. Estimate equation (20.33) by fixed effects omitting the observations from part a. Discuss how the estimate of $\beta_{bs}$ changes, as well as its cluster-robust standard error.

c. Now add the within-district averages of all four variables and estimate the equation by least absolute deviations, using all the observations. How strong is the evidence for a trade-off using LAD?

**20.7.** Use the data in MEAP94_98 to answer this question.

a. How many schools have all five years of data? Are there any schools with only one year?

b. Obtain the within-school time averages of the variables *lavgrexp*, *lunch*, *lenrol*, and the four-year dummies *y95* through *y98*. Include these in a pooled OLS regression that includes the other variables in Table 20.2 (including the year dummies themselves). Verify that the coefficients on the original variables are the FE estimates.

What is the coefficient on $\overline{lunch}$ (the time average)? Is it statistically different from zero using a cluster-robust standard error at the district level?

c. Now use RE rather than pooled OLS on the equation in part b. Again verify that you obtain the FE estimates on the original variables. Is the RE coefficient on $\overline{lunch}$ identical to the POLS coefficient? Is it still statistically significant?

d. Redo part c, but do not include the time averages of the year dummies. Do you still get the FE estimates on *lavgrexp, lunch*, and *lenrol*? Why, with an unbalanced panel, must we include the time averages of year dummies for RE to equal FE, whereas we did not have to in the balanced case?

e. Now go back to the original FE estimation in Table 20.2, but drop the year dummies. How does the estimated spending effect change from Table 20.2? Which estimate is more reliable?

f. Return to the equation implicit in Table 20.2, but estimate the equation by pooled OLS and RE. (That is, do not include the time averages of the variables.) How do the estimates of the spending effect compare with the FE estimates? How come the *lunch* variable is much more important in the POLS and RE estimation?

g. Considering the various estimates and standard errors in Table 20.2 and obtained for this problem, which estimate of the spending variable and which standard error seem most reliable?

**20.8.**  In the setting of Section 20.3.1, let $y_{gm}$ be a fractional response variable, and consider the model

$$\mathrm{E}(y_{gm} \mid \mathbf{x}_g, \mathbf{Z}_g, c_g) = \Phi(\alpha + \mathbf{x}_g\boldsymbol{\beta} + \mathbf{z}_{gm}\boldsymbol{\gamma} + c_g).$$

a. Assume that $c_g = \eta_g + \overline{\mathbf{z}}_g\boldsymbol{\xi}_g + a_g$. Find $\mathrm{E}(y_{gm} \mid \mathbf{x}_g, \mathbf{Z}_g, a_g)$.

b. Add the assumption $a_g \mid \mathbf{x}_g, \mathbf{Z}_g \sim \mathrm{Normal}(0, \tau_g^2)$ and find $\mathrm{E}(y_{gm} \mid \mathbf{x}_g, \mathbf{Z}_g)$. (Hint: It should have the probit form.)

c. Suppose that $\eta_g$, $\boldsymbol{\xi}_g$, and $\tau_g^2$ depend only on the group size, $M_g$. Suggest a method for estimating all the parameters.

d. How would you perform inference on the parameters estimated in part c?

# Exhibit 6

**Confidential - Attorneys' Eyes Only**

**Roger Noll, Ph.D.**                               **The Apple iPod iTunes Anti-Trust Litigation**

---

**Page 1**

```
1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4

5   THE APPLE iPOD iTUNES         Lead Case No. C 05-00037
    ANTI-TRUST LITIGATION

6

7   _____

8   This Document Relates To:

9   ALL ACTIONS

10  _____

11

12

13

14        CONFIDENTIAL - ATTORNEYS' EYES ONLY

15   VIDEOTAPED DEPOSITION OF ROGER G. NOLL, PH.D.

16         Wednesday, December 18, 2013

17            Palo Alto, California

18

19

20

21

22

23  Reported by:
    Darcy J. Brokaw
24  RPR, CRR, CSR No. 12584
25  Job No. 10008944
```

**Page 2**

```
1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4

5   THE APPLE iPOD iTUNES         Lead Case No. C 05-00037
    ANTI-TRUST LITIGATION

6

7   _____

8   This Document Relates To:

9   ALL ACTIONS

10  _____

11

12

13        CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15       Videotaped Deposition of ROGER G. NOLL, PH.D.,

16  taken on behalf of the Defendant, at 1755 Embarcadero

17  Road, Palo Alto, California, beginning at 9:06 a.m. and

18  ending at 11:54 p.m., on Wednesday, December 18, 2013,

19  before Darcy J. Brokaw, CSR No. 12584.

20

21

22

23

24

25
```

**Page 3**

```
1                  APPEARANCES

2

3

4   For the Plaintiffs and the deponent, Dr. Noll:

5       ROBBINS GELLER RUDMAN & DOWD, LLP
        BY: ALEXANDRA S. BERNAY, ESQ.

6       BY: JENNIFER N. CARINGAL, ESQ.
        655 West Broadway, Suite 1900

7       San Diego, California  92101
        (619)231-1058

8       xanb@rgrdlaw.com

9

10  For the Defendant, Apple Inc.:

11      JONES DAY
        BY: DAVID KIERNAN, ESQ.

12      BY: AMIR AMIRI, ESQ.
        BY: ROBERT MITTELSTAEDT, ESQ.

13      555 California Street, 26th Floor
        San Francisco, California  94104

14      (415)626-3939
        dkiernan@jonesday.com

15

16

17

18  Also present:

19      Peter Hibdon, Videographer

20

21

22

23

24

25
```

**Page 4**

```
1              INDEX TO EXAMINATION

2            ROGER G. NOLL, PH.D.

3

4

5   EXAMINATION                              PAGE

6   BY MR. KIERNAN                              7

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Page 1..4**



**Page 21**

12          MS. BERNAY: Objection. Argumentative.

13  BY MR. KIERNAN:

14         **Q.  It would be column A divided by 1 plus**

15  **column B times column B; isn't that correct?**

16          MS. BERNAY: Objection. Vague.

17          THE WITNESS: It would be explain --

18  explain it to me again.

19  BY MR. KIERNAN:

20         **Q.  It would be --**

21         A.  The actual overcharge would be -- so

22  the -- what the percentage damages is is the

23  percentage of the calculation you get from all the

24  independent variables, which is an estimate of the

25  transaction price you actually have.  And the

**Page 22**

1  transaction price is -- has that overcharge of that

2  amount.  All right.

3         So I'm not sure I understand --

4         **Q.  I'm focusing on the formula that's in C.**

5         A.  Yes.

6         **Q.  And the formula in C is taking the**

7  **percentage of the weighted average price.  And my**

8  **question is --**

9         A.  That is the existing price.  It's not the

10  but-for price.

11         **Q.  Right.  And what I'm asking is:  Isn't the**

12  **correct formula to determine the price overcharge**

13  A divided by 1 plus column B times column B --

14         MS. BERNAY: Objection --

15  BY MR. KIERNAN:

16         **Q.  -- because column B reflects the change in**

17  **percentage between --**

18         A.  Yes, you're right --

19         **Q.  -- the but-for price and --**

20         (Reporter admonishes.)

21         THE WITNESS: Yes, the 2.3.8 is an

22  approximation of what the -- what the exactly

23  precise calculation would be, yes.

24  BY MR. KIERNAN:

25         **Q.  Okay.  If the residual errors in the**

**Page 23**

1  **regression are correlated within a particular group**

2  **and you don't do anything to correct for that, what**

3  **would be the impact on the reported standard errors?**

4         MS. BERNAY: Objection. Vague and

5  ambiguous.

6         THE WITNESS: I didn't completely follow

7  the question.  Ask it again.

8  BY MR. KIERNAN:

9         **Q.  If the residual errors in the regression**

10  **are correlated within a particular group and you**

11  **don't do anything to correct for that, what would be**

12  **the impact on the reported standard errors?**

13         MS. BERNAY: Same objection.

14         THE WITNESS: It could be either way.  It

15  could make them higher or it could make them lower,

16  depending on the nature of the correlation.

17  BY MR. KIERNAN:

18         **Q.  And why would it impact the reported**

19  **standard errors?**

20         A.  Well, it's all built up in the -- in the

21  nature of the assumptions one makes in doing a

22  regression analysis, which is an independence of the

23  standard errors.  And if the standard errors -- if

24  the -- if the random shock that is --

25         (Reporter inquires.)

**Page 24**

1         THE WITNESS: If the random shock that is

2  in the regression equation does not satisfy the

3  independence assumption, then the effect on the

4  standard errors of the coefficients could be either

5  to elevate them or to reduce them, depending on the

6  nature of the violation of the independence

7  assumption.

8  BY MR. KIERNAN:

9         **Q.  Okay.  And are there standard statistical**

10  **tests to test whether the residual errors are**

11  **correlated within a particular group?**

12         MS. BERNAY: Objection. Vague.

13         THE WITNESS: There are many such tests

14  and many such corrections.  But the effect is -- the

15  existence of even statistically significant

16  correlations is small unless those correlations are

17  high.  All right.

18         So the corrections for autocorrelation of

19  residuals is not something that actually matters in

20  the vast majority of cases because the -- it's

21  almost never the case there's no correlation in

22  residual errors, but it's almost never the case that

23  making a correction for the auto- -- the correlation

24  that does exist matters in terms of the regression.

25         It's also the case here that we're not

**Confidential - Attorneys' Eyes Only**

**Roger Noll, Ph.D.**                    **The Apple iPod iTunes Anti-Trust Litigation**

Page 25

1  talking about a source of bias in the coefficients.
2  We're talking about a source of bias in the
3  estimated statistical significance, the --
4  BY MR. KIERNAN:
5      Q.  The standard errors?
6      A.  Yeah, the values of the -- the expected
7  value of the regression coefficients is not
8  affected.
9      Q.  The coefficients aren't affected, but the
10 calculations of the standard errors are affected?
11     A.  Right, the calculations of the standard
12 errors are affected, but the -- but the estimated
13 effect of the independent variable is the same, the
14 expected estimated effect.
15     Q.  And if the residual errors are correlated
16 within a particular group, the standard errors could
17 either be overstated or understated?
18     A.  Yes.
19     Q.  Without a correction?
20     A.  They could be.  Although, again, the --
21 it's not -- it's not a dichotomous issue.  They --
22 A, they may be affected, and B, the magnitude of the
23 effect depends on the exact conditions.
24     Q.  And to know the magnitude of effect, you'd
25 have to test it, you'd have to run one of the

Page 26

1  standard statistical tests?
2          MS. BERNAY:  Objection.  Calls for
3  speculation.
4          THE WITNESS:  Well, actually, that's not
5  what most -- what typically --
6  BY MR. KIERNAN:
7      Q.  Can you just eyeball it?
8      A.  -- happens.
9          (Reporter inquires.)
10 BY MR. KIERNAN:
11     Q   Can you just eyeball it?
12         MS. BERNAY:  Objection.  Vague.
13         THE WITNESS:  Can I finish my first answer
14 before I answer the next question?
15 BY MR. KIERNAN:
16     Q.  Yes.
17     A.  Okay.  It is the case that if you plot the
18 errors, you will know from experience if you
19 actually have a problem that is causing the
20 regression equation to be unreliable.  But so
21 "eyeball" is sort of a bizarre word.
22         What you actually do is you look at the
23 actual scatter plot of points around the regression
24 line and see if there is a clustering of
25 observations above and below it.  The problem with

Page 27

1  that -- that's a good way to see if there's positive
2  error correlation, but it's not a good way to see if
3  there's negative error correlation.
4          And the second point is that the nature of
5  the error correlation may be that it's dependent on
6  particular combinations of variables; and that one,
7  the standard tests wouldn't even tell you that it
8  exists.
9      Q.  In this case, did you do anything to check
10 whether the residual errors in your regression set
11 forth in Exhibits 3A and 3B to Noll 10 are
12 correlated with any particular group?
13         MS. BERNAY:  Objection.  Vague and
14 ambiguous.
15         THE WITNESS:  What do you mean by "group"?
16 BY MR. KIERNAN:
17     Q.  Within any group.
18     A.  What do you mean, "a group"?  I don't
19 understand what you mean by a group.
20     Q.  We've been using group for the last ten
21 minutes.
22         MS. BERNAY:  Objection.  Argumentative.
23 BY MR. KIERNAN:
24     Q.  Same group that you've -- the same group
25 that you've been referring to.

Page 28

1      A.  I didn't refer to a group.  I don't know
2  what you're talking about.  I know I fully
3  intended --
4      Q.  You used the term "cluster" --
5          (Reporter admonishes.)
6  BY MR. KIERNAN:
7      Q   You used the word cluster, within a
8  cluster.
9      A.  I don't agree that there are any clusters
10 here.
11         MS. BERNAY:  Objection.
12 BY MR. KIERNAN:
13     Q.  That's not my question, Dr. Noll.  I asked
14 you, did you do anything to check whether the
15 residual errors in your regressions set forth in
16 Exhibit 3A and 3B are correlated within any cluster
17 or group?
18         MS. BERNAY:  Objection.  Asked and
19 answered.
20         THE WITNESS:  I don't know what you mean
21 by a group.  And you used the word "or," and I don't
22 believe there are any clusters.  So how can I test
23 for something when I don't -- I think it either
24 doesn't exist or I don't understand what you're
25 asking?

**Page 25..28**

**Confidential - Attorneys' Eyes Only**

**Roger Noll, Ph.D.**                    **The Apple iPod iTunes Anti-Trust Litigation**

Page 29

1    What is it you're asking?  Can't you just
2  give me an example of what you mean by a group, and
3  then we won't have to discuss it?
4  BY MR. KIERNAN:
5    **Q.  So you don't understand the question?**
6    A.  I don't understand what you mean by a
7  group, no.  I don't know what you have in mind.
8    **Q.  And you don't know what I mean by cluster?**
9    MS. BERNAY:  Objection --
10    THE WITNESS:  I know what you mean by a
11  cluster, and there aren't any in this particular
12  regression.
13  BY MR. KIERNAN:
14    **Q.  How do you know?**
15    A.  Because I know what cluster analysis is,
16  and it doesn't apply to this regression because this
17  isn't a sample.
18    **Q.  What did you do to determine if there were**
19  **clusters?  What statistical tests did you apply?**
20    MS. BERNAY:  Objection.
21    THE WITNESS:  I looked at the definition
22  of a cluster, and it doesn't apply to anything in
23  this regression.  I know -- I know what cluster
24  analysis is, and it doesn't apply to this
25  regression, notwithstanding what many of your

Page 30

1  experts have said.  They're just not right.
2  BY MR. KIERNAN:
3    **Q.  Anything else other than looking at a**
4  **definition?**
5    MS. BERNAY:  Objection.  Argumentative.
6    THE WITNESS:  I know -- the report, about
7  a third of this report is about what cluster
8  analysis is and what kinds of problems you apply to
9  it and why this isn't a cluster sample problem.  All
10  right.
11    So, yes, there it is.  I've cited articles
12  in the professional literature of which I not only
13  have read, but I actually know what they do.  I have
14  taught this stuff.  So I know what I'm talking
15  about.  And there's references here.  It's not that
16  I just read a definition and decided that something
17  didn't apply.
18    But I know, just from knowing what cluster
19  analysis is, that it doesn't apply here.
20  BY MR. KIERNAN:
21    **Q.  You just know it when you see it?**
22    MS. BERNAY:  Objection.  Argumentative,
23  misstates his prior testimony.
24    Come on, David.
25    THE WITNESS:  That's complete nonsense.

Page 31

1  There is --
2  BY MR. KIERNAN:
3    **Q.  I'm just trying to understand what you did**
4  **other than reading some books to determine if there**
5  **are clusters in the case.**
6    MS. BERNAY:  Objection.  Argumentative.
7    THE WITNESS:  There is no such thing as a
8  test for whether you ought to use cluster analysis
9  in a regression that doesn't satisfy the conditions
10  for clustering.
11  BY MR. KIERNAN:
12    **Q.  Okay.  That's what you teach your**
13  **students?**
14    MS. BERNAY:  Objection.  Argumentative.
15    THE WITNESS:  Of course it is.
16  BY MR. KIERNAN:
17    **Q.  On page 34 of Noll 10 -- let me know when**
18  **you get there.**
19    A.  I'm there.
20    **Q.  The first paragraph, the last third, you**
21  **state that "Professors Murphy and Topel do not test**
22  **whether the mean residual errors from this procedure**
23  **are statistically significantly different from zero,**
24  **which would have to be the case if the errors within**
25  **a cluster are correlated."**

Page 32

1    A.  Yes.
2    **Q.  Did you perform that analysis?**
3    A.  No, because I don't believe there are
4  clusters.  The premise of that paragraph is if you
5  assume a cluster analysis is appropriate, here's
6  something you do.  And they didn't do it.  But I
7  don't think you should even do that because it's not
8  a cluster sample problem.
9    **Q.  If it turns out that within a group,**
10  **within a cluster -- we can use the one defined by**
11  **Professors Murphy and Topel -- the mean residual**
12  **errors are statistically significantly different**
13  **from zero, what would that tell you?**
14    A.  Nothing.
15    **Q.  Why not?**
16    A.  Because as I said before, you only get
17  that far if you have a cluster sampling problem, and
18  we don't have a cluster sampling problem.  So
19  there's no point in testing for cluster, the
20  presence of clustering effects if you don't have a
21  cluster to begin with.
22    This is a paragraph written on if there --
23  if it were a sample -- if the way I had done the
24  analysis was to sample some transactions according
25  to a subset of the models of iPods that were out

**Confidential - Attorneys' Eyes Only**

**Roger Noll, Ph.D.**                          **The Apple iPod iTunes Anti-Trust Litigation**

Page 33

1    there, so instead of having 100-odd iPod models, I
2    only had 20, and within those 20, I had just drawn a
3    sample of transactions instead of looking at the
4    entire universe, then, in principle, there might be
5    a clustering problem.  But when you don't have a
6    sample of either the models or the transactions,
7    it's not a cluster problem.
8          So testing for cluster effects is a
9    non sequitur.  It's inappropriate, because you don't
10   have cluster samples.
11         **Q.  Okay.  And other than that basis that**
12   **there's not a clustering problem because it's not a**
13   **sample from a population, any other reason, any**
14   **other basis for your opinion that there's not a**
15   **clustering issue?**
16         A.  Only the fact it doesn't satisfy the
17   conditions for doing cluster analysis?
18         **Q.  The one that you just described.**
19         A.  Yes.  That's why it isn't a cluster
20   problem, is because it's not a cluster sample.  And
21   cluster sampling is a procedure you use when you are
22   sampling on both groups and people within a group.
23         If you have a population instead of a
24   sample, there's no cluster issue, by definition.
25         **Q.  And so if the mean residual errors within**

Page 34

1    **certain particular groups in the transaction data at**
2    **issue in this case are correlated, that is, they are**
3    **statistically significantly different from zero,**
4    **your opinion is it has no impact on the calculation**
5    **of the standard errors in the case?**
6          A.  That's not what I said.
7             MS. BERNAY:  Objection.  Misstates his
8    prior testimony.
9    BY MR. KIERNAN:
10         **Q.  What was wrong with -- what do you**
11   **disagree with in the question I just asked?**
12            MS. BERNAY:  Objection.  Vague.
13            THE WITNESS:  First of all, if you look
14   within a -- if you define the group as a particular
15   model of an iPod, and you look at the errors in
16   predicting that, and you find they're correlated, it
17   may be -- it's perfectly explained if you took into
18   account all the values of all the other independent
19   variables.
20            So that test in and of itself doesn't
21   prove anything.  All right.  The only way it proves
22   something -- again, let's go back to the reasons
23   cluster sampling can be a problem.  And as stated in
24   the report, there's three reasons why it can be a
25   problem.  One is a sample bias problem, and the

Page 35

1    other two are versions of omitted variable problems.
2            So the issue is, is there a sampling issue
3    here?  The answer is no.
4            Are there omitted variables?  I'm not
5    aware of any that would add statistical significance
6    to the regression equation without being so highly
7    multicollinear that they would destroy the
8    coefficient estimates.
9            So there can't -- there isn't any -- none
10   of the three reasons why you might have a problem
11   exist.  So I don't care what the test is, because
12   it's testing for something that, in principle, can't
13   exist as a problem in the regression.
14   BY MR. KIERNAN:
15         **Q.  So if you run a test on a particular group**
16   **of transactions and the test shows that the mean**
17   **residual errors are statistically significantly**
18   **different from zero, your opinion is it has no**
19   **impact on the calculation of the standard errors?**
20            MS. BERNAY:  Objection.  Vague and
21   ambiguous.  Misstates prior testimony as well.
22   BY MR. KIERNAN:
23         **Q.  Let me put it differently.  It does not**
24   **overstate or understate the standard errors that**
25   **you're calculating?**

Page 36

1            MS. BERNAY:  Same objection.
2            THE WITNESS:  It may or may not.  You
3    haven't -- there's not enough information in your
4    question to make a prediction about the effect on
5    the calculation of the standard errors.
6    BY MR. KIERNAN:
7          **Q.  What additional information do you need?**
8          A.  You have to understand what is the source
9    of what you're measuring.  All right.  You have
10   to --
11         **Q.  The source of the observations?**
12         A.  No.
13            THE REPORTER:  What's the question?
14            You guys are cutting each other off.
15            THE WITNESS:  Yeah, he does do this,
16   doesn't he?
17            The very first step is precisely what
18   residual errors are you correlating, what actually
19   is it.  All right.  And I don't know the answer to
20   that.
21            All you're telling me is that within a
22   model of iPods, the mean residual error isn't
23   zero.  That's all you're telling me.  You're not
24   telling me anything else about why it might be
25   different from zero.

**Page 33..36**

**Confidential - Attorneys' Eyes Only**

**Roger Noll, Ph.D.**                    **The Apple iPod iTunes Anti-Trust Litigation**

Page 37

1    In fact, purely as a statistical matter, I
2    would expect it not to be the case that they would
3    all be zero, all right, just purely from random
4    sample or random -- the random shocks in the
5    regression.
6         So we have to know why. Before we can get
7    to the question "is that going to affect the
8    calculation of the standard errors of the regression
9    coefficients," we have to understand why the
10   residual errors don't sum to zero.
11   BY MR. KIERNAN:
12        Q. And did you explore any of the why the
13   mean residual errors in your regression are
14   statistically significantly different from zero for
15   certain groups of transactions of iPods?
16        MS. BERNAY: Objection. Vague and
17   ambiguous. Again, mischaracterizes the prior
18   testimony.
19        THE WITNESS: First of all, you're
20   assuming in the way the question is answered that I
21   know which ones are statistically significantly
22   different from zero, and I don't.
23        Secondly, all I did is examine the reasons
24   given by Professors Murphy and Topel as to why these
25   things were different from zero, and they're wrong.

Page 38

1         So I didn't go beyond that.
2         And they're small to begin with.
3    Regardless of whether they're statistically
4    significant, they're small anyway.
5         So there's certainly no proof that the
6    answer in the regression equation about what damages
7    are is in any way affected by anything in there that
8    they discuss with regard to cluster analysis.
9    BY MR. KIERNAN:
10        Q. Dr. Noll, when you say "they're small to
11   begin with. Regardless of whether they're
12   statistically significant, they're small anyway,"
13   what are you referring to as they are small?
14        A. Well, there's a -- in the backup stuff to
15   the reports, the residual errors, the mean residual
16   errors by model are not big numbers. That's what I
17   recall. I don't remember the precise thing because
18   it was months ago.
19        But we did in fact examine what the basis
20   was for their statements about the mean residual
21   error, and there was no -- there was really nothing
22   very important there.
23        Q. In your report, you discuss one technique
24   for -- well, strike that.
25        You set forth a description of

Page 39

1    bootstrapping as a technique. And describe what
2    "bootstrapping" is so I make sure I understand it.
3         A. Sample -- you have a small number of
4    observations and -- this was actually invented by my
5    college roommate.
6         You have a small number of observations,
7    and the idea is if you just ran a single regression
8    on the small sample that you have, the end wouldn't
9    be large enough to be able to detect an effect, a
10   causal effect of one variable on another.
11        So what you do is you draw a sample
12   from -- a sample with replacement; that is to say,
13   you pick an observation, pull it out, count that as
14   an observation, and you put it back into the puddle
15   of all the observations and you draw another one.
16        And you do that several times, run a
17   regression. And then you do it all again and run
18   another regression, and then you do it all again and
19   run another regression. And then you use the
20   distribution of the coefficients from those
21   regressions as a way to estimate what the true
22   coefficient is.
23        Q. Is that something you did in this case?
24        A. No. We don't have a small sample. We
25   have a population.

Page 40

1         Q. What was the point of discussing that in
2    your report?
3         A. The point of discussing it was the
4    mischaracterization of what independence means, that
5    the -- Professors Murphy and Topel mischaracterize
6    independence as being the same observation. And in
7    bootstrapping, you use the same observation over and
8    over and over and over again, and it doesn't violate
9    the independence assumption.
10        Q. What does the independence assumption
11   refer to, in your words? You disagree with
12   Professor Murphy and Professor Topel. Define for me
13   what you're referring to as the independence
14   assumption.
15        A. It's that the random component of the
16   regression equation -- the distribution of that
17   random component is unaffected by the observed
18   values of any other component.
19        And the reason the independence assumption
20   is satisfied in bootstrapping is that you're
21   randomly drawing samples. So before the fact, what
22   the next observation is going to be is independent
23   of what the previous observation was.
24        Q. When you were referring to "random
25   component," were you referring to the residual?

**Page 37..40**

**Confidential - Attorneys' Eyes Only**

**Roger Noll, Ph.D.**                    **The Apple iPod iTunes Anti-Trust Litigation**

Page 41

1      A.  The residual is an estimate.  It's the
2    unexplained variance.  The independence assumption
3    refers to the underlying distribution of the error
4    term.  And then the residual error in the regression
5    equation is for the entire equation.  By definition,
6    a regression analysis has to have mean zero.
7          So the issue then about residual errors
8    being correlated is you draw some subset of the
9    observations and say is that sub- -- does that
10   subset have correlations.  And then if it does, that
11   means the correlations of the residual errors in
12   that group, if on average they're greater than zero,
13   that means all the others have to be on average less
14   than zero.
15         And then the issue is why does one
16   subsample have positive residual errors and another
17   have negative.  And there's some potential
18   explanations for that, one of which is the actual
19   way you created the groups, because you may not have
20   taken fully into account the effect, the actual
21   effect that's already explained in the regression of
22   some of the independent variables.
23      **Q.  And if I understand your answer, one way**
24   **to test your independence assumption is to look at**
25   **the distribution of the error terms in the**

Page 42

1    **regression?**
2          A.  It can be, but it isn't necessarily.  You
3    have to -- you have to have an underlying both
4    economic theoretic and econometric theoretic reason
5    to believe that the groupings you have make sense.
6          In other words, I can always construct a
7    way to separate a sample into two groups so that one
8    has positive residual errors on average and the
9    other has negative, but that doesn't mean that
10   there's a problem with the regression analysis,
11   because I've constructed it to produce that, that
12   result.  And that's why I say you'd have to know
13   what the reason for it is.
14         Just to take a very simple example, I
15   could just take the ten observations where the model
16   underestimates the true value by the maximum amount,
17   all right, the worst possible observations in terms
18   of underpredicting the dependent variable.  Then I
19   could call that a group, and I say, ah-hah, those
20   are statistically significant positive residual
21   errors.
22         But that doesn't mean there's anything
23   wrong with the model.  It doesn't mean there's
24   anything funny going on with violation of
25   independence.  It just means that me, as the person

Page 43

1    dealing with the data, have constructed subsamples
2    in a way to get groups that have residual errors
3    that are statistically significant different from
4    zero.  That doesn't tell me anything about the
5    underlying quality of the regression, the standard
6    errors or anything else.  It just means that I've
7    cherry-picked.
8          So that's why the answer to questions like
9    you've been asking me always have to be "it
10   depends."  It depends on how the subsample was
11   collected whether any test of whether the residual
12   errors are positive or negative even makes sense to
13   begin with.
14      **Q.  When dealing with -- strike that.**
15         **Are there other cases in which you have**
16   **worked with an entire population of transactions in**
17   **estimating a regression?**
18      A.  Yes.
19      **Q.  And in those cases, have you done anything**
20   **to test the independence assumption that we've been**
21   **discussing?**
22         MS. BERNAY:  Objection.  Calls for
23   speculation, vague and ambiguous.
24         THE WITNESS:  I have -- the only -- first
25   of all, the only circumstances in which that even is

Page 44

1    an interesting issue would be where you had very low
2    explanatory power in the regression.  All right.
3    Then it's possible that you could have economically
4    and econometrically meaningful subgroups that had
5    positive or negative residual errors.
6          And so if you have extremely high
7    R-squares, if your regression is doing a good job
8    explaining the data, then it would not be a
9    meaningful exercise to do that.  And in most cases,
10   I never do, because the R-square, like this one, is
11   very high.
12   BY MR. KIERNAN:
13      **Q.  So if the R-square is very high and you're**
14   **dealing with a --**
15      A.  Population.
16      **Q.  -- population subset, your opinion is**
17   **there's no reason to test the independence**
18   **assumption?**
19         MS. BERNAY:  Objection.  Mischaracterizes
20   the prior testimony.
21         THE WITNESS:  Right.  I have normally not
22   attempted to test, but there are -- the only
23   circumstances in which we would do that is if there
24   was -- there was some really big outlier prediction
25   errors and they were all the same thing.  And you

**Confidential - Attorneys' Eyes Only**

**Roger Noll, Ph.D.**                    **The Apple iPod iTunes Anti-Trust Litigation**

Page 45

1  could get still get a high squared with a very small
2  subset getting big prediction errors.
3        (Reporter inquires.)
4        THE WITNESS:  You can have a high
5  R-squared in a regression and still have a group of
6  predictions that were -- where the prediction error
7  is large.  And then you would -- you would still
8  want to address whether that group -- you had some
9  omitted variable for that group or something.
10       But again, that's not really likely to
11  happen if you already have group identifiers.  See,
12  again, the -- by definition, if you have group
13  identifiers, the residual error within that group is
14  going to be zero.  The mean residual error is going
15  to be zero, because that's what regression analysis
16  does.
17       So that's why, for example, the most
18  conventional solution to cluster problems is to use
19  group identifiers, indicator variables, to get the
20  mean of those residual errors for each group to
21  zero.
22  BY MR. KIERNAN:
23       **Q.  In this case, did you perform any**
24  **statistical test to determine or to test your**
25  **independence assumption?**

Page 46

1        MS. BERNAY:  Objection.  Asked and
2  answered.
3        THE WITNESS:  I have -- I have not
4  performed a test of the independence assumption as
5  you've put it in that way, no.  It would be
6  unnecessary, because there are no groups with
7  outlying residual errors in the R-squared spot.  And
8  by definition, the mean residual errors by group are
9  going to be zero.
10  BY MR. KIERNAN:
11       **Q.  And if statistical tests show that mean**
12  **residual errors within groups are correlated, that**
13  **does not affect your analysis or any of your**
14  **opinions in any way?**
15       MS. BERNAY:  Objection.  Calls for
16  speculation.
17       THE WITNESS:  It might or it might not,
18  depending on what the reason for finding that
19  correlation was, that statistically significant
20  correlation was.  It would purely depend on the way
21  the test was performed and the way the groups were
22  created and the way the residual errors were
23  calculated.  All right.  That's what it would depend
24  on.
25  ///

Page 47

1  BY MR. KIERNAN:
2       **Q.  If you could turn to page 27.**
3       **Let me know when you get there, Dr. Noll.**
4        MS. BERNAY:  27?
5        MR. KIERNAN:  Yeah, of Noll 10.
6  BY MR. KIERNAN:
7       **Q.  In the second paragraph, you state that**
8  **"Whereas new iPod owners in late 2006 became more**
9  **locked in to iPods over time..."**
10       **Do you see that sentence?**
11       A.  Yes.
12       **Q.  When you're referring to "new iPod**
13  **owners in late 2006," who are you referring to?**
14       A.  People who had just bought or were about
15  to buy an iPod.
16       **Q.  Okay.  And are you referring to consumers**
17  **that purchase an iPod -- only those consumers who**
18  **purchase an iPod with 7.0 implemented?**
19       A.  The issue of lock-in effect also depends
20  on how locked in you are, of course.  But the --
21  if -- and it also depends on whether you have bought
22  digital downloads from the iTunes Store or not.
23       So the degree of lock-in would be affected
24  by 7.0, but it's not the only factor affecting
25  lock-in.

Page 48

1        MR. KIERNAN:  Okay.  Move to strike as
2  nonresponsive.
3  BY MR. KIERNAN:
4       **Q.  With respect to your first sentence, you**
5  **state:  "Whereas new iPod owners in late 2006 became**
6  **more locked in to iPods over time..."**
7       **My question is:  The "new iPod owners in**
8  **late 2006," does that refer to purchasers of iPods**
9  **that only included 7.0?**
10       MS. BERNAY:  Objection.  Asked and
11  answered.
12       THE WITNESS:  My nonresponsive answer was
13  in fact responsive.  It depends on other things.
14  All right.  People who bought 7.0, obviously 7.0 --
15  iPods with 7.0 in them contributed to a lock-in
16  effect more than people whose iPods did not have
17  7.0.
18       But on the other hand, if people,
19  regardless of whether they bought 7.0, bought music
20  from the iTunes Store in a DRM-protected fashion,
21  they would be experiencing lock-in as well.
22  BY MR. KIERNAN:
23       **Q.  Okay.**
24       A.  So that, contrary to your assertion, it
25  was completely responsive.  You just didn't

**Page 45..48**

**Confidential - Attorneys' Eyes Only**

**Roger Noll, Ph.D.**　　　　　　　　　　　**The Apple iPod iTunes Anti-Trust Litigation**

**Page 117**

```
1              REPORTER CERTIFICATION

2

3         I, Darcy J. Brokaw, a Certified Shorthand

4    Reporter, do hereby certify:

5         That prior to being examined, the witness in

6    the foregoing proceedings was by me duly sworn to

7    testify to the truth, the whole truth, and nothing but

8    the truth;

9         That said proceedings were taken before me at

10   the time and place therein set forth and were taken down

11   by me in shorthand and thereafter transcribed into

12   typewriting under my direction and supervision;

13        I further certify that I am neither counsel

14   for, nor related to, any party to said proceedings, nor

15   in any way interested in the outcome thereof.

16        In witness whereof, I have hereunto subscribed

17   my name.

18

19   Dated:  December 19, 2013

20

21   _____

     Darcy J. Brokaw
22   CSR No. 12584, RPR, CRR

23

24

25
```

# Exhibit 7

# A Practitioner's Guide to Cluster-Robust Inference

A. Colin Cameron and Douglas L. Miller

Department of Economics, University of California - Davis.

This version (almost final): October 15, 2013

## Abstract

We consider statistical inference for regression when data are grouped into clusters, with regression model errors independent across clusters but correlated within clusters. Examples include data on individuals with clustering on village or region or other category such as industry, and state-year differences-in-differences studies with clustering on state. In such settings default standard errors can greatly overstate estimator precision. Instead, if the number of clusters is large, statistical inference after OLS should be based on cluster-robust standard errors. We outline the basic method as well as many complications that can arise in practice. These include cluster-specific fixed effects, few clusters, multi-way clustering, and estimators other than OLS.

JEL Classification: C12, C21, C23, C81.

Keywords: Cluster robust; cluster effect; fixed effects, random effects; hierarchical models; feasible GLS; differences in differences; panel data; cluster bootstrap; few clusters; multi-way clusters.

*In preparation for The Journal of Human Resources. We thank four referees and the journal editor for very helpful comments and for guidance, participants at the 2013 California Econometrics Conference and at a workshop sponsored by the U.K. Programme Evaluation for Policy Analysis, and the many people who have over time have sent us cluster-related puzzles (the solutions to some of which appear in this paper). Doug Miller acknowledges financial support from the Center for Health and Wellbeing at the Woodrow Wilson School of Public Policy at Princeton University.*

# Contents

I    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    4
II   Cluster-Robust Inference . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    6
   IIA   A Simple Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    6
   IIB   Clustered Errors and Two Leading Examples . . . . . . . . . . . . . . . .    7
      IIB.1   Example 1: Individuals in Cluster . . . . . . . . . . . . . . . .    8
      IIB.2   Example 2: Differences-in-Differences (DiD) in a State-Year Panel . .    9
   IIC   The Cluster-Robust Variance Matrix Estimate . . . . . . . . . . . . . . .    10
   IID   Feasible GLS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    11
   IIE   Implementation for OLS and FGLS . . . . . . . . . . . . . . . . . . . . .    13
   IIF   Cluster-Bootstrap Variance Matrix Estimate . . . . . . . . . . . . . . . .    14
III  Cluster-Specific Fixed Effects . . . . . . . . . . . . . . . . . . . . . . . . . .    15
   IIIA  Do Fixed Effects Fully Control for Within-Cluster Correlation? . . . . . . .    16
   IIIB  Cluster-Robust Variance Matrix with Fixed Effects . . . . . . . . . . . .    17
   IIIC  Feasible GLS with Fixed Effects . . . . . . . . . . . . . . . . . . . . . .    19
   IIID  Testing the Need for Fixed Effects . . . . . . . . . . . . . . . . . . . . .    19
IV   What to Cluster Over? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    20
   IVA   Factors Determining What to Cluster Over . . . . . . . . . . . . . . . . .    20
   IVB   Clustering Due to Survey Design . . . . . . . . . . . . . . . . . . . . . .    22
V    Multi-way Clustering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    23
   VA    Multi-way Cluster-Robust Variance Matrix Estimate . . . . . . . . . . . .    23
   VB    Implementation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    25
   VC    Feasible GLS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    26
   VD    Spatial Correlation . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    27
VI   Few Clusters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    28
   VIA   The Basic Problems with Few Clusters . . . . . . . . . . . . . . . . . . .    29
   VIB   Solution 1: Bias-Corrected Cluster-Robust Variance Matrix . . . . . . . .    30
   VIC   Solution 2: Cluster Bootstrap with Asymptotic Refinement . . . . . . . .    31
      VIC.1   Percentile-t Bootstrap . . . . . . . . . . . . . . . . . . . . .    31
      VIC.2   Wild Cluster Bootstrap . . . . . . . . . . . . . . . . . . . . .    32
      VIC.3   Bootstrap with Caution . . . . . . . . . . . . . . . . . . . . .    34
   VID   Solution 3: Improved Critical Values using a T-distribution . . . . . . . .    35
      VID.1   G-L Degrees of Freedom . . . . . . . . . . . . . . . . . . . .    35
      VID.2   Data-determined Degrees of Freedom . . . . . . . . . . . . . .    35
      VID.3   Effective Number of Clusters . . . . . . . . . . . . . . . . . .    37
   VIE   Special Cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    37
      VIE.1   Fixed Number of Clusters with Cluster Size Growing . . . . . .    37
      VIE.2   Few Treated Groups . . . . . . . . . . . . . . . . . . . . . .    38
      VIE.3   What if you have multi-way clustering and few clusters? . . . . .    39
VII  Extensions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    39
   VIIA  Cluster-Robust F-tests . . . . . . . . . . . . . . . . . . . . . . . . . . .    39
   VIIB  Instrumental Variables Estimators . . . . . . . . . . . . . . . . . . . . .    40
      VIIB.1   IV and 2SLS . . . . . . . . . . . . . . . . . . . . . . . . . .    40
      VIIB.2   Weak Instruments . . . . . . . . . . . . . . . . . . . . . . .    41

        VIIB.3 Linear GMM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   42
    VIIC Nonlinear Models . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   43
        VIIC.1 Different Models for Clustering . . . . . . . . . . . . . . . . . . . . .   43
        VIIC.2 Fixed Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   45
    VIID Cluster-randomized Experiments . . . . . . . . . . . . . . . . . . . . . . . .   46
VIII Empirical Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   46
    VIIIA Individual-level Cross-section Data: One Sample . . . . . . . . . . . . . .   46
    VIIIB Individual-level Cross-section Data: Monte Carlo . . . . . . . . . . . . . .   48
    VIIIC State–Year Panel Data: One Sample . . . . . . . . . . . . . . . . . . . . .   49
    VIIID State–Year Panel Data: Monte Carlo . . . . . . . . . . . . . . . . . . . . .   50
IX Concluding Thoughts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   51
X  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   52

# I. Introduction

In an empiricist's day-to-day practice, most effort is spent on getting unbiased or consistent point estimates. That is, a lot of attention focuses on the parameters ($\widehat{\beta}$). In this paper we focus on getting accurate statistical inference, a fundamental component of which is obtaining accurate standard errors ($se$, the estimated standard deviation of $\widehat{\beta}$). We begin with the basic reminder that empirical researchers should also really care about getting this part right. An asymptotic 95% confidence interval is $\widehat{\beta} \pm 1.96 \times se$, and hypothesis testing is typically based on the Wald "t-statistic" $w = (\widehat{\beta} - \beta_0)/se$. Both $\widehat{\beta}$ and $se$ are critical ingredients for statistical inference, and we should be paying as much attention to getting a good $se$ as we do for obtaining $\widehat{\beta}$.

In this paper, we consider statistical inference in regression models where observations can be grouped into clusters, with model errors uncorrelated across clusters but correlated within cluster. One leading example of "clustered errors" is individual-level cross-section data with clustering on geographical region, such as village or state. Then model errors for individuals in the same region may be correlated, while model errors for individuals in different regions are assumed to be uncorrelated. A second leading example is panel data. Then model errors in different time periods for a given individual (e.g., person or firm or region) may be correlated, while model errors for different individuals are assumed to be uncorrelated.

Failure to control for within-cluster error correlation can lead to very misleadingly small standard errors, and consequent misleadingly narrow confidence intervals, large t-statistics and low p-values. It is not unusual to have applications where standard errors that control for within-cluster correlation are several times larger than default standard errors that ignore such correlation. As shown below, the need for such control increases not only with increase in the size of within-cluster error correlation, but the need also increases with the size of within-cluster correlation of regressors and with the number of observations within a cluster. A leading example, highlighted by Moulton (1986, 1990), is when interest lies in measuring the effect of a policy variable, or other aggregated regressor, that takes the same value for all observations within a cluster.

One way to control for clustered errors in a linear regression model is to additionally specify a model for the within-cluster error correlation, consistently estimate the parameters of this error correlation model, and then estimate the original model by feasible generalized least squares (FGLS) rather than ordinary least squares (OLS). Examples include random effects estimators and, more generally, random coefficient and hierarchical models. If all goes well this provides valid statistical inference, as well as estimates of the parameters of the original regression model that are more efficient than OLS. However, these desirable properties hold only under the very strong assumption that the model for within-cluster error correlation is correctly specified.

A more recent method to control for clustered errors is to estimate the regression model with limited or no control for within-cluster error correlation, and then post-estimation

obtain "cluster-robust" standard errors proposed by White (1984, p.134-142) for OLS with a multivariate dependent variable (directly applicable to balanced clusters); by Liang and Zeger (1986) for linear and nonlinear models; and by Arellano (1987) for the fixed effects estimator in linear panel models. These cluster-robust standard errors do not require specification of a model for within-cluster error correlation, but do require the additional assumption that the number of clusters, rather than just the number of observations, goes to infinity.

Cluster-robust standard errors are now widely used, popularized in part by Rogers (1993) who incorporated the method in Stata, and by Bertrand, Duflo and Mullainathan (2004) who pointed out that many differences-in-differences studies failed to control for clustered errors, and those that did often clustered at the wrong level. Cameron and Miller (2011) and Wooldridge (2003, 2006) provide surveys, and lengthy expositions are given in Angrist and Pischke (2009) and Wooldridge (2010).

One goal of this paper is to provide the practitioner with the methods to implement cluster-robust inference. To this end we include in the paper reference to relevant Stata commands (for version 13), since Stata is the computer package most used in applied microeconometrics research. And we will post on our websites more expansive Stata code and datasets used in this paper. A second goal is presenting how to deal with complications such as determining when is there a need to cluster, incorporating fixed effects, and inference when there are few clusters. A third goal is to provide an exposition of the underlying econometrics theory as this can aid in understanding complications. In practice the most difficult complication to deal with can be "few" clusters, see Section VI. There is no clear-cut definition of "few"; depending on the situation "few" may range from less than 20 to less than 50 clusters in the balanced case.

We focus on OLS, for simplicity and because this is the most commonly-used estimation method in practice. Section II presents the basic results for OLS with clustered errors. In principle, implementation is straightforward as econometrics packages include cluster-robust as an option for the commonly-used estimators; in Stata it is the `vce(cluster)` option. The remainder of the survey concentrates on complications that often arise in practice. Section III addresses how the addition of fixed effects impacts cluster-robust inference. Section IV deals with the obvious complication that it is not always clear what to cluster over. Section V considers clustering when there is more than one way to do so and these ways are not nested in each other. Section VI considers how to adjust inference when there are just a few clusters as, without adjustment, test statistics based on the cluster-robust standard errors over-reject and confidence intervals are too narrow. Section VII presents extension to the full range of estimators – instrumental variables, nonlinear models such as logit and probit, and generalized method of moments. Section VIII presents both empirical examples and real-data based simulations. Concluding thoughts are given in Section IX.

5

## II. Cluster-Robust Inference

In this section we present the fundamentals of cluster-robust inference. For these basic results we assume that the model does not include cluster-specific fixed effects, that it is clear how to form the clusters, and that there are many clusters. We relax these conditions in subsequent sections.

Clustered errors have two main consequences: they (usually) reduce the precision of $\widehat{\beta}$, and the standard estimator for the variance of $\widehat{\beta}$, $\widehat{V}[\widehat{\beta}]$, is (usually) biased downward from the true variance. Computing cluster-robust standard errors is a fix for the latter issue. We illustrate these issues, initially in the context of a very simple model and then in the following subsection in a more typical model.

### IIA. A Simple Example

For simplicity, we begin with OLS with a single regressor that is nonstochastic, and assume no intercept in the model. The results extend to multiple regression with stochastic regressors.

Let $y_i = \beta x_i + u_i$, $i = 1, ..., N$, where $x_i$ is nonstochastic and $E[u_i] = 0$. The OLS estimator $\widehat{\beta} = \sum_i x_i y_i / \sum_i x_i^2$ can be re-expressed as $\widehat{\beta} - \beta = \sum_i x_i u_i / \sum_i x_i^2$, so in general

$$V[\widehat{\beta}] = E[(\widehat{\beta} - \beta)^2] = V\left[\sum_i x_i u_i\right] / \left(\sum_i x_i^2\right)^2. \tag{1}$$

If errors are uncorrelated over $i$, then $V[\sum_i x_i u_i] = \sum_i V[x_i u_i] = \sum_i x_i^2 V[u_i]$. In the simplest case of homoskedastic errors, $V[u_i] = \sigma^2$ and (1) simplifies to $V[\widehat{\beta}] = \sigma^2 / \sum_i x_i^2$.

If instead errors are heteroskedastic, then (1) becomes

$$V_{\text{het}}[\widehat{\beta}] = \left(\sum_i x_i^2 E[u_i^2]\right) / \left(\sum_i x_i^2\right)^2,$$

using $V[u_i] = E[u_i^2]$ since $E[u_i] = 0$. Implementation seemingly requires consistent estimates of each of the $N$ error variances $E[u_i^2]$. In a very influential paper, one that extends naturally to the clustered setting, White (1980) noted that instead all that is needed is an estimate of the scalar $\sum_i x_i^2 E[u_i^2]$, and that one can simply use $\sum_i x_i^2 \widehat{u}_i^2$, where $\widehat{u}_i = y_i - \widehat{\beta} x_i$ is the OLS residual, provided $N \to \infty$. This leads to estimated variance

$$\widehat{V}_{\text{het}}[\widehat{\beta}] = \left(\sum_i x_i^2 \widehat{u}_i^2\right) / \left(\sum_i x_i^2\right)^2.$$

The resulting standard error for $\widehat{\beta}$ is often called a robust standard error, though a better, more precise term, is heteroskedastic-robust standard error.

What if errors are correlated over $i$? In the most general case where all errors are correlated with each other,

$$V\left[\sum_i x_i u_i\right] = \sum_i \sum_j \text{Cov}[x_i u_i, x_j u_j] = \sum_i \sum_j x_i x_j E[u_i u_j],$$

so

$$V_{\text{cor}}[\widehat{\beta}] = \left(\sum_i \sum_j x_i x_j E[u_i u_j]\right) / \left(\sum_i x_i^2\right)^2.$$

6

The obvious extension of White (1980) is to use $\widehat{V}[\widehat{\beta}] = \left( \sum_i \sum_j x_i x_j \widehat{u}_i \widehat{u}_j \right) / \left( \sum_i x_i^2 \right)^2$, but this equals zero since $\sum_i x_i \widehat{u}_i = 0$. Instead one needs to first set a large fraction of the error correlations $\mathrm{E}[u_i u_j]$ to zero. For time series data with errors assumed to be correlated only up to, say, $m$ periods apart as well as heteroskedastic, White's result can be extended to yield a heteroskedastic- and autocorrelation-consistent (HAC) variance estimate; see Newey and West (1987).

In this paper we consider clustered errors, with $\mathrm{E}[u_i u_j] = 0$ unless observations $i$ and $j$ are in the same cluster (such as same region). Then

$$\mathrm{V}_{\mathrm{clu}}[\widehat{\beta}] = \left( \sum_i \sum_j x_i x_j \mathrm{E}[u_i u_j] \mathbf{1}[i, j \text{ in same cluster}] \right) / \left( \sum_i x_i^2 \right)^2, \tag{2}$$

where the indicator function $\mathbf{1}[A]$ equals 1 if event $A$ happens and equals 0 if event $A$ does not happen. Provided the number of clusters goes to infinity, we can use the variance estimate

$$\widehat{\mathrm{V}}_{\mathrm{clu}}[\widehat{\beta}] = \left( \sum_i \sum_j x_i x_j \widehat{u}_i \widehat{u}_j \mathbf{1}[i, j \text{ in same cluster}] \right) / \left( \sum_i x_i^2 \right)^2. \tag{3}$$

This estimate is called a cluster-robust estimate, though more precisely it is heteroskedastic- and cluster-robust. This estimate reduces to $\widehat{\mathrm{V}}_{\mathrm{het}}[\widehat{\beta}]$ in the special case that there is only one observation in each cluster.

Typically $\widehat{\mathrm{V}}_{\mathrm{clu}}[\widehat{\beta}]$ exceeds $\widehat{\mathrm{V}}_{\mathrm{het}}[\widehat{\beta}]$ due to the addition of terms when $i \neq j$. The amount of increase is larger (1) the more positively associated are the regressors across observations in the same cluster (via $x_i x_j$ in (3)), (2) the more correlated are the errors (via $\mathrm{E}[u_i u_j]$ in (2)), and (3) the more observations are in the same cluster (via $\mathbf{1}[i, j \text{ in same cluster}]$ in (3)).

There are several take-away messages. First there can be great loss of efficiency in OLS estimation if errors are correlated within cluster rather than completely uncorrelated. Intuitively, if errors are positively correlated within cluster then an additional observation in the cluster no longer provides a completely independent piece of new information. Second, failure to control for this within-cluster error correlation can lead to using standard errors that are too small, with consequent overly-narrow confidence intervals, overly-large t-statistics, and over-rejection of true null hypotheses. Third, it is straightforward to obtain cluster-robust standard errors, though they do rely on the assumption that the number of clusters goes to infinity (see Section VI for the few clusters case).

## IIB. Clustered Errors and Two Leading Examples

Let $i$ denote the $i^{th}$ of $N$ individuals in the sample, and $g$ denote the $g^{th}$ of $G$ clusters. Then for individual $i$ in cluster $g$ the linear model with (one-way) clustering is

$$y_{ig} = \mathbf{x}'_{ig} \boldsymbol{\beta} + u_{ig}, \tag{4}$$

where $\mathbf{x}_{ig}$ is a $K \times 1$ vector. As usual it is assumed that $\mathrm{E}[u_{ig}|\mathbf{x}_{ig}] = 0$. The key assumption is that errors are uncorrelated across clusters, while errors for individuals belonging to the same cluster may be correlated. Thus

$$\mathrm{E}[u_{ig} u_{jg'}|\mathbf{x}_{ig}, \mathbf{x}_{jg'}] = 0, \text{ unless } g = g'. \tag{5}$$

## IIB.1. Example 1: Individuals in Cluster

Hersch (1998) uses cross-section individual-level data to estimate the impact of job injury risk on wages. Since there is no individual-level data on job injury rate, a more aggregated measure such as job injury risk in the individual's industry is used as a regressor. Then for individual $i$ (with $N = 5960$) in industry $g$ (with $G = 211$)

$$y_{ig} = \gamma \times risk_g + \mathbf{z}'_{ig}\boldsymbol{\delta} + u_{ig}.$$

The regressor $risk_g$ is perfectly correlated within industry. The error term will be positively correlated within industry if the model systematically overpredicts (or underpredicts) wages in a given industry. In this case default OLS standard errors will be downwards biased.

To measure the extent of this downwards bias, suppose errors are equicorrelated within cluster, so $\text{Cor}[u_{ig}, u_{jg}] = \rho$ for all $i \neq j$. This pattern is suitable when observations can be viewed as exchangeable, with ordering not mattering. Common examples include the current one, individuals or households within a village or other geographic unit (such as state), individuals within a household, and students within a school. Then a useful approximation is that for the $k^{th}$ regressor the default OLS variance estimate based on $s^2 (\mathbf{X'X})^{-1}$, where $s$ is the standard error of the regression, should be inflated by

$$\tau_k \simeq 1 + \rho_{x_k}\rho_u(\bar{N}_g - 1), \qquad (6)$$

where $\rho_{x_k}$ is a measure of the within-cluster correlation of $x_{igk}$, $\rho_u$ is the within-cluster error correlation, and $\bar{N}_g$ is the average cluster size. The result (6) is exact if clusters are of equal size ("balanced" clusters) and $\rho_{x_k} = 1$ for all regressors (Kloek, 1981); see Scott and Holt (1982) and Greenwald (1983) for the general result with a single regressor.

This very important and insightful result is that the variance inflation factor is increasing in

1. the within-cluster correlation of the regressor

2. the within-cluster correlation of the error

3. the number of observations in each cluster.

For clusters of unequal size replace $(\bar{N}_g - 1)$ in (6) by $((\text{V}[N_g]/\bar{N}_g) + \bar{N}_g - 1)$; see Moulton (1986, p.387). Note that there is no cluster problem if any one of the following occur: $\rho_{x_k} = 0$ or $\rho_u = 0$ or $\bar{N}_g = 1$.

In an influential paper, Moulton (1990) pointed out that in many settings the inflation factor $\tau_k$ can be large even if $\rho_u$ is small. He considered a log earnings regression using March CPS data ($N = 18,946$), regressors aggregated at the state level ($G = 49$), and errors correlated within state ($\hat{\rho}_u = 0.032$). The average group size was $18,946/49 = 387$, $\rho_{x_k} = 1$ for a state-level regressor, so (6) yields $\tau_k \simeq 1 + 1 \times 0.032 \times 386 = 13.3$. The weak

correlation of errors within state was still enough to lead to cluster-corrected standard errors being $\sqrt{13.3} = 3.7$ times larger than the (incorrect) default standard errors!

In such examples of cross-section data with an aggregated regressor, the cluster-robust standard errors can be much larger despite low within-cluster error correlation because the regressor of interest is perfectly correlated within cluster and there may be many observations per cluster.

## IIB.2. Example 2: Differences-in-Differences (DiD) in a State-Year Panel

Interest may lie in how wages respond to a binary policy variable $d_{ts}$ that varies by state and over time. Then at time $t$ in state $s$

$$y_{ts} = \gamma \times d_{ts} + \mathbf{z}'_{ts}\boldsymbol{\gamma} + \alpha_s + \delta_t + u_{ts},$$

where we assume independence over states, so the ordering of subscripts $(t, s)$ corresponds to $(i, g)$ in (4), and $\alpha_s$ and $\delta_t$ are state and year effects.

The binary regressor $d_{ts}$ equals one if the policy of interest is in effect and equals 0 otherwise. The regressor $d_{ts}$ is often highly serially correlated since, for example, $d_{ts}$ will equal a string of zeroes followed by a string of ones for a state that switches from never having the policy in place to forever after having the policy in place. The error $u_{ts}$ is correlated over time for a given state if the model systematically overpredicts (or underpredicts) wages in a given state. Again the default standard errors are likely to be downwards-biased.

In the panel data case, the within-cluster (i.e., within-individual) error correlation decreases as the time separation increases, so errors are not equicorrelated. A better model for the errors is a time series model, such as an autoregressive error of order one that implies that $\mathrm{Cor}[u_{ts}, u_{t's}] = \rho^{|t-t'|}$. The true variance of the OLS estimator will again be larger than the OLS default, although the consequences of clustering are less extreme than in the case of equicorrelated errors (see Cameron and Miller (2011, Section 2.3) for more detail).

In such DiD examples with panel data, the cluster-robust standard errors can be much larger than the default because both the regressor of interest and the errors are highly correlated within cluster. Note also that this complication can exist even with the inclusion of fixed effects (see Section III).

The same problems arise if we additionally have data on individuals, so that

$$y_{its} = \gamma \times d_{ts} + \mathbf{z}'_{its}\boldsymbol{\delta} + \alpha_s + \delta_t + u_{its}.$$

In an influential paper, Bertrand, Duflo and Mullainathan (2004) demonstrated the importance of using cluster-robust standard errors in DiD settings. Furthermore, the clustering should be on state, assuming error independence across states. The clustering should not be on state-year pairs since, for example, the error for California in 2010 is likely to be correlated with the error for California in 2009.

The issues raised here are relevant for any panel data application, not just DiD studies. The DiD panel example with binary policy regressor is often emphasized in the cluster-robust

9

literature because it is widely used and it has regressor that is highly serially correlated, even after mean-differencing to control for fixed effects. This serial correlation leads to a potentially large difference between cluster-robust and default standard errors.

## IIC. The Cluster-Robust Variance Matrix Estimate

Stacking all observations in the $g^{th}$ cluster, the model (4) can be written as

$$\mathbf{y}_g = \mathbf{X}_g \boldsymbol{\beta} + \mathbf{u}_g, \quad g = 1, ..., G,$$

where $\mathbf{y}_g$ and $\mathbf{u}_g$ are $N_g \times 1$ vectors, $\mathbf{X}_g$ is an $N_g \times K$ matrix, and there are $N_g$ observations in cluster $g$. Further stacking $\mathbf{y}_g$, $\mathbf{X}_g$ and $\mathbf{u}_g$ over the $G$ clusters then yields the model

$$\mathbf{y} = \mathbf{X}\boldsymbol{\beta} + \mathbf{u}.$$

The OLS estimator is

$$\widehat{\boldsymbol{\beta}} = (\mathbf{X}'\mathbf{X})^{-1} \mathbf{X}'\mathbf{y} = \left( \sum_{g=1}^{G} \mathbf{X}_g' \mathbf{X}_g \right)^{-1} \sum_{g=1}^{G} \mathbf{X}_g' \mathbf{y}_g.$$

In general, the variance matrix conditional on $\mathbf{X}$ is

$$V[\widehat{\boldsymbol{\beta}}] = (\mathbf{X}'\mathbf{X})^{-1} \mathbf{B} (\mathbf{X}'\mathbf{X})^{-1}, \tag{7}$$

with

$$\mathbf{B} = \mathbf{X}'V[\mathbf{u}|\mathbf{X}]\mathbf{X}. \tag{8}$$

Given error independence across clusters, $V[\mathbf{u}|\mathbf{X}]$ has a block-diagonal structure, and (8) simplifies to

$$\mathbf{B}_{\text{clu}} = \sum_{g=1}^{G} \mathbf{X}_g' E \left[ \mathbf{u}_g \mathbf{u}_g' | \mathbf{X}_g \right] \mathbf{X}_g. \tag{9}$$

The matrix $\mathbf{B}_{\text{clu}}$, the middle part of the "sandwich matrix" (7), corresponds to the numerator of (2). $\mathbf{B}_{\text{clu}}$ can be written as:

$$\mathbf{B}_{\text{clu}} = \sum_{g=1}^{G} \sum_{i=1}^{N_g} \sum_{j=1}^{N_g} \mathbf{x}_{ig} \mathbf{x}_{jg}' \omega_{ig,jg},$$

where $\omega_{ig,jg} = E[u_{ig} u_{jg} | \mathbf{X}_g]$ is the error covariance for the $ig^{th}$ and $jg^{th}$ observations. We can gain a few insights from inspecting this equation. The term $\mathbf{B}$ (and hence $V[\widehat{\boldsymbol{\beta}}]$) will be bigger when: (1) regressors within cluster are correlated, (2) errors within cluster are correlated so $\omega_{ig,jg}$ is non-zero, (3) $N_g$ is large, and (4) the within-cluster regressor and error correlations are of the same sign (the usual situation). These conditions mirror the more precise Moulton result for the special case of equicorrelated errors given in equation (6). Both examples in Section II had high within-cluster correlation of the regressor, the DiD example had high within-cluster (serial) correlation of the error and the Moulton (1990) example had $N_g$ large.

Implementation requires an estimate of $\mathbf{B}_{\text{clu}}$ given in (9). The cluster-robust estimate of the variance matrix (CRVE) of the OLS estimator is the sandwich estimate

$$\widehat{V}_{\text{clu}}[\widehat{\boldsymbol{\beta}}] = (\mathbf{X}'\mathbf{X})^{-1}\widehat{\mathbf{B}}_{\text{clu}}(\mathbf{X}'\mathbf{X})^{-1}, \tag{10}$$

where

$$\widehat{\mathbf{B}}_{\text{clu}} = \sum_{g=1}^{G} \mathbf{X}_g'\widehat{\mathbf{u}}_g\widehat{\mathbf{u}}_g'\mathbf{X}_g, \tag{11}$$

and $\widehat{\mathbf{u}}_g = \mathbf{y}_g - \mathbf{X}_g\widehat{\boldsymbol{\beta}}$ is the vector of OLS residuals for the $g^{th}$ cluster. Formally (10)-(11) provides a consistent estimate of the variance matrix if $G^{-1}\sum_g \mathbf{X}_g'\widehat{\mathbf{u}}_g\widehat{\mathbf{u}}_g'\mathbf{X}_g - G^{-1}\sum_g \mathrm{E}[\mathbf{X}_g'\mathbf{u}_g\mathbf{u}_g'\mathbf{X}_g] \xrightarrow{p} \mathbf{0}$ as $G \to \infty$. Initial derivations of this estimator, by White (1984, p.134-142) for balanced clusters and by Liang and Zeger (1986) for unbalanced, assumed a finite number of observations per cluster. Hansen (2007a) showed that the CRVE can also be used if $N_g \to \infty$, the case for long panels, in addition to $G \to \infty$. Carter, Schnepel and Steigerwald (2013) consider unbalanced panels with either $N_g$ fixed or $N_g \to \infty$. The sandwich formula for the CRVE extends to many estimators other than OLS; see Section VII.

Algebraically, the estimator (10)-(11) equals (7) and (9) with $\mathrm{E}[\mathbf{u}_g\mathbf{u}_g']$ replaced with $\widehat{\mathbf{u}}_g\widehat{\mathbf{u}}_g'$. What is striking about this is that for each cluster $g$, the $N_g \times N_g$ matrix $\widehat{\mathbf{u}}_g\widehat{\mathbf{u}}_g'$ is bound to be a very poor estimate of the $N_g \times N_g$ matrix $\mathrm{E}[\mathbf{u}_g\mathbf{u}_g']$ – there is no averaging going on to enable use of a Law of Large Numbers. The "magic" of the CRVE is that despite this, by averaging across all $G$ clusters in (11), we are able to get a consistent variance estimate. This fact helps us to understand one of the limitations of this method in practice – the averaging that makes $\widehat{V}[\widehat{\boldsymbol{\beta}}]$ accurate for $V[\widehat{\boldsymbol{\beta}}]$ is an average based on the number of clusters $G$. In applications with few clusters this can lead to problems that we discuss below in Section VI.

Finite-sample modifications of (11) are typically used, to reduce downwards bias in $\widehat{V}_{\text{clu}}[\widehat{\boldsymbol{\beta}}]$ due to finite $G$. Stata uses $\sqrt{c}\widehat{\mathbf{u}}_g$ in (11) rather than $\widehat{\mathbf{u}}_g$, with

$$c = \frac{G}{G-1}\frac{N-1}{N-K} \simeq \frac{G}{G-1}. \tag{12}$$

In general $c \simeq G/(G-1)$, though see Section IIIB for an important exception when fixed effects are directly estimated. Some other packages such as SAS use $c = G/(G-1)$, a simpler correction that is also used by Stata for extensions to nonlinear models. Either choice of $c$ usually lessens, but does not fully eliminate, the usual downwards bias in the CRVE. Other finite-cluster corrections are discussed in Section VI, but there is no clear best correction.

## IID. Feasible GLS

If errors are correlated within cluster, then in general OLS is inefficient and feasible GLS may be more efficient.

Suppose we specify a model for $\boldsymbol{\Omega}_g = \mathrm{E}[\mathbf{u}_g\mathbf{u}_g'|\mathbf{X}_g]$ in (9), such as within-cluster equicorrelation. Then the GLS estimator is $(\mathbf{X}'\boldsymbol{\Omega}^{-1}\mathbf{X})^{-1}\mathbf{X}'\boldsymbol{\Omega}^{-1}\mathbf{y}$, where $\boldsymbol{\Omega} = \text{Diag}[\boldsymbol{\Omega}_g]$. Given a consistent estimate $\widehat{\boldsymbol{\Omega}}$ of $\boldsymbol{\Omega}$, the feasible GLS estimator of $\boldsymbol{\beta}$ is

$$\widehat{\boldsymbol{\beta}}_{\text{FGLS}} = \left(\sum_{g=1}^{G} \mathbf{X}_g'\widehat{\boldsymbol{\Omega}}_g^{-1}\mathbf{X}_g\right)^{-1}\sum_{g=1}^{G} \mathbf{X}_g'\widehat{\boldsymbol{\Omega}}_g^{-1}\mathbf{y}_g. \tag{13}$$

11

The FGLS estimator is second-moment efficient, with variance matrix

$$\widehat{V}_{\text{def}}[\widehat{\boldsymbol{\beta}}_{\text{FGLS}}] = (\mathbf{X}'\widehat{\boldsymbol{\Omega}}^{-1}\mathbf{X})^{-1}, \qquad (14)$$

under the strong assumption that the error variance $\boldsymbol{\Omega}$ is correctly specified.

Remarkably, the cluster-robust method of the previous section can be extended to FGLS. Essentially OLS is the special case where $\boldsymbol{\Omega}_g = \sigma^2 \mathbf{I}_{N_g}$. The cluster-robust estimate of the asymptotic variance matrix of the FGLS estimator is

$$\widehat{V}_{\text{clu}}[\widehat{\boldsymbol{\beta}}_{\text{FGLS}}] = \left(\mathbf{X}'\widehat{\boldsymbol{\Omega}}^{-1}\mathbf{X}\right)^{-1} \left(\textstyle\sum_{g=1}^{G} \mathbf{X}'_g \widehat{\boldsymbol{\Omega}}_g^{-1} \widehat{\mathbf{u}}_g \widehat{\mathbf{u}}'_g \widehat{\boldsymbol{\Omega}}_g^{-1} \mathbf{X}_g\right) \left(\mathbf{X}'\widehat{\boldsymbol{\Omega}}^{-1}\mathbf{X}\right)^{-1}, \qquad (15)$$

where $\widehat{\mathbf{u}}_g = \mathbf{y}_g - \mathbf{X}_g \widehat{\boldsymbol{\beta}}_{\text{FGLS}}$. This estimator requires that $\mathbf{u}_g$ and $\mathbf{u}_h$ are uncorrelated when $g \neq h$, and that $G \to \infty$, but permits $\mathrm{E}[\mathbf{u}_g \mathbf{u}'_g | \mathbf{X}_g] \neq \boldsymbol{\Omega}_g$. The approach of specifying a model for the error variances and then doing inference that guards against misspecification of this model is especially popular in the biostatistics literature that calls $\boldsymbol{\Omega}_g$ a "working" variance matrix (see, for example, Liang and Zeger, 1986).

There are many possible candidate models for $\boldsymbol{\Omega}_g$, depending on the type of data being analyzed.

For individual-level data clustered by region, example 1 in Section IIB, a common starting point model is the random effects (RE) model. The error is specified to have two components:

$$u_{ig} = \alpha_g + \varepsilon_{ig}, \qquad (16)$$

where $\alpha_g$ is a cluster-specific error or common shock that is assumed to be independent and identically distributed (i.i.d.) $(0, \sigma_\alpha^2)$, and $\varepsilon_{ig}$ is an idiosyncratic error that is assumed to be i.i.d. $(0, \sigma_\varepsilon^2)$. Then $\mathrm{V}[u_{ig}] = \sigma_\alpha^2 + \sigma_\varepsilon^2$ and $\mathrm{Cov}[u_{ig}, u_{jg}] = \sigma_\alpha^2$ for $i \neq j$. It follows that the intraclass correlation of the error $\rho_u = \mathrm{Cor}[u_{ig}, u_{jg}] = \sigma_\alpha^2/(\sigma_\alpha^2 + \sigma_\varepsilon^2)$, so this model implies equicorrelated errors within cluster. Richer models that introduce heteroskedasticity include random coefficients models and hierarchical linear models.

For panel data, example 2 in Section IIB, a range of time series models for $u_{it}$ may be used, including autoregressive and moving average error models. Analysis of within-cluster residual correlation patterns after OLS estimation can be helpful in selecting a model for $\boldsymbol{\Omega}_g$.

Note that in all cases if cluster-specific fixed effects are included as regressors and $Ng$ is small then bias-corrected FGLS should be used; see Section IIIC.

The efficiency gains of FGLS need not be great. As an extreme example, with equicorrelated errors, balanced clusters, and all regressors invariant within cluster ($\mathbf{x}_{ig} = \mathbf{x}_g$) the FGLS estimator equals the OLS estimator - and so there is no efficiency gain to FGLS. With equicorrelated errors and general $\mathbf{X}$, Scott and Holt (1982) provide an upper bound to the maximum proportionate efficiency loss of OLS, compared to the variance of the FGLS estimator, of $1 / \left[1 + \frac{4(1-\rho_u)[1+(N_{\max}-1)\rho_u]}{(N_{\max} \times \rho_u)^2}\right]$, $N_{\max} = \max\{N_1, ..., N_G\}$. This upper bound is increasing in the error correlation $\rho_u$ and the maximum cluster size $N_{\max}$. For low $\rho_u$ the

maximal efficiency gain can be low. For example, Scott and Holt (1982) note that for $\rho_u = .05$ and $N_{\max} = 20$ there is at most a 12% efficiency loss of OLS compared to FGLS. With $\rho_u = 0.2$ and $N_{\max} = 100$ the efficiency loss could be as much as 86%, though this depends on the nature of $\mathbf{X}$.

There is no clear guide to when FGLS may lead to considerable improvement in efficiency, and the efficiency gains can be modest. However, especially in models without cluster-specific fixed effects, implementation of FGLS and use of (15) to guard against misspecification of $\boldsymbol{\Omega}_g$ is straightforward. And even modest efficiency gains can be beneficial. It is remarkable that current econometric practice with clustered errors ignores the potential efficiency gains of FGLS.

## IIE. Implementation for OLS and FGLS

For regression software that provides a cluster-robust option, implementation of the CRVE for OLS simply requires defining for each observation a cluster identifier variable that takes one of $G$ distinct values according to the observation's cluster, and then passing this cluster identifier to the estimation command's cluster-robust option. For example, if the cluster identifier is `id_clu`, then Stata OLS command `regress y x` becomes `regress y x, vce(cluster id_clu)`.

Wald hypothesis tests and confidence intervals are then implemented in the usual way. In some cases, however, joint tests of several hypotheses and of overall statistical significance may not be possible. The CRVE $\widehat{V}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}]$ is guaranteed to be positive semi-definite, so the estimated variance of the individual components of $\widehat{\boldsymbol{\beta}}$ are necessarily nonnegative. But $\widehat{V}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}]$ is not necessarily positive definite, so it is possible that the variance matrix of linear combinations of the components of $\widehat{\boldsymbol{\beta}}$ is singular. The rank of $\widehat{V}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}]$ equals the rank of $\widehat{\mathbf{B}}$ defined in (11). Since $\widehat{\mathbf{B}} = \mathbf{C}'\mathbf{C}$, where $\mathbf{C}' = [\mathbf{X}'_1\widehat{\mathbf{u}}_1 \cdots \mathbf{X}'_G\widehat{\mathbf{u}}_G]$ is a $K \times G$ matrix, it follows that the rank of $\widehat{\mathbf{B}}$, and hence that of $\widehat{V}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}]$, is at most the rank of $\mathbf{C}$. Since $\mathbf{X}'_1\widehat{\mathbf{u}}_1 + \cdots + \mathbf{X}'_G\widehat{\mathbf{u}}_G = 0$, the rank of $\mathbf{C}$ is at most the minimum of $K$ and $G-1$. Effectively, the rank of $\widehat{V}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}]$ equals $\min(K, G-1)$, though it can be less than this in some examples such as perfect collinearity of regressors and cluster-specific dummy regressors (see Section IIIB for the latter).

A common setting is to have a richly specified model with thousands of observations in far fewer clusters, leading to more regressors than clusters. Then $\widehat{V}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}]$ is rank-deficient, so it will not be possible to perform an overall F test of the joint statistical significance of all regressors. And in a log-wage regression with occupation dummies and clustering on state, we cannot test the joint statistical significance of the occupation dummies if there are more occupations than states. But it is still okay to perform statistical inference on individual regression coefficients, and to do joint tests on a limited number of restrictions (potentially as many as $\min(K, G-1)$).

Regression software usually also includes a panel data component. Panel commands may enable not only OLS with cluster-robust standard errors, but also FGLS for some models of

within-cluster error correlation with default (and possibly cluster-robust) standard errors. It is important to note that those panel data commands that do not explicitly use time series methods, an example is FGLS with equicorrelation of errors within-cluster, can be applied more generally to other forms of clustered data, such as individual-level data with clustering on geographic region.

For example, in Stata first give the command `xtset id_clu` to let Stata know that the cluster-identifier is variable `id_clu`. Then the Stata command `xtreg y x, pa corr(ind) vce(robust)` yields OLS estimates with cluster-robust standard errors. Note that for Stata `xt` commands, option `vce(robust)` is generally interpreted as meaning cluster-robust; this is always the case from version 12.1 on. The `xt` commands use standard normal critical values whereas command `regress` uses $T(G-1)$ critical values; see Sections VI and VIIA for further discussion.

For FGLS estimation the commands vary with the model for $\mathbf{\Omega}_g$. For equicorrelated errors, a starting point for example 1 in Section IIB, the FGLS estimator can be obtained using command `xtreg y x, pa corr(exch)` or command `xtreg y x, re`; slightly different estimates are obtained due to slightly different estimates of the equicorrelation. For FGLS for hierarchical models that are richer than a random effects model, use Stata command `mixed` (version 13) or `xtmixed` (earlier versions). For FGLS with panel data and time variable `time`, first give the command `xtset id_clu time` to let Stata know both the cluster-identifier and time variable. A starting point for example 2 in Section IIB is an autoregressive error of order one, estimated using command `xtreg y x, pa corr(ar 1)`. Stata permits a wide range of possible models for serially correlated errors.

In all of these FGLS examples the reported standard errors are the default ones that assume correct specification of $\mathbf{\Omega}_g$. Better practice is to add option `vce(robust)` for `xtreg` commands, or option `vce(cluster id_clu)` for `mixed` commands, as this yields standard errors that are based on the cluster-robust variance defined in (15).

## IIF. Cluster-Bootstrap Variance Matrix Estimate

Not all econometrics packages compute cluster-robust variance estimates, and even those that do may not do so for all estimators. In that case one can use a pairs cluster bootstrap that, like the CRVE, gives a consistent estimate of $V[\widehat{\boldsymbol{\beta}}]$ when errors are clustered.

To implement this bootstrap, do the following steps $B$ times: (1) form $G$ clusters $\{(\mathbf{y}_1^*, \mathbf{X}_1^*), ..., (\mathbf{y}_G^*, \mathbf{X}_G^*)\}$ by resampling with replacement $G$ times from the original sample of clusters, and (2) compute the estimate of $\boldsymbol{\beta}$, denoted $\widehat{\boldsymbol{\beta}}_b$ in the $b^{th}$ bootstrap sample. Then, given the $B$ estimates $\widehat{\boldsymbol{\beta}}_1, ..., \widehat{\boldsymbol{\beta}}_B$, compute the variance of these

$$\widehat{V}_{\text{clu;boot}}[\widehat{\boldsymbol{\beta}}] = \frac{1}{B-1} \sum_{b=1}^{B} (\widehat{\boldsymbol{\beta}}_b - \overline{\widehat{\boldsymbol{\beta}}})(\widehat{\boldsymbol{\beta}}_b - \overline{\widehat{\boldsymbol{\beta}}})',$$

where $\overline{\widehat{\boldsymbol{\beta}}} = B^{-1} \sum_{b=1}^{B} \widehat{\boldsymbol{\beta}}_b$ and $B = 400$ should be more than adequate in most settings. It is important that the resampling be done over entire clusters, rather than over individual

observations. Each bootstrap resample will have exactly $G$ clusters, with some of the original clusters not appearing at all while others of the original clusters may be repeated in the resample two or more times. The terms "pairs" is used as $(\mathbf{y}_g, \mathbf{X}_g)$ are resampled as a pair. The term "nonparametric" is also used for this bootstrap. Some alternative bootstraps hold $\mathbf{X}_g$ fixed while resampling. For finite clusters, if $\widehat{V}_{\text{clu}}[\widehat{\boldsymbol{\beta}}]$ uses $\sqrt{c}\hat{u}_g$ in (11) then for comparability $\widehat{V}_{\text{clu;boot}}[\widehat{\boldsymbol{\beta}}]$ should be multiplied by the constant $c$ in (12). The pairs cluster bootstrap leads to cluster-robust variance matrix for OLS with rank $K$ even if $K > G$.

An alternative resampling method that can be used is the leave-one-cluster-out jackknife. Then, letting $\widehat{\boldsymbol{\beta}}_g$ denote the estimator of $\boldsymbol{\beta}$ when the $g^{th}$ cluster is deleted,

$$\widehat{V}_{\text{clu;jack}}[\widehat{\boldsymbol{\beta}}] = \frac{G-1}{G} \sum_{g=1}^{G} (\widehat{\boldsymbol{\beta}}_g - \overline{\widehat{\boldsymbol{\beta}}})(\widehat{\boldsymbol{\beta}}_g - \overline{\widehat{\boldsymbol{\beta}}})',$$

where $\overline{\widehat{\boldsymbol{\beta}}} = G^{-1}\sum_{g=1}^{G}\widehat{\boldsymbol{\beta}}_g$. This older method can be viewed as an approximation to the bootstrap that does not work as well for nonlinear estimators. It is used less often than the bootstrap, and has the same rank as the CRVE.

Unlike a percentile-t cluster bootstrap, presented later, the pairs cluster bootstrap and cluster jackknife variance matrix estimates are no better asymptotically than the CRVE, so it is best and quickest to use the CRVE if it is available. But the CRVE is not always available, especially for estimators more complicated than OLS. In that case one can instead use the pairs cluster bootstrap, though see the end of Section VIC for potential pitfalls if there are few clusters, or even the cluster jackknife.

In Stata the pairs cluster bootstrap for OLS without fixed effects can be implemented in several equivalent ways including: `regress y x, vce(boot, cluster(id_clu) reps(400) seed(10101)); xtreg y x, pa corr(ind) vce(boot, reps(400) seed(10101)); and bootstrap, cluster(id_clu) reps(400) seed(10101) : regress y x`. The last variant can be used for estimation commands and user-written programs that do not have a `vce(boot)` option. We recommend 400 bootstrap iterations for published results and for replicability one should always set the seed.

For the jackknife the commands are instead, respectively, `regress y x, vce(jack, cluster(id_clu)); xtreg y x, pa corr(ind) vce(jack); and jackknife, cluster(id_clu): regress y x`. For Stata `xt` commands, options `vce(boot)` and `vce(jack)` are generally interpreted as meaning cluster bootstrap and cluster jackknife; always so from Stata 12.1 on.

## III. Cluster-Specific Fixed Effects

The cluster-specific fixed effects (FE) model includes a separate intercept for each cluster, so

$$y_{ig} = \mathbf{x}_{ig}'\boldsymbol{\beta} + \alpha_g + u_{ig} \tag{17}$$
$$= \mathbf{x}_{ig}'\boldsymbol{\beta} + \sum_{h=1}^{G} \alpha_g dh_{ig} + u_{ig},$$

15

where $dh_{ig}$, the $h^{th}$ of $G$ dummy variables, equals one if the $ig^{th}$ observation is in cluster $h$ and equals zero otherwise.

There are several different ways to obtain the same cluster-specific fixed effects estimator. The two most commonly-used are the following. The least squares dummy variable (LSDV) estimator directly estimates the second line of (17), with OLS regression of $y_{ig}$ on $\mathbf{x}_{ig}$ and the $G$ dummy variables $d1_{ig}, ..., dG_{ig}$, in which case $\widehat{\alpha}_g = \bar{y}_g - \bar{\mathbf{x}}_g'\widehat{\boldsymbol{\beta}}$ where $\bar{y}_g = N_g^{-1}\sum_{i=1}^{G} y_{ig}$ and $\bar{\mathbf{x}}_g = N_g^{-1}\sum_{i=1}^{G} \mathbf{x}_{ig}$. The within estimator, also called the fixed effects estimator, estimates by OLS the within or mean-differenced model

$$(y_{ig} - \bar{y}_g) = (\mathbf{x}_{ig} - \bar{\mathbf{x}}_g)'\boldsymbol{\beta} + (u_{ig} - \bar{u}_g). \tag{18}$$

The main reason that empirical economists use the cluster-specific FE estimator is that it controls for a limited form of endogeneity of regressors. Suppose in (17) that we view $\alpha_g + u_{ig}$ as the error, and the regressors $\mathbf{x}_{ig}$ are correlated with this error, but only with the cluster-invariant component, i.e., $\text{Cov}[\mathbf{x}_{ig}, \alpha_g] \neq \mathbf{0}$ while $\text{Cov}[\mathbf{x}_{ig}, u_{ig}] = \mathbf{0}$. Then OLS and FGLS regression of $y_{ig}$ on $\mathbf{x}_{ig}$, as in Section II, leads to inconsistent estimation of $\boldsymbol{\beta}$. Mean-differencing (17) leads to the within model (18) that has eliminated the problematic cluster-invariant error component $\alpha_g$. The resulting FE estimator is consistent for $\boldsymbol{\beta}$ if either $G \longrightarrow \infty$ or $N_g \longrightarrow \infty$.

The cluster-robust variance matrix formula given in Section II carries over immediately to OLS estimation in the FE model, again assuming $G \longrightarrow \infty$.

In this section we consider some practicalities. First, including fixed effects generally does not control for all the within-cluster correlation of the error and one should still use the CRVE. Second, when cluster sizes are small and degrees-of-freedom corrections are used the CRVE should be computed by within rather than LSDV estimation. Third, FGLS estimators need to be bias-corrected when cluster sizes are small. Fourth, tests of fixed versus random effect models should use a modified version of the Hausman test.

## IIIA. Do Fixed Effects Fully Control for Within-Cluster Correlation?

While cluster-specific effects will control for part of the within-cluster correlation of the error, in general they will not completely control for within-cluster error correlation (not to mention heteroskedasticity). So the CRVE should still be used. There are several ways to make this important point.

Suppose we have data on students in classrooms in schools. A natural model, a special case of a hierarchical model, is to suppose that there is both an unobserved school effect and, on top of that, an unobserved classroom effect. Letting $i$ denote individual, $s$ school, and $c$ classroom, we have $y_{isc} = \mathbf{x}_{isc}'\boldsymbol{\beta} + \alpha_s + \delta_c + \varepsilon_{isc}$. A regression with school-level fixed effects (or random effects) will control for within-school correlation, but not the additional within-classroom correlation.

Suppose we have a short panel ($T$ fixed, $N \to \infty$) of uncorrelated individuals and estimate $y_{it} = \mathbf{x}_{it}'\boldsymbol{\beta} + \alpha_i + u_{it}$. Then the error $u_{it}$ may be correlated over time (i.e., within-cluster) due

to omitted factors that evolve progressively over time. Inoue and Solon (2006) provide a test for this serial correlation. Cameron and Trivedi (2005, p.710) present an FE individual-level panel data log-earnings regressed on log-hours example with cluster-robust standard errors four times the default. Serial correlation in the error may be due to omitting lagged $y$ as a regressor. When $y_{i,t-1}$ is included as an additional regressor in the FE model, the Arellano-Bond estimator is used and even with $y_{i,t-1}$ included still requires that we first test whether the remaining error $u_{it}$ is serially correlated.

Finally, suppose we have a single cross-section (or a single time series). This can be viewed as regression on a single cluster. Then in the model $y_i = \alpha + \mathbf{x}_i'\boldsymbol{\beta} + u_i$ (or $y_t = \alpha + \mathbf{x}_t'\boldsymbol{\beta} + u_t$), the intercept is the cluster-specific fixed effect. There are many reasons for why the error $u_i$ (or $u_t$) may be correlated in this regression.

## IIIB. Cluster-Robust Variance Matrix with Fixed Effects

Since inclusion of cluster-specific fixed effects may not fully control for cluster correlation (and/or heteroskedasticity), default standard errors that assume $u_{ig}$ to be i.i.d. may be invalid. So one should use cluster-robust standard errors.

Arellano (1987) showed that $\widehat{V}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}]$ defined in (10)-(11) remains valid for the within estimator that controls for inclusion of $G$ cluster-specific fixed effects, provided $G \to \infty$ and $N_g$ is small. If instead one obtains the LSDV estimator, the CRVE formula gives the same CRVE for $\widehat{\boldsymbol{\beta}}$ as that for the within estimator, with the important proviso that the same degrees-of-freedom adjustment must be used – see below. The fixed effects estimates $\widehat{\alpha}_g$ obtained for the LSDV estimator are essentially based only on $N_g$ observations, so $\widehat{V}[\widehat{\alpha}_g]$ is inconsistent for $V[\widehat{\alpha}_g]$, just as $\widehat{\alpha}_g$ is inconsistent for $\alpha_g$.

Hansen (2007a, p.600) shows that this CRVE can also be used if additionally $N_g \to \infty$, for both the case where within-cluster correlation is always present (e.g. for many individuals in each village) and for the case where within-cluster correlation eventually disappears (e.g. for panel data where time series correlation disappears for observations far apart in time). The rates of convergence are $\sqrt{G}$ in the first case and $\sqrt{GN_g}$ in the second case, but the same asymptotic variance matrix is obtained in either case. Kézdi (2004) analyzed the CRVE for a range of values of $G$ and $N_g$.

It is important to note that while LSDV and within estimation lead to identical estimates of $\boldsymbol{\beta}$, they can yield different standard errors due to different finite sample degrees-of-freedom correction.

It is well known that if default standard errors are used, i.e. it is assumed that $u_{ig}$ in (17) is i.i.d., then one can safely use standard errors after LSDV estimation as it correctly views the number of parameters as $G + K$ rather than $K$. If instead the within estimator is used, however, manual OLS estimation of (18) will mistakenly view the number of parameters to equal $K$ rather than $G + K$. (Built-in panel estimation commands for the within estimator, i.e. a fixed effects command, should remain okay to use, since they should be programmed to use $G + K$ in calculating the standard errors.)

17

It is not well known that if cluster-robust standard errors are used, and cluster sizes are small, then inference should be based on the within estimator standard errors. We thank Arindrajit Dube and Jason Lindo for bringing this issue to our attention. Within and LSDV estimation lead to the same cluster-robust standard errors if we apply formula (11) to the respective regressions, or if we multiply this estimate by $c = G/(G-1)$. Differences arise, however, if we multiply by the small-sample correction $c$ given in (12). Within estimation sets $c = \frac{G}{G-1} \times \frac{N-1}{N-(K-1)}$ since there are only $(K-1)$ regressors – the within model is estimated without an intercept. LSDV estimation uses $c = \frac{G}{G-1} \frac{N-1}{N-G-(K-1)}$ since the $G$ cluster dummies are also included as regressors. For balanced clusters with $N_g = N_*$ and $G$ large relative to $K$, $c \simeq 1$ for within estimation and $c \simeq N_*/(N_*-1)$ for LSDV estimation. Suppose there are only two observations per cluster, due to only two individuals per household or two time periods in a panel setting, so $N_g = N_* = 2$. Then $c \simeq 2/(2-1) = 2$ for LSDV estimation, leading to CRVE that is twice that from within estimation. Within estimation leads to the correct finite-sample correction.

In Stata the within command `xtreg y x, fe vce(robust)` gives the desired CRVE. The alternative LSDV commands `regress y x i.id_clu, vce(cluster id_clu)` and, equivalently, `regress y x, absorb(id_clu) vce(cluster id_clu)` use the wrong degrees-of-freedom correction. If a CRVE is needed, then use `xtreg`. If there is reason to instead use `regress i.id` then the cluster-robust standard errors should be multiplied by the square root of $[N-(K-1)]/[N-G-(K-1)]$, especially if $N_g$ is large and $G$ is small.

The inclusion of dummy variables does not lead to an increase in the rank of the CRVE. To see this, stack the dummy variable $dh_{ig}$ for cluster $g$ into the $N_g \times 1$ vector $\mathbf{dh}_g$. Then $\mathbf{dh}_g' \widehat{\mathbf{u}}_g = \mathbf{0}$, by the OLS normal equations, leading to the rank of $\widehat{\mathrm{V}}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}]$ falling by one for each cluster-specific effect. If there are $m$ regressors varying within cluster and $G-1$ dummies then, even though there are $m+G-1$ parameters $\boldsymbol{\beta}$, the rank of $\widehat{\mathrm{V}}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}]$ is only the minimum of $m$ and $G-1$. And a test that $\alpha_1, ..., \alpha_G$ are jointly statistically significant is a test of $G-1$ restrictions (since the intercept or one of the fixed effects needs to be dropped). So even if the cluster-specific fixed effects are consistently estimated (i.e., if $N_g \rightarrow \infty$), it is not possible to perform this test if $m < G-1$, which is often the case.

If cluster-specific effects are present then the pairs cluster bootstrap must be adapted to account for the following complication. Suppose cluster 3 appears twice in a bootstrap resample. Then if clusters in the bootstrap resample are identified from the original cluster-identifier, the two occurrences of cluster 3 will be incorrectly treated as one large cluster rather than two distinct clusters.

In Stata, the bootstrap option `idcluster` ensures that distinct identifiers are used in each bootstrap resample. Examples are `regress y x i.id_clu, vce(boot, cluster(id_clu) idcluster(newid) reps(400) seed(10101))` and, more simply, `xtreg y x, vce(boot, reps(400) seed(10101))` , as in this latter case Stata automatically accounts for this complication.

18

## IIIC. Feasible GLS with Fixed Effects

When cluster-specific fixed effects are present, more efficient FGLS estimation can become more complicated. In particular, if asymptotic theory relies on $G \to \infty$ with $N_g$ fixed, the $\alpha_g$ cannot be consistently estimated. The within estimator of $\boldsymbol{\beta}$ is nonetheless consistent, as $\alpha_g$ disappears in the mean-differenced model. But the resulting residuals $\widehat{u}_{ig}$ are contaminated, since they depend on both $\widehat{\boldsymbol{\beta}}$ and $\widehat{\alpha}_g$, and these residuals will be used to form a FGLS estimator. This leads to bias in the FGLS estimator, so one needs to use bias-corrected FGLS unless $N_g \to \infty$. The correction method varies with the model for $\boldsymbol{\Omega}_g = \mathrm{V}[\mathbf{u}_g]$, and currently there are no Stata user-written commands to implement these methods.

For panel data a commonly-used model specifies an AR(p) model for the errors $u_{ig}$ in (17). If fixed effects are present, then there is a bias (of order $N_g^{-1}$) in estimation of the AR(p) coefficients. Hansen (2007b) obtains bias-corrected estimates of the AR(p) coefficients and uses these in FGLS estimation. Hansen (2007b) in simulations shows considerable efficiency gains in bias-corrected FGLS compared to OLS.

Brewer, Crossley, and Joyce (2013) consider a DiD model with individual-level U.S. panel data with $N = 750{,}127$, $T = 30$, and a placebo state-level law so clustering is on state with $G = 50$. They find that bias-corrected FGLS for AR(2) errors, using the Hansen (2007b) correction, leads to higher power than FE estimation. In their example ignoring the bias correction does not change results much, perhaps because $T = 30$ is reasonably large.

For balanced clusters with $\boldsymbol{\Omega}_g$ the same for all $g$, say $\boldsymbol{\Omega}_g = \boldsymbol{\Omega}_*$, and for $N_g$ small, then the FGLS estimator in (13) can be used without need to specify a model for $\boldsymbol{\Omega}_*$. Instead we can let $\widehat{\boldsymbol{\Omega}}_*$ have $ij^{th}$ entry $G^{-1} \sum_{g=1}^{G} \widehat{u}_{ig}\widehat{u}_{jg}$, where $\widehat{u}_{ig}$ are the residuals from initial OLS estimation. These assumptions may be reasonable for a balanced panel. Two complications can arise. First, even without fixed effects there may be many off-diagonal elements to estimate and this number can be large relative to the number of observations. Second, the fixed effects lead to bias in estimating the off-diagonal covariances. Hausman and Kuersteiner (2008) present fixes for both complications.

## IIID. Testing the Need for Fixed Effects

FE estimation is accompanied by a loss of precision in estimation, as only within-cluster variation is used (recall we regress $(y_{ig} - \bar{y}_g)$ on $(\mathbf{x}_{ig} - \bar{\mathbf{x}}_g)$). Furthermore, the coefficient of a cluster-invariant regressor is not identified, since then $x_{ig} - \bar{x}_g = 0$. Thus it is standard to test whether it is sufficient to estimate by OLS or FGLS, without cluster-specific fixed effects.

The usual test is a Hausman test based on the difference between the FE estimator $\widehat{\boldsymbol{\beta}}_{\mathrm{FE}}$, and the RE estimator, $\widehat{\boldsymbol{\beta}}_{\mathrm{RE}}$. Let $\boldsymbol{\beta}_1$ denote a subcomponent of $\boldsymbol{\beta}$, possibly just the coefficient of a single regressor of key interest; at most $\boldsymbol{\beta}_1$ contains the coefficients of all regressors that are not invariant within cluster or, in the case of panel data, are not aggregate time effects

19

that take the same value for each individual. The chi-squared distributed test statistic is

$$T_{\text{Haus}} = (\widehat{\boldsymbol{\beta}}_{1;\text{FE}} - \widehat{\boldsymbol{\beta}}_{1;\text{RE}})'\widehat{V}^{-1}(\widehat{\boldsymbol{\beta}}_{1;\text{FE}} - \widehat{\boldsymbol{\beta}}_{;\text{RE}}),$$

where $\widehat{V}$ is a consistent estimate of $V[\widehat{\boldsymbol{\beta}}_{1;\text{FE}} - \widehat{\boldsymbol{\beta}}_{1;\text{RE}}]$.

Many studies use the standard form of the Hausman test. This forms obtain $\widehat{V}$ under the strong assumption that $\widehat{\boldsymbol{\beta}}_{\text{RE}}$ is fully efficient under the null hypothesis. This requires the unreasonably strong assumptions that $\alpha_i$ and $\varepsilon_{ig}$ in (16) are i.i.d., requiring that neither $\alpha_i$ nor $\varepsilon_{ig}$ is heteroskedastic and that $\varepsilon_{ig}$ has no within-cluster correlation. As already noted, these assumptions are likely to fail and one should not use default standard errors. Instead a CRVE should be used. For similar reasons the standard form of the Hausman test should not be used.

Wooldridge (2010, p.332) instead proposes implementing a cluster-robust version of the Hausman test by the following OLS regression

$$y_{ig} = \mathbf{x}_{ig}'\boldsymbol{\beta} + \bar{\mathbf{w}}_g'\boldsymbol{\gamma} + u_{ig},$$

where $\mathbf{w}_g$ denotes the subcomponent of $\mathbf{x}_{ig}$ that varies within cluster and $\bar{\mathbf{w}}_g = N_g^{-1}\sum_{i=1}^{G}\mathbf{w}_{ig}$. If $H_0 : \boldsymbol{\gamma} = \mathbf{0}$ is rejected using a Wald test based on a cluster-robust estimate of the variance matrix, then the fixed effects model is necessary. The Stata user-written command `xtoverid`, due to Schaffer and Stillman (2010), implements this test.

An alternative is to use the pairs cluster bootstrap to obtain $\widehat{V}$, in each resample obtaining $\widehat{\boldsymbol{\beta}}_{1;\text{FE}}$ and $\widehat{\boldsymbol{\beta}}_{1;\text{RE}}$, leading to $B$ resample estimates of $(\widehat{\boldsymbol{\beta}}_{1;\text{FE}} - \widehat{\boldsymbol{\beta}}_{1;\text{RE}})$. We are unaware of studies comparing these two cluster-robust versions of the Hausman test.

## IV. What to Cluster Over?

It is not always clear what to cluster over - that is, how to define the clusters - and there may even be more than one way to cluster.

Before providing some guidance, we note that it is possible for cluster-robust errors to actually be smaller than default standard errors. First, in some rare cases errors may be negatively correlated, most likely when $N_g = 2$, in which case (6) predicts a reduction in the standard error. Second, cluster-robust is also heteroskedastic-robust and White heteroskedastic-robust standard errors in practice are sometimes larger and sometimes smaller than the default. Third, if clustering has a modest effect, so cluster-robust and default standard are similar in expectation, then cluster-robust may be smaller due to noise. In cases where the cluster-robust standard errors are smaller they are usually not much smaller than the default, whereas in other applications they can be much, much larger.

### IVA. Factors Determining What to Cluster Over

There are two guiding principles that determine what to cluster over.

20

First, given V[$\widehat{\boldsymbol{\beta}}$] defined in (7) and (9) whenever there is reason to believe that both the regressors and the errors might be correlated within cluster, we should think about clustering defined in a broad enough way to account for that clustering. Going the other way, if we think that either the regressors or the errors are likely to be uncorrelated within a potential group, then there is no need to cluster within that group.

Second, $\widehat{V}_{\text{clu}}[\widehat{\boldsymbol{\beta}}]$ is an average of $G$ terms that gets closer to V[$\widehat{\boldsymbol{\beta}}$] only as $G$ gets large. If we define very large clusters, so that there are very few clusters to average over in equation (11), then the resulting $\widehat{V}_{\text{clu}}[\widehat{\boldsymbol{\beta}}]$ can be a very poor estimate of V[$\widehat{\boldsymbol{\beta}}$]. This complication, and discussion of how few is "few", is the subject of Section VI.

These two principles mirror the bias-variance trade-off that is common in many estimation problems – larger and fewer clusters have less bias but more variability. There is no general solution to this trade-off, and there is no formal test of the level at which to cluster. The consensus is to be conservative and avoid bias and use bigger and more aggregate clusters when possible, up to and including the point at which there is concern about having too few clusters.

For example, suppose your dataset included individuals within counties within states, and you were considering whether to cluster at the county level or the state level. We have been inclined to recommend clustering at the state level. If there was within-state cross-county correlation of the regressors and errors, then ignoring this correlation (for example, by clustering at the county level) would lead to incorrect inference. In practice researchers often cluster at progressively higher (i.e., broader) levels and stop clustering when there is relatively little change in the standard errors. This seems to be a reasonable approach.

There are settings where one may not need to use cluster-robust standard errors. We outline several, though note that in all these cases it is always possible to still obtain cluster-robust standard errors and contrast them to default standard errors. If there is an appreciable difference, then use cluster-robust standard errors.

If a key regressor is randomly assigned within clusters, or is as good as randomly assigned, then the within-cluster correlation of the regressor is likely to be zero. Thus there is no need to cluster standard errors, even if the model's errors are clustered. In this setting, if there are additionally control variables of interest, and if these are not randomly assigned within cluster, then we may wish to cluster our standard errors for the sake of correct inference on the control variables.

If the model includes cluster-specific fixed effects, and we believe that within-cluster correlation of errors is solely driven by a common shock process, then we may not be worried about clustering. The fixed effects will absorb away the common shock, and the remaining errors will have zero within-cluster correlation. More generally, control variables may absorb systematic within-cluster correlation. For example, in a state-year panel setting, control variables may capture the state-specific business cycle.

However, as already noted in Section IIIA, the within-cluster correlation is usually not fully eliminated. And even if it is eliminated, the errors may still be heteroskedastic. Stock and Watson (2008) show that applying the usual White (1980) heteroskedastic-consistent

21

variance matrix estimate to the within estimator leads, surprisingly, to inconsistent estimation of $V[\widehat{\boldsymbol{\beta}}]$ if $N_g$ is small (though it is correct if $N_g = 2$). They derive a bias-corrected formula for heteroskedastic-robust standard errors. Alternatively, and more simply, the CRVE is consistent for $V[\widehat{\boldsymbol{\beta}}]$, even if the errors are only heteroskedastic, though this estimator of $V[\widehat{\boldsymbol{\beta}}]$ is more variable.

Finally, as already noted in Section IID we can always build a parametric model of the correlation structure of the errors and estimate by FGLS. If we believe that this parametric model captures the salient features of the error correlations, then default FGLS standard errors can be used.

## IVB. Clustering Due to Survey Design

Clustering routinely arises due to the sampling methods used in complex surveys. Rather than randomly draw individuals from the entire population, costs are reduced by sampling only a randomly-selected subset of primary sampling units (such as a geographic area), followed by random selection, or stratified selection, of people within the chosen primary sampling units.

The survey methods literature uses methods to control for clustering that predate the cluster-robust approach of this paper. The loss of estimator precision due to clustered sampling is called the design effect: "The design effect or Deff is the ratio of the actual variance of a sample to the variance of a simple random sample of the same number of elements" (Kish (1965), p.258)). Kish and Frankel (1974) give the variance inflation formula (6), assuming equicorrelated errors in the non-regression case of estimation of the mean. Pfeffermann and Nathan (1981) consider the more general regression case. The CRVE is called the linearization formula, and the common use of $G - 1$ as the degrees of freedom used in hypothesis testing comes from the survey methods literature; see Shah, Holt and Folsom (1977) which predates the econometrics literature.

Applied economists routinely use data from complex surveys and control for clustering, by using a cluster-robust variance matrix estimate. At the minimum one should cluster at the level of the primary sampling unit, though often there is reason to cluster at a broader level, such as clustering on state if regressors and errors are correlated within state.

The survey methods literature additionally controls for two other features of survey data – weighting and stratification. These methods are well-established and are incorporated in specialized software, as well as in some broad-based packages such as Stata. Bhattacharya (2005) provides a comprehensive treatment in a GMM framework.

If sample weights are provided then it is common to perform weighted least squares. Then the CRVE for $\widehat{\boldsymbol{\beta}}_{\text{WLS}} = (\mathbf{X}'\mathbf{W}\mathbf{X})^{-1}\mathbf{X}'\mathbf{W}\mathbf{y}$ is that given in (15) with $\widehat{\boldsymbol{\Omega}}_g^{-1}$ replaced by $\mathbf{W}_g$. The need to weight can be ignored if stratification is on only the exogenous regressors and we assume correct specification of the model, so that in our sample $E[\mathbf{y}|\mathbf{X}] = \mathbf{X}\boldsymbol{\beta}$. In that special case both weighted and unweighted estimators are consistent, and weighted OLS may actually be less efficient if, for example, model errors are i.i.d.; see, for example, Solon,

Haider, and Wooldridge (2013). Another situation in which to use weighted least squares, unrelated to complex surveys, is when data for the $ig^{th}$ observation is obtained by in turn averaging $N_{ig}$ observations and $N_{ig}$ varies.

Stratification of the sample can enable more precise statistical inference. These gains can be beneficial in the nonregression case, such as estimating the monthly national unemployment rate. The gains can become much smaller once regressors are included, since these can partially control for stratification; see, for example, the application in Bhattacharya (2005). Econometrics applications therefore usually do not adjust standard errors for stratification, leading to conservative inference due to some relatively small over -estimation of the standard errors.

# V. Multi-way Clustering

The discussion to date has presumed that if there is more than one potential way to cluster, these ways are nested in each other, such as households within states. But when clusters are non-nested, traditional cluster inference can only deal with one of the dimensions.

In some applications it is possible to include sufficient regressors to eliminate concern about error correlation in all but one dimension, and then do cluster-robust inference for that remaining dimension. A leading example is that in a state-year panel there may be clustering both within years and within states. If the within-year clustering is due to shocks that are the same across all observations in a given year, then including year fixed effects as regressors will absorb within-year clustering, and inference then need only control for clustering on state.

When this is not possible, the one-way cluster robust variance can be extended to multi-way clustering. Before discussing this, we want to highlight one error that we find some practitioners make. This error is to cluster at the intersection of the two groupings. In the preceding example, some might be tempted to cluster at the state-year level. This is what Stata will do if you give it the command `regress y x, vce(cluster id_styr)` where `id_styr` is a state-year identifier. This will be very inadequate, since it imposes the restriction that observations are independent if they are in the same state but in different years. Indeed if the data is aggregated at the state-year level, there is only one observation at the state-year level, so this is identical to using heteroskedastic-robust standard errors, i.e. not clustering at all. This point was highlighted by Bertrand, Duflo, and Mullainathan (2004) who advocated clustering on the state.

## VA. Multi-way Cluster-Robust Variance Matrix Estimate

The cluster-robust estimate of $V[\widehat{\boldsymbol{\beta}}]$ defined in (10)-(11) can be generalized to clustering in multiple dimensions. In a change of notation, suppress the subscript for cluster and more simply denote the model for an individual observation as

$$y_i = \mathbf{x}_i' \boldsymbol{\beta} + u_i. \tag{19}$$

23

Regular one-way clustering is based on the assumption that $\mathrm{E}[u_i u_j | \mathbf{x}_i, \mathbf{x}_j] = 0$, unless observations $i$ and $j$ are in the same cluster. Then (11) sets $\widehat{\mathbf{B}} = \sum_{i=1}^{N} \sum_{j=1}^{N} \mathbf{x}_i \mathbf{x}_j' \widehat{u}_i \widehat{u}_j \mathbf{1}[i, j$ in same cluster], where $\widehat{u}_i = y_i - \mathbf{x}_i' \widehat{\boldsymbol{\beta}}$. In multi-way clustering, the key assumption is that $\mathrm{E}[u_i u_j | \mathbf{x}_i, \mathbf{x}_j] = 0$, unless observations $i$ and $j$ share any cluster dimension. Then the multi-way cluster robust estimate of $\mathrm{V}[\widehat{\boldsymbol{\beta}}]$ replaces (12) with

$$\widehat{\mathbf{B}} = \sum_{i=1}^{N} \sum_{j=1}^{N} \mathbf{x}_i \mathbf{x}_j' \widehat{u}_i \widehat{u}_j \mathbf{1}[i, j \text{ share } \mathbf{any} \text{ cluster}]. \tag{20}$$

This method relies on asymptotics that are in the number of clusters of the dimension with the fewest number of clusters. This method is thus most appropriate when each dimension has many clusters.

Theory for two-way cluster robust estimates of the variance matrix is presented in Cameron, Gelbach, and Miller (2006, 2011), Miglioretti and Heagerty (2006), and Thompson (2006, 2011). See also empirical panel data applications by Acemoglu and Pischke (2003), who clustered at individual level and at region×time level, and by Petersen (2009), who clustered at firm level and at year level. Cameron, Gelbach and Miller (2011) present extension to multi-way clustering. Like one-way cluster-robust, the method can be applied to estimators other than OLS.

For two-way clustering this robust variance estimator is easy to implement given software that computes the usual one-way cluster-robust estimate. First obtain three different cluster-robust "variance" matrices for the estimator by one-way clustering in, respectively, the first dimension, the second dimension, and by the intersection of the first and second dimensions. Then add the first two variance matrices and, to account for double-counting, subtract the third. Thus

$$\widehat{\mathrm{V}}_{2\mathrm{way}}[\widehat{\boldsymbol{\beta}}] = \widehat{\mathrm{V}}_1[\widehat{\boldsymbol{\beta}}] + \widehat{\mathrm{V}}_2[\widehat{\boldsymbol{\beta}}] - \widehat{\mathrm{V}}_{1 \cap 2}[\widehat{\boldsymbol{\beta}}], \tag{21}$$

where the three component variance estimates are computed using (10)-(11) for the three different ways of clustering.

We spell this out in a step-by-step fashion.

1. Identify your two ways of clustering. Make sure you have a variable that identifies each way of clustering. Also create a variable that identifies unique "group 1 by group 2" combinations. For example, suppose you have individual-level data spanning many U.S. states and many years, and you want to cluster on state and on year. You will need a variable for state (e.g. California), a variable for year (e.g. 1990), and a variable for state-by-year (California **and** 1990).

2. Estimate your model, clustering on "group 1". For example, regress $y$ on $\mathbf{x}$, clustering on state. Save the variance matrix as $\widehat{\mathrm{V}}_1$.

3. Estimate your model, clustering on "group 2". For example, regress $y$ on $\mathbf{x}$, clustering on year. Save the variance matrix as $\widehat{\mathrm{V}}_2$.

24

4. Estimate your model, clustering on "group 1 by group 2". For example, regress $y$ on $\mathbf{x}$, clustering on state-by-year. Save the variance matrix as $\widehat{V}_{1\cap2}$.

5. Create a new variance matrix $\widehat{V}_{2way} = \widehat{V}_1 + \widehat{V}_2 - \widehat{V}_{1\cap2}$. This is your new two-way cluster robust variance matrix for $\widehat{\boldsymbol{\beta}}$.

6. Standard errors are the square root of the diagonal elements of this matrix.

If you are interested in only one coefficient, you can also just focus on saving the standard error for this coefficient in steps 2-4 above, and then create $se_{2way} = \sqrt{se_1^2 + se_2^2 - se_{1\cap2}^2}$.

In taking these steps, you should watch out for some potential pitfalls. With perfectly multicollinear regressors, such as inclusion of dummy variables some of which are redundant, a statistical package may automatically drop one or more variables to ensure a nonsingular set of regressors. If the package happens to drop different sets of variables in steps 2, 3, and 4, then the resulting $\widehat{V}$'s will not be comparable, and adding them together in step 5 will give a nonsense result. To prevent this issue, manually inspect the estimation results in steps 2, 3, and 4 to ensure that each step has the same set of regressors, the same number of observations, etc. The only things that should be different are the reported standard errors and the reported number of clusters.

## VB. Implementation

Unlike the standard one-way cluster case, $\widehat{V}_{2way}[\widehat{\boldsymbol{\beta}}]$ is not guaranteed to be positive semi-definite, so it is possible that it may compute negative variances. In some applications with fixed effects, $\widehat{V}[\widehat{\boldsymbol{\beta}}]$ may be non positive-definite, but the subcomponent of $\widehat{V}[\widehat{\boldsymbol{\beta}}]$ associated with the regressors of interest may be positive-definite. This may lead to an error message, even though inference is appropriate for the parameters of interest. Our informal observation is that this issue is most likely to arise when clustering is done over the same groups as the fixed effects. Few clusters in one or more dimensions can also lead to $\widehat{V}_{2way}[\widehat{\boldsymbol{\beta}}]$ being a non-positive-semidefinite matrix. Cameron, Gelbach and Miller (2011) present an eigen-decomposition technique used in the time series HAC literature that zeroes out negative eigenvalues in $\widehat{V}_{2way}[\widehat{\boldsymbol{\beta}}]$ to produce a positive semi-definite variance matrix estimate.

The Stata user-written command `cmgreg`, available at the authors' websites, implements multi-way clustering for the OLS estimator with, if needed, the negative eigenvalue adjustment. The Stata add-on command `ivreg2`, due to Baum, Schaffer, and Stillman (2007), implements two-way clustering for OLS, IV and linear GMM estimation. Other researchers have also posted code, available from searching the web.

Cameron, Gelbach, and Miller (2011) apply the two-way method to data from Hersch (1998) that examines the relationship between individual wages and injury risk measured separately at the industry level and the occupation level. The log-wage for 5960 individuals is regressed on these two injury risk measures, with standard errors obtained by two-way clustering on 211 industries and 387 occupations. In that case two-way clustering leads to

25

only a modest change in the standard error of the industry job risk coefficient compared to the standard error with one-way clustering on industry. Since industry job risk is perfectly correlated within industry, by result (6) we need to cluster on industry if there is any within-industry error correlation. By similar logic, the additional need to cluster on occupation depends on the within-occupation correlation of job industry risk, and this correlation need not be high. For the occupation job risk coefficient, the two-way and one-way cluster (on occupation) standard errors are similar. Despite the modest difference in this example, two-way clustering avoids the need to report standard errors for one coefficient clustering in one way and for the second coefficient clustering in the second way.

Cameron, Gelbach, and Miller (2011) also apply the two-way cluster-robust method to data on volume of trade between 98 countries with 3262 unique country pairs. In that case, two-way clustering on each of the countries in the country pair leads to standard errors that are 40% larger than one-way clustering or not clustering at all. Cameron and Miller (2012) study such dyadic data in further detail. They note that two-way clustering does not pick up all the potential correlations in the data. Instead, more general cluster-robust methods, including one proposed by Fafchamps and Gubert (2007), should be used.

## VC. Feasible GLS

Similar to one-way clustering, FGLS is more efficient than OLS, provided an appropriate model for $\boldsymbol{\Omega} = \text{E}[\mathbf{u}\mathbf{u}'|\mathbf{X}]$ is specified and is consistently estimated.

The random effects model can be extended to multi-way clustering. For individual $i$ in clusters $g$ and $h$, the two-way random effects model specifies

$$y_{igh} = \mathbf{x}'_{igh}\boldsymbol{\beta} + \alpha_g + \delta_h + \varepsilon_{igh},$$

where the errors $\alpha_g$, $\delta_h$, and $\varepsilon_{igh}$ are each assumed to be i.i.d. distributed with mean 0. For example, Moulton (1986) considered clustering due to grouping of regressors (schooling, age and weeks worked) in a log earnings regression, and estimated a model with common random shock for each year of schooling, for each year of age, and for each number of weeks worked.

The two-way random effects model can be estimated using standard software for (nested) hierarchical linear models; see, for example, Cameron and Trivedi (2009, ch. 9.5.7) for Stata command `xtmixed` (command `mixed` from version 13 on). For estimation of a many-way random effects model, see Davis (2002) who modelled film attendance data clustered by film, theater and time.

The default standard errors after FGLS estimation require that $\boldsymbol{\Omega}$ is correctly specified. FGLS estimation entails transforming the data in such a way that there is no obvious method for computing a variance matrix estimate that is robust to misspecification of $\boldsymbol{\Omega}$ in the two-way or multi-way random effects model. Instead if there is concern about misspecification of $\boldsymbol{\Omega}$ then one needs to consider FGLS with richer models for $\boldsymbol{\Omega}$, see Rabe-Hesketh and Skrondal (2012) for richer hierarchical models in Stata, or do less efficient OLS with two-way cluster-robust standard errors.

26

## VD. Spatial Correlation

Cluster-robust variance matrix estimates are closely related to spatial-robust variance matrix estimates.

In general, for model (19), $\widehat{\mathbf{B}}$ in (20) has the form

$$\widehat{\mathbf{B}} = \sum_{i=1}^{N} \sum_{j=1}^{N} w\left(i, j\right) \mathbf{x}_i \mathbf{x}_j' \widehat{u}_i \widehat{u}_j, \tag{22}$$

where $w\left(i, j\right)$ are weights. For cluster-robust inference these weights are either 1 (cluster in common) or 0 (no cluster in common). But the weights can also decay from one to zero, as in the case of the HAC variance matrix estimate for time series where $w\left(i, j\right)$ decays to zero as $|i - j|$ increases.

For spatial data it is assumed that model errors become less correlated as the spatial distance between observations grows. For example, with state-level data the assumption that model errors are uncorrelated across states may be relaxed to allow correlation that decays to zero as the distance between states gets large. Conley (1999) provides conditions under which (10) and (22) provide a robust variance matrix estimate for the OLS estimator, where the weights $w\left(i, j\right)$ decay with the spatial distance. The estimate (which Conley also generalizes to GMM models) is often called a spatial-HAC estimate, rather than spatial-robust, as proofs use mixing conditions (to ensure decay of dependence) as observations grow apart in distance. These conditions are not applicable to clustering due to common shocks which leads to the cluster-robust estimator with independence of observations across clusters.

Driscoll and Kraay (1998) consider panel data with $T$ time periods and $N$ individuals, with errors potentially correlated across individuals (and no spatial dampening), though this correlation across individuals disappears for observations that are more than $m$ time periods apart. Let $it$ denote the typical observation. The Driscoll-Kraay spatial correlation consistent (SCC) variance matrix estimate can be shown to use weight $w\left(it, js\right) = 1 - d\left(it, js\right)/(m+1)$ in (22), where the summation is now over $i, j, s$ and $t$, and $d\left(it, js\right) = |t-s|$ if $|t - s| \leq m$ and $d\left(it, js\right) = 0$ otherwise. This method requires that the number of time periods $T \to \infty$, so is not suitable for short panels, while $N$ may be fixed or $N \to \infty$. The Stata add-on command `xtscc`, due to Hoechle (2007), implements this variance estimator.

An estimator proposed by Thompson (2006) allows for across-cluster (in his example firm) correlation for observations close in time in addition to within-cluster correlation at any time separation. The Thompson estimator can be thought of as using $w\left(it, js\right) = \mathbf{1}[i, j$ share a firm, or $d\left(it, js\right) \leq m]$. Foote (2007) contrasts the two-way cluster-robust and these other variance matrix estimators in the context of a macroeconomics example. Petersen (2009) contrasts various methods for panel data on financial firms, where there is concern about both within firm correlation (over time) and across firm correlation due to common shocks.

Barrios, Diamond, Imbens, and Kolesár (2012) consider state-year panel data on individuals in states over years with state-level treatment and outcome (earnings) that is correlated

27

spatially across states. This spatial correlation can be ignored if the state-level treatment is randomly assigned. But if the treatment is correlated over states (e.g. adjacent states may be more likely to have similar minimum wage laws) then one can no longer use standard errors clustered at the state level. Instead one should additionally allow for spatial correlation of errors across states. The authors additionally contrast traditional model-based inference with randomization inference.

In practice data can have cluster, spatial and time series aspects, leading to hybrids of cluster-robust, spatial-HAC and time-series HAC estimators. Furthermore, it may be possible to parameterize some of the error correlation. For example for a time series AR(1) error it may be preferable to use $\widehat{E}[u_t u_s]$ based on an AR(1) model rather than $w(t,s)\,\widehat{u}_t\widehat{u}_s$. To date empirical practice has not commonly modeled these combined types of error correlations. This may become more common in the future.

## VI. Few Clusters

We return to one-way clustering, and focus on the Wald "t-statistic"

$$w = \frac{\widehat{\beta} - \beta_0}{s_{\widehat{\beta}}}, \tag{23}$$

where $\beta$ is one element in the parameter vector $\boldsymbol{\beta}$, and the standard error $s_{\widehat{\beta}}$ is the square root of the appropriate diagonal entry in $\widehat{V}_{\text{clu}}[\boldsymbol{\widehat{\beta}}]$. If $G \to \infty$ then $w \sim N[0,1]$ under $H_0 : \beta = \beta_0$. For finite $G$ the distribution of $w$ is unknown, even with normal errors. It is common to use the $T$ distribution with $G - 1$ degrees of freedom.

It is not unusual for the number of clusters $G$ to be quite small. Despite few clusters, $\widehat{\beta}$ may still be a reasonably precise estimate of $\beta$ if there are many observations per cluster. But with small $G$ the asymptotics have not kicked in. Then $\widehat{V}_{\text{clu}}[\boldsymbol{\widehat{\beta}}]$ can be downwards-biased.

One should at a minimum use $T(G-1)$ critical values and $\widehat{V}_{\text{clu}}[\boldsymbol{\widehat{\beta}}]$ defined in (10)-(11) with residuals scaled by $\sqrt{c}$ where $c$ is defined in (12) or $c = G/(G-1)$. Most packages rescale the residuals – Stata uses the first choice of $c$ and SAS the second. The use of $T(G-1)$ critical values is less common. Stata uses this adjustment after command `regress y x, vce(cluster)`. But the alternative command `xtreg y x, vce(robust)` instead uses standard normal critical values.

Even with both of these adjustments, Wald tests generally over-reject. The extent of over-rejection depends on both how few clusters there are and the particular data and model used. In some cases the over-rejection is mild, in others cases a test with nominal size 0.05 may have true test size of 0.10.

The next subsection outlines the basic problem and discusses how few is "few" clusters. The subsequent three subsections present three approaches to finite-cluster correction – bias-corrected variance, bootstrap, with asymptotic refinement and use of the $T$ distribution with adjusted degrees-of-freedom. The final subsection considers special cases.

**VIA. The Basic Problems with Few Clusters**

There are two main problems with few clusters. First, OLS leads to "overfitting", with estimated residuals systematically too close to zero compared to the true error terms. This leads to a downwards-biased cluster-robust variance matrix estimate. The second problem is that even with bias-correction, the use of fitted residuals to form the estimate $\widehat{\mathbf{B}}$ of $\mathbf{B}$ leads to over-rejection (and confidence intervals that are too narrow) if the critical values are from the standard normal or even $T(G-1)$ distribution.

For the linear regression model with independent homoskedastic normally distributed errors these problems are easily controlled. An unbiased variance matrix is obtained by estimating the error variance $\sigma^2$ by $s^2 = \widehat{\mathbf{u}}'\widehat{\mathbf{u}}/(N-K)$ rather than $\widehat{\mathbf{u}}'\widehat{\mathbf{u}}/N$. This is the "fix" in the OLS setting for the first problem. The analogue to the second problem is that the $N[0,1]$ distribution is a poor approximation to the true distribution of the Wald statistic. In the i.i.d. case, the Wald statistic $w$ can be shown to be exactly $T(N-K)$ distributed. For nonnormal homoskedastic errors the $T(N-K)$ is still felt to provide a good approximation, provided $N$ is not too small. Both of these problems arise in the clustered setting, albeit with more complicated manifestations and fixes.

For independent heteroskedastic normally distributed errors there are no exact results. MacKinnon and White (1985) consider several adjustments to the heteroskedastic-consistent variance estimate of White (1980), including one called HC2 that is unbiased in the special case that errors are homoskedastic. Unfortunately if errors are actually heteroskedastic, as expected, the HC2 estimate is no longer unbiased for $\text{V}[\widehat{\boldsymbol{\beta}}]$ – an unbiased estimator depends on the unknown pattern of heteroskedasticity and on the design matrix $\mathbf{X}$. And there is no way to obtain an exact $T$ distribution result for $w$, even if errors are normally distributed. Other proposed solutions for testing and forming confidence intervals include using a $T$ distribution with data-determined degrees of freedom, and using a bootstrap with asymptotic refinement.

In the following subsections we consider extensions of these various adjustments to the clustered case, where the problems can become even more pronounced.

Before proceeding we note that there is no specific point at which we need to worry about few clusters. Instead, "more is better". Current consensus appears to be that $G = 50$ is enough for state-year panel data. In particular, Bertrand, Duflo, and Mullainathan (2004, Table 8) find in their simulations that for a policy dummy variable with high within-cluster correlation, a Wald test based on the standard CRVE with critical value of 1.96 had rejection rates of .063, .058, .080, and .115 for number of states ($G$) equal to, respectively, 50, 20, 10 and 6. The simulations of Cameron, Gelbach and Miller (2008, Table 3), based on a quite different data generating process but again with standard CRVE and critical value of 1.96, had rejection rates of .068, .081, .118, and .208 for $G$ equal to, respectively, 30, 20, 10 and 5. In both cases the rejection rates would also exceed .05 if the critical value was from the $T(G-1)$ distribution.

The preceding results are for balanced clusters. Cameron, Gelbach and Miller (2008,

Table 4, column 8) consider unbalanced clusters when $G = 10$. The rejection rate with unbalanced clusters, half of size $N_g = 10$ and half of size 50, is .183, appreciably worse than rejection rates of .126 and .115 for balanced clusters of sizes, respectively, 10 and 100. Recent papers by Carter, Schnepel, and Steigerwald (2013) and Imbens and Kolesar (2012) provide theory that also indicates that the effective number of clusters is reduced when $N_g$ varies across clusters; see also the simulations in MacKinnon and Webb (2013). Similar issues may also arise if the clusters are balanced, but estimation is by weighted OLS that places different weights on different clusters. Cheng and Hoekstra (2013) document that weighting can result in over-rejection in the panel DiD setting of Bertrand, Duflo, and Mullainathan (2004).

To repeat a key message, there is no clear-cut definition of "few". Depending on the situation "few" may range from less than 20 to less than 50 clusters in the balanced case, and even more clusters in the unbalanced case.

## VIB. Solution 1: Bias-Corrected Cluster-Robust Variance Matrix

A weakness of the standard CRVE with residual $\widehat{\mathbf{u}}_g$ is that it is biased for $V_{clu}[\widehat{\boldsymbol{\beta}}]$, since $E[\widehat{\mathbf{u}}_g\widehat{\mathbf{u}}_g'] \neq E[\mathbf{u}_g\mathbf{u}_g']$. The bias depends on the form of $\boldsymbol{\Omega}_g$ but will usually be downwards. Several corrected residuals $\widetilde{\mathbf{u}}_g$ to use in place of $\widehat{\mathbf{u}}_g$ in (11) have been proposed. The simplest, already mentioned, is to use $\widetilde{\mathbf{u}}_g = \sqrt{G/(G-1)}\widehat{\mathbf{u}}_g$ or $\widetilde{\mathbf{u}}_g = \sqrt{c}\widehat{\mathbf{u}}_g$ where $c$ is defined in (12). One should at least use either of these corrections.

Bell and McCaffrey (2002) use

$$\widetilde{\mathbf{u}}_g = [\mathbf{I}_{N_g} - \mathbf{H}_{gg}]^{-1/2}\widehat{\mathbf{u}}_g, \tag{24}$$

where $\mathbf{H}_{gg} = \mathbf{X}_g(\mathbf{X}'\mathbf{X})^{-1}\mathbf{X}_g'$. This transformed residual leads to unbiased CRVE in the special case that $E[\mathbf{u}_g\mathbf{u}_g'] = \sigma^2\mathbf{I}$. This is a cluster generalization of the HC2 variance estimate of MacKinnon and White (1985), so we refer to it as the CR2VE.

Bell and McCaffrey (2002) also use

$$\widetilde{\mathbf{u}}_g = \sqrt{\frac{G-1}{G}}[\mathbf{I}_{N_g} - \mathbf{H}_{gg}]^{-1}\widehat{\mathbf{u}}_g. \tag{25}$$

This transformed residual leads to CRVE that can be shown to equal the delete-one-cluster jackknife estimate of the variance of the OLS estimator. This jackknife correction leads to upwards-biased CRVE if in fact $E[\mathbf{u}_g\mathbf{u}_g'] = \sigma^2\mathbf{I}$. This is a cluster generalization of the HC3 variance estimate of MacKinnon and White (1985), so we refer to it as the CR3VE.

Angrist and Pischke (2009, Chapter 8) and Cameron, Gelbach and Miller (2008) provide a more extensive discussion and cite more of the relevant literature. This literature includes papers that propose corrections for the more general case that $E[\mathbf{u}_g\mathbf{u}_g'] \neq \sigma^2\mathbf{I}$ but has a known parameterization, such as an RE model, and extension to generalized linear models.

Angrist and Lavy (2002) apply the CR2VE correction (24) in an application with $G = 30$ to 40 and find that the correction increases cluster-robust standard errors by between 10 and

50 percent. Cameron, Gelbach and Miller (2008, Table 3) find that the CR3VE correction (24) has rejection rates of .062, .070, .092, and .138 for $G$ equal to, respectively, 30, 20, 10 and 5. These rejection rates are a considerable improvement on .068, .081, .118, and .208 for the standard CRVE, but there is still considerable over-rejection for very small $G$.

The literature has gravitated to using the CR2VE adjustment rather than the CR3VE adjustment. This reduces but does not eliminate over-rejection when there are few clusters.

## VIC. Solution 2: Cluster Bootstrap with Asymptotic Refinement

In Section IIF we introduced the bootstrap as it is usually used, to calculate standard errors that rely on regular asymptotic theory. Here we consider a different use of the bootstrap, one with asymptotic refinement that may lead to improved finite-sample inference.

We consider inference based on $G \rightarrow \infty$ (formally, $\sqrt{G}(\widehat{\beta} - \beta)$ has a limit normal distribution). Then a two-sided Wald test of nominal size 0.05, for example, can be shown to have true size $0.05 + O(G^{-1})$ when the usual asymptotic normal approximation is used. For $G \rightarrow \infty$ this equals the desired 0.05, but for finite $G$ this differs from 0.05. If an appropriate bootstrap with asymptotic refinement is instead used, the true size is $0.05 + O(G^{-3/2})$. This is closer to the desired 0.05 for large $G$, as $G^{-3/2} < G^{-1}$. Hopefully this is also the case for small $G$, something that is established using appropriate Monte Carlo experiments. For a one-sided test or a nonsymmetric two-sided test the rates are instead, respectively, $0.05 + O(G^{-1/2})$ and $0.05 + O(G^{-1})$.

Asymptotic refinement can be achieved by bootstrapping a statistic that is asymptotically pivotal, meaning the asymptotic distribution does not depend on any unknown parameters. The estimator $\widehat{\beta}$ is not asymptotically pivotal as its distribution depends on $V[\widehat{\beta}]$ which in turn depends on unknown variance parameters in $V[\mathbf{u}|\mathbf{X}]$. The Wald t-statistic defined in (23) is asymptotically pivotal as its asymptotic distribution is $N[0,1]$ which does not depend on unknown parameters.

### VIC.1. Percentile-t Bootstrap

A percentile-t bootstrap obtains $B$ draws, $w_1^*, ..., w_B^*$, from the distribution of the Wald t-statistic as follows. B times do the following:

1. Obtain $G$ clusters $\{(\mathbf{y}_1^*, \mathbf{X}_1^*), ..., (\mathbf{y}_G^*, \mathbf{X}_G^*)\}$ by one of the cluster bootstrap methods detailed below.

2. Compute the OLS estimate $\widehat{\beta}_b^*$ in this resample.

3. Calculate the Wald test statistic $w_b^* = (\widehat{\beta}_b^* - \widehat{\beta})/s_{\widehat{\beta}_b^*}$ where $s_{\widehat{\beta}_b^*}$ is the cluster-robust standard error of $\widehat{\beta}_b^*$, and $\widehat{\beta}$ is the OLS estimate of $\beta_j$ from the original sample.

Note that we center on $\widehat{\beta}$ and not $\beta_0$, as the bootstrap views the sample as the population, i.e., $\beta = \widehat{\beta}$, and the $B$ resamples are based on this "population." Note also that the standard

31

error in step 3 needs to be cluster-robust. A good choice of $B$ is $B = 999$; this is more than $B$ for standard error estimation as tests are in the tails of the distribution, and is such that $(B + 1)\alpha$ is an integer for common choices of test size $\alpha$.

Let $w^*_{(1)}, ..., w^*_{(B)}$ denote the ordered values of $w^*_1, ..., w^*_B$. These ordered values trace out the density of the Wald t-statistic, taking the place of a standard normal or $T$ distribution. For example, the critical values for a 95% nonsymmetric confidence interval or a 5% non-symmetric Wald test are the lower 2.5 percentile and upper 97.5 percentile of $w^*_1, ..., w^*_B$, rather than, for example, the standard normal values of $-1.96$ and $1.96$. The p-value for a symmetric test based on the original sample Wald statistic $w$ equals the proportion of times that $|w| > |w^*_b|$, $b = 1, ..., B$.

The simplest cluster resampling method is the pairs cluster resampling introduced in Section IIF. Then in step 1. above we form $G$ clusters $\{(\mathbf{y}^*_1, \mathbf{X}^*_1), ..., (\mathbf{y}^*_G, \mathbf{X}^*_G)\}$ by resampling with replacement $G$ times from the original sample of clusters. This method has the advantage of being applicable to a wide range of estimators, not just OLS. However, for some types of data the pairs cluster bootstrap may not be applicable - see "Bootstrap with Caution" below.

Cameron, Gelbach, and Miller (2008) found that in Monte Carlos with few clusters the cluster bootstrap did not eliminate test over-rejection. The authors proposed using an alternative percentile-t bootstrap, the wild cluster bootstrap, that holds the regressors fixed across bootstrap replications.

## VIC.2. Wild Cluster Bootstrap

The wild cluster bootstrap resampling method is as follows. First, estimate the main model, imposing (forcing) the null hypothesis $H_0$ that you wish to test, to give estimate $\widetilde{\boldsymbol{\beta}}_{H_0}$. For example, for test of statistical significance of a regressor OLS regress $y_{ig}$ on all components of $\mathbf{x}_{ig}$ except the regressor with coefficient zero under the null hypothesis. Form the residual $\widetilde{u}_{ig} = y_i - \mathbf{x}'_{ig}\widetilde{\boldsymbol{\beta}}_{H_0}$. Then obtain the $b^{th}$ resample for step 1 above as follows:

1a. Randomly assign cluster $g$ the weight $d_g = -1$ with probability 0.5 and the weight $d_g = 1$ with probability 0.5. All observations in cluster $g$ get the same value of the weight.

1b. Generate new pseudo-residuals $u^*_{ig} = d_g \times \widetilde{u}_{ig}$, and hence new outcome variables $y^*_{ig} = \mathbf{x}'_{ig}\widetilde{\boldsymbol{\beta}}_{H_0} + u^*_{ig}$.

Then proceed with step 2 as before, regressing $y^*_{ig}$ on $\mathbf{x}_{ig}$, and calculate $w^*_b$ as in step 3. The p-value for the the test based on the original sample Wald statistic $w$ equals the proportion of times that $|w| > |w^*_b|$, $b = 1, ..., B$.

For the wild bootstrap, the values $w^*_1, ..., w^*_B$ cannot be used directly to form critical values for a confidence interval. Instead they can be used to provide a p-value for testing a hypothesis. To form a confidence interval, one needs to invert a sequence of tests, profiling

32

over a range of candidate null hypotheses $H_0 : \beta = \beta_0$. For each of these null hypotheses, obtain the p-value. The 95% confidence interval is the set of values of $\beta_0$ for which $p \geq 0.05$. This method is computationally intensive, but conceptually straightforward. As a practical matter, you may want to ensure that you have the same set of bootstrap draws across candidate hypotheses, so as to not introduce additional bootstrapping noise into the determination of where the cutoff is.

In principle it is possible to directly use a bootstrap for bias-reduction, such as to remove bias in standard errors. In practice this is not done, however, as in practice any bias reduction comes at the expense of considerably greater variability. A conservative estimate of the standard error equals the width of a 95% confidence interval, obtained using asymptotic refinement, divided by $2 \times 1.96$.

Note that for the wild cluster bootstrap the resamples $\{(\mathbf{y}_1^*, \mathbf{X}_1), ..., (\mathbf{y}_G^*, \mathbf{X}_G)\}$ have the same $\mathbf{X}$ in each resample, whereas for pairs cluster both $\mathbf{y}^*$ and $\mathbf{X}^*$ vary across the $B$ resamples. The wild cluster bootstrap is an extension of the wild bootstrap proposed for heteroskedastic data. It works essentially because the two-point distribution for forming $\mathbf{u}_g^*$ ensures that $\mathrm{E}[\mathbf{u}_g^*] = \mathbf{0}$ and $\mathrm{V}[\mathbf{u}_g^*] = \widetilde{\mathbf{u}}_g \widetilde{\mathbf{u}}_g'$. There are other two-point distributions that also do so, but Davidson and Flachaire (2008) show that in the heteroskedastic case it is best to use the weights $d_g = \{-1, 1\}$, called Rademacher weights.

The wild cluster bootstrap essentially replaces $\mathbf{y}_g$ in each resample with one of two values $\mathbf{y}_g^* = \mathbf{X}\widetilde{\boldsymbol{\beta}}_{H_0} + \widetilde{\mathbf{u}}_g$ or $\mathbf{y}_g^* = \mathbf{X}\widetilde{\boldsymbol{\beta}}_{H_0} - \widetilde{\mathbf{u}}_g$. Because this is done across $G$ clusters, there are at most $2^G$ possible combinations of the data, so there are at most $2^G$ unique values of $w_1^*, ..., w_B^*$. If there are very few clusters then there is no need to actually bootstrap as we can simply enumerate, with separate estimation for each of the $2^G$ possible datasets.

Webb (2013) expands on these limitations. He shows that there actually only $2^{G-1}$ possible $t$-statistics in absolute value. Thus with $G = 5$ there are at most $2^4 = 16$ possible values of $w_1^*, ..., w_B^*$. So if the main test statistic is more extreme than any of these 16 values, for example, then all we know is that the p-value is smaller than $1/16 = 0.0625$. Full enumeration makes this discreteness clear. Bootstrapping without consideration of this issue can lead to inadvertently picking just one point from the interval of equally plausible p-values. As $G$ gets to be as large as 11 this concern is less of an issue since $2^{10} = 1024$.

Webb (2013) proposes greatly reducing the discreteness of p-values with very low $G$ by instead using a six-point distribution for the weights $d_g$ in step 1b. In this proposed distribution the weights $d_g$ have a 1/6 chance of each value in $\{-\sqrt{1.5}, -\sqrt{1}, -\sqrt{.5}, \sqrt{.5}, \sqrt{1}, \sqrt{1.5}\}$. In his simulations this method outperforms the two-point wild bootstrap for $G < 10$ and is definitely the method to use if $G < 10$.

MacKinnon and Webb (2013) address the issue of unbalanced clusters and find that, even with $G = 50$, tests based on the standard CRVE with $T(G-1)$ critical values can over-reject considerably if the clusters are unbalanced. By contrast, the two-point wild bootstrap with Rademacher weights is generally reliable.

## VIC.3. Bootstrap with Caution

Regardless of the bootstrap method used, pairs cluster with or without asymptotic refinement or wild cluster bootstrap, when bootstrapping with few clusters, an important step in the process is to examine the distribution of bootstrapped values. This is something that should be done whether you are bootstrapping $\beta$ to obtain a standard error, or bootstrapping t-statistics with refinement to obtain a more accurate p-value. This examination can take the form of looking at four things: (1) basic summary statistics like mean and variance; (2) the sample size to confirm that it is the same as the number of bootstrap replications (no missing values); (3) the largest and smallest handful of values of the distribution; and (4) a histogram of the bootstrapped values.

We detail a few potential problems that this examination can diagnose.

First, if you are using a pairs cluster bootstrap and one cluster is an outlier in some sense, then the resulting histogram may have a big "mass" that sits separately from the rest of the bootstrap distribution – that is, there may be two distinct distributions, one for cases where that cluster is sampled and one for cases where it is not. If this is the case then you know that your results are sensitive to the inclusion of that cluster.

Second, if you are using a pairs cluster bootstrap with dummy right-hand side variables, then in some samples you can get no or very limited variation in treatment. This can lead to zero or near-zero standard errors. For a percentile-t pairs cluster bootstrap, a zero or missing standard error will lead to missing values for $w^*$, since the standard error is zero or missing. If you naively use the remaining distribution, then there is no reason to expect that you will have valid inference. And if the bootstrapped standard errors are zero plus machine precision noise, rather than exactly zero, very large t-values may result. Then your bootstrap distribution of t-statistics will have really fat tails, and you will not reject anything, even false null hypotheses. No variation or very limited variation in treatment can also result in many of your $\widehat{\beta}^*$'s being "perfect fit" $\widehat{\beta}^*$'s with limited variability. Then the bootstrap standard deviation of the $\widehat{\beta}^*$'s will be too small, and if you use it as your estimated standard error you will over-reject. In this case we suggest using the wild cluster bootstrap.

Third, if your pairs cluster bootstrap samples draw nearly multicollinear samples, you can get huge $\widehat{\beta}^*$'s. This can make a bootstrapped standard error seem very large. You need to look at what about the bootstrap samples "causes" the huge $\widehat{\beta}^*$'s . If this is some pathological but common draw, then you may need to think about a different type of bootstrap, such as the wild cluster bootstrap, or give up on bootstrapping methods. For an extreme example, consider a DiD model, with first-order "control" fixed effects and an interaction term. Suppose that a bootstrap sample happens to have among its "treatment group" only observations where "post = 1". Then the variables "treated" and "treated*post" are collinear, and an OLS package will drop one of these variables. If it drops the "post" variable, it will report a coefficient on "treated*post", but this coefficient will not be a proper interaction term, it will instead also include the level effect for the treated group.

Fourth, with less than ten clusters the wild cluster bootstrap needs to use the six-point

version of Webb (2013).

Fifth, in general if you see missing values in your bootstrapped t-statistics, then you need to figure out why. Don't take your bootstrap results at face value until you know what's going on.

## VID. Solution 3: Improved Critical Values using a T-distribution

The simplest small-sample correction for the Wald statistic is to use a $T$ distribution, rather than the standard normal, with degrees of freedom at most the number of clusters $G$. Recent research has proposed methods that lead to using degrees of freedom much less than $G$, especially if clusters are unbalanced.

### VID.1. G-L Degrees of Freedom

Some packages, including Stata after command `regress`, use $G - 1$ degrees of freedom for $t$-tests and $F$−tests based on cluster-robust standard errors. This choice emanates from the complex survey literature; see Bell and McCaffrey (2002) who note, however, that with normal errors this choice still tends to result in test over-rejection so the degrees of freedom should be even less than this.

Even the $T(G-1)$ can make quite a difference. For example with $G = 10$ for a two-sided test at level 0.05 the critical value for $T(9)$ is 2.262 rather than 1.960, and if $w = 1.960$ the p-value based on $T(9)$ is 0.082 rather than 0.05. In Monte Carlo simulations by Cameron, Gelbach, and Miller (2008) this choice works reasonably well, and at a minimum one should use the $T(G-1)$ distribution rather than the standard normal.

For models that include $L$ regressors that are invariant within cluster, Donald and Lang (2007) provide a rationale for using the $T(G-L)$ distribution. If clusters are balanced and all regressors are invariant within cluster then the OLS estimator in the model $y_{ig} = \mathbf{x}_g' \boldsymbol{\beta} + u_{ig}$ is equivalent to OLS estimation in the grouped model $\bar{y}_g = \mathbf{x}_g' \boldsymbol{\beta} + \bar{u}_g$. If $\bar{u}_g$ is i.i.d. normally distributed then the Wald statistic is $T(G-L)$ distributed, where $\widehat{V}[\hat{\boldsymbol{\beta}}] = s^2 (\mathbf{X}'\mathbf{X})^{-1}$ and $s^2 = (G-L)^{-1} \sum_g \hat{\bar{u}}_g{}^2$. Note that $\bar{u}_g$ is i.i.d. normal in the random effects model if the error components are i.i.d. normal. Usually if there is a time-invariant regressor there is only one, in addition to the intercept, in which case $L = 2$.

Donald and Lang extend this approach to inference on $\boldsymbol{\beta}$ in a model that additionally includes regressors $\mathbf{z}_{ig}$ that vary within clusters, and allow for unbalanced clusters, leading to $G - L$ for the RE estimator. Wooldridge (2006) presents an expansive exposition of the Donald and Lang approach. He also proposes an alternative approach based on minimum distance estimation. See Wooldridge (2006) and, for a summary, Cameron and Miller (2011).

### VID.2. Data-determined Degrees of Freedom

For testing the difference between two means of normally and independently distributed populations with different variances the $t$ test is not exactly $T$ distributed – this is known

as the Behrens-Fisher problem. Satterthwaite (1946) proposed an approximation that was extended to regression with clustered errors by Bell and McCaffrey (2002) and developed further by Imbens and Kolesar (2012).

The $T(N-k)$ distribution is the ratio of $N[0,1]$ to independent $\sqrt{[\chi^2(N-K)]/(N-k)}$. For linear regression under i.i.d. normal errors, the derivation of the $T(N-k)$ distribution for the Wald $t$-statistic uses the result that $(N-K)(s_{\widehat{\beta}}^2/\sigma_{\widehat{\beta}}^2) \sim \chi^2(N-K)$, where $s_{\widehat{\beta}}^2$ is the usual unbiased estimate of $\sigma_{\widehat{\beta}}^2 = V[\widehat{\beta}]$. This result no longer holds for non-i.i.d. errors, even if they are normally distributed. Instead, an approximation uses the $T(v^*)$ distribution where $v^*$ is such that the first two moments of $v^*(s_{\widehat{\beta}}^2/\sigma_{\widehat{\beta}}^2)$ equal the first two moments ($v^*$ and $2v^*$) of the $\chi^2(v^*)$ distribution. Assuming $s_{\widehat{\beta}}^2$ is unbiased for $\sigma_{\widehat{\beta}}^2$, $E[v^*(s_{\widehat{\beta}}^2/\sigma_{\widehat{\beta}}^2)] = v^*$. And $V[v^*(s_{\widehat{\beta}}^2/\sigma_{\widehat{\beta}}^2)] = 2v^*$ if $v^* = 2[(\sigma_{\widehat{\beta}}^2)^2/V[s_{\widehat{\beta}}^2]]$.

Thus the Wald t-statistic is treated as being $T(v^*)$ distributed where $v^* = 2(\sigma_{\widehat{\beta}}^2)^2/V[s_{\widehat{\beta}}^2]$. Assumptions are needed to obtain an expression for $V[s_{\widehat{\beta}}^2]$. For clustered errors with $\mathbf{u} \sim N[\mathbf{0}, \mathbf{\Omega}]$ and using the CRVE defined in Section IIC, or using CR2VE or CR3VE defined in Section VIB, Bell and McCaffrey (2002) show that the distribution of the Wald t-statistic defined in (23) can be approximated by the $T(v^*)$ distribution where

$$v^* = \frac{(\sum_{j=1}^G \lambda_j)^2}{(\sum_{j=1}^G \lambda_j^2)}, \tag{26}$$

and $\lambda_j$ are the eigenvalues of the $G \times G$ matrix $\mathbf{G}'\widehat{\mathbf{\Omega}}\mathbf{G}$, where $\widehat{\mathbf{\Omega}}$ is consistent for $\mathbf{\Omega}$, the $N \times G$ matrix $\mathbf{G}$ has $g^{th}$ column $(\mathbf{I}_N - \mathbf{H})'_g \mathbf{A}_g \mathbf{X}_g (\mathbf{X}'\mathbf{X})^{-1}\mathbf{e}_k$, $(\mathbf{I}_N - \mathbf{H})_g$ is the $N_g \times N$ submatrix for cluster $g$ of the $N \times N$ matrix $I_N - \mathbf{X}(\mathbf{X}'\mathbf{X})^{-1}\mathbf{X}'$, $\mathbf{A}_g = (\mathbf{I}_{N_g} - \mathbf{H}_{gg})^{-1/2}$ for CR2VE, and $\mathbf{e}_k$ is a $K \times 1$ vector of zeroes aside from 1 in the $k^{th}$ position if $\widehat{\beta} = \widehat{\beta}_k$. Note that $v^*$ needs to be calculated separately, and differs, for each regression coefficient. The method extends to tests on scalar linear combinations $\mathbf{c}'\widehat{\boldsymbol{\beta}}$.

The justification relies on normal errors and knowledge of $\mathbf{\Omega} = E[\mathbf{uu}'|\mathbf{X}]$. Bell and Mc-Caffrey (2002) perform simulations with balanced clusters ($G = 20$ and $N_g = 10$) and equicorrelated errors within cluster. They calculate $v^*$ assuming $\mathbf{\Omega} = \sigma^2\mathbf{I}$, even though errors are in fact clustered, and find that their method leads to Wald tests with true size closer to the nominal size than tests based on the conventional CRVE, CRV2E, and CRV3E.

Imbens and Kolesar (2012) additionally consider calculating $v^*$ where $\widehat{\mathbf{\Omega}}$ is based on equicorrelated errors within cluster. They follow the Monte Carlo designs of Cameron, Gelbach and Miller (2008), with $G = 5$ and 10 and equicorrelated errors. They find that all finite-sample adjustments perform better than using the standard CRVE with $T(G-1)$ critical values. The best methods use the CR2VE and $T(v^*)$, with slight over-rejection with $v^*$ based on $\widehat{\mathbf{\Omega}} = s^2\mathbf{I}$ (Bell and McCaffrey) and slight under-rejection with $v^*$ based on $\widehat{\mathbf{\Omega}}$ assuming equicorrelated errors (Imbens and Kolesar). For $G = 5$ these methods outperform the two-point wild cluster bootstrap, as expected given the very low $G$ problem discussed in Section VIC. More surprisingly these methods also outperform wild cluster bootstrap when

36

$G = 10$, perhaps because Imbens and Kolesar (2012) did not impose the null hypothesis in forming the residuals for this bootstrap.

### VID.3. Effective Number of Clusters

Carter, Schnepel and Steigerwald (2013) propose a measure of the effective number of clusters. This measure is

$$G^* = \frac{G}{(1+\delta)}, \tag{27}$$

where $\delta = \frac{1}{G}\sum_{g=1}^{G}\{(\gamma_g - \bar{\gamma})^2/\bar{\gamma}^2\}$, $\gamma_g = \mathbf{e}'_k \left(\mathbf{X}'\mathbf{X}\right)^{-1} \mathbf{X}'_g \mathbf{\Omega}_g \mathbf{X}_g \left(\mathbf{X}'\mathbf{X}\right)^{-1} \mathbf{e}_k$, $\mathbf{e}_k$ is a $K \times 1$ vector of zeroes aside from 1 in the $k^{th}$ position if $\widehat{\beta} = \widehat{\beta}_k$, and $\bar{\gamma} = \frac{1}{G}\sum_{g=1}^{G}\gamma_g$. Note that $G^*$ varies with the regression coefficient considered, and the method extends to tests on scalar linear combinations $\mathbf{c}'\widehat{\boldsymbol{\beta}}$.

The quantity $\delta$ measures cluster heterogeneity, which disappears if $\gamma_g = \gamma$ for all $g$. Given the formula for $\gamma_g$, cluster heterogeneity ($\delta \neq 0$) can arise for many reasons, including variation in $N_g$, variation in $\mathbf{X}_g$ and variation in $\mathbf{\Omega}_g$ across clusters.

In simulations using standard normal critical values, Carter et al. (2013) find that test size distortion occurs for $G^* < 20$. In application they assume errors are perfectly correlated within cluster, so $\mathbf{\Omega}_g = \mathbf{ll}'$ where $\mathbf{l}$ is an $N_g \times 1$ vector of ones. For data from the Tennessee STAR experiment they find $G^* = 192$ when $G = 318$. For the Hersch (1998) data of Section IIB, with very unbalanced clusters, they find for the industry job risk coefficient and with clustering on industry that $G^* = 19$ when $G = 211$.

Carter et al. (2013) do not actually propose using critical values based on the $T(G^*)$ distribution. The key component in obtaining the formula for $v^*$ in the Bell and McCaffrey (2002) approach is determining $\mathrm{V}[s^2_{\widehat{\beta}}/\sigma^2_{\widehat{\beta}}]$, which equals $\mathrm{E}[(s^2_{\widehat{\beta}} - \sigma^2_{\widehat{\beta}})/\sigma^2_{\widehat{\beta}}]$ given $s^2_{\widehat{\beta}}$ is unbiased for $\sigma^2_{\widehat{\beta}}$. Carter et al. (2013) instead work with $\mathrm{E}[(\tilde{s}^2_{\widehat{\beta}} - \sigma^2_{\widehat{\beta}})/\sigma^2_{\widehat{\beta}}]$ where $\tilde{s}^2_{\widehat{\beta}}$, defined in their paper, is an approximation to $s^2_{\widehat{\beta}}$ that is good for large $G$ (formally $\tilde{s}^2_{\widehat{\beta}}/\sigma^2_{\widehat{\beta}} \to s^2_{\widehat{\beta}}/\sigma^2_{\widehat{\beta}}$ as $G \to \infty$). Now $\mathrm{E}[(\tilde{s}^2_{\widehat{\beta}} - \sigma^2_{\widehat{\beta}})/\sigma^2_{\widehat{\beta}}] = 2(1+\delta)/G$, see Carter et al. (2013), where $\delta$ is defined in (27). This suggests using the $T(G^*)$ distribution as an approximation, and that this approximation will improve as $G$ increases.

### VIE. Special Cases

With few clusters, additional results can be obtained if there are many observations in each group. In DiD studies the few clusters problem arises if few groups are treated, even if $G$ is large. And the few clusters problem is more likely to arise if there is multi-way clustering.

### VIE.1. Fixed Number of Clusters with Cluster Size Growing

The preceding adjustments to the degrees of freedom of the $T$ distribution are based on the assumption of normal errors. In some settings asymptotic results can be obtained when $G$

is small, provided $N_g \to \infty$.

Bester, Conley and Hansen (2011), building on Hansen (2007a), give conditions under which the $t$-test statistic based on (11) is $\sqrt{G/(G-1)}$ times $T_{G-1}$ distributed. Then using $\tilde{\mathbf{u}}_g = \sqrt{G/(G-1)}\hat{\mathbf{u}}_g$ in (11) yields a $T(G-1)$ distributed statistic. In addition to assuming $G$ is fixed while $N_g \to \infty$, it is assumed that the within group correlation satisfies a mixing condition (this does not happen in all data settings, although it does for time series and spatial correlation), and that homogeneity assumptions are satisfied, including equality of $\text{plim} \frac{1}{N_g} \mathbf{X}_g' \mathbf{X}_g$ for all $g$.

Let $\hat{\beta}_g$ denote the estimate of parameter $\beta$ in cluster $g$, $\overline{\hat{\beta}} = G^{-1} \sum_{g=1}^{G} \hat{\beta}_g$ denote the average of the $G$ estimates, and $s_{\overline{\hat{\beta}}}^2 = (G-1) \sum_{g=1}^{G} (\hat{\beta}_g - \overline{\hat{\beta}})^2$ denote their variance. Suppose that the $\hat{\beta}_g$ are asymptotically normal as $N_g \to \infty$ with common mean $\beta$, and consider test of $H_0 : \beta = \beta_0$ based on $t = \sqrt{G}(\overline{\hat{\beta}} - \beta_0)/s_{\overline{\hat{\beta}}}$. Then Ibragimov and Müller (2010) show that tests based on the $T(G-1)$ will be conservative tests (i.e., under-reject) for level $\alpha \leq 0.083$. This approach permits correct inference even with extremely few clusters, assuming $N_g$ is large. However, the requirement that cluster estimates are asymptotically independent must be met. Thus the method is not directly applicable to a state-year differences-in-differences application when there are year fixed effects (or other regressor that varies over time but not states). In that case Ibragimov and Müller propose applying their method after aggregating subsets of states into groups in which some states are treated and some are not.

## VIE.2. Few Treated Groups

Problems arise if most of the variation in the regressor is concentrated in just a few clusters, even when $G$ is sufficiently large. This occurs if the key regressor is a cluster-specific binary treatment dummy and there are few treated groups.

Conley and Taber (2011) examine a differences-in-differences (DiD) model in which there are few treated groups and an increasing number of control groups. If there are group-time random effects, then the DiD model is inconsistent because the treated groups random effects are not averaged away. If the random effects are normally distributed, then the model of Donald and Lang (2007) applies and inference can use a $T$ distribution based on the number of treated groups. If the group-time shocks are not random, then the $T$ distribution may be a poor approximation. Conley and Taber (2011) then propose a novel method that uses the distribution of the untreated groups to perform inference on the treatment parameter.

Abadie, Diamond and Hainmueller (2010) propose synthetic control methods that provide a data-driven method to select the control group in a DiD study, and that provide inference under random permutations of assignment to treated and untreated groups. The methods are suitable for treatment that effects few observational units.

**VIE.3. What if you have multi-way clustering and few clusters?**

Sometimes we are worried about multi-way clustering, but one or both of the ways has few clusters. Currently we are not aware of an ideal approach to deal with this problem. One potential solution is to try to add sufficient control variables so as to minimize concerns about clustering in one of the ways, and then use a one-way few-clusters cluster robust approach on the other way. Another potential solution is to model one of the ways of clustering in a parametric way, such as with a common shock or an autoregressive error correlation. Then you can construct a variance estimator that is a hybrid of the parametric model, and cluster robust in the remaining dimension.

# VII. Extensions

The preceding material has focused on the OLS (and FGLS) estimator and tests on a single coefficient. The basic results generalize to multiple hypothesis tests, instrumental variables (IV) estimation, nonlinear estimators and generalized method of moments (GMM).

These extensions are incorporated in Stata, though Stata generally computes test p-values and confidence intervals using standard normal and chisquared distributions, rather than $T$ and $F$ distributions. And for nonlinear models stronger assumptions are needed to ensure that the estimator of $\boldsymbol{\beta}$ retains its consistency in the presence of clustering. We provide a brief overview.

**VIIA. Cluster-Robust F-tests**

Consider Wald joint tests of several restrictions on the regression parameters. Except in the special case of linear restrictions and OLS with i.i.d. normal errors, asymptotic theory yields only a chi-squared distributed statistic, say $W$, that is $\chi^2(h)$ distributed, where $h$ is the number of (linearly independent) restrictions.

Alternatively we can use the related $F$ statistic, $F = W/h$. This yields the same p-value as the chi-squared test if we treat $F$ as being $F(h, \infty)$ distributed. In the cluster case, a finite-sample adjustment instead treats $F$ as being $F(h, G-1)$ distributed. This is analogous to using the $T(G-1)$ distribution, rather than $N[0,1]$, for a test on a single coefficient.

In Stata, the finite-sample adjustment of using the $T(G-1)$ for a t-test on a single coefficient, and using the $F(h, G-1)$ for an F-test, is only done after OLS regression with command `regress`. Otherwise Stata reports critical values and p-values based on the $N[0,1]$ and $\chi^2(h)$ distributions.

Thus Stata does no finite-cluster correction for tests and confidence intervals following instrumental variables estimation commands, nonlinear model estimation commands, or even after command `regress` in the case of tests and confidence intervals using commands `testnl` and `nlcom`. The discussion in Section VI was limited to inference after OLS regression, but it seems reasonable to believe that for other estimators one should also base inference on the

$T(G-1)$ and $F(h, G-1)$ distributions, and even then tests may over-reject when there are few clusters.

Some of the few-cluster methods of section VI can be extended to tests of more than one restriction following OLS regression. The Wald test can be based on the bias-adjusted variance matrices CR2VE or CR3VE, rather than CRVE. For a bootstrap with asymptotic refinement of a Wald test of $H_0 : \mathbf{R}\boldsymbol{\beta} = \mathbf{r}$, in the $b^{th}$ resample we compute $\mathrm{W}_b^* = (\mathbf{R}\widehat{\boldsymbol{\beta}}_b^* - \mathbf{R}\widehat{\boldsymbol{\beta}})'[\mathbf{R}\widehat{\mathrm{V}}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}_b^*]\mathbf{R}']^{-1}(\mathbf{R}\widehat{\boldsymbol{\beta}}_b^* - \mathbf{R}\widehat{\boldsymbol{\beta}})$. Extension of the data-determined degrees of freedom method of Section VID.2 to tests of more than one restriction requires, at a minimum, extension of Theorem 4 of Bell and McCaffrey (2002) from the case that covers $\beta$, where $\beta$ is a single component of $\boldsymbol{\beta}$, to $\mathbf{R}\boldsymbol{\beta}$. An alternative ad hoc approach would be to use the $F(h, \overline{v^*})$ distribution where $\overline{v^*}$ is an average (possibly weighted by estimator precision) of $v^*$ defined in (26) computed separately for each exclusion restriction.

For the estimators discussed in the remainder of Section VII, the rank of $\widehat{\mathrm{V}}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}]$ is again the minimum of $G-1$ and the number of parameters $(K)$. This means that at most $G-1$ restrictions can be tested using a Wald test, in addition to the usual requirement that $h \leq K$.

## VIIB. Instrumental Variables Estimators

The cluster-robust variance matrix estimate for the OLS estimator extends naturally to the IV estimator, the two-stage least squares (2SLS) estimator and the linear GMM estimator.

The following additional adjustments must be made when errors are clustered. First, a modified version of the Hausman test of endogeneity needs to be used. Second, the usual inference methods when instruments are weak need to be adjusted. Third, tests of over-identifying restrictions after GMM need to be based on an optimal weighting matrix that controls for cluster correlation of the errors.

## VIIB.1. IV and 2SLS

In matrix notation, the OLS estimator in the model $\mathbf{y} = \mathbf{X}\boldsymbol{\beta} + \mathbf{u}$ is inconsistent if $\mathrm{E}[\mathbf{u}|\mathbf{X}] \neq \mathbf{0}$. We assume existence of a set of instruments $\mathbf{Z}$ that satisfy $\mathrm{E}[\mathbf{u}|\mathbf{Z}] = \mathbf{0}$ and satisfy other conditions, notably $\mathbf{Z}$ is of full rank with $\dim[\mathbf{Z}] \geq \dim[\mathbf{X}]$ and $\mathrm{Cor}[\mathbf{Z}, \mathbf{X}] \neq \mathbf{0}$.

For the clustered case the assumption that errors in different clusters are uncorrelated is now one of uncorrelated errors conditional on the instruments $\mathbf{Z}$, rather than uncorrelated errors conditional on the regressors $\mathbf{X}$. In the $g^{th}$ cluster the matrix of instruments $\mathbf{Z}_g$ is an $N_g \times M$ matrix, where $M \geq K$, and we assume that $\mathrm{E}[\mathbf{u}_g|\mathbf{Z}_g] = \mathbf{0}$ and $\mathrm{Cov}[\mathbf{u}_g \mathbf{u}_h'|\mathbf{Z}_g, \mathbf{Z}_h] = \mathbf{0}$ for $g \neq h$.

In the just-identified case, with $\mathbf{Z}$ and $\mathbf{X}$ having the same dimension, the IV estimator is $\widehat{\boldsymbol{\beta}}_{\mathrm{IV}} = (\mathbf{Z}'\mathbf{X})^{-1}\mathbf{Z}'\mathbf{y}$, and the cluster-robust variance matrix estimate is

$$\widehat{\mathrm{V}}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}_{\mathrm{IV}}] = (\mathbf{Z}'\mathbf{X})^{-1}\left(\sum_{g=1}^{G}\mathbf{Z}_g'\widehat{\mathbf{u}}_g\widehat{\mathbf{u}}_g'\mathbf{Z}_g\right)(\mathbf{X}'\mathbf{Z})^{-1}, \qquad (28)$$

where $\widehat{\mathbf{u}}_g = \mathbf{y}_g - \mathbf{X}_g\widehat{\boldsymbol{\beta}}_{\mathrm{IV}}$ are residuals calculated using the consistent IV estimator. We again

assume $G \to \infty$. As for OLS, the CRVE may be rank-deficient with rank the minimum of $K$ and $G - 1$.

In the over-identified case with $\mathbf{Z}$ having dimension greater than $\mathbf{X}$, the 2SLS estimator is the special case of the linear GMM estimator in (29) below with $\mathbf{W} = (\mathbf{Z}'\mathbf{Z})^{-1}$, and the CRVE is that in (30) below with $\mathbf{W} = (\mathbf{Z}'\mathbf{Z})^{-1}$ and $\widehat{\mathbf{u}}_g$ the 2SLS residuals. In the just-identified case 2SLS is equivalent to IV.

A test for endogeneity of a regressor(s) can be conducted by comparing the OLS estimator to the 2SLS (or IV) estimator that controls for this endogeneity. The two estimators have the same probability limit given exogeneity and different probability limits given endogeneity. This is a classic setting for the Hausman test but, as in the Hausman test for fixed effects discussed in Section IIID, the standard version of the Hausman test cannot be used. Instead partition $\mathbf{X} = [\mathbf{X}_1 \ \mathbf{X}_2]$, where $\mathbf{X}_1$ is potentially endogenous and $\mathbf{X}_2$ is exogenous, and let $\widehat{\mathbf{v}}_{ig}$ denote the residuals from first-stage OLS regression of the endogenous regressors on instruments and exogenous regressors. Then estimate by OLS the model

$$y_{ig} = \mathbf{x}'_{1ig}\boldsymbol{\beta}_1 + \mathbf{x}'_{2ig}\boldsymbol{\beta}_2 + \widehat{\mathbf{v}}'_{1ig}\boldsymbol{\gamma} + u_{ig}.$$

The regressors $\mathbf{x}_1$ are considered endogenous if we reject $H_0 : \boldsymbol{\gamma} = \mathbf{0}$ using a Wald test based on a CRVE. In Stata this is implemented using command `estat endogenous`. (Alternatively a pairs cluster bootstrap can be used to estimate the variance of $\widehat{\boldsymbol{\beta}}_{2SLS} - \widehat{\boldsymbol{\beta}}_{OLS}$).

**VIIB.2. Weak Instruments**

When endogenous regressor(s) are weakly correlated with instrument(s), where this correlation is conditional on the exogenous regressors in the model, there is great loss of precision, with the standard error for the coefficient of the endogenous regressor much higher after IV or 2SLS estimation than after OLS estimation.

Additionally, asymptotic theory takes an unusually long-time to kick in so that even with large samples the IV estimator can still have considerable bias and the Wald statistic is still not close to normally distributed. See, for example, Bound, Jaeger, and Baker (1995), Andrews and Stock (2007), and textbook discussions in Cameron and Trivedi (2005, 2009).

For this second consequence, called the "weak instrument" problem, the econometrics literature has focused on providing theory and guidance in the case of homoskedastic or heteroskedastic errors, rather than within-cluster correlated errors. The problem may even be greater in the clustered case, as the asymptotics are then in $G \to \infty$ rather than $N \to \infty$, though we are unaware of evidence on this.

A standard diagnostic for detecting weak instruments, in the case of a single endogenous regressor, is to estimate by OLS the first-stage regression, of the endogenous regressor on the remaining exogenous regressors and the additional instrument(s). Then form the F-statistic for the joint significance of the instruments; in the case of a just-identified model there is only one instrument to test so the F-statistic is the square of the t-statistic. A popular rule-of-thumb, due to Staiger and Stock (1997), is that there may be no weak instrument

problem if $F > 10$. With clustered errors, this F-statistic needs to be based on a cluster-robust variance matrix estimate. In settings where there is a great excess of instruments, however, this test will not be possible if the number of instruments $(M - K)$ exceeds the number of clusters. Instead only subsets or linear combinations of the excess instruments can be tested, and the $F > 10$ criteria becomes a cruder guide.

Baum, Schaffer and Stillman (2007) provide a comprehensive discussion of various methods for IV, 2SLS, limited information maximum likelihood (LIML), k-class, continuous updating and GMM estimation in linear models, and present methods using their `ivreg2` Stata command. They explicitly allow for within-cluster correlation and state which of the proposed methods for weak instruments diagnostics and tests developed for i.i.d. errors can be generalized to within-cluster correlated errors.

Chernozhukov and Hansen (2008) proposed a novel method that provides valid inference on the coefficient of endogenous regressor(s) under weak instruments with errors that are not restricted to being i.i.d. For simplicity suppose that there is one endogenous regressor, $y_{ig} = \beta x_{ig} + u_{ig}$, and that the first-stage model is $x_{ig} = \mathbf{z}'_{ig}\boldsymbol{\pi} + v_{ig}$. If there are additional exogenous regressors $\mathbf{x}_2$, as is usually the case, the method still works if the variables $y$, $x$ and $\mathbf{z}$ are defined after partialling out $\mathbf{x}_2$. The authors show that a test of $\beta = \beta^*$ is equivalent to a test of $\boldsymbol{\gamma} = \mathbf{0}$ in the model $y_{ig} - \beta^* x_{ig} = \mathbf{z}'_{ig}\boldsymbol{\gamma} + w_i$. A 95% confidence interval for $\beta$ can be constructed by running this regression for a range of values of $\beta^*$ and including in the interval for $\beta$ only those values of $\beta^*$ for which we did not reject $H_0 : \boldsymbol{\gamma} = \mathbf{0}$ when testing at 5%. This approach generalizes to more than one endogenous regressor. More importantly it does not require i.i.d. errors. Chernozhukov and Hansen proposed the method for HAC robust inference, but the method can also be applied to clustered errors. Then the test of $\boldsymbol{\gamma} = \mathbf{0}$ should be based on a CRVE. Note that as with other F-tests, this can only be performed when the dimension of $\boldsymbol{\gamma}$ is less than $G$. Finlay and Magnusson (2009) provide this and other extensions, and provide a command `ivtest` for Stata. We speculate that if additionally there are few clusters, then some of the adjustments discussed in Section VI would help.

### VIIB.3. Linear GMM

For over-identified models the linear GMM estimator is more efficient than the 2SLS estimator if $\mathrm{E}[\mathbf{u}\mathbf{u}'|\mathbf{Z}] \neq \sigma^2\mathbf{I}$, Then

$$\widehat{\boldsymbol{\beta}}_{\mathrm{GMM}} = (\mathbf{X}'\mathbf{Z}\mathbf{W}\mathbf{Z}'\mathbf{X})^{-1}(\mathbf{X}'\mathbf{Z}\mathbf{W}\mathbf{Z}'\mathbf{y}), \tag{29}$$

where $\mathbf{W}$ is a full rank $K \times K$ weighting matrix. The CRVE for GMM is

$$\widehat{\mathrm{V}}_{\mathrm{clu}}[\widehat{\boldsymbol{\beta}}_{\mathrm{GMM}}] = (\mathbf{X}'\mathbf{Z}\mathbf{W}\mathbf{Z}'\mathbf{X})^{-1}\mathbf{X}'\mathbf{Z}\mathbf{W}\left(\sum_{g=1}^{G}\mathbf{Z}'_g\widehat{\mathbf{u}}_g\widehat{\mathbf{u}}'_g\mathbf{Z}_g\right)\mathbf{W}\mathbf{Z}'\mathbf{X}(\mathbf{X}'\mathbf{Z}\mathbf{W}\mathbf{Z}'\mathbf{X})^{-1}, \tag{30}$$

where $\widehat{\mathbf{u}}_g$ are residuals calculated using the GMM estimator.

For clustered errors, the efficient two-step GMM estimator uses $\mathbf{W} = (\sum_{g=1}^{G}\mathbf{Z}'_g\widehat{\mathbf{u}}_g\widehat{\mathbf{u}}'_g\mathbf{Z}_g)^{-1}$, where $\widehat{\mathbf{u}}_g$ are 2SLS residuals. Implementation of this estimator requires that the number of

42

clusters exceeds the number of instruments, since otherwise $\sum_{g=1}^{G} \mathbf{Z}_g' \widehat{\mathbf{u}}_g \widehat{\mathbf{u}}_g' \mathbf{Z}_g$ is not invertible. Here $\mathbf{Z}$ contains both the exogenous regressors in the structural equation and the additional instruments required to enable identification of the endogenous regressors. When this condition is not met, Baum, Schaffer and Stillman (2007) propose doing two-step GMM after first partialling out the instruments $\mathbf{z}$ from the dependent variable $y$, the endogenous variables in the initial model $\mathbf{y}_{ig} = \mathbf{x}_{ig}'\boldsymbol{\beta} + u_{ig}$, and any additional instruments that are not also exogenous regressors in this model.

The over-identifying restrictions (OIR) test, also called a Hansen test or a Sargan test, is a limited test of instrument validity that can be used when there are more instruments than necessary. When errors are clustered the OIR tests must be computed following the cluster version of two-step GMM estimation; see Hoxby and Paserman (1998).

Just as GLS is more efficient than OLS, specifying a model for $\boldsymbol{\Omega} = \mathrm{E}[\mathbf{u}\mathbf{u}'|\mathbf{Z}]$ can lead to more efficient estimation than GMM. Given a model for $\boldsymbol{\Omega}$, and conditional moment condition $\mathrm{E}[\mathbf{u}|\mathbf{Z}] = \mathbf{0}$, a more efficient estimator is based on the unconditional moment condition $\mathrm{E}[\mathbf{Z}'\boldsymbol{\Omega}^{-1}\mathbf{u}] = \mathbf{0}$. Then we minimize $(\mathbf{Z}'\widehat{\boldsymbol{\Omega}}^{-1}\mathbf{u})'(\mathbf{Z}'\widehat{\boldsymbol{\Omega}}^{-1}\mathbf{Z})^{-1}(\mathbf{Z}'\widehat{\boldsymbol{\Omega}}^{-1}\mathbf{u})$, where $\widehat{\boldsymbol{\Omega}}$ is consistent for $\boldsymbol{\Omega}$. Furthermore the CRVE can be robustified against misspecification of $\boldsymbol{\Omega}$, similar to the case of FGLS, though an OIR test is no longer possible if $\boldsymbol{\Omega}$ is misspecified. In practice such FGLS-type improvements to GMM are seldom used, even in simpler settings that the clustered setting. An exception is Shore-Sheppard (1996) who considers the impact of equicorrelated instruments and group-specific shocks in a model similar to that of Moulton. One reason may be that this option is not provided in Stata command `ivregress`. In the special case of a random effects model for $\boldsymbol{\Omega}$, command `xtivreg` can be used along with a pairs cluster bootstrap used to guard against misspecification of $\boldsymbol{\Omega}$.

## VIIC. Nonlinear Models

For nonlinear models there are several ways to handle clustering. We provide a brief summary; see Cameron and Miller (2011) for further details.

For concreteness we focus on logit regression. Recall that in the cross-section case $y_i$ takes value 0 or 1 and the logit model specifies that $\mathrm{E}[y_i|\mathbf{x}_i] = \mathrm{Pr}[y_i = 1|\mathbf{x}_i] = \Lambda(\mathbf{x}_i'\boldsymbol{\beta})$, where $\Lambda(z) = e^z/(1 + e^x)$.

### VIIC.1. Different Models for Clustering

The simplest approach is a pooled approach that assumes that clustering does not change the functional form for the conditional probability of a single observation. Thus, for the logit model, whatever the nature of clustering, it is assumed that

$$\mathrm{E}[y_{ig}|\mathbf{x}_{ig}] = \mathrm{Pr}[y_{ig} = 1|\mathbf{x}_{ig}] = \Lambda(\mathbf{x}_{ig}'\boldsymbol{\beta}). \tag{31}$$

This is called a population-averaged approach, as $\Lambda(\mathbf{x}_{ig}'\boldsymbol{\beta})$ is obtained after averaging out any within-cluster correlation. Inference needs to control for within-cluster correlation, however, and more efficient estimation may be possible.

43

The generalized estimating equations (GEE) approach, due to Liang and Zeger (1986) and widely used in biostatistics, introduces within-cluster correlation into the class of generalized linear models (GLM), a class that includes the logit model. One possible model for within-cluster correlation is equicorrelation, with $\text{Cor}[y_{ig}, y_{jg} | \mathbf{x}_{ig}, \mathbf{x}_{jg}] = \rho$. The Stata command `xtgee y x, family(binomial) link(logit) corr(exchangeable)` estimates the population-averaged logit model and provides the CRVE assuming the equicorrelation model for within-cluster correlation is correctly specified. The option `vce(robust)` provides a CRVE that is robust to misspecification of the model for within-cluster correlation. Command `xtgee` includes a range of models for the within-error correlation. The method is a nonlinear analog of FGLS given in Section IID, and asymptotic theory requires $G \rightarrow \infty$.

A further extension is nonlinear GMM. For example, with endogenous regressors and instruments $\mathbf{z}$ that satisfy $\text{E}[y_{ig} - \exp(\mathbf{x}'_{ig}\boldsymbol{\beta}) | \mathbf{z}_{ig}] = 0$, a nonlinear GMM estimator minimizes $\mathbf{h}(\boldsymbol{\beta})'\mathbf{W}\mathbf{h}(\boldsymbol{\beta})$ where $\mathbf{h}(\boldsymbol{\beta}) = \sum_g \sum_i \mathbf{z}_{ig}(y_{ig} - \exp(\mathbf{x}'_{ig}\boldsymbol{\beta})$. Other choices of $\mathbf{h}(\boldsymbol{\beta})$ that allow for intracluster correlation may lead to more efficient estimation, analogous to the linear GMM example discussed at the end of section VIIB. Given a choice of $\mathbf{h}(\boldsymbol{\beta})$, the two-step nonlinear GMM estimator at the second step uses weighting matrix $\mathbf{W}$ that is the inverse of a consistent estimator of $\text{V}[\widehat{\boldsymbol{\beta}}]$, and one can then use the minimized objection function for an overidentifying restrictions test.

Now suppose we consider a random effects logit model with normally distributed random effect, so

$$\Pr[y_{ig} = 1 | \alpha_g, \mathbf{x}_{ig}] = \Lambda(\alpha_g + \mathbf{x}'_{ig}\boldsymbol{\beta}), \tag{32}$$

where $\alpha_g \sim N[0, \sigma_\alpha^2]$. If $\alpha_g$ is known, the $N_g$ observations in cluster $g$ are independent with joint density

$$f(y_{1g}, ..., y_{N_g g} | \alpha_g, \mathbf{X}_g) = \prod_{i=1}^{N_g} \Lambda(\alpha_g + \mathbf{x}'_{ig}\boldsymbol{\beta})^{y_{ig}}[1 - \Lambda(\alpha_g + \mathbf{x}'_{ig}\boldsymbol{\beta})]^{1-y_{ig}}.$$

Since $\alpha_g$ is unknown it is integrated out, leading to joint density

$$f(y_{1g}, ..., y_{N_g g} | \mathbf{X}_g) = \int \left( \prod_{i=1}^{N_g} \Lambda(\alpha_g + \mathbf{x}'_{ig}\boldsymbol{\beta})^{y_{ig}}[1 - \Lambda(\alpha_g + \mathbf{x}'_{ig}\boldsymbol{\beta})]^{1-y_{ig}} \right) h(\alpha_g | \sigma_\alpha^2) d\alpha_g,$$

where $h(\alpha_g | \sigma_\alpha^2)$ is the $N[0, \sigma_\alpha^2]$ density. There is no closed form solution for this integral, but it is only one-dimensional so numerical approximation (such as Gaussian quadrature) can be used. The consequent MLE can be obtained in Stata using the command `xtlogit y x, re`. Note that in this RE logit model (31) no longer holds, so $\boldsymbol{\beta}$ in the model (32) is scaled differently from $\boldsymbol{\beta}$ in (31). Furthermore $\boldsymbol{\beta}$ in (32) is inconsistent if the distribution for $\alpha_g$ is misspecified, so there is no point in using option `vce(robust)` after command `xtlogit, re`.

It is important to realize that in nonlinear models such as logit the population-averaged and random effects approaches lead to quite different estimates of $\boldsymbol{\beta}$ that are not comparable since $\boldsymbol{\beta}$ means different things in the different models. The resulting estimated average marginal effects may be similar, however, just as they are in logit and probit models.

44

With few clusters, Wald statistics are likely to over-reject as in the linear case, even if we scale the CRVE's given in this section by $G/(G-1)$ as is typically done; see (12) for the linear case. McCaffrey, Bell, and Botts (2001) consider bias-correction of the CRVE in generalized linear models. Asymptotic refinement using a pairs cluster bootstrap as in Section VIC is possible. The wild bootstrap given in Section VID is no longer possible in a nonlinear model, aside from nonlinear least squares, since it requires additively separable errors. Instead one can use the score wild bootstrap proposed by Klein and Santos (2012) for nonlinear models, including maximum likelihood and GMM models. The idea in their paper is to estimate the model once, generate scores for all observations, and then perform a bootstrap in the wild-cluster style, perturbing the scores by bootstrap weights at each step. For each bootstrap replication the perturbed scores are used to build a test statistic, and the resulting distribution of this test statistic can be used for inference. They find that this method performs well in small samples, and can greatly ease computational burden because the nonlinear model need only be estimated once. The conservative test of Ibragimov and Müller (2010) can be used if $N_g \rightarrow \infty$.

## VIIC.2. Fixed Effects

A cluster-specific fixed effects version of the logit model treats the unobserved parameter $\alpha_g$ in (32) as being correlated with the regressors $\mathbf{x}_{ig}$. In that case both the population-averaged and random effects logit estimators are inconsistent for $\boldsymbol{\beta}$.

Instead we need a fixed effects logit estimator. In general there is an incidental parameters problem if asymptotics are that $N_g$ is fixed while $G \rightarrow \infty$, as there only $N_g$ observations for each $\alpha_g$, and inconsistent estimation of $\alpha_g$ spills over to inconsistent estimation of $\boldsymbol{\beta}$. Remarkably for the logit model it is nonetheless possible to consistently estimate $\boldsymbol{\beta}$. The logit fixed effects estimator is obtained in Stata using the command `xtlogit y x, fe`. Note, however, that the marginal effect in model (32) is $\partial \Pr[y_{ig}=1|\alpha_g, \mathbf{x}_{ig}]/\partial x_{ijk} = \Lambda(\alpha_g + \mathbf{x}'_{ig}\boldsymbol{\beta})(1 - \Lambda(\alpha_g + \mathbf{x}'_{ig}\boldsymbol{\beta}))\beta_k$. Unlike the linear FE model this depends on the unknown $\alpha_g$. So the marginal effects cannot be computed, though the ratio of the marginal effects of the $k^{th}$ and $l^{th}$ regressor equals $\beta_k/\beta_l$ which can be consistently estimated.

The logit model is one of few nonlinear models for which fixed effects estimation is possible when $N_g$ is small. The other models are Poisson with $\mathrm{E}[y_{ig}|\mathbf{X}_g, \alpha_g] = \exp(\alpha_g + \mathbf{x}'_{ig}\boldsymbol{\beta})$, and nonlinear models with $\mathrm{E}[y_{ig}|\mathbf{X}_g, \alpha_g] = \alpha_g + m(\mathbf{x}'_{ig}\boldsymbol{\beta})$, where $m(\cdot)$ is a specified function.

The natural approach to introduce cluster-specific effects in a nonlinear model is to include a full set of cluster dummies as additional regressors. This leads to inconsistent estimation of $\boldsymbol{\beta}$ in all models except the linear model (estimated by OLS) and the Poisson regression model, unless $N_g \rightarrow \infty$. There is a growing literature on bias-corrected estimation in such cases; see, for example, Fernández-Val (2009). This paper also cites several simulation studies that gauge the extent of bias of dummy variable estimators for moderate $N_g$, such as $N_g = 20$.

Yoon and Galvao (2013) consider fixed effects in panel quantile regression models with

correlation within cluster and provide methods under the assumption that both the number of individuals and the number of time periods go to infinity.

### VIID. Cluster-randomized Experiments

Increasingly researchers are gathering their own data, often in the form of field or laboratory experiments. When analyzing data from these experiments they will want to account for the clustered nature of the data. And so when designing these experiments, they should also account for clustering. Fitzsimons, Malde, Mesnard, and Vera-Hernández (2012) use a wild cluster bootstrap in an experiment with 12 treated and 12 control clusters.

Traditional guidance for computing power analyses and minimum detectable effects (see e.g. Duflo, Glennerster and Kremer, 2007, pp. 3918-3922, and Hemming and Marsh (2013)) are based on assumptions of either independent errors or, in a clustered setting, a random effects common-shock model. Ideally one would account for more general forms of clustering in these calculations (the types of clustering that motivate cluster-robust variance estimation), but this can be difficult to do ex ante. If you have a data set that is similar to the one you will be analyzing later, then you can assign a placebo treatment, and compute the ratio of cluster-robust standard errors to default standard errors. This can provide a sense of how to adjust the traditional measures used in design of experiments.

## VIII. Empirical Example

In this section we illustrate many of the issues and methods presented in this paper. The data and accompanying Stata code will be posted on our websites.

The micro data are from the March CPS, downloaded from IPUMS-CPS (King et. al, 2010). We use data covering individuals who worked 40 or more weeks during the prior year, and whose usual hours per week in that year was 30 or more. The hourly wage is constructed as annual earnings divided by annual hours (usual hours per week times number of weeks worked), deflated to real 1999 dollars, and observations with real wage in the range ($2, $100) are kept.

Cross-section examples use individual-level data for 2012. Panel examples use data aggregated to the state-year level for 1977 to 2012. In both cases we estimate log-wage regressions and perform inference on a generated regressor that has zero coefficient.

### VIIIA. Individual-level Cross-section Data: One Sample

In our first application we use data on 65,685 individuals from the year 2012. We randomly generate a random dummy "policy" variable, equal to one for one-half of the states and zero for the other half. Log-wage is regressed on this policy variable and a set of individual-level controls (age, age squared, and education in years). Estimation is by OLS, using Stata command `regress`, and by FGLS controlling for state-level random effects, using command

`xtreg, re`. The policy variable is often referred to as a "placebo" treatment, and should be statistically insignificant in 95% of tests performed at significance level 0.05.

Table 1 reports the estimated coefficient of the policy variable, along with standard errors computed in several different ways. The default standard errors for OLS are misleadingly small ($se = 0.0042$), leading to the dummy variable being very highly statistically significant ($t = -0.0226/0.0042 = -5.42$) even though it was randomly generated independently of log-wage. The White heteroskedastic-robust standard errors, from `regress` option `vce(robust)`, are no better. These standard errors should not be used if $N_g$ is small, see Section IVB, but here $N_g$ is large. The cluster-robust standard error ($se = 0.0217$), from option `vce(cluster state)` is 5.5 times as large, however, leading to the more sensible result that the regressor is statistically insignificant ($t = -1.04$). In results not presented in Table 1, the cluster-robust standard errors of age, age squared and education were, respectively, 1.2, 1.2 and 2.3 times the default, so again ignoring clustering understates the standard errors. A pairs cluster bootstrap (without asymptotic refinement), from option `vce(boot, cluster(state))`, yields very similar standard error as expected.

For FGLS the cluster-robust standard error, computed using (15) or by a pairs cluster bootstrap, is fairly close to the default standard error computed using (14). This suggests that random effects models the error correlation well.

This example illustrates that clustering can make a big difference even when errors are only weakly correlated within cluster (the intraclass correlation of the residuals in this application is 0.018), if additionally the regressor is highly correlated within cluster (here perfectly correlated within cluster) and cluster sizes are large (ranging here from 519 to 5866). The cluster-robust OLS and FGLS standard errors are very similar (.0217 in both cases), so in this example random effects FGLS led to no improvement in efficiency.

Note that formula (6) suggests that the cluster-robust standard errors are 4.9 times the default ( $\sqrt{1 + (1 \times 0.018 \times (65685/51 - 1)} = 4.9$), close to the observed multiple of 5.5. Formula (6) may work especially well in this example as taking the natural logarithm of wage leads to model error that is close to homoskedastic and equicorrelation is a good error model for individuals clustered in regions.

To illustrate the potential pitfalls of pairs cluster bootstrapping for standard errors with few clusters, discussed in Section VIC, we examine a modification with six randomly selected states broken into treated (AZ, LA, MD) and control (DE, PA, UT). For these states, we estimate a model similar to that in Table 1. Then $\widehat{\beta} = 0.0373$ with default $se = 0.0128$. We then perform 1000 replications, resampling the six states with replacement, and perform a pairs cluster bootstrap in each replication. The bootstrap $se = 0.0622$ is not too different from the cluster-robust $se = 0.0577$. But several problems arise. First, 38 replications cannot be estimated, presumably due to no variation in treatment in the bootstrap samples. Second, a kernel density estimate of the bootstrapped $\widehat{\beta}s$ reveals that their distribution is very multi-modal and has limited density near the middle of the distribution. And there are many outliers as the 5th percentile of bootstrap replicates is $-0.1010$, and the 95th percentile is 0.1032. These numbers are much more than would be expected based on the

47

CRVE. Considering these results, we would not feel comfortable using the pairs cluster bootstrap in this dataset with these few clusters.

## VIIIB. Individual-level Cross-section Data: Monte Carlo

We next perform a Monte Carlo exercise based on the same regression, with 1000 replications. In each replication, we generate a dataset by sampling (with replacement) states and all their associated observations. For quicker computation of the Monte Carlo simulation, we draw states from a 3% sample of individuals within each state, so there are on average approximately 40 observations per cluster. We explore the effect of the number of clusters $G$ by performing varying simulations with $G$ in $\{6, 10, 20, 30, 50\}$. Given a sample of states, we assign a dummy "policy" variable to one-half of the states. We run OLS regressions of log-wage on the policy variable and the same controls as in Table 1.

In these simulations we perform tests of the null hypothesis that the slope coefficient of the policy variable is zero. Table 2 presents rejection rates that with millions of replications should all be 0.05, since we are testing a true hypothesis at a nominal 5% level. Because only 1,000 simulations are performed, we expect that 95% of these simulations will yield estimated test size in the range $(0.036, 0.064)$ if the true test size is 0.05.

We begin with lengthy discussion of the last column, which shows results for $G = 50$. Rows 1-9 report Wald tests based on $t = \widehat{\beta}/se$ where $se$ is computed in various ways, while rows 10-13 report results of bootstraps with an asymptotic refinement.

Rows 1-3 are obtained by standard Stata commands – row 1 by `regress, vce(robust)`; row 2 by `xtreg, vce(robust)` after `xtset state`; and row 3 by `regress, vce(cluster state)`. Ignoring clustering leads to great over-rejection. The problem is that standard errors that (correctly) control for clustering are 1.3 times larger – using formula (6) for a 3% sample yields $\sqrt{1 + (1 \times 0.018 \times (0.03 \times 65685/51 - 1)} = 1.30$. So $t = 1.96$ using the heteroskedastic-robust standard error is really $t = 2/1.3 = 1.51$ and, using standard normal critical values, an apparent $p = 0.05$ is really $p = 0.13$. Rows 2 and 3 both use the CRVE, but with different critical values. Using $T(G-1)$ in row 3 leads to rejection rate that is closer to 0.05 than does using $N[0,1]$ in row 2. Using $T(G-2)$ in row 4, suggested by the study of Donald and Lang (2007), leads to slight further improvement, but there is still over-rejection.

Rows 5 and 6 use the residual bias adjustments CR2 and CR3 discussed in Section VIB, along with $T(G-1)$ critical values. This leads to further decrease in the rejection rates, towards the desired 0.05.

Rows 7 and 8 combine the residual bias adjustment CR2 with the data-determined degrees-of-freedom of Section VID. For these data the Imbens and Kolesar (2013) measure $v^*$ in (26), denoted IK, and the Carter, Schnepel and Steigerwald (2013) measure $G^*$ in (27) both equal 17 on average when $G = 50$ (see rows 14 and 17). This leads to further improvement in the Monte Carlo rejection rate.

Row 9 uses bootstrap standard errors obtained by a pairs cluster bootstrap, implemented

using command `regress, vce(boot, cluster(state))`. The rejection rate is essentially the same as that in row 3, as expected since this bootstrap has no asymptotic refinement.

Rows 10-13 implement the various percentile-t bootstraps with asymptotic refinement presented in Section VIC. These lead to mild over-rejection, with rejection rate of 0.06 rather than 0.05. Row 10 can be computed using the `bootstrap:` command, see our posted code, while rows 11-13 require additional coding. Only 399 bootstraps need be used here as any consequent bootstrap simulation error averages out over the many Monte Carlo replications. But if these bootstraps were used just once, as in an empirical study, a percentile-t bootstrap should use at least 999 replications.

As we examine settings with fewer clusters most methods lead to rejection rates even further away from the nominal test size of 0.05. The methods that appear to perform best are the CR3 residual-correction with $T(G-1)$ critical values and the CR2 residual-correction with $T(v^*)$ critical values where $v^*$ is the Imbens and Kolesar (2013) calculated degrees of freedom.

Consider the case $G = 6$. The choice of degrees of freedom makes an enormous difference, as the critical value for a test at level 0.05 rises from 2.571 to 2.776 and 3.182 for, respectively, the $T(5)$, $T(4)$ and $T(3)$ distributions, and from row 14 the IK degrees of freedom averages 3.3 across the simulations. The CSS degrees of freedom is larger as, from Section VID, it involves an approximation that only disappears as $G$ becomes large.

It appears that using HC2 with the Imbens and Kolesar degrees of freedom does best; although with 1000 Monte Carlo replications, we cannot statistically distinguish between the results in rows 3-13.

Finally we compare the variability in cluster-robust standard errors to that for heteroskedastic-robust standard errors. We return to the full cross-section micro dataset and perform 1000 replications, resampling the 50 states with replacement. The standard deviation of the cluster-robust standard error was 12.3% of the mean cluster-robust standard error, while the standard deviation of the heteroskedastic-robust standard error was 4.5% of its mean. So although the CRVE is less biased than heteroskedastic-robust (or default), it is also more variable. But this variability is still relatively small, especially compared to the very large bias if clustering is not controlled for.

## VIIIC. State–Year Panel Data: One Sample

We next turn to a panel difference-in-difference application motivated by Bertrand, Duflo, and Mullainathan (2004). The model estimated for 51 states from 1977 to 2012 is

$$y_{ts} = \alpha_s + \delta_t + \gamma \times d_{ts} + u_{ts}, \tag{33}$$

where $y_{ts}$ is the average log-wage in year $t$ and state $s$, $\alpha_s$ and $\delta_t$ are state and year dummies, and $d_{ts}$ is a random "policy" variable that turns on and stays on for the last 18 years. Here $G = 51$, $T = 36$ and $N = 1836$. To speed up bootstraps, and to facilitate computation of the CR2 residual adjustment, we partial out the state and year fixed effects and regress

49

(without intercept) $\widehat{u}_{y,ts}$ on $\widehat{u}_{d,ts}$, where $\widehat{u}_{y,ts}$ (or $\widehat{u}_{d,ts}$) is the residual from OLS regression of $y_{ts}$ (or $d_{ts}$) on state and year fixed effects.

Table 3 presents results for the policy dummy regressor which should have coefficient zero since it is randomly assigned.

We begin with model 1, OLS controlling for state and year fixed effects. Using default or White-robust standard errors (rows 1-2) leads to a standard error of 0.0042 that is much smaller than the cluster-robust standard error of 0.0153 (row 3), where clustering is on state. Similar standard errors are obtained using the CR2 correction and bootstrap without asymptotic refinement (rows 3-6). Note that even after controlling for state fixed effects, the default standard errors were greatly under-estimated, with cluster-robust standard errors 3.6 times larger.

The second column of results for model 1 gives p-values for tests of the null hypothesis that $\gamma = 0$. Default and heteroskedastic-robust standard errors lead to erroneously large t-statistics (of 4.12 and 4.10), $p = 0.000$, and hence false rejections of the null hypothesis. Using standard errors that control for clustering (rows 3-6) leads to $p \simeq 0.2$ so that the null is not rejected. Note that here the IK and CSS degrees of freedom are calculated to be $G-1$, an artifact of having balanced clusters and a single regressor that is invariant within cluster. Rows 7-9 report p-values from several percentile-t bootstraps that again lead to rejection of $H_0 : \gamma = 0$.

Model 2 drops state fixed effects from the model (33). Then the cluster-robust standard error (row 3) is 0.0276, compared to 0.0153 when state-fixed effects are included (Model 1). So inclusion of state fixed effects does lead to more precise parameter estimates. But even with state fixed effects included (model 1) there is still within-cluster correlation of the error so that one still needs to use cluster-robust standard errors. In fact in both Models 1 and 2 the cluster-robust standard errors are approximately 3.7 times the default.

Model 3 estimates the model with FGLS, allowing for an AR(1) process for the errors. Since there are 36 years of data the bias correction of Hansen (2007b), see Section IIIC, will make little difference. For this column we control for state and year fixed effects, similar to OLS in Model 1. The cluster-robust standard errors (row 3) are much smaller for FGLS (0.0101) than for OLS (0.0153), indicating improved statistical precision. For FGLS there is some difference between default standard errors (0.0070) and cluster-robust standard errors (0.0101), suggesting that an AR(1) model is not the perfect model for the within-state error correlation over time.

## VIIID. State–Year Panel Data: Monte Carlo

We next embed the panel data example in a Monte Carlo simulation for the OLS estimator, with 1000 replications. In each simulation, we draw a random set of $G$ states (with replacement). When a state is drawn, we take all years of data for that state. We then assign our DiD "policy" variable to half the states. As for Table 2, we examine varying numbers of states, ranging from six to fifty. In these simulations we perform tests of the null hypothesis

that the slope coefficient of the policy variable is zero. Again 95% of exercises such as this should yield an estimated test size in the range (0.036, 0.064).

We begin with the last column of the table, with $G = 50$ states. All tests aside from that based on default standard errors (row 1) have rejection rates that are not appreciably different from 0.05, once we allow for simulation error.

As the number of clusters decreases it becomes clear that one should use the $T(G-1)$ or $T(G-2)$ distribution for critical values, and even this leads to over-rejection with low $G$. The pairs cluster percentile-t bootstrap fails with few clusters, with rejection rate of only 0.01 when $G = 6$. For low $G$, the wild cluster percentile-t bootstrap has similar results with either 2-point or 6-point weights, with some over-rejection.

## IX. Concluding Thoughts

It is important to aim for correct statistical inference, many empirical applications feature the potential for errors to be correlated within clusters, and we need to make sure our inference accounts for this. Often this is straightforward to do using traditional cluster-robust variance estimators - but sometimes things can be tricky. The leading difficulties are (1) determining how to define the clusters, and (2) dealing with few clusters; but other complications can arise as well. When faced with these difficulties, there is no simple hard and fast rule regarding how to proceed. You need to think carefully about the potential for correlations in your residuals, and how that interacts with correlations in your covariates. In this essay we have aimed to present the current leading set of tools available to practitioners to deal with clustering issues.

# X. References

Abadie, Alberto, Alexis Diamond, and Jens Hainmueller. 2010. "Synthetic Control Methods for Comparative Case Studies: Estimating the Effect of California's Tobacco Control Program," *Journal of the American Statistical Association* 105(490): 493-505.

Acemoglu, Daron, and Jörn-Steffen Pischke. 2003. "Minimum Wages and On-the-job Training." *Research in Labor Economics* 22: 159-202.

Andrews, Donald W. K. and James H. Stock. 2007. "Inference with Weak Instruments." In *Advances in Economics and Econometrics, Theory and Applications: Ninth World Congress of the Econometric Society*, Vol. III, ed. Richard Blundell, Whitney K. Newey, and T. Persson, Ch.3. Cambridge: Cambridge University Press.

Angrist, Joshua D., and Victor Lavy. 2002. "The Effect of High School Matriculation Awards: Evidence from Randomized Trials." *American Economic Review* 99: 1384-1414.

Angrist, Joshua D., and Jörn-Steffen Pischke. 2009. *Mostly Harmless Econometrics: An Empiricist's Companion.* Princeton: Princeton University Press.

Arellano, Manuel 1987. "Computing Robust Standard Errors for Within-Group Estimators." *Oxford Bulletin of Economics and Statistic* 49: 431-434.

Barrios, Thomas, Rebecca Diamond, Guido W. Imbens, and Michal Kolesár. 2012. "Clustering, Spatial Correlations and Randomization Inference." *Journal of the American Statistical Association* 107(498): 578–591.

Baum, Christopher F., Mark E. Schaffer, Steven Stillman. 2007. "Enhanced Routines for Instrumental Variables/GMM Estimation and Testing." *The Stata Journal* 7(4): 465-506.

Bell, Robert M., and Daniel F. McCaffrey. 2002. "Bias Reduction in Standard Errors for Linear Regression with Multi-Stage Samples." *Survey Methodology* 28: 169-179.

Bertrand, Marianne, Esther Duflo, and Sendhil Mullainathan. 2004. "How Much Should We Trust Differences-in-Differences Estimates?." *Quarterly Journal of Economics* 119: 249-275.

Bester, C. Alan, Timothy G. Conley, and Christian B. Hansen. 2011. "Inference with Dependent Data Using Cluster Covariance Estimators." *Journal of Econometrics* 165: 137-151.

Bhattacharya, Debopam. 2005. "Asymptotic Inference from Multi-stage Samples." *Journal of Econometrics* 126: 145-171.

Bound, John, David A. Jaeger, and Regina M. Baker. 1995. "Problems with Instrumental Variables Estimation when the Correlation Between the Instruments and the Endogenous Explanatory Variable is Weak." *Journal of the American Statistical Association* 90: 443-450.

Brewer, Mike, Thomas F. Crossley, and Robert Joyce. 2013. "Inference with Differences-in-Differences Revisited." Unpublished.

Cameron, A. Colin, Jonah G. Gelbach, and Douglas L. Miller. 2006. "Robust Inference with Multi-Way Clustering." NBER Technical Working Paper 0327.

———. 2008. "Bootstrap-Based Improvements for Inference with Clustered Errors." *Review of Economics and Statistics.* 90: 414-427.

————. 2011. "Robust Inference with Multi-Way Clustering." *Journal Business and Economic Statistics* 29(2): 238-249.

Cameron, A. Colin, and Douglas L. Miller. 2011. "Robust Inference with Clustered Data." In *Handbook of Empirical Economics and Finance*. ed. Aman Ullah and David E. Giles, 1-28. Boca Raton: CRC Press.

————. 2012. "Robust Inference with Dyadic Data: with Applications to Country-pair International Trade." University of California - Davis. Unpublished.

Cameron, A. Colin, and Pravin K. Trivedi. 2005. *Microeconometrics: Methods and Applications*. Cambridge University Press.

————. 2009. *Microeconometrics using Stata*. College Station, TX: Stata Press.

Carter, Andrew V., Kevin T. Schnepel, and Douglas G. Steigerwald. 2013. "Asymptotic Behavior of a t Test Robust to Cluster Heterogeneity." University of California - Santa Barbara. Unpublished.

Cheng, Cheng, and Mark Hoekstra. 2013. "Pitfalls in Weighted Least Squares Estimation: A Practitioner's Guide." Texas A&M University. Unpublished.

Chernozhukov, Victor, and Christian Hansen. 2008. "The Reduced Form: A Simple Approach to Inference with Weak Instruments." *Economics Letters* 100: 68-71.

Conley, Timothy G. 1999. "GMM Estimation with Cross Sectional Dependence." *Journal of Econometrics* 92: 1-45.

Conley, Timothy G., and Christopher R. Taber. 2011. "Inference with 'Difference in Differences' with a Small Number of Policy Changes." *Review of Economics and Statistics* 93(1): 113-125.

Davidson, Russell, and Emmanuel Flachaire. 2008. "The Wild Bootstrap, Tamed at Last." *Journal of Econometrics* 146: 162–169.

Davis, Peter. 2002. "Estimating Multi-Way Error Components Models with Unbalanced Data Structures." *Journal of Econometrics* 106: 67-95.

Donald, Stephen G., and Kevin Lang. 2007. "Inference with Difference-in-Differences and Other Panel Data." *Review of Economics and Statistics* 89: 221-233.

Driscoll, John C., and Aart C. Kraay. 1998. "Consistent Covariance Matrix Estimation with Spatially Dependent Panel Data." *Review of Economics and Statistics* 80: 549-560.

Duflo, Esther, Rachel Glennerster and Michael Kremer. 2007. "Using Randomization in Development Economics Research: A Toolkit." In *Handbook of Development Economics*, Vol. 4, ed. Dani Rodrik and Mark Rosenzweig, 3895-3962. Amsterdam: North-Holland.

Fafchamps, Marcel, and Flore Gubert. 2007. "The Formation of Risk Sharing Networks." *Journal of Development Economics* 83: 326-350.

Fernández-Val, Iván. 2009. "Fixed Effects Estimation of Structural Parameters and Marginal Effects in Panel Probit Models." *Journal of Econometrics* 150: 70-85.

Finlay, Keith, and Leandro M. Magnusson. 2009. "Implementing Weak Instrument Robust Tests for a General Class of Instrumental-Variables Models." *Stata Journal* 9: 398-421.

Fitzsimons, Emla, Bansi Malde, Alice Mesnard, and Marcos Vera-Hernández. 2012. "Household Responses to Information on Child Nutrition: Experimental Evidence from Malawi." IFS Working Paper W12/07.

Foote, Christopher L. 2007. "Space and Time in Macroeconomic Panel Data: Young Workers and State-Level Unemployment Revisited." Working Paper 07-10, Federal Reserve Bank of Boston.

Greenwald, Bruce C. 1983. "A General Analysis of Bias in the Estimated Standard Errors of Least Squares Coefficients." *Journal of Econometrics* 22: 323-338.

Hansen, Christian. 2007a. "Asymptotic Properties of a Robust Variance Matrix Estimator for Panel Data when T is Large." *Journal of Econometrics* 141: 597-620.

Hansen, Christian. 2007b. "Generalized Least Squares Inference in Panel and Multi-level Models with Serial Correlation and Fixed Effects." *Journal of Econometrics* 141: 597-620.

Hausman, Jerry, and Guido Kuersteiner. 2008. "Difference in Difference Meets Generalized Least Squares: Higher Order Properties of Hypotheses Tests." *Journal of Econometrics* 144: 371-391.

Hemming, Karla, and Jen Marsh. 2013. "A Menu-driven Facility for Sample-size Calculations in Cluster Randomized Controlled Trails." *Stata Journal* 13: 114-135.

Hersch, Joni. 1998. "Compensating Wage Differentials for Gender-Specific Job Injury Rates." *American Economic Review* 88: 598-607.

Hoechle, Daniel. 2007. "Robust Standard Errors for Panel Regressions with Cross–sectional Dependence." *Stata Journal* 7(3): 281-312.

Hoxby, Caroline, and M. Daniele Paserman. 1998. "Overidentification Tests with Group Data." NBER Technical Working Paper 0223.

Ibragimov, Rustam, and Ulrich K. Müller. 2010. "T-Statistic Based Correlation and Heterogeneity Robust Inference." *Journal of Business and Economic Statistics* 28(4): 453-468.

Imbens, Guido W., and Michal Kolesar. 2012. "Robust Standard Errors in Small Samples: Some Practical Advice." NBER Working Paper 18478.

Inoue, Atsushi, and Gary Solon. 2006. "A Portmanteau Test for Serially Correlated Errors in Fixed Effects Models." *Econometric Theory* 22: 835-851.

Kézdi, Gábor. 2004. "Robust Standard Error Estimation in Fixed-Effects Panel Models." *Hungarian Statistical Review* Special Number 9: 95-116.

King, Miriam, Steven Ruggles, J. Trent Alexander, Sarah Flood, Katie Genadek, Matthew B. Schroeder, Brandon Trampe, and Rebecca Vick. 2010. *Integrated Public Use Microdata Series, Current Population Survey: Version 3.0.* [Machine-readable database]. Minneapolis: University of Minnesota.

Kish, Leslie. 1965. *Survey Sampling.* New York: John Wiley.

Kish, Leslie, and Martin R. Frankel. 1974. "Inference from Complex Surveys with Discussion." *Journal Royal Statistical Society B* 36: 1-37.

Klein, Patrick, and Andres Santos. 2012. "A Score Based Approach to Wild Bootstrap Inference." *Journal of Econometric Methods*:1(1): 23-41.

Kloek, T. 1981. "OLS Estimation in a Model where a Microvariable is Explained by Aggregates and Contemporaneous Disturbances are Equicorrelated." *Econometrica* 49: 205-07.

Liang, Kung-Yee, and Scott L. Zeger. 1986. "Longitudinal Data Analysis Using Generalized Linear Models." *Biometrika* 73: 13-22.

MacKinnon, James. G., and Halbert White. 1985. "Some Heteroskedasticity-Consistent Covariance Matrix Estimators with Improved Finite Sample Properties." *Journal of Econometrics* 29: 305-325.

MacKinnon, James, and Matthew D. Webb. 2013. "Wild Bootstrap Inference for Wildly Different Cluster Sizes." Queens Economics Department Working Paper No. 1314.

McCaffrey, Daniel F., Bell, Robert M., and Carsten H. Botts. 2001. "Generalizations of Bias Reduced Linearization." *Proceedings of the Survey Research Methods Section*, American Statistical Association.

Miglioretti, D. L., and P. J. Heagerty. 2006. "Marginal Modeling of Nonnested Multilevel Data using Standard Software." *American Journal of Epidemiology* 165: 453-463.

Moulton, Brent R. 1986. "Random Group Effects and the Precision of Regression Estimates." *Journal of Econometrics* 32: 385-397.

Moulton, Brent R. 1990. "An Illustration of a Pitfall in Estimating the Effects of Aggregate Variables on Micro Units." *Review of Economics and Statistics* 72: 334-38.

Newey, Whitney K., and Kenneth D. West. 1987. "A Simple, Positive Semi-Definite, Heteroscedasticity and Autocorrelation Consistent Covariance Matrix." *Econometrica* 55: 703-708.

Petersen, Mitchell A. 2009. "Estimating Standard Errors in Finance Panel Data Sets: Comparing Approaches." *Review of Financial Studies* 22: 435-480.

Pfeffermann, Daniel, and Gaf Nathan. 1981. "Regression Analysis of Data from a Cluster Sample." *Journal American Statistical Association* 76: 681-689.

Rabe-Hesketh, Sophia, and Anders Skrondal. 2012. *Multilevel and Longitudinal Modeling Using Stata, Volumes I and II*, Third Edition. College Station, TX: Stata Press.

Rogers, William H. 1993. "Regression Standard Errors in Clustered Samples." *Stata Technical Bulletin* 13: 19-23.

Satterthwaite, F. E. 1946. "An Approximate Distribution of Estimates of Variance Components." *Biometrics Bulletin* 2(6): 110-114.

Schaffer, Mark E., and Stillman, Steven. 2010. "xtoverid: Stata Module to Calculate Tests of Overidentifying Restrictions after xtreg, xtivreg, xtivreg2 and xthtaylor." http://ideas.repec.org/c/boc/bocode/s456779.html

Scott, A. J., and D. Holt. 1982. "The Effect of Two-Stage Sampling on Ordinary Least Squares Methods." *Journal American Statistical Association* 77: 848-854.

Shah, Bbabubhai V., M. M. Holt and Ralph E. Folsom. 1977. "Inference About Regression Models from Sample Survey Data." *Bulletin of the International Statistical Institute Proceedings of the 41st Session* 47(3): 43-57.

Shore-Sheppard, L. 1996. "The Precision of Instrumental Variables Estimates with Grouped Data." Princeton University Industrial Relations Section Working Paper 374.

Solon, Gary, Steven J. Haider, and Jeffrey Wooldridge. 2013. "What Are We Weighting For?" NBER Working Paper 18859.

Staiger, Douglas, and James H. Stock. 1997. "Instrumental Variables Regression with Weak Instruments." *Econometrica* 65: 557-586.

Stock, James H., and Mark W. Watson. 2008. "Heteroskedasticity-robust Standard Errors for Fixed Effects Panel Data Regression." *Econometrica* 76: 155-174.

Thompson, Samuel. 2006. "Simple Formulas for Standard Errors that Cluster by Both Firm and Time." SSRN paper. http://ssrn.com/abstract=914002.

Thompson, Samuel. 2011. "Simple Formulas for Standard Errors that Cluster by Both Firm and Time." *Journal of Financial Economics* 99(1): 1-10.

Webb, Matthew D. 2013. "Reworking Wild Bootstrap Based Inference for Clustered Errors." Queens Economics Department Working Paper 1315.

White, Halbert. 1980. "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity." *Econometrica* 48: 817-838.

White, Halbert. 1984. *Asymptotic Theory for Econometricians.* San Diego: Academic Press.

Wooldridge, Jeffrey M. 2003. "Cluster-Sample Methods in Applied Econometrics." *American Economic Review* 93: 133-138.

Wooldridge, Jeffrey M. 2006. "Cluster-Sample Methods in Applied Econometrics: An Extended Analysis." Michigan State University. Unpublished.

Wooldridge, Jeffrey M. 2010. *Econometric Analysis of Cross Section and Panel Data.* Cambridge, MA: MIT Press.

Yoon, Jungmo, and Antonio Galvao. 2013. "Robust Inference for Panel Quantile Regression Models with Individual Effects and Serial Correlation." Unpublished.

Table 1

Impacts of clustering and estimator choices on estimated coefficients and standard errors

Cross-section Individual data with randomly-assigned State-level variable

| | Estimation Method | |
| --- | --- | --- |
| | OLS | FGLS (Random Effects) |
| Slope coefficient | -0.0226 | -0.0011 |
| Standard Errors | | |
| Default | 0.0042 | 0.0199 |
| Heteroscedastic Robust | 0.0042 | - |
| Cluster Robust (cluster on State) | 0.0217 | 0.0217 |
| Pairs cluster bootstrap | 0.0215 | 0.0227 |
| | | |
| Number observations | 65685 | 65685 |
| Number clusters (states) | 51 | 51 |
| Cluster size range | 519 to 5866 | 519 to 5866 |
| Intraclass correlation | 0.018 | - |

Notes:  March 2012 CPS data, from IPUMS download.  Default standard errors for OLS assume errors are iid; default standard errors for FGLS assume the Random Effects model is correctly specified.  399 Bootstrap replications.  A fixed effect model is not possible, since the regressor is invariant within states.

Table 2 - Cross-section individual level data
Monte Carlo rejection rates of true null hypothesis (slope = 0) with different number of clusters and different rejection methods
Nominal 5% rejection rates

| Estimation Method | Numbers of Clusters | | | | |
|---|---|---|---|---|---|
| | 6 | 10 | 20 | 30 | 50 |
| **Wald Tests** | | | | | |
| 1 White Robust, T(N-k) for critical value | 0.165 | 0.174 | 0.172 | 0.181 | 0.176 |
| 2 Cluster on state, N(0,1) for critical value | 0.213 | 0.130 | 0.091 | 0.098 | 0.080 |
| 3 Cluster on state, T(G-1) for critical value | 0.124 | 0.094 | 0.075 | 0.080 | 0.070 |
| 4 Cluster on state, T(G-2) for critical value | 0.108 | 0.090 | 0.075 | 0.079 | 0.070 |
| 5 Cluster on state, CR2 bias correction, T(G-1) for critical value | 0.089 | 0.075 | 0.066 | 0.071 | 0.065 |
| 6 Cluster on state, CR3 bias correction, T(G-1) for critical value | 0.051 | 0.058 | 0.047 | 0.061 | 0.063 |
| 7 Cluster on state, CR2 bias correction, IK degrees of freedom | 0.060 | 0.056 | 0.045 | 0.056 | 0.055 |
| 8 Cluster on state, CR2 bias correction, T(CSS effective # clusters) | 0.118 | 0.077 | 0.055 | 0.062 | 0.060 |
| 9 Pairs cluster bootstrap for standard error, T(G-1) for critical value | 0.090 | 0.063 | 0.066 | 0.070 | 0.072 |
| | | | | | |
| **Bootstrap Percentile-T methods** | | | | | |
| 10 Pairs cluster bootstrap | 0.019 | 0.037 | 0.043 | 0.069 | 0.057 |
| 11 Wild cluster bootstrap, Rademacher 2 point distribution | 0.081 | 0.062 | 0.050 | 0.068 | 0.055 |
| 12 Wild cluster bootstrap, Webb 6 point distribution | 0.087 | 0.063 | 0.058 | 0.064 | 0.055 |
| 13 Wild cluster bootstrap, Rademacher 2 pt, do not impose null hypothesis | 0.085 | 0.076 | 0.060 | 0.073 | 0.062 |
| | | | | | |
| 14 IK effective DOF (mean) | 3.3 | 5.5 | 9.6 | 12.6 | 17.1 |
| 15 IK effective DOF (5th percentile) | 2.7 | 4.1 | 5.3 | 6.7 | 9.7 |
| 16 IK effective DOF (95th percentile) | 3.8 | 6.9 | 14.3 | 20.3 | 30.4 |
| 17 CSS effective # clusters (mean) | 4.6 | 6.6 | 10.2 | 12.9 | 17.1 |

Notes:  Data drawn from March 2012 CPS data, 3% sample from IPUMS download (later version to use a larger data set).  1000 Monte
Carlo replications (later version to have more reps).  399 Bootstrap replications.  "IK effective DOF" from Imbens and Kolesar (2013), and
"CSS effective # clusters" from Carter, Schnepel and Steigerwald (2013), see section x.x.

Table 3 - State-year panel data with differences-in-differences estimation
Impacts of clustering and estimation choices on estimated coefficients and standard errors

| | Model: 1 | | 2 | | 3 | |
|---|---|---|---|---|---|---|
| Estimation Method: | OLS-FE | p-values for test of statistical significance | OLS, no (state) fixed effects | p-values for test of statistical significance | (AR(1) within each state) | p-values for test of statistical significance |
| Slope coefficient | -0.0198 | | -0.0072 | | 0.0037 | |
| Standard Errors | | | | | | |
| 1 Default standard errors, T(N-k) for critical value | 0.0042 | 0.0000 | 0.0074 | 0.3328 | 0.0070 | 0.5967 |
| 2 White Robust, T(N-k) for critical value | 0.0042 | 0.0000 | 0.0067 | 0.2845 | - | - |
| 3 Cluster on state, T(G-1) for critical value | 0.0153 | 0.2016 | 0.0276 | 0.7959 | 0.0101 | 0.7142 |
| 4 Cluster on state, CR2 bias correction, T(G-1) for critical value | 0.0153 | 0.2017 | 0.0276 | 0.7958 | - | - |
| 5 Cluster on state, CR2 bias correction, IK degrees of freedom | 0.0153 | 0.2017 | 0.0276 | 0.7959 | - | - |
| 6 Pairs cluster bootstrap for standard error, T(G-1) for critical value | 0.0149 | 0.1879 | 0.0278 | 0.7977 | 0.0102 | 0.7172 |
| Bootstrap Percentile-T methods | | | | | | |
| 7 Pairs cluster bootstrap | | 0.1598 | | 0.7832 | | - |
| 8 Wild cluster bootstrap, Rademacher 2 point distribution | | 0.7353 | | 0.9590 | | - |
| 9 Wild cluster bootstrap, Webb 6 point distribution | | 0.7413 | | 0.9590 | | - |
| 10 Imbens-Kolesar effective DOF | 50 | | 50 | | - | |
| 11 Carter-Schnepel-Steigerwald effective # clusters | 51 | | 51 | | - | |
| Number observations | 1836 | | 1836 | | 1836 | |
| Number clusters (states) | 51 | | 51 | | 51 | |

Table 4 - State-year panel data with differences-in-differences estimation
Monte Carlo rejection rates of true null hypothesis (slope = 0) with different # clusters and different rejection methods
Nominal 5% rejection rates

| Estimation Method | Numbers of Clusters | | | | |
|---|---|---|---|---|---|
|  | 6 | 10 | 20 | 30 | 50 |
| Wald Tests |  |  |  |  |  |
| 1 Default standard errors, T(N-k) for critical value | 0.604 | 0.576 | 0.589 | 0.573 | 0.611 |
| 2 Cluster on state, N(0,1) for critical value | 0.136 | 0.104 | 0.054 | 0.042 | 0.055 |
| 3 Cluster on state, T(G-1) for critical value | 0.077 | 0.063 | 0.042 | 0.034 | 0.049 |
| 4 Cluster on state, T(G-2) for critical value | 0.062 | 0.056 | 0.041 | 0.034 | 0.049 |
| 5 Pairs cluster bootstrap for standard error, T(G-1) for critical value | 0.075 | 0.077 | 0.047 | 0.043 | 0.056 |
| Bootstrap Percentile-T methods |  |  |  |  |  |
| 6 Pairs cluster bootstrap | 0.010 | 0.018 | 0.048 | 0.036 | 0.061 |
| 7 Wild cluster bootstrap, Rademacher 2 point distribution | 0.080 | 0.065 | 0.043 | 0.037 | 0.053 |
| 8 Wild cluster bootstrap, Webb 6 point distribution | 0.083 | 0.060 | 0.045 | 0.035 | 0.058 |

Notes: Outcome is mean log wages from March CPS data, 1977-2012. Models include state and year fixed effects, and a "fake policy" dummy variable which turns on starting at 1986, for a random subset of half of the states. 1000 Monte Carlo replications (later version to have more reps). 399 Bootstrap replications.

# Exhibit 8

NBER WORKING PAPER SERIES

WHAT ARE WE WEIGHTING FOR?

Gary Solon
Steven J. Haider
Jeffrey Wooldridge

Working Paper 18859
http://www.nber.org/papers/w18859

NATIONAL BUREAU OF ECONOMIC RESEARCH
1050 Massachusetts Avenue
Cambridge, MA 02138
February 2013

We are grateful for helpful comments from David Autor, Raj Chetty, John DiNardo, Todd Elder, Mike Elsby, Osborne Jackson, Fabian Lange, Jason Lindo, Jim Ziliak, and seminar participants at the University of Kentucky. The views expressed herein are those of the authors and do not necessarily reflect the views of the National Bureau of Economic Research.

NBER working papers are circulated for discussion and comment purposes. They have not been peer-reviewed or been subject to the review by the NBER Board of Directors that accompanies official NBER publications.

© 2013 by Gary Solon, Steven J. Haider, and Jeffrey Wooldridge. All rights reserved. Short sections of text, not to exceed two paragraphs, may be quoted without explicit permission provided that full credit, including © notice, is given to the source.

What Are We Weighting For?
Gary Solon, Steven J. Haider, and Jeffrey Wooldridge
NBER Working Paper No. 18859
February 2013
JEL No. C1

## **<u>ABSTRACT</u>**

The purpose of this paper is to help empirical economists think through when and how to weight the data used in estimation.  We start by distinguishing two purposes of estimation: to estimate population descriptive statistics and to estimate causal effects.  In the former type of research, weighting is called for when it is needed to make the analysis sample representative of the target population.  In the latter type, the weighting issue is more nuanced.  We discuss three distinct potential motives for weighting when estimating causal effects: (1) to achieve precise estimates by correcting for heteroskedasticity, (2) to achieve consistent estimates by correcting for endogenous sampling, and (3) to identify average partial effects in the presence of unmodeled heterogeneity of effects.  In each case, we find that the motive sometimes does not apply in situations where practitioners often assume it does.  We recommend diagnostics for assessing the advisability of weighting, and we suggest methods for appropriate inference.

Gary Solon
Department of Economics
Michigan State University
East Lansing, MI 48824-1038
and NBER
solon@msu.edu

Jeffrey Wooldridge
Department of Economics
Michigan State University
wooldri1@msu.edu

Steven J. Haider
Department of Economics
Michigan State University
101 Marshall Hall
East Lansing, MI 48824
haider@msu.edu

**What Are We Weighting For?**

<u>I.  Introduction</u>

At the beginning of their textbook's section on weighted estimation of regression models, Angrist and Pischke (2009, p. 91) acknowledge, "Few things are as confusing to applied researchers as the role of sample weights.  Even now, 20 years post-Ph.D., we read the section of the Stata manual on weighting with some dismay."  After years of discussing weighting issues with fellow economic researchers, we know that Angrist and Pischke are in excellent company.  In published research, top-notch empirical scholars make conflicting choices about whether and how to weight, and often provide little or no rationale for their choices.  And in private discussions, we have found that accomplished researchers sometimes own up to confusion or declare demonstrably faulty reasons for their weighting choices.

Our purpose in writing this paper is to dispel confusion and dismay by clarifying the issues surrounding weighting.  Our central theme is that the confusion stems from a lack of clarity about which among multiple potential motives for weighting pertains to the research project at hand.  Once one specifies the particular motive for weighting, it becomes straightforward to consider whether the purpose for weighting really does apply, to use appropriate diagnostics to check whether it does, and then to proceed with appropriate estimation and inference methods.  Hence the title of our paper: "What Are We Weighting For?"

In the next section, we pose a prior question: "What Are We Trying to Estimate?"  In some projects, the purpose is to estimate descriptive statistics for a particular population.  In those cases, whether weighting is called for depends simply on whether

weighting is necessary to make the analysis sample representative of the target population. But in many other projects, the purpose is to estimate causal effects. In those cases, the weighting issue becomes more nuanced.

In Sections III, IV, and V, we successively discuss three distinct potential motives for weighting when estimating causal effects: (1) to achieve more precise estimates by correcting for heteroskedasticity, (2) to achieve consistent estimates by correcting for endogenous sampling, and (3) to identify average partial effects in the presence of heterogeneous effects.[1] In each case, after explaining the potential relevance of the motive, we will note that the motive sometimes does not apply in situations where practitioners often assume it does. We will recommend diagnostics for assessing the advisability of weighting, and we will suggest methods for appropriate inference. In Section VI, we will summarize our analysis and our recommendations for empirical practice.

## II.  What Are We Trying to Estimate?

A.  Descriptive Statistics for a Population

Sometimes the purpose of a research project is to estimate descriptive statistics of interest for a population. Consider, for example, the 1967 poverty rate for the United States, which was officially measured as 13 percent based on the Current Population Survey (U.S. Bureau of the Census, 1968). But suppose that one sought to estimate that rate on the basis of the reports of 1967 income in the first wave of the Panel Study of Income Dynamics (PSID) in 1968. The complication is that the PSID began with a

---

[1] The use of propensity-score weighting to control for covariates when estimating treatment effects is discussed elsewhere in this symposium by Imbens ( ).

sample that purposefully overrepresented low-income households by incorporating a supplementary sample drawn from households that had reported low income to the Survey of Economic Opportunity in 1967. As in other surveys that purposefully sample with different probabilities from different parts of the population, the point of the oversampling was to obtain more precise information on a subpopulation of particular interest, in this case the low-income population.[2]

If one estimated the 1967 poverty rate for the United States population with the poverty rate for the full PSID sample, without any weighting to adjust for the low-income oversample, one would estimate the U.S. poverty rate at 26 percent.[3] That, of course, is an upward-biased estimate because the PSID, by design, overrepresents the poor. But one might achieve unbiased and consistent estimation by using the PSID sample's weighted poverty rate, weighting by the inverse probabilities of selection.[4] A visualization of how this works is that the PSID sample design views the U.S. population through a funhouse mirror that exaggerates the low-income population. Weighted estimation views the sample through a reverse funhouse mirror that undoes the original exaggeration. It turns out that the PSID's weighted poverty rate is 12 percent, a more reasonable estimate than the 26 percent figure.

The poverty-rate example illustrates the simple case of estimating a population mean on the basis of a sample that systematically fails to represent the target population, but can be made to represent it by weighting. Much economic research, however, seeks

---

[2] Similarly, the Current Population Survey oversamples in less populous states, and the first wave of the Health and Retirement Study oversampled blacks, Mexican-Americans, and residents of Florida.
[3] This calculation is based on approximating the official poverty line by dividing the PSID-reported "needs standard" by 1.25.
[4] For simplicity, we are overlooking complications from nonresponse, including mishaps in the PSID's implementation of the low-income oversample. For discussion of the latter and further references, see Shin and Solon (2011, footnote 11)

to estimate more complex population statistics. Suppose, for example, that the population descriptive statistic one wishes to estimate is the 1967 earnings gap between black and white men with the same years of schooling and potential work experience (age minus years of schooling minus 5). A typical approach is to attempt to estimate the population linear projection of log earnings on a dummy variable that equals 1 for blacks along with controls for years of schooling and a quartic in potential experience.[5]

Now suppose that one estimates that population regression by performing ordinary least squares (OLS) estimation of the regression of log earnings on the race dummy, years of schooling, and a quartic in potential earnings for black and white male household heads in the PSID sample. Doing so estimates the coefficient of the dummy variable for blacks at -0.344. Because exp (-0.344) = 0.71, this estimate seems to imply that, among male household heads with the same education and potential experience, blacks tended to earn only 71 percent as much as whites.

As in the example of estimating the poverty rate, however, this estimate might be distorted by the PSID's oversampling of low-income households, which surely must lead to an unrepresentative sample with respect to male household heads' earnings. But again, one can apply a reverse funhouse mirror by using weights. In particular, instead of applying ordinary (i.e., equally weighted) least squares to the sample regression, one can use weighted least squares (WLS), minimizing the sum of squared residuals weighted by the inverse probabilities of selection. Doing so leads to an estimated coefficient of $-0.260$ for the dummy variable for blacks, implying that, among male household heads with the same education and potential experience, blacks tended to earn 77 percent as

---

[5] Alternatively, one could control for race differences in covariates through propensity-score weighting. See Imbens ( ) for a general discussion and Elder, Goddeeris, and Haider (2011) for an application to the black/white difference in infant mortality rates.

4

much as whites.  This is still a large shortfall, but not as large as implied by the OLS estimate.  A likely reason is that the particular way that the PSID overrepresented the low-income population involved an especially concentrated oversampling of low-income households in nonmetropolitan areas of the South.  The unweighted PSID therefore may understate typical income for blacks even more than for whites.

What both our examples have in common is that they involve estimating descriptive statistics for a population on the basis of sample data.  If the sample is representative of the target population (the most straightforward case being a simple random sample drawn from that population), the population statistic is consistently estimated by the analogous sample statistic.  If the sample is systematically unrepresentative of the population in a known manner, the population statistic generally is not consistently estimated by the analogous sample statistic, but it can be consistently estimated by reweighting the sample statistic with the inverse probabilities of selection.[6]

This point is intuitive and not at all controversial.  So why does the issue of weighting provoke confusion and dismay among economic researchers?  The answer, which will occupy the rest of this paper, is that much economic research is directed not at estimating population descriptive statistics, but at estimating causal effects.

## B.  Causal Effects

In the microeconometrics textbooks of both Wooldridge (2010) and Angrist and Pischke (2009), the very first page describes the estimation of causal effects as the principal goal of empirical microeconomists.  According to Angrist and Pischke, "In the beginning, we should ask, *What is the causal relationship of interest?*  Although purely

---

[6] For a general formal demonstration, see Wooldridge (1999).

descriptive research has an important role to play, we believe that the most interesting research in social science is about questions of cause and effect, such as the effect of class size on children's test scores. . . ."  Similarly, the first sentences in the Wooldridge textbook are, "The goal of most empirical studies in economics and other social sciences is to determine whether a change in one variable, say $w$, causes a change in another variable, say $y$.  For example, does having another year of education cause an increase in monthly salary?  Does reducing class size cause an improvement in student performance?  Does lowering the business property tax rate cause an increase in city economic activity?"

In contrast to the case of estimating population descriptive statistics, when economists perform estimation of causal effects, the question of whether to weight the data is complex.  There are several distinct reasons that we may (or, as we will stress, sometimes may not) prefer to use weights in our estimation.  We will take up these distinct reasons separately in each of the next three sections.

### III.  Correcting for Heteroskedasticity

One motivation for weighting, taught for decades in undergraduate and graduate econometrics classes, is to correct for heteroskedastic error terms and thereby achieve more precise estimation of coefficients in linear or nonlinear regression models of causal effects.  A nice example of this motivation comes from the literature on the impact of unilateral divorce laws on the divorce rate.  During the 1970s, many states in the United States adopted laws allowing unilateral divorce, instead of requiring mutual consent of both spouses.  Were these laws responsible for the rise in divorce rates that occurred

during that period?  In two insightful and influential articles published in the *American Economic Review*, Leora Friedberg (1998) and Justin Wolfers (2006) reported differences-in-differences estimates of the impact of unilateral divorce laws on divorce rates.  In particular, using a panel of annual state divorce rates over time, they estimated linear regressions of the divorce rate on dummy variables for unilateral divorce laws with controls for state fixed effects and secular time trends.  Following the practice of many other top-notch empirical economists,[7] both Friedberg and Wolfers weighted by state/year population in the estimation of their regression models.  Friedberg justified the weighting as a correction for population-size-related heteroskedasticity in the state/year error terms.

Table 1 presents examples from a wide set of variations on the Friedberg/Wolfers regressions reported in Lee and Solon (2011).  The regressions are estimated with Wolfers's 1956-1988 data on annual divorce rates by state.  The main point of Wolfers's article was that the short-run and long-run effects of unilateral divorce may differ, so the regressions in Table 1 follow Wolfers in representing unilateral divorce with a set of dummy variables for whether unilateral divorce had been in place for up to 2 years, 3-4 years, 5-6 years, ..., 13-14 years, or at least 15 years.  The dependent variable is the logarithm of the annual divorce rate by state, and the regressions include controls for state fixed effects, year fixed effects, and state-specific linear time trends.

The table's first column follows Friedberg and Wolfers in estimating by weighted least squares with weighting by state/year population.  The second column uses ordinary least squares, which weights all observations equally.  In both instances, to maintain

---

[7] Some other prominent examples of similarly weighted estimation are Card and Krueger (1992), Autor, Katz, and Krueger (1998), Levitt (1998), Donohue and Levitt (2001), Borjas (2003), and Dehejia and Lleras-Muney (2004).

agnosticism about which weighting approach – if either – comes close to producing a homoskedastic error term, Table 1 reports standard error estimates robust to heteroskedasticity (as well as to serial correlation over time within the same state).[8]

Setting aside other interesting aspects of these results (for example, the absence in this specification of any evidence for a positive effect of unilateral divorce on divorce rates), notice this striking pattern:  Even though Friedberg's expressed purpose in weighting was to improve the precision of estimation, the robust standard error estimates are smaller for OLS than for WLS.  For the estimated effects over the first eight years after adoption of unilateral divorce, the robust standard error estimates for OLS are only about half those for WLS.  Apparently, weighting by population made the estimates *much less* precise!  And as discussed by Dickens (1990), this is quite a common phenomenon.

To see what's going on here, let's start with the classic heteroskedasticity-based argument for weighting when the dependent variable is a group average and the averages for different groups are based on widely varying within-group sample sizes.  Suppose the model to be estimated is

(1)     $y_i = X_i \beta + v_i$

where $y_i$ is a group-level average outcome observed for group $i$ and the error term is fully independent of the explanatory variables.  The group-average error term $v_i$ equals $\sum_{j=1}^{J_i} v_{ij} / J_i$, where $v_{ij}$ is the micro-level error term for individual $j$ in group $i$ and $J_i$ denotes the number of individuals observed in group $i$.  If $v_{ij}$ is independently and

---

[8] Lee and Solon (2011) show that, for both the OLS and WLS results, naïve standard error estimates that correct for neither heteroskedasticity nor serial correlation are far smaller than the robust estimates.  This occurs mainly because the error term is highly serially correlated.

identically distributed with variance $\sigma^2$, then elementary statistics shows that the variance of the group-average error term $v_i$ is $\sigma^2 / J_i$. Thus, if $J_i$ varies widely across groups (e.g., if many more individuals are observed in California than in Wyoming), the group-average error term $v_i$ is highly heteroskedastic. Then, as taught in almost every introductory econometrics course, OLS estimation of $\beta$ in equation (1) is inefficient and also leads to inconsistent standard error estimation if nothing is done to correct the standard error estimates for heteroskedasticity. The WLS estimator that applies least squares to the reweighted equation

(2)    $$\sqrt{J_i}\, y_i = \sqrt{J_i}\, X_i \beta + \sqrt{J_i}\, v_i$$

is the minimum-variance linear unbiased estimator and also generates consistent standard error estimation.

    This presumably is the line of thinking that led Friedberg and Wolfers to use WLS to estimate their divorce-rate regressions. Compared to Wyoming, California offers many more observations of the individual-level decision of whether or not to divorce, and therefore it seems at first that weighting by state population should lead to more precise coefficient estimation. And yet, for the specification shown in Table 1, it appears that weighting by population *harms* the precision of estimation.

    What is going on here is explained in Dickens's (1990) excellent article subtitled "Is It Ever Worth Weighting?" Dickens points out that, in many practical applications, the assumption that the individual-level error terms $v_{ij}$ are independent is wrong. Instead, the individual-level error terms within a group are positively correlated with each other because they have unobserved group-level factors in common. In current parlance,

the individual-level error terms are "clustered." Dickens illustrates with the simple example of an error components model for the individual-level error term:

(3)    $v_{ij} = c_i + u_{ij}$

where each of the error components, $c_i$ and $u_{ij}$, is independently and identically distributed (including independence of each other), with respective variances $\sigma_c^2$ and $\sigma_u^2$.

In this scenario, the variance of the group-average error term $v_i$ is not $\sigma^2 / J_i$, but rather is

(4)    $Var(v_i) = \sigma_c^2 + (\sigma_u^2 / J_i)$.

If $\sigma_c^2$ is substantial and the sample size $J_i$ is sufficiently large in every group (e.g., a lot of people live in Wyoming, even if not nearly as many as in California), the variance of the group-average error term may be well approximated by $\sigma_c^2$, which is homoskedastic. In that case, OLS applied to equation (1) is nearly the best linear unbiased estimator. In contrast, if one weights by $\sqrt{J_i}$, as in equation (2), the reweighted error term has variance $J_i\sigma_c^2 + \sigma_u^2$, which could be highly heteroskedastic. This provides an explanation for why weighting by the within-group sample size sometimes leads to less precise estimation than OLS.[9] On the other hand, if $\sigma_c^2$ is small and the within-group sample size $J_i$ is highly variable and small in some groups, weighting by the within-

---

[9] An important related point is that, if one has access to the individual-level data on $y_{ij}$ and applies OLS to the regression of $y_{ij}$ on $X_i$, this is numerically identical to the group-average WLS of equation (2), and hence suffers from the same inefficiency associated with ignoring the clustered nature of the error term. For more discussion of the mapping between individual-level and group-average regressions, see Wooldridge (2003) and Donald and Lang (2007).

group sample size may indeed improve the precision of estimation, sometimes by a great deal.

So what is a practitioner to do?  Fortunately, as Dickens points out, it is easy to approach the heteroskedasticity issue as an empirical question.  One way to go is to start with OLS estimation of equation (1), and then use the OLS residuals to perform the standard heteroskedasticity diagnostics we teach in introductory econometrics.  For example, in this situation, the modified Breusch-Pagan test described in Wooldridge (2013, pp. 276-8) comes down to just applying OLS to a simple regression of the squared OLS residuals on the inverse within-group sample size $1/J_i$.  The significance of the *t*-ratio for the coefficient on $1/J_i$ indicates whether the OLS residuals display significant evidence of heteroskedasticity.  The test therefore provides some guidance for whether weighted estimation seems necessary.  A remarkable feature of this test is that the estimated intercept consistently estimates $\sigma_c^2$, and the estimated coefficient of $1/J_i$ consistently estimates $\sigma_u^2$.  This enables an approximation of the variance structure in equation (4), which then can be used to devise a more refined weighting procedure that, unlike the simple weighting scheme in equation (2), takes account of the group error component $c_i$.

So our first recommendation to practitioners in this situation is not to assume that heteroskedasticity is (or is not) an issue, but rather to perform appropriate diagnostics before deciding.  We wish to make two additional recommendations.  One is that, regardless of whether one uses weighted or unweighted estimation, the inevitable uncertainty about the true variance structure means that some heteroskedasticity may

11

remain in the error term.  We therefore recommend reporting heteroskedasticity-robust standard error estimates.

Finally, it often is good practice to report both weighted and unweighted estimates.  For one thing, as in our divorce example, a comparison of the robust standard error estimates is instructive about which estimator is more precise.  But there is an additional consideration.  Under exogenous sampling and correct specification of the conditional mean of $y$ in equation (1), both OLS and WLS are consistent for estimating the regression coefficients.  On the other hand, under either the endogenous sampling discussed in the next section or model misspecification (an example of which is the failure to model heterogeneous effects, to be discussed in Section V), OLS and WLS generally have different probability limits.  Therefore, as suggested by DuMouchel and Duncan (1983), the contrast between OLS and WLS estimates can be used as a diagnostic for model misspecification or endogenous sampling.[10]

In truth, of course, the parametric models we use for estimating causal effects are nearly always misspecified at least somewhat.  Thus, the practical question is not whether a chosen specification is exactly the true data-generating process, but rather whether it is a good enough approximation to enable nearly unbiased and consistent estimation of the causal effects of interest.  When weighted and unweighted estimates contradict each other, this may be a red flag that the specification is not a good enough approximation to the true form of the conditional mean.  For example, Lee and Solon (2011) find that, when the dependent variable used in the divorce-rate regressions is specified not in logs, but in levels (as in both the Friedberg and Wolfers studies), the OLS and WLS estimates

---

[10] See Deaton (1997, p. 72) for a clear exposition of how to assess the statistical significance of the contrast between OLS and WLS estimates of a linear regression model when, under the null hypothesis, OLS is efficient.  For a more general treatment, see Wooldridge (2001, pp. 463-4).

are dramatically different from each other.  This in itself does not pinpoint exactly what is wrong with the linear-in-levels model specification, but it is a valuable warning sign that the issue of functional form specification warrants further attention.

## IV.  Correcting for Endogenous Sampling

An altogether different motive for weighting in research on causal effects is to achieve consistent estimation in the presence of endogenous sampling.  A nice example comes from the classic paper on choice-based sampling by Manski and Lerman (1977).  Suppose one is studying commuters' choice of transit mode, such as the choice between driving to work and taking the bus.  One might be particularly interested in how certain explanatory variables, such as bus fare and walking distance to and from bus stops, affect the probability of choosing one mode versus the other.  Given a random sample of commuters, most empirical researchers would perform maximum likelihood estimation of a probit or logit model for the binary choice between transit modes.

But suppose the sample is drawn not as a random sample of commuters, but as a choice-based sample.  As Manski and Lerman explain, "in studying choice of mode for work trips, it is often less expensive to survey transit users at the station and auto users at the parking lot than to interview commuters at their homes."  Manski and Lerman show that, if the resulting sample overrepresents one mode and underrepresents the other relative to the population distribution of choices, maximizing the conventional log likelihood (which is an incorrect log likelihood because it fails to account for the endogenous sampling) generally results in inconsistent parameter estimation.[11]  And if

---

[11] They also note a quirky exception: In a logit model that includes mode-specific intercepts in the associated random-utility model, the coefficients of the other explanatory variables are consistently

instead one maximizes the quasi-log likelihood that weights each observation's contribution to the conventional log likelihood by its inverse probability of selection from the commuter population (thus using a reverse funhouse mirror to make the sample representative of the population), consistent estimation of the parameters is restored.

Another example is estimating the earnings return to an additional year of schooling. Most labor economists would frame their analysis within a linear regression of log earnings on years of schooling with controls for other variables such as years of work experience. Although that regression model has been estimated countless times by OLS, researchers cognizant of the endogeneity of years of schooling often have sought to devise instrumental variables (IV) estimators of the regression. In any case, if the regression were estimated with the full PSID without any correction for the oversampling of the low-income population, this would lead to inconsistent estimation of the regression parameters. The sampling would be endogenous because the sampling criterion, family income, is related to the error term in the regression for log earnings. Again, however, for an estimation strategy that would be consistent if applied to a representative sample, suitably weighted estimation would achieve consistency. For example, if the schooling variable somehow were exogenous so that OLS estimation with a representative sample would be consistent, then applying WLS to the endogenously selected sample (weighting each contribution to the sum of squares by its inverse probability of selection) also would be consistent. This could be achieved by applying least squares to an equation that looks like equation (2), but now with $J_i$ standing for the inverse probability of selection.

---

estimated. That is a peculiar feature of the logit specification, and it does not carry over to other specifications such as the probit model. Furthermore, without a consistent estimate of the intercept, one cannot obtain consistent estimates of the average partial effects, which are commonly reported in empirical studies.

Similarly, if one were to perform IV estimation, one would need to weight the IV orthogonality conditions by the inverse probabilities of selection.

These examples illustrate a more general point, analyzed formally in Wooldridge (1999) for the entire class of M-estimation. In the presence of endogenous sampling, estimation that ignores the endogenous sampling generally will be inconsistent. But if instead one weights the criterion function to be minimized (a sum of squares, a sum of absolute deviations, the negative of a log likelihood, a distance function for orthogonality conditions, etc.) by the inverse probabilities of selection, the estimation becomes consistent.

An important point stressed in Wooldridge (1999) is that, if the sampling probabilities vary exogenously instead of endogenously, weighting might be unnecessary for consistency and harmful for precision. In the case of a linear regression model that correctly specifies the conditional mean, the sampling would be exogenous if the sampling probabilities are independent of the error term in the regression equation. This would be the case, for example, if the sampling probabilities vary only on the basis of explanatory variables. More generally, the issue is whether the sampling is independent of the dependent variable conditional on the explanatory variables.

For example, suppose one estimates a linear regression model with a sample that overrepresents certain states (as in the Current Population Survey), but the model includes state dummy variables among the explanatory variables. Then, if the model is correctly specified (more about that soon), the error term is not related to the sampling criterion, and weighting is unnecessary. If the error term obeys the ideal conditions, then

OLS estimation is optimal in the usual way.[12] Is there any cost to using WLS instead of OLS when weighting is unnecessary for consistency? Yes, there can be an efficiency cost. If the error term was homoskedastic prior to weighting, the weighting will induce heteroskedasticity, with the usual consequence of imprecise estimation. More generally, when the error term may have been heteroskedastic to begin with, the efficiency comparison between weighting or not weighting by inverse probabilities of selection becomes less clear. Again, as in Section III, we recommend using standard diagnostics for heteroskedasticity as a guide in the search for an efficient estimator.

Of course, we need again to acknowledge that, in practice, one's model is almost never perfectly specified. At best, it is a good approximation to the data-generating process. As a result, just as theorems in microeconomic theory based on unrealistically strong assumptions provide only rough guidance about what is going on in the actual economy, theorems from theoretical econometrics provide inexact (though valuable, in our view) guidance about how to do empirical research. In that light, let's reconsider the example in the previous paragraph. If the sampling probability varies only across states and the regression model that controls for state dummies is a good, though imperfect, approximation to the true model for the conditional mean, then one might reasonably hope that OLS estimation would come close to unbiased and consistent estimation of the effects of the explanatory variables. The same goes for WLS estimation (which also

---

[12] Another practical example is where the survey organization provides sampling weights to adjust for differential non-response, including attrition from a panel survey. If the weights are based only on observable characteristics that are controlled for in the regression model (perhaps gender, race, age, location), it is not clear that there is an advantage to using such weights when estimating that model. For more on this topic, see Wooldridge (2002) and Fitzgerald, Gottschalk, and Moffitt (1998).

would fall short of perfect unbiasedness and consistency[13]), but WLS might be less precise.

In the end, what is our advice to practitioners?  First, if the sampling rate varies endogenously, estimation weighted by the inverse probabilities of selection is needed on consistency grounds.  Second, the weighted estimation should be accompanied by robust estimation of standard errors.  For example, in the case of a linear regression model, the heteroskedasticity induced by the weighting calls for the use of White (1980) heteroskedasticity-robust standard error estimates.[14]  Finally, when the variation in the sampling rate is exogenous, both weighted and unweighted estimation are consistent for the parameters of a correctly specified model, but unweighted estimation may be more precise.  Even then, as in the previous section, we recommend reporting both the weighted and unweighted estimates because the contrast serves as a useful joint test against model misspecification and/or misunderstanding of the sampling process.


## V.  Identifying Average Partial Effects

To consider a third motivation for weighted estimation of causal effects, let's return to the example of divorce-rate regressions.  Recall that, when Lee and Solon followed Friedberg and Wolfers in using the level, rather than the log, of the divorce rate

---

[13] In footnote 15 in the next section, we will mention special cases of model misspecification where, although OLS may be inconsistent for estimating particular causal effects, certain weighted estimators do achieve consistency.

[14] Wooldridge (1999) presents the appropriate "sandwich" estimator of the asymptotic variance-covariance matrix for the general case of M-estimation under endogenous sampling.  Wooldridge (2001) analyzes a subtly different sort of sampling that he calls "standard stratified sampling."  In standard stratified sampling, the survey selects a *deterministically* set number of observations per stratum.  In this case, the asymptotic variance-covariance matrix is more complex, and is strictly smaller than the one analyzed in Wooldridge (1999).  Intuitively, sampling variability is reduced by not leaving the within-stratum sample sizes to chance.  In the example of a linear regression model, the White heteroskedasticity-robust standard error estimates then become conservative in the sense that they are slightly upward-inconsistent estimates of the true standard errors.

as the dependent variable, they found that the OLS and WLS estimates differed dramatically from each other, with the WLS results showing more evidence of a positive impact of unilateral divorce on divorce rates. One possible explanation is that, if the impact of unilateral divorce is heterogeneous – i.e., if it interacts with other state characteristics – then OLS and WLS estimates that do not explicitly account for those interactions may identify different averages of the heterogeneous effects. For example, if unilateral divorce tends to have larger effects in more populous states, then WLS estimation that places greater weight on more populous states will tend to estimate larger effects than OLS does. Indeed, Lee and Solon found that, when they redid WLS with California omitted from the sample, the estimated effects of unilateral divorce came out smaller and more similar to the OLS estimates, which gave the same weight to California as to any other state.

This raises the question of whether one might want to weight in order to identify a particular average of heterogeneous effects, such as the population average partial effect. Indeed, we have the impression that many empirical practitioners believe that, by performing WLS with weights designed to reflect population shares, they do achieve consistent estimation of population average partial effects (e.g., the average impact of unilateral divorce on divorce rates for the U.S. population). This belief may be based on the fact, discussed above in Section II.A, that this WLS approach does consistently estimate the population linear projection of the dependent variable on the explanatory variables. That, however, is not the same thing as identifying the population average

partial effects.[15]  For a previous demonstration of this point, see Deaton (1997, pp. 67-70).

Here, we illustrate with a simple cross-sectional example.  Suppose the true model for an individual-level outcome $y_i$ is

(5)          $y_i = \beta_1 + \beta_2 X_i + \beta_3 D_i + \beta_4 X_i D_i + v_i$

where $D$ is a dummy variable indicating urban (rather than rural) location and the error term $v$ is fully independent of all the explanatory variables.  Then the effect of $X$ on $y$ is heterogeneous, with $\beta_2$ as the rural effect and $\beta_2 + \beta_4$ as the urban effect.  The average effect for the population is the population-weighted average of these two effects, which is $\beta_2 + \beta_4 \pi$ where $\pi$ represents the urban share of the population.

Suppose that one fails to model the heterogeneity of effects and instead estimates the regression of $y$ on just $X$ and $D$, with the interaction term omitted.  And suppose that one does so with data from a survey that oversampled in the urban sector, so that the urban fraction of the sample is $p > \pi$.  The OLS estimator of the coefficient of $X$ does identify a particular weighted average of the rural and urban effects, but no one would expect that weighted average to be the same as the population average effect.  After all, the sample systematically overrepresents the urban sector.  And, as we soon will show, that is indeed one of the reasons that the probability limit of the OLS estimator differs from the population average partial effect.  But the math also will reveal a second reason.  In least squares estimation, observations with extreme values of the explanatory variables

---

[15]One exception in which it *is* the same thing is in a simple regression on one dummy regressor, that is, a simple contrast between the means for two subpopulations.  And this exception extends to the case of a "fully saturated" regression on a set of category dummies, which is a contrast among means for multiple subpopulations.  Another case in which using suitably weighted estimators to identify population linear projections  identifies a population average causal effect is the "doubly robust" estimator of treatment effects introduced by Robins, Rotnitzky, and Zhao (1994) and analyzed by Wooldridge (2007).

have particularly large influence on the estimates. As a result, the weighted average of the rural and urban effects identified by OLS depends not only on the sample shares of the two sectors, but also on how the within-sector variance of $X$ differs between the two sectors.

Now suppose that instead one estimates the regression of $y$ on $X$ and $D$ by WLS with weighting by the inverse probabilities of selection. By reweighting the sample to get the sectoral shares in line with the population shares, WLS eliminates the first reason that OLS fails to identify the population average partial effect, but it does not eliminate the second. As a result, the WLS estimator and the OLS estimator identify different weighted averages of the heterogeneous effects, and *neither one* identifies the population average effect.

To be precise, let $\hat{\beta}_{2,OLS}$ denote the OLS estimator of the coefficient of $X$ when the interaction term is omitted, and let $\hat{\beta}_{2,WLS}$ denote the corresponding WLS estimator. It is straightforward to show that the probability limit of the latter is what one would get from the corresponding population linear projection:

(6)    $\text{plim } \hat{\beta}_{2,WLS} = \beta_2 + \beta_4 \left[ \dfrac{\pi \sigma_1^2}{\pi \sigma_1^2 + (1-\pi)\sigma_0^2} \right]$

where $\sigma_0^2$ and $\sigma_1^2$ respectively denote the within-sector variances of $X$ for the rural and urban sectors. In contrast, the probability limit of the OLS estimator is

(7)    $\text{plim } \hat{\beta}_{2,OLS} = \beta_2 + \beta_4 \left[ \dfrac{p \sigma_1^2}{p \sigma_1^2 + (1-p)\sigma_0^2} \right]$.

If the effect of $X$ were homogeneous (i.e., if $\beta_4 = 0$), then both estimators would be consistent for the homogeneous effect $\beta_2$. Which estimator is preferable would depend

on which is more precise, the question we already discussed in Section III's analysis of heteroskedasticity.

The point of the present section, however, is to consider the heterogeneous-effects case where $\beta_4 \neq 0$. In that case, equations (6) and (7) imply that the inconsistencies of the two estimators with respect to the true population average partial effect $\beta_2 + \beta_4 \pi$ are

$$(8) \qquad \text{plim } \hat{\beta}_{2,WLS} - (\beta_2 + \beta_4 \pi) = \beta_4 \left[ \frac{\pi \sigma_1^2}{\pi \sigma_1^2 + (1-\pi)\sigma_0^2} - \pi \right]$$

and

$$(9) \qquad \text{plim } \hat{\beta}_{2,OLS} - (\beta_2 + \beta_4 \pi) = \beta_4 \left[ \frac{p \sigma_1^2}{p \sigma_1^2 + (1-p)\sigma_0^2} - \pi \right].$$

In the knife-edge special case where $\sigma_0^2 = \sigma_1^2$, WLS is consistent for the population average effect and OLS is not. More generally, though, *both* estimators are inconsistent for the population average effect (or any other average effect that researchers commonly consider interesting). With either over- or undersampling of the urban sector ( $p \neq \pi$ ), WLS and OLS are inconsistent in different ways, and neither strictly dominates the other. It is easy to concoct examples in which each is subject to smaller inconsistency than the other.

Here are the lessons we draw from this example. First, we urge practitioners not to fall prey to the fallacy that, in the presence of unmodeled heterogeneous effects, weighting to reflect population shares generally identifies the population average partial effect. Second, we reiterate the usefulness of the contrast between weighted and unweighted estimates. We said before that the contrast can serve as a test for misspecification, and the failure to model heterogeneous effects is one sort of

misspecification that can generate a significant contrast. Third, where heterogeneous effects are salient, we urge researchers to *study* the heterogeneity, not just try to average it out. Typically, the average partial effect is not the only quantity of interest, and understanding the heterogeneity of effects is important. For example, unless one understands the heterogeneity, it is impossible to extrapolate from even a well-estimated population average effect in one setting to what the average effect might be in a different setting. In the simple example above, this recommendation just amounts to advising the practitioner to include the interaction term instead of omitting it. We understand that, in most empirical studies, studying the heterogeneity is more complex, but we still consider it worthwhile.

## VI.  Summary and General Recommendations for Empirical Practice

In Section II, we distinguished between two types of empirical research: (1) research directed at estimating population descriptive statistics and (2) research directed at estimating causal effects. For the former, weighting is called for when it is needed to make the analysis sample representative of the target population. For the latter, the question of whether and how to weight is more nuanced.

In Sections III-V, we proceeded to discuss three distinct potential motives for weighting when estimating causal effects: (1) to achieve more precise estimates by correcting for heteroskedasticity, (2) to achieve consistent estimates by correcting for endogenous sampling, and (3) to identify average partial effects in the presence of unmodeled heterogeneity of effects. In our detailed discussion of each case, we have noted instances in which weighting is not as good an idea as empirical researchers

sometimes think.  Our overarching recommendation therefore is to take seriously the question in our title: What are we weighting for?  Be clear about the reason that you are considering weighted estimation, think carefully about whether the reason really applies, and double-check with appropriate diagnostics.

A couple of other recurring themes also bear repeating.  In situations in which you might be inclined to weight, it often is useful to report both weighted and unweighted estimates and to discuss what the contrast implies for the interpretation of the results.  And, in many of the situations we have discussed, it is advisable to use robust standard error estimates.

Table 1.  Estimated Effects of Unilateral Divorce Laws

| | (1) | (2) |
|---|---|---|
| Dependent variable: | Log of divorce rate | Log of divorce rate |
| Estimation method: | WLS | OLS |
| First 2 years | -0.022 (0.063) | -0.017 (0.026) |
| Years 3-4 | -0.049 (0.063) | -0.014 (0.031) |
| Years 5-6 | -0.051 (0.064) | -0.022 (0.034) |
| Years 7-8 | -0.033 (0.065) | -0.013 (0.039) |
| Years 9-10 | -0.052 (0.067) | -0.030 (0.046) |
| Years 11-12 | -0.051 (0.074) | -0.015 (0.052) |
| Years 13-14 | -0.043 (0.077) | -0.005 (0.060) |
| Years 15+ | 0.006 (0.084) | 0.026 (0.073) |

Notes: These results are drawn from Lee and Solon (2011, Table 2).  The divorce rate is the number of divorces per 1,000 persons by state and year.  The standard error estimates in parentheses are robust to heteroskedasticity and serial correlation.  Both regressions include controls for state fixed effects, year fixed effects, and state-specific linear time trends.

## References

Angrist, Joshua D., and Jörn-Steffen Pischke.  2009.  *Mostly Harmless Econometrics: An Empiricist's Companion*.  Princeton, NJ: Princeton University Press.

Autor, David H., Lawrence F. Katz, and Alan B. Krueger.  1998.  "Computing Inequality: Have Computers Changed the Labor Market?"  *Quarterly Journal of Economics*, 113(4): 1169-213.

Borjas, George J.  2003.  "The Labor Demand Curve Is Downward Sloping: Reexamining the Impact of Immigration on the Labor Market."  *Quarterly Journal of Economics*, 118(4): 1335-74.

Card, David, and Alan B. Krueger.  1992.  "Does School Quality Matter?  Returns to Education and the Characteristics of Public Schools in the United States."  *Journal of Political Economy*, 100(1): 1-40.

Deaton, Angus.  1997.  *The Analysis of Household Surveys: A Microeconometric Approach to Development Policy*.  Baltimore: The Johns Hopkins University Press.

Dehejia, Rajeev, and Adriana Lleras-Muney.  2004.  "Booms, Busts, and Babies' Health."  *Quarterly Journal of Economics*, 119(3): 1091-130.

Dickens, William T.  1990.  "Error Components in Grouped Data: Is It Ever Worth Weighting?"  *Review of Economics and Statistics*, 72(2): 328-33.

Donald, Stephen G., and Kevin Lang.  2007.  "Inference with Difference-in-Differences and Other Panel Data."  *Review of Economics and Statistics*, 89(2): 221-33.

Donohue, John J., III, and Steven D. Levitt.  2001.  "The Impact of Legalized Abortion on Crime."  *Quarterly Journal of Economics*, 116(2): 379-420.

DuMouchel, William H., and Greg J. Duncan.  1983.  "Using Sample Survey Weights in

   Multiple Regression Analyses of Stratified Samples."  *Journal of the American*

   *Statistical Association*, 78(383): 535-43.

Elder, Todd E., John H. Goddeeris, and Steven J. Haider.  2011.  "A Deadly Disparity: A

   Unified Assessment of the Black-White Infant Mortality Gap."  *B.E. Journal of*

   *Economic Analysis and Policy (Contributions)*, 11(1).

Fitzgerald, John, Peter Gottschalk, and Robert Moffitt.  1998.  "An Analysis of Sample

   Attrition in Panel Data: The Michigan Panel Study of Income Dynamics."

   *Journal of Human Resources*, 33(2): 251-99.

Friedberg, Leora.  1998.  "Did Unilateral Divorce Raise Divorce Rates?  Evidence from

   Panel Data."  *American Economic Review*, 88(3): 608-27.

Imbens, Guido W.….

Lee, Jin Young, and Gary Solon.  2011.  "The Fragility of Estimated Effects of Unilateral

   Divorce Laws on Divorce Rates."  *B.E. Journal of Economic Analysis and Policy*

   *(Contributions)*, 11(1).

Levitt, Steven D.  1998.  "Juvenile Crime and Punishment."  *Journal of Political*

   *Economy*, 102(4): 1156-85.

Manski, Charles F., and Steven R. Lerman.  1977.  "The Estimation of Choice

   Probabilities from Choice Based Samples."  *Econometrica*, 45(8): 1977-88.

Robins, James M., Andrea Rotnitzky, and Lue Ping Zhao.  1994.  "Estimation of

   Regression Coefficients When Some Regressors Are Not Always Observed."

   *Journal of the American Statistical Association*, 89 (427): 846-66.

Shin, Donggyun, and Gary Solon.  2011.  "Trends in Men's Earnings Volatility: What

Does the Panel Study of Income Dynamics Show?" *Journal of Public Economics* 95(7-8): 973-82.

U.S. Bureau of the Census. 1968. *Current Population Reports: Consumer Income*, P-60 (55). Washington, DC: U.S. Government Printing Office.

White, Halbert. 1980. "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity." *Econometrica*, 48(4): 817-38.

Wolfers, Justin. 2006. "Did Unilateral Divorce Laws Raise Divorce Rates? A Reconciliation and New Results." *American Economic Review*, 96(5): 1802-20.

Wooldridge, Jeffrey M. 1999. "Asymptotic Properties of Weighted M-Estimators for Variable Probability Samples." *Econometrica*, 67(6): 1385-406.

Wooldridge, Jeffrey M. 2001. "Asymptotic Properties of Weighted M-Estimators for Standard Stratified Samples." *Econometric Theory*, 17(2): 451-70.

Wooldridge, Jeffrey M. 2002. "Inverse Probability Weighted M-Estimators for Sample Selection, Attrition, and Stratification." *Portuguese Economic Journal*, 1(2): 117-39.

Wooldridge, Jeffrey M. 2003. "Cluster-Sample Methods in Applied Econometrics." *American Economic Review*, 93(2): 133-8.

Wooldridge, Jeffrey M. 2007. "Inverse Probability Weighted Estimation for General Missing Data Problems." *Journal of Econometrics*, 141 (2): 1281-1301.

Wooldridge, Jeffrey M. 2010. *Econometric Analysis of Cross Section and Panel Data*. 2nd ed. Cambridge, MA: MIT Press.

Wooldridge, Jeffrey M. 2013. *Introductory Econometrics: A Modern Approach*. 5th ed. Mason, OH: South-Western.

# Exhibit 9

Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4

5   _____

                                        )

6                                       )

    THE APPLE IPOD ITUNES ANTI-TRUST    )  No. C-05-0037 YGR

7   LITIGATION                          )

                                        )

8   _____)

9

10

11

12        VIDEOTAPED DEPOSITION OF ROGER G. NOLL

13             San Francisco, California

14              Thursday, May 16, 2013

15                    Volume 1

16

17

18

19

20

21   Reported by:

22   JENNIFER L. FURIA, RPR, CSR

23   CA License No. 8394

24   Job No. 1663538

25   PAGES 1 - 262



Page 50

1  on them?
2      A  Yeah, I think -- I think I do.  Remember that
3  at the time I'm doing this I'm base -- I'm -- my mindset
4  is that I'm believing what's in Fruggia's declaration.
5  That it's everything.  All new products after September.  10:16:06
6  First of all, he said October, then he changed it to
7  September.
8      So my mindset at the time is this is a
9  distinction without meaning.  I now realize it's not
10  true, all right.  That is to say, that what he said      10:16:19
11  isn't actually correct, so.
12      But what I asked them to do, I just don't
13  remember.  I -- I do remember believing that every new
14  product that was brought on the market after September
15  2006 had 7.0 loaded on it, because that's what was in    10:16:37
16  Fruggia's deposition.
17      MR. MITTELSTAEDT:  Let's a take a break.
18      THE VIDEOGRAPHER:  This is the end of disc
19  number one.  The time is 10:17 a.m.  And we are now
20  going off the record.              10:16:50
21      (Recess.)
22      THE VIDEOGRAPHER:  This is the beginning of
23  disc number two.  The time is 10:31 a.m.  And we are now
24  going back on the record.
25  BY MR. MITTELSTAEDT:              10:31:03

Page 51

1      Q  Okay.  If you would open the report to Exhibit
2  16.1 again, please.
3      A  Okay.
4      Q  And let's go to -- yeah, let's go to actually
5  16.2.  This is on the direct sales.          10:31:30
6      A  Okay.
7      Q  So this is the same approach as 16.1 except
8  instead of for the resellers, it's for the direct
9  sales?
10      A  That's correct.              10:31:41
11      Q  Where did the average price come from?  How
12  did -- how did you derive that?
13      A  It's just -- just derived from taking the
14  average of all the transactions of that product during
15  the -- during the damage period.          10:32:03

10:32:39



Page 54

10:36:49

Page 55

10:37:55

Page 56

Page 57

10:40:16

Pages 54 to 57



Page 58

Page 60

Page 59

Page 61

10:44:56

Pages 58 to 61

**Sarnoff, A VERITEXT COMPANY**
**877-955-3855**



**Page 62**

1  variable, what you'd get is a change in the coefficient
2  on Harmony and on 4.7, but that -- that's not relevant
3  for what we're interested in in the damages period.
4      Q  Did you ever ask Econ, Inc. to run this with
5  Harmony relaunch as a variable?            10:47:47
6      A  No.  It's pointless.  It would not change the
7  results we're interested in.
8      Q  Well, would it change the coefficient on
9  Harmony blocked?
10     A  It would if -- if we cared about 4.7 it would.  10:48:00
11 But we don't care about 4.7 anymore, the -- so, you
12 know -- yes, if we were trying to estimate damages for
13 4.7 then it would be worthwhile to do that, but given
14 that it's no longer in the case it's not worthwhile.
15     Q  Okay.  What would you expect to happen to the    10:48:19
16 coefficient for 4.7 if you included a variable for the
17 Harmony relaunch?
18     A  I'd expect the coefficient for 4.7 to be
19 larger and then Harmony relaunch to offset some of it,
20 so I would expect that the net effect of 4.7 will be    10:48:36
21 larger during the first period than during the second
22 period.
23     Q  By second period what do you mean?
24     A  After the Harmony relaunch.  In March of 2005
25 or whenever it was.                        10:48:48

**Page 64**

1      Q  Okay.  While we're still on 13.2 or if you'd
2  reopen 13.2.  I just want to walk down the variables.
3  For Harmony when did you turn on -- what date is the
4  Harmony variable turned on?
5      A  The day -- the date that it's released, which    10:46:28
6  is, you know, July -- sometime in July or August of
7  2004.  I don't remember the exact date.
8      Q  Okay.  And then the next variable is Harmony
9  blocked.  What date is that turned on?
10     A  That's the -- the date of 4.7, which is fall    10:46:43
11 of 2000 -- wait a minute.  No, wait a minute.  When is
12 it?  I -- I can't remember.  It's the date at which 4.7
13 is released and I can't remember.  It's in the report.
14 A few months later, a few months after the Harmony is
15 released.                                  10:47:06
16     Q  At an earlier deposition we talked about the
17 relaunch of Harmony.
18     A  Right.
19     Q  Did you consider for this regression having a
20 variable for the relaunch of Harmony which was early    10:47:15
21 2005?
22     A  You know, I didn't -- I didn't bother, because
23 by the time we get to this the 4.7 issue is out of the
24 case, so I didn't bother.
25         If you -- if you stuck in the relaunch    10:47:26

**Page 63**

1      Q  So you would expect the coefficient for 4.7 to
2  be lower if you add a variable for the Harmony relaunch
3  than if you didn't?
4      A  Well, it depends on how you -- it would depend
5  on how you specified it.  The coefficient for 4.7, are    10:49:04
6  you going to turn it on or turn it -- are you going to
7  leave it on or turn it off with the Harmony relaunch.
8         If you keep 4.7 on during the entire period
9  between its initial launch until the launch of 7.0, and
10 then you add a Harmony relaunch, the coefficient for 4.7  10:49:24
11 is going to be the same during the whole period, but
12 then you're going to subtract something off of that that
13 would be the coefficient on Harmony, so the net effect
14 of 4.7 would be less after Harmony was relaunched than
15 before.                                    10:49:39
16     Q  But why would you leave 4.7 variable on after
17 Harmony is relaunched?
18     A  Because 4.7 is still the operating system and
19 you would test the hypothesis whether the Harmony
20 relaunch completely offset it or not.      10:49:56
21     Q  But why would you expect -- what would be the
22 circumstance in which you would expect 4.7 to continue
23 to have an impact on iPod prices after Harmony is
24 relaunched and anybody who wants to can use it?
25     A  Because the -- the issue that's going on in    10:50:12

**Page 65**

**Sarnoff, A VERITEXT COMPANY**
**877-955-3855**

1

2

3

4      I, Jennifer L. Furia, holding CSR License No.

5  8394, a Certified Shorthand Reporter, licensed by the

6  State of California, hereby certify:

7      That the foregoing proceedings were taken

8  before me at the time and place herein set forth; that

9  any witnesses in the foregoing proceedings, prior to

10  testifying, were placed under oath; that a verbatim

11  record of the proceedings was made by me using machine

12  shorthand which was thereafter transcribed by me or

13  under my direction; further, that the foregoing is an

14  accurate transcription thereof.

15      I further certify I am neither financially

16  interested in the action, nor a relative or an employee

17  of any attorney or party to this action.

18      IN WITNESS WHEREOF, I have on this date

19  subscribed my name.

20

21  Dated:  6/3/2013

22

23  _____

JENNIFER L. FURIA
Certified Shorthand Reporter
24  California License No. 8394

25

Page 262

# Exhibit 11

**Page 1**

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                  OAKLAND DIVISION
 4
 5   THE APPLE iPOD iTUNES        Lead Case No. C 05-00037
     ANTI-TRUST LITIGATION
 6
 7   _____
 8   This Document Relates To:
 9   ALL ACTIONS
10
11   _____
12
13           CONFIDENTIAL - ATTORNEYS' EYES ONLY
14   VIDEOTAPED DEPOSITION OF JEFFREY M. WOOLDRIDGE, Ph.D.
15              Monday, January 6, 2014
16              San Diego, California
17
18
19
20
21
22   Reported By:
     Debby M. Gladish
23   RPR, CLR, CCRR, CSR No. 9803
     NCRA Realtime Systems Administrator
24
25   Job No. 10009202
```

**Page 2**

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                  OAKLAND DIVISION
 4
 5   THE APPLE iPOD iTUNES        Lead Case No. C 05-00037
     ANTI-TRUST LITIGATION
 6
 7   _____
 8   This Document Relates To:
 9   ALL ACTIONS
10
11   _____
12
13
14
15
16
17
18        Videotaped Deposition of JEFFREY M.
19   WOOLDRIDGE, Ph.D., taken on behalf of the
20   Defendant at 655 West Broadway, Suite 1900,
21   San Diego, California, beginning at 10:29
22   a.m. and ending at 4:26 p.m., on Monday,
23   January 6, 2014, before Debby M. Gladish,
24   RPR, CLR, CCRR, CSR No. 9803, NCRA
25   Realtime Systems Administrator.
```

**Page 3**

```
 1              APPEARANCES
 2
 3   For the Plaintiffs:
 4      ROBBINS GELLER RUDMAN & DOWD, LLP
        BY: BONNY SWEENEY, ESQ.
 5      BY: JENNIFER N. CARINGAL, ESQ.
        655 West Broadway, Suite 1900
 6      San Diego, California  92101
        (619)231-1058
 7      bonnys@rgrdlaw.com
 8
 9   For the Defendant, Apple Inc.:
10      JONES DAY
        BY: DAVID KIERNAN, ESQ.
11      BY: AMIR AMIRI, ESQ.
        555 California Street, 26th Floor
12      San Francisco, California  94104
        (415)626-3939
13      aamiri@jonesday.com
14
15      APPLE
        BY: SCOTT B. MURRAY, ESQ. (TELEPHONIC APPEARANCE)
16      1 Infinite Loop, MS 169-2NYJ
        Cupertino, California  95014
17      (408)783-8369
        scott_murray@apple.com
18
19
     Also present:
20
            CHRISTOPHER TISA (VIDEO OPERATOR)
21      APTUS COURT REPORTING
        600 West Broadway
22      Suite 300
        San Diego, California  92101
23      619.546.9151
24
25
```

**Page 4**

```
 1                  INDEX
 2
 3   WITNESS                          EXAMINATION
 4   JEFFREY M. WOOLDRIDGE, Ph.D.
 5
 6      BY MR. KIERNAN                     7
 7
 8          E X H I B I T S
 9   MARKED                               PAGE
10   Exhibit 1   Declaration of Jeffrey M.      17
                 Wooldridge in Support of
11               Plaintiff's Daubert Motion to
                 Exclude Certain Opinion Testimony
12               of Robert H. Topel and Kevin M.
                 Murphy, 34 pages
13
14   Exhibit 2   Econometric Analysis of Cross   121
                 Section and Panel Data, Second
15               Edition, 34 pages
16   Exhibit 3   Journal of Econometrics titled  135
                 "Asymptotic properties of a
17               robust variance matrix estimator
                 for panel data when T is large,"
18               by Christian B. Hansen, 24 pages
19   Exhibit 4   Document titled "Exhibit 3-A     140
                 Reseller Sales Preferred Log
20               Regression Results Outliers
                 Excluded," 4 pages
21
22   Exhibit 5   Document titled                 144
                 "Imbens/Wooldridge, Lecture Notes
23               1, Summer '07, Whats New in
                 Econometrics," 42 pages
24
25
```

```
 1              E X H I B I T S
 2   MARKED                                    PAGE
 3   Exhibit 6    Document titled               145
                  "Imbens/Wooldridge, Lecture Notes
 4                2, Summer '07, What's New in
                  Economics?" 32 pages
 5
 6   Exhibit 7    Document titled "Did Unilateral   148
                  Divorce Laws Raise Divorce Rates?
 7                A Reconciliation and New
                  Results," Justin Wolfers, Working
 8                Paper 10014, 30 pages
 9   Exhibit 8    Document titled "NBER Working      149
                  Paper Series, What Are We
10                Weighting For?" 29 pages
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              SAN DIEGO, CALIFORNIA
 2         MONDAY, JANUARY 6, 2014, 10:29 a.m.
 3
 4              THE VIDEOGRAPHER:  Good morning.  We are now
 5   on the record.  The time is 10:29 a.m.  Today's date is
 6   January 6, 2014.
 7              My name is Christopher Tisa of Aptus Court
 8   Reporting.  The court reporter is Debby Gladish with
 9   Aptus Court Reporting located at 600 West Broadway,
10   Suite 300, San Diego, California 92101.
11              This begins the video-recorded deposition of
12   Jeffrey M. Wooldridge, testifying in the matter of the
13   Apple iPod iTunes Anti-Trust Litigation, pending the
14   United States District Court, Northern District of
15   California, Oakland Division, Case Number C 05-00037
16   YGR, taken at 655 West Broadway, Suite 1900, San Diego,
17   California 92101.
18              The video and audio recording will take place
19   at all times during this deposition unless all counsel
20   agree to go off the record.  The beginning and end of
21   each video recording will be announced.
22              Will counsel please identify yourselves and
23   state whom you represent.
24              MR. KIERNAN:  David Kiernan on behalf of
25   Apple.
```

```
 1              MR. AMIRI:  Amir Amiri on behalf of Apple.
 2              MS. SWEENEY:  Bonny Sweeney on behalf of the
 3   plaintiffs.
 4              MS. CARINGAL:  Jennifer Caringal on behalf of
 5   the plaintiffs.
 6              THE VIDEOGRAPHER:  The court reporter may now
 7   swear in the deponent.
 8
 9              JEFFREY M. WOOLDRIDGE,
10         having been sworn, testified as follows:
11
12              THE VIDEOGRAPHER:  You may proceed, Counsel.
13              MR. KIERNAN:  Okay.
14
15                   EXAMINATION
16   BY MR. KIERNAN:
17        Q.   Good morning, Dr. Wooldridge.
18        A.   Good morning.
19        Q.   Could you state your full name for the record.
20        A.   Jeffrey M. Wooldridge.
21        Q.   Okay.  Have you ever been deposed before?
22        A.   No.
23        Q.   Okay.  Have you ever testified before?
24        A.   No.
25        Q.   Okay.  Do you understand that your testimony
```

```
 1   today is under oath subject to penalty of perjury?
 2        A.   I do.
 3        Q.   Okay.  Is there any reason that you cannot
 4   testify completely and truthfully today?
 5        A.   No.
 6        Q.   Any substance that you've taken that would
 7   impair your ability to testify completely and
 8   truthfully?
 9        A.   No.
10        Q.   When were you first contacted to do work on
11   this case?
12        A.   December 5th I received an e-mail from Bonny
13   Sweeney.
14        Q.   December 5th, 2014 -- or 2013?
15        A.   December 5th, 2013, yes.
16        Q.   Okay.  And what is your assignment in this
17   case?
18        A.   My assignment is to evaluate different claims
19   about how the proper standard error should be computed
20   in the Noll regression analysis --
21        Q.   Okay.
22        A.   -- and whether cluttering is important or not
23   or I should say whether it's valid or not.
24        Q.   And when did you start work in this matter?
25   When did you start to do the work after being first
```

1 contacted on December 5th?

2     A.   A week later, December 12th, 2013.

3     Q.   And about how many hours have you put in on

4 this case?

5     A.   Up to writing the dec- -- submitting the

6 declaration or after that as well?

7     Q.   That's a good time.  Up through submitting

8 your declaration.

9     A.   Five to six hours.

10     Q.   Okay.  And then, after submitting your

11 declaration, how much time have you spent, if any?

12     A.   Probably another ten hours.

13     Q.   Putting aside conversations that you've had

14 with counsel --

15     A.   Yes.

16     Q.   -- including Bonny or anyone else from Robbins

17 Geller, have you discussed this case with anybody else?

18     A.   No.

19     Q.   Have you discussed the case with Dr. Noll?

20     A.   No.

21     Q.   Have you ever had a discussion with Dr. Noll

22 at any time in your life?

23     A.   No, I don't believe we've met.

24     Q.   Okay.  Did you have any support staff or any

25 other person who assisted you?

1     A.   No.

2     Q.   Okay.  It was just you?

3     A.   Just me.

4     Q.   All right.  And how are you being compensated

5 for your work in this matter?

6     A.   Hourly wage?

7     Q.   Uh-huh.

8     A.   $500 an hour.

9     Q.   And how much have you been paid?

10     A.   Nothing.

11     Q.   Okay.  And so when you submit an invoice it's

12 going to be between 15 and 16 hours plus whatever work

13 your deposition today time?

14     A.   Yes.

15     Q.   Have you submitted any invoices or any other

16 bill that reflects the hours spent and the amount you

17 are owed?

18     A.   I haven't submitted invoices yet.

19     Q.   Okay.  Since submitting your declaration, what

20 work have you done?

21     A.   I've done some simulation work on -- on the

22 properties of clustered standard errors.

23     Q.   Okay.  Anything else?

24     A.   And -- and working out some formulas that can

25 explain the simulation findings.

1     Q.   Okay.  Anything else?

2     A.   No.

3     Q.   Did you prepare for the deposition?

4     A.   Yes.

5     Q.   And, just briefly, describe what you did to

6 prepare for --

7     A.   I read --

8     Q.   And I don't want to hear any conversations

9 that you had with counsel.  You can tell me if you met

10 with counsel, but I don't want to hear what you guys

11 talked about.

12     A.   We -- we did meet over the phone.  I read the

13 various reports, the Murphy, Topel report, the Noll

14 rebuttal report, and I reviewed my own declaration.

15     Q.   Okay.  Anything else?

16     A.   Reviewed some of my old work on clustering,

17 but . . .

18     Q.   Like old pub- -- publications?

19     A.   Yes, and my book.

20     Q.   And -- and which book, the graduate book or

21 the undergrad book?

22     A.   My graduate book, which -- which is published

23 with MIT Press.

24     Q.   And with respect to the other clustering work,

25 aside from the textbook, do you recall which -- what the

1 titles were of those works?

2     A.   The main -- the -- one was the paper I

3 published in the American Economic Review called the

4 Cluster -- Cluster Sampling and Applied Econometrics.

5     Q.   The 2003 paper?

6     A.   Yes, uh-huh.

7     Q.   With respect to the -- let me just see what

8 that is.

9          MR. KIERNAN:  Do I have to hit escape to go

10 up?

11          THE REPORTER:  Yes.

12 BY MR. KIERNAN:

13     Q.   With respect to the simulation work on the

14 properties of clustered standard errors, was the

15 simulation work done on the standard errors in -- from

16 Noll's regress- -- rebuttal regressions?

17     A.   No.  I set up a simplified framework so that

18 the issues would be more transparent, showing what would

19 happen if you took an independent sample and clustered

20 after the fact based on some characteristics.  I did

21 that after I wrote my declaration.

22     Q.   And why did you do that work?

23     A.   Because in my declaration I asserted things

24 that seemed self-evident, but thought it would be useful

25 to actually see the -- the simulation findings that

**Page 13**

1 actually showed what I was claiming.
2     Q.  And are you relying on those simulations for
3 any of the opinions that you're giving in this matter?
4     A.  Not necessarily.  I guess -- I didn't rely on
5 them in my declaration and so I'll be talking about
6 my -- the opinions in my declaration, which haven't
7 changed.
8     Q.  Okay.  So you're not relying on the
9 simulations that you've done after submitting your
10 declaration as a basis for any --
11     A.  No.
12     Q.  -- of the opinions in your report?
13     A.  No, I'm not.
14     Q.  Okay.  In -- in the simulations, what was the
15 dataset that you used?
16     A.  Well, the simulation generates data based on
17 some assumptions about what the population distribution
18 is and then draws randomly from using a standard
19 program, such as Stata, to draw random samples from the
20 population.
21     Q.  And the -- when you're referring to the
22 population, what's the dataset for that?
23     A.  When --
24     Q.  That's part of the simulation program?
25     A.  Yes.  So when you define a population you

**Page 14**

1 define a distribution such as a normal distribution or a
2 quasi distribution or something like that and then you
3 randomly sample from that -- from a random variable that
4 has that distribution.  It's a very common method used
5 to evaluate any kind of estimator that somebody proposes
6 in econometrics or statistics.
7     MR. KIERNAN:  How do I get this going again?
8     THE REPORTER:  Hit the pause button.
9     MR. KIERNAN:  Pause break?  Say again?
10     THE REPORTER:  Use your mouse and --
11     MR. KIERNAN:  Oh, I see it.
12     THE REPORTER:  And hit --
13     MR. KIERNAN:  Got it, got it.  Thank you.
14 BY MR. KIERNAN:
15     Q.  I notice in the declaration you note that
16 you've done some consulting work, like you worked for
17 CRA and --
18     A.  Yes.
19     Q.  Okay.  Have you done any work, provided any
20 opinions, in antitrust cases or any antitrust matters?
21     A.  Yes.
22     Q.  Okay.
23     A.  Back with the Charles River Associates work I
24 did some econometric work at the request of Frank Fisher
25 on the Kodak Polaroid patent infringement case.  And at

**Page 15**

1 one point I also did work -- there was a case where the
2 NBA was suing, I believe, the -- the super station in
3 Chicago, WGN, for showing Chicago Bulls games with
4 Michael Jordan nationwide.
5     Q.  Okay.  Any others that you can think of?
6     A.  I wish my memory were better.  I -- I did do
7 some more cases for Charles River Associates.  There was
8 a case having to do with airline reservation systems, I
9 believe.  And that's as much as I can remember.
10     Q.  And have you ever been retained -- excuse
11 me -- to estimate the impact of some conduct on the
12 prices of consumer products?
13     A.  No.
14     Q.  Okay.  Have you ever been retained to estimate
15 damages resulting from alleged impact of conduct on
16 consumer prices -- on consumer products?
17     A.  No.
18     Q.  You note in your declaration that you're
19 currently providing consulting work to Industrial
20 Economics, Inc. on a damage assessment.
21     A.  Uh-huh.
22     Q.  And describe that for me.
23     A.  That's through the government, NOAA, for the
24 deep water horizon oil spill.
25     Q.  And what is the work that you're -- the

**Page 16**

1 consulting work that you're doing in connection with
2 that?
3     A.  We're estimating damages from the oil spill
4 based on consumer willingness to pay.
5     Q.  And you said "we."  Are there other people
6 involved?
7     A.  Yes.
8     Q.  Okay.
9     A.  It's -- it's a large team.
10     Q.  And what is your role?
11     A.  My role is mainly as the econometrician to
12 think about sampling issues and model estimation issues
13 and how to compute standard errors.
14     Q.  And in that matter have you proposed a model
15 to estimate damages?
16     A.  Yes.
17     Q.  And is it a regression model or --
18     A.  It's a bit --
19     Q.  Strike that.
20     Why don't you describe the model.  I'll start
21 . . .
22     A.  I'm not sure I'm at liberty to do that.  I --
23 I don't know what the protocol is, but I -- I am --
24     MS. SWEENEY:  Yeah, if it's --
25     THE WITNESS:  It -- it --

Page 17

1     MS. SWEENEY:  If it's confidential --
2     THE WITNESS:  It's confidential.
3     MS. SWEENEY:  I'll just object to form.
4     THE WITNESS:  Sorry.  That is confidential
5   information.
6   BY MR. KIERNAN:
7     Q.   Okay.  And -- and just so I have it -- the
8   record clear, even the type of model that you are or not
9   using to estimate damages in the case, your testimony is
10  you cannot describe it for me because of a protective
11  order --
12    A.   Yes.
13    Q.   -- in that matter?
14    A.   Yes.  That's correct.
15    Q.   Other than that matter, have you been retained
16  to estimate or consult in estimating damages?
17    A.   No.
18    MR. KIERNAN:  All right.  Let me have his
19  report.
20        Can mark that as -- why don't we mark it as
21  Wooldridge 1 because I don't think we've been doing them
22  sequentially.
23        (Exhibit 1 marked.)
24  BY MR. KIERNAN:
25    Q.   Okay.  I'm handing you what's been marked as

Page 18

1   Wooldridge 1.  Can you identify as -- Wooldridge 1 as
2   the declaration -- as your declaration that you
3   submitted in this case?
4     A.   Yes, it is.
5     Q.   Okay.  And is it -- does Wooldridge 1 contain
6   all the opinions that you're offering in this matter?
7     A.   Yes.
8     Q.   And contains all the bases for those opinions?
9     A.   Yes.
10    Q.   And does it list all the materials that you
11  relied on?
12    A.   Yes.
13    Q.   Okay.  And did you draft Wooldridge 1?
14    A.   Yes.
15    Q.   Did anyone else assist you with drafting it?
16    A.   Counsel read through and made small editorial
17  comments.
18    Q.   Did you review any deposition transcripts?
19    A.   Yes, I did.  I read the Noll report, both the
20  initial report and the rebuttal, and the Murphy and
21  Topel reports.
22    Q.   Okay.
23        MS. SWEENEY:  I -- I --
24        MR. KIERNAN:  I'm going to -- I'll clarify.
25  BY MR. KIERNAN:

Page 19

1     Q.   What I mean by "deposition transcript" --
2     A.   Oh, deposition --
3     Q.   -- is --
4     A.   Oh, I'm sorry.  Not --
5     Q.   Like today we have a deposition and then --
6     A.   I did not read any deposition transcripts.
7     Q.   Okay.
8     A.   I'm sorry.  Yes.
9     Q.   And did you review the -- any of the data --
10  the datasets that Dr. Noll used in his regressions?
11    A.   No, I didn't see the datasets.
12    Q.   Okay.  Did you review the documents that Dr.
13  Noll cites in his reports?
14    A.   Um --
15        MS. SWEENEY:  Objection.  Overbroad.
16        THE WITNESS:  Did I -- I was familiar with
17  some of the econometrics works that he cited, but I did
18  not review -- he has previous dec- -- declarations
19  listed there.  I did not review those or any of the
20  other -- there was a long list, I believe, of documents,
21  and I did not look at them.
22  BY MR. KIERNAN:
23    Q.   Okay.
24    A.   I had a limited amount of time.
25    Q.   And do you recall that Dr. Murphy and

Page 20

1   Dr. Topel, they also listed a number of documents that
2   they considered?
3     A.   Yes.
4     Q.   And did you review any of those?
5     A.   No, I did not.
6     Q.   Did you review a supplemental report that was
7   jointly signed by Drs. Murphy and Dr. Topel?
8     A.   If it's the -- the recent one --
9     Q.   Yes.
10    A.   -- yes, I did.
11    Q.   Did you review the regression equations used
12  by Dr. Noll?
13        MS. SWEENEY:  Objection.  Vague and ambiguous.
14        THE WITNESS:  I -- I looked at the equations
15  and the reported standard errors, but I did not evaluate
16  the equations for content.
17  BY MR. KIERNAN:
18    Q.   Okay.  And did you evaluate the -- well,
19  strike that.
20        On page 2 of Wooldridge 1 of your declaration,
21  at the bottom, you state, "I restrict my comments to
22  issues associated with computing proper standard errors
23  and do not discuss model specification."
24        Do you see that?
25    A.   Yes.

**Page 21**

1    Q.   And what do you mean by "model specification"?
2    A.   Well, every regression analysis has a
3  dependent variable, which you're trying to explain, and
4  a set of explanatory variables sometimes called
5  independent variables.  And different people can have
6  different opinions on what those variables should be.
7  And I was not asked to evaluate that part of Dr. Noll's
8  analysis and so I haven't formed an opinion.  I didn't
9  look at the equations with an eye toward did I think
10  this was proper or not.
11         I was asked to do something fairly narrow,
12  which was evaluate the clustering issue.  And that's
13  what I spent my limited time on.
14    Q.   Okay.  Okay.  So you're not offering an
15  opinion on the model specification?
16    A.   That's correct.
17    Q.   And not offering an opinion on whether he
18  included the correct explanatory variables or what you
19  called the independent variables?
20    A.   That's correct.
21    Q.   Not offering an opinion on whether the
22  regression suffered from omitted-variable bias?
23    A.   Correct.
24    Q.   And no opinion on whether Dr. Noll's
25  regressions estimate or provide -- or produce a reliable

**Page 22**

1  damages estimate?
2    A.   I would need to study what he did in much more
3  depth to -- to -- to comment on that.  And I wasn't
4  asked to do that and I -- I formed no opinion on that.
5    Q.   Fair enough.  Fair enough.  Okay.  So you have
6  not formed an opinion on whether Dr. Noll's regressions
7  produces reliable damages estimates?
8    A.   That's correct.
9    Q.   And no opinion on whether the conduct at issue
10  in this litigation impacted iPod prices?
11    A.   Correct.
12    Q.   No opinion on the amount of damages?
13    A.   That's correct.
14    Q.   What is your understanding about -- of what
15  this case is about?
16    A.   Oh, well, there were certain versions of iPods
17  that were installed with software that essentially
18  blocked a competitor's software that allowed downloading
19  music from competing sites other than the iTunes store.
20  But I -- I have to say I focused my attention on the
21  cluster sampling issue.  I understood what the data
22  structure was and what the basic question was, and I
23  didn't think in-depth about what the actual antitrust
24  issue is here.
25    Q.   Okay.  And what is the basis for your

**Page 23**

1  understanding of what the data structure used by Dr.
2  Noll in his two regressions is?
3    A.   He has transactions level data for shipments
4  of various classes of iPods, along with information
5  about the characteristics of the iPods and the prices at
6  which the transactions occurred, in- -- including when
7  they occurred.
8    Q.   And you understand Dr. Noll has two
9  regressions, one for resellers and then the other --
10    A.   Yes.  I -- I did take note of that, yes.
11    Q.   Okay.  And the data structure that you just
12  described, is that true for both types of customers,
13  sales to both types of customers or -- let me stop
14  there.
15    A.   The direct sales have that structure and,
16  yeah, I -- I -- I didn't see their both transactions
17  records in the direct sales.  There's -- there's perhaps
18  more than one unit sold.
19    Q.   Okay.  And I -- when you say shipments of
20  iPods, what are you referring to?
21    A.   Well, I call them transactions, I believe.
22  But a shipment is -- for the -- the purposes of the data
23  analysis what matters is that there's a transaction that
24  happened for a certain kind of iPod on a certain day at
25  a certain price and so it could have been one iPod or it

**Page 24**

1  could have been many iPods.
2    Q.   Okay.  So ship- -- when you used the term
3  "shipment" previously you're referring to transaction?
4    A.   Yes.

23    Q.   And in your declaration you state that
24  Professor Noll is using the entire population of
25  transactions.  What do you mean by "the entire

**Confidential - Attorneys' Eyes Only**

**Jeffrey Wooldridge, Ph.D.**                  **The Apple iPod iTunes Anti-Trust Litigation**

Page 25

```
1   population"?
2       A.   Well, my understanding is that Apple provided
3   every -- every transaction over this ten- or 11-year
4   period and except for a couple that were dropped due to
5   missing data issues and, I believe, some outlining
6   observations, he has every transaction ever done.
7            Alternatively, Apple could have said, "Here's
8   a 10 percent random sample of our transaction," and then
9   it would have been a random sample from that population,
10  but instead he has all the transactions.
11      Q.   And all the transactions worldwide or just in
12  the United States?
13      A.   I didn't read it that -- that closely.  Sorry.
14  So if --
15      Q.   Okay.
16      A.   -- if it's just in the United States, then
17  it's the pop- -- then that defines the population.
18      Q.   Okay.  And so your understanding is that the
19  transactional data for -- used for both regressions
20  contain virtually every iPod sold in the U.S. during the
21  time period?
22      A.   Yes.
23      Q.   If you go to page 13 --
24      A.   Yes.
25      Q.   -- does paragraph 6 list the summary of your
```

Page 26

```
1   opinions in the case?
2       A.   Uh-huh.
3       Q.   Okay.  And with respect to the first,
4   "Clustering is inappropriate where, as here, the
5   regressions use the entire population of transactions,"
6   is it your opinion that clustering is inappropriate
7   whenever the entire population is used?
8       A.   It -- no.  It -- it could be appropriate if,
9   for example, you use information from other units, other
10  transactions in the data as part of an explanatory
11  variable in a transaction for a particular transaction.
12  So -- but Professor Noll did not do that.
13           Each transaction was its own separate unit and
14  each provides independent information on prices at which
15  these transactions occurred, given the -- given the
16  characteristics of the -- the different iPods and the
17  different time periods when they were purchased.
18      Q.   Going back to the circumstance that you
19  described where clustering could be appropriate when
20  using the entire population of transactions, you say it
21  could be appropriate if, for example, you use
22  information from other units other transactions in a
23  transaction for a particular transaction.
24      A.   I better clarify that.
25      Q.   Please.
```

Page 27

```
1       A.   Let me give you -- let me give you a different
2   example.  Suppose we had the entire population of
3   students in a state and we wanted to estimate the effect
4   of some intervention on student test scores, if we had
5   that entire population, we would just use a standard
6   regression analysis.  If we wanted to do something like
7   test whether there are peer effects, say, within the
8   neighborhood or the school, and we included a variable
9   that measured characteristics of students nearby the
10  other -- the -- student in question, then that
11  could -- could create a clustering problem.
12      Q.   Okay.
13      A.   But my understanding is that Professor Noll
14  did not do that.
15      Q.   And using the data that's at issue in our
16  case --
17      A.   Uh-huh.
18      Q.   -- and the products that are at issue that are
19  being modeled, can you give me an example?  You -- you
20  used the school example.  Can you give an example using
21  the --
22      A.   Frankly, I can't even --
23           MS. SWEENEY:  Objection.
24           You've got to pause for a moment so I can
25  interject my objection.
```

Page 28

```
1            Objection to form.  Vague and ambiguous.
2   Incomplete hypothetical.
3   BY MR. KIERNAN:
4       Q.   Okay.  Go ahead.
5       A.   Frankly, I can't think of a reason you would
6   do that.  It -- it makes no sense to me to say that a
7   transaction that happened someplace else, some other
8   time period, would somehow have an effect on the price
9   of this particular transaction when -- and -- and the
10  point is Professor Noll didn't do it, so there's nothing
11  to -- to be concerned about here.
12      Q.   So, in your opinion, there's no circumstance
13  under which clustering could be a problem with respect
14  to the data that Dr. Noll used to estimate his
15  regressions?
16      A.   That's correct.  Let's -- and let me -- let me
17  expand on that a little bit.
18           I mentioned that he has, essentially, the
19  entire population of transactions.  He -- he could have
20  or Apple could have given him a 10 percent random
21  sample.  There's easy ways to generate a random sample
22  from a large population like that.  And then he would,
23  really, have had a random sample and the analysis would
24  have clearly been not subject to a criticism of
25  clustering because the -- the -- the observations would
```

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

Page 29

1  have been -- been drawn to represent the population and
2  independently.
3          And so if you, then, say, well, what if he
4  took an additional 10 percent of the sample, then he
5  would have more data and that would be reflected in the
6  standard errors falling because you're getting more
7  data. And, again, because it's a random sample, there's
8  no reason to cluster and clustering, in fact, only could
9  inflate the standard errors in an artificial way. And
10 by the time you get up to the population -- having the
11 whole population is not a problem. That's a -- that's a
12 good thing. You have more information. You want more
13 data to more precisely estimate the coefficients in the
14 regression model.
15         So that's why I assumed that a 10 percent
16 random sample wasn't taken because it's better to use
17 more data than -- than less data.
18    Q.    Right. And so your opinion is that if
19 you have the entire population of iPod transactions
20 there's no circumstance under which clustering would be
21 appropriate?
22    A.    That's correct.
23    Q.    And you state, "There can be no cluster
24 sampling problem because there is no sampling."
25         If there were sampling --

Page 30

1    A.    If --
2    Q.    -- are there circumstances under which
3  clustering would be appropriate dealing with iPod
4  transactions?
5    A.    With iPod transactions? I don't see how --
6  not -- not the way -- it -- these were sampled
7  transaction by transaction and so there can't be a
8  cluster sampling problem if that's the way the -- the
9  data had been sampled.
10   Q.    Is it your opinion that the resid-- that the
11 error terms in Professor Noll's regressions are
12 independent?
13   A.    They're not independent ex post after you
14 choose the clusters, and it's very, very simple to see
15 that. The clustering of a -- either the entire
16 population in this case or a random sample create --
17 artificially creates a problem that isn't there. So the
18 idea is -- and -- and let's take a simple example of
19 this.
20         Suppose that we wanted to estimate -- and make
21 this simple -- we want to estimate the average, let's
22 say, hourly wage in the population of all hourly wage
23 workers. The way we would do that -- and, of course,
24 that's a -- that's a big population in the United
25 States. And surveys do this, they go out and they

Page 31

1  collect a random sample of hourly wage workers and they
2  compute the sample average.
3          The sample average is the simplist example of
4  an OLS estimate, an ordinary least squares estimator.
5  It minimizes the sum of squared deviation. So it is --
6  it is an example, essentially, of what Professor Noll is
7  doing. Of course, regression analysis is a little more
8  complicated, but -- but let's stick with that.
9          Suppose that -- so the proper thing to do
10 would be to collect a random sample and you can look at
11 any introductory statistics book and it will show you
12 the formula for the standard error, which is the
13 standard deviation you estimate from your sample divided
14 by the square root of the sample size. But suppose that
15 you -- along with the hourly wage you actually collected
16 information on the person's occupation. So some people
17 are in the service industry, some people are
18 construction workers, some people are computer
19 programmers.
20         Now, suppose that after you've computed the
21 sample average, you then compute the residuals, which
22 would be everybody's -- every person's hourly wage net
23 of the total average across the entire sample. So what
24 will you find if you do that? Well, if you compute the
25 residuals within the -- the -- the now cluster of

Page 32

1  workers in the service industry, those, very likely,
2  will be negative on average because service workers
3  earn -- or, let's say, fast-food workers earn a lower
4  hourly wage than the overall average.
5          If you go to the computer programmers, you're
6  going to find that that residual is positive because on
7  average they earn more than the total average in the
8  population. In fact, the difference is simply -- the
9  average residual is just the average of the hourly wage
10 for computer programmers minus the overall average.
11         This is exactly what Murphy and Topel do.
12 They, then, do this ex post clustering, and they -- they
13 make a point of saying that the residuals are negative
14 here, they're negative and, you know, bigger here,
15 they're positive here and so on, when this is perfectly
16 predictable by the ex post clustering, but it does mean
17 that you should compute the standard error by clustering
18 the data, we already know how to compute the proper
19 standard error and that's to use the simple formula.
20   Q.    So is it your opinion that using cluster
21 standard errors overstate the true standard errors?
22   A.    Yes.
23   Q.    And your opinion is that they -- in using
24 clustered robust errors in this case -- overstate the
25 standard errors in Professor Noll's two regressions?

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

Page 33

1    A.   Yes, I do.

2    Q.   Okay.  And what's the basis for that?

3    A.   The -- the basis is that we know how to
4  compute the proper standard errors, which is how
5  Professor Noll does it, and the clustering only -- the
6  clustering ex post induces correlation.  And so if
7  you add the term that's at the end of the cluster, the
8  cluster robust standard errors, it's positive on average
9  for exactly the -- the reason I just explained, using
10  the simple example of hourly wages, because you've
11  clustered workers, say, by their occupation and you know
12  that workers in certain occupations are going to be
13  correlated with each other because they're in that
14  occupation, so they have either lower than average
15  wages, they might have average wages or higher than
16  average wages, but those averages move together within
17  each cluster.

18    Q.   And are there procedures or any tests that one
19  could perform to test your conclusion that the clustered
20  errors overstate the true standard errors in this case?

21    A.   There aren't tests because the tests are going
22  to -- are going to give you the conclusion that I just
23  said.  You don't need to test it because you know what's
24  going to happen ahead of time, that if you cluster on
25  the basis of some feature where the average

Page 34

1  systematically changes by that feature you will find
2  that there's been cluster correlation because you've
3  induced it by this -- this clustering that wasn't
4  necessary.

5    Q.   You stated that there aren't tests because the
6  tests are going to give you the conclusion I just said.

7    A.   There -- there aren't --

8    Q.   Sounds --

9    A.   -- useful tests.  There aren't -- there aren't
10  useful tests.

11    Q.   So there are no tests?

12    A.   That's correct.

13    Q.   Okay.

14    A.   There is theory and there is simulations.

15    Q.   Are there any simulations that you could run
16  to test your hypothesis that clustered robust errors
17  overstate the true standard errors in Professor Noll's
18  regressions?

19    A.   Yes.

20    Q.   And what are those?

21    A.   You can do the exercise that I basically just
22  laid out.  In fact, we should make this -- if we were to
23  make this about iPods and simplify the setting you could
24  do the following: Suppose that there are five different
25  kinds of iPods, what, classic, mini, nano, shuffle,

Page 35

1  touch, let's say, and suppose there's just a single
2  before-after period where harmony was blocked and when
3  it wasn't.  So in this situation what would the right
4  analysis be?  If you just wanted an estimate of the
5  average damage, then you could simply run a regression
6  of the -- the price or the log price on the before-after
7  dummy and not even actually have to include the -- the
8  kind of -- the kind of iPod if you -- if both were
9  available, both before and after and basically simulate
10  the data so that it -- it is a random sample from the
11  population and then ask what happens if we cluster after
12  the fact on the kind of iPod, whether it's a classic,
13  mini or shuffle or whatever.  This is what Murphy and
14  Topel do.

15    Q.   That's your understanding of what they did?

16    A.   They -- they clustered by time period --

17    Q.   Okay.

18    A.   -- and by family of iPod.

19    Q.   And define for me what family.

20    A.   Well, in this case there -- there would be no
21  difference because -- I wanted to -- if I didn't say
22  this -- to simplify things so that there's only one kind
23  of nano -- nano, one kind of touch, one kind of shuffle,
24  so that there's no differences in capacity or any other
25  features like that.

Page 36

1    Q.   Okay.  And define for me what "family" means
2  with respect to iPods.

3        MS. SWEENEY:  Objection.  Vague and ambiguous.
4  Are you asking him -- well, I -- I just don't understand
5  the question.

6  BY MR. KIERNAN:

7    Q.   If you don't know -- do you know what "family"
8  refers to with respect to iPods?

9    A.   "Family," I believe, refers to not just the
10  type, but also different characteristics of the -- of
11  the iPod --

12    Q.   And -- and --

13    A.   -- capacity and features and so on.

14    Q.   And how did Dr. Murphy and Dr. Topel cluster
15  the standard errors?  What's the cluster?

16    A.   They said they clustered by family and -- and
17  quarter.

18    Q.   Okay.  And how many clusters do they use?

19    A.   I'm not exactly sure because I don't believe
20  it was apparent from the report or I might have -- I --
21  I believe it's a few hundred.

22    Q.   Do you know how many observations per cluster?

23    A.   That's another thing that I did not find, but
24  if you take in the one case 2 million observations and
25  if it were 400 clusters, that would be 5,000 per cluster

**Page 33..36**

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

Page 37

1  on average.
2      Q.   Are there any -- is an alternative simulation
3  from the one you described -- well, strike that.
4           So the simulation that you just proposed would
5  be to simplify it by going to the model level rather
6  than the family level?
7      A.   Yes.
8      Q.   Am I -- okay.
9      A.   Uh-huh.
10     Q.   Could you also run simulations using the
11  family level?
12     A.   You could, yes.
13     Q.   Okay.
14     A.   Uh-huh.
15     Q.   And is one preferable to the other or would
16  you run them both?
17     A.   Well, if one had had the time, you would want to
18  run a simulation that reflects the particular
19  application, yes.
20     Q.   Okay.
21     A.   But the -- the -- if -- if the data structure
22  had been the simple one that I had proposed, then the
23  only clustering that could have been done is by the
24  class of iPod.  And this is the analogue of what Murphy
25  and Topel did in their more complicated situation.  They

Page 38

1  defined more clusters, but that's because there's more
2  time periods and more family -- the -- the family -- the
3  number of families is larger in that case.
4      Q.   Well, the simple structure that you described
5  does not exist; correct?
6      A.   Oh --
7      Q.   That doesn't define the data structure?
8      A.   It doesn't exist for this --
9      Q.   In reality.
10     A.   -- particular application --
11     Q.   Correct.
12     A.   -- but it defines lots of data structures
13  that -- that have been used for intervention analysis,
14  sure.
15     Q.   Right.  But not in this case?
16     A.   It has the features, though, because, for
17  example, once you have several thousand observations per
18  cluster, then the simpler setting at least helps you
19  learn something about how clustering can give you very
20  overstated standard errors.
21     Q.   Other than the simulations, are there any
22  other procedures that one could perform to verify or
23  test your claim that clustered robust errors overstate
24  the true standard errors in Dr. Noll's regressions?
25     A.   One could work out the theory, uh-huh.

Page 39

1      Q.   And how would one work that out?
2      A.   You start off with the presumption that --
3  first -- first, again, starting under the assumption
4  that you have a random sample and then you see what
5  happens after you cluster on a feature which could be
6  family by quarter of -- of observation and -- and show
7  that the -- what the bias in the clustered standard
8  error is relative to the correct one.
9           The simulation -- it's important also to
10  understand the -- point of the simulation is that
11  you can actually figure out what the proper standard
12  error is --
13     Q.   Right.
14     A.   -- because you control the data and so you
15  know which standard error is -- is the one that's close
16  to the one you're trying to get.  And the standard error
17  that's going to win convincingly is the usual standard
18  error that does not cluster.
19     Q.   Well, isn't the point of the simulations to
20  see which standard error is going to win?
21     A.   That's correct.
22     Q.   Okay.
23     A.   Uh-huh.
24     Q.   Does the OLS standard error --
25     A.   I should -- I should bring something into

Page 40

1  this.  We already know that the original standard error
2  is going to do well because in this situation there are
3  many -- more than 2 million observations in your case,
4  but it would work really well with 1,000 observations,
5  for example, because there's a simple formula that has
6  been derived from theory that has been known for a long
7  time and so we know that that formula is going to work.
8           The only issue is, is there any bias and what
9  is the nature of the bias in doing the clustering when
10  you don't have to?  And so the issue is, really, how
11  much are you going to be wrong by doing the clustering
12  and how -- more to the point, how conservative will the
13  clustering be.
14     Q.   And as you -- as one increases the number of
15  observations using OLS standard errors, can the bias --
16  would the bias tend to increase or decrease?
17     A.   Oh, the bias will decrease.  In fact, the --
18  as I said, in most applications, once you have a 1,000
19  or a couple thousand observations the standard error
20  that you compute from OLS, even if they're the so-called
21  heteroskedasticity robust standard records do quite well
22  in those cases.  That, actually, raises an interesting
23  point about the clustering, is that once you've decided
24  on the clusters, so in the Murphy and Topel case,
25  they've taken a stand that the clustering should be at

**Page 37..40**

**Confidential - Attorneys' Eyes Only**

**Jeffrey Wooldridge, Ph.D.**　　　　　**The Apple iPod iTunes Anti-Trust Litigation**

Page 41

1　the family quarter level, which does raise the question,
2　why not at the month family level or the week family
3　level or the year family level?  So how they came up
4　with that clustering, I'm not sure.  I don't think
5　it's -- it's ever described.  But once you've chosen the
6　clustering scheme, the clustered standard errors will
7　never get smaller.  They depend only on the number of
8　clusters you've chosen, not on the number of overall
9　observations, which is peculiar because if you think of
10　standard we should think that information is
11　accumulating in a random sample as we get more and more
12　data and that is what happens.
13　　　　　That's why you see the usual OLS standard
14　errors heading to zero at the rate one over the square
15　to the sample size and the clustered standard errors
16　will just stay constant, given the number of groups that
17　you have.  So you're left in the odd situation that
18　having lots of transactions data is viewed as being the
19　same as having not very much transactions data.  And
20　that's because you're inappropriately clustering the
21　standard errors.
22　　Q.　And just so I understand your opinion, if
23　you keep group size constant --
24　　A.　If you keep --
25　　Q.　It's the G --

Page 42

1　　A.　-- the number of groups constant?
2　　Q.　Right.
3　　A.　Yes.
4　　Q.　Let's call it G.
5　　A.　Uh-huh.
6　　Q.　So G, using your example, equals ten.
7　　A.　Yes.
8　　Q.　Okay.  If you increase the number of
9　observations per group --
10　　A.　Yes.
11　　Q.　-- per cluster --
12　　A.　Uh-huh.  And the data have -- have come from a
13　random sample.
14　　Q.　Oh, okay.  Well, what if the data comes from
15　the entire population?
16　　A.　Well --
17　　Q.　What's the impact of using clustered robust
18　standard errors --
19　　A.　Well --
20　　Q.　-- as the number of observations per cluster
21　increase?
22　　A.　Well, the traditional standard error, if
23　you don't -- if you actually act as if you have -- the
24　entire population is zero because you have no -- you
25　have no sampling error in the -- in the estimation.

Page 43

1　That's why you have to use a different kind of thought
2　experiment, which is -- one of which I laid out in
3　section 5 of my declaration that shows you that,
4　essentially, with the whole population you can argue
5　that the usual standard errors are the -- are the right
6　ones to use and, if anything, they're actually
7　conservative because when you have the whole population,
8　there's a -- a population correction that always reduces
9　the standard errors.
10　　　　　So the -- as you get more and more data,
11　again, if you fix the number of clusters using the
12　entire population is operationally the same as getting
13　more data in the perspective that I laid out in -- in
14　section 5.
15　　Q.　And would you expect the OLS standard -- the
16　bias of the OLS standard errors to increase or decrease
17　as you increase the number of transactions per -- number
18　of observations per group, keeping the group constant?
19　　MS. SWEENEY:  Objection.  Vague and ambiguous.
20　Incomplete hypothetical.
21　　THE WITNESS:  Okay.  So let me -- let me say
22　this again.  The data have been collected by random
23　sampling and so the clusters that have been -- that --
24　usual OLS sustained errors ignore the clustering and
25　they properly ignore the clustering because this is an

Page 44

1　ex post structure that you've imposed on the data after
2　you've collected it.  So the clustering that you use has
3　no effect on the traditional OLS standard errors as it
4　should be.
5　　　　　Again, let me give you an example.  I mention
6　the -- the hourly wage occupation example.  Suppose that
7　in addition to occupation you collected information on
8　highest grade completed, so schooling.  Now, if you did
9　exactly the same exercise, if you collect the data --
10　and, remember, the goal here is to just estimate the
11　average wage in the population, but you say, I have
12　information on schooling, now I'm going to put people
13　into clusters based on the highest grade they've
14　completed, which might be five, ten categories, you're
15　going to find exactly the same phenomenon.
16　　　　　On average, people with lower education are
17　going to have a lower hourly -- hourly wage, and so
18　within that cluster you're going to find correlation.
19　Same thing, people with high levels of education are
20　going to have on average a higher hourly wage.  So now
21　you've got occupation and you've got education and
22　there're two different ways of cluster, so which is the
23　right one?  You know the answer has to be neither is the
24　right one because you've -- you've collected it via a
25　random sample.  The goal is to estimate the population

**Page 41..44**

1  11:36 a.m.
2          (Recess.)
3          (Mr. Murray telephonically joins deposition.)
4          THE VIDEOGRAPHER:  Okay.  We're back on the
5  record 11:59 a.m.
6          MS. SWEENEY:  Professor Wooldridge, go ahead
7  and make those clarifications.
8          THE WITNESS:  The first clarification was the
9  amount of hours I spent on the case up to writing the
10 declaration, that was -- when I said five or six hours,
11 that was the actual time writing the declaration.  I
12 spent another six hours reading the background material,
13 the Noll report and the Murphy and Topel report.
14         MR. KIERNAN:  Okay.
15         MS. SWEENEY:  Was there one other one?
16         THE WITNESS:  The Noll rebuttal?
17         MS. SWEENEY:  No, I'm sorry.  I thought that
18 you were going to clarify two issues of testimony.
19         THE WITNESS:  Oh, oops.
20         MS. SWEENEY:  That's okay.
21 BY MR. KIERNAN:
22     Q.  All right.  Dr. Wooldridge, I was going back
23 through my notes and I -- it wasn't entirely clear to
24 me, under what circumstances could clustering standard
25 errors be appropriate when you have all the -- the --

1  you have the entire population of transactions.
2          MS. SWEENEY:  Objection.  Asked and answered.
3          THE WITNESS:  As I said before, there's only
4  one case that I could think of and that's where ex post
5  you -- you group the observations and then you use
6  information that's computed from other transactions as
7  part of the regression model for a particular
8  transaction.
9          This would be like taking a sample of students
10 and then computing family income of some peers who live
11 next to them and including that in a regression model,
12 but there's nothing like that done in the analysis by
13 Professor Noll.
14 BY MR. KIERNAN:
15     Q.  Is that something that could be done with the
16 transactional data for iPods?
17         MS. SWEENEY:  Objection.  Incomplete
18 hypothetical.  Vague and ambiguous.
19         THE WITNESS:  It could be done, but I'm not
20 sure why anybody would do that.
21 BY MR. KIERNAN:
22     Q.  Are there any --
23         MS. SWEENEY:  Hold it.  Excuse me.  Before we
24 go on, did -- did anyone join the --
25         MR. KIERNAN:  Oh, yes.

1          MS. SWEENEY:  -- the deposition?
2          MR. KIERNAN:  Scott Murray from Apple is on
3  the phone.
4          MS. SWEENEY:  Okay.
5          MR. KIERNAN:  Hi, Scott.
6          MR. MURRAY:  Hello.
7  BY MR. KIERNAN:
8      Q.  As you sit here today, can you think of any
9  circumstances under which one would ex post group the
10 observations of iPod transactions and then use
11 information that's computed from other transactions as
12 part of the regression model for a particular
13 transaction?
14     A.  I can't think of why you would do that because
15 a hedonic price regression is about relating the price
16 of a particular unit to characteristics of that unit.
17 And, of course, prices will change over time as demand
18 in supply, conditions affect prices, but that's the --
19 the nature of a before-after analysis where you want to
20 account for or control for the characteristics of the
21 particular units that are being transacted.
22     Q.  Earlier you describe two ways, two procedures,
23 that could be used to test the hypothesis that
24 clustering -- that the clustered standard errors by Drs.
25 Murphy and Topel inflate the standard errors compared to

1  the true precision of the estimates.
2      A.  Yes.
3      Q.  Are there any other procedures that you can
4  think of?
5      A.  No.  One -- one has basically two tools at --
6  at one's disposal when trying to evaluate any kind of
7  statistical procedure.  And since standard errors are a
8  measure of precision of estimates.  That measure is
9  across different realizations or samples of data.  And
10 so you can either do a theoretical calculation, which
11 uses the tools of statistics to account for the fact
12 that we're seeing different realizations of data or you
13 can actually do a simulation which creates different
14 samples or realizations of the data and study the
15 problem that way.
16     Q.  With respect to the theoret- -- you said
17 "theoretical calculation"?
18     A.  Yes.
19     Q.  Okay.  Have you done a theoretical calculation
20 that's set forth in your declaration that tests the
21 conclusion or hypothesis that Drs. Murphy's and Topel's
22 clustering standard errors vastly inflate the standard
23 errors compared with the true precision of the
24 estimates?
25     A.  After writing my declaration, I did do a

1  calculation like that, yes.
2      Q.   Is it in your declaration?
3      A.   No.  It happened after my declaration.  It was
4  to support what I knew had to be true by thinking
5  through the -- the different kinds of examples.
6      Q.   And have you produced that calculation that
7  you're referring to?
8      A.   Produced it to?
9      Q.   To the lawyers in this case.
10     A.   No.
11     Q.   And are you relying upon those calculations,
12 the theoretical calculations, for the opinions set forth
13 in your declaration?
14     A.   No.  What I was relying on was the idea
15 that -- and, again, I have to admit, I scaled the
16 problem down so I could think about it better and
17 thinking about either a few occupational classes or a
18 few classes of iPod and what would happen in that case
19 if you clustered on a characteristic such as occupation
20 or class of iPod after you collected the data, and it
21 became clear that, of course, you would find in some of
22 the clusters there -- the residuals have a below -- an
23 average below zero, in some cases it would be above
24 zero.  The weighted average of them has to even out, has
25 to be zero, because you know that you're -- you're

1  computing the overall population average.
2      Q.   And --
3      A.   And so that --
4      Q.   Go ahead.
5      A.   -- perfectly explained what Murphy and --
6  Murphy -- Professors Murphy and Topel were finding in
7  their calculation of clustered standard errors and
8  looking at the residuals.
9      Q.   What perfectly explained what Professors
10 Murphy and Topel were finding in the calculation?
11     A.   Well, Professors Murphy and Topel report after
12 they do the clustering based on the family by calendar
13 -- by -- by quarter, that they -- to show that there was
14 a -- a problem that needed to be addressed with
15 clustering, they computed the residuals within each of
16 these clusters and they used as their main piece of
17 evidence that -- or one of the main pieces of evidence
18 that these average residuals were different across the
19 different clusters.
20          And I said that that is perfectly explained by
21 the fact that there -- the prices are going to be on
22 average different for different families as well as
23 different quarters and that in no way implied that the
24 standard errors had to be computed with -- with
25 clustering.

1      Q.   And what are some of the reasons why the
2  prices would be different for different families?
3      A.   Oh, well, of course different places can have
4  different sales going on.  They can have -- this isn't
5  my area of expertise.
6          I -- as I said, I haven't even looked at the
7  data, and I don't need to to understand that a family
8  decides -- is presented with a price or a reseller is
9  presented with a price, and they make a decision to buy
10 at that price or not.
11         The fact that those prices may be the same for
12 several families is -- does not imply that there is a
13 clustering problem.  One can think of many situations
14 where -- where that's true.  I give an example in my
15 declaration.
16     Q.   Sure.  But could there be a clustering
17 problem?
18         MS. SWEENEY:  Objection.  Vague and ambiguous.
19 Incomplete hypothetical.
20 BY MR. KIERNAN:
21     Q.   Well, you said -- so we can clarify it, you
22 said the fact that they may be the same for several
23 families does not imply that there is a clustering
24 problem, one can think of many situations where that's
25 true.  I gave an example in my declaration.

1          Are there circumstances --
2      A.   Oh --
3      Q.   -- that you can think of where there is a
4  clustering problem or could be?
5      A.   No, not with the way the data have been
6  collected.  So in -- in my declaration I use the example
7  that also had prices that you would expect not to -- to
8  vary much, especially within geographic units and within
9  time and that would be looking at the prices of some
10 standardized item at a fast-food restaurant.
11         The fact that two people might go to the same
12 fast-food chain and pay the same price does not mean
13 that those two observations form a cluster.  They're
14 independent draws based on a person's decision to buy or
15 not at that particular price and, in fact, it's -- the
16 fact that there isn't that much variation in the prices,
17 so the -- the example I used was suppose you're trying
18 to -- to decide whether prices are systematically
19 different in poor neighborhoods and -- and what I call
20 nonpoor neighborhoods, the fact that there may be little
21 price variation makes it all the more impressive if
22 you can actually find a difference across the two
23 different kinds of neighborhoods.
24         And, of course, the fact that there's little
25 price variation means that the variance of the residuals

1  will be small and that helps with the precision of the
2  estimates.  And this is what you find in Professor
3  Noll's calculation where the standard errors there's a
4  small residual variance and there's a lot of
5  observations and so he properly finds small standard
6  errors in his regression analysis.
7      Q.   Is there a point at which the standard errors
8  are so low that would cause an econometrician like
9  yourself to question whether they were accurately
10  calculated?
11      MS. SWEENEY:  Objection.  Incomplete
12  hypothetical.
13      THE WITNESS:  All I'm concerned about is given
14  the particular application, the model, the estimation
15  method, the way the data have been collected, has the
16  appropriate method been used or not and with lots of --
17  lots of observations and with little residual variance,
18  there's no rule of thumb below which the standard errors
19  would have to hit before you -- before you got
20  suspicious.  So I would say, no, there isn't -- there
21  isn't some sort of threshold.
22      I would -- I -- I evaluate these on the -- on
23  the -- on the merits of the modeling exercise and the --
24  the estimator used and in this particular case on how
25  the sample is -- is obtained or in this case the

1  population.
2  BY MR. KIERNAN:
3      Q.   Are there factors that could impact the
4  reliability of the precision of the standard errors that
5  Dr. Noll reports?
6      A.   I can't think of any.  A standard error
7  calculation is a fairly straightforward thing in most
8  cases with standard econometric methods such as OLS once
9  you understand how the data have been -- been obtained.
10  I should add, he did make the standard errors robust to
11  heteroskedasticity of unknown form, which means the
12  variance can change in an arbitrary way across
13  transaction and that is the appropriate thing to do.
14      Q.   Are there any authorities, textbooks, public
15  articles that support your conclusion that clustered
16  robust errors overstate the true standard errors when
17  using the entire population of transactions?
18      A.   Actually, this is fairly recent material.  I
19  started thinking about this a couple of years ago when I
20  had conversations with two -- two people that I've
21  worked with and we let it go.  And since then I've been,
22  after writing the declaration, thinking about the merits
23  of this case, I've worked out a little bit of theory as
24  well as the simulation.
25      It is commonly thought that clustering is,

1  quote, harmless if it's not needed, but this is -- this
2  is not true in the context of clustering after you've
3  collected a random sample.  If you have collected a
4  cluster sample and you have a large number of clusters
5  and relatively small observations within a cluster,
6  then -- then you can show, as the number of clusters get
7  large, the standard errors will approach the right
8  values, but that's assuming you've collected a cluster
9  sample.
10      Q.   Can you cite to any authorities, textbooks or
11  articles, that support your conclusion that clustered
12  robust errors overstate the true standard errors when
13  using the entire population of transactions?
14      MS. SWEENEY:  Objection.  Asked and answered.
15  BY MR. KIERNAN:
16      Q.   I'd like the actual names of the authorities,
17  textbooks or articles to the extent the question was
18  confusing.
19      A.   Oh, so I said that I -- I don't know of any.
20  I've -- I've worked this out since submitting my
21  declaration.
22      Q.   You mention that at some point you talked
23  to -- did you say two people?
24      A.   Uh-huh.
25      Q.   And who were they?

1      A.   Not -- not for this case.
2      Q.   Understood.
3      A.   Alberto Abadie is an econometrician at Kennedy
4  School of Harvard and Guido Imbens is an econometrician
5  at the Stanford Graduate School of Business.  I've
6  co-authored with Guido before and I actually do lectures
7  with him.
8      Q.   And you noted that the three of you let it go.
9  What -- what did you mean by that?
10      A.   Oh, it actually -- we didn't completely let it
11  go.  We just all got busy and were working on different
12  things.
13      Q.   And did the three of you or any number of you
14  author a working paper?
15      A.   There's no working paper.
16      Q.   Any drafts of a working paper?
17      A.   No.
18      Q.   Any working paper of a working paper?
19      A.   No.
20      Q.   And are you working with them now -- either
21  one of them, now that you've picked this topic back up?
22      A.   I believe we will pick the topic up, yes.
23      Q.   Okay.  Have you talked to them about it?
24      A.   No.  We have been actually talking about the
25  other -- just to clarify -- the material on the finite

**Page 65**

```
1  population analysis that I mentioned in section 5, I
2  should say when you're using the entire population.
3       Q.   All right.  Describe for me, as precisely as
4  you can, Apple's pricing strategy for iPods.
5       MS. SWEENEY:  Objection.  Vague and ambiguous.
6  Overbroad.
7       THE WITNESS:  Actually, I don't know what
8  their strategy is.
9  BY MR. KIERNAN:
10 ████████████████████████████████████████████████
11 ██████████████████████████████████████
12 ████████████████
13 ██████████████████████████████
15 BY MR. KIERNAN:
16      Q.   Do you know how often Apple reviewed its
17 pricing for particular iPod families?
18      MS. SWEENEY:  Same objections.
19      THE WITNESS:  No.
20 BY MR. KIERNAN:
21      Q.   If you could state it again because you
22 guys --
23      A.   No.
24      Q.   -- talked over each other.
25      A.   No.
```

**Page 66**

```
1       Q.   Okay.  Is that something you examined?
2       A.   When I read the reports, I focused mainly on
3  the econometric issue of clustering.  I -- I really
4  didn't form an opinion or absorb the particular of the
5  pricing strategy.
6       Q.   Do you know what factors Apple takes in
7  account in setting the prices for a typical -- pardon
8  me.  Strike that.
9            Do you know what factors Apple takes into
10 account in setting prices for particular types of iPods?
11      MS. SWEENEY:  Objection.  Vague and ambiguous.
12 Overbroad.  Compound.
13      THE WITNESS:  Well, I assume -- I assume cost
14 is involved and I assume that the -- the -- the demand
15 for the various features is involved.
16 BY MR. KIERNAN:
17      Q.   Putting aside your assumptions, do you know
18 what factors Apple actually took into account in setting
19 the prices for any iPod that Dr. Noll examined in this
20 case?
21      A.   No.
22      MS. SWEENEY:  Same objections.
23      Give me a second to interject my objections.
24      THE WITNESS:  Okay.
25 BY MR. KIERNAN:
```

**Page 67**

```
1       Q.   For a particular iPod family, how often did
2  Apple change the price on the iPod?
3       MS. SWEENEY:  Objection.  Vague and ambiguous
4  as to time.  Overbroad.  Compound.
5       THE WITNESS:  I'm not sure.
6  BY MR. KIERNAN:
7       Q.   Do you have any knowledge of how frequent
8  Apple changed the price of an iPod family?
9       A.   No.
10 ████████████████████████████████████████████████
11 ██████████████████████
12 ██████████████████████████████████████
13 ████████████████████████████
15      Q.   Have you examined how Dr. Noll's regressions
16 controlled for Apple's pricing policies and its impact
17 on Apple's prices for iPods?
18      MS. SWEENEY:  Objection.  Vague and ambiguous.
19      THE WITNESS:  I looked at his regressions and
20 noted that there are various features of the families --
21 the units themselves as you would expect in a hedonic
22 price regress- -- regression.
23 BY MR. KIERNAN:
24      Q.   Okay.  And did you examine whether Dr. Noll
25 included all of the explanatory -- all of the variables
```

**Page 68**

```
1  that -- or strike that.
2            Did you examine whether Dr. Noll controlled
3  for all the factors that Apple considered when it set
4  the price for an iPod family?
5       A.   I didn't form an opinion about that.  I wasn't
6  asked to consider the model specification.
7       Q.   How did Apple set the price of iPods sold in
8  Apple retail stores?
9       A.   I don't know that.
10      Q.   Okay.  How did Apple set the price of iPods
11 sold on Apple online store?
12      A.   Again, I don't know that.
13      MS. SWEENEY:  And I'm going to belatedly
14 object.  Vague and ambiguous.  Compound.
15 BY MR. KIERNAN:
16      Q.   For a particular iPod model, let's say, the
17 iPod nano second-generation, 4 gigabyte, would the price
18 that Apple listed for that iPod be the same at the
19 retail store and the Apple online store?
20      A.   I don't know.
21      MS. SWEENEY:  Same objection.
22      Sorry.  Go ahead.
23      THE WITNESS:  I don't know.
24 BY MR. KIERNAN:
25      Q.   How did Apple set the price of iPods sold to
```

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

Page 77

1    Q.   -- family has a different feature?
2    A.   No.  So if you -- again, if you go back to the
3    case of how the clustering was done, it's not true that
4    you have to account for all of those features in order
5    for the usual standard errors collected under random
6    sampling to be valid.  So --
7    Q.   Go ahead.
8    A.   -- for the issue of computing the standard
9    errors -- and that -- that's why I'm not commenting on
10   model specification -- no, it doesn't matter that there
11   are some features that may not have been accounted for
12   or some interactions of features or something like that.
13   That's a modeling question.  That's not a question about
14   the standard errors.
15   Q.   Well, isn't the --
16   A.   So this --
17   Q.   Go ahead.
18   A.   So this is -- this is a common misperception.
19   If you take -- again, let's just start with a -- a large
20   population and you're going to take a large random
21   sample and you're going to estimate two models.  You
22   have Y and you have X1 and X2 and you regress Y on X1
23   and you regress Y on X1 and X2.
24        Now, whether you should include X2 or not is a
25   modeling issue.  The standard error that you compute in

Page 78

1    the usual way are valid even in the first regression
2    where you've omitted X2.  The fact that you've omitted
3    X2 does not affect the calculation of the standard
4    errors.
5    Q.   And what does it affect?
6         MS. SWEENEY:  Objection.
7    BY MR. KIERNAN:
8    Q.   What would it affect under that scenario?
9         MS. SWEENEY:  Vague and ambiguous.
10   Incomplete.
11        THE WITNESS:  Well, it --
12   BY MR. KIERNAN:
13   Q.   I'm not going to use -- let me strike that.
14        I want to use a hypothetical that you were
15   just using and you said that omitting the variable would
16   not affect the calculation of the standard errors.
17   Would omitting the variable effect anything else in the
18   model?
19        MS. SWEENEY:  Objection.  Vague and ambiguous.
20        THE WITNESS:  Well, sure, it could bias the
21   coefficient -- the coefficient and the simple
22   regression.
23   BY MR. KIERNAN:
24   Q.   And so -- and is that what you referred to in
25   your book as omitted-variable bias?

Page 79

1    A.   Yes.
2    Q.   And is it your testimony that omitted-
3    variable bias -- omitted-variable bias has no impact on
4    the -- on reliably calculating the standard errors for a
5    model?
6    A.   That's correct.
7    Q.   And just to make sure that you and I are on
8    the same page, when you refer to "omitted-variable
9    bias," what -- what are you referring to?  Define that
10   for me.
11   A.   Well, you would like to estimate the
12   coefficient on X1, let's call it beta 1, controlling for
13   the effects of X2 and if X2 is correlated with X1 and
14   you leave it out of the regression, then, in general,
15   the estimator of beta 1 will be biased.
16   Q.   The coefficient on the X1 will be biased?
17   A.   That's correct.  Yes.
18   Q.   But that will have -- your testimony is that
19   will have no impact on the calculation of the standard
20   errors?
21   A.   That's correct.  You'll get a valid standard
22   error and confidence interval for the parameter that you
23   are estimating.  It's actually easy to think this
24   through.  You just -- you can always write any equation
25   that you're estimating.  There's a population version of

Page 80

1    it.  And so you can write Y as a linear function of X1.
2    It may not have the coefficient that you want, but you
3    can always do that and you can always write the model
4    for Y as a function of X1 and X2.  Once you have a
5    random sample, the calculation of the standard errors is
6    standard.  There's no adjustment that needs to be made
7    because you might have omitted X2.
8         MS. SWEENEY:  Did you want to break for lunch?
9         MR. KIERNAN:  Let me see if I'm done.
10        Yeah, why don't we do that.
11        THE VIDEOGRAPHER:  This will be the end of DVD
12   No. 1.  We're going off the record at 12:41 p.m.
13        (Recess.)
14        THE VIDEOGRAPHER:  This is the beginning of
15   DVD No. 2.  We're going back on the record at 1:49 p.m.
16   BY MR. KIERNAN:
17   Q.   Okay.  Dr. Wooldridge, the error terms in Dr.
18   Noll's regressions, what do they represent?
19   A.   Factors that affect price that we don't
20   observe.
21   Q.   And what --
22   A.   Actually, they -- they can just be viewed as
23   the difference between Y and its expectation conditional
24   on the variables that are included in the regression.
25   Q.   And what would be some reasons why factors

**Page 77..80**

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

**Page 81**

1  that affect price would not be observed?

2      A.   Well, usually there are various factors that

3  can --

4          MR. MURRAY: Scott here.

5  BY MR. KIERNAN:

6      Q.   Go ahead.  You said usually there are various

7  factors that can . . .

8      A.   Right.  So if -- for example, if there are

9  systematic differences across family and calendar year,

10  then those differences would be included in the error

11  term.

12      Q.   And would -- if there are omitted product

13  attributes that impact price, would those be captured in

14  the error term?

15      A.   The -- well, let me -- let me answer that like

16  this:  If -- it's not necessarily what is in the error

17  term that is -- that's important.  It's basically if

18  you're trying to learn about the coefficient on a

19  particular variable the question is whether you've

20  included enough of the other factors.

21          So if there -- I mean, as I tried to explain

22  before, the -- the nature of the error term, whether it

23  includes omitted factors or not, does not affect the

24  issue that I was asked to -- to evaluate, which is the

25  clustering issue.

**Page 82**

1      Q.   Okay.  Could variables that are unobserved or

2  not measured by the regression impact the calculation of

3  the standard errors?

4      A.   Not when -- not when it's the population or a

5  random sample from the population.  I -- so I gave you

6  that example where you had X1 and then you had X1 and

7  then X2, and it is, I believe, common -- some- --

8  somewhat commonly thought that the omission of X2 can

9  somehow affect the calculation of the standard error for

10  the coefficient on X1, but that's -- that's not true

11  under the sampling scheme that we're talking about,

12  random sampling or knowing the population.

13      Q.   Okay.  In the -- let me back up a step or two.

14  How is the standard error calculated?  As Dr. Noll --

15  using Dr. Noll's regression, how did he calculate the

16  standard errors?

17      A.   So he -- you would take the residuals from the

18  regression and from those residuals -- so the -- the

19  basic calculation that you learn in your first

20  econometrics course estimates the variance of the error

21  term by using the sum of squared residuals from the

22  regression and then dividing it by a degrees of freedom

23  correction and then that gets multiplied by the

24  so-called X prime X inverse matrix.  And that's the

25  valid -- that's the valid calculation for the variance

**Page 83**

1  estimate under the assumption that the variance of the

2  error term doesn't depend on any of the factors you've

3  included in your regression model.  And there's an

4  adjustment that allows for that variance to be

5  unrestricted, an unrestricted function of those factors

6  that is a little more complicated than that.

7      Q.   And -- and what is that?

8      A.   It's the so-called Eicker Huber White

9  Estimator, which sometimes is called a sandwich

10  estimator because the way the formula appears where on

11  the inside there's a more general matrix that's

12  estimated that allows for the squared error term to be

13  correlated with the Xs and that's where the robustness

14  to heteroskedasticity comes from.

15      Q.   And in calculating the standard errors, is

16  there an assumption that the error terms in the

17  regression are independent of one another?

18      A.   Yes.  Well, the -- the -- foundation of my

19  book, actually, in -- in the case of random samples,

20  they're always independent of one another.  So when you

21  have a random sample there's no issue about whether

22  they're independent or not because they automatically

23  have to be.

24      Q.   Right.  And what about the case when it's not

25  a random sample?  Are you applying that assumption that

**Page 84**

1  the --

2      A.   Well, if -- for example, if the data were

3  truly collected by a cluster sample so that you were

4  sampling clusters rather than individual units, then

5  there would be some -- then that usual calculation of

6  the heteroskedasticity robust matrix would not be

7  correct, but that is assuming that you have collected --

8  you have cluster sampling.

9      Q.   Are there any circumstances under which ex

10  post clustering, as you've described it in your report

11  and today, would be appropriate when calculating

12  standard errors when dealing with an entire population

13  of transactions?

14      A.   It -- it depends on the regressors that were

15  included -- the -- the factors that -- that are included

16  in the model and as long as those factors are specific

17  to the individual transaction, then, no.  And that's

18  what Professor Noll did.

19          Believe early I men-- earlier I mentioned

20  a -- a case where if you sampled students independently,

21  but then after the fact looked for peer effects by

22  looking at, you know, children who live near them and so

23  on, then that sort of addition to the model would or

24  possibly could induce cluster correlation within the

25  errors.

**Page 81..84**

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

Page 85

```
1      Q.   With respect to that example -- I'm glad you
2  brought it up -- at what level would you cluster in that
3  example that you just gave?
4      A.   Um, you would define -- typically what you
5  would do is you would have to define the notion of who
6  are the potential peers for a particular student.  And
7  so it might be something like the classroom or something
8  like the, you know, school and then you would compute an
9  average once you have defined what the peer group is and
10 then you would include those and so you would cluster at
11 that level.
12     Q.   And what factors would an econometrician
13 consider when deciding at what level -- the level of
14 clustering, whether it was, in your example, the
15 classroom or something else, some other level?
16     A.   Well, ideally in the case where you've
17 actually collected a cluster sample, that determines it
18 for you because you know what the clusters actually are.
19 And the other consideration is if you include
20 explanatory variables that are created by defining
21 clusters, then that would also define the level of
22 clustering.
23     Q.   And -- and going back to your example where
24 the data was not collected by cluster sampling --
25     A.   Uh-huh.
```

Page 86

```
1      Q.   -- what factors would an econometrician
2  consider in determining the level of clustering in that
3  scenario?
4      A.   Again, you'd have to first define what the
5  peer group is and then that would determine the level of
6  clustering.  So if --
7      Q.   Based on what?  Based on what factors?  I
8  mean --
9      A.   Well, in -- in --
10     Q.   -- what would an econometrician consider?
11     A.   -- in that particular example, it's -- it
12 actually doesn't have anything to do with being an
13 econometrician.  That's the sort of question that the
14 person undertaking the empirical work has to decide,
15 what -- what sort of children do I think affects a
16 particular child's outcome?  So it would be up to you to
17 specify ahead of time that it's, you know, the
18 neighborhood or the classroom or something like that.
19     Q.   Okay.  And my view of that may be different
20 from some other --
21     A.   That's correct.
22     Q.   -- somebody else's.
23          So it's a matter of judgment --
24     A.   Uh-huh.
25     Q.   -- of the person running the study?
```

Page 87

```
1      A.   Yes.  But if there are -- if there are no
2  so-called peer effects included in the equation, then
3  there's no need to cluster.
4      Q.   And -- one second.
5           If under that scenario there was no peer
6  effect, but the researcher did cluster by the -- by the
7  peer clustering level, as you suggested --
8      A.   Uh-huh.
9      Q.   -- what impact, if any, would that have on the
10 precision of the standard errors?
11     A.   Well, it depends on the -- if you had a large
12 number of clusters with few observations, then the
13 effect might be fairly small.  But then you would see
14 that the effect is fairly small.  That's the -- the
15 proof, essentially, is in the pudding, is that since you
16 know that the original standard errors are correct, if
17 you do the clustering and it matters a lot, then you've
18 either got an unusual sample or the cluster effects have
19 a bias in them -- I'm sorry -- the clustered standard
20 errors have a bias in them.
21     Q.   And, then, knowing that -- sorry -- you said
22 since you know that the original standard errors are
23 correct.
24     A.   So the situation was --
25     Q.   Yeah.
```

Page 88

```
1      A.   -- we randomly sample from the population --
2      Q.   Right.
3      A.   -- and then I said where you might have to
4  cluster is when you create a peer effect.  And then I --
5  I -- maybe I misunderstood you.
6      Q.   No, no.
7      A.   You -- you said, but suppose there is no pure
8  effect and you cluster anyway, well, that can only
9  increase the standard errors on average.
10     Q.   What I was referring to, Dr. Wooldridge, is I
11 want to understand when you stated -- what you meant by
12 the original standard errors are correct and you were
13 referring to --
14     A.   I mean the ones that were obtained via the
15 Eicker Huber White heteroskedasticity robust formula,
16 yes.
17     Q.   By drawing a random sample?
18     A.   Yes.
19     Q.   I asked you are there circumstances under
20 which ex post clustering, as you've described it in your
21 report and today, would be appropriate when calculating
22 standard errors when dealing with an entire population
23 of transactions.  Do you recall that question?
24     A.   I do.
25     Q.   Okay.  Depends on what regressors were
```

1 included, the factors that are included in the model, as
2 long as those factors are specific to the individual
3 transaction, then, no, and that's what Professor Noll
4 did.
5           What is an example when there are factors that
6 are not included where ex -- that would make ex post
7 clustering appropriate --
8      A.   There --
9      Q.   -- or something to be considered?
10      A.   There -- there aren't any unless you actually
11 create these clusters ex post.  So, in other words,
12 you'd have to make a conscious decision that you wanted
13 to -- to include information about other transactions
14 directly in the equation for this particular
15 transaction.
16           So, again, maybe I'm not -- you would be the
17 cause of the clustering problem because you decided to
18 do that.  If you don't decide to do that, then there
19 can't be a clustering problem.
20      Q.   Yeah, I think you and I are talking past one
21 another.
22           My question is -- maybe I'll ask -- reask the
23 question.
24           Are there any circumstances where you have the
25 entire population of the data in which ex post

1 clustering, as you described it in your report and
2 today, would be appropriate when calculating the
3 standard errors?
4           MS. SWEENEY:  Objection.  Asked and answered.
5           THE WITNESS:  So, again, if you are using
6 information from the transaction that has been drawn,
7 the answer is, no.  Only if you've created a problem
8 where you, essentially, use information from other
9 observations can you create a clustering problem in that
10 setting.
11 BY MR. KIERNAN:
12      Q.   Ex post clustering, is that a generally
13 accepted term in econometrics?
14      A.   There's something closely related called ex
15 post stratification.
16      Q.   And is it your testimony today that those are
17 the same thing?
18      A.   No, they're not the same thing.
19      Q.   Okay.
20      A.   But they're --
21      Q.   Focusing on ex post clustering, is that a term
22 that is used in the field of econometrics?
23      A.   That's a good question.  I'm not sure I could
24 point to a source for that, actually.  I basically --
25 the idea is that for a long time cluster sampling was

1 understood to be you sample clusters from the population
2 and this notion that you would, essentially, take a
3 random sample and then create clusters after you've,
4 essentially, observed the random sample is, I think, a
5 fairly recent phenomenon and turn -- it turns out to be
6 incorrect.
7      Q.   And what authority can you point to that
8 supports your conclusion that ex post clustering is
9 incorrect, as you just put it?
10      A.   Well, I -- I like to think of myself as an
11 authority on this, and this is an issue that has come up
12 in this particular case, and it's come up in some other
13 areas that I'm aware of.  That's why, in fact, I mention
14 the two authors that I've been working with started
15 talking about this problem a couple of years ago.  So I
16 guess I and my coauthors are the authorities.
17      Q.   And can -- have you published any peer review
18 articles that support your conclusion that ex post
19 clustering is inappropriate when dealing with an entire
20 population?
21      A.   Not on that specific topic, no.
22      Q.   And are you aware of any peer-reviewed
23 articles or other publications that support the
24 conclusion that ex post clustering is inappropriate when
25 dealing with the entire population?

1      A.   The closest thing, which, again, the -- the
2 whole population versus sampling is a bit of a red
3 herring here because if -- if we had taken a -- a large
4 random sample, then the conclusions would -- would be,
5 essentially, the same.  The closest I can think of is my
6 own work on talking about inappropriately clustering a
7 stratified sample.
8      Q.   And where's that work?
9      A.   That's the American Economic review paper, the
10 2003 paper.
11      Q.   And is it your testimony that that paper
12 states that ex post clustering is inappropriate when
13 dealing with an entire population of transactions?
14      A.   No.  It's -- so let's be clear.  It's a -- a
15 statement about how clustering, when the data had been
16 collected from a stratified sampling, is inappropriate.
17      Q.   And is the -- was the data in -- that's used
18 by Professor Noll, was that collected from a stratified
19 sampling?
20      A.   No.  So a special case of stratified sampling
21 is random sampling and so if he had thrown out, you
22 know, 80 percent of the data and called that a random
23 sample, then it would apply -- apply directly to that
24 case.  But, as I said before, when you collect more
25 data, that's only a good thing.  So the different -- the

1 issue of the population versus the sample is irrelevant
2 here for the clustering issue.
3     Q.   So yours and Dr. Noll's opinions with respect
4 to the population are irrelevant to the issues in the
5 case of whether clustering is appropriate?
6         MS. SWEENEY:  Objection.  Misstates his
7 testimony.  Argumentative.
8         THE WITNESS:  No, I think that -- that's
9 not -- certainly not what I said.  The --
10 BY MR. KIERNAN:
11     Q.   How is it relevant then?
12     A.   How is?
13     Q.   How is -- how is the fact that, in your view,
14 that Dr. Noll had the entire population of iPod
15 transactions relevant to the opinions that you're
16 offering in this case?
17         MS. SWEENEY:  Objection.  Asked and answered.
18         THE WITNESS:  I'm not sure how I can answer
19 that differently.
20 BY MR. KIERNAN:
21     Q.   Well, you stated --
22     A.   So -- so, again -- so --
23 BY MR. KIERNAN:
24     Q.   -- the issue --
25     A.   Okay.  So let me --

1         MS. SWEENEY:  Please don't -- David, don't
2 interrupt.
3         MR. KIERNAN:  He had stopped --
4         THE WITNESS:  Yeah, and --
5         MR. KIERNAN:  -- and I started.  So I didn't
6 interrupt him.  He actually interrupted me.
7         THE WITNESS:  That was my fault, yeah.
8 BY MR. KIERNAN:
9     Q.   But go ahead.
10     A.   The -- again, if you take the millions of
11 transactions that are in the population and you took a
12 random sample from those, okay, the clustering on the
13 basis of characteristics that you, you know, observe
14 like the family in the quarter, would be the incorrect
15 thing to do.
16         As you get more and more data, that doesn't
17 change and so whether you think of that as the entire
18 population or a larger random sample, essentially you --
19 you get -- you get the same answer.
20         MS. SWEENEY:  The spotlight is on you.
21         MR. KIERNAN:  But the documents are great.
22 We're all laughing because I made a joke.
23 BY MR. KIERNAN:
24     Q.   Your opinion that there can be no cluster
25 sampling problem because there is no sampling, what

1 authority supports that opinion?
2     A.   The argument that I just used for you, that --
3     Q.   Okay.
4     A.   -- the --
5     Q.   Any peer-review publication that supports your
6 opinion that there can be no cluster sampling problem
7 because there is no sampling?
8         MS. SWEENEY:  And I'd just like to interject
9 an objection and ask the witness, you can go ahead and
10 finish your prior answer that Mr. Kiernan interrupted.
11 BY MR. KIERNAN:
12     Q.   And if I did interrupt you, I did not mean to.
13     A.   So, again, the -- when you have a large
14 population you could take a random sample from that in
15 which case there's no justification for the clustering.
16     Q.   Yeah.  I understood your argument.  What I'm
17 asking is what peer-reviewed authorities can you cite to
18 me just --
19     A.   For the population problem, I -- I can't.
20         MS. SWEENEY:  And, again, I'm going to ask you
21 to stop interrupting the witness.  You -- every time he
22 starts to give an answer, you interrupt if you don't
23 like it.  You're not entitled to do that.  So please
24 don't interrupt the witness anymore.
25 BY MR. KIERNAN:

1     Q.   In your report you describe the -- section 5
2 you referred to it a couple of times today -- to the
3 unconfoundedness assumption.
4     A.   Uh-huh.
5     Q.   Do you recall that?  And define that for me.
6     A.   That means that the assignment to the
7 treatment in the control group doesn't depend on, in
8 this case, what the price differential would be under
9 two regimes.  So think of -- think of it before harmony
10 was blocked and after harmony was blocked and actually
11 just -- you don't have to bring time into it, just two
12 states of the world, harmony is blocked, harmony is not
13 blocked.  And then you see some units where that was
14 true and some units where that wasn't true and the idea
15 is that the intervention is independent of what the
16 difference in prices would have been in the two states
17 of the world.
18     Q.   And what circumstances must exist for the
19 unconfoundedness assumption to hold?
20     A.   Well, there -- you could have an experiment
21 where you have a random intervention or you can have a
22 before-after where you have included enough factors so
23 that it's -- the intervention is effectively random
24 after you've included those factors.
25     Q.   And have you examined whether or not with

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

**Page 97**

1 respect to Professor Noll's two regressions the
2 unconfoundedness assumption holds?
3    A.  That's more -- that's a modeling question, so
4 I did not think about that, yes.
5    Q.  And so you're not offering an opinion on
6 whether or not the unconfoundedness assumption applies
7 with respect to Professor Noll's two regressions?
8    A.  That's correct.
9    Q.  If there were important variables that
10 explained prices of iPods that were left out of the
11 regression, could that cause the unconfoundedness
12 assumption to be violated?
13    A.  Yes, it could and -- but I don't have an
14 opinion on whether that's the case here.
15    Q.  When dealing with an entire population, are
16 there methods available to econometricians to account
17 for correlation of error terms when calculating standard
18 errors?
19    A.  Well, like I said, there's no need to do it
20 when you're using only the information from each record
21 in your econometric analysis.
22        So the -- you know, the fact that you then
23 decide that after you have this entire population that
24 you're going to, essentially, arbitrarily define
25 clusters and then conclude that based on your

**Page 98**

1 definitions you're seeing correlation within those
2 clusters does not say that you should use cluster robust
3 inference.
4    Q.  In your textbook you note that "We should not
5 expect good properties of the cluster robust inference
6 with small groups and very large group sizes when
7 cluster effects are left in the error term."
8        Do you recall saying something along those
9 lines?
10    A.  Yes, uh-huh.
11    Q.  What do you mean by that?
12        MS. SWEENEY:  Can -- can -- can I interject
13 for a moment?  Do you have a copy of that?
14        MR. KIERNAN:  Well, he recalls it.
15        MS. SWEENEY:  Yeah, but can you give the page
16 cite?
17        MR. KIERNAN:  I don't have the page cite.
18        THE WITNESS:  Is that from the second edition
19 of my book?
20 BY MR. KIERNAN:
21    A.  Yes.
22    A.  Means that if you -- if you use -- if you use
23 cluster sampling and you choose only a relatively small
24 number of clusters with large cluster sizes, there's no
25 theory that says that those cluster robust standard

**Page 99**

1 errors have any desirable properties.
2    Q.  Okay.  And when you state, "We should not
3 expect good properties of the cluster robust standards,"
4 what are the good properties that you're referring to?
5    A.  You would want them to, essentially, be
6 unbiased estimates or even consistent estimates of the
7 actual sampling variances.
8    Q.  Right.  So one would be unbiasness?
9    A.  Yes.  Well, that's -- so the sampling
10 variances, the -- usual OLS estimators are unbiased
11 estimators of the -- the usual -- the usual variance
12 estimators for the OLS -- that's a -- the sampling
13 variances for the OLS estimators are unbiased and then
14 we take the square roots of them to get the standard
15 errors.  And you can't always -- the -- the cluster
16 robust ones, they're never exactly unbiased, so you talk
17 about approximations and you often talk about what
18 happens as you get more and more data.
19        And the theory on cluster sampling does not
20 allow for the case where you have a small number of
21 clusters and -- well, having a small number of clusters
22 is a problem in general and certainly when you have a
23 large number of observations per cluster none of the
24 theory applies to that case.
25    Q.  And what number of clusters is -- what

**Page 100**

1 threshold is the point at which the number of clusters
2 is no longer a problem?
3    A.  This is a -- an impossible question to answer.
4 It is the question empirical people are most interested
5 in.  So assuming that it's appropriate to cluster, it
6 depends on lots of different characteristics of the
7 problem.  For example, it depends on how big the cluster
8 sizes are.  It depends on the distribution of the
9 observables and unobservables in the population.
10        So this is something that theory can't easily
11 answer and that's why people do simulations to try to
12 find when the -- the -- the theory of having a large
13 number of clusters seems to work fairly well.
14    Q.  When you referred to "observables" in your
15 last answer, were you -- and "unobservables," what were
16 you referring to?
17    A.  The explanatory variables and -- as the
18 observables and then the error term is the
19 unobservables.
20    Q.  And so that I understand your answer, it's
21 that theory doesn't provide the answer and so there are
22 econometricians that are implying empirical analysis to
23 try to answer that question?
24    A.  Simulation studies, yes.
25    Q.  Is it simulation studies like what Hanson did

1 and the quarter or the date of the transaction and so
2 on.
3 BY MR. KIERNAN:
4       Q.   And with respect to the school example --
5       A.   Uh-huh.
6       Q.   -- if I got all the students within a state --
7       A.   Uh-huh.
8       Q.   -- and I got the big data file, wouldn't it be
9 analogous to what you just described in that I would
10 learn of the school and the district from that same
11 dataset?
12       MS. SWEENEY:  Objection to form.  Vague and
13 ambiguous.  Incomplete.
14       THE WITNESS:  Yes.  And, in fact, that's why I
15 included that example in my declaration is because once
16 you've gathered the information on the students, the
17 fact that you also learned about their school and their
18 school district does not mean you should then group them
19 into clusters based on their school or their district.
20 BY MR. KIERNAN:
21       Q.   But that example in your report -- just to
22 make sure I understand it -- aren't you, what you're
23 referring to right now, is when you randomly sample the
24 students at the first stage?
25       A.   Yes.

1       Q.   Yeah.  Okay.  Differ- -- I have a different
2 hypothetical.
3       A.   Okay.
4       Q.   You pull all the students' information
5 first --
6       A.   Uh-huh.
7       Q.   -- and then from there you learn about -- you
8 learn from the dataset you have the entire population of
9 students --
10       A.   Uh-huh.
11       Q.   -- and then you learn from the dataset, the
12 schools and districts and so forth.  How is that
13 different from what you describe on page 3?
14       MS. SWEENEY:  Objection.  Vague and ambiguous.
15 Incomplete.
16       THE WITNESS:  As a practical matter I don't
17 think it's different.
18 BY MR. KIERNAN:
19       Q.   Okay.  How does one determine -- or strike
20 that.
21       What methods does an econometrician apply to
22 determine if something is ex post clustering?
23       A.   Oh, well, you have to know -- there are -- so
24 if you have a sample of data, then, of course, you know
25 because after you've drawn the observations you can see

1 what you're clustering on.  In the case of a whole
2 population you know because the clustering is
3 essentially arbitrarily defined.
4       Q.   Any other factors that one would consider if
5 ex post factor clustering occurred when a whole
6 population is being used?  You named the clustering is
7 arbitrarily defined.  Any other factors?
8       A.   Well, in -- again, since the distinction
9 between the population and the sample is really one of
10 number of observations here, if you can determine it
11 based on a random sampling thought experiment, then you
12 can determine it in the population as well.
13       So, in other words, if I took a random sample
14 of the transactions and then clustered on the basis of
15 family and quarter, then the same sort of clustering
16 would be inappropriate with the entire population.
17       Q.   And what factors does an econometrician
18 consider in determining whether the clustering was, in
19 your words, essentially arbitrary?
20       A.   Well, because -- because the observations
21 don't have a cluster structure.
22       Q.   And how do you determine that?  How does --
23 what are the factors that an econometrician considers to
24 determine whether, in your words, there is -- they do
25 not have a cluster structure?

1       MS. SWEENEY:  Objection.  Asked and answered.
2 Vague and ambiguous.
3       THE WITNESS:  You have to have a population of
4 clusters and then from that you know what the cluster
5 structure is.
6 BY MR. KIERNAN:
7       Q.   And what -- what factors do you consider to
8 determine whether you have a population of clusters?
9       A.   Well, it, again, depends on -- the population
10 is -- of clusters is defined once you have determined
11 the sampling scheme.  So in other words, if you're
12 sampling schools, clusters of schools.
13       Q.   On page 6 of your declaration -- let me know
14 when you get there.
15       A.   Yes.
16       Q.   It's roughly a quarter of the way down,
17 "Clustering is a property of how the data are collected
18 and has nothing to do with how much variation there is
19 in the underlying population variable or variables."
20       A.   Uh-huh.
21       Q.   Do you see that?
22       A.   Uh-huh.
23       Q.   And what authority supports that statement?
24       A.   Well, it's -- the -- I've given several
25 examples.  It's -- the authority is basically that you

Page 113

1    can't really anticipate every time somebody is going to
2    get something wrong like this, so I tried to explain
3    through examples that if you -- if you have a variable
4    that doesn't change very much in a population and you
5    draw a random sample from it, that has -- how much
6    variation there is in the population has nothing to do
7    with whether you have to treat those observations as
8    being from a cluster sample.
9         MR. KIERNAN:  Okay.  Move to strike as
10   nonresponsive.
11        MS. SWEENEY:  And I disagree with that
12   characterization.
13   BY MR. KIERNAN:
14        Q.  For the statement, "Clustering is a property
15   of how the data are collected and has nothing to do with
16   how much variation there is in the underlying population
17   variable or variables," stated on page 6 of Wooldridge
18   1, please cite for me authority that supports that
19   proposition.
20        A.  I can't give you a citation for that.
21        Q.  And is it your testimony today that that
22   statement is generally accepted in the field of
23   econometrics?
24        A.  Yes, I believe it would be.
25        Q.  And can you cite to any authority, any peer-

Page 114

1    reviewed publications, that support your testimony that
2    that is generally accepted in the field of econometrics?
3         A.  I -- I'm sorry.  Could you repeat that?  That
4    sounded like the same question to me.
5         Q.  Slightly different.  And that is, can you cite
6    to any authority, including a peer-reviewed publication,
7    that support your testimony that your statement on
8    page 6 is generally accepted in the field of
9    econometrics?
10        A.  Well, here's what I can do:  I can point to
11   the literally thousands, if not tens of thousands, of
12   papers published in empirical economics that never
13   discusses whether the variation and the dependent
14   variable has any bearing on whether to cluster or not.
15   So I would think it would show up somewhere if that were
16   actually an issue.
17             So many labor economists have done analyses
18   with all kinds of response variables, including, as I
19   said, variables such as do you have a job or not, and
20   that has much less variation because it's a 01 variable
21   than if you look at their annual earnings.  And the fact
22   that one is much less variable than the other has
23   nothing to do with whether you should cluster the data.
24        Q.  And it's your testimony that labor
25   econometricians, it's generally accepted, that they

Page 115

1    would not use clustering in the scenario that you just
2    described?
3         A.  If -- if you ran-- -- if you had a random
4    sample, I certainly hope not.  Again, you could only
5    cluster if after you obtained your data you define some
6    clusters to -- to cluster on and that would lead to an
7    increased bias in your standard errors.
8         Q.  Okay.  Name for me the ones that you can
9    recall, as you sit here, the literally thousands, if not
10   tens of thousands, of papers published empirical
11   economics that never discuss whether the variation in
12   the underlying population variable or variables --
13        A.  Well, I certainly --
14        Q.  -- is relevant with respect to clustering?
15        MS. SWEENEY:  Yeah, I'm going to object.
16   That's sort of a ridiculous question.  He's not going to
17   sit here and identify tens of thousands of articles for
18   you.
19   BY MR. KIERNAN:
20        Q.  Could you list, as you sit here today, tens of
21   thousands of articles?
22        MS. SWEENEY:  Objection.  Improper --
23        THE WITNESS:  As I sit here right now, no.
24   BY MR. KIERNAN:
25        Q.  Okay.  Name -- name five for me.

Page 116

1         A.  Well, look, I follow empirical work and --
2         Q.  Just name five.
3         MS. SWEENEY:  Objection.
4         MR. KIERNAN:  Okay.
5         MS. SWEENEY:  Asked and answered.
6    Argumentative.
7    BY MR. KIERNAN:
8         Q.  Name one.
9         MS. SWEENEY:  Harassing the witness.
10   Stop now.
11        THE WITNESS:  Angrist -- Angrist and Krueger,
12   their paper on estimating the effects of schooling on
13   wages.
14   BY MR. KIERNAN:
15        Q.  Okay.  Any others you can think of?
16        A.  Melon's paper on evaluating a job training
17   program, an AER paper.  The thing is that they don't
18   discuss this issue because it doesn't come up.
19        Q.  What issue doesn't come up?
20        A.  The fact that there's -- how much variation
21   there is in their data, whether that leads to a
22   clustering problem or not.
23        MR. KIERNAN:  Let's take a short break.
24        MS. SWEENEY:  Are you almost done?
25        THE VIDEOGRAPHER:  Going off the record at

1  2:43 p.m.
2              (Recess.)
3              THE VIDEOGRAPHER:  Okay.  We're back on the
4  record at 3:04 p.m.
5  BY MR. KIERNAN:
6      Q.  Dr. Wooldridge, do you agree with the
7  statement, "It is probably a sensible rule to at least
8  consider the data as being generated as a cluster sample
9  whenever covariates at a level more aggregated in the
10  individual units are included in an analysis"?
11      A.  That sounds like something I wrote.
12      Q.  And do you agree with it?
13      A.  Actually, I would want to re-examine that
14  statement in light of this sort of recent research that
15  I've done.  It certainly is -- when you have variables
16  that are defined at, like, a school district level and
17  you have schools, you may or may not have to cluster.
18  But then when you do it or you don't do it, you can see
19  the answer, assuming that you have a large number of
20  clusters with relatively few units per cluster.  But it
21  may be too -- it may be too conservative to do that.
22      Q.  And, as you sit here today, do you stand by
23  your statement so that "It's a sensible rule to at least
24  consider the data as being generated as a cluster sample
25  whenever covariates at a level more aggregated than the

1  individual units are included in an analysis"?
2      A.  If you -- I mean, ideally you would know the
3  level of which the data were clustered, so that's --
4  that's a case -- that's a conservative approach to the
5  problem where you might not know how the data were
6  generated.
7      Q.  And so today do you stand by your statement in
8  your book?
9      A.  Actually, I would -- as I said, in light of
10  these sort of new findings on clustering random samples,
11  I would actually want to revisit that to see whether
12  that's a -- a useful thing to do or not.  And it has to
13  do with -- it's always going to have to do with the
14  number of clusters that you have and the number of
15  observations per cluster.
16      Q.  And what would you want to examine in
17  analyzing or considering whether or not to revise the
18  statement in your book that we've been discussing?
19      A.  Well, I would want to work out the theory for
20  what happens when you assume the data are generated from
21  a random sample, but you include covariates that are
22  defined at a higher level.
23      Q.  Anything else?
24      A.  Simulation.
25      Q.  In Professor Noll's analysis of the iPod

1  transactional data, did he include covariates at a level
2  more aggregated than the individual unit transactions?
3      A.  Well, each -- each variable -- no, each
4  transaction is defined by its characteristics.
5      Q.  Okay.  So you're understanding is that
6  Professor Noll's analysis of the iPod transaction data,
7  he did not include covariates at a level more aggregated
8  than the individual transactions?  Is that your
9  understanding?
10      A.  No.  He included time effects and he included
11  attributes of the products.
12      Q.  Okay.  And is it your testimony that time
13  effects --
14      A.  Those are --
15      Q.  -- and attributes of products are covariates
16  at a level more aggregated than the individual unit
17  transactions?
18      A.  They're not more aggregated.  An example would
19  be to say that because some people have the same level
20  of education that -- that how -- is somehow a variable
21  that's aggregated -- that's defined at a more aggregated
22  level because you can put everybody into a class of
23  education.
24      Q.  Okay.  And either we're not communicating
25  well -- well, let me -- I just want to ask this to make

1  sure I have this clear.
2              Did Professor Noll's analysis of iPod
3  transactional data include covariates at a level more
4  aggregated in individual iPod transactions?
5      A.  Not the way I would define them, no.
6      Q.  And when you say "define them," what is the
7  "them" referring to?



19      Q.  Did you examine Professor Noll's analysis to
20  determine whether he included covariates at a level more
21  aggravated than the individual units that are included
22  in the analysis?
23      A.  Did I examine the regressions?  I did look --
24      Q.  For that purpose.
25      A.  I did look at the variables that were included

1  in the regression, yes.
2      Q.   Do you agree that in some cases you can define
3  the clusters to allow additional spacial correlation?
4      A.   Spacial correlation?  Well, spacial
5  correlation has to do when you have -- is usually a
6  feature where you have large geographical units and you
7  don't have random sampling.
8      Q.   So, for example, if you think of sampling
9  fourth grade classrooms and you're concerned about
10  correlation in student performance not just within the
11  class, but also within the school, then you could define
12  the clusters to be the schools?
13      A.   Not if you take a random sample of fourth
14  graders from the population of fourth-grade classrooms.
15  That would be an example of what I'm calling ex post
16  clustering because you would then be, essentially,
17  looking at the school that the classroom came from and
18  making that your cluster when you already have a random
19  sample of fourth-grade classrooms so you don't need to
20  do anything further.
21          (Exhibit 2 marked.)
22  BY MR. KIERNAN:
23      Q.   Okay.  Let me hand you what's been marked as
24  Wooldridge 2.
25          And I'll represent to you, Dr. Wooldridge,

1  that this is a copy of the section on Clustering
2  Sampling, 20.3, from Chapter 20 of your textbook
3  Econometric Analysis of Cross Section and Panel Data,
4  Second Edition.
5          Do you recognize the section on Cluster
6  Sampling?
7      A.   Yes, I do.
8      Q.   Okay.  And if you turn to page 864 --
9      A.   Okay.
10      Q.   -- and this is under Section 20.3.1 --
11      A.   Uh-huh.  Okay.
12      Q.   -- and in this section you're discussing an
13  example which a random sample fourth-grade classrooms is
14  drawn in the state and the common factor affecting
15  students in a given classroom is the characteristics of
16  the teacher.
17      A.   Uh-huh.
18      Q.   Is that right?
19      A.   I'm sorry.  Where are you seeing that?
20      Q.   In this section where you're using the sample
21  of fourth-grade classroom, my under- --
22          MS. SWEENEY:  Go ahead and take a second to
23  read it.
24          MR. KIERNAN:  Yeah.
25          THE WITNESS:  Are you looking at the back?

1  Where are you -- I'm sorry.
2  BY MR. KIERNAN:
3      Q.   I'm looking at Clustering Sampling.
4      A.   This page.
5          Yeah, I might rethink that now.
6      Q.   Why is that?  Well, rethink what?
7      A.   In other words, whether you actually have to
8  cluster at the school level --
9      Q.   So in --
10      A.   -- after doing --
11      Q.   -- your textbook -- oh, sorry.
12      A.   After doing more recent analysis, yes.
13      Q.   Okay.  In your textbook you propose clustering
14  when calculating the --
15      A.   So this is a conservative thing to do, yes.
16  That doesn't mean that if you have good reason not to do
17  it, that you -- that you should still do it.
18      Q.   Where do you state it's a conservative --
19  conservative thing to do and if you have a reason not to
20  do it, you shouldn't do it?  Where is that in your
21  textbook?
22      A.   Well, we -- as I mentioned, this is a learning
23  process, right?  So after examining these problems with
24  this ex post clustering, I now know that it's a
25  conservative thing to do.  So, yes, I would probably --

1  I would rewrite this section a bit if I -- if there's a
2  third edition coming.
3      Q.   And did you make the same recommendation in
4  the first edition of your textbook, Econometric Analysis
5  of Cross Section Panel Data?
6      A.   Actually, that's -- I can't remember.  It was
7  a fairly extensive revision of the book.
8      Q.   And you state, "After examining these problems
9  with this ex post clustering," are you referring to in
10  connection with this case?
11      A.   No, just in general.  Just the theory that
12  I've worked out and that, as I mentioned, my coauthors
13  and I had been working on.
14          So, in other words, when you realize that if
15  you are randomly sampling any unit, whether it's an
16  individual student or a fourth-grade classroom, it's
17  actually -- it's certainly conservative to compute the
18  cluster robust standard errors and it's not going to be
19  very costly in a case like this if you don't have to
20  because you have a large number of clusters with
21  relatively small cluster sizes.  But if you do it in the
22  case where you don't -- where your cluster sizes are
23  very large and so there's no theory to tell you that
24  those clusters standard errors are going to settle down
25  to the usual ones, then I would be more careful here and

1    argue that you -- you shouldn't necessarily do it
2    because your inference could be much too conservative.
3        Q.    Okay.
4        A.    This is the -- the point of -- there's another
5    section in here on stratified sampling.  And it's the
6    same sort of argument that you can always do something
7    that's very conservative, but you may not learn much and
8    if you can do something else that is -- is actually
9    providing the proper standard errors, then you should do
10   that.
11       Q.    And have you reached an ultimate conclusion of
12   whether to revise the paragraphs in your Chapter 20.3.1?
13       A.    Yes.  I probably -- I think I would revise
14   them in light -- in fact, I would add a section on ex
15   post clustering.
16       Q.    And what -- what authorities or peer-reviewed
17   papers would you cite in support of your new section in
18   your textbook?
19       A.    Well, a lot of this book is actually based on
20   original research, so I probably wouldn't.  If I finish
21   the work with my co-authors, then I would cite that.
22       Q.    And, as of today, you have not completed that
23   work?
24       A.    The theory is -- is essentially finished --
25       Q.    And --

1        A.    -- and some -- and some simulation results.
2        Q.    Have you completed the simulation result --
3    work?
4        A.    Simulation work is -- it's hard to decide
5    where to stop, but there's -- there's a fair amount of
6    simulation work.
7        Q.    Okay.  Have you completed the empirical work
8    with respect to your theory on ex post clustering?
9        A.    So by "empirical" do you mean with an actual
10   dataset or do you mean the simulations?
11       Q.    The simulations.  I know this morning you were
12   describing the simulations as the empirical work like --
13       A.    Oh.
14       Q.    -- what Hansen was doing.
15       A.    Okay.  So just to be clear, when economists
16   say "empirical work," they usually mean data that's been
17   collected from the real world --
18       Q.    Sure.
19       A.    -- as opposed to generating.  So if you mean
20   the simulations experiments, is it completed?  Well, you
21   can always -- you can always vary parameters and see how
22   things change when you vary parameters, but the
23   simulations predict the theory quite well.
24       Q.    And have the simulations been peer reviewed?
25       A.    No.

1        Q.    If you turn to page 868, you have an example
2    20.3.  Just tell me when you get there.
3        A.    Yes.
4        Q.    And this is Cluster Correlation in Teacher
5    Compensation.  Do you see that?
6        A.    Uh-huh.
7        Q.    And "The data set is in BENEFITS.RAW, includes
8    average compensation, at the school level, for teachers
9    in Michigan."
10             Do you see that?
11       A.    Yes.
12       Q.    And do you understand that that data include
13   the entire population?
14       A.    Yes.
15       Q.    Okay.  And then in your textbook you state,
16   "We view this as a cluster sample of school districts,
17   the schools within districts representing the individual
18   units"; is that accurate?
19       A.    It's an example, yes.
20       Q.    Okay.  And this is an example of what you
21   described on page 864?
22       A.    Actually, this is -- yeah, this is just an
23   example to, essentially, create a -- what could have
24   been a cluster sample so that they can see what happens
25   when you -- when you do cluster at a -- at a more

1    aggregate level, but -- and you can see that the
2    standard errors do go up, so it's a conservative thing
3    to do.
4        Q.    And in example 20.3, the -- the data was not
5    collected using cluster sampling; isn't that correct?
6        A.    That's correct.
7        Q.    You collected the entire population?
8        A.    Actually, it's not the entire population, no.
9    It's -- it's a subset of the districts from the state of
10   Michigan.  It contains a lot of them, but not all of
11   them.
12       Q.    How many did you exclude?
13       A.    500 and -- probably about --
14       Q.    Does eight come to mind?
15       A.    Eight?  No, I think it's got to be more than
16   that.  I think there are currently 500 and 55 -- 18 or
17   20 or something like that, yeah.
18       Q.    Okay.  So virtually all the school districts?
19       A.    It -- very close, yes.  Where you have --
20   yeah.  So G equals 537 when these are elementary
21   schools, I believe.  So you have a large G with
22   relatively few schools per -- so few observations per
23   cluster.
24       Q.    Now, are you familiar with --
25       A.    And this, by the way, actually fits with the

1  theory that I -- that the standard errors would go up by
2  a fair amount.
3      Q.   And are you -- other than theory, are you
4  relying upon anything to support that the standard
5  errors would go up by a large amount?  Any --
6      A.   The simulations.
7      Q.   Other than the ones that you -- that you've
8  been working on recently, are there other simulations
9  that you're relying upon for that statement?
10     A.   I don't know of any simulations that ask the
11 question what would happen if you simulated -- if
12 you clustered a random sample based on characteristics
13 that you draw along with the main variable, yes.
14 Usually when -- when properties of the clustered
15 standard errors are evaluated via simulation, they are
16 actually cluster samples that have been drawn like in
17 Chris Hansen's work, for example, or the DueFlow, et
18 al., paper in the QJE.
19     Q.   You state in your report that clustered
20 standard errors are not justified with, say, ten
21 clusters and 200 observations per cluster.
22          Do you recall that page 5 of your report?
23     A.   Uh-huh.
24     Q.   And I notice you don't have a citation there.
25 Can you cite to me --

1      A.   I should --
2      Q.   -- the authority --
3      A.   I should have put a citation in there.  I'd
4  probably have to go look that up.  There's a paper by, I
5  think it's Mitchell Peterson.  It's in a financial
6  journal.  I'd have to go -- Journal of Financial, maybe
7  it's Journal of Finance.
8      Q.   And what is a -- the conclusion or opinion set
9  forth in that paper with respect to this issue?
10     A.   That clustering can be effective for computing
11 standard errors when you have a large number of clusters
12 and not too many units per cluster.  That's actually a
13 paper that the setting is a bit different because it's
14 -- it's panel data, so there is a time dimension, and so
15 they're considering the case of clustering both in the
16 cross-sectional dimension in some cases and the time
17 series and others and then across both dimensions and
18 others.
19          I could probably -- I -- I'd have to think.
20 I -- I mentioned this before, that there's no sort of
21 absolute rule of thumb that you can use, but the theory
22 certainly doesn't allow for that kind of configuration.
23 If you think that thinking of G heading off to infinity
24 with the number of observations per cluster fixed is a
25 good thought experiment, it isn't because the -- the

1  large sample theory that's obtained from letting G get
2  large is not going to be very relevant for that
3  particular structure.
4      Q.   So are you relying upon Hansen's paper for the
5  statement that clustered standard errors are not
6  justified with ten clusters in 200 observations?
7      A.   He considers a similar configuration.  I don't
8  know if it's exactly that configuration.  In fact, he
9  may have fewer observations per cluster and shows that
10 they don't work as the theory -- as -- as the large
11 cluster theory says they should.
12     Q.   When was the last time you reviewed Hansen's
13 paper, 2007 paper?
14     A.   Ah, it has been a little while.  Well,
15 actually, no.  I -- I just looked at it the other day,
16 but now I can't remember what the -- yes.  So I'd have
17 to go back and look at that more carefully.
18     Q.   Did you review it before submitting this
19 report?  In connection with drafting this report, did
20 you review it?
21     A.   I reviewed -- I -- I reviewed the lecture
22 notes that I've written that refer to his report, his
23 paper.
24     Q.   Did you review any of the simulations that
25 were included in tables 1 through 4 in his -- in his

1  paper?
2      A.   I thought I looked at them, yes.
3      Q.   Okay.  And is it your testimony that Chris
4  Hansen stated that the higher the ratio of observations
5  per cluster to number of clusters the more poorly
6  clustered standard errors --
7      A.   I'm not sure he said that, no.
8      Q.   Is it your testimony that his paper supports
9  that conclusion in your report?
10     A.   I'm not sure it supports that statement.  He
11 does -- he does show that the performance deteriorates
12 as for a fixed number of clusters you get more
13 observations per cluster, yes.
14     Q.   What deteriorates?
15     A.   The --
16     Q.   Performance of what?  Oh, sorry.
17     A.   Sorry.  The performance of the standard
18 errors.
19     Q.   Under what -- under what calculation?  So you
20 recall Hansen does OLS clustered and random.  Under
21 which does it perform more poorly as you increase the
22 number of observations --
23     A.   Well --
24     Q.   -- per cluster as you keep number --
25     A.   All that's --

1    Q.    -- number of clusters constant?

2    A.    All that's relevant for this is the OLS versus

3  clustering.

4    Q.    Right.

5    A.    Right.  And clustering -- well, no, but, see,

6  in the -- in the OLS case, there -- if you're talking

7  about computing the usual standard errors, he has built

8  cluster correlation into his simulations -- that was my

9  comment earlier -- whereas my simulation said, suppose

10  we take a random sample and then we do clustering, he's

11  built that into his analysis so that there is cluster

12  correlation.  And so neither of them works very well

13  when you have a small number of clusters and many

14  observations per cluster.

15    Q.    Your testimony is that's what Chris Hansen

16  states in his paper --

17    A.    That's what --

18    Q.    -- that as you increase -- that as you

19  increase the number of observations per cluster, keeping

20  cluster -- the number of clusters constant that OLS

21  performs more poorly and so does the clustered standard

22  errors?

23    A.    Yes.

24        MS. SWEENEY:  And I -- I don't think the court

25  reporter caught the witness's first answer because the

1  examiner, again, talked over him.

2        Do you want to repeat what you had said

3  before, before David interrupted you, if you can

4  remember it.

5        THE WITNESS:  Oh, the -- I -- I think it was

6  about -- talking about three different versions of the

7  standard errors, did you say, OLS, clustered, and you

8  said something about random --

9  BY MR. KIERNAN:

10    Q.    Random effects.

11    A.    -- random effects.  So, yeah, that -- the

12  issue here is the OLS versus the clustered standard

13  errors and the OLS does poorly, but that's because

14  cluster correlation has been built into the simulation.

15        Again, it's a -- it's a different situation

16  because he's dealing with panel data and so the cluster

17  correlation is actually what we call serial correlation

18  in the errors across time.

19    Q.    Now, Dr. Wooldridge, you cite to Hansen --

20  Hansen's paper as supporting your opinions in this case;

21  right?

22    A.    Yeah.  Uh-huh.  Yes.

23    Q.    Okay.  Even though he's using panel data?

24    A.    Yes, because the panel data -- the panel data

25  introduces correlation in the cluster.  It introduces it

1  of a specific form, but it still has the same effect

2  that it induces correlation within a unit in the

3  cluster.

4        MR. KIERNAN:  Let's just do this.

5        I will hand you what is Exhibit 3.  Is that

6  right?

7        (Exhibit 3 marked.)

8  BY MR. KIERNAN:

9    Q.    Can you identify Exhibit 3?

10    A.    Yes.

11    Q.    And what is this?

12    A.    This is the -- this is Chris Hansen's 2007

13  paper on clustering.

14    Q.    And is this the paper that you're relying upon

15  in your declaration, Wooldridge 1?

16    A.    Somewhat, yes.

17    Q.    Okay.  And if you turn to pages 612 to 615 --

18    A.    Uh-huh.

19    Q.    -- you'll see the simulations that you've been

20  discussing.

21    A.    Uh-huh.

22    Q.    And if -- pardon me.

23        Okay.  I just want to walk through this.  So

24  if I look down at table one, N equals 10 and T equals

25  10, is it your understanding that N represents a number

1  of clusters?

2    A.    Yes.

3    Q.    And T represents number of observations per

4  cluster?

5    A.    Yes.

6    Q.    Okay.  And then column four, that's the target

7  standard error?

8    A.    Yes.

9    Q.    Okay.  And then the difference between two and

10  four -- columns two and four is how well the estimator

11  is computing the standard errors?

12    A.    Yes.

13    Q.    And, therefore, the difference shows you the

14  bias of the estimated standard errors?

15    A.    Yes.

16    Q.    Okay.  And if we look down at row -- where it

17  says B. Random Effects --

18    A.    Right.

19    Q.    -- and let's consider the case where the

20  intergroup correlation is high, so it's 0.9.

21    A.    Okay.  Uh-huh.

22    Q.    Okay.  And if we look at OLS -- compare OLS to

23  clustering, which performs better?

24    A.    The clustering --

25        MS. SWEENEY:  Objection.  Vague and ambiguous.

1      I'm sorry.  Go ahead.
2  BY MR. KIERNAN:
3      Q.   Go ahead, Dr. Wooldridge.
4      A.   The clustering performs better because the
5  cluster effect is left in the error term for OLS, so
6  this is data that had been generated with a cluster
7  affect.
8      Q.   And then in table two Chris Hansen keeps the
9  number of clusters constant at ten; correct?
10     A.   Uh-huh.
11     Q.   And he increases the observations to 50
12  observations per cluster; correct?
13     A.   Yes.
14          MS. SWEENEY:  I'm sorry.  Where are you?
15          MR. KIERNAN:  I'm on table two.
16          MS. SWEENEY:  Any particular place in table
17  two?
18          MR. KIERNAN:  No.
19          MS. SWEENEY:  No?  Okay.  Sorry.
20          MR. KIERNAN:  That's all right.
21  BY MR. KIERNAN:
22     Q.   Okay.  And in looking at the same case where
23  the intergroup correlation is high, so it's 0.9 under
24  Random Effects, here this shows that when the number of
25  observations per cluster increase, keeping the number of

1  clusters constant, OLS performs even worse; isn't that
2  correct?
3      A.   The OLS standard error performs worse,
4  correct.
5      Q.   Okay.  And how about the cluster standard
6  errors?
7      A.   It -- they're performing a little better.
8      Q.   Okay.
9      A.   And that's -- but in this data-generating
10  mechanism, the cluster is of a form where it's serial
11  correlation that's dying out over time, not a -- not
12  what you would get if you were using randomly sampled
13  data and then clustering after you've randomly sampled.
14     Q.   And then if you turn to page, look at Table
15  three, now Dr. Hansen increases the number of clusters
16  or group, from ten to 50.
17     A.   Uh-huh.
18     Q.   But uses ten observations per cluster.  Do you
19  see that?
20     A.   Yes.
21     Q.   And then using the same case where the
22  intergroup correlation is at 0.9 --
23     A.   Uh-huh.
24     Q.   -- which performs better, the OLS or the
25  cluster?

1      A.   The cluster.
2      Q.   And then in table four, Dr. Hansen runs a
3  simulation again, keeping the number of clusters
4  constant at 50, but doubles the number of observations
5  per cluster.
6          Do you see that?
7      A.   Yes.
8      Q.   And what impact does that have on the
9  performance on the OLS estimator?
10     A.   It deteriorates.
11     Q.   And what impact does that have on the cluster
12  robust estimator?
13     A.   So in this case it gets a little better.
14     Q.   Roughly -- do you recall roughly how many
15  variables Dr. Noll had in his regressions?
16     A.   Well, it's two -- two pages' worth.  So I
17  don't know.  Maybe -- maybe it's more than two pages'
18  worth.  Must be 50 or 60, something like that.
19          MR. KIERNAN:  Okay.  I'm going to hand you
20  what is his rebuttal report.  Okay?  I'm going to mark
21  this as Exhibit Wooldridge 4.
22          MS. SWEENEY:  So which one are you marking as
23  4?  Just the --
24          MR. KIERNAN:  Just the -- yeah, these, but
25  I've provided the --

1          MS. SWEENEY:  Okay.  Thank you.
2          MR. KIERNAN:  -- entire rebuttal at your
3  request.
4          MS. SWEENEY:  Okay.
5          (Exhibit 4 marked.)
6  BY MR. KIERNAN:
7      Q.   And you can take a moment to see that
8  Exhibit 4 is the -- Dr. Noll's reseller and direct
9  consumer regressions, the reports in Exhibit 3 of his
10  rebuttal report.
11          Do you see that?
12     A.   Yes.
13     Q.   And, roughly, how many variables does Dr. Noll
14  include in his regressions?
15     A.   Let's look.  It's more like 100, roughly.
16          MS. SWEENEY:  Do you want him to count them on
17  this page?
18          THE WITNESS:  Eighty, something like that.
19  BY MR. KIERNAN:
20     Q.   Okay.
21     A.   Yeah.
22     Q.   And then -- just a second.  I lost my copy.
23          MR. KIERNAN:  Oh, there it is.  Thank you.
24  BY MR. KIERNAN:
25     Q.   And you'll notice that the vast majority are

1  statistically significant at the one percent level.
2      A.   Yes.
3      Q.   Okay.  Is it -- is it unusual to find this
4  level of significant over so many variables in a
5  regression?
6          MS. SWEENEY:  Objection.  Overbroad.  Vague
7  and ambiguous.
8          THE WITNESS:  It's unusual to have 2 million
9  observations.
10 BY MR. KIERNAN:
11     Q.   And not my question.
12     A.   And to have -- and to have -- so -- so is it
13 unusual?  The -- often we don't have good explanatory
14 variables for micro-type outcomes.  So if this were a
15 wage equation and we only had, you know, a dozen
16 characteristics of people to explain their wage, then I
17 would expect much more residual variance.  But if we had
18 two million observations, we can still get quite small
19 standard errors and statistical significance.
20         I mentioned some work earlier by Angrist and
21 Krueger and Angrist has also done work with Bill Evans,
22 using five percent census data and, yeah, you -- you get
23 small standard errors when you have large datasets like
24 that.
25     Q.   And if you look at Exhibit 3B -- so we were

1  looking at 3A -- 3B's the direct sales regression --
2      A.   Uh-huh.
3      Q.   -- and if you look at the regression output,
4  Dr. Noll reports that every single coefficient is
5  statistically significant at the one percent level.
6          Do you see that?
7      A.   Yes.
8      Q.   Do you find it unusual or is it unusual that a
9  regression with this many variables could -- or strike
10 that.
11         If you have a regression with close to 80
12 variables, could it all be considered near perfect
13 variables for explaining iPod prices?
14         MS. SWEENEY:  Objection.  Vague and ambiguous.
15         THE WITNESS:  Yes.  I'm not sure what you mean
16 by "near perfect."  If you mean that statistically
17 significant at a low significance level, then, again,
18 I'm not surprised with this very large sample size.
19         This is the difference between -- so without
20 commenting on the coefficients, the difference between
21 practical significance and statistical significance.  If
22 you have -- even if you have really small coefficients
23 with enough data you can drive the standard error to be
24 close to zero and so, no, it's not surprising to me.
25 BY MR. KIERNAN:

1      Q.   Okay.  And if you look at -- if you look at
2  Exhibit 3B and let's take the harmony2 variable, do you
3  know what that refers to?
4      A.   I believe there was a second version of the
5  harmony software and that's what that indicates.
6      Q.   Okay.
7      A.   It's a 01 variable indicating when harmony2
8  was released, I believe.
9      Q.   And what would be the T statistic on the
10 harmony2 variable in the regression represented in 3
11 here?
12     A.   You're asking me to do calculations that I'm
13 not very good at, so maybe you have done it for me.
14     Q.   How would you calculate the --
15     A.   Oh, I would --
16     Q.   -- T statistic?
17     A.   Yeah, I would take the coefficient estimate
18 and divide by the standard error.  Actually, I would get
19 it from the Stata output probably because that would
20 be -- yes.
21     Q.   And if you had a T statistic, let's say, 25,
22 what would that tell you?  How would you interpret that,
23 a T statistic of 25?
24     A.   It's a strong rejection that the coefficient
25 is equal to zero.

1      Q.   And if the T statistic -- strike that.
2      A.   These are much bigger than that.
3      Q.   I know.
4      A.   But that's, again, with 36, 37 million
5  observations, it's rare that one has a dataset with that
6  many observations.  And, as I said, it's -- it's also
7  because these are such good predictors of price you have
8  little residual variance to explain.
9      Q.   And how do you know that they are such good
10 predictors of price?  What are you basing that statement
11 on?
12     A.   The R-squared.
13     Q.   Anything else?
14     A.   No, because you could have statistical
15 significance even at a very high level and not have
16 necessarily a high adjusted R-squared.  There's nothing
17 that says there has to be any particular relationship
18 between those.
19         As I mentioned in the Angrist and Krueger
20 work, they have a fair amount of residual variance left
21 over, but because they're using the 5 percent census,
22 they still get large T statistics.
23         (Exhibit 5 marked.)
24 BY MR. KIERNAN:
25     Q.   Let me hand you what's been marked as

**Confidential - Attorneys' Eyes Only**

Jeffrey Wooldridge, Ph.D.                The Apple iPod iTunes Anti-Trust Litigation

Page 145

1  Wooldridge 5. Can you identify Wooldridge 5 for me?
2      A.  This is a set of lecture notes for the basis
3  of a set of lectures that Guido Imbens and I gave at the
4  National Bureau of Economic Research in the summer of
5  2007.
6          (Exhibit 6 marked.)
7  BY MR. KIERNAN:
8      Q.  Okay. I will hand you what's been marked as
9  Wooldridge 6.
10         Can you identify Wooldridge 6 for the record?
11     A.  This is also a set of lecture notes. This --
12  I should have said, the first set is on estimating
13  average treatment effects under unconfoundedness and
14  these are lecture notes on linear panel data models for
15  the series of lectures.
16     Q.  In your report on page 5, if you look at the
17  second full paragraph --
18     A.  Uh-huh.
19     Q.  -- about two-thirds of the way down you state,
20  "The higher is the ratio" -- "The higher the ratio of
21  observations per cluster to number of clusters, the more
22  poorly clustered standard errors behave."
23         Do you see that?
24     A.  Yes.
25     Q.  What support do you have for that statement?

Page 146

1      A.  Well, I would have to go back and look at the
2  papers that I've read that have done simulations on
3  this. They don't -- this is a general statement. So
4  you could -- you could find -- in other words, general
5  patterns. You could find specific simulations for given
6  number of clusters and observations. This might not be
7  true, but it's -- generally -- it's a general statement
8  about the patterns you would observe across lots of
9  simulations as you get more and more observations per
10  cluster.
11     Q.  And, as you sit here today, can you identify
12  any work that supports that statement?
13     A.  Well, I -- as I -- any -- any published work?
14  No. I've done my own simulations that -- that show the
15  standard errors become -- are -- are conservative when
16  you -- when you get -- well, with -- with a fixed and
17  relatively small number of clusters, yes. In -- in the
18  cases I have looked at very conservative, but that's
19  a -- that's an issue of inappropriate clustering.
20  There's a separate issue of how would the clustered
21  standard errors behave if -- if you had a cluster sample
22  where you just had a small number of clusters with many
23  observations per cluster.
24     Q.  And you state, "The higher is the rate -- "The
25  higher is the ratio," that should read, "The higher the

Page 147

1  ratio."
2          And at what point -- at what ratio does the
3  clustered standard errors start performing more poorly?
4      A.  You can't -- this is a question you can't
5  really know because it depends so much on the specifics
6  of the simulation. So it would depend whether it's a
7  panel dataset or a true cluster sample. It would depend
8  on whether you've applied clustering to a random sample.
9  There are all these things that would come into play.
10     Q.  Okay. And in this paragraph, you're
11  describing that if clustering were legitimate in this
12  case --
13     A.  Yes.
14     Q.  -- and you're stating that it's not
15  legitimate --
16     A.  Right.
17     Q.  -- but you're assuming here that even if it
18  were legitimate, there's another problem which is the
19  ratio of observations to clusters per -- to observations
20  per cluster could be too high.
21     A.  Uh-huh.
22     Q.  Is that something that you've examined in this
23  case?
24     A.  Not in this specific case, no.
25     Q.  So you're stating here it could be a

Page 148

1  problem --
2      A.  Uh-huh.
3      Q.  -- but you haven't reached an opinion on that?
4      A.  That's -- that's correct.
5          MR. KIERNAN: Let's go off the record, give me
6  five minutes.
7          MS. SWEENEY: Okay.
8          THE VIDEOGRAPHER: Going off the record at
9  3:53 p.m.
10         (Recess.)
11         THE VIDEOGRAPHER: Back on the record at
12  4:07 p.m.
13         (Exhibit 7 marked.)
14  BY MR. KIERNAN:
15     Q.  I will be handing you what has been marked as
16  Wooldridge 7.
17         And Wooldridge 7 is the paper by Justin
18  Wolfers, "Did Unilateral Divorce Laws Raise Divorce
19  Rates? A Reconciliation and New Results."
20         Do you recognize this paper?
21     A.  I know of this paper, yes.
22     Q.  In fact, it was the subject of research in the
23  paper that you did with --
24     A.  Yup.
25     Q.  -- Solon and Haider?

**Page 145..148**

1    THE WITNESS:  No.
2  BY MR. KIERNAN:
3    Q.  Okay.  And are you aware -- or do you have any
4  understanding of the datasets that are used by
5  econometricians in antitrust cases involving price
6  fixing?
7    MS. SWEENEY:  Objection.  Compound.
8  Overbroad.  Foundation.
9    MR. KIERNAN:  Didn't like that one.
10    THE WITNESS:  No, I'm not -- I'm familiar with
11  the dataset that Professor Noll analyzed, at least the
12  description of it.
13  BY MR. KIERNAN:
14    Q.  In antitrust cases involving where there's
15  allegations by plaintiffs that some conduct impacted
16  price, is it unusual for the econometricians in such
17  cases to have the entire population of data?
18    MS. SWEENEY:  Objection.  Foundation.
19  Compound.  Overbroad.  Vague and ambiguous.
20    THE WITNESS:  I -- I don't know.
21  BY MR. KIERNAN:
22    Q.  Is it your opinion that in antitrust cases
23  where the parties are attempting to estimate the impact
24  of the challenge conduct on pricing when they're using
25  the entire population of transactions that clustering

1  due to common factors -- accounting for clustering due
2  to common factors is never appropriate?
3    MS. SWEENEY:  Objection.  Vague and ambiguous
4  and compound.  Overbroad.
5    THE WITNESS:  Again, the way I think about
6  this is if you had a large population of data, then you
7  could randomly sample and still have a large number of
8  observations.
9    The original -- the usual calculation of the
10  standard errors without clustering would be appropriate
11  and as you get more and more data you will find that the
12  standard errors shrink to zero.  And that's what I think
13  the appropriate thing that -- the appropriate finding
14  is.
15  BY MR. KIERNAN:
16    Q.  Have you -- have you reviewed any text,
17  publications on guidelines or recommendations for
18  proving damages in an antitrust case?
19    A.  I was sent Chapter 6 of the book Proving
20  Antitrust Damages --
21    Q.  And do you --
22    A.  -- by the American Bar Association.
23    Q.  And do you recall the recommendation in that
24  text on whether to account for a clustering due to
25  common factors?

1    A.  Yes.  It recommended clustering, but that's in
2  the context where -- or it should -- there should have
3  been qualifications that the clustering should be done
4  when it's actually appropriate.  The clustering, based
5  on essentially an arbitrary, you know, partitioning of
6  the data after you've looked at it is not appropriate.
7  So there should have been a qualifier in there, I
8  believe.
9    Q.  So you disagree with the proposal in the ABA
10  guidelines?
11    A.  I think it's overly broad, yes.  It doesn't
12  discuss the issue at all of taking a random sample and
13  then clustering on some characteristics.
14    Q.  And is one possible reason for that is because
15  in most antitrust cases parties are dealing with the
16  entire population of transactions, the prices from the
17  defendants?
18    A.  I don't believe so.
19    MS. SWEENEY:  Objection.
20    THE WITNESS:  I'm sorry.
21    MS. SWEENEY:  Foundation.  Vague and
22  ambiguous.
23    Sorry.
24    THE WITNESS:  I don't believe so, no.  For the
25  same reason that I have talked about over and over again

1  because you could if you wanted to take a large random
2  sample and then you would know that this clustering ex
3  post, as I've called it, is the inappropriate thing to
4  do.
5    MR. KIERNAN:  I'm not going to take two more
6  minutes.
7    Mark the transcript attorneys' eyes only per
8  the protective order.
9    Last chance.  Not going to ask anything?
10    That's all I have.
11    MS. SWEENEY:  We don't have anything.
12    THE VIDEOGRAPHER:  Stipulations.
13    THE REPORTER:  Handling of the original?  Who
14  will handle the original transcript?
15    MS. SWEENEY:  What have we been doing?
16    THE REPORTER:  Do you want to go off the
17  record?
18    MR. KIERNAN:  Yeah, yeah.
19    MS. SWEENEY:  Yeah, let's go off the record.
20    MR. KIERNAN:  Yeah.  Let's go off the record
21  because he doesn't need to hear this.
22    THE VIDEOGRAPHER:  Okay.  This concludes the
23  video portion of the deposition.  Two DVDs were made.
24  We're going off the record at 4:26 p.m.
25    (Deposition concluded at 4:26 p.m.)

## Page 161

```
1           I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3           That the foregoing proceedings were taken
4    before me at the time and place herein set forth; that
5    any witnesses in the foregoing proceedings, prior to
6    testifying, were duly sworn; that a record of the
7    proceedings was made by me using machine shorthand,
8    which was thereafter transcribed under my direction;
9    that the foregoing transcript is a true record of the
10   testimony given.
11          Further, that if the foregoing pertains to the
12   original transcript of a deposition in a federal case,
13   before completion of the proceedings, review of the
14   transcript [ ] was [ ] was not requested.
15
16          I further certify I am neither financially
17   interested in the action nor a relative or employee of
18   any attorney or party to this action.
19          IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: January 10, 2014
23
24   _____
     Debby M. Gladish
     RPR, CLR, CCRR, CSR No. 9803
25   NCRA Realtime Systems Administrator
```

## Page 162

```
1               DECLARATION UNDER PENALTY OF PERJURY
2    Case Name: The Apple iPod iTunes Anti-Trust Litigation
3    Date of Deposition: 01/06/2014
4    Job No.: 10009202
5
6           I, JEFFREY WOOLDRIDGE, PH.D., hereby certify
7    under penalty of perjury under the laws of the State of
8    _____ that the foregoing is true and correct.
9           Executed this _____ day of
10   _____, 2014, at _____.
11
12
13
14          _____
15               JEFFREY WOOLDRIDGE, PH.D.
16
17
18
19
20
21
22
23
24
25
```

## Page 163

```
1    DEPOSITION ERRATA SHEET
2    Case Name: The Apple iPod iTunes Anti-Trust Litigation
     Name of Witness: Jeffrey Wooldridge, Ph.D.
3    Date of Deposition: 01/06/2014
     Job No.: 10009202
4    Reason Codes:  1. To clarify the record.
                    2. To conform to the facts.
5                   3. To correct transcription errors.
6    Page _____ Line _____ Reason _____
7    From _____ to _____
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24   Page _____ Line _____ Reason _____
25   From _____ to _____
```

## Page 164

```
1    DEPOSITION ERRATA SHEET
2    Page _____ Line _____ Reason _____
3    From _____ to _____
4    Page _____ Line _____ Reason _____
5    From _____ to _____
6    Page _____ Line _____ Reason _____
7    From _____ to _____
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24   Page _____ Line _____ Reason _____
25   From _____ to _____
```

# Exhibit 12


Available online at www.sciencedirect.com

ScienceDirect

Journal of Econometrics 141 (2007) 597–620

www.elsevier.com/locate/jeconom




# Asymptotic properties of a robust variance matrix estimator for panel data when $T$ is large

## Christian B. Hansen

*University of Chicago, Graduate School of Business, 5807 South Woodlawn Ave., Chicago, IL 60637, USA*

Available online 20 November 2006

**Abstract**

I consider the asymptotic properties of a commonly advocated covariance matrix estimator for panel data. Under asymptotics where the cross-section dimension, $n$, grows large with the time dimension, $T$, fixed, the estimator is consistent while allowing essentially arbitrary correlation within each individual. However, many panel data sets have a non-negligible time dimension. I extend the usual analysis to cases where $n$ and $T$ go to infinity jointly and where $T \to \infty$ with $n$ fixed. I provide conditions under which $t$ and $F$ statistics based on the covariance matrix estimator provide valid inference and illustrate the properties of the estimator in a simulation study.
© 2007 Elsevier B.V. All rights reserved.

*JEL classification:* C12; C13; C23

*Keywords:* Panel; Heteroskedasticity; Autocorrelation; Robust; Covariance matrix

## 1. Introduction

The use of heteroskedasticity robust covariance matrix estimators, cf. White (1980), in cross-sectional settings and of heteroskedasticity and autocorrelation consistent (HAC) covariance matrix estimators, cf. Andrews (1991), in time series contexts is extremely common in applied econometrics. The popularity of these robust covariance matrix estimators is due to their consistency under weak functional form assumptions. In particular, their use allows the researcher to form valid confidence regions about a set of parameters from a model of interest without specifying an exact process for the disturbances in the model.

*E-mail address:* chansen1@chicagoGSB.edu.

0304-4076/$ - see front matter © 2007 Elsevier B.V. All rights reserved.
doi:10.1016/j.jeconom.2006.10.009

With the increasing availability of panel data, it is natural that the use of robust covariance matrix estimators for panel data settings that allow for arbitrary within individual correlation are becoming more common. A recent paper by Bertrand et al. (2004) illustrated the pitfalls of ignoring serial correlation in panel data, finding through a simulation study that inference procedures which fail to account for within individual serial correlation may be severely size distorted. As a potential resolution of this problem, Bertrand et al. (2004) suggest the use of a robust covariance matrix estimator proposed by Arellano (1987) and explored in Kezdi (2002) which allows arbitrary within individual correlation and find in a simulation study that tests based on this estimator of the covariance parameters have correct size.

One drawback of the estimator of Arellano (1987), hereafter referred to as the "clustered" covariance matrix (CCM) estimator, is that its properties are only known in conventional panel asymptotics as the cross-section dimension, $n$, increases with the time dimension, $T$, fixed. While many panel data sets are indeed characterized by large $n$ and relatively small $T$, this is not necessarily the case. For example, in many differences-in-differences and policy evaluation studies, the cross-section is composed of states and the time dimension of yearly or quarterly (or occasionally monthly) observations on each state for 20 or more years.

In this paper, I address this issue by exploring the theoretical properties of the CCM estimator in asymptotics that allow $n$ and $T$ to go to infinity jointly and in asymptotics where $T$ goes to infinity with $n$ fixed. I find that the CCM estimator, appropriately normalized, is consistent without imposing any conditions on the rate of growth of $T$ relative to $n$ even when the time series dependence between the observations within each individual is left unrestricted. In this case, both the OLS estimator and the CCM estimator converge at only the $\sqrt{n}$-rate, essentially because the only information is coming from cross-sectional variation. If the time series process is restricted to be strongly mixing, I show that the OLS estimator is $\sqrt{nT}$-consistent but that, because high lags are not down weighted, the robust covariance matrix estimator still converges at only the $\sqrt{n}$-rate. This behavior suggests, as indicated in the simulations found in Kezdi (2002), that it is the $n$ dimension and not the size of $n$ relative to $T$ that matters for determining the properties of the CCM estimator.

It is interesting to note that the limiting behavior of $\widehat{\beta}$ changes "discontinuously" as the amount of dependence is limited. In particular, the rate of convergence of $\widehat{\beta}$ changes from $\sqrt{n}$ in the "no-mixing case" to $\sqrt{nT}$ when mixing is imposed. However, despite the difference in the limiting behavior of $\widehat{\beta}$, there is no difference in the behavior of standard inference procedures based on the CCM estimator between the two cases. In particular, the same $t$ and $F$ statistics will be valid in either case (and in the $n \rightarrow \infty$ with $T$ fixed case) without reference to the asymptotics or degree of dependence in the data.

I also derive the behavior of the CCM estimator as $T \rightarrow \infty$ with $n$ fixed, where I find the estimator is not consistent but does have a limiting distribution. This result corresponds to asymptotic results for HAC estimators without truncation found in recent work by Kiefer and Vogelsang (2002, 2005), Phillips et al. (2003), and Vogelsang (2003). While the limiting distribution is not proportional to the true covariance matrix in general, it is proportional to the covariance matrix in the important special case of iid data across individuals,[1]

---

[1] Note that this still allows arbitrary correlation and heteroskedasticity within individuals, but restricts that the pattern is the same across individuals.

Case 4:05-cv-00037-YGR    Document 754-9    Filed 01/14/14    Page 204 of 225

allowing construction of asymptotically pivotal statistics in this case. In fact, in this case, the standard $t$-statistic is not asymptotically normal but converges in distribution to a random variable which is exactly proportional to a $t_{n-1}$ distribution. This behavior suggests the use of the $t_{n-1}$ for constructing confidence intervals and tests when the CCM estimator is used as a general rule, as this will provide asymptotically correct critical values under any asymptotic sequence.

I then explore the finite sample behavior of the CCM estimator and tests based upon it through a short simulation study. The simulation results indicate that tests based on the robust standard error estimates generally have approximately correct size in serially correlated panel data even in small samples. However, the standard error estimates themselves are considerably more variable than their counterparts based on simple parametric models. The bias of the simple parametric estimators is also typically smaller in the cases where the parametric model is correct, suggesting that these standard error estimates are likely preferable when the researcher is confident in the form of the error process. In the simulation, I also explore the behavior of an analog of White's (1980) direct test for heteroskedasticity proposed by Kezdi (2002).[2] The results indicate the performance of the test is fairly good for moderate $n$, though it is quite poor when $n$ is small. This simulation behavior suggests that this test may be useful for choosing between the use of robust standard error estimates and standard errors estimated from a more parsimonious model when $n$ is reasonably large.

The remainder of this paper is organized as follows. In Section 2, I present the basic framework and the estimator and test statistics that will be considered. The asymptotic properties of these estimators are collected in Section 3, and Section 4 contains a discussion of a Monte Carlo study assessing the finite sample performance of the estimators in simple models. Section 5 concludes.

## 2. A heteroskedasticity–autocorrelation consistent covariance matrix estimator for panel data

Consider a regression model defined by

$$y_{it} = x'_{it}\beta + \varepsilon_{it}, \tag{1}$$

where $i = 1, \ldots, n$ indexes individuals, $t = 1, \ldots, T$ indexes time, $x_{it}$ is a $k \times 1$ vector of observable covariates, and $\varepsilon_{it}$ is an unobservable error component. Note that this formulation incorporates the standard fixed effects model as well as models which include other covariates that enter the model with individual specific coefficients, such as individual specific time trends, where these covariates have been partialed out. In these cases, the variables $x_{it}$, $y_{it}$, and $\varepsilon_{it}$ should be interpreted as residuals from regressions of $x^*_{it}$, $y^*_{it}$, and $\varepsilon^*_{it}$ on an auxiliary set of covariates $z^*_{it}$ from the underlying model $y^*_{it} = x^{*'}_{it}\beta + z^{*'}_{it}\gamma + \varepsilon^*_{it}$. For example, in the fixed effects model, $Z^*$ is a matrix of dummy variables for each individual and $\gamma$ is a vector of individual specific fixed effects. In this case, $x_{it} = x^*_{it} - (1/T)\sum_{t=1}^{T} x^*_{it}$, and $y_{it}$ and $\varepsilon_{it}$ are defined similarly. Alternatively, $x_{it}$, $y_{it}$, and $\varepsilon_{it}$ could be interpreted as variables resulting from other transformations which

---

[2]Solon and Inoue (2004) offers a different testing procedure for detecting serial correlation in fixed effects panel models. See also Bhargava et al. (1982), Baltagi and Wu (1999), Wooldridge (2002, pp. 275, 282–283), and Drukker (2003).

remove the nuisance parameters from the equation, such as first-differencing to remove the fixed effects. In what follows, all properties are given in terms of the transformed variables for convenience. Alternatively, conditions could be imposed on the underlying variables and the properties derived as $T \to \infty$ as in Hansen (2006).[3]

Within each individual, the equations defined by (1) may be stacked and represented in matrix form as

$$y_i = x_i\beta + \varepsilon_i, \tag{2}$$

where $y_i$ is a $T \times 1$ vector of individual outcomes, $x_i$ is a $T \times k$ vector of observed covariates, and $\varepsilon_i$ is a $T \times 1$ vector of unobservables affecting the outcomes $y_i$ with $E[\varepsilon_i\varepsilon_i'|x_i] = \Omega_i$. The OLS estimator of $\beta$ from Eq. (2) may then be defined as $\hat{\beta} = (\sum_{i=1}^n x_i'x_i)^{-1}\sum_{i=1}^n x_i'y_i$. The properties of $\hat{\beta}$ as $n \to \infty$ with $T$ fixed are well known. In particular, under regularity conditions, $\sqrt{n}(\hat{\beta} - \beta)$ is asymptotically normal with covariance matrix $Q^{-1}WQ^{-1}$ where $Q = \lim_n (1/n)\sum_{i=1}^n E[x_i'x_i]$ and $W = \lim_n (1/n)\sum_{i=1}^n E[x_i'\Omega_i x_i]$.

The problem of robust covariance matrix estimation is then estimating $W$ without imposing a parametric structure on the $\Omega_i$. In this paper, I consider the estimator suggested by Arellano (1987) which may be defined as

$$\hat{W} = \frac{1}{nT}\sum_{i=1}^n x_i'\hat{\varepsilon}_i\hat{\varepsilon}_i'x_i, \tag{3}$$

where $\hat{\varepsilon}_i = y_i - x_i\hat{\beta}$ are OLS residuals from Eq. (2). This estimator is an appealing generalization of White's (1980) heteroskedasticity consistent covariance matrix estimator that allows for arbitrary intertemporal correlation patterns and heteroskedasticity across individuals.[4] The estimator is also appealing in that, unlike HAC estimators for time series data, its implementation does not require the selection of a kernel or bandwidth parameter. The properties of $\hat{W}$ under conventional panel asymptotics where $n \to \infty$ with $T$ fixed are well-established. In the remainder of this paper, I extend this analysis by considering the properties of $\hat{W}$ under asymptotic sequences where $T \to \infty$ as well.

The chief reason for interest in the CCM estimator is for performing inference about $\hat{\beta}$. Suppose $\sqrt{d_{nT}}(\hat{\beta} - \beta) \xrightarrow{d} N(0, B)$ and define an estimator of the asymptotic variance of $\hat{\beta}$ as $(1/d_{nT})\hat{B}$ where $\hat{B} \xrightarrow{p} B$. The following estimator of the asymptotic variance of $\hat{\beta}$ based on $\hat{W}$ is used throughout the remainder of the paper:

$$\widehat{Avar}(\hat{\beta}) = \left(\sum_{i=1}^n x_i'x_i\right)^{-1}(nT\hat{W})\left(\sum_{i=1}^n x_i'x_i\right)^{-1}$$
$$= \left(\sum_{i=1}^n x_i'x_i\right)^{-1}\left(\sum_{i=1}^n x_i'\hat{\varepsilon}_i\hat{\varepsilon}_i'x_i\right)\left(\sum_{i=1}^n x_i'x_i\right)^{-1}. \tag{4}$$

---

[3]This is especially relevant in Theorem 3 where the mixing conditions will not hold for the transformed variables if, for example, the transformation is to remove fixed effects by differencing out the individual means. Hansen (2006) provides conditions on the untransformed variables which will cover this case in a different but related context. This approach complicates the proof and notation and is not pursued here.

[4]It does, however, ignore the possibility of cross-sectional correlation, and it will be assumed that there is no cross-sectional correlation for the remainder of the paper.

*C.B. Hansen / Journal of Econometrics 141 (2007) 597–620*                601

In addition, for testing the hypothesis $R\beta = r$ for a $q \times k$ matrix $R$ with rank $q$, the usual $t$ (for $R$ a $1 \times k$ vector) and Wald statistics can be defined as

$$t^* = \frac{\sqrt{nT}(R\hat{\beta} - r)}{\sqrt{R\hat{Q}^{-1}\hat{W}\hat{Q}^{-1}R'}} \tag{5}$$

and

$$F^* = nT(R\hat{\beta} - r)'[R\hat{Q}^{-1}\hat{W}\hat{Q}^{-1}R']^{-1}(R\hat{\beta} - r), \tag{6}$$

respectively, where $\hat{W}$ is defined above and $\hat{Q} = (1/nT)\sum_{i=1}^{n} x_i' x_i$. In Section 3, I verify that, despite differences in the limiting behavior of $\hat{\beta}$, $t^* \xrightarrow{d} N(0,1)$, $F^* \xrightarrow{d} \chi_q^2$, and $\widehat{Avar}(\hat{\beta})$ is valid for estimating the asymptotic variance of $\hat{\beta}$ as $n \to \infty$ regardless of the behavior of $T$. I also consider the behavior of $t^*$ and $F^*$ as $T \to \infty$ with $n$ fixed. In this case, $\hat{W}$ is not consistent for $W$ but does have a limiting distribution; and when the data are iid across $i$,[5] I show that $t^* \xrightarrow{d} (n/(n-1))^{1/2} t_{n-1}$ and that $F^*$ is asymptotically pivotal and so can be used to construct valid tests. This behavior suggests that inference using $(n/(n-1))\hat{W}$ and forming critical values using a $t_{n-1}$ distribution will be valid regardless of the asymptotic sequence considered.

It is worth noting that the estimator $\hat{W}$ has also been used extensively in multilevel models to account for the presence of correlation between individuals within cells; cf. Liang and Zeger (1986) and Bell and McCaffrey (2002). For example, in a schooling study, one might have data on individual outcomes where the individuals are grouped into classes. In this case, the cross-sectional unit of observation could be defined as the class, and arbitrary correlation between all individuals within each class could be allowed. In this case, one would expect the presence of a classroom specific random effect resulting in equicorrelation between all individuals within a class. While this would clearly violate the mixing assumptions imposed in obtaining the asymptotic behavior as $T \to \infty$ with $n$ fixed, it would not invalidate the use of $\hat{W}$ for inference about $\beta$ in cases where $n$ and $T$ go to infinity jointly.

In addition to being useful for performing inference about $\hat{\beta}$, $\hat{W}$ may also be used to test the specification of simple parametric models of the error process.[6] Such a test may be useful for a number of reasons. If a parametric model is correct, the estimates of the variance of $\hat{\beta}$ based on this model will tend to behave better than the estimates obtained from $\hat{W}$. In particular, parametric estimates of the variance of $\hat{\beta}$ will often be considerably less variable and will typically converge faster than estimates made using $\hat{W}$; and if the parametric model is deemed to be adequate, this model may be used to perform FGLS estimation. The FGLS estimator is asymptotically more efficient than the OLS estimator, and simulation evidence in Hansen (2006) suggests that the efficiency gain to using FGLS over OLS in serially correlated panel data may be substantial.

---

[5] Note that this still allows arbitrary correlation and heteroskedasticity within individuals but restricts that the pattern is the same across individuals.

[6] The test considered is a straightforward generalization of the test proposed by White (1980) for heteroskedasticity and was suggested in the panel context by Kezdi (2002).

To define the specification test, called hereafter the heteroskedasticity–autocorrelation (HA) test, let $\widehat{W}(\widehat{\theta}) = (1/nT)\sum_{i=1}^{n} x_i' \Omega_i(\widehat{\theta})' x_i$ where $\widehat{\theta}$ are estimates of a finite set of parameters describing the disturbance process and $\Omega_i(\widehat{\theta})$ is the implied covariance matrix for individual $i$.[7] Define a test statistic

$$S^* = (nT)[\mathrm{vec}(\widehat{W} - \widehat{W}(\widehat{\theta}))' \widetilde{D}^- \, \mathrm{vec}(\widehat{W} - \widehat{W}(\widehat{\theta}))], \qquad (7)$$

where $\widehat{D}$ is a positive semi-definite weighting matrix that estimates the variance of $\mathrm{vec}(\widehat{W} - \widehat{W}(\widehat{\theta}))$ and $A^-$ is the generalized inverse of a matrix $A$.[8] In the following section, it will be shown that $S^* \xrightarrow{\mathrm{d}} \chi^2_{k(k+1)/2}$ for $\widehat{D}$ defined below.

A natural choice for $\widehat{D}$ is

$$\widehat{D} = \frac{1}{nT} \sum_{i=1}^{n} [(\mathrm{vec}(x_i'\widehat{\varepsilon}_i\widehat{\varepsilon}_i' x_i - x_i'\Omega_i(\widehat{\theta}) x_i))(\mathrm{vec}(x_i'\widehat{\varepsilon}_i\widehat{\varepsilon}_i' x_i - x_i'\Omega_i(\widehat{\theta}) x_i))']. \qquad (8)$$

Under asymptotics where $\{n, T\} \to \infty$ jointly, another potential choice for $\widehat{D}$ is an estimate of the asymptotic variance of $\widehat{W}$:

$$\widehat{V} = \frac{1}{nT} \sum_{i=1}^{n} [(\mathrm{vec}(x_i'\widehat{\varepsilon}_i\widehat{\varepsilon}_i' x_i - \widehat{W}))(\mathrm{vec}(x_i'\widehat{\varepsilon}_i\widehat{\varepsilon}_i' x_i - \widehat{W}))']. \qquad (9)$$

That $\widehat{V}$ provides an estimator of the variance of $\mathrm{vec}(\widehat{W} - \widehat{W}(\widehat{\theta}))$ follows from the fact that as $\{n, T\} \to \infty$, $\mathrm{vec}(\widehat{W})$ is $\sqrt{n}$-consistent while $\mathrm{vec}(\widehat{W}(\widehat{\theta}))$ will be $\sqrt{nT}$-consistent in many cases, so $\mathrm{vec}(\widehat{W}(\widehat{\theta}))$ may be taken as a constant relative to $\mathrm{vec}(\widehat{W})$. The difference in rates of convergence would arise, for example, in a fixed effects panel model where the errors follow an AR process with common AR coefficients across individuals. However, it is important to note that this will not always be the case. In particular, in random effects models, the estimator of the variance of the individual specific shock will converge at only a $\sqrt{n}$ rate, implying the same rate of convergence for both the robust and parametric estimators of the variance. In the following section, I outline the asymptotic properties of $\widehat{\beta}$, $\widehat{W}$, and $\widehat{V}$ from which the behavior of $t^*$, $F^*$, and $S^*$ will follow. The properties of $\widehat{D}$, though not discussed, will generally be the same as those of $\widehat{V}$ under the different asymptotic sequences considered.

## 3. Asymptotic properties of the robust covariance matrix estimator

To develop the asymptotic inference results, I impose the following conditions.

---

[7] Consistency and asymptotic normality of $\widehat{W}(\widehat{\theta})$ will generally follow from consistency and asymptotic normality of $\widehat{\theta}$. In particular, defining $W_i(\theta)$ as the derivative of $W$ with respect to $\theta_i$ and letting $\theta$ be a $p \times 1$ vector, a Taylor series expansion of $W(\widehat{\theta})$ yields $W(\widehat{\theta}) = W(\theta) + \sum_{i=1}^{n} W_i(\bar{\theta})(\widehat{\theta} - \theta)$ where $\bar{\theta}$ is an intermediate value. As long as a uniform law of large numbers applies to $W_i(\theta)$, $W(\widehat{\theta}) - W(\theta)$ will inherit the properties of $\widehat{\theta} - \theta$. The problem is then reduced to finding an estimator of $\theta$ that is consistent and asymptotically normal with a mean zero asymptotic distribution. Finding such an estimator in fixed effects panel models with serial correlation and/or heteroskedasticity when $n \to \infty$ and $T/n \to \rho$ where $\rho < \infty$ is complicated, though there are estimators which exist. See, for example, Nickell (1981), MaCurdy (1982), Solon (1984), Lancaster (2002), Hahn and Kuersteiner (2002), Hahn and Newey (2004), and Hansen (2006).

[8] The test could alternatively be defined by only considering the $(k(k+1))/2$ unique elements of $\widehat{W} - \widehat{W}(\widehat{\theta})$ and using the inverse of the implied covariance matrix. This test will be equivalent to the test outlined above.

*C.B. Hansen / Journal of Econometrics 141 (2007) 597–620*                 603

**Assumption 1.** $\{x_i, \varepsilon_i\}$ are independent across $i$, and $\text{E}[\varepsilon_i \varepsilon_i' | x_i] = \Omega_i$.

**Assumption 2.** $Q_{nT} = \text{E}[\sum_{i=1}^{n}(x_i'x_i/nT)]$ is uniformly positive definite with constant limit $Q$ where limits are taken as $n \to \infty$ with $T$ fixed in Theorem 1, as $\{n, T\} \to \infty$ in Theorems 2 and 3, and as $T \to \infty$ with $n$ fixed in Theorem 4.

In addition, I impose either Assumption 3(a) or Assumption 3(b) depending on the context.

**Assumption 3.**

(a) $\text{E}[\varepsilon_i | x_i] = 0$.
(b) $\text{E}[x_{it}\varepsilon_{it}] = 0$.

Assumptions 1–3 are quite standard for panel data models. Assumption 1 imposes independence across individuals, ruling out cross-sectional correlation, but leaves the time series correlation unconstrained and allows general heterogeneity across individuals. Assumption 2 is a standard full rank condition, and the restriction that $Q_{nT}$ has a constant limit could be relaxed at the cost of more complicated notation. Assumption 3 imposes that one of two orthogonality conditions is satisfied. Assumption 3(b) imposes that $x_{it}$ and $\varepsilon_{it}$ are uncorrelated and is weaker than the strict exogeneity imposed in Assumption 3(a). Assumption 3(a) is stronger than necessary, but it simplifies the proof of asymptotic normality of $\widehat{W}$ and consistency of $\widehat{V}$. In addition, Assumption 3(a) would typically be imposed in fixed effects models.[9]

The first theorem, which is stated here for completeness, collects the properties of $\widehat{\beta}$ and $\widehat{W}$ in asymptotics where $n \to \infty$ with $T$ fixed.

**Theorem 1.** *Suppose the data are generated by model* (1), *that Assumptions* 1 *and* 2 *are satisfied, and that* $n \to \infty$ *with* $T$ *fixed.*

(i) *If Assumption* 3(b) *holds and* $\text{E}|x_{ith}|^{4+\delta} < \Delta < \infty$ *and* $\text{E}|\varepsilon_{it}|^{4+\delta} < \Delta < \infty$ *for some* $\delta > 0$, *then*

$$\sqrt{nT}(\widehat{\beta} - \beta) \xrightarrow{\text{d}} Q^{-1}\text{N}\left(0, W = \lim_n \frac{1}{nT}\sum_{i=1}^{n}\text{E}[x_i'\Omega_i x_i]\right),$$

*and*

$$\widehat{W} \xrightarrow{\text{p}} W.$$

(ii) *In addition, if Assumption* 3(a) *holds and* $\text{E}|x_{ith}|^{8+\delta} < \Delta < \infty$ *and* $\text{E}|\varepsilon_{it}|^{8+\delta} < \Delta < \infty$ *for some* $\delta > 0$, *then*

$$\sqrt{nT}[\text{vec}(\widehat{W} - W)]$$

$$\xrightarrow{\text{d}} \text{N}\left(0, V = \lim_n \frac{1}{nT}\sum_{i=1}^{n}\text{E}[(\text{vec}(x_i'\varepsilon_i\varepsilon_i'x_i - W))(\text{vec}(x_i'\varepsilon_i\varepsilon_i'x_i - W))']\right),$$

---

[9]Note that a balanced panel has also implicitly been assumed. All of the results with the exception of Corollary 4.1 could be extended to accommodate unbalanced panels at the cost of more complicated notation.

*and*

$$\widehat{V} \overset{\mathrm{p}}{\to} V.$$

**Remark 3.1.** It follows from Theorem 1(i) that the asymptotic variance of $\widehat{\beta}$ can be estimated using (4) since

$$\widehat{Avar}(\widehat{\beta}) = \left(\sum_{i=1}^{n} x_i' x_i\right)^{-1} \sum_{i=1}^{n} x_i' \widehat{\varepsilon}_i \widehat{\varepsilon}_i' x_i \left(\sum_{i=1}^{n} x_i' x_i\right)^{-1}$$

$$= \frac{1}{nT} \left(\frac{1}{nT} \sum_{i=1}^{n} x_i' x_i\right)^{-1} \widehat{W} \left(\frac{1}{nT} \sum_{i=1}^{n} x_i' x_i\right)^{-1} = \frac{1}{nT} \widehat{Q}^{-1} \widehat{W} \widehat{Q}^{-1},$$

where $\widehat{Q}^{-1} \widehat{W} \widehat{Q}^{-1} \overset{\mathrm{p}}{\to} Q^{-1} W Q^{-1}$. It also follows immediately from the definitions of $t^*$ and $F^*$ in Eqs. (5) and (6) and Theorem 1(i) that, under the null hypothesis, $t^* \overset{\mathrm{d}}{\to} \mathrm{N}(0,1)$ and $F^* \overset{\mathrm{d}}{\to} \chi_q^2$. Similarly, using Theorem 1(ii) and assuming $\widehat{W}(\widehat{\theta})$ has properties similar to those of $\widehat{W}$, it will follow that the HA test statistic, $S^*$, formed using $\widehat{D}$ defined above converges in distribution to a $\chi_{k(k+1)/2}^2$ under the null hypothesis.

Theorem 1 verifies that $\widehat{\beta}$ and $\widehat{W}$ are consistent and asymptotically normal as $n \to \infty$ with $T$ fixed without imposing any restrictions on the time series dimension. In the following results, I consider alternate asymptotic approximations under the assumption that both $n$ and $T$ are going to infinity.[10] In these cases, consistency and asymptotic normality of suitably normalized versions of $\widehat{W}$ are established under weak conditions.

Theorem 2, given immediately below, covers the case where $n$ and $T$ are going to infinity and there is not weak dependence in the time series. In particular, the results of Theorem 2 are only interesting in the case where $W = \lim_{n,T}(1/nT^2)\sum_{i=1}^{n} \mathrm{E}[x_i'\Omega_i x_i] > 0$. Perhaps the leading case where this behavior would occur is in a model where $\varepsilon_{it}$ includes an individual specific random effect that is uncorrelated with $x_{it}$ and the estimated model does not include an individual specific effect. In this case, all observations for a given individual will be equicorrelated, and the condition given above will hold. Theorem 3, given following Theorem 2, covers the case where there is mixing in the time series.

**Theorem 2.** *Suppose the data are generated by model* (1), *that Assumptions* 1 *and* 2 *are satisfied, and that* $\{n, T\} \to \infty$ *jointly.*

(i) *If Assumption* 3(b) *holds and* $\mathrm{E}|x_{ith}|^{4+\delta} < \Delta < \infty$ *and* $\mathrm{E}|\varepsilon_{it}|^{4+\delta} < \Delta < \infty$ *for some* $\delta > 0$, *then*

$$\sqrt{n}(\widehat{\beta} - \beta) \overset{\mathrm{d}}{\to} Q^{-1}\mathrm{N}(0, W = \lim_{n,T} \frac{1}{nT^2} \sum_{i=1}^{n} \mathrm{E}[x_i'\Omega_i x_i]),$$

---

[10] One could also consider sequential limits in which one takes limits as $n$ or $T$ goes to infinity with the other dimension fixed and then lets the other dimension go to infinity. It could be shown that under the conditions of Theorem 2 and appropriate normalizations sequential limits taken first with respect to either $n$ or $T$ would yield the same results as the joint limit. Similarly, under the conditions of Theorem 3, the sequential limits taken first with respect to either $n$ or $T$ would produce the same results as the joint limit.

*and*

$$\widehat{W}/T \xrightarrow{\text{p}} W.$$

(ii) *In addition, if Assumption* 3(a) *holds and* $\mathrm{E}|x_{ith}|^{8+\delta} < \Delta < \infty$ *and* $\mathrm{E}|\varepsilon_{it}|^{8+\delta} < \Delta < \infty$ *for some* $\delta > 0$, *then*

$$\sqrt{n}[\mathrm{vec}(\widehat{W}/T - W)]$$
$$\xrightarrow{\text{d}} \mathrm{N}\left(0, V = \lim_{n,T} \frac{1}{nT^4} \sum_{i=1}^{n} \mathrm{E}[(\mathrm{vec}(x_i'\varepsilon_i\varepsilon_i'x_i - W))(\mathrm{vec}(x_i'\varepsilon_i\varepsilon_i'x_i - W))')]\right),$$

*and*

$$\widehat{V}/T^3 \xrightarrow{\text{p}} V.$$

**Remark 3.2.** It is important to note that the results presented in Theorem 2 are not interesting in the setting where the $\{j, k\}$ element of $\Omega_i$ becomes small when $|j - k|$ is large since in these circumstances $(1/nT^2)\sum_{i=1}^{n} \mathrm{E}[x_i'\Omega_i x_i] \to 0$. Theorem 3 presents results which are relevant in this case.

**Remark 3.3.** Theorem 2 verifies consistency and asymptotic normality of both $\widehat{\beta}$ and $\widehat{W}$ while imposing essentially no constraints on the time series dependence in the data. The large cross-section effectively allows the time series dimension to be ignored even when $T$ is large. However, without constraints on the time series, $\widehat{\beta}$ is $\sqrt{n}$-consistent, not $\sqrt{nT}$-consistent. Intuitively, the slower rate of convergence is due to the fact that there may be little information contained in the time series since it is allowed to be arbitrarily dependent.

**Remark 3.4.** The fact that $\widehat{\beta}$ and $\widehat{W}$ are not $\sqrt{nT}$-consistent will not affect practical implementation of inference about $\widehat{\beta}$. In particular, the estimate of the asymptotic variance of $\widehat{\beta}$ based on Eq. (4) is

$$\widehat{Avar}(\widehat{\beta}) = \left(\sum_{i=1}^{n} x_i'x_i\right)^{-1} \sum_{i=1}^{n} x_i'\widehat{\varepsilon}_i\widehat{\varepsilon}_i'x_i\left(\sum_{i=1}^{n} x_i'x_i\right)^{-1}$$
$$= \frac{1}{n}\left(\frac{1}{nT}\sum_{i=1}^{n} x_i'x_i\right)^{-1}(\widehat{W}/T)\left(\frac{1}{nT}\sum_{i=1}^{n} x_i'x_i\right)^{-1} = \frac{1}{n}\widehat{Q}^{-1}(\widehat{W}/T)\widehat{Q}^{-1},$$

where $\widehat{Q}^{-1}(\widehat{W}/T)\widehat{Q}^{-1} \xrightarrow{\text{p}} Q^{-1}WQ^{-1}$. The *t*-statistic defined in Eq. (5) may also be expressed as

$$t^* = \frac{\sqrt{nT}(R\widehat{\beta} - r)}{\sqrt{R\widehat{Q}^{-1}\widehat{W}\widehat{Q}^{-1}R'}}$$
$$= \frac{\sqrt{n}(R\widehat{\beta} - r)}{\sqrt{R\widehat{Q}^{-1}(\widehat{W}/T)\widehat{Q}^{-1}R'}}$$

which converges in distribution to a $\mathrm{N}(0, 1)$ random variable under the null hypothesis, $R\beta = r$, by Theorem 2(i). Similarly, it follows that $F^* \xrightarrow{\text{d}} \chi_q^2$ under the null. Finally, the HA

test statistic, $S^*$, defined above also satisfies

$$S^* = (nT)[\text{vec}(\widehat{W} - \widehat{W}(\widehat{\theta}))' \widehat{D}^- \text{vec}(\widehat{W} - \widehat{W}(\widehat{\theta}))]$$
$$= n[\text{vec}(\widehat{W}/T - \widehat{W}(\widehat{\theta})/T)'(\widehat{D}/T^3)^- \text{vec}(\widehat{W}/T - \widehat{W}(\widehat{\theta})/T)],$$

which converges in distribution to a $\chi^2_{k(k+1)/2}$ under the conditions of the theorem and the additional assumption that $\widehat{W}(\widehat{\theta})$ behaves similarly to $\widehat{V}$.

The previous theorem establishes the properties of $\widehat{\beta}$ and the robust variance matrix estimator as $n$ and $T$ go to infinity jointly without imposing restrictions on the time series dependence. While the result is interesting, there are many cases in which one might expect the time series dependence to diminish over time. In the following theorem, the properties of $\widehat{\beta}$ and $\widehat{W}$ are established under the assumption that the data are strong mixing in the time series dimension.

**Theorem 3.** *Suppose the data are generated by model* (1), *that Assumptions 1 and 2 are satisfied, and that* $\{n, T\} \to \infty$ *jointly.*

(i) *If Assumption 3(b) is satisfied,* $\text{E}|x_{ith}|^{r+\delta} < \Delta$ *and* $\text{E}|\varepsilon_{il}|^{r+\delta} < \Delta$ *for some* $\delta > 0$, *and* $\{x_{it}, \varepsilon_{it}\}$ *is a strong mixing sequence in* $t$ *with* $\alpha$ *of size* $-3r/(r-4)$ *for* $r > 4$,

$$\sqrt{nT}(\widehat{\beta} - \beta) \xrightarrow{d} Q^{-1} \text{N}\left(0, W = \lim_{n,T} \frac{1}{nT} \sum_{i=1}^{n} \text{E}[x_i' \Omega_i x_i]\right)$$

*and*

$$\widehat{W} - W \xrightarrow{p} 0.$$

(ii) *In addition, if Assumption 3(a) is satisfied,* $\text{E}|x_{ith}|^{r+\delta} < \Delta$ *and* $\text{E}|\varepsilon_{il}|^{r+\delta} < \Delta$ *for some* $\delta > 0$, *and* $\{x_{it}, \varepsilon_{it}\}$ *is a strong mixing sequence in* $t$ *with* $\alpha$ *of size* $-7r/(r-8)$ *for* $r > 8$,

$$\sqrt{n}[\text{vec}(\widehat{W} - W)]$$
$$\xrightarrow{d} \text{N}\left(0, V = \lim_{n,T} \frac{1}{nT^2} \sum_{i=1}^{n} \text{E}[(\text{vec}(x_i' \varepsilon_i \varepsilon_i' x_i - W))(\text{vec}(x_i' \varepsilon_i \varepsilon_i' x_i - W))']\right),$$

*and*

$$\widehat{V}/T \xrightarrow{p} V.$$

**Remark 3.5.** Theorem 3 verifies consistency and asymptotic normality of both $\widehat{\beta}$ and $\widehat{W}$ under fairly conventional conditions on the time series dependence of the variables. The added restriction on the time series dependence allows estimation of $\beta$ at the $\sqrt{nT}$-rate, which differs from the case above where $\widehat{\beta}$ is only $\sqrt{n}$-consistent. Intuitively, the increase in the rate of convergence is due to the fact that under the mixing conditions, the time series is more informative than in the case analyzed in Theorem 2.

**Remark 3.6.** It follows immediately from the conclusions of Theorem 3 and the definitions of $\widehat{Avar}(\widehat{\beta})$, $t^*$, and $F^*$ in Eqs. (4)–(6) that $\widehat{Avar}(\widehat{\beta})$ is valid for estimating the asymptotic variance of $\widehat{\beta}$ and that $t^* \xrightarrow{d} \text{N}(0,1)$ and $F^* \xrightarrow{d} \chi^2_q$ under the null hypothesis. The HA test

statistic, $S^*$, also satisfies

$$S^* = (nT)[\operatorname{vec}(\widehat{W} - \widehat{W}(\widehat{\theta}))' \widehat{D}^{-} \operatorname{vec}(\widehat{W} - \widehat{W}(\widehat{\theta}))]$$
$$= n[\operatorname{vec}(\widehat{W} - \widehat{W}(\widehat{\theta}))' (\widehat{D}/T)^{-} \operatorname{vec}(\widehat{W} - \widehat{W}(\widehat{\theta}))],$$

which converges in distribution to a $\chi^2_{k(k+1)/2}$ under the conditions of the theorem and the assumption that $\widehat{D}$ behaves similarly to $\widehat{V}$. In this case, $\widehat{V}$ could also typically be used as the weighting matrix in forming $S^*$ since it will often be the case that $\widehat{W}(\widehat{\theta})$ will be $\sqrt{nT}$-consistent while $\widehat{W}$ is $\sqrt{n}$-consistent.

Theorems 1–3 establish that conventional estimators of the asymptotic variance of $\widehat{\beta}$ and $t$ and $F$ statistics formed using $\widehat{W}$ have their usual properties as long as $n \to \infty$ regardless of the behavior of $T$. In addition, the results indicate that it is essentially only the size of $n$ that matters for the asymptotic behavior of the estimators under these sequences. To complete the theoretical analysis, I present the asymptotic properties of $\widehat{W}$ as $T \to \infty$ with $n$ fixed below. The results are interesting in providing a justification for a commonly used procedure and in unifying the results and the different asymptotics considered.

**Theorem 4.** *Suppose the data are generated by model* (1), *that Assumptions* 1, 2, *and* 3(b) *are satisfied, and that* $T \to \infty$ *with $n$ fixed. If* $E|x_{ith}|^{r+\delta} < \Delta$, $E|\varepsilon_{it}|^{r+\delta} < \Delta$, *and* $\{x_{it}, \varepsilon_{it}\}$ *is a strong mixing sequence in $t$ with $\alpha$ of size* $-3r/(r-4)$ *for* $r > 4$, *then*

$$\sqrt{nT}(\widehat{\beta} - \beta) \xrightarrow{d} Q^{-1} N(0, W), \quad x_i' x_i / nT - Q_i / n \xrightarrow{p} 0, \quad x_i' \varepsilon_i / \sqrt{nT} \xrightarrow{d} N(0, W_i/n),$$

*and*

$$\widehat{W} \xrightarrow{d} U = \frac{1}{n} \sum_{i=1}^{n} \left( \Lambda_i B_i B_i' \Lambda_i - \Lambda_i B_i \left( \sum_{j=1}^{n} B_j' \Lambda_j \right) \left( \sum_{j=1}^{n} Q_j \right)^{-1} Q_i \right.$$

$$- Q_i \left( \sum_{j=1}^{n} Q_j \right)^{-1} \left( \sum_{j=1}^{n} \Lambda_j B_j \right) B_i' \Lambda_i$$

$$\left. + Q_i \left( \sum_{j=1}^{n} Q_j \right)^{-1} \left( \sum_{j=1}^{n} \Lambda_j B_j \right) \left( \sum_{j=1}^{n} B_j' \Lambda_j \right) \left( \sum_{j=1}^{n} Q_j \right)^{-1} Q_i \right),$$

*where* $W_i = \lim_T (1/T) E[x_i' \Omega_i x_i]$, $W = \lim_T (1/nT) \sum_i E[x_i' \Omega_i x_i]$, $B_i \sim N(0, I_k)$ *is a $k$-dimensional normal vector with* $E[B_i B_j'] = 0$ *and* $\Lambda_i = W_i^{1/2}$.

**Remark 3.7.** Theorem 4 verifies that $\widehat{W}$ is not consistent but does have a limiting distribution as $T \to \infty$ with $n$ fixed. Unfortunately, the result here differs from results obtained in Phillips et al. (2003), Kiefer and Vogelsang (2002, 2005), and Vogelsang (2003) who consider HAC estimation in time series data without truncation in that how to construct asymptotically pivotal statistics from $U$ is not immediately obvious. However, in one important special case, $U$ is proportional to the true covariance matrix allowing construction of asymptotically pivotal tests.

**Corollary 4.1.** *Suppose the conditions of Theorem* 4 *are satisfied and that* $Q_i = Q$ *and* $W_i = W$ *for all $i$. Then*

$$\widehat{W} \xrightarrow{d} U = \frac{1}{n} \Lambda \left( \sum_{i=1}^{n} B_i B_i' - \frac{1}{n} \sum_{i=1}^{n} B_i \sum_{i=1}^{n} B_i' \right) \Lambda$$

for $B_i$ defined in Theorem 4 and $\Lambda = W^{1/2}$. Then, for testing the null hypothesis $H_0 : R\beta = r$ against the alternative $H_1 : R\beta \neq r$ for a $q \times k$ matrix $R$ with rank $q$, the limiting distributions of the conventional Wald ($F^*$) and t-type ($t^*$) tests under $H_0$ are

$$F^* = (nT)(R\hat{\beta} - r)'[R\hat{Q}^{-1}\hat{W}\hat{Q}^{-1}R']^{-1}(R\hat{\beta} - r))$$

$$\xrightarrow{d} \tilde{B}_{q,n}' \left[ \frac{1}{n} \left( \sum_i B_{q,i}B_{q,i}' - \tilde{B}_{q,n}\tilde{B}_{q,n}' \right) \right]^{-1} \tilde{B}_{q,n}, = \frac{nq}{n-q} F_{q,n-q}, \qquad (10)$$

and

$$t^* = \frac{\sqrt{nT}(R\hat{\beta} - r)}{\sqrt{R\hat{Q}^{-1}\hat{W}\hat{Q}^{-1}R'}}$$

$$\xrightarrow{d} \frac{\tilde{B}_{1,n}}{\sqrt{(1/n)(\sum_i B_{1,i}^2 - \tilde{B}_{1,n}^2)}} = \sqrt{\frac{n}{n-1}} t_{n-1}, \qquad (11)$$

where $B_{q,i} \sim N(0, I_q)$, $\tilde{B}_{q,n} = (1/\sqrt{n})\sum_{i=1}^{n} B_{q,i}$, $t_{n-1}$ is a t distribution with $n-1$ degrees of freedom, and $F_{q,n-q}$ is an F distribution with $q$ numerator and $n-q$ denominator degrees of freedom.

Corollary 4.1 gives the limiting distribution of $\hat{W}$ as $T \to \infty$ under the additional restriction that $Q_i = Q$ and $W_i = W$ for all $i$. These restrictions would be satisfied when the data vectors for each individual $\{x_i, y_i\}$ are iid across $i$. While this is more restrictive than the condition imposed in Assumption 1, it still allows for quite general forms of conditional heteroskedasticity and does not impose any structure on the time series process within individuals.

The most interesting feature about the result in Corollary 4.1 is that under the conditions imposed, the limiting distribution of $\hat{W}$ is proportional to the actual covariance matrix in the data. This allows construction of asymptotically pivotal statistics based on standard $t$ and Wald tests as in Phillips et al. (2003), Kiefer and Vogelsang (2002, 2005), and Vogelsang (2003). This is particularly convenient in the panel case since the limiting distribution of the $t$-statistic is exactly $\sqrt{(n/(n-1))}\, t_{n-1}$ where $t_{n-1}$ denotes the $t$ distribution with $n-1$ degrees of freedom.[11] It is also interesting that $E\,U = (1 - (1/n))W$. This suggests normalizing the estimator $\hat{W}$ by $n/(n-1)$ will result in an asymptotically unbiased estimator in asymptotics where $T \to \infty$ with $n$ fixed and will likely reduce the finite-sample bias under asymptotics where $n \to \infty$. In addition, the $t$-statistic constructed based on the estimator defined by $(n/(n-1))\hat{W}$ will be asymptotically distributed as a $t_{n-1}$ for which critical values are readily available.[12]

The conclusions of Corollary 4.1 suggest a simple procedure for testing hypotheses regarding regression coefficients which will be valid under any of the asymptotics considered. Using $(n/(n-1))\hat{W}$ and obtaining critical values from a $t_{n-1}$ distribution will yield tests which are asymptotically valid regardless of the asymptotic sequence since the

---

[11] If $n = 1$, $\hat{W}$ is identically equal to 0. In this case, it is easy to verify that $U$ equals 0, though the results of Theorem 4 and Corollary 4.1 are obviously uninteresting in this case.

[12] This is essentially the normalization used in Stata's *cluster* command, which normalizes $\hat{W}$ by $[(nT-1)/(nT-k)][n/(n-1)]$, where the normalization is motivated as a finite-sample adjustment under the usual $n \to \infty$, $T$ fixed asymptotics; see *Stata User's Guide Release* 8, p. 275 (Stata Corporation, 2003).

*C.B. Hansen / Journal of Econometrics 141 (2007) 597–620*                609

$t_{n-1} \to N(0,1)$ and $n/(n-1) \to 1$ as $n \to \infty$. Thus, this approach will yield valid tests under any of the asymptotics considered in the presence of quite general heteroskedasticity and serial correlation.[13]

In addition, it is important to note that in the cases where there is weak dependence in the time series and $T$ is large, more efficient estimators of the covariance matrix which make use of this information are available. In particular, standard time series HAC estimators which downweight the correlation between observations that are far apart will have faster rates of convergence than the CCM estimator.

Finally, it is worth noting that the maximum rank of $\hat{W}$ will generally be $n-1$, which suggests that $\hat{W}$ will be rank deficient when $k > n - 1$. Since $\hat{W}$ is supposed to estimate a full rank matrix, it seems likely that inference based on $\hat{W}$ will perform poorly in these cases. Also, the above development ignores time effects, which will often be included in panel data models. Under $T$ fixed, $n \to \infty$ asymptotics, the time effects can be included in the covariate vector $x_{it}$ and pose no additional complications. However, as $T \to \infty$, they also need to be considered separately from $x$ and partialed out with the individual fixed effects. This partialing out will generally result in the presence of an $O(1/n)$ correlation between individuals. When $n$ is large, this correlation should not matter, but in the fixed $n$, $T \to \infty$ case, it will invalidate the results. The effect of the presence of time effects was explored in a simulation study with the same design as that reported in the following section where each model was estimated including a full set of time fixed effects. The results, which are not reported below but are available upon request, show that tests based on $\hat{W}$ are somewhat more size distorted than when no time effects are included for small $n$, but that this size distortion diminishes quickly as $n$ increases.

## 4. Monte Carlo evidence

The asymptotic results presented above suggest that tests based on the robust standard error estimates should have good properties regardless of the relative sizes of $n$ and $T$. I report results from a simple simulation study used to assess the finite sample effectiveness of the robust covariance matrix estimator and tests based upon it below. Specifically, the simulation focuses on $t$-tests for regression coefficients and the HA test discussed above.

The Monte Carlo simulations are based on two different specifications: a "fixed effect" specification and a "random effects" specification. The terminology refers to the fact that in the "fixed effect" specification, the models will be estimated including individual specific fixed effects with the goal of focusing on the case where the underlying disturbances exhibit weak dependence. In the "random effects" specification individual specific effects are not estimated and the goal is to examine the behavior of the CCM estimator and tests based upon it in an equicorrelated model.

The fixed effect specification is

$$y_{it} = x_{it}'\beta + \alpha_i + \varepsilon_{it},$$

where $x_{it}$ is a scalar and $\alpha_i$ is an individual specific effect. The data generating process for the fixed effect specification allows for serial correlation in both $x_{it}$ and $\varepsilon_{it}$ and

---

[13]This argument also applies to testing multiple parameters using $F^*$.

*C.B. Hansen / Journal of Econometrics 141 (2007) 597–620*

heteroskedasticity:

$$x_{it} = .5x_{it-1} + v_{it}, \quad v_{it} \sim N(0, .75),$$

$$\varepsilon_{it} = \rho\varepsilon_{it-1} + \sqrt{a_0 + a_1 x_{it}^2}\, u_{it}, \quad u_{it} \sim N(0, 1 - \rho^2),$$

$$\alpha_{it} \sim N(0, .5).$$

Data are simulated using four different values of $\rho$, $\rho \in \{0, .3, .6, .9\}$, in both the homoskedastic ($a_0 = 1$, $a_1 = 0$) and heteroskedastic ($a_0 = a_1 = .5$) cases, resulting in a total of eight distinct parameter settings. The models are estimated including $x_{it}$ and a full set of individual specific fixed effects.[14]

The random effects specifications is

$$y_{it} = x_{it}'\beta + \varepsilon_{it},$$

where $x_{it}$ is a normally distributed scalar with $E[x_{it}^2] = 1$ and $E[x_{it_1} x_{it_2}] = .8$ for all $t_1 \neq t_2$. $\varepsilon_{it}$ contains an individual specific random component and a random error term:

$$\varepsilon_{it} = \alpha_i + u_{it},$$

$$\alpha_i \sim N(0, \rho),$$

$$u_{it} \sim N(0, 1 - \rho).$$

Note that the random effects data generating process implies that $E[\varepsilon_{it_1}\varepsilon_{it_2}] = \rho$ for $t_1 \neq t_2$. Three values of $\rho$ are employed for the random effects specification: .3, .6, and .9. The model is estimated by regressing $y_{it}$ on $x_{it}$ and a constant.

The fixed effects model is commonly used in empirical work when panel data are available. The random effects specification is also widely used in the policy evaluation literature. In many policy evaluation studies, the covariate of interest is a policy variable that is highly correlated within aggregate cells, often with a correlation of one, which has led to the dominance of the random effects estimator in this context. For example, a researcher may desire to estimate the effect of classroom level policies on student-level micro data containing observations from multiple classrooms. In this setting, $T$ indexes the number of students within each class, $n$ indexes the number of classrooms, and $\alpha_i$ is a classroom specific random effect. The CCM estimator has been widely utilized in such situations in order to consistently estimate standard errors.[15]

Simulation results for various values of the cross-sectional ($n$) and time ($T$) dimensions are reported. For each $\{n, T\}$ combination, reported results for each of the 11 parameter settings (eight for the fixed effects specification and three for the random effects specification) are based on 1,000 simulation repetitions. Each simulation estimates three types of standard errors for $\hat{\beta}$: unadjusted OLS standard errors, $\hat{s}_{OLS}$, CCM standard errors, $\hat{s}_{CLUS}$, and standard errors consistent with an AR(1) process, $\hat{s}_{AR(1)}$.[16] For the

---

[14]Since $\alpha_i$ is uncorrelated with $x_i$, this model could be estimated using random effects. I chose to consider a different specification for the random effects estimates where the $x_{it}$ were generated to more closely resemble covariates which appear in policy analysis studies.

[15]This is, in fact, one of the original motivations for the development of the CCM estimator, cf. Liang and Zeger (1986).

[16]$\hat{s}_{AR(1)}$ imposes the parametric structure implied by an AR(1) process. The $\rho$ parameter is estimated from the OLS residuals using the procedure described in Hansen (2006) which consistently estimates AR parameters in fixed effects panel models. The standard errors are then computed as $(X'X)^{-1}X'\Omega(\hat{\rho})X(X'X)^{-1}$ where $\Omega(\hat{\rho})$ is the covariance matrix implied by an AR(1) process.

random effects specification, standard errors consistent with random effects, $\widehat{s}_{RE}$, are substituted for $\widehat{s}_{AR(1)}$.[17] $\widehat{s}_{CLUS}$ is consistent for all parameter settings. $\widehat{s}_{OLS}$ is consistent only in the iid case (the homoskedastic data generating process with $\rho = 0$). $\widehat{s}_{AR(1)}$ is consistent in all homoskedastic data generating processes, and $\widehat{s}_{RE}$ is consistent in all models for which it is reported. In all cases, the CCM estimator is computed using the normalization implied by $T \to \infty$ with $n$ fixed asymptotics; that is, the CCM estimator is computed as $(n/(n-1))\widehat{W}$ for $\widehat{W}$ defined in Eq. (3).

Tables 1–4 present the results of the Monte Carlo study, where each table corresponds to a different $\{n, T\}$ combination.[18] In each table, Panel A presents the fixed effects results for the homoskedastic and heteroskedastic cases, while Panel B presents the random effects results. Column (1) presents $t$-test rejection rates for 5% level tests based on OLS, CCM, and AR(1) standard errors. The critical values for tests based on OLS and AR(1) errors are taken from a $t_{nT-n-1}$ distribution, and the critical values for tests based on clustered standard errors are taken from a $t_{n-1}$ distribution. Columns (2) and (3) present the mean and standard deviation of the estimated standard errors respectively. Column (4) presents the standard deviation of the $\widehat{\beta}$'s. The difference between columns (2) and (4) is therefore the bias of the estimated standard errors. Finally, column (5) presents the rejection rates for the HA test described above which tests the null hypothesis that both the CCM estimator and the parametric estimator are consistent.

As expected, tests based on $\widehat{s}_{OLS}$ and $\widehat{s}_{AR(1)}$ perform well in the cases where the assumed model is consistent with the data across the full range of $n$ and $T$ combinations. The results are also consistent with the asymptotic theory, clearly illustrating the $\sqrt{nT}$-consistency of $\widehat{\beta}$ and $\widehat{W}$ with the bias of $\widehat{W}$ and the variance of both $\widehat{\beta}$ and $\widehat{W}$ decreasing as either $n$ or $T$ increases. Of course, when the assumed parametric model is inconsistent with the data, tests based on parametric standard errors suffer from size distortions and the standard error estimates are biased. The RE tests have the correct size for moderate and large $n$, but not for small $n$ (i.e. $n = 10$); and as indicated by the asymptotic theory, the $T$ dimension has no apparent impact on the size of RE based tests or the overall performance of the RE estimates.

Tests based on the CCM estimator have approximately correct size across all combinations of $n$ and $T$ and all models of the disturbances considered in the fixed effect specification. The estimator does, however, display a moderate bias in the small $n$ case; it seems likely that this bias does not translate into a large size distortion due to the fact that the bias is small relative to the standard error of the estimator and the use of the $t_{n-1}$ distribution to obtain the critical values. While the clustered standard errors perform well in terms of size of tests and reasonably well in terms of bias, the simulations reveal that a potential weakness of the clustered estimator is a relatively high variance. The CCM estimates have a substantially higher standard deviation than the other estimators and this difference, in percentage terms, increases with $T$. This behavior is consistent with the

---

[17]$\widehat{s}_{RE}$ is estimated in a manner analogous to $\widehat{s}_{AR(1)}$ where the covariance parameters are estimated in the usual manner from the OLS and within residuals.

[18]Tables 1–4 correspond to $\{n, T\} = \{10, 10\}$, $\{n, T\} = \{10, 50\}$, $\{n, T\} = \{50, 10\}$, $\{n, T\} = \{50, 50\}$, respectively. Additional results for $\{n, T\} = \{10, 200\}$, $\{n, T\} = \{50, 20\}$, $\{n, T\} = \{50, 200\}$, $\{n, T\} = \{200, 10\}$, and $\{n, T\} = \{200, 50\}$ are available from the author upon request. The results are consistent with the asymptotic theory with the performance of the CCM estimator improving as either $n$ or $T$ increases in the fixed effects specification and as $n$ increases in the random effects specification. In the random effects case, the performance does not appear to be greatly influenced by the size of $T$ relative to $n$.

612                      *C.B. Hansen / Journal of Econometrics 141 (2007) 597–620*

Table 1

| Data generating process | $t$-test rejection rate (1) | Mean (s.e.) (2) | Std (s.e.) (3) | Std ($\beta$) (4) | HA test rejection rate (5) |
|---|---|---|---|---|---|
| $N = 10,\ T = 10$ | | | | | |
| A. Fixed effects | | | | | |
| Homoskedastic, $\rho = 0$ | | | | | |
| OLS | 0.038 | 0.1180 | 0.0133 | 0.1152 | 0.152 |
| Cluster | 0.043 | 0.1149 | 0.0330 | 0.1152 | |
| AR1 | 0.041 | 0.1170 | 0.0141 | 0.1152 | 0.135 |
| Homoskedastic, $\rho = .3$ | | | | | |
| OLS | 0.082 | 0.1130 | 0.0136 | 0.1269 | 0.095 |
| Cluster | 0.054 | 0.1212 | 0.0357 | 0.1269 | |
| AR1 | 0.055 | 0.1240 | 0.0161 | 0.1269 | 0.133 |
| Homoskedastic, $\rho = .6$ | | | | | |
| OLS | 0.093 | 0.1005 | 0.0133 | 0.1231 | 0.074 |
| Cluster | 0.060 | 0.1167 | 0.0352 | 0.1231 | |
| AR1 | 0.051 | 0.1219 | 0.0181 | 0.1231 | 0.123 |
| Homoskedastic, $\rho = .9$ | | | | | |
| OLS | 0.145 | 0.0609 | 0.0090 | 0.0818 | 0.038 |
| Cluster | 0.053 | 0.0772 | 0.0249 | 0.0818 | |
| AR1 | 0.054 | 0.0795 | 0.0136 | 0.0818 | 0.085 |
| Heteroskedastic, $\rho = 0$ | | | | | |
| OLS | 0.126 | 0.1150 | 0.0126 | 0.1502 | 0.051 |
| Cluster | 0.057 | 0.1410 | 0.0458 | 0.1502 | |
| AR1 | 0.126 | 0.1140 | 0.0137 | 0.1502 | 0.042 |
| Heteroskedastic, $\rho = .3$ | | | | | |
| OLS | 0.171 | 0.1165 | 0.0137 | 0.1708 | 0.036 |
| Cluster | 0.068 | 0.1538 | 0.0500 | 0.1708 | |
| AR1 | 0.143 | 0.1284 | 0.0172 | 0.1708 | 0.044 |
| Heteroskedastic, $\rho = .6$ | | | | | |
| OLS | 0.187 | 0.1238 | 0.0153 | 0.1853 | 0.027 |
| Cluster | 0.074 | 0.1717 | 0.0572 | 0.1853 | |
| AR1 | 0.117 | 0.1503 | 0.0219 | 0.1853 | 0.049 |
| Heteroskedastic, $\rho = .9$ | | | | | |
| OLS | 0.198 | 0.1406 | 0.0209 | 0.2181 | 0.031 |
| Cluster | 0.087 | 0.1872 | 0.0641 | 0.2181 | |
| AR1 | 0.097 | 0.1830 | 0.0336 | 0.2181 | 0.074 |
| B. Random effects | | | | | |
| $\rho = .3$ | | | | | |
| OLS | 0.295 | 0.1063 | 0.0231 | 0.1926 | 0.017 |
| Cluster | 0.115 | 0.1561 | 0.0609 | 0.1926 | |
| RE | 0.097 | 0.1693 | 0.0460 | 0.1926 | 0.027 |
| $\rho = .6$ | | | | | |
| OLS | 0.399 | 0.1030 | 0.0248 | 0.2438 | 0.054 |
| Cluster | 0.118 | 0.2024 | 0.0788 | 0.2438 | |
| RE | 0.094 | 0.2180 | 0.0600 | 0.2438 | 0.023 |
| $\rho = .9$ | | | | | |
| OLS | 0.482 | 0.0987 | 0.0293 | 0.2925 | 0.093 |
| Cluster | 0.108 | 0.2346 | 0.0909 | 0.2925 | |
| RE | 0.095 | 0.2546 | 0.0723 | 0.2925 | 0.018 |

Table 2

| Data generating process | $t$-test rejection rate | Mean (s.e.) | Std (s.e.) | Std ($\beta$) | HA test rejection rate |
|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) |
| $N = 10, \; T = 50$ | | | | | |
| *A. Fixed effects* | | | | | |
| Homoskedastic, $\rho = 0$ | | | | | |
|    OLS | 0.054 | 0.0462 | 0.0024 | 0.0472 | 0.184 |
|    Cluster | 0.050 | 0.0449 | 0.0117 | 0.0472 | |
|    AR1 | 0.057 | 0.0460 | 0.0026 | 0.0472 | 0.185 |
| Homoskedastic, $\rho = .3$ | | | | | |
|    OLS | 0.088 | 0.0459 | 0.0024 | 0.0519 | 0.077 |
|    Cluster | 0.043 | 0.0520 | 0.0133 | 0.0519 | |
|    AR1 | 0.050 | 0.0529 | 0.0031 | 0.0519 | 0.159 |
| Homoskedastic, $\rho = .6$ | | | | | |
|    OLS | 0.155 | 0.0447 | 0.0028 | 0.0590 | 0.049 |
|    Cluster | 0.042 | 0.0574 | 0.0150 | 0.0590 | |
|    AR1 | 0.047 | 0.0598 | 0.0044 | 0.0590 | 0.184 |
| Homoskedastic, $\rho = .9$ | | | | | |
|    OLS | 0.225 | 0.0372 | 0.0034 | 0.0600 | 0.046 |
|    Cluster | 0.046 | 0.0562 | 0.0159 | 0.0600 | |
|    AR1 | 0.049 | 0.0583 | 0.0072 | 0.0600 | 0.150 |
| Heteroskedastic, $\rho = 0$ | | | | | |
|    OLS | 0.158 | 0.0459 | 0.0021 | 0.0637 | 0.052 |
|    Cluster | 0.051 | 0.0606 | 0.0169 | 0.0637 | |
|    AR1 | 0.162 | 0.0458 | 0.0023 | 0.0637 | 0.057 |
| Heteroskedastic, $\rho = .3$ | | | | | |
|    OLS | 0.199 | 0.0479 | 0.0022 | 0.0724 | 0.046 |
|    Cluster | 0.041 | 0.0735 | 0.0198 | 0.0724 | |
|    AR1 | 0.142 | 0.0553 | 0.0032 | 0.0724 | 0.047 |
| Heteroskedastic, $\rho = .6$ | | | | | |
|    OLS | 0.229 | 0.0558 | 0.0031 | 0.0934 | 0.067 |
|    Cluster | 0.043 | 0.0928 | 0.0260 | 0.0934 | |
|    AR1 | 0.112 | 0.0748 | 0.0054 | 0.0934 | 0.059 |
| Heteroskedastic, $\rho = .9$ | | | | | |
|    OLS | 0.239 | 0.0857 | 0.0079 | 0.1490 | 0.059 |
|    Cluster | 0.046 | 0.1428 | 0.0451 | 0.1490 | |
|    AR1 | 0.076 | 0.1338 | 0.0163 | 0.1490 | 0.099 |
| *B. Random effects* | | | | | |
| $\rho = .3$ | | | | | |
|    OLS | 0.568 | 0.0471 | 0.0092 | 0.1636 | 0.147 |
|    Cluster | 0.104 | 0.1356 | 0.0547 | 0.1636 | |
|    RE | 0.097 | 0.1475 | 0.0413 | 0.1626 | 0.014 |
| $\rho = .6$ | | | | | |
|    OLS | 0.703 | 0.0466 | 0.0105 | 0.2331 | 0.212 |
|    Cluster | 0.104 | 0.1897 | 0.0727 | 0.2331 | |
|    RE | 0.095 | 0.2079 | 0.0567 | 0.2331 | 0.007 |
| $\rho = .9$ | | | | | |
|    OLS | 0.744 | 0.0450 | 0.0130 | 0.2785 | 0.245 |
|    Cluster | 0.106 | 0.2310 | 0.0920 | 0.2785 | |
|    RE | 0.103 | 0.2539 | 0.0701 | 0.2785 | 0.014 |

*C.B. Hansen / Journal of Econometrics 141 (2007) 597–620*

Table 3

| Data generating process | $t$-test rejection rate (1) | Mean (s.e.) (2) | Std (s.e.) (3) | Std ($\beta$) (4) | HA test rejection rate (5) |
|---|---|---|---|---|---|
| $N = 50, \ T = 10$ | | | | | |
| *A. Fixed effects* | | | | | |
| Homoskedastic, $\rho = 0$ | | | | | |
|   OLS | 0.049 | 0.0522 | 0.0026 | 0.0526 | 0.106 |
|   Cluster | 0.057 | 0.0515 | 0.0062 | 0.0526 | |
|   AR1 | 0.047 | 0.0522 | 0.0028 | 0.0526 | 0.099 |
| Homoskedastic, $\rho = .3$ | | | | | |
|   OLS | 0.080 | 0.0500 | 0.0027 | 0.0569 | 0.053 |
|   Cluster | 0.059 | 0.0552 | 0.0072 | 0.0569 | |
|   AR1 | 0.055 | 0.0556 | 0.0033 | 0.0569 | 0.092 |
| Homoskedastic, $\rho = .6$ | | | | | |
|   OLS | 0.102 | 0.0447 | 0.0026 | 0.0539 | 0.132 |
|   Cluster | 0.048 | 0.0549 | 0.0071 | 0.0539 | |
|   AR1 | 0.049 | 0.0553 | 0.0037 | 0.0539 | 0.072 |
| Homoskedastic, $\rho = .9$ | | | | | |
|   OLS | 0.156 | 0.0273 | 0.0273 | 0.0387 | 0.220 |
|   Cluster | 0.075 | 0.0364 | 0.0367 | 0.0387 | |
|   AR1 | 0.067 | 0.0367 | 0.0367 | 0.0387 | 0.078 |
| Heteroskedastic, $\rho = 0$ | | | | | |
|   OLS | 0.119 | 0.0517 | 0.0025 | 0.0659 | 0.213 |
|   Cluster | 0.047 | 0.0673 | 0.0093 | 0.0659 | |
|   AR1 | 0.116 | 0.0516 | 0.0028 | 0.0659 | 0.210 |
| Heteroskedastic, $\rho = .3$ | | | | | |
|   OLS | 0.197 | 0.0521 | 0.0026 | 0.0768 | 0.369 |
|   Cluster | 0.062 | 0.0741 | 0.0114 | 0.0768 | |
|   AR1 | 0.139 | 0.0581 | 0.0033 | 0.0768 | 0.140 |
| Heteroskedastic, $\rho = .6$ | | | | | |
|   OLS | 0.214 | 0.0558 | 0.0031 | 0.0840 | 0.451 |
|   Cluster | 0.048 | 0.0820 | 0.0126 | 0.0840 | |
|   AR1 | 0.108 | 0.0688 | 0.0045 | 0.0840 | 0.056 |
| Heteroskedastic, $\rho = .9$ | | | | | |
|   OLS | 0.152 | 0.0623 | 0.0043 | 0.0883 | 0.324 |
|   Cluster | 0.038 | 0.0899 | 0.0144 | 0.0883 | |
|   AR1 | 0.057 | 0.0834 | 0.0070 | 0.0883 | 0.023 |
| *B. Random effects* | | | | | |
| $\rho = .3$ | | | | | |
|   OLS | 0.291 | 0.0451 | 0.0041 | 0.0822 | 0.673 |
|   Cluster | 0.062 | 0.0776 | 0.0135 | 0.0822 | |
|   RE | 0.059 | 0.0788 | 0.0091 | 0.0822 | 0.058 |
| $\rho = .6$ | | | | | |
|   OLS | 0.357 | 0.0452 | 0.0049 | 0.1034 | 0.892 |
|   Cluster | 0.073 | 0.1004 | 0.0183 | 0.1034 | |
|   RE | 0.068 | 0.1028 | 0.0127 | 0.1034 | 0.054 |
| $\rho = .9$ | | | | | |
|   OLS | 0.497 | 0.0447 | 0.0056 | 0.1246 | 0.943 |
|   Cluster | 0.062 | 0.1192 | 0.0212 | 0.1246 | |
|   RE | 0.063 | 0.1210 | 0.0147 | 0.1246 | 0.048 |

Table 4

| Data generating process | $t$-test rejection rate (1) | Mean (s.e.) (2) | Std (s.e.) (3) | Std ($\beta$) (4) | HA test rejection rate (5) |
|---|---|---|---|---|---|
| $N = 50, \ T = 20$ | | | | | |
| *A. Fixed effects* | | | | | |
| Homoskedastic, $\rho = 0$ | | | | | |
|   OLS | 0.050 | 0.0342 | 0.0013 | 0.0341 | 0.097 |
|   Cluster | 0.049 | 0.0341 | 0.0040 | 0.0341 | |
|   AR1 | 0.052 | 0.0342 | 0.0014 | 0.0341 | 0.088 |
| Homoskedastic, $\rho = .3$ | | | | | |
|   OLS | 0.094 | 0.0334 | 0.0013 | 0.0393 | 0.077 |
|   Cluster | 0.051 | 0.0379 | 0.0045 | 0.0393 | |
|   AR1 | 0.056 | 0.0382 | 0.0016 | 0.0393 | 0.086 |
| Homoskedastic, $\rho = .6$ | | | | | |
|   OLS | 0.120 | 0.0315 | 0.0014 | 0.0414 | 0.300 |
|   Cluster | 0.059 | 0.0407 | 0.0052 | 0.0414 | |
|   AR1 | 0.050 | 0.0412 | 0.0021 | 0.0414 | 0.092 |
| Homoskedastic, $\rho = .9$ | | | | | |
|   OLS | 0.200 | 0.0222 | 0.0013 | 0.0336 | 0.580 |
|   Cluster | 0.059 | 0.0327 | 0.0047 | 0.0336 | |
|   AR1 | 0.060 | 0.0329 | 0.0024 | 0.0336 | 0.094 |
| Heteroskedastic, $\rho = 0$ | | | | | |
|   OLS | 0.168 | 0.0340 | 0.0011 | 0.0479 | 0.408 |
|   Cluster | 0.063 | 0.0458 | 0.0056 | 0.0479 | |
|   AR1 | 0.171 | 0.0340 | 0.0012 | 0.0479 | 0.406 |
| Heteroskedastic, $\rho = .3$ | | | | | |
|   OLS | 0.209 | 0.0350 | 0.0012 | 0.0536 | 0.675 |
|   Cluster | 0.051 | 0.0527 | 0.0068 | 0.0536 | |
|   AR1 | 0.145 | 0.0399 | 0.0016 | 0.0536 | 0.294 |
| Heteroskedastic, $\rho = .6$ | | | | | |
|   OLS | 0.228 | 0.0394 | 0.0017 | 0.0653 | 0.802 |
|   Cluster | 0.050 | 0.0636 | 0.0084 | 0.0653 | |
|   AR1 | 0.119 | 0.0514 | 0.0027 | 0.0653 | 0.123 |
| Heteroskedastic, $\rho = .9$ | | | | | |
|   OLS | 0.196 | 0.0507 | 0.0028 | 0.0775 | 0.681 |
|   Cluster | 0.036 | 0.0809 | 0.0131 | 0.0775 | |
|   AR1 | 0.058 | 0.0751 | 0.0056 | 0.0775 | 0.034 |
| *B. Random effects* | | | | | |
| $\rho = .3$ | | | | | |
|   OLS | 0.405 | 0.0320 | 0.0029 | 0.0756 | 0.915 |
|   Cluster | 0.069 | 0.0726 | 0.0131 | 0.0756 | |
|   RE | 0.063 | 0.0738 | 0.0085 | 0.0756 | 0.064 |
| $\rho = .6$ | | | | | |
|   OLS | 0.515 | 0.0318 | 0.0033 | 0.1012 | 0.944 |
|   Cluster | 0.066 | 0.0976 | 0.0169 | 0.1012 | |
|   RE | 0.055 | 0.0996 | 0.0118 | 0.1012 | 0.055 |
| $\rho = .9$ | | | | | |
|   OLS | 0.614 | 0.0314 | 0.0038 | 0.1203 | 0.948 |
|   Cluster | 0.054 | 0.1166 | 0.0204 | 0.1203 | |
|   RE | 0.051 | 0.1194 | 0.0140 | 0.1203 | 0.053 |

$\sqrt{n}$-consistency of the estimator and does suggest that if a parametric estimator is available, it may have better properties for estimating the variance of $\widehat{\beta}$.

The clustered estimator performs less well in the random effects specification. For small $n$, tests based on the CCM estimator suffer from a substantial size distortion for all values of $T$. For moderate to large values of $n$, the tests have the correct size, and the overall performance does not appear to depend on $T$. In addition, the variance of $\widehat{\beta}$ does not appear to decrease as $T$ increases. These results are consistent with the lack of $\sqrt{nT}$-consistency in this case.[19]

The performance of the HA test is much less robust than that of $t$-tests based on clustered standard errors. For small $n$, the tests are badly size distorted and have essentially no power against any alternative hypotheses. As $n$ and $T$ grow, the test performance improves. With $n = 50$, the test remains size distorted, but it does have some power against alternatives that increases as $T$ increases. The HA test also performs poorly for the random effects specification for small $n$. However, for moderate or large $n$, the test has both the correct size and good power.

Overall, the simulation results support the use of clustered standard errors for performing inference on regression coefficient estimates in serially correlated panel data, though they also suggest care should be taken if $n$ is small and one suspects a "random effects" structure. The poor performance of $\widehat{W}$ in "random effects" models with small $n$ is already well-known; see for example Bell and McCaffrey (2002) who also suggest a bias reduction for $\widehat{W}$ in this case. However, that the estimator does quite well even for small $n$ in the serially correlated case where the errors are mixing is somewhat surprising and is a new result which is suggested by the asymptotic analysis of the previous section. The simulation results confirm the asymptotic results, suggesting that the clustered standard errors are consistent as long as $n \to \infty$ and that they are not sensitive to the size of $n$ relative to $T$. The chief drawback of the CCM estimator is that the robustness comes at the cost of increasing the variance of the standard error estimate relative to that of standard errors estimated through more parsimonious models.

The HA test offers one simple information based criterion for choosing between the CCM estimator and a simple parametric model of the error process. However, the simulation evidence regarding its usefulness is mixed. In particular, the properties of the test are poor in small sample settings where there is likely to be the largest gain to using a parsimonious model. However, in moderate sized samples, the test performs reasonably well, and there still may be gains to using a simple parametric model in these cases.

## 5. Conclusion

This paper explores the asymptotic behavior of the robust covariance matrix estimator of Arellano (1987). It extends the usual analysis performed under asymptotics where $n \to \infty$ with $T$ fixed to cases where $n$ and $T$ go to infinity jointly, considering both non-mixing and mixing cases, and to the case where $T \to \infty$ with $n$ fixed. The limiting behavior of the OLS estimator, $\widehat{\beta}$, in each case is different. However, the analysis shows that the conventional estimator of the asymptotic variance and the usual $t$ and $F$ statistics have the same properties regardless of the behavior of the time series as long as $n \to \infty$. In addition,

---

[19]The inconsistency of $\widehat{\beta}$ when $T$ increases with $n$ fixed in differences-in-differences and policy evaluation studies has also been discussed in Donald and Lang (2001).

when $T \to \infty$ with $n$ fixed and the data satisfy mixing conditions and an iid assumption across individuals, the usual $t$ and $F$ statistics can be used for inference despite the fact that the robust covariance matrix estimator is not consistent but converges in distribution to a limiting random variable. In this case, it is shown that the $t$ statistic constructed using $n/(n-1)$ times the estimator of Arellano (1987) is asymptotically $t_{n-1}$, suggesting the use of $n/(n-1)$ times the estimator of Arellano (1987) and critical values obtained from a $t_{n-1}$ in all cases. The use of this procedure is also supported in a short simulation experiment, which verifies that it produces tests with approximately correct size regardless of the relative size of $n$ and $T$ in cases where the time series correlation between observations diminishes as the distance between observations increases. The simulations also verify that tests based on the robust standard errors are consistent as $n$ increases regardless of the relative size of $n$ and $T$ even in cases when the data are equicorrelated.

### Acknowledgments

The research reported in this paper was motivated through conversations with Byron Lutz, to whom I am very grateful for input in developing this paper. I would like to thank Whitney Newey and Victor Chernozhukov as well as anonymous referees and a coeditor for helpful comments and suggestions. This work was partially supported by the William S. Fishman Faculty Research Fund at the Graduate School of Business, the University of Chicago. All remaining errors are mine.

### Appendix

For brevity, sketches of the proofs are provided below. More detailed versions are available in an additional Technical Appendix from the author upon request and in Hansen (2004).

**Proof of Theorem 1.** $\hat{\beta} - \beta \overset{p}{\to} 0$ and $\sqrt{nT}(\hat{\beta} - \beta) \overset{d}{\to} Q^{-1}N(0, W = \lim_n (1/nT) \sum_{i=1}^{n}$ E$[x_i' \Omega_i x_i])$ follow immediately under the conditions of Theorem 1 from the Markov LLN and the Liapounov CLT. The remaining conclusions follow from repeated use of the Cauchy–Schwarz inequality, Minkowski's inequality, the Markov LLN, and the Liapounov CLT.  □

The proofs of Theorems 2 and 3 make use of the following lemmas which provide a LLN and CLT for inid data as $\{n, T\} \to \infty$ jointly.

**Lemma 1.** *Suppose $\{Z_{i,T}\}$ are independent across $i$ for all $T$ with* E$[Z_{i,T}] = \mu_{i,T}$ *and* E$|Z_{i,T}|^{1+\delta} < \Delta < \infty$ *for some $\delta > 0$ and all $i, T$. Then $(1/n)\sum_{i=1}^{n}(Z_{i,T} - \mu_{i,T}) \overset{p}{\to} 0$ as $\{n, T\} \to \infty$ jointly.*

**Proof.** The proof follows from standard arguments, cf. Chung (2001) Chapter 5. Details are given in Hansen (2004).  □

**Lemma 2.** *For $k \times 1$ vectors $Z_{i,T}$, suppose $\{Z_{i,T}\}$ are independent across $i$ for all $T$ with* E$[Z_{i,T}] = 0$, E$[Z_{i,T} Z_{i,T}'] = \Omega_{i,T}$, *and* E$\|Z_{i,T}\|^{2+\delta} < \Delta < \infty$ *for some $\delta > 0$. Assume $\Omega = \lim_{n,T}(1/n)\sum_{i=1}^{n} \Omega_{i,T}$ is positive definite with minimum eigenvalue $\lambda_{\min} > 0$. Then $(1/\sqrt{n})\sum_{i=1}^{n} Z_{i,T} \overset{d}{\to} N(0, W)$ as $\{n, T\} \to \infty$ jointly.*

*C.B. Hansen / Journal of Econometrics 141 (2007) 597–620*

**Proof.** The result follows from verifying the Lindeberg condition of Theorem 2 in Phillips and Moon (1999) using an argument similar to that used in the proof of Theorem 3 in Phillips and Moon (1999). Details are given in Hansen (2004). □

**Proof of Theorem 2.** The conclusions follow from conventional arguments making repeated use of the Cauchy–Schwarz inequality, Minkowski's inequality, and Lemmas 1 and 2. □

In addition to using Lemmas 1 and 2, I make use of the following mixing inequality, restated from Doukhan (1994) Theorem 2 with a slight change of notation, to establish the properties of the estimators as $\{n, T\} \to \infty$ when mixing conditions are imposed. Its proof may be found in Doukhan (1994, p. 25–30).

**Lemma 3.** *Let $\{z_t\}$ be a strong mixing sequence with $\mathrm{E}[z_t] = 0$, $\mathrm{E}\|z_t\|^{\tau+\varepsilon} < \Delta < \infty$, and mixing coefficient $\alpha(m)$ of size $(1-c)r/(r-c)$ where $c \in 2\mathbb{N}$, $c \geqslant \tau$, and $r > c$. Then there is a constant $C$ depending only on $\tau$ and $\alpha(m)$ such that $\mathrm{E}|\sum_{t=1}^{T} y_i|^\tau \leqslant CD(\tau, \varepsilon, T)$ with $D(\tau, \varepsilon, T)$ defined in Doukhan (1994) and satisfying $D(\tau, \varepsilon, T) = O(T)$ if $\tau \leqslant 2$ and $D(\tau, \varepsilon, T) = O(T^{\tau/2})$ if $\tau > 2$.*

**Proof of Theorem 3.** The conclusions follow under the conditions of the theorem by making use of the Cauchy–Schwarz inequality, Minkowsk's inequality, and Lemma 3 to verifythe conditions of Lemmas 1 and 2. □

**Proof of Theorem 4.** Under the hypotheses of the theorem, $\sqrt{n}(\hat{\beta} - \beta) \xrightarrow{d} Q^{-1}\mathrm{N}(0, W)$, $x_i' x_i / T - Q_i \xrightarrow{p} 0$, and $x_i' \varepsilon_i / \sqrt{T} \xrightarrow{d} \mathrm{N}(0, W_i)$ are immediate from a LLN and CLT for mixing sequences, cf. White (2001, Theorems 3.47 and 5.20). The conclusion then follows from the definition of $\hat{W}$ and $\hat{\varepsilon}_i$. □

**Proof of Corollary 4.1.** Consider $t^* = \sqrt{nT}(R\hat{\beta} - r)/\sqrt{R\hat{Q}^{-1}\hat{W}\hat{Q}^{-1}R'}$. Under the null hypothesis, $R\beta = r$, so the numerator of $t^*$ is $\sqrt{nT}R(\hat{\beta} - \beta) = R((1/nT)\sum_i x_i' x_i)^{-1}$ $((1/\sqrt{nT})\sum_i x_i' \varepsilon_i) \xrightarrow{d} RQ^{-1}\Lambda \sum_i B_i/\sqrt{n}$. From Theorem 4 and the hypotheses of the Corollary, the denominator of $t^*$ converges in distribution to

$$\sqrt{RQ^{-1}\frac{1}{n}\Lambda\left(\sum_{i=1}^{n} B_i B_i' - \frac{1}{n}\sum_{i=1}^{n} B_i \sum_{i=1}^{n} B_i'\right)\Lambda Q^{-1}R'}.$$

It follows from the Continuous Mapping Theorem that

$$t^* \xrightarrow{d} \frac{RQ^{-1}\Lambda\sum_i B_i/\sqrt{n}}{\sqrt{(1/n)RQ^{-1}\Lambda(\sum_{i=1}^{n} B_i B_i' - (1/n)\sum_{i=1}^{n} B_i \sum_{i=1}^{n} B_i')\Lambda Q^{-1}R'}}.$$

Define $\delta = (RQ^{-1}\Lambda\Lambda Q^{-1}R')^{1/2}$, so

$$t^* \xrightarrow{d} U = \frac{\delta\sum_i B_{1,i}/\sqrt{n}}{\sqrt{(\delta^2/n)(\sum_{i=1}^{n} B_{1,i} B_{1,i}' - (1/n)\sum_{i=1}^{n} B_{1,i}\sum_{i=1}^{n} B_{1,i}')}}$$

$$= \frac{\widetilde{B}_{1,n}}{\sqrt{(1/n)(\sum_i B_{1,i}^2 - \widetilde{B}_{1,n}^2)}}.$$

Case 4:05-cv-00037-YGR   Document 754-9   Filed 01/14/14   Page 224 of 225

It is straightforward to show that $\widetilde{B}_{1,n} \sim N(0,1)$, that $\sum_i B_{1,i}^2 - \widetilde{B}_{1,n}^2 \sim \chi_{n-1}^2$, and that $\sum_i B_{1,i}^2 - \widetilde{B}_{1,n}^2$ and $\widetilde{B}_{1,n}$ are independent, from which it follows that

$$U = \left(\frac{n}{n-1}\right)^{1/2} \frac{\widetilde{B}_{1,n}}{\sqrt{(\sum_i B_{1,i}^2 - \widetilde{B}_{1,n}^2)/(n-1)}} \sim \left(\frac{n}{n-1}\right)^{1/2} t_{n-1}.$$

The result for $F^*$ is obtained through a similar argument, and using a result from Rao (2002) Chapter 8b to verify that the resulting quantity follows an $F$ distribution.   □

# References

Andrews, D.W.K., 1991. Heteroskedasticity and autocorrelation consistent covariance matrix estimation. Econometrica 59 (3), 817–858.

Arellano, M., 1987. Computing robust standard errors for within-groups estimators. Oxford Bulletin of Economics and Statistics 49 (4), 431–434.

Baltagi, B.H., Wu, P.X., 1999. Unequally spaced panel data regressions with AR(1) disturbances. Econometric Theory 15, 814–823.

Bell, R.M., McCaffrey, D.F., 2002. Bias reduction in standard errors for linear regression with multi-stage samples. Mimeo RAND.

Bertrand, M., Duflo, E., Mullainathan, S., 2004. How much should we trust differences-in-differences estimates? Quarterly Journal of Economics 119 (1), 249–275.

Bhargava, A., Franzini, L., Narendranathan, W., 1982. Serial correlation and the fixed effects model. Review of Economic Studies 49, 533–549.

Chung, K.L., 2001. A Course in Probability Theory, third ed. Academic Press, San Diego.

Donald, S., Lang, K., 2001. Inference with differences in differences and other panel data. Mimeo.

Doukhan, P., 1994. Mixing: properties and examples. In: Fienberg, S., Gani, J., Krickeberg, K., Olkin, I., Wermuth, N. (Eds.), Lecture Notes in Statistics, vol. 85. Springer, New York.

Drukker, D.M., 2003. Testing for serial correlation in linear panel-data models. Stata Journal 3, 168–177.

Hahn, J., Kuersteiner, G.M., 2002. Asymptotically unbiased inference for a dynamic panel model with fixed effects when both $N$ and $T$ are large. Econometrica 70 (4), 1639–1657.

Hahn, J., Newey, W.K., 2004. Jackknife and analytical bias reduction for nonlinear panel models. Econometrica 72 (4), 1295–1319.

Hansen, C.B., 2004. Inference in linear panel data models with serial correlation and an essay on the impact of 401(k) participation on the wealth distribution. Ph.D. Dissertation, Massachusetts Institute of Technology.

Hansen, C.B., 2006. Generalized least squares inference in multilevel models with serial correlation and fixed effects. Journal of Econometrics, doi:10.1016/j.jeconom.2006.07.011.

Kezdi, G., 2002. Robust standard error estimation in fixed-effects panel models. Mimeo.

Kiefer, N.M., Vogelsang, T.J., 2002. Heteroskedasticity–autocorrelation robust testing using bandwidth equal to sample size. Econometric Theory 18, 1350–1366.

Kiefer, N.M., Vogelsang, T.J., 2005. A new asymptotic theory for heteroskedasticity–autocorrelation robust tests. Econometric Theory 21, 1130–1164.

Lancaster, T., 2002. Orthogonal parameters and panel data. Review of Economic Studies 69, 647–666.

Liang, K.-Y., Zeger, S., 1986. Longitudinal data analysis using generalized linear models. Biometrika 73 (1), 13–22.

MaCurdy, T.E., 1982. The use of time series processes to model the error structure of earnings in a longitudinal data analysis. Journal of Econometrics 18 (1), 83–114.

Nickell, S., 1981. Biases in dynamic models with fixed effects. Econometrica 49 (6), 1417–1426.

Phillips, P.C.B., Moon, H.R., 1999. Linear regression limit theory for nonstationary panel data. Econometrica 67 (5), 1057–1111.

Phillips, P.C.B., Sun, Y., Jin, S., 2003. Consistent HAC estimation and robust regression testing using sharp origin kernels with no truncation. Cowles Foundation Discussion Paper 1407.

Rao, C.R., 2002. Linear Statistical Inference and Its Application. Wiley-Interscience.

Case 4:05-cv-00037-YGR   Document 754-9   Filed 01/14/14   Page 225 of 225

Solon, G., 1984. Estimating autocorrelations in fixed effects models. NBER Technical Working Paper no. 32.

Solon, G., Inoue, A., 2004. A portmanteau test for serially correlated errors in fixed effects models. Mimeo.

Stata Corporation, 2003. Stata User's Guide Release 8. Stata Press, College Station, Texas.

Vogelsang, T.J., 2003. Testing in GMM models without truncation. In: Fomby, T.B., Hill, R.C. (Eds.), Advances in Econometrics, volume 17, Maximum Likelihood Estimation of Misspecified Models: Twenty Years Later. Elsevier, Amsterdam, pp. 192–233.

White, H., 1980. A heteroskedasticity-consistent covariance matrix estimator and a direct test for heteroskedasticity. Econometrica 48 (4), 817–838.

White, H., 2001. Asymptotic Theory for Econometricians, revised edition. Academic Press, San Diego.

Wooldridge, J.M., 2002. Econometric Analysis of Cross Section and Panel Data. The MIT Press, Cambridge, MA.