Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Amir Amiri #271224
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION**<br><br>**This Document Related To:**<br><br>**ALL ACTIONS** | Lead Case No. C 05 00037 YGR<br><br>**CERTIFICATE OF SERVICE** |

/ / /

/ / /

SFI-849147v1

1

PROOF OF SERVICE
Case No. C 05 00037 YGR

# DECLARATION OF SERVICE BY E-MAIL

I, Lillian Wong, declare:

1. I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104.

2. On January 14, 2014, I deposited in the U.S. mail, postage pre-paid a copy of the unredacted portions of **Administrative Motion to File Under Seal [754] Apple's Opposition to Plaintiffs' Daubert Motion [737] and supporting exhibits thereto**, addressed to each of the recipients listed in the attached service list.

3. On January 14, 2014, I also served a copy of the unredacted portions of **Administrative Motion to File Under Seal [754] Apple's Opposition to Plaintiffs' Daubert Motion [737] and supporting exhibits thereto**, on the parties listed below as follows:

| Name | Firm | Email |
| --- | --- | --- |
| Bonny Sweeney | Robbins Geller Rudman & Dowd LLP | bonnys@rgrdlaw.com |
| Thomas Merrick | Robbins Geller Rudman & Dowd LLP | tmerrick@rgrdlaw.com |
| Alexandra Bernay | Robbins Geller Rudman & Dowd LLP | xanb@rgrdlaw.com |
| Carmen Medici | Robbins Geller Rudman & Dowd LLP | cmedici@rgrdlaw.com |
| Jennifer Caringal | Robbins Geller Rudman & Dowd LLP | jcaringal@rgrdlaw.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2014, at San Francisco, California.

_____
Lillian Wong

**SERVICE LIST**

**Attorneys for Plaintiffs:**

Bonny E. Sweeney
Alexandra S. Bernay
Thomas R. Merrick
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
T:  (619) 231-1058
F:  (619) 231-7423
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
tmerrick@rgrdlaw.com

Roy A. Katriel
The Katriel Law Firm, P.C.
1101 30th Street, NW, Suite 500
Washington, DC  20007
T:  (202) 625-4342
F:  (866) 373-4023
rak@katriellaw.com

Andrew S. Friedman
Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint PC
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
T:  (602) 274-1100
F:  (602) 274-1199
afriedman@bffb.com
eryan@bffb.com

Michael D. Braun
Marc L. Godino
Braun Law Group, P.C.
10680 West Pico Boulevard, Suite 280
Los Angeles, CA  90064
T:  (310) 836-6000
F:  (310) 836-6010
mdb@braunlawgroup.com

Brian P. Murray
Glancy Binkow & Goldberg LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
T:  (212) 682-5340
F:  (310) 201-9160
bmurray@murrayfrank.com