1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  Craig E. Stewart (State Bar No. 129530)
   cestewart@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  Amir Q. Amiri (State Bar No. 271224)
   aamiri@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:      (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13

14 | THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037-YGR
15 | | [CLASS ACTION]
16 | | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
17 | |
18 | |

19      Presently before the Court is Plaintiffs' Administrative Motion to File Under Seal

20 Plaintiffs' Motion to Strike the Supplemental Report of Kevin M. Murphy and Robert H. Topel,

21 Dated December 20, 2013 (ECF No. 750).

22      Pursuant to Local Rule 79-5, Apple Inc. has filed a response to Plaintiffs' Administrative

23 Motion.  In its response, Apple seeks to seal only certain portions of Plaintiffs' motion that

24 contain confidential information, the public disclosure of which would harm Apple.

25      Having considered Plaintiffs' Administrative Motion and Apple's response thereto, and

26 having determined that public disclosure of the confidential information described in Plaintiffs'

27 motion would harm Apple, and finding compelling reasons and good cause to seal that

28 information, *see Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir.

[Proposed] Order Granting Admin. Motion to Seal
C 05-00037 YGR

2006), IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion is GRANTED as follows:

| ECF No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 750-3 | Plaintiffs' Motion to Strike the Supplemental Report of Kevin M. Murphy and Robert H. Topel, Dated December 20, 2013 (ECF No. 750-3).<br>• fn. 2; lines 3-4. | Redacted |

**IT IS SO ORDERED.**

Dated: _____, 2014

By: _____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

SFI-849445v1

[Proposed] Order Granting Admin. Motion to Seal
C 05-00037 YGR
- 2 -