Robert A. Mittelstaedt  (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart  (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:      (415) 626-3939
Facsimile:       (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037-YGR<br>[CLASS ACTION]<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL |

Presently before the Court is Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Memorandum in Opposition to Apple's Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll, Plaintiffs' Responsive Separate Statement in Support of the Opposition, and Exhibits 1-4, 9-17, 20-29, 31-46, 48-54, 56 and 58-62 to the Declaration of Bonny Sweeney in support thereof (ECF No. 751).  Pursuant to Local Rule 79-5, Apple Inc. has filed a response to Plaintiffs' Administrative Motion.

Having reviewed Plaintiffs' Administrative Motion and Apple's response thereto, the Court holds as follows:

**Economic Expert Declarations and Reports**

Plaintiffs' filed with their Administrative Motion various expert declarations and reports

1  as Exhibits 1-3 and 54 to the Sweeney Declaration. *See* ECF No. 751. Plaintiffs sought, pursuant
2  to the Protective Order governing discovery in this case, to have the full declarations and reports
3  filed under seal. In its response, Apple seeks to seal only certain portions of Exhibits 1-3 and 54
4  to the Sweeney Declaration and have demonstrated that the redacted portions contain confidential
5  information, the public disclosure of which would harm Apple. Apple has provided the Court
6  with the redacted portions of Exhibits 1-4, 33 and 54 which it seeks sealed and Apple's request is
7  granted as follows:

| Exhibit No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 1 | Declaration of Roger G. Noll, dated April 3, 2013.<br>• pp. 5-6;<br>• pp. 26-27; fn. 76;<br>• pp. 45-47;<br>• p. 46; fn. 79;<br>• pp. 48-50;<br>• pp. 53-54; fns. 94-95;<br>• pp. 62-64; fn. 108;<br>• pp. 71-73;<br>• pp. 76-77;<br>• pp. 79-84;<br>• pp. 87-90;<br>• Exs. 2-16.1;<br>• Appx. C. | Redacted |
| 2 | Rebuttal Declaration of Roger G. Noll, dated April 3, 2014.<br>• pp. 9-11;<br>• p. 13;<br>• pp. 18-19;<br>• p. 20;<br>• p. 23;<br>• p. 27;<br>• p. 31;<br>• p. 49; fn. 23;<br>• p. 50;<br>• p. 52;<br>• Exs. 1-6;<br>• Appx. B. | Redacted |
| 3 | Supplemental Rebuttal Declaration of Roger G. Noll, dated January 13, 2014.<br>• fn. 10;<br>• p. 8; fn. 13;<br>• pp. 14-15;<br>• Exs. 3-4. | Redacted |
| 54 | Declaration of Jeffrey M. Wooldridge, dated December 20, 2013.<br>• pp. 8-9. | Redacted |

SFI-849396v1

[Proposed] Order Granting Admin. Motion to Seal
C 05-00037 YGR

- 2 -

**Deposition Transcripts**

Although Plaintiffs cite to a small fraction of pages from deposition, they filed the full deposition transcripts, totaling over 2,000 pages, as Exhibits 9-11, 14, 22, 48, 50-53, 58, 60 and 62 to the Sweeney Declaration. *See* ECF No. 751. Plaintiffs sought to have the full deposition transcripts filed under seal because the transcripts were marked Highly Confidential under the Protective Order.

Apple has asked the Court to strike the pages of the deposition transcripts not cited by Plaintiffs on the grounds that it is inappropriate for Plaintiffs to file scores of irrelevant pages of deposition to which Plaintiffs do not cite and require Apple to shoulder the burden and expense of redacting material that is irrelevant to Plaintiffs' opposition.

For the pages cited by Plaintiffs, Apple has carried its burden of establishing the confidential nature of the information contained in the relevant pages of Exhibits 9-11, 14, 48, 5-53 and 62 and that it would be harmed should such information be made publicly available. It does not seek to seal those portions of Exhibits 22, 58, or 60 cited in Plaintiffs' opposition.

In light of the voluminous deposition transcripts, the Court finds it appropriate to:

[ ] Strike the pages not cited by Plaintiffs filed as Exhibits 9-11, 14, 22, 48, 50-53, 58, 60 and 62 to the Sweeney Declaration (ECF No. 751) and for Plaintiffs to file under seal instead the excerpts and redacted copies filed in Apple's response as follows:

| Exhibit No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 9 | Portions of the Deposition of Eddy Cue, taken December 17, 2010.<br>• 33:1-36:25;<br>• 45:1-48:25;<br>• 53:2-55:13;<br>• 59:1-60:25;<br>• 158:5-159:25;<br>• 183:17-184:25;<br>• 209:1-212:25. | Redacted |
| 10 | Portions of the Deposition of Jeffrey Robbin, taken December 3, 2010.<br>• 33:1-36:25. | Redacted |
| 11 | Portions of the Deposition of Augustin Farrugia, taken December 8, 2010.<br>• 109:1-110:8; | Redacted |

SFI-849396v1

[Proposed] Order Granting Admin. Motion to Seal
C 05-00037 YGR

- 3 -

| | | | |
|---|---|---|---|
| | | • 111:1-24;<br>• 161:6-25;<br>• 163:1-164:25;<br>• 189:1-192:25;<br>• 195:4-5; 195:14-19;<br>• 201:8-11;<br>• 203:23-25;<br>• 204:13-25;<br>• 205:4-207:1. | |
| | 14 | Portions of the Deposition of David Heller, taken December 15, 2010.<br>• 86:21;<br>• 87:7-25;<br>• 126:9;<br>• 130:18-22;<br>• 135:7-137:20. | Redacted |
| | 48 | Portions of the Deposition of Mark Donnelly, taken December 17, 2010.<br>• 33:1-36:25;<br>• 41:1-44:25;<br>• 53:1-56:25;<br>• 57:1-60:25. | Redacted |
| | 50 | Portions of the Deposition of Roger Noll, taken December 18, 2013.<br>• 53:5-25;<br>• 54:11-13;<br>• 55:14-25;<br>• 56:1-25;<br>• 57:1-59:25;<br>• 61:14-67:25;<br>• 80:8-16;<br>• 81:12-25;<br>• 82:1-4;<br>• 87:19-22;<br>• 97:1-3; 97:17-21;<br>• 107:14-20;<br>• 108:1-10. | Redacted |
| | 51 | Portions of the Deposition of Roger Noll, taken May 16, 2013.<br>• 46:1-49:25;<br>• 79:20-81:6;<br>• 81:23-82:2. | Redacted |
| | 52 | Portions of the Deposition of Robert Topel, taken January 8. 2014.<br>• 221:6-25. | Redacted |
| | 53 | Portions of the Deposition of Kevin Murphy, taken January 8. 2014.<br>• 294:7-15. | Redacted |
| | 62 | Portions of the Deposition of Roger Noll, taken April 7, 2011.<br>• 210:1-213:5. | Redacted |

[or, alternatively]

[ ] Seal the full deposition transcripts filed as Exhibits 9-11, 14, 22, 48, 50-53, 58, 60 and

SFI-849396v1

[Proposed] Order Granting Admin. Motion to Seal
C 05-00037 YGR

- 4 -

62 to the Sweeney Declaration (ECF No. 751), as follows:

| Exhibit No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 9 | Deposition Transcript of Eddy Cue, taken December 17, 2010. | Filed Under Seal |
| 10 | Deposition Transcript of Jeffrey Robbin, taken December 3, 2010. | Filed Under Seal |
| 11 | Deposition Transcript of Augustin Farrugia, taken December 8, 2010. | Filed Under Seal |
| 14 | Deposition Transcript of David Heller, taken December 15, 2010. | Filed Under Seal |
| 22 | Deposition Transcript of Steve Jobs, taken April 12, 2011. | Filed Under Seal |
| 48 | Deposition Transcript of Mark Donnelly, taken December 17, 2010. | Filed Under Seal |
| 50 | Deposition Transcript of Roger Noll, taken December 18, 2013. | Filed Under Seal |
| 51 | Deposition Transcript of Roger Noll, taken May 16, 2013. | Filed Under Seal |
| 52 | Deposition Transcript of Robert Topel, taken January 8. 2014. | Filed Under Seal |
| 53 | Deposition Transcript of Kevin Murphy, taken January 8. 2014. | Filed Under Seal |
| 58 | Deposition Transcript of Melanie Tucker, taken October 26, 2007. | Filed Under Seal |
| 60 | Deposition Transcript of Somtai Charoensak, taken January 12, 2007. | Filed Under Seal |
| 62 | Deposition Transcript of Roger Noll, taken April 7, 2011. | Filed Under Seal |

[or, alternatively]

[ ] Require Apple to apply redactions to the full deposition transcripts filed as Exhibits 9-11, 14, 22, 48, 50-53, 58, 60 and 62 to the Sweeney Declaration (ECF No. 751). Apple must lodge the appropriate redactions within 30 days of entry of this order.

**Other Documents**

Plaintiffs submitted under seal Exhibits 4, 12-13, 16-17, 20, 23-27, 31-40, 42-46, 49 and 59. Apple has established that the information contained therein is highly confidential and that the public disclosure of such information would harm defendant Apple Inc. The Court finds compelling reasons to seal the following exhibits filed in Plaintiffs' Administrative Motion:

///

///

SFI-849396v1

[Proposed] Order Granting Admin. Motion to Seal
C 05-00037 YGR

- 5 -

| Exhibit No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 33 | Expert Report of David Martin, Ph.D., dated April 8, 2013. | Filed Under Seal |
| 12 | Declaration of Augustin Farrugia in Support of Apple's Renewed Motion for Summary Judgment, dated January 2011. | Filed Under Seal |
| 13 | Document beginning with Bates stamp Apple_AIIA00098417. | Filed Under Seal |
| 16 | Document beginning with Bates stamp Apple_AIIA01202393. | Filed Under Seal |
| 17 | Document beginning with Bates stamp Apple_AIIA00099408. | Filed Under Seal |
| 20 | Document beginning with Bates stamp Apple_AIIA01278810. | Filed Under Seal |
| 23 | Document beginning with Bates stamp Apple_AIIA00090441. | Filed Under Seal |
| 24 | Document beginning with Bates stamp Apple_AIIA00979727. | Filed Under Seal |
| 25 | Document beginning with Bates stamp Apple_AIIA00327951. | Filed Under Seal |
| 26 | Document beginning with Bates stamp Apple_AIIA00091049. | Filed Under Seal |
| 27 | Document beginning with Bates stamp Apple_AIIA00090447. | Filed Under Seal |
| 31 | Document beginning with Bates stamp Apple_AIIA00090405. | Filed Under Seal |
| 32 | Document beginning with Bates stamp Apple_AIIA00090429. | Filed Under Seal |
| 33 | Rebuttal Expert Report of David Martin, Ph.D., dated October 30, 2013. | Filed Under Seal |
| 34 | Document beginning with Bates stamp Apple_AIIA00090485. | Filed Under Seal |
| 35 | Compendium of customer inquiries and Apple's responses thereto. | Filed Under Seal |
| 36 | Document beginning with Bates stamp Apple_AIIA00093875. | Filed Under Seal |
| 37 | Document beginning with Bates stamp Apple_AIIA00090427. | Filed Under Seal |
| 38 | Document beginning with Bates stamp Apple_AIIA00090428. | Filed Under Seal |
| 39 | Document beginning with Bates stamp Apple_AIIA00329373. | Filed Under Seal |
| 40 | Document beginning with Bates stamp Apple_AIIA00093265. | Filed Under Seal |
| 42 | Document beginning with Bates stamp Apple_AIIA00094563. | Filed Under Seal |
| 43 | Document beginning with Bates stamp Apple_AIIA00802966. | Filed Under Seal |
| 44 | Document beginning with Bates stamp Apple_AIIA00807080. | Filed Under Seal |
| 45 | Document beginning with Bates stamp Apple_AIIA00320482. | Filed Under Seal |
| 46 | Document beginning with Bates stamp | Filed Under Seal |

SFI-849396v1

[Proposed] Order Granting Admin. Motion to Seal
C 05-00037 YGR

- 6 -

| | |
|---|---|
| | Apple_AIIA00093504. |
| 49 | Document beginning with Bates stamp Apple_AIIA00187793. | Filed Under Seal |
| 59 | Supplemental Declaration of Augustin Farrugia, dated July 2, 2013. | Filed Under Seal |

Further, Plaintiffs may file under seal the redacted portions of their opposition brief and separate statement that summarize, paraphrase, rely on, or otherwise relate to the sealed exhibits, or portions thereof, consistent with the foregoing, as follows:

| ECF No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 751-3 | Plaintiffs' Memorandum in Opposition to Apple's Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll.<br>• p. i; line 2<br>• p 2; lines 9-13, 18-25<br>• p. 7; lines 6-7, 10, 11-14<br>• p. 8; lines 21-24<br>• p. 11; fns. 9-10<br>• p. 12; lines 3-16, fn. 12<br>• p. 13; lines 1-5, 17-22; 25-27<br>• p. 14; line 1<br>• p. 15; lines 1-6<br>• p. 16; line 19, fn. 16<br>• p. 24; lines 10-12; 13-14; 15-17 | Redacted |
| 751-21 | Plaintiffs' Responsive Separate Statement in Support of their Opposition.<br>• Fact 1 (Apple)<br>• Facts 4-7 (Apple)<br>• Facts 8-9 (both parties)<br>• Fact 13 (both parties)<br>• Fact 15 (Apple)<br>• Fact 21 (Apple)<br>• Fact 22 (Apple)<br>• Fact 25 (Apple)<br>• Fact 36 (Apple)<br>• Fact 41 (Apple)<br>• Fact 42 (Plaintiffs)<br>• Facts 47-48 (Plaintiffs) | Redacted |

**IT IS SO ORDERED.**

Dated: _____, 2014

By: _____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

SFI-849396v1

[Proposed] Order Granting Admin. Motion to Seal
C 05-00037 YGR

- 7 -