# EXHIBIT 22
# [Filed Under Seal]

## 1

```
              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
                   SAN JOSE DIVISION


THE APPLE iPOD iTUNES          Lead Case No.
ANTI-TRUST LITIGATION.         C-05-00037-JW (HRL)
-----------------------


               VIDEOTAPED DEPOSITION OF
                      STEVE JOBS
                      VOLUME I

                   April 12, 2011
                     10:03 a.m.

                   1 Infinite Loop
                  Cupertino, California

        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


            Ana M. Dub, RMR, CRR, CSR 7445
```

## 2

```
 1          APPEARANCES OF COUNSEL
 2
 3   For the Direct Purchaser Plaintiffs:
 4      ROBBINS GELLER RUDMAN & DOWD LLP
        BONNY E. SWEENEY, ESQ.
 5      ALEXANDRA S. BERNAY, ESQ.
        CARMEN A. MEDICI, ESQ.
 6      655 West Broadway, Suite 1900
        San Diego, California  92101
 7      619.231.1058
        bsweeney@rgrdlaw.com
 8      xanb@rgrdlaw.com
        cmedici@rgrdlaw.com
 9
10
11   For the Indirect Purchaser Plaintiffs:
12      ZELDES & HAEGGQUIST, LLP
        AARON M. OLSEN, ESQ.
13      625 Broadway, Suite 905
        San Diego, California  92101
14      619.342.8000
        aaron@zhlaw.com
15
16
17   For the Defendant Apple, Inc., and the Deponent:
18      O'MELVENY & MYERS LLP
        GEORGE A. RILEY, ESQ.
19      Two Embarcadero Center, 28th Floor
        San Francisco, California  94111-3823
20      415.984.8700
        griley@omm.com
21
22
23   Also Present:
24      MATTHEW COPE, VIDEOGRAPHER
25
```

## 3

```
 1          INDEX OF EXAMINATION
 2
 3   WITNESS:  STEVE JOBS
 4   EXAMINATION                    PAGE
 5   By Ms. Sweeney                  7
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## 4

```
 1              INDEX TO EXHIBITS
 2   Exhibit    Description           Page
 3   Exhibit 1   E-mail Chain, Top E-mail     9
               Dated July 23, 2004 to
 4             Jeff Robbin from Eddy Cue,
               Production Nos. Apple_AIIA
 5             00090405-07
 6   Exhibit 2   E-mail Dated July 24, 2004   14
               to Eddy Cue, et al., from
 7             Katie Cotton, Production
               No. Apple_AIIA01384973
 8
 9   Exhibit 3   E-mail Chain, Top E-mail     14
               Dated July 25, 2004 to Philip
10             Schiller from Eddy Cue,
               Production Nos. Apple_AIIA
11             00090429-31
12   Exhibit 4   E-mail Chain, Top E-mail     25
               Dated July 26, 2004 to Philip
13             Schiller, et al., from Steve
               Jobs, Production Nos. Apple_AIIA
14             00093875-76
15   Exhibit 5   E-mail Chain, Top E-mail     27
               Dated July 26, 2004 to Steve
16             Jobs from Zach Horowitz,
               Production Nos. Apple_AIIA
17             01384975-76
18   Exhibit 6   July 29, 2004 Press Release   32
19   Exhibit 7   CNETNews.com Article          28
20   Exhibit 8   The Wall Street Journal       43
               Article
21   Exhibit 9   Chicago Tribune Binary Beat    6
               Column
22
23   Exhibit 10   Redacted E-mail Chain, Top    52
               E-mail Dated August 17, 2004,
24             Production Nos. Apple_AIIA
               00920838-43
25
```

STEVE JOBS - Volume I                                       April 12, 2011
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## 21

| | |
|---|---|
| 10:24:26 | 1 | A. I don't remember -- I remember maybe |
| 10:24:28 | 2 | reading some press articles where they might say |
| 10:24:31 | 3 | that. They never said that to us. |
| 10:24:40 | 4 | Q. If you could turn to the second page of |
| 10:24:42 | 5 | Exhibit 3, about two-thirds of the way down the page |
| 10:24:51 | 6 | it says: |
| 10:24:53 | 7 | "In April, Apple chairman |
| 10:24:55 | 8 | Steve Jobs" -- |
| 10:24:56 | 9 | A. I'm sorry. Exhibit 3? |
| 10:24:58 | 10 | Q. Yeah. |
| 10:24:59 | 11 | A. Okay. On page what? |
| 10:25:01 | 12 | Q. Page 2. |
| 10:25:01 | 13 | A. Okay. Sorry. Yeah. Yeah. |
| 10:25:05 | 14 | Q. It's about two-thirds of the way down the |
| 10:25:06 | 15 | page. It says: |
| 10:25:07 | 16 | "In April, Apple chairman |
| 10:25:09 | 17 | Steve Jobs rebuffed Glaser's |
| 10:25:12 | 18 | request for a meeting to discuss |
| 10:25:13 | 19 | an alliance between the |
| 10:25:14 | 20 | companies . . . ." |
| 10:25:16 | 21 | Do you see that? |
| 10:25:17 | 22 | A. Mm-hmm. |
| 10:25:19 | 23 | Q. Did you rebuff a request from Mr. Glaser |
| 10:25:23 | 24 | in April of 2004 to license FairPlay to |
| 10:25:29 | 25 | RealNetworks? |

## 22

| | |
|---|---|
| 10:25:30 | 1 | A. I don't remember that. I might have. I |
| 10:25:33 | 2 | don't really remember. |
| 10:25:37 | 3 | Q. Do you recall discussions with Mr. Glaser |
| 10:25:42 | 4 | at any time during 2004? |
| 10:25:44 | 5 | A. I don't recall any specific discussions. |
| 10:26:03 | 6 | I'm sorry I don't remember more of this |
| 10:26:05 | 7 | for you, but there's been a lot of water under that |
| 10:26:07 | 8 | bridge in seven years. So . . . |
| 10:26:09 | 9 | MS. SWEENEY: I understand. I've been |
| 10:26:11 | 10 | reading these documents, it's different. |
| 04:48:10 | 11 | (Whereupon, Deposition Exhibit 11 was |
| 04:48:10 | 12 | marked for identification.) |
| 10:26:12 | 13 | BY MS. SWEENEY: |
| 10:26:14 | 14 | Q. Okay. I'm going to ask the court reporter |
| 10:26:15 | 15 | to hand you what's been marked as Jobs Exhibit 11. |
| 10:26:24 | 16 | A. Are you done with 3? |
| 10:26:25 | 17 | Q. Yes. |
| 10:26:26 | 18 | A. Thank you. |
| 10:27:02 | 19 | (Witness reviews document.) |
| 10:27:05 | 20 | THE WITNESS: Okay. I've read it. |
| 10:27:22 | 21 | BY MS. SWEENEY: |
| 10:27:22 | 22 | Q. Okay. Mr. Jobs, this is an e-mail from |
| 10:27:25 | 23 | Rob Glaser dated April 9th, 2004. Did you |
| 10:27:32 | 24 | receive this e-mail? |
| 10:27:34 | 25 | MR. RILEY: Hold on. |

## 23

| | |
|---|---|
| 10:27:35 | 1 | I object to this. This was a document |
| 10:27:36 | 2 | that was in front of Judge Lloyd. He said you could |
| 10:27:39 | 3 | not question about this issue. It's outside the |
| 10:27:43 | 4 | three topics. |
| 10:27:45 | 5 | MS. SWEENEY: Well, I disagree because it |
| 10:27:49 | 6 | goes to Apple's response to the July 26 announcement |
| 10:27:52 | 7 | by RealNetworks. |
| 10:27:54 | 8 | MR. RILEY: It's hard to see that. This |
| 10:27:57 | 9 | isn't part of a response. This is a letter that |
| 10:27:59 | 10 | occurred a couple of months before that time. |
| 10:28:01 | 11 | MS. SWEENEY: Yes, but it establishes the |
| 10:28:03 | 12 | background for the events that occurred between June |
| 10:28:08 | 13 | and October of 2004. |
| 10:28:11 | 14 | MR. RILEY: I will let you ask some |
| 10:28:12 | 15 | background about this as it relates to the previous |
| 10:28:15 | 16 | document, but I think this is clearly outside the |
| 10:28:19 | 17 | scope. |
| 10:28:21 | 18 | MS. SWEENEY: Your objection is noted. |
| 10:28:22 | 19 | BY MS. SWEENEY: |
| 10:28:22 | 20 | Q. Mr. Jobs, do you recall the question? Did |
| 10:28:24 | 21 | you receive this e-mail from Mr. Glaser? |
| 10:28:26 | 22 | A. I don't remember receiving it, but I might |
| 10:28:28 | 23 | have. |
| 10:28:29 | 24 | Q. Is that the e-mail that you use at Apple? |
| 10:28:33 | 25 | A. Yes, it is. |

## 24

| | |
|---|---|
| 10:28:34 | 1 | Q. Is there any reason to believe you didn't |
| 10:28:35 | 2 | receive this e-mail? |
| 10:28:37 | 3 | A. I don't know. I just don't remember |
| 10:28:41 | 4 | receiving it. |
| 10:28:47 | 5 | Q. Did you respond to Mr. Glaser's request |
| 10:28:53 | 6 | that Apple license RealNetworks' access to FairPlay |
| 10:28:58 | 7 | on the iPod? |
| 10:28:59 | 8 | A. I don't remember doing so, no, because I |
| 10:29:01 | 9 | don't even remember this e-mail. |
| 10:29:05 | 10 | Q. Is it possible that you spoke with |
| 10:29:07 | 11 | Mr. Glaser about his proposal after he sent you this |
| 10:29:11 | 12 | e-mail on April 9, 2004? |
| 10:29:14 | 13 | A. It's possible. I don't remember doing so, |
| 10:29:17 | 14 | but it's possible. |
| 10:29:22 | 15 | Q. Do you recall Mr. Glaser telling you that |
| 10:29:24 | 16 | RealNetworks was working on a product that could |
| 10:29:26 | 17 | make its music interoperable with iPods? |
| 10:29:32 | 18 | A. I don't recall that, no. |
| 10:29:33 | 19 | Q. Is it possible that you had that |
| 10:29:35 | 20 | discussion? |
| 10:29:37 | 21 | MR. RILEY: Object to the form. |
| 10:29:39 | 22 | THE WITNESS: It's possible I had any |
| 10:29:40 | 23 | discussion. I just don't remember. |
| 10:29:47 | 24 | BY MS. SWEENEY: |
| 10:29:48 | 25 | Q. If you could look at the next to last |