Robert A. Mittelstaedt  (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart  (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:       (415) 626-3939
Facsimile:        (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 YGR<br><br>[CLASS ACTION]<br><br>**APPLE'S ADMINISTRATIVE MOTION TO SEAL ITS OPPOSITION BRIEF AND EXHIBIT TO PLAINTIFFS' MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF KEVIN MURPHY AND ROBERT TOPEL DATED DECEMBER 20, 2013 (ECF NO. 750)** |

I.     INTRODUCTION

Pursuant to Local Rule 79-5, Apple seeks leave to file portions its Opposition to Plaintiffs' Motion to Strike the Supplemental Report of Kevin Murphy and Robert Topel Dated December 20, 2013 (ECF No. 750) under seal as well as portions of Exhibit 1 to the Declaration of David C. Kiernan filed in Support of Apple's Opposition Brief.  Apple files this Administrative Motion and the accompanying declaration of David C. Kiernan in support of a narrowly tailored

order authorizing sealing portions of its opposition brief and exhibits thereto, on the grounds that there are compelling reasons to protect the confidentiality of the redacted information. The proposed sealing order filed herewith is based on the Protective Order and Supplemental Protective Order governing discovery in this case and proof that particularized harm to Apple will result if the sensitive information is publicly released. Similar information has been previously sealed in this case. *See* Kiernan Decl. ¶ 3. Further, the underlying expert reports that are referenced and discussed in the opposition brief are the subject of currently pending motions to seal. *See Id.*; ECF Nos. 740, 751. For the Court's convenience, the Kiernan declaration attaches declarations in support of previous motions to file under seal, which establish the sealability of such information

## II.     STANDARD

Under Federal Rule of Civil Procedure 26(c), this Court has broad discretion to permit sealing of court documents to protect "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G). Where the documents are submitted in connection with a dispositive motion, the Ninth Circuit has ruled that documents should be sealed when "compelling reasons" exist for protecting information from public disclosure. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). For documents submitted with a non-dispositive motion, a showing of "good cause" under Federal Rule of Civil Procedure 26(c) is sufficient. *Id.* at 1179-80.

## III.    APPLE'S CONFIDENTIAL INFORMATION MEETS BOTH THE "GOOD CAUSE" AND "COMPELLING REASONS" STANDARDS FOR SEALING DOCUMENTS

The Kiernan declaration and the declarations attached thereto establish compelling reasons and good cause why the redacted portions of the opposition brief and exhibit that summarize, paraphrase, cite, or otherwise relate to documents designated "Confidential" by Apple should be filed under seal. They establish that the redacted portions of the opposition brief and exhibit, contain highly confidential and sensitive information that must be kept confidential in order to avoid causing harm to Apple. *See* Kiernan Decl., Exs. 1-2.

Portions of the opposition brief relate to the expert reports filed by both parties in this

1  litigation.  These reports are based on, among other things, confidential information regarding
2  iPod and iTunes Store sales and/or market research.  The redacted information regarding iPod and
3  iTunes Store sales is highly confidential and commercially sensitive business information and
4  was produced to plaintiffs pursuant to the Protective Order.  The public disclosure of this
5  information would put Apple at a business disadvantage.  *See* Kiernan Decl. Ex. 1.  Similar
6  information has been previously sealed in this case in relation to Apple's Motion for
7  Reconsideration of Rule 23(b)(2) Class, Plaintiffs' Motion to Compel and Plaintiffs' Opposition
8  to Apple's Renewed Motion for Summary Judgment.  *See* Kiernan Decl. ¶ 3; ECF Nos. 247, 336,
9  527.

10  Portions of the opposition brief and exhibit thereto also contain highly confidential
11  information regarding Apple's FairPlay technology.  FairPlay's technology is a highly protected
12  trade secret, and Apple uses physical and electronic controls to protect it.  The efficacy of
13  FairPlay is dependent on the confidentiality of information regarding its operation and
14  maintenance.  Only a few Apple employees have access to and work on FairPlay technology, and
15  they work in a restricted area at Apple's headquarters.  Information regarding FairPlay, including
16  information regarding updates to FairPlay, is kept highly confidential and was produced to
17  plaintiffs pursuant to the Protective Order and Supplemental Protective Order.  This information
18  is non-public information that should remain confidential.  Harm to Apple, including potential use
19  of the information by hackers attempting to circumvent FairPlay, would result from the public
20  disclosure of the information.  *See* Kiernan Decl. Ex. 2.  Similar information has been previously
21  sealed in this case in relation to Apple's Motion to Dismiss or, Alternatively, for Summary
22  Judgment and Plaintiffs' Opposition to Apple's Renewed Motion for Summary Judgment.
23  Kiernan Decl. ¶ 3; ECF Nos. 340, 527.

24  **IV.   CONCLUSION**
25  Apple respectfully requests that this Court grant its Administrative Motion for File
26  Portions of its Opposition Brief and Exhibits to Plaintiffs' Motion to Strike consistent with the
27  proposed order filed herewith.
28

| | | |
|---|---|---|
| 1 | Dated: January 27, 2014 | Jones Day |
| 2 | | |
| 3 | | By: /s/ David C. Kiernan |
| 4 | | David C. Kiernan |
| 5 | | Attorneys for Defendant APPLE INC. |

SFI-851017v1