Robert A. Mittelstaedt  (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart  (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037-YGR<br>[CLASS ACTION]<br><br>[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL |

Having considered Plaintiffs' Administrative Motion to Seal and Apple's Local Rule 79-5 response thereto, and having determined that public disclosure of the confidential information described therein would harm defendant Apple Inc., and finding compelling reasons and good cause to seal that information, *see Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006), IT IS HEREBY ORDERED THAT Apple's Administrative Motion is GRANTED.

Apple shall file under seal portions of its Opposition to Plaintiffs' Motion to Strike the Supplemental Report of Kevin Murphy and Robert Topel Dated December 20, 2013 (ECF No. 750) and the redacted exhibits to the declaration of David C. Kiernan in support thereof as follows:

———

| ECF No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 758-4 | Apple's Opposition Brief to Plaintiffs' Motion to Strike.<br>• 1:11; 1:14-15; 2:12-13; 3 (Exhibit 13c); 4:6-7; fn. 6; 5 (Exhibit JT-1c2); 6 (Exhibit JT-2c2); 6:23-7:5; 8:24-25; 9:3-6. | Redacted |
| 758-7 | Exhibit 1 to Kiernan Declaration in Support of Apple's Opposition Brief.<br>• 9:9-11:25. | Redacted |

**IT IS SO ORDERED.**

Dated: _____, 2014

By: _____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

SFI-851022v1