```
 1  Robert A. Mittelstaedt (State Bar No. 60359)
    ramittelstaedt@JonesDay.com
 2  Craig E. Stewart (State Bar No. 129530)
    cestewart@JonesDay.com
 3  David C. Kiernan (State Bar No. 215335)
    dkiernan@JonesDay.com
 4  Amir Q. Amiri (State Bar No. 271224)
    aamiri@JonesDay.com
 5  JONES DAY
    555 California Street, 26th Floor
 6  San Francisco, CA  94104
    Telephone:    +1.415.626.3939
 7  Facsimile:    +1.415.875.5700

 8  Attorneys for Defendant
    APPLE INC.
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTITRUST LITIGATION** | Case No. C-05-0037 YGR<br><br>[CLASS ACTION]<br><br>**DECLARATION OF DAVID C. KIERNAN IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF KEVIN MURPHY AND ROBERT TOPEL DATED DECEMBER 20, 2013 (ECF NO. 750).** |

I, David C. Kiernan, declare as follows:

1. I am a partner of Jones day, counsel of record for Defendant Apple Inc. I am an active, licensed member of the State Bar of California. I make this declaration in support of Apple's Opposition to Plaintiffs' Motion to Strike the Supplemental Report of Kevin Murphy and Robert Topel Dated December 20, 2013 (ECF No. 750). I am familiar with the file maintained by

1  Jones Day in this matter.  The facts stated in this declaration are true and based upon my own
2  personal knowledge, and if called to testify to them, I would competently do so.
3      2.  Attached hereto as **Exhibit 1** is a true and correct copy of portions of the transcript
4  of the deposition of Roger G. Noll, conducted May 16, 2013.  Portions of this deposition were
5  previously filed with the Court in connection with Apple's Motion for Summary Judgment (ECF
6  No. 74) and Plaintiffs' Opposition  (ECF No. 751) thereto.  The full transcript is maintained by
7  Jones Day in its files in the ordinary course of business.
8      I declare under penalty of perjury under the laws of the United States of America, that
9  the foregoing is true and correct.  Executed this 27th day of January, 2014 in San Francisco, CA.

SFI-851009v1

/s/ David Kiernan
David C. Kiernan

- 2 -

Kiernan Decl. ISO Apple's Opposition
C-05-0037 YGR