# Exhibit 1

[REDACTED]

```
                                                              Page 1
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4
 5   _____
                                             )
 6                                           )
     THE APPLE IPOD ITUNES ANTI-TRUST        )  No. C-05-0037 YGR
 7   LITIGATION                              )
                                             )
 8   _____)
 9
10
11
12           VIDEOTAPED DEPOSITION OF ROGER G. NOLL
13                  San Francisco, California
14                   Thursday, May 16, 2013
15                          Volume 1
16
17
18
19
20
21   Reported by:
22   JENNIFER L. FURIA, RPR, CSR
23   CA License No. 8394
24   Job No. 1663538
25   PAGES 1 - 262
```

### Page 6

| | |
|---|---|
| 1 | San Francisco, California, Thursday, May 16, 2013 |
| 2 | 9:15 a.m. |
| 3 | |
| 4 | THE VIDEOGRAPHER: Good morning. We are on |
| 5 | the video record at 9:15 a.m. on May 16th, 2013. This   09:15:10 |
| 6 | is the video deposition of Mr. Roger Noll. |
| 7 | My name is Alexei Dias and our court reporter |
| 8 | today is Jennifer Furia. We are here from Veritext |
| 9 | Legal Solutions. This deposition is being held at Jones |
| 10 | Day, 555 California Street, San Francisco. The caption   09:15:30 |
| 11 | of this case is In Re Apple iPod iTunes Antitrust |
| 12 | Litigation, case number is C-05-00037-JW(RS). |
| 13 | Counsel, would you please introduce |
| 14 | yourself. |
| 15 | MS. SWEENEY: Bonny Sweeney, Robbins, Geller,   09:15:50 |
| 16 | Rudman and Dowd, for the plaintiffs. |
| 17 | MR. MITTELSTAEDT: And for the defendant, Bob |
| 18 | Mittelstaedt, David Kiernan, Kyle Andeer. |
| 19 | THE VIDEOGRAPHER: Thank you. |
| 20 | Would the court reporter please swear in the   09:16:00 |
| 21 | witness. |
| 22 | ROGER G. NOLL, |
| 23 | having been administered an oath, was examined and |
| 24 | testified as follows: |
| 25 | THE WITNESS: I do.   09:16:01 |

### Page 7

| | |
|---|---|
| 1 | EXAMINATION |
| 2 | BY MR. MITTELSTAEDT: |
| 3 | Q  Good morning. |
| 4 | A  Good morning. |
| 5 | Q  What has your compensation been so far in this   09:16:19 |
| 6 | case? |
| 7 | A  This has been going on so long, I can't |
| 8 | possibly remember. I haven't looked at it in a long |
| 9 | time. I mean it's, what, we're in six years or seven |
| 10 | years? I don't remember.   09:16:33 |
| 11 | Q  Can you give us any estimate? |
| 12 | A  Somewhere -- no, each expert report is |
| 13 | somewhere in the range of 50 to a-hundred-thou and then |
| 14 | add to that the depositions, which are another few |
| 15 | thousand each. So, 250 to 500, somewhere in that range,   09:17:0 |
| 16 | but I don't know. |
| 17 | Q  What is your hourly rate? |
| 18 | A  Sev -- I've continued to charge what it was at |
| 19 | the time this started, which was 700. |
| 20 | Q  What is the compensation for Economists, Inc.?   09:17:19 |
| 21 | A  I don't know. |
| 22 | Q  Do you have anything to do with that? |
| 23 | A  No. I have nothing to do with that. |
| 24 | Q  They submit their bills directly to counsel? |
| 25 | A  Yes.   09:17:34 |

### Page 8

| | |
|---|---|
| 1 | Q  Do you have any estimate of what they've |
| 2 | charged? |
| 3 | A  No, I wouldn't know. I don't know. |
| 4 | Q  Do you teach at Stanford? |
| 5 | A  Well, I -- I'm technically retired, but yes, I   09:17:46 |
| 6 | do teach a course a year. |
| 7 | Q  Okay. And what course are you teaching now? |
| 8 | A  Well, right now I'm not teaching anything. I |
| 9 | taught a course in the winter quarter that was a seminar |
| 10 | on the economics of sports.   09:17:57 |
| 11 | Q  Economics of sports? |
| 12 | A  Yes. |
| 13 | Q  Is most of your compensation derived from |
| 14 | consulting as opposed to teaching? |
| 15 | A  Well, yeah. I -- I'm -- I receive no   09:18:09 |
| 16 | compensation for teaching. I'm not paid to teach. I |
| 17 | don't have any formal employment relationship with |
| 18 | Stanford. |
| 19 | Q  Do you have a corporate entity or a |
| 20 | partnership entity that you operate under or --   09:18:25 |
| 21 | A  No. |
| 22 | Q  So the money that you're paid by plaintiffs |
| 23 | comes directly from plaintiffs or their counsel to |
| 24 | you? |
| 25 | A  Correct.   09:18:34 |

### Page 9

| | |
|---|---|
| 1 | Q  Okay. Have you done any work on this case |
| 2 | since submitting your last report? |
| 3 | A  The only work I've done has been |
| 4 | conversations. I haven't done anything other than that. |
| 5 | I've had some conversations -- gave some instructions to   09:18:54 |
| 6 | the people at Economists, Inc. about some additional |
| 7 | things to do. But myself, I haven't done anything other |
| 8 | than just prepare for the deposition. |



Sarnoff, A VERITEXT COMPANY
877-955-3855

**Page 10** [redacted]

**Page 11**

24  Q So were you interacting 7.0 variable with the
25  individual models?                          09:22:10

**Page 12**

1   MS. SWEENEY: Objection, vague and
2   ambiguous.
3   THE WITNESS: In a logarithmic equation
4   they're all interactive. That's what a logarithmic
5   equation is. It's a -- the underlying equation is a    09:22:18
6   multiplicative equation where the price is determined by
7   the product of a bunch of variables raised to some
8   exponent, so they're already interactive.
9   Then you take the logarithm of both sides
10  and -- but the -- but when you -- then raise both sides  09:22:35
11  of the equation to e.
12  BY MR. MITTELSTAEDT:
13  Q Raise it to what?
14  A Well, you have price equals a, times x to the
15  alpha, times y to the beta. You take a logarithm on    09:22:48
16  both sides, you estimate a alpha and beta. And then to
17  calculate the actual damages you raise -- you take both
18  sides of the equation to the -- you raise them as if
19  they were an exponent on e. And that brings you back to
20  a, x to the alpha, y to the beta, which are interactive.  09:23:09
21  They're multiplicative terms.
22  Q Have you seen a printout of this new
23  regression?
24  A No. I -- what I have been told is that
25  essentially everything is the same except the          09:23:24

**Page 13**

1   coefficient on the 7.0 variable.
2   Q And how does that change?
3   A It roughly doubles.
4   Q When did Econ One -- is Econ One the --
5   A Yeah. Well, no, not Econ One. That's Jeff   09:23:39
6   Leitzinger. This is Economist, Inc.
7   Q Okay, fair enough.
8   Is Econ One -- does that have anything to do
9   with this case?
10  A No. It has nothing to do with this case.    09:23:52
11  Q Who at Ec -- who at Economics, Inc. told you
12  about this new regression?
13  A Bob Stoner.
14  Q Bob Stoner?
15  A Uh-hmh.                                     09:24:00
16  Q When did he tell you the --
17  A A couple of days ago.
18  Q Okay. Do you think he had some hard copy or
19  some printout of this?
20  A I don't think he did, because I think it was  09:24:07
21  done by somebody in the Washington, D.C. office of
22  Economist, Inc. and I think they just had a phone
23  conversation about it, but I'm not sure.
24  I mean, I didn't pursue it, because, you know,
25  I thought the deposition was going to be about my     09:24:23

**Page 14**

```
 1  report, so I didn't -- I -- I asked them to do this, but
 2  it wasn't in preparation for the deposition. It was
 3  just because I thought we should do it in preparation
 4  for what I anticipate to be a new Fruggia declaration or
 5  by somebody, which changes the story about when 7.0 was     09:24:42
 6  loaded onto new models of iPods.
 7       Q  When did counsel tell you about this
 8  information about the Shuffle that you're referring
 9  to?
10       A  I don't recall. It was soon -- it was after    09:24:59
11  my report was submitted. Probably around the time that
12  David Martins was reported, something like that.
13       Q  And then how long after that did you ask
14  Stoner to run an additional regression?
15       A  Well, we had talked about doing it. I don't    09:25:17
16  remember. I mean, again, there was no sense of urgency,
17  because I was anticipating this would be something that
18  would be an issue in June as opposed to now.
19       Q  Have you asked Stoner or his group to do
20  anything else?                                          09:25:34
21       A  No, not yet.
22       Q  Do you anticipate asking them to do anything
23  else?
24       A  Depends what additional information I get
25  changing the story from Apple.                          09:25:42
```

**Page 15**

```
 1       Q  Are you anticipating receiving any?
 2       A  I am anticipating receiving something other
 3  than information from a lawyer as to what -- what models
 4  had 7.0 loaded on them when. I anticipate that you will
 5  probably have a technical expert actually submit like a  09:26:01
 6  sworn declaration about -- about that. And that would
 7  then be the basis for running some new regressions if
 8  necessary.
 9       Q  Okay. What assumption did you make in your
10  most recent report about which iPods were affected by   09:26:18
11  7.0?
12       A  I assumed that all new iPods as of September
13  2006 going forward were affected. I relied on
14  Fruggia.
15       Q  And by what you just said, do you mean any     09:26:33
16  iPod that was sold after September 12, 2006?
17       A  Yes. Any -- any iPod that -- yes, any model
18  that was released after September 2006, yes.
19       Q  Well, are you saying -- when you say model,
20  what do you mean?                                       09:26:53
21       A  Generation, class generation.
22       Q  And did you do any investigation before your
23  most recent report to verify that assumption?
24       A  Well, I --
25       MS. SWEENEY: Objection, vague and ambiguous,     09:27:14
```

**Page 16**

```
 1  overbroad.
 2       THE WITNESS: I -- only in the sense I --
 3  ultimately I have to rely upon David Martin for the
 4  technical expertise, so I'm not doing any independent
 5  assessment of my own about when a particular iPod became  09:27:29
 6  incompatible with Harmony. I'm relying upon him for
 7  that.
 8  BY MR. MITTELSTAEDT:
 9       Q  You're relying on Mr. Martin for that?
10       A  Yes.                                            09:27:43
11       Q  Your most recent report, did you write every
12  word yourself?
13       A  Yes.
14       Q  Did you do all the charts and exhibits
15  yourself?                                              09:27:50
16       A  Yes and no. I mean I -- they were done under
17  my instruction and -- but, actually making them pretty
18  is not my job.
19       Q  But substantively.
20       A  Substantively I did them, yes.                 09:28:02
21       Q  And did you check them for accuracy?
22       A  I did, but I wouldn't be the right person to
23  do that. We actually have research assistants who
24  double-check everything for accuracy.
25       Q  By "we" who do you mean?                       09:28:15
```

**Page 17**

```
 1       A  Economist, Inc.
 2       Q  What is your relationship with Economist,
 3  Inc.?
 4       A  My relationship to Economist, Inc. is that I
 5  have been on the board of directors of Economist, Inc.   09:28:23
 6  since its founding, but I have no financial stake in it
 7  at all. And I'm not paid anything at all as a cut of
 8  their billings.
 9       Q  Okay. Do you have a practice about whether
10  you use them for support when you're an expert          09:28:34
11  witness?
12       A  No, I -- sometimes I do, sometimes I don't. I
13  I -- I have -- I have -- I have been supported by
14  several economics consulting firms over the years.
15       Q  Do you have any other matters that you're      09:28:49
16  doing with any of the plaintiff's counsel in this
17  case?
18       A  No. I don't think so. They may -- may be
19  secondary counsel on something, but I don't have any
20  direct dealings with anybody from their law firm.       09:29:00
21       Q  Other than what you've testified about so far
22  today about the Shuffle, are you aware of any mistakes
23  or flaws or problems with the regressions that are
24  reported in your --
25       A  No. I mean, the only thing I'm aware of is     09:29:15
```

```
 1
 2
 3
 4          I, Jennifer L. Furia, holding CSR License No.
 5  8394, a Certified Shorthand Reporter, licensed by the
 6  State of California, hereby certify:
 7          That the foregoing proceedings were taken
 8  before me at the time and place herein set forth; that
 9  any witnesses in the foregoing proceedings, prior to
10  testifying, were placed under oath; that a verbatim
11  record of the proceedings was made by me using machine
12  shorthand which was thereafter transcribed by me or
13  under my direction; further, that the foregoing is an
14  accurate transcription thereof.
15          I further certify I am neither financially
16  interested in the action, nor a relative or an employee
17  of any attorney or party to this action.
18          IN WITNESS WHEREOF, I have on this date
19  subscribed my name.
20
21  Dated:   6/3/2013
22
23                          _____
                            JENNIFER L. FURIA
24                          Certified Shorthand Reporter
                            California License No. 8394
25
```

Page 262