| | |
|---|---|
| 1 | Robert A. Mittelstaedt  #60359 |
|   | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart  #129530 |
|   | cestewart@jonesday.com |
| 3 | David C. Kiernan #215335 |
|   | dkiernan@jonesday.com |
| 4 | Amir Amiri #271224 |
|   | aamiri@jonesday.com |
| 5 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 6 | San Francisco, CA  94104 |
|   | Telephone:     (415) 626-3939 |
| 7 | Facsimile:      (415) 875-5700 |
| 8 | Attorneys for Defendant |
|   | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Lead Case No. C 05 00037 YGR |
| **This Document Related To:** | **CERTIFICATE OF SERVICE** |
| **ALL ACTIONS** | |

/ / /

/ / /

SFI-851169v1                     1                     PROOF OF SERVICE
                                                        Case No. C 05 00037 YGR

## DECLARATION OF SERVICE BY E-MAIL

I, Lillian Wong, declare:

1. I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104.

2. On January 27, 2014, I electronically served a copy of the unredacted portions of **Administrative Motion to File Under Seal [758] Apple's Opposition Brief and Exhibit to Plaintiffs' Motion to Strike the Supplemental Report of Kevin Murphy and Robert Topel Dated December 20, 2013 (ECF No. 750)**, on the parties listed below as follows:

| Name | Firm | Email |
| --- | --- | --- |
| Bonny Sweeney | Robbins Geller Rudman & Dowd LLP | bonnys@rgrdlaw.com |
| Thomas Merrick | Robbins Geller Rudman & Dowd LLP | tmerrick@rgrdlaw.com |
| Alexandra Bernay | Robbins Geller Rudman & Dowd LLP | xanb@rgrdlaw.com |
| Carmen Medici | Robbins Geller Rudman & Dowd LLP | cmedici@rgrdlaw.com |
| Jennifer Caringal | Robbins Geller Rudman & Dowd LLP | jcaringal@rgrdlaw.com |

3. On January 28, 2014, I deposited in the U.S. mail, postage pre-paid a copy of the unredacted portions **Administrative Motion to File Under Seal [758] Apple's Opposition Brief and Exhibit to Plaintiffs' Motion to Strike the Supplemental Report of Kevin Murphy and Robert Topel Dated December 20, 2013 (ECF No. 750)**, addressed to each of the recipients listed in the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2014, at San Francisco, California.

_____
Lillian Wong

## SERVICE LIST

**Attorneys for Plaintiffs:**

Bonny E. Sweeney
Alexandra S. Bernay
Thomas R. Merrick
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
T:  (619) 231-1058
F:  (619) 231-7423
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
tmerrick@rgrdlaw.com

Roy A. Katriel
The Katriel Law Firm, P.C.
1101 30th Street, NW, Suite 500
Washington, DC  20007
T:  (202) 625-4342
F:  (866) 373-4023
rak@katriellaw.com

Andrew S. Friedman
Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint PC
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
T:  (602) 274-1100
F:  (602) 274-1199
afriedman@bffb.com
eryan@bffb.com

Michael D. Braun
Marc L. Godino
Braun Law Group, P.C.
10680 West Pico Boulevard, Suite 280
Los Angeles, CA  90064
T:  (310) 836-6000
F:  (310) 836-6010
mdb@braunlawgroup.com

Brian P. Murray
Glancy Binkow & Goldberg LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
T:  (212) 682-5340
F:  (310) 201-9160
bmurray@murrayfrank.com