# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTITRUST LITIGATION** | Case No.: 05-CV-0037 YGR |
| | **ORDER TO SHOW CAUSE; ORDER SETTING PRE-HEARING AND CASE MANAGEMENT CONFERENCE** |
| **This Order Relates to:** | |
| **All Actions** | |

The Court **ORDERS** the parties to show cause why sanctions should not issue for their failure to comply with paragraph 9 of the undersigned Judge's Standing Order in Civil Cases. That Order requires parties, prior to moving for summary judgment, to file a letter requesting a pre-filing conference, proposing a date and time for such conference, and explaining the grounds for the contemplated summary judgment motion. Any adversary wishing to oppose the motion must file a written response addressing the substance of the moving party's letter. Here, no party undertook this process. The undersigned Judge notes that her previous Orders set deadlines for the filing of anticipated summary judgment motions but did not excuse the parties from any procedural prerequisites or from compliance with her Standing Orders. (*E.g.*, Dkt. Nos. 722, 735.)

The Court shall hold an Order to Show Cause hearing at **3:30 p.m. on Friday, February 7, 2014**, in Courtroom 5 of the United States Courthouse located at 1301 Clay Street in Oakland, California. No later than **Monday, February 3, 2014**, Plaintiffs and Defendant in the above-styled matter shall separately file their respective (1) written Responses to this Order to Show Cause, and (2) summary judgment pre-filing letter briefs, consistent with the format set forth in the Standing

Order.  The Responses to the Order to Show Cause shall not exceed three pages.  The summary judgment pre-filing letter briefs shall be in the nature of executive summaries of Plaintiffs' motion and Defendant's opposition.

The Court **SETS** a Pre-Hearing and Case Management Conference for the same time and date as the Order to Show Cause hearing.  The parties shall come prepared to discuss possible modifications to the hearing schedule of the motions now before the Court in light of the undersigned Judge's unavailability for hearing on February 18, 2014.  (*See* Calendar for Judge Yvonne Gonzalez Rogers, *available at* http://www.cand.uscourts.gov/CEO/cfd.aspx?7145.)

**IT IS SO ORDERED**.

Date:   January 29, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**