```
 1  Robert A. Mittelstaedt  (State Bar No. 60359)
    ramittelstaedt@jonesday.com
 2  Craig E. Stewart  (State Bar No. 129530)
    cestewart@jonesday.com
 3  David C. Kiernan (State Bar No. 215335)
    dkiernan@jonesday.com
 4  Amir Q. Amiri (State Bar No. 271224)
    aamiri@jonesday.com
 5  JONES DAY
    555 California Street, 26th Floor
 6  San Francisco, CA  94104
    Telephone:      (415) 626-3939
 7  Facsimile:      (415) 875-5700

 8  Attorneys for Defendant
    APPLE INC.
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037-YGR<br>[CLASS ACTION]<br><br>[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO SEAL |
|---|---|

Having considered Plaintiffs' Administrative Motion to Seal and Apple's Local Rule 79-5 response thereto, and having determined that public disclosure of the confidential information described therein would harm defendant Apple Inc., and finding compelling reasons and good cause to seal that information, *see Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006), IT IS HEREBY ORDERED THAT Apple's Administrative Motion is GRANTED.

Apple shall file under seal portions of its reply brief in support of its motion for summary judgment as follows:

| ECF No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 762-4 | Apple's Reply Brief in Support of Summary Judgment.<br>• 3:17, 18, 26, 28; 4:15, 28; 5:13-6:22; n.7; 7:16-25; n. 8; 8:20; 9:10-12; n.11; 10:13, 17; n.12; 11:2, 4, 5; 12:2-3; 14:28-15:10. | Redacted |

**IT IS SO ORDERED.**

Dated: _____, 2014

By: _____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

SFI-851965v1