1  Robert A. Mittelstaedt  (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  (State Bar No. 129530)
   cestewart@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  Amir Q. Amiri (State Bar No. 271224)
   aamiri@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST          Case No.  C 05-00037 YGR
    LITIGATION.
15                                             [CLASS ACTION]

16                                             **DECLARATION OF DAVID C.
                                               KIERNAN IN SUPPORT OF APPLE
17                                             INC.'S ADMINISTRATIVE MOTION TO
                                               SEAL REPLY BRIEF IN SUPPORT OF
18                                             MOTION FOR SUMMARY JUDGMENT
                                               AND TO EXCLUDE EXPERT
19                                             TESTIMONY OF ROGER G. NOLL**

20

21

22        1.       I am a partner in the law firm of Jones Day, located at 555 California Street, 26th

23  Floor, San Francisco, CA 94104.  I submit this declaration in support of Apple's Administrative

24  Motion to Seal Reply Brief in Support of Motion for Summary Judgment and to Exclude Expert

25  Testimony of Roger G. Noll.  The facts stated in this declaration are true and based upon my own

26  personal knowledge, and if called to testify to them, I would competently do so.

27        2.       The relief requested in Apple's Administrative Motion is necessary and narrowly

28  tailored to protect Apple's confidential business information.  Portions of Apple's reply brief

1  contain highly confidential and commercially sensitive business information, including

2  confidential details of Apple's FairPlay digital rights management (DRM) technology and

3  updates to that technology; inquiries Apple received from customers that reflect personal

4  information of the customers and confidential and proprietary information regarding how Apple

5  responds to such inquiries; iPod and iTunes Store sales and market research; decisions by Apple

6  employees regarding Apple's business strategy; and confidential pricing policies and transaction

7  data relating to the sale of Apple products.  Apple disclosed this information pursuant to the

8  Protective Order in this case, keeps this information highly confidential, and does not disclose it

9  to the public.  As demonstrated in the attached declarations, the disclosure of this information

10  would harm Apple.

11        3.       Motions to seal similar information have been granted previously in this case.  *See,*

12  *e.g.,* ECF Nos. 184, 247, 291, 336, 340, 353, 422, 527.

13        4.       Further, the reply brief summarizes, paraphrases, or otherwise references, among

14  other things, the expert reports in this matter.  Each of these reports, and the depositions of the

15  experts regarding the reports, is reference the highly confidential information identified above,

16  that was disclosed pursuant to the Protective Order in this case.  The expert materials, and

17  discussions thereof contained in the parties' written memoranda of points and authorities are the

18  subject of currently pending administrative motions to seal.  *See* ECF Nos. 737, 740, 751, 754,

19  758.

20        5.       Attached as Exhibit 1 is a true and correct copy of the Declaration of Eddy Cue

21  filed January 22, 2010, ECF No. 318.

22        6.       Attached as Exhibit 2 is a true and correct copy of the Declaration of Jeffrey

23  Robbin filed January 22, 2010, ECF No. 328.

24        7.       Attached as Exhibit 3 is a true and correct copy of the Declaration of Eddy Cue

25  filed December 23, 2010, ECF No. 409.

26        8.       Attached as Exhibit 4 is a true and correct copy of the Declaration of Mark

27  Buckley filed January 13, 2011, ECF No. 454.

28        9.       Attached as Exhibit 5 is a true and correct copy of the Declaration of Mark

SFI-850744v1

Decl. ISO Admin. Motion to Seal
C 05-00037 YGR

- 2 -

1   Buckley filed January 24, 2011, ECF No. 492.

2        Executed this 31st day of January, 2014 in San Francisco, California.

3                                          /s/David C. Kiernan
                                           David C. Kiernan
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28