1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | BONNY E. SWEENEY (176174)
  | THOMAS R. MERRICK (177987)
3 | ALEXANDRA S. BERNAY (211068)
  | CARMEN A. MEDICI (248417)
4 | JENNIFER N. CARINGAL (286197)
  | 655 West Broadway, Suite 1900
5 | San Diego, CA  92101
  | Telephone:  619/231-1058
6 | 619/231-7423 (fax)
  | bonnys@rgrdlaw.com
7 | tomm@rgrdlaw.com
  | xanb@rgrdlaw.com
8 | cmedici@rgrdlaw.com
  | jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL AND EXHIBIT 1 UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |
| ALL ACTIONS. | |
| | DATE: TBD<br>TIME: TBD<br>CTRM: 5, 2nd Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

911462_1

1  Plaintiffs' Melanie Tucker, Somtai Troy Charoensak and Mariana Rosen (collectively,
2 "plaintiffs") respectfully submit this Administrative Motion for leave to file under seal Plaintiffs'
3 Reply Memorandum in Support of *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin
4 M. Murphy and Robert H. Topel ("Reply") and Exhibit 1 to the Declaration of Bonny E. Sweeney in
5 Support of Plaintiffs' Reply Memorandum in Support of *Daubert* Motion to Exclude Certain
6 Opinion Testimony of Kevin M. Murphy and Robert H. Topel ("Sweeney Reply *Daubert*
7 Declaration"). Plaintiffs bring this motion pursuant to Civil Local Rules 7-11 and 79-5 and the June
8 13, 2007 Stipulated Protective Regarding Confidential Information ("Protective Order").

9  The Reply and Exhibit 1 attached to the Sweeney Reply *Daubert* Declaration are being
10 lodged with the Court. The documents refer to information and quote documents produced and
11 designated "Confidential" in this action by defendant Apple Inc. ("Apple").

12  The Protective Order requires that the parties file a request to seal any discovery they submit
13 to the Court that is designated "Confidential." Protective Order, ¶7. Although plaintiffs do not
14 necessarily believe it is critical to seal the designated documents and information from the public
15 record, especially in light of the "'compelling reasons'" test set forth by the Ninth Circuit in
16 *Kamakona v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), plaintiffs have filed the
17 instant Reply under seal, so as to comply with the Protective Order.

18  Consistent with Rule 79-5(e), within four days of the filing of plaintiffs' Administrative
19 Motion to File Under Seal, the designating party must file with the Court and serve declarations
20 supporting the request to seal the protected material and must lodge and serve a narrowly tailored
21 proposed sealing order, or the information at issue will be made part of the public record. Further,
22 plaintiffs are lodging with the Court an unredacted version of the Reply and Exhibit 1 attached to the
23 Sweeney Reply *Daubert* Declaration.

24
25
26
27
28

911462_1

PLTFS' ADMIN MOT TO FILE PLTFS' REPLY MEMO IN SUPPORT OF *DAUBERT* MTE CERTAIN
OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL - C-05-00037-YGR     - 1 -

1     For the foregoing reasons, plaintiffs respectfully request that the Court grant plaintiffs' Administrative Motion to File Under Seal and issue an order sealing the Reply and Exhibit 1 attached to the Sweeney Reply *Daubert* Declaration.

DATED: January 31, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL

      s/ Bonny E. Sweeney
      BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

| | |
|---|---|
| 1 | |
| 2 | GLANCY BINKOW & GOLDBERG LLP<br>BRIAN P. MURRAY |
| 3 | 122 East 42nd Street, Suite 2920<br>New York, NY  10168 |
| 4 | Telephone:  212/382-2221<br>212/382-3944 (fax) |
| 5 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 6 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067 |
| 7 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 8 | Additional Counsel for Plaintiffs |

911462_1

PLTFS' ADMIN MOT TO FILE PLTFS' REPLY MEMO IN SUPPORT OF *DAUBERT* MTE CERTAIN OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL - C-05-00037-YGR  - 3 -

1   CERTIFICATE OF SERVICE

2   I hereby certify that on January 31, 2014, I authorized the electronic filing of the foregoing
3   with the Clerk of the Court using the CM/ECF system which will send notification of such filing to
4   the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I
5   caused to be mailed the foregoing document or paper via the United States Postal Service to the non-
6   CM/ECF participants indicated on the attached Manual Notice List.

7   I certify under penalty of perjury under the laws of the United States of America that the
8   foregoing is true and correct. Executed on January 31, 2014.

```
                                    s/ Bonny E. Sweeney
                                    BONNY E. SWEENEY

                                    ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101-3301
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)

                                    E-mail:      bonnys@rgrdlaw.com
```

911462_1

# Mailing Information for a Case 4:05-cv-00037-YGR "The Apple iPod iTunes Anti-Trust Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`