1
2
3
4
5
6
7
8
9
10
11
12                      UNITED STATES DISTRICT COURT
13                     NORTHERN DISTRICT OF CALIFORNIA
14                              OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL AND EXHIBIT 1 UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |
| ALL ACTIONS. | |

911468_1

1   Before the Court is Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Reply
2   Memorandum in Support of *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M.
3   Murphy and Robert H. Topel ("Reply") and Exhibit 1 attached to the Declaration of Bonny E.
4   Sweeney in Support of Plaintiffs' Reply Memorandum in Support of *Daubert* Motion to Exclude
5   Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel.

6   Specifically, plaintiffs seek leave to file under seal in their entirety the following:

| **Title** | **Filed Under Seal** |
|---|---|
| Reply Memorandum in Support of *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel | Sealed in Entirety |
| Exhibit 1 to Declaration of Bonny E. Sweeney in Support of Plaintiffs' Reply Memorandum in Support of *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel (Supplemental Declaration of Jeffrey M. Wooldridge in Support of Plaintiff's *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel, dated January 31, 2014) | Sealed in Entirety |

14  There being good cause shown based on the arguments presented in the Reply, the pleadings
15  on file, and any other relevant matter, the Court **GRANTS** Plaintiffs' Administrative Motion to File
16  Under Seal.

17  IT IS SO ORDERED.

18  DATED: _____    _____
19                                  THE HON. YVONNE GONZALES ROGERS
                                    UNITED STATES DISTRICT JUDGE

911468_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOTION TO FILE PLTFS' REPLY MEMO ISO
*DAUBERT* MTE CERTAIN OPINION TESTIMONY OF MURPHY & TOPEL - C-05-00037-YGR    - 1 -