ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF BONNY E. SWEENEY IN RESPONSE TO ORDER TO SHOW CAUSE (DKT. NO. 760) |
| | DATE:     February 7, 2014<br>TIME:     3:30 p.m.<br>CTRM:   5, 2nd Floor<br>JUDGE:   Hon. Yvonne Gonzalez Rogers |

912057_2

1  I, BONNY E. SWEENEY, declare:

2  1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel for the Class and for plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak (collectively, "plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would completely testify thereto.

2. I submit this declaration in response to this Court's Order to Show Cause, dated January 29, 2014. Dkt. No. 760.

3. On January 18, 2011, Apple moved for summary judgment. On May 19, 2011, The Honorable Chief Judge James Ware (who at that time was presiding over this case) granted in part and denied in part Apple's motion for summary judgment. Dkt. No. 627.

4. On May 2, 2012, in response to plaintiffs' argument (made in a Joint Status Conference Statement, Dkt. No. 706) that further dispositive motions by Apple were "neither permitted nor necessary," Judge Ware ruled that any party could move for summary judgment as to issues "which have not yet been raised before the Court." Dkt. No. 713.

5. On September 5, 2012, The Honorable Judge Yvonne Gonzalez Rogers was assigned to the case. Dkt. Nos. 717, 718.

6. In accordance with this Court's November 1, 2013 scheduling order, motions for summary judgment were due on December 20, 2013. Dkt. No. 735.

7. On December 21, 2013, Apple moved for summary judgment. Dkt. Nos. 738, 739, 740, 741. Prior to moving for summary judgment, Apple did not request a pre-motion conference or submit a letter to the Court in accordance Rule 9.a. of this Court's Standing Order in Civil Cases ("Standing Order").

8. Plaintiffs did not move for summary judgment.

9. Because plaintiffs did not move for summary judgment, plaintiffs were not a "moving party" under Rule 9.a. of the Court's Standing Order, and so did not request a pre-motion conference or submit a letter seven business days prior to the proposed conference date.

10. Pursuant to the Standing Order, any "adversary wishing to oppose the [summary judgment] motion must file a written response addressing the substance of the moving party's letter." Because Apple did not file a pre-motion conference letter, plaintiffs could not file a written response. If Apple had submitted a letter in accordance with Rule 9.a., plaintiffs would have responded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of February, 2014, at San Diego, California.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

912057_2

DECLARATION OF BONNY E. SWEENEY IN RESPONSE TO ORDER TO SHOW CAUSE (DKT. NO. 760) - C-05-00037-YGR - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 3, 2014.

　　　　　s/Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
　　& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        bonnys@rgrdlaw.com

912057_2

# Mailing Information for a Case 4:05-cv-00037-YGR "The Apple iPod iTunes Anti-Trust Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)