1 | ROBBINS GELLER RUDMAN
　　& DOWD LLP
2 | BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
3 | ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
4 | JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
5 | San Diego, CA 92101
Telephone: 619/231-1058
6 | 619/231-7423 (fax)
bonnys@rgrdlaw.com
7 | tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
8 | cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' PRE-FILING CONFERENCE LETTER UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |
| ALL ACTIONS. | |
| | DATE: February 7, 2014<br>TIME: 3:30 p.m.<br>CTRM: 5, 2nd Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

912937_1

1    Plaintiffs Melanie Tucker, Somtai Troy Charoensak and Mariana Rosen (collectively, "plaintiffs") respectfully submit this Administrative Motion for leave to file under seal portions of Plaintiffs' Pre-Filing Conference Letter.  Plaintiffs bring this motion pursuant to Civil Local Rules 7-11 and 79-5 and the June 13, 2007 Stipulated Protective Regarding Confidential Information ("Protective Order").

Portions of Plaintiffs' Pre-Filing Conference Letter are being lodged with the Court.  The Pre-Filing Conference Letter refers to information and quotes documents produced and designated "Confidential" in this action by defendant Apple Inc. ("Apple").

The Protective Order requires that the parties file a request to seal any discovery they submit to the Court that is designated "Confidential."  Protective Order, ¶7.  Although plaintiffs do not necessarily believe it is critical to seal the designated documents and information from the public record, especially in light of the "'compelling reasons'" test set forth by the Ninth Circuit in *Kamakona v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), plaintiffs have filed the instant motion so as to comply with the Protective Order.

Consistent with Rule 79-5(e), within four days of the filing of plaintiffs' Administrative Motion to File Under Seal, the designating party must file with the Court and serve declarations supporting the request to seal the protected material and must lodge and serve a narrowly tailored proposed sealing order, or the information at issue will be made part of the public record.  Further, plaintiffs are providing the Court with redacted and unredacted, highlighted versions of Plaintiffs' Pre-Filing Conference Letter.

1    For the foregoing reasons, plaintiffs respectfully request that the Court grant plaintiffs'
2 Administrative Motion to File Under Seal and issue an order sealing portions of Plaintiffs' Pre-Filing
3 Conference Letter.

| | |
|---|---|
| DATED: February 3, 2014 | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> BONNY E. SWEENEY <br> THOMAS R. MERRICK <br> ALEXANDRA S. BERNAY <br> CARMEN A. MEDICI <br> JENNIFER N. CARINGAL |

                                                                   s/ Bonny E. Sweeney
                                                                    BONNY E. SWEENEY

                                  655 West Broadway, Suite 1900
                                  San Diego, CA 92101
                                  Telephone: 619/231-1058
                                  619/231-7423 (fax)

                                  Class Counsel for Plaintiffs

                                  THE KATRIEL LAW FIRM
                                  ROY A. KATRIEL
                                  1101 30th Street, N.W., Suite 500
                                  Washington, DC 20007
                                  Telephone: 202/625-4342
                                  202/330-5593 (fax)

                                  BONNETT, FAIRBOURN, FRIEDMAN
                                     & BALINT, P.C.
                                  ANDREW S. FRIEDMAN
                                  FRANCIS J. BALINT, JR.
                                  ELAINE A. RYAN
                                  2325 E. Camelback Road, Suite 300
                                  Phoenix, AZ 85016
                                  Telephone: 602/274-1100
                                  602/274-1199 (fax)

                                  BRAUN LAW GROUP, P.C.
                                  MICHAEL D. BRAUN
                                  10680 West Pico Blvd., Suite 280
                                  Los Angeles, CA 90064
                                  Telephone: 310/836-6000
                                  310/836-6010 (fax)

| | |
|---|---|
| 1 | |
| 2 | GLANCY BINKOW & GOLDBERG LLP<br>BRIAN P. MURRAY |
| 3 | 122 East 42nd Street, Suite 2920<br>New York, NY  10168 |
| 4 | Telephone:  212/382-2221<br>212/382-3944 (fax) |
| 5 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 6 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067 |
| 7 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 8 | |
| 9 | Additional Counsel for Plaintiffs |
| 10 | |
| ... | |
| 28 | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 3, 2014.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:       bonnys@rgrdlaw.com

912937_1

# Mailing Information for a Case 4:05-cv-00037-YGR "The Apple iPod iTunes Anti-Trust Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)