ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' PRE-FILING CONFERENCE LETTER UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |
| | DATE:   February 7, 2014<br>TIME:   3:30 p.m.<br>CTRM:  5, 2nd Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

912944_1

1  I, Bonny E. Sweeney, declare:

2  1.  I am an attorney duly licensed to practice before all of the courts of the State of
3  California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel
4  for the Class and for plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak
5  (collectively, "plaintiffs") in this action.  I have personal knowledge of the matters stated herein, and,
6  if called upon, I could and would completely testify thereto.

7  2.  I submit this declaration in support of plaintiffs' Administrative Motion to File Under
8  Seal portions of Plaintiffs' Pre-Filing Conference Letter.  The document at issue includes material
9  that has been designated confidential under the Protective Order.  It is plaintiffs' understanding that
10 Apple wishes the document to remain confidential.

11 3.  Such filing under seal is necessitated by the designation of certain documents that are
12 quoted, paraphrased and referenced in Plaintiffs' Pre-Filing Conference Letter as "Confidential" by
13 Apple.

14 4.  Under the terms of the existing Protective Order, plaintiffs are obligated to file
15 portions of the Plaintiffs' Pre-Filing Conference Letter, which reference documents designated as
16 "Confidential," under seal.

17 I declare under penalty of perjury under the laws of the United States of America that the
18 foregoing is true and correct.  Executed this 3rd day of February, 2014, at San Diego, California.

19
                                                        s/ Bonny E. Sweeney
20                                                      BONNY E. SWEENEY

21
22
23
24
25
26
27
28

912944_1  DECLARATION OF BONNY E. SWEENEY ISO PLTFS' ADMIN MOT TO FILE PORTIONS OF
PLTFS' PRE-FILING CONFERENCE LETTER UNDER SEAL - C-05-00037-YGR                - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 3, 2014.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:       bonnys@rgrdlaw.com

912944_1

# Mailing Information for a Case 4:05-cv-00037-YGR "The Apple iPod iTunes Anti-Trust Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)