1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' PRE-FILING CONFERENCE LETTER UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |
| ALL ACTIONS. | ) ) | |

17
18
19
20
21
22
23
24
25
26
27
28

912961_1

1       Before the Court is Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Pre-Filing Conference Letter.

      Specifically, plaintiffs seek leave to file under seal the following:

| Title | Filed Under Seal |
|---|---|
| Plaintiffs' Pre-Filing Conference Letter | Partially Sealed |

      There being good cause shown based on the arguments presented in the Reply, the pleadings on file, and any other relevant matter, the Court **GRANTS** Plaintiffs' Administrative Motion to File Under Seal.

      IT IS SO ORDERED.

DATED: _____     _____

                                                      THE HON. YVONNE GONZALES ROGERS
                                                      UNITED STATES DISTRICT JUDGE