ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION )<br>)<br>)<br>) | Lead Case No. C-05-00037-YGR<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS.<br>)<br>)<br>)<br>)<br>) | PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF KEVIN M. MURPHY AND ROBERT H. TOPEL, DATED DECEMBER 20, 2013 UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |
| | DATE: TBD<br>TIME: TBD<br>CTRM: 5, 2nd Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

911782_1

1   Plaintiffs Melanie Tucker, Somtai Troy Charoensak and Mariana Rosen (collectively, "plaintiffs") respectfully submit this Administrative Motion for leave to file under seal Portions of Plaintiffs' Reply Memorandum in Support of Motion to Strike the Supplemental Report of Kevin M. Murphy and Robert H. Topel, dated December 20, 2013 ("Reply").  Plaintiffs bring this motion pursuant to Civil Local Rules 7-11 and 79-5 and the June 13, 2007 Stipulated Protective Regarding Confidential Information ("Protective Order").

Plaintiffs' Reply is being lodged with the Court.  The Reply refers to information and quotes documents produced and designated "Confidential" in this action by defendant Apple Inc. ("Apple").

The Protective Order requires that the parties file a request to seal any discovery they submit to the Court that is designated "Confidential."  Protective Order, ¶7.  Although plaintiffs do not necessarily believe it is critical to seal the designated documents and information from the public record, especially in light of the '"compelling reasons"' test set forth by the Ninth Circuit in *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), plaintiffs have filed the instant Reply under seal so as to comply with the Protective Order.

Consistent with Rule 79-5(e), within four days of the filing of plaintiffs' Administrative Motion to File Under Seal, the designating party must file with the Court and serve declarations supporting the request to seal the protected material and must lodge and serve a narrowly tailored proposed sealing order, or the information at issue will be made part of the public record.

For the foregoing reasons, plaintiffs respectfully request that the Court grant plaintiffs' Administrative Motion to File Under Seal and issue an order sealing the Reply.

DATED: February 3, 2014

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL

      s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

911782_1

PLTFS' ADMIN MOTION TO FILE PORTIONS OF PLTFS' REPLY MEMO ISO MTS THE SUPP RPT OF MURPHY AND TOPEL, DATED DECEMBER 20, 2013 - C-05-00037-YGR - 2 -

| | |
|---|---|
| 1 | |
| 2 | GLANCY BINKOW & GOLDBERG LLP<br>BRIAN P. MURRAY |
| 3 | 122 East 42nd Street, Suite 2920<br>New York, NY  10168 |
| 4 | Telephone:  212/382-2221<br>212/382-3944 (fax) |
| 5 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 6 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067 |
| 7 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 8 | Additional Counsel for Plaintiffs |

911782_1

PLTFS' ADMIN MOTION TO FILE PORTIONS OF PLTFS' REPLY MEMO ISO MTS THE SUPP RPT OF MURPHY AND TOPEL, DATED DECEMBER 20, 2013 - C-05-00037-YGR   - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 3, 2014.

       s/ Bonny E. Sweeney
       BONNY E. SWEENEY

       ROBBINS GELLER RUDMAN
           & DOWD LLP
       655 West Broadway, Suite 1900
       San Diego, CA  92101-3301
       Telephone:  619/231-1058
       619/231-7423 (fax)

       E-mail:	bonnys@rgrdlaw.com

911782_1

# Mailing Information for a Case 4:05-cv-00037-YGR "The Apple iPod iTunes Anti-Trust Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`