1
2
3
4
5
6
7
8
9
10
11
12
13
14                             UNITED STATES DISTRICT COURT
15                            NORTHERN DISTRICT OF CALIFORNIA
16                                     OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>　　ALL ACTIONS. | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF KEVIN M. MURPHY AND ROBERT H. TOPEL, DATED DECEMBER 20, 2013 UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |

911787_1

Before the Court is Plaintiffs' Administrative Motion to File Under Seal.

Specifically, plaintiffs seek leave to file under seal portions of the following:

| Title | Filed Under Seal |
|---|---|
| Plaintiffs' Reply Memorandum in Support of Motion to Strike the Supplemental Report of Kevin M. Murphy and Robert H. Topel, Dated December 20, 2013 | Partially Sealed |

There being good cause shown based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court **GRANTS** Plaintiffs' Administrative Motion to File Under Seal.

IT IS SO ORDERED.

DATED: _____    _____
                                THE HON. YVONNE GONZALES ROGERS
                                UNITED STATES DISTRICT JUDGE

911787_1

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOT TO FILE PORTIONS OF PLTFS' REPLY MEMO ISO MTS SUPPLEMENTAL RPT OF MURPHY & TOPEL, DATED DECEMBER 20, 2013 - C-05-00037-YGR

- 1 -