1  Robert A. Mittelstaedt  (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  (State Bar No. 129530)
   cestewart@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  Amir Q. Amiri (State Bar No. 271224)
   aamiri@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:       (415) 626-3939
7  Facsimile:       (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13

14  | THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037-YGR [CLASS ACTION] |
    |---|---|
15  |  |  |
16  |  | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL (ECF NO. 763) |
17  |  |  |
18  |  |  |

19

20       Having considered Plaintiffs' Administrative Motion to Seal and Apple's Local Rule 79-5

21  response thereto, and having determined that public disclosure of the confidential information

22  described therein would harm defendant Apple Inc., and finding compelling reasons and good

23  cause to seal that information, *see Kamakana v. City and County of Honolulu*, 447 F.3d 1172,

24  1178-80 (9th Cir. 2006), IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion is

25  GRANTED as follows:

26       Plaintiffs shall file under seal portions of their reply memorandum filed in support of their

27  *Daubert* motion as follows:

28

___

1
2
3
4

| ECF No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 763-3 | Plaintiffs' Reply Memorandum in Support of *Daubert* Motion.<br>• 2:8-11; 3:9-24. | Redacted |

5       **IT IS SO ORDERED.**

6       Dated: _____, 2014

7
8                                       By: _____
                                            The Honorable Yvonne Gonzalez Rogers
9                                           United States District Judge

10      SFI-852116v1

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28