1  Robert A. Mittelstaedt  (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  Craig E. Stewart  (State Bar No. 129530)
   cestewart@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  Amir Q. Amiri (State Bar No. 271224)
   aamiri@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:    (415) 626-3939
7  Facsimile:    (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST          Case No.  C 05-00037 YGR
    LITIGATION.
15                                            [CLASS ACTION]

16                                            **DECLARATION OF DAVID C.
                                              KIERNAN IN SUPPORT OF APPLE**
17                                            **INC.'S RESPONSE TO PLAINTIFFS'
                                              ADMINISTRATIVE MOTION TO SEAL**
18                                            **(ECF NO. 763)**

19

20

21        1.    I am a partner in the law firm of Jones Day, located at 555 California Street, 26th

22  Floor, San Francisco, CA 94104.  I submit this declaration in support of Apple's Response to

23  Plaintiffs' Administrative Motion to Seal Plaintiffs' Reply Memorandum in Support of Plaintiffs'

24  *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H.

25  Topel (ECF No. 763).  The facts stated in this declaration are true and based upon my own

26  personal knowledge, and if called to testify to them, I would competently do so.

27        2.    The relief requested in Apple's Administrative Motion is necessary and narrowly

28  tailored to protect Apple's confidential business information.  Portions of Plaintiffs' Reply brief

Decl. ISO Admin. Motion to Seal
C 05-00037 YGR

1    contain confidential and commercially sensitive business information relating to Apple's pricing

2    decisions and alleged overcharges for Apple iPods.  Apple disclosed information relating to its

3    pricing policies pursuant to the Protective Order in this case, keeps such information highly

4    confidential, and does not disclose it to the public.  As demonstrated in the attached declarations,

5    the disclosure of this information would harm Apple.

6            3.      Motions to seal similar information have been granted previously in this case.  *See,*

7    *e.g.,* ECF Nos. 184, 247, 291, 336, 340, 353, 422, 527.

8            4.      Attached as Exhibit 1 is a true and correct copy of the Declaration of Mark

9    Buckley filed January 24, 2011, ECF No. 492.

10           5.      Attached as Exhibit 2 is a true and correct copy of the Declaration of Mark

11   Buckley filed January 13, 2011, ECF No. 454.

12           6.      Attached as Exhibit 3 is a true and correct copy of the Declaration of Eddy Cue

13   filed December 23, 2010, ECF No. 409.

14           Executed this 4th day of February, 2014 in San Francisco, California.

15

16                                              /s/ David C. Kiernan
                                           David C. Kiernan
17

18   SFI-852108v1

19

20

21

22

23

24

25

26

27

28

Decl. ISO Admin. Motion to Seal
C 05-00037 YGR