1 | Robert A. Mittelstaedt (State Bar No. 60359)
    ramittelstaedt@jonesday.com
2 | Craig E. Stewart (State Bar No. 129530)
    cestewart@jonesday.com
3 | David C. Kiernan (State Bar No. 215335)
    dkiernan@jonesday.com
4 | Amir Q. Amiri (State Bar No. 271224)
    aamiri@jonesday.com
5 | JONES DAY
    555 California Street, 26th Floor
6 | San Francisco, CA  94104
    Telephone:    (415) 626-3939
7 | Facsimile:     (415) 875-5700

8 | Attorneys for Defendant
    APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037 YGR |
|---|---|
| | [CLASS ACTION] |
| | **DECLARATION OF DAVID C. KIERNAN IN SUPPORT OF APPLE INC.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL (ECF NO. 766)** |

1. I am a partner in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104. I submit this declaration in support of Apple's Response to Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' Letter Dated February 3, 2014 (ECF No. 766). The facts stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

2. The relief requested in Plaintiffs' Administrative Motion is necessary and narrowly tailored to protect Apple's confidential business information. Portions of Plaintiffs' letter contain confidential and commercially sensitive business information relating to Apple's

1  pricing decisions and alleged overcharges for Apple iPods.  Apple disclosed information relating
2  to its pricing policies pursuant to the Protective Order in this case, keeps such information highly
3  confidential, and does not disclose it to the public.  As demonstrated in the attached declarations,
4  the disclosure of this information would harm Apple.

5       3.     Motions to seal similar information have been granted previously in this case.  *See,*
6  *e.g.,* ECF Nos. 184, 247, 291, 336, 340, 353, 422, 527.

7       4.     Attached as Exhibit 1 is a true and correct copy of the Declaration of Mark
8  Buckley filed January 24, 2011, ECF No. 492.

9       5.     Attached as Exhibit 2 is a true and correct copy of the Declaration of Mark
10  Buckley filed January 13, 2011, ECF No. 454.

11       6.     Attached as Exhibit 3 is a true and correct copy of the Declaration of Eddy Cue
12  filed December 23, 2010, ECF No. 409

13  Executed this 6th day of February, 2014 in San Francisco, California.

15  /s/ David C. Kiernan
16  David C. Kiernan

17  SFI-852363v1