1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  Craig E. Stewart (State Bar No. 129530)
   cestewart@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  Amir Q. Amiri (State Bar No. 271224)
   aamiri@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 626-3939
7  Facsimile:      (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037-YGR<br>[CLASS ACTION]<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL (ECF NO. 767) |
|---|---|

Having considered Plaintiffs' Administrative Motion to Seal and Apple's Local Rule 79-5 response thereto, and having determined that public disclosure of the confidential information described therein would harm defendant Apple Inc., and finding compelling reasons and good cause to seal that information, *see Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006), IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion is GRANTED as follows:

Plaintiffs shall file under seal portions of their reply memorandum filed in support of their motion to strike as follows:

___

| ECF No. | Title | Filed Under Seal/Redacted |
|---|---|---|
| 767-3 | Plaintiffs' Reply Memorandum in Support of *Daubert* Motion.<br>• Page 2 n.2; Page 4, Line 15; Page 4 n.3. | Redacted |

**IT IS SO ORDERED.**

Dated: _____, 2014

By: _____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

SFI-852368v1