Robert A. Mittelstaedt  (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart  (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 YGR<br><br>[CLASS ACTION]<br><br>**DECLARATION OF DAVID C. KIERNAN IN SUPPORT OF APPLE INC.'S L.R. 7-3(D)(1) OBJECTION TO THE SUPPLEMENTAL DECLARATION OF JEFFREY M. WOOLDRIDGE** |

1.      I am a partner in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104.  I am a member in good standing of the State Bar of California and represent Apple, Inc. in this case.  I submit this declaration in support of  Apple's L.R. 7-3(D)(1) Objection to the Supplemental Declaration of Jeffrey M. Wooldridge, filed herewith.  The facts stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

2.      Attached hereto as Exhibit 1 are true and correct copies of document request and deposition subpoenas (and the service email) served on Plaintiffs' counsel via email on December

1  30, 2013 and January 2, 2014.  These documents are maintained by Jones Day in its files in the
2  ordinary course of its business.  The attached email also reflects subsequent messages sent to
3  plaintiffs' counsel regarding the deadline for document production, as necessitated by the fact that
4  Dr. Wooldridge's deposition date was not yet finalized when the subpoena was first served.

5      3.   Attached hereto as Exhibit 2 is a true and correct copy of the responses to the
6  subpoenas (and the service email), executed by Jeffrey M. Wooldridge on January 7, 2014 and
7  served via email.  This document is maintained by Jones Day in its files in the ordinary course of
8  its business.

9      4.   The only document produced pursuant to the document subpoena was a copy of
10 the engagement letter between plaintiffs' counsel and Dr. Wooldridge, on January 6, 2014 during
11 the deposition of Dr. Wooldridge.  A copy of this letter was subsequently served via email on
12 January 7, as indicated in Exhibit 2 above.

13     5.   No other documents were produced prior to the service of Dr. Wooldridge's
14 supplemental declaration, dated January 31, 2014.

15     Executed this 7th day of February, 2014 in San Francisco, California.

                                      /s/ David C. Kiernan
                                      David C. Kiernan

SFI-852411v1

- 2 -

Decl. ISO Admin. Motion to Seal
C 05-00037 YGR