UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** February 7, 2014   **JUDGE:** Yvonne Gonzalez Rogers

**Case No:** C- 05-0037- YGR   **Time:** 3:10pm-4:02pm

**Case Name:** The Apple iPod iTunes Antitrust Litgation

**Attorney(s) for Plaintiff:** Bonny Sweeney
Carmen A. Medici

**Attorney(s) for Defendant:** Robert Mittelstaedt
David Kiernan

**Deputy Clerk:** Frances Stone   **Court Reporter:** Diane Skillman

PROCEEDINGS

**OSC is discharged.**
**CMC- HELD**
**Pre-filing Conference re Motion for Summary Judgment- HELD**