ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' STATEMENT OF RECENT DECISION |
|     ALL ACTIONS. | |

928665_1

1  Pursuant to Civil L.R. 7-3(d)(2), plaintiffs respectfully request the Court's consideration of the attached authority as relevant to the Court's determination of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and to Exclude Expert Testimony of Professor Roger G. Noll.  Dkt. No. 751-3.

The March 28, 2014 opinion by the Honorable Denise L. Cote in the Southern District of New York in the matter *In re Electronic Books Antitrust Litig.*, No. 11 MD 2293 (DLC) is relevant to issues pending before this Court.  The opinion grants plaintiffs' motion to certify a class and denies defendant Apple's motion to exclude Professor Roger G. Noll.  The opinion is attached hereto as Exhibit A.

DATED:  April 1, 2014

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL

            s/ Bonny E. Sweeney
         BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 4 | ELAINE A. RYAN<br>2325 E. Camelback Road, Suite 300 |
| 5 | Phoenix, AZ  85016<br>Telephone:  602/274-1100 |
| 6 | 602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 8 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 9 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 10 | GLANCY BINKOW & GOLDBERG LLP |
| 11 | BRIAN P. MURRAY<br>122 East 42nd Street, Suite 2920 |
| 12 | New York, NY  10168<br>Telephone:  212/382-2221 |
| 13 | 212/382-3944 (fax) |
| 14 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 15 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067 |
| 16 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 17 | Additional Counsel for Plaintiffs |

1  CERTIFICATE OF SERVICE

2  I hereby certify that on April 1, 2014, I authorized the electronic filing of the foregoing with

3  the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4  e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5  caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6  CM/ECF participants indicated on the attached Manual Notice List.

7  I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on April 1, 2014.

9      s/ BONNY E. SWEENEY
    BONNY E. SWEENEY

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101-8498
    Telephone:  619/231-1058
    619/231-7423 (fax)

    E-mail:       bonnys@rgrdlaw.com

928665_1

# Mailing Information for a Case 4:05-cv-00037-YGR "The Apple iPod iTunes Anti-Trust Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)