ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL REGARDING THOMAS R. MERRICK |
| ALL ACTIONS. | |

935592_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that Thomas R. Merrick, formerly of Robbins Geller Rudman &
3  Dowd LLP ("Robbins Geller"), located at 655 West Broadway, Suite 1900, San Diego, CA 92101,
4  is hereby disassociated as attorney of record for Plaintiffs Mariana Rosen, Somtai Troy Charoensak
5  and Melanie Tucker,("Plaintiffs") and the Class. We request that you remove him from your proof
6  of service.

7  PLEASE TAKE FURTHER NOTICE that Thomas R. Merrick should be removed from the
8  docket and electronic notifications relating to this Action.

9  Bonny E. Sweeney, Alexandra S. Bernay, Carmen A. Medici and Jennifer Caringal of
10  Robbins Geller shall continue representing Plaintiffs and the Class in this Action.

11  DATED:  April 23, 2014            ROBBINS GELLER RUDMAN
                                          & DOWD LLP
12                                      BONNY E. SWEENEY
                                        ALEXANDRA S. BERNAY
13                                      CARMEN A. MEDICI
                                        JENNIFER N. CARINGAL
14

15
                                              s/ Alexandra s. Bernay
16                                          ALEXANDRA S. BERNAY

17                                      655 West Broadway, Suite 1900
                                        San Diego, CA  92101
18                                      Telephone:  619/231-1058
                                        619/231-7423 (fax)
19
                                        Class Counsel for Plaintiffs
20
                                        THE KATRIEL LAW FIRM
21                                      ROY A. KATRIEL
                                        1101 30th Street, N.W., Suite 500
22                                      Washington, DC  20007
                                        Telephone:  202/625-4342
23                                      202/330-5593 (fax)

24                                      BONNETT, FAIRBOURN, FRIEDMAN
                                          & BALINT, P.C.
25                                      ANDREW S. FRIEDMAN
                                        FRANCIS J. BALINT, JR.
26                                      ELAINE A. RYAN
                                        2325 E. Camelback Road, Suite 300
27                                      Phoenix, AZ  85016
                                        Telephone:  602/274-1100
28                                      602/274-1199 (fax)

935592_1  PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL REGARDING THOMAS R. MERRICK - C-05-
          00037-YGR                                                              - 1 -

| | |
|---|---|
| 1 | |
| 2 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 3 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 4 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 5 | GLANCY BINKOW & GOLDBERG LLP |
| 6 | BRIAN P. MURRAY<br>122 East 42nd Street, Suite 2920 |
| 7 | New York, NY  10168<br>Telephone:  212/382-2221 |
| 8 | 212/382-3944 (fax) |
| 9 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 10 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067 |
| 11 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 12 | Additional Counsel for Plaintiffs |

935592_1

PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL REGARDING THOMAS R. MERRICK - C-05-00037-YGR

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 23, 2014.

    s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      xanb@rgrdlaw.com

935592_1

# Mailing Information for a Case 4:05-cv-00037-YGR "The Apple iPod iTunes Anti-Trust Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  tcarpenter@bffb.com,pjohnson@bffb.com,rcreech@bffb.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Thomas Robert Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)