**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION** | **Case No.: 05-CV-0037 YGR**<br><br>**ORDER SETTING ORAL ARGUMENT** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Now pending before the Court are: (1) the motion of defendant Apple, Inc. for summary judgment and to exclude the expert testimony of Roger G. Noll (Dkt. No. 738); (2) plaintiffs' *Daubert* motion to exclude certain opinion testimony of Kevin M. Murphy and Robert H. Topel (Dkt. No. 737-4); (3) plaintiffs' motion to strike the December 20, 2013 supplemental expert report of Murphy and Topel (Dkt. No. 750-3); and (4) Apple's objection pursuant to Civil Local Rule 7-3(d)(1) to the supplemental declaration of Jeffrey M. Wooldridge (Dkt. No. 771).

The Court shall hear oral argument on these matters at **2:00 p.m. on Wednesday, August 6, 2014,** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. Each side shall be afforded no more than 90 minutes. The Court shall entertain attorney argument only. No experts shall testify.

**IT IS SO ORDERED**.

Dated: July 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**