Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:      (415) 626-3939
Facsimile:       (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |

On July 28, 2014, this Court entered an order (Dkt. No. 779) setting oral argument on:  (1) Apple, Inc.'s motion for summary judgment and to exclude the expert testimony of Roger G. Noll (Dkt. No. 738); (2) Plaintiffs' *Daubert* motion to exclude certain opinion testimony of Kevin M. Murphy and Robert H. Topel (Dkt. No. 7737-4); Plaintiffs' motion to strike the December 20, 2013 supplemental expert report of Murphy and Topel (Dkt. No. 750-3); and (4) Apple's objection pursuant to Civil Local Rule 7-3(d)(1) to the supplemental declaration of Jeffrey M. Wooldridge (Dkt. No. 771) for Wednesday, August 6, 2014 at 2:00 p.m. with each side be affording no more than 90 minutes of attorney argument.

1    Apple's lead trial counsel, Robert A. Mittelstaedt, is unavailable during the week of
2    August 4, 2014 due to a pre-scheduled, out-of-town family vacation.  As lead trial counsel, Mr.
3    Mittelstaedt argued each dispositive motion in this case and, on February 7, 2014, presented
4    argument to this Court on the motions that are the subject of the August 6 hearing.
5    Plaintiffs are available on the date set by the Court, but after meeting and conferring and
6    identifying dates on the Court's calendar that work for both parties and their respective counsel,
7    the parties stipulate to continue the hearing to August 13 or 20, if either of those dates is
8    convenient for the Court.

Dated: July 29, 2014                     JONES DAY

                                         By: /s/ David C. Kiernan
                                             David C. Kiernan

                                         Counsel for Defendant APPLE INC.

Dated: July 29, 2014

                                         By: /s/ Alexandra Bernay
                                             Alexandra Bernay

                                         Counsel for Plaintiffs

The hearing currently set for August 6, 2014 on the motions listed in Doc. 779 is continued to
August ___, at 2:00 p.m.

**IT IS SO ORDERED**.

DATED: _____   _____
                                THE HONORABLE YVONNE GONZALEZ ROGERS
                                UNITED STATES DISTRICT JUDGE

**Pursuant to L.R. 5-1(i), I attest that I received the concurrence of Alexandra Bernay in the filing of this document.**

                                         /s/ David. C. Kiernan
                                         David. C. Kiernan

SFI-867513v1

- 2 -                              Stipulation to Continue Hearing
                                   C 05 00037 YGR