Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Lead Case No.  C 05-00037 YGR<br>**[CLASS ACTION]**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| **This Document Relates To:**<br>**ALL ACTIONS** | |

      On July 28, 2014, this Court entered an order (Dkt. No. 779) setting oral argument on:  (1) Apple, Inc.'s motion for summary judgment and to exclude the expert testimony of Roger G. Noll (Dkt. No. 738); (2) Plaintiffs' *Daubert* motion to exclude certain opinion testimony of Kevin M. Murphy and Robert H. Topel (Dkt. No. 737-4); Plaintiffs' motion to strike the December 20, 2013 supplemental expert report of Murphy and Topel (Dkt. No. 750-3); and (4) Apple's objection pursuant to Civil Local Rule 7-3(d)(1) to the supplemental declaration of Jeffrey M. Wooldridge (Dkt. No. 771) for Wednesday, August 6, 2014 at 2:00 p.m. with each side be affording no more than 90 minutes of attorney argument.

Apple's lead trial counsel, Robert A. Mittelstaedt, is unavailable during the week of August 4, 2014 due to a pre-scheduled, out-of-town family vacation. As lead trial counsel, Mr. Mittelstaedt argued each dispositive motion in this case and, on February 7, 2014, presented argument to this Court on the motions that are the subject of the August 6 hearing.

Plaintiffs are available on the date set by the Court, but after meeting and conferring and identifying dates on the Court's calendar that work for both parties and their respective counsel, the parties stipulate to continue the hearing to August 13 or 20, if either of those dates is convenient for the Court.

Dated: July 29, 2014                          JONES DAY

                                              By: /s/ David C. Kiernan
                                                  David C. Kiernan

                                              Counsel for Defendant APPLE INC.

Dated: July 29, 2014

                                              By: /s/ Alexandra Bernay
                                                  Alexandra Bernay

                                              Counsel for Plaintiffs

**ORDER**

The hearing currently set for August 6, 2014 on the motions listed in Doc. 779 is continued to **Wednesday, August 13, 2014**, at ~~2:00 p.m~~ **10:01 a.m.**

**IT IS SO ORDERED**.

DATED: July 30, 2014                          _____
                                              THE HONORABLE YVONNE GONZALEZ ROGERS
                                              UNITED STATES DISTRICT JUDGE

**Pursuant to L.R. 5-1(i), I attest that I received the concurrence of Alexandra Bernay in the filing of this document.**

                                              /s/ David. C. Kiernan

David. C. Kiernan

SFI-867513v1