# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 8/13/2014 | Time: 10:14am-10:38am and 10:54am-1:07pm and 1:23pm-2:04pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No. 05-cv-00037-YGR | Case Name: The Apple iPod iTunes Anti-Trust Litigation | |

**Attorney for Plaintiff:**   Bonny Sweeney
Alexandra Bernay
Jennifer Caringal
Carmen Anthony Medici
Michael Torres - Litigation Support

**Attorney for Defendant:** Robert A. Mittelstaedt
Kelsey Israel-Trummel
Craig Stewart
David Kiernan
Scott Murphy of Apple

**Deputy Clerk:** Frances Stone                              **Court Reporter:** Kathy Wyatt

## PROCEEDINGS

**Oral Argument on Motions- HELD**
Dkt. No. 771   OBJECTIONS to Supplemental Declaration of Jeffrey M. Wooldridge

Dkt. No. 750-3   Plaintiffs' Motion to Strike Supplemental Expert Report of Kevin M. Murphy and Robert H. Topel, dated December 20, 2013.

Dkt. No. 737-4   Plaintiffs' Notice of Motion and Daubert Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel

Dkt. No. 738   Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll.
**Order to be prepared by: Court**

Joint Pretrial Conference Statement and Pretrial Documents filed by 10/14/14.
Pretrial Conference: Tuesday, 10/28/14 at 9:30am
Jury Trial: Monday 11/17/14 at 8:30am for  2 week Jury Trial.
Jury Selection Monday, 11/10/14 at 8:30am.
Evidence Portion of Trial to begin 11/17/14 at 8:30am.
No Jury Trial 11/26/14 through 11/28/14.  Evidence Portion of  Trial to resume Monday, 12/1/14 at 8:30am.