UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**APPLE IPOD ITUNES ANTITRUST LITIGATION**

**CASE NO. 05-CV-0037 YGR**

**ORDER SETTING TRIAL DATE**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

1.  **Trial Date and Schedule:** The trial of this matter shall proceed in Courtroom 1 of the United States District Court in Oakland, California. Jury Selection shall occur on Monday, November 10, 2014 at 9:30 a.m. Opening statements and evidence shall commence at 8:30 a.m. on Monday, November 17, 2014. The trial schedule shall be Monday through Friday, from 8:30 a.m. to 1:30 p.m. with two fifteen minute breaks. Counsel shall arrive in court early enough to proceed promptly at 8:30 a.m.

2.  Additional time may be scheduled for matters outside the presence of the jury as necessary and determined by the Court. Side bars are not permitted. Counsel should be prepared to anticipate issues so that they may be addressed outside of normal trial hours. In this regard, Counsel should also be prepared to reconvene with the Court after the Court's standing calendars which normally begin at 2:00 p.m.

3.  The Court sets the next pre-trial conference for Tuesday, October 28, 2014 at 9:30 a.m.

4. The parties shall comply with this Court's standing order entitled Pretrial Instructions Civil Cases.

5. **Failure to Comply:** Failure to comply with the obligations set forth in this order will result in sanctions appropriate to the gravity of the failure, including, but not limited to monetary fines and/or terminating sanctions.

**IT IS SO ORDERED.**

Date: August 15, 2014

_____
**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**