| | |
|---|---|
| 1 | William A. Isaacson (wisaacson@bsfllp.com) |
| | (*Pro Hac Vice* application to be filed) |
| 2 | Karen L. Dunn (kdunn@bsfllp.com) |
| | (*Pro Hac Vice* application to be filed) |
| 3 | Martha L. Goodman (mgoodman@bsfllp.com) |
| | (*Pro Hac Vice* application to be filed) |
| 4 | BOIES, SCHILLER & FLEXNER LLP |
| | 5301 Wisconsin Ave, NW |
| 5 | Washington, DC 20015 |
| | Telephone: (202) 237-2727 |
| 6 | Facsimile: (202) 237-6131 |
| 7 | John F. Cove, Jr. #212213 |
| | (jcove@bsfllp.com) |
| 8 | Meredith R. Dearborn #268312 |
| | (mdearborn@bsfllp.com) |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | 1999 Harrison Street, Suite 900 |
| 10 | Oakland, CA 94612 |
| | Telephone: (510) 874-1000 |
| 11 | Facsimile: (510) 874-1460 |
| 12 | Robert A. Mittelstaedt #60359 |
| | (ramittelstaedt@jonesday.com |
| 13 | David C. Kiernan #215335 |
| | (dkiernan@jonesday.com) |
| 14 | JONES DAY |
| | 555 California Street, 26th Floor |
| 15 | San Francisco, CA  94104 |
| | Telephone:     (415) 626-3939 |
| 16 | Facsimile:     (415) 875-5700 |
| 17 | *Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Lead Case No.  C 05-00037 YGR [CLASS ACTION] |
| _____ | **NOTICE OF APPEARANCE FOR JOHN F. COVE, JR.** |
| **This Document Relates To:** | Judge:  Honorable Yvonne Gonzalez Rogers |
| **ALL ACTIONS** | |

NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT John F. Cove, Jr. (jcove@bsfllp.com) of Boies, Schiller & Flexner LLP hereby enters his appearance in the above-captioned matter as counsel for Defendant Apple Inc.

Dated: September 29, 2014                     BOIES, SCHILLER & FLEXNER LLP

By: /s/ John F. Cove, Jr.
    John F. Cove, Jr.

Counsel for Defendant APPLE INC.

NOTICE OF APPEARANCE