1  William A. Isaacson (wisaacson@bsfllp.com)
   (*Pro Hac Vice* application to be filed)
2  Karen L. Dunn (kdunn@bsfllp.com)
   (*Pro Hac Vice* application to be filed)
3  Martha L. Goodman (mgoodman@bsfllp.com)
   (*Pro Hac Vice* application to be filed)
4  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave, NW
5  Washington, DC 20015
   Telephone: (202) 237-2727
6  Facsimile: (202) 237-6131

7  John F. Cove, Jr. #212213
   (jcove@bsfllp.com)
8  Meredith R. Dearborn #268312
   (mdearborn@bsfllp.com)
9  BOIES, SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
10 Oakland, CA 94612
   Telephone: (510) 874-1000
11 Facsimile: (510) 874-1460

12 Robert A. Mittelstaedt #60359
   (ramittelstaedt@jonesday.com
13 David C. Kiernan #215335
   (dkiernan@jonesday.com)
14 JONES DAY
   555 California Street, 26th Floor
15 San Francisco, CA  94104
   Telephone:    (415) 626-3939
16 Facsimile:    (415) 875-5700

17 *Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** <br><br> _____ <br><br> **This Document Relates To:** <br><br> **ALL ACTIONS** | Lead Case No.  C 05-00037 YGR <br> [CLASS ACTION] <br><br> **NOTICE OF APPEARANCE FOR MEREDITH R. DEARBORN** <br><br> Judge:  Honorable Yvonne Gonzalez Rogers |

NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

     PLEASE TAKE NOTICE THAT Meredith R. Dearborn (mdearborn@bsfllp.com) of Boies, Schiller & Flexner LLP hereby enters her appearance in the above-captioned matter as counsel for Defendant Apple Inc.

Dated: September 29, 2014　　　　　　　　　BOIES, SCHILLER & FLEXNER LLP

　　　　　　　　　　　　　　　　　　　　　By: /s/ Meredith R. Dearborn
　　　　　　　　　　　　　　　　　　　　　　　　Meredith R. Dearborn
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant APPLE INC.