# JUROR QUESTIONNAIRE
Please **PRINT** your answers.

**TO BE COMPLETED BY ALL JURORS:**

**Name** _____**Age** _____ **Birthplace** _____

**Residence** _____ **Years** _____ **Prior Residence** _____**Years** _____
(City/Town)                                                                                  (City/Town)

**Education**:     Highest grade completed _____ Degrees _____

           College and/or vocational schools attended_____

           Areas of Study _____

**Occupation**:     Occupation/Position _____

           Employer and Length of Service _____

**Prior Occupation**: Occupation/Position _____

           Employer and Length of Service _____

**Current Status (Circle):**  Single (living alone or with other(s))   Married    Separated    Divorced    Widowed

**Occupation & Employer of Adults Living in Same Household**:_____
_____

**Children**:  Age(s) _____   Occupation (if employed) _____
_____

**Military Service or Law Enforcement Training:**     ☐ NO   ☐ YES

           If yes, describe:_____

**Prior Jury Duty**:  ☐ NO   ☐ YES    Number of times_____    Circle: State Court        Federal Court

           Date(s) of Service_____ Civil or criminal case(s) _____

           Did (all of) the jury(ies) reach a verdict?   ☐ NO   ☐ YES

I declare under penalty of perjury that the foregoing information is true and correct.

**Signature:**_____       **Date:** _____