# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 10/3/14 | **Time:** 9:00am-10:30am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 05-cv-00037-YGR | **Case Name:** The Apple iPod iTunes Antitrust Litigation | |

**Attorney for Plaintiff:** Bonny Sweeney; Francis (Frank) Balint;  Alexandra Bernay; Carmen Medici and Jennifer Caringal

**Attorney for Defendant:** William Isaacson; Karen Dunn; Amir Amiri; Martha Goodman; Meredith Dearborn and David Kiernan

**Deputy Clerk:** Frances Stone                **Court Reporter:** Raynee Mercado

# PROCEEDINGS

**CONFERENCE RE TRIAL PREPARATION- HELD**

**Pretrial Statement due 10/14/14.**

**Regarding Expert issues discussed on the record, Motion to be filed 10/7/14. Opposition filed 10/1414.  Parties to deliver 2 chambers copies on 10/15/14 as set forth in standing order.**

**The Tuesday, 10/28/14 Pretrial Conference is MOVED to Wednesday, 10/29/14 at 9:30am**

**Trial set for 10 days excluding jury selection.  Each side has 20 hours for trial including opening and closings.**

**Court to issue order.**

**Notes: Discussion re Administrative Motions to Seal; all to be refiled by Friday. No trial will be held on 11/26, 11/27 and 11/28. Discussion with counsel regarding Jury selection.**