William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION]<br><br>[PROPOSED] **ORDER GRANTING APPLE'S MOTIONS *IN LIMINE* NOS. 1–3, 7, & 8; MOTIONS TO STRIKE EXPERT TESTIMONY**<br><br>Date:   October 29, 2014<br>Time:  9:30 AM<br>Place:  Courtroom 1, 4th Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |

1  This matter came before the Court on October 29, 2014, for hearing on Defendant Apple
2  Inc.'s Motions *In Limine* Nos. 1-3, 7, & 8. Having considered the parties' submissions and for
3  good cause appearing,

4  IT IS HEREBY ORDERED:

5  **Motion No. 1:** Apple's motion to exclude all evidence, testimony, argument or references
6  by Plaintiffs intending to show that Apple could have or should have taken steps to aid third
7  parties in developing products that are interoperable with iPods is **GRANTED**. The Court also
8  strikes ¶¶ 43–48, 62, 69–70 73, 111, 112(6), 112(7), and 112(10) from the April 8, 2013 Expert
9  Report of David Martin (Docket Entry ("DE") 751-6), and the material identified by Apple from
10 pages 64–68 in the April 3, 2013 Declaration of Roger Noll (DE 740-14) .

11 **Motion No. 2:** Apple's motion to exclude all evidence, testimony, argument or references
12 by Plaintiffs to purported less restrictive alternatives to Apple's product decisions is **GRANTED**.
13 The Court also strikes ¶¶ 106–111 from the April 8, 2013 Expert Report of David Martin (DE 751-
14 6), and the material identified by Apple from page 63 in the April 3, 2013 Declaration of Roger
15 Noll (DE 740-14).

16 **Motion No. 3:** Apple's motion to exclude all evidence, testimony, argument or references
17 by Plaintiffs contrary to the Court's May 19, 2011 Order Granting In Part And Denying In Part
18 Defendant's Motion For Summary Judgment; Denying As Premature Plaintiffs' Motion For Class
19 Certification (DE 627) and its December 21, 2009, Order Decertifying Classes Without Prejudice
20 to Being Renewed; Inviting Further Motions (DE 303) is **GRANTED**. The Court also strikes ¶¶
21 42–70 from the April 8, 2013 Expert Report of David Martin (DE 751-6) and the material
22 identified by Apple from pages 64–68 in the April 3, 2013 Declaration of Roger Noll (DE 740-14),
23 and from pages 3–4 and 13–14 in the November 25, 2013 Rebuttal Declaration of Roger Noll (DE
24 740-14).

25 **Motion No. 7:** Apple's motion to exclude expert testimony regarding inferences of
26 RealNetworks's and Apple's intent is **GRANTED**. The Court also strikes ¶¶ 30, 47, 80–82, 94,

27
28

1

[PROPOSED] ORDER RE: APPLE'S MIL/MTS NOS. 1–3, 7, & 8          No. C 05-00037 YGR

1  100, 102, 103, 104, 105, 112(11), and 112(14) from the April 8, 2013 Expert Report of David
2  Martin (DE 751-6).

3  **Motion No. 8:** Apple's motion to exclude all evidence, testimony or argument relating to
4  alleged overcharges on the purchase of DRM-free replacement audio files from the iTunes Store is
5  **GRANTED**.  The Court also strikes the material identified by Apple from page 62 in the April 3,
6  2013 Declaration of Roger Noll (DE 740-14).

8  IT IS SO ORDERED.

10  Dated: October ___, 2014

11  Hon. Yvonne Gonzalez Rogers
    U.S. DISTRICT COURT JUDGE