William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>─────────────────────────<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION]<br><br>[PROPOSED] **ORDER GRANTING APPLE'S MOTIONS *IN LIMINE* NOS. 1–3, 7, & 8; MOTIONS TO STRIKE EXPERT TESTIMONY**<br><br>Date: October 29, 2014<br>Time: 9:30 AM<br>Place: Courtroom 1, 4th Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |

|   |   |
|---|---|
| 1 | This matter came before the Court on October 29, 2014, for hearing on Defendant Apple |
| 2 | Inc.'s Motions *In Limine* Nos. 1-3, 7, & 8.  Having considered the parties' submissions and for |
| 3 | good cause appearing, |
| 4 | IT IS HEREBY ORDERED: |
| 5 | **Motion No. 1:**  Apple's motion to exclude all evidence, testimony, argument or references |
| 6 | by Plaintiffs intending to show that Apple could have or should have taken steps to aid third |
| 7 | parties in developing products that are interoperable with iPods is **GRANTED**.  The Court also |
| 8 | strikes ¶¶ 43–48, 62, 69–70 73, 111, 112(6), 112(7), and 112(10) from the April 8, 2013 Expert |
| 9 | Report of David Martin (Docket Entry ("DE") 751-6), and the material identified by Apple from |
| 10 | pages 64–68 in the April 3, 2013 Declaration of Roger Noll (DE 740-14) . |
| 11 | **Motion No. 2:**  Apple's motion to exclude all evidence, testimony, argument or references |
| 12 | by Plaintiffs to purported less restrictive alternatives to Apple's product decisions is **GRANTED**. |
| 13 | The Court also strikes ¶¶ 106–111 from the April 8, 2013 Expert Report of David Martin (DE 751- |
| 14 | 6), and the material identified by Apple from page 63 in the April 3, 2013 Declaration of Roger |
| 15 | Noll (DE 740-14). |
| 16 | **Motion No. 3:**  Apple's motion to exclude all evidence, testimony, argument or references |
| 17 | by Plaintiffs contrary to the Court's May 19, 2011 Order Granting In Part And Denying In Part |
| 18 | Defendant's Motion For Summary Judgment; Denying As Premature Plaintiffs' Motion For Class |
| 19 | Certification (DE 627) and its December 21, 2009, Order Decertifying Classes Without Prejudice |
| 20 | to Being Renewed; Inviting Further Motions (DE 303) is **GRANTED**.  The Court also strikes ¶¶ |
| 21 | 42–70 from the April 8, 2013 Expert Report of David Martin (DE 751-6) and the material |
| 22 | identified by Apple from pages 64–68 in the April 3, 2013 Declaration of Roger Noll (DE 740-14), |
| 23 | and from pages 3–4 and 13–14 in the November 25, 2013 Rebuttal Declaration of Roger Noll (DE |
| 24 | 740-14). |
| 25 | **Motion No. 7:**  Apple's motion to exclude expert testimony regarding inferences of |
| 26 | RealNetworks's and Apple's intent is **GRANTED**.  The Court also strikes ¶¶ 30, 47, 80–82, 94, |
| 27 |   |
| 28 |   |

1

[PROPOSED] ORDER RE: APPLE'S MIL/MTS NOS. 1–3, 7, & 8                    No. C 05-00037 YGR

1  100, 102, 103, 104, 105, 112(11), and 112(14) from the April 8, 2013 Expert Report of David
2  Martin (DE 751-6).
3        **Motion No. 8:** Apple's motion to exclude all evidence, testimony or argument relating to
4  alleged overcharges on the purchase of DRM-free replacement audio files from the iTunes Store is
5  **GRANTED**.  The Court also strikes the material identified by Apple from page 62 in the April 3,
6  2013 Declaration of Roger Noll (DE 740-14).
7
8        IT IS SO ORDERED.
9
10 Dated: October ___, 2014
11                                                   Hon. Yvonne Gonzalez Rogers
                                                  U.S. DISTRICT COURT JUDGE