1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| | | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO ENFORCE THE COURT'S ORDERS |

975178_1

1  On October 3, 2014, the Court held a status conference in this action. At the status
2 conference, the parties confirmed that they had complied with the Court's pre-trial standing Order
3 regarding the exchange of motions *in limine*. Also during the conference, counsel for Apple sought
4 permission to turn one motion *in limine* into a motion to strike. The Court granted Apple's request
5 to file a single motion. This was memorialized in the Court's Pre-Trial Order No. 1.

6  On October 7, 2014 Apple filed two additional previously undisclosed motions *in limine* and
7 five motions to strike plaintiffs' expert testimony. ECF No. 804. On October 8, 2014, Plaintiffs
8 filed an administrative motion for relief seeking to have the Court disregard certain of Apple's
9 filings.

10  Based on Plaintiffs' motion, the Court's Standing Order, the discussion held on October 3,
11 2014 and the Court's Pre-Trial Order No. 1 (ECF No. 801), the Court finds Plaintiffs' motion well
12 taken.

13  Therefore the Court GRANTS Plaintiffs' request and terminates ECF No. 804. The Court
14 further ORDERS Apple to refile only the single motion that Apple's counsel requested to be
15 converted into a motion to strike relating to less restrictive alternatives, as stated on the record at the
16 October 3, 2014 hearing. No other deadlines as stated in Pre-Trial Order No. 1 (ECF No. 801) are
17 affected by this Order.

18  IT IS SO ORDERED.

19 DATED: _____     _____
                                    THE HON. YVONNE GONZALEZ ROGERS
20                                  UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28

975178_1  [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO ENFORCE THE
COURT'S ORDERS - C-05-00037-YGR                                                          - 1 -