UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** 10/9/14 | **Time:** 11:00am-11:02am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: 05-cv-00037-YGR | **Case Name:** The Apple iPod iTunes Anti-Trust Litigation | |

**Attorney for Plaintiff:** Alexandra Bernay
**Attorney for Defendant:** William Isaacson

**Deputy Clerk:** Frances Stone              **Court Reporter:** NOT REPORTED

PROCEEDINGS

**Telephone Conference- HELD**