# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTITRUST LITIGATION** | **Case No.: 05-CV-0037 YGR** |
| | **PRE-TRIAL ORDER NO. 2 RE UNTIMELY FILED MOTIONS *IN LIMINE*** |
| **This Order Relates to:** | |
| **All Actions** | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

On October 9, 2014, the Court held a very short telephonic conference call with the parties relative to Docket filings no. 804, Motion *in Limine* Nos. 1-3, 7, & 8, and Motions to Strike filed by Apple, Inc. and no. 806, Motion to Enforce the Court's Order filed by plaintiffs.

This Court's standing order with respect to civil trials at Section 4.a. requires:

> Any party wishing to have motions *in limine* heard prior to the commencement of trial must exchange (but not file or serve) the same no later than twenty-eight (28) days prior to the date set for the Pretrial Conference.

On August 13, 2014, this Court scheduled the Pretrial Conference for October 28, 2014 thus requiring that motions *in limine* be exchanged by September 30, 2014. The parties confirmed for the Court on October 3, 2014 at a pretrial conference that the motions had in fact been exchanged.

The Court's standing order at Section 4.a. and 4.b. next requires the parties to meet and confer on the motions to resolve disputes and then orders that only the unresolved motions should be filed with the Court.   Given the parties' representations that certain legal issues would likely require the Court to resolve certain of the motions, the Court modified the schedule with respect to certain of those motions effectively eliminating the meet and confer requirement.

On October 7, 2014, Apple filed the motion referenced above.  During the conference call with the parties, the Court solely asked about the exchange of motions.  Apple confirmed that Motion *in Limine* No. 7 and 8 had not been exchanged on September 30, 2014.  No further discussion or argument was allowed.  The Court notes that the styling of the motion as one "to strike" given the attempt to exclude specified testimony does not change the analysis.

Accordingly, Motion *in Limine* No. 7 and 8 are denied as untimely.  The parties are admonished to heed this Court's orders.

This terminates Docket Nos. 806 and a portion of 804.

**IT IS SO ORDERED**.

Date:  October 9, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**