1   Robert A. Mittelstaedt (State Bar No. 60359)
    ramittelstaedt@jonesday.com
2   Craig E. Stewart (State Bar No. 129530)
    cestewart@jonesday.com
3   David C. Kiernan (State Bar No. 215335)
    dkiernan@jonesday.com
4   Amir Q. Amiri (State Bar No. 271224)
    aamiri@jonesday.com
5   JONES DAY
    555 California Street, 26th Floor
6   San Francisco, CA 94104
    Telephone: (415) 626-3939
7   Facsimile: (415) 875-5700

9   Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTITRUST LITIGATION** | Case No.  C 05-00037-YGR |
| | [CLASS ACTION] |
| | **NOTICE OF FILING PUBLIC DOCUMENTS RE APPLE INC.'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 740) IN RESPONSE TO ORDER DENYING WITHOUT PREJUDICE MOTIONS TO SEAL (ECF NO. 789)** |
| | Honorable Yvonne Rogers Gonzalez |

On September 26, 2014, the Court entered an order (ECF No. 789) denying Apple Inc.'s administrative motion to seal various documents filed in connection with Apple's Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll (ECF No. 740) (hereafter "Motion for Summary Judgment").

On October 3, 2014, the parties appeared before the Court and explained that they were prepared to file the vast majority of documents that were previously lodged under seal in connection with Plaintiffs' *Daubert* filing, Apple's summary judgment filing, Plaintiffs' motion to strike, and Plaintiffs' pre-filing conference letter, publicly.  Accordingly, Apple hereby submits

the following documents which were the subject of Apple's previous administrative motion to seal (ECF No. 740) to comport with the Court's order and Apple's representations during the October 3, 2014 hearing:

- Apple's Motion for Summary Judgment;
- Apple's Separate Statement in Support of its Motion for Summary Judgment; and
- Exhibits 1-4 and 6-19 to the Declaration of Amir Amiri in Support of Apple's Motion for Summary Judgment (hereafter "Amiri Decl.").[1]  Though Apple previously filed Exhibits 1-2 and 12 to the Amiri Decl. publicly, (*see* ECF No. 739) Apple is attaching those exhibits hereto for the Court's convenience.

Dated:  October 9, 2014          JONES DAY

                                 By:    */s/ David C. Kiernan*
                                        David C. Kiernan

                                 Robert A. Mittelstaedt
                                 Craig E. Stewart
                                 David C. Kiernan
                                 Amir Q. Amiri
                                 555 California Street, 26th Floor
                                 San Francisco, CA  94104
                                 Telephone:  (415) 626-3939
                                 Facsimile:  (415) 875-5700

                                 *Attorneys for Defendant APPLE INC.*

SFI-620873915v1

---

[1] The Court denied Apple's sealing requests without prejudice, allowing Apple to file a renewed motion to seal more narrowly tailored portions of the documents.  Accordingly, Exhibit 5 of the Amiri Decl., which will be the subject of a renewed motion to seal, is not attached to this Notice of Filing Public Documents.