# Exhibit 10

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  OAKLAND DIVISION

4

5    _____

                                        )

6                                       )

     THE APPLE IPOD ITUNES ANTI-TRUST   )   No. C-05-0037 YGR

7    LITIGATION                         )

                                        )

8    _____)

9

10

11

12        VIDEOTAPED DEPOSITION OF ROGER G. NOLL

13             San Francisco, California

14             Thursday, May 16, 2013

15                   Volume 1

16

17

18

19

20

21   Reported by:

22   JENNIFER L. FURIA, RPR, CSR

23   CA License No. 8394

24   Job No. 1663538

25   PAGES 1 - 262

                                              Page 1

```
 1    it's specific to the specific generation class products

 2    and I -- if I have those correctly characterized through

 3    indicator variables in the regression, the improvement

 4    effect of those will be -- be accounted for in the

 5    regression.  And all -- the only incremental explanatory   09:47:20

 6    value power from the 7.0 variable will arise to the

 7    anticompetitive effect.

 8          Q   Give me an example.

 9              MS. SWEENEY:   Objection to form.

10              THE WITNESS:   That if -- if a particular         09:47:33

11    generation of an iPod was first released in September of

12    2006 there are technical attributes of that product.   I

13    have a bunch of indicator variables to indicate their

14    technological -- their functional characteristics.

15              Those will -- the -- the effect on price of      09:47:54

16    those technical characteristics would be accounted for

17    in those coefficients.   The -- all that's left for the

18    7.0 variable to take into account is things that were

19    not part of the functional characteristics of those

20    models.                                                    09:48:15

21    BY MR. MITTELSTAEDT:

22          Q   Okay, so what -- what indicator variables do

23    you have in your regressions that you say would account

24    for anything else that 7.0 did that's not allegedly

25    anticompetitive?                                           09:48:27
```

Page 30

1           A   Well, for example, the -- the -- the -- as

2      time has progressed, the -- the generations are

3      basically based on capacity changes.  And I have all

4      those capacity variables that are interactive with time.

5      Plus there's other functionality variables in there as      09:48:43

6      well.

7           Q   Okay, well, that's what I'm asking.

8           A   You know, like, Photo and all that -- those

9      things.  I mean there's four or five of them listed in

10     the regression.                                             09:48:52

11          Q   Okay.  I want to be specific on this.  Or I

12     want you to be specific.  So what indicator variables do

13     you have that you say would measure any aspect of 7.0

14     other than the -- the aspect that is alleged to be

15     anticompetitive?                                            09:49:09

16          A   Okay, if we -- if a new model of iPod is

17     introduced in September of 2006, then what's going to

18     happen?  Well, first of all, one of the -- those -- this

19     first list of variables will get turned on about

20     Classic, Mini, Shuffle.                                     09:49:24

21          Q   Yeah, I want to be on the same page with you,

22     so what page are you on?

23          A   At any of the -- anything in the appendix.

24          Q   I know, but just pick one, because you're

25     looking at one.  I just need to know what it is, that's     09:49:34

                                                         Page 31

1    all.

2         A   Okay, let's pick one that -- why don't we go

3    back and pick one that's actually used.  Hold on.

4         Okay, go to Exhibit 13.1.  "Reseller, sales,

5    log, regression, results, outliers excluded."          09:50:05

6         Okay.  So the first thing that would happen is

7    the whatever this -- the family the model is, like

8    Classic, Mini, Nano, Shuffle will get -- will get turned

9    on if it's one of those.  Then the capacity, the

10   appropriate capacity variable will get turned on.  And   09:50:24

11   typically as time goes through, the new models have more

12   capacity.

13        And then the interaction with that capacity

14   will get turned on.  And then way at the end there's

15   photo, video and photo.  Those may or may not get turned  09:50:40

16   on.  And then there will be something about the size.

17   And there will be something about the cost.

18        So all those variables will reflect all

19   the -- will -- will produce a unique combination of

20   those attributes that is applicable to that particular   09:51:07

21   model.

22        Q   My question focused on 7.0.

23        A   Yeah.  So when something is introduced after

24   the 7.0 update occurs, that product will have attributes

25   that are new.  And it will -- it will produce a          09:51:28

```
 1        Q   I'm asking you more in theory at this point.

 2   If 7.0 did something more than what you've just

 3   described --

 4        A   Like, for example?

 5        Q   -- and it's not captured in one of these          09:52:43

 6   variables that you just referred to, capacity, whether

 7   it's photo or video or the size or the cost,

 8   then -- then the coefficient for 7.0 would pick up that,

 9   right?

10        A   Like what?  I mean, I don't understand what       09:53:05

11   the -- what the 7.0 in principle could do.  What is it

12   in principle it could do?

13        Q   Anything that's not captured by one of your

14   other variables.  The effect of that would be captured

15   in your 7.0 variable, correct?  By definition.            09:53:22

16        A   So if you lick your iPod it tastes like wine?

17   Is that what 7.0 does, something like that?

18            I'm just -- I have no clue what you're talking

19   about, what it might be.  If there's some wonderful

20   attribute of iPods that cannot be obtained in any way     09:53:40

21   other than 7.0 and that component is in there, sure, it

22   would affect the price.  It would make the -- it would

23   make it more valuable, assuming it's unique, a unique

24   attribute that wasn't otherwise included, but I don't

25   know what it is and I've never seen anybody describe      09:53:57
```

Page 34

1    anything like is that.

2        Q   And -- this is the point of my question.  The

3    effect of that other attribute would be included in your

4    7.0 variable, correct?

5        A   If there was one, yes.                          09:54:11

6        Q   And what did you do, if anything, to determine

7    what 7.0 did over and above, as you put it, create the

8    incompatibility with Harmony?

9        A   I've read the technical expert's --

10       MS. SWEENEY:  Objection, asked and answered.        09:54:29

11       THE WITNESS:  I'm not the technical expert

12   about what's in 7.0.  I'm not neither your expert nor

13   the plaintiff's expert.  I relied upon their reports.

14   BY MR. MITTELSTAEDT:

15       Q   Did you read Apple's press release for 7.0?     09:54:38

16       A   Oh, at some point I've read it, yes.

17       Q   And did it say -- do you remember anything it

18   said on this topic?

19       A   Not sitting here, no.

20       Q   Is it accurate to say that your task was to     09:54:52

21   opine on whether 7.0 harmed competition in a market for

22   portable digital players and, if so, to opine on the

23   amount of damages to iPod purchasers from September 12,

24   2006 to March 31, 2009?

25       A   I was asked to do that, yes.                    09:55:23

                                                    Page 35

```
 1          A  Well, that's an interesting question.

 2    The -- the 7.0 -- the effect of 7.0 on prices is not

 3    necessarily limited to just the products that were sold

 4    that had 7.0 in them.

 5          Once 7.0 had been released, and because        10:09:52

 6    consumers would have the expectation that as products

 7    came along that they would, in fact, be incompatible

 8    with Harmony, so as I -- we went through this in the

 9    last deposition.

10          It's not obvious that the right way to measure  10:10:12

11    the effect of 7.0 is to focus exclusively on the

12    products that had 7.0 loaded on them as of September

13    2006, because consumers' attitudes about iPods and

14    their -- their -- and -- and their degree to which

15    they're going to get locked in would depend, would be  10:10:35

16    perceived as depending on, not only what 7.0 is doing

17    now, but what it's going to be doing in the future.

18          So that, you know, that that is a problem to

19    be overcome.  Having said that, this is supposed to be

20    products sold during the class period.  That's what it's 10:10:52

21    supposed to be.

22          Q  With 7.0 loaded into them as you say?

23          A  I think so, but I'm not certain sitting here.

24    I would have to check to find out.

25          Q  Okay.  What would be the reason for doing it  10:11:22
```

Page 46

1    I'm -- I'm going to have to check to be sure, but I

2    believe what's in -- in Exhibits 14 through 16 is all

3    the products that were sold during the class period as

4    opposed to just those that had 7.0 loaded on them.

5    BY MR. MITTELSTAEDT:                                    10:13:52

6        Q  Okay.  Let's take a break.

7        A  But I'm not certain of that.  And I'll have to

8    check to be sure.

9        Q  Okay.  Well, if -- do you remember what you

10   instructed Econ, Inc. to do in that respect?          10:14:01

11           MS. SWEENEY:  Objection, asked and answered.

12           THE WITNESS:  I think so, but I'm not

13   absolutely certain of it, because I just -- I've just

14   had --

15   BY MR. MITTELSTAEDT:                                   10:14:13

16       Q  Well, what's your best recollection of what

17   you instructed --

18       A  My best recollection is that it's supposed to

19   be the ones that had 7.0 on them, but I'm not certain of

20   that.                                                  10:14:21

21       Q  Okay.  And what would be the rationale for

22   doing it that way?

23           MS. SWEENEY:  Objection, vague and ambiguous.

24           THE WITNESS:  If you did it only for the ones

25   that had 7.0 on them, it would be because you thought   10:14:29

Page 48

 1      that the effect was limited to just the products that

 2      had 7.0 loaded.

 3              If you, instead, did it for all products, it

 4      was because you thought that the most important effect

 5      was knocking Harmony out of the market.  And I -- I        10:14:45

 6      think that the latter is actually correct, but I may

 7      have told them to do the former.  I just don't remember.

 8              I think knocking Harmony out of the market is

 9      the key event and -- and causing -- causing RealNetworks

10      longer to try to compete to sell music to play on iPods   10:15:03

11      is the -- is -- is the market-defining event from the

12      standpoint of what the pricing strategy of portable

13      digital media players would be.

14              So I think that's the right way to do it, but

15      I'm not sure that's exactly what I asked them to do,       10:15:18

16      because I -- or they understood that that's what I asked

17      them to do.

18      BY MR. MITTELSTAEDT:

19          Q  In -- in this report did you do any analysis

20      or do you present any analysis of which one of those is   10:15:26

21      the right way to do it?

22          A  I think I -- I do talk about knocking Harmony

23      out of the market here, yes.

24          Q  But -- but specifically as to whether the

25      damages model should include models that don't have 7.0   10:15:46

                                                        Page 49

1    effect.

2        Q   And what I'm asking is why would there --

3    under what circumstances, precisely as you can, would

4    you expect to see a continuing effect of 4.7 even after

5    Harmony's relaunched?                                10:53:16

6            MS. SWEENEY:  Objection, vague and ambiguous.

7            THE WITNESS:  Consumer expectations about the

8    durability of the relaunch.  About whether if I -- if I

9    actually use Harmony and buy a bunch of songs from

10   RealNetworks, from Rhapsody, am I going to be stuck six   10:53:30

11   months from now with them not working because it will be

12   disabled again.

13   BY MR. MITTELSTAEDT:

14       Q   And could that consumer expectation continue

15   even after 7.0 is issued?                            10:53:42

16       A   Exactly, it could.  And that's -- that's

17   precisely right.  7.0, you know, could -- could, in

18   fact, have, you know, a similar story to it.  But, in

19   fact, 7.0 was never undone, so we can't test that

20   hypothosis.                                          10:54:04

21       Q   What I mean is could the consumer expectation

22   created by 4.7 continue after 7.0 is issued?

23       A   It could in principle, yes.

24       Q   And under what circumstance would you expect

25   to see a continuing expectation created by 4.7 after 7.0   10:54:19

                                                    Page 68

 1    is issued?

 2         A   It would -- well, the effect of 7.0 is going

 3    to be what was it like before 7.0 was -- 7.0 was

 4    launched and what is it like afterwards, okay.  And so,

 5    again, it's an empirical question whether -- what        10:54:45

 6    people's state of mind was prior to the launch of 7.0.

 7    I don't --

 8         Q   Well, what I'm asking is if you -- if you did

 9    the test, the regression, and you saw there was a

10    continuing effect of 4.7 after 7.0, what theory would    10:54:58

11    explain that?  The same one we've been talking about,

12    consumer expectation?

13         A   Yeah.  I mean the issue is how are people's

14    attitudes about Har -- remember, it's important to keep

15    our eye on the ball.  What we're interested in is what's  10:55:30

16    happening to the market for iPods.  And the market for

17    iPods is going to be enhanced regardless if there

18    were -- was anybody out there using Harmony and all of a

19    sudden they can't, all right.  That -- that market

20    effect is still going to be there regardless of what     10:55:49

21    expectations were.

22              The way expectations work here is whether

23    someone would want to actually -- would actually buy an

24    iPod with the expectation they were going to be able to

25    use Harmony indefinitely on iPods.  And if they had that  10:56:05

                                                    Page 69

1    expectation then 4.7 would have gone away entirely

2    within shortly after Harmony was relaunched.  If they

3    didn't believe that, then it wouldn't -- it wouldn't

4    have all completely gone away and it would have had some

5    residual effect at the time that 7.0 was lunched.        10:56:27

6         Q   And under that approach how long would that

7    residual effect last after 7.0, residual effect from

8    4.7?

9         MS. SWEENEY:  Objection, vague and ambiguous

10   and incomplete.                                          10:56:38

11        THE WITNESS:  Again, there's no way to know

12   except empirically to find out.

13   BY MR. MITTELSTAEDT:

14        Q   What would be the theory that would explain

15   that; just what you gave?                                10:56:45

16        A   Yeah.

17        Q   The consumer expectation point?

18        A   Is it okay if I take a two-minute break?  Just

19   one sec, I'll be right back.

20        Q   Yes, sir.                                       10:56:53

21        Off the record.

22        THE VIDEOGRAPHER:  Off the record 10:57 a.m.

23        (Recess.)

24   BY MR. MITTELSTAEDT:

25        Q   Okay.  Just to complete that, what I asked      10:59:00

                                                  Page 70

```
 1          A   No.  It was -- no, what I -- it was

 2     single-digit percentage.

 3          Q   In August of 2006 what was RealNetworks --

 4          A   Well, I don't have them memorized.

 5          Q   -- music share?                          11:12:18

 6          A   A few percent.  I don't remember the exact

 7     number.

 8          Q   Less than three?

 9          A   Well, it changed.  It roughly doubled at that

10     time and I -- from what to what I don't remember.   11:12:31

11          Q   Okay.  Roughly doubled when and because of?

12          A   Two to four, three to six.  Something on that

13     order of magnitude.

14          Q   Doubled during what time period?

15          A   In late 2006.                            11:12:41

16          Q   You're not talking about the original Harmony

17     in July 2004, are you?

18          A   Oh, excuse me.  I'm sorry.  2004 that's -- I

19     am thinking of 2004, yes.

20          Q   Okay.  So now, if you would, focus on --   11:12:53

21          A   Yeah, I don't remember.

22          Q   -- just before 7.0 in August of 2006, what was

23     RealNetworks' market share?

24          A   Again, single digit percentages, but I don't

25     remember the exact number.  I -- I it's been too long  11:13:07
```

Page 80

1    since I looked at that.

2        Q   But less than five?

3        A   Yeah.  In that -- single-digit percent.  I

4    don't remember the exact number.  I know that it was

5    small, yes.                                         11:13:17

6        Q   And does the size of RealNetworks' market

7    share, would you expect that to have some impact on the

8    degree to which it impacted iPod demand under your

9    theory if there was any impact at all?

10       A   If there was an impact it is the fraction of    11:13:38

11   people who used Harmony to play stuff on an iPod.

12   They're the ones whose demand became elastic.

13       Q   And then your next variable, going back to

14   13.2, is ITMS all DRM-Free.  Why did you include that

15   variable?                                           11:14:04

16       A   Well, because the -- the main vehicle for the

17   lock-in effect on the Apple side is using Fair Play and

18   when Apple stops using Fair Play on ITS, then anything

19   you buy from ITS from that point on can play on

20   anything.  So you're no longer locked into an iPod if    11:14:27

21   you buy your music from ITS, so that -- that strikes me

22   as a big deal.  A very important deal.

23       Q   And under your analysis what impact did that

24   have on iPod pricing?

25       A   It caused them to go down.                  11:14:49

                                                      Page 81

```
 1   after 7.0?

 2        MS. SWEENEY:  Objection to form, vague and

 3   ambiguous, compound.

 4        THE WITNESS:  I have no idea what you're --

 5   what you're talking about.                        11:59:43

 6        Yes, there are people who are willing to pay a

 7   premium for an iPod and switching costs are one reason

 8   why they might be willing to pay a premium.  Just being

 9   in love with Apple is another reason.  And then there

10   are other people who are at the margin, who plus or    11:59:54

11   minus ten percent in price, can affect their decision.

12   And it's the latter that determine pricing and the

13   extent of competition among brands of portable digital

14   media players.

15   BY MR. MITTELSTAEDT:                               12:00:10

16       Q  Okay.  And how many people fit that profile of

17   being at the margin where their purchase decision

18   changed from a non-iPod to an iPod because of 7.0?  How

19   many people are in that category?

20       A  We have no way of knowing that.              12:00:24

21       Q  Is it -- is it ten people or 10,000?

22       A  We have no way of knowing what the number is.

23   All we observe is the actual pricing behavior and the

24   implicit change in the elasticity of demand.

25            We're talking about a fairly small fraction   12:00:36
```

Page 107

```
 1    from one to thousands?

 2         A   Right.

 3         Q   Okay.  And when you say thousands, what do you

 4    mean?

 5         A   What is there about thousands you don't        12:10:14

 6    understand?

 7         Q   One thousand, ten thousand?

 8         A   Yeah, a few thousand.

 9         Q   A thousand thousands?

10         A   Well, let's go back to what the story is here.  12:10:21

11    The number -- the number of daily sales of iPods is --

12    you know, I don't know what the number is.  Maybe tens

13    of thousands a day, something like that.  And it could

14    be, you know, one or two percent of that would be the

15    upper bound.                                            12:10:45

16         Q   So a couple thousand?

17         A   Yeah.

18         Q   Okay.  Do you have any information or any

19    estimate on how many iPod users bought music from

20    RealNetworks?                                           12:11:05

21         MS. SWEENEY:  Objection.  I think that was

22    already asked and answered.

23         THE WITNESS:  No.

24    BY MR. MITTELSTAEDT:

25         Q   Let's turn to music prices.  What -- what      12:11:21
```

Page 116

1

2

3

4          I, Jennifer L. Furia, holding CSR License No.

5    8394, a Certified Shorthand Reporter, licensed by the

6    State of California, hereby certify:

7          That the foregoing proceedings were taken

8    before me at the time and place herein set forth; that

9    any witnesses in the foregoing proceedings, prior to

10   testifying, were placed under oath; that a verbatim

11   record of the proceedings was made by me using machine

12   shorthand which was thereafter transcribed by me or

13   under my direction; further, that the foregoing is an

14   accurate transcription thereof.

15         I further certify I am neither financially

16   interested in the action, nor a relative or an employee

17   of any attorney or party to this action.

18         IN WITNESS WHEREOF, I have on this date

19   subscribed my name.

20

21   Dated:  6/3/2013

22

23              _____

                JENNIFER L. FURIA
                Certified Shorthand Reporter
24              California License No. 8394

25

                                        Page 262

# Exhibit 11

**Confidential - Attorneys' Eyes Only**

**Roger Noll, Ph.D.**                    **The Apple iPod iTunes Anti-Trust Litigation**

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                   OAKLAND DIVISION

 4

 5   THE APPLE iPOD iTUNES          Lead Case No. C 05-00037
     ANTI-TRUST LITIGATION
 6

 7   _____

 8   This Document Relates To:

 9   ALL ACTIONS

10   _____

11

12

13

14          CONFIDENTIAL - ATTORNEYS' EYES ONLY

15      VIDEOTAPED DEPOSITION OF ROGER G. NOLL, PH.D.

16            Wednesday, December 18, 2013

17               Palo Alto, California

18

19

20

21

22

23   Reported by:
     Darcy J. Brokaw
24   RPR, CRR, CSR No. 12584

25   Job No. 10008944
```

Roger Noll, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

```
 1   regression are correlated within a particular group
 2   and you don't do anything to correct for that, what
 3   would be the impact on the reported standard errors?
 4              MS. BERNAY:  Objection.  Vague and
 5   ambiguous.
 6              THE WITNESS:  I didn't completely follow
 7   the question.  Ask it again.
 8   BY MR. KIERNAN:
 9       Q.  If the residual errors in the regression
10   are correlated within a particular group and you
11   don't do anything to correct for that, what would be
12   the impact on the reported standard errors?
13              MS. BERNAY:  Same objection.
14              THE WITNESS:  It could be either way.  It
15   could make them higher or it could make them lower,
16   depending on the nature of the correlation.
17   BY MR. KIERNAN:
18       Q.  And why would it impact the reported
19   standard errors?
20       A.  Well, it's all built up in the -- in the
21   nature of the assumptions one makes in doing a
22   regression analysis, which is an independence of the
23   standard errors.  And if the standard errors -- if
24   the -- if the random shock that is --
25              (Reporter inquires.)
```

**Confidential - Attorneys' Eyes Only**

1          THE WITNESS:  If the random shock that is

2    in the regression equation does not satisfy the

3    independence assumption, then the effect on the

4    standard errors of the coefficients could be either

5    to elevate them or to reduce them, depending on the

6    nature of the violation of the independence

7    assumption.

8    BY MR. KIERNAN:

9          **Q.  Okay.  And are there standard statistical**

10   **tests to test whether the residual errors are**

11   **correlated within a particular group?**

12          MS. BERNAY:  Objection.  Vague.

13          THE WITNESS:  There are many such tests

14   and many such corrections.  But the effect is -- the

15   existence of even statistically significant

16   correlations is small unless those correlations are

17   high.  All right.

18          So the corrections for autocorrelation of

19   residuals are not something that actually matters in

20   the vast majority of cases because the -- it's

21   almost never the case there's no correlation in

22   residual errors, but it's almost never the case that

23   making a correction for the auto- -- the correlation

24   that does exist matters in terms of the regression.

25          It's also the case here that we're not

**www.aptusCR.com**

**Confidential - Attorneys' Eyes Only**

**Roger Noll, Ph.D.**                    **The Apple iPod iTunes Anti-Trust Litigation**

1   talking about a source of bias in the coefficients.

2   We're talking about a source of bias in the

3   estimated statistical significance, the --

4   BY MR. KIERNAN:

5        **Q.   The standard errors?**

6        A.   Yeah, the values of the -- the expected

7   value of the regression coefficients is not

8   affected.

9        **Q.   The coefficients aren't affected, but the**

10  **calculations of the standard errors are affected?**

11       A.   Right, the calculations of the standard

12  errors are affected, but the -- but the estimated

13  effect of the independent variable is the same, the

14  expected estimated effect.

15       **Q.   And if the residual errors are correlated**

16  **within a particular group, the standard errors could**

17  **either be overstated or understated?**

18       A.   Yes.

19       **Q.   Without a correction?**

20       A.   They could be.  Although, again, the --

21  it's not -- it's not a dichotomous issue.  They --

22  A, they may be affected, and B, the magnitude of the

23  effect depends on the exact conditions.

24       **Q.   And to know the magnitude of effect, you'd**

25  **have to test it, you'd have to run one of the**

1    that -- that's a good way to see if there's positive

2    error correlation, but it's not a good way to see if

3    there's negative error correlation.

4            And the second point is that the nature of

5    the error correlation may be that it's dependent on

6    particular combinations of variables; and that one,

7    the standard tests wouldn't even tell you that it

8    exists.

9        **Q.   In this case, did you do anything to check**

10   **whether the residual errors in your regression set**

11   **forth in Exhibits 3A and 3B to Noll 10 are**

12   **correlated with any particular group?**

13           MS. BERNAY:  Objection.  Vague and

14   ambiguous.

15           THE WITNESS:  What do you mean by "group"?

16   BY MR. KIERNAN:

17       **Q.   Within any group.**

18       A.   What do you mean, "a group"?  I don't

19   understand what you mean by a group.

20       **Q.   We've been using group for the last ten**

21   **minutes.**

22           MS. BERNAY:  Objection.  Argumentative.

23   BY MR. KIERNAN:

24       **Q.   Same group that you've -- the same group**

25   **that you've been referring to.**

```
 1          A.  I didn't refer to a group.  I don't know

 2    what you're talking about.  I know I fully

 3    intended --

 4          Q.  You used the term "cluster" --

 5              (Reporter admonishes.)

 6    BY MR. KIERNAN:

 7          Q   You used the word cluster, within a

 8    cluster.

 9          A.  I don't agree that there are any clusters

10    here.

11              MS. BERNAY:  Objection.

12    BY MR. KIERNAN:

13          Q.  That's not my question, Dr. Noll.  I asked

14    you, did you do anything to check whether the

15    residual errors in your regressions set forth in

16    Exhibit 3A and 3B are correlated within any cluster

17    or group?

18              MS. BERNAY:  Objection.  Asked and

19    answered.

20              THE WITNESS:  I don't know what you mean

21    by a group.  And you used the word "or," and I don't

22    believe there are any clusters.  So how can I test

23    for something when I don't -- I think it either

24    doesn't exist or I don't understand what you're

25    asking?
```

**Confidential - Attorneys' Eyes Only**

Roger Noll, Ph.D.                          The Apple iPod iTunes Anti-Trust Litigation

1        What is it you're asking?  Can't you just

2  give me an example of what you mean by a group, and

3  then we won't have to discuss it?

4  BY MR. KIERNAN:

5        **Q.  So you don't understand the question?**

6        A.  I don't understand what you mean by a

7  group, no.  I don't know what you have in mind.

8        **Q.  And you don't know what I mean by cluster?**

9            MS. BERNAY:  Objection --

10           THE WITNESS:  I know what you mean by a

11  cluster, and there aren't any in this particular

12  regression.

13  BY MR. KIERNAN:

14       **Q.  How do you know?**

15       A.  Because I know what cluster analysis is,

16  and it doesn't apply to this regression because this

17  isn't a sample.

18       **Q.  What did you do to determine if there were**

19  **clusters?  What statistical tests did you apply?**

20           MS. BERNAY:  Objection.

21           THE WITNESS:  I looked at the definition

22  of a cluster, and it doesn't apply to anything in

23  this regression.  I know -- I know what cluster

24  analysis is, and it doesn't apply to this

25  regression, notwithstanding what many of your

**Page 29**

1    experts have said.  They're just not right.

2    BY MR. KIERNAN:

3          **Q.  Anything else other than looking at a**

4    **definition?**

5                MS. BERNAY:  Objection.  Argumentative.

6                THE WITNESS:  I know -- the report, about

7    a third of this report is about what cluster

8    analysis is and what kinds of problems you apply to

9    it and why this isn't a cluster sample problem.  All

10   right.

11               So, yes, there it is.  I've cited articles

12   in the professional literature of which I not only

13   have read, but I actually know what they do.  I have

14   taught this stuff.  So I know what I'm talking

15   about.  And there's references here.  It's not that

16   I just read a definition and decided that something

17   didn't apply.

18               But I know, just from knowing what cluster

19   analysis is, that it doesn't apply here.

20   BY MR. KIERNAN:

21         **Q.  You just know it when you see it?**

22               MS. BERNAY:  Objection.  Argumentative,

23   misstates his prior testimony.

24               Come on, David.

25               THE WITNESS:  That's complete nonsense.

1   There is --

2   BY MR. KIERNAN:

3        Q.  I'm just trying to understand what you did

4   other than reading some books to determine if there

5   are clusters in the case.

6              MS. BERNAY:  Objection.  Argumentative.

7              THE WITNESS:  There is no such thing as a

8   test for whether you ought to use cluster analysis

9   in a regression that doesn't satisfy the conditions

10  for clustering.

11  BY MR. KIERNAN:

12       Q.  Okay.  That's what you teach your

13  students?

14             MS. BERNAY:  Objection.  Argumentative.

15             THE WITNESS:  Of course it is.

16  BY MR. KIERNAN:

17       Q.  On page 34 of Noll 10 -- let me know when

18  you get there.

19       A.  I'm there.

20       Q.  The first paragraph, the last third, you

21  state that "Professors Murphy and Topel do not test

22  whether the mean residual errors from this procedure

23  are statistically significantly different from zero,

24  which would have to be the case if the errors within

25  a cluster are correlated."

1    A.  Yes.

2    **Q.  Did you perform that analysis?**

3    A.  No, because I don't believe there are

4   clusters.  The premise of that paragraph is if you

5   assume a cluster analysis is appropriate, here's

6   something you do.  And they didn't do it.  But I

7   don't think you should even do that because it's not

8   a cluster sample problem.

9    **Q.  If it turns out that within a group,**

10   **within a cluster -- we can use the one defined by**

11   **Professors Murphy and Topel -- the mean residual**

12   **errors are statistically significantly different**

13   **from zero, what would that tell you?**

14   A.  Nothing.

15   **Q.  Why not?**

16   A.  Because as I said before, you only get

17  that far if you have a cluster sampling problem, and

18  we don't have a cluster sampling problem.  So

19  there's no point in testing for cluster, the

20  presence of clustering effects if you don't have a

21  cluster to begin with.

22       This is a paragraph written on if there --

23  if it were a sample -- if the way I had done the

24  analysis was to sample some transactions according

25  to a subset of the models of iPods that were out

1  could get still get a high squared with a very small

2  subset getting big prediction errors.

3          (Reporter inquires.)

4          THE WITNESS:  You can have a high

5  R-squared in a regression and still have a group of

6  predictions that were -- where the prediction error

7  is large.  And then you would -- you would still

8  want to address whether that group -- you had some

9  omitted variable for that group or something.

10         But again, that's not really likely to

11 happen if you already have group identifiers.  See,

12 again, the -- by definition, if you have group

13 identifiers, the residual error within that group is

14 going to be zero.  The mean residual error is going

15 to be zero, because that's what regression analysis

16 does.

17         So that's why, for example, the most

18 conventional solution to cluster problems is to use

19 group identifiers, indicator variables, to get the

20 mean of those residual errors for each group to

21 zero.

22 BY MR. KIERNAN:

23     **Q.  In this case, did you perform any**

24 **statistical test to determine or to test your**

25 **independence assumption?**

1          MS. BERNAY:  Objection.  Asked and

2    answered.

3          THE WITNESS:  I have -- I have not

4    performed a test of the independence assumption as

5    you've put it in that way, no.  It would be

6    unnecessary, because there are no groups with

7    outlying residual errors in the R-squared spot.  And

8    by definition, the mean residual errors by group are

9    going to be zero.

10   BY MR. KIERNAN:

11        **Q.  And if statistical tests show that mean**

12   **residual errors within groups are correlated, that**

13   **does not affect your analysis or any of your**

14   **opinions in any way?**

15          MS. BERNAY:  Objection.  Calls for

16   speculation.

17          THE WITNESS:  It might or it might not,

18   depending on what the reason for finding that

19   correlation was, that statistically significant

20   correlation was.  It would purely depend on the way

21   the test was performed and the way the groups were

22   created and the way the residual errors were

23   calculated.  All right.  That's what it would depend

24   on.

25   ///

1   understand it.

2        **Q.  Well, yeah, okay.**

3            MR. KIERNAN:  Move to strike the last

4   part.

5   BY MR. KIERNAN:

6        **Q.  So the new iPod owners includes both**

7   **purchasers of iPods with 7.0 and iPods without 7.0?**

8        A.  To differing degrees, yes.

9        **Q.  Okay.  And in the rest of the paragraph,**

10  **you state that the "lock-in would not have affected**

11  **the demand for subsequent iPods for a long period**

12  **because these purchasers would not soon make**

13  **repurchase decisions."**

14          **What's the basis for that?**

15       A.  That it's information we have about how

16  long people own electronic devices.  They don't buy

17  a new electronic device with the same frequency they

18  buy music.

19       **Q.  And that's the 18-month to two-year period**

20  **that you referred to in your initial merits report?**

21       A.  I think that's those -- I don't remember

22  from memory, but that sounds about right as to

23  frequency of repurchase of iPods.

24       **Q.  Okay.**

25       A.  The mean frequency.  Some are more, some

1  are buying replacement iPods are the -- what this is

2  about is the fact that it's mainly people who are

3  buying replacement iPods that experience the

4  immediate effect of lock-in.  They are, to some

5  degree, locked in.  And the point of Harmony was to

6  reduce the degree to which existing users of iPods

7  were locked in.

8  BY MR. KIERNAN:

9        Q.  Okay.  And I think I'm following you now,

10  Dr. Noll.  When you're referring to "new iPod

11  purchasers" in the last paragraph on page 27, you're

12  referring to customers who did not own an iPod

13  before that time?

14        A.  Yes.  This is new purchasers.  This is not

15  replacement purchasers.

16        Q.  Okay.  And for a new purchaser in late

17  2006, your opinion is for most of the damages

18  period, they would not be an important factor

19  affecting iPod prices because they wouldn't purchase

20  a replacement for the 18- to 24-month period?

21        A.  The -- yeah.  Of course, it's not

22  dichotomous, it's continuous.  Their importance

23  grows through time.  But initially, it would not be

24  important because you don't replace your iPod every

25  month.  All right.  So it would take a while before

1  you start to see an effect.

2        There would be other things happening that

3  would cause it to have some effect on demand, like

4  multiple iPods within the same family unit that want

5  access to the same music, things like that.

6        But the main immediate effect of lock-in

7  is the existing or established base.  It's not the

8  new people.  And the new people would just gradually

9  through time get added to the people who are

10  affected by lock-in in terms of their effect on the

11  demand for iPods.

12        MR. KIERNAN:  Let's just take a short

13  break.

14        THE VIDEOGRAPHER:  Off the record at

15  10:05.

16        (A brief recess was taken.)

17        THE VIDEOGRAPHER:  On the record at 10:18.

18  BY MR. KIERNAN:

19      **Q.  In the regression that is in Exhibits 3A**

20  **and 3B to Noll 10, you turn on the dummy variable**

21  **for 7.0 at different times for different models; is**

22  **that right?**

23        A.  Well, the indicator is on for a model that

24  has 7.0 on it.  So anything that was released after

25  the first date would have it, quote, turned on,

1   BY MR. KIERNAN:

2       Q.  So the existing Harmony sales -- the sales

3   from Harmony that already have completed, they will

4   continue to impact the price of models that did not

5   have 7.0?

6            MS. BERNAY:  Objection.  Vague and

7   ambiguous.

8            THE WITNESS:  Yes.  I mean, the -- first

9   of all, Harmony isn't sales.  All right.  But

10  Harmony is out there on people's computers, and it

11  can still be used to load songs onto devices

12  regardless of whether RealNetworks continues to

13  distribute it.  It's still out there, so it would

14  still continue to affect people, people's behavior.

15  BY MR. KIERNAN:

16      Q.  Would you expect that by including 7.0 on,

17  let's say, the iPod nano second generation, in

18  September of 2006, would cause any customers to

19  purchase iPod shuffles or iPod classics, any models

20  that did not have 7.0?  Would it shift demand?

21           MS. BERNAY:  Objection.  Calls for

22  speculation.

23           THE WITNESS:  I'm not -- would the

24  existence of 7.0 on what?

25  ///

1    BY MR. KIERNAN:

2        **Q.   On the iPod nano second generation --**

3        A.   Okay.

4        **Q.   -- that was released in September 2006?**

5        A.   Right.   Would that cause what?   A shift in

6    demand for what?

7        **Q.   For iPod shuffles or classics or any**

8    **models of iPods that didn't include 7.0.**

9        A.   It might, but that's the source of

10   underestimate of demand, all right, of damages, is

11   that if there were a shift in demand for other

12   devices, then the measured difference in price

13   between those with 7.0 and those without it would be

14   smaller.

15        And there would be some damages, sort of

16   secondary-effect damages to people who bought things

17   without 7.0 on them because -- if there was such a

18   price effect.   All right.   So -- and the magnitude

19   of the understatement of damages is essentially

20   determined by the degree of cross-elasticity of

21   demand between those with 7.0 and those without it.

22       **Q.   Did you do anything to determine whether**

23   **or not 7.0 impacted the demand for iPods that did**

24   **not contain 7.0?**

25            MS. BERNAY:   Objection.

1   would be another anticompetitive effect of 7.0

2   because the consumers who bought those things were

3   harmed.  But I have basically assumed that's zero

4   because I think the supply conditions in the MP3

5   market would not make it possible for anybody to

6   sustain a significant price increase in that market

7   just because of 7.0.

8   BY MR. KIERNAN:

9        **Q.  Okay.  And is your opinion, Dr. Noll, that**

10   **the impact on prices caused by 7.0 would be**

11   **immediate because of the lock-out effect?**

12        A.  Yes.

13        **Q.  Okay.  And why is that?  Why would it be**

14   **immediate?**

15        A.  Because there's this group of people,

16   there's just a continuous flow of people who want to

17   replace an MP3 player that were available to Apple

18   before 7.0 was introduced and for at least some

19   models are not available to them afterwards.

20        **Q.  And can you cite to me any evidence in the**

21   **case record in the case where Apple considered what**

22   **you just described as the lock-out effect in**

23   **determining the prices of any iPods that were sold**

24   **with iTunes 7.0?**

25             MS. BERNAY:  Objection.  Vague and

1    ambiguous.

2           THE WITNESS:  I'm not aware of any

3    documents that directly address the relationship

4    between lock-in and price.

5    BY MR. KIERNAN:

6        **Q.  I asked about lock-out.  Let's talk about**

7    **that.**

8        A.  Lock-out.  They're the same thing.  I

9    mean, one side being locked in is the other side

10   being locked out.

11          So I'm not aware of any documents that

12   explicitly analyze lock-in and lock-out.

13       **Q.  Okay.  So what are you relying on for the**

14   **basis of your opinion that the impact on price would**

15   **be immediate due to lock-in or lock-out as a result**

16   **of 7.0?**

17       A.  It would -- why a demand curve becomes

18   more inelastic is not really relevant to the

19   question of what is an increase in the degree of

20   inelasticity of the demand curve on price.  There's

21   no -- it doesn't matter what the cause is.  If the

22   demand curve becomes more inelastic, the profit

23   maximizing price goes up.

24          (Reporter inquires.)

25          THE WITNESS:  The profit maximizing price

1   goes up.

2          And so the basis for it is the economic

3   theory of lock-in, the optimal pricing of a firm

4   that has a product with lock-in and other switching

5   costs, and then the empirical test of whether that

6   theory predicts what actually happened.

7   BY MR. KIERNAN:

8          **Q.  But the impact of 7.0 on the elasticity of**

9   **demand wouldn't be known by Apple until sometime**

10  **after the release of 7.0, correct?**

11         A.  I don't know that.  I assume that they

12  know what they're doing, that they --

13         **Q.  Have you seen any -- can you cite to me**

14  **any evidence that Apple, when determining the price**

15  **of iPods that included 7.0, examined the impact of**

16  **7.0 on the elasticity of demand?**

17             MS. BERNAY:  Objection.  Vague.

18             THE WITNESS:  No.  But I know that -- I

19  know that Apple is aware of the economic

20  consequences of closed systems.

21  BY MR. KIERNAN:

22         **Q.  What are you relying on for that?**

23         A.  Statements, you know, in other contexts.

24  I mean, long before I knew anything about this case,

25  I knew the strategies of Microsoft and Apple in the

1    information technology space.  And then there's

2    discussions of this in Jobs' biography.

3              So, I mean, I'm not relying on it in this

4    case, but I know that Apple is aware of the

5    advantages and disadvantages of having a closed

6    system.  And they have -- they have had the strategy

7    for a long time, since the 1990s, that for them, the

8    benefits of a closed system outweigh the costs.

9              So I view what's going on in the iPods as

10   simply a continuation of a policy that they

11   understood and thought was in their interests.

12        **Q.  Okay.  And can you cite to any evidence in**

13   **the case record in this case that supports what you**

14   **just said?**

15        A.  I don't recall ever having seen a specific

16   application of the walled-garden theory of

17   complimentary products to 7.0.  I don't know that

18   there's any document that says that.  I don't think

19   there is, but I don't know.

20        **Q.  Okay.  Did you look to see if there was**

21   **any evidence that Apple took into account or**

22   **examined the expected impact of 7.0 when determining**

23   **the prices for iPods released in September 2006 that**

24   **included 7.0?**

25              MS. BERNAY:  Objection.  Vague and

```
 1   ambiguous.

 2           THE  WITNESS:   I'm  not  aware  of  any

 3   documents  that  say  anything  about  that  one  way  or

 4   the  other.

 5   BY  MR.  KIERNAN:

 6       Q.   And,  Dr.  Noll,  what  evidence  are  you

 7   relying  on  for  your  opinion  that  7.0  had  an

 8   immediate  impact  on  the  elasticity  of  demand  for

 9   iPods?

10           MS.  BERNAY:   Objection.   Asked  and

11   answered.

12           THE  WITNESS:   There's  a  theory,  and

13   there's  an  empirical  test  of  the  theory,  and  it's

14   confirmed.   So  that's  what  we  economists  do.

15   BY  MR.  KIERNAN:

16       Q.   And  what's  the  empirical  test  that  you're

17   relying  on?

18       A.   That  the  price  went  up.

19       Q.   Is  that  --

20       A.   The  optimal  price  went  up.

21       Q.   Do  you  mean  the  regression  in  Exhibits  3

22   and  A?

23       A.   Yes.

24       Q.   3A  and  3B?

25       A.   Yes.
```

1    in general, creating incompatibilities caused prices

2    to go up.  And there's evidence in all those reports

3    that the creation of incompatibility causes prices

4    to go up, which is only true if it makes demand

5    curves more inelastic.

6          So anything in any report that discusses

7    the relationship between lock-in and prices is

8    evidence in support that 7.0 did, in fact, cause the

9    demand to become more inelastic.

10    BY MR. KIERNAN:

11        **Q.  With respect to the impact on prices on**

12    **iPods as a result of the lock-out effect, would you**

13    **expect the impact to be the same throughout the --**

14    **well, would you expect the impact on prices to**

15    **remain the same, to remain constant?**

16          MS. BERNAY:  Objection.  Calls for

17    speculation.

18          THE WITNESS:  I would expect it to be,

19    yeah, mostly constant through time, although toward

20    the end of the period, it might become worse.

21          But on the other hand, there are other

22    things in the model that would offset that, such as

23    the move to DRM-free files by competitors of the

24    iTunes Store.

25    ///

**Confidential - Attorneys' Eyes Only**

Roger Noll, Ph.D.                    The Apple iPod iTunes Anti-Trust Litigation

```
 1   guys.
 2        Q.  Right.  Okay.
 3             (Reporter inquires.)
 4             THE WITNESS:  The installed base of the
 5   other guys.
 6   BY MR. KIERNAN:
 7        Q.  The installed base for the non-iPods?
 8        A.  The non-iPods.
 9        Q.  All right.
10             So focusing on the installed base for
11   iPods, would the impact of 7.0 on locking them into
12   iPods or increasing the lock-in of those people on
13   iPods, that would occur over time depending upon
14   their future purchases, correct?
15        A.  Yeah.  And it's not just that.  As well,
16   it's also -- it doesn't really happen until they buy
17   their next device.
18             So there's not going to be an
19   instantaneous effect.  It's going to be a longer
20   term effect.  It's the lack of competition for the
21   other guys that is the principal short-term effect.
22        Q.  I've got to get one update.
23             Since your last deposition, have you
24   purchased any iPods?
25        A.  Probably not since my last one.  I bought
```

1               REPORTER CERTIFICATION

2

3          I, Darcy J. Brokaw, a Certified Shorthand

4    Reporter, do hereby certify:

5          That prior to being examined, the witness in

6    the foregoing proceedings was by me duly sworn to

7    testify to the truth, the whole truth, and nothing but

8    the truth;

9          That said proceedings were taken before me at

10   the time and place therein set forth and were taken down

11   by me in shorthand and thereafter transcribed into

12   typewriting under my direction and supervision;

13          I further certify that I am neither counsel

14   for, nor related to, any party to said proceedings, nor

15   in any way interested in the outcome thereof.

16          In witness whereof, I have hereunto subscribed

17   my name.

18

19   Dated:  December 19, 2013

20

21   _____

     Darcy J. Brokaw
22   CSR No. 12584, RPR, CRR

23

24

25

# Exhibit 12

## Apple Press Info

Press Releases          Product Images & Info          Apple Leadership

# Apple Announces iTunes 7 with Amazing New Features

Disney, Pixar, Touchstone & Miramax Movies Now Available on the iTunes Store

San Francisco—September 12, 2006—Apple® today announced iTunes® 7, the most significant enhancement to the world's most popular music jukebox and online music and video store since it debuted in 2001. iTunes 7 delivers stunning new features such as the new album and Cover Flow views of music, TV shows and movies, enabling users to quickly find titles in their library as well as casually browse through and re-discover titles they already own. In addition, the iTunes Store (www.itunes.com) is now offering over 75 movies from Walt Disney Pictures, Pixar, Touchstone Pictures and Miramax Films, that customers can purchase and download to watch on their computers and iPods, and soon on their flat screen televisions with Apple's upcoming iTV® player. Movies will become available on the iTunes Store the same day they are released on DVD, with new releases priced at $12.99 when pre-ordered and during their first week of availability, and $14.99 thereafter, and library titles available for just $9.99 every day.

"Here we go again! First music, then TV shows, and now movies," said Steve Jobs, Apple's CEO. "In less than one year we've grown from offering just five TV shows to offering over 220 TV shows, and we hope to do the same with movies. iTunes is selling over one million videos a week, and we hope to match this with movies in less than a year."

"ABC and Disney Channel were the first networks to offer television programming on iTunes, and we're once again breaking new ground as The Walt Disney Studios becomes the first to debut feature films on the iTunes platform," said Robert Iger, president and CEO, The Walt Disney Company. "Disney is committed to providing innovative ways for audiences to enjoy their favorite entertainment content, and our association with Apple is yet another example of how we continue to reach consumers on their terms, regardless the time, location or device."

"Steve Jobs and Apple have consistently demonstrated that they have their finger on the pulse of today's audience with regard to legal downloads of music and television shows, and our presence on iTunes will now allow us to deliver Disney's films in this popular and convenient format," said Dick Cook, chairman of The Walt Disney Studios. "Not only are we proud to be expanding our association with Apple, but we feel that this new venture meets a growing demand for movie viewing that will ultimately expand the market for our films."

The iTunes Store has quickly become the world's most popular video download store, selling over one million videos per week. The iTunes Store began selling TV shows with five shows from ABC/Disney less than a year ago, in October 2005, and rapidly expanded its library to over 220 television shows from over 40 networks today. The iTunes Store also features the world's largest catalog of online music with over 3.5 million songs and has sold a stunning 1.5 billion songs, making it the world's most popular digital music store.

The iTunes Store now features great new releases and library titles from Walt Disney Pictures, Pixar, Touchstone Pictures and Miramax Films, such as "Pirates of the Caribbean: The Curse of the Black Pearl," "Shakespeare in Love," "The Princess Diaries," "The Incredibles," "National Treasure," "Toy Story," "The Rock" and "The Rookie." Customers can purchase and download movies from iTunes the same day they become available on DVD, or pre-order upcoming movies which are automatically downloaded when they become available. Customers get the same great one-click download experience for movies that they enjoy with music and TV shows.

With iTunes 7, all videos purchased from the iTunes Store are downloaded in near-DVD quality at a resolution of 640x480 (up to 480, depending on the aspect ratio), which is four times higher than before. Downloaded videos can be played on computers and iPods. iTunes 7 also includes new features to better organize and enjoy digital music and video, including expanded parental controls, an iTunes video playback window with on-screen controls, and the new Cover Flow view that lets you visually browse your entire video collection by cover artwork.

The iTunes Store now also offers downloads of popular video games for fifth generation

### Download iTunes images



iTunes Store Download (zip)



iTunes Store Download (zip)



iTunes Radio Download (zip)



iTunes Radio Download (zip)



iTunes Radio Download (zip)



iTunes Radio Download (zip)

iPods, including "Tetris," "Mahjong" and "Mini Golf" from Electronic Arts Inc.; "Pac-Man" from Namco Networks America Inc.; "Cubis 2" from FreshGames, LLC; "Bejeweled" and "Zuma" from PopCap Games, Inc.; "Texas Hold'em" and "Vortex" developed by Apple, all available beginning today for $4.99 each.



iTunes U
Download (zip)

With Apple's legendary ease of use, pioneering features such as integrated podcasting support, iMix playlist sharing, seamless integration with iPod® and groundbreaking personal use rights, the iTunes Store is the best way for Mac® and PC users to legally discover, purchase and download music and video online.

Pricing & Availability
iTunes 7 for Mac and Windows includes the iTunes Store and is available as a free download immediately from www.itunes.com. Purchase and download of content from the iTunes Store for Mac or Windows requires a valid credit card with a billing address in the country of purchase. Television shows and feature films are available in the US only, and video availability varies by country. Games are available for download in the 21 countries in which iTunes operates and play on the fifth generation iPod. New release feature films are $14.99 (US) each and other feature-length films are $9.99 (US) each, television shows are $1.99 (US) per episode, music videos and short films are $1.99 (US) each and games are $4.99 (US) each.

* iTV is the project's internal code name and will not be the final product name.

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Today, Apple continues to lead the industry in innovation with its award-winning desktop and notebook computers, OS X operating system, and iLife and professional applications. Apple is also spearheading the digital music revolution with its iPod portable music players and iTunes online music store.

Press Contacts:
Simon Pope
Apple
(408) 974-0457
simonp@apple.com

Tom Neumayr
Apple
(408) 974-1972
tneumayr@apple.com

Apple, the Apple logo, Mac, Mac OS, Macintosh, iTunes and iPod are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

Apple Media Helpline    (408) 974-2042    media.help@apple.com

# Exhibit 13

**Certified Copy**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

THE APPLE iPOD iTUNES
ANTI-TRUST LITIGATION

CASE No.: C 05 00037 JW
C 06-04457 JW

~~~~~~~~~~~~~~~~~~~~~~~~~~

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**VIDEOTAPED DEPOSITION OF**

**ARTHUR RANGEL**

December 17, 2010
9:28 a.m.

1755 Embarcadero Road
Palo Alto, California

Rachel Ferrier, CSR-6948



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego CA 92101
www.esquiresolutions.com

Arthur Rangel                                    December 17, 2010

CONFIDENTIAL - ATTORNEYS' EYES ONLY

48

1      Q    Okay.  My question is:  You have stated that

2   Apple puts out a report that describes its market share;

3   correct?

4      A    I think this is how an external source states

5   our market share.  If we looked at -- if I were to say

6   who competes against an MP3, MP4 player, it would be a

7   cassette player, an LP, a computer.  It would be all

8   sorts of devices that people play music on.  NPD looks

9   at different categories.  They determine what those

10  categories are; Apple does not.

11     Q    Okay.  And Apple doesn't track its market

12  share versus the types of competitors that you were

13  describing -- LPs, CD players, that type of thing --

14  correct?

15     A    Again, I go back to this is the best source

16  for tracking share on iPod that we know of, so this is

17  what we use.

18     Q    I understand that that's the best source, but

19  my question is if Apple tracks its market share versus

20  the types of products that you described that you

21  believe or that Apple believes competes with the iPod?

22     A    No, we do not track that.

23     Q    Okay.  I'm going to turn your attention back

24  to Exhibit 81.  I just have a couple of questions for

25  you.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Arthur Rangel                                    December 17, 2010
CONFIDENTIAL - ATTORNEYS' EYES ONLY

181

1           I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3           That the foregoing proceedings were taken

4    before me at the time and place herein set forth; that

5    any witnesses in the foregoing proceedings, prior to

6    testifying, were duly sworn; that a record of the

7    proceedings was made by me using machine shorthand which

8    was thereafter transcribed under my direction; that the

9    foregoing transcript is a true record of the testimony

10   given.

11          Further, that if the foregoing pertains to

12   the original transcript of a deposition in a Federal

13   Case, before completion of the proceedings, a review of

14   the transcript [ ] was [ ] was not requested.

15          I further certify I am neither financially

16   interested in the action nor a relative or employee of

17   any attorney or party to this action.

18          IN WITNESS WHEREOF, I have this date

19   subscribed my name.

20

21   Dated:  12/23/12

22

23

24          
                    RACHEL FERRIER

25                  CSR NO. 6948

Toll Free: 800.300.1214
Facsimile: 619.239.4117

ESQUIRE
an Alexander Gallo Company

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

# Exhibit 14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| | ) | |
| THE APPLE IPOD ITUNES | ) | Case No. C 05 00037 JW (HRL) |
| ANTITRUST LITIGATION | ) | Case No. C 06 04457 JW (HRL) |
| | ) | |
| | ) | |
| _____ | ) | |

**SUPPLEMENTAL REPORT OF KEVIN M. MURPHY & ROBERT H. TOPEL**

**December 20, 2013**

HIGHLY CONFIDENTIAL

**TABLE OF CONTENTS**

I.   **PROFESSOR NOLL'S NEW ANALYSES DO NOT SOLVE THE FUNDAMENTAL PROBLEMS INHERENT IN HIS REGRESSIONS** ................- 2 -

   A.   Professor Noll Does Not Correct for Correlation of Residuals within Groups or Clusters in His New Regression ..................................................................- 4 -

   B.   In His New Regressions, Professor Noll Used the Wrong But-for World ....................- 8 -

   C.   Although Professor Noll Changed the Specification of his Model, he Failed to Include a Number of Characteristics in his New Regressions that are Important in Explaining the Price of iPods.......................................................................- 10 -

      1.   The Omitted iPod Characteristics are Important in Explaining the Variance in iPod Prices ......................................................................................- 10 -

      2.   Adding our Characteristics to Professor Noll's Regressions does not Result in "Extreme Multicollinearity" .........................................................- 12 -

      3.   Professor Noll's New Regressions Suffer from Omitted Variable Bias................- 13 -

II.  **PROFESSOR NOLL'S REBUTTAL REPORT INTRODUCES A NEW THEORY OF IMMEDIATE IMPACT** ...................................................................- 13 -

HIGHLY CONFIDENTIAL                          i

**LIST OF APPENDICES**

**APPENDIX A:**        **Curriculum Vitae (Kevin M. Murphy)**

**APPENDIX B:**        **Curriculum Vitae (Robert H. Topel)**

**APPENDIX C:**        **List of Materials Relied Upon**

**APPENDIX D:**        **Revised regression results**

1.        Our names are Kevin M. Murphy and Robert H. Topel.  Each of us has previously submitted a report in this matter in response to the *Declaration of Roger G. Noll on Liability and Damages*, April 3, 2013 (hereinafter "Noll merits report").[1]  We have now been asked by counsel for Apple Inc. ("Apple") to review the *Rebuttal Declaration of Roger G. Noll on Liability and Damages*, November 25, 2013 (hereinafter "Noll rebuttal declaration") and to respond to the new theories, opinions, analyses, models, and exhibits contained therein.  Our qualifications to serve as economic experts are detailed in our previous reports and our *curricula vitae*.  The matters in which we have submitted expert reports and/or been deposed since the time at which we filed our original reports are listed in our *curricula vitae*, which are attached to this report as Appendices A and B, respectively.  Our *curricula vitae* also contain current lists of our publications.

2.        In Professor Noll's rebuttal declaration, among other things, he offers new opinions, analyses, regressions and damages estimates, and exhibits that were not in his merits report.  We've been asked by Apple to address this new material.  In this report, we confine our opinions to this new material.  At times it is necessary to summarize some of our earlier work in order to provide context.  Where Professor Noll restates opinions with which either of us disagrees or where he merely defends the opinions in his merits report, we do not restate our opinions here or otherwise respond to his defenses.  The fact that we do not respond to every point in Professor Noll's rebuttal declaration should not be read as an indication that we agree with any part of his opinions.  We reserve the right to respond, and anticipate responding, to each point that he has raised in his rebuttal declaration.

3.        This report sets forth our opinions and describes the bases for those opinions as well as the data and analyses that underlie them.  In preparing this report, we have reviewed Professor Noll's rebuttal declaration, together with his exhibits and appendices and the materials cited therein.  We have also reviewed the documents and publications listed in the footnotes to this report.  In performing our additional analyses and preparing the materials and exhibits contained in this report, we have been assisted by our colleagues at Charles River Associates,

---

[1] *See* Expert Report of Kevin M. Murphy, August 19, 2013 (hereinafter "Murphy report") and Expert Report of Robert H. Topel, August 19, 2013 (hereinafter "Topel report"); *See Also* Supplemental exhibits for Kevin M. Murphy (November 11, 2013); Supplemental exhibits for Robert H. Topel (November 8, 2013); Expert Report of Roger Noll, April 3, 2013; Noll Corrected Declaration, May 31, 2013.

International.  The list of additional materials we have considered is attached to this report as Appendix C.

## I.     PROFESSOR NOLL'S NEW ANALYSES DO NOT SOLVE THE FUNDAMENTAL PROBLEMS INHERENT IN HIS REGRESSIONS

4.      In his rebuttal report, Professor Noll presents new regressions that attempt to estimate an "overcharge" on the price of iPods.  In response to our criticisms, he now uses quantity weights rather than frequency weights to account for some of the correlation among the error terms, changes the measure of time from a logarithmic to a scalar variable, changes the date on which the iTS adopted DRM-free format, and adds a variable to indicate the date on which Harmony was re-launched in April 2005.  He has also changed the way in which he treats his indicator variables for iTunes 4.7 and 7.0.  Previously he turned on (set to 1) the iTunes 7.0 indicator and turned off (set to zero) the iTunes 4.7 indicator for all iPods as of September 2006, when iTunes 7.0 was released.  Now he turns on the iTunes 7.0 indicator and turns off the iTunes 4.7 indicator for only those iPods that included the KVC.

5.      As discussed more fully below, Professor Noll's new regressions do not address fundamental errors that rendered his first regression unreliable.

a)  First, although he now uses quantity weights, the error terms in his new regressions remain highly correlated within clusters or groups.  One must correct for this correlation in calculating the precision of estimates, but Professor Noll simply ignores the problem.  Correcting for this correlation using standard and accepted econometric methods, we show that his estimates of impact and damages are not statistically significant, i.e, they are statistically indistinguishable from zero.

b)  Second, by turning off iTunes 4.7 he assumes the wrong but-for world.

c)  Third, he fails to include important characteristics that explain price in his regression.[2]

---

[2] The effect of omissions such as these is generally called "omitted variable bias."  *See A Guide to Econometrics (Fifth Edition)* by Peter Kennedy, Chapter 6.2 (1) (a-c), at p 107-108, MIT Press, 2003.

6.     Once these flaws are corrected, Professor Noll's new statistical analysis provides no evidence of impact or damage.  Although none of the estimated effects of 7.0 are statistically significant once these corrections have been made, we have nevertheless used the coefficients to re-estimate "damages" in order to show how sensitive his damages estimates are to these changes.[3]  The results of this exercise are shown in Exhibits JT-1a and JT-1b. Once corrected, even Professor Noll's otherwise flawed model shows that there are no damages.

7.     As mentioned above, Professor Noll changed his treatment of the iTunes 4.7 and iTunes 7.0 variables.  As discussed more fully below, his treatment is at odds with plaintiffs' theory and his earlier deposition testimony.[4]  To demonstrate the sensitivity of Professor Noll's model, we adjust his new model using his original treatment of 4.7 and 7.0, i.e., we turn on the indicator variable for iTunes 7.0 and turn off the indicator variable for iTunes 4.7 for all models on September 9, 2006.  (See Exhibits JT-2a and JT-2b.)  These exhibits show that, without making any adjustments other than restoring Professor Noll's original treatment, damages for resellers drop to zero and for direct purchasers they drop from $194.7 million to $98.0 million. And with the proper but-for world, damages for both resellers and directs are zero.[5]

---

[3] As with his previous analysis, the damages calculations in Professor Noll's rebuttal report were based on an incorrect but-for price.  In particular, he applies the alleged overcharge that he estimates to the actual price in the marketplace, which would include the alleged overcharge, if any.  Professor Noll recognized this error in his deposition.  *See* Noll Deposition, December 18, 2013, at pp.17:20-18:3.  We have corrected this in our analysis and will continue to use the corrected but-for price in our calculations without further comment.

[4] *See*, e.g., Professor Noll's deposition testimony of May 16, 2013 in which he said: ". . . the effect of 7.0 on price is not necessarily limited to just the products that were sold that had 7.0 in them."  *See* May 16, 2013 deposition at *pp* 46:2 to 46:4. And, talking about the appropriate treatment of the iTunes 7.0 indicator variable:  "If you did it only for the one that had 7.0 on them, it would be because you thought that the effect was limited to just the products that had 7.0 loaded.  If you, instead, did it for all products, it was because you thought that the most important effect was knocking Harmony out of the market.  And I – I think that the latter is actually correct."  (*ibid* at pp. 48:24-49:6) And a little later:  "So I think that's the right way to do it."(*ibid* at pp. 49:14).

[5] By proper but-for world, we mean a world in which the iTunes 4.7 variable is not turned off at the time of iTunes 7.0.

HIGHLY CONFIDENTIAL                                              - 3 -

## A. Professor Noll Does Not Correct for Correlation of Residuals within Groups or Clusters in His New Regression

8.    As Professor Noll recognizes, a fundamental assumption in regression analyses is that the error terms are independent, not correlated.[6]  As we showed, this assumption was violated in his original regressions.[7]  There were two underlying reasons for this.  First, because Professor Noll used frequency weighting in his analysis, he repeatedly created thousands of *identical* observations when there was really only one.  Second, even after removing that source of correlation, the error terms on price observations for a given iPod at a given time (a "cluster" of transactions) remain correlated because they are affected by many of the same economic forces.[8]  This high correlation can be observed directly in the data.  As mentioned above, he fixed his first error by changing from frequency weighting to quantity weighting.  He has done nothing, however, to correct for the remaining high correlation of error terms within clusters in his new regression.  His insistence that clustering is not an issue in his new regression is, as a matter of econometrics and statistics, simply wrong.

9.    Once the correlation of error terms within clusters is corrected in his new regression, Professor Noll's results are not statistically significant.  That is, they cannot be distinguished from zero by accepted scientific standards and so they provide no reliable evidence of impact. Exhibits JT-1a and JT-1b (and also Appendices D2a and D2b) show the results of clustering by family and quarter, i.e., of taking the correlation in the error terms into account for Professor Noll's reseller regression and direct sales regression, respectively.  Column 1 reproduces the results of Professor Noll's preferred specification as presented in Noll Exhibits 3A and 3B.  Column 2 reproduces the results in Column 1, but correcting for correlation within clusters.  As Column 2 shows, the standard error of the coefficient on the iTunes_7 variable increases dramatically from 0.0006 to 0.0407, and the corresponding t-statistic has decreased just

---

[6] *See* Noll rebuttal declaration 36; Noll Deposition, December 18, 2013, at pp.23:18-23; *See also* Murphy report at ¶¶95-96 andTopel report ¶¶74-75. If the error terms are not independent, the regression coefficients will appear to be much more statistically significant than they actually are.

[7] *See* Exhibits 15a and 15b, and ¶¶95-96 from the Murphy report and Exhibits 11 and ¶¶74-75 from the Topel report.

[8] This is likely exacerbated by the way in which Apple sets its prices, i.e., selecting a price for each model when that model introduced and then not changing the price until that model is discontinued.  This approach likely makes the error terms on those prices even more correlated than might otherwise be the case.

as dramatically (from 37.599 to 0.577).[9]  The other standard errors have increased just as dramatically, reflecting the fact that Professor Noll has vastly overstated the precision of his (otherwise flawed) regressions.[10]  This is clear evidence of the need to cluster.  As stated in the American Bar Association's reference volume *Proving Antitrust Damages (2010)*, standard methods of adjusting for clustering "produce consistent estimates of the standard errors even when there is no correlation among the error terms.  In other words, they work well in both situations."  If Professor Noll's assertions had been correct, the standard errors would not increase the way they do, but would, instead remain approximately the same.[11]  The *fact* that clustering dramatically changes the results of Professor Noll's regressions is itself concrete proof that he is wrong.

10.    Professor Noll admitted that there are standard statistical tests to determine whether the independence assumption is valid -- i.e., whether the errors are independent.[12]  However, he conducted none of those tests, relying instead on blind faith that "this is not a clustering problem."[13]  In our original reports, we presented evidence that the errors Professor Noll's original regressions were correlated within groups or clusters.[14]  (See Exhibits 15a and 15b in the Murphy report and Exhibits 13a and 13b in the Topel report.)  Here we repeat that

---

[9] These results are for the reseller regression.  In the direct sales regression the standard error increased from 0.0002 to 0.0468, and the t-statistic decreased from 448.7 to 1.5.

[10] The standard errors in Professor Noll's new regressions are substantially larger than the standard errors in his old regressions, but they are still small.  They are so small, in fact, that Professor Noll's claims of precision and statistical significance cannot possible be true.  *See, e.g.,* discussion in Topel report at ¶65.

[11] *See* ABA SECTION OF ANTITRUST LAW, *PROVING ANTITRUST DAMAGES: LEGAL AND ECONOMIC ISSUES* (2D Ed. 2010), at p 46-47.

[12] Indeed, in his rebuttal report he criticizes us for purportedly not examining whether the mean residual errors within clusters are statistically significantly different from zero. *See* Noll rebuttal declaration, at p 33 and 34.

[13] *See* Noll Deposition, December 18, 2013, at pp 186:6-187:22.

[14] Professor Noll suggests that clustering by product family and time is unwarranted, but his reasoning is flawed.  Including fixed effect for cluster-specific groups does not obviate the need to cluster.  See A Practitioner's Guide to Cluster-Robust Inference, by Colin Cameron and Doublas L. Miller (Department of Economics, University of California - Davis), October 15, 2013,  at p. 16.  Second, with respect to clustering by quarter, Professor Noll has not provided any evidence that there are no unobserved common factors specific to different quarters, even adjacent ones.  Moreover, to the extent that Professor Noll is suggesting that quarters may be "too short" for there to be such unobserved common factors, he fails to recognize that it is *conservative* for us to adopt a shorter time period for since this may leave some residual correlation between the error terms in one period to the next, and thus our standard errors would be underestimated.  However, for the sake of completeness, we have rerun our analyses, clustering over product family.  The results are presented in Exhibits JT-3a and JT-3b.

same analysis for his new regressions, and we find that correlation among the error terms remains.[15] (See Exhibits JT-4a and JT-4b.) As before, we used the parameter estimates from Professor Noll's regressions to calculate the estimated residual for each of the transactions in the reseller database. Then, within each family and quarter, we divided the residuals into two equal-size groups and calculated the average residual within the group.[16] If Professor Noll is correct in his assumption that his observations are independent, then the residuals in the two groups should be independent. In particular, the average residual within each group should be close to zero, and the residuals from each of the two groups should be uncorrelated with one another. As with his earlier regressions, neither of these assumptions holds true. The mean residuals are not grouped around zero, but rather they range from -0.485 to 0.347 for the reseller regression and from -0.692 to 0.273 for the direct regression.[17] Moreover, they are strongly positively correlated.[18] This is the reason that correcting for the correlations within clusters so dramatically changes his results—his unfounded assumption that the residuals are independent is wrong.

11.    Professor Noll (now) recognizes that the central question is whether the regression residuals are correlated, but he continues to insist that he does not need to correct for such correlation. His principal arguments for this are presented below, together with our comments on each

a)   "First, there is no evidence that the residual errors are correlated within a group of transactions for a given model of iPod in a given calendar quarter."[19] This is demonstrably incorrect. Our analysis of Professor Noll's new regressions shows conclusively that the error terms are correlated.

---

[15] *See*, e.g., Topel report at ¶29.

[16] We did this for both the Reseller Sales and Direct sales regressions.

[17] This is illustrated by the fact that the data points on the graph do not fall neatly into a small area in the middle (grouped around the co-ordinates 0,0), but rather fall generally in places on the graph other than right around 0,0.

[18] This is exactly what is illustrated by our graphs. The 45-degree line indicates the place on the graph at which one would expect to see all of the paired residuals fall if they were perfectly correlated. While this is clearly not the case, the fact that the indicators for each of the pairs lie so close to the 45-degree line is shows that the within-cluster residuals are highly correlated.

[19] *See* Noll rebuttal declaration at 46.

b) "Second, the regressions on iPod transactions were not a sample of types of iPods, but are based on all transactions. Thus, the iPod data require no correction to adjust for sampling."[20] Whether the regressions are based on a sample or a database consisting of all transactions is irrelevant. The issue is not whether you have "all" of the data or merely a sample, but whether the residuals in the statistical model assumed by Professor Noll are correlated. When they are, accuracy requires that one account for the correlation.[21] Professor Noll's assertion that one need not account for the stochastic properties of the data caused by "sampling" is wrong. As pointed out in Russell Davidson and James MacKinnon, *Econometric Theory and Methods (2004):*

"It is common in statistics to speak of the "population" from which a sample is drawn…The expression is a holdover from the time when statistics was biostatistics, and the object of study was the human population….In econometrics, the use of the term population is simply a metaphor. A better concept is that of a **data generating process**, or **DGP.** By this term, we mean whatever mechanism is at work in the real world of economic activity giving rise to the numbers in our samples, that is, precisely the mechanism that our econometric model is supposed to describe. A data generating process is thus the analog in econometrics of a population in biostatistics. Samples may be drawn from a DGP just as they may be drawn from a population. In both cases, the samples are assumed to be representative of the DGP or population from which they are drawn.

Thus, even if one has "all" of the data on, say, Apple prices or US national income, the very fact that one runs a regression, with residuals, means that one has assumed a DGP with certain statistical properties.

c) "Third, even if the transactions data were a sample, the sample size within each group of transactions for each type of iPod is large, as is the number of such groups. The magnitude of cluster effects diminishes with sample size, and these sample sizes are large enough to cause the effect of clustering to become unimportant."[22] Again, this

---

[20] *See* Noll rebuttal declaration at 46.

[21] *See,* e.g., Angrist and Pischke, Ch. 8, Section 8.2.1 on "Clustering and the Moulton Factor", at p, 231-236. Professor Noll has stated that his discussion of clustering is based, in part, on the chapter of Angrist and Pischke in which this section is contained. (See Noll rebuttal declaration, n. 14.) Although this is the section that is relevant to this point, there is nothing in there that suggests that the clustering issue only applies to samples and not to an entire population.

[22] *See* Noll rebuttal declaration at 46.

HIGHLY CONFIDENTIAL                                                                - 7 -

is simply wrong.  It is still necessary to correct the standard errors for correlation even when one has a large number of groups and a large number of observations within each group—the calculation of the standard errors corrects for sample size.[23]

d) "Fourth, variables to account for differences among these groups of transactions are present in the data set and are included in the regression."[24] Again, this is wrong. Whatever variables Professor Noll *has* chosen to include in his new regressions -- and it is worth emphasizing that he chose to *omit* relevant and statistically significant characteristics that materially affect his results—the question is whether the residuals *of those new regressions* are correlated or not.  They are, and highly so.  That correlation must be accounted for, and Professor Noll refuses to do so.

Professor Noll's arguments are just noise.  As he concedes in his rebuttal report, the only relevant question is:  Are the errors correlated within groups or not?  This is relatively easy to answer – all one needs to do is examine the standard errors with and without clustering.  If the standard errors change significantly once we account for clustering, it shows that the errors are correlated, and that they are correlated in a way that matters greatly for statistical inference and significance.[25]

### B.  In His New Regressions, Professor Noll Used the Wrong But-for World

12.  The "before and after" methodology used by Professor Noll requires a clear and meaningful definition of the "before" period, which is the but-for world that would exist in the absence of the challenged conduct.  Professor Noll has changed the specification of his indicator

---

[23] Econometric literature clearly states that large number of clusters not only does not eliminate the need to cluster, but in fact makes clustering work better (because small number of clusters causes underestimation of clustered standard errors).  *See Mostly HarmlessEconometrics: An Empiricist's Companion,* by Angrist and Pischke, at p. 319; Also see *A Practitioner's Guide to Cluster-Robust Inference,* by Colin Cameron and Douglas  L. Miller (Department of Economics, University of California - Davis), October 15, 2013,  at p. 28.

[24] *See* Noll rebuttal declaration at 46.  This statement is incorrect.  As we show below, Professor Noll has omitted several important variables, and thus his new regressions suffer from omitted variable bias.  Correcting this bias does not correct the problem of correlation among the error terms within groups, but Professor Noll refused to investigate whether his regressions suffered from such bias, let alone investigate whether correcting it would remove the need to cluster.

[25] Professor Noll's own regressions as presented in his rebuttal declaration exhibits , show that there was correlation among the error terms in his original methodology.  (*See* Exhibits 1-A to 3-B.)  The tests above show that this correlation remains.

variables for iTunes 4.7 and iTunes 7.0.  He now "turns on" the indicator variable for iTunes 7.0 and "turns off" the indicator variable for iTunes 4.7 for each of the affected models at the time at which the KVC feature of iTunes 7.0 was first included in a particular model.[26]  At the same time, he includes an indicator variable (Harmony2) for the fact that Harmony began to once again interoperate with the iPod in April 2005 (about six months after the release of iTunes 4.7).  He explained in his rebuttal declaration and at deposition that he turned off 4.7 when 7.0 was turned on because 7.0 replaced the previous software represented by 4.7.  Thus, the but-for world is one in which iTunes 4.7 is not replaced by iTunes 7.0.

13.    His treatment of the iTunes 4.7 indicator variable, however, presumes a different but-for world.  By turning this variable off, his but-for world does not include 4.7.  Instead he is comparing the actual world of iTunes 7 to the world that existed in the 3-month period from July to October of 2004, when iTunes 4.7 was released.  This is roughly two years prior to the first introduction of the challenged technologies in this case, and it assumes that the legal technologies of iTunes 4.7 would not exist in the but-for-world. On top of this he has layered a new variable (Harmony2) for the entire period after April 2005, when Harmony could again interoperate with iTunes 4.7 technology.  So his but-for-world is one in which iTunes 4.7 technologies do not exist, but a version of Harmony that interacts with it does.  This makes no sense.  Even with his new Harmony2 indicator, a proper specification of the but-for-world would leave on the indicator for the legal iTunes 4.7 technology.  Putting aside other flaws in his model, this would allow the coefficient on iTunes 7 to represent the *incremental* effect of iTunes 7; that is, the but-for world would be the world that *existed* before the release of iTunes 7.0.  As he has done it, and as explained in our earlier reports, Professor Noll attributes the *legal* impact of DRM technologies in iTunes 4.7 to iTunes 7.0 -- a form of omitted variable bias.

14.    To correct Professor Noll's error, we have rerun his regressions allowing for the continued existence of the DRM technologies in iTunes 4.7. The effects of this correction are shown in Column 4 of Exhibits JT-1a and JT-1b.  Putting aside the other flaws in his model, in both cases this correction causes the reported effect of the iTunes_7 variable to decrease – in the

---

[26] *See* Noll rebuttal declaration at 6.

HIGHLY CONFIDENTIAL                                                      - 9 -

case of the reseller regression, the change is small, but in the case of the direct sales regression, it is more than 50 percent.

15.    In addition, his treatment of the indicator variable for iTunes 7.0 is at odds both with the facts and with his own stated view.  As explained in the Topel report, under plaintiffs theory, one would expect iTunes 7.0 to impact the demand for iPods that did not have KVC because, among other things, people with non-iPods and large libraries of music from the RMS who wanted an iPod may have been "locked out" of the Nano by iTunes 7.0, but they could still buy a Shuffle or Classic 5th generation.[27]  If this truly was an issue, one would expect the prices of other iPods to be impacted.  In his recent deposition, Noll agreed that this was a possibility.[28]

## C.  Although Professor Noll Changed the Specification of his Model, he Failed to Include a Number of Characteristics in his New Regressions that are Important in Explaining the Price of iPods

16.    In his new regressions, Professor Noll adds a variable for the relaunch of Harmony, changes his treatment of time from logarithmic to scalar, and moves the date on which the iTS became DRM-free, but omits other significant variables, including variables to account for attributes of iTunes 7.0 and the iTS and for a number of iPod characteristics or attributes that one would expect to impact the price of iPods.  He claims that his new regression with the new specifications include all the variables he needs and that adding any additional characteristics would cause "extreme multicollinearity."[29] However, Professor Noll has done nothing to investigate either claim.  Had he done so, he would have found that he is wrong on both counts.

### 1.  The Omitted iPod Characteristics are Important in Explaining the Variance in iPod Prices

17.    One way to determine whether a variable or group of variables is important in explaining the variance in the dependent variable is to examine the statistical significance of those variables.  When the characteristics that we identified, but that Professor Noll ignored, are added to his preferred regressions, we find that, in the Reseller regression, all but one of them are

---

[27] See Topel report at ¶¶117-122.

[28] See Noll Deposition, December 18, 2013, at 51:16-52:5; 55:22-57:9; 65:5-21.

[29] Noll rebuttal declaration at 8.

individually statistically significant, and in the Direct Sales regression all but two of them are individually statistically significant.[30]  (See Exhibits JT-5a and JT-5b.)  They are also jointly significant -- that is, they have statistically significant explanatory power when considered as a group.  (See Exhibits JT-5a and JT-5b.[31])  In fact, as Exhibits JT-5a and JT-5b show, they are jointly more significant than the indicator variables Professor Noll uses in his analysis and in the Direct Sales regression, they are more significant than his own characteristics, excluding memory capacity.[32]

18.     Professor Noll may, as he has in the past, contend that adding characteristics to his regressions is unnecessary if it increases the R-squared by a "small" amount.[33]  This is irrelevant because it says nothing about the statistical significance of that increase—in statistics, "small" is determined by the data.  In the reseller regression, adding the suggested characteristics increases the R-squared from .9868 to .9930.  This is a change of .0062, but it is out of a possible .0132.[34]  It is not "small"—the added characteristics explain nearly half of the remaining variation in iPod prices in the reseller regression.[35]  In the direct sales regression, adding the

---

[30] For a list of these variables, see Topel report at n. 56, and Exhibit 10 (List of additional characteristics).  The exceptions are log_music_battery_hours which is insignificant in both with a t-statistic of 1.358 in the Reseller regression and 0.903 in the Direct Sales regression and log_display_inches, which is significant in the Reseller regression and insignificant in the Direct Sales regression with a t-statistic of 1.656.

[31] These exhibits report the joint significance of these variables after clustering by family and quarter.  Obviously, the apparent significance is much greater with unclustered standard errors, but the pattern remains the same.  (*See* Appendix D.)

[32] These tests of joint significance are tests of the all characteristics, excluding capacity, which we all agree is a significant variable in explaining variations in price.  They include Professor Noll's "reprice" and "end-of-life" pricing variables as well as our "OEM_HP" variable as these can all be thought of as characteristics of various transactions.  If, however, we omit these variables and focus solely on iPod characteristics, we find the same pattern.

[33] "When Professor Topel adds more variables that measure technical characteristics to the regression equation, R-squared increases by .0063 in the reseller equation and by .00053 in the direct sales regression."  Noll rebuttal declaration, Note 8 at 30.

[34] R-squared is an indication of the fraction of variation in the dependent variable that is explained by the variables included in the regression equation.  As such, it can never be more than 1.0000, i.e., the included variables can never explain more than 100 percent of the variation in the dependent variable.

[35] The number is actually 47 percent.  The corresponding numbers for the direct sales regression are as follows:  the R2 in Professor Noll's regression is .9816.  With the additional characteristics, the R2 is .9886.  The difference is .0050 out of .0184, or 27 percent.

suggested characteristics explains more than one-fourth of the remaining variation in iPod prices.[36]

### 2.  Adding our Characteristics to Professor Noll's Regressions does not Result in "Extreme Multicollinearity"

19.    Professor Noll also claims that he did not add characteristics other than Harmony2 and making an adjustment to the date on which the iTS became DRM-free because adding other characteristics would cause "extreme multicollinearity."[37]  "Multicollinearity" refers to a situation in which a variable, or set of variables, is highly correlated with other variables in the model.  The problem this creates is one of *precision* in estimating the model's coefficients. As a well-known econometrics textbook puts it: "the data simply do not contain enough information to allow us to obtain precise estimates of all of the coefficients."[38]  Multicollinearity is related to the problem of "omitted variables bias" in which the variable that is included in the regression (say, iTunes 7) "picks up" the true effects of omitted variables (say enhanced video) with which it is correlated.

20.    Professor Noll did not examine whether adding characteristics would cause a multicollinearity problem.  Had he done so, he would have found none.   The characteristics that he omitted from his new regressions are statistically significant predictors of prices.  These independent effects can be estimated because, to paraphrase the econometrics text cited above, "the data [do] contain enough information to allow us to obtain precise estimates of all of the coefficients."   By not including these characteristics in his regressions, the regressions are *using* omitted variables bias to "find" effects that are not there.

21.    A final point on collinearity.  One way to determine whether a variable is affected by collinearity with other variables is to calculate the change in its estimated standard error when

---

[36] And, we note that, in both cases, omitting the variable iTunes_7 has a smaller effect on the R2 than does omitting these additional characteristics.  In fact, it has no detectable effect in the reseller sales regression, and it has a negative effect in the direct sales regression where the reported Adj. R-squared actually falls from 0.9816 to 0.9815.  Thus, if Professor Noll's logic was correct, the variable for iTunes_7 does not add to the explanatory power of the regression and thus, presumably should not have been included in the regression.

[37] *See* Noll rebuttal declaration at 8.

[38] *See* Econometric Theory and Methods (2004), by Russell Davidson and James MacKinnon, p103-104.

the other variables are added to the regression.[39]  If collinearity is an issue, inclusion of the additional variables will cause the estimated standard error to increase substantially.  Adding the product characteristics mentioned above does *not* substantially increase the estimated standard error on the iTunes 7 coefficient. In fact, in the reseller regression, inclusion of these statistically significant predictors actually reduces the standard error on the iTunes 7 coefficient. (See Exhibits JT-6a and JT-6b, which present the Noll regression results reporting standard errors instead of t-statistics.)[40]

### 3. Professor Noll's New Regressions Suffer from Omitted Variable Bias

22.     As noted above, the danger in omitting variables (Z) that affect the outcome of interest (here, iPod prices) is that included variables (X) correlated with Z will "pick up" the effects of the omitted variables.  The estimated coefficients on variables X will be biased.  This is called "omitted variable bias."[41]  Then adding the previously omitted variables to the regression will cause the coefficients on X to change by a material amount. This is exactly what happens with the coefficient on the iTunes_7 indicator variable.  In both the reseller regression and the direct sales regressions, when the proper but-for world is taken into account, the iTunes coefficient falls dramatically when the incorrectly omitted variables are added to Professor Noll's regressions.

## II.     PROFESSOR NOLL'S REBUTTAL REPORT INTRODUCES A NEW THEORY OF IMMEDIATE IMPACT

23.     Professor Noll argues for the first time in his rebuttal declaration that iTunes 7.0 would have immediately affected iPod prices because of its lock-out effect on owners of RMS music.   This is at odds with what he said before about the impact of lock-in.  Until now,

---

[39] *See* A Course in Econometrics, by Goldberger (1991), Chapter-Multicollinearity 23, at 245, 251-252.

[40] Although it is not reported in these exhibits, we have included the full regression results in Appendix D3.  These results show that the standard error on the dummy variable for the Shuffle goes up dramatically, a clear indication that at least one of the newly included variables is collinear with the Shuffle. However, since the magnitude of the coefficient on Shuffle variable is of no practical interest in this context, this collinearity is irrelevant.

[41] Professor Noll himself is well aware that his regressions may suffer from omitted variable bias. "[I]f this is a systematic problem over the entire data set, it would say that you need some more variables, which I readily conclude, you need more variables. This isn't a regression that I would use to calculate damages because I don't have enough information in it or enough variables in it." (*See* Noll Deposition, April 7, 2011 at 120:22-121:2); *See Also* Expert Report of Dr. Michelle M. Burtis, filed April 11, 2011 ("April 2011 Burtis Report") at ¶7.

Professor Noll's principal claim was that iTunes 7.0 increased lock-in, which ultimately increased demand and prices for iPods. He claimed that impact from lock-in would not have been immediate, but would have occurred over time. He repeats the point in his rebuttal declaration on pages 7 and 27, noting that the impact would not occur until customers purchased replacement players which would be some time after the introduction of iTunes 7.0.

24.     In his rebuttal declaration, Professor Noll argues for the first time that iTunes 7.0 would have had an immediate impact on iPod price because of its lock-out effect on owners of non-iPods that play RMS music. However, he presents no evidence that either the facts of this case or the conditions in the marketplace support his new theory. First, Professor Noll's lock-in theory requires that, in the absence of iTunes 7.0, a substantial fraction of iPod owners would have purchased their music from the RMS, but because Apple released iTunes 7.0, those owners were "forced" to purchase their music from the iTS instead. As we showed in our earlier reports, RealNetworks' Harmony was such a small presence in the marketplace that it could not have had this impact that Professor Noll hypothesizes.[42] Professor Noll's lock-out theory, on the other hand, requires that there be a relatively large population of owners of digital media players who have large quantities RMS music that Apple deliberately locks out with KVC.[43] But just as its small presence in the marketplace renders Harmony ineffective in locking iPod owners in, so too does it render Harmony ineffective in affecting the price of iPods by locking owners of other MP3 players out of the iPod market. The RMS just was not very important, regardless of which theory Professor Noll uses.

25.     Notwithstanding Professor Noll's claims in his rebuttal report that iTunes 7.0 caused Apple to increase prices of iPods and his statement at deposition that he expected that iTunes 7.0 had *no* impact on prices of non-iPods, Apple continued to compete successfully with manufacturers of non-iPod digital music players. In fact, in the five months following the release of iTunes 7.0 in September 2006, 57 percent of sales of the iPod Classic and 65 percent of the sales of iPod Nano were made to buyers who for whom this was the "first iPod owned." And, 39 percent of sales of the iPod Classic and 26 percent of the sales of the iPod Nano were

---

[42] *See* Murphy report at ¶¶13a, 65, 66 and n. 115 and Exhibits 15a and 15b.
[43] Noll rebuttal declaration at 7.

made to buyers who were replacing an existing MP3 player.  Of these, a little over one-third of the sales of the iPod Classic and approximately one-half of the sales of the iPod Nano were made to buyers who were replacing a non-iPod player.[44]  In other words, Apple was competing directly with makers of non-iPod digital music players for at least 71 percent of their sales of iPod Classics (57 percent to new buyers and 14 percent to buyers who were replacing other MP3 players) and 79 percent of their sales of iPod Nanos (65 percent to new buyers and 14 percent to buyers who were replacing other MP3 players).[45]  This shows that Apple had, and continued to have, an incentive to compete with non-iPod manufacturers on price.  Had Apple raised its prices while non-iPod manufacturers maintained their current prices as Professor Noll claims they would, Apple would have lost not only customers who were allegedly locked out because of their RMS purchases, but also customers who were not locked out including those who were new to digital music players.  In light of these facts, it is implausible to think that Apple would find it in its interests to raise the price of iPods at the time it released iTunes 7.0.

26.    To the extent that Professor Noll claims that Apple increased the price of the Nano in anticipation of KVC's impact on demand, it is complete speculation.  There is no evidence that shows (and Professor Noll testified that he was unaware of any) that, when Apple determined the price for the iPod Nano second generation, it examined the impact that the KVC would have on the elasticity of demand for iPod purchasers or for non-iPod purchasers with RMS libraries or on how many people would be locked out.  In fact, there is no evidence that Apple took KVC into account at all when determining the price.

---

[44] 14 percent of overall sales of iPod Classics and 14 percent of overall sales of iPod Nanos were made to buyers who were replacing an existing non-iPod player. iPod Buyer Survey – Wave 4 Data Tables, Apple Market Research & Analysis, March 2007, at p. 11, which reports the results of a survey drawn from a sample of all iPod buyers who registered their iPods between September 2006 and January 2007.  (*See* First iPod Owned and Buy mix Table).

[45] These numbers assume, conservatively (and contrary to economic fact), that Apple was not competing with other manufacturers for sales to buyers who were either replacing an existing iPod or adding to an existing stock of MP3 players, both iPod and non-iPod.

HIGHLY CONFIDENTIAL

_____          _____
        Kevin M. Murphy                            Robert H. Topel


**December 20, 2013**

HIGHLY CONFIDENTIAL

# Exhibit JT-1a
# Summary of Resellers Data Regressions - Dependent Variable: Log Price (RPU)

| | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental Additional Characteristics S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental itunes7.0 interacted with Class Additional Characteristics S.E. Clustered by Family*YrQtr | |
| Parameter | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat |
| itms_op | -0.559 | -88.087 | -0.559 | -1.345 | -0.559 | -1.345 | -0.795 | -2.489 | -0.776 | -2.421 |
| harmony | -0.129 | -129.308 | -0.129 | -2.454 | -0.129 | -2.454 | -0.014 | -0.383 | -0.022 | -0.580 |
| harmony_blocked_rev | 0.001 | 2.282 | 0.001 | 0.038 | | | | | | |
| harmony_blocked | | | | | 0.001 | 0.038 | 0.035 | 2.165 | 0.036 | 2.235 |
| harmony2 | -0.031 | -87.993 | -0.031 | -0.811 | -0.031 | -0.811 | 0.006 | 0.365 | 0.007 | 0.396 |
| itunes7_0_rev | 0.023 | 37.599 | 0.023 | 0.577 | 0.022 | 0.959 | -0.012 | -0.388 | | |
| iTunes7_0_rev_classic | | | | | | | | | -0.123 | -2.435 |
| iTunes7_0_rev_nano | | | | | | | | | -0.004 | -0.134 |
| competitors_drm_free | -0.078 | -365.222 | -0.078 | -2.508 | -0.078 | -2.508 | -0.038 | -1.559 | -0.038 | -1.573 |
| itms_all_drm_free010609 | -0.067 | -311.572 | -0.067 | -2.359 | -0.067 | -2.359 | -0.004 | -0.243 | -0.005 | -0.276 |
| classic | -0.231 | -333.480 | -0.231 | -4.654 | -0.231 | -4.654 | -0.167 | -2.537 | -0.045 | -0.692 |
| mini | -0.453 | -589.620 | -0.453 | -5.439 | -0.453 | -5.439 | 0.158 | 1.859 | 0.165 | 1.935 |
| nano | -0.175 | -260.091 | -0.175 | -3.040 | -0.175 | -3.040 | 0.490 | 5.768 | 0.490 | 5.822 |
| shuffle | -0.325 | -266.705 | -0.325 | -3.188 | -0.325 | -3.188 | 3.211 | 11.012 | 3.138 | 10.822 |
| t | 0.000 | 1.097 | 0.000 | 0.017 | 0.000 | 0.017 | -0.007 | -3.677 | -0.007 | -3.776 |
| photo | -0.001 | -1.288 | -0.001 | -0.011 | -0.001 | -0.011 | -0.061 | -2.441 | -0.055 | -2.165 |
| video_and_photo | -0.081 | -213.252 | -0.081 | -1.991 | -0.081 | -1.991 | -0.661 | -10.251 | -0.656 | -10.388 |
| reprice_sale | -0.172 | -603.822 | -0.172 | -4.729 | -0.172 | -4.729 | -0.191 | -5.406 | -0.189 | -5.363 |
| eol_sale | -0.059 | -151.872 | -0.059 | -2.967 | -0.059 | -2.967 | -0.037 | -1.845 | -0.038 | -1.898 |
| log_size | 0.033 | 52.799 | 0.033 | 0.584 | 0.033 | 0.584 | 0.132 | 1.469 | 0.059 | 0.615 |
| log_dwnld_available | 0.035 | 66.534 | 0.035 | 0.973 | 0.035 | 0.973 | 0.031 | 1.156 | 0.030 | 1.106 |
| log_cost_per_unit | 0.428 | 906.276 | 0.428 | 6.575 | 0.428 | 6.575 | 0.088 | 1.901 | 0.090 | 1.930 |
| HP_OEM | | | | | | | -0.110 | -6.239 | -0.110 | -6.238 |
| USB | | | | | | | 0.420 | 5.570 | 0.411 | 5.362 |
| Firewire | | | | | | | -0.364 | -7.550 | -0.351 | -7.149 |
| log_Weight_oz | | | | | | | 0.427 | 4.933 | 0.480 | 5.455 |
| log_Display_in | | | | | | | 0.360 | 2.619 | 0.373 | 2.760 |
| log_Resolution_pixels | | | | | | | 0.239 | 11.063 | 0.230 | 10.355 |
| log_music_battery_hours | | | | | | | -0.068 | -1.358 | -0.061 | -1.241 |
| log_recharge_hours | | | | | | | -0.375 | -3.530 | -0.363 | -3.537 |
| DenDF | 2,138,926 | | 376 | | 376 | | 376 | | 376 | |
| Adj. R2 | 0.9868 | | 0.9868 | | 0.9868 | | 0.9930 | | 0.9931 | |
| Weight | weight Q | | weight Q | | weight Q | | weight Q | | weight Q | |

HIGHLY CONFIDENTIAL

# Exhibit JT-1b
## Summary of Direct Data Regressions - Dependent Variable: Log Price (RPU)

| | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental Additional Characteristics S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental itunes7.0 interacted with Class Additional Characteristics S.E. Clustered by Family*YrQtr | |
| Parameter | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat |
| itms_op | -0.103 | -114.442 | -0.103 | -0.975 | -0.103 | -0.975 | -0.482 | -6.872 | -0.476 | -6.632 |
| harmony | -0.043 | -247.101 | -0.043 | -1.242 | -0.043 | -1.242 | -0.003 | -0.122 | -0.008 | -0.373 |
| harmony_blocked_rev | 0.039 | 303.201 | 0.039 | 1.067 | | | | | | |
| harmony_blocked | | | | | 0.039 | 1.067 | 0.065 | 3.418 | 0.069 | 3.538 |
| harmony2 | -0.046 | -526.860 | -0.046 | -1.343 | -0.046 | -1.343 | 0.000 | -0.030 | 0.003 | 0.178 |
| itunes7_0_rev | 0.072 | 448.711 | 0.072 | 1.536 | 0.033 | 1.300 | -0.008 | -0.232 | | |
| iTunes7_0_rev_classic | | | | | | | | | -0.158 | -3.750 |
| iTunes7_0_rev_nano | | | | | | | | | 0.012 | 0.371 |
| competitors_drm_free | -0.050 | -784.868 | -0.050 | -1.744 | -0.050 | -1.744 | -0.033 | -1.426 | -0.031 | -1.346 |
| itms_all_drm_free010609 | -0.044 | -667.961 | -0.044 | -1.689 | -0.044 | -1.689 | 0.005 | 0.287 | 0.006 | 0.305 |
| classic | -0.038 | -12.131 | -0.038 | -0.223 | -0.038 | -0.223 | -1.088 | -4.941 | -0.840 | -3.793 |
| mini | -0.528 | -2822.816 | -0.528 | -8.537 | -0.528 | -8.537 | 0.089 | 0.933 | 0.086 | 0.924 |
| nano | -0.188 | -1035.182 | -0.188 | -3.018 | -0.188 | -3.018 | 0.431 | 4.256 | 0.421 | 4.231 |
| shuffle | -0.380 | -1133.350 | -0.380 | -3.362 | -0.380 | -3.362 | 2.808 | 9.310 | 2.712 | 9.174 |
| t | -0.002 | -296.480 | -0.002 | -1.565 | -0.002 | -1.565 | -0.007 | -4.957 | -0.007 | -5.202 |
| photo | -0.017 | -144.959 | -0.017 | -0.456 | -0.017 | -0.456 | -0.034 | -1.311 | -0.027 | -1.020 |
| video_and_photo | -0.080 | -733.566 | -0.080 | -2.519 | -0.080 | -2.519 | -0.585 | -8.074 | -0.583 | -8.401 |
| reprice_sale | -0.130 | -1545.550 | -0.130 | -3.524 | -0.130 | -3.524 | -0.157 | -4.822 | -0.155 | -4.745 |
| eol_sale | 0.014 | 193.714 | 0.014 | 0.795 | 0.014 | 0.795 | 0.009 | 0.553 | 0.007 | 0.450 |
| log_size | 0.048 | 285.214 | 0.048 | 0.854 | 0.048 | 0.854 | 0.106 | 1.169 | 0.002 | 0.024 |
| log_dwnld_available | -0.003 | -42.307 | -0.003 | -0.326 | -0.003 | -0.326 | 0.003 | 0.444 | 0.003 | 0.425 |
| log_unit_cost | 0.345 | 2610.072 | 0.345 | 6.193 | 0.345 | 6.193 | 0.047 | 1.021 | 0.052 | 1.136 |
| USB | | | | | | | 0.410 | 10.150 | 0.404 | 9.691 |
| Firewire | | | | | | | -0.355 | -7.633 | -0.340 | -7.457 |
| log_Weight_oz | | | | | | | 0.496 | 6.888 | 0.570 | 8.178 |
| log_Display_in | | | | | | | 0.279 | 1.656 | 0.307 | 1.867 |
| log_Resolution_pixels | | | | | | | 0.202 | 10.581 | 0.191 | 9.994 |
| log_music_battery_hours | | | | | | | -0.046 | -0.903 | -0.044 | -0.915 |
| log_recharge_hours | | | | | | | -0.503 | -4.206 | -0.473 | -4.197 |

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Den DF | 36,945,011 | 488 | 488 | 488 | 488 |
| Adj. R2 | 0.9816 | 0.9816 | 0.9816 | 0.9866 | 0.9867 |
| Weight | weight Q | weight Q | weight Q | weight Q | weight Q |

HIGHLY CONFIDENTIAL

# Exhibit JT-1c1

# Effects of Correcting Professor Noll's Calculation of Damages

| Class | Resellers Sales | | | | | Direct Sales | | | | | Total Estimated Damages ($M) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales Allegedly Affected ($M) | Estimated Damages ($M) | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales Allegedly Affected ($M) | Estimated Damages ($M) | |
| **Professor Noll's Reported Damage Calculations (see list of errors in note below)** | | | | | | | | | | | |
| All | 0.023 | 0.00062 | 2.38% | $ 6,268.7 | $ 148.9 | 0.072 | 0.00016 | 7.45% | $ 2,613.4 | $ 194.7 | **$ 343.6** |
| **Correcting Professor Noll's Use of Actual Price Instead of But-For Price as Base to Apply the Alleged Percentage Overcharge** | | | | | | | | | | | |
| All | 0.023 | 0.00062 | 2.32% | $ 6,268.7 | $ 145.5 | 0.072 | 0.00016 | 6.93% | $ 2,613.4 | $ 181.2 | **$ 326.7** |
| **+ Correcting and Using Standard Errors in the Formula to Calculate Damages** | | | | | | | | | | | |
| All | 0.023 | 0.04069 | 2.24% | $ 6,268.7 | $ 140.4 | 0.072 | 0.04676 | 6.83% | $ 2,613.4 | $ 178.5 | **$ 318.9** |
| **+ Incremental Effect of iTunes 7.0** | | | | | | | | | | | |
| All | 0.022 | 0.02319 | 2.17% | $ 6,268.7 | $ 136.3 | 0.033 | 0.02504 | 3.17% | $ 2,613.4 | $ 82.9 | **$ 219.1** |
| **+ Controlling for Additional Characteristics** | | | | | | | | | | | |
| All | -0.012 | 0.03049 | -1.24% | $ 6,268.7 | ($ 77.5) | -0.008 | 0.03360 | -0.84% | $ 2,613.4 | ($ 21.9) | **($ 99.5)** |
| **+ iTunes 7.0 Interacted with Class** | | | | | | | | | | | |
| Classic | -0.123 | 0.05042 | -13.21% | $ 997.5 | ($ 131.7) | -0.158 | 0.04223 | -17.26% | $ 375.2 | ($ 64.8) | ($ 196.5) |
| Nano | -0.004 | 0.02975 | -0.44% | $ 3,952.6 | ($ 17.5) | 0.012 | 0.03281 | 1.16% | $ 1,370.3 | $ 15.8 | ($ 1.7) |
| | | | | | ($ 149.2) | | | | | ($ 48.9) | **($ 198.2)** |

Note: Professor Noll's calculation of damages contains the following errors:
  - Coefficients on iTunes 7 were calculated relative to the wrong but-for world.
  - Standard errors were estimated incorrectly due to ignored clustering of residuals.
  - Percentage Overcharges were calculated using an incorrect formula.

HIGHLY CONFIDENTIAL

# Exhibit JT-1c2

# Effects of Correcting Professor Noll's Calculation of Damages

| Class | Resellers Sales | | | | | Direct Sales | | | | | Total Estimated Damages ($M) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales Allegedly Affected ($M) | Estimated Damages ($M) | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales Allegedly Affected ($M) | Estimated Damages ($M) | |
| **Professor Noll's Reported Damage Calculations  (see list of errors in note below)** | | | | | | | | | | | |
| All | 0.023 | 0.00062 | 2.38% | $ 6,268.7 | $ 148.9 | 0.072 | 0.00016 | 7.45% | $ 2,613.4 | $ 194.7 | **$ 343.6** |
| **Correcting Professor Noll's Use of Actual Price Instead of But-For Price as Base to Apply the Alleged Percentage Overcharge** | | | | | | | | | | | |
| All | 0.023 | 0.00062 | 2.32% | $ 6,268.7 | $ 145.5 | 0.072 | 0.00016 | 6.93% | $ 2,613.4 | $ 181.2 | **$ 326.7** |
| **+ Incremental Effect of iTunes 7.0** | | | | | | | | | | | |
| All | 0.022 | 0.02319 | 2.20% | $ 6,268.7 | $ 137.9 | 0.033 | 0.02504 | 3.20% | $ 2,613.4 | $ 83.7 | **$ 221.6** |
| **+ Controlling for Additional Characteristics** | | | | | | | | | | | |
| All | -0.012 | 0.03049 | -1.19% | $ 6,268.7 | ($ 74.6) | -0.008 | 0.03360 | -0.78% | $ 2,613.4 | ($ 20.4) | **($ 95.0)** |
| **+ iTunes 7.0 Interacted with Class** | | | | | | | | | | | |
| Classic | -0.123 | 0.05042 | -13.06% | $ 997.5 | ($ 130.3) | -0.158 | 0.04223 | -17.16% | $ 375.2 | ($ 64.4) | ($ 194.7) |
| Nano | -0.004 | 0.02975 | -0.40% | $ 3,952.6 | ($ 15.8) | 0.012 | 0.03281 | 1.21% | $ 1,370.3 | $ 16.6 | $ 0.8 |
| | | | | | ($ 146.0) | | | | | ($ 47.8) | ($ 193.9) |

Note: Professor Noll's calculation of damages contains the following errors:
  - Coefficients on iTunes 7 were calculated relative to the wrong but-for world.
  - Standard errors were estimated incorrectly due to ignored clustering of residuals.
  - Percentage Overcharges were calculated using an incorrect formula.

HIGHLY CONFIDENTIAL

# Exhibit JT-2a
## Summary of Resellers Data Regressions - Dependent Variable: Log Price (RPU)
## (Turning On iTunes 7.0 For All Models)

| | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental Additional Characteristics S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental itunes7.0 interacted with Class Additional Characteristics S.E. Clustered by Family*YrQtr | |
| Parameter | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat |
| itms_op | -0.626 | -98.371 | -0.626 | -1.486 | -0.626 | -1.486 | -0.832 | -2.657 | -0.744 | -2.454 |
| harmony | -0.139 | -137.034 | -0.139 | -2.499 | -0.139 | -2.499 | -0.027 | -0.709 | -0.030 | -0.824 |
| harmony_block_20041026_20060911 | -0.001 | -1.105 | -0.001 | -0.018 | | | | | | |
| harmony_blocked | | | | | -0.001 | -0.018 | 0.030 | 1.899 | 0.031 | 2.158 |
| harmony2 | -0.036 | -99.420 | -0.036 | -0.919 | -0.036 | -0.919 | 0.005 | 0.289 | 0.014 | 0.822 |
| iTunes7_0 | -0.005 | -7.350 | -0.005 | -0.106 | -0.004 | -0.162 | -0.045 | -1.795 | | |
| iTunes7_0_classic | | | | | | | | | -0.068 | -3.856 |
| iTunes7_0_nano | | | | | | | | | -0.015 | -0.509 |
| iTunes7_0_shuffle | | | | | | | | | -0.123 | -1.721 |
| competitors_drm_free | -0.085 | -399.135 | -0.085 | -2.778 | -0.085 | -2.778 | -0.042 | -1.771 | -0.043 | -1.758 |
| itms_all_drm_free010609 | -0.071 | -326.169 | -0.071 | -2.433 | -0.071 | -2.433 | -0.007 | -0.397 | -0.009 | -0.484 |
| classic | -0.244 | -350.359 | -0.244 | -4.688 | -0.244 | -4.688 | -0.175 | -2.713 | -0.068 | -1.200 |
| mini | -0.466 | -609.740 | -0.466 | -5.547 | -0.466 | -5.547 | 0.126 | 1.491 | 0.159 | 1.803 |
| nano | -0.176 | -260.585 | -0.176 | -3.045 | -0.176 | -3.045 | 0.492 | 5.680 | 0.503 | 5.583 |
| shuffle | -0.339 | -281.717 | -0.339 | -3.463 | -0.339 | -3.463 | 3.273 | 11.300 | 3.352 | 11.693 |
| t | 0.000 | -2.615 | 0.000 | -0.040 | 0.000 | -0.040 | -0.007 | -3.883 | -0.007 | -4.050 |
| photo | 0.001 | 1.998 | 0.001 | 0.017 | 0.001 | 0.017 | -0.060 | -2.352 | -0.050 | -1.926 |
| video_and_photo | -0.084 | -218.142 | -0.084 | -1.996 | -0.084 | -1.996 | -0.678 | -10.497 | -0.690 | -10.910 |
| reprice_sale | -0.169 | -598.432 | -0.169 | -4.596 | -0.169 | -4.596 | -0.194 | -5.403 | -0.203 | -5.261 |
| eol_sale | -0.058 | -149.584 | -0.058 | -3.102 | -0.058 | -3.102 | -0.032 | -1.688 | -0.029 | -1.528 |
| log_size | 0.042 | 66.098 | 0.042 | 0.717 | 0.042 | 0.717 | 0.144 | 1.510 | 0.080 | 0.831 |
| log_dwnld_available | 0.040 | 76.521 | 0.040 | 1.108 | 0.040 | 1.108 | 0.034 | 1.282 | 0.026 | 1.032 |
| log_cost_per_unit | 0.409 | 836.267 | 0.409 | 5.897 | 0.409 | 5.897 | 0.056 | 1.196 | 0.048 | 1.000 |
| HP_OEM | | | | | | | -0.110 | -6.342 | -0.111 | -6.735 |
| USB | | | | | | | 0.420 | 5.611 | 0.410 | 5.654 |
| Firewire | | | | | | | -0.331 | -6.697 | -0.313 | -6.604 |
| log_Weight_oz | | | | | | | 0.420 | 4.658 | 0.430 | 4.656 |
| log_Display_in | | | | | | | 0.404 | 3.013 | 0.472 | 3.469 |
| log_Resolution_pixels | | | | | | | 0.240 | 11.508 | 0.243 | 12.219 |
| log_music_battery_hours | | | | | | | -0.042 | -1.064 | -0.089 | -2.241 |
| log_recharge_hours | | | | | | | -0.439 | -4.375 | -0.343 | -3.777 |
| DenDF | 2,138,926 | | 376 | | 376 | | 376 | | 376 | |

HIGHLY CONFIDENTIAL

# Exhibit JT-2a

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | Noll Rebuttal<br>S.E. Clustered by Family*YrQtr | itunes7_0 Incremental<br>S.E. Clustered by Family*YrQtr | itunes7_0 Incremental<br>Additional Characteristics<br>S.E. Clustered by Family*YrQtr | itunes7_0 Incremental<br>itunes7.0 interacted with Class<br>Additional Characteristics<br>S.E. Clustered by Family*YrQtr |
| **Parameter** | **Estimate      t-Stat** | **Estimate      t-Stat** | **Estimate      t-Stat** | **Estimate      t-Stat** | **Estimate      t-Stat** |
| Adj. R2 | 0.9868 | 0.9868 | 0.9868 | 0.9931 | 0.9932 |
| Weight | weight Q | weight Q | weight Q | weight Q | weight Q |

HIGHLY CONFIDENTIAL

# Exhibit JT-2b
## Summary of Direct Data Regressions - Dependent Variable: Log Price (RPU)
## (Turning On iTunes 7.0 For All Models)

| | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental Additional Characteristics S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental itunes7.0 interacted with Class Additional Characteristics S.E. Clustered by Family*YrQtr | |
| Parameter | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat |
| itms_op | -0.132 | -146.775 | -0.132 | -1.239 | -0.132 | -1.239 | -0.489 | -6.978 | -0.471 | -6.803 |
| harmony | -0.051 | -294.130 | -0.051 | -1.437 | -0.051 | -1.437 | -0.007 | -0.342 | -0.011 | -0.496 |
| harmony_block_20041026_20060911 | 0.035 | 265.350 | 0.035 | 0.901 | | | | | | |
| harmony_blocked | | | | | 0.035 | 0.901 | 0.060 | 3.084 | 0.066 | 3.448 |
| harmony2 | -0.052 | -592.319 | -0.052 | -1.506 | -0.052 | -1.506 | -0.003 | -0.204 | 0.005 | 0.303 |
| iTunes7_0 | 0.028 | 174.527 | 0.028 | 0.571 | -0.006 | -0.275 | -0.038 | -1.392 | | |
| iTunes7_0_classic | | | | | | | | | -0.048 | -2.471 |
| iTunes7_0_nano | | | | | | | | | 0.002 | 0.053 |
| iTunes7_0_shuffle | | | | | | | | | -0.115 | -1.858 |
| competitors_drm_free | -0.060 | -945.297 | -0.060 | -2.123 | -0.060 | -2.123 | -0.038 | -1.658 | -0.037 | -1.550 |
| itms_all_drm_free010609 | -0.050 | -754.808 | -0.050 | -1.881 | -0.050 | -1.881 | 0.002 | 0.087 | 0.000 | -0.017 |
| classic | -0.033 | -10.680 | -0.033 | -0.194 | -0.033 | -0.194 | -1.126 | -5.311 | -0.924 | -4.256 |
| mini | -0.546 | -2913.936 | -0.546 | -8.553 | -0.546 | -8.553 | 0.062 | 0.625 | 0.084 | 0.889 |
| nano | -0.193 | -1055.124 | -0.193 | -3.148 | -0.193 | -3.148 | 0.426 | 4.094 | 0.417 | 3.943 |
| shuffle | -0.412 | -1254.189 | -0.412 | -3.850 | -0.412 | -3.850 | 2.847 | 9.335 | 2.847 | 9.503 |
| t | -0.002 | -299.316 | -0.002 | -1.582 | -0.002 | -1.582 | -0.007 | -5.171 | -0.008 | -5.625 |
| photo | -0.017 | -144.626 | -0.017 | -0.444 | -0.017 | -0.444 | -0.032 | -1.248 | -0.023 | -0.905 |
| video_and_photo | -0.084 | -761.401 | -0.084 | -2.526 | -0.084 | -2.526 | -0.595 | -8.115 | -0.604 | -8.512 |
| reprice_sale | -0.126 | -1507.372 | -0.126 | -3.333 | -0.126 | -3.333 | -0.163 | -4.810 | -0.176 | -4.985 |
| eol_sale | 0.011 | 162.781 | 0.011 | 0.701 | 0.011 | 0.701 | 0.009 | 0.611 | 0.013 | 0.869 |
| log_size | 0.059 | 351.683 | 0.059 | 1.014 | 0.059 | 1.014 | 0.127 | 1.316 | 0.038 | 0.393 |
| log_dwnld_available | -0.001 | -17.913 | -0.001 | -0.136 | -0.001 | -0.136 | 0.004 | 0.529 | 0.002 | 0.348 |
| log_unit_cost | 0.316 | 2312.933 | 0.316 | 5.642 | 0.316 | 5.642 | 0.019 | 0.411 | 0.019 | 0.404 |
| USB | | | | | | | 0.403 | 9.743 | 0.392 | 9.506 |
| Firewire | | | | | | | -0.329 | -6.459 | -0.319 | -6.713 |
| log_Weight_oz | | | | | | | 0.478 | 6.353 | 0.496 | 6.397 |
| log_Display_in | | | | | | | 0.310 | 1.869 | 0.390 | 2.408 |
| log_Resolution_pixels | | | | | | | 0.202 | 10.640 | 0.201 | 11.044 |
| log_music_battery_hours | | | | | | | -0.024 | -0.578 | -0.078 | -1.809 |
| log_recharge_hours | | | | | | | -0.562 | -5.173 | -0.434 | -4.132 |
| Den DF | 36,945,011 | | 488 | | 488 | | 488 | | 488 | |
| Adj. R2 | 0.9815 | | 0.9815 | | 0.9815 | | 0.9866 | | 0.9868 | |

HIGHLY CONFIDENTIAL

# Exhibit JT-2b

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | Noll Rebuttal<br>S.E. Clustered by Family*YrQtr | itunes7_0 Incremental<br>S.E. Clustered by Family*YrQtr | itunes7_0 Incremental<br>Additional Characteristics<br>S.E. Clustered by Family*YrQtr | itunes7_0 Incremental<br>itunes7.0 interacted with Class<br>Additional Characteristics<br>S.E. Clustered by Family*YrQtr |
| **Parameter** | **Estimate**     **t-stat** | **Estimate**     **t-stat** | **Estimate**     **t-stat** | **Estimate**     **t-stat** | **Estimate**     **t-stat** |
| Weight | weight Q | weight Q | weight Q | weight Q | weight Q |

# Exhibit JT-2c1
# Effects of Correcting Professor Noll's Calculation of Damages
# (Turning On iTunes 7.0 For All Models)

| Class | Resellers Sales | | | | | Direct Sales | | | | | Total Estimated Damages ($M) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales Allegedly Affected ($M) | Estimated Damages ($M) | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales Allegedly Affected ($M) | Estimated Damages ($M) | |
| **Professor Noll's Reported Damage Calculations  (see list of errors in note below)** | | | | | | | | | | | |
| All | -0.005 | 0.00064 | -0.47% | $ 8,156.0 | ($ 38.1) | 0.028 | 0.00016 | 2.85% | $ 3,439.9 | $ 98.0 | **$ 59.9** |
| **Correcting Professor Noll's Use of Actual Price Instead of But-For Price as Base to Apply the Alleged Percentage Overcharge** | | | | | | | | | | | |
| All | -0.005 | 0.00064 | -0.47% | $ 8,156.0 | ($ 38.3) | 0.028 | 0.00016 | 2.77% | $ 3,439.9 | $ 95.3 | **$ 57.0** |
| **+ Correcting and Using Standard Errors in the Formula to Calculate Damages** | | | | | | | | | | | |
| All | -0.005 | 0.04411 | -0.57% | $ 8,156.0 | ($ 46.2) | 0.028 | 0.04920 | 2.65% | $ 3,439.9 | $ 91.3 | **$ 45.0** |
| **+ Incremental Effect of iTunes 7.0** | | | | | | | | | | | |
| All | -0.004 | 0.02525 | -0.44% | $ 8,156.0 | ($ 36.0) | -0.006 | 0.02355 | -0.68% | $ 3,439.9 | ($ 23.3) | **($ 59.3)** |
| **+ Controlling for Additional Characteristics** | | | | | | | | | | | |
| All | -0.045 | 0.02506 | -4.63% | $ 8,156.0 | ($ 377.9) | -0.038 | 0.02718 | -3.89% | $ 3,439.9 | ($ 134.0) | **($ 511.8)** |
| **+ iTunes 7.0 Interacted with Class** | | | | | | | | | | | |
| Classic | -0.068 | 0.01752 | -7.00% | $ 2,303.9 | ($ 161.4) | -0.048 | 0.01956 | -4.97% | $ 939.5 | ($ 46.7) | ($ 208.1) |
| Nano | -0.015 | 0.02870 | -1.51% | $ 3,959.7 | ($ 59.9) | 0.002 | 0.03223 | 0.12% | $ 1,373.6 | $ 1.6 | ($ 58.3) |
| Shuffle | -0.123 | 0.07155 | -13.39% | $ 573.7 | ($ 76.8) | -0.115 | 0.06195 | -12.42% | $ 258.9 | ($ 32.1) | ($ 109.0) |
| | | | | | ($ 298.1) | | | | | ($ 77.3) | ($ 375.3) |

Note: Professor Noll's calculation of damages contains the following errors:
  - Coefficients on iTunes 7 were calculated relative to the wrong but-for world.
  - Standard errors were estimated incorrectly due to ignored clustering of residuals.
  - Percentage Overchages were calculated using an incorrect formula.

HIGHLY CONFIDENTIAL

# Exhibit JT-2c2
# Effects of Correcting Professor Noll's Calculation of Damages
# (Turning On iTunes 7.0 For All Models)

| Class | Resellers Sales | | | | | Direct Sales | | | | | Total Estimated Damages ($M) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales Allegedly Affected ($M) | Estimated Damages ($M) | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales Allegedly Affected ($M) | Estimated Damages ($M) | |
| **Professor Noll's Reported Damage Calculations  (see list of errors in note below)** | | | | | | | | | | | |
| All | -0.005 | 0.00064 | -0.47% | $ 8,156.0 | ($ 38.1) | 0.028 | 0.00016 | 2.85% | $ 3,439.9 | $ 98.0 | **$ 59.9** |
| **Correcting Professor Noll's Use of Actual Price Instead of But-For Price as Base to Apply the Alleged Percentage Overcharge** | | | | | | | | | | | |
| All | -0.005 | 0.00064 | -0.47% | $ 8,156.0 | ($ 38.3) | 0.028 | 0.00016 | 2.77% | $ 3,439.9 | $ 95.3 | **$ 57.0** |
| **+ Incremental Effect of iTunes 7.0** | | | | | | | | | | | |
| All | -0.004 | 0.02525 | -0.41% | $ 8,156.0 | ($ 33.3) | -0.006 | 0.02355 | -0.65% | $ 3,439.9 | ($ 22.4) | **($ 55.7)** |
| **+ Controlling for Additional Characteristics** | | | | | | | | | | | |
| All | -0.045 | 0.02506 | -4.60% | $ 8,156.0 | ($ 375.2) | -0.038 | 0.02718 | -3.86% | $ 3,439.9 | ($ 132.7) | **($ 507.8)** |
| **+ iTunes 7.0 Interacted with Class** | | | | | | | | | | | |
| Classic | -0.068 | 0.01752 | -6.99% | $ 2,303.9 | ($ 161.0) | -0.048 | 0.01956 | -4.95% | $ 939.5 | ($ 46.5) | ($ 207.5) |
| Nano | -0.068 | 0.01752 | -6.99% | $ 3,959.7 | ($ 276.7) | -0.048 | 0.01956 | -4.95% | $ 1,373.6 | ($ 68.0) | ($ 344.7) |
| Shuffle | -0.015 | 0.02870 | -1.47% | $ 573.7 | ($ 8.4) | 0.002 | 0.03223 | 0.17% | $ 258.9 | $ 0.4 | ($ 8.0) |
| | | | | | ($ 446.1) | | | | | ($ 114.1) | **($ 560.3)** |

Note: Professor Noll's calculation of damages contains the following errors:
  - Coefficients on iTunes 7 were calculated relative to the wrong but-for world.
  - Standard errors were estimated incorrectly due to ignored clustering of residuals.
  - Percentage Overcharges were calculated using an incorrect formula.

HIGHLY CONFIDENTIAL

# Exhibit JT-3a
# Summary of Resellers Data Regressions - Dependent Variable: Log Price (RPU)

| | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | Noll Rebuttal S.E. Clustered by Family | | itunes7_0 Incremental S.E. Clustered by Family | | itunes7_0 Incremental Additional Characteristics S.E. Clustered by Family | | itunes7_0 Incremental interacted with Class Additional Characteristics S.E. Clustered by Family | |
| Parameter | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat |
| itms_op | -0.559 | -88.087 | -0.559 | -1.363 | -0.559 | -1.363 | -0.795 | -3.027 | -0.776 | -2.919 |
| harmony | -0.129 | -129.308 | -0.129 | -1.914 | -0.129 | -1.914 | -0.014 | -0.325 | -0.022 | -0.478 |
| harmony_blocked_rev | 0.001 | 2.282 | 0.001 | 0.039 | | | | | | |
| harmony_blocked | | | | | 0.001 | 0.039 | 0.035 | 2.655 | 0.036 | 2.858 |
| harmony2 | -0.031 | -87.993 | -0.031 | -0.668 | -0.031 | -0.668 | 0.006 | 0.268 | 0.007 | 0.293 |
| itunes7_0_rev | 0.023 | 37.599 | 0.023 | 0.533 | 0.022 | 0.797 | -0.012 | -0.293 | | |
| iTunes7_0_rev_classic | | | | | | | | | -0.123 | -1.848 |
| iTunes7_0_rev_nano | | | | | | | | | -0.004 | -0.102 |
| competitors_drm_free | -0.078 | -365.222 | -0.078 | -1.852 | -0.078 | -1.852 | -0.038 | -1.118 | -0.038 | -1.117 |
| itms_all_drm_free010609 | -0.067 | -311.572 | -0.067 | -2.111 | -0.067 | -2.111 | -0.004 | -0.435 | -0.005 | -0.487 |
| classic | -0.231 | -333.480 | -0.231 | -4.201 | -0.231 | -4.201 | -0.167 | -1.664 | -0.045 | -0.470 |
| mini | -0.453 | -589.620 | -0.453 | -4.498 | -0.453 | -4.498 | 0.158 | 1.242 | 0.165 | 1.374 |
| nano | -0.175 | -260.091 | -0.175 | -2.409 | -0.175 | -2.409 | 0.490 | 3.731 | 0.490 | 3.988 |
| shuffle | -0.325 | -266.705 | -0.325 | -2.617 | -0.325 | -2.617 | 3.211 | 7.127 | 3.138 | 7.025 |
| t | 0.000 | 1.097 | 0.000 | 0.019 | 0.000 | 0.019 | -0.007 | -3.955 | -0.007 | -4.072 |
| photo | -0.001 | -1.288 | -0.001 | -0.011 | -0.001 | -0.011 | -0.061 | -2.149 | -0.055 | -1.925 |
| video_and_photo | -0.081 | -213.252 | -0.081 | -1.659 | -0.081 | -1.659 | -0.661 | -6.653 | -0.656 | -6.800 |
| reprice_sale | -0.172 | -603.822 | -0.172 | -3.426 | -0.172 | -3.426 | -0.191 | -4.117 | -0.189 | -4.094 |
| eol_sale | -0.059 | -151.872 | -0.059 | -2.708 | -0.059 | -2.708 | -0.037 | -1.546 | -0.038 | -1.592 |
| log_size | 0.033 | 52.799 | 0.033 | 0.427 | 0.033 | 0.427 | 0.132 | 0.936 | 0.059 | 0.408 |
| log_dwnld_available | 0.035 | 66.534 | 0.035 | 1.007 | 0.035 | 1.007 | 0.031 | 1.441 | 0.030 | 1.367 |
| log_cost_per_unit | 0.428 | 906.276 | 0.428 | 5.625 | 0.428 | 5.625 | 0.088 | 1.545 | 0.090 | 1.578 |
| HP_OEM | | | | | | | -0.110 | -4.956 | -0.110 | -4.924 |
| USB | | | | | | | 0.420 | 4.842 | 0.411 | 4.628 |
| Firewire | | | | | | | -0.364 | -5.224 | -0.351 | -5.002 |
| log_Weight_oz | | | | | | | 0.427 | 3.822 | 0.480 | 4.498 |
| log_Display_in | | | | | | | 0.360 | 1.644 | 0.373 | 1.742 |
| log_Resolution_pixels | | | | | | | 0.239 | 7.682 | 0.230 | 7.220 |
| log_music_battery_hours | | | | | | | -0.068 | -0.922 | -0.061 | -0.866 |
| log_recharge_hours | | | | | | | -0.375 | -2.541 | -0.363 | -2.642 |
| DenDF | 2,138,926 | | 68 | | 68 | | 68 | | 68 | |
| Adj. R2 | 0.9868 | | 0.9868 | | 0.9868 | | 0.9930 | | 0.9931 | |
| Weight | weight Q | | weight Q | | weight Q | | weight Q | | weight Q | |

HIGHLY CONFIDENTIAL

# Exhibit JT-3b
# Summary of Direct Data Regressions - Dependent Variable: Log Price (RPU)

| | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | Noll Rebuttal S.E. Clustered by Family | | itunes7_0 Incremental S.E. Clustered by Family | | itunes7_0 Incremental Additional Characteristics S.E. Clustered by Family | | itunes7_0 Incremental itunes7.0 interacted with Class Additional Characteristics S.E. Clustered by Family | |
| Parameter | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat |
| itms_op | -0.103 | -114.442 | -0.103 | -0.836 | -0.103 | -0.836 | -0.482 | -7.580 | -0.476 | -7.213 |
| harmony | -0.043 | -247.101 | -0.043 | -0.795 | -0.043 | -0.795 | -0.003 | -0.079 | -0.008 | -0.228 |
| harmony_blocked_rev | 0.039 | 303.201 | 0.039 | 1.343 | | | | | | |
| harmony_blocked | | | | | 0.039 | 1.343 | 0.065 | 3.921 | 0.069 | 4.347 |
| harmony2 | -0.046 | -526.860 | -0.046 | -1.020 | -0.046 | -1.020 | 0.000 | -0.021 | 0.003 | 0.122 |
| itunes7_0_rev | 0.072 | 448.711 | 0.072 | 1.749 | 0.033 | 1.203 | -0.008 | -0.165 | | |
| iTunes7_0_rev_classic | | | | | | | | | -0.158 | -2.835 |
| iTunes7_0_rev_nano | | | | | | | | | 0.012 | 0.265 |
| competitors_drm_free | -0.050 | -784.868 | -0.050 | -1.298 | -0.050 | -1.298 | -0.033 | -1.095 | -0.031 | -1.026 |
| itms_all_drm_free010609 | -0.044 | -667.961 | -0.044 | -1.605 | -0.044 | -1.605 | 0.005 | 0.358 | 0.006 | 0.377 |
| classic | -0.038 | -12.131 | -0.038 | -0.229 | -0.038 | -0.229 | -1.088 | -3.614 | -0.840 | -2.774 |
| mini | -0.528 | -2822.816 | -0.528 | -6.261 | -0.528 | -6.261 | 0.089 | 0.574 | 0.086 | 0.574 |
| nano | -0.188 | -1035.182 | -0.188 | -2.673 | -0.188 | -2.673 | 0.431 | 2.562 | 0.421 | 2.555 |
| shuffle | -0.380 | -1133.350 | -0.380 | -3.063 | -0.380 | -3.063 | 2.808 | 5.878 | 2.712 | 5.781 |
| t | -0.002 | -296.480 | -0.002 | -1.595 | -0.002 | -1.595 | -0.007 | -4.802 | -0.007 | -5.048 |
| photo | -0.017 | -144.959 | -0.017 | -0.398 | -0.017 | -0.398 | -0.034 | -1.055 | -0.027 | -0.838 |
| video_and_photo | -0.080 | -733.566 | -0.080 | -1.904 | -0.080 | -1.904 | -0.585 | -5.107 | -0.583 | -5.366 |
| reprice_sale | -0.130 | -1545.550 | -0.130 | -2.166 | -0.130 | -2.166 | -0.157 | -3.361 | -0.155 | -3.316 |
| eol_sale | 0.014 | 193.714 | 0.014 | 0.617 | 0.014 | 0.617 | 0.009 | 0.433 | 0.007 | 0.358 |
| log_size | 0.048 | 285.214 | 0.048 | 0.631 | 0.048 | 0.631 | 0.106 | 0.722 | 0.002 | 0.015 |
| log_dwnld_available | -0.003 | -42.307 | -0.003 | -0.320 | -0.003 | -0.320 | 0.003 | 0.485 | 0.003 | 0.460 |
| log_unit_cost | 0.345 | 2610.072 | 0.345 | 5.657 | 0.345 | 5.657 | 0.047 | 0.810 | 0.052 | 0.902 |
| USB | | | | | | | 0.410 | 8.521 | 0.404 | 8.102 |
| Firewire | | | | | | | -0.355 | -5.036 | -0.340 | -4.985 |
| log_Weight_oz | | | | | | | 0.496 | 4.693 | 0.570 | 5.894 |
| log_Display_in | | | | | | | 0.279 | 1.021 | 0.307 | 1.154 |
| log_Resolution_pixels | | | | | | | 0.202 | 7.514 | 0.191 | 7.077 |
| log_music_battery_hours | | | | | | | -0.046 | -0.590 | -0.044 | -0.608 |
| log_recharge_hours | | | | | | | -0.503 | -2.773 | -0.473 | -2.817 |
| Den DF | 36,945,011 | | 69 | | 69 | | 69 | | 69 | |
| Adj. R2 | 0.9816 | | 0.9816 | | 0.9816 | | 0.9866 | | 0.9867 | |
| Weight | weight Q | | weight Q | | weight Q | | weight Q | | weight Q | |

HIGHLY CONFIDENTIAL

# Exhibit JT-3c1

# Effects of Correcting Professor Noll's Calculation of Damages

| Class | Resellers Sales | | | | | Direct Sales | | | | | Total Estimated Damages ($M) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales Allegedly Affected ($M) | Estimated Damages ($M) | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales Allegedly Affected ($M) | Estimated Damages ($M) | |
| **Professor Noll's Reported Damage Calculations  (see list of errors in note below)** | | | | | | | | | | | |
| All | 0.023 | 0.00062 | 2.38% | $ 6,268.7 | $ 148.9 | 0.072 | 0.00016 | 7.45% | $ 2,613.4 | $ 194.7 | **$ 343.6** |
| **Correcting Professor Noll's Use of Actual Price Instead of But-For Price as Base to Apply the Alleged Percentage Overcharge** | | | | | | | | | | | |
| All | 0.023 | 0.00062 | 2.32% | $ 6,268.7 | $ 145.5 | 0.072 | 0.00016 | 6.93% | $ 2,613.4 | $ 181.2 | **$ 326.7** |
| **+ Correcting and Using Standard Errors in the Formula to Calculate Damages** | | | | | | | | | | | |
| All | 0.023 | 0.04406 | 2.23% | $ 6,268.7 | $ 139.5 | 0.072 | 0.04107 | 6.85% | $ 2,613.4 | $ 179.1 | **$ 318.7** |
| **+ Incremental Effect of iTunes 7.0** | | | | | | | | | | | |
| All | 0.022 | 0.02791 | 2.16% | $ 6,268.7 | $ 135.5 | 0.033 | 0.02705 | 3.17% | $ 2,613.4 | $ 82.7 | **$ 218.3** |
| **+ Controlling for Additional Characteristics** | | | | | | | | | | | |
| All | -0.012 | 0.04033 | -1.27% | $ 6,268.7 | ($ 79.8) | -0.008 | 0.04717 | -0.89% | $ 2,613.4 | ($ 23.4) | **($ 103.1)** |
| **+ iTunes 7.0 Interacted with Class** | | | | | | | | | | | |
| Classic | -0.123 | 0.06643 | -13.31% | $ 997.5 | ($ 132.8) | -0.158 | 0.05586 | -17.34% | $ 375.2 | ($ 65.1) | ($ 197.8) |
| Nano | -0.004 | 0.03898 | -0.47% | $ 3,952.6 | ($ 18.8) | 0.012 | 0.04597 | 1.10% | $ 1,370.3 | $ 15.1 | ($ 3.6) |
| | | | | | ($ 151.6) | | | | | ($ 49.9) | **($ 201.5)** |

Note: Professor Noll's calculation of damages contains the following errors:
   - Coefficients on iTunes 7 were calculated relative to the wrong but-for world.
   - Standard errors were estimated incorrectly due to ignored clustering of residuals.
   - Percentage Overcharges were calculated using an incorrect formula.

HIGHLY CONFIDENTIAL

# Exhibit JT-3c2

# Effects of Correcting Professor Noll's Calculation of Damages

| Class | Resellers Sales | | | | | Direct Sales | | | | | Total Estimated Damages ($M) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales Allegedly Affected ($M) | Estimated Damages ($M) | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales Allegedly Affected ($M) | Estimated Damages ($M) | |
| | Professor Noll's Reported Damage Calculations (see list of errors in note below) | | | | | | | | | | |
| All | 0.023 | 0.00062 | 2.38% | $ 6,268.7 | $ 148.9 | 0.072 | 0.00016 | 7.45% | $ 2,613.4 | $ 194.7 | $ 343.6 |
| | Correcting Professor Noll's Use of Actual Price Instead of But-For Price as Base to Apply the Alleged Percentage Overcharge | | | | | | | | | | |
| All | 0.023 | 0.00062 | 2.32% | $ 6,268.7 | $ 145.5 | 0.072 | 0.00016 | 6.93% | $ 2,613.4 | $ 181.2 | $ 326.7 |
| | + Incremental Effect of iTunes 7.0 | | | | | | | | | | |
| All | 0.022 | 0.02791 | 2.20% | $ 6,268.7 | $ 137.9 | 0.033 | 0.02705 | 3.20% | $ 2,613.4 | $ 83.7 | $ 221.6 |
| | + Controlling for Additional Characteristics | | | | | | | | | | |
| All | -0.012 | 0.04033 | -1.19% | $ 6,268.7 | ($ 74.6) | -0.008 | 0.04717 | -0.78% | $ 2,613.4 | ($ 20.4) | ($ 95.0) |
| | + iTunes 7.0 Interacted with Class | | | | | | | | | | |
| Classic | -0.123 | 0.06643 | -13.06% | $ 997.5 | ($ 130.3) | -0.158 | 0.05586 | -17.16% | $ 375.2 | ($ 64.4) | ($ 194.7) |
| Nano | -0.004 | 0.03898 | -0.40% | $ 3,952.6 | ($ 15.8) | 0.012 | 0.04597 | 1.21% | $ 1,370.3 | $ 16.6 | $ 0.8 |
| | | | | | ($ 146.0) | | | | | ($ 47.8) | ($ 193.9) |

Note: Professor Noll's calculation of damages contains the following errors:
 - Coefficients on iTunes 7 were calculated relative to the wrong but-for world.
 - Standard errors were estimated incorrectly due to ignored clustering of residuals.
 - Percentage Overcharges were calculated using an incorrect formula.

HIGHLY CONFIDENTIAL

**Exhibit JT-4a**

**Average of Regression Residuals
Divided Randomly in Two Groups, by Cluster
(Resellers Sales, Clusters Defined by Family and Year-Quarter)**



Sources: Apple iPod Sales Data

**Exhibit JT-4b**

**Average of Regression Residuals
Divided Randomly in Two Groups, by Cluster
(Direct Sales, Clusters Defined by Family and Year-Quarter)**



Sources: Apple iPod Sales Data

HIGHLY CONFIDENTIAL

# Exhibit JT-5a

## Resellers: Tests of Joint Significance
## Dependent Variable: Log Price (RPU)

| | 1 | | 2 | | 3 | |
|---|---|---|---|---|---|---|
| Model Description | Noll Rev | | Noll Rev Additional Characteristics | | Noll Rev Agg Data S.E. Clustered by Family*YrQtr Additional Characteristics | |
| Parameter | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat |
| Intercept | 3.867 | 645.814 | 3.239 | 670.124 | 3.239 | 8.934 |
| itms_op | -0.559 | -88.087 | -0.795 | -96.186 | -0.795 | -2.489 |
| harmony | -0.129 | -129.308 | -0.014 | -18.453 | -0.014 | -0.383 |
| harmony_blocked_rev | 0.001 | 2.282 | 0.035 | 87.001 | 0.035 | 2.165 |
| harmony2 | -0.031 | -87.993 | 0.006 | 22.985 | 0.006 | 0.365 |
| harmony_blocked_cra | | | | | | |
| itunes7_0_rev | 0.023 | 37.599 | 0.023 | 42.134 | 0.023 | 0.633 |
| itunes7_0_classic | | | | | | |
| itunes7_0_nano | | | | | | |
| itunes7_0_shuffle | | | | | | |
| itunes7_4_classic | | | | | | |
| itunes7_4_nano | | | | | | |
| itunes7_4_shuffle | | | | | | |
| itunes7_0_rev_classic | | | | | | |
| itunes7_0_rev_mini | | | | | | |
| itunes7_0_rev_nano | | | | | | |
| itunes7_0_rev_shuffle | | | | | | |
| itunes7_0_rev_touch | | | | | | |
| competitors_drm_free | -0.078 | -365.222 | -0.038 | -229.451 | -0.038 | -1.559 |
| itms_all_drm_free010609 | -0.067 | -311.572 | -0.004 | -24.075 | -0.004 | -0.243 |
| classic | -0.231 | -333.480 | -0.167 | -176.019 | -0.167 | -2.537 |
| mini | -0.453 | -589.620 | 0.158 | 109.860 | 0.158 | 1.859 |
| nano | -0.175 | -260.091 | 0.490 | 371.058 | 0.490 | 5.768 |
| shuffle | -0.325 | -266.705 | 3.211 | 896.368 | 3.211 | 11.012 |
| u2 | 0.176 | 136.914 | 0.148 | 158.366 | 0.148 | 14.704 |
| photo | -0.001 | -1.288 | -0.061 | -189.725 | -0.061 | -2.441 |
| video_and_photo | -0.081 | -213.252 | -0.661 | -721.883 | -0.661 | -10.251 |
| reprice_sale | -0.172 | -603.822 | -0.191 | -915.208 | -0.191 | -5.406 |
| eol_sale | -0.059 | -151.872 | -0.037 | -129.396 | -0.037 | -1.845 |
| log_size | 0.033 | 52.799 | 0.132 | 114.650 | 0.132 | 1.469 |
| log_dwnld_available | 0.035 | 66.534 | 0.031 | 77.566 | 0.031 | 1.156 |
| log_cost_per_unit | 0.428 | 906.276 | 0.088 | 187.012 | 0.088 | 1.901 |
| HP_OEM | | | -0.110 | -352.666 | -0.110 | -6.299 |
| USB | | | 0.420 | 62.257 | 0.420 | 5.570 |
| Firewire | | | -0.364 | -472.414 | -0.364 | -7.550 |
| log_Weight_oz | | | 0.427 | 358.112 | 0.427 | 4.933 |
| log_Display_in | | | 0.360 | 160.891 | 0.360 | 2.619 |
| log_Resolution_pixels | | | 0.239 | 959.928 | 0.239 | 11.063 |
| log_music_battery_hours | | | -0.068 | -117.801 | -0.068 | -1.358 |
| log_recharge_hours | | | -0.375 | -288.065 | -0.375 | -3.530 |

| | | | | |
|---|---|---|---|---|
| DenDF | | 2,138,926 | 2,138,918 | 376 |
| Adj. R2 | | 0.9868 | 0.9931 | 0.9930 |
| Weight | | weight sum_quan | weight sum_quan | weight sum_quan |

**Test of Joint Significance of Additional Characteristics: HP_OEM, USB, Firewire, log_Weight_oz, log_Display_in, log_Resolution_pixels, log_music_battery_hours, log_recharge_hours**

| | 1 | 2 | 3 |
|---|---|---|---|
| Num DF | | 8 | 8 |
| Den DF | | 2,138,918 | 376 |
| F Value | | 239,937 | 52.84 |
| Pr > F | | <.0001 | <.0001 |

**Test of Joint Significance of Noll's Characteristics: u2, photo, video_and_photo, reprice_sale, eol_sale, log_size, log_dwnld_available, log_cost_per_unit**

| | 1 | 2 | 3 |
|---|---|---|---|
| Num DF | 8 | 8 | 8 |
| Den DF | 2,138,926 | 2,138,918 | 376 |
| F Value | 177,564 | 212,226 | 62.34 |
| Pr > F | <.0001 | <.0001 | <.0001 |

**Test of Joint Significance of Noll's Characteristics 2: u2, photo, video_and_photo, log_size, log_dwnld_available, log_cost_per_unit**

| | 1 | 2 | 3 |
|---|---|---|---|
| Num DF | 6 | 6 | 6 |
| Den DF | 2,138,926 | 2,138,918 | 376 |
| F Value | 201,422 | 171,899 | 73.77 |
| Pr > F | <.0001 | <.0001 | <.0001 |

**Test of Joint Significance of Event Dummies: itms_op, harmony, harmony2, harmony_blocked_rev, competitors_drm_free, itms_all_drm_free010609**

| | 1 | 2 | 3 |
|---|---|---|---|
| Num DF | 7 | 7 | 7 |
| Den DF | 2,138,926 | 2138918 | 376 |
| F Value | 41,314 | 11,319 | 3.1 |
| Pr > F | <.0001 | <.0001 | 0.0035 |

# Exhibit JT-5b

## Direct Sales: Tests of Joint Significance
## Dependent Variable: Log Price (RPU)

| | 1 | | 2 | | 3 | |
|---|---|---|---|---|---|---|
| Model Description | Noll Rev | | Noll Rev Additional Characteristics | | Noll Rev Agg Data S.E. Clustered by Family*YrQtr Additional Characteristics | |
| Parameter | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat |
| itms_op | -0.103 | -114.439 | -0.482 | -199.654 | -0.482 | -6.872 |
| harmony | -0.043 | -247.099 | -0.003 | -16.994 | -0.003 | -0.122 |
| harmony_blocked_rev | 0.039 | 303.201 | 0.065 | 581.994 | 0.065 | 3.418 |
| harmony2 | -0.046 | -526.859 | 0.000 | -5.902 | 0.000 | -0.030 |
| itunes7_0_rev | 0.072 | 448.712 | 0.057 | 343.907 | 0.057 | 1.371 |
| competitors_drm_free | -0.050 | -784.868 | -0.033 | -587.278 | -0.033 | -1.426 |
| itms_all_drm_free010609 | -0.044 | -667.962 | 0.005 | 87.081 | 0.005 | 0.287 |
| u2 | 0.130 | 647.722 | 0.130 | 760.344 | 0.130 | 9.960 |
| photo | -0.017 | -144.958 | -0.034 | -323.265 | -0.034 | -1.311 |
| video_and_photo | -0.080 | -733.564 | -0.585 | -1711.757 | -0.585 | -8.074 |
| reprice_sale | -0.130 | -1545.549 | -0.157 | -2174.351 | -0.157 | -4.822 |
| eol_sale | 0.014 | 193.715 | 0.009 | 144.178 | 0.009 | 0.553 |
| log_size | 0.048 | 285.211 | 0.106 | 315.166 | 0.106 | 1.169 |
| log_dwnld_available | -0.003 | -42.312 | 0.003 | 48.596 | 0.003 | 0.444 |
| log_unit_cost | 0.345 | 2610.074 | 0.047 | 313.724 | 0.047 | 1.021 |
| USB | | | 0.410 | 178.390 | 0.410 | 10.150 |
| Firewire | | | -0.355 | -1583.091 | -0.355 | -7.633 |
| log_Weight_oz | | | 0.496 | 1386.667 | 0.496 | 6.888 |
| log_Display_in | | | 0.279 | 319.026 | 0.279 | 1.656 |
| log_Resolution_pixels | | | 0.202 | 2515.870 | 0.202 | 10.581 |
| log_music_battery_hours | | | -0.046 | -257.961 | -0.046 | -0.903 |
| log_recharge_hours | | | -0.503 | -1219.307 | -0.503 | -4.206 |

| | | | |
|---|---|---|---|
| Den DF | 36,945,011 | 36,945,004 | 488 |
| Adj. R2 | 0.9816 | 0.9866 | 0.9866 |
| Weight | weight Q | weight Q | weight Q |

Test of Joint Significance of Additional Characteristics: USB, Firewire, log_Weight_oz, log_Display_in, log_Resolution_pixels, log_music_battery_hours, log_recharge_hours

| | | | |
|---|---|---|---|
| Num DF | | 7 | 7 |
| Den DF | | 36,945,004 | 488 |
| F Value | | 1,959,114 | 59.27 |
| Pr > ChiSq | | <.0001 | <.0001 |

Test of Joint Significance of Noll's Characteristics: u2, photo, video_and_photo, reprice_sale, eol_sale, log_size, log_dwnld_available, log_unit_cost

| | | | |
|---|---|---|---|
| Num DF | 8 | 8 | 8 |
| Den DF | 36,945,011 | 36,945,004 | 488 |
| F Value | 1,452,327 | 1,223,172 | 31.46 |
| Pr > ChiSq | <.0001 | <.0001 | <.0001 |

Test of Joint Significance of Noll's Characteristics2: u2, photo, video_and_photo, log_size, log_dwnld_available, log_unit_cost

| | | | |
|---|---|---|---|
| Num DF | 6 | 6 | 6 |
| Den DF | 36,945,011 | 36,945,004 | 488 |
| F Value | 1,752,541 | 990,338 | 37.6 |
| Pr > ChiSq | <.0001 | <.0001 | <.0001 |

Test of Joint Significance of Event Dummies: itms_op, harmony, harmony2, harmony_blocked_rev, competitors_drm_free, itms_all_drm_free010609

| | | | |
|---|---|---|---|
| Num DF | 7 | 7 | 7 |
| Den DF | 36,945,011 | 36,945,004 | 488 |
| F Value | 259,557 | 126,297 | 15.27 |
| Pr > ChiSq | <.0001 | <.0001 | <.0001 |

# Exhibit JT-6a
# Summary of Resellers Data Regressions - Dependent Variable: Log Price (RPU)

| | 1 | | | 2 | | | 3 | | | 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | | Noll Rebuttal Additional Characteristics | | | itunes7_0 Incremental | | | itunes7_0 Incremental Additional Characteristics | | |
| Parameter | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| itms_op | -0.559 | 0.0063 | -88.087 | -0.795 | 0.0083 | -96.186 | -0.559 | 0.0063 | -88.087 | -0.795 | 0.0083 | -96.186 |
| harmony | -0.129 | 0.0010 | -129.308 | -0.014 | 0.0008 | -18.453 | -0.129 | 0.0010 | -129.308 | -0.014 | 0.0008 | -18.453 |
| harmony_blocked_rev | 0.001 | 0.0005 | 2.282 | 0.035 | 0.0004 | 87.001 | | | | | | |
| harmony_blocked | | | | | | | 0.001 | 0.0005 | 2.282 | 0.035 | 0.0004 | 87.001 |
| harmony2 | -0.031 | 0.0004 | -87.993 | 0.006 | 0.0003 | 22.985 | -0.031 | 0.0004 | -87.993 | 0.006 | 0.0003 | 22.985 |
| itunes7_0_rev | 0.023 | 0.0006 | 37.599 | 0.023 | 0.0005 | 42.134 | 0.022 | 0.0003 | 75.362 | -0.012 | 0.0003 | -34.480 |
| competitors_drm_free | -0.078 | 0.0002 | -365.222 | -0.038 | 0.0002 | -229.451 | -0.078 | 0.0002 | -365.222 | -0.038 | 0.0002 | -229.451 |
| itms_all_drm_free010609 | -0.067 | 0.0002 | -311.572 | -0.004 | 0.0002 | -24.075 | -0.067 | 0.0002 | -311.572 | -0.004 | 0.0002 | -24.075 |
| | | | | | | | | | | | | |
| classic | -0.231 | 0.0007 | -333.480 | -0.167 | 0.0010 | -176.019 | -0.231 | 0.0007 | -333.480 | -0.167 | 0.0010 | -176.019 |
| mini | -0.453 | 0.0008 | -589.620 | 0.158 | 0.0014 | 109.860 | -0.453 | 0.0008 | -589.620 | 0.158 | 0.0014 | 109.860 |
| nano | -0.175 | 0.0007 | -260.091 | 0.490 | 0.0013 | 371.058 | -0.175 | 0.0007 | -260.091 | 0.490 | 0.0013 | 371.058 |
| shuffle | -0.325 | 0.0012 | -266.705 | 3.211 | 0.0036 | 896.368 | -0.325 | 0.0012 | -266.705 | 3.211 | 0.0036 | 896.368 |
| | | | | | | | | | | | | |
| t | 0.000 | 0.0000 | 1.097 | -0.007 | 0.0000 | -309.255 | 0.000 | 0.0000 | 1.097 | -0.007 | 0.0000 | -309.255 |
| | | | | | | | | | | | | |
| photo | -0.001 | 0.0004 | -1.288 | -0.061 | 0.0003 | -189.725 | -0.001 | 0.0004 | -1.288 | -0.061 | 0.0003 | -189.725 |
| video_and_photo | -0.081 | 0.0004 | -213.252 | -0.661 | 0.0009 | -721.883 | -0.081 | 0.0004 | -213.252 | -0.661 | 0.0009 | -721.883 |
| reprice_sale | -0.172 | 0.0003 | -603.822 | -0.191 | 0.0002 | -915.208 | -0.172 | 0.0003 | -603.822 | -0.191 | 0.0002 | -915.208 |
| eol_sale | -0.059 | 0.0004 | -151.872 | -0.037 | 0.0003 | -129.396 | -0.059 | 0.0004 | -151.872 | -0.037 | 0.0003 | -129.396 |
| log_size | 0.033 | 0.0006 | 52.799 | 0.132 | 0.0012 | 114.650 | 0.033 | 0.0006 | 52.799 | 0.132 | 0.0012 | 114.650 |
| log_dwnld_available | 0.035 | 0.0005 | 66.534 | 0.031 | 0.0004 | 77.566 | 0.035 | 0.0005 | 66.534 | 0.031 | 0.0004 | 77.566 |
| log_cost_per_unit | 0.428 | 0.0005 | 906.276 | 0.088 | 0.0005 | 187.012 | 0.428 | 0.0005 | 906.276 | 0.088 | 0.0005 | 187.012 |
| HP_OEM | | | | -0.110 | 0.0003 | -352.666 | | | | -0.110 | 0.0003 | -352.666 |
| USB | | | | 0.420 | 0.0068 | 62.257 | | | | 0.420 | 0.0068 | 62.257 |
| Firewire | | | | -0.364 | 0.0008 | -472.414 | | | | -0.364 | 0.0008 | -472.414 |
| log_Weight_oz | | | | 0.427 | 0.0012 | 358.112 | | | | 0.427 | 0.0012 | 358.112 |
| log_Display_in | | | | 0.360 | 0.0022 | 160.891 | | | | 0.360 | 0.0022 | 160.891 |
| log_Resolution_pixels | | | | 0.239 | 0.0002 | 959.928 | | | | 0.239 | 0.0002 | 959.928 |
| log_music_battery_hours | | | | -0.068 | 0.0006 | -117.801 | | | | -0.068 | 0.0006 | -117.801 |
| log_recharge_hours | | | | -0.375 | 0.0013 | -288.065 | | | | -0.375 | 0.0013 | -288.065 |
| | | | | | | | | | | | | |
| DenDF | 2,138,926 | | | 2,138,918 | | | 2,138,926 | | | 2,138,918 | | |
| Adj. R2 | 0.9868 | | | 0.9931 | | | 0.9868 | | | 0.9931 | | |
| Weight | weight Q | | | weight Q | | | weight Q | | | weight Q | | |

HIGHLY CONFIDENTIAL

# Exhibit JT-6b
# Summary of Direct Data Regressions - Dependent Variable: Log Price (RPU)

| | 1 | | | 2 | | | 3 | | | 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | | Noll Rebuttal Additional Characteristics | | | itunes7_0 Incremental | | | itunes7_0 Incremental Additional Characteristics | | |
| Parameter | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| itms_op | -0.103 | 0.0009 | -114.442 | -0.482 | 0.0024 | -199.655 | -0.103 | 0.0009 | -114.442 | -0.482 | 0.0024 | -199.655 |
| harmony | -0.043 | 0.0002 | -247.101 | -0.003 | 0.0002 | -16.994 | -0.043 | 0.0002 | -247.101 | -0.003 | 0.0002 | -16.994 |
| harmony_blocked_rev | 0.039 | 0.0001 | 303.201 | 0.065 | 0.0001 | 581.991 | | | | | | |
| harmony_blocked | | | | | | | 0.039 | 0.0001 | 303.201 | 0.065 | 0.0001 | 581.991 |
| harmony2 | -0.046 | 0.0001 | -526.860 | 0.000 | 0.0001 | -5.901 | -0.046 | 0.0001 | -526.860 | 0.000 | 0.0001 | -5.901 |
| itunes7_0_rev | 0.072 | 0.0002 | 448.711 | 0.057 | 0.0002 | 343.892 | 0.033 | 0.0001 | 382.315 | -0.008 | 0.0001 | -70.138 |
| competitors_drm_free | -0.050 | 0.0001 | -784.868 | -0.033 | 0.0001 | -587.280 | -0.050 | 0.0001 | -784.868 | -0.033 | 0.0001 | -587.280 |
| itms_all_drm_free010609 | -0.044 | 0.0001 | -667.961 | 0.005 | 0.0001 | 87.075 | -0.044 | 0.0001 | -667.961 | 0.005 | 0.0001 | 87.075 |
| | | | | | | | | | | | | |
| classic | -0.038 | 0.0031 | -12.131 | -1.088 | 0.0027 | -399.681 | -0.038 | 0.0031 | -12.131 | -1.088 | 0.0027 | -399.681 |
| mini | -0.528 | 0.0002 | -2822.816 | 0.089 | 0.0005 | 174.815 | -0.528 | 0.0002 | -2822.816 | 0.089 | 0.0005 | 174.815 |
| nano | -0.188 | 0.0002 | -1035.182 | 0.431 | 0.0005 | 835.357 | -0.188 | 0.0002 | -1035.182 | 0.431 | 0.0005 | 835.357 |
| shuffle | -0.380 | 0.0003 | -1133.350 | 2.808 | 0.0013 | 2174.977 | -0.380 | 0.0003 | -1133.350 | 2.808 | 0.0013 | 2174.977 |
| | | | | | | | | | | | | |
| t | -0.002 | 0.0000 | -296.480 | -0.007 | 0.0000 | -940.305 | -0.002 | 0.0000 | -296.480 | -0.007 | 0.0000 | -940.305 |
| | | | | | | | | | | | | |
| photo | -0.017 | 0.0001 | -144.959 | -0.034 | 0.0001 | -323.260 | -0.017 | 0.0001 | -144.959 | -0.034 | 0.0001 | -323.260 |
| video_and_photo | -0.080 | 0.0001 | -733.566 | -0.585 | 0.0003 | -1711.748 | -0.080 | 0.0001 | -733.566 | -0.585 | 0.0003 | -1711.748 |
| reprice_sale | -0.130 | 0.0001 | -1545.550 | -0.157 | 0.0001 | -2174.352 | -0.130 | 0.0001 | -1545.550 | -0.157 | 0.0001 | -2174.352 |
| eol_sale | 0.014 | 0.0001 | 193.714 | 0.009 | 0.0001 | 144.174 | 0.014 | 0.0001 | 193.714 | 0.009 | 0.0001 | 144.174 |
| log_size | 0.048 | 0.0002 | 285.214 | 0.106 | 0.0003 | 315.165 | 0.048 | 0.0002 | 285.214 | 0.106 | 0.0003 | 315.165 |
| log_dwnld_available | -0.003 | 0.0001 | -42.307 | 0.003 | 0.0001 | 48.599 | -0.003 | 0.0001 | -42.307 | 0.003 | 0.0001 | 48.599 |
| log_unit_cost | 0.345 | 0.0001 | 2610.072 | 0.047 | 0.0002 | 313.719 | 0.345 | 0.0001 | 2610.072 | 0.047 | 0.0002 | 313.719 |
| USB | | | | 0.410 | 0.0023 | 178.390 | | | | 0.410 | 0.0023 | 178.390 |
| Firewire | | | | -0.355 | 0.0002 | -1583.079 | | | | -0.355 | 0.0002 | -1583.079 |
| log_Weight_oz | | | | 0.496 | 0.0004 | 1386.673 | | | | 0.496 | 0.0004 | 1386.673 |
| log_Display_in | | | | 0.279 | 0.0009 | 319.023 | | | | 0.279 | 0.0009 | 319.023 |
| log_Resolution_pixels | | | | 0.202 | 0.0001 | 2515.848 | | | | 0.202 | 0.0001 | 2515.848 |
| log_music_battery_hours | | | | -0.046 | 0.0002 | -257.934 | | | | -0.046 | 0.0002 | -257.934 |
| log_recharge_hours | | | | -0.503 | 0.0004 | -1219.328 | | | | -0.503 | 0.0004 | -1219.328 |
| | | | | | | | | | | | | |
| DenDF | 36,945,011 | | | 36,945,004 | | | 36,945,011 | | | 36,945,004 | | |
| Adj. R2 | 0.9816 | | | 0.9866 | | | 0.9816 | | | 0.9866 | | |
| Weight | weight Q | | | weight Q | | | weight Q | | | weight Q | | |

HIGHLY CONFIDENTIAL

Appendix A

*Curriculum Vitae*

# Kevin M. Murphy

December 2013

*Business Address:*

University of Chicago
Booth School of Business
5807 South Woodlawn Avenue
Chicago, Illinois  60637
email: kevin.murphy@chicagobooth.edu

*Home Address:*

1810 Pennington Court
New Lenox, Illinois 60451
Phone: (815)463-4756
Fax: (815)463-4758

**Current Positions**

July 2005-Present: George J. Stigler Distinguished Service Professor of Economics, Department of Economics and Booth School of Business, University of Chicago

Faculty Research Associate, National Bureau of Economic Research

**Education**

University of California, Los Angeles, A.B., Economics, 1981

University of Chicago, Ph.D., 1986

Thesis Topic: *Specialization and Human Capital*

**Previous Research and Academic Positions**

2002-2005: George J. Stigler Professor of Economics, Department of Economics and Booth School of Business, University of Chicago

1993 – 2002: George Pratt Shultz Professor of Business Economics and Industrial Relations, University of Chicago

1989 – 1993: Professor of Business Economics and Industrial Relations, University of Chicago

1988 – 1989: Associate Professor of Business Economics and Industrial Relations, University of Chicago

1986 – 1988: Assistant Professor of Business Economics and Industrial Relations, University of Chicago

1983 – 1986: Lecturer, Booth School of Business, University of Chicago

1982 – 1983: Teaching Associate, Department of Economics, University of Chicago

1979 – 1981: Research Assistant, Unicon Research Corporation, Santa Monica, California

## Honors and Awards

2008: John von Neumann Lecture Award, Rajk College, Corvinus University, Budapest

2007: Kenneth J. Arrow Award (with Robert H. Topel)

October 2005: Garfield Research Prize (with Robert H. Topel)

September 2005: MacArthur Foundation Fellow

1998: Elected to the American Academy of Arts & Sciences

1997: John Bates Clark Medalist

1993: Fellow of The Econometric Society

1989 – 1991: Sloan Foundation Fellowship, University of Chicago

1983 – 1984: Earhart Foundation Fellowship, University of Chicago

1981 – 1983: Fellowship, Friedman Fund, University of Chicago

1980 – 1981: Phi Beta Kappa, University of California, Los Angeles

1980 – 1981: Earhart Foundation Fellowship, University of California, Los Angeles

1979 – 1981: Department Scholar, Department of Economics, University of California, Los Angeles

## Publications

## Books

Social Economics: Market Behavior in a Social Environment with Gary S. Becker, Cambridge, MA: Harvard University Press (2000).

Measuring the Gains from Medical Research: An Economic Approach edited volume with Robert H. Topel, Chicago: University of Chicago Press (2003).

**Articles**

"Government Regulation of Cigarette Health Information," with Benjamin Klein and Lynne Schneider, 24 *Journal of Law and Economics* 575 (1981).

"Estimation and Inference in Two-Step Econometric Models," with Robert H. Topel, 3 *Journal of Business and Economic Statistics* 370 (1985).

"Unemployment, Risk, and Earnings: Testing for Equalizing Wage Differences in the Labor Market," with Robert H. Topel, in Unemployment and the Structure of Labor Markets, pp. 103-139, ed. Kevin Lang and Jonathan S. Leonard. London: Basil Blackwell (1987).

"The Evolution of Unemployment in the United States: 1968-1985," with Robert H. Topel, in NBER Macroeconomics Annual, pp. 11-58, ed. Stanley Fischer. Cambridge, MA: MIT Press (1987).

"Cohort Size and Earnings in the United States," with Mark Plant and Finis Welch, in Economics of Changing Age Distributions in Developed Countries, pp. 39-58, ed. Ronald D. Lee, W. Brian Arthur, and Gerry Rodgers. Oxford: Clarendon Press, (1988).

"The Family and the State," with Gary S. Becker, 31 *Journal of Law and Economics* 1 (1988).

"A Theory of Rational Addiction," with Gary S. Becker, 96 *Journal of Political Economy* 675 (1988).

"Vertical Restraints and Contract Enforcement," with Benjamin Klein, 31 *Journal of Law and Economics* 265 (1988).

"Income Distribution, Market Size, and Industrialization," with Andrei Shleifer and Robert W. Vishny, 104 *Quarterly Journal of Economics* 537 (1989).

"Wage Premiums for College Graduates: Recent Growth and Possible Explanations," with Finis Welch, 18 *Educational Researcher* 17 (1989).

"Industrialization and the Big Push," with Andrei Shleifer and Robert W. Vishny, 97 *Journal of Political Economy* 1003 (1989).

"Building Blocks of Market Clearing Business Cycle Models," with Andrei Shleifer and Robert W. Vishny, in NBER Macroeconomic Annual, pp. 247-87, ed. Olivier Jean Blanchard and Stanley Fischer. Cambridge, MA: MIT Press (1989).

"Efficiency Wages Reconsidered: Theory and Evidence," with Robert H. Topel, in Advances in the Theory and Measurement of Unemployment, pp. 204-240. ed. Yoram Weiss and Gideon Fishelson. London: Macmillan, (1990).

"Empirical Age-Earnings Profiles," with Finis Welch, 8 *Journal of Labor Economics* 202 (1990).

"Human Capital, Fertility, and Economic Growth," with Gary S. Becker and Robert F. Tamura, 98 *Journal of Political Economy*, S12 (1990).

"Accounting for the Slowdown in Black-White Wage Convergence," with Chinhui Juhn and Brooks Pierce, in <u>Workers and Their Wages: Changing Patterns in the United States,</u> pp. 107-143, ed. Marvin Kosters. Washington, D.C.: American Enterprise Institute (1991).

"The Role of International Trade in Wage Differentials," with Finis Welch, in <u>Workers and Their Wages: Changing Patterns in the United States,</u> pp. 39- 69, ed. Marvin Kosters. Washington, D.C.: American Enterprise Institute (1991).

"Why Has the Natural Rate of Unemployment Increased over Time?" with Robert H. Topel and Chinhui Juhn, 2 *Brookings Papers on Economic Activity* 75 (1991).

"The Allocation of Talent: Implications for Growth," with Andrei Shleifer and Robert W. Vishny, 106 *Quarterly Journal of Economics* 503 (1991).

"Rational Addiction and the Effect of Price on Consumption," with Gary S. Becker and Michael Grossman, 81 *American Economic Review* 237 (1991).

"Wages of College Graduates," in <u>The Economics of American Higher Education</u>, pp. 121-40, ed. William E. Becker and Darrell R. Lewis. Boston: Kluwer Academic Publishers (1992).

"Changes in Relative Wages, 1963-1987: Supply and Demand Factors," with Lawrence F. Katz, 107 *Quarterly Journal of Economics* 35 (1992).

"The Structure of Wages," with Finis Welch. 107 *Quarterly Journal of Economics* 285 (1992).

"The Transition to a Market Economy: Pitfalls of Partial Planning Reform," with Andrei Shleifer and Robert W. Vishny, 107 *Quarterly Journal of Economics* 889 (1992).

"The Division of Labor, Coordination Costs, and Knowledge," with Gary S. Becker, 107 *Quarterly Journal of Economics* 1137 (1992).

"Industrial Change and the Rising Importance of Skill" with Finis Welch, in <u>Uneven Tides: Rising Inequality in America</u>, pp. 101-132, ed. Peter Gottschalk and Sheldon Danziger. New York: Russell Sage Foundation Publications (1993).

"Wage Inequality and the Rise in Returns to Skill," with Chinhui Juhn and Brooks Pierce, 101 *Journal of Political Economy* 410 (1993).

"Occupational Change and the Demand for Skill, 1940-1990," with Finis Welch, 83 *American Economic Review* 122 (1993).

"Inequality and Relative Wages," with Finis Welch, 83 *American Economic Review* 104 (1993).

"Why Is Rent-Seeking So Costly to Growth?" with Andrei Shleifer and Robert W. Vishny, 83 *American Economic Review* 409 (1993).

"A Simple Theory of Advertising as a Good or Bad," with Gary S. Becker, 108 *Quarterly Journal of Economics* 941 (1993).

"Relative Wages and Skill Demand, 1940-1990," with Chinhui Juhn, in Labor Markets, Employment Policy, and Job Creation, pp. 343-60, ed. Lewis C. Solmon and Alec R. Levenson. The Milken Institute Series in Economics and Education. Boulder, CO: Westview Press, (1994).

"Cattle Cycles," with Sherwin Rosen and Jose A. Scheinkman, 102 *Journal of Political Economy* 468 (1994).

"An Empirical Analysis of Cigarette Addiction," with Gary S. Becker and Michael Grossman, 84 *American Economic Review* 396 (1994).

"Inequality in Labor Market Outcomes: Contrasting the 1980s and Earlier Decades," with Chinhui Juhn, 1 *Economic Policy Review* 26 (1995).

"Employment and the 1990-91 Minimum Wage Hike," with Donald R. Deere and Finis Welch, 85 *American Economic Review* 232 (1995).

"Examining the Evidence on Minimum Wages and Employment," with Donald R. Deere and Finis Welch, in The Effects of the Minimum Wage on Employment, pp. 26-54, ed. Marvin H. Kosters. Washington, D.C.: The AEI Press, (1996).

"Social Status, Education, and Growth," with Chaim Fershtman and Yoram Weissm, 104 *Journal of Political Economy* 108 (1996).

"Wage Inequality and Family Labor Supply," with Chinhui Juhn, 15 *Journal of Labor Economics* 72 (1997).

"Quality and Trade," with Andrei Shleifer, 53 *Journal of Development Economics* 1 (1997).

"Wage Inequality and Family Labor Supply," with Chinhui Juhn, 15 *Journal of Labor Economics* 72 (1997).

"Vertical Integration as a Self-Enforcing Contractual Arrangement," with Benjamin Klein, 87 *American Economic Review* 415 (1997).

"Unemployment and Nonemployment," with Robert H. Topel, 87 *American Economic Review* 295 (1997).

"Wages, Skills, and Technology in the United States and Canada," with W. Craig Riddell and Paul M. Romen, in General Purpose Technologies and Economic Growth, pp. 283-309, ed. Elhanan Helpman.  Cambridge, MA: M.I.T. Press, (1998).

"Perspectives on the Social Security Crisis and Proposed Solutions," with Finis Welch, 88 *American Economic Review* 142 (1998).

"Population and Economic Growth," with Gary S. Becker and Edward Glaeser, 89 *American Economic Review* 145 (1999).

"A Competitive Perspective on Internet Explorer," with Steven J. Davis, 90 *American Economic Review* 184 (2000).

"Industrial Change and the Demand for Skill" with Finis Welch, in The Causes and Consequences of Increasing Inequality, pp. 263-84, ed. Finis Welch.  Volume II in the Bush School Series in the Economics of Public Policy.  Chicago: University of Chicago Press, (2001).

"Wage Differentials in the 1990s: Is the Glass Half Full or Half Empty?" with Finis Welch, in *The Causes and Consequences of Increasing Inequality*, pp. 341-64, ed. Finis Welch. Volume II in the Bush School Series in the Economics of Public Policy.  Chicago: University of Chicago Press, (2001).

"Economic Perspectives on Software Design: PC Operating Systems and Platforms," with Steven J. Davis and Jack MacCrisken, in Microsoft, Antitrust, and the New Economy: Selected Essays, pp. 361-420, ed. Davis S. Evans. Boston, MA: Kluwer, (2001).

"Current Unemployment, Historically Contemplated," with Robert H. Topel and Chinhui Juhn, 1 *Brookings Papers on Economic Activity* 79 (2002).

"The Economics of Copyright 'Fair Use' in A Networked World," with Andres Lerner and Benjamin Klein, 92 *American Economic Review* 205 (2002).

"The Economic Value of Medical Research" with Robert H. Topel, in Measuring the Gains from Medical Research: An Economic Approach, pp. 41-73, ed. Robert H. Topel and Kevin M. Murphy. Chicago: University of Chicago Press, (2003).

"School Performance and the Youth Labor Market," with Sam Peltzman, 22 *Journal of Labor Economics* 299 (2003).

"Entrepreneurial ability and market selection in an infant industry: evidence from the Japanese cotton spinning industry," with Atsushi Ohyama and Serguey Braguinsky, 7 *Review of Economic Dynamics* 354 (2004).

"Entry, Pricing, and Product Design in an Initially Monopolized Market," with Steven J. Davis and Robert H. Topel, 112 *Journal of Political Economy*: S188 (2004).

"Diminishing Returns: The Costs and benefits of Increased Longevity," with Robert H. Topel, 46 *Perspectives in Biology and Medicine* S108 (2004).

"Persuasion in Politics," with Andrei Shleifer, 94 *American Economic Review* 435 (May 2004).

"Black-White Differences in the Economic Value of Improving Health," with Robert H. Topel, 48 *Perspectives in Biology and Medicine* S176 (2005).

"The Equilibrium Distribution of Income and the Market for Status," with Gary S. Becker and Iván Werning, 113 *Journal of Political Economy* 282 (2005).

"The Market for Illegal Goods: The Case of Drugs," with Gary S. Becker and Michael Grossman, 114 *Journal of Political Economy* 38 (2006).

"Competition in Two Sided Markets: The Antitrust Economics of Payment Card Interchange Fees," with Benjamin Klein, Kevin Green, and Lacey Place, 73 *Antitrust Law Journal* 571 (2006).

"The Value of Health and Longevity," with Robert H. Topel, 114 *Journal of Political Economy* 871 (2006).

"Social Value and the Speed of Innovation," with Robert H. Topel, 97 *American Economic Review* 433 (2007).

"Education and Consumption: The Effects of Education in the Household Compared to the Marketplace," with Gary S. Becker, 1 *The Journal of Human Capital* 9 (Winter 2007).

"Why Does Human Capital Need a Journal?" with Isaac Ehrlich, 1 *The Journal of Human Capital* 1 (Winter 2007).

"Critical Loss Analysis in the *Whole Foods* Case," with Robert H. Topel, 3 (2) *GCP Magazine* (March 2008).

"Exclusive Dealing Intensifies Competition for Distribution," with Benjamin Klein, Antitrust Law Journal, Vol. 75 (October 2008).

"Fertility Decline, the Baby Boom and Economic Growth," with Curtis Simon and Robert Tamura, 2 *The Journal of Human Capital* 3 (Fall 2008).

"The Market for College Graduates and the Worldwide Boom in Higher Education of Women," with Gary S. Becker and William H. J. Hubbard, 100 *American Economic Review: Papers & Proceedings* 229 (May 2010).

"Explaining the Worldwide Boom in Higher Education of Women," with Gary S. Becker and William H. J. Hubbard," 4 *Journal of Human Capital* No. 3 (2010).

"How Exclusivity is Used to Intensify Competition for Distribution-Reply to Zenger" with Benjamin Klein, 77 *Antitrust Law Journal* No. 2 (2011).

"Achieving Maximum Long-Run Growth," *Federal Reserve Bank of Kansas City Proceedings of the Annual Jackson Hole Conference 2011.*

"On the Economics of Climate Policy," with Gary. S. Becker and Robert. H. Topel, 10 *B.E. Journal of Economic Analysis and Policy* No. 2 (2011).

"Measuring Crack Cocaine and its Impact," with Fryer, R. G., P. S. Heaton, and S. D. Levitt, 51 *Economic Inquiry* No. 3 (July 2013).

"Some Basic Economics of National Security," with Robert H. Topel, 103 *American Economic Review* No. 3 (2013).

## Selected Working Papers

"Gauging the Economic Impact of September 11th," with Gary S. Becker, Unpublished Working Paper (October 2001).

"War In Iraq Versus Containment: Weighing the Costs," with Steven J. Davis and Robert H. Topel, *NBER Working Paper No.12092* (March 2006).

"Estimating the Effect of the Crack Epidemic," with Steve Levitt and Roland Fryer, Unpublished Working Paper (September 2006).

"The Interaction of Growth in Population and Income," with Gary S. Becker, Unpublished Working Paper (2006).

"Persuasion and Indoctrination," with Gary Becker (2007).

"The Value of Life Near Its End and Terminal Care," with Gary S. Becker and Tomas Philipson (2007).

"On the Economics of Climate Policy," with Gary S. Becker and Robert H. Topel, Working Paper No. 234 (January 2010, Revised September 2010).

"The Collective Licensing of Music Performance Rights: Market Power, Competition and Direct Licensing" (March 2013).

"Competitive Discounts and Antitrust Policy," with Edward Snyder and Robert Topel (March 2013).

**Selected Comments**

Comment on "Causes of Changing Earnings Equality," by Robert Z. Lawrence. Federal Reserve Bank of Kansas City (1998).

"Comment: Asking the Right Questions in the Medicare Reform Debate," Medicare Reform: Issues and Answers, pp. 175-81, ed. Andrew J. Rettenmaier and Thomas R. Saving. Chicago: University of Chicago Press (2000).

Comment on "Social Security and Demographic Uncertainty," by Henning Bohn in Risk Aspects of Investment-Based Social Security Reform, ed. John Y. Campbell and Martin Feldstein. Chicago: University of Chicago Press (2001.)

Comment on "High Technology Industries and Market Structure," by Hal R. Varian. Federal Reserve Bank of Kansas City (2001).

**Popular Press Articles**

"The Education Gap Rap," *The American Enterprise,* (March-April 1990), pp. 62.

"Rethinking Antitrust," with Gary S. Becker, *Wall Street Journal*, (February 26, 2001) pp. pA22.

"Prosperity Will Rise Out of the Ashes," with Gary S. Becker, *Wall Street Journal*, (October 29, 2001) pp. pA22.

"The Economics of NFL Team Ownership" with Robert H. Topel, report prepared at the request of the National Football League Players' Association. (January 2009).

**Articles About Murphy**

"Higher Learning Clearly Means Higher Earning," by Carol Kleiman. *Chicago Tribune*, March 12, 1989, Jobs Section pp. 1.  Long article about "The Structure of Wages" with picture of Murphy.

"Why the Middle Class Is Anxious," by Louis S. Richman. *Fortune*, May 21, 1990, pp. 106. Extensive reference to Murphy's work on returns to education.

"Unequal Pay Widespread in U.S.," by Louis Uchitelle., *New York Times,* August 14, 1990, Business Day section pp. 1. Long piece on income inequality.

"One Study's Rags to Riches Is Another's Rut of Poverty," by Sylvia Nasar, *New York Times*, June 17, 1992, Business Section pp. 1. Long piece on the income inequality research.

"Nobels Pile Up for Chicago, but Is the Glory Gone?" by Sylvia Nasar, *New York Times*, November 4, 1993, Business Section pp. 1. Long piece on Chicago School of economics. Featured a photo of five of the "brightest stars on the economics faculty" (including Murphy) and a paragraph about Murphy's research.

"This Sin Tax is Win-Win," by Christopher Farrell. *Business Week*, April 11, 1994, pp. 30. Commentary section refers to Murphy, Becker, and Grossman's work on rational addiction.

"Growing inequality and the economics of fragmentation," by David Warsh, *Boston Sunday Globe*, August 21, 1994, pp. A1. Two-page article with picture and biographical details about Murphy and his research; part of a series about "how the new generation replaced the old in economics."

"A Pay Raise's Impact," by Louis Uchitelle. *New York Times*, January 12, 1995, Business Section pp. 1. Article about consequences of proposed increase in the minimum wage. Articles featuring Murphy's comments on the minimum wage appeared in numerous other publications, including the *Chicago Tribune*; in addition, Murphy was interviewed on CNN (January 26, 1995).

"The Undereducated American," *Wall Street Journal*, August 19, 1996, pp. A12. Changes in the rate of returns to education.

"In Honor of Kevin M. Murphy: Winner of the John Bates Clark Medal," by Finis Welch, 14 *Journal of Economic Perspectives* 193 (2000).

## Testimony, Reports, and Depositions (Last 4 Years)

Final Submission of Kevin M. Murphy, January 16, 2009, in the 2006 MSA Adjustment Proceeding.

Expert Report of Kevin M. Murphy, January 23, 2009, in the Matter of City of New York v. Amerada Hess Corp., et al., The United States District Court for the Southern District of New York. Report submitted on behalf of Citgo Petroleum Corporation.

Declaration of Kevin M. Murphy, January 29, 2009, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc., The United States District Court for the District of Minnesota.

Deposition of Kevin M. Murphy, February 10, 2009, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Expert Report of Kevin M. Murphy, February 13, 2009, in the Matter of City of New York v. Amerada Hess Corp., et al., The United States District Court for the Southern District of New York. Report submitted on behalf of Citgo Petroleum Corporation regarding Citgo's share of total RFG supply at the New York Harbor.

Expert Report of Kevin M. Murphy, March 3, 2009, in the Matter of St. Francis Medical Center, on behalf of itself and all others similarly situated vs. C.R. Bard, Inc., The United States District Court for the Eastern District of Missouri Southeastern Division.

Deposition of Kevin M. Murphy, March 6, 2009, in the Matter of St. Francis Medical Center, on behalf of itself and all others similarly situated vs. C.R. Bard, Inc., The United States District Court for the Eastern District of Missouri Southeastern Division.

Expert Report of Kevin M. Murphy, March 17, 2009, in the Matter of ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation., The United States District Court of Delaware. Case No. 06-CV-623.

Deposition of Kevin M. Murphy, April 6, 2009, in the Matter of ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation., The United States District Court of Delaware. Case No. 06-CV-623.

Declaration of Kevin M. Murphy, April 16, 2009, in the Matter of Sun Microsystems, Inc., a California corporation v. Hynix Semiconductor Inc., et al., The United States District Court Northern District of California San Francisco Division.

Declaration of Kevin M. Murphy, April 23, 2009, in the Matter of Sun Microsystems, Inc., a California corporation v. Hynix Semiconductor Inc., a Korean corporation,  Hynix Semiconductor America Inc., a California corporation, et al., The United States District Court Northern District of California San Francisco Division.

Expert Report of Kevin M. Murphy, May 11, 2009, in the Matter of Jim Hood, Attorney General ex rel State of Mississippi v. Microsoft Corporation., The Chancery Court of Hinds County First Judicial District.

Expert Report of Professor Kevin M. Murphy, June 12, 2009, in the Matter of CITGO Petroleum Corporation v. Ranger Enterprises, Inc., The United States District Court for the Western District of Wisconsin.

Expert Report of Kevin M. Murphy, June 24, 2009, in the Matter of Novell, Incorporated v. Microsoft Corporation., The United States District Court Northern District of Maryland.

Trial Testimony of Kevin M. Murphy, July 16, 2009, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Declaration of Kevin M. Murphy, August 14, 2009, in the Matter of EBay Seller Antitrust Litigation, The United States District Court for the Northern District of California. Declaration submitted in support of defendant Ebay Inc.'s motion for summary judgment.

Expert Report of Kevin M. Murphy, August 21, 2009, in the Matter of Go Computer, Inc., and S. Jerrold Kaplan v. Microsoft Corporation., The Superior Court for the State of California for the City and County of San Francisco.

Deposition of Kevin M. Murphy, September 16, 2009, in the Matter of Novell, Incorporated v. Microsoft Corporation., The United States District Court Northern District of Maryland.

Deposition of Kevin M. Murphy, September 21, 2009, in the Matter of Ebay Seller Antitrust Litigation, The United States District Court for the Northern District of California. Deposition in support of defendant Ebay Inc.'s motion for summary judgment.

Expert Report of Kevin M. Murphy, September 29, 2009, in the Matter of Motor Fuel Temperature Sales Litigation, The United States District Court of Kansas.

Trial Testimony of Kevin M. Murphy, October 1, 2009, in the Matter of ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation., The United States District Court of Delaware. Case No. 06-CV-623.

Declaration of Kevin M. Murphy, October 16, 2009, in the Matter of Ebay Seller Antitrust Litigation, The United States District Court for the Northern District of California. Declaration in further support of defendant Ebay Inc.'s motion for summary judgment.

Expert Report of Kevin M. Murphy, October 20, 2009, in the Matter of Advanced Micro Devices, Inc., and AMD International Sales & Service, LTD v. Intel Corporation and Intel Kabushiki Kaisha., The United States District Court for the District of Delaware.

Deposition of Kevin M. Murphy, October 24, 2009, in the Matter of Go Computer, Inc., and S. Jerrold Kaplan v. Microsoft Corporation., The Superior Court for the State of California for the City and County of San Francisco.

Deposition of Kevin M. Murphy, October 26, 2009, in the Matter of Motor Fuel Temperature Sales Litigation, The United States District Court of Kansas.

Expert Report of Kevin M. Murphy, December 14, 2009, in the Matter of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, The United States District Court for the Eastern District of New York.

Supplemental Expert Report of Kevin M. Murphy, December 21, 2009, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Trial Testimony of Kevin M. Murphy, January 11, 2010, in the Matter of Go Computer, Inc., and S. Jerrold Kaplan v. Microsoft Corporation., The Superior Court for the State of California for the City and County of San Francisco.

Supplemental Rebuttal Expert Report of Kevin M. Murphy, January 14, 2010, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Deposition of Kevin M. Murphy, January 26, 2010, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Declaration of Kevin M. Murphy, January 28, 2010, in the Matter of Automobile Antitrust Cases I and II., The United States Superior Court of the State of California for the County of San Francisco.

Declaration of Kevin M. Murphy, April 2, 2010, in the Matter of the Application for the Determination of Interim License Fees for The Cromwell Group, Inc. and Affiliates, et al., The United States District Court Southern District of New York.

Deposition of Kevin M. Murphy, April 13-14, 2010, in the Matter of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation., The United States District Court for the Eastern District of New York.

Supplemental Expert Report of Kevin M. Murphy, June 1, 2010, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc. (corrected June 8, 2010)., The United States District Court for the District of Minnesota.

Expert Report of Kevin M. Murphy, June 21, 2010, in the Matter of Applications of Comcast Corporation, General Electric Company and NBC Universal, Inc., for Consent to Assign Licenses or Transfer Control of Licensees., Federal Communications Commission.

Supplement to Expert Report of Kevin M. Murphy, June 24, 2010, in the Matter of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation., The United States District Court for the Eastern District of New York.

Second Supplemental Expert Report of Kevin M. Murphy, July 6, 2010, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc., The United States District Court for the District of Minnesota.

Deposition of Kevin M. Murphy, July 8, 2010, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc., The United States District Court for the District of Minnesota.

Expert Report of Kevin M. Murphy, July 28, 2010, in the Matter of Commonwealth of Pennsylvania by Thomas W. Corbett, Jr., in his capacity as Attorney General of the Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al., in the Commonwealth Court of Pennsylvania, No. 212 MD 2004.

Response of Kevin M. Murphy to Reply Report of Mark Israel and Michael Katz, August 19, 2010, in the Matter of Applications of Comcast Corporation, General Electric Company and NBC Universal, Inc., for Consent to Assign Licenses or Transfer Control of Licensees., Federal Communications Commission.

Expert Report of Kevin M. Murphy, September 14, 2010, in the Matter of City of St. Louis, et al. v. American Tobacco Co., et al., The Circuit Court of the City of St. Louis State of Missouri.

Deposition of Kevin M. Murphy, September 24, 2010, in the Matter of City of St. Louis, et al. v. American Tobacco Co., et al., The Circuit Court of the City of St. Louis State of Missouri.

Supplemental Expert Report of Kevin M. Murphy, September 30, 2010, in the Matter of Commonwealth of Pennsylvania by Thomas W. Corbett, Jr., in his capacity as Attorney General of the Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al., in the Commonwealth Court of Pennsylvania, No. 212 MD 2004.

Expert Report of Kevin M. Murphy, October 1, 2010, in the Matter of State of New Hampshire v. Hess Corporation, et al., The State of New Hampshire Superior Court.

Expert Report of Kevin M. Murphy, October 4, 2010, in the Matter of the Arbitration between Cordis Corporation and Abbott Vascular., CPR International Institute for Conflict Prevention & Resolution.

Deposition of Kevin M. Murphy, October 7, 2010, in the Matter of the Arbitration between Cordis Corporation and Abbott Vascular., CPR International Institute for Conflict Prevention & Resolution.

Trial Testimony of Kevin M. Murphy, November 8, 2010, in the Matter of the Arbitration between Cordis Corporation and Abbott Vascular., CPR International Institute for Conflict Prevention & Resolution.

Declaration of Kevin M. Murphy, November 12, 2010, in the Matter of RWJ Management Company, Inc. v. BP Products North America, Inc., The United States District Court for the Northern District of Illinois Eastern Division.

Expert Report of Kevin M. Murphy, November 15, 2010, in the Matter of RWJ Management Company, Inc. v. BP Products North America, Inc., The United States District Court for the Northern District of Illinois Eastern Division.

Expert Report of Kevin M. Murphy, November 19, 2010, in the Matter of Craft, et al., v. Philip Morris Companies, Inc., a corporation, and Philip Morris Incorporated, a corporation, Missouri Circuit Court, Twenty-Second Judicial District (City of St. Louis), Case No. 002-00406-02.

Economic Analysis of Kevin M. Murphy to Guide Interpretation of Provisions of the Dodd-Frank Act Regarding Regulation of Debit Interchange Fees, November 23, 2010, submission on behalf of Bank of America Corporation.

Comments of Kevin M. Murphy on the November 10, 2010 Report of Drs. Mark Israel and Michael L. Katz, November 24, 2010, in the Matter of Applications of Comcast Corporation, General Electric Company and NBC Universal, Inc., for Consent to Assign Licenses or Transfer Control of Licensees., Federal Communications Commission.

Expert Report of Kevin M. Murphy, November 29, 2010, in the Matter of Reggie White, et al., v. NFL: Lockout Insurance & Lockout Loans., The United States District Court District of Minnesota.

Deposition of Kevin M. Murphy, December 3, 2010, in the Matter of Reggie White, et al., v. NFL: Lockout Insurance & Lockout Loans., The United States District Court District of Minnesota.

Deposition of Kevin M. Murphy, December 13, 2010, in the Matter of RWJ Management Company, Inc. v. BP Products North America, Inc., The United States District Court for the Northern District of Illinois Eastern Division.

Deposition of Kevin M. Murphy, January 17-18, 2011, in the Matter of Craft, et al., v. Philip Morris Companies, Inc., a corporation, and Philip Morris Incorporated, a corporation, Missouri Circuit Court, Twenty-Second Judicial District (City of St. Louis), Case No. 002-00406-02.

Report of Kevin M. Murphy, February 15, 2011, submitted by TCF Financial Corporation on February 16, 2011 to the Subcommittee on Financial Institutions and Consumer Credit of the Committee on Financial Services of the U.S. House of Representatives.

Declaration of Kevin M. Murphy, March 2, 2011, in the Matter of TCF National Bank v. Ben S. Bernanke, Janet L. Yellen, Kevin M. Warsh, Elizabeth A. Duke, Daniel K. Tarullo and Sarah Bloom Raskin, the Board of Governors of the Federal Reserve System, in their official capacities; and John Walsh, Comptroller of the Currency, in his official capacity.

Expert Report of Kevin M. Murphy, April 11, 2011, in the Matter of Datel Holdings, LTD., and Datel Design & Development, Inc., v. Microsoft Corporation., The United States District Court Northern District of California.

Declaration of Kevin M. Murphy, May 26, 2011, filed with the National Labor Relations Board on behalf of the National Basketball Players Association.

Deposition of Kevin M. Murphy, June 14, 2011, in the Matter of Datel Holdings, LTD., and Datel Design & Development, Inc., v. Microsoft Corporation., The United States District Court Northern District of California.

Expert Report of Kevin M. Murphy, July 1, 2011, in the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof., The United States International Trade Commission.

Expert Report of Kevin M. Murphy, August 17, 2011, in the Matter of American Airlines, Inc. v. Sabre Inc., et al., The Judicial District of Tarrant County, Texas 67th Judicial District.

Expert Report of Kevin M. Murphy, August 19, 2011, in the Matter of Motor Fuel Temperature Sales Litigation, The United States District Court for the District of Kansas.

Deposition of Kevin M. Murphy, September 6, 2011, in the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof., The United States International Trade Commission.

Expert Report of Kevin M. Murphy, September 9, 2011, in the Matter of State of New York v. Intel Corporation, The United States District Court for the District of Delaware.

Deposition of Kevin M. Murphy, September 14, 2011, in the Matter of Motor Fuel Temperature Sales Litigation, The United States District Court for the District of Kansas.

Direct Testimony of Kevin M. Murphy, September 27, 2011, in the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof., The United States International Trade Commission.

Deposition of Kevin M. Murphy, October 8-10, 2011, in the Matter of State of New York v. Intel Corporation, The United States District Court for the District of Delaware.

Report of Kevin M. Murphy, October 10, 2011, in connection with dispute between NRLC and railroad employees, National Mediation Board Case Nos. A-13569; A-13570; A-13572; A-13573; A-13574; A-13575; A-13592, before Emergency Board No. 243. Hearing Testimony of Kevin M. Murphy, October 13, 2011, in connection with dispute between NRLC and railroad employees, National Mediation Board Case Nos. A-13569; A-13570; A-13572; A-13573; A-13574; A-13575; A-13592, before Emergency Board No. 243.

Expert Report of Kevin M. Murphy, October 17, 2011, in the Matter of State of New Hampshire v. Hess Corporation, et al., The State of New Hampshire Superior Court.

Declaration of Kevin M. Murphy, December 1, 2011, the Matter of Motor Fuel Temperature Sales Litigation, The United States District Court for the District of Kansas.

Expert Report of Kevin M. Murphy, December 5, 2011, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company, The United States District Court for the Eastern District of Texas Marshall Division.

Trial Testimony of Kevin M. Murphy, December 7-8, 2011, in the Matter of Novell, Incorporated v. Microsoft Corporation., The United States District Court Northern District of Maryland.

Trial Testimony of Kevin M. Murphy, December 29, 2011, in the Matter of RWJ Management Company, Inc. v. BP Products North America, Inc., The United States District Court for the Northern District of Illinois Eastern Division.

Supplemental Expert Report of Kevin M. Murphy, January 15, 2012, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company, The United States District Court for the Eastern District of Texas Marshall Division.

Trial Testimony of Kevin M. Murphy, January 18, 2012, in the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof., The United States International Trade Commission.

Supplemental Expert Report of Kevin M. Murphy, February 23, 2012, in the Matter of State of New Hampshire v. Hess Corporation, et al., The State of New Hampshire Superior Court.

Affidavit of Kevin M. Murphy, March 12, 2012, in the Matter of Sharon Price and Michael Fruth, Individually and on Behalf of Others Similarly Situated vs. Philip Morris Incorporated, The United States Circuit Court, Third Judicial Court, Madison County, Illinois.

Declaration of Kevin M. Murphy, May 3, 2012, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company, The United States District Court for the Eastern District of Texas Marshall Division.

Comments of Kevin M. Murphy of DirecTV, LLC, June 22, 2012, in the Matter of Revision of the Commission's Program Access Rules;  News Corporation and the DIRECTV Group, Inc., Transferors, and Liberty Media Corporation, Transferee, for Authority to Transfer Control; Applications for Consent to the Assignment and/or Transfer of Control of Licenses, Adelphia Communications Corporation (and Subsidiaries, Debtors-in-Possession), Assignors, to Time Warner Cable, Inc. (Subsidiaries), Assignees, et al., Federal Communications Commission.

Expert Report of Kevin M. Murphy, July 20, 2012, in the Matter of American Airlines v. Sabre, Inc., Sabre Holdings Corp., and Sabre Travel International Ltd., The United States Judicial District Tarrant County, Texas 67th Judicial District.

Declaration of Kevin M. Murphy, July 21, 2012, in the Matter of Kirk Dahl v. Bain Capital Partners, LLC., The United States District Court District of Massachusetts.

Expert Report of Kevin M. Murphy, July 23, 2012, in the Matter of Kirk Dahl v. Bain Capital Partners, LLC., The United States District Court District of Massachusetts.

Expert Report of Kevin M. Murphy, July 24, 2012, in the Matter of Microsoft Corporation v. Motorola, Inc., The United States District Court Western District of Washington at Seattle.

Deposition of Kevin M. Murphy, August 22, 2012, in the Matter of Microsoft Corporation v. Motorola, Inc., The United States District Court Western District of Washington at Seattle.

"Economic Analysis of the Impact on DIRECTV's Subscribership of Carrying an RSN: Evidence from San Diego," August 31, 2012, submitted in the Matter of Revision of the Commission's Program Access Rules;  News Corporation and the DIRECTV Group, Inc., Transferors, and Liberty Media Corporation, Transferee, for Authority to Transfer Control; Applications for Consent to the Assignment and/or Transfer of Control of Licenses, Adelphia Communications Corporation (and Subsidiaries, Debtors-in-Possession), Assignors, to Time Warner Cable, Inc. (Subsidiaries), Assignees, et al., Federal Communications Commission.)

Expert Report of Kevin M. Murphy, September 7, 2102, in the Matter of Willard R. Brown, et al. v. The American Tobacco Co., Inc., et al., Superior Court for the State of California for the County of San Diego.

Deposition of Kevin M. Murphy, September 14, 2012, in the Matter of Willard R. Brown, et al. v. The American Tobacco Co., Inc., et al., Superior Court for the State of California for the County of San Diego.

Deposition of Kevin M. Murphy, September 24, 2012, in the Matter of American Airlines Inc.  v Sabre, Inc., Sabre Holdings Corp., and Sabre Travel International  Ltd. for the State of Texas for the Judicial District of Tarrant County.

Expert Report of Kevin M. Murphy, October 10, 2012, in the Matter of Avery Dennison Corporation v. 3M Innovative Properties and 3M Company, The United States District Court for the District of Minnesota.

Expert Report of Kevin M. Murphy, November 12, 2012, in the Matter of Re High-Tech Employee Antitrust Litigation, The United States District Court Northern District of California San Jose Division.

Trial Testimony of Kevin M. Murphy, November 13, 2012, in the Matter of Microsoft Corporation v. Motorola Inc, The United States District Court Western District of Washington at Seattle.

Expert Report of Kevin M. Murphy, November 15, 2012, in the Matter of New Jersey Dep't of Envtl. Prot., et al. v. Atlantic Richfield Co., et al., The United States District Court Southern District of New York.

Deposition of Kevin M. Murphy, December 3, 2012, in the Matter of Re High-Tech Employee Antitrust Litigation, The United States District Court Northern District of California San Jose Division

Expert Report of Kevin M. Murphy, December 21, 2012, in re: Titanium Dioxide Antitrust Litigation, The United States District Court for the District of Maryland.

Deposition of Kevin Murphy, January 16, 2013, in the Matter of Avery Dennison Corporation v. 3M Innovative Properties and 3M Company, The United States District Court for the District of Minnesota.

Amended Expert Report of Kevin M. Murphy, February 8, 2013, in the Matter of New Jersey Dep't of Envtl. Prot., et al. v. Atlantic Richfield Co., et al, The United States District Court Southern District of New York.

Expert Report of Professor Kevin M. Murphy, February 8, 2013, in United States of America v. Apple Inc., et al., The United States District Court Southern District of New York.

Declaration of Kevin M. Murphy, February 22, 2013, in the Matter of Willard R. Brown, et al. v. The American Tobacco Co., Inc., et al., Superior Court for the State of California for the County of San Diego.

Rebuttal Expert Report of Kevin M. Murphy, March 1, 2013, in United States of America v. Apple Inc., et al., The United States District Court Southern District of New York.

Second Supplemental Expert Report of Kevin M. Murphy, March 8, 2013, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company, The United States District Court for the Eastern District of Texas Marshall Division.

Direct Testimony of Kevin M. Murphy, April 26, 2013, in United States of America v. Apple Inc., et al., The United States District Court Southern District of New York (revised and resubmitted on May 29, 2013).

Declaration of Kevin M. Murphy, May 13, 2013, in the Matter of Brenda Blakeman v National Milk Producers Federation, et al., The United States District Court for the Southern District of Illinois.

Expert Report of Kevin M. Murphy, May 29, 2013, in the Matter of Microsoft Corporation v. Motorola, Inc., et al., The United States District Court Western District of Washington at Seattle.

Declaration of Kevin M. Murphy, June 6, 2013, in the Matter of WNET, Thirteen, Fox Television Stations, Inc.; Twentieth Century Fox Film Corporation, WPIX, Inc., Univision Television Group, Inc.; The Univision Network Limited Partnership, and Public Broadcasting Service v. Aereo, Inc. f/k/a Bamboom Labs, Inc., in The United States District Court for the Southern District of New York.

Expert Report of Kevin M. Murphy, June 7, 2013, in the Matter of Patrick Brady, et al., v. Airline Pilots Association, International, The United States District Court District of New Jersey.

Rebuttal Expert Report of Kevin M. Murphy, June 10, 2013, in the Matter of Microsoft Corporation v. Motorola, Inc., et al., The United States District Court Western District of Washington at Seattle.

Trial Testimony of Kevin M. Murphy, June 19, 2013, in United States of America v. Apple Inc., et al., The United States District Court Southern District of New York.

Supplemental Expert Report of Kevin M. Murphy, June 21, 2013, Re High-Tech Employee Antitrust Litigation, The United States District Court Northern District of California San Jose Division.

Trial Testimony of Kevin M. Murphy, July 1, 2013 and July 2, 2013, in re: Tobacco Cases II, Willard R. Brown, et al., v. The American Tobacco Company, et al., in The Superior Court of the State of California in and for The County of San Diego Central Division.

Expert Report of Kevin M. Murphy, July 3, 2013, in re: Text Messaging Antitrust Litigation, in The United States District Court For the Northern District of Illinois Eastern Division.

Video Deposition of Kevin M. Murphy, July 5, 2013, in re: High-Tech Employee Antitrust Litigation, in United States District Court Northern District of California San Jose Division.

Expert Report of Kevin M. Murphy, July 19, 2013, in The Apple iPod iTunes Antitrust Litigation, in The United States District Court For the Northern District of California Oakland Division.

Trial Testimony of Kevin M. Murphy, August 29, 2013 and August 30, 2013, in the Matter of Microsoft Corporation v. Motorola, Inc., et al., The United States District Court Western District of Washington at Seattle.

Trial Testimony of Kevin M. Murphy, September 17, 2013, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company, The United States District Court for the Eastern District of Texas Marshall Division.

Deposition of Kevin M. Murphy, September 26, 2013, in re: Text Messaging Antitrust Litigation, in The United States District Court For the Northern District of Illinois Eastern Division

Expert Report of Kevin M. Murphy, September 27, 2013, in re: Petition of Pandora Media, Inc., related to United States of America v. American Society of Composers Authors and Publishers, in The United States District Court for the Southern District of New York.

Rebuttal Expert Report of Kevin M. Murphy, October 21, 2013, in re: Petition of Pandora Media, Inc., related to United States of America v. American Society of Composers Authors and Publishers, in The United States District Court for the Southern District of New York.

Expert Report of Kevin M. Murphy, October 21, 2013, in the Matter of Mary A. Carroll and Betty C. Lynn, et al., v. Philip Morris USA, Inc., et al., Superior Court for the State of Delaware in and for New Castle County.

Deposition of Kevin M. Murphy, November 2, 2013, in re: Petition of Pandora Media, Inc., related to United States of America v. American Society of Composers Authors and Publishers, in The United States District Court for the Southern District of New York.

Rebuttal Expert Report of Kevin M. Murphy, November 8, 2013, in the Matter of US Airways, Inc. v. Sabre Holdings Corp., Sabre, Inc., and Sabre Travel International Ltd., in The United States District Court for the Southern District of New York.

Deposition of Kevin M. Murphy, November 12, 2013, in The Apple iPod iTunes Antitrust Litigation, in The United States District Court for the Northern District of California Oakland Division.

Expert Report of Kevin M. Murphy, November 18, 2013, in the Matter of WNET, Thirteen, Fox Television Stations, Inc.; Twentieth Century Fox Film Corporation, WPIX, Inc., Univision Television Group, Inc., The Univision Network Limited Partnership, and Public Broadcasting Service v. Aereo, Inc. f/k/a Bamboom Labs, Inc., in The United States District Court for the Southern District of New York.

Direct Testimony of Kevin M. Murphy, November 18, 2013, in re: Petition of Pandora Media, Inc., related to United States of America v. American Society of Composers Authors and Publishers, in The United States District Court for the Southern District of New York.

Expert Report of Kevin M. Murphy, November 25, 2013, in the Matter of Re High-Tech Employee Antitrust Litigation,  in The United States District Court for the Northern District of California San Jose Division.

Deposition of Kevin M. Murphy, December 7, 2013, in the Matter of Re High-Tech Employee Antitrust Litigation, in The United States District Court for the Northern District of California San Jose Division.

Appendix B

# Robert H. Topel

## CURRICULUM VITAE
### December, 2013

**CURRENT POSITIONS**

*Isidore Brown and Gladys J. Brown Distinguished Service Professor of Economics*,
Booth School of Business, University of Chicago
*Director*, George J. Stigler Center for the Study of the Economy and the State
*Co-Director,* Energy Policy Institute at Chicago (EPIC)
*Research Associate*, National Bureau of Economic Research

**EDUCATION**

B.A. (with High Honors), University of California, Santa Barbara, 1974
Ph.D., University of California, Los Angeles, 1980

**FIELDS OF SPECIALIZATION**

Microeconomics, Labor Economics, Industrial Organization, Health Economics,
Economic Policy, Energy Economics, National Security Economics

**PREVIOUS ACADEMIC POSITIONS**

*Professor of Economics*, Graduate School of Business, University of Chicago, 1986-93

*Kirby Distinguished Visiting Professor of Economics*, Texas A&M University, 2006
*Professor of Economics*, Department of Economics, University of California, Los
Angeles, 1986
*Associate Professor of Economics*, Department of Economics, University of California,
Los Angeles, 1985-86
*Associate Professor of Economics*, Graduate School of Business, University of Chicago,
1983-85
*Assistant Professor of Economics*, Department of Economics, University of Chicago,
1980-83

**OTHER AFFILIATIONS**

*Research Associate*, National Bureau of Economic Research, 1984—present
*Senior Fellow*, the Milken Institute, 1999—present
*Faculty Member*, MacLean Center for Clinical Medical Ethics, University of Chicago
*Member*, National Petroleum Council Taskforce on Transportation Fuels Supply and
Infrastructure, 2010-2012
*Fellow*, Center for the Study of Poverty and Inequality, Stanford University, 2006-present
*Member*, Brookings Panel on Economic Activity, various years.

*Visiting Scholar*, Board of Governors of the Federal Reserve, 1990
*Research Associate*, Economics Research Center, NORC, 1980—1990
*Consulting Economist*, The Rand Corporation, 1982—1989
*Research Associate*, Center for the Study of the Economy and the State, 1980—present
*Faculty Research Fellow*, National Bureau of Economic Research, 1981-83
*Research Economist*, Unicon Corporation, 1981-88
*Consultant*, U.S. Department of Labor, 1985-90
*Partner*, Chicago Partners LLC 1994-2008
*Principal & Managing Director,* Navigant Economics, 2008-2013
*Board of Directors*, Ingalls Hospitals and Ingalls Health Service, 2000-2012
*Director*, WGA Evans Scholars Foundation, 2011-present
*Senior Consultant,* Charles River Associates, 2013-present

**EDITORIAL POSITIONS**

Editor, *Journal of Political Economy*, 1993-2003
Board of Editors, *American Economic Review*, 1992-94
Associate Editor, *Journal of Labor Economics*, 1982-92
Editorial Board, *International Journal of the Economics of Business*, 1993-present
Member of the Advisory Board, ERN Labor Journals, 1998-present

**HONORS & AWARDS**

*Kenneth J. Arrow Award*, International Health Economics Association, 2007
*Kirby Distinguished Visiting Professor*, Texas A&M University, 2006
*Research America Eugene Garfield Prize for Medical and Health Research*, 2005
*Elected Fellow*, Society of Labor Economists, 2004
*Elected Member*, Conference on Research in Income and Wealth
*Elected Founding Member*, National Academy of Social Insurance
*William Ladany Research Scholar*, University of Chicago, 1989-91
*William Fishman Research Scholar*, University of Chicago, 1986-87
*Smith Richardson Dissertation Fellowship in Political Economy*, 1978-79
*Foundation for Research in Economics and Education Fellowships*, 1975-79
*Chancellor's Intern Fellow*, University of California, Los Angeles, 1975-79
*University Fellow*, Northwestern University, 1975
*General Electric Dissertation Fellowship*, 1978

**TEACHING EXPERIENCE**

Graduate Economic Theory I, II, III
Law, Economics and Business
Competitive Strategy
Advanced Topics in Labor Economics
Advanced Topics in Microeconomics
Managing the Workplace
Industrial Organization/Antitrust
Price Theory

## OTHER PROFESSIONAL ACTIVITIES

*Thompson Lecture* (Keynote Address), Midwest Economic Association, 2000
*Nominating Committee,* American Economic Association, 1996, 1997
*Program Committee,* American Economic Association, 2006-2007.
*Organizer,* Universities-NBER Research Conference: "Labor Markets in the 1990s," Cambridge, December 1989.
*Program Chair*, Labor Economics, Econometric Society Meetings, December 1989.
National Science Foundation Review Panel in Economics, 1998, 1999
*Inaugural Keynote Lecture*, Missouri Economics Conference, University of Missouri, 2001
*Pihl Lecturer,* Wayne State University, November, 2004
*Keynote Address*, Federal Reserve Bank of Cleveland Conference on Education and Economic Development, November, 2004
*Kirby Lecturer,* Texas A&M University, 2006
*Huggins Lecturer*, Department of Surgery Huggins Conference, University of Chicago, May, 2007
*Keynote Address*, Conference Board of Canada Conference on Medical Research, Montreal, January 2009
*Keynote Address*, Council on Competitiveness Conference on Energy Policy, Argonne National Laboratory, May 2009
*Keynote Address*, University of Chicago/RFF/University of Illinois Conference on *Energy Policy and the Economy*, Washington, D.C., January 2010
*Keynote Address,* Humana Health Economics Forum, Santa Fe Institute, 2011
*Keynote Address,* Toyota Sustainability Conference, La Jolla, 2011
*Keynote Address,* Conference on Health Policy, Arizona State University, 2013

## UNIVERSITY SERVICE

Director, Undergraduate Program in Economics, 1980-83
Chairman, Graduate School of Business Curriculum Review, 1990-91
Committee on Graduate Education, 1992-94
Committee on Undergraduate Education, 1993-94
Council of the University Senate, 1992-94, 1995-97, 1999-2002, 2004-2007, 2010-
Committee of the Council of the University Senate, 2000-2002, 2006-2007
Graduate School of Business Policy Committee, 1995-97, 1999-2001
Member, Presidential Search Committee, 1999-2000
Board of Directors, University of Chicago Laboratory Schools, 1986-92, 1998-2007
Chairman, Director Search Committee, U of C Laboratory Schools, 2002-2003
Area Coordinator, PhD Program in Economics, 2002-2008
Director, George J. Stigler Center, 2007-present
Director, University of Chicago Energy Initiative, 2008-2010
Co-Director, Energy Policy Institute at Chicago, 2010-present

## BIBLIOGRAPHY

*Books*:

*The Welfare State in Transition*, with Richard Freeman and Birgitta Swedenborg. Chicago: University of Chicago Press for NBER, 1997.

*Labor Market Data and Measurement*, with John Haltiwanger and Marilyn Manser. Chicago: University of Chicago Press for NBER, 1998.

*Välfärdsstat i omvandling: Amerikanskt Perspectiv på den Svenska Modelten*, with Richard Freeman and Birgitta Swedenborg. Författarna och SNS Förlag, 1995.

*Measuring the Gains from Medical Research: An Economic Approach*, with Kevin M. Murphy. Chicago: University of Chicago Press (2003).

*Reforming the Welfare State: Recovery and Beyond in Sweden*, with Richard Freeman and Birgitta Swedenborg, Chicago, University of Chicago Press for NBER, 2009

*Att Reformera Välfärdsstaten,* with Richard Freeman and Birgitta Swedenborg, SNS Förlag, Stockholm, 2006

*Distributional Aspects of Energy and Climate Policy*, ed. with Mark Cohen and Don Fullerton, Special Issue of the BE Journal of Economic Analysis and Policy, Spring 2011. Also, Edward Elgar Publishing, Surrey, UK, 2013.

*Articles and Monographs*:

"Layoffs, Inventories, and the Demand for Labor," Ph.D. Dissertation, University of California, Los Angeles, December 1980.

"Unemployment Insurance: Survey and Extensions," *Economica* **47** (August 1980): 351-79 (with F. Welch)

"Inventory Adjustments, Industry Behavior, and the Business Cycle," presented at the NBER Conference on Inventories and Business Cycles, March 1980 (with A. Stockman)

"Inventories, Layoffs, and the Short-Run Demand for Labor," *American Economic Review* (September 1982): 769-87.

"Experience Rating of Unemployment Insurance and the Incidence of Unemployment," *Journal of Law and Economics* (April 1984): 61-90.

"On Layoffs and Unemployment Insurance," *American Economic Review* (September 1983): 541-59.

"Equilibrium Earnings, Turnover, and Unemployment: New Evidence," *Journal of Labor Economics* (October 1984): 500-22.

"Local Labor Markets," Presented at Hoover Institution Conference on Labor Markets, January 1983. *Journal of Political Economy* **94** (June 1986, part 2): 111-43.

"Estimation and Inference in 'Two-Step' Econometric Models," (with K. M. Murphy) *Journal of Business and Economic Statistics* **3** (October 1985): 370-80.

"Employment Risk, Sectoral Shifts, and Unemployment," (with G. Neumann), in *Studies in Search*, ed. N. M. Kiefer and G. R. Neumann. Oxford: Oxford University Press, 1989.

"Unemployment and Unemployment Insurance," *Research in Labor Economics* **7** (1985): 91-135.

"Efficient Labor Contracts with Employment Risk," (with F. Welch), *Rand Journal of Economics* **17** (Winter 1986): 490-507.

"Financing Unemployment Insurance: History, Incentives, and Reform," in *Unemployment Insurance: The Second Half Century*, ed. W. Lee Hansen and J. Byers. University of Wisconsin Press, 1990.

"Sectoral Uncertainty and Unemployment," UCLA Department of Economics Working Paper No. 384, September 1985 (with L. Weiss), in *Employment, Unemployment, and Labor Utilization*, ed. R. A. Hart. Boston: Allen & Unwin, 1988.

"The Housing Market in the United States" (with S. Rosen), *Journal of Political Economy* (August 1988): 718-40.

"What They Say or What They Do? The Use of Survey Data in Predicting Behavior" (with K. M. Murphy), Graduate School of Business, University of Chicago, March 1985.

"Unemployment, Risk and Earnings: Theory and Evidence from a Model of Equalizing Wage Differentials" (with K. M. Murphy), in *Unemployment and the Structure of Labor Markets*, ed. J. Leonard and K. Lang. London: Basil Blackwell, 1986, pp. 103-140.

"Job Mobility, Search, and Earnings Growth: A Reinterpretation of Human Capital Earnings Functions," *Research in Labor Economics* **8** (1986): 199-233. Reprinted in *Research in Labor Economics 35th Anniversary Retrospective, 2012, 401-435.*

"The Evolution of Unemployment in the United States: 1968-1985" (with K. M. Murphy), *The NBER Macroeconomics Annual*, vol. 2, 1987, pp. 7-58.

"The Impact of Immigration on the Labor Market," in *Immigration, Trade, and the Labor Market*, ed. R. Freeman. University of Chicago Press for NBER, 1988.

"Efficiency Wages Reconsidered: Theory and Evidence" (with K. M. Murphy), in *Advances in the Theory and Measurement of Unemployment*, pp. 204-40. Edited by Yoram Weiss and Gideon Fishelson. London: Macmillan, 1990.

"Labor Market Adjustments to Increased Immigration," (with R. LaLonde), in *Immigration, Trade, and the Labor Market*, ed. R. Freeman. University of Chicago Press for NBER, 1989.

"Job Mobility and the Careers of Young Men" (with M. P. Ward), *Quarterly Journal of Economics* 107 (May 1992): 441-79.

"Employment Risk, Diversification, and Unemployment," (with George Neumann) *Quarterly Journal of Economics* (November 1991): 1341-1365.

"Specific Capital, Mobility, and Wages: Wages Rise with Job Seniority," *Journal of Political Economy* 99 (February 1991): 145-76.   Reprinted in *Outstanding Contributions in Labor Economics,* ed. Orley Ashenfelter, Worth Publishers, 1999: 162-192.

"Specific Capital and Unemployment: Measuring the Costs and Consequences of Worker Displacement." *Carnegie-Rochester Series on Public Policy* 33 (1990): 181-214.

"The Assimilation of Immigrants in the United States: Immigrant Quality and the Changing Price of Skills," In *Immigration and the Work Force: Economic Consequences for the United States and Source Areas*, ed. G. Borjas and R. Freeman. Chicago: University of Chicago Press for NBER, 1992.

"Trends in the American Labor Market," *GSB Chicago*, vol. 12, no. 2, Winter 1990, pp. 11-16.

"Why Has the Natural Rate of Unemployment Increased over Time?" (with K. Murphy and C. Juhn), *Brookings Papers on Economic Activity* 2 (1991), pp. 75-142.

"Immigrant Quality and Assimilation in the American Labor Market" (with R. LaLonde), *American Economic Review,* 81 ( May 1991): 297-302.

"Unemployment and Insurance," in *Proceedings of National Academy of Social Insurance*, 1992.

"Labor Markets and Economic Growth: Lessons from Korea's Industrialization, 1970-1990" (with D. Kim), *Differences and Changes in Wage Structures*, ed. Richard Freeman and Larry Katz (Chicago: University of Chicago Press for NBER, 1995.

"Wage Inequality and Regional Labor Market Performance in the United States," *Labour Market and Economic Performance: Europe, Japan, and the USA*, ed. Toshiaki Tachibanaki (New York: St. Martin's Press, 1994).

"Discretion and Bias in Performance Evaluation" (with C. Prendergast), *European Economic Review* 36 (June 1993): 355-65.

"What Have We Learned from Empirical Studies of Unemployment and Turnover?" *American Economic Review,* 83 (May 1993): 110-115.

"Regional Labor Markets and the Determinants of Wage Inequality," *American Economic Review,* 84 (May 1994): 17-22.

"Ekonomiska problem i Sveriges välfärdsstat -- inledning, sammanfattning och slutsatser," with Richard B. Freeman and Birgitta Swedenborg. In *Välfärdsstat i omvandling: Amerikanskt Perspectiv pä den Svenska Modelten*, with Richard Freeman and Birgitta Swedenborg. Författarna och SNS Förlag, 1995.

"Lönepolitik och strukturomvandling," with Per-Anders Edin. In *Välfärdsstat i omvandling: Amerikanskt Perspectiv pä den Svenska Modelten*, with Richard Freeman and Birgitta Swedenborg. Författarna och SNS Förlag, 1995.

"Favoritism in Organizations" (with C. Prendergast), *Journal of Political Economy* **104** (October 1996): 958-78.

"In Celebration of Armen Alchian's 80th Birthday: Living and Breathing Economics", (with Armen A. Alchian, James M. Buchanan, Harold Demsetz, Axel Leijonhufvud, John R. Lott, Jr., and William F. Sharpe), *Economic Inquiry,* Vol. XXXIV, July 1996, 412-426.

"Another Look at Look Labor Market Adjustments to Increased Immigration" (with J. Hojvat-Gallin and R. LaLonde), 1996.

"Economic Impact of International Migration and the Economic Performance of Migrants," (with R. LaLonde), in *Handbook of Population and Family Economics*, ed. Mark R. Rosenzweig and Oded Stark (Amsterdam: North-Holland, 1997), pp. 799-850.

"Economic Troubles in Sweden's Welfare State," in *The Welfare State in Transition*, ed. Richard Freeman, Robert Topel, and Birgitta Swedenborg. Chicago: University of Chicago Press for NBER, 1997.

"Wage Policy and Restructuring: The Swedish Labor Market Since 1960" (with Per-Anders Edin), in *The Welfare State in Transition*, ed. Richard Freeman, Robert Topel, and Birgitta Swedenborg. Chicago: University of Chicago Press for NBER, 1997.

"Unemployment and Nonemployment" (with Kevin M. Murphy), *American Economic Review* 87 (May 1997): 295-300.

"Factor Proportions and Relative Wages: The Supply Side Determinants of Wage Inequality," *Journal of Economic Perspectives* 11 (Spring 1997): 55-74.

"Empirical Knowledge in Labor Economics," in *Labor Market Data and Measurement*, ed. John Haltiwanger, Marilyn Manser, and Robert Topel. Chicago: University of Chicago Press for NBER, 1998.

"Labor Markets and Economic Growth," in *Handbook of Labor Economics*, ed. Orley Ashenfelter and David Card.  Amsterdam: Elsevier Science B.V., 1999, pp. 2943-2984.

"Medical Research: What's It Worth?" (with K. M. Murphy), *Milken Institute Review: A Journal of Economic Policy* (First Quarter 2000): 23-30.

"Entry, Product Design, and Pricing in an Initially Monopolized Market" (with S. Davis and K. M. Murphy), University of Chicago GSB, September 2001, revised January, 2003. *Journal of Political Economy*, vol. 112 no. 1, pt. 2, February, 2004, pp188-225.

"Adverse Price Effects of Entry in Markets with Few Firms" (with Steven J. Davis and Kevin M. Murphy), Working Paper, University of Chicago, April 2001.

"The Economic Value of Medical Research" (with Kevin M. Murphy), in *Measuring the Gains from Medical Research: An Economic Approach*, edited by Kevin M. Murphy and Robert H. Topel. Chicago: University of Chicago Press, 2003, pp 41-73.

"Current Unemployment, Historically Contemplated" (with Kevin M. Murphy and Chinhui Juhn), *Brookings Papers on Economic Activity* 1. Washington, D.C.: The Brookings Institution, 2002.

"Estimation and Inference in Two-Step Econometric Models" (with K.M. Murphy), *Journal of Business and Economic Statistics*, 20, issue 1, 2002: 88-97 (reprint: 20th Anniversary issue of the most important contributions published in *JBES*).

"Labor Markets in the United States and Korea: Factor Proportions, Inequality, and Unemployment" in *Macroeconomic Implications of Post-Crisis Structural Change,* L.J. Cho, D. Cho and Y.H. Kim, KDI press, 2005, pp 131-60.

"Diminishing Returns? Evidence on the Costs and Benefits of Improving Health" (with K.M. Murphy) November 2002, *Perspectives in Biology and Medicine*, volume 46, no. 3, (Summer, 2003): pp108-128.

"War vs. Containment" (with S.J. Davis and K.M. Murphy), March 2003; presented at *NBER* Conference on National Security Economics, November 2003.

"Black-White Differences in the Economic Value of Improving Health" (with K. M. Murphy). Presented at the National Institutes of Health Conference on Racial Disparities in Health Outcomes, December 2001. *Perspectives in Biology and Medicine,* Summer, 2004.

"The Value of Health and Longevity" (with K.M. Murphy), Revised March, 2005, *NBER Working Paper #11405,* June 2005. *Journal of Political Economy,* October 2006, pp 871-904. Winner of the 2005 *Eugene Garfield Economic Impact of Medical Research Award,* given by Research America. Winner of the 2007 *Kenneth J. Arrow Award,* given by the International Health Economics Association for the best paper in health economics published in 2006.

"The Private and Social Benefits of Education", (with Fabian Lange), *Handbook of the Economics of Education,* North-Holland, 2006

"The Social Value of Education", *Keynote Address, Federal Reserve Bank of Cleveland Conference on Education and Economic Development, November 2004,* in *Education and Economic Development*, Federal Reserve Bank of Cleveland Economic Review, 2004, pp 47-58.

"On Human Capital and Economic Growth" (with Fabian Lange), Working Paper, University of Chicago, September, 2005.

"Återhämtning och terstaende problem I den svenska valfardsstaten—inlendning, sammanfattning och slutsatser" in *Att Reformera Välfärdsstaten,* with Richard Freeman and Birgitta Swedenborg, SNS Förlag, Stockholm, 2006, 9-34.

"Forandrade forutsattningar for svensk lonebildning" (with Peter Fredriksson), in *Att Reformera Välfärdsstaten,* with Richard Freeman and Birgitta Swedenborg, SNS Förlag, Stockholm, 2006,  65-82.

"War in Iraq versus Containment" (with Steven J. Davis and Kevin M. Murphy), for CESifo Conference "*Guns and Butter: The Economic Causes and Consequences of Conflict",* Munich, December 2005, February, 2006.

"Social Value and the Speed of Innovation" (with Kevin M. Murphy), *American Economic Review,* May, 2007.

"Unemployment", *The New Palgrave of Economics*, 2008

"Critical Loss Analysis in the Whole Foods Case", *Global Competition Policy*, March, 2008, @ http://www.globalcompetitionpolicy.org/index.php?&id=949&action=907.

"Wage Determination and Employment in Sweden Since 1990", (with Peter Fredricksson), Working Paper, University of Chicago and Uppsala University, August, 2006, revised December, 2008, in *Recovery and Beyond: Reforming the Welfare State in Sweden*, Richard Freeman, Birgitta Swedenborg and Robert Topel, eds., University of Chicago Press for NBER, 2009

"Reforming the Welfare State: Recovery and Beyond in Sweden" (with Richard Freeman and Birgitta Swedenborg), in *Recovery and Beyond: Reforming the Welfare State in Sweden*, Richard Freeman, Birgitta Swedenborg and Robert Topel, eds., University of Chicago Press for NBER, 2009

"On the Economics of Climate Policy", (with Gary S. Becker and Kevin M. Murphy), *BE Journal of Economic Analysis and Policy*, April, 2011

"Introduction to 'Job Mobility Search and Earnings Growth, A Reinterpretation of Human Capital Earnings Functions", *Research in Labor Economics 35th Anniversary Retrospective,* Emerald Group Publishing 2012, 397-400.

"Some Basic Economics of National Security" (with Kevin M. Murphy), *American Economic Review,* May 2013

"Competitive Discounts and Antitrust Policy" (with Kevin. M. Murphy and Edward A. Snyder), Oxford Handbook of Antitrust Economics, 2013 (forthcoming)

**Selected Congressional Testimony and Presentations:**

"Unemployment and Insurance," Testimony before the U.S. Senate Committee on Finance, April 23, 1991.

"The Economic Value of Medical Research," Testimony before the U.S. Senate Committee on Health, Education, Labor, and Pensions, May 10, 2001.

"The Value of Improvements in Health and Longevity", Presentation for Congressional Staff and the American Cancer Society, Washington, July, 2005.

**Selected Reports**:

"Unemployment Insurance Financing and Unemployment: Empirical Investigation of Adverse Incentives," Final Report, U.S. Department of Labor Contract No. B9M22046, November 1982.

"Unemployment and Unemployment Insurance," Final Report, U.S. Department of Labor, ETA, May 1984.

"Local Labor Markets," Final Report, U.S. Department of Labor, Office of the Assistant Secretary for Policy, March 1984.

"The Use of Survey Data in Predicting Behavior: The Case of Enlistment Intentions," Final Report, U.S. Department of Defense, May 1985.

"Equalizing Wage Differences," Final Report, U.S. Department of Labor, Office of the Assistant Secretary for Policy, August 1985.

"Sectoral Change and Worker Displacement," Final Report, U.S. Department of Labor, Office of the Assistant Secretary for Policy, March 1990.

**Book Reviews:**

*Employment Hazards* by W. Kip Viscusi. In *Journal of Economic Literature*, March 1982.

*Handbook of Labor Economics*, ed. O. Ashenfelter and R. Layard. In *Journal of Economic Literature*, 1988.

**Selected Comments:**

"Comment on 'Some Recent Developments in Labor Economics and Their Implications for Macroeconomics'," *Journal of Money, Credit and Banking* **20** (August 1988, part 2).

"Comment on 'Industry Rents: Evidence and Implications'," (by Lawrence Summers and Lawrence Katz) *Brookings Papers on Economic Activity*, Brookings Institution, Washington, D.C., 1989.

"Comment on 'Wage Dispersion between and within U.S. Manufacturing Plants', *Brookings Papers on Economic Activity*, 1991.

"Comment on 'Why Is the U.S. Unemployment Rate So Much Lower?'" *NBER Macroeconomics Annual*, 1998, pp. 67-72.

"Comment on 'Does Immigration Grease the Wheels of the Labor Market?'" by George J. Borjas. *Brookings Papers on Economic Activity*. edited by William C. Brainard and George L. Perry. Washington, D.C. Brookings Institution, 2001.

"Comment on 'Where did the Productivity Growth Go?  Inflation Dynamics and the Distribution of Income'" by Ian Dew-Becker and Robert J. Gordon. *Brookings Papers on Economic Activity*. edited by William C. Brainard and George L. Perry. Washington, D.C. Brookings Institution, 2005, 135-44.

# Recent Cases, Reports and Testimony

**Roderick Arnold et al. v. Cargill, Inc. in the U.S. District Court for the District of Minnesota Third Division.  No. 01-CV-2086 DWF/AJB.**  Expert on behalf of Cargill in racial discrimination class action.  Expert Report, June 29, 2004.

**Applied Medical v. Ethicon, Inc., et. al. in the Central District of California. No. SACV 03-1329.**  Expert on behalf of Johnson & Johnson (Ethicon) in antitrust litigation.  Expert Report, May 24, 2005.  Deposition, November 7, 2005.  Trial Testimony, August 18, 2006.

**Conmed Corp. v. Johnson & Johnson, United States District Court, Southern District of New York 03-CV8800.**  Expert on behalf of Johnson and Johnson in antitrust litigation.  Expert Report, August 1, 2005.

**Daryal T. Nelson, et. al. v. Wal-Mart Stores Inc. and Wal-Mart Transportation LLC., Eastern District of Arkansas Helena Division, N). 2:05 CV-00134-WRW.**  Expert on behalf of Wal-Mart in racial discrimination class action.  Expert Report, April 12, 2006.  Deposition, May 2, 2006.  Expert Report, July 28, 2008.  Rebuttal Expert Report, September 12, 2008.  Deposition, September 23 2008.  Declaration, October 2, 2008.

**Sulfuric Acid Antitrust Litigation, In the US District Court for the Northern District of Illinois Eastern Division, No. 03-C-4576.**  Expert on behalf of Marsulex and Chemtrade in antitrust class action.  Expert Report, February 3, 2006.  Deposition March 2006.

**Amy Velez, et. al. v. Novartis Corporation, Novartis Pharmaceuticals Corporation, and Thomas Ebeling, US District Court, Southern District of New York, 04 Civ. 09194**  Economic (compensation practices) expert on behalf of Novartis Pharmaceuticals in class action gender discrimination case.  Expert Report, November 9, 2006.

**Peter P. Jonites, et. al. v. Exelon Corporation, et. al., United States District Court, Northern District of Illinois, No. 05CV04234.**  Expert on behalf of Exelon in class action labor case.  Expert Report, April 16, 2007, Amended Expert Report, June 14, 2007.

**Clifford L. Whitaker, et. al. v. 3M Company, United States District Court for the Second Judicial District of Minnesota Civ.C4-04-012239.**  Expert on behalf of 3M in class action discrimination case.  Expert Report, July 25, 2007. Deposition, August 21, 2007.

**Pinkowski et al,. v. 3M Company, United States District Court, District of New Jersey, No. 205CV05668.** Expert on behalf of 3M in class action age discrimination case. Expert Report January 29, 2007. Deposition, March 2007. Trial Testimony, May 8, 2010.

**Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al. (Consolidated), Unisys Corporation v. Hynix Semiconductor, Inc., et al., Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al., Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al., All American Semiconductor, Inc., et al., v. Hynix Semiconductor, Inc. et al., DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA v. Hynix Semiconductor, et al., United States District Court for the Northern District of California San Francisco Division.** Expert on behalf of Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. in antitrust class action. Expert Report, March 7, 2008. Deposition, April 25, 2008. Declaration, April 16, 2009.

**Katherine Puffer, on behalf of herself and all others similarly situated, v. Allstate Insurance Company in the U.S. District Court for the Northern District of Illinois Eastern Division.** Expert on behalf of Allstate Insurance Company in class action gender discrimination case. Expert Report, April 1, 2008. Declaration, October 20, 2008.

**William Syverson, Patrick Boone, Lee Deshler, Robert Flowers, Barry Gerard, Tina Gleisner, Thomas Gomez, Edwin "Dana" Goodloe, Rolf Marsh, Daniel Moczan, James Payne, and Antonio Rivera, individually and on behalf of others similarly situated, v. International Business Machines Corporation in the U.S. District Court for the Northern District of California San Jose Division.** Expert on behalf of IBM in class action age discrimination case. Expert Report, August 19, 2008. Deposition, September 9, 2008. Declaration in support of IBM, December 19, 2008.

**The United States of America v. Canada, in support of the United States' request for arbitration regarding Canadian softwood lumber subsidies.** Expert on behalf of the United States and US Dept. of Justice in softwood lumber international trade arbitration. Expert Report, November 21, 2008. Expert Response Report, March 23, 2009. Expert Rejoinder Report, June 19, 2009. Trial Testimony, July 20, 2009. Expert Report for the Tribunal, June 15, 2010.

**Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC in the United States District Court for the Eastern District of Michigan Southern Division, No. 06-10240.** Expert on behalf of New America in antitrust litigation. Expert Report, November 21, 2008. Rebuttal Expert Report, December 26, 2008. Deposition, January 22, 2009. Supplemental Expert Report, December 21, 2009. Supplemental Rebuttal Expert Report, January 14, 2010. Deposition, January 25, 2010.

**Valassis Communications, Inc., v. News America Incorporated, No. 07-706645-CZ.** Expert on behalf of News America in antitrust litigation.  Expert Report, November 21, 2008. Rebuttal Expert Report, December 26, 2008. Deposition, January 22, 2009. Trial Testimony, July 15-16, 2009.

**EBay Seller Antitrust Litigation in the U.S. District Court for the Northern District of California San Jose Division.** Expert on behalf of Ebay Inc.'s opposition to plaintiffs' motion for class certification in antitrust case. Declaration, August 14, 2009. Deposition, August 28, 2009 and September 18, 2009.

**Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, in the U.S. District Court for the Eastern District of New York.**  Expert on behalf of card issuing banks, Visa and Mastercard in class action antitrust litigation.  Expert Report, December 14, 2009. Deposition, April 20, 2010.

**Applied Medical Resources Corp., and Applied Medical Distribution Corp. v. Ethicon Endo-Surgery, Inc. in the United States District Court for the Central Division of California Southern Division, No. CV09-3605-RSWL (VBKx).**  Expert Report, March 19, 2010. Deposition, April 15, 2010.

**Wallace Bolden, et al. vs. Walsh Group, et.al in the U.S. District Court Northern District of Illinois, Eastern Division, No. 06cv104.**  Expert on behalf of Walsh Group in class action race discrimination case.  Expert Report, December 22, 2010.  Deposition, February 18, 2011.

**Jones, et al. vs. Wells Fargo Bank N.A., Wells Fargo Home Mortgage, Inc. in the Superior Court of California, County of Los Angeles, BC337821.**  Expert on behalf of Wells Fargo Bank in class action lending discrimination case.  Expert Report & Deposition. Trial Testimony, December 21, 2010.

**Peterson v. Seagate U.S. LLC, 534 F.Supp.2d 996, 2008 WL398968.**  Expert on behalf of Seagate Corporation in class action age discrimination case.  Expert Report, October 25, 2010.  Deposition, February 15, 2011.

**NRLC and Railroad Employees, National Mediation Board Case Nos. A-13569; A-13570; A-13572; A-13573; A-13574; A-13575; A-13592.**  Expert on behalf of major US railroads in labor mediation.  Expert Report, October 10, 2011.  Testimony December, 2011.

**Toyota Motor Corporation Hybrid Brake Marketing Sales Practices and Products Liability Litigation in the United States District Court Central District of California Southern Division, No. 8:10-ML-02172-CJC-RNB.** Expert on behalf of Toyota in class action product liability (hybrid brakes) case.  Expert Report, May 28, 2012. Deposition, July 19, 2012.

**In Re Text Messaging Antitrust Litigation in the United States District Court for the Northern District of Illinois Eastern Division, No. 8 C 7082-MDL No. 1997.** Expert on behalf of AT&T, Sprint, T-Mobile, Verizon Wireless and CTIA. Expert Report, July 3, 2013. Supplemental Expert Report, July 15, 2013.

**The Apple IPod ITunes Antitrust Litigation in the Unites States District Court for the Northern District of California Oakland Division, No. C 05 00037 YRG, C 06 04457 YRG.** Expert on behalf of Apple in iPod antitrust class action. Expert Report, July 19, 2013.

**The Education Management Corp. Shareholder Derivate Action in the Court of Common Pleas of Allegheny County, Pennsylvania, Civil Division, No. GD-12-008785**.  Expert on behalf of Education Management Corp. in a Fraudulent Job Placement Claim and Incentive-Based Compensation Claim.  Expert Report, October 14, 2013.

**The J.B. Hunt Transport, Inc. Wage and Hour Litigation in the United States District Court for the Central District of California Western Division, No. 2:07-cv-08336-MWF-FMOx.**  Expert on behalf of J.B. Hunt Transport, Inc. in California Dedicated Contract Services and Intermodal Services drivers' class action.  Declaration and Expert Report, October 17, 2013.

**The Apple IPod ITunes Antitrust Litigation in the Unites States District Court for the Northern District of California Oakland Division, No. C 05 00037 YRG, C 06 04457 YRG.**  Expert on behalf of Apple in iPod antitrust class action. Deposition, November 8, 2013.

**The J.B. Hunt Transport, Inc. Wage and Hour Litigation in the United States District Court for the Central District of California Western Division, No. 2:07-cv-08336-MWF-FMOx.**  Expert on behalf of J.B. Hunt Transport, Inc. in California Dedicated Contract Services and Intermodal Services drivers' class action.  Deposition, December 10, 2013.

Appendix C

## Materials Relied Upon

| |
|---|
| **Court Documents** |
| Declaration of Roger G. Noll on Liability and Damages, April 3, 2013 |
| Correction to Declaration of Roger G. Noll on Liability and Damages, May 31, 2013 |
| Rebuttal Declaration and Exhibits of Roger G Noll, November 25, 2013 |
| **Depositions** |
| Deposition of Roger G. Noll, April 7, 2011 |
| Deposition of Roger G. Noll, May 16, 2013 |
| Deposition of Roger G. Noll, December 18, 2013 |
| **Expert Reports** |
| Expert Report of Michelle M. Burtis, filed April 11, 2011 |
| Expert Report and Exhibits Kevin M.Murphy, filed August 19, 2013 (Amended) |
| Supplemental Exhibits to Murphy Report, Submitted November 11, 2013. |
| Expert Report and Exhibits of Rober H.Topel, filed August 19, 2013 (Amended) |
| Supplemental Exhibits to Topel Report, Submitted December 19, 2013. |
| **Academic Sources** |
| George G. Judge et al., *The Theory and Practice of Econometrics*, John Wiley and Sons, 1985 |
| Arthur S. Goldberger, *A Course in Econometrics*, Harvard University Press, 1991 |
| Peter Kennedy, *A Guide to Econometrics (Fifth Edition)*, MIT Press, 2003 |
| Joshua D.Angrist and Jorn-Steffen Pischke, *Mostly Harmless Econometrics, An Empiricist's Companion*, Princeton University Press, 2009 |
| Charles A. Sullivan, *Proving Antitrust Damages: Legal and Economic Issues*, ABA Publishing, 2010 |
| Colin Cameron and Douglas Miller, *A Practitioner's Guide to Cluster-Robust Inferences*, UC Davis, October 15, 2013 |
| Russell Davidson and James MacKinnon, *Econometric Theory and Methods*, 2004 |
| |
| **Other Documents** |
| iPod Buyer Survey – Wave 4 Data Tables, Apple Market Research & Analysis, March 2007 |

Appendix D

# Appendix D1a
# Resellers Data Regressions - Dependent Variable: Log Price (RPU)

| | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental Additional Characteristics S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental itunes7.0 interacted with Class Additional Characteristics S.E. Clustered by Family*YrQtr | |
| Parameter | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat |
| Intercept | 3.867 | 645.814 | 3.867 | 6.832 | 3.867 | 6.832 | 3.239 | 8.934 | 3.315 | 9.271 |
| itms_op | -0.559 | -88.087 | -0.559 | -1.345 | -0.559 | -1.345 | -0.795 | -2.489 | -0.776 | -2.421 |
| harmony | -0.129 | -129.308 | -0.129 | -2.454 | -0.129 | -2.454 | -0.014 | -0.383 | -0.022 | -0.580 |
| harmony_blocked_rev | 0.001 | 2.282 | 0.001 | 0.038 | | | | | | |
| harmony_blocked | | | | | 0.001 | 0.038 | 0.035 | 2.165 | 0.036 | 2.235 |
| harmony2 | -0.031 | -87.993 | -0.031 | -0.811 | -0.031 | -0.811 | 0.006 | 0.365 | 0.007 | 0.396 |
| itunes7_0_rev | 0.023 | 37.599 | 0.023 | 0.577 | 0.022 | 0.959 | -0.012 | -0.388 | | |
| itunes7_0_rev_classic | | | | | | | | | -0.123 | -2.435 |
| itunes7_0_rev_nano | | | | | | | | | -0.004 | -0.134 |
| competitors_drm_free | -0.078 | -365.222 | -0.078 | -2.508 | -0.078 | -2.508 | -0.038 | -1.559 | -0.038 | -1.573 |
| itms_all_drm_free010609 | -0.067 | -311.572 | -0.067 | -2.359 | -0.067 | -2.359 | -0.004 | -0.243 | -0.005 | -0.276 |
| classic | -0.231 | -333.480 | -0.231 | -4.654 | -0.231 | -4.654 | -0.167 | -2.537 | -0.045 | -0.692 |
| mini | -0.453 | -589.620 | -0.453 | -5.439 | -0.453 | -5.439 | 0.158 | 1.859 | 0.165 | 1.935 |
| nano | -0.175 | -260.091 | -0.175 | -3.040 | -0.175 | -3.040 | 0.490 | 5.768 | 0.490 | 5.822 |
| shuffle | -0.325 | -266.705 | -0.325 | -3.188 | -0.325 | -3.188 | 3.211 | 11.012 | 3.138 | 10.822 |
| u2 | 0.176 | 136.914 | 0.176 | 8.679 | 0.176 | 8.679 | 0.148 | 14.704 | 0.147 | 14.608 |
| cap512 | -1.055 | -282.949 | -1.055 | -4.272 | -1.055 | -4.272 | -1.269 | -5.365 | -1.276 | -5.391 |
| cap1024 | -0.119 | -42.396 | -0.119 | -0.705 | -0.119 | -0.705 | -0.614 | -3.595 | -0.626 | -3.638 |
| cap2048 | 0.006 | 2.049 | 0.006 | 0.034 | 0.006 | 0.034 | -0.569 | -3.387 | -0.575 | -3.405 |
| cap4096 | -0.022 | -7.504 | -0.022 | -0.144 | -0.022 | -0.144 | -0.437 | -2.686 | -0.440 | -2.674 |
| cap5120 | -0.281 | -76.352 | -0.281 | -1.348 | -0.281 | -1.348 | -0.486 | -2.929 | -0.609 | -3.512 |
| cap6144 | -0.355 | -21.915 | -0.355 | -0.591 | -0.355 | -0.591 | -0.443 | -1.519 | -0.461 | -1.581 |
| cap8192 | -0.196 | -73.241 | -0.196 | -1.354 | -0.196 | -1.354 | -0.430 | -2.532 | -0.476 | -2.738 |
| cap10240 | -0.160 | -30.608 | -0.160 | -0.615 | -0.160 | -0.615 | -0.243 | -1.167 | -0.373 | -1.726 |
| cap15360 | 0.118 | 21.157 | 0.118 | 0.771 | 0.118 | 0.771 | 0.002 | 0.011 | -0.124 | -0.769 |
| cap16384 | 0.180 | 58.253 | 0.180 | 1.046 | 0.180 | 1.046 | 0.121 | 0.640 | 0.082 | 0.429 |
| cap20480 | -0.035 | -9.441 | -0.035 | -0.143 | -0.035 | -0.143 | -0.132 | -0.733 | -0.258 | -1.370 |
| cap30720 | 0.214 | 76.147 | 0.214 | 1.343 | 0.214 | 1.343 | 0.062 | 0.379 | -0.067 | -0.401 |
| cap32768 | 0.599 | 171.539 | 0.599 | 2.148 | 0.599 | 2.148 | 0.988 | 4.871 | 0.947 | 4.619 |
| cap40960 | 0.067 | 11.729 | 0.067 | 0.279 | 0.067 | 0.279 | -0.101 | -0.523 | -0.216 | -1.091 |

# Appendix D1a

| | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental Additional Characteristics S.E. Clustered by Family*YrQtr | | itunes7.0 Incremental itunes7.0 interacted with Class Additional Characteristics S.E. Clustered by Family*YrQtr | |
| Parameter | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat |
| cap61440 | 0.319 | 61.962 | 0.319 | 1.184 | 0.319 | 1.184 | 0.389 | 1.483 | 0.256 | 0.970 |
| cap81920 | 0.517 | 140.953 | 0.517 | 2.562 | 0.517 | 2.562 | 0.193 | 1.033 | -0.273 | -1.270 |
| cap122880 | -0.242 | -25.838 | -0.242 | -0.788 | -0.242 | -0.788 | 0.089 | 0.436 | 0.039 | 0.186 |
| t | 0.000 | 1.097 | 0.000 | 0.017 | 0.000 | 0.017 | -0.007 | -3.677 | -0.007 | -3.776 |
| t_cap512 | 0.007 | 113.585 | 0.007 | 1.432 | 0.007 | 1.432 | -0.003 | -0.676 | -0.003 | -0.642 |
| t_cap1024 | -0.009 | -320.930 | -0.009 | -5.398 | -0.009 | -5.398 | -0.010 | -5.142 | -0.010 | -5.082 |
| t_cap2048 | -0.009 | -328.563 | -0.009 | -6.459 | -0.009 | -6.459 | -0.007 | -3.603 | -0.007 | -3.622 |
| t_cap4096 | -0.006 | -187.640 | -0.006 | -3.477 | -0.006 | -3.477 | -0.005 | -2.778 | -0.005 | -2.828 |
| t_cap6144 | 0.005 | 13.975 | 0.005 | 0.390 | 0.005 | 0.390 | 0.000 | 0.022 | 0.000 | 0.061 |
| t_cap8192 | -0.002 | -67.718 | -0.002 | -1.170 | -0.002 | -1.170 | -0.001 | -0.883 | -0.001 | -0.588 |
| t_cap10240 | -0.007 | -33.938 | -0.007 | -0.958 | -0.007 | -0.958 | -0.011 | -2.123 | -0.011 | -2.016 |
| t_cap15360 | -0.015 | -87.463 | -0.015 | -8.074 | -0.015 | -8.074 | -0.017 | -6.921 | -0.017 | -6.786 |
| t_cap16384 | -0.004 | -131.176 | -0.004 | -2.266 | -0.004 | -2.266 | -0.005 | -2.596 | -0.005 | -2.355 |
| t_cap20480 | -0.004 | -63.313 | -0.004 | -1.029 | -0.004 | -1.029 | -0.006 | -1.831 | -0.005 | -1.751 |
| t_cap30720 | -0.006 | -181.114 | -0.006 | -2.841 | -0.006 | -2.841 | -0.007 | -3.150 | -0.006 | -3.014 |
| t_cap32768 | -0.007 | -215.702 | -0.007 | -2.636 | -0.007 | -2.636 | -0.012 | -6.075 | -0.012 | -5.819 |
| t_cap40960 | -0.002 | -10.442 | -0.002 | -0.262 | -0.002 | -0.262 | 0.000 | -0.040 | 0.000 | -0.026 |
| t_cap61440 | -0.005 | -53.430 | -0.005 | -1.042 | -0.005 | -1.042 | -0.009 | -2.013 | -0.008 | -1.898 |
| t_cap81920 | -0.009 | -193.891 | -0.009 | -3.264 | -0.009 | -3.264 | -0.005 | -2.293 | 0.001 | 0.210 |
| t_cap122880 | 0.002 | 19.185 | 0.002 | 0.588 | 0.002 | 0.588 | -0.002 | -0.954 | -0.002 | -0.725 |
| qty_2of3 | -0.003 | -1.299 | -0.003 | -1.726 | -0.003 | -1.726 | -0.001 | -0.414 | -0.001 | -0.430 |
| qty_3of3 | -0.012 | -4.742 | -0.012 | -4.276 | -0.012 | -4.276 | -0.007 | -2.779 | -0.007 | -2.921 |
| qtr_purchases_1to5 | 0.014 | 2.794 | 0.014 | 5.366 | 0.014 | 5.366 | 0.012 | 4.737 | 0.012 | 4.816 |
| m1 | 0.049 | 248.315 | 0.049 | 3.635 | 0.049 | 3.635 | 0.022 | 2.925 | 0.022 | 2.855 |
| m2 | 0.036 | 170.065 | 0.036 | 2.831 | 0.036 | 2.831 | 0.020 | 2.649 | 0.020 | 2.513 |
| m3 | 0.032 | 154.233 | 0.032 | 2.359 | 0.032 | 2.359 | 0.025 | 2.866 | 0.024 | 2.716 |
| m4 | 0.074 | 349.889 | 0.074 | 4.706 | 0.074 | 4.706 | 0.041 | 4.344 | 0.040 | 4.203 |
| m5 | 0.078 | 377.216 | 0.078 | 5.120 | 0.078 | 5.120 | 0.051 | 5.432 | 0.050 | 5.262 |
| m6 | 0.083 | 387.727 | 0.083 | 5.499 | 0.083 | 5.499 | 0.066 | 7.232 | 0.065 | 6.984 |
| m7 | 0.092 | 381.877 | 0.092 | 5.358 | 0.092 | 5.358 | 0.074 | 6.179 | 0.073 | 6.073 |
| m8 | 0.083 | 273.563 | 0.083 | 4.891 | 0.083 | 4.891 | 0.066 | 5.247 | 0.066 | 5.243 |
| m9 | -0.024 | -136.020 | -0.024 | -1.700 | -0.024 | -1.700 | -0.031 | -3.961 | -0.030 | -3.867 |
| m10 | -0.004 | -22.676 | -0.004 | -0.573 | -0.004 | -0.573 | -0.017 | -3.143 | -0.016 | -3.051 |

HIGHLY CONFIDENTIAL

# Appendix D1a

| | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental Additional Characteristics S.E. Clustered by Family*YrQtr | | itunes7.0 Incremental itunes7.0 interacted with Class Additional Characteristics S.E. Clustered by Family*YrQtr | |
| Parameter | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat | Estimate | t-Stat |
| m11 | -0.001 | -5.371 | -0.001 | -0.203 | -0.001 | -0.203 | -0.009 | -2.425 | -0.008 | -2.334 |
| photo | -0.001 | -1.288 | -0.001 | -0.011 | -0.001 | -0.011 | -0.061 | -2.441 | -0.055 | -2.165 |
| video_and_photo | -0.081 | -213.252 | -0.081 | -1.991 | -0.081 | -1.991 | -0.661 | -10.251 | -0.656 | -10.388 |
| reprice_sale | -0.172 | -603.822 | -0.172 | -4.729 | -0.172 | -4.729 | -0.191 | -5.406 | -0.189 | -5.363 |
| eol_sale | -0.059 | -151.872 | -0.059 | -2.967 | -0.059 | -2.967 | -0.037 | -1.845 | -0.038 | -1.898 |
| log_size | 0.033 | 52.799 | 0.033 | 0.584 | 0.033 | 0.584 | 0.132 | 1.469 | 0.059 | 0.615 |
| log_dwnld_available | 0.035 | 66.534 | 0.035 | 0.973 | 0.035 | 0.973 | 0.031 | 1.156 | 0.030 | 1.106 |
| log_cost_per_unit | 0.428 | 906.276 | 0.428 | 6.575 | 0.428 | 6.575 | 0.088 | 1.901 | 0.090 | 1.930 |
| HP_OEM | | | | | | | -0.110 | -6.299 | -0.110 | -6.238 |
| USB | | | | | | | 0.420 | 5.570 | 0.411 | 5.362 |
| Firewire | | | | | | | -0.364 | -7.550 | -0.351 | -7.149 |
| log_Weight_oz | | | | | | | 0.427 | 4.933 | 0.480 | 5.455 |
| log_Display_in | | | | | | | 0.360 | 2.619 | 0.373 | 2.760 |
| log_Resolution_pixels | | | | | | | 0.239 | 11.063 | 0.230 | 10.355 |
| log_music_battery_hours | | | | | | | -0.068 | -1.358 | -0.061 | -1.241 |
| log_recharge_hours | | | | | | | -0.375 | -3.530 | -0.363 | -3.537 |
| DenDF | 2,138,926 | | 376 | | 376 | | 376 | | 376 | |
| Adj. R2 | 0.9868 | | 0.9868 | | 0.9868 | | 0.9930 | | 0.9931 | |
| Weight | weight Q | | weight Q | | weight Q | | weight Q | | weight Q | |

HIGHLY CONFIDENTIAL

# Appendix D1b
# Direct Data Regressions - Dependent Variable: Log Price (RPU)

| | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental Additional Characteristics S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental itunes7.0 interacted with Class Additional Characteristics S.E. Clustered by Family*YrQtr | |
| Parameter | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat |
| Intercept | 4.428 | 1382.004 | 4.428 | 10.272 | 4.428 | 10.272 | 5.061 | 13.674 | 5.055 | 14.707 |
| itms_op | -0.103 | -114.442 | -0.103 | -0.975 | -0.103 | -0.975 | -0.482 | -6.872 | -0.476 | -6.632 |
| harmony | -0.043 | -247.101 | -0.043 | -1.242 | -0.043 | -1.242 | -0.003 | -0.122 | -0.008 | -0.373 |
| harmony_blocked_rev | 0.039 | 303.201 | 0.039 | 1.067 | | | | | | |
| harmony_blocked | | | | | 0.039 | 1.067 | 0.065 | 3.418 | 0.069 | 3.538 |
| harmony2 | -0.046 | -526.860 | -0.046 | -1.343 | -0.046 | -1.343 | 0.000 | -0.030 | 0.003 | 0.178 |
| itunes7_0_rev | 0.072 | 448.711 | 0.072 | 1.536 | 0.033 | 1.300 | -0.008 | -0.232 | | |
| iTunes7_0_rev_classic | | | | | | | | | -0.158 | -3.750 |
| iTunes7_0_rev_nano | | | | | | | | | 0.012 | 0.371 |
| competitors_drm_free | -0.050 | -784.868 | -0.050 | -1.744 | -0.050 | -1.744 | -0.033 | -1.426 | -0.031 | -1.346 |
| itms_all_drm_free010609 | -0.044 | -667.961 | -0.044 | -1.689 | -0.044 | -1.689 | 0.005 | 0.287 | 0.006 | 0.305 |
| classic | -0.038 | -12.131 | -0.038 | -0.223 | -0.038 | -0.223 | -1.088 | -4.941 | -0.840 | -3.793 |
| mini | -0.528 | -2822.816 | -0.528 | -8.537 | -0.528 | -8.537 | 0.089 | 0.933 | 0.086 | 0.924 |
| nano | -0.188 | -1035.182 | -0.188 | -3.018 | -0.188 | -3.018 | 0.431 | 4.256 | 0.421 | 4.231 |
| shuffle | -0.380 | -1133.350 | -0.380 | -3.362 | -0.380 | -3.362 | 2.808 | 9.310 | 2.712 | 9.174 |
| u2 | 0.130 | 647.723 | 0.130 | 9.048 | 0.130 | 9.048 | 0.130 | 9.960 | 0.130 | 10.116 |
| cap512 | -0.819 | -264.821 | -0.819 | -3.005 | -0.819 | -3.005 | -2.024 | -7.829 | -1.955 | -7.562 |
| cap1024 | -0.030 | -9.761 | -0.030 | -0.165 | -0.030 | -0.165 | -1.534 | -6.665 | -1.465 | -6.318 |
| cap2048 | 0.032 | 10.723 | 0.032 | 0.221 | 0.032 | 0.221 | -1.495 | -7.032 | -1.417 | -6.590 |
| cap4096 | 0.088 | 29.139 | 0.088 | 0.594 | 0.088 | 0.594 | -1.368 | -6.569 | -1.280 | -6.056 |
| cap5120 | -0.429 | -426.727 | -0.429 | -2.739 | -0.429 | -2.739 | -0.549 | -4.536 | -0.714 | -5.454 |
| cap6144 | -0.303 | -64.947 | -0.303 | -0.854 | -0.303 | -0.854 | -1.236 | -4.526 | -1.155 | -4.190 |
| cap8192 | 0.013 | 4.328 | 0.013 | 0.070 | 0.013 | 0.070 | -1.391 | -6.804 | -1.371 | -6.734 |
| cap10240 | -0.386 | -308.258 | -0.386 | -1.958 | -0.386 | -1.958 | -0.380 | -2.348 | -0.550 | -3.197 |
| cap15360 | -0.048 | -41.560 | -0.048 | -0.403 | -0.048 | -0.403 | 0.054 | 0.493 | -0.126 | -1.038 |
| cap16384 | 0.351 | 114.644 | 0.351 | 1.777 | 0.351 | 1.777 | -0.899 | -4.275 | -0.875 | -4.173 |
| cap20480 | -0.237 | -256.995 | -0.237 | -1.336 | -0.237 | -1.336 | -0.265 | -2.082 | -0.424 | -3.114 |
| cap30720 | -0.055 | -71.211 | -0.055 | -0.463 | -0.055 | -0.463 | -0.063 | -0.568 | -0.251 | -2.049 |
| cap32768 | 0.894 | 290.443 | 0.894 | 3.964 | 0.894 | 3.964 | 0.025 | 0.116 | 0.045 | 0.213 |
| cap40960 | -0.141 | -109.532 | -0.141 | -0.831 | -0.141 | -0.831 | -0.215 | -1.693 | -0.357 | -2.718 |
| cap61440 | 0.074 | 60.377 | 0.074 | 0.325 | 0.074 | 0.325 | 0.382 | 1.625 | 0.178 | 0.737 |
| cap81920 | 0.511 | 484.540 | 0.511 | 2.718 | 0.511 | 2.718 | 0.254 | 1.528 | -0.410 | -2.473 |
| cap122880 | -0.525 | -181.127 | -0.525 | -1.967 | -0.525 | -1.967 | -0.158 | -0.894 | -0.231 | -1.310 |
| t | -0.002 | -296.480 | -0.002 | -1.565 | -0.002 | -1.565 | -0.007 | -4.957 | -0.007 | -5.202 |

# Appendix D1b

| | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental Additional Characteristics S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental itunes7.0 interacted with Class Additional Characteristics S.E. Clustered by Family*YrQtr | |
| Parameter | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat |
| t_cap512 | 0.003 | 209.855 | 0.003 | 0.664 | 0.003 | 0.664 | -0.006 | -1.618 | -0.006 | -1.553 |
| t_cap1024 | -0.009 | -1075.567 | -0.009 | -5.744 | -0.009 | -5.744 | -0.009 | -6.500 | -0.009 | -6.340 |
| t_cap2048 | -0.007 | -901.996 | -0.007 | -6.381 | -0.007 | -6.381 | -0.006 | -4.366 | -0.007 | -4.430 |
| t_cap4096 | -0.005 | -615.457 | -0.005 | -4.237 | -0.005 | -4.237 | -0.004 | -3.378 | -0.005 | -3.530 |
| t_cap5120 | -0.012 | -213.551 | -0.012 | -3.322 | -0.012 | -3.322 | -0.010 | -2.716 | -0.010 | -2.627 |
| t_cap6144 | 0.007 | 85.919 | 0.007 | 1.008 | 0.007 | 1.008 | -0.002 | -0.705 | -0.003 | -0.730 |
| t_cap8192 | -0.002 | -277.341 | -0.002 | -1.892 | -0.002 | -1.892 | 0.000 | -0.383 | 0.000 | 0.178 |
| t_cap10240 | -0.005 | -117.700 | -0.005 | -0.848 | -0.005 | -0.848 | -0.010 | -1.786 | -0.009 | -1.695 |
| t_cap15360 | -0.014 | -440.532 | -0.014 | -6.216 | -0.014 | -6.216 | -0.021 | -8.070 | -0.021 | -7.858 |
| t_cap16384 | -0.004 | -443.382 | -0.004 | -3.099 | -0.004 | -3.099 | -0.003 | -2.294 | -0.003 | -1.822 |
| t_cap20480 | -0.002 | -159.845 | -0.002 | -0.748 | -0.002 | -0.748 | -0.003 | -1.099 | -0.003 | -1.202 |
| t_cap30720 | -0.003 | -298.227 | -0.003 | -1.643 | -0.003 | -1.643 | -0.004 | -2.972 | -0.004 | -2.645 |
| t_cap32768 | -0.008 | -841.701 | -0.008 | -4.380 | -0.008 | -4.380 | -0.011 | -6.618 | -0.010 | -6.163 |
| t_cap40960 | 0.001 | 29.684 | 0.001 | 0.223 | 0.001 | 0.223 | 0.002 | 0.684 | 0.002 | 0.551 |
| t_cap65536 | 0.002 | 73.098 | 0.002 | 1.211 | 0.002 | 1.211 | -0.008 | -3.676 | -0.007 | -3.278 |
| t_cap61440 | -0.002 | -73.563 | -0.002 | -0.379 | -0.002 | -0.379 | -0.009 | -2.080 | -0.008 | -1.846 |
| t_cap81920 | -0.009 | -686.153 | -0.009 | -3.512 | -0.009 | -3.512 | -0.006 | -2.737 | 0.002 | 1.118 |
| t_cap122880 | 0.005 | 150.885 | 0.005 | 1.650 | 0.005 | 1.650 | 0.000 | 0.237 | 0.001 | 0.603 |
| qgt5 | -0.025 | -227.354 | -0.025 | -11.937 | -0.025 | -11.937 | -0.023 | -11.347 | -0.023 | -11.310 |
| qgt10 | -0.008 | -54.095 | -0.008 | -6.650 | -0.008 | -6.650 | -0.008 | -6.986 | -0.008 | -6.999 |
| qgt20 | -0.009 | -70.197 | -0.009 | -5.650 | -0.009 | -5.650 | -0.009 | -5.519 | -0.009 | -5.615 |
| qgt50 | -0.010 | -79.368 | -0.010 | -5.245 | -0.010 | -5.245 | -0.010 | -5.700 | -0.010 | -5.695 |
| qgt100 | -0.033 | -308.470 | -0.033 | -5.697 | -0.033 | -5.697 | -0.036 | -6.547 | -0.036 | -6.533 |
| coupon | -0.117 | -381.887 | -0.117 | -13.810 | -0.117 | -13.810 | -0.117 | -14.500 | -0.117 | -14.620 |
| m1 | 0.029 | 476.177 | 0.029 | 2.226 | 0.029 | 2.226 | 0.010 | 1.205 | 0.010 | 1.145 |
| m2 | 0.017 | 285.364 | 0.017 | 1.378 | 0.017 | 1.378 | 0.006 | 0.742 | 0.005 | 0.628 |
| m3 | 0.001 | 23.163 | 0.001 | 0.094 | 0.001 | 0.094 | 0.001 | 0.079 | 0.000 | -0.036 |
| m4 | 0.040 | 641.095 | 0.040 | 2.561 | 0.040 | 2.561 | 0.016 | 1.460 | 0.015 | 1.386 |
| m5 | 0.053 | 902.489 | 0.053 | 3.807 | 0.053 | 3.807 | 0.028 | 2.588 | 0.027 | 2.464 |
| m6 | 0.066 | 1194.589 | 0.066 | 4.902 | 0.066 | 4.902 | 0.046 | 4.512 | 0.045 | 4.382 |
| m7 | 0.078 | 1315.621 | 0.078 | 5.133 | 0.078 | 5.133 | 0.054 | 4.784 | 0.053 | 4.682 |
| m8 | 0.081 | 1437.292 | 0.081 | 5.129 | 0.081 | 5.129 | 0.060 | 5.107 | 0.059 | 5.029 |
| m9 | -0.019 | -384.761 | -0.019 | -1.465 | -0.019 | -1.465 | -0.023 | -2.875 | -0.021 | -2.692 |
| m10 | -0.016 | -306.147 | -0.016 | -4.176 | -0.016 | -4.176 | -0.022 | -7.455 | -0.021 | -6.918 |
| m11 | -0.023 | -545.671 | -0.023 | -8.295 | -0.023 | -8.295 | -0.028 | -10.340 | -0.027 | -10.349 |
| photo | -0.017 | -144.959 | -0.017 | -0.456 | -0.017 | -0.456 | -0.034 | -1.311 | -0.027 | -1.020 |

HIGHLY CONFIDENTIAL

# Appendix D1b

| | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental Additional Characteristics S.E. Clustered by Family*YrQtr | | itunes7_0 Incremental itunes7.0 interacted with Class Additional Characteristics S.E. Clustered by Family*YrQtr | |
| Parameter | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat | Estimate | t-stat |
| video_and_photo | -0.080 | -733.566 | -0.080 | -2.519 | -0.080 | -2.519 | -0.585 | -8.074 | -0.583 | -8.401 |
| reprice_sale | -0.130 | -1545.550 | -0.130 | -3.524 | -0.130 | -3.524 | -0.157 | -4.822 | -0.155 | -4.745 |
| eol_sale | 0.014 | 193.714 | 0.014 | 0.795 | 0.014 | 0.795 | 0.009 | 0.553 | 0.007 | 0.450 |
| log_size | 0.048 | 285.214 | 0.048 | 0.854 | 0.048 | 0.854 | 0.106 | 1.169 | 0.002 | 0.024 |
| log_dwnld_available | -0.003 | -42.307 | -0.003 | -0.326 | -0.003 | -0.326 | 0.003 | 0.444 | 0.003 | 0.425 |
| log_unit_cost | 0.345 | 2610.072 | 0.345 | 6.193 | 0.345 | 6.193 | 0.047 | 1.021 | 0.052 | 1.136 |
| USB | | | | | | | 0.410 | 10.150 | 0.404 | 9.691 |
| Firewire | | | | | | | -0.355 | -7.633 | -0.340 | -7.457 |
| log_Weight_oz | | | | | | | 0.496 | 6.888 | 0.570 | 8.178 |
| log_Display_in | | | | | | | 0.279 | 1.656 | 0.307 | 1.867 |
| log_Resolution_pixels | | | | | | | 0.202 | 10.581 | 0.191 | 9.994 |
| log_music_battery_hours | | | | | | | -0.046 | -0.903 | -0.044 | -0.915 |
| log_recharge_hours | | | | | | | -0.503 | -4.206 | -0.473 | -4.197 |
| Den DF | 36,945,011 | | 488 | | 488 | | 488 | | 488 | |
| Adj. R2 | 0.9816 | | 0.9816 | | 0.9816 | | 0.9866 | | 0.9867 | |
| Weight | weight Q | | weight Q | | weight Q | | weight Q | | weight Q | |

HIGHLY CONFIDENTIAL

# Appendix D2a
# Resellers Data Regressions - Dependent Variable: Log Price (RPU)

| Parameter | 1 Noll Rebuttal | | | 2 Noll Rebuttal S.E. Clustered by Family*YrQtr | | | 3 Noll Rebuttal Additional Characteristics S.E. Clustered by Family*YrQtr | | |
|---|---|---|---|---|---|---|---|---|---|
| Model Description | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| Intercept | 3.867 | 0.0060 | 645.814 | 3.867 | 0.5660 | 6.832 | 3.239 | 0.3625 | 8.934 |
| itms_op | -0.559 | 0.0063 | -88.087 | -0.559 | 0.4156 | -1.345 | -0.795 | 0.3195 | -2.489 |
| harmony | -0.129 | 0.0010 | -129.308 | -0.129 | 0.0528 | -2.454 | -0.014 | 0.0375 | -0.383 |
| harmony_blocked_rev | 0.001 | 0.0005 | 2.282 | 0.001 | 0.0326 | 0.038 | 0.035 | 0.0161 | 2.165 |
| harmony2 | -0.031 | 0.0004 | -87.993 | -0.031 | 0.0387 | -0.811 | 0.006 | 0.0178 | 0.365 |
| itunes7_0_rev | 0.023 | 0.0006 | 37.599 | 0.023 | 0.0407 | 0.577 | 0.023 | 0.0364 | 0.633 |
| competitors_drm_free | -0.078 | 0.0002 | -365.222 | -0.078 | 0.0311 | -2.508 | -0.038 | 0.0241 | -1.559 |
| itms_all_drm_free010609 | -0.067 | 0.0002 | -311.572 | -0.067 | 0.0285 | -2.359 | -0.004 | 0.0171 | -0.243 |
| classic | -0.231 | 0.0007 | -333.480 | -0.231 | 0.0496 | -4.654 | -0.167 | 0.0660 | -2.537 |
| mini | -0.453 | 0.0008 | -589.620 | -0.453 | 0.0833 | -5.439 | 0.158 | 0.0848 | 1.859 |
| nano | -0.175 | 0.0007 | -260.091 | -0.175 | 0.0577 | -3.040 | 0.490 | 0.0850 | 5.768 |
| shuffle | -0.325 | 0.0012 | -266.705 | -0.325 | 0.1019 | -3.188 | 3.211 | 0.2915 | 11.012 |
| u2 | 0.176 | 0.0013 | 136.914 | 0.176 | 0.0202 | 8.679 | 0.148 | 0.0101 | 14.704 |
| cap512 | -1.055 | 0.0037 | -282.949 | -1.055 | 0.2469 | -4.272 | -1.269 | 0.2364 | -5.365 |
| cap1024 | -0.119 | 0.0028 | -42.396 | -0.119 | 0.1689 | -0.705 | -0.614 | 0.1708 | -3.595 |
| cap2048 | 0.006 | 0.0028 | 2.049 | 0.006 | 0.1643 | 0.034 | -0.569 | 0.1680 | -3.387 |
| cap4096 | -0.022 | 0.0029 | -7.504 | -0.022 | 0.1493 | -0.144 | -0.437 | 0.1628 | -2.686 |
| cap5120 | -0.281 | 0.0037 | -76.352 | -0.281 | 0.2082 | -1.348 | -0.486 | 0.1660 | -2.929 |
| cap6144 | -0.355 | 0.0162 | -21.915 | -0.355 | 0.5999 | -0.591 | -0.443 | 0.2913 | -1.519 |
| cap8192 | -0.196 | 0.0027 | -73.241 | -0.196 | 0.1444 | -1.354 | -0.430 | 0.1699 | -2.532 |
| cap10240 | -0.160 | 0.0052 | -30.608 | -0.160 | 0.2595 | -0.615 | -0.243 | 0.2083 | -1.167 |
| cap15360 | 0.118 | 0.0056 | 21.157 | 0.118 | 0.1525 | 0.771 | 0.002 | 0.1556 | 0.011 |
| cap16384 | 0.180 | 0.0031 | 58.253 | 0.180 | 0.1722 | 1.046 | 0.121 | 0.1890 | 0.640 |
| cap20480 | -0.035 | 0.0037 | -9.441 | -0.035 | 0.2448 | -0.143 | -0.132 | 0.1801 | -0.733 |
| cap30720 | 0.214 | 0.0028 | 76.147 | 0.214 | 0.1596 | 1.343 | 0.062 | 0.1627 | 0.379 |
| cap32768 | 0.599 | 0.0035 | 171.539 | 0.599 | 0.2786 | 2.148 | 0.988 | 0.2029 | 4.871 |
| cap40960 | 0.067 | 0.0057 | 11.729 | 0.067 | 0.2391 | 0.279 | -0.101 | 0.1927 | -0.523 |
| cap61440 | 0.319 | 0.0052 | 61.962 | 0.319 | 0.2695 | 1.184 | 0.389 | 0.2625 | 1.483 |
| cap81920 | 0.517 | 0.0037 | 140.953 | 0.517 | 0.2019 | 2.562 | 0.193 | 0.1866 | 1.033 |
| cap122880 | -0.242 | 0.0094 | -25.838 | -0.242 | 0.3071 | -0.788 | 0.089 | 0.2050 | 0.436 |
| t | 0.000 | 0.0000 | 1.097 | 0.000 | 0.0018 | 0.017 | -0.007 | 0.0018 | -3.677 |
| t_cap512 | 0.007 | 0.0001 | 113.585 | 0.007 | 0.0049 | 1.432 | -0.003 | 0.0045 | -0.676 |

# Appendix D2a

| | 1 | | | 2 | | | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Model Description | | Noll Rebuttal | | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | | Noll Rebuttal Additional Characteristics S.E. Clustered by Family*YrQtr | | |
| Parameter | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| t_cap1024 | -0.009 | 0.0000 | -320.930 | -0.009 | 0.0016 | -5.398 | -0.010 | 0.0019 | -5.142 |
| t_cap2048 | -0.009 | 0.0000 | -328.563 | -0.009 | 0.0013 | -6.459 | -0.007 | 0.0019 | -3.603 |
| t_cap4096 | -0.006 | 0.0000 | -187.640 | -0.006 | 0.0016 | -3.477 | -0.005 | 0.0017 | -2.778 |
| t_cap6144 | 0.005 | 0.0004 | 13.975 | 0.005 | 0.0134 | 0.390 | 0.000 | 0.0057 | 0.022 |
| t_cap8192 | -0.002 | 0.0000 | -67.718 | -0.002 | 0.0015 | -1.170 | -0.001 | 0.0016 | -0.883 |
| t_cap10240 | -0.007 | 0.0002 | -33.938 | -0.007 | 0.0068 | -0.958 | -0.011 | 0.0054 | -2.123 |
| t_cap15360 | -0.015 | 0.0002 | -87.463 | -0.015 | 0.0019 | -8.074 | -0.017 | 0.0025 | -6.921 |
| t_cap16384 | -0.004 | 0.0000 | -131.176 | -0.004 | 0.0018 | -2.266 | -0.005 | 0.0019 | -2.596 |
| t_cap20480 | -0.004 | 0.0001 | -63.313 | -0.004 | 0.0043 | -1.029 | -0.006 | 0.0030 | -1.831 |
| t_cap30720 | -0.006 | 0.0000 | -181.114 | -0.006 | 0.0022 | -2.841 | -0.007 | 0.0021 | -3.150 |
| t_cap32768 | -0.007 | 0.0000 | -215.702 | -0.007 | 0.0028 | -2.636 | -0.012 | 0.0020 | -6.075 |
| t_cap40960 | -0.002 | 0.0001 | -10.442 | -0.002 | 0.0058 | -0.262 | 0.000 | 0.0047 | -0.040 |
| t_cap61440 | -0.005 | 0.0001 | -53.430 | -0.005 | 0.0048 | -1.042 | -0.009 | 0.0045 | -2.013 |
| t_cap81920 | -0.009 | 0.0000 | -193.891 | -0.009 | 0.0027 | -3.264 | -0.005 | 0.0024 | -2.293 |
| t_cap122880 | 0.002 | 0.0001 | 19.185 | 0.002 | 0.0035 | 0.588 | -0.002 | 0.0024 | -0.954 |
| qty_2of3 | -0.003 | 0.0026 | -1.299 | -0.003 | 0.0020 | -1.726 | -0.001 | 0.0016 | -0.414 |
| qty_3of3 | -0.012 | 0.0025 | -4.742 | -0.012 | 0.0028 | -4.276 | -0.007 | 0.0024 | -2.779 |
| qtr_purchases_1to5 | 0.014 | 0.0052 | 2.794 | 0.014 | 0.0027 | 5.366 | 0.012 | 0.0026 | 4.737 |
| m1 | 0.049 | 0.0002 | 248.315 | 0.049 | 0.0136 | 3.635 | 0.022 | 0.0076 | 2.925 |
| m2 | 0.036 | 0.0002 | 170.065 | 0.036 | 0.0126 | 2.831 | 0.020 | 0.0076 | 2.649 |
| m3 | 0.032 | 0.0002 | 154.233 | 0.032 | 0.0135 | 2.359 | 0.025 | 0.0086 | 2.866 |
| m4 | 0.074 | 0.0002 | 349.889 | 0.074 | 0.0157 | 4.706 | 0.041 | 0.0094 | 4.344 |
| m5 | 0.078 | 0.0002 | 377.216 | 0.078 | 0.0152 | 5.120 | 0.051 | 0.0093 | 5.432 |
| m6 | 0.083 | 0.0002 | 387.727 | 0.083 | 0.0150 | 5.499 | 0.066 | 0.0092 | 7.232 |
| m7 | 0.092 | 0.0002 | 381.877 | 0.092 | 0.0172 | 5.358 | 0.074 | 0.0119 | 6.179 |
| m8 | 0.083 | 0.0003 | 273.363 | 0.083 | 0.0169 | 4.891 | 0.066 | 0.0126 | 5.247 |
| m9 | -0.024 | 0.0002 | -136.020 | -0.024 | 0.0141 | -1.700 | -0.031 | 0.0078 | -3.961 |
| m10 | -0.004 | 0.0002 | -22.676 | -0.004 | 0.0063 | -0.573 | -0.017 | 0.0053 | -3.143 |
| m11 | -0.001 | 0.0001 | -5.371 | -0.001 | 0.0038 | -0.203 | -0.009 | 0.0035 | -2.425 |
| photo | -0.001 | 0.0004 | -1.288 | -0.001 | 0.0474 | -0.011 | -0.061 | 0.0249 | -2.441 |
| video_and_photo | -0.081 | 0.0004 | -213.252 | -0.081 | 0.0409 | -1.991 | -0.661 | 0.0645 | -10.251 |
| reprice_sale | -0.172 | 0.0003 | -603.822 | -0.172 | 0.0365 | -4.729 | -0.191 | 0.0353 | -5.406 |
| eol_sale | -0.059 | 0.0004 | -151.872 | -0.059 | 0.0198 | -2.967 | -0.037 | 0.0199 | -1.845 |
| log_size | 0.033 | 0.0006 | 52.799 | 0.033 | 0.0570 | 0.584 | 0.132 | 0.0901 | 1.469 |

# Appendix D2a

| | 1 | | | 2 | | | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | | Noll Rebuttal Additional Characteristics S.E. Clustered by Family*YrQtr | | |
| **Parameter** | **Estimate** | **Std. Err.** | **t-Stat** | **Estimate** | **Std. Err.** | **t-Stat** | **Estimate** | **Std. Err.** | **t-Stat** |
| log_dwnld_available | **0.035** | 0.0005 | 66.534 | **0.035** | 0.0359 | 0.973 | **0.031** | 0.0269 | 1.156 |
| log_cost_per_unit | **0.428** | 0.0005 | 906.276 | **0.428** | 0.0651 | 6.575 | **0.088** | 0.0465 | 1.901 |
| HP_OEM | | | | | | | **-0.110** | 0.0174 | -6.299 |
| USB | | | | | | | **0.420** | 0.0755 | 5.570 |
| Firewire | | | | | | | **-0.364** | 0.0481 | -7.550 |
| log_Weight_oz | | | | | | | **0.427** | 0.0867 | 4.933 |
| log_Display_in | | | | | | | **0.360** | 0.1375 | 2.619 |
| log_Resolution_pixels | | | | | | | **0.239** | 0.0216 | 11.063 |
| log_music_battery_hours | | | | | | | **-0.068** | 0.0498 | -1.358 |
| log_recharge_hours | | | | | | | **-0.375** | 0.1063 | -3.530 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DenDF | 2,138,926 | | | 376 | | | 376 | | |
| Adj. R2 | 0.9868 | | | 0.9868 | | | 0.9930 | | |
| Weight | weight Q | | | weight Q | | | weight Q | | |

HIGHLY CONFIDENTIAL

# Appendix D2b
# Direct Data Regressions - Dependent Variable: Log Price (RPU)

| | 1 | | | 2 | | | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | | Noll Rebuttal Additional Characteristics S.E. Clustered by Family*YrQtr | | |
| Parameter | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| Intercept | 4.428 | 0.0032 | 1382.004 | 4.428 | 0.4310 | 10.272 | 5.061 | 0.3701 | 13.674 |
| itms_op | -0.103 | 0.0009 | -114.442 | -0.103 | 0.1054 | -0.975 | -0.482 | 0.0701 | -6.872 |
| harmony | -0.043 | 0.0002 | -247.101 | -0.043 | 0.0345 | -1.242 | -0.003 | 0.0213 | -0.122 |
| harmony_blocked_rev | 0.039 | 0.0001 | 303.201 | 0.039 | 0.0368 | 1.067 | 0.065 | 0.0190 | 3.418 |
| harmony2 | -0.046 | 0.0001 | -526.860 | -0.046 | 0.0345 | -1.343 | 0.000 | 0.0161 | -0.030 |
| itunes7_0_rev | 0.072 | 0.0002 | 448.711 | 0.072 | 0.0468 | 1.536 | 0.057 | 0.0418 | 1.371 |
| competitors_drm_free | -0.050 | 0.0001 | -784.868 | -0.050 | 0.0289 | -1.744 | -0.033 | 0.0232 | -1.426 |
| itms_all_drm_free010609 | -0.044 | 0.0001 | -667.961 | -0.044 | 0.0262 | -1.689 | 0.005 | 0.0185 | 0.287 |
| classic | -0.038 | 0.0031 | -12.131 | -0.038 | 0.1679 | -0.223 | -1.088 | 0.2202 | -4.941 |
| mini | -0.528 | 0.0002 | -2822.816 | -0.528 | 0.0618 | -8.537 | 0.089 | 0.0953 | 0.933 |
| nano | -0.188 | 0.0002 | -1035.182 | -0.188 | 0.0624 | -3.018 | 0.431 | 0.1013 | 4.256 |
| shuffle | -0.380 | 0.0003 | -1133.350 | -0.380 | 0.1131 | -3.362 | 2.808 | 0.3016 | 9.310 |
| u2 | 0.130 | 0.0002 | 647.723 | 0.130 | 0.0143 | 9.048 | 0.130 | 0.0131 | 9.960 |
| cap512 | -0.819 | 0.0031 | -264.821 | -0.819 | 0.2727 | -3.005 | -2.024 | 0.2585 | -7.829 |
| cap1024 | -0.030 | 0.0030 | -9.761 | -0.030 | 0.1784 | -0.165 | -1.534 | 0.2302 | -6.665 |
| cap2048 | 0.032 | 0.0030 | 10.723 | 0.032 | 0.1464 | 0.221 | -1.495 | 0.2125 | -7.032 |
| cap4096 | 0.088 | 0.0030 | 29.139 | 0.088 | 0.1485 | 0.594 | -1.368 | 0.2083 | -6.569 |
| cap5120 | -0.429 | 0.0010 | -426.727 | -0.429 | 0.1568 | -2.739 | -0.549 | 0.1211 | -4.536 |
| cap6144 | -0.303 | 0.0047 | -64.947 | -0.303 | 0.3543 | -0.854 | -1.236 | 0.2731 | -4.526 |
| cap8192 | 0.013 | 0.0030 | 4.328 | 0.013 | 0.1873 | 0.070 | -1.391 | 0.2044 | -6.804 |
| cap10240 | -0.386 | 0.0013 | -308.258 | -0.386 | 0.1971 | -1.958 | -0.380 | 0.1619 | -2.348 |
| cap15360 | -0.048 | 0.0012 | -41.560 | -0.048 | 0.1188 | -0.403 | 0.054 | 0.1098 | 0.493 |
| cap16384 | 0.351 | 0.0031 | 114.644 | 0.351 | 0.1972 | 1.777 | -0.899 | 0.2104 | -4.275 |
| cap20480 | -0.237 | 0.0009 | -256.995 | -0.237 | 0.1776 | -1.336 | -0.265 | 0.1272 | -2.082 |
| cap30720 | -0.055 | 0.0008 | -71.211 | -0.055 | 0.1192 | -0.463 | -0.063 | 0.1114 | -0.568 |
| cap32768 | 0.894 | 0.0031 | 290.443 | 0.894 | 0.2256 | 3.964 | 0.025 | 0.2124 | 0.116 |
| cap40960 | -0.141 | 0.0013 | -109.532 | -0.141 | 0.1703 | -0.831 | -0.215 | 0.1268 | -1.693 |
| cap61440 | 0.074 | 0.0012 | 60.377 | 0.074 | 0.2274 | 0.325 | 0.382 | 0.2352 | 1.625 |
| cap81920 | 0.511 | 0.0011 | 484.540 | 0.511 | 0.1881 | 2.718 | 0.254 | 0.1660 | 1.528 |
| cap122880 | -0.525 | 0.0029 | -181.127 | -0.525 | 0.2668 | -1.967 | -0.158 | 0.1770 | -0.894 |
| t | -0.002 | 0.0000 | -296.480 | -0.002 | 0.0016 | -1.565 | -0.007 | 0.0014 | -4.957 |
| t_cap512 | 0.003 | 0.0000 | 209.855 | 0.003 | 0.0052 | 0.664 | -0.006 | 0.0038 | -1.618 |

# Appendix D2b

| | 1 | | | 2 | | | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | | Noll Rebuttal Additional Characteristics S.E. Clustered by Family*YrQtr | | |
| Parameter | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| t_cap1024 | -0.009 | 0.0000 | -1075.567 | -0.009 | 0.0015 | -5.744 | -0.009 | 0.0014 | -6.500 |
| t_cap2048 | -0.007 | 0.0000 | -901.996 | -0.007 | 0.0011 | -6.381 | -0.006 | 0.0015 | -4.366 |
| t_cap4096 | -0.005 | 0.0000 | -615.457 | -0.005 | 0.0012 | -4.237 | -0.004 | 0.0013 | -3.378 |
| t_cap5120 | -0.012 | 0.0001 | -213.551 | -0.012 | 0.0035 | -3.322 | -0.010 | 0.0037 | -2.716 |
| t_cap6144 | 0.007 | 0.0001 | 85.919 | 0.007 | 0.0070 | 1.008 | -0.002 | 0.0035 | -0.705 |
| t_cap8192 | -0.002 | 0.0000 | -277.341 | -0.002 | 0.0011 | -1.892 | 0.000 | 0.0011 | -0.383 |
| t_cap10240 | -0.005 | 0.0000 | -117.700 | -0.005 | 0.0059 | -0.848 | -0.010 | 0.0053 | -1.786 |
| t_cap15360 | -0.014 | 0.0000 | -440.532 | -0.014 | 0.0023 | -6.216 | -0.021 | 0.0027 | -8.070 |
| t_cap16384 | -0.004 | 0.0000 | -443.382 | -0.004 | 0.0012 | -3.099 | -0.003 | 0.0014 | -2.294 |
| t_cap20480 | -0.002 | 0.0000 | -159.845 | -0.002 | 0.0033 | -0.748 | -0.003 | 0.0024 | -1.099 |
| t_cap30720 | -0.003 | 0.0000 | -298.227 | -0.003 | 0.0017 | -1.643 | -0.004 | 0.0015 | -2.972 |
| t_cap32768 | -0.008 | 0.0000 | -841.701 | -0.008 | 0.0019 | -4.380 | -0.011 | 0.0017 | -6.618 |
| t_cap40960 | 0.001 | 0.0000 | 29.684 | 0.001 | 0.0042 | 0.223 | 0.002 | 0.0034 | 0.684 |
| t_cap65536 | 0.002 | 0.0000 | 73.098 | 0.002 | 0.0018 | 1.211 | -0.008 | 0.0022 | -3.676 |
| t_cap61440 | -0.002 | 0.0000 | -73.563 | -0.002 | 0.0041 | -0.379 | -0.009 | 0.0042 | -2.080 |
| t_cap81920 | -0.009 | 0.0000 | -686.153 | -0.009 | 0.0026 | -3.512 | -0.006 | 0.0022 | -2.737 |
| t_cap122880 | 0.005 | 0.0000 | 150.885 | 0.005 | 0.0030 | 1.650 | 0.000 | 0.0020 | 0.237 |
| qgt5 | -0.025 | 0.0001 | -227.354 | -0.025 | 0.0021 | -11.937 | -0.023 | 0.0021 | -11.347 |
| qgt10 | -0.008 | 0.0001 | -54.095 | -0.008 | 0.0012 | -6.650 | -0.008 | 0.0011 | -6.986 |
| qgt20 | -0.009 | 0.0001 | -70.197 | -0.009 | 0.0016 | -5.650 | -0.009 | 0.0016 | -5.519 |
| qgt50 | -0.010 | 0.0001 | -79.368 | -0.010 | 0.0019 | -5.245 | -0.010 | 0.0017 | -5.700 |
| qgt100 | -0.033 | 0.0001 | -308.470 | -0.033 | 0.0058 | -5.697 | -0.036 | 0.0055 | -6.547 |
| coupon | -0.117 | 0.0003 | -381.887 | -0.117 | 0.0084 | -13.810 | -0.117 | 0.0080 | -14.500 |
| m1 | 0.029 | 0.0001 | 476.177 | 0.029 | 0.0129 | 2.226 | 0.010 | 0.0086 | 1.205 |
| m2 | 0.017 | 0.0001 | 285.364 | 0.017 | 0.0122 | 1.378 | 0.006 | 0.0079 | 0.742 |
| m3 | 0.001 | 0.0001 | 23.163 | 0.001 | 0.0143 | 0.094 | 0.001 | 0.0093 | 0.079 |
| m4 | 0.040 | 0.0001 | 641.095 | 0.040 | 0.0156 | 2.561 | 0.016 | 0.0106 | 1.460 |
| m5 | 0.053 | 0.0001 | 902.489 | 0.053 | 0.0139 | 3.807 | 0.028 | 0.0108 | 2.588 |
| m6 | 0.066 | 0.0001 | 1194.589 | 0.066 | 0.0135 | 4.902 | 0.046 | 0.0102 | 4.512 |
| m7 | 0.078 | 0.0001 | 1315.621 | 0.078 | 0.0152 | 5.133 | 0.054 | 0.0112 | 4.784 |
| m8 | 0.081 | 0.0001 | 1437.292 | 0.081 | 0.0158 | 5.129 | 0.060 | 0.0118 | 5.107 |
| m9 | -0.019 | 0.0001 | -384.761 | -0.019 | 0.0132 | -1.465 | -0.023 | 0.0080 | -2.875 |
| m10 | -0.016 | 0.0001 | -306.147 | -0.016 | 0.0038 | -4.176 | -0.022 | 0.0030 | -7.455 |
| m11 | -0.023 | 0.0000 | -545.671 | -0.023 | 0.0028 | -8.295 | -0.028 | 0.0027 | -10.340 |

# Appendix D2b

| | 1 | | | 2 | | | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | | Noll Rebuttal S.E. Clustered by Family*YrQtr | | | Noll Rebuttal Additional Characteristics S.E. Clustered by Family*YrQtr | | |
| Parameter | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| photo | -0.017 | 0.0001 | -144.959 | -0.017 | 0.0375 | -0.456 | -0.034 | 0.0258 | -1.311 |
| video_and_photo | -0.080 | 0.0001 | -733.566 | -0.080 | 0.0319 | -2.519 | -0.585 | 0.0724 | -8.074 |
| reprice_sale | -0.130 | 0.0001 | -1545.550 | -0.130 | 0.0368 | -3.524 | -0.157 | 0.0326 | -4.822 |
| eol_sale | 0.014 | 0.0001 | 193.714 | 0.014 | 0.0171 | 0.795 | 0.009 | 0.0159 | 0.553 |
| log_size | 0.048 | 0.0002 | 285.214 | 0.048 | 0.0564 | 0.854 | 0.106 | 0.0911 | 1.169 |
| log_dwnld_available | -0.003 | 0.0001 | -42.307 | -0.003 | 0.0097 | -0.326 | 0.003 | 0.0071 | 0.444 |
| log_unit_cost | 0.345 | 0.0001 | 2610.072 | 0.345 | 0.0557 | 6.193 | 0.047 | 0.0461 | 1.021 |
| USB | | | | | | | 0.410 | 0.0404 | 10.150 |
| Firewire | | | | | | | -0.355 | 0.0465 | -7.633 |
| log_Weight_oz | | | | | | | 0.496 | 0.0720 | 6.888 |
| log_Display_in | | | | | | | 0.279 | 0.1686 | 1.656 |
| log_Resolution_pixels | | | | | | | 0.202 | 0.0191 | 10.581 |
| log_music_battery_hours | | | | | | | -0.046 | 0.0510 | -0.903 |
| log_recharge_hours | | | | | | | -0.503 | 0.1196 | -4.206 |
| | | | | | | | | | |
| DenDF | 36,945,011 | | | 488 | | | 488 | | |
| Adj. R2 | 0.9816 | | | 0.9816 | | | 0.9866 | | |
| Weight | weight Q | | | weight Q | | | weight Q | | |

HIGHLY CONFIDENTIAL

## Appendix D2c1

# Effects of Correcting Professor Noll's Calculation of Damages

| Resellers Sales | | | | | Direct Sales | | | | | Total Estimated Damages ($M) |
|---|---|---|---|---|---|---|---|---|---|---|
| Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales allegedly affected ($M) | Estimated Damages ($M) | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales allegedly affected ($M) | Estimated Damages ($M) | |
| **Professor Noll's Reported Damage Calculations  (see list of errors in note below)** | | | | | | | | | | |
| 0.023 | 0.00062 | 2.38% | $ 6,268.7 | $ 148.9 | 0.072 | 0.00016 | 7.45% | $ 2,613.4 | $ 194.7 | **$ 343.6** |
| **Correcting Professor Noll's Use of Actual Price Instead of But-For Price as Base to Apply the Alleged Percentage Overcharge** | | | | | | | | | | |
| 0.023 | 0.00062 | 2.32% | $ 6,268.7 | $ 145.5 | 0.072 | 0.00016 | 6.93% | $ 2,613.4 | $ 181.2 | **$ 326.7** |
| **+ Correcting and Using Standard Errors in the Formula to Calculate Damages** | | | | | | | | | | |
| 0.023 | 0.04069 | 2.24% | $ 6,268.7 | $ 140.4 | 0.072 | 0.04676 | 6.83% | $ 2,613.4 | $ 178.5 | **$ 318.9** |
| **Noll Rebuttal # Additional Characteristics # S.E. Clustered by Family*YrQtr** | | | | | | | | | | |
| 0.023 | 0.03636 | 2.21% | $ 6,268.7 | $ 138.6 | 0.057 | 0.04175 | 5.48% | $ 2,613.4 | $ 143.3 | **$ 281.8** |

Note: Professor Noll's calculation of damages contains the following errors:
  - Coefficients on iTunes 7 were calculated relative to the wrong but-for world.
  - Standard errors were estimated incorrectly due to ignored clustering of residuals.
  - Percentage Overchages were calculated using an incorrect formula.

## Appendix D2c2

# Effects of Correcting Professor Noll's Calculation of Damages

| Resellers Sales | | | | | Direct Sales | | | | | Total Estimated Damages ($M) |
|---|---|---|---|---|---|---|---|---|---|---|
| Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales allegedly affected ($M) | Estimated Damages ($M) | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales allegedly affected ($M) | Estimated Damages ($M) | |
| **Professor Noll's Reported Damage Calculations  (see list of errors in note below)** | | | | | | | | | | |
| 0.023 | 0.00062 | 2.38% | $ 6,268.7 | $ 148.9 | 0.072 | 0.00016 | 7.45% | $ 2,613.4 | $ 194.7 | **$ 343.6** |
| **Correcting Professor Noll's Use of Actual Price Instead of But-For Price as Base to Apply the Alleged Percentage Overcharge** | | | | | | | | | | |
| 0.023 | 0.00062 | 2.32% | $ 6,268.7 | $ 145.5 | 0.072 | 0.00016 | 6.93% | $ 2,613.4 | $ 181.2 | **$ 326.7** |
| **Noll Rebuttal # Additional Characteristics # S.E. Clustered by Family*YrQtr** | | | | | | | | | | |
| 0.023 | 0.03636 | 2.28% | $ 6,268.7 | $ 142.6 | 0.057 | 0.04175 | 5.56% | $ 2,613.4 | $ 145.4 | **$ 288.0** |

Note: Professor Noll's calculation of damages contains the following errors:
  - Coefficients on iTunes 7 were calculated relative to the wrong but-for world.
  - Standard errors were estimated incorrectly due to ignored clustering of residuals.
  - Percentage Overchages were calculated using an incorrect formula.

HIGHLY CONFIDENTIAL

# Appendix D3a
# Resellers Data Regressions - Dependent Variable: Log Price (RPU)

|  | 1 | | | 2 | | | 3 | | | 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | | Noll Rebuttal Additional Characteristics | | | itunes7_0 Incremental | | | itunes7_0 Incremental Additional Characteristics | | |
| Parameter | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| Intercept | 3.867 | 0.0060 | 645.814 | 3.239 | 0.0048 | 670.124 | 3.867 | 0.0060 | 645.814 | 3.239 | 0.0048 | 670.124 |
| itms_op | -0.559 | 0.0063 | -88.087 | -0.795 | 0.0083 | -96.186 | -0.559 | 0.0063 | -88.087 | -0.795 | 0.0083 | -96.186 |
| harmony | -0.129 | 0.0010 | -129.308 | -0.014 | 0.0008 | -18.453 | -0.129 | 0.0010 | -129.308 | -0.014 | 0.0008 | -18.453 |
| harmony_blocked_rev | 0.001 | 0.0005 | 2.282 | 0.035 | 0.0004 | 87.001 | | | | | | |
| harmony_blocked | | | | | | | 0.001 | 0.0005 | 2.282 | 0.035 | 0.0004 | 87.001 |
| harmony2 | -0.031 | 0.0004 | -87.993 | 0.006 | 0.0003 | 22.985 | -0.031 | 0.0004 | -87.993 | 0.006 | 0.0003 | 22.985 |
| itunes7_0_rev | 0.023 | 0.0006 | 37.599 | 0.023 | 0.0005 | 42.134 | 0.022 | 0.0003 | 75.362 | -0.012 | 0.0003 | -34.480 |
| competitors_drm_free | -0.078 | 0.0002 | -365.222 | -0.038 | 0.0002 | -229.451 | -0.078 | 0.0002 | -365.222 | -0.038 | 0.0002 | -229.451 |
| itms_all_drm_free010609 | -0.067 | 0.0002 | -311.572 | -0.004 | 0.0002 | -24.075 | -0.067 | 0.0002 | -311.572 | -0.004 | 0.0002 | -24.075 |
| classic | -0.231 | 0.0007 | -333.480 | -0.167 | 0.0010 | -176.019 | -0.231 | 0.0007 | -333.480 | -0.167 | 0.0010 | -176.019 |
| mini | -0.453 | 0.0008 | -589.620 | 0.158 | 0.0014 | 109.860 | -0.453 | 0.0008 | -589.620 | 0.158 | 0.0014 | 109.860 |
| nano | -0.175 | 0.0007 | -260.091 | 0.490 | 0.0013 | 371.058 | -0.175 | 0.0007 | -260.091 | 0.490 | 0.0013 | 371.058 |
| shuffle | -0.325 | 0.0012 | -266.705 | 3.211 | 0.0036 | 896.368 | -0.325 | 0.0012 | -266.705 | 3.211 | 0.0036 | 896.368 |
| u2 | 0.176 | 0.0013 | 136.914 | 0.148 | 0.0009 | 158.366 | 0.176 | 0.0013 | 136.914 | 0.148 | 0.0009 | 158.366 |
| cap512 | -1.055 | 0.0037 | -282.949 | -1.269 | 0.0027 | -462.119 | -1.055 | 0.0037 | -282.949 | -1.269 | 0.0027 | -462.119 |
| cap1024 | -0.119 | 0.0028 | -42.396 | -0.614 | 0.0021 | -294.482 | -0.119 | 0.0028 | -42.396 | -0.614 | 0.0021 | -294.482 |
| cap2048 | 0.006 | 0.0028 | 2.049 | -0.569 | 0.0021 | -271.336 | 0.006 | 0.0028 | 2.049 | -0.569 | 0.0021 | -271.336 |
| cap4096 | -0.022 | 0.0029 | -7.504 | -0.437 | 0.0021 | -205.408 | -0.022 | 0.0029 | -7.504 | -0.437 | 0.0021 | -205.408 |
| cap5120 | -0.281 | 0.0037 | -76.352 | -0.486 | 0.0028 | -173.896 | -0.281 | 0.0037 | -76.352 | -0.486 | 0.0028 | -173.896 |
| cap6144 | -0.355 | 0.0162 | -21.915 | -0.443 | 0.0118 | -37.531 | -0.355 | 0.0162 | -21.915 | -0.443 | 0.0118 | -37.531 |
| cap8192 | -0.196 | 0.0027 | -73.241 | -0.430 | 0.0021 | -201.453 | -0.196 | 0.0027 | -73.241 | -0.430 | 0.0021 | -201.453 |
| cap10240 | -0.160 | 0.0052 | -30.608 | -0.243 | 0.0039 | -62.602 | -0.160 | 0.0052 | -30.608 | -0.243 | 0.0039 | -62.602 |
| cap15360 | 0.118 | 0.0056 | 21.157 | 0.002 | 0.0041 | 0.402 | 0.118 | 0.0056 | 21.157 | 0.002 | 0.0041 | 0.402 |
| cap16384 | 0.180 | 0.0031 | 58.253 | 0.121 | 0.0024 | 50.551 | 0.180 | 0.0031 | 58.253 | 0.121 | 0.0024 | 50.551 |
| cap20480 | -0.035 | 0.0037 | -9.441 | -0.132 | 0.0028 | -47.005 | -0.035 | 0.0037 | -9.441 | -0.132 | 0.0028 | -47.005 |
| cap30720 | 0.214 | 0.0028 | 76.147 | 0.062 | 0.0022 | 27.602 | 0.214 | 0.0028 | 76.147 | 0.062 | 0.0022 | 27.602 |
| cap32768 | 0.599 | 0.0035 | 171.539 | 0.988 | 0.0027 | 366.747 | 0.599 | 0.0035 | 171.539 | 0.988 | 0.0027 | 366.747 |
| cap40960 | 0.067 | 0.0057 | 11.729 | -0.101 | 0.0042 | -24.106 | 0.067 | 0.0057 | 11.729 | -0.101 | 0.0042 | -24.106 |
| cap61440 | 0.319 | 0.0052 | 61.962 | 0.389 | 0.0043 | 90.319 | 0.319 | 0.0052 | 61.962 | 0.389 | 0.0043 | 90.319 |
| cap81920 | 0.517 | 0.0037 | 140.953 | 0.193 | 0.0029 | 66.798 | 0.517 | 0.0037 | 140.953 | 0.193 | 0.0029 | 66.798 |
| cap122880 | -0.242 | 0.0094 | -25.838 | 0.089 | 0.0068 | 13.050 | -0.242 | 0.0094 | -25.838 | 0.089 | 0.0068 | 13.050 |
| t | 0.000 | 0.0000 | 1.097 | -0.007 | 0.0000 | -309.255 | 0.000 | 0.0000 | 1.097 | -0.007 | 0.0000 | -309.255 |
| t_cap512 | 0.007 | 0.0001 | 113.585 | -0.003 | 0.0000 | -65.163 | 0.007 | 0.0001 | 113.585 | -0.003 | 0.0000 | -65.163 |
| t_cap1024 | -0.009 | 0.0000 | -320.930 | -0.010 | 0.0000 | -473.548 | -0.009 | 0.0000 | -320.930 | -0.010 | 0.0000 | -473.548 |

HIGHLY CONFIDENTIAL

# Appendix D3a

| | 1 | | | 2 | | | 3 | | | 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | | Noll Rebuttal Additional Characteristics | | | itunes7_0 Incremental | | | itunes7_0 Incremental Additional Characteristics | | |
| Parameter | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| t_cap2048 | -0.009 | 0.0000 | -328.563 | -0.007 | 0.0000 | -320.330 | -0.009 | 0.0000 | -328.563 | -0.007 | 0.0000 | -320.330 |
| t_cap4096 | -0.006 | 0.0000 | -187.640 | -0.005 | 0.0000 | -216.920 | -0.006 | 0.0000 | -187.640 | -0.005 | 0.0000 | -216.920 |
| t_cap6144 | 0.005 | 0.0004 | 13.975 | 0.000 | 0.0003 | 0.466 | 0.005 | 0.0004 | 13.975 | 0.000 | 0.0003 | 0.466 |
| t_cap8192 | -0.002 | 0.0000 | -67.718 | -0.001 | 0.0000 | -70.917 | -0.002 | 0.0000 | -67.718 | -0.001 | 0.0000 | -70.917 |
| t_cap10240 | -0.007 | 0.0002 | -33.938 | -0.011 | 0.0001 | -81.742 | -0.007 | 0.0002 | -33.938 | -0.011 | 0.0001 | -81.742 |
| t_cap15360 | -0.015 | 0.0002 | -87.463 | -0.017 | 0.0001 | -136.391 | -0.015 | 0.0002 | -87.463 | -0.017 | 0.0001 | -136.391 |
| t_cap16384 | -0.004 | 0.0000 | -131.176 | -0.005 | 0.0000 | -203.099 | -0.004 | 0.0000 | -131.176 | -0.005 | 0.0000 | -203.099 |
| t_cap20480 | -0.004 | 0.0001 | -63.313 | -0.006 | 0.0001 | -107.428 | -0.004 | 0.0001 | -63.313 | -0.006 | 0.0001 | -107.428 |
| t_cap30720 | -0.006 | 0.0000 | -181.114 | -0.007 | 0.0000 | -245.486 | -0.006 | 0.0000 | -181.114 | -0.007 | 0.0000 | -245.486 |
| t_cap32768 | -0.007 | 0.0000 | -215.702 | -0.012 | 0.0000 | -462.450 | -0.007 | 0.0000 | -215.702 | -0.012 | 0.0000 | -462.450 |
| t_cap40960 | -0.002 | 0.0001 | -10.442 | 0.000 | 0.0001 | -1.765 | -0.002 | 0.0001 | -10.442 | 0.000 | 0.0001 | -1.765 |
| t_cap61440 | -0.005 | 0.0001 | -53.430 | -0.009 | 0.0001 | -116.173 | -0.005 | 0.0001 | -53.430 | -0.009 | 0.0001 | -116.173 |
| t_cap81920 | -0.009 | 0.0000 | -193.891 | -0.005 | 0.0000 | -149.697 | -0.009 | 0.0000 | -193.891 | -0.005 | 0.0000 | -149.697 |
| t_cap122880 | 0.002 | 0.0001 | 19.185 | -0.002 | 0.0001 | -29.074 | 0.002 | 0.0001 | 19.185 | -0.002 | 0.0001 | -29.074 |
| qty_2of3 | -0.003 | 0.0026 | -1.299 | -0.001 | 0.0019 | -0.346 | -0.003 | 0.0026 | -1.299 | -0.001 | 0.0019 | -0.346 |
| qty_3of3 | -0.012 | 0.0025 | -4.742 | -0.007 | 0.0018 | -3.703 | -0.012 | 0.0025 | -4.742 | -0.007 | 0.0018 | -3.703 |
| qtr_purchases_1to5 | 0.014 | 0.0052 | 2.794 | 0.012 | 0.0038 | 3.250 | 0.014 | 0.0052 | 2.794 | 0.012 | 0.0038 | 3.250 |
| m1 | 0.049 | 0.0002 | 248.315 | 0.022 | 0.0001 | 152.370 | 0.049 | 0.0002 | 248.315 | 0.022 | 0.0001 | 152.370 |
| m2 | 0.036 | 0.0002 | 170.065 | 0.020 | 0.0002 | 132.555 | 0.036 | 0.0002 | 170.065 | 0.020 | 0.0002 | 132.555 |
| m3 | 0.032 | 0.0002 | 154.233 | 0.025 | 0.0002 | 163.382 | 0.032 | 0.0002 | 154.233 | 0.025 | 0.0002 | 163.382 |
| m4 | 0.074 | 0.0002 | 349.889 | 0.041 | 0.0002 | 260.266 | 0.074 | 0.0002 | 349.889 | 0.041 | 0.0002 | 260.266 |
| m5 | 0.078 | 0.0002 | 377.216 | 0.051 | 0.0002 | 329.199 | 0.078 | 0.0002 | 377.216 | 0.051 | 0.0002 | 329.199 |
| m6 | 0.083 | 0.0002 | 387.727 | 0.066 | 0.0002 | 420.962 | 0.083 | 0.0002 | 387.727 | 0.066 | 0.0002 | 420.962 |
| m7 | 0.092 | 0.0002 | 381.877 | 0.074 | 0.0002 | 410.001 | 0.092 | 0.0002 | 381.877 | 0.074 | 0.0002 | 410.001 |
| m8 | 0.083 | 0.0003 | 273.363 | 0.066 | 0.0002 | 296.383 | 0.083 | 0.0003 | 273.363 | 0.066 | 0.0002 | 296.383 |
| m9 | -0.024 | 0.0002 | -136.020 | -0.031 | 0.0001 | -240.478 | -0.024 | 0.0002 | -136.020 | -0.031 | 0.0001 | -240.478 |
| m10 | -0.004 | 0.0002 | -22.676 | -0.017 | 0.0001 | -142.671 | -0.004 | 0.0002 | -22.676 | -0.017 | 0.0001 | -142.671 |
| m11 | -0.001 | 0.0001 | -5.371 | -0.009 | 0.0001 | -81.363 | -0.001 | 0.0001 | -5.371 | -0.009 | 0.0001 | -81.363 |
| photo | -0.001 | 0.0004 | -1.288 | -0.061 | 0.0003 | -189.725 | -0.001 | 0.0004 | -1.288 | -0.061 | 0.0003 | -189.725 |
| video_and_photo | -0.081 | 0.0004 | -213.252 | -0.661 | 0.0009 | -721.883 | -0.081 | 0.0004 | -213.252 | -0.661 | 0.0009 | -721.883 |
| reprice_sale | -0.172 | 0.0003 | -603.822 | -0.191 | 0.0002 | -915.208 | -0.172 | 0.0003 | -603.822 | -0.191 | 0.0002 | -915.208 |
| eol_sale | -0.059 | 0.0004 | -151.872 | -0.037 | 0.0003 | -129.396 | -0.059 | 0.0004 | -151.872 | -0.037 | 0.0003 | -129.396 |
| log_size | 0.033 | 0.0006 | 52.799 | 0.132 | 0.0012 | 114.650 | 0.033 | 0.0006 | 52.799 | 0.132 | 0.0012 | 114.650 |
| log_dwnld_available | 0.035 | 0.0005 | 66.534 | 0.031 | 0.0004 | 77.566 | 0.035 | 0.0005 | 66.534 | 0.031 | 0.0004 | 77.566 |
| log_cost_per_unit | 0.428 | 0.0005 | 906.276 | 0.088 | 0.0005 | 187.012 | 0.428 | 0.0005 | 906.276 | 0.088 | 0.0005 | 187.012 |
| HP_OEM | | | | -0.110 | 0.0003 | -352.666 | | | | -0.110 | 0.0003 | -352.666 |
| USB | | | | 0.420 | 0.0068 | 62.257 | | | | 0.420 | 0.0068 | 62.257 |

# Appendix D3a

| Parameter | 1 Noll Rebuttal | | | 2 Noll Rebuttal Additional Characteristics | | | 3 itunes7_0 Incremental | | | 4 itunes7_0 Incremental Additional Characteristics | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| Firewire | | | | **-0.364** | 0.0008 | -472.414 | | | | **-0.364** | 0.0008 | -472.414 |
| log_Weight_oz | | | | **0.427** | 0.0012 | 358.112 | | | | **0.427** | 0.0012 | 358.112 |
| log_Display_in | | | | **0.360** | 0.0022 | 160.891 | | | | **0.360** | 0.0022 | 160.891 |
| log_Resolution_pixels | | | | **0.239** | 0.0002 | 959.928 | | | | **0.239** | 0.0002 | 959.928 |
| log_music_battery_hours | | | | **-0.068** | 0.0006 | -117.801 | | | | **-0.068** | 0.0006 | -117.801 |
| log_recharge_hours | | | | **-0.375** | 0.0013 | -288.065 | | | | **-0.375** | 0.0013 | -288.065 |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| DenDF | 2,138,926 | 2,138,918 | 2,138,926 | 2,138,918 |
| Adj. R2 | 0.9868 | 0.9931 | 0.9868 | 0.9931 |
| Weight | weight Q | weight Q | weight Q | weight Q |

HIGHLY CONFIDENTIAL

# Appendix D3b
# Direct Data Regressions - Dependent Variable: Log Price (RPU)

| | 1 | | | 2 | | | 3 | | | 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | | Noll Rebuttal Additional Characteristics | | | itunes7_0 Incremental | | | itunes7_0 Incremental Additional Characteristics | | |
| Parameter | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| Intercept | 4.428 | 0.0032 | 1382.004 | 5.061 | 0.0029 | 1766.357 | 4.428 | 0.0032 | 1382.004 | 5.061 | 0.0029 | 1766.357 |
| itms_op | -0.103 | 0.0009 | -114.442 | -0.482 | 0.0024 | -199.655 | -0.103 | 0.0009 | -114.442 | -0.482 | 0.0024 | -199.655 |
| harmony | -0.043 | 0.0002 | -247.101 | -0.003 | 0.0002 | -16.994 | -0.043 | 0.0002 | -247.101 | -0.003 | 0.0002 | -16.994 |
| harmony_blocked_rev | 0.039 | 0.0001 | 303.201 | 0.065 | 0.0001 | 581.991 | | | | | | |
| harmony_blocked | | | | | | | 0.039 | 0.0001 | 303.201 | 0.065 | 0.0001 | 581.991 |
| harmony2 | -0.046 | 0.0001 | -526.860 | 0.000 | 0.0001 | -5.901 | -0.046 | 0.0001 | -526.860 | 0.000 | 0.0001 | -5.901 |
| itunes7_0_rev | 0.072 | 0.0002 | 448.711 | 0.057 | 0.0002 | 343.892 | 0.033 | 0.0001 | 382.315 | -0.008 | 0.0001 | -70.138 |
| competitors_drm_free | -0.050 | 0.0001 | -784.868 | -0.033 | 0.0001 | -587.280 | -0.050 | 0.0001 | -784.868 | -0.033 | 0.0001 | -587.280 |
| itms_all_drm_free010609 | -0.044 | 0.0001 | -667.961 | 0.005 | 0.0001 | 87.075 | -0.044 | 0.0001 | -667.961 | 0.005 | 0.0001 | 87.075 |
| classic | -0.038 | 0.0031 | -12.131 | -1.088 | 0.0027 | -399.681 | -0.038 | 0.0031 | -12.131 | -1.088 | 0.0027 | -399.681 |
| mini | -0.528 | 0.0002 | -2822.816 | 0.089 | 0.0005 | 174.815 | -0.528 | 0.0002 | -2822.816 | 0.089 | 0.0005 | 174.815 |
| nano | -0.188 | 0.0002 | -1035.182 | 0.431 | 0.0005 | 835.357 | -0.188 | 0.0002 | -1035.182 | 0.431 | 0.0005 | 835.357 |
| shuffle | -0.380 | 0.0003 | -1133.350 | 2.808 | 0.0013 | 2174.977 | -0.380 | 0.0003 | -1133.350 | 2.808 | 0.0013 | 2174.977 |
| u2 | 0.130 | 0.0002 | 647.723 | 0.130 | 0.0002 | 760.343 | 0.130 | 0.0002 | 647.723 | 0.130 | 0.0002 | 760.343 |
| cap512 | -0.819 | 0.0031 | -264.821 | -2.024 | 0.0027 | -742.615 | -0.819 | 0.0031 | -264.821 | -2.024 | 0.0027 | -742.615 |
| cap1024 | -0.030 | 0.0030 | -9.761 | -1.534 | 0.0027 | -574.237 | -0.030 | 0.0030 | -9.761 | -1.534 | 0.0027 | -574.237 |
| cap2048 | 0.032 | 0.0030 | 10.723 | -1.495 | 0.0027 | -560.431 | 0.032 | 0.0030 | 10.723 | -1.495 | 0.0027 | -560.431 |
| cap4096 | 0.088 | 0.0030 | 29.139 | -1.368 | 0.0027 | -513.774 | 0.088 | 0.0030 | 29.139 | -1.368 | 0.0027 | -513.774 |
| cap5120 | -0.429 | 0.0010 | -426.727 | -0.549 | 0.0009 | -621.601 | -0.429 | 0.0010 | -426.727 | -0.549 | 0.0009 | -621.601 |
| cap6144 | -0.303 | 0.0047 | -64.947 | -1.236 | 0.0040 | -305.344 | -0.303 | 0.0047 | -64.947 | -1.236 | 0.0040 | -305.344 |
| cap8192 | 0.013 | 0.0030 | 4.328 | -1.391 | 0.0027 | -524.473 | 0.013 | 0.0030 | 4.328 | -1.391 | 0.0027 | -524.473 |
| cap10240 | -0.386 | 0.0013 | -308.258 | -0.380 | 0.0011 | -349.661 | -0.386 | 0.0013 | -308.258 | -0.380 | 0.0011 | -349.661 |
| cap15360 | -0.048 | 0.0012 | -41.560 | 0.054 | 0.0010 | 53.951 | -0.048 | 0.0012 | -41.560 | 0.054 | 0.0010 | 53.951 |
| cap16384 | 0.351 | 0.0031 | 114.644 | -0.899 | 0.0027 | -336.734 | 0.351 | 0.0031 | 114.644 | -0.899 | 0.0027 | -336.734 |
| cap20480 | -0.237 | 0.0009 | -256.995 | -0.265 | 0.0008 | -328.510 | -0.237 | 0.0009 | -256.995 | -0.265 | 0.0008 | -328.510 |
| cap30720 | -0.055 | 0.0008 | -71.211 | -0.063 | 0.0007 | -90.806 | -0.055 | 0.0008 | -71.211 | -0.063 | 0.0007 | -90.806 |
| cap32768 | 0.894 | 0.0031 | 290.443 | 0.025 | 0.0027 | 9.268 | 0.894 | 0.0031 | 290.443 | 0.025 | 0.0027 | 9.268 |
| cap40960 | -0.141 | 0.0013 | -109.532 | -0.215 | 0.0011 | -192.257 | -0.141 | 0.0013 | -109.532 | -0.215 | 0.0011 | -192.257 |
| cap61440 | 0.074 | 0.0012 | 60.377 | 0.382 | 0.0012 | 319.343 | 0.074 | 0.0012 | 60.377 | 0.382 | 0.0012 | 319.343 |
| cap81920 | 0.511 | 0.0011 | 484.540 | 0.254 | 0.0010 | 266.749 | 0.511 | 0.0011 | 484.540 | 0.254 | 0.0010 | 266.749 |
| cap122880 | -0.525 | 0.0029 | -181.127 | -0.158 | 0.0025 | -63.582 | -0.525 | 0.0029 | -181.127 | -0.158 | 0.0025 | -63.582 |
| t | -0.002 | 0.0000 | -296.480 | -0.007 | 0.0000 | -940.305 | -0.002 | 0.0000 | -296.480 | -0.007 | 0.0000 | -940.305 |
| t_cap512 | 0.003 | 0.0000 | 209.855 | -0.006 | 0.0000 | -424.189 | 0.003 | 0.0000 | 209.855 | -0.006 | 0.0000 | -424.189 |
| t_cap1024 | -0.009 | 0.0000 | -1075.567 | -0.009 | 0.0000 | -1333.514 | -0.009 | 0.0000 | -1075.567 | -0.009 | 0.0000 | -1333.514 |

HIGHLY CONFIDENTIAL

# Appendix D3b

| | 1 | | | 2 | | | 3 | | | 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | | Noll Rebuttal Additional Characteristics | | | itunes7_0 Incremental | | | itunes7_0 Incremental Additional Characteristics | | |
| Parameter | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| t_cap2048 | -0.007 | 0.0000 | -901.996 | -0.006 | 0.0000 | -901.868 | -0.007 | 0.0000 | -901.996 | -0.006 | 0.0000 | -901.868 |
| t_cap4096 | -0.005 | 0.0000 | -615.457 | -0.004 | 0.0000 | -601.635 | -0.005 | 0.0000 | -615.457 | -0.004 | 0.0000 | -601.635 |
| t_cap5120 | -0.012 | 0.0001 | -213.551 | -0.010 | 0.0000 | -213.852 | -0.012 | 0.0001 | -213.551 | -0.010 | 0.0000 | -213.852 |
| t_cap6144 | 0.007 | 0.0001 | 85.919 | -0.002 | 0.0001 | -34.612 | 0.007 | 0.0001 | 85.919 | -0.002 | 0.0001 | -34.612 |
| t_cap8192 | -0.002 | 0.0000 | -277.341 | 0.000 | 0.0000 | -61.912 | -0.002 | 0.0000 | -277.341 | 0.000 | 0.0000 | -61.912 |
| t_cap10240 | -0.005 | 0.0000 | -117.700 | -0.010 | 0.0000 | -261.088 | -0.005 | 0.0000 | -117.700 | -0.010 | 0.0000 | -261.088 |
| t_cap15360 | -0.014 | 0.0000 | -440.532 | -0.021 | 0.0000 | -759.188 | -0.014 | 0.0000 | -440.532 | -0.021 | 0.0000 | -759.188 |
| t_cap16384 | -0.004 | 0.0000 | -443.382 | -0.003 | 0.0000 | -391.290 | -0.004 | 0.0000 | -443.382 | -0.003 | 0.0000 | -391.290 |
| t_cap20480 | -0.002 | 0.0000 | -159.845 | -0.003 | 0.0000 | -196.161 | -0.002 | 0.0000 | -159.845 | -0.003 | 0.0000 | -196.161 |
| t_cap30720 | -0.003 | 0.0000 | -298.227 | -0.004 | 0.0000 | -533.058 | -0.003 | 0.0000 | -298.227 | -0.004 | 0.0000 | -533.058 |
| t_cap32768 | -0.008 | 0.0000 | -841.701 | -0.011 | 0.0000 | -1248.408 | -0.008 | 0.0000 | -841.701 | -0.011 | 0.0000 | -1248.408 |
| t_cap40960 | 0.001 | 0.0000 | 29.684 | 0.002 | 0.0960 | 85.134 | 0.001 | 0.0000 | 29.684 | 0.002 | 0.0000 | 85.134 |
| t_cap65536 | 0.002 | 0.0000 | 73.098 | -0.008 | 0.0000 | -310.732 | 0.002 | 0.0000 | 73.098 | -0.008 | 0.0000 | -310.732 |
| t_cap61440 | -0.002 | 0.0000 | -73.563 | -0.009 | 0.0000 | -422.584 | -0.002 | 0.0000 | -73.563 | -0.009 | 0.0000 | -422.584 |
| t_cap81920 | -0.009 | 0.0000 | -686.153 | -0.006 | 0.0000 | -509.290 | -0.009 | 0.0000 | -686.153 | -0.006 | 0.0000 | -509.290 |
| t_cap122880 | 0.005 | 0.0000 | 150.885 | 0.000 | 0.0000 | 17.140 | 0.005 | 0.0000 | 150.885 | 0.000 | 0.0000 | 17.140 |
| qgt5 | -0.025 | 0.0001 | -227.354 | -0.023 | 0.0001 | -247.656 | -0.025 | 0.0001 | -227.354 | -0.023 | 0.0001 | -247.656 |
| qgt10 | -0.008 | 0.0001 | -54.095 | -0.008 | 0.0001 | -59.147 | -0.008 | 0.0001 | -54.095 | -0.008 | 0.0001 | -59.147 |
| qgt20 | -0.009 | 0.0001 | -70.197 | -0.009 | 0.0001 | -77.595 | -0.009 | 0.0001 | -70.197 | -0.009 | 0.0001 | -77.595 |
| qgt50 | -0.010 | 0.0001 | -79.368 | -0.010 | 0.0001 | -92.232 | -0.010 | 0.0001 | -79.368 | -0.010 | 0.0001 | -92.232 |
| qgt100 | -0.033 | 0.0001 | -308.470 | -0.036 | 0.0001 | -391.660 | -0.033 | 0.0001 | -308.470 | -0.036 | 0.0001 | -391.660 |
| coupon | -0.117 | 0.0003 | -381.887 | -0.117 | 0.0003 | -447.231 | -0.117 | 0.0003 | -381.887 | -0.117 | 0.0003 | -447.231 |
| m1 | 0.029 | 0.0001 | 476.177 | 0.010 | 0.0001 | 199.265 | 0.029 | 0.0001 | 476.177 | 0.010 | 0.0001 | 199.265 |
| m2 | 0.017 | 0.0001 | 285.364 | 0.006 | 0.0001 | 116.261 | 0.017 | 0.0001 | 285.364 | 0.006 | 0.0001 | 116.261 |
| m3 | 0.001 | 0.0001 | 23.163 | 0.001 | 0.0000 | 14.738 | 0.001 | 0.0001 | 23.163 | 0.001 | 0.0000 | 14.738 |
| m4 | 0.040 | 0.0001 | 641.095 | 0.016 | 0.0001 | 287.912 | 0.040 | 0.0001 | 641.095 | 0.016 | 0.0001 | 287.912 |
| m5 | 0.053 | 0.0001 | 902.489 | 0.028 | 0.0001 | 547.265 | 0.053 | 0.0001 | 902.489 | 0.028 | 0.0001 | 547.265 |
| m6 | 0.066 | 0.0001 | 1194.589 | 0.046 | 0.0001 | 959.124 | 0.066 | 0.0001 | 1194.589 | 0.046 | 0.0001 | 959.124 |
| m7 | 0.078 | 0.0001 | 1315.621 | 0.054 | 0.0001 | 1043.192 | 0.078 | 0.0001 | 1315.621 | 0.054 | 0.0001 | 1043.192 |
| m8 | 0.081 | 0.0001 | 1437.292 | 0.060 | 0.0001 | 1225.865 | 0.081 | 0.0001 | 1437.292 | 0.060 | 0.0001 | 1225.865 |
| m9 | -0.019 | 0.0001 | -384.761 | -0.023 | 0.0000 | -534.630 | -0.019 | 0.0001 | -384.761 | -0.023 | 0.0000 | -534.630 |
| m10 | -0.016 | 0.0001 | -306.147 | -0.022 | 0.0000 | -502.435 | -0.016 | 0.0001 | -306.147 | -0.022 | 0.0000 | -502.435 |
| m11 | -0.023 | 0.0001 | -545.671 | -0.028 | 0.0000 | -750.218 | -0.023 | 0.0001 | -545.671 | -0.028 | 0.0000 | -750.218 |
| photo | -0.017 | 0.0001 | -144.959 | -0.034 | 0.0001 | -323.260 | -0.017 | 0.0001 | -144.959 | -0.034 | 0.0001 | -323.260 |
| video_and_photo | -0.080 | 0.0001 | -733.566 | -0.585 | 0.0003 | -1711.748 | -0.080 | 0.0001 | -733.566 | -0.585 | 0.0003 | -1711.748 |
| reprice_sale | -0.130 | 0.0001 | -1545.550 | -0.157 | 0.0001 | -2174.352 | -0.130 | 0.0001 | -1545.550 | -0.157 | 0.0001 | -2174.352 |
| eol_sale | 0.014 | 0.0001 | 193.714 | 0.009 | 0.0001 | 144.174 | 0.014 | 0.0001 | 193.714 | 0.009 | 0.0001 | 144.174 |

HIGHLY CONFIDENTIAL

# Appendix D3b

| | 1 | | | 2 | | | 3 | | | 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model Description | Noll Rebuttal | | | Noll Rebuttal Additional Characteristics | | | itunes7_0 Incremental | | | itunes7_0 Incremental Additional Characteristics | | |
| Parameter | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat | Estimate | Std. Err. | t-Stat |
| log_size | **0.048** | 0.0002 | 285.214 | **0.106** | 0.0003 | 315.165 | **0.048** | 0.0002 | 285.214 | **0.106** | 0.0003 | 315.165 |
| log_dwnld_available | **-0.003** | 0.0001 | -42.307 | **0.003** | 0.0001 | 48.599 | **-0.003** | 0.0001 | -42.307 | **0.003** | 0.0001 | 48.599 |
| log_unit_cost | **0.345** | 0.0001 | 2610.072 | **0.047** | 0.0002 | 313.719 | **0.345** | 0.0001 | 2610.072 | **0.047** | 0.0002 | 313.719 |
| USB | | | | **0.410** | 0.0023 | 178.390 | | | | **0.410** | 0.0023 | 178.390 |
| Firewire | | | | **-0.355** | 0.0002 | -1583.079 | | | | **-0.355** | 0.0002 | -1583.079 |
| log_Weight_oz | | | | **0.496** | 0.0004 | 1386.673 | | | | **0.496** | 0.0004 | 1386.673 |
| log_Display_in | | | | **0.279** | 0.0009 | 319.023 | | | | **0.279** | 0.0009 | 319.023 |
| log_Resolution_pixels | | | | **0.202** | 0.0001 | 2515.848 | | | | **0.202** | 0.0001 | 2515.848 |
| log_music_battery_hours | | | | -0.046 | 0.0002 | -257.934 | | | | -0.046 | 0.0002 | -257.934 |
| log_recharge_hours | | | | **-0.503** | 0.0004 | -1219.328 | | | | **-0.503** | 0.0004 | -1219.328 |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| DenDF | 36,945,011 | 36,945,004 | 36,945,011 | 36,945,004 |
| Adj. R2 | 0.9816 | 0.9866 | 0.9816 | 0.9866 |
| Weight | weight Q | weight Q | weight Q | weight Q |

HIGHLY CONFIDENTIAL

# Appendix D3c1

# Effects of Correcting Professor Noll's Calculation of Damages

| Resellers Sales | | | | | Direct Sales | | | | | Total Estimated Damages ($M) |
|---|---|---|---|---|---|---|---|---|---|---|
| Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales allegedly affected ($M) | Estimated Damages ($M) | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales allegedly affected ($M) | Estimated Damages ($M) | |
| **Professor Noll's Reported Damage Calculations  (see list of errors in note below)** | | | | | | | | | | |
| 0.023 | 0.00062 | 2.38% | $ 6,268.7 | $ 148.9 | 0.072 | 0.00016 | 7.45% | $ 2,613.4 | $ 194.7 | **$ 343.6** |
| **Correcting Professor Noll's Use of Actual Price Instead of But-For Price as Base to Apply the Alleged Percentage Overcharge** | | | | | | | | | | |
| 0.023 | 0.00062 | 2.32% | $ 6,268.7 | $ 145.5 | 0.072 | 0.00016 | 6.93% | $ 2,613.4 | $ 181.2 | **$ 326.7** |
| **+ Correcting and Using Standard Errors in the Formula to Calculate Damages** | | | | | | | | | | |
| 0.023 | 0.00062 | 2.32% | $ 6,268.7 | $ 145.5 | 0.072 | 0.00016 | 6.93% | $ 2,613.4 | $ 181.2 | **$ 326.7** |
| **+ Additional Characteristics** | | | | | | | | | | |
| 0.023 | 0.00055 | 2.28% | $ 6,268.7 | $ 142.6 | 0.057 | 0.00017 | 5.56% | $ 2,613.4 | $ 145.4 | **$ 288.0** |
| **Incremental Effect of iTunes 7.0** | | | | | | | | | | |
| 0.022 | 0.00030 | 2.20% | $ 6,268.7 | $ 137.9 | 0.033 | 0.00009 | 3.20% | $ 2,613.4 | $ 83.7 | **$ 221.6** |
| **Incremental Effect of iTunes 7.0 + Controlling for Additional Characteristics** | | | | | | | | | | |
| -0.012 | 0.00034 | -1.19% | $ 6,268.7 | ($ 74.6) | -0.008 | 0.00011 | -0.78% | $ 2,613.4 | ($ 20.4) | **($ 95.0)** |

Note: Professor Noll's calculation of damages contains the following errors:
   - Coefficients on iTunes 7 were calculated relative to the wrong but-for world.
   - Standard errors were estimated incorrectly due to ignored clustering of residuals.
   - Percentage Overchages were calculated using an incorrect formula.

HIGHLY CONFIDENTIAL

Appendix D3c2

# Effects of Correcting Professor Noll's Calculation of Damages

| Resellers Sales | | | | | Direct Sales | | | | | Total Estimated Damages ($M) |
|---|---|---|---|---|---|---|---|---|---|---|
| Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales allegedly affected ($M) | Estimated Damages ($M) | Coefficient on iTunes 7.0 | Standard Error | Percentage Overcharge | Sales allegedly affected ($M) | Estimated Damages ($M) | |
| **Professor Noll's Reported Damage Calculations  (see list of errors in note below)** | | | | | | | | | | |
| 0.023 | 0.00062 | 2.38% | $ 6,268.7 | $ 148.9 | 0.072 | 0.00016 | 7.45% | $ 2,613.4 | $ 194.7 | **$ 343.6** |
| **Correcting Professor Noll's Use of Actual Price Instead of But-For Price as Base to Apply the Alleged Percentage Overcharge** | | | | | | | | | | |
| 0.023 | 0.00062 | 2.32% | $ 6,268.7 | $ 145.5 | 0.072 | 0.00016 | 6.93% | $ 2,613.4 | $ 181.2 | **$ 326.7** |
| **+ Additional Characteristics** | | | | | | | | | | |
| 0.023 | 0.00055 | 2.28% | $ 6,268.7 | $ 142.6 | 0.057 | 0.00017 | 5.56% | $ 2,613.4 | $ 145.4 | **$ 288.0** |
| **Incremental Effect of iTunes 7.0** | | | | | | | | | | |
| 0.022 | 0.00030 | 2.20% | $ 6,268.7 | $ 137.9 | 0.033 | 0.00009 | 3.20% | $ 2,613.4 | $ 83.7 | **$ 221.6** |
| **Incremental Effect of iTunes 7.0 + Controlling for Additional Characteristics** | | | | | | | | | | |
| -0.012 | 0.00034 | -1.19% | $ 6,268.7 | ($ 74.6) | -0.008 | 0.00011 | -0.78% | $ 2,613.4 | ($ 20.4) | **($ 95.0)** |

Note: Professor Noll's calculation of damages contains the following errors:
  - Coefficients on iTunes 7 were calculated relative to the wrong but-for world.
  - Standard errors were estimated incorrectly due to ignored clustering of residuals.
  - Percentage Overchages were calculated using an incorrect formula.

HIGHLY CONFIDENTIAL

# Exhibit 15

# Price Committee
## December 15, 2003

<u>Decision:</u>

iPod

Xserve

Xserve RAID

Apple Confidential - Need to Know

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA_B_000150

2

# iPod

Apple Confidential - Need to Know

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA_B_000151

3

# iPod Situation Summary

- 15G iPod Introduction January '04 MWSF
  - Available @ Intro
  - Discontinue 10G iPod

- Introduce new 4G iPod January '04 MWSF
  - Available January week 5

Apple Confidential - Need to Know



CONFIDENTIAL - ATTORNEYS EYES ONLY

# iPod Line-Up January



## Scenario 1
### 4G @ $229/$279 & 10% Dlr Mgn

|  | 4G | 4G | 15G | 20G | 40G |
|---|---|---|---|---|---|
| **Retail** Price | $229 | $279 | $299 | $399 | $499 |
| Simp GM | ($4) (21)% | $33 13.3 | $38 14.5% | $106 30.4% | $146 33.5% |
| Adj GM | ($13) (6.3)% | $23 9.6% | $30 11.9% | $95 28.3% | $133 31.5% |
| **Edu** Price | $209 | $259 | $269 | $369 | $469 |
| Simp GM | ($1) (0.7%) | $41 16.0% | $47 17.3% | $127 34.6% | $180 38.5% |
| Adj GM | ($10) (4.9%) | $31 12.3% | $39 14.8% | $116 32.5% | $166 36.6% |
| **Config** | 4G FireWire Cable USB Cable Headphones | 4G FireWire Cable USB Cable Headphones Clip Case Dock | 15G FireWire Cable Headphones | 20G FireWire Cable Headphones Wired Remote Case Dock | 40G FireWire Cable Headphones Wired Remote Case Dock |
| **Dlr Mrgn** Retail | 10% | 10% | 13% | 13% | 13% |
| Edu | 3% | 23% | 19% | 30% | 26% |
| **Mix** | 3% | 23% | 26% | 26% | 23% |

**Sell Ups**

| HD | 4G | 4G | 15G | 20G | 40G |
|---|---|---|---|---|---|
|  | + | + | $70 | $50 | $100 |
| | | $50 | ($50) | $50 | |

| Accessory Upgrade | 4G | 4G | 15G | 20G | 40G |
|---|---|---|---|---|---|
| | $50 | $50 | $20 | $100 | $100 |

Apple Confidential - Need to Know

5

CONFIDENTIAL - ATTORNEYS EYES ONLY                    Apple_AIIA_B_000154



# iPod Line-Up January

## Scenario 2
### 4G @ $249

|  | | 4G | 15G | 20G | 40G |
|---|---|---|---|---|---|
| Retail | Price | $249 | $299 | $399 | $499 |
| | Simp GM | $5 2.5% | $38 14.5% | $106 30.4% | $146 33.5% |
| | Adj GM | ($3) (1.6%) | $30 11.9% | $95 28.3% | $133 31.5% |
| Edu | Price | $229 | $269 | $369 | $469 |
| | Simp GM | $18 7.8% | $47 17.3% | $127 34.6% | $180 38.5% |
| | Adj GM | $9 3.9% | $39 14.8% | $116 32.5% | $166 36.6% |

| Config | 4G | 15G | 20G | 40G |
|---|---|---|---|---|
| | FireWire Cable | FireWire Cable | FireWire Cable | FireWire Cable |
| | USB Cable | Headphones | Headphones | Headphones |
| | Headphones | | Wired Remote | Wired Remote |
| | Clip Case | | Case | Case |
| | | | Dock | Dock |

| Mix | 4G | 15G | 20G | 40G |
|---|---|---|---|---|
| Dir Mrgn | 13% | 13% | 13% | 13% |
| Retail | 25% | 19% | 30% | 26% |
| Edu | 25% | 26% | 26% | 23% |

### Sell Ups

| | 4G | 1SG | 15G | 20G | 40G |
|---|---|---|---|---|---|
| HD | + | 1SG | + | 20G | + | 40G |
| | | $70 | | $50 | | $100 |
| | | ($20) | | $50 | | |
| Accessory Upgrade | | $50 | | $100 | | $100 |

Apple Confidential - Need to Know

CONFIDENTIAL - ATTORNEYS EYES ONLY          Apple_AIIA_B_000155



8

New iPod Accessories

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

# iPod Competition - 1.8 inch drives

| | Apple iPod | Dell DJ | Samsung Napster | Rio Karma | Philips HDD100 | Creative Labs Nomad Jukebox Zen |
|---|---|---|---|---|---|---|
| | | | | | | |
| | 15, 20, 40 GB (3700, 5000, 10000 songs) | 15, 20 GB (3700/5000 songs) | 20 GB (5000 songs) | 20 GB (5000 songs) | 15 GB (3700 songs) | 20, 60 GB (5000, 15000 songs) |
| | MP3/AAC/WAV/ AIFF/Audible | MP3/WMA/WAV/ ADPCM | MP3/WMA/WAV | MP3/WMA/ FLAC/Ogg Vorbis | MP3/WMA/WAV | MP3/WMA/WAV |
| | 160 x 128 LCD | 160 x 104 LCD | 2 inch LCD | 1.9 inch LCD | 160 x 128 LCD | 132 x 64 LCD |
| | LiIon Rechg (8 hours) | LiPolymer Rechg (16 hours) | LiPolymer Rechg (10 hours) | Rechargeable (15 hours) | LiPolymer Rechg (10 hours) | LiIon Rechg (14 hours) |
| | 5.6 oz | 7.6 oz | 6 oz | 5.5 oz | 5.8 oz | 9.5 oz |
| | 4.1 x 2.4 x .62 (6.1 cu in) | 4.1 x 2.7 x .86 (9.5 cu in) | 4.2 x 2.5 x .78 (8.3 cu in) | 3.0 x 2.7 x 1.1 (8.9 cu in) | 4.2 x 2.5 x .78 (8.2 cu in) | 3.0 x 4.4 x 1.0 (13.2 cu in) |
| | FireWire/USB 2.0 | USB 2.0 | USB 2.0 | USB 2.0 | USB 2.0 | USB 2.0 |
| | Photo Storage, Optional mic | Built-in mic | Line in, FM receiver/ transmitter | Ethernet on dock | Built-in mic, audio in | USB charging |
| | $299, $399, $499 | $249, $329 ($299 after instant rebate) | $399 | $399 | $399 | $299, $499 |

Apple Confidential - Need to Know

CONFIDENTIAL - ATTORNEYS EYES ONLY

# iPod Competition - 1.0 inch drives

| | Apple iPod | Rio Nitrus | Creative Nomad MuVo$^2$ | iRiver iGP 100 | RCA Lyra RD2760 |
|---|---|---|---|---|---|
| | | | | | |
| | 4 GB (1000 songs) | 1.5 GB (375 songs) | 1.5 GB (375 songs) | 1.5 GB (375 songs) | 1.5 GB (375 songs) |
| | MP3/AAC/WAV/AIFF/Audible | MP3/WMA | MP3/WMA/WAV | MP3/WMA/Ogg Vorbis | MP3/WMA |
| | 138 x 110 LCD | 96 x 64 LCD | 2 line LCD | 6 Line LCD | 6 Line LCD |
| | LiIon Rechg (8 hours) | LiIon Rechg (16 hours) | LiIon Rechg, removeable (10 hours) | LiIon Rechg (12 hours) | LiIon Rechg (8 hours) |
| | 3.6 oz | 2.8 oz | 3.2 oz | 3.8 oz | 3.3 oz |
| | 2.0 x 3.6 x .5 inches (4 cu in) | 2.5 x 3.3 x .75 (6.1 cu in) | 2.6 x 2.6 x 0.8 (5.4 cu in) | 3.5 x 3.1 x .98 (10.6 cu in) | 2.3 x 2.3 x 1.1 (5.8 cu in) |
| | FireWire/USB 2.0 | USB 2.0 | USB 2.0 | USB 2.0 | USB 2.0 |
| | Choice of five colors, dock, armband, belt clip in best config | No included accessories | Includes clip case | Includes carry case | Includes armband, carry case |
| | $229, $279 | $219 | $299 | $249 | $249 |

Apple Confidential - Need to Know

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA_B_000159

# iPod Competition – flash memory

| | Apple iPod | Rio Cali | RCA Lyra RD1090 | Nike Philips PSA256 | iRiver iFP395T |
|---|---|---|---|---|---|
| | | | | | |
| Capacity | 4 GB (1000 songs) | 256MB (63 songs) | 256MB (63 songs) | 256MB (63 songs) | 512MB (125 songs) |
| Formats | MP3/AAC/WAV/ AIFF/Audible | MP3, WMA | MP3, WMA | MP3, WMA | MP3, WMA, ASF |
| Display | 138 x 110 LCD | 96x64 LCD | 3 line backlit LCD | None | 4 line backlit LCD |
| Battery | LiIon Rechg (8 hours) | 18 hours on 1 AAA alkaline battery | 8 hours on 2 AAA alkaline batteries | 10 hours on 1 AAA alkaline battery | 17 hours on 1 AA alkaline battery |
| Weight | 3.6 oz | 1.8 ounces | 2.0 ounces | 2.0 ounces | 2.1 ounces |
| Dimensions | 2.0 x 3.6 x .5 inches (4 cu in) | 2.5 x 2.6 x .8 (5.2 cu in) | 2.4 x 2.3 x 1.2 (6.6 cu in) | 2.4 x 2.7 x 1.1 (7.1 cu in) | 3.6 x 1.4 x 1.1 (5.5 cu in) |
| Connection | FireWire/USB 2.0 | USB 1.1 | USB 1.1 | USB 1.1 | USB 1.1 |
| Accessories | Choice of five colors, dock, armband, belt clip in best config | Armband, belt clip | FM tuner, belt clip | Armband, remote | Neck strap, armband, FM tuner, voice and FM recorder, line-in for MP3 encoding |
| Price | $229, $279 | $199 | $199 | $249 | $299 |

Apple Confidential - Need to Know

CONFIDENTIAL - ATTORNEYS EYES ONLY



CONFIDENTIAL - ATTORNEYS EYES ONLY

# iPod Inv & Price Protection



Apple Confidential - Need to Know

Apple_AIIA_B_000162

14

# Xserve

Apple Confidential - Need to Know

Apple_AIIA_B_000163

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

REDACTED

Apple_AIIA_B_000165

REDACTED

Apple_AIIA_B_000166

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

21

# Xserve RAID

Apple Confidential - Need to Know

REDACTED

Apple_AIIA_B_000171

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

# Exhibit 16

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00979463

# Price Committee
## June xx, 2005

<u>Decision:</u>
iPod

Apple Confidential - Need to Know

1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00979464

# iPod Situation Summary

- New iPod & shuffle reprice
  - Intro June 28th
  - Availability @ Intro

Apple Confidential - Need to Know

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00979465

# iPod June 28'05

| iPod Line | Q4'05 |
|---|---|
| Simple Blended GM: | 22.9% |
| Adjusted Blended GM: | 20.0% |
| Adjusted GM w/ Accessories: | 22.0% |
| *Target Adj Blended GM:* | 20.7% |

| | | 512MB | 1GB | 4G | 6G | 20G | 60G |
|---|---|---|---|---|---|---|---|
| **Retail** | Price | No Change $99 | $129 | No Change $199 | No Change $249 | $299 | $399 |
| | Simp GM | $14 16.4% | $20 18.0% | $18 10.5% | $49 22.4% | $74 28.4% | $89 25.7% |
| | Adj GM | $12 14.1% | $17 15.8% | $13 8.0% | $43 20.3% | $64 25.4% | $80 23.7% |
| **Edu** | Price | $99 | $119 | $179 | $229 | $269 | $369 |
| | Simp GM | $27 27.3% | $27 22.7% | $24 13.4% | $61 26.6% | $83 30.8% | $111 30.1% |
| | Adj GM | $24 25.0% | $23 20.3% | $19 10.7% | $54 24.4% | $72 27.6% | $100 28.0% |
| **Config** | | 512MB Headphones Lanyard | 1GB Headphones Lanyard | 4G USB Cable Headphones Clip Case | 6G USB Cable Headphones Clip Case | 20G USB Cable Headphones USB PwrAdp | 60G USB Cable Headphones USB PwrAdp |
| **Dlr Mrgn** | | 13% | 13% | 13% | 13% | 13% | 13% |
| | Retail | 12% | 9% | 35% | 16% | 8% | 1% |
| | Edu | 9% | 14% | 22% | 11% | 23% | 1% |

**Mix / Sell Ups**

| HD | 512MB | 1G | 4G | 1G | 6G | 6G | 20G | 6G | 60G | $100 |
|---|---|---|---|---|---|---|---|---|---|---|
| Other | $30 | | Display $20 | | Color $20 | | Multi Media $30 $20 | | Multi Media $100 | |
| | $320 | | $70 | | $50 | | $50 | | $100 | |

Apple Confidential - Need to Know

3

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA000779466

# iPod Competition – flash-memory music players

| Vendor | Product | Position * | Average Street Price | Capacity / Marketing Claim | Codec Support | Display | Battery | Weight | Size | Connectivity | Additional Features |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Apple** | **iPod shuffle** | **1/2 (512MB/ 1GB)** | **$99 $129** | **512 MB, 1GB (120, 240 songs AAC 128kbps)** | **MP3/ AAC/ WAV/ Audible** | **None** | **12 hours Rech Li ion** | **.78 oz** | **.98 x 3.3 x .33 (1.08 cu in)** | **USB 2.0** | **Shuffle, Autofill** |
| Sandisk | SDMX1 | 4/5 (512MB/ 256MB) | $68 $97 $140 | 256, 512MB, 1GB (60, 120, 240 songs MP3 128kbps) | MP3/ WMA | 4 line | 15 hours 1x AAA | 1.4 oz | 3 x 1.3 x .82 (3.19 cu in) | USB 2.0 | Built-in mic, FM tuner |
| Samsung | Yepp YPM-T6X | 7 (512MB) | $90 $110 | 256, 512MB (No claims mace in Samsung marketing) | MP3/ WMA/ ASF | 4 line | 42 hours 1x AA | 1.3 oz | .99 x 2.4 x .95 (2.26 cu in) | USB 2.0 | Built-in mic, FM tuner, FM recording, SRS WOW 3D sound |
| Creative | MuVo Micro N200 | 10 (512MB) | $65 $110 $135 | 256, 512MB, 1GB (120, 240, 480 songs WMA 64kbps) | MP3/ WMA | 3 line | 15 hours 1x AAA | 1 oz | 1.3 x 2.5 x .5 (1.69 cu in) | USB 2.0 | Built-in mic, FM tuner, line in |
| iRiver | iFP795T | 13 | $130 | 512MB (17 hours WMA 64kbps) | MP3/ WMA/ Ogg | 4 line | 40 hours 1x AA | 1.3 oz | 3.4 x 1.3 x .1 (4.86 cu in) | USB 2.0 | Built-in mic, FM tuner, FM recording, line in |

*NPD, April 2005. Position among flash players (Configuration at that position if multiple skus).

# iPod Competition – 1.8 inch drives, color display

| Vendor | Product | Street Price | Capacity | Playback Support | Codec Support | Display | Battery | Weight | Size | Connectivity | Additional Features |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Apple** | iPod | $299 $399 | 20GB (5000 songs or up to 20000 photos) 60GB (15000 songs or up to 25000 photos) | Music Photo | MP3/AAC/ WAV/AIFF/ Audible | 2 inch Color 220 x 176 | 15 hours music, 5 hours slideshow | 5.8 oz 6.4 oz | 4.1 x 2.4 x .63 (6.2 cu in) 4.1 x 2.4 x .75 (7.4 cu in) | FireWire USB 2.0 | Album Art, Photo Slideshow, TV Out, Direct Camera Connect |
| Samsung | YH-925GS | $299 | 20GB (5000 songs) | Music Photo Video | MP3/WMA/ WMV/JPEG | 1.8 inch Color 160 x 128 | 10 hours music | 4.8 oz | 2.4 x 4.2 x .7 (7.1 cu in) | USB 2.0 | Voice Recording, Line-in recording, USB Host |
| iriver | H10 | $299 | 20GB (10000 songs WMA@64kbps) | Music Photo | MP3/WMA/ WMV/JPEG | 1.8 inch Color 160 x 128 | 16 hours music | | 4.0 x 2.4 x .85 (8.2 cu in) | USB 2.0 | FM Tuner, Voice Recording |
| Creative | Zen PMP | $499 | 20GB (10000 songs WMA@64kbps) | Music Photo Video | MP3/WMA/ WMV/DVR-MS/ASF/ AVI/MPEG/ | 3.8 inch Color 320 x 240 | 22 hours music, 7 hours video | 12 oz | 5.7 x 3.2 x 1.01 (19.1 cu in) | USB 2.0 | PMC platform, TV Out |
| iriver | PMP-120 | $449 | 20GB (10000 songs WMA@64kbps) | Music Photo Video | MP3/WMA/ASF/ Ogg/DivX/ Xvid | 3.5 inch Color 320 x 240 | 10 hours music, 5 hours video | 9.9 oz | 5.4 x 3.3 x 1.2 (21.3 cu in) | USB 2.0 | FM Tuner, Line in, Video Out |
| Toshiba | Gigabeat F21/F41 | $299 $349 (EST) | 40GB (10000 songs, 20K photos) | Music Photo | MP3/WMA/ WMV/JPEG | 2.2 inch Color 240 x 320 | 16 hours music | 5.6 oz | 4.2 x 2.5 x .62 (6.5 cu in) | USB 2.0 | CD rip recording |
| Olympus | m:robe 500 | $499 | 20GB (5000 songs, 20K photos) | Music Photo | MP3/WMA | 3.7 inch Color 640 x 480 | 12 hours music | 7.4 oz | 4.3 x 3 x .8 (10.3 cu in) | USB 2.0 | Remix audio + photos, touchscreen, camera |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00979467

5



# iPod Price & Adj. GM Timeline

| Q3'05 | | | |

**white** | 60G | USB cable, headphones | | 30%

| photo | 60G | USB cable, headphones | **$449** $419 | 30% |
| photo | 30G | USB cable, headphones | **$349** $319 | 28% |
| U2 | 20G | FW & USB cables, headphones | coupon | **$349** $329 | 27% |
| white | 20G | FW & USB cables, headphones | **$299** $269 | 31% |
| mini | 6G | USB cables, 18hrs Batt, headphones | clip case | **$249** $229 | 19% |
| mini | 4G | USB cable, 18hrs Batt, headphones | clip case | **$199** $179 | 7% |
| shuffle | 1G | headphones | lanyard | **$149** $139 | 24% |
| shuffle | 512 | headphones | lanyard | **$99** $99 | 12% |

| Q4'05 | |
| June 28th |

| white | 60G | USB cable, headphones | **$399** $369 | $80 | 24% |
| U2 EOL | 20G | FW & USB cables, headphones | coupon | **$349** $329 | $79 | 27% |
| photo EOL | 30G | USB cable, headphones | **$329** $299 | $65 | 23% |
| white | 20G | USB cable, headphones | **$299** $269 | $64 | 25% |
| white EOL | 20G | FW & USB cables, headphones | **$269** $239 | $52 | 23% |
| mini | 6G | USB cables, 18hrs Batt, headphones | clip case | **$249** $229 | $43 | 20% |
| mini | 4G | USB cable, 18hrs Batt, headphones | clip case | **$199** $179 | $13 | 8% |
| shuffle | 1G | headphones | lanyard | **$129** $119 | $17 | 16% |
| shuffle | 512 | headphones | lanyard | **$99** $99 | $12 | 14% |

Apple Confidential - Need to Know

6

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00979468

# iPod Inv & Price Protection

| | Q305 |
|---|---|
| | Jul wk1 Intro new iPod |

| | Projected Channel Inventory @Intro (units in K) | | | | | Price Protect ($M) | Potential Excess Apple INV |
|---|---|---|---|---|---|---|---|
| | **Amr** | **EMEA** | **AJ** | **APAC** | **VW** | | Apple Inv in excess of Q4'05 Sell In forecast |
| | Source: Q3 Geo Forecast 05-25-05 | | | | | | |

$449 60G Photo

Reprice $399 60G Photo
Weeks Supply 110.2 15.7 2.3 4.3 32.5 — $1.4
6.2 12.0 6.0 5.1

$349 30G Photo
$329 30G Photo  EOL
Weeks Supply 22.5 18.2 6.2 17.2 64.2 — $1.1
4.0 6.7 5.2 7.1

$299 20G White
$299 20G White  EOL
$269 20G White
Weeks Supply 54.4 46.4 10.5 11.8 123.1 — $3.2
5.3 8.8 5.5 5.2

$149 1G shuffle
Reprice $129 1G shuffle
Weeks Supply 43.8 92.6 16.8 36.1 189.4 — $3.3
9.5 21.2 6.2 11.3

$99 512MB shuffle
$99 512MB shuffle
Weeks Supply 79.2 118.3 47.8 81.0 326.2 — $0.0
4.0 10.0 6.0 6.4

Total PP Inventory  210.3  291.2  83.7  150.3  735.4

Price Protection  $3.0  $3.8  $0.8  $1.4  —  $9.0

Potential Excess Apple INV: 0.0    735.4

Weeks supply based on 75% of Last 5 weeks ST prior to Intro
Geo Forecast Update from 25-May file

iPod shuffle  58% of total US channel inventory is covered by Price Protection
iPod mini     69% of total US channel inventory is covered by Price Protection
iPod White    63% of total US channel inventory is covered by Price Protection

7

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00979469

# Exhibit 17

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01276016

# Price Committee
## August 16, 2007

Decision:
iPod
iPod nano
iPod shuffle

Apple Confidential - Need to Know

1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01276017

# iPod Situation Summary

- Introduction on Sept 5th, 2007
- Units available at Intro

| Product | Config | Availability |
|---|---|---|
| iPod | N25 Better (80G) | 280K |
| | N25 Best (160G) | 120K |
| | N45 Better (8G) | 60K |
| | N45 Best (16G) | 40K |
| iPod nano | N46 Better (4G) | 900K |
| | N46 Best (8G) | 11M |

Apple Confidential - Need to Know

2

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01276018

# iPod Sep'07

## Plan of Record

| | | iPod shuffle N98C | | iPod nano N46 | | | iPod N45 | | iPod N25 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1G | 1G RED | 4G | 8G | 8G RED | 8G | 16G | 80G | 160G |
| Reseller | Price | $79 | $79 | $149 | $199 | $199 | $299 | $399 | $249 | $349 |
| | Snap/Gol | $22 32.7% | | $35 27.0% | $55 31.0% | $71 35.8% | $53 12.7% | $72 20.9% | $48 22.8% | $82 27.0% |
| | Adj/Gol | $21 31.4% | | $32 21.6% | $31 30.0% | | $27 10.5% | $27 10.5% | $43 20.0% | $75 24.9% |
| Direct | Price | $79 | $79 | $149 | $199 | $199 | $299 | $399 | $249 | $349 |
| | Snap/Gol | $32 41.1% | $27 34.8% | $54 36.5% | $81 40.8% | | $72 24.1% | $124 31.2% | $80 32.2% | $127 36.5% |
| | Adj/Gol | $30 39.6% | $25 32.0% | $49 33.6% | $73 38.0% | | $60 20.0% | $109 28.1% | $70 29.2% | $114 33.3% |
| Edu | Price | $79 | $79 | $149 | $199 | $199 | $299 | $399 | $249 | $349 |
| | Snap/Gol | $32 41.1% | $28 37.2% | $44 31.2% | $67 35.3% | | $72 24.1% | $124 31.2% | $80 32.2% | $127 36.5% |
| | Adj/Gol | $28 37.2% | | $35 26.7% | $55 35.0% | $63 32.8% | $50 17.9% | $95 25.9% | $62 26.9% | $102 31.1% |
| Total | Snap/Gol | $23 33.2% | $25 32.8% | $35 26.7% | $55 34.0% | $63 32.8% | $33 12.6% | $72 20.7% | $47 21.0% | $81 26.5% |
| | Adj/Gol | | | | | | | | | |

| Config | | 1G USB Dock Headphones | 1G USB Dock Headphones RED | 4G USB Cable Headphones | 8G USB Cable Headphones | 8G USB Cable Headphones RED | 8G USB Cable Headphones Stand Cloth | 16G USB Cable Headphones Stand Cloth | 80G USB Cable Headphones | 160G USB Cable Headphones |
|---|---|---|---|---|---|---|---|---|---|---|
| Reseller Margin | | 18% | 18% | 18% | 18% | 15% | 15% | 15% | 13% | 13% |
| Mix | Reseller | 39% | | 21% | 20% | 6% | 12% | 5% | 14% | 6% |
| | Direct | 18% | 0% | 15% | 14% | 22% | 8% | 5% | 8% | 3% |
| | Education | 5% | 7% | 24% | 23% | 6% | 13% | 9% | 10% | 8% |

Legend (iPod): Snap/Blended Gol, Adjusted/Blended Gol, Target-Adj/Blended Gol

N25: DxMO 30.0% 34.0% 34.0%; Q DIR 22.0% 24.0% 24.0%

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01276019

## iPod nano Competition

| Vendor | Product | Street Price | Capacity | Display | Battery | Weight | Size | Additional Features |
|---|---|---|---|---|---|---|---|---|
| **Apple** | **iPad nano** | **$149**<br>**$199** | **4GB, 8GB**<br>**(1000, 2000 songs AAC 128kbps)** | **2 inch Color** | **24 hours music**<br>**5 hours video** | **1.74 oz** | **2.06 x 2.75 x .26**<br>**(1.47 cu in)** | **iPod Games, LRRE**<br>**+ Photos, TV out** |
| SanDisk | Sansa e200v | $96<br>$100<br>$130<br>$170 | 2GB, 4GB, 6GB, 8GB (Sony, 1000, 2000)<br>2000 songs MP3 128kbps) | 1.8 inch Color | 20 hours music<br>(no video claims) | 2.65 oz | 1.34 x .53 x .52 (0.37 cu in) | Photos, video, built-in mic, FM tuner, microSD expansion |
| Samsung | K3 | $100<br>$150<br>$195 | 2GB, 4GB, 8GB<br>(no Samsung marketing claims) | 1.8 inch Color (OLED) | 25 hours music | 1.76 oz | 1.73 x 3.75 x .23 (.77 cu in) | Photos, FM tuner |
| iRiver | No 2 | $170<br>$230<br>$225 | 2GB, 4GB, 8GB<br>(no iRiver marketing claims) | 2.2 inch Color (AMOLED+) | 24 hours music<br>5 hours video | 1.94 oz | 3.15 x 1.95 x .01 (.27 cu in) | video, photos, FM radio recording |
| Sony | A800 | $162<br>$200<br>$250 | 2GB, 4GB, 8GB<br>(no Sony marketing claims) | 2 inch Color | 30 hours music<br>8 hours video | 1.87 oz | 1.73 x 3.46 x .35 (cu in) | video, photos |

## iPod shuffle Competition

| Vendor | Product | Street Price | Capacity | Display | Battery | Weight | Size | Additional Features |
|---|---|---|---|---|---|---|---|---|
| **Apple** | **iPod shuffle** | **$79** | **1GB**<br>**(240 songs AAC 128kbps)** | **None** | **12 hours music** | **.55 oz** | **1.6 x 1.1 x .4**<br>**1.5 cu in, not including**<br>**volume/dock/clip)** | **Shuffle, AutoFill,**<br>**Built-in clip** |
| SanDisk | Sansa Express | $48<br>$29 | 1GB, 2GB<br>(250, 500 songs MP3 128kbps) | 4-line OLED | 15 hours music | 1.06 oz | 1.1 x 1.1 x .65 (0.10 in) | Built-in FM plays, built-in mic, 3.5", FM tuner |
| Samsung | U3 | $61<br>$122 | 1GB, 2GB<br>(no Samsung marketing claims) | 4-line OLED | 15 hours music | .81 oz | 3.15 x 1.0 x .41 (.05 cu in) | Built-in FM plays, built-in mic, 3.5", FM tuner |
| Creative | ZEN Stone Plus | $20 | 1GB<br>(no Creative marketing claims) | 4-line OLED | 9.5 hours music | .74 oz | 2.0 x 1.5 x .5 (.15 cu in) | Built-in mic, FM |
| Sony | E series | $50<br>$135<br>$167 | 1GB, 2GB, 4GB<br>(no Sony marketing claims) | 3-line Color | 30 hours music | 1.02 oz | 1.27 x .x .56 (.05 cu in) | Built-in FM connector |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01276020

## N25 Competition

| Vendor | Product | Street Price | Capacity | Playback Support | Display | Battery | Weight | Size | Other |
|---|---|---|---|---|---|---|---|---|---|
| Apple | N25 | $249 $349 | 80GB (20,000 songs) 160GB (40,000 songs) | Music, Photo, Video | 2.5" Color TFT 320 x 240 | 30 hours music 3 hours video 40 hours music 7 hours video | 4.9 oz | 4.1 x 2.4 x .41 (4.0 cu in) | iPod Games, TV out, FM*, Voice* |
| Microsoft | ZUNE | $199 | 30GB (7500 songs) (WMA/H.264 bps) | Music, Photo, Video | 3" QGa TFT 320 x 240 | 14 hours music 4 hours video | 5.6 oz | 4.4 x 2.4 x .57 (6.0 cu in) | Wifi, View, Sharing Kit |
| Creative | Zen Vision:M | $249 | 30GB (15,000 songs) (WMA/848 bps) | Music, Photo, Video | 2.5" QGa TFT 320 x 240 | 17 hours music 4 hours video | 6.8 oz | 4.3 x 2.4 x .79 (8.00 cu in) | Rigoto FM, Voice |
| Toshiba | Gigabe-4 (MEG4x) | $220 | 60GB (15,000 songs) (WMA/848 bps) | Music, Photo, Video | 2.4" Color TFT 320 x 240 | 12 hours music 2.5 hours video | 5.3 oz | 5.9 x 2.4 x .42 (52.0 cu in) | Rigoto FM, TV Out |

## N45 Competition

| Vendor | Product | Street Price | Capacity | Playback Support | Display | Battery | Weight | Size | Other |
|---|---|---|---|---|---|---|---|---|---|
| Apple | N45 | $249 $299 | 8GB 16GB | Music, Photo, Video | 3.5" Color TFT Multi-Touch 480 x 320 | 20 hours music 5 hours video | 4.2 oz | 4.1 x 2.4 x .31 (4.0 cu in) | Wifi, TV Out |
| Microsoft | ZUNE | $199 | 30GB (7500 songs) (WMA/H.264 bps) | Music, Photo, Video | 3" QGa TFT 320 x 240 | 14 hours music 4 hours video | 5.6 oz | 4.4 x 2.4 x .57 (6.0 cu in) | Wifi, View, Sharing Kit |
| Creative | Zen Vision:M | $249 | 30GB (15,000 songs) (WMA/848 bps) | Music, Photo, Video | 4.3" QGa 480 x 272 | 17 hours music 4.5 hours video | 9.7 oz | 5.3 x 3 x .65 (18.50 cu in) | Memory Card model I/O, Voice |
| Archos | 605 | $299 $399 | 30GB 160GB (15,000/20,000 songs) (WMA/848 bps) | Music, Photo, Video | 4.3" QGa 800 x 480 | 17 hours music 5.5 hours video | 6.7 oz | 4.9 x 3.2 x .65 (43.50 cu in) | Wifi, SD/-card slot, AV Recorder? |
| Toshiba | Gigabe-4 | $229 | 30GB (15,000 songs) (WMA/848 bps) | Music, Photo, Video | 3.5" QGa TFT 320 x 240 | 30 hours music 8 hours video | 3.94 oz | 4.9 x 3 x .9 (18.70 cu in) | TV Out, Speakers, FM? |

* supports a thing through separate accessory

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01276021

# iPod Price & Adj. GM Timeline



Apple Confidential - Need To Know

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01276022



# iPod Inv & Price Protection - ALL

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01276023



Back-up

Apple Confidential - Need to Know

8

# Exhibit 18

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


--oOo--

THE APPLE IPOD ITUNES ANTI-TRUST

LITIGATION

_____

Lead Case No. C-05-00037-JW(HRL)

This Document Relates To:

ALL ACTIONS

~~~~~~~~~~~~~~~~~~~~~~~~~


VIDEOTAPED DEPOSITION OF

MARK DONNELLY

Monday, December 20, 2010

1:25 P.M.

1755 Embarcadero

Palo Alto, California


**HIGHLY CONFIDENTIAL, ATTORNEYS EYES ONLY**


Corey W. Anderson, CSR 4096



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                    December 20, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

20

1        A.    They may change.  It's not a -- we don't do it

2    very often.

3        Q.    Okay.

4        A.    But they may change.

5        Q.    Does the -- does the change for old products

6    always -- on these minimum advertised price listings

7    always correspond with the introduction of a new

8    product.

9        A.    Not always.  But generally.

10       Q.    Okay.  And what other circumstances would

11   cause a price change for an old product?

12             MR. MITTELSTAEDT:  Can I ask are you talking

13   only about iPods or are you talking about all products?

14             BY MS. ROACH:

15       Q.    Only about iPods.

16       A.    Again, there is -- and again, only in the U.S.

17       Q.    Right.

18       A.    Because, right, internationally there is a

19   lot, millions of things we look at, and locally as well.

20             So our general practice is to change prices

21   for products when we introduce the new one.  And so

22   iPods these days the rhythm's about once a year, and

23   that's generally what we do.

24       Q.    Okay.  At the top of the first page, there is

25   an underlined sentence that says "Please refer to



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                    December 20, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                              72

1        A.    That is correct.

2        Q.    Okay.  So there is no set price for how much,

3    you know, a more expensive model would be from the

4    cheapest model in that brand?

5        A.    Again, since it's a -- determined by a

6    committee, people discussing options, there is no

7    statute that says this must be $200 from that or $100

8    from that.  Sometimes we go $50.00, sometimes we go

9    $100.  We like to pick pretty price points.  We do talk

10   about it that way.  That's not a pretty price point,

11   let's pick a pretty price point.  Because you know, 308

12   wouldn't look so good.  So we go to 299.

13            You know, and there are customs that vary by

14   country too.  So we look at that across countries.  We

15   end our prices with 88s in China, or you know, 90s in

16   Korea, or 9,000s, actually, things like that.

17            So whatever is customary.

18       Q.    So --

19       A.    It would lead to price points that we pick.

20   So we actually don't have so much granularity.

21            You know, like 299, we might have gone to 289

22   because of some situation.  We don't typically do that.

23   We look for these pretty price points that kind of make

24   sense, and then suck it up if other variables happen

25   left and right.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                    December 20, 2010

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

168

1                    CERTIFICATE OF REPORTER

2          I, COREY W. ANDERSON, a Certified Shorthand

3   Reporter, hereby certify that the witness in the

4   foregoing deposition was by me duly sworn to tell the

5   truth, the whole truth, and nothing but the truth in the

6   within-entitled cause;

7          That said deposition was taken down in

8   shorthand by me, a disinterested person, at the time and

9   place therein stated, and that the testimony of the said

10  witness was thereafter reduced to typewriting, by

11  computer, under my direction and supervision;

12         That before completion of the deposition,

13  review of the transcript was not requested.  If

14  requested, any changes made by the deponent (and

15  provided to the reporter) during the period allowed are

16  appended hereto.

17         I further certify that I am not of counsel or

18  attorney for either or any of the parties to the said

19  deposition, nor in any way interested in the event of

20  this cause, and that I am not related to any of the

21  parties thereto.

22         DATED:    December 30, 2010.

23         

24         COREY W. ANDERSON, CSR 4096

25

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

# Exhibit 19

Subject: iTunes 7.0 PPR
Date: Thu, 13 Jul 2006 10:25:51 -0700
From: "Jennifer Cavaliere" <cavaliere@apple.com>
To: "Jeff Robbin" <jrobbin@apple.com>, "Eddy Cue" <cue@apple.com>, "Tom LaFollette"
<lafollette@apple.com>
Cc: "Sina Tamaddon" <sina@apple.com>, "Mike Bell" <bell@apple.com>, "Kwok Lau"
<lau1@apple.com>, "Peter Graffagnino" <pgraff@apple.com>, "Mark Donnelly"
<donnelly.m@apple.com>, "Barbara Poyer" <poyer@apple.com>, "Jay Hanson"
<jhanson@apple.com>, "Phil Schiller" <schiller@apple.com>, "Cheryl Thomas"
<thomas.c@apple.com>, "Scott Schlieman" <palace@apple.com>, "Greg Paley"
<paley@apple.com>, "Bertrand Serlet" <bserlet@apple.com>, "Yuri Tsuchitani"
<tsuchita@apple.com>, "Elizabeth DErrico" <derrico@apple.com>, itunesxf
<itunesxf@group.apple.com>, "Mike Lampell" <mlampell@apple.com>
Message-ID: <B5A40023-E4E5-468F-A34F-CD940BF03EA9@apple.com>

---

## PPR for iTunes 7.0

Approval/Disapproval Needed By: Monday 7/17/06

Decision-makers: When you respond to the decision request, please reply to the sender and ALL other recipients of this email.

To All Recipients of this email: If you have questions or would like to provide feedback, please reply to the sender and ALL other recipients of this email.

----------------------------------

## Decision-makers
Jeff Robbin, Eddy Cue, Tom LaFollette

## Product Description
iTunes 7 will be a multi-platform release for Mac and Windows.

With iTunes 7 you can now browse and purchase higher quality TV shows, music videos, and short films from the iTunes Store. You can also purchase and sync games with iPod, back-up your iTunes Library to CD or DVD, sync iTunes Store purchases from your iPod to authorized computers, browse your iTunes Library by album cover, enjoy your music without pauses between songs, choose the order of iTunes Store downloads, enjoy further improvements to ease-of-use, and much more.

## Product Features
*Improved "look and feel".* Improvements to iPod syncing, music and video management, CD Importing, CD Burning and more.
*Purchase higher-quality videos.* Browse and purchase high-quality, full-size music videos and TV shows from the iTunes Store. Sync them with iPod and enjoy them on the go. Videos are still just $1.99.
*Purchase games for iPod.* Browse and purchase games designed for iPod with video. Each game is just $4.99.
*Copy Purchases from iPod.* Copy iTunes Store purchases from iPod back onto any authorized Mac or PC.
*Browse by Album Cover.* Browse your collection by flipping through album covers of music within your iTunes Library.
*Gapless Playback.* Listen to music such as classical, concert albums, and DJ mixes without pauses between one song and the next.
*Back-up your iTunes Library.* Back-up your entire iTunes Library, new songs or videos, or just Store purchases to CD or DVD with one click.
*Improved iPod Syncing.* Completely redesigned look-and-feel for iPod syncing. Now, automatically sync unwatched TV shows with iPod.
*Support for VoiceOver.* Improved accessibility of iTunes with VoiceOver on Mac OS X.
*Download Manager.* Reorder iTunes Store purchases being downloaded.
*Update iPods with iTunes.* iTunes now includes iPod updater technology directly within iTunes.
*Full-Screen Controls.* Access iTunes' playback controls while watching videos or visualizer in Full-Screen mode.

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00231322

*Panther and Tiger Support.* iTunes 7 will require users to use Mac OS X 10.3.9 or later.

## SW Update Text

With iTunes 7 you can now browse and purchase higher quality TV shows, music videos, and short films from the iTunes Store. You can also purchase and sync games with iPod, back-up your iTunes Library to CD or DVD, sync iTunes Store purchases from your iPod to authorized computers, browse your iTunes Library by album cover, enjoy your music without pauses between songs, choose the order of iTunes Store downloads, enjoy further improvements to ease-of-use, and much more.

## Marketing Intro and Worldwide Distribution Plan

iTunes 7.0 to be announced on 9/12 at Moscone Center in San Francisco

iTunes software downloads to go live at intro:

    Web download on apple.com (Mac and Win)

    Web download on download.com (Win)

    Software Update (Mac)

    iDisk posting (Mac)

After launch:

    Bundled with Airport Express

    Bundled with iLife

    Bundled with CPUs

    Bundled with OS releases (Mac only)

    Bundled with select 3rd party devices (Mac only)
    Bundled with partner CPUs, music players, and other devices

## Project Schedule

| | |
|---|---|
| 8/1 | UI Freeze for Help Content |
| 8/3 | Loc Assessment Build |
| 8/7 | Distribute Help for Review (reviewers will see black content) |
| 8/10 | Help review input due |
| 8/10 | Loc Assesment report submitted |
| 8/14 | SW Loc Freeze (Mac & PC) |
| 8/14 | Win SW Loc Kit |
| 8/15 | Mac SW Loc Kit |
| 8/14 | Submit Mac Help build for PRE-OTT (without black content) |
| 8/15 | Submit Win Help build for PRE-OTT (without black content) |
| 8/15 | Mac and Win Help LKs sent to regions (without black content) |
| 8/24 | Loc sanitized Help submissions (without black content) |
| 8/23 | Mac Help submit to the build (with black content) |
| 8/23 | Mac Help Loc Kit (with black content) |
| 8/24 | Win Help submit to the build (with black content) |
| 8/24 | Win Help Loc Kit (with black content) |
| 8/21 | 1st Loc Win SW Submit |
| 8/22 | 1st Loc Mac SW Submit |
| 8/30 | 1st Loc Mac and Win Help Submit (with black content) |
| 8/24 | 2nd Loc Mac and Win SW submits (bug fixes) |
| 9/1 | 2nd Loc Mac and Win Help submits (bug fixes) |
| 8/15 | N36 software GM |
| 8/30 | Tamago GM |
| 9/1 | GMc, OTR testing to commence |
| 9/8 | GM |
| 9/12 | intro/go live |

## International Requirements

iTunes 7.0 for Mac OS X will be SBML for Tier 0,1,2 including Russian
iTunes 7.0 for Windows will be SBML SBML for Tier 0,1,2 including Russian

## SDK Features and Distribution Plan

Device Plug-in SDK (Mac only) to licensed NDAd developers only
Visualization plug-in SDK (Mac and Win) available at apple.com/developer

CONFIDENTIAL - ATTORNEYS EYES ONLY

COM Interface SDK (Win) available at apple.com/developer

# Customers

The target audience for iTunes 7 is captured in three groups:
- Existing iPod customers without iTunes Store accounts.
- The CD consumer.
- Existing digital jukebox users.

## 1.    Existing iTunes and iPod customers who do not use the iTunes Store

Our iTunes Tracker Survey's show that 74% of iTunes Store households also own iPods, however, only 1/3rd of iPod owners have an iTunes Store accounts within their household. This presents a tremendous opportunity to grow our iTunes Store customer base from a *very* large tree filled with low hanging fruit.

In Q3'05 Apple conducted iTunes Store and iPod nano customer surveys. Here are some key findings:

● **Most iPod nano owners have visited the iTunes Store.** Of US iPod nano owners, roughly 80% reported they've visited the iTunes Store.
● **iPod and iTunes consumers primarily acquire music through CDs.** When asked about their music sources, US iPod nano owners indicated that over 57% acquired music from CDs, 18% downloaded from the Internet, 20% purchased from the iTunes Store.
● **Most nano owners who hadn't already setup an iTunes Store account either hadn't gotten around to it or were not interested.** When asked reasons for not setting up an iTunes Store account, roughly 40% of US and UK customers indicated they hadn't gotten around to it yet. Another third indicated that they haven't had any interest. Roughly 25% indicated they preferred downloading from P2P.
● **When asked for reasons not purchasing more from iTunes**, data consistently points to four major reasons:
  - **50%+ can't find what I want.**
  - **50%+ prefer to own the physical CD, album art, liner notes.**
  - **~30% want to avoid use restrictions and format compatibility issues.**
  - **~20% feel it's too expensive.**

## 2.    The CD Consumer.

Reaching the casual music buyer is key to growing the overall market of digital music consumers. It is also the best way to significantly grow iTunes' jukebox and store market share because there's a much lower barrier for entry.

Here's a snapshot of what the average CD consumer is like:

● **The average consumer buys their CDs from big retail chains Wal-Mart, Best Buy, and Target.** In Q4'05, the top 3 music retailers accounted for over 42% of music sales in the US. *NPD Music Watch 2005*
● **They are starting to buy less CDs year over year.** 43% of the music purchased by US Households in 2005 were CDs, this is down from 51% in 2004. *NPD Music Watch 2005*
● **CDs, as medium remains extremely popular.** 73% of the music acquired by US Households in 2005 came from CDs. *NPD Music Watch 2005*
● **Stealing music remains a growing trend among consumers.** 52% of the music acquired by US Households in 2005 was acquired illegally.  This is up from 45% in 2004.  (2005: 11% ripped CD from others, 19% burned/copied CDs from others, 22% downloaded from P2P - P2P is up 6% from 2004.). *NPD Music Watch 2005*
● **Digital music use is becoming more commonplace among CD buyers.** In 2005, 40% of CDs were bought by people that were active with digital music. Among teens, that number goes up to 60%. *NPD Music Watch 2005*
● **The early adopters are experimenting in digital music.** 10% of CDs were bought by people who also paid for downloads. 5% were bought by people who also subscripted to digital music services. *NPD Music Watch 2005*

When asked what are the primary reasons they buy CDs:

● **Nearly 60% indicated that the music of interest is not available for download.** *iTunes Tracker Survey 11/05*
● **Over 50% indicated they prefer to own the album art and liner notes.** *iTunes Tracker Survey 11/05*
● **Roughly 50% indicated they valued the ability to play CDs in many locations.** *iTunes Tracker Survey 11/05*
● **Another ~40% prefer to own a physical format such as CDs, DVDs, or records.** *iTunes Tracker Survey 11/05*
● **Roughly 20-30% were turned off because of usage restrictions.** *iTunes Tracker Survey 11/05*

## 3.    Existing digital jukebox users.

The market is filled with a variety of choices for digital jukeboxes. Our top three competitors are Microsoft, Real, and MusicMatch.

Over the past year, iTunes' market share nearly doubled, converting users mostly from Real and MusicMatch. However, our greatest competitor remains Microsoft.

Windows Media Player has the largest share of media player software usage, with over 60% penetration on Windows.

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00231324

While we believe we'll continue to convert more Real and MusicMatch users, converting WMP users will remain a significant challenge. WMP comes pre-installed on every Windows PC and is configured to play all of user's digital media out-of-the-box.

To convert an WMP user, those customers will have to seek out iTunes and install it themselves. We need to evaluate high-volume ways of getting iTunes into customers hands and using word-of-mouth to help drive product awareness.

Although WMP has more unique users than iTunes, iTunes users make more use of jukebox features.

**Once we get iTunes in front of the WMP user, they begin to rely on it more and more.** *(NPD Music Watch 2005)*

- 13% of WMP users indicated they used iTunes to rip CDs, up from 8% in July.
- 14% of WMP users indicated they used iTunes to burn CDs, up from 9% in July.
- 11% of WMP users indicated they used iTunes to play music, up from 9% in July.

Our biggest challenge is getting iTunes in front of users before they begin to use WMP as their primary jukebox.

# Competition

iTunes competes, not just as a software application, but more importantly as a way to acquire music in a global scale.

### *CDs are #1 Competitor*

As mentioned earlier, digital music only represents about 6% of the global music market. According to IFPI's Record Industry report music CD sales, both physical and online retail outlets, generated roughly $30B in sales last year alone.

That said, how music is acquired is larger than just what's sold. As previously mentioned, CDs as a format account for over 73% of how people acquire digital music, today. This includes purchased CDs, CDs ripped from friends, and CDs copied from friends.

Record labels are continuing to expand their merchandise through adding value to existing products, such as dual disc, or by creating new products such as DVDs containing exclusive content, video, music videos, interviews and more.

Online retail outlets, such as Amazon, are starting to take advantage of these new products and are getting smarter about cross merchandising with CDs and DVDs.

### *Windows Media Player leads in jukebox market share*

Yahoo entered the digital music space with a very robust offering priced lower than any other subscription service at $6.99 per month. However, their service has yet to make a dent in the digital music market.

Napster remains the distant #2 digital music service with approximately 15% market share. Their market share made no significant gains throughout 2005, despite spending over $100M to advertise their service.

That said, Microsoft's Windows Media Player (WMP) remains the jukebox/service competitor to be most cautious of. WMP's jukebox market share has grown to over 60% and ships with every new Windows PC. These users are ripping millions of CDs into Microsoft's proprietary digital music format that is not compatible with iTunes and iPod without conversion.

Despite WMP being ubiquitous, services integrated within WMP have failed to gain traction with consumers. According to NPD, in Q3'05, only 1% of WMP's user base made digital purchases from within WMP. However, if Microsoft finds a strategy that proves successful, with 60% of the jukebox market, they have a tremendous user base to convert to paying customers.

WMP 11, their next major release is targeted for a November release. This release will focus on improving media service integration within WMP and resolve most major usability issues customers faced in previous versions.

It is very important for iTunes to continue to out-innovate WMP, with a focus on our core differentiators - superior ease of use and tight integration with iPod and Store.

### *Amazon's Music Play*

In February, the Wall Street Journal reported that Amazon is in the midst of launching it's own set of music services.

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00231325

What's unique about the service is that it will offer an Amazon branded digital music player at a discount or for free with a subscription contract for a set period, probably 1 year. This is similar to how mobile phone carriers use free phones tied to service contracts to acquire customers.

Rumor has it that the service is slated to feature both a la carte and subscription downloads, coupled with CD purchasing for music not currently available within their digital catalog. This service may pose a significant threat to iPod+iTunes when comparing our customer base to Amazon's 55M active customers.

### Digital Jukeboxes

* Market share figures provided by NPD. Figures only capture US households on Windows PCs.

**Notes:**
Despite large marketing efforts by our competitors, subscriptions remain a niche product.
Windows Media Player 11 will have reached feature parity with core iTunes capabilities.
Windows Media Player and MusicMatch offer features that offer relatively high value to customers, such as automatic album artwork for imports and assisted tag clean-up, that are not offered by iTunes.

### Music Service Providers

* Market share figures provided by NPD for Oct '05. Figures only capture US households on Windows PCs.

**Notes:**
• Despite large marketing efforts by our competitors, subscriptions remain a niche product.
• Our lack of accessibility from the web hasn't resulted in gains from our competitors.
• "Bells and whistles" don't appear to be driving users to our competitors, pricing, ownership, and catalog availability appear to be most important.

### CDs vs. iTunes

**Notes:**
• Our lack of catalog remains our biggest weakness.
• It is worth noting that our DRM is seen by consumers as a disadvantage to buying digital. However, with the advent of "secure" or "protected" CDs, publishers are employing far more invasive and restrictive DRM schemes, which may turn off customers and drive them to our far more liberal usage rights.
• Portability or versatility of purchases remains one of the top reasons why customers don't purchase more from iTunes. With CD players being ubiquitous, the continued success and marketing of iPod accessories and car integration remains key.

## Fit with Apple Strategy
• iTunes and the iTunes Store are instrumental to the success of Apple hardware such as iPod, Front Row enabled Macs, and AirPort Express.
• iPod + iTunes offers consumers an end-to-end solution for acquisition, management, and enjoyment that has yet to be replicated by Apple's competitors.
• iTunes helps increase Apple's reach of home-grown technologies such as audio and video codecs, Bonjour, and QuickTime.

## AppleCare
Getting the proper versions of iTunes and the iPod software installed is the single largest contributor to out-of-the-box iPod issues, accounting for about 20% of the contact rate for iPods. The cost impact of eliminating the iTunes+iPod CD was communicated in the iPod Sept 06 SW Concept Review on 5-4-06.

Reducing average call handle time for all calls by 10% can save Apple $12 to $15 million per year.
Recommended ways that iTunes can reduce average call handle time (status in parens):
- Integrate the IPod Updater into iTunes (planned)
- Adding more iPod self-help resources to the iTunes UI, such as an iPod Service and Support menu and an improved iPod Help menu (planned)
- iPod and Network Diagnostics in iTunes and recommending pertinent KB articles/Help information. (planned)
- Make the last connected iPod serial number quickly and easily discoverable in the iTunes UI (TBD)
- iTunes to automatically diagnose and repair problems found on iPod when connected. (TBD)
- Educate user about potential limitations with their configuration and recommend how to meet system requirements without having to contact Support. (TBD)

List of the Top 10 Issues  from September 05 through February 06 (Actual):

| Component | Issue | Calls | % |
|-----------|-------|-------|---|

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00231326

| iPod | iPod mounts in OS - not in iTunes | 11896 | 9.4% |
| Player | Cannot launch app (other reason) | 11791 | 9.4% |
| iPod | Error syncing iPod in iTunes | 8901 | 7.1% |
| How To | Add files to the Library | 5967 | 4.7% |
| Download | Crash/error during install (from web) | 5222 | 4.1% |
| How To | iPod - Manually manage music | 4991 | 4.0% |
| iPod | Some music not synced to iPod - other | 4331 | 3.4% |
| How To | iPod - Sync entire music library | 4258 | 3.4% |
| How To | iPod - Sync video | 4016 | 3.2% |
| Download | Crash/error during install (from CD) | 3722 | 3.0% |

Analysis shows that the largest groupings in these calls actually break out into How To Calls (How to sync to iPod, how to convert music, how to import files to Library).

## Compatibility Requirements

Mac OS X:
iTunes 7 requires a Macintosh computer with a 500MHz G3 for music and a 1.25GHz G4 for video, 256MB RAM, and Mac OS X version 10.3.9 or later (Max OS X version 10.4.6 is recommended). Playback of purchased videos from the iTunes Store requires QuickTime 7.1.3 or later. AirPort Express with AirTunes requires an AirPort or AirPort Extreme card, Mac OS X version 10.3 or later, and a compatible stereo system or powered speakers. Playing your music with more than one AirPort Express base stations requires AirPort Express Firmware 6.3 or later. Some ISPs may not be compatible with AirPort Express. For more information see http://www.apple.com/airportexpress/.

Windows:
iTunes 7 requires a Windows PC with a 500MHz Pentium for music and 2.0GHz Pentium 4 for video, 256MB RAM, and Windows 2000 or Windows XP with a QuickTime-compatible audio card. Also make sure you have the latest Service Pack for your computer using Windows Update. To create audio, MP3 CDs, or back-up CDs or DVDs with iTunes, your computer must have an iTunes-compatible CD or DVD recorder. To use the iTunes visualizer, you need a QuickTime-compatible video card. If you plan to enjoy previews or buy music and videos from the iTunes Store, a DSL, cable modem, or local area network (LAN) Internet connection is recommended. AirPort Express with AirTunes requires an 802.11b or 802.11g wireless network adapter, and a compatible stereo system or powered speakers. Some ISPs may not be compatible with AirPort Express. For more information see http://www.apple.com/airportexpress/.

## Project Budget = $2560k

Project number for iTunes 7.x = R026380008

Engineering and QA (207 MM) = $2290k

Localization (Mac and Windows) = $270k
    iTunes 7.0 for Mac = $135k
    iTunes 7.0 for Windows = $135k

## Risks and Interdependencies

Tamago
iTMS features
Snowboard

## Issues Summary

None

Responses are to be sent via e-mail by Decision Makers to the full distribution list indicating their approval or disapproval by Monday 7/17/06. All recipients are encouraged to communicate their concerns and questions prior to this date.

------ end message ------

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00231327