Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTITRUST LITIGATION** | Case No.  C 05-00037-YGR<br><br>[CLASS ACTION]<br><br>**NOTICE OF FILING PUBLIC DOCUMENTS RE APPLE INC.'S OPPOSITION TO PLAINTIFFS' *DAUBERT* MOTION (ECF NO. 754) IN RESPONSE TO ORDER DENYING WITHOUT PREJUDICE MOTIONS TO SEAL (ECF NO. 789)**<br><br>Honorable Yvonne Rogers Gonzalez |

On September 26, 2014, the Court entered an order (ECF No. 789) denying Apple Inc.'s administrative motion to seal its Opposition to Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel (ECF No. 754) (hereafter "*Daubert* Opposition").

On October 3, 2014, the parties appeared before the Court and explained that they were prepared to file the vast majority of documents that were previously lodged under seal in connection with Plaintiffs' *Daubert* filing, Apple's summary judgment filing, Plaintiffs' motion

to strike, and Plaintiffs' pre-filing conference letter, publicly. Accordingly, Apple hereby submits the following documents which were previously the subject of Apple's administrative motion to file under seal (ECF No. 754) in public form to comport with the Court's order and Apple's representations during the October 3, 2014 hearing:

- Apple's *Daubert* Opposition;
- Exhibits 1-12 to the Declaration of David C. Kiernan filed in support of Apple's *Daubert* Opposition (hereafter "Kiernan Decl."). Though Apple previously filed Exhibits 3-5, 7-8, 10 and 12 to the Kiernan Decl. publicly (*see* ECF No. 754), Apple is attaching those exhibits hereto for the Court's convenience.

Dated: October 9, 2014        JONES DAY

By:   */s/ David C. Kiernan*
       David C. Kiernan

Robert A. Mittelstaedt
Craig E. Stewart
David C. Kiernan
Amir Q. Amiri
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

*Attorneys for Defendant APPLE INC.*

SFI-620874026v1