Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
David C. Kiernan (State Bar No. 215335)
dkiernan@JonesDay.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     +1.415.626.3939
Facsimile:     +1.415.875.5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTITRUST LITIGATION** | Case No. C-05-0037 YGR<br><br>[CLASS ACTION]<br><br>**DECLARATION OF DAVID C. KIERNAN IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS'** ***DAUBERT*** **MOTION** |

I, David C. Kiernan, declare as follows:

1.      I am a partner of Jones day, counsel of record for Defendant Apple Inc.  I am an active, licensed member of the State Bar of California.  I make this declaration in support of Apple's Opposition to Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel.  I am familiar with the file maintained by Jones Day in this matter.  The facts stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

1  2. Attached hereto as **Exhibit 1** is a true and correct copy of portions of the transcript of the deposition of Kevin M. Murphy, Ph.D., conducted January 8, 2014. The full transcript is maintained by Jones Day in its files in the ordinary course of business.

3. Attached hereto as **Exhibit 2** is a true and correct copy of portions of the transcript of the deposition of Robert H. Topel, Ph.D., conducted January 8, 2014. The full transcript is maintained by Jones Day in its files in the ordinary course of business.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Chapter 6 ("Econometrics and Regression Analysis") of the ABA Section of Antitrust Law, *Proving Antitrust Damages: Legal and Economic Issues*, 2d Ed. (ABA Publishing, 2010). A full copy of the book is available in Jones Day's legal library.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Chapter 8 ("Nonstandard Standard Error Issues") of Angrist, Joshua and Jorn-Steffan Pischke, *Mostly Harmless Econometrics, An Empiricists Companion* (Princeton Univ. Press, 2009). Jones Day maintains this book in its files as part of its defense of Apple in this matter.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Preface and Chapter 20 ("Stratified Sampling and Cluster Sampling") of Wooldridge, Jeffrey M., *Econometric Analysis of Cross Section and Panel Data*, 2d Ed. (MIT Press, 2010). Jones Day maintains this book in its files as part of its defense of Apple in this matter.

7. Attached hereto as **Exhibit 6** is a true and correct copy of portions of the transcript of the deposition of Roger G. Noll, Ph.D., conducted January December 18, 2013. The full transcript is maintained by Jones Day in its files in the ordinary course of business.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Cameron, Colin A. and Douglas Miller, *A Practitioner's Guide to Cluster-Robust Inference* (UC Davis, 2013). Jones Day maintains this article in its files as part of its defense of Apple in this matter.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Solon, Steven J. Haider and Jeffrey M. Wooldridge, *What are we Weighting for?* (NBER, 2013). Jones Day maintains this article in its files as part of its defense of Apple in this matter.

1   10. Attached hereto as **Exhibit 9** is a true and correct copy of portions of the transcript of the deposition of Roger G. Noll, Ph.D., conducted May 16, 2013. The full transcript is maintained by Jones Day in its files in the ordinary course of business.

4   11. Attached as **Exhibit 10** is a true and correct copy of Apple's Price Committee presentation, dated June 30, 2004, bearing Bates stamp Apple_AIIA01276219. This document was produced to plaintiffs during the course of this litigation and is maintained by Jones Day in its files in the ordinary course of business.

8   12. Attached as **Exhibit 11** is a true and correct copy of Apple's Price Committee presentation, dated Aug. 16, 2007, bearing Bates stamp Apple_AIIA01276342. This document was produced to plaintiffs during the course of this litigation and is maintained by Jones Day in its files in the ordinary course of business.

12   13. Attached hereto as **Exhibit 12** is a true and correct copy of portions of the transcript of the deposition of Jeffrey M. Wooldridge, Ph.D., conducted Jan. 6, 2014. The full transcript is maintained by Jones Day in its files in the ordinary course of business.

15   14. Attached hereto as **Exhibit 13** is a true and correct copy of Hansen, Christian, *Asymptotic Properties of a Robust Variance Matrix Estimator for Panel Data When* T *is Large*, (J. Econometrics, 2007). Jones Day maintains this article in its files as part of its defense of Apple in this matter.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 13th day of January, 2014 in San Francisco, CA.

SFI-849031v1

/s/ David Kiernan
David C. Kiernan