Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTITRUST LITIGATION** | Case No.  C 05-00037-YGR<br><br>[CLASS ACTION]<br><br>**NOTICE OF FILING PUBLIC DOCUMENTS RE APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (ECF NO. 762) IN RESPONSE TO ORDER DENYING WITHOUT PREJUDICE MOTIONS TO SEAL (ECF NO. 789)**<br><br>Honorable Yvonne Rogers Gonzalez |

On September 26, 2014, the Court entered an order (ECF No. 789) denying Apple Inc.'s administrative motion to seal its Reply Brief in Support of its Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll (ECF No. 762) (hereafter "Reply Brief").

On October 3, 2014, the parties appeared before the Court and explained that they were prepared to file the vast majority of documents that were previously lodged under seal in connection with Plaintiffs' *Daubert* filing, Apple's summary judgment filing, Plaintiffs' motion to strike, and Plaintiffs' pre-filing conference letter, publicly.  Accordingly, Apple hereby submits

its Reply Brief, previously lodged under seal at ECF No. 762, in public form to comport with the Court's order and Apple's representations during the October 3, 2014 hearing.

Dated: October 9, 2014          JONES DAY

By:     /s/ David C. Kiernan
        David C. Kiernan

Robert A. Mittelstaedt
Craig E. Stewart
David C. Kiernan
Amir Q. Amiri
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

*Attorneys for Defendant APPLE INC.*

SFI-620874025v1

- 2 -

NOTICE OF FILING OF PUBLIC DOCUMENTS
CASE NO. C 05-00037-YGR