ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
PATRICK J. COUGHLIN (111070)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
patc@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| | | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) ) ) ) ) | NOTICE OF FILING PUBLIC DOCUMENTS REGARDING PLAINTIFFS' *DAUBERT* MOTION (ECF NO. 737) IN RESPONSE TO ORDER DENYING WITHOUT PREJUDICE MOTIONS TO SEAL (ECF NO. 789) |
| ALL ACTIONS. | | |

976023_1

1    On September 26, 2014, the Court entered an order (ECF No. 789) denying Plaintiffs'

2 administrative motion to seal their Notice of Motion and Plaintiffs' *Daubert* Motion to Exclude

3 Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel (ECF No. 737) (hereafter

4 "Plaintiffs' *Daubert* Motion").

5    On October 3, 2014, the parties appeared before the Court and explained that they were

6 prepared to file the vast majority of documents that were previously lodged under seal in connection

7 with Plaintiffs' *Daubert* filing, Apple's summary judgment filing, Plaintiffs' motion to strike, and

8 Plaintiffs' pre-filing conference letter, publicly. Accordingly, Plaintiffs hereby submit the following

9 documents which were previously the subject of Plaintiffs' administrative motion to file under seal

10 (ECF No. 737) in public form to comport with the Court's order and Plaintiffs' representations

11 during the October 3, 2014 hearing:

- Plaintiffs' *Daubert* Motion;
- Declaration of Bonny E. Sweeney in Support of Plaintiffs' *Daubert* Motion ("Sweeney Decl.") and Exhibits 1-14 thereto. Though Plaintiffs previously filed Exhibits 11-14 to the Sweeney Decl. publicly (*see* ECF No. 737), Plaintiffs are attaching those exhibits hereto for the Court's convenience.

DATED: October 10, 2014            ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                   BONNY E. SWEENEY
                                   ALEXANDRA S. BERNAY
                                   PATRICK J. COUGHLIN
                                   CARMEN A. MEDICI
                                   JENNIFER N. CARINGAL


                                           s/ Bonny E. Sweeney
                                           BONNY E. SWEENEY

                                   655 West Broadway, Suite 1900
                                   San Diego, CA  92101
                                   Telephone:  619/231-1058
                                   619/231-7423 (fax)

                                   Class Counsel for Plaintiffs

                                   THE KATRIEL LAW FIRM
                                   ROY A. KATRIEL
                                   1101 30th Street, N.W., Suite 500
                                   Washington, DC  20007
                                   Telephone:  202/625-4342
                                   202/330-5593 (fax)

976023_1   NOTICE OF FILING PUBLIC DOCS RE PLTFS' *DAUBERT* MOTION (ECF NO. 737) IN RESPONSE
TO ORDER DENYING W/O PREJUDICE MOTIONS TO SEAL (ECF NO. 789) - C-05-00037-YGR    - 1 -

|   |   |
|---|---|
| 1 |   |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN  & BALINT, P.C.<br>ANDREW S. FRIEDMAN |
| 3 | FRANCIS J. BALINT, JR.<br>ELAINE A. RYAN |
| 4 | 2325 E. Camelback Road, Suite 300<br>Phoenix, AZ  85016 |
| 5 | Telephone:  602/274-1100<br>602/274-1199 (fax) |
| 6 |   |
| 7 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 8 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 9 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 10 | GLANCY BINKOW & GOLDBERG LLP |
| 11 | BRIAN P. MURRAY<br>122 East 42nd Street, Suite 2920 |
| 12 | New York, NY  10168<br>Telephone:  212/382-2221 |
| 13 | 212/382-3944 (fax) |
| 14 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 15 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067 |
| 16 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 17 | Additional Counsel for Plaintiffs |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

976023_1

NOTICE OF FILING PUBLIC DOCS RE PLTFS' *DAUBERT* MOTION (ECF NO. 737) IN RESPONSE
TO ORDER DENYING W/O PREJUDICE MOTIONS TO SEAL (ECF NO. 789) - C-05-00037-YGR   - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 10, 2014.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        bonnys@rgrdlaw.com

976023_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`