1 | ROBBINS GELLER RUDMAN
    & DOWD LLP
2 | BONNY E. SWEENEY (176174)
    THOMAS R. MERRICK (177987)
3 | ALEXANDRA S. BERNAY (211068)
    CARMEN A. MEDICI (248417)
4 | JENNIFER N. CARINGAL (286197)
    655 West Broadway, Suite 1900
5 | San Diego, CA  92101
    Telephone:  619/231-1058
6 | 619/231-7423 (fax)
    bonnys@rgrdlaw.com
7 | tmerrick@rgrdlaw.com
    xanb@rgrdlaw.com
8 | cmedici@rgrdlaw.com
    jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL |
| ALL ACTIONS. | |

DATE:   February 18, 2014
TIME:   2:00 p.m.
CTRM:   5, 2nd Floor
JUDGE:  Hon. Yvonne Gonzalez Rogers

976138_1

I, BONNY E. SWEENEY, declare:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel for the Class and for Plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak (collectively, "plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would completely testify thereto.

2. I submit this declaration in support of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel.

3. Attached hereto are true and correct copies of the following documents:

Exhibit 1: Declaration of Jeffrey M. Wooldridge in Support of Plaintiffs' *Daubert* Motion to Exclude Certain Opinion Testimony of Robert H. Topel and Kevin M. Murphy, dated December 20, 2013;

Exhibit 2: Declaration of Roger G. Noll on Liability and Damages, dated April 3, 2013;

Exhibit 3: Corrections to Declaration of Roger G. Noll on Liability and Damages, dated May 31, 2013;

Exhibit 4: Rebuttal Declaration of Roger G. Noll on Liability and Damages, November 25, 2013;

Exhibit 5: Expert Report of Kevin M. Murphy (Amended), dated August 19, 2013;

Exhibit 6: Expert Report of Robert H. Topel (Amended), dated August 19, 2013;

Exhibit 7: Supplemental Declaration of Augustin Farrugia, dated July 2, 2013;

Exhibit 8: Relevant Excerpts from the Deposition Transcript of Professor Roger G. Noll, taken December 18, 2013;

Exhibit 9: Relevant Excerpts from the Deposition Transcript of Robert Topel, Ph.D., taken November 8, 2013;

Exhibit 10: Relevant Excerpts from the Deposition Transcript of Kevin Murphy, Ph.D., taken November 12, 2013;

Exhibit 11: Relevant Excerpts from Joshua D. Angrist and Jorn-Steffen Pischke, *Mostly Harmless Econometrics*: *An Empiricist's Companion* (Princeton University Press 2009);

Exhibit 12: Relevant Excerpts from American Bar Association, Section of Antitrust, *Proving Antitrust Damages: Legal and Economic Issues* (2d ed. 2010);

Exhibit 13: Relevant Excerpts from Colin Cameron and Douglas L. Miller, *Robust Inference with Clustered Data*, in Handbook of Empirical Economics and Finance (CRC Press 2011); and

976138_1

DEC OF BONNY E. SWEENEY ISO PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF KEVIN M. MURPHY AND ROBERT H. TOPEL - C-05-00037-YGR   - 1 -

1  Exhibit 14:    Relevant Excerpts from *United States v. Apple Inc*., No. 1:12-cv-02826-DLC,
2             Hearing Transcript for Proceedings held on May 23, 2013 (S.D.N.Y).

3  I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct. Executed this 20th day of December, 2013, at San Diego, California.

                                                         s/ Bonny E. Sweeney
                                                         BONNY E. SWEENEY