ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
PATRICK J. COUGHLIN (111070)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
patc@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF FILING PUBLIC DOCUMENT REGARDING PLAINTIFFS' MOTION TO STRIKE (ECF NO. 750) IN RESPONSE TO ORDER DENYING WITHOUT PREJUDICE MOTIONS TO SEAL (ECF NO. 789) |

976026_1

On September 26, 2014, the Court entered an order (ECF No. 789) denying Plaintiffs' administrative motion to seal Plaintiffs' Motion to Strike Supplemental Expert Report of Kevin M. Murphy and Robert H. Topel, dated December 20, 2013 (ECF No. 750) (hereafter "Plaintiffs' Motion to Strike").

On October 3, 2014, the parties appeared before the Court and explained that they were prepared to file the vast majority of documents that were previously lodged under seal in connection with Plaintiffs' *Daubert* filing, Apple's summary judgment filing, Plaintiffs' motion to strike, and Plaintiffs' pre-filing conference letter, publicly. Accordingly, Plaintiffs hereby submit the following document which was previously the subject of Plaintiffs' administrative motion to file under seal (ECF No. 750) in public form to comport with the Court's order and Plaintiffs' representations during the October 3, 2014 hearing:

- Plaintiffs' Motion to Strike.

DATED: October 10, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
ALEXANDRA S. BERNAY
PATRICK J. COUGHLIN
CARMEN A. MEDICI
JENNIFER N. CARINGAL

s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

976026_1

NOTICE OF FILING PUBLIC DOC RE PLTFS' MOTION TO STRIKE (ECF NO. 750) IN RESPONSE TO ORDER DENYING W/O PREJUDICE MOTIONS TO SEAL (ECF NO. 789) - C-05-00037-YGR   - 1 -

| | |
|---|---|
| 1 | |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN   & BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 4 | ELAINE A. RYAN<br>2325 E. Camelback Road, Suite 300 |
| 5 | Phoenix, AZ 85016<br>Telephone: 602/274-1100 |
| 6 | 602/274-1199 (fax) |
| 7 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 8 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA 90064 |
| 9 | Telephone: 310/836-6000<br>310/836-6010 (fax) |
| 10 | GLANCY BINKOW & GOLDBERG LLP |
| 11 | BRIAN P. MURRAY<br>122 East 42nd Street, Suite 2920 |
| 12 | New York, NY 10168<br>Telephone: 212/382-2221 |
| 13 | 212/382-3944 (fax) |
| 14 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 15 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |
| 16 | Telephone: 310/201-9150<br>310/201-9160 (fax) |
| 17 | Additional Counsel for Plaintiffs |

976026_1

NOTICE OF FILING PUBLIC DOC RE PLTFS' MOTION TO STRIKE (ECF NO. 750) IN RESPONSE TO ORDER DENYING W/O PREJUDICE MOTIONS TO SEAL (ECF NO. 789) - C-05-00037-YGR   - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 10, 2014.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    bonnys@rgrdlaw.com

976026_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`