| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | BONNY E. SWEENEY (176174) |
|   | ALEXANDRA S. BERNAY (211068) |
| 3 | PATRICK J. COUGHLIN (111070) |
|   | CARMEN A. MEDICI (248417) |
| 4 | JENNIFER N. CARINGAL (286197) |
|   | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
|   | bonnys@rgrdlaw.com |
| 7 | xanb@rgrdlaw.com |
|   | patc@rgrdlaw.com |
| 8 | cmedici@rgrdlaw.com |
|   | jcaringal@rgrdlaw.com |

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF FILING PUBLIC DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 751) IN RESPONSE TO ORDER DENYING WITHOUT PREJUDICE MOTIONS TO SEAL (ECF NO. 789) |
| ALL ACTIONS. | |

976048_1

1    On September 26, 2014, the Court entered an order (ECF No. 789) denying Plaintiffs' administrative motion to seal Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll (ECF No. 751) (hereafter "Plaintiffs' Opposition to Motion for Summary Judgment").

On October 3, 2014, the parties appeared before the Court and explained that they were prepared to file the vast majority of documents that were previously lodged under seal in connection with Plaintiffs' *Daubert* filing, Apple's summary judgment filing, Plaintiffs' motion to strike, and Plaintiffs' pre-filing conference letter, publicly.  Accordingly, Plaintiffs hereby submit the following documents which were previously the subject of Plaintiffs' administrative motion to file under seal (ECF No. 751) in public form to comport with the Court's order and Plaintiffs' representations during the October 3, 2014 hearing:

- Plaintiffs' Opposition to Motion for Summary Judgment;
- Plaintiffs' Responsive Separate Statement in Support Opposition to Motion for Summary Judgment; and
- Declaration of Bonny E. Sweeney in Support of Plaintiffs' Opposition to Motion for Summary Judgment ("Sweeney Decl.") and Exhibits 1-62 thereto.[1]  Though Plaintiffs previously filed Exs. 5-8, 18, 19, 30, 47, 55 and 57 to the Sweeney Decl. publicly (*see* ECF No. 751), Plaintiffs are attaching those exhibits hereto for the Court's convenience.

DATED: October 10, 2014                    ROBBINS GELLER RUDMAN
                                                              &  DOWD LLP
                                                            BONNY E. SWEENEY
                                                            ALEXANDRA S. BERNAY
                                                            PATRICK J. COUGHLIN
                                                            CARMEN A. MEDICI
                                                            JENNIFER N. CARINGAL


                                                                 s/ Bonny E. Sweeney
                                                                BONNY E. SWEENEY

                                                            655 West Broadway, Suite 1900
                                                            San Diego, CA  92101
                                                            Telephone: 619/231-1058
                                                            619/231-7423 (fax)

---

[1]  Exhibits 4, 12, 33 and 42 are subject to a renewed administrative motion to seal.  Redacted versions are included hereto.

Class Counsel for Plaintiffs

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

GLANCY BINKOW & GOLDBERG LLP
BRIAN P. MURRAY
122 East 42nd Street, Suite 2920
New York, NY  10168
Telephone:  212/382-2221
212/382-3944 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 10, 2014.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      bonnys@rgrdlaw.com

976048_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`