ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
tomm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY OF ROGER G. NOLL |
| ALL ACTIONS. | |
| | DATE: February 18, 2014<br>TIME: 2:00 p.m.<br>CTRM: 5, 2nd Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

976134_1

I, BONNY E. SWEENEY, declare:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel for the Class and for Plaintiffs Melanie Tucker, Mariana Rosen and Somtai Troy Charoensak (collectively, "plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would completely testify thereto.

2. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll.

3. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 01: | Declaration of Roger G. Noll on Liability and Damages, dated April 3, 2013; |
| Exhibit 02: | Rebuttal Declaration of Roger G. Noll on Liability and Damages, dated November 25, 2013; |
| Exhibit 03: | Supplemental Rebuttal Declaration of Roger G. Noll on Liability and Damages, dated January 13, 2014 ; |
| Exhibit 04: | Expert Report of David M. Martin Jr., Ph.D., dated April 8, 2013 **[filed under seal]**; |
| Exhibit 05: | Declaration of Howie Singer, dated December 22, 2010; |
| Exhibit 06: | Declaration of Lawrence Kanusher, dated December 22, 2010; |
| Exhibit 07: | Declaration of Amanada Marks, dated December 28, 2010; |
| Exhibit 08: | Declaration of Mark Piibe, dated December 22, 2010; |
| Exhibit 09: | Deposition Transcript of Eddy Cue, taken December 17, 2010; |
| Exhibit 10: | Deposition Transcript of Jeffrey L. Robbin, taken December 3, 2010; |
| Exhibit 11: | Deposition Transcript of Augustin J. Farrugia, taken December 8, 2010; |
| Exhibit 12: | Declaration of Augustin Farrugia in Support of Defendant's Renewed Motion for Summary Judgment, dated January 2011 **[filed under seal]**; |
| Exhibit 13: | Apple_AIIA00098417; |
| Exhibit 14: | Deposition Transcript of David K. Heller, taken December 15, 2010; |
| Exhibit 15: | Apple_AIIA01278671-74; |
| Exhibit 16: | Apple_AIIA01202393-401; |
| Exhibit 17: | Apple_AIIA00099408-09; |

| | |
|---|---|
| Exhibit 18: | Bryan Chaffin, The Mac Observer, *iPod Claims 82% HD-Based Retail Market Share; 42% All Players (UPDATE)* (Oct. 11, 2004); |
| Exhibit 19: | Declaration of Lee Morse, dated January 19, 2007; |
| Exhibit 20: | Apple_AIIA01278810-11; |
| Exhibit 21: | Apple_AIIA01385106; |
| Exhibit 22: | Deposition Transcript of Steve Jobs, taken April 12, 2011; |
| Exhibit 23: | Apple_AIIA00090441-43 (Cue Depo. Ex. 64); |
| Exhibit 24: | Apple_AIIA_00979727; |
| Exhibit 25: | Apple_AIIA00327951-52 (Cue Deposition Exhibit 71); |
| Exhibit 26: | Apple_AIIA00091049-51; |
| Exhibit 27: | Apple_AIIA00090447-49; |
| Exhibit 28: | Apple_AIIA00090471; |
| Exhibit 29: | Apple_AIIA00090467-68; |
| Exhibit 30: | 2005 Digital Music Interoperability and Availability Hearing Before the Subcommittee on the Judiciary, April 6, 2005, Statement of the Honorable Lamar Smith; |
| Exhibit 31: | Apple_AIIA00090405-07; |
| Exhibit 32: | Apple_AIIA00090429-31; |
| Exhibit 33: | Rebuttal Expert Report of David M. Martin Jr., Ph.D., dated October 30, 2013 **[filed under seal]**; |
| Exhibit 34: | Apple_AIIA00090485-88; |
| Exhibit 35: | Compendium of Customer Complaints Containing: Apple_AIIA0000674-77; Apple_AIIA0002406; Apple_AIIA00062113-15; Apple_AIIA00057320-38; Apple_AIIA00006477-82; Apple_AIIA00007040-45; Apple_AIIA00007064-69; Apple_AIIA00007549-56; Apple_AIIA00007575-86; Apple_AIIA00008481-86; Apple_AIIA00008499-504; Apple_AIIA00067464-68; Apple_AIIA00067479-83; Apple_AIIA00067605-11; Apple_AIIA00067632-36; Apple_AIIA00067979-83; Apple_AIIA00069598-604; Apple_AIIA00059009-14 and Apple_AIIA00059088-93; |
| Exhibit 36: | Apple_AIIA00093875-76; |
| Exhibit 37: | Apple_AIIA00090427; |
| Exhibit 38: | Apple_AIIA00090428; |
| Exhibit 39: | Apple_AIIA00329373; |
| Exhibit 40: | Apple_AIIA00093265; |
| Exhibit 41: | Apple_AIIA00090482-83; |

| | |
|---|---|
| Exhibit 42: | Apple_AIIA00094563-69 **filed under seal**]; |
| Exhibit 43: | Apple_AIIA00802966-67; |
| Exhibit 44: | Apple_AIIA00807080-81; |
| Exhibit 45: | Apple_AIIA00320482-84 (Cue Depo. Ex. 58); |
| Exhibit 46: | Apple_AIIA00093504; |
| Exhibit 47: | BBC News, *Apple to end music restrictions* (Jan. 7, 2009); |
| Exhibit 48: | Deposition Transcript of Mark Donnelly, taken December 20, 2010; |
| Exhibit 49: | Apple_AIIA00187793-823; |
| Exhibit 50: | Deposition Transcript of Roger G. Noll, taken December 18, 2013; |
| Exhibit 51: | Deposition Transcript of Roger G. Noll, taken May 16, 2013; |
| Exhibit 52: | Deposition Transcript of Robert H. Topel, taken January 8, 2014; |
| Exhibit 53: | Deposition Transcript of Kevin M. Murphy, taken January 8, 2014; |
| Exhibit 54: | Declaration of Jeffrey M. Wooldridge in Support of Plaintiff's Daubert Motion to Exclude Certain Opinion Testimony of Robert H. Topel and Kevin M. Murphy, dated December 20, 2013; |
| Exhibit 55: | U.S. Department of Justice and the Federal Trade Commission Horizontal Merger Guidelines (Aug. 19, 2010); |
| Exhibit 56: | Apple_AIIA00093859; |
| Exhibit 57: | 2006 Oppenheimer Quarterly Update on RealNetworks, Inc.; |
| Exhibit 58: | Deposition Transcript of Melanie Tucker, taken October 26, 2007; |
| Exhibit 59: | Supplemental Declaration of Augustin Farrugia, dated July 2, 2013; |
| Exhibit 60: | Deposition Transcript of Somtai Charoensak, taken January 12, 2007; |
| Exhibit 61: | Apple_AIIA00325894-97; and |
| Exhibit 62: | Deposition Transcript of Roger G. Noll, taken April 7, 2011. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of January, 2014, at San Diego, California.

                 s/ Bonny E. Sweeney
                 BONNY E. SWEENEY

976134_1

DEC OF BONNY E. SWEENEY ISO PLTFS' MEMO OF LAW IN OPPO TO DEF'S MOTION FOR SUMMARY JUDGMENT & TO EXCLUDE EXPERT TESTIMONY OF ROGER G. NOLL - C-05-00037-YGR

- 3 -