EXHIBIT 16

# Software Product Brief

**Guava**

**March 8, 2004**

Apple Confidential – Need to Know
DO NOT COPY
Grace Kvamme

**Grace Kvamme**
**iTunes Product Manager**
**Email: kvamme@apple.com**
**Office phone: 408-974-3908**
**Cell phone: 408-425-3576**

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01202393

## I. Product Basics

Actual Product Name: iTunes 4.5
U.S. GM Date: 4/22/04
Worldwide Introduction Date: 4/28/04 (web and press release, no event planned)
U.S. Availability Date: 4/28/04
Estimated Price: $0

## II. Distribution

Guava will be distributed through:
• Web download through itunes.com
• Software update
• Bundled with iLife
• Bundled with iPod
• Bundled with Macs
• Bundled with Mac OS X
• Bundled with HP and Compaq portables and desktops
• Through CDs as opportunities arise

## III. Localization

Tier 0: English, French, German, Japanese
Tier 1: Dutch, Italian, Spanish
Tier 2: Latin American Spanish, Canadian French, Swedish, Asia Pacific

The availability schedule is as follows:

4/28 – Mac for Tier 0, 1, and 2
    – Windows in English
5/12 – Windows for the rest of Tier 0 and 1
5/17 – Windows for Tier 2

## IV. Product Marketing Objectives

Business Objectives

1. Grow the market.

Digital is only 3% of the overall music market, yet it's projected to grow to 33% of the U.S. market by 2008. We are #1 in this market with 70% market share.  If the category grows, we grow too.

2. Invest now to gain Windows market share.

Digital music is exploding and we're on the ground floor of this growth.  We have a good chance at maintaining leadership in this market if we can establish a large, loyal

Apple Confidential – Need to Know
DO NOT COPY
Grace Kvamme

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01202394

customer base.  It'll be much harder to gain share later because we'll have to steal it from our competitors.

3. Inspire customer loyalty in a crowded marketplace.

Obtaining a customer is one thing.  Keeping them is another.  Because we're based on a-la-carte downloads, not subscriptions, we need customers to come back week after week to buy new music.  We also want them to use iTunes exclusively or more than any other service.

Product Objectives

1. Continue to innovate on the world's best digital music jukebox and store, preserving our leadership position.

2. Develop features for current customers, for prospects, and for current customers to recruit prospects.

Messaging Objectives

1. Reach Windows customers.

We're really good at reaching Mac customers.  In fact, our research shows that the primary way that Mac customers hear about iTunes is through an Apple web site or e-mail.  That means that they're paying attention to what we say and act on it.  We've pretty much saturated our Mac market.

It's Windows users that we don't reach as well.  We've got to think outside of our typical vehicles and tailor our messages differently.

2. Don't forget the basics.

We are moving beyond the early adopter.  Those mass market music fans in the middle of the bell curve need to understand why digital music is better than CDs.  They also need to be educated about what you can do with your downloads – burn them, transfer them to computers, sync with iPod, etc.  We may have moved beyond these messages, but we need to assume our customer knows nothing.

3. Focus on action.

Awareness of iTunes, the iTunes Music Store, and iPod are high.  But while many people have heard of iTunes, not as many people have downloaded it or purchased at the music store.  We need a strong call to action and a sense of urgency in all our messaging.

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01202395

## V. Target Markets

With this release we want to move beyond the early adopter. Here are some ways in which the mass market music fan is different from our current target:

| Early Adopters/Fanatics (~4-5 million) | Mass Market Music Fans (~30-40 million) |
|---|---|
| Downloading full albums and songs to replace or supplement their CD collections | Ripping their own CDs and downloading new songs on iTunes |
| Buying a $x99 white iPod as a "must-have" | Burning CDs, saving up for an iPod mini |
| Going totally digital, not looking back | Buying a mix of CDs and downloads depending on perceived value |
| Prefers iTunes, Amazon, eBay | Shops in malls more than online |
| Consuming 20-25 albums worth of songs per year | Consuming 6-7 albums worth of songs per year (mix of CDs and downloads) |

While we will be introducing new features that our current customers have requested, our marketing focus should be on acquiring new customers, specifically Windows users. Most Mac users will upgrade to Guava once they hear about it. The business opportunity will be to obtain more Windows customers for the iTunes Music Store and iPods to solidify our lead in those fast-growing markets.

## VI. Detailed Product Messaging: Features and Benefits

*Primary Messages*

**Go digital.**

| Features | Benefits |
|---|---|
| Download songs with a single click. | Instant gratification. Listen to a 30-second preview, click to download, and you own it. No late night trips to the record store or waiting for an Amazon box to arrive. |
| You can buy a whole album or just one song. | Get just the songs you like. |
| Over half a million songs are available for preview and purchase on the iTunes Music Store. | There's a whole world of music at your fingertips. |
| You can transfer songs to 3 computers, burn CDs of a playlist 10 times, and transfer to unlimited iPods. | More flexibility. Listen on your computer. Burn a CD to listen in your car or home stereo. Bring your whole music collection with you on your iPod. No need to rip first – it's already on your computer. |
| On average, a physical CD costs $13, while most albums on the iTunes Music Store are $9.99. | Digital is a better value. |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01202396

**iTunes is the best digital jukebox.**

| Features | Benefits |
|---|---|
| Import your current music collection<br>- Convert WMA files into AAC *new* | Whether in CD or digital format, iTunes makes it easy to consolidate your music collection in one place. Rip your CDs into MP3 or AAC format at full speed at no charge. (Other jukeboxes make you pay for MP3 or full-speed ripping.) Import your digital music files with one click. If your music is in unprotected Windows Media format, we'll even convert it into AAC format if you like. |
| Music sharing | iTunes has a Music Sharing feature that gives you remote streaming access to your personal music library from any room in your house. Let's say, for instance, that you have thousands of music files stored on a Mac or Windows computer in your home office. The iTunes software works so smoothly on both platforms that you can share music with any combination of Macs and Windows PCs on a local area network — regardless of whether you're running iTunes off a Mac or PC. And you won't have to manually configure anything, either. |
| Create playlists | Whether you want a workout mix or tunes for your road trip, you can create custom playlists with iTunes. You can even create smart playlists by simply indicating your desired criteria — like all the rock songs you've added to your library in the past month — and the software does the rest. |
| Party shuffle *new* | Playlists just got even easier. With Party Shuffle, iTunes automatically creates a playlist for you by choosing randomly from your library. If you like, you can specify a certain playlist to choose from, play higher rated songs more often, and delete and add songs as you please. Let your friends DJ their own party by dragging in the songs they like. |
| Playlist sharing *new* | Just put together a playlist of your favorite recent releases? iTunes makes it easy to share previews with a friend. Simply publish your playlist to the iTunes Music Store, and send your friend a link. They'll have access to 30-second previews of all songs that are available in the Music Store. |
| Burn CDs | Burning CDs couldn't be easier. You just choose a playlist and click burn. Unlike other jukeboxes, iTunes burns at full speed at no extra cost. You can even burn MP3 CDs or data CDs or DVDs in addition to audio CDs. |
| Jewel case inserts *new* | When you're done burning your CD, print a jewel case insert for it right in iTunes. Choose from several classy designs using a mosaic of album cover art or just a single cover. iTunes also gives you the capability to print a list of all the songs or albums in your music library. |
| Lossless encoder *new* | Want even higher audio quality? Check out iTunes' lossless encoder, which provides the full quality of uncompressed CD audio at half the storage space. iPod also supports the lossless encoder, so you can take that perfect audio wherever you go. |
| Support for fast user switching (Mac only) *new* | Multiple people will be able to use a Mac and not have to quit iTunes before switching to another user. You also won't have to maintain two separate libraries for each user – iTunes will figure it out. |
| Arrows in app take you to the store *new* | In your library, arrows will appear next to artists, albums, and songs that are available on the Music Store. That way, if you're browsing through your library and are wondering what music Missy Elliott has come out with recently, you can just click on the arrow and get to her artist page on the store. Or, if you bought a single and want to complete the album, one click takes you there. |

CONFIDENTIAL - ATTORNEYS EYES ONLY<br>Apple_AIIA01202397

**iTunes has the #1 music store inside.**

| Features | Benefits |
|---|---|
| It's legal | Artists are compensated and you don't have to worry about getting sued. |
| Over half a million songs | Incredible selection |
| All songs are 99¢ | Great value |
| Free 30-second previews | Listen to any song before you buy it. |
| Billboard Charts | Check out the top hits of each year going back to 1946.  R&B charts have just been added. |
| Radio Charts "new" | Listen to the tunes your favorite radio station plays the most. There are 1400 stations from 200 cities, and they're updated monthly. |
| iTunes Essentials | From Cover Songs to One Hit Wonders, iTunes Essentials are great for music discovery.  Check back every week for new lists. |
| Music videos | View music videos and buy your favorite songs. |
| Celebrity Playlists | If you were Avril Lavigne, who would you be listening to?  Find out with Celebrity Playlists. |
| Audiobooks | There's no better way to pass time during your commute than to listen to an audiobook.  Check out the new Dan Brown novel or learn Italian. |
| Gift certificates and allowance accounts | The perfect gift. |
| Tell a Friend "new" | Found a new artist that you're *dying* to tell someone about?  Click the Tell a Friend link in the Music Store to send them an e-mail with album artwork. |
| Free song a week "new" | We'll be giving away a free song every week on the Music Store.  Check back every Tuesday for the latest up and coming band.  Collect all 52. |
| Wish list "new" | Found a zillion songs on the Music Store you wish you could buy right now?  "Bookmark" those songs by creating a wish list.  Just create a playlist and drag those previews to it.  When you've saved up enough pennies, just click "Buy." |
| Automatic playlists of purchased albums "new" | Bought an album and want to burn it but need to create a playlist of it first? We saved you a step by automatically creating a playlist for you. |

## VII. Competitive Information

With our success, a lot of companies jumped on the bandwagon.  Currently there are 20+ jukeboxes and music services, some legal, some illegal, some U.S.-only, some international, and others on the way.  Here is a brief overview of our main competitors:

| Product Name | Price | Pros | Cons |
|---|---|---|---|
| Napster | 99¢/song or $9.99/month | • Nice content features like online magazine, bulletin boards<br>• Sync/restore feature allows you to easily transfer music to other computers and replace music you've lost | • No ripping capability — have to rip to Windows Media Player and import<br>• Hybrid model of subscriptions and a-la-carte leads to confusion |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA01202398

| | | | |
|---|---|---|---|
| RealPlayer 10 Music Store | 99c/song | • Full featured jukebox<br>• Store at parity with competition<br>• Higher quality audio (192k vs. 128k) | • 400,000 songs as opposed to iTunes and Napster's 500,000<br>• Only supports Creative Nomad and PalmOne<br>• Ads everywhere |
| MusicMatch | 99c/song | • Customized radio with buy button<br>• Recommendations | • Fewer songs<br>• Few music content features<br>• Crippled features – have to upgrade to get full speed burning and ripping |
| Windows Media Player | N/A | • Bundled with every PC<br>• Plays video too | • No integrated store<br>• Have to pay extra for MP3 ripping |

We were the first to come out with an a-la-carte music service and although we inspired a lot of imitators, we are still widely recognized as the leader. We've sold the most downloads and have the most features, yet remain elegant and easy to use.


## VIII. System Requirements


Macintosh:

· Mac OS X v10.2.5 or later (10.1.5 also supported)
· 400MHz G3 processor or better
· QuickTime 6.2 required to encode AAC
· 128 MB RAM minimum/256 RAM recommended
· DSL, cable modem, or LAN-based high-speed Internet connection recommended for buying and streaming music

Windows:

· Windows XP or 2000
· 500 MHz Pentium class processor or better
· QuickTime 6.5.1 (included)
· 128 MB RAM minimum/256 RAM recommended
· Latest Windows service packs recommended
· Supported CD-RW drive to burn CDs, video display card, soundcard
· DSL, cable modem, or LAN-based high-speed Internet connection recommended for buying and streaming music

Note that we are dropping support for Mac OS X v10.2.0 through 10.2.4 in this release. Those customers will have to upgrade to 10.2.5 through a free software update to use Guava.

Agave, QuickTime 6.5.1 for Mac and Windows, will also be shipping in this timeframe to support Guava.

Software Product Brief                                      Apple Confidential - Page 7

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01202399

## IX. Service and Support Plan

AppleCare support will remain as is. E-mail support is free; phone support will only be free if you've purchased another Apple product that includes telephone support.

## X. Product Gotchas

1. WMA vs. AAC

Although most customers don't know the difference between audio file formats (and don't care to), currently there are issues around incompatibility. Most other stores, jukeboxes, and portable music players use WMA (Windows Media Audio), whereas we use AAC (Advanced Audio Coding). That means that if you buy a song from the iTunes Music Store, you can't play it on most other jukeboxes or players. The converse is also true. You can't play a Napster song on iTunes or iPod.

With Guava, we will allow users to convert their unprotected WMA files to AAC so that they can play them in iTunes. This will be a great message to promote; however, in reality most files that you rip and all files that you download from legal music services are protected.

2. Only on iPod

Because no other players support AAC and our Digital Rights Management (DRM) solution, FairPlay, no other players can play iTunes music besides iPod. Our response is that iPod is the #1 portable music player, and we believe that iPod + iTunes creates the best digital music experience. The integration offers plug-and-play syncing and support of virtually all content on both places, including voice notes and On-The-Go playlists. We wanted to offer the complete experience to our customers, and you just can't get that with any other portable digital music player.

3. DRM Changes

There are going to be some DRM changes with this version of iTunes, currently under negotiation. Some will be more liberal, some more restrictive. We'll have to emphasize the positive aspects while downplaying the negative.

## XI. Product Identity

We will continue to use the iTunes logo in this timeframe. For prospects, it should be the primary logo and the Apple logo should be secondary, as we don't want to turn away Windows users. The Apple logo can be used for existing customers.

Prospects:



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01202400

Existing customers:



**XII. Product Demos**

Recommended features to demo:
• Party shuffle
• Playlist sharing
• Jewel case labels

A set of updated songs from the Music Store should be created for product demos.  An iPod should be included wherever possible.

Apple Confidential – Need to Know
DO NOT COPY
Grace Kvamme

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01202401

EXHIBIT 17

.

| From: | Eddy Cue |
|---|---|
| Sent: | Tuesday, May 31 2005 08:41:58 PM |
| To: | Steve Jobs |
| Bcc: | Debra Ameerally; Chris Bell |
| Subject: | Re: iTMS market share |

Here are the U.S. monthly marketshare numbers -
Jan 04    72%
Feb 04    72%
Mar 04    72%
Apr 04    71%
May 04    73%
Jun 04    70%
Jul 04    70%
Aug 04    68%
Sep 04    70%
Oct 04    73%
Nov 04    74%
Dec 04    74%
Jan 05    80%
Feb 05    82%
Mar 05    82%
Apr 05    84%

We fell below 70% in Aug when Real ran their promotion of half off.

Eddy


On May 30, 2005, at 12:33 PM, Steve Jobs wrote:

> I need the market share % for each month from January 2004 through
> April 2005 (16 data points).  Give me the real market share and I
> can de-tune it as appropriate.  When can I get this?
>
> Thanks
> Steve
>
>
>

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00099408

```
flags
9160621185
original-mailbox
imap://cue@mail.apple.com/Sent
remote-id
17083
```

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00099409

# EXHIBIT 18

  





You're viewing an article in TMO's historic archive vault. Here, we've preserved the comments and
how the site looked along with the article. Use this link to view the article on our current site:

**iPod Claims 82% HD-Based Retail Market Share; 42% All Players (UPDATE)**

### iPod Claims 82% HD-Based Retail Market Share; 42% All Players (UPDATE)

by **Bryan Chaffin**, 3:30 PM EDT, October 11th, 2004



Apple's **iPod** and **iPod mini** had a 82% market share among hard drive-based portable music players
in the last year, according to August figures from market research firm NPG Group. For all types of
portable music players, Apple market share was 41.9%, the company told The Mac Observer, Monday.

A **published report from Bloomberg News** on Monday mistakingly gave the impression the 82%
share was for all players.

The figure are for the month of August and are for US retail stores only, excluding direct sales and
other online sales. The numbers are calculated using a percentage of actual unit sales reported by
major retailers, such as Apple's retail stores, together with consumers surveys of buying habits.

The 82% market share of hard drive-based players is up from 64% from a year ago and 33% from two
years ago, NPD said.

Among hard drive-based players, **Creative Technology** placed far second with a 3.7% share, followed
by **Rio** at 3.2%.

Among all portable music players - hard drive-based as well as flash-based - Apple was first with
41.9%, Rio in second with 10.0%, **iRiver** in third with 9.3%, and **RCA** in fourth with 9.0%.

*Brad Gibson contributed to this article.*

**Bloomberg Article**

## Observer Comments

Show: **Subjects Only** | Full Comments

| | | |
|---|---|---|
| **Name:** AFCdtLoeb    Posts: 2533   Joined: 20 Jul 2004 | | **Close** |
| **Subject:** | | Mon Oct 11, 2004 3:25 pm |

82%?! Holy mother of Pearl!!!!

**Reply** | **Quote**

---

**Name:** Guest
**Subject:** Bring on the 60 Gig                                        **Close**
Mon Oct 11, 2004 4:47 pm

Ã¢â¬Â¦my credit card is in hand and ready. Oh, and you can also bring on the lower capacity flash-based Apple players (iChips? microPods?), I'm sure there are legions waiting for those sub $100 players as well.

Question: how are they going to fit a click wheel on increasingly tiny players as well as a decent size screen?

**Reply** | **Quote**

---

**Name:** Guest
**Subject:** NPG Group claims iPods hold a 82% market share                **Close**
Mon Oct 11, 2004 4:59 pm

Funny, that we're not seeing Reality Check's comments on this.

**Reply** | **Quote**

---

**Name:** Guest
**Subject:**                                                          **Close**
Mon Oct 11, 2004 5:02 pm

> Question: how are they going to fit a click wheel on increasingly tiny
> players as well as a decent size screen?

My guess:

Apple flash players won't be (much) smaller than Mini's, just thinner.

I bet market research shows that if something is smaller than a credit card, people start to lose them. Probably there is also a point of diminishing returns on usability (big fingers and all that).

**Reply** | **Quote**

---

**Name:** Guest
**Subject:** He's busy                                                  **Close**
Mon Oct 11, 2004 5:08 pm

> **Quote**
> **Guest wrote:**
> Funny, that we're not seeing Reality Check's comments on this.

That's because he's out right now trying to buy up as many non-iPod players as he can, to single-handedly try and change the numbers.

**Reply** | **Quote**

---

**Name:** Guest                                              **Close**
**Subject:** Missing MP3 players built into phones, palm/pda, etc.        **Mon Oct 11, 2004 5:37 pm**

Do these numbers incldue video players? Phones that play MP3? Palms?

Name another hard drive based music player! Can't? That's because they're no comparison to the iPod.

**Reply** | **Quote**

---

**Name:** slinky259     Posts: 91   Joined: 24 Jun 2004                 **Close**
**Subject:**                                       **Mon Oct 11, 2004 8:40 pm**

> **Quote**
> **Guest wrote:**
> Do these numbers incldue video players? Phones that play MP3? Palms?
>
> Name another hard drive based music player! Can't? That's because they're no comparison to the iPod.

Umm... that Rio one... think it's called Karma or something... Creative Nomad Zen thing... dell jukebox... just off the top of my head.

not saying they are any competition - but people know they exist 

**Reply** | **Quote**

---

**Name:** Guest                                              **Close**
**Subject:**                                       **Mon Oct 11, 2004 8:58 pm**

> **Quote**
> **Guest wrote:**
> Funny, that we're not seeing Reality Check's comments on this.

Yeah, I was hoping for some insightful comments from him as well.

**Reply** | **Quote**

---

**Name:** Guest                                              **Close**
**Subject:** Will your next MP3 player be a cell phone?          **Mon Oct 11, 2004 10:41 pm**

**http://reviews.cnet.com/4520-6450_7-5535370-1.html?tag=cnetfd.sd**

Could this be the iPods undoing?

Maybe in about a year from now. Cell phones seem to be the more logical vector to assimilate these peripheral technologies like PDAs, cameras, etc.

And all the iPod fans shuddered at the thought.

**Reply** | **Quote**

---

**Name:** Intruder  -  TMO Mac Specialist   Posts: 3149   Joined: 07 Jul 2004       **Close**
**Subject:**                                                    **Mon Oct 11, 2004 11:15 pm**

Nope.

**Reply** | **Quote**

---

**Name:** Guest                                                                 **Close**
**Subject:** Cell Phones?????                                    **Tue Oct 12, 2004 12:24 am**

I'd be happy if they made a cell phone that worked like a phone, only a phone, and they can shove the rest of the "features" where the sun don't shine.

**Reply** | **Quote**

---

**Name:** Small White Car   Posts: 1960   Joined: 02 Jul 2004                     **Close**
**Subject:** Re: Will your next MP3 player be a cell phone?      **Tue Oct 12, 2004 12:28 am**

> **Quote**
> **Anonymous wrote:**
> http://reviews.cnet.com/4520-6450_7-5535370-1.html?tag=cnetfd.sd
>
> Could this be the iPods undoing?
>
> Maybe in about a year from now. Cell phones seem to be the more logical vector to assimilate these peripheral technologies like PDAs, cameras, etc.
>
> And all the iPod fans shuddered at the thought.

Whoo! $500 cell phones! Yeah, those'll take right off!

If they cost any less than that their features will be much less appealing than the iPod's.

**Reply** | **Quote**

---

**Name:** AyaSofya   Posts: 137   Joined: 11 May 2004                             **Close**
**Subject:** $500 cell phone, I bought one                       **Tue Oct 12, 2004 1:32 am**

"Whoo! $500 cell phones! Yeah, those'll take right off!"

I bought my wife one, a Treo 600, because she is deaf and could use it for email communication.

iPod Claims 82% HD-Based Retail Market Share; 42% All Players (UPDATE) || The Ma...    Page 5 of 8
Case 4:05-cv-00037-YGR    Document 875-9    Filed 10/10/14    Page 19 of 29
Case 4:05-cv-00037-YGR    Document 751-9    Filed 11/13/14    Page 46 of 19

The full keyboard makes it easier to compose messages, than trying to wrestle with the standard phone keypad found on most cell phones. With the cell phone feature we thought it a better deal than Blackberry. Actually the phone had a rebate at the time and the total cost was not much more than higher end cell phone.

However, this summer she had a cochlear implant, this unit bypasses her damaged inner ear and directly stimulates the audio nerve. She has regained over 50% of her hearing!
http://www.cochlearamericas.com/

**Reply | Quote**

---

**Name:** Guest                                                                    **Close**
**Subject:**                                                    Tue Oct 12, 2004 9:09 am

AyaSofya, nice to hear about the positive news concerning the wife.

oharag

**Reply | Quote**

---

**Name:** Biff    Posts: 1479   Joined: 08 Apr 2004                              **Close**
**Subject:** Re: Will RC's next MP3 player be a cell phone?         Tue Oct 12, 2004 11:03 am

**Quote**
**Guest wrote:**
http://reviews.cnet.com/4520-6450_7-5535370-1.html?tag=cnetfd.sd

Could this be the iPods undoing?

Maybe in about a year from now. Cell phones seem to be the more logical vector to assimilate these peripheral technologies like PDAs, cameras, etc.

And all the iPod fans shuddered at the thought.

Predictions of an iPod killer! All the others have been wrong but not this one! I mean come on could this guy be wrong?
http://i.i.com.com/cnwk.1d/i/col/hed_mi.jpg

I'll just wait for a nice top secret bluetooth accessory that will be out for 4G iPod.

**Reply | Quote**

---

**Name:** jimothy    Posts: 612   Joined: 04 Jun 2004                            **Close**
**Subject:**                                                     Tue Oct 12, 2004 2:19 pm

**Quote**
**AyaSofya wrote:**

However, this summer she had a cochlear implant, this unit bypasses her damaged inner ear and directly stimulates the audio nerve. She has regained over 50% of her hearing! http://www.cochlearamericas.com/

iPod Claims 82% HD-Based Retail Market Share; 42% All Players (UPDATE) || The Ma...    Page 6 of 8

Case 4:05-cv-00037-YGR Document 845-9    Filed 10/10/14    Page 20 of 29
Case 4:05-cv-00037-YGR    Document 751-9    Filed 11/13/14    Page 7 of 19

Best of luck to your wife! First thing I'd do for her after the operation--get her an iPod! 

**Reply** | **Quote**

---

**Name:** Guest
**Subject:** iRiver                                                                **Close**
                                                        Fri Oct 15, 2004 5:26 pm

iRiver make *much* better hdd mp3 players than apple's ipod.

The iHP140 - a 40GB player, plays ogg vorbis files, builtin fm tuner, builtin recorder, mounts directly as usb mass storage... the benefits go on an on.

And when I bought my iRiver, it was about $200AU cheaper than the same sized iPod, unbelievable!

**Reply** | **Quote**

---

**Name:** Guest
**Subject:** Will APPLE bring Flash iPod?                                            **Close**
                                                        Wed Dec 01, 2004 3:19 am

I've read some blog and news that Apple is contacting one chipmaker, a competitor of current chipmaker.
And Apple is ready to introduce flas memory player by the end of this year.
Could it be true?

**Reply** | **Quote**

---

**Name:** Suffolkmina    Posts: 2   Joined: 01 Dec 2004                              **Close**
**Subject:** Will Apple bring Flash iPod?
                                                        Wed Dec 01, 2004 3:30 am

I've heard the same thing.
That'll cannivalize iPod, mini, and photo.

**Reply** | **Quote**

---

**Name:** Mace    Posts: 9604   Joined: 07 Aug 2003                                 **Close**
**Subject:**
                                                        Wed Dec 01, 2004 1:09 pm

Flash based iPod will not cannabilize the other iPod because those going for flash based are casual buyers who do not buy much songs. Whereas those who have bought iPod tend to own/buy many songs. They are two separate market segment.

The market share figures are confusing me. SJ reported during the last quarter results that iPod has 92% of hdd based and 65% of all music players. Why this article said is 82% and 42%, are those figures for the whole year and SJ is talking about Q4 04 quarter only?

**Reply** | **Quote**

---

**Name:** Suffolkmina    Posts: 2   Joined: 01 Dec 2004                              **Close**

| Subject: | Tue Dec 07, 2004 12:04 am |
|---|---|

I guess the MP3 market is just started market, so that there isn't much information that we can really rely on.
Even when we can get projections about the whole MP3 market, we can't get trustful data for all kinds...
Now, we can listen to MP3 music on our cell phone, and some cell phone mfrs have come up with HDD and memory card slot on cell phones. If we get long-life batteries for our cell phone, we no longer need MP3 player unless we need to store some data.

**Reply** | **Quote**

---

| **Name:** Mace   Posts: 9604   Joined: 07 Aug 2003 | **Close** |
|---|---|
| **Subject:** | **Tue Dec 07, 2004 2:18 am** |

**Quote**
**Suffolkmina wrote:**
... Now, we can listen to MP3 music on our cell phone, and some cell phone mfrs have come up with HDD and memory card slot on cell phones. If we get long-life batteries for our cell phone, we no longer need MP3 player unless we need to store some data.

You have forgotten that there are guys like me who don't carry cell phone. Electronic gadgets are now a fashion/status symbol just like jewelry not another functional device.

**Reply** | **Quote**

---

| **Name:** Guest | **Close** |
|---|---|
| **Subject:**  It's surprising to see | **Thu Nov 03, 2005 10:21 pm** |

I can't believe apple has so many market shares

**Reply** | **Quote**

---

| **Name:** Guest | **Close** |
|---|---|
| **Subject:**  full market share | **Mon Jan 08, 2007 2:53 am** |

ahhhh help I'm doing research for my marketing course. Where can i find all the market share levels for mp3 players?!?

**Reply** | **Quote**

---

**Comment on this Article**

Guest Posts Visible. **Hide Them.**
**Back to top**  Page **1** of **1**

You **cannot** edit your comments.   You **cannot** delete your comments.

**Comments are currently closed. Please email the author instead.**

**Recent Headlines - Updated February 28th**

Mon, 3:42   Deal Brothers - **Panasonic Lumix DMC-FP3 14.1MP**
PM          **Compact Camera:  $109.99**

2:02 PM     Apple Stock Watch - **Analyst Meets w/Tim Cook,**
            **Foresees Cheaper iPhones**

1:05 PM     News - **Google Accidentally Deletes User Email,**
            **Contacts**

11:24 AM    News - **BlackHole RAT Trojan Hits the Mac**

10:39 AM    TMO Appearances - **John F. Braun Discusses SSD**
            **Performance on NosillaCast**

10:16 AM    Hot Forum Topic - **Reader Discussion: Mac OS X 10.7**
            **Developer Preview**

9:53 AM     Rumor - **iPad 2 Ship Date May be Only Days Away**

9:01 AM     Rumor - **iPhone 5 Part Shows Bigger Display**

8:26 AM     Product News - **Grungetastic Adds Distressed Effects**
            **to iPhone Photos**

Fri, 7:46   News - **Apple Offers Lion Preview to Charlie Miller,**
PM          **Security Researchers**

6:38 PM     News - **Consumer Reports: Verizon iPhone Has**
            **AT&T's Antenna Problem**

5:27 PM     Apple Stock Watch - **AAPL Rally Brings Stock Back to**
            **$348**

EXHIBIT 19

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SOMTAI TROY CHAROENSAK and
MARIANA ROSEN, Individually and On Behalf
Of All Others Similarly Situated

        Plaintiffs,

        v.

APPLE COMPUTER, INC.

        Defendant.

Case No. 05-CV 37-JW

DECLARATION OF LEE MORSE

I, Lee Morse, hereby declare:

1. I am Director of Emerging Technology for Creative Labs, Inc. located at 1901 McCarthy Blvd., Milpitas, CA 95935. The facts set forth in this declaration are true and correct and, if called as a witness, I could and would testify thereto.

2. This declaration is provided in lieu of the deposition of Creative Labs, Inc., noticed by plaintiffs in this matter to be taken on January 12, 2007. Creative served written objections to the subpoena, which are not waived, and hereby affirmed, by this declaration.

3. Creative Labs, Inc. is the United States subsidiary of its Singapore-based parent company, Creative Technology Ltd. ("Creative"). Creative Labs, Inc. is the sales, marketing, training and customer support organization for Creative in the Americas.

4. Creative is a worldwide leader in digital entertainment products for the personal computer and the Internet. Creative was founded in Singapore in 1981 with the vision that multimedia would revolutionize the way people interact with their personal computers. Among

its product lines, Creative offers for sale the highly acclaimed Zen and MuVo lines of portable digital audio players.

5. Portable digital music players are portable devices that enable their users to listen to digital audio recordings without requiring users to carry any external media, such as a compact discs, cassette tapes, or cartridges.

6. Since January 1, 2003 until the present, Creative Labs, Inc. has offered for sale in the United States the following lines of portable digital audio players: Nomad, Nomad Jukebox, Zen, MuVo and Portable Media Center. These portable digital audio players are or have been available for sale through Creative's website, www.creative.com as well as through other retailers and a number of distributors. Since January 1, 2003, Creative has sold approximately 5.5 million portable digital audio players in the United States.

7. Generally, there are two sources from which consumers can legally acquire digital music files for playback on their portable digital music players. The first is to copy compact discs ("CDs") that the consumers have purchased at traditional brick-and-mortar music stores. With few recent exceptions, these audio CDs are not copy protected, and the digital music files contained within these audio CDs can be copied onto a digital music player for playback by the user. The second source for legally acquiring digital music files for playback on portable digital audio players is comprised of legal online music stores that sell digital music files through the Internet. Apple's iTunes Music Store is an example of such an online store. In order for Creative to be successful in selling its line of portable digital music players, it is important for the customer to be able to legally purchase music online.

8. Every file or song purchased from the iTunes Store is encoded with digital rights management (also referred to as "DRM") technology created by Apple. This technology is not

recognized by other digital media players other than Apple's digital media players. As such, songs purchased from the iTunes Store cannot be directly recorded onto or played back on Creative's line of portable digital music players, which Creative believes has a negative impact on its sale of digital music players.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19 day of January, 2007 in Milpitas, California.

Lee Morse

# EXHIBIT 20

.

**From:**      Steve Jobs [sjobs@apple.com]
**Sent:**      Monday, January 05, 2004 6:33 PM
**To:**        Jeff Robbin
**Cc:**        Eddy Cue; Sina Tamaddon; Rob Schoeben; Chris Bell; Peter Lowe; Greg Jozwiak; ET
**Subject:**   Re: Real to launch song store

This is great!  Benefits to us:

1.  Positions AAC as an open standard and Microsoft's WMA as proprietary.

2.  Positions Real adopting AAC as adding "momentum to a standard that many see as the
logical competitor to Microsoft's proprietary Windows Media technology."

3.  Portrays a balkanized world of standards, and portrays this balkanization of standards
as an industry problem, not an Apple problem.  We are not alone - nobody's stuff is going
to work with the other guy's stuff:

"Along with Real, Apple, Microsoft and Sony all offer or plan to offer music wrapped in
their own proprietary anticopying technologies. Most of the other song stores
proliferating online, including Napster, MusicNow and Musicmatch, use Microsoft's digital
audio format."

In this balkanized world, the safest bet is the largest, most successful standard, and
today we're it.  Let's leverage this position now!!!!

Steve


On Jan 5, 2004, at 6:25 PM, Jeff Robbin wrote:

http://news.com.com/2100-1027_3-5135382.html?tag=nefd_top

Real to launch song store

RealNetworks is expected to throw its hat into the digital song store ring later this
week, releasing a download service based on technology similar to that used in Apple
Computer's iTunes store, according to sources familiar with the plans.

The new pay-per-song service, which is expected to be announced at the Consumer
Electronics Show (CES) in Las Vegas this week, will see the company playing catch-up to
Apple, which has won kudos from Windows and Macintosh users for its iTunes store and
jukebox software. RealNetworks previously has focused on subscription products and said
late last year that its Rhapsody and RealOne music services collectively had reached more
than 250,000 subscribers.

Sources said the new store will be based on the Advanced Audio Coding
(AAC)
format--as are the songs in Apple's rival service--but wrapped in RealNetworks' own Helix
digital rights managementtechnology.

That will limit the number of digital devices the songs can be played on, because most
portable music device makers support only MP3 and Microsoft technology. Analysts, however,
said the market is potentially still young enough to support the addition of
RealNetworks' offering.

"The online music service provider market is still early in its development," IDC analyst
Susan Kevorkian said. "Real is certainly not taking itself out of the running...The issue
with them will be working with

1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01278810

MP3 player manufacturers, helping to make it cost-effective for those companies to support" Helix.

The release of RealNetworks' new service highlights increasing fragmentation in the online music market, in which different companies continue to adopt incompatible copy-protection mechanisms, each of which in turn are supported inconsistently by different portable music players.

For a song to play on a digital device, the gadget must both be able to play the underlying music format and to decode any proprietary content locks that protect against unauthorized copying. For example, both RealNetworks and iTunes will distribute songs encoded in the AAC format, but Apple's iPod will not be able to play Helix-wrapped songs unless Apple licenses that technology.

Along with Real, Apple, Microsoft and Sony all offer or plan to offer music wrapped in their own proprietary anticopying technologies. Most of the other song stores proliferating online, including Napster, MusicNow and Musicmatch, use Microsoft's digital audio format.

However, RealNetworks' adoption of the AAC format does add momentum to a standard that many see as the logical competitor to Microsoft's proprietary Windows Media technology.

AAC is part of the broad multimedia technology standard set by the Moving Picture Experts Group and is essentially the modern successor to MP3, itself more than a decade old. Audio experts say the newer format offers the ability to make compressed digital files sound more like the original recordings, while taking up less computer memory.

Once songs are encoded in that basic AAC technology, RealNetworks' song store will add the company's Helix digital rights management wrapper, which was announced a year ago at the CES trade show. Those content-protection tools were billed by company executives at that time as a way to decrease the fragmentation caused by different multimedia formats, because they could be used with virtually any audio or video technology.

Few device makers have said they have plans to support the Helix rights-management technology, but announcements from manufacturers are expected soon, sources said.

2

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA01278811