EXHIBIT 35

Case_ID:    47219503

| | | | |
|---|---|---|---|
| AP_Fiscal_Pd: | FY2005P07 | Date: | 30-MAR-2005 18:59:47 |
| Issue: | Cust wants to Erase the iPod | | |
| Case_Title: | Skipping to next song mid-song | | |
| Dispatch_ID: | | Serial_Num: | JQ508JN8S42 |
| Problem_Product: | IPOD MINI (6GB 2ND GEN) SILVER | | |

Case Notes:

CUSTOMER ISSUE:  Cust says that he can play only 12 songs which are in his iTunes but not the 300 Songs which are added by his friend from Real Guide, and he says that he needs to erase all the songs from iPod and start over.    RESPONSE TO APP:  Could not as cust as cust hung UP  CONFIGURATION:  Win XP SP 2, DELL Laptop    ISSUE PROBING AND TROUBLESHOOTING:    So told cust that we can help him in erasing the iPod and start over again but we dont support the transferring of songs from Real Guide to iPod.  So helped cust to restore the iPod and cust wanted to add songs from PC to library,  but cust not sure where the songs on PC to iTunes.  but cust wanted to delete songs from library--->So deleted sogns from library.  And cust wanted to add songs purchased from Real player to iTunes-->Told cust that it is not possible as they are in Protected WMA format and not possible.  Told cust that he can burn those music on to a CD and then he can get them from CD to iTunes    HELP DESK CONSULTED:  No    RESOLUTION/TECH SOLUTION:  gave technical information and cust hung UP before i could tell him about SElf Help    iPod SOFTWARE VERSION:  n/a    FIREWIRE or USB CARD:  n/a    iTUNES VERSION:  n/a    *Vinay Kumar.A * Apple US-iPod Tier1 * Bangalore-India * Ext. 4310 *Amand Walia*

ISSUE: iPod scrolling through songs after erasing the iPod.  CONFIGURATION: PC  IPOD SOFTWARE VERSION: 2005-02-07  MANUFACTURER AND MODEL OF PC: WINDOWS VERSION:  FIREWIRE or USB CARD:   MUSICMATCH or iTUNES VERSION: iTunes 4.7.1  SEEN IN DEVICE MANAGER:  RESPONSE TO APP: No  ISSUE PROBING AND TROUBLESHOOTING:  - Download and install iPod Software Update 2005-03-23.  - Restore the iPod.  - Open iTunes.  RESOLUTION/TECH SOLUTION: iPod updated from an empty library.  Cst needs to get all his MP3s moved from RealPlayer to iTunes.    ? Trevor Cuthbertson ? Tier 1 OLS ? OLS PE ? ext. 9482 ? Reg Adams ?

CONFIDENTIAL
Apple AIIA00000674

Case_ID:    47219503

CUSTOMER ISSUE: Cust says that he can play only 12 songs which are in his iTunes but not the 300 Songs which are added by his friend from Real Guide, and he says that he needs to erase all the songs from iPod and start over.    RESPONSE TO APP: Could not as cust as cust hung UP CONFIGURATION: Win XP SP 2, DELL Laptop    ISSUE PROBING AND TROUBLESHOOTING:    So told cust that we can help him in erasing the iPod and start over again but we dont support the transferring of songs from Real Guide to iPod. So helped cust to restore the iPod and cust wanted to add songs from PC to library,  but cust not sure where the songs on PC to iTunes.  but cust wanted to delete songs from library--->So deleted sogns from library. And cust wanted to add songs purchased from Real player to iTunes-->Told cust that it is not possible as they are in Protected WMA format and not possible.  Told cust that he can burn those music on to a CD and then he can get them from CD to iTunes    HELP DESK CONSULTED: No    RESOLUTION/TECH SOLUTION:  gave technical information and cust hung UP before i could tell him about SEIf Help    iPod SOFTWARE VERSION:  n/a    FIREWIRE or USB CARD:  n/a    iTUNES VERSION: n/a    *Vinay Kumar.A * Apple US-iPod Tier1 * Bangalore-India * Ext. 4310 *Amand Walia*

ISSUE:  Customer had questions about songs that skip on iPod CONFIGURATION:  RESPONSE TO APP:  ISSUE PROBING AND TROUBLESHOOTING:  RESOLUTION/TECH SOLUTION:  Advised customer to use iTunes instead of RealPlayer to put music on iPod    For all iPods  IPOD SOFTWARE VERSION: n/a    For iPods for Windows MANUFACTURER AND MODEL OF PC: n/a  If there is a FireWire or USB built-in or add-in card:  WINDOWS VERSION: n/a  FIREWIRE or USB CARD: n/a  If the iPod is not recognized, include the following: MUSICMATCH or iTUNES VERSION: n/a  SEEN IN DEVICE MANAGER: n/a    * Brian Hone * iPod * CallTech - Columbus * ext. 2527 * Shane Berger *

CUSTOMER ISSUE: Cust says that he can play only 12 songs which are in his iTunes but not the 300 Songs which are added by his friend from Real Guide, and he says that he needs to erase all the songs from iPod and start over.    RESPONSE TO APP: Could not as cust as cust hung UP CONFIGURATION: Win XP SP 2, DELL Laptop    ISSUE PROBING AND TROUBLESHOOTING:    So told cust that we can help him in erasing the iPod and start over again but we dont support the transferring of songs from Real Guide to iPod. So helped cust to restore the iPod and cust wanted to add songs from PC to library,  but cust not sure where the songs on PC to iTunes.  but cust wanted to delete songs from library--->So deleted sogns from library. And cust wanted to add songs purchased from Real player to iTunes-->Told cust that it is not possible as they are in Protected WMA format and not possible.  Told cust that he can burn those music on to a CD and then he can get them from CD to iTunes    HELP DESK CONSULTED: No    RESOLUTION/TECH SOLUTION:  gave technical information and cust hung UP before i could tell him about SEIf Help    iPod SOFTWARE VERSION:  n/a    FIREWIRE or USB CARD:  n/a    iTUNES VERSION: n/a    *Vinay Kumar.A * Apple US-iPod Tier1 * Bangalore-India * Ext. 4310 *Amand Walia*

CONFIDENTIAL
Apple AIIA00000675

Case_ID:    47219503

ISSUE:  Customer had questions about songs that skip on iPod
CONFIGURATION:  RESPONSE TO APP:  ISSUE PROBING AND
TROUBLESHOOTING:  RESOLUTION/TECH SOLUTION:  Advised
customer to use iTunes instead of RealPlayer to put music on iPod    For all
iPods  IPOD SOFTWARE VERSION: n/a    For iPods for Windows
MANUFACTURER AND MODEL OF PC: n/a  If there is a FireWire or USB
built-in or add-in card:   WINDOWS VERSION: n/a  FIREWIRE or USB
CARD: n/a  If the iPod is not recognized, include the following:
MUSICMATCH or iTUNES VERSION: n/a  SEEN IN DEVICE MANAGER:
n/a    * Brian Hone * iPod * CallTech - Columbus * ext. 2527 * Shane Berger
*

ISSUE: iPod scrolling through songs after erasing the iPod.
CONFIGURATION: PC  IPOD SOFTWARE VERSION: 2005-02-07
MANUFACTURER AND MODEL OF PC:  WINDOWS VERSION:
FIREWIRE or USB CARD:   MUSICMATCH or iTUNES VERSION: iTunes
4.7.1  SEEN IN DEVICE MANAGER:  RESPONSE TO APP: No  ISSUE
PROBING AND TROUBLESHOOTING:  - Download and install iPod
Software Update 2005-03-23.  - Restore the iPod.  - Open iTunes.
RESOLUTION/TECH SOLUTION: iPod updated from an empty library.  Cst
needs to get all his MP3s moved from RealPlayer to iTunes.    ? Trevor
Cuthbertson ? Tier 1 OLS ? OLS PE ? ext. 9482 ? Reg Adams ?

ISSUE:  Customer had questions about songs that skip on iPod
CONFIGURATION:  RESPONSE TO APP:  ISSUE PROBING AND
TROUBLESHOOTING:  RESOLUTION/TECH SOLUTION:  Advised
customer to use iTunes instead of RealPlayer to put music on iPod    For all
iPods  IPOD SOFTWARE VERSION: n/a    For iPods for Windows
MANUFACTURER AND MODEL OF PC: n/a  If there is a FireWire or USB
built-in or add-in card:   WINDOWS VERSION: n/a  FIREWIRE or USB
CARD: n/a  If the iPod is not recognized, include the following:
MUSICMATCH or iTUNES VERSION: n/a  SEEN IN DEVICE MANAGER:
n/a    * Brian Hone * iPod * CallTech - Columbus * ext. 2527 * Shane Berger
*

CONFIDENTIAL
Apple AIIA00000676

Case_ID:     47219503

ISSUE: iPod scrolling through songs after erasing the iPod.
CONFIGURATION: PC  IPOD SOFTWARE VERSION: 2005-02-07
MANUFACTURER AND MODEL OF PC:  WINDOWS VERSION:
FIREWIRE or USB CARD:   MUSICMATCH or iTUNES VERSION: iTunes
4.7.1  SEEN IN DEVICE MANAGER:  RESPONSE TO APP: No  ISSUE
PROBING AND TROUBLESHOOTING:  - Download and install iPod
Software Update 2005-03-23.  - Restore the iPod.  - Open iTunes.
RESOLUTION/TECH SOLUTION: iPod updated from an empty library.  Cst
needs to get all his MP3s moved from RealPlayer to iTunes.    ? Trevor
Cuthbertson ? Tier 1 OLS ? OLS PE ? ext. 9482 ? Reg Adams ?

CONFIDENTIAL
Apple AIIA00000677

Case_ID:    69990892

| | | | |
|---|---|---|---|
| *AP_Fiscal_Pd:* | FY2007P01 | *Date:* | 24-OCT-2006 20:50:07 |
| *Issue:* | Add files to the Library | | |
| *Case_Title:* | Wants to transfer music from WMA to iTunes | | |
| *Dispatch_ID:* | | *Serial_Num:* | 5U641BQEVQH |
| *Problem_Product:* | IPOD NANO 2ND GEN,4GB,GREEN | | |

Case Notes:

ISSUE: Cust wanted to move music from WMP to iTunes as she wants to tranfser music to iPod.   CONFIGURATION: IPOD NANO 2ND GEN,4GB,GREEN   ACTION RESULTING IN FAILURE: n/a   IPOD SOFTWARE VERSION: n/a   ITUNES VERSION: 7.0   CONNECTED VIA USB OR FIREWIRE: USB   COMPUTER'S OPERATION SYSTEM VERSION: Win XP   MANUFACTURER AND MODEL OF PC: n/a   SEEN IN DEVICE MANAGER OR SYSTEM PROFILER: n/a   RESPONSE TO APP: Cust hung Up   PROBING AND TROUBLESHOOTING:   Cust wanted help in transferring music from WMP to iTunes as she wants to them to be transferred to iPod. Cust has already transferred music from WMP to iPod--->But they are not visible on iPod. Told cust that it is not possible. So asked cust to search for the music under "My Music" folder--->Could not locate the files. So searched for a track using the "Find" option--->the songs found were in the "iPod". So disconnected the iPod and searched for the track---> and cust was unable to find where the songs were existing. Later cust found the songs existing in the "Bear Share Folder" which were downloaded from the bearshare.com. Told cust that these songs would be Protected and cannot be added to iTunes. So asked cust to burn the music from WMP to CD and then re-inport it to iTunes and then trasfer it to iPod. Also sent article to do the same.   RESOLUTION/TECH SOLUTION:   QUESTION TO IRC:   DISCUSSED DATA BACKUP: Y/N   * Vinay Kumar * iPod/ Tier1 * Bangalore/India * ext. 4288 * Kalai Selvan *

CONFIDENTIAL
Apple AIIA00002406

|                        |                  |
|------------------------|------------------|
| **Request ID:**        | 31305540         |
| **Title:**             | Move             |
| **Billable:**          | Not Billable     |
| **Closed:**            | 8/7/07 7:07 AM   |
| **Time To Close(hrs):** | 5.0             |
| **Respond By:**        |                  |
| **Created:**           | 8/6/07 10:45 AM  |
| **Modified:**          | 8/7/07 7:07 AM   |
| **Ack Sent:**          | 8/6/07 10:45 AM  |
| **Subject:**           | Move             |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|------|---------|------|-------|-------|--------------|
| Email–In | Move | √ | | Responded | 8/6/07 10:45 AM |
| Email–Out | Re: Move; Follow-up: 31305540 | √ | | Sent | 8/7/07 7:07 AM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Move
Sub Issue : Other
iTunes Account Name: Redacted
Platform      : Windows XPSP2+
Comments:
Dear iTunes Customer Assistance,

Most of my music has been purchased via Napster over the years, but I want to import all my Napster tunes into my iTunes library in preparation for my purchase of the iPhone next year.  I just tried importing a protected Napster music file into my iTunes libray, and got an error message dealing with importing protected music.

What is the best method for importing my protected Napster music into my iTunes music library.  Thanks.
Regards,
Redacted

TrackID: 4118125

**Internal Notes:**

8/7/07 6:56 AM    Jennifer Chazan:
Customer wants to import protected files purchased from Napster into his iTunes library, but he gets an error message.

Consulting IRC to see if there is a way to import Napster purchases to iTunes.

Page: 1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00062113

Apple Restricted Confidential

8/7/07 7:04 AM   Jennifer Chazan:
>>> IRC Consult <<<
10:02:ctlniT2: 31305540
10:02:ctlniT2: Caitlin's here to lend a helping hand. What can I do for you?
10:02:ctlniT2: Howdy
10:02:jeciTS: Customer wants to import protected files purchased from Napster into his iTunes library, but he gets
an error message. Any ideas or will he not be able to import this content?
10:02:jeciTS: hey caitlin
10:03:ctlniT2: Hmm.
10:03:ctlniT2: I'd send..
10:03:ctlniT2: iTunes for Windows 7.0 Help: Choosing import settings
10:03:ctlniT2: http://docs.info.apple.com/article.html?artnum=93118
10:03:ctlniT2: iTunes: About import settings and hard disk space
10:03:ctlniT2: http://docs.info.apple.com/article.html?artnum=61086
10:03:ctlniT2: iTunes: About the Add to Library, Import, and Convert functions
10:03:ctlniT2: http://docs.info.apple.com/article.html?artnum=301509
10:04:jeciTS: coolness. thanks caitlin. ok to end =^_^=
10:04:ctlniT2: Sure, ending.


                    **Request Status:**  Closed
                 **Problem Severity:**  (5) NA/None
                    **Cust. Priority:**  Low
                         **Category:**  Customer Problem
                            **Topic:**  Move
                      **Sub Topic:**  Other


**Customer:**

                            **Cust. #:**
                            **E-Mail:**  Redacted
                              **Last:**  Redacted
                             **First:**  Redacted
                            **Phone:**
                               **Fax:**
                        **Company:**
                          **Cafe ID:**
                      **Contract #:**
                  **Contract Type:**  None

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related Radar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

    Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00062114

Request ID: 31305540                                          Apple Restricted Confidential

**Related RFAs:**

| ID | Type | Subject/Title | Status | Relation | Date |
|----|------|---------------|--------|----------|------|
|    |      |               |        |          |      |

**Assignee:**

|  |  |
|--|--|
| **Miniteam:** | OACEU iTunes Windows |
| **Last:** | Chazan |
| **First:** | Jennifer |
| **Eng. #:** | 25280 |
| **Phone:** | +1-512-674-2500 |

**Originator:**

|  |  |
|--|--|
| **Last:** | Redacted |
| **First:** | Redacted |
| **Phone:** | |
| **Company:** | |
| **E-Mail:** | Redacted |
| **Region:** | Other |
| **Group:** | Non-Apple |
| **Sub-Group:** | End User |

**Sender:**

|  |  |
|--|--|
| **Last:** | Redacted |
| **First:** | Redacted |
| **Phone:** | |
| **Company:** | |
| **E-Mail:** | Redacted |

**Mailing List:**

|     | Last Name | First Name | E-Mail | Phone | Dept. |
|-----|-----------|------------|--------|-------|-------|
| To: | Redacted  | Redacted   | Redacted |     | External |

Page:   3

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00062115



**Request ID:** 17587373
**Title:** Songs
**Billable:** Not Billable
**Closed:** 7/10/06 4:30 PM
**Time To Close(hrs):** 25.0
**Respond By:**
**Created:** 7/5/06 2:47 PM
**Modified:** 7/10/06 4:36 PM
**Ack Sent:** 7/10/06 1:42 PM

**Subject:** Songs

## Related Correspondences:

| Type | Subject | Read | Encl. | State | Created Date |
|------|---------|------|-------|-------|--------------|
| Email-In | Songs | √ | | Responded | 7/5/06 2:47 PM |
| Email-Out | Re: Songs; Follow-up: 17587373 | √ | | Sent | 7/9/06 6:02 AM |
| Email-In | RE: Songs; Follow-up: 17587373 | √ | | Responded | 7/10/06 7:23 AM |
| Email-Out | RE: Songs; Follow-up: 17587373 | √ | | Sent | 7/10/06 1:16 PM |
| Email-In | RE: Songs; Follow-up: 17587373 | √ | | Responded | 7/10/06 1:42 PM |
| Email-Out | RE: Songs; Follow-up: 17587373 | √ | | Sent | 7/10/06 4:30 PM |

## Correspondence:

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform          : Windows XPSP2
Song Name       :
Error Code       :
Other Error       :
Location          : undefined (min:sec for reference: NA:NA)
Comments:
I would like to use the yahoo music service but my ipod is not compatable.  When will ipods be able to use these types of music services.  will itunes offer a comparable service?

TrackID: 2253877

## Internal Notes:

7/9/06 5:54 AM    LINDSEY MEYER:

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057320

Request ID: 17587373                                                    Apple Restricted Confidential

referring to:

http://docs.info.apple.com/article.html?artnum=93123
http://docs.info.apple.com/article.html?artnum=61000

http://docs.info.apple.com/article.html?artnum=61000

Informing customer that iTunes offers high quality and very comparable service

7/10/06 1:18 PM   WILLIAM GARRETT:
4:07:rucADS: tell her that this option is not available
4:08:rucADS: and that she can purchse from itunes instead to tranfer to ipod
4:08:rucADS: but as far as for her  music she has bought on the other sites
4:08:rucADS: we cant support that
–
Per IRC – informed customer we cannot offer support for content purchased from another site, informed customer
how to transfer WMA files to iTunes, and also referred to the company the customer purchased the content from for
more accurate information.  also referred to tech if customer needed iPod support.

7/10/06 4:36 PM   Scott Doniger:
referred customer to suggestions/comments

              Request Status:  Closed
           Problem Severity:  (5) NA/None
              Cust. Priority:  Low
                   Category:  Customer Problem
                      Topic:  Songs
                  Sub Topic:  Other


Customer:

                    Cust. #:  -1
                    E-Mail:  Redacted
                       Last:  Unknown Address
                      First:  Sonar
                     Phone:
                        Fax:
                  Company:
                    Cafe ID:
                 Contract #:
              Contract Type:  None

Related Products:

| Product Category | Product Name |
|---|---|

Related Sonar Items:

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|

Related Radar Items:

   Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057321

Apple Restricted Confidential

| ID | Type | Subject/Title | Status | Relation | Date |
|----|------|---------------|--------|----------|------|

**Related RFAs:**

| ID | Type | Subject/Title | Status | Relation | Date |
|----|------|---------------|--------|----------|------|

**Assignee:**

|  |  |
|---|---|
| **Miniteam:** | OACEU iTunes Windows |
| **Last:** | Doniger |
| **First:** | Scott |
| **Eng. #:** | 23240 |
| **Phone:** | +1-512-6742000 |

**Originator:**

|  |  |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** |  |
| **Company:** |  |
| **E-Mail:** | Redacted |
| **Region:** | Other |
| **Group:** | Non-Apple |
| **Sub-Group:** | End User |

**Sender:**

|  |  |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** |  |
| **Company:** |  |
| **E-Mail:** | Redacted |

**Mailing List:**

|  | Last Name | First Name | E-Mail | Phone | Dept. |
|---|-----------|------------|--------|-------|-------|
| To: | Unknown Address | Sonar | Redacted |  | External |

Page: 3

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057322

Email–In for Request ID: 17587373                                    Apple Restricted Confidential



**Request ID:** 17587373
**Request Title:** Songs
**Respond By:**


**Subject:** Songs
**Correspondence Type:** Email–In
**State:** Responded                                        **Read:** Yes


**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform          : Windows XPSP2
Song Name        :
Error Code        :
Other Error       :
Location          : undefined (min:sec for reference: NA:NA)
Comments:
I would like to use the yahoo music service but my ipod is not compatable.  When will ipods be able to use these
types of music services.  will itunes offer a comparable service?

TrackID: 2253877


**Internal Notes:**


7/9/06 5:54 AM    LINDSEY MEYER:
referring to:

http://docs.info.apple.com/article.html?artnum=93123
http://docs.info.apple.com/article.html?artnum=61000

http://docs.info.apple.com/article.html?artnum=61000

Informing customer that iTunes offers high quality and very comparable service

7/10/06 1:18 PM    WILLIAM GARRETT:
4:07:rucADS: tell her that this option is not available
4:08:rucADS: and that she can purchse from itunes instead to tranfer to ipod
4:08:rucADS: but as far as for her  music she has bought on the other sites
4:08:rucADS: we cant support that
–
Per IRC – informed customer we cannot offer support for content purchased from another site, informed customer
how to transfer WMA files to iTunes, and also referred to the company the customer purchased the content from for
more accurate information.  also referred to tech if customer needed iPod support.

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057323

Email–In for Request ID: 17587373                               Apple Restricted Confidential

7/10/06 4:36 PM    Scott Doniger:
referred customer to suggestions/comments

**Mailing List:**

| From | Last Name | First Name | E–Mail | Phone | Dept. |
|------|-----------|------------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057324

Email–Out for Request ID: 17587373                              Apple Restricted Confidential



**Request ID:**    17587373
**Request Title:**  Re: Songs
**Respond By:**


**Subject:**  Re: Songs; Follow-up: 17587373
**Correspondence Type:**  Email-Out
**State:**  Sent


**Response:**

Dear  Redacted

I apologize for any inconvenience you may have experienced while attempting to play music in other file formats on your iPod. However, your question requires a kind of technical assistance that iTunes Store Customer Support does not provide. The iTunes Store team answers questions about billing, customer accounts, downloading items, and the selections available on the iTunes Store.

I would first like for you to know that the iTunes Music Store offers a highly competitive service. The iTunes Music Store has a wide selections of music, audiobooks, and videos that are available for purchase.

I understand that it may be difficult to transfer some file formats to your iPod, but please note that you may be able to convert these files to a format that will transfer to your iPod.

You may find useful information in this articles:

1)

iTunes: How to convert a song to a different file format
http://docs.info.apple.com/article.html?artnum=93123

2)

iTunes 3: How to Convert Song to a Different Format
http://docs.info.apple.com/article.html?artnum=61000

3)

iPod shuffle: Using AIFF and Apple Lossless format files
http://docs.info.apple.com/article.html?artnum=300497

Thank you for your time and patience.

Warmest Regards,

Lindsey
iTunes Store Customer Support
http://www.apple.com/support/musicstore/ww

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057325

Email−Out for Request ID: 17587373        Apple Restricted Confidential

Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Song Name      :
Error Code      :
Other Error     :
Location        : undefined (min:sec for reference: NA:NA)
Comments:
I would like to use the yahoo music service but my ipod is not compatable.  When will ipods be able to use these
types of music services.  will itunes offer a comparable service?

TrackID: 2253877

**Internal Notes:**

**Mailing List:**

| | Last Name | First Name | E−Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL − ATTORNEYS EYES ONLY
Apple AIIA00057326

Email-In for Request ID: 17587373                                    Apple Restricted Confidential



**Request ID:** 17587373
**Request Title:** RE: Songs; Follow-up: 17587373
**Respond By:**

**Subject:** RE: Songs; Follow-up: 17587373
**Correspondence Type:** Email-In
**State:** Responded                                **Read:** Yes

**Email Text:**

If iTunes Store Customer Support doesn't provide this assistance then
how do I get technical assistance?  The files I am trying to use are in
protected .wma format, and cannot be converted.  I am interested in a
service similar to this that does allow iPod use.  Yahoo and Rhapsody
offer this service, so why doesn't iTunes???  I am very frustrated, and
beginning to regret purchasing an iPod instead of one of my other
options.

Thank you,
Redacted

-----Original Message-----
From: iTunes Music Store [mailto:mswin@apple.com]
Sent: Sunday, July 09, 2006 7:17 AM
To: Redacted
Subject: Re: Songs; Follow-up: 17587373

Dear Redacted

I apologize for any inconvenience you may have experienced while
attempting to play music in other file formats on your iPod. However,
your question requires a kind of technical assistance that iTunes Store
Customer Support does not provide. The iTunes Store team answers
questions about billing, customer accounts, downloading items, and the
selections available on the iTunes Store.

I would first like for you to know that the iTunes Music Store offers a
highly competitive service. The iTunes Music Store has a wide selections
of music, audiobooks, and videos that are available for purchase.

I understand that it may be difficult to transfer some file formats to
your iPod, but please note that you may be able to convert these files
to a format that will transfer to your iPod.

You may find useful information in this articles:

1)

iTunes: How to convert a song to a different file format
http://docs.info.apple.com/article.html?artnum=93123

2)

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057327

Apple Restricted Confidential

iTunes 3: How to Convert Song to a Different Format
http://docs.info.apple.com/article.html?artnum=61000

3)

iPod shuffle: Using AIFF and Apple Lossless format files
http://docs.info.apple.com/article.html?artnum=300497

Thank you for your time and patience.

Warmest Regards,

Lindsey
iTunes Store Customer Support
http://www.apple.com/support/musicstore/ww

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Song Name        :
Error Code        :
Other Error        :
Location        : undefined (min:sec for reference: NA:NA)
Comments:
I would like to use the yahoo music service but my ipod is not
compatable.  When will ipods be able to use these types of music
services.  will itunes offer a comparable service?

TrackID: 2253877

**Internal Notes:**

**Mailing List:**

| From | Last Name | First Name | E-Mail | Phone | Dept. |
|------|-----------|------------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057328

Email-Out for Request ID: 17587373                                    Apple Restricted Confidential



          **Request ID:**  17587373
       **Request Title:**  RE: Songs; Follow-up: 17587373
        **Respond By:**


            **Subject:**  RE: Songs; Follow-up: 17587373
  **Correspondence Type:**  Email-Out
             **State:**  Sent


**Response:**

Dear Redacted

I sincerely apologize for any inconvenience or frustration this issue might have caused. Please let me clarify, the iTunes Store team answers questions via email about billing, customer accounts, downloading items from the iTunes Music Store, and the selections available on the Music Store.

To transfer music from your computer to your iPod, you will need to have iTunes installed on your computer. Unfortunately, if the files you are wanting to transfer to your iPod were purchased using a 3rd party service, we cannot provide support for issues pertaining to that content.

You specified the files you are needing to transfer to your iPod are .WMA files. Please consult the following article for detailed information for transferring files in this format to your iTunes library:

Importing Windows Media Audio files with iTunes for Windows
http://docs.info.apple.com/article.html?artnum=107958

You also stated the files are in a protected format and cannot be converted. Please consult with the company you acquired these files from for detailed information on whether or not it is at all possible for the files to be modified and or transferred to an iPod.

If you require more in-depth assistance with issues pertaining to your iPod, please call Apple technical support at 800-APL-CARE (800-275-2273). Help is available seven days a week from 8:00 a.m. to 8:00 p.m. central time. There may be a fee associated with the call.

Sincerely,
Billy
iTunes Store Customer Support
http://www.apple.com/support/musicstore/ww

If iTunes Store Customer Support doesn't provide this assistance then how do I get technical assistance? The files I am trying to use are in protected .wma format, and cannot be converted. I am interested in a service similar to this that does allow iPod use. Yahoo and Rhapsody offer this service, so why doesn't iTunes??? I am very frustrated, and beginning to regret purchasing an iPod instead of one of my other options.

Thank you,
Redacted

-----Original Message-----
From: iTunes Music Store [mailto:mswin@apple.com]
Sent: Sunday, July 09, 2006 7:17 AM

          Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057329

Email–Out for Request ID: 17587373                         Apple Restricted Confidential

To: Redacted
Subject: Re: Songs; Follow-up: 17587373

Dear Redacted

I apologize for any inconvenience you may have experienced while attempting to play music in other file formats on your iPod. However, your question requires a kind of technical assistance that iTunes Store Customer Support does not provide. The iTunes Store team answers questions about billing, customer accounts, downloading items, and the selections available on the iTunes Store.

I would first like for you to know that the iTunes Music Store offers a highly competitive service. The iTunes Music Store has a wide selections of music, audiobooks, and videos that are available for purchase.

I understand that it may be difficult to transfer some file formats to your iPod, but please note that you may be able to convert these files to a format that will transfer to your iPod.

You may find useful information in this articles:

1)

iTunes: How to convert a song to a different file format
http://docs.info.apple.com/article.html?artnum=93123

2)

iTunes 3: How to Convert Song to a Different Format
http://docs.info.apple.com/article.html?artnum=61000

3)

iPod shuffle: Using AIFF and Apple Lossless format files
http://docs.info.apple.com/article.html?artnum=300497

Thank you for your time and patience.

Warmest Regards,

Lindsey
iTunes Store Customer Support
http://www.apple.com/support/musicstore/ww

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Song Name       :
Error Code      :
Other Error     :
Location        : undefined (min:sec for reference: NA:NA)
Comments :
Page: 2
I would like to use the yahoo music service but my ipod is not

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057330

Email-Out for Request ID: 17587373                          Apple Restricted Confidential

**Internal Notes:**

**Mailing List:**

| | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

Page: 3

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057331

Email-In for Request ID: 17587373                                                    Apple Restricted Confidential

**Request ID:** 17587373
**Request Title:** RE: Songs; Follow-up: 17587373
**Respond By:**

**Subject:** RE: Songs; Follow-up: 17587373
**Correspondence Type:** Email-In
**State:** Responded                                    **Read:** Yes

**Email Text:**

The issue is the files are not able to be converted and the vendor
suggested telling Apple, in the hope that the company would support
these types of protected files. Most other MP3 players support the
protected files. This is not really a "support" issue as much as a
"customer care" issue. I'm asking for either an integration that allows
for these types of files to be used on iPod or offering a comparable
service. $4.99 per month for unlimited song downloads is what Yahoo
offers. Rhapsody also offers this type of service.

Redacted

-----Original Message-----
From: iTunes Music Store [mailto:mswin@apple.com]
Sent: Monday, July 10, 2006 2:26 PM
To: Redacted
Subject: RE: Songs; Follow-up: 17587373

Dear Redacted

I sincerely apologize for any inconvenience or frustration this issue
might have caused. Please let me clarify, the iTunes Store team answers
questions via email about billing, customer accounts, downloading items
from the iTunes Music Store, and the selections available on the Music
Store.

To transfer music from your computer to your iPod, you will need to have
iTunes installed on your computer. Unfortunately, if the files you are
wanting to transfer to your iPod were purchased using a 3rd party
service, we cannot provide support for issues pertaining to that
content.

You specified the files you are needing to transfer to your iPod are
.WMA files. Please consult the following article for detailed
information for transferring files in this format to your iTunes
library:

Importing Windows Media Audio files with iTunes for Windows
http://docs.info.apple.com/article.html?artnum=107958

You also stated the files are in a protected format and cannot be
converted. Please consult with the company you acquired these files
from for detailed information on whether or not it is at all possible
for the files to be modified and or transferred to an iPod.

Page: 1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057332

Apple Restricted Confidential

If you require more in-depth assistance with issues pertaining to your iPod, please call Apple technical support at 800-APL-CARE (800-275-2273). Help is available seven days a week from 8:00 a.m. to 8:00 p.m. central time. There may be a fee associated with the call.

Sincerely,
Billy
iTunes Store Customer Support
http://www.apple.com/support/musicstore/ww

If iTunes Store Customer Support doesn't provide this assistance then how do I get technical assistance? The files I am trying to use are in protected .wma format, and cannot be converted. I am interested in a service similar to this that does allow iPod use. Yahoo and Rhapsody offer this service, so why doesn't iTunes??? I am very frustrated, and beginning to regret purchasing an iPod instead of one of my other options.

Thank you,
Redacted

-----Original Message-----
From: iTunes Music Store [mailto:mswin@apple.com]
Sent: Sunday, July 09, 2006 7:17 AM
To: Redacted
Subject: Re: Songs; Follow-up: 17587373

Dear Redacted

I apologize for any inconvenience you may have experienced while attempting to play music in other file formats on your iPod. However, your question requires a kind of technical assistance that iTunes Store Customer Support does not provide. The iTunes Store team answers questions about billing, customer accounts, downloading items, and the selections available on the iTunes Store.

I would first like for you to know that the iTunes Music Store offers a highly competitive service. The iTunes Music Store has a wide selections of music, audiobooks, and videos that are available for purchase.

I understand that it may be difficult to transfer some file formats to your iPod, but please note that you may be able to convert these files to a format that will transfer to your iPod.

You may find useful information in this articles:

1)

iTunes: How to convert a song to a different file format
http://docs.info.apple.com/article.html?artnum=93123

2)

iTunes 3: How to Convert Song to a Different Format
http://docs.info.apple.com/article.html?artnum=61000

3)

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057333

Lindsey
iTunes Store Customer Support
http://www.apple.com/support/musicstore/ww

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform          : Windows XPSP2
Song Name       :
Error Code        :
Other Error       :
Location          : undefined (min:sec for reference: NA:NA)
Comments:
I would like to use the yahoo music service but my ipod is not
compatable.  When will ipods be able to use these types of music
services.  will itunes offer a comparable service?

TrackID: 2253877

**Internal Notes:**

**Mailing List:**

| From | Last Name | First Name | E-Mail | Phone | Dept. |
|------|-----------|------------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057334

Email-Out for Request ID: 17587373                                    Apple Restricted Confidential



|                       |                                      |
|-----------------------|--------------------------------------|
| **Request ID:**       | 17587373                             |
| **Request Title:**    | RE: Songs; Follow-up: 17587373       |
| **Respond By:**       |                                      |

|                       |                                      |
|-----------------------|--------------------------------------|
| **Subject:**          | RE: Songs; Follow-up: 17587373       |
| **Correspondence Type:** | Email-Out                         |
| **State:**            | Sent                                 |

**Response:**

Dear Redacted

I understand you are requesting $4.99 per month for unlimited downloads or integration for other MP3 players.

We welcome your comments and suggestions regarding the iTunes Music Store. To ensure your feedback is considered for possible product enhancements or additions to the iTunes Music Store, please visit the Feedback page at <http://www.apple.com/feedback/itunes.html>.

Sincerely,

Scott
The iTunes Music Store team
http://www.apple.com/support/itunes/ww/

The issue is the files are not able to be converted and the vendor suggested telling Apple, in the hope that the company would support these types of protected files. Most other MP3 players support the protected files. This is not really a "support" issue as much as a "customer care" issue. I'm asking for either an integration that allows for these types of files to be used on iPod or offering a comparable service. $4.99 per month for unlimited song downloads is what Yahoo offers. Rhapsody also offers this type of service.

Redacted

-----Original Message-----
From: iTunes Music Store [mailto:mswin@apple.com]
Sent: Monday, July 10, 2006 2:26 PM
To: Redacted
Subject: RE: Songs; Follow-up: 17587373

Dear Redacted

I sincerely apologize for any inconvenience or frustration this issue might have caused. Please let me clarify, the iTunes Store team answers questions via email about billing, customer accounts, downloading items from the iTunes Music Store, and the selections available on the Music Store.

To transfer music from your computer to your iPod, you will need to have iTunes installed on your computer. Unfortunately, if the files you are wanting to transfer to your iPod were purchased using a 3rd party service, we cannot provide support for issues pertaining to that

Page: 1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057335

content.

You specified the files you are needing to transfer to your iPod are .WMA files. Please consult the following article for detailed information for transferring files in this format to your iTunes library:

Importing Windows Media Audio files with iTunes for Windows
http://docs.info.apple.com/article.html?artnum=107958

You also stated the files are in a protected format and cannot be converted. Please consult with the company you acquired these files from for detailed information on whether or not it is at all possible for the files to be modified and or transferred to an iPod.

If you require more in-depth assistance with issues pertaining to your iPod, please call Apple technical support at 800-APL-CARE (800-275-2273). Help is available seven days a week from 8:00 a.m. to 8:00 p.m. central time. There may be a fee associated with the call.

Sincerely,
Billy
iTunes Store Customer Support
http://www.apple.com/support/musicstore/ww

If iTunes Store Customer Support doesn't provide this assistance then how do I get technical assistance? The files I am trying to use are in protected .wma format, and cannot be converted. I am interested in a service similar to this that does allow iPod use. Yahoo and Rhapsody offer this service, so why doesn't iTunes??? I am very frustrated, and beginning to regret purchasing an iPod instead of one of my other options.

Thank you,
Redacted

-----Original Message-----
From: iTunes Music Store [mailto:mswin@apple.com]
Sent: Sunday, July 09, 2006 7:17 AM
To: Redacted
Subject: Re: Songs; Follow-up: 17587373

Dear Redacted

I apologize for any inconvenience you may have experienced while attempting to play music in other file formats on your iPod. However, your question requires a kind of technical assistance that iTunes Store Customer Support does not provide. The iTunes Store team answers questions about billing, customer accounts, downloading items, and the selections available on the iTunes Store.

I would first like for you to know that the iTunes Music Store offers a highly competitive service. The iTunes Music Store has a wide selections of music, audiobooks, and videos that are available for purchase.

I understand that it may be difficult to transfer some file formats to your iPod, but please note that you may be able to convert these files to a format that will transfer to your iPod.

Page:    2

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057336

2)

iTunes 3: How to Convert Song to a Different Format
http://docs.info.apple.com/article.html?artnum=61000

3)

iPod shuffle: Using AIFF and Apple Lossless format files
http://docs.info.apple.com/article.html?artnum=300497

Thank you for your time and patience.

Warmest Regards,

Lindsey
iTunes Store Customer Support
http://www.apple.com/support/musicstore/ww

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Song Name       :
Error Code      :
Other Error     :
Location        : undefined (min:sec for reference: NA:NA)
Comments:
I would like to use the yahoo music service but my ipod is not
compatable.  When will ipods be able to use these types of music
services.  will itunes offer a comparable service?

TrackID: 2253877

**Internal Notes:**

Page:  3

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057337

Email-Out for Request ID: 17587373                                    Apple Restricted Confidential

**Mailing List:**

|     | Last Name        | First Name | E-Mail   | Phone | Dept.    |
| --- | ---------------- | ---------- | -------- | ----- | -------- |
| To: | Unknown Address  | Sonar      | Redacted |       | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00057338

Apple Restricted Confidential

| | |
|---|---|
| **Request ID:** | 10494466 |
| **Title:** | Music Downloads |
| **Billable:** | Not Billable |
| **Closed:** | 8/24/05 11:12 AM |
| **Time To Close(hrs):** | 2.0 |
| **Respond By:** | |
| **Created:** | 8/24/05 8:00 AM |
| **Modified:** | 8/24/05 11:12 AM |
| **Ack Sent:** | 8/24/05 8:00 AM |
| **Subject:** | Music Downloads |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|---|---|---|---|---|---|
| Email–In | Music Downloads | √ | | Responded | 8/24/05 8:00 AM |
| Email–Out | Re: Music Downloads; Follow-up: 10494466 | √ | | Sent | 8/24/05 11:12 AM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Music Downloads
Sub Issue : Transfer your music
Comments : New iPod and iTunes user. I have songs on Musicmatch that I paid for and legally downloaded. Some of them did not transfer to iTunes. I got a message saying they have some kind of protected format. How can I get these songs into iTunes and iPod?

TrackID: 963348

**Internal Notes:**

| | |
|---|---|
| **Request Status:** | Closed |
| **Problem Severity:** | (5) NA/None |
| **Cust. Priority:** | Low |
| **Category:** | Customer Problem |
| **Topic:** | Music Downloads |
| **Sub Topic:** | Transfer your Music |

**Customer:**

| | |
|---|---|
| **Cust. #:** | –1 |
| **E-Mail:** | Redacted |

Page: 1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00006477

Request ID: 10494466 | Apple Restricted Confidential

| | |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Fax:** | |
| **Company:** | |
| **Cafe ID:** | |
| **Contract #:** | |
| **Contract Type:** | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related Radar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related RFAs:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Assignee:**

| | |
|---|---|
| **Miniteam:** | OACEU iTunes Windows |
| **Last:** | Clay |
| **First:** | Valencia |
| **Eng. #:** | 18382 |
| **Phone:** | 8042138 |

**Originator:**

| | |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Company:** | |
| **E-Mail:** | Redacted |
| **Region:** | Other |
| **Group:** | Non-Apple |
| **Sub-Group:** | End User |

**Sender:**

| | |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AllA00006478

Request ID: 10494466                                                    Apple Restricted Confidential

**Phone:**
**Company:**
**E-Mail:**    Redacted

**Mailing List:**

| | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00006479

Email–In for Request ID: 10494466 | Apple Restricted Confidential

**Request ID:** 10494466
**Request Title:** Music Downloads
**Respond By:**

**Subject:** Music Downloads
**Correspondence Type:** Email–In
**State:** Responded

**Read:** Yes

**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Music Downloads
Sub Issue : Transfer your music
Comments : New iPod and iTunes user. I have songs on Musicmatch that I paid for and legally downloaded. Some of them did not transfer to iTunes. I got a message saying they have some kind of protected format. How can I get these songs into iTunes and iPod?

TrackID: 963348

**Internal Notes:**

**Mailing List:**

| From | Last Name | First Name | E–Mail | Phone | Dept. |
|------|-----------|-----------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

Page: 1

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00006480

Email–Out for Request ID: 10494466    Apple Restricted Confidential

**Request ID:** 10494466
**Request Title:** Re: Music Downloads
**Respond By:**

**Subject:** Re: Music Downloads; Follow–up: 10494466
**Correspondence Type:** Email–Out
**State:** Sent

**Response:**

Dear Redacted

Thank you for contacting the iTunes Music Store.

Audio files purchased through the iTunes Music Store are available in the MPEG–4 protected AAC audio format. These files are encoded at 128 kilobits per second (kbit/s). There are no other codecs or bit rates available from the iTunes Music Store.

You cannot convert protected AAC files to other formats, including MP3. Please check the documentation that came with your digital music player to see if MPEG–4 AAC files can be used. You may also wish to refer to the manufacturer's website.

For more information, please refer to the following Knowledge Base article:

iTunes 4: About third–party music players and AAC file support
<http://www.info.apple.com/kbnum/n93032>

Sincerely,

iTunes Music Store Support

Need a quick answer?

iTunes Music Store Customer Service:
<http://www.apple.com/support/musicstore/ww>

iTunes technical assistance:
<http://www.apple.com/support/itunes/ww>


Customer First Name Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Music Downloads
Sub Issue : Transfer your music
Comments : New iPod and iTunes user. I have songs on Musicmatch that I paid for and legally downloaded. Some of them did not transfer to iTunes. I got a message saying they have some kind of protected format. How can I get these songs into iTunes and iPod?

TrackID: 963348

Page: 1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00006481

Email–Out for Request ID: 10494466                              Apple Restricted Confidential

**Internal Notes:**

**Mailing List:**

|      | Last Name        | First Name | E-Mail   | Phone | Dept.    |
|------|------------------|------------|----------|-------|----------|
| To:  | Unknown Address  | Sonar      | Redacted |       | External |

Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00006482

Request ID: 10733570                                              Apple Restricted Confidential

|  | **Request ID:** | 10733570 |
|---|---|---|
|  | **Title:** | Move |
|  | **Billable:** | Not Billable |
|  | **Closed:** | 9/8/05 12:53 PM |
|  | **Time To Close(hrs):** | 3.0 |
|  | **Respond By:** |  |
|  | **Created:** | 9/8/05 9:02 AM |
|  | **Modified:** | 9/8/05 12:53 PM |
|  | **Ack Sent:** | 9/8/05 9:02 AM |
|  | **Subject:** | Move |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|---|---|---|---|---|---|
| Email–In | Move | √ |  | Responded | 9/8/05 9:02 AM |
| Email–Out | Re: Move; Follow–up: 10733570 | √ |  | Sent | 9/8/05 12:53 PM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Move
Sub Issue : Other
Comments : iTunes Account Name: Redacted
Platform          : Windows 2000
Comments:
I downloaded a song from MSN.com and it is in a .wma format.  I am trying to get the file into my iTunes Library and am getting a message to that the file is in the WMA format and click on the convert button to automatically convert it to a WAV format.  I then get an error message that iTunes cannot convert it because it is protected.  Is there anyway around this (how to unprotect?)?  It is a song that is not available on CD.
Thanks,
Redacted

TrackID: 1000678

**Internal Notes:**

|  |  |
|---|---|
| **Request Status:** | Closed |
| **Problem Severity:** | (5) NA/None |
| **Cust. Priority:** | Low |
| **Category:** | Customer Problem |
| **Topic:** | Move |
| **Sub Topic:** | Other |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007040

Apple Restricted Confidential

**Customer:**

|  |  |
|---|---|
| **Cust. #:** | −1 |
| **E−Mail:** | Redacted |
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Fax:** | |
| **Company:** | |
| **Cafe ID:** | |
| **Contract #:** | |
| **Contract Type:** | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|

**Related Radar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|

**Related RFAs:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|

**Assignee:**

|  |  |
|---|---|
| **Miniteam:** | OACEU iTunes Windows |
| **Last:** | Buffalo |
| **First:** | Amanda |
| **Eng. #:** | 18779 |
| **Phone:** | 674−2573 |

**Originator:**

|  |  |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Company:** | |
| **E−Mail:** | Redacted |
| **Region:** | Other |
| **Group:** | Non−Apple |
| **Sub−Group:** | End User |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00007041

**Sender:**

|  |  |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Company:** | |
| **E-Mail:** | Redacted |

**Mailing List:**

|  | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007042

Email-In for Request ID: 10733570                                          Apple Restricted Confidential



**Request ID:** 10733570
**Request Title:** Move
**Respond By:**


**Subject:** Move
**Correspondence Type:** Email-In
**State:** Responded                          **Read:** Yes


**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Move
Sub Issue : Other
Comments : iTunes Account Name: Redacted
Platform           : Windows 2000
Comments:
I downloaded a song from MSN.com and it is in a .wma format. I am trying to get the file into my iTunes Library
and am getting a message to that the file is in the WMA format and click on the convert button to automatically
convert it to a WAV format. I then get an error message that iTunes cannot convert it because it is protected. Is
there anyway around this (how to unprotect?)? It is a song that is not available on CD.
Thanks,
Redacted

TrackID: 1000678


**Internal Notes:**


**Mailing List:**

| From | Last Name | First Name | E-Mail | Phone | Dept. |
|------|-----------|------------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |


    Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00007043



**Request ID:** 10733570
**Request Title:** Re: Move
**Respond By:**

**Subject:** Re: Move; Follow-up: 10733570
**Correspondence Type:** Email-Out
**State:** Sent

**Response:**

Dear Redacted

Thank you for contacting the iTunes Music Store.

Audio files purchased through the iTunes Music Store are available in the MPEG-4 protected AAC audio format. These files are encoded at 128 kilobits per second (kbit/s). There are no other codecs or bit rates available from the iTunes Music Store.

You cannot convert protected AAC files to other formats, including MP3. Please check the documentation that came with your digital music player to see if MPEG-4 AAC files can be used. You may also wish to refer to the manufacturer's website.

For more information, please refer to the following Knowledge Base article:

iTunes 4: About third-party music players and AAC file support
<http://www.info.apple.com/kbnum/n93032>

Sincerely,

iTunes Music Store Support

Need a quick answer?

iTunes Music Store Customer Service:
<http://www.apple.com/support/musicstore/ww>

iTunes technical assistance:
<http://www.apple.com/support/itunes/ww>


Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Move
Sub Issue : Other
Comments : iTunes Account Name: Redacted
Platform       : Windows 2000
Comments:
I downloaded a song from MSN.com and it is in a .wma format. I am trying to get the file into my iTunes Library and am getting a message to that the file is in the WMA format and click on the convert button to automatically convert it to a WAV format. I then get an error message that iTunes cannot convert it because it is protected. Is

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007044

there anyway around this (how to unprotect?)?  It is a song that is not available on CD.
Thanks,
Redacted

TrackID: 1000678

**Internal Notes:**

**Mailing List:**

|     | Last Name        | First Name | E—Mail   | Phone | Dept.    |
|-----|------------------|------------|----------|-------|----------|
| To: | Unknown Address  | Sonar      | Redacted |       | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007045

Request ID: 10742963                                    Apple Restricted Confidential

|  |  |
|---|---|
| **Request ID:** | 10742963 |
| **Title:** | Move |
| **Billable:** | Not Billable |
| **Closed:** | 9/9/05 5:43 AM |
| **Time To Close(hrs):** | 1.0 |
| **Respond By:** | |
| **Created:** | 9/8/05 3:15 PM |
| **Modified:** | 9/9/05 5:43 AM |
| **Ack Sent:** | 9/8/05 3:15 PM |
| | |
| **Subject:** | Move |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|------|---------|------|-------|-------|--------------|
| Email–In | Move | √ | | Responde d | 9/8/05 3:15 PM |
| Email–Out | Re: Move; Follow–up: 10742963 | √ | | Sent | 9/9/05 5:42 AM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Move
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Comments:
I was wondering why I can't copy music downloaded from Wal*Mart.com to my iPOD?

Thanks
Redacted

TrackID: 1001833

**Internal Notes:**

|  |  |
|---|---|
| **Request Status:** | Closed |
| **Problem Severity:** | (5) NA/None |
| **Cust. Priority:** | Low |
| **Category:** | Customer Problem |
| **Topic:** | Move |
| **Sub Topic:** | Other |

**Customer:**

Page:   1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AllA00007064

|  |  |
|---|---|
| **Cust. #:** | −1 |
| **E-Mail:** | Redacted |
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Fax:** | |
| **Company:** | |
| **Cafe ID:** | |
| **Contract #:** | |
| **Contract Type:** | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related Radar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related RFAs:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Assignee:**

|  |  |
|---|---|
| **Miniteam:** | OACEU iTunes Windows |
| **Last:** | SEARS |
| **First:** | BEVERLYN |
| **Eng. #:** | 18863 |
| **Phone:** | |

**Originator:**

|  |  |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Company:** | |
| **E-Mail:** | Redacted |
| **Region:** | Other |
| **Group:** | Non-Apple |
| **Sub-Group:** | End User |

**Sender:**

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007065

Request ID: 10742963                                              Apple Restricted Confidential

**Last:** Unknown Address
**First:** Sonar
**Phone:**
**Company:**
**E-Mail:** Redacted

**Mailing List:**

| | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007066

Email-In for Request ID: 10742963         Apple Restricted Confidential

**Request ID:** 10742963
**Request Title:** Move
**Respond By:**

**Subject:** Move
**Correspondence Type:** Email-In
**State:** Responded

**Read:** Yes

**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Move
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Comments:
I was wondering why I can't copy music downloaded from Wal*Mart.com to my iPOD?

Thanks
Redacted

TrackID: 1001833

**Internal Notes:**

**Mailing List:**

| From | Last Name | First Name | E-Mail | Phone | Dept. |
|------|-----------|-----------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

Page: 1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007067



**Request ID:** 10742963
**Request Title:** Re: Move
**Respond By:**

**Subject:** Re: Move; Follow-up: 10742963
**Correspondence Type:** Email–Out
**State:** Sent

**Response:**

Dear Redacted

Thank you for contacting the iTunes Music Store.

Audio files purchased through the iTunes Music Store are available in the MPEG–4 protected AAC audio format. These files are encoded at 128 kilobits per second (kbit/s). There are no other codecs or bit rates available from the iTunes Music Store.

You cannot convert protected AAC files to other formats, including MP3. Please check the documentation that came with your digital music player to see if MPEG–4 AAC files can be used. You may also wish to refer to the manufacturer's website.

For more information, please refer to the following Knowledge Base article:

iTunes 4: About third-party music players and AAC file support
<http://www.info.apple.com/kbnum/n93032>

If you are experiencing difficulty transferring your purchased music to your iPod, we encourage you to consult the following article:
<http://www.info.apple.com/kbnum/n93867>

For general guidance on how to transfer songs from iTunes to your iPod please visit
<http://www.info.apple.com/kbnum/n165242>.

To transfer songs purchased from the iTunes Music Store using iTunes version 4.7 or later to your iPod, we recommend that you update to the most current version of the iPod software as well as the latest version of iTunes. To view the most recent version of software for your iPod, visit <http://www.apple.com/ipod/download>.

For instructions on updating your iPod, please refer to the following article:

Updating iPod's software
<http://www.info.apple.com/kbnum/n60944>

Many questions can also be answered by using the Help menu in iTunes.

If you continue to experience difficulty transferring music to your iPod, please call our technical support team, AppleCare, at 800–APL–CARE (800–275–2273). Help is available seven days a week from 8:00 a.m. to 8:00 p.m. central time. There may be a fee associated with the call.

You might consider the AppleCare Protection Plan for iPod. It offers phone support and hardware coverage for two years from the purchase date of the iPod.

For more information on AppleCare for your iPod, please visit:

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007068

Email–Out for Request ID: 10742963        Apple Restricted Confidential

<http://www.apple.com/support/products/applecareipod.html>

Sincerely,

iTunes Music Store Support

Need a quick answer?

iTunes Music Store Customer Service:
<http://www.apple.com/support/musicstore/ww>

iTunes technical assistance:
<http://www.apple.com/support/itunes/ww>


Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Move
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform      : Windows XPSP2
Comments:
I was wondering why I can't copy music downloaded from Wal*Mart.com to my iPOD?

Thanks
Redacted

TrackID: 1001833




**Internal Notes:**



**Mailing List:**

| | Last Name | First Name | E–Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007069

|  |  |
|---|---|
| Request ID: | 10972006 |
| Title: | Post–Purchase |
| Billable: | Not Billable |
| Closed: | 9/22/05 9:15 AM |
| Time To Close(hrs): | 13.0 |
| Respond By: | |
| Created: | 9/20/05 11:46 AM |
| Modified: | 9/22/05 9:15 AM |
| Ack Sent: | 9/20/05 11:46 AM |
| Subject: | Post–Purchase |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|---|---|---|---|---|---|
| Email–In | Post–Purchase | √ | | Responded | 9/20/05 11:46 AM |
| Email–Out | Re: Post–Purchase; Follow-up: 10972006 | √ | | Sent | 9/21/05 10:00 AM |
| Email–Out | Re: Post–Purchase; Follow-up: 10972006 | √ | | Sent | 9/22/05 9:15 AM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Post–Purchase
Sub Issue : Defective product
Comments : Hello, I was trying to find the right person to talk to but the website is not clear as to whom it may concern. I have just spent around half a grand on my ipod and accesories. I absolutely love my ipod, it is great and everything I wanted. My only dilema is the partnership between apple and itunes. I am a napster member and will remian one. But I was upset to find out that ipod doesn't work with napster. I dispise itunes mainly because they don't have the same great deals in music as napster. I can load up my mp3 with napster for $15 a month compared to the itunes alternative of $15,000.00. I am writing to get an answer as to why there is no union between napster and apple, or why itunes can't create a deal like napster. I am a college student and don't have the money to waste anymore, I want more for my buck. If there is no change I will make sure to return any merchandise I can and get an mp3 that complies with napster. And I will make sure that I voice this opinion to my college friends that also are in the market for portable music players. Again I love the merchanise of apple but I can't waste money on something that is inferior. Hopefully I can get an actual response and not a generic email to thank me for my views. Thank you for your time, hope to hear from you soon.

TrackID: 1040675

**Internal Notes:**

Request Status:  Closed

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007549

Request ID: 10972006

| | |
|---|---|
| **Problem Severity:** | (5) NA/None |
| **Cust. Priority:** | Low |
| **Category:** | Customer Problem |
| **Topic:** | Post–Purchase |
| **Sub Topic:** | Defective product |

**Customer:**

| | |
|---|---|
| **Cust. #:** | –1 |
| **E–Mail:** | Redacted |
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Fax:** | |
| **Company:** | |
| **Cafe ID:** | |
| **Contract #:** | |
| **Contract Type:** | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related Radar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related RFAs:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Assignee:**

| | |
|---|---|
| **Miniteam:** | OACEU iTunes Mac |
| **Last:** | Bovett |
| **First:** | Matt |
| **Eng. #:** | 18859 |
| **Phone:** | +1–512–6748530 |

**Originator:**

| | |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007550

Request ID: 10972006 Apple Restricted Confidential

|  |  |
|---|---|
| **Company:** |  |
| **E-Mail:** | Redacted |
| **Region:** | Other |
| **Group:** | Non–Apple |
| **Sub-Group:** | End User |

**Sender:**

|  |  |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** |  |
| **Company:** |  |
| **E-Mail:** | Redacted |

**Mailing List:**

|  | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted |  | External |

Page: 3

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007551

Email-In for Request ID: 10972006 | Apple Restricted Confidential



**Request ID:** 10972006
**Request Title:** Post–Purchase
**Respond By:**

**Subject:** Post–Purchase
**Correspondence Type:** Email–In
**State:** Responded          **Read:** Yes

**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Post–Purchase
Sub Issue : Defective product
Comments : Hello, I was trying to find the right person to talk to but the website is not clear as to whom it may concern. I have just spent around half a grand on my ipod and accesories. I absolutely love my ipod, it is great and everything I wanted. My only dilema is the partnership between apple and itunes. I am a napster member and will remian one. But I was upset to find out that ipod doesn't work with napster. I dispise itunes mainly because they don't have the same great deals in music as napster. I can load up my mp3 with napster for $15 a month compared to the itunes alternative of $15,000.00. I am writing to get an answer as to why there is no union between napster and apple, or why itunes can't create a deal like napster. I am a college student and don't have the money to waste anymore, I want more for my buck. If there is no change I will make sure to return any merchandise I can and get an mp3 that complies with napster. And I will make sure that I voice this opinion to my college friends that also are in the market for portable music players. Again I love the merchanise of apple but I can't waste money on something that is inferior. Hopefully I can get an actual response and not a generic email to thank me for my views. Thank you for your time, hope to hear from you soon.

TrackID: 1040675

**Internal Notes:**

.

**Mailing List:**

| From | Last Name | First Name | E–Mail | Phone | Dept. |
|------|-----------|-----------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007552

Apple Restricted Confidential



**Request ID:** 10972006
**Request Title:** Re: Post–Purchase
**Respond By:**

**Subject:** Re: Post–Purchase; Follow–up: 10972006
**Correspondence Type:** Email–Out
**State:** Sent

**Response:**

Dear Redacted

Thank you for contacting Apple.

After careful review of your request, we have determined that your issue is best addressed by iTunes Music Store Customer Support. To expedite a reply to your question, we have forwarded your request to them. Our support representatives will make every effort to reply to your request within 24 hours.

Please do not reply to this email as it may delay our response.

Should you need to contact the iTunes Music Store in the future, please visit: <http://www.apple.com/support/musicstore> and click the link that matches your question. If the link you have chosen does not answer your question, scroll to the area titled "Still having trouble?" and fill out the email request. Click the "Submit" button when you are ready to send us your question. You will receive a response within 24 hours.

Sincerely,

Apple Store Customer Support

The catalog of songs grows every week. Visit often to preview the latest:
<http://www.apple.com/music/store/>

Need a quick answer?

iTunes Music Store Support:
<http://www.apple.com/support/musicstore>

iTunes technical assistance:
<http://www.apple.com/support/itunes>

---

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Post–Purchase
Sub Issue : Defective product
Comments : Hello, I was trying to find the right person to talk to but the website is not clear as to whom it may concern. I have just spent around half a grand on my ipod and accesories. I absolutely love my ipod, it is great and everything I wanted. My only dilema is the partnership between apple and itunes. I am a napster member and will remian one. But I was upset to find out that ipod doesn't work with napster. I dispise itunes mainly because they don't have the same great deals in music as napster. I can load up my mp3 with napster for $15 a month compared

Page:   1

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00007553

Email–Out for Request ID: 10972006                                    Apple Restricted Confidential

to the itunes alternative of $15,000.00.  I am writing to get an answer as to why there is no union between napster and apple, or why itunes can't create a deal like napster.  I am a college student and don't have the money to waste anymore, I want more for my buck.  If there is no change I will make sure to return any merchandise I can and get an mp3 that complies with napster.  And I will make sure that I voice this opinion to my college friends that also are in the market for portable music players.  Again I love the merchanise of apple but I can't waste money on something that is inferior.  Hopefully I can get an actual response and not a generic email to thank me for my views. Thank you for your time, hope to hear from you soon.

TrackID: 1040675

**Internal Notes:**

**Mailing List:**

|      | Last Name        | First Name | E–Mail   | Phone | Dept.    |
|------|------------------|------------|----------|-------|----------|
| To:  | Unknown Address  | Sonar      | Redacted |       | External |

Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00007554

Email-Out for Request ID: 10972006  Apple Restricted Confidential

**Request ID:** 10972006
**Request Title:** Re: Post–Purchase
**Respond By:**

**Subject:** Re: Post–Purchase; Follow-up: 10972006
**Correspondence Type:** Email–Out
**State:** Sent

**Response:**

Dear Redacted

Thank you for contacting the iTunes Music Store.

We welcome your comments and suggestions regarding the iTunes Music Store. To ensure your feedback is considered for possible product enhancements or additions to the iTunes Music Store, please visit the Feedback page at <http://www.apple.com/feedback/itunes.html>.

Please note that audio files purchased through the iTunes Music Store are available in the MPEG–4 protected AAC audio format. These files are encoded at 128 kilobits per second (kbit/s). There are no other codecs or bit rates available from the iTunes Music Store.

You cannot convert protected AAC files to other formats, including MP3. Please check the documentation that came with your digital music player to see if MPEG–4 AAC files can be used. You may also wish to refer to the manufacturer's website.

For more information, please refer to the following Knowledge Base article:

iTunes 4: About third–party music players and AAC file support
<http://www.info.apple.com/kbnum/n93032>

Sincerely,

iTunes Music Store Support

Need a quick answer?

iTunes Music Store Customer Service:
<http://www.apple.com/support/musicstore/ww>

iTunes technical assistance:
<http://www.apple.com/support/itunes/ww>

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Post–Purchase
Sub Issue : Defective product
Comments : Hello, I was trying to find the right person to talk to but the website is not clear as to whom it may concern.  I have just spent around half a grand on my ipod and accesories. I absolutely love my ipod, it is great and

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007555

Apple Restricted Confidential

everything I wanted.  My only dilema is the partnership between apple and itunes.  I am a napster member and will remian one.  But I was upset to find out that ipod doesn't work with napster.  I dispise itunes mainly because they don't have the same great deals in music as napster. I can load up my mp3 with napster for $15 a month compared to the itunes alternative of $15,000.00.  I am writing to get an answer as to why there is no union between napster and apple, or why itunes can't create a deal like napster.  I am a college student and don't have the money to waste anymore, I want more for my buck.  If there is no change I will make sure to return any merchandise I can and get an mp3 that complies with napster.  And I will make sure that I voice this opinion to my college friends that also are in the market for portable music players. Again I love the merchanise of apple but I can't waste money on something that is inferior.  Hopefully I can get an actual response and not a generic email to thank me for my views.  Thank you for your time, hope to hear from you soon.

TrackID: 1040675

**Internal Notes:**

**Mailing List:**

|     | Last Name       | First Name | E–Mail   | Phone | Dept.    |
|-----|-----------------|------------|----------|-------|----------|
| To: | Unknown Address | Sonar      | Redacted |       | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00007556

Apple Restricted Confidential

|  | |
|---|---|
| **Request ID:** | 10986240 |
| **Title:** | iPod |
| **Billable:** | Not Billable |
| **Closed:** | 9/27/05 9:21 AM |
| **Time To Close(hrs):** | 32.0 |
| **Respond By:** | |
| **Created:** | 9/21/05 1:47 AM |
| **Modified:** | 9/27/05 9:22 AM |
| **Ack Sent:** | 9/23/05 1:50 PM |
| **Subject:** | iPod |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|---|---|---|---|---|---|
| Email-In | iPod | √ | | Responded | 9/21/05 1:47 AM |
| Email-Out | Re: iPod; Follow-up: 10986240 | √ | | Sent | 9/23/05 1:25 PM |
| Email-In | Re: iPod; Follow-up: 10986240 | √ | | Responded | 9/23/05 1:50 PM |
| Email-Out | Re: iPod; Follow-up: 10986240 | √ | | Sent | 9/27/05 9:21 AM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : iPod
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Affected Song   :
iPod Type       :
Comments:
Hi, I have two questions. I have several songs that are DRM encrypted AAC format, but not from the I-Tunes Music Store. Can these be imported even though they do not use your FairPlay encryption. Also, I have downloaded several songs in MP3 DRM from another music website. Is it true that I can burn these to CD and then import them to I-Tunes as it will currently not let me move them directly.
Thanks.

TrackID: 1043357

**Internal Notes:**

| | |
|---|---|
| **Request Status:** | Closed |
| **Problem Severity:** | (5) NA/None |
| **Cust. Priority:** | Low |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00007575

**Category:** Customer Problem
**Topic:** iPod
**Sub Topic:** Other

**Customer:**

**Cust. #:** -1
**E-Mail:** Redacted
**Last:** Unknown Address
**First:** Sonar
**Phone:**
**Fax:**
**Company:**
**Cafe ID:**
**Contract #:**
**Contract Type:** None

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related Radar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related RFAs:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Assignee:**

**Miniteam:** OACEU iTunes Windows
**Last:** RAZVI
**First:** MUSTAFA
**Eng. #:** 18399
**Phone:**

**Originator:**

**Last:** Unknown Address
**First:** Sonar
**Phone:**
**Company:**
**E-Mail:** Redacted

Page: 2

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00007576

| | |
|---|---|
| **Region:** | Other |
| **Group:** | Non–Apple |
| **Sub–Group:** | End User |

**Sender:**

| | |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Company:** | |
| **E–Mail:** | Redacted |

**Mailing List:**

| | Last Name | First Name | E–Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00007577

Email–In for Request ID: 10986240        Apple Restricted Confidential



**Request ID:** 10986240
**Request Title:** iPod
**Respond By:**

**Subject:** iPod
**Correspondence Type:** Email–In
**State:** Responded        **Read:** Yes

**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : iPod
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform     : Windows XPSP2
Affected Song   :
iPod Type    :
Comments:
Hi, I have two questions. I have several songs that are DRM encrypted AAC format, but not from the I–Tunes Music Store. Can these be imported even though they do not use your FairPlay encryption. Also, I have downloaded several songs in MP3 DRM from another music website. Is it true that I can burn these to CD and then import them to I–Tunes as it will currently not let me move them directly.
Thanks.

TrackID: 1043357

**Internal Notes:**

**Mailing List:**

| From | Last Name | First Name | E–Mail | Phone | Dept. |
|---|---|---|---|---|---|
| FROM: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007578



**Request ID:** 10986240
**Request Title:** Re: iPod
**Respond By:**

**Subject:** Re: iPod; Follow-up: 10986240
**Correspondence Type:** Email–Out
**State:** Sent

**Response:**

Dear Redacted

Thank you for contacting the iTunes Music Store.

Audio files purchased through the iTunes Music Store are available in the MPEG–4 protected AAC audio format. These files are encoded at 128 kilobits per second (kbit/s). There are no other codecs or bit rates available from the iTunes Music Store.

You cannot convert protected AAC files to other formats, including MP3. Please check the documentation that came with your digital music player to see if MPEG–4 AAC files can be used. You may also wish to refer to the manufacturer's website.

For more information, please refer to the following Knowledge Base article:

iTunes 4: About third–party music players and AAC file support
<http://www.info.apple.com/kbnum/n93032>

Sincerely,

iTunes Music Store Support

Need a quick answer?

iTunes Music Store Customer Service:
<http://www.apple.com/support/musicstore/ww>

iTunes technical assistance:
<http://www.apple.com/support/itunes/ww>


Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : iPod
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Affected Song    :
iPod Type        :
Comments:

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007579

Email—Out for Request ID: 10986240                               Apple Restricted Confidential

Hi, I have two questions. I have several songs that are DRM encrypted AAC format, but not from the I—Tunes Music Store. Can these be imported even though they do not use your FairPlay encryption. Also, I have downloaded several songs in MP3 DRM from another music website. Is it true that I can burn these to CD and then import them to I—Tunes as it will currently not let me move them directly.
Thanks.

TrackID: 1043357


**Internal Notes:**


**Mailing List:**

|     | Last Name        | First Name | E—Mail   | Phone | Dept.    |
|-----|------------------|------------|----------|-------|----------|
| To: | Unknown Address  | Sonar      | Redacted |       | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007580

Apple Restricted Confidential

**Request ID:** 10986240
**Request Title:** Re: iPod; Follow-up: 10986240
**Respond By:**

**Subject:** Re: iPod; Follow-up: 10986240
**Correspondence Type:** Email-In
**State:** Responded                                  **Read:** Yes

**Email Text:**

Hello,

You have not answered my question at all. Please could you help me with this.

Thanks,

Redacted

--- iTunes Music Store <mswin@apple.com> wrote:

>
> Dear Redacted
>
> Thank you for contacting the iTunes Music Store.
>
> Audio files purchased through the iTunes Music Store
> are available in the MPEG-4 protected AAC audio
> format. These files are encoded at 128 kilobits per
> second (kbit/s). There are no other codecs or bit
> rates available from the iTunes Music Store.
>
> You cannot convert protected AAC files to other
> formats, including MP3. Please check the
> documentation that came with your digital music
> player to see if MPEG-4 AAC files can be used. You
> may also wish to refer to the manufacturer's
> website.
>
> For more information, please refer to the following
> Knowledge Base article:
>
> iTunes 4: About third-party music players and AAC
> file support
> <http://www.info.apple.com/kbnum/n93032>
>
> Sincerely, ¬
>
> iTunes Music Store Support
>
> Need a quick answer?
>
> iTunes Music Store Customer Service:

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00007581

Email–In for Request ID: 10986240                              Apple Restricted Confidential

```
> <http://www.apple.com/support/musicstore/ww>
>
> iTunes technical assistance:
> <http://www.apple.com/support/itunes/ww>
>
>
>
> Customer First Name : Redacted
> Customer Last Name : Redacted
> email : Redacted
> Web Order # :
> Support Subject : iPod
> Sub Issue : Other
> Comments : iTunes Account Name: Not provided
> Platform         : Windows XPSP2
> Affected Song    :
> iPod Type        :
> Comments:
> Hi, I have two questions. I have several songs that
> are DRM encrypted AAC format, but not from the
> I–Tunes Music Store. Can these be imported even
> though they do not use your FairPlay encryption.
> Also, I have downloaded several songs in MP3 DRM
> from another music website. Is it true that I can
> burn these to CD and then import them to I–Tunes as
> it will currently not let me move them directly.
> Thanks.
>
> TrackID: 1043357
>
>
>
```

```
_____
Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com
```

**Internal Notes:**

**Mailing List:**

| From | Last Name | First Name | E–Mail | Phone | Dept. |
|------|-----------|------------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00007582

Email–Out for Request ID: 10986240                                   Apple Restricted Confidential

**Request ID:** 10986240
**Request Title:** Re: iPod; Follow-up: 10986240
**Respond By:**

**Subject:** Re: iPod; Follow-up: 10986240
**Correspondence Type:** Email–Out
**State:** Sent

**Response:**

Dear Redacted

Thank you for contacting the iTunes Music Store.

We apologize for any inconvenience you have experienced with this issue. However, the nature of your question falls outside the type of support provided via email by the iTunes Music Store team. The Music Store team answers non-technical questions about billing, customer accounts, downloading music, and Music Store content.

We encourage you to consult the following article for more information:
iTunes: Compatible Audio File Types
http://docs.info.apple.com/article.html?artnum=60775

If you have further problems transferring music purchased from other sources please contact the source where those items were purchased from

Sincerely,

iTunes Music Store Support

Need a quick answer?

iTunes Music Store Customer Service:
<http://www.apple.com/support/musicstore/ww>

iTunes technical assistance:
<http://www.apple.com/support/itunes/ww>

Hello,

You have not answered my question at all. Please could you help me with this.

Thanks,

Redacted

--- iTunes Music Store <mswin@apple.com> wrote:

>
> Dear Redacted
>
> Thank you for contacting the iTunes Music Store.
>

    Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007583

> Audio files purchased through the iTunes Music Store
> are available in the MPEG–4 protected AAC audio
> format. These files are encoded at 128 kilobits per
> second (kbit/s). There are no other codecs or bit
> rates available from the iTunes Music Store.
>
> You cannot convert protected AAC files to other
> formats, including MP3. Please check the
> documentation that came with your digital music
> player to see if MPEG–4 AAC files can be used. You
> may also wish to refer to the manufacturer's
> website.
>
> For more information, please refer to the following
> Knowledge Base article:
>
> iTunes 4: About third–party music players and AAC
> file support
> <http://www.info.apple.com/kbnum/n93032>
>
> Sincerely, ¬
>
> iTunes Music Store Support
>
> Need a quick answer?
>
> iTunes Music Store Customer Service:
> <http://www.apple.com/support/musicstore/ww>
>
> iTunes technical assistance:
> <http://www.apple.com/support/itunes/ww>
>
>
>
> Customer First Name : Redacted
> Customer Last Name : Redacted
> email : Redacted
> Web Order # :
> Support Subject : iPod
> Sub Issue : Other
> Comments : iTunes Account Name: Not provided
> Platform       : Windows XPSP2
> Affected Song    :
> iPod Type       :
> Comments:
> Hi, I have two questions. I have several songs that
> are DRM encrypted AAC format, but not from the
> I–Tunes Music Store. Can these be imported even
> though they do not use your FairPlay encryption.
> Also, I have downloaded several songs in MP3 DRM
> from another music website. Is it true that I can
> burn these to CD and then import them to I–Tunes as
> it will currently not let me move them directly.
> Thanks.
>
> TrackID: 1043357

    Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007584

Email–Out for Request ID: 10986240                                    Apple Restricted Confidential

> 
> 
> 

_____
Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

**Internal Notes:**

9/27/05 9:21 AM    MUSTAFA RAZVI:
10:30:jfrADS: 10986240 Hello, this is Jonathan. How can I help you?
10:30:murADA: This guy's trying to beat the system
10:30:murADA: he says: Hi, I have two questions. I have several songs that are DRM encrypted AAC format, but not from the I–Tunes Music Store. Can these be imported even though they do not use your FairPlay encryption. Also, I have downloaded several songs in MP3 DRM from another music website. Is it true that I can burn these to CD and then import them to I–Tunes as it will currently not let me move them directly.
10:30:murADA: let's just tell him to shut up
10:31:jfrADS: yes, indeed
10:31:jfrADS: with a boot to the front of the neck
10:31:murADA: yes
10:31:murADA: that would be good
10:31:jfrADS: hmph
10:31:jfrADS: well,
10:31:jfrADS: let's do this
10:32:jfrADS: i know there's a kbase that says what file types are supported by the iTunes application
10:32:jfrADS: let's send that,
10:32:jfrADS: and
10:32:jfrADS: if they have further problems transferring music purchased from other sources
10:32:jfrADS: into iTunes,
10:33:jfrADS: to contact the source where those items were purchased from
10:33:jfrADS: yeah.
10:35:murADA: hey man internet is not working for some reason
10:35:murADA: do u have that kbase handy?
10:36:murADA: his sucks
10:36:murADA: this
10:36:murADA: yep
10:36:murADA: not working
10:37:jfrADS: slooooowness up here
10:37:murADA: oh ok
10:42:jfrADS: a'ight.
10:42:jfrADS: i'm gettin' some coffee
10:42:jfrADS: internet hoooooooooooooooooooo
10:42:murADA: i cant do nothin
10:43:murADA: can u see if this kosher
10:43:murADA: http://docs.info.apple.com/article.html?artnum=301499
10:44:murADA: Motion 2: Supported file formats
10:44:jfrADS: no, motion 2 is a final cut pro thingy, i think
10:44:murADA: dang it

Page:  3

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00007585

Email–Out for Request ID: 10986240                         Apple Restricted Confidential

10:45:murADA: i hate these kbases
10:45:murADA: i can never find anything
10:47:murADA: ok this sucks
10:47:jfrADS: indeed.
10:47:jfrADS: i'll get coffee
10:47:jfrADS: trust me
10:47:murADA: i will
10:54:murADA: J i got nothing over here

10:54:jfrADS: yeah, same here
10:54:murADA: if u find it let me know
10:54:jfrADS: lori said it works for her now
10:54:jfrADS: lemme see what' sup
10:59:jfrADS: blah.
10:59:jfrADS: still broke
11:04:jfrADS: don't worry, man. i'll make a few personal phone calls.
11:04:jfrADS: it'll work. i'm sure of it.
11:19:murADA: http://docs.info.apple.com/article.html?artnum=60775
11:19:murADA: how u like that?
11:19:murADA: foo
11:20:murADA: iTunes: Compatible Audio File Types
11:20:jfrADS: ahh
11:20:jfrADS: mine's still f'ing slow,
11:20:jfrADS: but yes,
11:20:jfrADS: that's exactly what you need.
11:21:murADA: sheeeeeeeeeeeeeeeeee.
11:21:murADA: thnx


**Mailing List:**

| | Last Name | First Name | E–Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00007586

Request ID: 11738442                                              Apple Restricted Confidential

|                    |                        |
|--------------------|------------------------|
|       **Request ID:** | 11738442            |
|            **Title:** | Move                |
|         **Billable:** | Not Billable        |
|           **Closed:** | 10/26/05 1:42 PM    |
| **Time To Close(hrs):** | 2.0               |
|       **Respond By:** |                     |
|          **Created:** | 10/26/05 11:17 AM   |
|         **Modified:** | 10/26/05 1:42 PM    |
|         **Ack Sent:** | 10/26/05 11:17 AM   |
|                    |                        |
|          **Subject:** | Move                |

**Related Correspondences:**

| Type      | Subject                     | Read | Encl. | State      | Created Date      |
|-----------|-----------------------------|------|-------|------------|-------------------|
| Email-In  | Move                        | √    |       | Responded  | 10/26/05 11:17 AM |
| Email-Out | Re: Move; Follow-up: 11738442 | √  |       | Sent       | 10/26/05 1:42 PM  |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Move
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Comments:
Good afternoon. I placed an order for a Video iPod yesterday afternoon. I did so because your phone
representative assured me that any music I already purchased from Buymusic.com and Walmart.com would transfer
directly to iTunes and then to my new iPod. I've subsequently heard from other iPod users that this is not the case.
Can you please address this issue – will the music I have already purchased from Buymusic.com and Walmart.com
(in MP3 format) transfer directly to iTunes and then to my iPod? Does it matter that this music is protected using
either Buy.com's or Walmart.com's encryption? Thank you.

TrackID: 1177275

**Internal Notes:**

10/26/05 1:42 PM    TAYLOR PAUSEWANG:
3:19:RIEADS: 11738442 Greetings, this is Richard. How can I help you?
3:20:tapADA: says phone rep told him that music from Buymusic.com and Walmart.com would transfer directly to
iTunes and then iPod.
3:39:RIEADS: put on top of "3rd party player support"
3:40:tapADA: oh really?
3:40:tapADA: wait those are music stores not players though
3:40:tapADA: they are mp3 music files
3:40:tapADA: i think

    Page:   1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00008481

3:41:RIEADS: yeah – they are – but we can't help them transfer files from a competitor's music store.... ;–)
3:41:tapADA: hahah ok

|  |  |
|---|---|
| **Request Status:** | Closed |
| **Problem Severity:** | (5) NA/None |
| **Cust. Priority:** | Low |
| **Category:** | Customer Problem |
| **Topic:** | Move |
| **Sub Topic:** | Other |

**Customer:**

|  |  |
|---|---|
| **Cust. #:** | –1 |
| **E–Mail:** | Redacted |
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Fax:** | |
| **Company:** | |
| **Cafe ID:** | |
| **Contract #:** | |
| **Contract Type:** | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related Radar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related RFAs:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Assignee:**

|  |  |
|---|---|
| **Miniteam:** | OACEU iTunes Windows |
| **Last:** | PAUSEWANG |
| **First:** | TAYLOR |
| **Eng. #:** | 18860 |
| **Phone:** | |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00008482

Request ID: 11738442                                      Apple Restricted Confidential

**Originator:**

|  |  |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Company:** | |
| **E-Mail:** | Redacted |
| **Region:** | Other |
| **Group:** | Non-Apple |
| **Sub-Group:** | End User |

**Sender:**

|  |  |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Company:** | |
| **E-Mail:** | Redacted |

**Mailing List:**

| | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

Page: 3

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00008483

Apple Restricted Confidential



**Request ID:** 11738442
**Request Title:** Move
**Respond By:**

**Subject:** Move
**Correspondence Type:** Email-In
**State:** Responded                           **Read:** Yes

**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Move
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform          : Windows XPSP2
Comments:
Good afternoon.  I placed an order for a Video iPod yesterday afternoon.  I did so because your phone
representative assured me that any music I already purchased from Buymusic.com and Walmart.com would transfer
directly to iTunes and then to my new iPod.  I've subsequently heard from other iPod users that this is not the case.
Can you please address this issue – will the music I have already purchased from Buymusic.com and Walmart.com
(in MP3 format) transfer directly to iTunes and then to my iPod?  Does it matter that this music is protected using
either Buy.com's or Walmart.com's encryption?  Thank you.

TrackID: 1177275

**Internal Notes:**

10/26/05 1:42 PM    TAYLOR PAUSEWANG:
3:19:RIEADS: 11738442 Greetings, this is Richard. How can I help you?
3:20:tapADA: says phone rep told him that music from Buymusic.com and Walmart.com would transfer directly to
iTunes and then iPod.
3:39:RIEADS: put on top of "3rd party player support"
3:40:tapADA: oh really?
3:40:tapADA: wait those are music stores not players though
3:40:tapADA: they are mp3 music files
3:40:tapADA: i think
3:41:RIEADS: yeah – they are - but we can't help them transfer files from a competitor's music store.... ;–)
3:41:tapADA: hahah ok

**Mailing List:**

| From | Last Name | First Name | E-Mail | Phone | Dept. |
|------|-----------|------------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00008484

Email–Out for Request ID: 11738442                                          Apple Restricted Confidential



**Request ID:** 11738442
**Request Title:** Re: Move
**Respond By:**

**Subject:** Re: Move; Follow-up: 11738442
**Correspondence Type:** Email–Out
**State:** Sent

**Response:**

Dear Redacted

Thank you for contacting the iTunes Music Store.

Audio files purchased through the iTunes Music Store are available in the MPEG–4 protected AAC audio format. These files are encoded at 128 kilobits per second (kbit/s). There are no other codecs or bit rates available from the iTunes Music Store.

You cannot convert protected AAC files to other formats, including MP3. Please check the documentation that came with your digital music player to see if MPEG–4 AAC files can be used. You may also wish to refer to the manufacturer's website.

For more information, please refer to the following Knowledge Base article:

iTunes 4: About third–party music players and AAC file support
<http://www.info.apple.com/kbnum/n93032>

Sincerely,

iTunes Music Store Support

Need a quick answer?

iTunes Music Store Customer Service:
<http://www.apple.com/support/musicstore/ww>

iTunes technical assistance:
<http://www.apple.com/support/itunes/ww>

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Move
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform          : Windows XPSP2
Comments:
Good afternoon.  I placed an order for a Video iPod yesterday afternoon.  I did so because your phone representative assured me that any music I already purchased from Buymusic.com and Walmart.com would transfer directly to iTunes and then to my new iPod.  I've subsequently heard from other iPod users that this is not the case. Can you please address this issue – will the music I have already purchased from Buymusic.com and Walmart.com (in MP3 format) transfer directly to iTunes and then to my iPod?  Does it matter that this music is protected using

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00008485

Email-Out for Request ID: 11738442                          Apple Restricted Confidential

either Buy.com's or Walmart.com's encryption?  Thank you.

TrackID: 1177275

**Internal Notes:**

**Mailing List:**

|     | Last Name        | First Name | E-Mail   | Phone | Dept.    |
|-----|------------------|------------|----------|-------|----------|
| To: | Unknown Address  | Sonar      | Redacted |       | External |

Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00008486

Request ID: 11745589                                        Apple Restricted Confidential

|  | **Request ID:** | 11745589 |
|--|--|--|
|  | **Title:** | Songs |
|  | **Billable:** | Not Billable |
|  | **Closed:** | 10/27/05 9:18 PM |
|  | **Time To Close(hrs):** | 8.0 |
|  | **Respond By:** | |
|  | **Created:** | 10/26/05 5:01 PM |
|  | **Modified:** | 10/27/05 9:19 PM |
|  | **Ack Sent:** | 10/26/05 5:01 PM |
|  | | |
|  | **Subject:** | Songs |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|------|---------|------|-------|-------|--------------|
| Email-In | Songs | √ | | Responded | 10/26/05 5:01 PM |
| Email-Out | Re: Songs; Follow-up: 11745589 | √ | | Sent | 10/27/05 9:18 PM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform           : Windows XPSP2
Song Name          :
Error Code         :
Other Error        :
Comments:
I'm considering purchasing an iPod and using iTunes.  Can I play my already purchased songs from Napster, that I currently play on my Rio mp3, on an iPod?  Can I play purchased iTunes songs on my Rio mp3? Thanks for your help, Redacted

TrackID: 1178265

**Internal Notes:**

|  | **Request Status:** | Closed |
|--|--|--|
|  | **Problem Severity:** | (5) NA/None |
|  | **Cust. Priority:** | Low |
|  | **Category:** | Customer Problem |
|  | **Topic:** | Songs |
|  | **Sub Topic:** | Other |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00008499

Apple Restricted Confidential

**Customer:**

|  |  |
|---|---|
| **Cust. #:** | -1 |
| **E-Mail:** | Redacted |
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Fax:** | |
| **Company:** | |
| **Cafe ID:** | |
| **Contract #:** | |
| **Contract Type:** | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related Radar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related RFAs:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Assignee:**

|  |  |
|---|---|
| **Miniteam:** | OACEU iTunes Windows |
| **Last:** | MIROGLU |
| **First:** | MEHMET |
| **Eng. #:** | 20441 |
| **Phone:** | |

**Originator:**

|  |  |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Company:** | |
| **E-Mail:** | Redacted |
| **Region:** | Other |
| **Group:** | Non-Apple |
| **Sub-Group:** | End User |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00008500

Apple Restricted Confidential

**Sender:**

|  |  |
|---|---|
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** |  |
| **Company:** |  |
| **E-Mail:** | Redacted |

**Mailing List:**

| | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

Page: 3

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00008501

Email–In for Request ID: 11745589                                    Apple Restricted Confidential



**Request ID:** 11745589
**Request Title:** Songs
**Respond By:**

**Subject:** Songs
**Correspondence Type:** Email–In
**State:** Responded

**Read:** Yes

**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Song Name       :
Error Code      :
Other Error     :
Comments:
I'm considering purchasing an iPod and using iTunes.  Can I play my already purchased songs from Napster, that I
currently play on my Rio mp3, on an iPod?  Can I play purchased iTunes songs on my Rio mp3? Thanks for your
help, Redacted

TrackID: 1178265

**Internal Notes:**

**Mailing List:**

| From | Last Name | First Name | E–Mail | Phone | Dept. |
|------|-----------|------------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00008502

Email-Out for Request ID: 11745589                                    Apple Restricted Confidential

**Request ID:** 11745589
**Request Title:** Re: Songs
**Respond By:**

**Subject:** Re: Songs; Follow-up: 11745589
**Correspondence Type:** Email-Out
**State:** Sent

**Response:**

Dear Redacted

Thank you for contacting the iTunes Music Store.

Audio files purchased through the iTunes Music Store are available in the MPEG-4 protected AAC audio format. These files are encoded at 128 kilobits per second (kbit/s). There are no other codecs or bit rates available from the iTunes Music Store.

You cannot convert protected AAC files to other formats, including MP3. Please check the documentation that came with your digital music player to see if MPEG-4 AAC files can be used. You may also wish to refer to the manufacturer's website.

For more information, please refer to the following Knowledge Base article:

iTunes 4: About third-party music players and AAC file support
<http://www.info.apple.com/kbnum/n93032>

Sincerely,

iTunes Music Store Support

Need a quick answer?

iTunes Music Store Customer Service:
<http://www.apple.com/support/musicstore/ww>

iTunes technical assistance:
<http://www.apple.com/support/itunes/ww>

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Song Name       :
Error Code      :
Other Error     :
Comments:
I'm considering purchasing an iPod and using iTunes.  Can I play my already purchased songs from Napster, that I currently play on my Rio mp3, on an iPod?  Can I play purchased iTunes songs on my Rio mp3? Thanks for your

Page: 1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00008503

Email–Out for Request ID: 11745589        Apple Restricted Confidential

help, Redacted

TrackID: 1178265

**Internal Notes:**

**Mailing List:**

| | Last Name | First Name | E–Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00008504

Request ID: 16420343                                                      Apple Restricted Confidential

|                          |                      |
|--------------------------|----------------------|
| **Request ID:**          | 16420343             |
| **Subject:**             | Songs                |
| **Web Order #:**         |                      |
| **Closed:**              | 5/17/06 1:07 PM      |
| **Time To Close(hrs):**  | 5.0                  |
| **Respond By:**          |                      |
| **Created:**             | 5/16/06 7:46 PM      |
| **Modified:**            | 5/17/06 1:08 PM      |
| **Ack Sent:**            | 5/16/06 7:46 PM      |

**Related Correspondences:**

| Type      | Subject                        | Read | Encl. | State       | Created Date    |
|-----------|--------------------------------|------|-------|-------------|-----------------|
| Email-In  | Songs                          | √    |       | Responded   | 5/16/06 7:46 PM |
| Email-Out | Re: Songs; Follow-up: 16420343 | √    |       | Sent        | 5/17/06 1:07 PM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform          : Windows 2000
Song Name         :
Error Code        :
Other Error       :
Location          : undefined (min:sec for reference: NA:NA)
Comments:
how do you import songs that are already on my computer?  I have almost 700 songs on my Windows media player
and do not want to redo them all and many I bought on msn music.  Is there anyway to get them on my new ipod?
If not I will take it back because it is of no use to me with out the music I have taken years to collect.  Thank you

TrackID: 2062693

**Internal Notes:**

5/17/06 12:57 PM    LINDSEY MEYER:
referring customer to kbase for importing and trouble transferring

|                      |                   |
|----------------------|-------------------|
| **Request Status:**  | Closed            |
| **Category:**        | Customer Problem  |
| **Support Subject:** | Songs             |
| **Sub Issue:**       | Other             |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00067464

Request ID: 16420343 | Apple Restricted Confidential

**Customer:**

|  |  |
|---|---|
| **Cust. #:** | |
| **E-Mail:** | Redacted |
| **Last:** | Redacted |
| **First:** | Redacted |
| **Phone:** | |
| **Fax:** | |
| **Company:** | |
| **Cafe ID:** | |
| **Contract Type:** | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Assignee:**

|  |  |
|---|---|
| **Miniteam:** | OACEU iTunes Windows |
| **Last:** | Meyer |
| **First:** | Lindsey |
| **Eng. #:** | 22193 |
| **Phone:** | +1-512-674-2484 |

**Mailing List:**

| | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Redacted | Redacted | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00067465

Email-In for Request ID: 16420343 | Apple Restricted Confidential

**Request ID:** 16420343
**Request Title:** Songs
**Respond By:**

**Subject:** Songs
**Correspondence Type:** Email-In
**State:** Responded

**Read:** Yes

**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows 2000
Song Name       :
Error Code      :
Other Error     :
Location        : undefined (min:sec for reference: NA:NA)
Comments:
how do you import songs that are already on my computer?  I have almost 700 songs on my Windows media player
and do not want to redo them all and many I bought on msn music.  Is there anyway to get them on my new ipod?
If not I will take it back because it is of no use to me with out the music I have taken years to collect.  Thank you

TrackID: 2062693

**Internal Notes:**

5/17/06 12:57 PM    LINDSEY MEYER:
referring customer to kbase for importing and trouble transferring

**Mailing List:**

| From | Last Name | First Name | E–Mail | Phone | Dept. |
|------|-----------|------------|--------|-------|-------|
| FROM: | Redacted | Redacted | Redacted | | External |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067466

Email–Out for Request ID: 16420343                                                    Apple Restricted Confidential



**Request ID:** 16420343
**Request Title:** Re: Songs
**Respond By:**

**Subject:** Re: Songs; Follow-up: 16420343
**Correspondence Type:** Email-Out
**State:** Sent

**Response:**

Dear Redacted

I'm sorry you're having trouble transferring your purchased item to your iPod. Here are some resources that might help resolve this issue.

This article will give an importing overview:

http://docs.info.apple.com/article.html?path=iTunesWin/6.0/en/659ovr1win.html

These articles will help you import songs into iTunes:

http://docs.info.apple.com/article.html?artnum=93390

http://docs.info.apple.com/article.html?artnum=301509

When you refer to this article, please keep in mind, that you may want to covert WMA files to ACC file format:

http://docs.info.apple.com/article.html?artnum=93118

If you have never transferred to your iPod before, read this short article to get started:

http://www.info.apple.com/kbnum/n165242

The most common reason items won't transfer is that the iPod software or iTunes is out-of-date. Please visit these links to download and install the latest version of the iPod's software and iTunes.

iPod: http://www.apple.com/ipod/download
iTunes: http://www.apple.com/itunes/download/

If you have never updated your iPod before, here are easy instructions to walk you through the process:

http://www.info.apple.com/kbnum/n60944

If you have the latest version of iTunes and the iPod software, and you still can't transfer to your iPod, please read our troubleshooting article on this subject:

http://www.info.apple.com/kbnum/n93867

I hope this helps resolve the problem you are experiencing with your iPod.  If it does not, AppleCare (Apple's technical support department) will be able to assist you further.

http://www.apple.com/support/ipod/

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00067467

Email–Out for Request ID: 16420343 | Apple Restricted Confidential

Thank you for your time and patience.

Kind Regards,

Lindsey
The iTunes Music Store team
http://www.apple.com/support/itunes/ww/

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Songs
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform         : Windows 2000
Song Name        :
Error Code       :
Other Error      :
Location         : undefined (min:sec for reference: NA:NA)
Comments:
how do you import songs that are already on my computer?  I have almost 700 songs on my Windows media player
and do not want to redo them all and many I bought on msn music.  Is there anyway to get them on my new ipod?
If not I will take it back because it is of no use to me with out the music I have taken years to collect.  Thank you

TrackID: 2062693

**Internal Notes:**

**Mailing List:**

|     | Last Name | First Name | E–Mail   | Phone | Dept.    |
|-----|-----------|------------|----------|-------|----------|
| To: | Redacted  | Redacted   | Redacted |       | External |

Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AllA00067468

Request ID: 16454941

Apple Restricted Confidential



|  |  |
|---|---|
| **Request ID:** | 16454941 |
| **Subject:** | Download |
| **Web Order #:** | |
| **Closed:** | 5/18/06 9:19 AM |
| **Time To Close(hrs):** | 1.0 |
| **Respond By:** | |
| **Created:** | 5/18/06 2:45 AM |
| **Modified:** | 5/18/06 9:19 AM |
| **Ack Sent:** | 5/18/06 2:45 AM |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|------|---------|------|-------|-------|--------------|
| Email-In | Download | √ | | Responded | 5/18/06 2:45 AM |
| Email-Out | Re: Download; Follow-up: 16454941 | √ | | Sent | 5/18/06 9:19 AM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Download
Sub Issue : Other
Comments : iTunes Account Name: Redacted
Platform        : Windows XPSP1
Error Code      :
Other Error     :
Comments:
When we first installed this, it downloaded most of my songs that I have in Windows Media Player into the IPOD library.  But some did not.  I purchased a lot of my music for windows from Walmart and some of them won't download into this IPOD library.  Why is that?

TrackID: 2067563

**Internal Notes:**

5/18/06 9:17 AM    BILLYE EDWARDS:
advised customer to contact ipod tech support for this issue. t1-desktop rotation

|  |  |
|---|---|
| **Request Status:** | Closed |
| **Category:** | Customer Problem |
| **Support Subject:** | Download |
| **Sub Issue:** | Other |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067479

Request ID: 16454941                                      Apple Restricted Confidential

**Customer:**

|  |  |
|---|---|
| **Cust. #:** | −1 |
| **E–Mail:** | Redacted |
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Fax:** | |
| **Company:** | |
| **Cafe ID:** | |
| **Contract Type:** | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Assignee:**

|  |  |
|---|---|
| **Miniteam:** | OACEU iTunes Windows |
| **Last:** | Edwards |
| **First:** | Billye |
| **Eng. #:** | 22270 |
| **Phone:** | |

**Mailing List:**

| | Last Name | First Name | E–Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00067480

Email-In for Request ID: 16454941                                Apple Restricted Confidential

**Request ID:** 16454941
**Request Title:** Download
**Respond By:**

**Subject:** Download
**Correspondence Type:** Email–In
**State:** Responded                                    **Read:** Yes

**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Download
Sub Issue : Other
Comments : iTunes Account Name: Redacted
Platform        : Windows XPSP1
Error Code      :
Other Error     :
Comments:
When we first installed this, it downloaded most of my songs that I have in Windows Media Player into the IPOD library.  But some did not.  I purchased a lot of my music for windows from Walmart and some of them won't download into this IPOD library.  Why is that?

TrackID: 2067563

**Internal Notes:**

5/18/06 9:17 AM    BILLYE EDWARDS:
advised customer to contact ipod tech support for this issue. t1–desktop rotation

**Mailing List:**

| From | Last Name | First Name | E–Mail | Phone | Dept. |
|------|-----------|-----------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00067481

Email–Out for Request ID: 16454941                                    Apple Restricted Confidential

          **Request ID:**   16454941
                  **Request Title:**  Re: Download
                  **Respond By:**


                  **Subject:**   Re: Download; Follow-up: 16454941
      **Correspondence Type:**   Email–Out
                  **State:**    Sent


**Response:**

Dear  Redacted

Thank you for contacting the iTunes Music Store.

The iTunes Music Store team answers non–technical questions about billing, customer accounts, downloading music, and iTunes Music Store content.

Many questions about your iTunes software can be answered by choosing "iTunes and Music Store Help" from the Help menu.

For online information, visit iTunes Support at <http://www.apple.com/support/itunes>.

To access the discussion boards for iTunes and other Apple services, please visit <http://discussions.info.apple.com>.

For support for your iPod, please visit: <http://www.apple.com/support/ipod/>

If you require assistance beyond the complimentary support available online, please call AppleCare technical support at 800–APL–CARE (800–275–2273). Help is available seven days a week from 8:00 a.m. to 8:00 p.m. central time. There may be a fee associated with the call.

Sincerely,

Billye
The iTunes Music Store team
http://www.apple.com/support/itunes/ww/

Customer First Name :  Redacted
Customer Last Name :  Redacted
email :  Redacted
Web Order # :
Support Subject : Download
Sub Issue : Other
Comments : iTunes Account Name:  Redacted
Platform        : Windows XPSP1
Error Code      :
Other Error     :
Comments:
When we first installed this, it downloaded most of my songs that I have in Windows Media Player into the IPOD library.  But some did not.  I purchased a lot of my music for windows from Walmart and some of them won't download into this IPOD library.  Why is that?

       Page:   1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067482

Email-Out for Request ID: 16454941                          Apple Restricted Confidential

TrackID: 2067563

**Internal Notes:**

**Mailing List:**

|     | Last Name | First Name | E-Mail | Phone | Dept. |
|-----|-----------|------------|--------|-------|-------|
| To: | Unknown Address | Sonar | Redacted |  | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067483

Request ID: 16773258

Apple Restricted Confidential

|   |   |
|---|---|
| **Request ID:** | 16773258 |
| **Subject:** | Post-Purchase |
| **Web Order #:** | |
| **Closed:** | 6/1/06 4:31 AM |
| **Time To Close(hrs):** | 0.0 |
| **Respond By:** | |
| **Created:** | 5/31/06 5:11 PM |
| **Modified:** | 6/1/06 4:32 AM |
| **Ack Sent:** | |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|------|---------|------|-------|-------|--------------|
| Email-In | Post-Purchase | √ | | Responded | 5/31/06 5:11 PM |
| Email-Out | Re: Post-Purchase; Follow-up: 16773258 | √ | | Sent | 5/31/06 5:19 PM |
| Email-Out | Re: Post-Purchase; Follow-up: 16773258 | √ | | Sent | 6/1/06 4:31 AM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Post-Purchase
Sub Issue : Defective product
Comments : I bought a IPod shuffle for my wife.  I have a Rio mp3 player and use napster to download my music.  I can't get my new downloaded music to ITunes so I can listen to it on the IPod.  What is the resolution to this problem?  Your attention in this matter is greatly appreciated.

TrackID: 2120977

**Internal Notes:**

6/1/06 4:32 AM    CLIFTON PAIGE:
advised cust with kbase:
Adding songs from the Internet to your library
http://docs.info.apple.com/article.html?path=iTunesWin/6.0/en/526.html

|   |   |
|---|---|
| **Request Status:** | Closed |
| **Category:** | Customer Problem |
| **Support Subject:** | Post-Purchase |
| **Sub Issue:** | Defective product |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AllA00067605

Request ID: 16773258

Apple Restricted Confidential

**Customer:**

|  |  |
|---|---|
| **Cust. #:** | −1 |
| **E-Mail:** | Redacted |
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** |  |
| **Fax:** |  |
| **Company:** |  |
| **Cafe ID:** |  |
| **Contract Type:** | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
|  |  |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Assignee:**

|  |  |
|---|---|
| **Miniteam:** | OACEU iTunes Mac |
| **Last:** | Paige |
| **First:** | Clifton |
| **Eng. #:** | 22565 |
| **Phone:** |  |

**Mailing List:**

|  | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted |  | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00067606

Email–In for Request ID: 16773258                                    Apple Restricted Confidential

**Request ID:** 16773258
**Request Title:** Post–Purchase
**Respond By:**

**Subject:** Post–Purchase
**Correspondence Type:** Email–In
**State:** Responded                        **Read:** Yes

**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Post–Purchase
Sub Issue : Defective product
Comments : I bought a IPod shuffle for my wife.  I have a Rio mp3 player and use napster to download my music.  I can't get my new downloaded music to ITunes so I can listen to it on the IPod.  What is the resolution to this problem?  Your attention in this matter is greatly appreciated.

TrackID: 2120977

**Internal Notes:**

6/1/06 4:32 AM   CLIFTON PAIGE:
advised cust with kbase:
Adding songs from the Internet to your library
http://docs.info.apple.com/article.html?path=iTunesWin/6.0/en/526.html

**Mailing List:**

| From | Last Name | First Name | E–Mail | Phone | Dept. |
|------|-----------|-----------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067607

Email–Out for Request ID: 16773258                                    Apple Restricted Confidential



        **Request ID:**  16773258
     **Request Title:**  Re: Post–Purchase
     **Respond By:**

           **Subject:**  Re: Post–Purchase; Follow-up: 16773258
**Correspondence Type:**  Email–Out
            **State:**  Sent

**Response:**

Dear Redacted

Thank you for contacting Apple.

After careful review of your request, we have determined that your issue is best addressed by iTunes Music Store Customer Support. To expedite a reply to your question, we have forwarded your request to them. Our support representatives will make every effort to reply to your request within 72 hours.

Please do not reply to this email as it may delay our response.

Should you need to contact the iTunes Music Store in the future, please visit: <http://www.apple.com/support/musicstore> and click the link that matches your question. If the link you have chosen does not answer your question, scroll to the area titled "Still having trouble?" and fill out the email request. Click the "Submit" button when you are ready to send us your question. You will receive a response within 72 hours.

Sincerely,

Apple Store Customer Support

The catalog of songs grows every week. Visit often to preview the latest:
<http://www.apple.com/music/store/>

Need a quick answer?

iTunes Music Store Support:
<http://www.apple.com/support/musicstore>

iTunes technical assistance:
<http://www.apple.com/support/itunes>

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Post-Purchase
Sub Issue : Defective product
Comments : I bought a IPod shuffle for my wife.  I have a Rio mp3 player and use napster to download my music.  I can't get my new downloaded music to ITunes so I can listen to it on the IPod.  What is the resolution to this problem?  Your attention in this matter is greatly appreciated.

TrackID: 2120977

    Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067608

Email–Out for Request ID: 16773258                                    Apple Restricted Confidential

**Internal Notes:**

**Mailing List:**

|     | Last Name | First Name | E–Mail | Phone | Dept. |
|-----|-----------|------------|--------|-------|-------|
| To: | Unknown Address | Sonar | Redacted |  | External |

Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067609

Email–Out for Request ID: 16773258                                    Apple Restricted Confidential



          **Request ID:**  16773258
       **Request Title:**  Re: Post–Purchase
        **Respond By:**


          **Subject:**  Re: Post–Purchase; Follow-up: 16773258
 **Correspondence Type:**  Email–Out
           **State:**  Sent


**Response:**

Dear Redacted

I apologize for any inconvenience you may have experienced as a result of this issue. However, your question requires a kind of technical assistance that iTunes Store Customer Support does not provide. The iTunes Store team answers questions about billing, customer accounts, downloading items, and the selections available on the iTunes Store.

You may find useful information in this article:

Adding songs from the Internet to your library
http://docs.info.apple.com/article.html?path=iTunesWin/6.0/en/526.html

You'll find a wide variety of helpful tutorials, troubleshooting tips, and support information at http://www.apple.com/support/itunes.

Sincerely,

Clifton
iTunes Store Customer Support
http://www.apple.com/support/musicstore/ww

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Post–Purchase
Sub Issue : Defective product
Comments : I bought a IPod shuffle for my wife.  I have a Rio mp3 player and use napster to download my music.  I can't get my new downloaded music to ITunes so I can listen to it on the IPod.  What is the resolution to this problem?  Your attention in this matter is greatly appreciated.

TrackID: 2120977




**Internal Notes:**



**Mailing List:**

    Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00067610

Email-Out for Request ID: 16773258                    Apple Restricted Confidential

| | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067611

Request ID: 16802908 | Apple Restricted Confidential

|  | Request ID: | 16802908 |
| --- | --- | --- |
|  | Subject: | iPod |
|  | Web Order #: |  |
|  | Closed: | 6/1/06 4:54 PM |
|  | Time To Close(hrs): | 0.0 |
|  | Respond By: |  |
|  | Created: | 6/1/06 4:46 PM |
|  | Modified: | 6/1/06 4:54 PM |
|  | Ack Sent: | 6/1/06 4:46 PM |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
| --- | --- | --- | --- | --- | --- |
| Email-In | iPod | √ |  | Responded | 6/1/06 4:46 PM |
| Email-Out | Re: iPod; Follow-up: 16802908 | √ |  | Sent | 6/1/06 4:54 PM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : iPod
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform       : Windows XPSP2
Affected Song     :
iPod Type     : iPod mini
Comments:
I had another type of MP3 player that crashed. I bought an I-pod mini and my songs won't convert. I paid for these songs and it says they are right protected, but they shouldn't be for my personal use on another player. They are in the "my music" file and were purchased through Musicmatch Jukebox.

HELP....I don't want to pay again, just because i changed to your hardware.

TrackID: 2125373


**Internal Notes:**


6/1/06 4:54 PM    MARK GREJDA:
cust not an itunes music store cust. referred cust to tech support with her iPod problems

|  |  |
| --- | --- |
| Request Status: | Closed |
| Category: | Customer Problem |
| Support Subject: | iPod |
| Sub Issue: | Other |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067632

Request ID: 16802908                                      Apple Restricted Confidential

**Customer:**

|  |  |
|---|---|
| **Cust. #:** | −1 |
| **E-Mail:** | Redacted |
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Fax:** | |
| **Company:** | |
| **Cafe ID:** | |
| **Contract Type:** | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Assignee:**

|  |  |
|---|---|
| **Miniteam:** | OACEU iTunes Windows |
| **Last:** | GREJDA |
| **First:** | MARK |
| **Eng. #:** | 23163 |
| **Phone:** | |

**Mailing List:**

|  | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067633

Email-In for Request ID: 16802908 | Apple Restricted Confidential



**Request ID:** 16802908
**Request Title:** iPod
**Respond By:**

**Subject:** iPod
**Correspondence Type:** Email-In
**State:** Responded                    **Read:** Yes

**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : iPod
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Affected Song     :
iPod Type     : iPod mini
Comments:
I had another type of MP3 player that crashed.  I bought an I-pod mini and my songs won't convert.  I paid for these songs and it says they are right protected, but they shouldn't be for my personal use on another player.  They are in the "my music" file and were purchased through Musicmatch Jukebox.

HELP....I don't want to pay again, just because i changed to your hardware.

TrackID: 2125373


**Internal Notes:**


6/1/06 4:54 PM    MARK GREJDA:
cust not an itunes music store cust. referred cust to tech support with her iPod problems


**Mailing List:**

| From | Last Name | First Name | E-Mail | Phone | Dept. |
|------|-----------|------------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AllA00067634

Email-Out for Request ID: 16802908                                    Apple Restricted Confidential



**Request ID:** 16802908
**Request Title:** Re: iPod
**Respond By:**


**Subject:** Re: iPod; Follow-up: 16802908
**Correspondence Type:** Email-Out
**State:** Sent


**Response:**

Dear Redacted

Thank you for contacting the iTunes Music Store.

The iTunes Store team answers questions via email about billing, customer accounts, downloading items, and the selections available on the iTunes Store.

Apple offers a wealth of iTunes technical resources to help you maximize your listening and viewing pleasure:

To find answers to your questions about iTunes, open iTunes and choose "iTunes and Music Store Help" from the Help menu.

To learn useful troubleshooting tips and tricks, browse the selection of technical articles available at http://www.apple.com/support/itunes.

To post questions and read answers provided by other iTunes users, join the iTunes discussion forum at http://discussions.info.apple.com.

To get technical assistance and service information for your iPod, visit http://www.apple.com/support/ipod.

If you require more in-depth assistance, please call Apple technical support at 800-APL-CARE (800-275-2273). Help is available seven days a week from 8:00 a.m. to 8:00 p.m. central time. There may be a fee associated with the call.

Sincerely,
Mark
iTunes Store Customer Support
http://www.apple.com/support/musicstore/ww

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : iPod
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP2
Affected Song   :
iPod Type       : iPod mini
Comments:
I had another type of MP3 player that crashed. I bought an I-pod mini and my songs won't convert. I paid for these songs and it says they are right protected, but they shouldn't be for my personal use on another player. They are in the "my music" file and were purchased through Musicmatch Jukebox.

Page: 1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067635

Email–Out for Request ID: 16802908          Apple Restricted Confidential

HELP....I don't want to pay again, just because i changed to your hardware.

TrackID: 2125373

**Internal Notes:**

**Mailing List:**

| | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00067636

Request ID: 17102749                                    Apple Restricted Confidential

| | |
|---|---|
| **Request ID:** | 17102749 |
| **Subject:** | Download |
| **Web Order #:** | |
| **Closed:** | 6/15/06 9:51 AM |
| **Time To Close(hrs):** | 1.0 |
| **Respond By:** | |
| **Created:** | 6/15/06 3:15 AM |
| **Modified:** | 6/15/06 9:51 AM |
| **Ack Sent:** | 6/15/06 3:15 AM |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|---|---|---|---|---|---|
| Email-In | Download | √ | | Responded | 6/15/06 3:15 AM |
| Email-Out | Re: Download; Follow-up: 17102749 | √ | | Sent | 6/15/06 9:51 AM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Download
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP1
Error Code        :
Other Error        :
Comments:
Is ipod compatible with music purchased and downloaded from other music sources, like windows media player, napster, or sony connect?

Meaning if I already have a large library from these other sources would I be able to transfer these to an ipod.

TrackID: 2175646

**Internal Notes:**

6/15/06 9:51 AM    Patrick McHenry:
custom response with tech redirect

| | |
|---|---|
| **Request Status:** | Closed |
| **Category:** | Customer Problem |
| **Support Subject:** | Download |
| **Sub Issue:** | Other |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067979

Request ID: 17102749                                    Apple Restricted Confidential

**Customer:**

|  |  |
|---|---|
| Cust. #: | -1 |
| E-Mail: | Redacted |
| Last: | Unknown Address |
| First: | Sonar |
| Phone: | |
| Fax: | |
| Company: | |
| Cafe ID: | |
| Contract Type: | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Assignee:**

|  |  |
|---|---|
| Miniteam: | OACEU iTunes Windows |
| Last: | McHenry |
| First: | Patrick |
| Eng. #: | 23184 |
| Phone: | |

**Mailing List:**

| | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00067980

**Request ID:** 17102749
**Request Title:** Download
**Respond By:**

**Subject:** Download
**Correspondence Type:** Email-In
**State:** Responded                              **Read:** Yes

**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Download
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP1
Error Code      :
Other Error     :
Comments:
Is ipod compatible with music purchased and downloaded from other music sources, like windows media player, napster, or sony connect?

Meaning if I already have a large library from these other sources would I be able to transfer these to an ipod.

TrackID: 2175646

**Internal Notes:**

6/15/06 9:51 AM   Patrick McHenry:
custom response with tech redirect

**Mailing List:**

| From | Last Name | First Name | E-Mail | Phone | Dept. |
|------|-----------|-----------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067981

Email–Out for Request ID: 17102749          Apple Restricted Confidential

**Request ID:** 17102749
**Request Title:** Re: Download
**Respond By:**

**Subject:** Re: Download; Follow–up: 17102749
**Correspondence Type:** Email–Out
**State:** Sent

**Response:**

Dear Redacted

Thank you for contacting the iTunes Music Store.

Good question regarding the iPod and file formats, unfortunately, we do not really field these types of inquiries through the Music Store support channel.

However, I will tell you that many file formats will transfer over to the iPod once you have them within iTunes. In iTunes, simply go to File > Add to Library and locate the files you would like to add. Then you can transfer files over, including MP3 files. If this does not help, or you need more clarification, please start with the following link:

http://www.apple.com/support/ipod/

Thank you for being an iTunes Music Store customer. We appreciate your business.

Sincerely,

Patrick
iTunes Store Customer Support
http://www.apple.com/support/itunes/ww/

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Download
Sub Issue : Other
Comments : iTunes Account Name: Not provided
Platform        : Windows XPSP1
Error Code      :
Other Error     :
Comments:
Is ipod compatible with music purchased and downloaded from other music sources, like windows media player, napster, or sony connect?

Meaning if I already have a large library from these other sources would I be able to transfer these to an ipod.

TrackID: 2175646

Page: 1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067982

Email-Out for Request ID: 17102749                    Apple Restricted Confidential

**Internal Notes:**

**Mailing List:**

|     | Last Name        | First Name | E-Mail   | Phone | Dept.    |
|-----|------------------|------------|----------|-------|----------|
| To: | Unknown Address  | Sonar      | Redacted |       | External |

Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00067983

Request ID: 18991902                                    Apple Restricted Confidential

|  | |
|--|--|
| **Request ID:** | 18991902 |
| **Subject:** | iPod |
| **Web Order #:** | |
| **Closed:** | 9/5/06 9:30 AM |
| **Time To Close(hrs):** | 1.0 |
| **Respond By:** | |
| **Created:** | 9/4/06 6:00 PM |
| **Modified:** | 9/5/06 9:30 AM |
| **Ack Sent:** | 9/4/06 6:00 PM |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|------|---------|------|-------|-------|--------------|
| Email–In | iPod | √ | | Responded | 9/4/06 6:00 PM |
| Email–Out | Re: iPod; Follow–up: 18991902 | √ | | Sent | 9/5/06 9:30 AM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : iPod
Sub Issue : Won't play
Comments : iTunes Account Name: Not provided
Platform         : Windows 2000
Affected Song      : Daniel
iPod Type      :
Comments:
I've got two things to say here.  The first is the problem with a song I bought from RealPlayer.  Fuel – Daniel. I
downloaded it on my iPod, and it won't play.  I removed the file and tried again and it still wouldn't play.  The file
won't play using the iTunes music player either, when I tried it prompted me to authorize it's play on this computer
(telling me that I could authorize it on 5 computers).  After agreeing it still won't play and won't show up in my
iTunes library.

The second is just a complaint.  Why have 'Album Exclusive' songs at all? Usually you charge more than the standard
$9.99 for such albums, so I'm paying for the song anyway.  That takes away the convience of iTunes: I'd much
rather buy the whole CD from Amazon, and be able to put it on as many computers as I want.  I don't want to buy
whole albums, I just want some songs.  If Daniel wasn't an album exclusive I wouldn't have had this problem in the
first place.

Not to mention that RealPlayer made a few dollars that iTunes didn't.

The second is just a complaint.  Why have 'Album Exclusive' songs at all? Usually you charge more than the standard
$9.99 for such albums, so I'm paying for the song anyway.  That takes away the convience of iTunes: I'd much
rather buy the whole CD from Amazon, and be able to put it on as many computers as I want.  I don't want to buy
whole albums, I just want some songs.  If Daniel wasn't an album exclusive I wouldn't have had this problem in the
first place.

Not to mention that RealPlayer made a few dollers that iTunes didn't.

Page:   1

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00069598

Request ID: 18991902                                    Apple Restricted Confidential

TrackID: 2493598

**Internal Notes:**

9/5/06 9:30 AM    Billy Garrett:
12:23:jilADS: http://support.apple.com/specs/ipod/iPod_with_video_30_60_GB.html
12:24:jilADS: and let him know that the ipod supports the formats listed on that page
12:24:jilADS: if his purchase isnt in one of those formats it wont work
-
per IRC – referred customer to kbase and also to tech, also sent feedback received.

|  |  |
|---|---|
| **Request Status:** | Closed |
| **Category:** | Customer Problem |
| **Support Subject:** | iPod |
| **Sub Issue:** | Won't play |

**Customer:**

|  |  |
|---|---|
| **Cust. #:** | –1 |
| **E-Mail:** | Redacted |
| **Last:** | Unknown Address |
| **First:** | Sonar |
| **Phone:** | |
| **Fax:** | |
| **Company:** | |
| **Cafe ID:** | |
| **Contract Type:** | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Assignee:**

|  |  |
|---|---|
| **Miniteam:** | OACEU iTunes Windows |
| **Last:** | Garrett |
| **First:** | Billy |
| **Eng. #:** | 23193 |
| **Phone:** | |

**Mailing List:**

Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00069599

Request ID: 18991902                                          Apple Restricted Confidential

| | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Unknown Address | Sonar | Redacted | | External |

Page:  3

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00069600

Apple Restricted Confidential



**Request ID:** 18991902
**Request Title:** iPod
**Respond By:**


**Subject:** iPod
**Correspondence Type:** Email–In
**State:** Responded                **Read:** Yes


**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : iPod
Sub Issue : Won't play
Comments : iTunes Account Name: Not provided
Platform         : Windows 2000
Affected Song        : Daniel
iPod Type        :
Comments:
I've got two things to say here.  The first is the problem with a song I bought from RealPlayer.  Fuel – Daniel.  I downloaded it on my iPod, and it won't play.  I removed the file and tried again and it still wouldn't play.  The file won't play using the iTunes music player either, when I tried it prompted me to authorize it's play on this computer (telling me that I could authorize it on 5 computers).  After agreeing it still won't play and won't show up in my iTunes library.

The second is just a complaint.  Why have 'Album Exclusive' songs at all? Usually you charge more than the standard $9.99 for such albums, so I'm paying for the song anyway.  That takes away the convenience of iTunes: I'd much rather buy the whole CD from Amazon, and be able to put it on as many computers as I want.  I don't want to buy whole albums, I just want some songs.  If Daniel wasn't an album exclusive I wouldn't have had this problem in the first place.

Not to mention that RealPlayer made a few dollars that iTunes didn't.

The second is just a complaint.  Why have 'Album Exclusive' songs at all? Usually you charge more than the standard $9.99 for such albums, so I'm paying for the song anyway.  That takes away the convenience of iTunes: I'd much rather buy the whole CD from Amazon, and be able to put it on as many computers as I want.  I don't want to buy whole albums, I just want some songs.  If Daniel wasn't an album exclusive I wouldn't have had this problem in the first place.

Not to mention that RealPlayer made a few dollers that iTunes didn't.

TrackID: 2493598


**Internal Notes:**


9/5/06 9:30 AM   Billy Garrett:
12:23:jilADS: http://support.apple.com/specs/ipod/iPod_with_video_30_60_GB.html
12:24:jilADS: and let him know that the ipod supports the formats listed on that page

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00069601

Email–In for Request ID: 18991902                              Apple Restricted Confidential

12:24:jilADS: if his purchase isnt in one of those formats it wont work
–
per IRC – referred customer to kbase and also to tech, also sent feedback received.

**Mailing List:**

| From | Last Name | First Name | E–Mail | Phone | Dept. |
|------|-----------|------------|--------|-------|-------|
| FROM: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00069602

Apple Restricted Confidential



**Request ID:** 18991902
**Request Title:** Re: iPod
**Respond By:**

**Subject:** Re: iPod; Follow-up: 18991902
**Correspondence Type:** Email–Out
**State:** Sent

**Response:**

Dear Redacted

I understand you are needing assistance with successfully transferring the title purchased from RealPlayer to your iPod. I did a little research and was able to find a detailed technical article that I believe you may find useful in resolving this issue:

You may find useful information in this article:

Fifth Generation iPod (iPod with video) 30 GB, 60 GB – Technical Specifications
http://support.apple.com/specs/ipod/iPod_with_video_30_60_GB.html

The iPods support the file formats listed on this page. If the format of the content purchased from Real is not listed as a compatible format, it will not be able to be transferred to your iPod.

If you require more in-depth assistance, please call Apple technical support at 800–APL–CARE (800–275–2273). Help is available seven days a week from 8:00 a.m. to 8:00 p.m. central time. There may be a fee associated with the call.

Also, thank you for your email with feedback for improving our business practices and products regarding our "Album Exclusives" section. The iTunes Store team recognizes that our best advice comes from our customers and we appreciate the efforts you have made to share your opinion with us.

Sincerely,

Billy
iTunes Store Customer Support
http://www.apple.com/support/itunes/ww

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : iPod
Sub Issue : Won't play
Comments : iTunes Account Name: Not provided
Platform        : Windows 2000
Affected Song      : Daniel
iPod Type      :
Comments:
I've got two things to say here. The first is the problem with a song I bought from RealPlayer. Fuel – Daniel. I downloaded it on my iPod, and it won't play. I removed the file and tried again and it still wouldn't play. The file won't play using the iTunes music player either, when I tried it prompted me to authorize it's play on this computer (telling me that I could authorize it on 5 computers). After agreeing it still won't play and won't show up in my

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AllA00069603

iTunes library.

The second is just a complaint.  Why have 'Album Exclusive' songs at all? Usually you charge more than the standard $9.99 for such albums, so I'm paying for the song anyway.  That takes away the convenience of iTunes: I'd much rather buy the whole CD from Amazon, and be able to put it on as many computers as I want.  I don't want to buy whole albums, I just want some songs.  If Daniel wasn't an album exclusive I wouldn't have had this problem in the first place.

Not to mention that RealPlayer made a few dollars that iTunes didn't.

The second is just a complaint.  Why have 'Album Exclusive' songs at all? Usually you charge more than the standard $9.99 for such albums, so I'm paying for the song anyway.  That takes away the convenience of iTunes: I'd much rather buy the whole CD from Amazon, and be able to put it on as many computers as I want.  I don't want to buy whole albums, I just want some songs.  If Daniel wasn't an album exclusive I wouldn't have had this problem in the first place.

Not to mention that RealPlayer made a few dollers that iTunes didn't.

TrackID: 2493598

**Internal Notes:**

**Mailing List:**

|     | Last Name | First Name | E–Mail | Phone | Dept. |
|-----|-----------|------------|--------|-------|-------|
| To: | Unknown Address | Sonar | Redacted | | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AllA00069604

|  |  |
|---|---|
| **Request ID:** | 27243181 |
| **Title:** | Download |
| **Billable:** | Not Billable |
| **Closed:** | 4/12/07 8:28 AM |
| **Time To Close(hrs):** | 0.0 |
| **Respond By:** | |
| **Created:** | 4/11/07 4:15 PM |
| **Modified:** | 4/12/07 8:29 AM |
| **Ack Sent:** | 4/11/07 4:15 PM |
| | |
| **Subject:** | Download |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|---|---|---|---|---|---|
| Email-In | Download | √ | | Responded | 4/11/07 4:15 PM |
| Email-Out | Re: Download; Follow-up: 27243181 | √ | | Sent | 4/12/07 8:28 AM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Download
Sub Issue : Other
iTunes Account Name : Redacted
Platform          : Windows XPSP2+
Error Code       :
Other Error      :
Comments:
I want to be able to knwo how to convert your audio format into a MP3 format so I can use it on my Creative Zen Micro player. If I am not able to o this, then i would like to cancel my pre-order of the new Nine Inch Nails album. I do not own an I-Pod, nor can i get access to one. I am only able to play MP3 or WMA formatted files on my player. Please help me out. Thank you.

TrackID: 3626556

**Internal Notes:**

4/12/07 8:29 AM   JENNIFER GLASGOW:
DSID: 110994892
ISSUE: Questions about using non-iPod MP3 player and wants to cancel pre-order
RESOLUTION: Sent info on MP3 players and iTS and how to cancel order through manage account

|  |  |
|---|---|
| **Request Status:** | Closed |
| **Problem Severity:** | (5) NA/None |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00059009

Request ID: 27243181                                    Apple Restricted Confidential

|              |                    |
|-------------:|:-------------------|
| Cust. Priority: | Low             |
| Category:    | Customer Problem   |
| Topic:       | Download           |
| Sub Topic:   | Other              |

**Customer:**

|              |          |
|-------------:|:---------|
| Cust. #:     |          |
| E-Mail:      | Redacted |
| Last:        | Redacted |
| First:       | Redacted |
| Phone:       |          |
| Fax:         |          |
| Company:     |          |
| Cafe ID:     |          |
| Contract #:  |          |
| Contract Type: | None   |

**Related Products:**

| Product Category | Product Name |
|------------------|--------------|
|                  |              |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|----|------|---------------|--------|----------|------|
|    |      |               |        |          |      |

**Related Radar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|----|------|---------------|--------|----------|------|
|    |      |               |        |          |      |

**Related RFAs:**

| ID | Type | Subject/Title | Status | Relation | Date |
|----|------|---------------|--------|----------|------|
|    |      |               |        |          |      |

**Assignee:**

|              |                        |
|-------------:|:-----------------------|
| Miniteam:    | OACEU iTunes Windows   |
| Last:        | GLASGOW                |
| First:       | JENNIFER               |
| Eng. #:      | 27663                  |
| Phone:       | +1-512-674-9749        |

**Originator:**

|              |          |
|-------------:|:---------|
| Last:        | Redacted |
| First:       | Redacted |
| Phone:       |          |
| Company:     |          |

Page: 2

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00059010

Request ID: 27243181

Apple Restricted Confidential

|  |  |
|---|---|
| **E-Mail:** | Redacted |
| **Region:** | Other |
| **Group:** | Non-Apple |
| **Sub-Group:** | End User |

**Sender:**

|  |  |
|---|---|
| **Last:** | Redacted |
| **First:** | Redacted |
| **Phone:** |  |
| **Company:** |  |
| **E-Mail:** | Redacted |

**Mailing List:**

|  | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Redacted | Redacted | Redacted |  | External |

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00059011

Email–In for Request ID: 27243181                                    Apple Restricted Confidential



              **Request ID:** 27243181
           **Request Title:** Download
            **Respond By:**


                **Subject:** Download
     **Correspondence Type:** Email–In
                  **State:** Responded                    **Read:** Yes


**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Download
Sub Issue : Other
iTunes Account Name: Redacted
Platform        : Windows XPSP2+
Error Code      :
Other Error     :
Comments:
I want to be able to knwo how to convert your audio format into a MP3 format so I can use it on my Creative Zen
Micro player. If I am not able to o this, then i would like to cancel my pre-order of the new Nine Inch Nails album. I
do not own an I-Pod, nor can i get access to one. I am only able to play MP3 or WMA formatted files on my player.
Please help me out. Thank you.

TrackID: 3626556


**Internal Notes:**


4/12/07 8:29 AM   JENNIFER GLASGOW:
DSID: 110994892
ISSUE: Questions about using non–iPod MP3 player and wants to cancel pre-order
RESOLUTION: Sent info on MP3 players and iTS and how to cancel order through manage account


**Mailing List:**

| From | Last Name | First Name | E-Mail | Phone | Dept. |
|------|-----------|------------|--------|-------|-------|
| FROM: | Redacted | Redacted | Redacted | | External |

        Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00059012

Email-Out for Request ID: 27243181 | Apple Restricted Confidential



**Request ID:** 27243181
**Request Title:** Re: Download
**Respond By:**

**Subject:** Re: Download; Follow-up: 27243181
**Correspondence Type:** Email-Out
**State:** Sent

**Response:**

Dear Redacted

My name is Jenn and I will be helping you with your request today. I understand you wanted to know if you could use iTunes with your MP3 player. I know music is better when you can take it with you, so I'm happy to help you with more information on 3rd party MP3 players and iTunes.

Audio files purchased through the iTunes Store are available in the MPEG-4 protected AAC audio format. These files are encoded at 128 kilobits per second (kbit/s). There are no other codecs or bit rates currently available from the iTunes Store.

You cannot convert protected AAC files to other formats, including MP3. Please check the documentation that came with your digital music player to see if MPEG-4 AAC files can be used. You may also wish to refer to the manufacturer's website.

For more information, please refer to the following Knowledge Base article:

iTunes: About third-party music players and AAC file support
http://www.info.apple.com/kbnum/n93032

If you would like to cancel your pre-order for "Year Zero", choose Store > View My Account and then click Manage Pre-orders. You can then select cancel from this page.

I hope this information helps you, Rdct'd Thank you for using the iTunes Store. Have a great day!

Sincerely,

Jenn
iTunes Store Customer Support
http://www.apple.com/support/itunes/ww/

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Download
Sub Issue : Other
iTunes Account Name: Redacted
Platform          : Windows XPSP2+
Error Code        :
Other Error       :
Comments:
I want to be able to knwo how to convert your audio format into a MP3 format so I can use it on my Creative Zen Micro player. If I am not able to o this, then i would like to cancel my pre-order of the new Nine Inch Nails album. I

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00059013

Email-Out for Request ID: 27243181                    Apple Restricted Confidential

do not own an I–Pod, nor can i get access to one. I am only able to play MP3 or WMA formatted files on my player.
Please help me out. Thank you.

TrackID: 3626556

**Internal Notes:**

**Mailing List:**

| | Last Name | First Name | E–Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Redacted | Redacted | Redacted | | External |

Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00059014

Apple Restricted Confidential

|  |  |
|---|---|
| **Request ID:** | 27848247 |
| **Title:** | Buy |
| **Billable:** | Not Billable |
| **Closed:** | 4/30/07 9:17 AM |
| **Time To Close(hrs):** | 1.0 |
| **Respond By:** | |
| **Created:** | 4/29/07 5:02 PM |
| **Modified:** | 4/30/07 9:18 AM |
| **Ack Sent:** | 4/29/07 5:02 PM |
| | |
| **Subject:** | Buy |

**Related Correspondences:**

| Type | Subject | Read | Encl. | State | Created Date |
|------|---------|------|-------|-------|--------------|
| Email–In | Buy | √ | | Responded | 4/29/07 5:02 PM |
| Email–Out | Re: Buy; Follow-up: 27848247 | √ | | Sent | 4/30/07 9:17 AM |

**Correspondence:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Buy
Sub Issue : Other
iTunes Account Name: Redacted
Platform         : Windows XPSP1
Comments:
I have purchased several somgs from itunes in order to download them to my Oregon Scientific Digital Music Player MP121. The digital music player is compatible with MP3 & WMA music files, but willl not play any of the files I downloaded.

TrackID: 3696126

**Internal Notes:**

4/30/07 9:18 AM   Michael Spengler:
issue: can't play purchases on player that plays MP3 and WMA files
resolution: sent file format overview

|  |  |
|---|---|
| **Request Status:** | Closed |
| **Problem Severity:** | (5) NA/None |
| **Cust. Priority:** | Low |
| **Category:** | Customer Problem |
| **Topic:** | Buy |
| **Sub Topic:** | Other |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00059088

Request ID: 27848247                                    Apple Restricted Confidential

**Customer:**

|  |  |
|---|---|
| **Cust. #:** | |
| **E-Mail:** | Redacted |
| **Last:** | Redacted |
| **First:** | Redacted |
| **Phone:** | |
| **Fax:** | |
| **Company:** | |
| **Cafe ID:** | |
| **Contract #:** | |
| **Contract Type:** | None |

**Related Products:**

| Product Category | Product Name |
|---|---|
| | |

**Related Sonar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related Radar Items:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Related RFAs:**

| ID | Type | Subject/Title | Status | Relation | Date |
|---|---|---|---|---|---|
| | | | | | |

**Assignee:**

|  |  |
|---|---|
| **Miniteam:** | OACEU iTunes Windows |
| **Last:** | Spengler |
| **First:** | Michael |
| **Eng. #:** | 27993 |
| **Phone:** | +1-512-674-2000 |

**Originator:**

|  |  |
|---|---|
| **Last:** | Redacted |
| **First:** | Redacted |
| **Phone:** | |
| **Company:** | |
| **E-Mail:** | Redacted |
| **Region:** | Other |
| **Group:** | Non-Apple |
| **Sub-Group:** | End User |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00059089

Request ID: 27848247

Apple Restricted Confidential

**Sender:**

|  |  |
|---|---|
| **Last:** | Redacted |
| **First:** | Redacted |
| **Phone:** | |
| **Company:** | |
| **E-Mail:** | Redacted |

**Mailing List:**

| | Last Name | First Name | E-Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Redacted | Redacted | Redacted | | External |

Page:  3

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00059090

Email-In for Request ID: 27848247                                Apple Restricted Confidential



**Request ID:** 27848247
**Request Title:** Buy
**Respond By:**

**Subject:** Buy
**Correspondence Type:** Email-In
**State:** Responded                              **Read:** Yes

**Email Text:**

Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Buy
Sub Issue : Other
ITunes Account Name: Redacted
Platform        : Windows XPSP1
Comments:
I have purchased several somgs from itunes in order to download them to my Oregon Scientific Digital Music Player
MP121. The digital music player is compatible with MP3 & WMA music files, but willl not play any of the files I
downloaded.

TrackID: 3696126

**Internal Notes:**

4/30/07 9:18 AM    Michael Spengler:
issue: can't play purchases on player that plays MP3 and WMA files
resolution: sent file format overview

**Mailing List:**

| From | Last Name | First Name | E-Mail | Phone | Dept. |
|------|-----------|------------|--------|-------|-------|
| FROM: | Redacted | Redacted | Redacted | | External |

Page:  1

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple AIIA00059091

Apple Restricted Confidential



**Request ID:** 27848247
**Request Title:** Re: Buy
**Respond By:**

**Subject:** Re: Buy; Follow-up: 27848247
**Correspondence Type:** Email-Out
**State:** Sent

**Response:**

Dear Redacted

All music purchased from the iTunes Store is encoded using MPEG-4 Advanced Audio Coding (AAC) protected format at 128kbps, a high-quality format that rivals CD quality. For information about AAC, please refer to:

iTunes: About Advanced Audio Coding (AAC)
http://docs.info.apple.com/article.html?artnum=93012

You can listen to your purchases with iTunes on up to 5 computers. You can also listen with any audio CD player (by burning audio CDs), on an unlimited number of iPods, and even on other MP3 players that support MPEG-4 AAC.

To burn your purchased music to an audio CD so you can listen with an audio CD player, follow the instructions in the appropriate article below:

Windows: http://docs.info.apple.com/article.html?path=iTunesWin/7.0/en/540win.html
Mac: http://docs.info.apple.com/article.html?path=iTunesMac/7.0/en/540x.html

To learn how to copy purchases between authorized computers, read one of these:

Windows: http://docs.info.apple.com/article.html?artnum=93366
Mac: http://docs.info.apple.com/article.html?artnum=93063

Note: iTunes Store songs and audiobooks are in AAC format and cannot be converted to MP3 format or any other format. The settings in iTunes Import preferences only apply to music imported from your personal CD collection.

Sincerely,

Michael
iTunes Store Customer Support
http://www.apple.com/support/itunes/ww/


Customer First Name : Redacted
Customer Last Name : Redacted
email : Redacted
Web Order # :
Support Subject : Buy
Sub Issue : Other
iTunes Account Name: Redacted
Platform      : Windows XPSP1
Comments:
I have purchased several songs from itunes in order to download them to my Oregon Scientific Digital Music Player MP121. The digital music player is compatible with MP3 & WMA music files, but willl not play any of the files I

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00059092

downloaded.

TrackID: 3696126

**Internal Notes:**

**Mailing List:**

| | Last Name | First Name | E–Mail | Phone | Dept. |
|---|---|---|---|---|---|
| To: | Redacted | Redacted | Redacted | | External |

Page:  2

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple AIIA00059093

EXHIBIT 36

Subject: Real Statement - #4
Date: Mon, 26 Jul 2004 08:42:47 -0700
From: "Steve Jobs" <sjobs@apple.com>
To: "Philip Schiller" <schiller@apple.com>, "Katie Cotton" <katiec@apple.com>
Cc: "Greg Jozwiak (Joz)" <joz@apple.com>, "Eddy Cue" <cue@apple.com>, "Steve Jobs"
<sjobs@apple.com>
Message-ID: <71856D53-DF1A-11D8-B49B-000A95AF9944@apple.com>

---

I think we can safely assume that they have succeeded. We will not be issuing any statement until
we know more - most likely later on today.

I propose going with this:

"We are stunned that Real has adopted the tactics and ethics of a hacker to break into the iPod, and
we are investigating the implications of their actions under the DMCA and other laws. We strongly
caution Real and their customers that when we update our iPod software from time to time it is
highly likely that Real's lock picking will cease to work on current and future iPods."

Steve


On Jul 26, 2004, at 7:42 AM, Philip Schiller wrote:

I like likening them to hackers.

Do we want to soften how successful they have been (seen we haven't used it ourselvbes) by
saying:

"We are stunned that Real has adopted the tactics and ethics of a hacker in their attempt to break
into the iPod, and we...."


On Jul 26, 2004, at 6:44 AM, Steve Jobs wrote:

How's this?
>
> "We are stunned that Real is adopting the tactics and ethics of a hacker and breaking into the
iPod, and we are investigating the implications of their actions under the DMCA and other laws.
We strongly caution Real and their customers that when we update our iPod software from time to
time it is highly likely that Real's lock picking will cease to work on current and future iPods."
>
> Steve
>
>
>
>

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00093875

\>
\> Begin forwarded message:
\>
\> **From:** Katie Cotton <katiec@apple.com>
\> **Date:** July 24, 2004 11:16:38 AM PDT
\> **To:** Eddy Cue <cue@apple.com>, Greg Joswiak <joz@apple.com>
\> **Cc:** Steve Jobs <sjobs@apple.com>
\> **Subject: Revised Real Statement**
\>
\>
\> Eddy/Joz:
\>
\> Here is a revised Real statement based on feedback from Steve:
\>
\> "Usually a thief breaks into your house and steals your stereo. In this case, it appears that Real has broken into our house and installed their stereo in our living room. Nonetheless, they have still broken into our house and we are investigating the implications of this under the DMCA and other laws.
\>
\> In addition, we caution Real and their customers that as we update our iPod software from time to time, it is highly likely that Real's lock picking will cease to work on current and future iPods. The fact that Real would invest a significant amount of their limited engineering resources to create a hack to play songs purchased from their struggling music store on the iPod is a testament to how important the iPod has become in the digital music revolution."
\>
\> Like it?
\>
\> Katie
\>
\>

------ end message ------

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00093876

EXHIBIT 37

.

---

| | |
|---|---|
| **From:** | Dave Heller [dheller@apple.com] |
| **Sent:** | Tuesday, July 27, 2004 9:12 AM |
| **To:** | Jeff Robbin; Tom Dowdy; Eddy Cue |
| **Subject:** | Re: Harmony available |

Jeff:

Tom and I took a look at Harmony. Here is what we found:

1) Downloaded song is 192kbps AAC. Song as copied to iPod is also 192 kbps.
2) Harmony will transfer to iPod, writing a valid v3 keybag and iPod DB
3) Harmony will also transfer authorized iTMS songs to the iPod.
4) Harmony will not let you burn authorized iTMS songs.
5) Harmony appears to be using a "random" user ID in the keybag/sinf.
6) Harmony is also filling in the vendor ID field with some (large) number.
7) There are no song ID, artist ID, or album Id fields present. These are in the metadata, not sinf.
8) There is no tuple in the file (it shows as FairPlay v1 in iTunes).
10) The simple checksum I added to the iPod DB header in iTunes 3.0 doesn't verify. This is somewhat expected as neither Ephpod or XPlay do this right either and I've never seen this mentioned publicly before.
11) In a simple test, merging tracks from iTunes and Harmony onto the iPod seemed to work.
12) We hacked iTunes to use the keybag on the pod for playback and the file purchased from the Real store played in iTunes, albeit with some asserts in the AAC handler. I believe these are informational asserts only, though.

Other thoughts:

1) Switching to the new embedded keybag will slow them down, but if they get the public key in iTunes, they can continue to do this. Not clear how hard this will be to reverse engineer.

The "Dave & Tom" Show


On 7/27/04 5:24 AM, "Jeff Robbin" <jrobbin@apple.com> wrote:

> Hi guys,
>
> I don't have a PC here, but harmony appears to be downloadable from
> www.real.com/harmony.  I'm available on my cell phone at any time.
>
> -Jeff
>
>

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00090427

EXHIBIT 38

.

| | |
|---|---|
| **From:** | Max Muller [maxmuller@apple.com] |
| **Sent:** | Tuesday, July 27, 2004 1:20 PM |
| **To:** | Dave Heller |
| **Cc:** | Jeff Robbin |
| **Subject:** | Re: Need Info |

Hi Dave,
        Just to follow up, not store account for DS ID: 3016813282. In fact our DS ids are
currently in the 50 million range for new accounts. If you need any other information let
me know.

Regards,
        Max

On Jul 27, 2004, at 10:47 AM, Dave Heller wrote:

> Max:
>
> We're looking into RealNetwork's Harmony release. Can you please tell
> me who has the store account with the user ID 0xB3D0EAE2, if it is
> actually in use?
>
> Thanks,
> Dave
>
>

1

CONFIDENTIAL
Apple_AIIA00090428

EXHIBIT 39

Attorney Client Privilege



Begin forwarded message:
>
> Richard Wolpert, Chief Strategy Officer Real gave his keynote this
> morning to a half full room.  Richard walked through a powerpoint
> outlying Real's overall strategy finishing with a demo of Harmony. No
> new news was covered during his remarks and Richard took no questions
> after.
>
> Harmony Messaging
>
> - Current device/store incompatibility will slow down mass consumer
> adoption.
> - We're giving consumers choice while protecting music (defeating
> piracy by making things easier)
> - Buy music and move into any device. Buy a new device, no need to
> repurchase music.
> - Music optimized for particular device.
> - 192 kbps bit rate exceeds current 128 kbps standard.
>
> "This is not an impressive demo, imagine showing a DVD playing in any
> DVD player."
>
> Harmony Demo with iPod Mini
>
> -Opened Rhapsody
> - Plugged in iPod mini (software recognized it)
> - Searched for a song within the service and purchased it.
> - After signing into the service, clicked on the "Burn/Transfer" tab.
> - Dragged the song into the device icon and the song was optimized for
> the mini and the download immediately began (was very quick).
> - Unplugged the mini, and attached to speakers and played the song.
>
> Entire process was very seamless. Richard didn't touch on how they
> were able to accomplish this or how they are protecting the music.

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 40

**From:**    "Chris Bell" <chrisbell@apple.com>
**Sent:**    Tuesday, Oct 19 2004 07:42:19 AM
**To:**    "Grace Kvamme" <kvamme@apple.com>
**Cc:**    "Nat Sequiera" <nat@apple.com>, "Liz Einbinder" <leinbinder@apple.com>, "Derick Mains"
           <dmains@apple.com>
**Subject:**    Re: DRM Fix

We could be a little more subtle about this and not incite as much
backlash.

"Real used an unsupported back door to get music on the iPod. As we
improve security and add great new features to iTunes and iPod, it was
inevitable that Real's hack would cease to work."

Something like that
----------------------------
chrisbell@apple.com
Director, iTunes Product Marketing
iTunes
for PC & Mac
www.itunes.com/marketing
On Oct 18, 2004, at 9:12 PM, Grace Kvamme wrote:

> Liz, Derick,
>
> I wanted to give you a heads-up that iTunes 4.7, along with
> soon-to-be-released iPod software, will close the DRM hole that Real
> used to copy songs to an iPod. This software will come on new iPods
> coming off the line. We will not require previous customers to
> install either of these pieces of software, but if they do, Real music
> will not play.
>
> You might want to get our response ready when people find out the hole
> has been closed. Personally, I think it should be something like
> "Real hacked into the iPod, and the hole has been closed."
>
> Grace
>

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00093265

EXHIBIT 41

.

| From: | Tom Neumayr |
|---|---|
| Sent: | Tuesday, Jan 25 2005 05:17:07 PM |
| To: | Eddy Cue; Alex Luke; Chris Bell |
| Cc: | Katie Cotton; Nat Kerris |
| Subject: | Seattle PI on iTunes outpacing Real |

An in-your-face story today in the Seattle Post-Intelligencer; this is Real's beat reporter.

Tuesday, January 25, 2005

**iTunes sell at brisk clip -- a million per day**
**Apple has 70 percent of online music sales**

By DAN RICHMAN
SEATTLE POST-INTELLIGENCER REPORTER

Apple Computer Inc. said yesterday that it's selling more than a million music downloads every day, adding that customers have bought more than 250 million songs from its online iTunes Music Store.

The store, now available in 15 countries, is selling 1.25 million songs at 99 cents apiece per day, the computer and multimedia company said. Apple's iTunes stores are the No. 1 destination for buying music over the Internet, accounting for almost 70 percent of music sold legally between December 2003 and July 2004, according to research firm NPD Group.

Apple helped invigorate the market for legal music downloads when it introduced the iTunes store in April 2003. Its robust sales far outpace rival services.

The success is partly attributable to Apple's wildly popular iPod portable music players. The company, based in Cupertino, Calif., sold 4.5 million iPods in the fourth quarter and has sold more than 10 million since its debut in October 2001.

Apple designed them not to play songs bought from competing online music stores -- though RealNetworks Inc. of Seattle has tried to counter that design.

Last fall, RealNetworks introduced technology it calls Harmony to let iPod users use music downloaded from RealNetworks' sites. Apple countered with new firmware for its top-of-the-line iPod Photo that makes the player unable to use Harmony.

RealNetworks' Matt Graves declined to comment on how Harmony has affected its business.

That company doesn't release sales figures for songs downloaded from its a la carte RealPlayer Music Store or its Rhapsody subscription service, which sells tunes as well as allowing customers to just listen.

CONFIDENTIAL
Apple_AIIA00090482

But RealNetworks said it had more than 625,000 paying subscribers for Rhapsody and its premium radio services as of Sept. 30, the latest figure available. That's an increase of 145 percent from the year-ago period. New figures will be released with fourth-quarter results tomorrow.

CONFIDENTIAL
Apple_AIIA00090483

EXHIBIT 42

| | |
|---|---|
| **From:** | "Chris Wysocki" <cwysocki@apple.com> |
| **Sent:** | Tuesday, Apr 25 2006 10:40:00 AM |
| **To:** | "Dave Heller" <dheller@apple.com> |
| **Subject:** | Fw: Database verification API |

FYI regarding the anti-injection code for the iPod DB. I haven't had a chance to review this yet.

Chris.

----- Original Message -----
From: "Rod Schultz" <rschultz@apple.com>
To: "Chris Wysocki" <cwysocki@apple.com>
Sent: Monday, April 24, 2006 3:29 PM
Subject: Database verification API


> Hi Chris,
> Attached is the document I have written for you to look over.
>
> Let me know if you have any questions.
>
> Thanks,
> Rod
>
>
>

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094563

# iPod Database Verification API

Rod Schultz
FairPlay Engineering

### Problem

To prevent injection of content and iPod databases from clients other than iTunes into the iPod (DRM protected or non-DRM protected content), a method for verifying the source of the content needs to be implemented.



CONFIDENTIAL - ATTORNEYS EYES ONLY



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094565



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094566



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094567



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094568



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094569