EXHIBIT 43

Subject: for your information
Date: Mon, 23 Oct 2006 10:36:29 -0700
From: "Augustin J. Farrugia" <ajf@apple.com>
To: "Tony Fadell" <tfadell@apple.com>, "Guy Bar-Nahum" <guyb@apple.com>
Message-ID: <B0688869-9555-4641-B7FA-C95ED419BC96@apple.com>

Guy, Tony,

The attack by injecting contents in the iPod do no longer work on
N36. Basically it is what DVD Jon would like to license. It has been
confirmed by real tech support.

http://biz.yahoo.com/hftn/061023/101606_8391726.html?.v=1

Real customer support response for N36

http://real.custhelp.com/cgi-bin/real.cfg/php/enduser/std_adp.php?
p_faqid=6166&p_created=&p_sid=A*T6-
Qki&p_lva=1159300982&p_sp=&p_li=cF9zcmNoPTEmcF9zb3J0X2J5PSZwX2dyaWRzb3J0
PSZwX3Jvd19jbnQ9NTUmcF9wcm9kcz0yLDAmcF9jYXRzPSZwX3B2TEuMjsyLnUwJnBfY3Y9Y9
JnBfc2VhcmNoX3R5cGU9YW5zd2VycyZwX3BhZ2U9MWhfbmmwmcF9wYWdlPTEmcF9zZWFyY2hfdGV4
dD1VbnN1cHBvcnRlZCBCNZWRpYSBUeBlIIGlwb2Q*&p_prod_lvl1=2&p_prod_lvl2=0&tab
Name=4&p_topview=1


/Augustin

PGP Key Id: 0xF2F8EC96
PGP Fingerprint: 0521 3EA8 3027 B53C 970D CFCA 55F6 D638 F2F8 EC96
PGP Public key from: keyserver.pgp.com


------ end message ------

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00802966



Safari File Edit View History Bookmarks Window Help

Mon 10:35 AM

Answer

http://real.custhelp.com/cgi-bin/real.cfg/php/enduser/std_adp.php?p_faqid=616

real forum

Apple's ▾ Portals ▾ Applications ▾ News & Blogs ▾ Security ▾ Shopping ▾ RSS (17) ▾

Answer

» Home » » » Find Answers

realPlayer

RealNetworks Customer Support

Find Answers | Email Us | Live Help

Search Text | Search Tips | Search By

Search | Phrases

Contact

- My Account
- Contact Support
- Cancel Your Account

Answer ID 6166

Last Updated 09/26/2006 01:50 PM

Print Answer

Email Answer

## Unsupported Media Type error when transferring a song to your iPod?

### Question

Unsupported Media Type error when transferring a song to your iPod?

### Answer

When you try to transfer a track from RealPlayer to your 5th Generation iPod (one of the models released in September 2006), you may get an "Unsupported Media Type" error message.

RealNetworks is aware of the problem and is working to resolve it as quickly as possible. There is no known workaround at this time.

### How well did this answer your question?

Fully | Partially | Not at all | Submit Rating

### Customers who viewed this answer also viewed these answers:

- 'Unsupported media type' error when transferring to your device
- Can I transfer songs from Rhapsody to an iPod?
- Installing the iPod to work with Rhapsody
- 'Unsupported Media Type' error when transferring a song
- How do I transfer purchased Rhapsody tracks to my device?

Back to Search Results

Macintosh HD

Augustin J. Farrugia

Picture 1

Main

# EXHIBIT 44

Subject: Re: Real Shady - RealPlayer Screenshot
Date: Wed, 17 Jan 2007 14:38:48 -0800
From: Steve Gedikian <ssg@apple.com>
To: Grace Kvamme <kvamme@apple.com>, Eddy Cue <cue@apple.com>, Chris Bell <chrisbell@apple.com>
Cc: John Brown <john_brown@apple.com>, Camille Hearst <chearst@apple.com>, Zeene Chang Ni <zchang@apple.com>, Eric Oliver <eoliver@apple.com>
Message-ID: <BF2DFA94-610A-450F-956D-CF929F8F26E6@apple.com>

---

Real has become much more aggressive over the past few years.

Fortunately, Real's own support website states that iPod with video and iPod nano do not work with Real Player due to changes we've made in the iPod software. Real Player customers will only be able to use legacy iPods with that software. New generations of our products will not be vulnerable to Real's hacking of our software.

**REDACTED**

-s

On Jan 17, 2007, at 2:05 PM, Grace Kvamme wrote:

I think this would be the technological form of hijacking...

On Jan 17, 2007, at 1:41 PM, John Brown wrote:

Hey guys NPD sent this over as an FYI. Didn't know if you have seen this or not but thought I would pass it along.

John

Begin forwarded message:

**From:** David Aronson <David_Aronson@npd.com>
**Date:** January 17, 2007 1:37:04 PM PST
**To:** John Brown <john_brown@apple.com>
**Subject: Real Shady - RealPlayer Screenshot**

John,

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00807080

Are you guys aware of what RealPlayer is doing?  See the below screenshot...

DA


&lt;unknown.jpg&gt;



**"That which does not kill me makes me stronger."**

**- Anonymous**




--
Steve Gedikian - ssg@apple.com
Product Manager - iTunes
---------------------------------------------
http://www.iTunes.com



flags 8590131201 original-mailbox imap://cue@mail.apple.com/INBOX remote-id 244271

------ end message ------

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00807081

EXHIBIT 45

Subject: In a Turnabout, Record Industry Releases MP3s
Date: Tue, 05 Dec 2006 20:19:19 -0800
From: Steve Jobs <sjobs@apple.com>
To: ET <et@group.apple.com>, Eddy Cue <cue@apple.com>, Jeff Robbin <jrobbin@apple.com>,
Scott Forstall <forstall@apple.com>
Message-ID: <B3A193A4-B779-46DA-AB76-F7F281AEA37E@apple.com>

_____

I have been expecting something like this for a few months now. The motivation is a bit
convoluted - companies feel they need access to the iPod but don't want to be tied to the iTunes
store, so they are willing to forgo any content protection to get access to the iPod. I don't expect
Hollywood to go this route, but the entire music industry could begin to move in this direction over
the coming year or two. Not sure, but its a distinct possibility. I'm not entirely sure if this is good
or bad for us. I can argue both views...

Steve



# In a Turnabout, Record Industry Releases MP3s

By ETHAN SMITH and NICK WINGFIELD
*December 6, 2006*

The music industry has long resisted selling music in the MP3 format, which lacks the copy
protections that prevent songs from being duplicated endlessly. But now, Blue Note Records and its
marquee artist, jazz-pop singer Norah Jones, are selling her latest single through Yahoo Inc. as an
MP3 -- despite the risk that it may add to piracy problems.

The move represents a small but significant retreat from one of the central tenets of the music
industry's digital strategy. EMI Group PLC's Blue Note and other music companies are beginning to
think they will have to sell some MP3-formatted music both to satisfy customer demand and to
provide access to Apple Computer Inc.'s iPod for songs that are sold by online stores other than
Apple's iTunes Store.



Blue Note yesterday began letting Yahoo sell MP3s of Ms. Jones's latest single, "Thinking About
You." Another EMI act, Christian rock band Relient K, also released two MP3s through Yahoo
yesterday. All of the songs will come without any of the software that normally keeps users from
making unlimited copies of songs they buy online.

The releases come as some high-tech and music-industry executives are becoming increasingly
concerned about Apple's growing clout in the music business. Only online music files purchased
from iTunes, ripped from users' own CDs or downloaded from pirate services can be played on the
popular iPod. Copy-protected songs purchased from Yahoo and other legitimate sources don't work
on it. By selling music in the MP3 format without copy-protection software, Yahoo can offer music
that works easily on iPods.

Blue Note General Manager Zach Hochkeppel called the initiative "an experiment," adding that he



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00320482

doesn't believe it will cut into sales of Ms. Jones's forthcoming album, also called "Thinking About You," which is due out Jan. 30. That's because even if early copies of the song end up widely copied among friends or online, Ms. Jones's mostly adult fan base is thought to be less likely than teenage pop fans to be satisfied with just one song from the album and thus willing to buy the entire album even if they have gotten one song free.

"Nobody gets hurt -- we think," Mr. Hochkeppel said.



The MP3 releases are coming as digital-music sales have stalled for the first time since Apple launched its iTunes Store in 2003. Digital track sales held steady at 137 million songs in the second and third quarters of this year, according to Nielsen SoundScan. That's a slight drop from the 144 million sold in the first quarter.

The MP3 announcements highlight a growing internal debate at EMI and other music companies over the correct approach to maximizing the impact of digital sales. Throughout the music industry, executives at record labels who suggested using MP3s for promotions spent years butting heads with their corporate superiors.

Ted Cohen, an independent digital-media consultant who used to be EMI's senior vice president for digital development, called yesterday's announcement "a nice first step," but said the company hadn't gone far enough. "We need to see some albums available as MP3," he said.

Mr. Hochkeppel confirms that he and other Blue Note executives had to overcome what he called "general resistance" on the part of senior EMI executives. He says they were ultimately persuaded there was a need to try fresh approaches to digital sales.

Since the rise of the original Napster in 1999, the music industry has largely blamed the free online trading of MP3 files for a 20% decline in its sales. As a result, it has insisted that when music is sold online by iTunes and others, it be delivered in formats that use special software called digital rights management, or DRM, to prevent copying and redistribution.

But music companies have grown increasingly troubled by Apple's unwillingness to allow music it sells to play on devices from other manufacturers, or to allow music sold on other mainstream sites to work with the market-leading iPod. Music companies worry that those hurdles are holding back legitimate sales of music on the Internet. For instance, cellphone companies this season are rolling out numerous handsets that can play music, but most of them won't play songs purchased from iTunes, cutting off a potentially major new market.

Apple spokesman Steve Dowling declined to comment.

For Yahoo, the deal with EMI represents another step in a long-running effort by David Goldberg, the vice president and general manager of Yahoo Music, to persuade recording companies to abandon their insistence on antipiracy software. Mr. Goldberg publicly floated the proposal at a music industry conference in February, but initially found few takers.

His reasoning: Antipiracy software on music isn't helping the industry because the same music is already available without copy protection on CDs and through Internet file-sharing programs. What's more, many consumers don't like the limitations that copy protection imposes on how and on which devices they can listen to their music. If DRM benefits anyone, Mr. Goldberg argued, it's technology companies like Apple, because it makes it trickier for consumers that have made hefty purchases of digital music through iTunes to switch to non-Apple music devices in the future.

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00320483

"It just isn't working," he said. "It's not solving piracy. It's not helping consumers: They view it as a tax."

For music executives, allowing Apple to gain increasing control over digital music sales -- iTunes accounts for more than 90% of the tracks sold online some weeks, according to people who work in the music industry -- is shaping up as the latest in a long series of strategic blunders that have helped create powerful new gatekeepers between them and their customers. (Past middlemen have included radio broadcasters, MTV and big retailers like Best Buy Co. and Wal-Mart Stores Inc.

Even as digital sales have stalled, peer-to-peer networks that traffic in pirated music -- virtually all of it MP3s that can be played on iPods and other devices -- have much more traffic than all the legitimate retailers put together.

Eric Garland, chief executive of BigChampagne LLC, which tracks peer-to-peer traffic, says more than one billion songs are traded over those networks every month. "It took iTunes several years to reach that particular mile marker," he notes. "The pirate market -- if we considered that a market -- would command better than 90% of the online marketplace."

One online retailer has, in fact, made a healthy business of selling MP3s. Dimensional Associates Inc.'s eMusic has made itself the No. 2 digital music retailer, by units sold, by selling all of its music as unprotected MP3 files. The catch: The company offers only music sold by independent labels, which don't generally have the same stringent policies requiring copy-protection software that major labels do.

Sony BMG, Warner Music Group Corp. and Walt Disney Co.'s Hollywood Records have also made a handful of selections from their catalogs available as MP3s. Sony BMG, a joint venture of Sony Corp. and Bertelsmann AG, sold MP3s of a Jessica Simpson song earlier this year, as Hollywood did for Jesse McCartney.

Yahoo, which promoted the sale of MP3 tracks by Ms. Simpson and Mr. McCartney, didn't see "massive, massive" sales of the music, but the results were satisfying, says Mr. Goldberg. He adds that Yahoo is also talking to independent labels about getting their music in the MP3 format and hopes to have a significant catalog of songs by next year.

**Write to** Ethan Smith at ethan.smith@wsj.com and Nick Wingfield at nick.wingfield@wsj.com

---

color ff2f2c flags 9160559745 original-mailbox imap://cue@mail.apple.com/Temp remote-id 45026

------ end message ------

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00320484

EXHIBIT 46

.

| | |
|---|---|
| **From:** | Natalie Kerris |
| **Sent:** | Thursday, Feb 22 2007 10:18:30 PM |
| **To:** | Eddy Cue |
| **Cc:** | Katie Cotton |
| **Subject:** | Bloomberg story on DRM |

Eddy,
Just wanted to give you a heads up that Bloomberg is planning to post a story later today speculating about negotiations between EMI and online retailers to offer DRM free music. The story will cover the following:

- EMI originally contacted a number of online services about offering their catalogue in a DRM free format in exchange for an undisclosed upfront fee. Apple was not among the companies first approached.
- After we posted Steve's "Thoughts on Music," EMI contacted Apple and began negotiations for DRM free music on iTunes.
- The talks between all services have recently broken down after EMI's board struck down counter proposals regarding the upfront payment.

We declined to comment for the story. We also confirmed with Jeanne Meyer at EMI that they declined to comment as well.
Nat


        flags
        8590131201
        original-mailbox
        imap://cue@mail.apple.com/INBOX
        remote-id
        249496

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00093504

# EXHIBIT 47

BBC NEWS | Technology | Apple to end music restrictions                    Page 1 of 1

Case 4:05-cv-00037-YGR   Document 815-10   Filed 00/10/14   Page 14 of 53
Case4:05-cv-00037-YGR   Document751-14   Filed01/10/14   Page2 of 2

PIN BBC TO YOUR TASKBAR BY DRAGGING THIS ICON **BBC** TO THE BOTTOM OF THE SCREEN          Close



**NEWS**

---

## Apple to end music restrictions

**Apple Inc has agreed to start selling digital songs from its iTunes store without copy protection software.**

At present, most music downloaded from Apple's iTunes store can only be played through an iTunes interface or iPod.

The agreement with Sony BMG, Universal, and Warner Music will end digital rights management (DRM) software currently attached to iTunes music.

The changes were announced at the end of the keynote address, at the Macworld conference in San Francisco.

Apple's senior vice president of worldwide product marketing, Phil Schiller delivered the speech, traditionally given by Steve Jobs.

"Over the last six years songs have been $0.99 [79p]. Music companies want more flexibility. Starting today, 8 million songs will be DRM free and by the end of this quarter, all 10 million songs will be DRM free," he told the crowd.

Apple has also revised its pricing structure, offering a three-tier system with songs available for £0.59, £0.79 and £0.99.

At present, the firm has a one-price-fits-all strategy - currently £0.79 per track - with no subscription fee.

The new model will have a varied pricing structure, with what the company calls "better quality iTunes Plus" costing more.

> **" By the end of this quarter, all 10 million songs will be DRM free "**
> Phil Schiller, Apple

The move could potentially spell the end for DRM limited music, which was never popular with users or the record industry.

Mark Mulligan, a director with market analysts Jupiter Research, said the end of DRM in music- in its current form - was inevitable.

"The only reason it has taken so long is that the record industry has been trying to level the playing field, by giving away DRM free to everyone else, but even that hasn't dented Apple's share," said Mr Mulligan.

"Ultimately, what I think we're going to end up with [in the industry] is a new form of DRM. The more you pay, the less DRM you get bolted onto your music. Premium music will be DRM free, the cheaper it gets, the more shackles are attached," he added.

In 2007 Apple's CEO, Steve Jobs, published an open letter called 'Thoughts on Music' in which he called on the three big record companies to ditch DRM.

Story from BBC NEWS:
http://news.bbc.co.uk/go/pr/fr/-/2/hi/technology/7813527.stm

Published: 2009/01/07 00:27:13 GMT

© BBC 2014

EXHIBIT 48

Mark Donnelly                                         December 20, 2010

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

--oOo--

THE APPLE IPOD ITUNES ANTI-TRUST
LITIGATION

Lead Case No. C-05-00037-JW(HRL)

This Document Relates To:
ALL ACTIONS

VIDEOTAPED DEPOSITION OF
MARK DONNELLY
Monday, December 20, 2010
1:25 P.M.
1765 Embarcadero
Palo Alto, California

**HIGHLY CONFIDENTIAL, ATTORNEYS EYES ONLY**

Corey W. Anderson, CSR 4056

**2**

APPEARANCES OF COUNSEL

FOR THE PLAINTIFF:
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
BY: PAULA M. ROACH, ESQ.
619-231-7423
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
BY: ALEXANDRA BERNAY, ESQ.
619-231-7423
FOR THE DEFENDANT:
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
BY: ROBERT MITTELSTAEDT, ESQ.
415-626-3939

--oOo--

ALSO PRESENT:
ERICA GREULICH
LISA OLLE
FRANK CLAIRE, VIDEOGRAPHER

**3**

INDEX OF EXAMINATION
WITNESS: MARK DONNELLY

EXAMINATION                                    Page
EXAMINATION BY MS. ROACH                         7

INDEX TO EXHIBITS
No.          Description               Page
Exhibit 95   Plaintiff's Rule 30(B)(6) Notice   10
             Of Videotaped Deposition Of
             Corporate Designees
Exhibit 96   Apple Computer, Inc. Minimum       15
             Advertised Price (MAP)
             Confidential Listing
             (Apple_AIIA00972959-962)
Exhibit 97   Apple Computer, Inc.               27
             Confidential Adjustment Price
             Listing for FY03 Approved
             Federal Contracts
             (Apple_SOM00000600-603)
Exhibit 98   Apple Computer, Inc Collegiate     29
             Purchase Program Premier Price
             List May 6, 2003
             (Apple_SOM00000604-629)
Exhibit 99   Apple Computer, Inc. Collegiate    31
             Purchase Program Demo Unit
             Confidential Price List April
             12. 2003 (Apple_SOM00000538)
Exhibit 100  Apple Computer, Inc. Direct        32
             Purchase Resellers Confidential
             Price List April 12, 2003
             (Apple_SOM00000539-547)

**4**

Exhibit 101  Apple Computer, Inc. Apple         36
             Education Individual Purchase
             Program Price List April 12,
             2003 (Apple_SOM00000548-555)
Exhibit 102  Apple Computer, Inc. Education,     38
             State And Local Government Price
             List August 16, 2003
             (Apple_SOM00000916-941)
Exhibit 103  Apple Computer, Inc. Wholesaler    41
             Confidential Price List June 14,
             2003 (Apple_SOM0000766-775)
Exhibit 104  Private Committee March 17, 2003   63
             (Apple_AIIA_B_000104-114)
Exhibit 105  June 9, 2005 E-Mail from Davina    96
             Takeda to Doug Smith, et al.
             (Apple_AIIA_B_000343-347)
Exhibit 106  June 30, 2004 E-Mail from Mark    102
             Donnelly to Tim Cook, et al.
             (Apple_AIIA_B_000190-192)
Exhibit 107  Price Committee December 15,      105
             2003 Decision: IPod, Xserve,
             Xserve RAID
             (Apple_AIIA_B_000150-176)
Exhibit 108  Price Committee February 13,      109
             2006, Decision: Mac, Mini, iPod
             (Apple_AIIA_B_000230-248)
Exhibit 109  August 14, 2008 E-Mail from Joe   114
             Hardegger to Davina Takeda
             (Apple_AIIA_B_000249-257)
Exhibit 110  Price Committee June 30, 2004,    117
             Decision: IPod
             (Apple_AIIA_B_000193-203)
Exhibit 111  October 4, 2004 e-mail from       121
             Davina Takeda to Stephanie
             Anderson, et al.
             (Apple_AIIA_B_000204-229)



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                    December 20, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

33

1       BY MS. ROACH:
2       Q.  Do you recognize this document?
3       A.  Not this specific one, but I do recognize a
4    document like this, yes.
5       Q.  Okay.
6       A.  I can describe it.
7       Q.  And can you describe it for me, please?
8       A.  Direct Purchase Resellers Confidential Price
9    List, this would -- and again, it doesn't have any data
10   in it until I get to page 542.
11      Q.  Who are the direct purchase resellers?
12      A.  Those would be resellers who have a direct
13   relationship with Apple, a customer number with us, and
14   can buy directly from Apple for reselling
15   differentiating them from an indirect -- a second tier
16   reseller who would instead of purchasing from Apple
17   would be purchasing from a wholesaler or a -- or a
18   distributor.
19      Q.  And Apple doesn't maintain prices for that
20   group of people, or that group of buyers?
21      A.  To my knowledge, not to my understanding.
22      Q.  Okay.
23      A.  Yeah.
24      Q.  On the first page there is a date that says
25   "Effective Date April 12, 2003."

34

1       A.  On the first page?
2       Q.  The very first page.
3       A.  Okay.
4       Q.  What is your understanding of what that means?
5       A.  That means that this is a document that
6    supersedes the previous document, which in this case had
7    been published on March 15th, 2003.
8       Q.  And so the prices in this document beginning
9    on April 12th, 2003 would be current?
10      A.  Since I can't see the rest of the data that's
11   been redacted, all I can see is the iPod data.
12      Q.  Right.
13      A.  And it doesn't have any date on it.  I presume
14   this means this is iPod data effective on this date.  It
15   may have been effective before April 12th.
16      Q.  Okay.
17      A.  I don't know if it was revised or not.  I
18   don't see any statement of revision here.
19      Q.  So from what you can tell from the document,
20   these prices for iPod for direct purchase resellers
21   would be current April 12, 2003 until changed again
22   through a similar document?
23      A.  Yes.
24      Q.  Okay.
25      A.  That would be effective on that date.

35

1       Q.  Okay.
2       A.  That's what I know.
3       Q.  Okay.
4       A.  From this.
5       Q.  And these direct purchase resellers would be
6    those buyers that we were talking about earlier that can
7    purchase iPods through the Apple reseller store, the
8    EDI, and then wholesale channels.
9           Is that correct?
10      A.  That's my understanding.  Generally speaking,
11   that would be the case.
12      Q.  Okay.
13      A.  Maybe there might be a difference or two, but
14   that would be the typical practice.
15      Q.  Okay.
16      A.  Typical practice, they would all be buying
17   like that, as you described.
18      Q.  Okay.
19      A.  Through Apple reseller store, direct purchase
20   reseller's price list, typically be the same.
21      Q.  Okay.  And in -- as far as you know, it's the
22   same price -- it would be the same prices in all three
23   channels?
24      A.  Presumably, yes.  That's what I would expect.
25      Q.  Okay.

36

1           I'm going to hand up document Bates stamped
2    SOM00000548 through 555 to be marked as Exhibit 101.
3           (Whereupon, Exhibit 101 was marked
4           for identification.)
5           BY MS. ROACH:
6       Q.  Do you recognize this document or documents
7    like it that you have seen?
8       A.  Yes.  Apple Education Individual Purchase
9    Program Price List, yes.
10      Q.  What is the Apple Education Individual
11   Purchase Program?
12      A.  For many of our products we will set a --
13   basically a consumer price and also an education price
14   typically at a discount.
15      Q.  How does this differ from the collegiate price
16   listing that we were looking at earlier?
17      A.  My understanding, programs change from time to
18   time, so I'm trying to remember back in 2003.  But
19   the -- the collegiate one is typically for book stores
20   and schools and educators at schools, which is different
21   than an education individual.  Typically it's for the
22   institutions.
23      Q.  So could this be, for example, a student that
24   is given this price list?
25      A.  Yes.



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                    December 20, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

41

1      (Whereupon, Exhibit 103 was marked
2      for identification)
3      THE WITNESS:  Thank you.
4      BY MS. ROACH:
5      Q.  Do you recognize this document?
6      A.  It says "Wholesaler Confidential Price List,
7  June 14th, 2003, Revisions To The May 6th, 2003
8  Wholesaler Confidential Price List, Effective June 14th,
9  2003."
10      Q.  And what is the Wholesaler Confidential Price
11  List?  Who is it intended for?
12      A.  This would be intended for wholesalers,
13  authorized wholesalers buying from Apple.
14      Q.  How does that group of buyers differ from the
15  resellers?
16      A.  My understanding is a wholesaler would be like
17  the distributors I have been describing who would
18  then -- who buy it from us and then resell it to the
19  resellers, who then sell it to end customers.
20      Q.  And a reseller would be, for example, like a
21  Best Buy or a Walmart?
22      A.  Yeah, reseller would be Best Buy or Walmart.
23  Typically they would buy, those large accounts would buy
24  directly from Apple.
25      Q.  Okay.

42

1      A.  Other resellers would typically be smaller
2  ones that would buy from the distributors.
3      Q.  From the distributor.  Okay.  Are the terms
4  "wholesaler" and "reseller" like we were just
5  discussing, are those consistent?
6      A.  You mean are they exactly the same?
7      Q.  No.  Are they used consistently in the ways
8  that we were just talking about them, wholesaler meaning
9  the distributors and reseller meaning the direct
10  resellers?
11      A.  Generally it's just not something I talk about
12  usually in the course of business too much.  It's the
13  guys who are in the sales side that are talking with
14  that more.  So on the marketing side not so much.
15      Q.  Okay.
16      A.  But...
17      Q.  How are the -- how are all of these price
18  lists that we have just been talking about, how are they
19  determined?
20      A.  There is a -- we -- we -- you mean in terms of
21  Off the street price?
22      Q.  Yes.
23      A.  Because most of these are discounted.
24      Q.  Right.
25      A.  Except for advertised price.

43

1      Q.  How does people -- sorry.  How does Apple
2  arrive at these discounted prices?
3      A.  To come up with these discounts is generally
4  a -- you know, it's a strategy that's worked out with
5  executives as to what discounts we want to offer to
6  different classes of trade or customer sets, and then
7  the pricing team, you know, follows those dictates.
8  There is an established table of discounts that they
9  follow and apply them when we -- when we come up with
10  the price.
11      Q.  Is -- what -- is there any information that
12  Apple looks at in calculating these discounts, or is it
13  just a number that Apple arrives at on its own?
14      A.  In terms of coming up with these discounts,
15  it's a number that Apple arrives at on their own.
16      Q.  Is --
17      A.  And it may or may not be the same as what
18  other folks are doing.
19      Q.  Okay.  Is it based at all on the minimum
20  advertised price?
21      A.  The discounts themselves are independent of,
22  you know, what the discounts are is different than that.
23  The advertised price is for the advertising program.
24      Q.  Right.
25      A.  Right.

44

1      Q.  So Apple doesn't gauge any of the discounted
2  pricing off of a minimum advertised price, or...
3      A.  Not in the way you have described it.  The
4  discounts may vary based on lower price products may get
5  smaller discounts than higher price products might get
6  bigger discounts for resellers.
7      Q.  Okay.
8      A.  Not always, but they might.
9      Q.  Are all of these price lists for U.S. only?
10      A.  I believe the ones you showed me are all U.S.
11      Q.  Okay.  When there is a list price change for
12  any of these -- well, I guess we'll take the -- the
13  wholesalers and the resellers.  When there is a price
14  list change on Apple's part, does that necessarily mean
15  the wholesaler necessarily changes their retail prices?
16      A.  Not necessarily.  It's up to them.
17      Q.  Okay.  So Apple has no say in that step?
18      A.  None at all.
19      Q.  Okay.  Okay.  So we just briefly spoke about
20  how these prices are set.  Is there a group of people or
21  a Price Committee at Apple that sets these prices?
22      A.  Indirectly.  The prices that the Price
23  Committee sets are the Apple list price, the published
24  price that you would expect, the price you would see at
25  an announcement of a product when people get up on stage



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                      December 20, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

---

### 45

1  and say now starting at 499, that sort of thing.
2      Q.  So that is the price that Apple charges, for
3  example, to somebody who is purchasing right from them,
4  a consumer who is purchasing right from them?
5      A.  Right.
6      Q.  And then are these prices triggered off of
7  that price?
8      A.  Yes.
9      Q.  Okay.  Is there an official Apple Price
10 Committee?
11     A.  Yes.
12     Q.  Who is on the official Apple Price Committee?
13     A.  Members of the executive team.
14     Q.  And who is that?
15     A.  That would include Steve Jobs, Tim Cook, Phil
16 Schiller, Peter Oppenheimer by name, but it's more by
17 function, the CFO, the COO, chief marketing officer, you
18 know, CEO.  So back at that time it would have been Fred
19 Anderson instead of Peter Oppenheimer.
20     Q.  What is Tim Cook's position?
21     A.  Chief operating officer.
22     Q.  Okay.  And what is Peter Oppenheimer's
23 position?
24     A.  He is the senior vice-president of finance,
25 CFO.

---

### 46

1      Q.  CFO.  How often does the price, Apple Price
2  Committee meet?
3      A.  As needed.
4      Q.  Does the Apple Price Committee set prices for
5  all of Apple's products, including the iPod?
6      A.  They set the prices for, you know, our major
7  products, including iPod.
8      Q.  And what do you mean by major products?
9      A.  The ones you would expect:  Macs, iPad,
10 iPhone, iPods.
11     Q.  All right.  You said that they meet on an as
12 needed basis.  Is that when new products come out or --
13     A.  Typically.
14     Q.  Typically?
15     A.  Typically.
16     Q.  What other --
17     A.  Typically when new products come out.
18     Q.  What other events would spark a meeting by the
19 Apple Price Committee?
20     A.  It's more it would be fewer meetings rather
21 than more.  It's sometimes we just do it via e-mail,
22 so...
23     Q.  So there is not always an official meeting?
24     A.  Right, not always an official meeting.
25     Q.  Okay.  How often does the Apple Price

---

### 47

1  Committee actually set or reset prices?
2      A.  Typically around product introductions.
3      Q.  Okay.
4      A.  We'll have our Price Committee meeting some
5  weeks before, some number of weeks, two, three, four
6  weeks before a product introduction to lock in on the
7  prices that we'd like to introduce the product at.
8      Q.  Does the Price Committee set the release date
9  of the product or they meet and set prices based on the
10 release date?
11     A.  Not necessarily related elements.  So...
12     Q.  Okay.
13     A.  The way you phrased it was a little confusing.
14         But it's -- we will set prices based on what
15 we want to introduce the product at, what price we want.
16 The release date would have a bearing on how much of old
17 product we may have available.
18         If we moved the introduction a week earlier we
19 would have more old product available and we may want to
20 take a deeper price reduction on that old product
21 because there would be more of it to sell through.
22     Q.  Okay.
23     A.  So -- but the new product, they would set that
24 price pretty much independent.
25     Q.  Okay.

---

### 48

1          Can we take a short break?
2          MR. MITTELSTAEDT:  Okay.
3          MS. ROACH:  Don't fall asleep.
4          THE VIDEOGRAPHER:  We are off the record at
5  2:23 P.M.
6          (Whereupon, a recess was taken)
7          THE VIDEOGRAPHER:  We are back on the record
8  at 2:41 P.M.
9          BY MS. ROACH:
10     Q.  Just to clarify something we were speaking
11 about earlier, we were talking about the price list for
12 the collegiate program, and you mentioned that it went
13 away about three to four years ago, at least with
14 respect to iPods.
15         Correct?
16     A.  Education, individual price went away.  We
17 don't offer a discount to education individuals.  So I
18 might have confused the collegiate prices versus the
19 individual price list.
20     Q.  So there is -- so Apple no longer has a
21 separate price list direct sales to education people?
22     A.  To individuals?
23     Q.  Yes.
24     A.  It went away -- they offer iPods to education
25 individuals at a price, but there is no discount.

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                    December 20, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

53

1  to, you know, to do a two-year or just a one-year-end of
2  life pricing?
3      A.  Yeah, it's fairly intuitive.  We give them a
4  snapshot of information, our expectation of what the
5  channel inventory will be at the time we make the
6  product transition.
7          We'll make -- we'll provide information, a
8  snapshot of information, what we think will be the
9  supply availability of the new product, we'll look at
10 the features comparing the old product to the new
11 product and try to think about it like a consumer might
12 look at it and look at it and go what would I think if I
13 were in the store looking at these two products; you
14 know, how much less do I think I should pay for the old
15 one as opposed to the new one.  Well, if they are both
16 there, okay, then there probably is going to have to be
17 a bigger discount on the old one.
18         But if the new one is not there yet and
19 somebody wants it, then maybe they'll pay a little bit
20 higher price.  Maybe.
21         But we have got -- we have got to think about
22 the consumer and how they might react as an individual
23 to buying that product.  Or they might buy a competitive
24 product.  You know.  They might turn around and buy
25 something else.

54

1      Q.  So is there any like competitive comparison or
2  analysis in setting just the end of life price?
3      A.  Indirectly.  Yeah.  But we look at that,
4  because we are looking at the competitive situation when
5  we are setting the price of the new product.
6          So by implication, since those are things that
7  we look at the same time, that information is -- is
8  available for, you know, the intuitive, you know, target
9  of what the end of life pricing needs to be.
10     Q.  So you may have said these.  But in addition
11 to just comparing the -- the old or current product to
12 the new product coming out, what other information do
13 you look at to calculate the end of life price?
14     A.  We'll look at the gross margin of the older
15 product, the one that's end of life, and we would
16 certainly like to be able to recover our cost on the
17 product.  And so we would look at that as a variable.
18 We may have to sell it at cost, but we typically also
19 try to make some money on it too.
20     Q.  Is there anything else that you look at to
21 calculate that price?
22     A.  Well, we discussed that the competitive
23 picture is included in the package, but the focus on
24 that competitive picture is more about the new product.
25         And the end products, we typically have tried

55

1  to manage general inventory down to -- two or three
2  weeks of supply at transitions, if we are doing it
3  right.  That's our goal.
4          So this is not a longterm problem, generally
5  speaking, as we transition from one product to the
6  other, so that way we can provide consumers with fresh
7  product.
8      Q.  So the end of life price would only have to be
9  available for two to three weeks, if that's all that's
10 left in the channel?
11     A.  Yeah, unless it takes longer.
12     Q.  Okay.
13     A.  You know, again, a lot of moving parts, lot of
14 things going on.
15     Q.  And again, this end of life price is Apple's
16 price for a product that's purchased directly from them,
17 from consumers?
18     A.  Yes.  Yes.  We would set the end of life price
19 that we would charge end-users if they were to buy from
20 our Apple online store or from our retail stores, they
21 are typically not in high supply, and it goes into the
22 special deals section on the online store, because it's
23 not typically highlighted on the front page as it's
24 special deals.  So there is a tip for you if you ever
25 want to buy an Apple product, end of life.

56

1          But the resellers depending on the contract
2  that they have with us may get price protection or they
3  may not, which means that we talked about the discounts
4  earlier.
5      Q.  Uh-huh.
6      A.  You know, if a reseller was to get 13 percent
7  discount on a -- on an iPod, then if we took the price
8  down $50.00, we would give them a discount equal to 87
9  percent of that.  We reduce our wholesale price to them.
10     Q.  Okay.  So when Apple sets a end of life price
11 for the products purchased directly from them, they may
12 do a reduced price for a wholesaler or reseller?
13     A.  Yes.
14     Q.  And that is all dependent on what's exactly
15 negotiated in the contract?
16     A.  It's what's in the contract, right.  So a
17 bunch of iPod resellers typically don't get price
18 protection.
19     Q.  So they may be selling it at a price that's
20 higher than what Apple is selling it at for a period of
21 time?
22     A.  They might.  Or they might sell it at, you
23 know, whatever the prevailing price is.
24     Q.  Okay.  So they might take, make the choice to
25 lower their price?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                    December 20, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

57

1    A.  In order to recover cash.
2    Q.  Okay.
3    A.  And sell out their inventory and be able to
4  have the credit limit to be able to go buy more new
5  product.  So there is a trade-off there.
6    Q.  So the discount that is provided to some
7  wholesalers and resalers -- resellers depended on the
8  contract for the end of life price, is that always 87
9  percent, or is that a negotiated term?
10    A.  That number is changed over time.  So I just
11  threw that out as an example.
12    Q.  Okay.
13    A.  They don't -- if it's 13 percent, it could be
14  ten percent.  I just -- depends.
15    Q.  And that's a percentage of what?
16    A.  Of the Apple list price in the United States.
17    Q.  Okay.
18    A.  A percentage off.
19    Q.  You mentioned something about credit limits
20  for resellers and wholesalers.  What is the credit limit
21  for resellers to buy new products from Apple?
22    A.  I don't know.  It depends on the
23  creditworthiness of the account.
24    Q.  Okay.
25    A.  Are they a timely payer, are they -- so it's

58

1  generally accepted commercial practice to establish
2  credit limits with resellers.  So, you know, you look at
3  their financial condition.
4       You wouldn't extend $10 million in credit to
5  someone who is in bankruptcy.  A rational person would
6  not.
7    Q.  That's good thinking.
8    A.  Uh-huh.
9    Q.  So going back to the Apple Price Committee,
10  when did the Apple Price Committee form?
11    A.  1997.
12    Q.  So with respect to iPods, the Apple Price
13  Committee has always been in existence?
14    A.  That's correct.
15    Q.  Okay.  And has it always been a formal group?
16    A.  What do you mean by formal?
17    Q.  So you had said that it was made up of the
18  exec team, and you listed some people out for me.  Has
19  it always been that group of people?
20    A.  Other people come in from time to time and
21  provide opinions and information.  So we'll bring in the
22  product marketing director for the particular product
23  line that was being discussed or the product marketing
24  vice-president for iPods or iPhone or iPad, we'll --
25  would typically come to the meeting and describe their

59

1  product and its features and benefits, and maybe
2  describe and discuss the competitive situation.
3       We might also have the head of engineering,
4  the senior vice-president or vice-president of
5  engineering for that product line, so that person is
6  available to answer any questions from the executive
7  team as to any issues or concerns or about the product
8  or how it's coming along in test or how our production's
9  coming along so they can answer those questions
10  directly.
11       So a few experts will come in on different
12  aspects of the product and support the committee.  We
13  may have the head of retail sales may attend the
14  meeting.  Not required, but it's an open invitation to
15  attend, and we'll go from there.
16    Q.  So does the Price Committee have a sort of set
17  of things that it looks at, you know, all the time when
18  it's setting a new price for an iPod, or does it just
19  vary on what the product is, or...
20    A.  Yeah, there is no all the time about it.  It
21  does vary depending on the situation.
22       But typically a Price Committee package that
23  we would review would have a situation summary that
24  describes the situation, the product introduction, what
25  the plans are.  It's very short, tight synopsis.

60

1  Typically very short.
2       And then a lineup of the price proposal
3  comparing the feature sets of the product line to be
4  introduced, some calculations of product margins.  There
5  might be two or three alternatives that are being
6  considered in the lineup.
7       There might even be different models that we
8  might be suggesting.  Instead of a model with these
9  features, maybe you ought to consider a better solution
10  would be to bring in different features.
11       This is late in the game, but it's -- it's
12  worked for us from time to time.  We have made changes
13  when it's the right thing to do for customers.
14       And then usually a competitive situation
15  summary that we'll cover with layouts of features and
16  benefits and prices for competitive products, that may
17  be a short list, it may be a long list.
18       And then a calculation of if it's a
19  replacement product will be some calculations at the end
20  of life channel inventory situation, and an estimation
21  of what the price protection situation would be and what
22  the margins would be on the old products.
23       That's pretty consistent, most of the packages
24  would have something like that.
25    Q.  Okay.  When a new product is coming out --



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

EXHIBIT 49



# iTunes Competitive Landscape

iTunes Product Marketing
October 2007

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187793

# Music Retail Market Share
## Physical and digital

| Rank | Retailer | Unit Share |
|------|----------|-----------|
| 1 | Wal-Mart | 15.2% |
| 2 | Best Buy | 12.9% |
| 3 | iTunes | 9.7% |
| 4 | Target | 7.0% |
| 5 | Amazon | 6.2% |
| 6 | Coconuts/FYE | 4.1% |
| 7 | Borders | 2.6% |
| 8 | Circuit City | 2.5% |
| 9 | Barnes & Noble | 1.9% |
| 10 | eBay | 1.0% |

Source: NPD, Jan-Aug. 07, US only

2

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187794

# Music Retailer Market Share
## Digital Only

| Rank | Retailer | Unit Share |
|------|----------|------------|
| 3 | iTunes | 9.7% |
| 17 | Napster | 0.6% |
| 19 | Wal-Mart Music Downloads | 0.5% |
| 26 | Rhapsody | 0.4% |
| 32 | Yahoo! Music Unlimited | 0.3% |
| 34 | Urge | 0.2% |
| 35 | Best Buy Dig Music Store | 0.2% |
| 39 | RealPlayer Music Store | 0.2% |
| 40 | MySpace | 0.2% |
| 44 | MusicMatch | 0.1% |
| 46 | Buy Music @ Buy.com | 0.1% |
| 47 | Sony Connect | 0.1% |
| 48 | Zune | 0.1% |

This reflects downloads only, not subscriptions. emusic is not counted because people think of it as a subscription.

Source: NPD, Jan-Aug. 07, US only

3

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187795



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00187796



amazon.com
Your Amazon.com
MP3 Downloads
See all 42 Product Categories
Your Account | Cart | Your Lists | Help |
Getting Started | Top Downloads | New & Future Releases | Install The MP3 Downloader | Amazon MP3 Support | Music CDs
Search MP3 Downloads
New Search
GO
Gift Certificates
Web Search
GO
amazonmp3 Top 100 Albums: $8.99 or less!
Unless otherwise noted
Browse
Genres
Alternative Rock
Blues
Broadway & Vocalists
Children's Music
Christian & Gospel
Classic Rock
Classical
Country
Dance & DJ
Folk
Hard Rock & Metal
International
Jazz
Latin Music
Miscellaneous
New Age
Opera & Vocal
Pop
R&B
Rap & Hip-Hop
Rock
Soundtracks
MP3 Album Prices
$4.99 and Under
$5.00 to $5.99
$6.00 to $6.99
$7.00 to $7.99
$8.00 to $8.99
$9.00 and Above
Top 100: Songs at 89
amazonmp3 BETA
Play Anywhere, DRM-Free Music Downloads
MP3 Music Downloads for Any Media Player!
All Songs Compatible with:
iTunes
Windows Media Player
Hello. Sign in to get personalized recommendations. New customer? Start here.
New and Notable MP3 Albums
Just Like You ~Keyshia Cole
Graduation [Explicit] ~Kanye West
The Perfect Crim... ~The Decemberists
Finding Forever [E... ~Common
Trav'lin' Light ~Queen Latifah
Today's Top MP3 Songs
1. Rehab by Amy Winehouse
2. 1234 by Feist
3. Stronger [Explicit] by Kanye West
4. Bubbly by Colbie Caillat
5. Big Girls Don't Cry (... by Fergie
6. Thnks fr th Mmrs by Fall Out Boy
7. The Sweet Escape by Gwen Stefani
Today's Top MP3 Artists
1. The Apples In Stereo
2. Kanye West
3. Radiohead
4. Pink Floyd
5. Amy Winehouse
6. Feist
7. Maroon 5
Internet | Protected Mode: On
100%

# Highlights

· 2 million songs from EMI, Universal and indies (no Warner, Sony BMG)

· 256 kbps MP3, DRM-free

· Songs are 89-99¢, albums start at $4.99, most are $5.99-8.99

· Requires lightweight Download Manager app

· Purchases automatically added to iTunes or Windows Media Player

6

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187798

# Pros

- Well-established brand with strong customer base
- #4 music retailer
- Ability to cross-merchandise physical and digital, although we haven't seen it yet
- Price
- Works with most MP3 players

# Cons

- Selection - lack of 2 majors
  - 4 of top 10 singles and 6 of top 10 albums unavailable
- No integrated jukebox

7

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00187799

# Impact

- Variable pricing
- DRM debate
- Threat to emusic

8

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187800



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00187801



DOWNLOAD MANAGER
album view
track view
audiobooks view
EMUSIC STORE
home
browse
new
charts
magazine
audiobooks
save for later
my downloads
MEDIA LIBRARY SYNC
change settings
launch iTunes
GET FREE DOWNLOADS
Tell A Friend about eMusic & Get 50 Free Downloads for Both You & Your Friend
http://www.emusic.com/?show
Search
Help
Sign Up
LOGIN
emusic
BROWSE
NEW ON eMUSIC
CHARTS
MAGAZINE
AUDIOBOOKS
YOUR PROFILE
eMusic Shortcuts
GO
Search Music
SEARCH
25 FREE DOWNLOADS
START YOUR FREE TRIAL
1 FREE BONUS! AUDIOBOOK
OVER 2.8 MILLION TRACKS :: iPOD® COMPATIBLE :: DRM FREE-OWN YOUR MUSIC
GENRES
Alternative/Punk
Blues
Classical
Country/Folk
Electronic
Hip-Hop/R&B
International
Jazz
New Age
Rock/Pop
Soundtracks/Other
Spiritual
Browse All
New & Noteworthy
Thief
Destroyer
Population
The Most Serene Repub
Night Falls Over Kort
Jens Lekman
Dear Catastrophe W
Belle and Sebastian
MORE
UNDERRATED: The Octopus Project
DAYTROTTER SESSIONS: FREE LIVE TUNES FROM THE NATIONAL, OF MONTREAL & OTHERS
magazine GO
THU., OCTOBER 11, 2007
REVIEW OF THE DAY
by Jim Farber
Memories of the Never Happened
Artist: Rockfour
One of the coolest bands to come from a culture whose popular music barely registers on the radar of U.S. music fans.
In the 2007 Israeli movie The Bubble a young Jewish h...
MORE
SPOTLIGHT
eMusic Q&A: Julia Fischer by John Schaefer
AUDIOBOOKS
NEW!
Top Audiobooks
LIAR'S POKER
Choke
Liar's Poker
by Michael Lewis
Choke
by Chuck Palahniuk
Discover more Audiobooks...
POWER CHARTS

# Highlights

· 2.8 million songs

· Indies only, no majors

· DRM-free = compatible with iPod

· Subscriptions start at $9.99 a month for 30 downloads

· Lightweight download manager

11

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187803

# Pros

· No DRM

· Inexpensive if you use all your credits (33¢ per track)

· Good editorial content

· Recently introduced audiobooks

# Cons

· No majors

· Credits do not carry over to next month

· No integrated jukebox

12

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187804



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00187805



CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187806

# Highlights

· Unlimited, tethered downloads for $9.95/month

· With ability to transfer to MP3 player - $14.95/month

· A-la-carte: 99¢/song, $9.95/album

· Browser interface offers free streaming of full songs with ads

· Personalized radio stations (with subscription only)

· Community: what others are streaming, others' collections, message boards

· 192 kbps WMA

15

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187807

# Pros

· Lots of choices

· Community features

· Personalized radio

· Only service besides iTunes to have presence outside U.S. (UK, Canada, Germany, Japan)

# Cons

· Too many choices

· DRM (Napster To Go lets you transfer to 2 portable devices, 3 computers)

· Limited jukebox (no ripping)

16

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187808



MySpace with Snocap

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00187809



MySpace.com - The Format - PEORIA, Arizona - Pop / Indie / Rock - www.myspace.com/theformat
http://www.myspace.com/theformat
Google
BUY MERCH AT THEFORMATMERCH.COM
Pop / Indie / Rock
"Does Your Cat Have A Mustache?"
PEORIA, Arizona
United States
Profile Views: 3708166
Last Login: 10/11/2007
View My: Pics | Videos
Contacting The Format
SEND MESG
FORWARD
+ TO FRIENDS
+ TO FAVS
INSTANT MSG
BLOCK
+ TO GROUP
RANK
MySpace URL:
http://www.myspace.com/theformat
The Format: General Info
Member Since 7/26/2004
Band Website theformat.com
Band Members means/ruess/raymond/schey/buzard
JOIN THE LIVING ROOM
Be the first to get information about The Format, from tour dates to album news. IT'S FREE and a member of this section you'll also be able to find exclusive songs, our message board and other STUFF.
* These fields are required.
First Name*:
Dead End
The Format
Total Plays: 9533491
Downloads Today: 0
Plays Today: 4127
Dead End Plays: 247021
Download | Rate | Comments | Lyrics | Add
She Doesn't Get It Plays: 2142685
Download | Rate | Comments | Lyrics | Add
Faith In Fast Cars Plays: 82679
Download | Rate | Comments | Lyrics | Add
Tune Out Plays: 73404
Download | Rate | Comments | Lyrics | Add
Dog Problems
2006 The Vanity Label
myspace.com
STANDALONE PLAYER
Buy tracks directly from this artist
The Format
Hi, Guest
TITLE
PRICE
The Format Snails EP $5.99
The Format Dog Problems $9.99
Career Day (Live) $0.99
Dead End (Live) $0.99
If Work Permits (Live) $0.99
Oceans (Live) $0.99
Sore Thumb (Live) $0.99
Time Bomb (Live) $0.99
00:00
Subtotal: $0.00
Check Out
powered by SNOCAP

# Highlights

· Snocap provides bands the technology to sell music through MySpace

· Create an account, purchase, and download through Flash applet

· Bands determine pricing and DRM

· Pay via PayPal

19

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187811

# Pros

- Takes advantage of MySpace's huge reach
- Allows bands to set DRM and pricing

# Cons

- Allows bands to set DRM = inconsistency
- Web-based store only, no jukebox

20

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AllA00187812



CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187813



CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187814

# Highlights

· Most of the focus has been on the hardware - software and store have gotten short shrift

· Over 2.5 million songs

· 192 kbps WMA

· 79 points per song.  400 points = $5, so each song is about 99¢.

· All you can download - $14.99/month

23

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187815

# Pros

- Can redownload your purchases up to 5 times
- Points also work on Xbox Live Marketplace

# Cons

- Point system is confusing
- Not all songs sold on Zune Marketplace allow Zune to Zune sharing

24

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187816

# Summary

· No one is set to overtake iTunes quite yet

· Others will try to change the game with variable pricing and lack of DRM

· Worldwide, there are other players that fit their markeplace better, e.g. KDDI with over-the-air downloads in Japan

25

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187817



TM and © 2007 Apple Inc. All rights reserved.

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00187818



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00187819



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AllA00187820



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00187821



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00187822

# New Customers

For Internal Apple Use Only

- 18% of Ticketmaster redeemers were new or reactivated customers*
  - 33% of Bon Jovi customers were new or reactivated
- New or reactivated customers have spent on average an additional $4.30 since redeeming their code
- New customers from the free song offer have spent the most - $11.24

* Reactivated customers are defined as being dormant for 90 days

31

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA00187823