1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | BONNY E. SWEENEY (176174)
  | ALEXANDRA S. BERNAY (211068)
3 | PATRICK J. COUGHLIN (111070)
  | CARMEN A. MEDICI (248417)
4 | JENNIFER N. CARINGAL (286197)
  | 655 West Broadway, Suite 1900
5 | San Diego, CA  92101
  | Telephone:  619/231-1058
6 | 619/231-7423 (fax)
  | bonnys@rgrdlaw.com
7 | xanb@rgrdlaw.com
  | patc@rgrdlaw.com
8 | cmedici@rgrdlaw.com
  | jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
|  | ) | CLASS ACTION |
| This Document Relates To: | ) ) | NOTICE OF FILING PUBLIC DOCUMENTS REGARDING PLAINTIFFS' REPLY *DAUBERT* MOTION (ECF NO. 763) IN RESPONSE TO ORDER DENYING WITHOUT PREJUDICE MOTIONS TO SEAL (ECF NO. 789) |
| ALL ACTIONS. | ) ) ) ) ) |  |

976050_1

1    On September 26, 2014, the Court entered an order (ECF No. 789) denying Plaintiffs' administrative motion to seal Plaintiffs' Reply Memorandum in Support of *Daubert* Motion to Exclude Certain Opinion Testimony of Kevin M. Murphy and Robert H. Topel (ECF No. 763) (hereafter "Plaintiffs' Reply *Daubert* Motion").

On October 3, 2014, the parties appeared before the Court and explained that they were prepared to file the vast majority of documents that were previously lodged under seal in connection with Plaintiffs' *Daubert* filing, Apple's summary judgment filing, Plaintiffs' motion to strike, and Plaintiffs' pre-filing conference letter, publicly. Accordingly, Plaintiffs hereby submit the following documents which were previously the subject of Plaintiffs' administrative motion to file under seal (ECF No. 763) in public form to comport with the Court's order and Plaintiffs' representations during the October 3, 2014 hearing:

- Plaintiffs' Reply *Daubert* Motion;
- Declaration of Bonny E. Sweeney in Support of Plaintiffs' Reply *Daubert* Motion and Exhibit 1 thereto.

DATED: October 10, 2014              ROBBINS GELLER RUDMAN
                                                                & DOWD LLP
BONNY E. SWEENEY
ALEXANDRA S. BERNAY
PATRICK J. COUGHLIN
CARMEN A. MEDICI
JENNIFER N. CARINGAL

                                                    s/ Bonny E. Sweeney
                                                    BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

976050_1    NOT OF FILING PUBLIC DOCS RE PLTFS' REPLY *DAUBERT* MOT (ECF NO. 763) IN RESPONSE TO ORDER DENYING W/O PREJUDICE MOTIONS TO SEAL (ECF NO. 789) - C-05-00037-YGR    - 1 -

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: 602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Telephone: 310/836-6000
310/836-6010 (fax)

GLANCY BINKOW & GOLDBERG LLP
BRIAN P. MURRAY
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: 212/382-2221
212/382-3944 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

976050_1

NOT OF FILING PUBLIC DOCS RE PLTFS' REPLY *DAUBERT* MOT (ECF NO. 763) IN RESPONSE
TO ORDER DENYING W/O PREJUDICE MOTIONS TO SEAL (ECF NO. 789) - C-05-00037-YGR      - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 10, 2014.

  s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        bonnys@rgrdlaw.com

976050_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`