1
ROBBINS GELLER RUDMAN
  & DOWD LLP
2
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
3
PATRICK J. COUGHLIN (111070)
CARMEN A. MEDICI (248417)
4
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
5
San Diego, CA 92101
Telephone: 619/231-1058
6
619/231-7423 (fax)
bonnys@rgrdlaw.com
7
xanb@rgrdlaw.com
patc@rgrdlaw.com
8
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
9

Class Counsel for Plaintiffs
10

[Additional counsel appear on signature page.]
11

UNITED STATES DISTRICT COURT
12

NORTHERN DISTRICT OF CALIFORNIA
13

OAKLAND DIVISION
14

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-YGR |

15

THE APPLE IPOD ITUNES ANTITRUST
LITIGATION

16

This Document Relates To:

17

    ALL ACTIONS.

18

Lead Case No. C-05-00037-YGR

CLASS ACTION

NOTICE OF FILING PUBLIC DOCUMENT
REGARDING PLAINTIFFS' REPLY
MOTION TO STRIKE (ECF NO. 767) IN
RESPONSE TO ORDER DENYING
WITHOUT PREJUDICE MOTIONS TO
SEAL (ECF NO. 789)

19
20
21
22
23
24
25
26
27
28

976071_1

1    On September 26, 2014, the Court entered an order (ECF No. 789) denying Plaintiffs'

2  administrative motion to seal Plaintiffs' Reply Memorandum in Support of Motion to Strike the

3  Supplemental Report of Kevin M. Murphy and Robert H. Topel, dated December 20, 2013 (ECF No.

4  767) (hereafter "Plaintiffs' Reply Motion to Strike").

5    On October 3, 2014, the parties appeared before the Court and explained that they were

6  prepared to file the vast majority of documents that were previously lodged under seal in connection

7  with Plaintiffs' *Daubert* filing, Apple's summary judgment filing, Plaintiffs' motion to strike, and

8  Plaintiffs' pre-filing conference letter, publicly.  Accordingly, Plaintiffs hereby submit the following

9  document which was previously the subject of Plaintiffs' administrative motion to file under seal

10  (ECF No. 767) in public form to comport with the Court's order and Plaintiffs' representations

11  during the October 3, 2014 hearing:

12    • Plaintiffs' Reply Motion to Strike.

13  DATED:  October 10, 2014                ROBBINS GELLER RUDMAN
                                                       & DOWD LLP
14                                          BONNY E. SWEENEY
                                            ALEXANDRA S. BERNAY
15                                          PATRICK J. COUGHLIN
                                            CARMEN A. MEDICI
16                                          JENNIFER N. CARINGAL

17

18                                                  s/ Bonny E. Sweeney
                                               BONNY E. SWEENEY
19
                                            655 West Broadway, Suite 1900
20                                          San Diego, CA  92101
                                            Telephone:  619/231-1058
21                                          619/231-7423 (fax)

22                                          Class Counsel for Plaintiffs

23                                          THE KATRIEL LAW FIRM
                                            ROY A. KATRIEL
24                                          1101 30th Street, N.W., Suite 500
                                            Washington, DC  20007
25                                          Telephone:  202/625-4342
                                            202/330-5593 (fax)

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

GLANCY BINKOW & GOLDBERG LLP
BRIAN P. MURRAY
122 East 42nd Street, Suite 2920
New York, NY  10168
Telephone:  212/382-2221
212/382-3944 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

NOT OF FILING PUBLIC DOC RE PLTFS' REPLY MOTION TO STRIKE (ECF NO. 767) IN RESPONSE
TO ORD DENYING W/O PREJUDICE MOTS TO SEAL (ECF NO. 789) - C-05-00037-YGR

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 10, 2014.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:        bonnys@rgrdlaw.com

976071_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing. You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)