William A. Isaacson (Admitted Pro Hac Vice)
(wisaacson@bsfllp.com)
Karen L. Dunn (Admitted Pro Hac Vice)
(kdunn@bsfllp.com)
Martha L. Goodman (Admitted Pro Hac Vice)
(mgoodman@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. (State Bar No. 212213)
(jcove@bsfllp.com)
Meredith R. Dearborn (State Bar No. 268312)
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-0037-YGR<br><br>[CLASS ACTION]<br><br>**DECLARATION OF DAVID C. KIERNAN IN SUPPORT OF APPLE INC.'S RENEWED ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |

I, David C. Kiernan, declare as follows:

1. I am a partner in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104. I submit this declaration in support of Apple's Renewed Administrative Motion to File Under Seal Portions of Exhibit 5 to Apple's Motion for Summary Judgment and to Exclude Expert Testimony of Roger G. Noll (hereafter, "Motion for Summary Judgment") and Exhibits 4, 12, 33 and 42 to Plaintiffs' Opposition to Apple's Motion for Summary Judgment. The facts stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

2. The relief requested in Apple's Administrative Motion is necessary and narrowly tailored to protect Apple's confidential business information.

3. I have personally reviewed Apple's document productions that relate to Apple's digital rights management ("DRM") technology, including technical descriptions of Apple's FairPlay technology and Apple's source code related to the FairPlay DRM scheme. I have worked with Apple's engineers that devise and implement Apple's DRM protection schemes and am familiar with Apple's security measures to keep FairPlay DRM confidential. I am also familiar with the various hacker programs that attacked FairPlay.

4. Portions of Exhibit 5 to Apple's Motion for Summary Judgment and Exhibits 4, 12, 33 and 42 to Plaintiffs' Opposition contain highly confidential and proprietary information relating to Apple's FairPlay DRM technology. This information is not public, should remain confidential, and has been disclosed to the plaintiffs pursuant to the Stipulation and Protective Order Regarding Confidential Information entered June 13, 2007 (ECF No. 112, hereafter "Protective Order") and supplement thereto.

5. The portions of Exhibit 5 to Apple's Motion for Summary Judgment and Exhibits 4, 12, 33 and 42 to Plaintiffs' Opposition that Apple seeks to have sealed reflect highly technical descriptions of FairPlay or detailed information relating to how FairPlay operates, which if made public would reduce FairPlay's efficacy. These portions include information regarding FairPlay operations or code that are still in use today or that provide material information about the evolution and changes to FairPlay, which could be used by third parties to gain an understanding

of how FairPlay operates.  Moreover, the descriptions provide the technical foundation upon which all generations of FairPlay technology are based.  This information, if made public, could be used by hackers to undermine previous versions of FairPlay still in use today and current versions of the technology, thereby harming Apple.  Also, if made public, this information could be used by hackers to attack FairPlay, remove it from content, aid piracy and potentially put Apple in breach of its contracts with content providers.  Finally, if made public, this information could be used by Apple's competitors to improve competing DRM products.

6. Attached as **Exhibit 1** is a true and correct copy of the Declaration of Jeffrey Robbin in Support of Apple's Administrative Motion to Seal, filed January 18, 2011, ECF No. 467.

Executed this 10th day of October, 2014 in San Francisco, California.

                                         */s/ David C. Kiernan*  
                                         David C. Kiernan

SFI-620873947v1

# Exhibit 1

Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan  #215335
dkiernan@jonesday.com
Michael T. Scott  #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037 JW (HRL) [CLASS ACTION] |
| This Document Relates To: ALL ACTIONS | DECLARATION OF JEFFREY ROBBIN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO SEAL |

I, Jeffrey Robbin, declare as follows:

    1.    I am the Vice President of iTunes and Apple TV Engineering at Apple.  I make this declaration in support of Apple Inc.'s Administrative Motion To File Under Seal.  The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

    2.    Apple's Renewed Motion for Summary Judgment and declarations and exhibits filed in support thereof contain highly confidential and commercially sensitive business information, including confidential details of Apple's FairPlay digital rights management (DRM)

- 1 -

Decl. ISO Apple's Administrative Motion to Seal
C 05 00037 JW (HRL), C 06-04457 JW (HRL)

technology, updates to that technology, third-party technology used to protect or improve FairPlay, confidential contract terms, and confidential communications between Apple and record labels regarding the distribution of music through the iTunes Store and Apple's FairPlay DRM technology. Apple keeps this information highly confidential and does not publicly disclose it.

3.  Apple's FairPlay technology is a highly protected trade secret, and Apple uses physical and electronic controls to protect it. The efficacy of FairPlay is dependent on the confidentiality of information regarding its operation and maintenance. Only a few Apple employees have access to and work on FairPlay, and they work in restricted areas. Information regarding FairPlay and third-party technology intended to increase FairPlay efficacy is non-public information that should remain confidential, and has been disclosed to plaintiffs pursuant to the Stipulation and Protective Order Regarding Confidential Information entered June 13, 2007 ("Protective Order," Doc. 112). Harm to Apple would result from the public disclosure of the information.

4.  Apple's contracts with record labels, which include information regarding the manner in which FairPlay protects music sold through the iTunes Store, are subject to confidentiality provisions and have been disclosed to plaintiffs pursuant to the Protective Order. Similarly, Apple's communications with the record labels regarding FairPlay's operation and the distribution of music through Apple's iTunes Store are kept highly confidential and have been disclosed to plaintiffs pursuant to the Protective Order. This information is non-public information that should remain confidential. Harm to Apple would result from the public disclosure of this highly confidential information. For example, the disclosure of confidential contract terms and communications regarding those terms would adversely impact Apple's bargaining position in future dealings with current and potential business partners.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 4 day of January, 2011 in Cupertino, California.

_____
Jeffrey Robbin

SFI-658662v2

- 2 -

Decl. ISO Apple's Administrative Motion to Seal
C 05 00037 JW (HRL), C 06-04457 JW (HRL)