# EXHIBIT 12
**REDACTED**

1   Robert A. Mittelstaedt  #60359
    ramittelstaedt@jonesday.com
2   Craig E. Stewart  #129530
    cestewart@jonesday.com
3   David C. Kiernan #215335
    dkiernan@jonesday.com
4   Michael T. Scott #255282
    michaelscott@jonesday.com
5   JONES DAY
    555 California Street, 26th Floor
6   San Francisco, CA  94104
    Telephone:    (415) 626-3939
7   Facsimile:    (415) 875-5700

8   Attorneys for Defendant
    APPLE INC.
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14  THE APPLE iPOD iTUNES ANTI-TRUST          **Lead Case No. C 05-00037 JW (HRL)**
    LITIGATION.
15                                            **[CLASS ACTION]**

16  This Document Relates To

17  ALL ACTIONS                               **DECLARATION OF AUGUSTIN
                                              FARRUGIA IN SUPPORT OF
18                                            DEFENDANT'S RENEWED
                                              MOTION FOR SUMMARY
19                                            JUDGMENT**

20

21

22

23  I, Augustin Farrugia, declare as follows:

24          1.      I am the Senior Director, DRM Technologies at Apple Inc.  I am the head of

25  Apple's DRM Technologies group and have personal knowledge about Apple's FairPlay Digital

26  Rights Management (DRM) technology and updates thereto after April 11, 2005 when I was hired

27  by Apple.  The facts stated in this declaration are true and based upon my own personal

28  knowledge and, if called to testify to them, I would competently do so.

1    2.    I was hired by Apple in April 2005 to improve FairPlay by making it more secure

2    and less susceptible to hacking. As part of that process, in October 2005 and again in October

3    2006, we changed the architecture of FairPlay. In this declaration, I first provide an overview of

4    how FairPlay worked as of April 2005. I then identify some aspects of FairPlay that were

5    vulnerable to attack by hackers attempting to strip content protection and avoid content usage

6    rules. And finally I described the changes of the architecture in 2005 and 2006 which improved

7    FairPlay and the user experience.

8    **How FairPlay Worked in 2005**

9    3.    The following is a general overview of how Apple's FairPlay Digital Rights

10    Management (DRM) scheme operated when I was hired in April 2005. *See generally* Exs. 1, 2.

11    4.    The music received from content providers was stored on servers in a repository

12    maintained by Apple. A mirror of the iTS repository was maintained on the servers of Akamai, a

13    third party that assisted Apple with the delivery of music to iTS users. When a customer

14    purchased music from iTS, the iTunes software delivered the music to the customer's computer.

15    5.    "iTunes" or "iTunes software" refers to Apple's jukebox application. iTunes was

16    a free application available for download at Apple's website. Among other things, iTunes

17    allowed users to import music from CDs, store music on the computer's hard drive, organize and

18    manage music, create playlists, and transfer or burn music to CDs. Customers could purchase

19    music from many sources and manage and play the content using iTunes. iTunes stored and

20    organized music in the iTunes library. iTS was a component of iTunes.

21    6.    iTunes could also be used to transfer music to an iPod. To do so, iTunes "wrote" a

22    database on the iPod that would organize the music (the "iPod music database"). Each time

23    iTunes added songs to an iPod, it would rewrite the database to include the additional songs.

24    7.

25

26

27

28

Farrugia Decl. ISO Defendant's
Renewed Mot. to Dismiss or for Summary Judgment
C 05 00037 JW (HRL), C 06-04457 JW (HRL)



1    8.

7    9.

13    10.

21    11.    Like most if not all DRM, FairPlay was not immune to attacks or attempts by

22    others to reverse engineer it to figure out the encryption and decryption schemes.  That is one of

23    the things that we refer to as "hacking."  If a hacker were successful, its program would remove

24    the FairPlay DRM so that usage rules could not be enforced thus allowing the content to be

25    distributed for free to an unlimited number of people.

26                                    **Vulnerability Study**

27    12.    After being hired by Apple, I performed a vulnerability and risk analysis of

28    FairPlay.  My analysis identified a number of vulnerabilities that had been or could be exploited

Farrugia Decl. ISO Defendant's
Renewed Mot. to Dismiss or for Summary Judgment
C 05 00037 JW (HRL), C 06-04457 JW (HRL)

1    by hackers. ███████████████████████████████

2    ███████████ *See, e.g.,* Ex. 3. The following paragraphs describe some of the security

3    vulnerabilities identified.

4        13. ████████████████████████████████████

5    ████████████████████████████████████████████████

6    ████████████████████████████████████ This presented a number of security risks. Among others, a

7    ████████████████████ cept the song and "download key" before iTunes applied

8    FairPlay, allowing the song to be decrypted and thus converted to DRM-free that then could be

9    shared over the Internet or otherwise without restriction. This vulnerability was exploited by

10   PyMusique. *See, e.g.,* Exs. 3A-3B.

11       14.  Because iTunes applied FairPlay on the user's desktop, hackers had access to the

12   executable code that applied FairPlay, allowing them to observe the operations and cryptographic

13   computations. Hackers thus could perform crypto-analysis, static analysis, and other reverse

14   engineering techniques to determine how FairPlay was applied, the locations of keys, how keys

15   were computed, and how to strip FairPlay or, as mentioned above, how to intercept the

16   unprotected song before iTunes applied the FairPlay.

17       15.  Another vulnerability was that the communication protocol between Apple servers

18   and iTunes did not have sufficient authentication protections to ensure that only iTunes could

19   retrieve music and keys from the Apple servers. These vulnerabilities allowed hacker programs

20   like PyMusique to communicate directly with Apple's servers, request and receive music and

21   "download keys" *before* iTunes applied FairPlay. As a result, such programs gave users DRM-

22   free iTS music.

23       16.  The "account keys" were also vulnerable to attack when they were downloaded

24   from Apple's servers to iTunes, while stored in the iTunes or iPod keybags, and during playback

25   on a user's computer and iPods.

26       17.  The iTunes keybag was also vulnerable ███████████████████

27   ████████████████████████████████████████████████████████

28   ████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████ And although the keybag was

encrypted, the "account keys" within the local keybag were not. Thus, if a hacker cracked the

keybag, it could steal and use the "account keys" to decrypt music.

18.    The iPod keybag was also vulnerable to attack. There was a risk of crypto-

analysis by a hacker when the keys were exchanged between iTunes keybag and the iPod keybag.

To transfer iTS music and associated keys to an iPod, iTunes read the local keybag, extracted the

"account keys" for the iTS music, and re-encrypted them using the key protection key. During

this process, the "account keys" were a point of attack.

19.    I understand that the hacker software programs like Hymn/JHymn exploited the

keybag vulnerabilities described in paragraph 17 to find and obtain the "account keys" from the

local keybag to decrypt FairPlay-protected music. *See, e.g.*, Exs. 4A-4C. According to Hymn's

authors, they accomplished this by "reverse engineering" the key that protected the keybag. *See,

e.g.*, Ex. 4A.

20.    There was no authentication protocol between iTunes and iPods. As a result, non-

iTunes jukebox applications could download and manage music (e.g., music from CDs or

computer hard drives) on an iPod. This presented a host of problems. In particular, the injection

of music (regardless of whether it was DRM protected) by a non-iTunes jukebox could corrupt

the iPod music database and thus interfere with the user experience. *See, e.g.*, Ex. 5. This

occurred because the applications had to rewrite the iPod music database. The authors of the

applications, however, could not have known exactly how the database had to be written, which

meant that the applications likely contained bugs that would interfere with playback. I

investigated calls from Apple customer support regarding users who had called Apple to

complain about their iPods not playing music after using third-party jukeboxes like WinAmp.

21.    Third-party jukebox applications also presented a security risk, by serving as a

convenient platform to strip content protection. For example, in 2005, WinAmp evidently

included a plug-in that supported the hacker program Hymn that stripped FairPlay off music

stored on iPods. *See, e.g.*, Ex. 6.

## RealNetworks' Harmony

22.     RealNetworks' Harmony program exploited the weak protection on the iPod keybag to inject its keys into the iPod keybag.  In addition to exploiting a security weakness, Harmony presented additional risks.

23.     To put RealNetworks-protected music on an iPod, Harmony must have rewritten the iPod music database to organize the RealNetworks-protected songs.  It also must have cracked open the iPod keybag to store RealNetworks' DRM decryption keys.

24.     Because RealNetworks could not have known the proper way to write the iPod database (the information was not publicly available), it was likely that Harmony, like WinAmp and other third-party jukeboxes, would interfere with the operation of the iPod. *See, e.g.*, Ex. 7. Similarly, it was likely that the foreign DRM keys injected by Harmony would conflict with the legitimate iTS "account keys" used by iPods, preventing iPods from decrypting and playing iTS music.  For example, for the iPod to play RealNetworks-protected music, Harmony must have included certain identifiers so that the iPod could find the keys associated with a particular song.  If the identifiers used by Harmony were already in use or to be used by an iTS user (e.g., the key ID used by Harmony may have already been in use), the iPod may have been unable to locate the correct "account key" to play a FairPlay-protected song, the RealNetworks-protected song, or both.[1]

## Redesigned FairPlay

25.     In response to these vulnerabilities described in paragraphs 7-19 above, among other things, I designed a new architecture for FairPlay.  The new architecture for FairPlay was

---

[1]     To illustrate this, assume a user has downloaded RealNetworks-protected songs and FairPlay-protected songs to his iPod.  When a user selected a FairPlay-protected song for play back, the iPod would attempt to read the rewritten database to locate the FairPlay-protected song; attempt to use the "identifiers" to locate and obtain the appropriate "account key," complete the process of decrypting the "account key," and then use that key to decrypt the FairPlay-protected song.  If the music database was not written correctly by Harmony, the iPod would be unable to locate the FairPlay-protected song.  Moreover, if the "identifiers" conflicted with the Harmony "identifiers," the iPod would be unable to locate and use the "account keys" to decrypt and playback the FairPlay-protected music.

1   developed and released in two stages. The first change was a new architecture for FairPlay on

2   iTunes that coincided with the release of iTunes 6.0 in October 2005. The second was a new

3   architecture for FairPlay on iPods that was shipped only on new iPod products starting with the

4   iPod nano second generation that shipped in October 2006. That is, the new architecture for

5   iPods was not implemented on legacy iPods that had shipped before October 2006.

6   **FairPlay Released With iTunes 6.0**

7       26.     The new version of FairPlay released with iTunes 6.0 in October 2005 included a

8   number of features to improve the DRM to protect against hackers that tried to strip the DRM to

9   avoid the content usage rules.

10       27.     Among others, it included a new architecture for FairPlay for iTunes.

11

12

13   This removed a point of attack for hackers. In addition to the

14   changes to the architecture, the new version of FairPlay also included protections for the local

15   keybag to make it more difficult to attack.

16       28.     After the introduction of the new FairPlay released with iTunes 6.0, programs like

17   PyMusique and JusteTune could no longer obtain the keys from Apple's servers, and programs

18   like JHymn and its predecessors could no longer locate and obtain the "account keys."

19   **FairPlay Released In October 2006**

20       29.     In October 2006, Apple released a new version of FairPlay that, among other

21   things, improved FairPlay to make it less vulnerable to attack and addressed the vulnerabilities

22   and risks presented by (i) third-party applications that rewrote the iPod music database described

23   in paragraphs 20-24; (ii) the iPod/iTunes synchronization of the "account keys" discussed in

24   paragraph 18; and (iii) third-party applications that put foreign DRM keys in the iPod keybag

25   described in paragraphs 20-24 above. As described in more detail above, allowing third-party

26   applications to sync with iPods or place foreign keys or other material in the iPod keybag could

27   cause iPods not to play music.

28

Farrugia Decl. ISO Defendant's
Renewed Mot. to Dismiss or for Summary Judgment
C 05 00037 JW (HRL), C 06-04457 JW (HRL)

1    30.    First, the new version of FairPlay included an iPod database verification protocol

2  that made sure that only the iTunes jukebox was used to download and manage music on an iPod.

3  In essence, this change prevented non-iTunes jukebox applications from corrupting the iPod

4  music database, because they no longer would be able to rewrite the iPod music database.

5    31.    The iPod database verification protocol was included in the firmware for only new

6  iPods starting with iPod nano second generation shipped in October 2006. Users with legacy

7  iPods could and can continue to use third-party jukebox applications to download and manage

8  music on their iPods.

9    32.    Second, the new version of FairPlay added an improved architecture for the iPod

10  keybag that made the keybag more secure against attacks. This change had the effect of

11  preventing the injection of foreign material, including DRM keys, into the keybag. As with the

12  iPod database verification protocol, the new architecture was included only on new iPods starting

13  with the iPod nano second generation shipped in October 2006. Users with older iPods could

14  continue to use third-party applications to inject foreign material, including DRM keys, into the

15  iPod keybag.

16                                    **QTFairUse6**

17    33.    In early 2006, a hacker released QTFairUse6, which copied a version of the song

18  stored in temporary memory after QuickTime decrypted the song for playback. *See, e.g.*, Ex. 8.

19  During playback, a decrypted version of the iTS song was saved in temporary memory. This was

20  a vulnerability I identified during my vulnerability and threat analysis in 2005. Apple included an

21  update to FairPlay that was released with iTunes 7.0 to close this hole, which effectively made the

22  version of the song sitting in memory virtually unusable to a hacker.

23    I declare under penalty of perjury under the laws of the United States of America that the

24  foregoing is true and correct.

25    Executed this ___ day of January 2011 in Cupertino, California.

26

27

_____
Augustin Farrugia

28

Farrugia Decl. ISO Defendant's
Renewed Mot. to Dismiss or for Summary Judgment
C 05 00037 JW (HRL), C 06-04457 JW (HRL)