# EXHIBIT 42
**REDACTED**

| | |
|---|---|
| **From:** | "Chris Wysocki" <cwysocki@apple.com> |
| **Sent:** | Tuesday, Apr 25 2006 10:40:00 AM |
| **To:** | "Dave Heller" <dheller@apple.com> |
| **Subject:** | Fw: Database verification API |

FYI regarding the anti-injection code for the iPod DB. I haven't had a chance to review this yet.

Chris.

----- Original Message -----
From: "Rod Schultz" <rschultz@apple.com>
To: "Chris Wysocki" <cwysocki@apple.com>
Sent: Monday, April 24, 2006 3:29 PM
Subject: Database verification API


> Hi Chris,
> Attached is the document I have written for you to look over.
>
> Let me know if you have any questions.
>
> Thanks,
> Rod
>
>
>

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094563

# iPod Database Verification API

Rod Schultz
FairPlay Engineering

## Problem

To prevent injection of content and iPod databases from clients other than iTunes into the iPod (DRM protected or non-DRM protected content), a method for verifying the source of the content needs to be implemented.



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094564



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AllA00094565



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094566



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094567



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094568



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094569