# EXHIBIT 42
**REDACTED**

**From:** "Chris Wysocki" <cwysocki@apple.com>
**Sent:** Tuesday, Apr 25 2006 10:40:00 AM
**To:** "Dave Heller" <dheller@apple.com>
**Subject:** Fw: Database verification API

FYI regarding the anti-injection code for the iPod DB. I haven't had a chance to review this yet.

Chris.

----- Original Message -----
From: "Rod Schultz" <rschultz@apple.com>
To: "Chris Wysocki" <cwysocki@apple.com>
Sent: Monday, April 24, 2006 3:29 PM
Subject: Database verification API

> Hi Chris,
> Attached is the document I have written for you to look over.
>
> Let me know if you have any questions.
>
> Thanks,
> Rod
>
>
>

# iPod Database Verification API

Rod Schultz
FairPlay Engineering

**Problem**

To prevent injection of content and iPod databases from clients other than iTunes into the iPod (DRM protected or non-DRM protected content), a method for verifying the source of the content needs to be implemented.



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094565



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094566



[redacted]

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094568



CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_AIIA00094569