1   William A. Isaacson (Admitted Pro Hac Vice)
    (wisaacson@bsfllp.com)
2   Karen L. Dunn (Admitted Pro Hac Vice)
    (kdunn@bsfllp.com)
3   Martha L. Goodman (Admitted Pro Hac Vice)
    (mgoodman@bsfllp.com)
4   BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave, NW
5   Washington, DC 20015
    Telephone: (202) 237-2727
6   Facsimile: (202) 237-6131

7   John F. Cove, Jr. (State Bar No. 212213)
    (jcove@bsfllp.com)
8   Meredith R. Dearborn (State Bar No. 268312)
    (mdearborn@bsfllp.com)
9   BOIES, SCHILLER & FLEXNER LLP
    1999 Harrison Street, Suite 900
10  Oakland, CA 94612
    Telephone: (510) 874-1000
11  Facsimile: (510) 874-1460

12  David C. Kiernan (State Bar No. 215335)
    dkiernan@jonesday.com
13  JONES DAY
    555 California Street, 26th Floor
14  San Francisco, CA  94104
    Telephone:     (415) 626-3939
15  Facsimile:     (415) 875-5700

16  Attorneys for Defendant
    APPLE INC.

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

OAKLAND DIVISION

20

21

22  THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION.

Case No. C 05-00037-YGR

[CLASS ACTION]

23

24  [PROPOSED] ORDER GRANTING APPLE INC.'S RENEWED ADMINISTRATIVE MOTION TO SEAL

25

26

27

28

SFI-620874217v1

[Proposed] Order Granting
Renewed Admin. Motion to Seal
C 05-00037 YGR

1  Presently before the Court is Apple Inc.'s Renewed Administrative Motion to File Under Seal Documents Relating to Apple's Motion for Summary Judgment (ECF No. 740) and Plaintiffs' Opposition Thereto (ECF No. 751).  Apple seeks an order partially sealing Exhibit 5 to Apple's motion for summary judgment and Exhibits 4, 12, 33 and 42 to Plaintiffs' opposition brief.

Having reviewed Apple's administrative motion and the declaration and exhibit filed in support thereof, and having determined that the public disclosure of the confidential information contained in the redacted portions of the five exhibits would harm Apple, and finding compelling reasons to seal that information, *see Kamakana v. City and Co. of* Honolulu, 447 F.3d 1172, 1178-80 (9th Cir. 2006), IT IS HEREBY ORDERED THAT Apple's administrative motion is GRANTED.  The parties may redact the portions of the above-referenced exhibits as follows:

| ECF No. | Title | Portions to Redact |
|---|---|---|
|  | Expert Report of John P.J. Kelly, dated July 19, 2013, filed as Exhibit 5 to the Amiri Declaration filed in Support of Apple's Motion for Summary Judgment. | • Designated portions of paragraphs:  13-17, 19-21, 24, 26-31, 34-42, 45-48, 51-53, 58, and 59; and<br>• Figures:  1-14; and<br>• Footnotes:  57 and 74. |
|  | Expert Report of David M. Martin Jr., dated April 8, 2013, filed as Exhibit 4 to the Sweeney Declaration filed in Support of Plaintiffs' Opposition to Summary Judgment. | • Designated portions of paragraphs:  21; 35, 38, 69, 71-73, 75-76, 78, 80, 106 and 112. |
|  | Declaration of Augustin Farrugia in Support of Defendants' Renewed Motion for Summary Judgment, filed as Exhibit 12 to the Sweeney Declaration filed in Support of Plaintiffs' Opposition to Summary Judgment. | • Designated portions of paragraphs:  7-10, 12-13, 17 and 27. |
|  | Rebuttal Expert Report of David M. Martin Jr., dated October 30, 2013, filed as Exhibit 33 to the Sweeney Declaration filed in Support of Plaintiffs' Opposition to Summary Judgment. | • Designated portions of paragraphs:  3 and 11. |
|  | Email and attachment dated April 25, 2006, bearing Bates-stamp Apple_AIIA00094563-69, filed as Exhibit 42 to the Sweeney Declaration filed in Support of Plaintiffs' Opposition to Summary Judgment. | • Designated portions of pages bearing Bates-stamp Apple_AIIA 00094564-69. |

SFI-620874217v1

- 2 -

[Proposed] Order Granting
Renewed Admin. Motion to Seal
C 05-00037 YGR

1  **IT IS SO ORDERED.**

2  Dated: _____, 2014

By: _____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

SFI-620874217v1

- 3 -

[Proposed] Order Granting
Renewed Admin. Motion to Seal
C 05-00037 YGR