1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| | ) ) | CLASS ACTION |
| This Document Relates To: | ) ) | [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTIONS *IN LIMINE* NOS. 1-6, 8-9 |
| ALL ACTIONS. | ) ) | |

976729_1

1  This matter came before the Court on October 29, 2014, for hearing on Plaintiffs' Motions *in*

2  *Limine* Nos. 1-6, 8-9.  Having considered the parties submissions and for good cause appearing,

3  IT IS HEREBY ORDERED:

| No. | Motion *in Limine* | Basis | Order |
|---|---|---|---|
| 1 | Motion *in Limine* No. 1 – References to Hacking | F.R.E. 401, 403, 608(b), 613(b) | ☐ Granted<br>☐ Granted with Modification<br>☐ Denied |
| 2 | Motion *in Limine* No. 2 – Cumulative Expert Testimony | F.R.E. 403 | ☐ Granted<br>☐ Granted with Modification<br>☐ Denied |
| 3 | Motion *in Limine* No. 3 – Unchallenged Aspects | F.R.E. 403 | ☐ Granted<br>☐ Granted with Modification<br>☐ Denied |
| 4 | Motion *in Limine* No. 4 – Declarations of Unavailable Declarants | F.R.E. 807; Fed. R. Civ. P. 45(c) | ☐ Granted<br>☐ Granted with Modification<br>☐ Denied |
| 5 | Motion *in Limine* No. 5 – Class Certification | F.R.E. 403 | ☐ Granted<br>☐ Granted with Modification<br>☐ Denied |
| 6 | Motion *in Limine* No. 6 – No Suit by RealNetworks | F.R.E. 401, 403 | ☐ Granted<br>☐ Granted with Modification<br>☐ Denied |
| 8 | Motion *in Limine* No. 8 – Treble Damages and Attorneys' Dees and Costs | F.R.E. 401, 403 | ☐ Granted<br>☐ Granted with Modification<br>☐ Denied |
| 9 | Motion *in Limine* No. 9 – Dismissed Claims | F.R.E. 401, 403 | ☐ Granted<br>☐ Granted with Modification<br>☐ Denied |

21  IT IS SO ORDERED.

22  DATED: _____   _____
23  THE HON. YVONNE GONZALEZ ROGERS
    UNITED STATES DISTRICT JUDGE

976729_1   [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTIONS *IN LIMINE* NOS. 1-6, 8-9 - C-05-00037-YGR

- 1 -