William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION <br><br> _____ <br><br> This Document Relates To: <br><br> ALL ACTIONS | Lead Case No.  C 05-00037 YGR <br> [CLASS ACTION] <br><br> [PROPOSED] **ORDER REGARDING APPLE'S MOTIONS *IN LIMINE* 1–3 (AMENDED)** <br><br> Date:     October 29, 2014 <br> Time:    9:30 AM <br> Place:   Courtroom 1, 4th Floor <br> Judge:  Honorable Yvonne Gonzalez Rogers |

This matter came before the Court on October 29, 2014, for hearing on Defendant Apple Inc.'s Motions *In Limine* Nos. 1–3. Having considered the parties' submissions and for good cause appearing,

IT IS HEREBY ORDERED:

| MOTION | BASIS | ORDER |
|---|---|---|
| Motion *In Limine* No. 1 to Exclude and to Strike Evidence or Argument that Apple Could Have or Should Have Aided Third-Party Products' Interoperability with iPods | Fed. R. Evid. 402, 403. | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| Motion *In Limine* No. 2 to Exclude and to Strike References to Purported Less Restrictive Alternatives | Fed. R. Evid. 402, 403, and 702. | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |

| MOTION | BASIS | ORDER |
|---|---|---|
| Motion *In Limine* No. 3 to Exclude and to Strike Evidence or Argument Contrary to the Court's 2011 Summary Judgment Order | Fed. R. Evid. 402, 403; Order on Apple's Mot. for Summ. J. (May, 19, 2011) (Dkt. 627). | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |

IT IS SO ORDERED.

Dated: October ___, 2014

_____
Hon. Yvonne Gonzalez Rogers
U.S. DISTRICT COURT JUDGE