1  William A. Isaacson (wisaacson@bsfllp.com)
   (Admitted *Pro Hac Vice*)
2  Karen L. Dunn (kdunn@bsfllp.com)
   (Admitted *Pro Hac Vice*)
3  Martha L. Goodman (mgoodman@bsfllp.com)
   (Admitted *Pro Hac Vice*)
4  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave, NW
5  Washington, DC 20015
   Telephone:  (202) 237-2727
6  Facsimile:  (202) 237-6131

7  John F. Cove, Jr. #212213
   (jcove@bsfllp.com)
8  Meredith R. Dearborn #268312
   (mdearborn@bsfllp.com)
9  BOIES, SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
10 Oakland, CA 94612
   Telephone:  (510) 874-1000
11 Facsimile:  (510) 874-1460

12 David C. Kiernan #215335
   (dkiernan@jonesday.com)
13 JONES DAY
   555 California Street, 26th Floor
14 San Francisco, CA  94104
   Telephone:  (415) 626-3939
15 Facsimile:  (415) 875-5700

16 *Attorneys for Defendant Apple Inc.*

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                           OAKLAND DIVISION

20 THE APPLE iPOD iTUNES ANTI-          Lead Case No.  C 05-00037 YGR
   TRUST LITIGATION                     [CLASS ACTION]
21
   ─────────────────────────────────
22                                       [PROPOSED] **ORDER REGARDING**
   This Document Relates To:             **APPLE'S MOTIONS *IN LIMINE* 4–6**
23
   ALL ACTIONS                           Date:    October 29, 2014
24                                       Time:    9:30 AM
                                         Place:   Courtroom 1, 4th Floor
25                                       Judge:   Honorable Yvonne Gonzalez Rogers

26

27

28

[PROPOSED] ORDER RE: APPLE'S MIL NOS. 4-6                    No. C 05-00037 YGR

This matter came before the Court on October 29, 2014, for hearing on Defendant Apple Inc.'s Motions *In Limine* Nos. 4–6. Having considered the parties' submissions and for good cause appearing,

IT IS HEREBY ORDERED:

| MOTION | BASIS | ORDER |
|---|---|---|
| Motion *In Limine* No. 4 to Exclude Evidence of Any Purported Supracompetitive Profits | FED. R. EVID. 104(a), 401, 402, and 403. | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| Motion *In Limine* No. 5 to Exclude Evidence or Argument Concerning Other Litigations | FED. R. EVID. 402, 403, 404(b), and 802. | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |

| MOTION | BASIS | ORDER |
|---|---|---|
| Motion *In Limine* No. 6 to Exclude Argument or Evidence Concerning Steve Jobs's Character | FED. R. EVID. 104(a), 401, 402, 403, and 701. | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |

IT IS SO ORDERED.

Dated: October ___, 2014

                                                                         Hon. Yvonne Gonzalez Rogers
                                                                         U.S. DISTRICT COURT JUDGE