# JOINT SUPPLEMENTAL JUROR QUESTIONNAIRE

Please fill out this form as completely as possible and print clearly.  Since we want to make copies for the attorneys and the Court, please do not write on the back of any page.  If you need more room, continue at the bottom of the page.  Thank you for your cooperation.

Full Name: _____
             (First)              (Middle)              (Last)

1. Have you or a family member ever been involved in a lawsuit? ____Yes     ____No

    If yes, please explain: _____

2. This case is known as a class action.  A class action is a lawsuit in which a number of people bring a lawsuit on behalf of themselves and of others in a similar situation.  Do you have any opinions, positive or negative, about class actions? ___ Yes ___ No

    If yes, please explain: _____

3. Have you or a family member ever received any form of payment from a class action lawsuit or settlement?  __ Yes __ No

    If yes, please explain who was involved, the nature of the lawsuit, and the payment that was received: _____

4. Have you or a family member ever worked for a "high tech" company?   ___Yes     ___No

    If yes, which company(ies): _____

5. Do you, a family member have any work experience, knowledge, training or advanced education in any aspect of the following:
    ___ computer programming              ___ law/government
    ___ information technology (IT)       ____finance/accounting
    ___ music, music recording, music sales   ___ engineering
    ___marketing                           ___ economics/mathematics

    If yes, please explain: _____

6. Have you ever purchased a product made by Apple for yourself, for your employer or as a gift for someone else?   (CHECK ALL THAT APPLY)
    ____iPad                 ____Desktop Computer        ____iPhone
    ____iPod                 ____Laptop Computer         ____Other

    Which product(s) have you purchased: _____
    _____

      If you answered YES, how satisfied were you with this product(s)?

      \_\_ Very Satisfied       \_\_\_Somewhat Satisfied       \_\_\_Neutral
      \_\_\_ Somewhat Dissatisfied       \_\_\_Very Dissatisfied

      Please explain: _____

7. Are you familiar with the term DRM (Digital Rights Management)? \_\_\_\_Yes \_\_\_\_No

    If yes, what opinion, positive, negative or otherwise do you have of DRM?: _____
    _____

8. Do you use a portable device to play music? \_\_\_\_Yes    \_\_\_\_No

    If yes, what device(s) do you use or have you used in the past?
    _____

9. Did you purchase an iPod from Apple between September 12, 2006 and March 31, 2009?
    \_\_\_ Yes \_\_\_ No

10. Have you ever downloaded music or other audio content from the iTunes Store?
    \_\_\_\_Yes \_\_\_\_No

    If yes, what opinion do you have about the iTunes Store?
    \_\_\_\_Positive    \_\_\_\_Neutral    \_\_\_\_Negative

    Please explain your answer: _____
    _____

11. Have you ever downloaded music from a source other than the iTunes Store?
    \_\_\_\_Yes    \_\_\_\_No

    Please list what source(s): _____

    PLEASE SIGN YOUR NAME: _____. THANK YOU.

## APPLE'S PROPOSED ADDITIONAL QUESTIONS

1. What opinion, positive, negative or neutral do you have of Apple?
   ____Positive     ____Neutral     ____Negative

   Please explain your answer: _____
   _____

2. What opinion, positive, negative or neutral do you have of Steve Jobs?
   ____Positive     ____Neutral     ____Negative

   Please explain your answer: _____
   _____

3. Are you aware of any lawsuits against Apple?  ____Yes____No

   If yes, please explain: _____
   _____

   If yes, do these lawsuits affect your opinion of Apple?
   ____Yes, it hurts my opinion of Apple
   ____Yes, it improves my opinion of Apple
   ____No, it does not change my opinion of Apple

4. What opinion, positive, negative or otherwise do you have of the pricing of songs on iTunes?
   _____
   _____

#     #     #

**Apple's Position:** These questions are appropriate to help ascertain whether a potential juror harbors an unfair bias against Apple or has been exposed to material that might affect his or her ability to neutrally evaluate the evidence. (*See* 10/3 Hearing Tr. 41:16-42:3.)

**Plaintiffs' Position:** Plaintiffs believe Apple's additional questions seek to have jurors pre-try the case and are improperly argumentative and biased, particularly as they seek to elicit opinions regarding matters central to the case, such as iTunes pricing.

## PLAINTIFFS' PROPOSED ADDITIONAL QUESTIONS

1. United States antitrust laws make it illegal for businesses to willfully maintain a monopoly by engaging in anti-competitive conduct. What is your opinion of the United States antitrust laws?

    Strongly support ❑   Some support ❑   Some opposition ❑   Strongly oppose ❑

    Please explain why you support or oppose the United States antitrust laws: _____

    _____

    _____

2. If you thought you were wronged and someone else was at fault, would you hesitate to bring a lawsuit?

    YES ❑   NO ❑

    IF NO, please explain: _____

3, Do you believe the legal system is too involved in regulating business in general?

    YES ❑   NO ❑

    IF YES, please explain: _____

    _____

4. Do you believe the legal system is too involved in regulating the high tech industry?

    YES ❑   NO ❑

    IF YES, please explain: _____

    _____

5. Have you or anyone in your immediate family ever owned your/their own business?

    YES ❑   NO ❑

    IF YES, please explain: _____

    _____

#    #    #

**Apple's Position:**  Plaintiffs' questions 1 through 4 are argumentative and more appropriately reserved for voir dire, rather than a questionnaire given by the Court.  Plaintiffs' question 5 is irrelevant.

**Plaintiffs' Position:** Plaintiffs believe these additional questions are well-founded and are intended to determine whether prospective jurors have overall biases regarding certain general legal matters.  Plaintiffs believe these types of questions are preferable to questions asking jurors to prejudge Apple in particular.