ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
PATRICK J. COUGHLIN (111070)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
patc@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF A DOCUMENT RELATING TO PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE'S MOTIONS *IN LIMINE* NOS. 1-3 AND TO EXCLUDE AND STRIKE EVIDENCE |
| | Date:       October 29, 2014<br>Time:       9:30 a.m.<br>Courtroom: 1, 4th Floor<br>Judge:      Hon. Yvonne Gonzalez Rogers |
| | Trial Date: November 17, 2014<br>Time:       8:30 a.m. |

976976_1

1    Melanie Wilson (formerly Tucker) and Mariana Rosen (collectively, "Plaintiffs")
2 respectfully submit this Administrative Motion for leave to file under seal Portions of Plaintiffs'
3 Opposition to Defendant Apple's Motions *in Limine* Nos. 1-3 and to Exclude and Strike Evidence
4 ("Opposition").  Plaintiffs bring this motion pursuant to Civil Local Rules 7-11 and 79-5, the June
5 13, 2007 Stipulated Protective Regarding Confidential Information ("Protective Order") and after
6 having met and conferred with Apple.

7    On October 7, 2014, Apple filed its Motions *in Limine* Nos. 1-3 and to Exclude and Strike
8 Evidence. The Opposition refers to the Declaration of Dr. John P.J. Kelly in Support of Defendant's
9 Renewed Motion for Summary Judgment, dated January 18, 2011 and the Expert Report of Dr. John
10 P.J. Kelly, dated July 19, 2013. Apple has asserted a confidentiality interest in these documents,
11 stating that public disclosure of the documents would risk exposing current Apple business secrets.
12 Plaintiffs understand that Apple's confidentiality concerns are laid out in the Declaration of David C.
13 Kiernan in Apple's last motion to seal. ECF No. 819-1. Accepting Apple's representations that part
14 of the technology referred to in Dr. Kelly's Declarations are currently in use and could reveal
15 sensitive business information about Apple, Plaintiffs and Apple have agreed to a set of redactions
16 to address those concerns while being mindful of the public's strong interest that Court proceedings
17 are  a part of the public record. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178
18 (9th Cir. 2006). The redacted version of these documents are attached to the Opposition and filed
19 with this motion.

976976_1

PLTFS' ADMIN MTS PORTIONS OF A DOC RE PLTFS' OPPO TO DEFENDANT APPLE'S
MOTIONS IN LIMINE NOS. 1-3 AND TO EXCLUDE AND STRIKE EVIDENCE - C-05-00037-YGR        - 1 -

Consistent with Rule 79-5(e), within four days of the filing of Plaintiffs' Administrative Motion to File Under Seal, the designating party must file with the Court and serve declarations supporting the request to seal the protected material and must lodge and serve a narrowly tailored proposed sealing order, or the information at issue will be made part of the public record.

DATED: October 14, 2014                    Respectfully submitted,

                                      ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                      BONNY E. SWEENEY
                                      ALEXANDRA S. BERNAY
                                      PATRICK J. COUGHLIN
                                      CARMEN A. MEDICI
                                      JENNIFER N. CARINGAL


                                                    s/ Bonny E. Sweeney
                                                    BONNY E. SWEENEY

                                      655 West Broadway, Suite 1900
                                      San Diego, CA  92101
                                      Telephone:  619/231-1058
                                      619/231-7423 (fax)

                                      Class Counsel for Plaintiffs

                                      BONNETT, FAIRBOURN, FRIEDMAN
                                         & BALINT, P.C.
                                      ANDREW S. FRIEDMAN
                                      FRANCIS J. BALINT, JR.
                                      ELAINE A. RYAN
                                      2325 E. Camelback Road, Suite 300
                                      Phoenix, AZ  85016
                                      Telephone:  602/274-1100
                                      602/274-1199 (fax)

                                      THE KATRIEL LAW FIRM
                                      ROY A. KATRIEL
                                      1101 30th Street, N.W., Suite 500
                                      Washington, DC  20007
                                      Telephone:  202/625-4342
                                      202/330-5593 (fax)

                                      BRAUN LAW GROUP, P.C.
                                      MICHAEL D. BRAUN
                                      10680 West Pico Blvd., Suite 280
                                      Los Angeles, CA  90064
                                      Telephone:  310/836-6000
                                      310/836-6010 (fax)

976976_1

PLTFS' ADMIN MTS PORTIONS OF A DOC RE PLTFS' OPPO TO DEFENDANT APPLE'S MOTIONS IN LIMINE NOS. 1-3 AND TO EXCLUDE AND STRIKE EVIDENCE - C-05-00037-YGR    - 2 -

| | |
|---|---|
| 1 | |
| 2 | GLANCY BINKOW & GOLDBERG LLP<br>BRIAN P. MURRAY |
| 3 | 122 East 42nd Street, Suite 2920<br>New York, NY  10168 |
| 4 | Telephone:  212/382-2221<br>212/382-3944 (fax) |
| 5 | |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067 |
| 8 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

976976_1

PLTFS' ADMIN MTS PORTIONS OF A DOC RE PLTFS' OPPO TO DEFENDANT APPLE'S
MOTIONS IN LIMINE NOS. 1-3 AND TO EXCLUDE AND STRIKE EVIDENCE - C-05-00037-YGR          - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 14, 2014.

        s/ Bonny E. Sweeney
        BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:       bonnys@rgrdlaw.com

976976_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`