1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  BONNY E. SWEENEY (176174)
   ALEXANDRA S. BERNAY (211068)
3  PATRICK J. COUGHLIN (111070)
   CARMEN A. MEDICI (248417)
4  JENNIFER N. CARINGAL (286197)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   bonnys@rgrdlaw.com
7  xanb@rgrdlaw.com
   patc@rgrdlaw.com
8  cmedici@rgrdlaw.com
   jcaringal@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION) ) ) ) | Lead Case No. C-05-00037-YGR<br><br>CLASS ACTION |
| This Document Relates To:) ) ALL ACTIONS.) ) ) ) ) | PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF A DOCUMENT RELATING TO PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE'S MOTIONS *IN LIMINE* NOS. 1-3 AND TO EXCLUDE AND STRIKE EVIDENCE |
| | Date:October 29, 2014<br>Time:9:30 a.m.<br>Courtroom:1, 4th Floor<br>Judge:Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:November 17, 2014<br>Time:8:30 a.m. |

976976_1

Melanie Wilson (formerly Tucker) and Mariana Rosen (collectively, "Plaintiffs") respectfully submit this Administrative Motion for leave to file under seal Portions of Plaintiffs' Opposition to Defendant Apple's Motions *in Limine* Nos. 1-3 and to Exclude and Strike Evidence ("Opposition"). Plaintiffs bring this motion pursuant to Civil Local Rules 7-11 and 79-5, the June 13, 2007 Stipulated Protective Regarding Confidential Information ("Protective Order") and after having met and conferred with Apple.

On October 7, 2014, Apple filed its Motions *in Limine* Nos. 1-3 and to Exclude and Strike Evidence. The Opposition refers to the Declaration of Dr. John P.J. Kelly in Support of Defendant's Renewed Motion for Summary Judgment, dated January 18, 2011 and the Expert Report of Dr. John P.J. Kelly, dated July 19, 2013. Apple has asserted a confidentiality interest in these documents, stating that public disclosure of the documents would risk exposing current Apple business secrets. Plaintiffs understand that Apple's confidentiality concerns are laid out in the Declaration of David C. Kiernan in Apple's last motion to seal. ECF No. 819-1. Accepting Apple's representations that part of the technology referred to in Dr. Kelly's Declarations are currently in use and could reveal sensitive business information about Apple, Plaintiffs and Apple have agreed to a set of redactions to address those concerns while being mindful of the public's strong interest that Court proceedings are a part of the public record. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The redacted version of these documents are attached to the Opposition and filed with this motion.

Consistent with Rule 79-5(e), within four days of the filing of Plaintiffs' Administrative Motion to File Under Seal, the designating party must file with the Court and serve declarations supporting the request to seal the protected material and must lodge and serve a narrowly tailored proposed sealing order, or the information at issue will be made part of the public record.

DATED: October 14, 2014                    Respectfully submitted,

                                       ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                       BONNY E. SWEENEY
                                       ALEXANDRA S. BERNAY
                                       PATRICK J. COUGHLIN
                                       CARMEN A. MEDICI
                                       JENNIFER N. CARINGAL

                                                 s/ Bonny E. Sweeney
                                               BONNY E. SWEENEY

                                       655 West Broadway, Suite 1900
                                       San Diego, CA  92101
                                       Telephone:  619/231-1058
                                       619/231-7423 (fax)

                                       Class Counsel for Plaintiffs

                                       BONNETT, FAIRBOURN, FRIEDMAN
                                         & BALINT, P.C.
                                       ANDREW S. FRIEDMAN
                                       FRANCIS J. BALINT, JR.
                                       ELAINE A. RYAN
                                       2325 E. Camelback Road, Suite 300
                                       Phoenix, AZ  85016
                                       Telephone:  602/274-1100
                                       602/274-1199 (fax)

                                       THE KATRIEL LAW FIRM
                                       ROY A. KATRIEL
                                       1101 30th Street, N.W., Suite 500
                                       Washington, DC  20007
                                       Telephone:  202/625-4342
                                       202/330-5593 (fax)

                                       BRAUN LAW GROUP, P.C.
                                       MICHAEL D. BRAUN
                                       10680 West Pico Blvd., Suite 280
                                       Los Angeles, CA  90064
                                       Telephone:  310/836-6000
                                       310/836-6010 (fax)

1
2  GLANCY BINKOW & GOLDBERG LLP
   BRIAN P. MURRAY
3  122 East 42nd Street, Suite 2920
   New York, NY 10168
4  Telephone: 212/382-2221
   212/382-3944 (fax)
5
   GLANCY BINKOW & GOLDBERG LLP
6  MICHAEL GOLDBERG
   1925 Century Park East, Suite 2100
7  Los Angeles, CA 90067
   Telephone: 310/201-9150
8  310/201-9160 (fax)

9  Additional Counsel for Plaintiffs

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

976976_1

PLTFS' ADMIN MTS PORTIONS OF A DOC RE PLTFS' OPPO TO DEFENDANT APPLE'S
MOTIONS IN LIMINE NOS. 1-3 AND TO EXCLUDE AND STRIKE EVIDENCE - C-05-00037-YGR   - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 14, 2014.

          s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        bonnys@rgrdlaw.com

976976_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`