1
2
3
4
5
6
7
8
9
10
11
12

13                              UNITED STATES DISTRICT COURT

14                            NORTHERN DISTRICT OF CALIFORNIA

15                                      OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| | ) | CLASS ACTION |
| | ) | |
| This Document Relates To: | ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF A DOCUMENT RELATING TO PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE'S MOTIONS *IN LIMINE* NOS. 1-3 AND TO EXCLUDE AND STRIKE EVIDENCE |
| ALL ACTIONS. | ) ) ) | |

976979_1

Before the Court is Plaintiffs' Administrative Motion to File Under Seal. Specifically, Plaintiffs seek leave to file under seal portions of the following:

| Title | Filed Under Seal |
|---|---|
| Declaration of Dr. John P.J. Kelly in Support of Defendant's Renewed Motion for Summary Judgment, dated Jan. 18, 2011 | Partially Sealed |
| Expert Report of Dr. John P.J. Kelly, dated July 19, 2013 | Partially Sealed |

There being good cause shown based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court GRANTS Plaintiffs' Administrative Motion to File Under Seal.

IT IS SO ORDERED.

DATED: _____    _____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE