|     |     |
| --- | --- |
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | BONNY E. SWEENEY (176174) |
|   | ALEXANDRA S. BERNAY (211068) |
| 3 | PATRICK J. COUGHLIN (111070) |
|   | CARMEN A. MEDICI (248417) |
| 4 | JENNIFER N. CARINGAL (286197) |
|   | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA 92101 |
|   | Telephone: 619/231-1058 |
| 6 | 619/231-7423 (fax) |
|   | bonnys@rgrdlaw.com |
| 7 | xanb@rgrdlaw.com |
|   | patc@rgrdlaw.com |
| 8 | cmedici@rgrdlaw.com |
|   | jcaringal@rgrdlaw.com |

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT APPLE'S MOTIONS *IN LIMINE* NOS. 1-3 AND TO EXCLUDE AND STRIKE EVIDENCE |
| | DATE: October 29, 2014<br>TIME: 9:30 a.m.<br>CTRM: 1 – 4th Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |
| | TRIAL: November 17, 2014<br>TIME: 8:30 a.m. |

977029_1

I, BONNY E. SWEENEY, declare:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel for the Class and for Plaintiffs Melanie Wilson (formerly Tucker) and Mariana Rosen (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would completely testify thereto.

2. I submit this declaration in support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Apple's Motions *in Limine* Nos. 1-3 and to Exclude and Strike Evidence.

3. Attached hereto are true and correct copies of the following documents:

| Exhibit[1] | Document Description |
|---|---|
| Exhibit 1: | Declaration of Dr. John P.J. Kelly in Support of Defendant's Renewed Motion for Summary Judgment, dated January 18, 2011; |
| Exhibit 2: | Expert Report of Dr. John P.J. Kelly, dated July 19, 2013; |
| Exhibit 3: | Expert Report of Kevin M. Murphy (Amended), dated August 19, 2013; and |
| Exhibit 4: | Expert Report of Robert H. Topel (Amended), dated August 19, 2013. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of October , 2014, at San Diego, California.

                                                        s/ Bonny E. Sweeney
                                                        BONNY E. SWEENEY

---

[1] Plaintiffs identify with red text boxes portions of the expert reports Plaintiffs respectfully request to strike, should the Court grant Apple's motion to strike references that Apple "could have or should have taken steps to aid third parties in developing products that are interoperable with iPods."

977029_1  DEC OF BES ISO PLTFS' MEMO OF PS & AS IN OPPOSITION TO DEFENDANT APPLE'S MOTIONS *IN LIMINE* NOS. 1-3 AND TO EXCLUDE AND STRIKE EVIDENCE - C-05-00037-YGR - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 14, 2014.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    bonnys@rgrdlaw.com

977029_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`