# EXHIBIT 1

```
1  Robert A. Mittelstaedt #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael T. Scott #255282
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA 94104
   Telephone:   (415) 626-3939
7  Facsimile:   (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION.<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**DECLARATION OF DR. JOHN P. J. KELLY IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       April 18, 2011<br>Time:       9:00 a.m.<br>Courtroom: 8, 4th Floor<br><br>**DOCUMENT FILED UNDER SEAL** |
|---|---|

## I.   Introduction

I, Dr. John P. J. Kelly, declare as follows:

1.   I have been retained by counsel for Apple Inc. ("Apple"), to provide assistance in the above-captioned case. I am the principal of Kelly Computing, Inc. (d/b/a Kelly Technology

1  Group), 830 Park Lane, Santa Barbara, CA 93108.

### A. BACKGROUND

2. I have a Bachelor of Arts degree and a Master of Arts degree with honors, both in Mathematics, from the University of Cambridge, England. I have a Ph.D. in Computer Science from the University of California, Los Angeles. I was a professor for 15 years, combined, in the Computer Science Department at the University of California, Los Angeles and the Electrical and Computer Engineering Department at the University of California, Santa Barbara, where I held tenure. Attached hereto as Exhibit A is a true and correct copy of my Curriculum Vitae describing my background and experience.

3. I teach and consult in many different aspects of computer science and engineering, including computer hardware and software architecture and design, software engineering and fault tolerance. My particular areas of expertise include computer architecture, software engineering and "clean-room" development and evaluation, reverse engineering, operating systems (including real-time and embedded), network computing (including Internet computing), storage systems, fault tolerance, parallel and distributed computing systems, transaction processing systems, database systems, and program management.

4. As a result of my education and professional experience, I have extensive knowledge of computer operating systems, networking technologies, communication protocols including network communication protocols, user interfaces including graphical user interfaces and computer hardware design.

5. I have worked in the area of computer software, hardware and system design and development for over thirty years. I have extensive experience in the design and development of small and large scale software systems. I have been involved in the specification, development, integration and testing of computer systems with a wide range of requirements, sizes and types. These have included, by way of example, custom hardware and software for a US Air Force fighter plane, a distributed real-time system for US FAA air traffic control, and a distributed geographical information system for the US Department of Energy. I also have experience with digital rights management systems such as those employed by DVD and Blu-ray; access control

systems that employ encryption or other types of shared secrets; file protection methods that employ encryption, encoding or obfuscation; financial transactions such as those over ATM networks; techniques for securing network communications such as web traffic between a customer and online store and communications over a VPN; methods of protecting executable programs and firmware using encryption; and techniques for encoding data using bar codes and magnetic stripes such as in a driver's license. I also have experience with the generation, distribution and management of encryption keys using a public key infrastructure (PKI) and other techniques.

6. From 1978 to 1995, I specified, designed and implemented distributed database architectures, systems and applications for Los Alamos National Laboratory and NASA's Jet Propulsion Laboratory, and database machine design and implementation at Transaction Technology Incorporated, Ordain, Inc. and Teradata.

7. From 1985 to 1998, I consulted for AT&T GIS, NCR, Symbios Logic, and LSI Logic including working as a member of the AT&T GIS Science Advisory Committee ("SAC"). The SAC evaluated AT&T's organization, technical direction and product strategy and made recommendations to the Vice President of Technology and Development.

**B. ASSIGNMENT**

8. Counsel for Apple asked me to examine the changes made to Apple's FairPlay DRM technology in iTunes 4.7 and analyze (i) whether those changes made FairPlay less susceptible to attack, (ii) why they blocked RealNetworks' Harmony technology, (iii) the risks that third-party applications like Harmony created for the proper operation of the iPod, and (iv) what it would entail for Apple to ensure that RealNetworks' Harmony technology would continue to work in light of the changes to FairPlay included in iTunes 4.7.

9. I considered the following materials in preparing this declaration:

    a. Source code and change logs for FairPlay included in iTunes 4.5.0, 4.6.0, and 4.7.0;

    b. Technical descriptions of FairPlay before and after iTunes 4.7;

Confidential Attorneys Eyes Only

- 3 -

Kelly Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)

    c.    Declaration of Jeffrey Robbin in Support of Defendant's Motion to Dismiss or in The Alternative Motion For Summary Judgment dated February 11, 2010;

    d.    Declaration of Jeffrey Robbin in Support of Defendant's Renewed Motion For Summary Judgment ("Robbin Decl.");

    e.    Declaration of Augustin Farrugia in Support of Defendant's Renewed Motion For Summary Judgment ("Farrugia Decl.");

    f.    Deposition Of Jeffrey L. Robbin On Behalf Of Apple, Inc., December 3, 2010; Deposition Of David K. Heller On Behalf Of Apple, Inc., December 15, 2010; Deposition Of Augustin J. Farrugia On Behalf Of Apple, Inc., December 8, 2010;

    g.    Documents produced by Apple in this case; and

    h.    Publicly available documents.

## II. Overview of FairPlay

10. Apple's iTunes Store ("iTS") offers customers the ability to purchase music, videos, and other content over the Internet.[1] Customers access iTS through Apple's iTunes Software application, a free "jukebox" application that organizes and plays digital music stored on the local computer. Among other things, the iTunes Software allows users to import music stored on CDs and other sources into their music collection.[2] The iTunes Software organizes music in a library on the computer's hard drive that can be viewed and searched in multiple ways. For example, music can be viewed by reference to various categories, such as the song or artist name.[3] Users can also use the iTunes Software to transfer digital music to iPods. The iTunes Software saves the music to the iPod's internal storage and writes a database that organizes that music.

---

[1] See, e.g., http://www.apple.com/itunes/whats-on/; http://www.apple.com/itunes/features/.

[2] See, e.g., http://www.apple.com/itunes/what-is/player.html.

[3] I have used the iTunes Software to purchase content from iTS, import music from CDs, manage music, and transfer music to an iPod and other Apple devices. I have used every major release of iTunes from version 1 to the current version.

1   11.   Apple protected the music offered on iTS with its proprietary digital rights management (DRM) technology called FairPlay.[4] FairPlay used encryption and other tools to enforce certain usage rules, including restricting access to the keys necessary to play music purchased from iTS on a customer's computer. Encryption refers to the process of altering the song so that only someone with the right "key" can decrypt the song and thus convert it to its original, unencrypted form for playback.[5]

[redacted lines 7–20]

---

[4] In 2007, EMI permitted Apple to distribute its music without DRM. See, e.g., Robbin Decl. at footnote 2.

[5] Specifically, encryption uses a mathematical process (called a cipher) to scramble the information that is to be protected (called the "plaintext"). Once the data has been encrypted, it is unintelligible except to the person (or computer) who also has access to a special piece of information (called the "key"). The key is necessary to unscramble the encrypted data and recover the plaintext. Encryption can be used to scramble actual text (such as a secret military communication), digital music files or any other kind of data. The process of unscrambling encrypted data (text or other data) is called decryption

[6] See, e.g., Apple_AIIA_B_000096.

[7] See, e.g., Apple_AIIA_B_000096.

[8] See, e.g., Apple_AIIA_B_015553.

[9] See, e.g., Apple_AIIA_B_000096; see also Robbin Decl ¶¶ 17 and Exs. 4 and 5 thereto.

1 ▮▮▮
2 ▮▮▮
3 ▮▮▮
4 ▮▮▮
5 ▮
6 ▮▮
7 ▮▮
8 ▮▮
9 ▮▮

### III. Improvements to FairPlay in iTunes 4.7.0

   A. **FAIRPLAY IN ITUNES 4.5.0 AND 4.6.0**

   17.   I examined the source code and other technical descriptions of FairPlay included in iTunes 4.5.0 and 4.6.0. ▮▮▮

14-23 ▮▮▮

---

[10] See, e.g., Source Code, Image File AdditionalCode_20101220.dmg, iTunes/4.7.0/MPEG/Sources/iPod/MusicStore.cp; see also Robbin Decl ¶¶ 10-16 and Exhibits thereto; Exhibit 29 to Deposition of David Heller.

[11] See, e.g., Dep. Tr. of David Heller on December 15, 2010 at 36:23-38:2, 77:16-79:1, 80:18-81:1; Robbin Decl ¶¶ 10-16 and Exhibits thereto.



[Lines 1-10: text redacted]

If a hacker were able to crack the keybag, he would get access to all of the account keys and could then use those keys to strip FairPlay from all of the customer's iTS music.

21.   I understand that several hacks, including DeDRMS, PlayFair and Hymn, exploited these vulnerabilities. Each evidently broke the encryption on the keybag and retrieved the account keys to strip the content protection.[13] According to Hymn's authors, they had cracked both the local and iPod keybags.[14]

---

[12] As I have used the term here, a transformation is sequence of mathematical operations performed on data. The transformation is reversible if the original data can be recovered using a second transformation which is the inverse of the first transformation.

[13] See, e.g., Robbin Decl. at ¶¶ 24-25, 30-33 and exhibits.

[14] See, e.g., Apple_AIIA00113141-51; Robbin Decl ¶ 31 and exhibits.

Confidential Attorneys Eyes Only

- 7 -

Kelly Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)



Figure 1. Overview of the structure of the 4.5.0/4.6.0 local keybag. There is one User Account Record per iTunes user account. There may be multiple account keys per user account. [See, *e.g.*, source code computer, image file AdditionalCode_20101220.dmg, files "iTunes FairPlay/iTunes FP 4.5.0/Keybag.c" and "iTunes FairPlay/iTunes FP 4.5.0/Keybag.h."]

Confidential Attorneys Eyes Only

- 8 -

Kelly Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)



Figure 2. Overview of the sequence of steps used to encrypt (above dashed line from left to right) or decrypt (below dashed line from right to left) the 4.5.0/4.6.0 keybag. The unadorned boxes represent data. The boxes with vertical bars on left and right sides represent a data processing step. [See, *e.g.*, source code computer, image file AdditionalCode_20101220.dmg, files "iTunes FairPlay/iTunes FP 4.5.0/Keybag.c" and "iTunes FairPlay/iTunes FP 4.5.0/Keybag.h."]

### B. ITUNES 4.7.0

22. The iTunes 4.7.0 Software included a number of significant changes that improved FairPlay, making it more difficult for hacks like Hymn to crack the local and iPod keybags.

23. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



**Figure 3.** Overview of the sequence of steps used to encrypt (above dashed line from left to right) or decrypt (below dashed line from right to left) the 4.7.0 local keybag. The unadorned boxes represent data. The boxes with vertical bars on left and right sides represent a data processing step. [See, *e.g.*, Apple_AIIA_B_000022; Apple_AIIA_B_015564-597; Apple_AIIA_B_015626-632.]

24. This change to the local keybag was an improvement to FairPlay because it stopped the then current hacks that relied on knowledge of the local keybag encryption. In addition, it made the local keybag (and the account keys within) less susceptible to attacks by adding complexity that would make it harder to reverse engineer. Comparing Figure 3 to Figure 2 shows the number of additional steps a hacker would have had to reverse engineer to obtain the account keys.

25. Apple also adopted a new format and encryption scheme for the iPod keybag, which was referred to as the "embedded keybag."

26. The following is a description of the new embedded keybag.

Confidential Attorneys Eyes Only

- 10 -

Kelly Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)





Figure 4. Overview of the structure of the 4.7.0 embedded keybag. There will be one User Account Record for each iTunes user account. There may be multiple account keys per user account. [See, *e.g.*, Apple_AIIA_B_015707-709.]

Figure 5. Overview of the decryption of a FairPlay protected song for playback on an iPod. The unadorned boxes represent data. The boxes with vertical bars on left and right sides represent a data processing step. [See, *e.g.*, Apple_AIIA_B_000029-30; Apple_AIIA_B_000096.]

30.

1 ██████████████████████████████████████████████
2 ██████████████████████████████████████████████
3 ██████████████████████████████████████████████
4 ██████████████████████████████████████████████
5 ██████████████████████████████████████████████
6 ██████████████████████████████████████████████
7 █████████████████████████████

8    31.   Based on my review of the source code for FairPlay, work on the changes to the source code itself for the embedded keybag began at least as early as June 17, 2004. Many of the source code files contain comments at the beginning of the file that describe changes to that file (the "change log"). Each entry in this change log contains a revision number, the date that the change was entered into the log, the person who entered the change, and a comment describing the change. As noted, the change log reflected when the change to the source code was entered, not when the work was actually started. The following figures show some change log entries that mention work on the embedded keybag included in iTunes 4.7.



[redacted lines 1–17]

## IV. Harmony

32. Harmony is what RealNetworks has described as a Digital Rights Management translation system.

"Using the new Harmony Technology within RealPlayer 10.5, the format of your music no longer matters. RealPlayer 10.5 will convert your files to a format supported by your device automatically translating the DRM to one supported by your device at the same time." [RealPlayer 10.5 help file]

In essence, Harmony attempted to make songs protected by RealNetworks' DRM falsely appear to the iPod like they were files protected by FairPlay DRM. For Harmony to accomplish this, it would have had to mimic the way FairPlay protected music. Among other things, it would have had to (i) create a keybag in the format recognized and understood by the iPod and (ii) store in the keybag the decryption keys necessary to unlock the music transferred to the iPod by

RealPlayer. Therefore, Harmony had to know the format of the iPod keybag, how the keys were protected, and how to associate decryption keys with specific songs.

33.     Harmony was included as a part of the RealPlayer jukebox application. Users could use RealPlayer to transfer music, including RealNetworks' DRM-protected music, to iPods. [See Figure 10.] I have used RealPlayer 10.5 (with Harmony) to transfer songs to an iPod. When RealPlayer transfers music to an iPod, it modifies the internal iPod database: iPod_Control/iTunes/iTunesDB. In addition, RealPlayer creates a new directory on the iPod (iPod_Control/Music/rndb) and stores several files therein. [See Table 1.]

Figure 10. Screen shot of RealPlayer 10.5 running on Windows XP. An iPod is connected to the computer and the iPod's contents are shown in the right hand pane under the caption "All Music On Device (JOHN KELLY')." The one song on the iPod was copied by iTunes 4.6.0. The music in the RealPlayer library is shown in the left hand pane under the caption "My Library." Clicking the "Synchronize Device" button in the My Library pane causes RealPlayer to copy the songs in the RealPlayer library onto the iPod.

Confidential Attorneys Eyes Only

- 15 -

Kelly Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)

Table 1. Files added to the iPod's internal storage by RealPlayer 10.5 (with Harmony) during synchronization of a single song from the RealPlayer music library to the iPod.

| |
|---|
| iPod_Control/Music/f02/04 Sonata in a Major K 322 .mp3 |
| iPod_Control/Music/rndb/26.dat |
| iPod_Control/Music/rndb/Backup/000/000002.tmd |
| iPod_Control/Music/rndb/cd.cdx |
| iPod_Control/Music/rndb/cd.dbf |
| iPod_Control/Music/rndb/cdtrax.cdx |
| iPod_Control/Music/rndb/cdtrax.dbf |
| iPod_Control/Music/rndb/dbdata.txt |
| iPod_Control/Music/rndb/playgrps.cdx |
| iPod_Control/Music/rndb/playgrps.dbf |
| iPod_Control/Music/rndb/playlist.cdx |
| iPod_Control/Music/rndb/playlist.dbf |
| iPod_Control/Music/rndb/playlist.fpt |
| iPod_Control/Music/rndb/playtrax.cdx |
| iPod_Control/Music/rndb/playtrax.dbf |
| iPod_Control/Music/rndb/property.map |
| iPod_Control/Music/rndb/tracks.dbf |
| iPod_Control/Music/rndb/tracks.fpt |
| iPod_Control/Music/rndb/tracks2.cdx |
| iPod_Control/Music/rndb/trakinfo.cdx |
| iPod_Control/Music/rndb/trakinfo.dbf |
| iPod_Control/Music/rndb/version |

34. The changes to the format and encryption of the iPod keybag in iTunes 4.7.0 would have prevented Harmony from operating on iPods that had the new embedded keybag. This is because Harmony would not write a keybag that would be recognized and understood by these iPods. Among other things, Harmony would not write user and key data in the correct format using the atom structure; would not encrypt each account key; would not have or use a session key and session ID for each account key; would not encrypt the session key using RSA encryption; and would not encrypt the account key using the session key. Instead, Harmony would continue to write an older style keybag that was no longer used by iPods with the embedded keybag.

35. In short, Harmony would have no longer worked because it was based on an earlier kyebag format and encryption scheme that was no longer used by FairPlay.

### A. APPLE AND REALNETWORKS WOULD HAVE HAD TO WORK TOGETHER

36.  For Harmony to continue to play music on iPods (assuming that it could do so in the first place) after updates to FairPlay would have required close cooperation between Apple and RealNetworks. Because Harmony essentially mimicked FairPlay, any changes to FairPlay could have prevented Harmony from working correctly.

37.  Moreover, Harmony and other third-party applications that transferred content into the iPod presented a significant risk to the proper functioning of the iPod. Whatever means RealNetworks used to figure out how to write the iPod internal database and to try to convert its DRM music to look like FairPlay-protected music, whether through reverse engineering or otherwise, RealNetworks did not have perfect knowledge regarding how FairPlay worked. If Harmony wrote the keybag incorrectly, the iPod may not have been able to play some or all music because the iPod would have been unable to locate the correct keys to decrypt the music. If RealPlayer wrote the iPod internal database incorrectly, the iPod may not have been able to locate some or all songs in its database.

38.  I understand that Apple received multiple complaints from its customers that RealPlayer and other jukebox applications that attempted to transfer content onto iPods corrupted those iPods.[16] Among other things, customers complained that their iPods skipped or did not play songs. In the case of RealPlayer, this corruption likely occurred because RealPlayer modified the iPod internal database and added foreign files, interfering with the operation of the iPod. Because RealNetworks did not have access to source code or other technical descriptions of the iPod database, its software would have been more likely to contain bugs or features that corrupted files on the iPod or otherwise interfered with the operation of the iPod.

39.  To illustrate this, I conducted the following experiment to analyze the effect of a third-party modifying the internal database. I (1) added two songs to an iPod; (2) verified that the iPod plays both songs; (3) added a third song to the iPod [see Figure 11]; (4) changed a single

---

[16] See, e.g., Apple_AIIA_C_00205226, 5250, 5300, 5310, 5328, 5398, 5437, 5443, 5474, 5481, 5488, 5493, 5494, 5537, 5538, 5614, 5677, 5712, 5720.

byte of the information added when the third song was transferred to the iPod in order to simulate a bug in the program that transferred the third song to the iPod; (5) attempted to play the songs on the iPod. When I changed a single byte in iTunesDB from 'm' to 'M' the iPod will not see any of the three songs and iTunes informs the user that an error has occurred that can only be corrected by restoring the iPod to factory settings [see Figure 12]. Therefore, incorrectly modifying as little as a single byte in iTunesDB can prevent the iPod from seeing any songs including songs transferred before the error was introduced. Although not every error may cause such immediate and dramatic results, the database structure is very sensitive and all errors have the potential to prevent the iPod from functioning as intended and expected.

Figure 11. Screen shot of iTunes 4.6 showing the contents of John Kelly's iPod with all three songs. This is before iTunesDB was modified to simulate a bug in the transfer of the third song, Sevilla.

Confidential Attorneys Eyes Only

- 18 -

Kelly Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)



Figure 12. Screen shot of the error message shown by iTunes 4.6 when attempting to read the iPod after iTunesDB was modified to simulate a bug in the transfer of the third song.

40.     To avoid blocking Harmony and at the same time ensuring the intended operation of the iPod, Apple would have had to share confidential information (including specifications, design information, and perhaps source code) with RealNetworks prior to updating products containing FairPlay. Apple also would have had to perform testing to ensure that changes to iTunes Software, FairPlay or the iPod worked in the presence or absence of Harmony and that Harmony worked with the changes. There would likely be limits to the changes that Apple could make to address hackers and also limits on new product features since all changes would have to be compatible with Harmony.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of January 2011 in Santa Barbara, California.

John P. Kelly