1 | William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
2 | Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
3 | Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
4 | BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
5 | Washington, DC 20015
Telephone: (202) 237-2727
6 | Facsimile: (202) 237-6131

7 | John F. Cove, Jr. #212213
(jcove@bsfllp.com)
8 | Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
9 | BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
10 | Oakland, CA 94612
Telephone: (510) 874-1000
11 | Facsimile: (510) 874-1460

12 | David C. Kiernan #215335
(dkiernan@jonesday.com)
13 | JONES DAY
555 California Street, 26th Floor
14 | San Francisco, CA  94104
Telephone:    (415) 626-3939
15 | Facsimile:    (415) 875-5700

16 | *Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION]<br><br>**APPLE'S NOTICE OF ERRATA**<br><br>Date: October 29, 2014<br>Time: 9:30 AM<br>Place: Courtroom 1, 4th Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | |

**ERRATA**

Apple files this errata to correct a ministerial error, noted by Plaintiffs in their Opposition to Apple's Notice of Motions and Motions *in Limine* and to Strike in the text and at footnote 6 (Dkt. 824-3, p. 9) regarding the paragraphs to be stricken from the April 8, 2013 Expert Report of David Martin (Dkt. 815-5) and the October 30, 2013 Rebuttal Report of David Martin (Dkt. 819-8). The paragraphs from the rebuttal report that were inadvertently omitted from the original motions *in limine* relate to the same subject matter of the paragraphs sought to be struck from his April 8, 2013 report in the motions as filed.

- **Notice of Motion and Motion *in Limine* No. 1:** Apple amends the Relief Sought (Dkt. 804, p. 2) and the first paragraph of the Motion (*id.*, p. 4) to **add** the following paragraphs:
    - ¶¶ 23–28 ("Apple and Third-Party Cooperation") from the October 30, 2013 Rebuttal Report of David Martin (Dkt. 819-8).

- **Notice of Motion and Motion *in Limine* No. 3:** Apple amends the Relief Sought (Dkt. 804, p. 2) and the first paragraph of the Motion (*id.*, p. 10) to **withdraw** its request to strike the following paragraphs:
    - ¶¶ 42, 46–47, 49–61, 63–68 from the April 8, 2013 Expert Report of David Martin (Dkt.815-5).[1]

In the same location, Apple **adds** the following paragraphs:
- ¶¶ 29–31 ("'Walled Garden' Considerations") from the October 30, 2013 Rebuttal Report of David Martin. (Dkt. 819-8).

Apple concurrently files a corrected proposed order.

---

[1] Certain of these paragraphs should be struck pursuant to Motion *in Limine* No. 1 and are separately called out in that motion. The withdrawal of these paragraphs is limited to Motion *in Limine* No. 3.

1

APPLE'S NOTICE OF ERRATA        No. C 05-00037 YGR

| | | |
|---|---|---|
| 1 | Dated: October 15, 2014 | BOIES, SCHILLER & FLEXNER LLP |
| 2 | | |
| 3 | | By: */s/ John F. Cove, Jr.* <br>       John F. Cove, Jr. |
| 4 | | Counsel for Defendant APPLE INC. |

2