William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION]<br><br>[PROPOSED] **ORDER REGARDING APPLE'S MOTIONS *IN LIMINE* 1–3 (THIRD AMENDED)**<br><br>Date: October 29, 2014<br>Time: 9:30 AM<br>Place: Courtroom 1, 4th Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |

This matter came before the Court on October 29, 2014, for hearing on Defendant Apple Inc.'s Motions *In Limine* Nos. 1–3. Having considered the parties' submissions and for good cause appearing,

IT IS HEREBY ORDERED:

| MOTION | BASIS | EXPERT REPORT PARAGRAPHS TO STRIKE | ORDER |
|---|---|---|---|
| Motion *In Limine* No. 1 to Exclude and to Strike Evidence or Argument that Apple Could Have or Should Have Aided Third-Party Products' Interoperability with iPods | FED. R. EVID. 402, 403. | April 8, 2013 Expert Report of David Martin (Dkt. 815-5) ("2013 Martin Report"): ¶¶ 43–48, 62, 69–70, 73, 111, 112(6), 112(7), and 112(10)<br><br>October 30, 2013 Rebuttal Report of David Martin (Dkt. 819-8) ("2013 Martin Rebuttal Report"): ¶¶ 23–28<br><br>April 3, 2013 Declaration of Roger Noll (Dkt. 740-14) ("April 3, 2013 Noll Declaration"): Material from pages 64–68 | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |

| MOTION | BASIS | EXPERT REPORT PARAGRAPHS TO STRIKE | ORDER |
|---|---|---|---|
| Motion *In Limine* No. 2 to Exclude and to Strike References to Purported Less Restrictive Alternatives | FED. R. EVID. 402, 403, and 702. | 2013 Martin Report: ¶¶ 106–111<br><br>April 3, 2013 Noll Declaration: Material from page 63 | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| Motion *In Limine* No. 3 to Exclude and to Strike Evidence or Argument Contrary to the Court's 2011 Summary Judgment Order | FED. R. EVID. 402, 403; Order on Apple's Mot. for Summ. J. (May 19, 2011) (Dkt. 627); Ordering Granting in Part Mot. for J. on the Pleadings (Oct. 30, 2009) (Dkt. 274); Order Granting in Part Mot. for J. on the Pleadings (May 15, 2009) (Dkt. 213); Order Decertifying Class Without Prejudice to Being Renewed (Dec. 21, 2009) (Dkt. 303) | 2013 Martin Report: ¶¶ 43–45, 48, 62, 69–70<br><br>2013 Martin Rebuttal Report: ¶¶ 29–31<br><br>April 3, 2013 Noll Declaration: Material from pages 64–68<br><br>November 25, 2013 Rebuttal Declaration of Roger Noll (Dkt. 740-14): Material from pages 3-4, and 13-14 | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |

IT IS SO ORDERED.

Dated: October ___, 2014

_____
Hon. Yvonne Gonzalez Rogers
U.S. DISTRICT COURT JUDGE