```
 1  ROBBINS GELLER RUDMAN
       & DOWD LLP
 2  BONNY E. SWEENEY (176174)
    ALEXANDRA S. BERNAY (211068)
 3  CARMEN A. MEDICI (248417)
    JENNIFER N. CARINGAL (286197)
 4  655 West Broadway, Suite 1900
    San Diego, CA  92101
 5  Telephone:  619/231-1058
    619/231-7423 (fax)
 6  bonnys@rgrdlaw.com
    xanb@rgrdlaw.com
 7  cmedici@rgrdlaw.com
    jcaringal@rgrdlaw.com
 8         – and –
    PATRICK J. COUGHLIN (111070)
 9  STEVEN M. JODLOWSKI (239074)
    Post Montgomery Center
10  One Montgomery Street, Suite 1800
    San Francisco, CA  94104
11  Telephone:  415/288-4545
    415/288-4534 (fax)
12  patc@rgrdlaw.com
    sjodlowski@rgrdlaw.com
13
    Class Counsel for Plaintiffs
14
    [Additional counsel appear on signature page.]
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | NOTICE OF APPEARANCE OF STEVE M. JODLOWSKI |
| ALL ACTIONS. | |

977296_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Steven M. Jodlowski (sjodlowski@rgrdlaw.com) of Robbins Geller Rudman & Dowd LLP hereby enters his appearance on behalf of plaintiffs Melanie Wilson (formerly Tucker) and Marianna Rosen in *The Apple iPod iTunes Antitrust Litigation*, No. 05-CV-00037-YGR (N.D. Cal.), and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the e-mail address listed above.

DATED: October 16, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
STEVEN M. JODLOWSKI

s/ Steven M. Jodlowski
STEVEN M. JODLOWSKI

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Class Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: 602/274-1100
602/274-1199 (fax)

| | |
|---|---|
| 1 | |
| 2 | THE KATRIEL LAW FIRM<br>ROY A. KATRIEL |
| 3 | 1101 30th Street, N.W., Suite 500<br>Washington, DC  20007 |
| 4 | Telephone:  202/625-4342<br>202/330-5593 (fax) |
| 5 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 6 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 7 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 8 | |
| 9 | GLANCY BINKOW & GOLDBERG LLP<br>BRIAN P. MURRAY |
| 10 | 122 East 42nd Street, Suite 2920<br>New York, NY  10168 |
| 11 | Telephone:  212/382-2221<br>212/382-3944 (fax) |
| 12 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 13 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067 |
| 14 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 15 | Additional Counsel for Plaintiffs |

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2014.

      s/ Steven M. Jodlowski
STEVEN M. JODLOWSKI

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:       sjodlowski@rgrdlaw.com

977296_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**

- tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)