1
2
3
4
5
6
7
8
9
10
11
12                     UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                             OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-YGR <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] ORDER REGARDING PLAINTIFFS' SECOND ADMINISTRATIVE MOTION TO ENFORCE THE COURT'S ORDERS |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

977413_1

1  On October 3, 2014, the Court held a status conference in this action. At the status conference, the parties confirmed that they had complied with the Court's Pre-trial Standing Order regarding the exchange of motions *in limine*.

On October 14, 2014, Apple filed three motions *in limine*. ECF No. 822. Those motions are not the same as those exchanged on September 30, 2014.

Also on October 14, 2014, Apple filed an "errata" regarding a motion to strike filed October 7, 2014. ECF No. 826 (Errata).

Based on Plaintiffs' motion, the Court's Standing Order, the discussion held on October 3, 2014 and the Court's Pre-Trial Order No. 1 (ECF No. 801), the Court finds Plaintiffs' motion well taken.

Therefore, the Court GRANTS Plaintiffs' request and strikes as untimely Motion *in Limine* No. 4. Apple is Ordered to withdraw ECF No. 826 (Errata) and the proposed orders regarding the same [ECF Nos. 821, 827, 828]. Apple's motions *in limine* and motions to strike Nos. 1 and 3 are terminated.

IT IS SO ORDERED.

DATED: _____    _____

THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

977413_1  [PROPOSED] ORDER REGARDING PLAINTIFFS' SECOND ADMINISTRATIVE MOTION TO ENFORCE THE COURT'S ORDERS - C-05-00037-YGR                                                                 - 1 -