# EXHIBIT D

| | |
|---|---|
| **From:** | Jennifer Caringal <JCaringal@rgrdlaw.com> |
| **Sent:** | Monday, October 13, 2014 11:21 PM |
| **To:** | William Isaacson; John Cove; Karen Dunn; Meredith Dearborn; Martha Goodman |
| **Cc:** | Bonny Sweeney; Xan Bernay; Carmen Medici; Steve Jodlowski; 'Frank Balint' |
| **Subject:** | The Apple iPod iTunes Antitrust Litigation, No. 05-00037-YGR |

Per Judge Gonzalez Rogers' Pretrial Instructions and by agreement of the parties to exchange materials by midnight Pacific time today, Plaintiffs have uploaded the following documents to the FTP site:

• Proposed Jury Instructions
• Proposed Joint Statement of the Case
• Proposed Verdict Form
• Objections to Defendants' Exhibits
• Counter-Designations to Discovery and Depositions
•Summary Exhibits added to the Exhibit List beginning at No. 722

Log-in information listed below:

<span style="color:red">REDACTED</span>

Plaintiffs reserve the right to amend and/or revise the enclosed materials.

Regards,
Jen


**Jennifer N. Caringal**



655 West Broadway, Suite 1900
San Diego, CA  92101

Tel 619 231 1058  |  Fax 619 231 7423



**NOTICE:** This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.