# EXHIBIT E

| | |
|---|---|
| **From:** | Jennifer Caringal <JCaringal@rgrdlaw.com> |
| **Sent:** | Thursday, October 16, 2014 7:29 PM |
| **To:** | Martha Goodman; Patrick Coughlin; Xan Bernay |
| **Cc:** | John Cove; Meredith Dearborn; Maxwell Pritt |
| **Subject:** | RE: AIIA: exhibit objections |
| **Attachments:** | Pls' Objections to Apple's Prelim Ex List_10 16 14.xlsx; Pl 's Objections and Counterdesignations 10.16.14.docx |

Martha,

As discussed earlier today, please find attached 1) Plaintiffs' updated objections and counterdesignations to Apple's discovery designations and 2) Plaintiffs' updated objections to Apple's exhibit list. As with all of our other exchanges, Plaintiffs reserve the right to amend.

Regards,
Jen

**Jennifer N. Caringal**



655 West Broadway, Suite 1900
San Diego, CA  92101

Tel 619 231 1058  **|**  Fax 619 231 7423



---

**From:** Martha Goodman [mailto:MGoodman@BSFLLP.com]
**Sent:** Thursday, October 16, 2014 5:24 PM
**To:** Patrick Coughlin; Xan Bernay; Jennifer Caringal
**Cc:** John Cove; Meredith Dearborn; Maxwell Pritt
**Subject:** AIIA: exhibit objections

Dear Pat,

Below is a list of exhibits we think you may wish to reconsider objecting to based on some of the issues we discussed today and the revisions you made to your objections yesterday.  I have grouped them by topic and in the header, noted an exhibit that you removed objections to on 10/15 that fall into the same category, as a point of reference.  Please note that this list doesn't cover all of the exhibits and objections you said would take another look at.

| re labels - 2389 | re hacks- 2055 |
|---|---|
| 2015 | 2042 |
| 2016 | 2047 |
| 2059 | 2095 |
| 2133 | 2116 |
| 2205 | 2119 |

| | |
|---|---|
| 2212 | 2181 |
| 2224 | 2214 |
| 2225 | 2272 |
| 2226 | 2324 |
| 2227 | 2325 |
| 2369 | 2329 |
| 2489 | 2330 |
| 2572 | 2346 |
| 2573 | 2350 |
| 2573 | 2375 |
| | 2412 |
| | 2415 |
| | 2416 |
| | 2419 |

Best,

Martha L. Goodman
Associate
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
(202) 237-9616 (direct dial)
(202) 237-6131 (fax)
mgoodman@bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**