William A. Isaacson (Admitted Pro Hac Vice)
(wisaacson@bsfllp.com)
Karen L. Dunn (Admitted Pro Hac Vice)
(kdunn@bsfllp.com)
Martha L. Goodman (Admitted Pro Hac Vice)
(mgoodman@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. (State Bar No. 212213)
(jcove@bsfllp.com)
Meredith R. Dearborn (State Bar No. 268312)
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 YGR<br><br>[CLASS ACTION]<br><br>**APPLE INC.'S L.R. 79-5(E) RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL (ECF NO. 824).** |

/ / /

/ / /

## I. INTRODUCTION

On October 14, 2014, Plaintiffs filed an Administrative Motion to File Under Seal Exhibits 1 and 2 to the Declaration of Bonny E. Sweeney in Support of Plaintiffs' Opposition to Apple's Motions in Limine Nos. 1-3.[1] ECF No. 824. Pursuant to Local Rule 79-5(e), Apple files this memorandum of points and authorities and the Declaration of David C. Kiernan, both in support of Plaintiffs' administrative motion.

Exhibit 1 to the Sweeney Declaration is the Expert Declaration of Dr. John P.J. Kelly in Support of Apple's Renewed Motion for Summary Judgment, dated January 18, 2011. Exhibit 2 to the Sweeney Declaration is the Expert Report of Dr. John P.J. Kelly, dated July 19, 2013. Both documents contain highly confidential information relating to Apple's FairPlay Digital Rights Management technology. The confidential information contained in these documents is the subject of Apple's currently-pending renewed administrative motion to seal.[2] *See* Kiernan Decl. ¶ 6; *see also* ECF No. 819.

Apple has met and conferred with Plaintiffs' counsel regarding the propriety of filing these documents in the public record and has provided Plaintiffs' counsel with redacted versions of the document that protect Apple's confidentiality interests while leaving public those portions of the documents that do not implicate Apple's privacy interests. Plaintiffs' filed the redacted versions of both documents in conjunction with the administrative motion. *See* ECF Nos. 824-5 and 824-7.

## II. STANDARD

Under Federal Rule of Civil Procedure 26(c), this Court has broad discretion to permit sealing of court documents to protect "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Documents attached to dispositive motions

---

[1] Apple will refer to the Administrative Motion to Seal as the "administrative motion," and will refer to the underlying Exhibits to the Declaration of Bonny E. Sweeney in Support of Plaintiffs' Opposition to Apple's Motions in Limine Nos. 1-3 as Exhibit 1 or 2 to the "Sweeney Declaration."

[2] The Kelly Report filed as Exhibit 2 to the Sweeney Declaration is the same document filed as Exhibit 5 to Apple's Motion for Summary Judgment, which is the subject of Apple's currently-pending renewed administrative motion to seal. Further, portions of the Kelly Declaration filed as Exhibit 1 to the Sweeney Declaration contain largely verbatim language relating to FairPlay as the Kelly Report.

- 2 -

Defendant's 79-5 Response to Pls' Administrative
Motion to Seal
C 05-00037 YGR

are properly sealed where compelling reasons support the maintenance of the documents' confidentiality, as where the documents include trade secrets or could be used to "gratify private spite." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006)). For documents submitted with a non-dispositive motion, a showing of "good cause" under Federal Rule of Civil Procedure 26(c) is sufficient. *Id*. at 1179-80.

### III. CONFIDENTIAL FAIRPLAY INFORMATION MEETS BOTH THE "GOOD CAUSE" AND "COMPELLING REASONS" STANDARDS FOR SEALING DOCUMENTS.

Exhibits 1 and 2 to the Sweeney Declaration contain highly confidential, proprietary information regarding Apple's FairPlay technology and source code for the FairPlay technology. FairPlay's technology is a highly protected trade secret, and Apple uses physical and electronic controls to protect it. *See* Kiernan Decl. Ex. 1, ¶ 3. The efficacy of FairPlay, including its ability to protect copyrighted material from piracy, is dependent on the confidentiality of information regarding its operation and maintenance. *Id.* Only a few Apple employees have access to and work on FairPlay technology, and they work in a restricted area at Apple's headquarters. *Id.*

Apple has only redacted those portions of these documents which reflect highly technical descriptions of FairPlay that would reduce the efficacy of the system if made public. *Id.* ¶ 5. The redacted portions relate to FairPlay technology that is still in use or provides the theoretical and/or technological foundation upon which subsequent generations of FairPlay are based. *Id.* Harm to Apple would result from the public disclosure of the information. *Id.* ¶ 5 & Ex. 1, ¶ 3. Once made public, potential hackers could use the information to attack FairPlay, remove it from content, aid piracy and potentially put Apple in breach of its contracts with content providers. *Id.* ¶ 5. The information could also be used by other firms to improve their competing DRM products. *Id.*

/ / /

/ / /

/ / /

/ / /

/ / /

## IV. CONCLUSION

Apple respectfully requests that this Court grant Plaintiffs' administrative motion and enter an order sealing portions Exhibits 1 and 2 to the Declaration of Bonny E. Sweeney in Support of Plaintiffs' Opposition to Apple's Motions in Limine Nos. 1-3, consistent with the proposed order filed by Plaintiffs at ECF No. 824-2.

Dated: October 17, 2014

Jones Day

By: */s/ David C. Kiernan*
David C. Kiernan

Attorneys for Defendant
APPLE INC.

SFI-620874673v1