William A. Isaacson (Admitted Pro Hac Vice)
(wisaacson@bsfllp.com)
Karen L. Dunn (Admitted Pro Hac Vice)
(kdunn@bsfllp.com)
Martha L. Goodman (Admitted Pro Hac Vice)
(mgoodman@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. (State Bar No. 212213)
(jcove@bsfllp.com)
Meredith R. Dearborn (State Bar No. 268312)
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-0037-YGR<br><br>[CLASS ACTION]<br><br>**DECLARATION OF DAVID C. KIERNAN IN SUPPORT OF APPLE INC.'S L.R. 79-5(E) RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

/ / /

/ / /

Declaration of Kiernan ISO Apple's LR 79-5
Response to Plfs' Administrative Motin to Seal
C 05-00037-YGR

I, David C. Kiernan, declare as follows:

1. I am a partner in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104. I submit this declaration in support of Apple's Local Rule 79-5(e) Response to Plaintiffs' Administrative Motion to File Under Seal Exhibits 1-2 to the Declaration of Bonny E. Sweeney filed in Opposition to Apple's Motions in Limine Nos. 1-3, filed as ECF No. 824. The facts stated in this declaration are true and based upon my own personal knowledge, and if called to testify to them, I would competently do so.

2. The relief requested in Apple's Administrative Motion is necessary and narrowly tailored to protect Apple's confidential business information.

3. I have personally reviewed Apple's document productions that relate to Apple's digital rights management ("DRM") technology, including technical descriptions of Apple's FairPlay technology and Apple's source code related to the FairPlay DRM scheme. I have worked with Apple's engineers that devise and implement Apple's DRM protection schemes and am familiar with Apple's security measures to keep FairPlay DRM confidential. I am also familiar with the various hacker programs that attacked FairPlay.

4. Portions of Exhibits 1 and 2 to Plaintiffs' Opposition contain highly confidential and proprietary information relating to Apple's FairPlay DRM technology. This information is not public, should remain confidential, and has been disclosed to the plaintiffs pursuant to the Stipulation and Protective Order Regarding Confidential Information entered June 13, 2007 (ECF No. 112, hereafter "Protective Order") and supplement thereto.

5. The portions of the documents that Apple seeks to have sealed reflect highly technical descriptions of FairPlay or detailed information relating to how FairPlay operates, which if made public would reduce FairPlay's efficacy. These portions include information regarding FairPlay operations or code that are still in use today or that provide material information about the evolution and changes to FairPlay, which could be used by third parties to gain an understanding of how FairPlay operates. Moreover, the descriptions provide the technical foundation upon which all generations of FairPlay technology are based. This information, if made public, could be used by hackers to undermine previous versions of FairPlay still in use

- 2 -

Declaration of Kiernan ISO Apple's LR 79-5
Response to Plfs' Administrative Motin to Seal
C 05-00037-YGR

today and current versions of the technology, thereby harming Apple. Also, if made public, this information could be used by hackers to attack FairPlay, remove it from content, aid piracy and potentially put Apple in breach of its contracts with content providers. Finally, if made public, this information could be used by Apple's competitors to improve competing DRM products.

6. Apple further notes that Exhibit 2 to Plaintiffs' Opposition is the subject of Apple's currently pending Renewed Administrative Motion to File Under Seal, *see* ECF No. 819, and the portions of Exhibit 1 that Apple seeks to have sealed contain near verbatim language relating to the operation of FairPlay as those portions Apple has requested to have sealed in its currently-pending motion.

7. Attached as **Exhibit 1** is a true and correct copy of the Declaration of Jeffrey Robbin in Support of Apple's Administrative Motion to Seal, filed January 18, 2011, ECF No. 467.

Executed this 17th day of October, 2014 in San Francisco, California.


        */s/ David C. Kiernan*
        David C. Kiernan

SFI-620874675v1

- 3 -

Declaration of Kiernan ISO Apple's LR 79-5
Response to Plfs' Administrative Motin to Seal
C 05-00037-YGR