# Exhibit 1

```
Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan  #215335
dkiernan@jonesday.com
Michael T. Scott  #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Defendant
APPLE INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION.<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C 05-00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**DECLARATION OF JEFFREY ROBBIN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO SEAL** |

I, Jeffrey Robbin, declare as follows:

1.   I am the Vice President of iTunes and Apple TV Engineering at Apple. I make this declaration in support of Apple Inc.'s Administrative Motion To File Under Seal. The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2.   Apple's Renewed Motion for Summary Judgment and declarations and exhibits filed in support thereof contain highly confidential and commercially sensitive business information, including confidential details of Apple's FairPlay digital rights management (DRM)

- 1 -

Decl. ISO Apple's Administrative Motion to Seal
C 05 00037 JW (HRL), C 06-04457 JW (HRL)

1 technology, updates to that technology, third-party technology used to protect or improve
2 FairPlay, confidential contract terms, and confidential communications between Apple and record
3 labels regarding the distribution of music through the iTunes Store and Apple's FairPlay DRM
4 technology. Apple keeps this information highly confidential and does not publicly disclose it.

5     3. Apple's FairPlay technology is a highly protected trade secret, and Apple uses
6 physical and electronic controls to protect it. The efficacy of FairPlay is dependent on the
7 confidentiality of information regarding its operation and maintenance. Only a few Apple
8 employees have access to and work on FairPlay, and they work in restricted areas. Information
9 regarding FairPlay and third-party technology intended to increase FairPlay efficacy is non-public
10 information that should remain confidential, and has been disclosed to plaintiffs pursuant to the
11 Stipulation and Protective Order Regarding Confidential Information entered June 13, 2007
12 ("Protective Order," Doc. 112). Harm to Apple would result from the public disclosure of the
13 information.

14     4. Apple's contracts with record labels, which include information regarding the
15 manner in which FairPlay protects music sold through the iTunes Store, are subject to
16 confidentiality provisions and have been disclosed to plaintiffs pursuant to the Protective Order.
17 Similarly, Apple's communications with the record labels regarding FairPlay's operation and the
18 distribution of music through Apple's iTunes Store are kept highly confidential and have been
19 disclosed to plaintiffs pursuant to the Protective Order. This information is non-public
20 information that should remain confidential. Harm to Apple would result from the public
21 disclosure of this highly confidential information. For example, the disclosure of confidential
22 contract terms and communications regarding those terms would adversely impact Apple's
23 bargaining position in future dealings with current and potential business partners.

24     I declare under penalty of perjury under the laws of the United States and the State of
25 California that the foregoing is true and correct.

26     Executed this 14 day of January, 2011 in Cupertino, California.

27                                                  /s/ Jeffrey Robbin
28 SFI-658662v2                                                 Jeffrey Robbin

- 2 -

Decl. ISO Apple's Administrative Motion to Seal
C 05 00037 JW (HRL), C 06-04457 JW (HRL)