# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTITRUST LITIGATION** | **Case No.: 05-CV-0037 YGR** |
| | **PRE-TRIAL ORDER NO. 3 RE MOTIONS *IN LIMINE* REVISIONS AND ERRATA** |
| **This Order Relates to:** | Re: Dkt. No. 831 |
| **All Actions** | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

On October 16, 2014, plaintiffs filed a Second Administrative Motion to Enforce the Court's Orders. (Dkt. No. 831.) Plaintiffs claim Apple's Motion *in Limine* No. 4 (Dkt. No. 822) differed "substantially" from the version Apple had "originally exchanged" with plaintiffs, "in essence forcing Plaintiffs to respond to a new motion in two days as opposed to the time periods ordered by the Court for exchange, filing and oppositions of motions *in limine*." (Dkt. No. 831 at 1.) Moreover, plaintiffs argue Apple's October 15, 2014 Notice of Errata (Dkt. No. 826) in connection with its Motions *in Limine* Nos. 1 and 3 was improper.

This Court's Pretrial Instructions in Civil Cases at Section 4.a. requires:

> Any party wishing to have motions *in limine* heard prior to the commencement of trial must exchange (but not file or serve) the same no later than twenty-eight (28) days prior to the date set for the Pretrial Conference.

In opposition to plaintiffs' administrative motion, Apple argues it changed Motion *in Limine* No. 4 in light of this Court's intervening October 3, 2014 Pre-trial Order No. 1 (Dkt. No. 801). That Order post-dated Apple's initial exchange of Motion *in Limine* No. 4 with plaintiffs, which occurred on September 30, 2014. (Dkt. No. 833 at 1.) Apple claims its errata filing solely made corrections to the list of paragraphs Apple identified to be struck in Motions *in Limine* Nos. 1 and 3 as a result of ministerial errors. (*Id*. at 1-2.)

The Court **ORDERS** that plaintiffs shall file their opposition, by **Monday, October 20, 2014**, to the version of Motion *in Limine* No. 4 as provided to plaintiff on September 30, 2014, instead of the revised version that Apple filed with this Court on October 14, 2014. Plaintiffs shall include, as an attachment to their opposition, the September 30, 2014 version of Apple's Motion *in Limine* No. 4. The Court will resolve at a later date the question of whether Apple's revisions to Motion *in Limine* No. 4 and Notice of Errata are appropriate.

This terminates Docket No. 831.

**IT IS SO ORDERED**.

Date: October 17, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**