1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | [PROPOSED] ORDER REGARDING APPLE'S MOTIONS *IN LIMINE* NOS. 5 AND 6 |
| ALL ACTIONS. | ) ) ) | |

977417_1

1  This matter came before the Court on October 29, 2014, for hearing on Apple's Motions *in*

2  *Limine* Nos. 5 and 6. Having considered the parties' submissions and for good cause appearing,

3  IT IS HEREBY ORDERED:

| No. | Motion *in Limine* | Basis | Order |
|---|---|---|---|
| 1 | Motion *in Limine* No. 5 – Other Litigation | F.R.E. 401, 404(b), 801(d)(2), 803(8) | ☐ Granted<br>☐ Granted with Modification<br>☐ Denied |
| 2 | Motion *in Limine* No. 6 – Steve Jobs' Character | F.R.E. 404(b)(2) | ☐ Granted<br>☐ Granted with Modification<br>☐ Denied |

IT IS SO ORDERED.

DATED: _____     _____
　　　　　　　　　　　　　　　　　　THE HONORABLE YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

977417_1

[PROPOSED] ORDER REGARDING APPLE'S
MOTIONS *IN LIMINE* NOS. 5 AND 6 - C-05-00037-YGR                                                         - 1 -