1  William A. Isaacson (wisaacson@bsfllp.com)
    (Admitted *Pro Hac Vice*)

2  Karen L. Dunn (kdunn@bsfllp.com)
    (Admitted *Pro Hac Vice*)

3  Martha L. Goodman (mgoodman@bsfllp.com)
    (Admitted *Pro Hac Vice*)

4  BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave, NW

5  Washington, DC 20015
    Telephone:  (202) 237-2727

6  Facsimile:  (202) 237-6131

7  John F. Cove, Jr. #212213
    (jcove@bsfllp.com)

8  Meredith R. Dearborn #268312
    (mdearborn@bsfllp.com)

9  BOIES, SCHILLER & FLEXNER LLP
    1999 Harrison Street, Suite 900

10  Oakland, CA 94612
    Telephone:  (510) 874-1000

11  Facsimile:  (510) 874-1460

12  David C. Kiernan #215335
    (dkiernan@jonesday.com)

13  JONES DAY
    555 California Street, 26th Floor

14  San Francisco, CA  94104
    Telephone:  (415) 626-3939

15  Facsimile:  (415) 875-5700

16  *Attorneys for Defendant Apple Inc.*

17             UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA

19               OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION] |
| ———————————————<br>This Document Relates To:<br>ALL ACTIONS | **DECLARATION OF MEREDITH R. DEARBORN IN SUPPORT OF APPLE'S OPPOSITIONS TO PLAINTIFFS' MOTIONS *IN LIMINE* NOS. 1–6, 9**<br><br>Date:    October 29, 2014<br>Time:   9:30 AM<br>Place:  Courtroom 1, 4th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

20
21
22
23
24
25
26
27
28

1    **<u>DECLARATION OF MEREDITH R. DEARBORN</u>**

2        I, Meredith R. Dearborn, declare as follows:

3        1.        I am an associate in the law firm of Boies, Schiller & Flexner LLP, resident in the

firm's office located at 1999 Harrison Street, Suite 900, Oakland, California 94612.  I am a

member in good standing of the Bar of the State of California and represent Apple Inc. ("Apple")

in this case.

7        2.        I make this declaration in support of Apple's Opposition to Plaintiffs' Motion in

Limine Nos. 1–6, 9 filed on October 14, 2014 (Dkt. 820).  I have personal knowledge of the facts

set forth herein.

10        3.        Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from the

deposition of Jeffrey L. Robbin, Vice President of iTunes and Apple TV, taken on December 3,

2010.

13        4.        Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the

deposition of Augustin J. Farrugia, Senior Director, DRM Technologies at Apple, taken on

December 8, 2010.

16        5.        Attached hereto as **Exhibit C** is a true and correct copy of Trial Exhibit No. 713,

identified by the Plaintiffs, described as an Affidavit of Reasonable Diligence of Mike Noble,

dated December 20, 2010.

19        I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

21        Executed this 17th day of October, 2014, at Oakland, California.

*/s/ Meredith R. Dearborn*
Meredith R. Dearborn

1

DECL. OF DEARBORN ISO OPPOSITION                                     No.  C 05-00037 YGR