# EXHIBIT A

Jeffrey Robbin                                        December 3, 2010

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


THE APPLE IPOD ITUNES            Lead Case No.
ANTI-TRUST LITIGATION.           C-05-00037-JW (HRL)

~~~~~~~~~~~~~~~~~~~~~~~



VIDEOTAPED 30(B)(6) DEPOSITION OF

APPLE COMPUTER, INC.

BY DESIGNEE:   JEFFREY L. ROBBIN

VOLUME I


December 3, 2010

9:23 a.m.


1755 Embarcadero Road
Palo Alto, California



Ana M. Dub, RMR, CRR, CSR 7445



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Jeffrey Robbin                                              December 3, 2010

                                                                          43

```
 1   was.
 2        Q.   Okay.  Do you agree that hack, the word
 3   "hack" is sometimes used not to necessarily mean
 4   something that's illegal or wrong?
 5             MR. MITTELSTAEDT:  Object; argumentative,
 6   lack of foundation, calls for speculation.
 7             THE WITNESS:  I don't know what -- I don't
 8   know that I can define what's right, wrong, or
 9   legal --
10   BY MS. BERNAY:
11        Q.   Okay.
12        A.   -- from the definition of a hack, so . . .
13        Q.   Fair enough.
14             Does the word "hack" sometimes mean like a
15   clever way to do something?  Have you ever heard it
16   used in that context?
17             MR. MITTELSTAEDT:  Let me object.  That
18   question is compound, argumentative, lack of
19   foundation, calls for speculation.
20             THE WITNESS:  You're going to have to
21   repeat it.  Sorry.
22   BY MS. BERNAY:
23        Q.   I believe I asked whether you're aware
24   that sometimes a hack means like a clever way to do
25   something.
```



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

```
 1           MR. MITTELSTAEDT:  Same objections.
 2           THE WITNESS:  I mean, the word "hack" is
 3   just a word.  So I suppose it --
 4   BY MS. BERNAY:
 5       Q.   Sure.
 6       A.   -- can mean many things to many people.
 7       Q.   Have you used it to mean different things
 8   in different -- under different circumstances?
 9       A.   Yes.
10       Q.   Okay.  Have you ever used it in a way that
11   means a clever way to do something?
12       A.   Yes.
13       Q.   So there's -- you would agree that just in
14   daily parlance, there are multiple definitions of
15   the word "hack"?
16           MR. MITTELSTAEDT:  Object; argumentative.
17           THE WITNESS:  I think I answered that.
18   BY MS. BERNAY:
19       Q.   Okay.  So you mentioned JHymn as one of
20   the -- maybe I can call it an early hack, as we've
21   been using that term here.
22       A.   Yes.
23       Q.   Do you know what, just in general terms,
24   JHymn did?
25       A.   I think JHymn was one that removed the DRM
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Jeffrey Robbin                                    December 3, 2010

                                                              86

1       A.   Yeah.
2       Q.   Like at an industry function?  Or . . .
3       A.   Before I was working for Apple.
4       Q.   Okay.  But you've never spoken to him
5    regarding any issues related to Apple's iTunes Music
6    Store, for example?
7       A.   No.
8       Q.   And so you're aware that at some point in
9    time, RealNetworks made an announcement that you
10   could buy music on their site and play it on the
11   iPod; correct?
12      A.   Yes.
13      Q.   And did Apple do anything in response to
14   that?
15      A.   I don't think so.
16      Q.   Did you, for example, ask people who
17   worked for you to look into what you called the
18   customer experience?
19      A.   It wasn't as a result of -- I mean, when
20   that technology was made available, we, of course,
21   took a look at it.
22      Q.   Why?
23      A.   To see what it was doing.
24      Q.   Why?
25      A.   Because it looked to us like it was a hack



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Jeffrey Robbin                                                    December 3, 2010

87

```
 1   to the FairPlay.
 2       Q.   And was it a hack to FairPlay, in your
 3   view?
 4       A.   Yes.
 5       Q.   And if, in your view, it was a hack to
 6   FairPlay, did -- in your view, it was a hack to
 7   FairPlay; correct?
 8       A.   Yes.
 9       Q.   Did you notify the labels that you
10   believed it was a hack to FairPlay?
11       A.   I don't think so.
12       Q.   Do you know whether anybody notified the
13   labels that they believed it was a hack to FairPlay?
14       A.   I don't know.
15       Q.   Okay.  Why did you think it was a hack to
16   FairPlay?
17       A.   Because in order for DRM content to play
18   on an iPod if it didn't come from iTunes, they had
19   to have done something to reverse-engineer FairPlay.
20   That was our assumption.  They had to do something
21   that would have figured out the DRM and thus broken
22   the DRM to do it.
23       Q.   And in your view, if something breaks the
24   DRM, it's a hack?
25       A.   Yeah.
```



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

202

1              CERTIFICATE OF REPORTER

2              I, ANA M. DUB, a Certified Shorthand

3    Reporter, hereby certify that the witness in the

4    foregoing deposition was by me duly sworn to tell

5    the truth, the whole truth, and nothing but the

6    truth in the within-entitled cause;

7              That said deposition was taken down in

8    shorthand by me, a disinterested person, at the time

9    and place therein stated, and that the testimony of

10   the said witness was thereafter reduced to

11   typewriting, by computer, under my direction and

12   supervision;

13             That before completion of the deposition,

14   review of the transcript [ ] was [X] was not

15   requested.  If requested, any changes made by the

16   deponent (and provided to the reporter) during the

17   period allowed are appended hereto.

18             I further certify that I am not of counsel

19   or attorney for either or any of the parties to the

20   said deposition, nor in any way interested in the

21   event of this cause, and that I am not related to

22   any of the parties thereto.

23             DATED:  December 6, 2010.

24             _____

25                  ANA M. DUB, RMR, CRR, CSR No. 7445



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com