# EXHIBIT B

Augustin Farrugia                                                December 8, 2010
                HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                                              1

                   UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

                       SAN JOSE DIVISION


    THE APPLE IPOD ITUNES          Lead Case No.
    ANTI-TRUST LITIGATION.         C-05-00037-JW (HRL)

    ~~~~~~~~~~~~~~~~~~~~~~~


          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



              VIDEOTAPED 30(b)(6) DEPOSITION OF

                    AUGUSTIN J. FARRUGIA

                        ON BEHALF OF

                         APPLE, INC.

                          VOLUME I


                     December 8, 2010

                        9:16 a.m.


                  1755 Embarcadero Road
                   Palo Alto, California


             Ana M. Dub, RMR, CRR, CSR 7445

Augustin Farrugia                                           December 8, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

137

1  eat enough or maybe I ate too much.
2  BY MR. CARPENTER:
3       Q.   Earlier you -- earlier we discussed that
4  Apple would, from time to time, make updates to
5  FairPlay to address specific threats or hacks.  Is
6  that accurate?
7       A.   Could you repeat the question.  Sorry.  I
8  was reading at the beginning.
9            (Record read as follows:
10           "QUESTION:  Earlier you -- earlier we
11            discussed that Apple would, from time
12            to time, make updates to FairPlay to
13            address specific threats or hacks.  Is
14            that accurate?")
15           THE WITNESS:  Which version of FairPlay?
16  BY MR. CARPENTER:
17       Q.   I'm just stating, in general, there have
18  been versions of FairPlay that would address threats
19  or hacks; correct?
20       A.   Speaking about 2008, yes.
21       Q.   Okay.  And so how would you define the
22  word "hack" as it's used in your threat assessment?
23       A.   It could be people being able to access
24  the keys, get the keys.
25       Q.   Okay.  Would you agree that there are a

Augustin Farrugia					December 8, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

138

1  number of definitions that could be used with
2  respect to the term "hack" in terms of assessing a
3  threat to the Apple security for FairPlay?
4      A.   Correct.
5      Q.   Okay.  Would you consider JHymn to be a
6  hack?
7      A.   We can say that.
8      Q.   Okay.  Did JHymn permit downloads
9  purchased from iTunes to be played on any
10 AAC-compatible music player, including iPod?
11          MR. KIERNAN:  Objection; lacks foundation.
12          THE WITNESS:  To my recollection, no.
13 BY MR. CARPENTER:
14     Q.   Okay.  You might have already answered
15 this, but to your recollection, what was the problem
16 or what did JHymn -- strike that.
17          How did JHymn pose a threat to Apple's
18 security?
19     A.   Based on this conversation -- I don't have
20 any recollection -- it looks like JHymn was able to
21 read the key from the iPod on the previous
22 architecture.
23     Q.   And why would that be significant to
24 dealing with the JHymn hack?
25     A.   Because basically you compromise the

Augustin Farrugia                                      December 8, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                              221

1                  CERTIFICATE OF REPORTER
2              I, ANA M. DUB, a Certified Shorthand
3      Reporter, hereby certify that the witness in the
4      foregoing deposition was by me duly sworn to tell
5      the truth, the whole truth, and nothing but the
6      truth in the within-entitled cause;
7              That said deposition was taken down in
8      shorthand by me, a disinterested person, at the time
9      and place therein stated, and that the testimony of
10     the said witness was thereafter reduced to
11     typewriting, by computer, under my direction and
12     supervision;
13             That before completion of the deposition,
14     review of the transcript [X] was [ ] was not
15     requested.  If requested, any changes made by the
16     deponent (and provided to the reporter) during the
17     period allowed are appended hereto.
18             I further certify that I am not of counsel
19     or attorney for either or any of the parties to the
20     said deposition, nor in any way interested in the
21     event of this cause, and that I am not related to
22     any of the parties thereto.
23             DATED:  December 10, 2010.
24                    _____
25                    ANA M. DUB, RMR, CRR, CSR No. 7445