# EXHIBIT C

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Todd D. Carpenter, Esq., Bar #234464<br>Bonnett Fairbourn Friedman<br>& Balint, P.C.<br>600 West Broadway, Suite 900<br>San Diego, CA 92101 | | | | |
| Telephone No: 619-756-6978   FAX: No: 602-274-1199 | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Western District Of Washington | | | | |
| Plaintiff: In re: Apple iPOD iTunes Anti-Trust LItigation<br>Defendant: | | | | |
| **Affidavit of Reasonable Diligence** | Hearing Date:<br>Mon, Dec. 20, 2010 | Time:<br>9:00am | Dept/Div: | Case Number:<br>0500037JW(HRL) |

1. I, Mike Noble, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness Robert Glaser as follows:

2. Documents:   Subpoena to Testify at a Deposition in a Civil Action..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 12/14/10 | 7:00pm | Home | The subject was home, but answered from behind the door and is clearly familiar with service of process. He ordered me off of his property and advised he was going to call the police. I also called the police so they would be aware of why I was there and I waited for them to arrive. The police spoke to Robert, but they were inside the residence and I had no opportunity to be face to face with Robert to hand him the documents. The police were friendly, but of course could not force Robert to come outside or accept service. The police told me that Robert's attorneys had made him aware of impending service and instructed him not to accept service. Attempt made by: Mike Noble. Attempt at: 1724 Howell Place Seattle WA 98122. |
| Fri | 12/17/10 | 2:00pm | Home | Returned Not Served on: Robert Glaser Home - 1724 Howell Place Seattle, WA 98122 |

3. Person Executing
   a. Mike Noble
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am:   (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
   Date: Tue, Dec. 21, 2010

Affidavit of Reasonable Diligence        (Mike Noble)

le32.117563

Trial Ex. 0713, Page 1 of 1