William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTIONS *IN LIMINE* NOS. 1–6, 8–9**<br><br>Date:   October 29, 2014<br>Time:  9:30 AM<br>Place:  Courtroom 1, 4th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

This matter came before the Court on October 29, 2014, for hearing on Plaintiffs' Motions *In Limine* Nos. 1–6, 8–9 (Dkt. 820). Having considered the parties' submissions and for good cause appearing,

IT IS HEREBY ORDERED:

| MOTION | BASIS | ORDER |
|---|---|---|
| Motion *In Limine* No. 1 to Exclude Evidence of "Hacking" | FED. R. EVID. 401, 402, 403, 608(b), 613(b), 702. | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| Motion *In Limine* No. 2 to Exclude Cumulative Expert Testimony | FED. R. EVID. 401, 402, 403, 702. | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| Motion *In Limine* No. 3 to Exclude "Unchallenged" Aspects of iTunes 7.0 & 7.4 | FED. R. EVID. 401, 402, 403. | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |

| MOTION | BASIS | ORDER |
|---|---|---|
| Motion *In Limine* No. 4 to Admit Declarations of "Unavailable" Declarants | FED. R. EVID. 802, 804, 807, FED. R. CIV. P. 45(c). | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| Motion *In Limine* No. 5 to Exclude Evidence Regarding Class Certification | FED. R. EVID. 401, 403, FED. R. CIV. P. 23(c)(1)(C) | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| Motion *In Limine* No. 6 to Exclude Evidence that RealNetworks Did Not Sue Apple | FED. R. EVID. 401, 402, 403. | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |

| MOTION | BASIS | ORDER |
|---|---|---|
| Motion *In Limine* No. 8 regarding Treble Damages | Not contested. | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification:<br>_____<br>_____<br>_____<br>_____ |
| Motion *In Limine* No. 9 to Exclude Evidence or References to Dismissed Claims | FED. R. EVID. 401, 402, 403. | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification:<br>_____<br>_____<br>_____<br>_____ |

IT IS SO ORDERED.

Dated: October ___, 2014

_____
Hon. Yvonne Gonzalez Rogers
U.S. DISTRICT COURT JUDGE

3

[PROPOSED] ORDER RE: PLF'S MIL 1–6, 8–9                                       No. C 05-00037 YGR