1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                            OAKLAND DIVISION

15 | THE APPLE IPOD ITUNES ANTITRUST ) Lead Case No. C-05-00037-YGR
   | LITIGATION                      )
16 |                                 ) CLASS ACTION
   |                                 )
17 | This Document Relates To:       ) [PROPOSED] ORDER REGARDING
   |                                 ) APPLE'S MOTION *IN LIMINE* NO. 4 [AS
18 |     ALL ACTIONS.                ) PROVIDED TO PLAINTIFFS ON
   |                                 ) SEPTEMBER 30, 2014]
19
20
21
22
23
24
25
26
27
28

978101_1

1  This matter came before the Court on October 29, 2014, for hearing on Apple's Motion *in*
2  *Limine* No. 4.  Having considered the parties' submissions and for good cause appearing,
3  IT IS HEREBY ORDERED:

| No. | Motion *in Limine* | Basis | Order |
|---|---|---|---|
| 1 | Motion *in Limine* No. 4 – Financial Resources and Profits | F.R.E. 401 | ☐ Granted <br> ☐ Granted with Modification <br> ☐ Denied |

IT IS SO ORDERED.

DATED: _____    _____
                                                                THE HON. YVONNE GONZALEZ ROGERS
                                                                UNITED STATES DISTRICT JUDGE

978101_1

[PROPOSED] ORDER REGARDING APPLE'S MOTION *IN LIMINE* NO. 4 [AS PROVIDED TO PLAINTIFFS ON SEPTEMBER 30, 2014] - C-05-00037-YGR                                                                 - 1 -