1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

OAKLAND DIVISION

15

16 THE APPLE IPOD ITUNES ANTITRUST )  Lead Case No. C-05-00037-YGR
   LITIGATION                      )
                                   )  CLASS ACTION
17 _____)
                                   )
18 This Document Relates To:       )  [PROPOSED] ORDER REGARDING TRIAL
                                   )  STIPULATIONS
       ALL ACTIONS.                )
19 _____)

20

21

22

23

24

25

26

27

28

977735_2

1.    Apple and Plaintiffs stipulate to the authenticity of any document created and produced by a party in this case.  This stipulation shall not be deemed or interpreted to be a stipulation that any document is admissible in evidence.

2.    Apple and Plaintiffs stipulate that copies of documents may be used at trial in lieu of originals and shall not be deemed inadmissible solely on the basis that they are copies.

3.    Apple and Plaintiffs stipulate that by offering jury instructions they are not waiving the right to appeal any pretrial legal ruling by the Court.

4.    Apple and Plaintiffs stipulate that venue is proper in this Court.

5.    Apple and Plaintiffs stipulate that, only for purposes of this action, Apple does not contest that this Court has personal jurisdiction over Apple.

6.    Apple and Plaintiffs stipulate that the activities that are the subject of the lawsuit affected interstate commerce.

7.    Apple and Plaintiffs stipulate that the relevant geographic market for the purpose of this case is the United States.

8.    Apple and Plaintiffs stipulate that Plaintiffs will provide Apple with no less than 48 hours advance notice of when they expect to call their last witness.

9.    Apple and Plaintiffs stipulate that Apple will provide Plaintiffs with no less than 48 hours advance notice of when they expect to call their last witness.

10.    Apple and Plaintiffs stipulate that neither will object to the presence of their respective expert witnesses' presence in the courtroom during trial.

11.    Apple and Plaintiffs stipulate that any witness called to testify shall be disclosed to the opposing party 48 hours in advance of the witness's testimony, as required by the Court's Pretrial Order No. 1.

12.    Apple and Plaintiffs stipulate that both parties' technical and economic experts may testify based on previously produced confidential source code documents and voluminous data sets that were relied upon and cited by the experts in their reports without those documents being admitted into evidence.  Neither party waives any objection to expert testimony that is outside the scope of the expert report; based upon undisclosed documents, source code or data; or otherwise.

[PROPOSED] ORDER REGARDING TRIAL STIPULATIONS - C-05-00037-YGR

13.     Apple and Plaintiffs stipulate that the date to exchange each's charts, schedules, summaries, diagrams and other similar documentary materials to be used in its case in chief at trial (collectively, "summary exhibits") is and has been extended until October 13, 2014.  The parties stipulate that they will meet and confer regarding the admissibility of summary exhibits on or about October 17, 2014 and agree that all stipulations and/or objections regarding summary exhibits will be incorporated into the parties' respective exhibit lists to be provided to the Court in the Joint Pretrial Readiness Binder, as due to the Court on October 21, 2014.

14.     Apple and Plaintiffs stipulate that they will disclose demonstrative aids to be used during each's case in chief at trial and during closing statements no less than 48 hours in advance of their anticipated use.  Apple and Plaintiffs stipulate that they will disclose demonstrative aids to be used during opening statements by 3:00 P.M. Pacific time on November 14, 2014.

15.     The parties make these stipulations for the limited purpose of simplifying the issues for trial. *See* Fed. R. Civ. P. 16(c)(2)(A).

16.     The parties will continue to meet and confer regarding additional stipulations that may be requested or proposed to streamline the trial of this matter.  In particular, the parties will continue to discuss potential stipulations regarding:  (1) authenticity of exhibits not already the subject of a stipulation, (2) admissibility of exhibits, and (3) procedures for confidential documents. If the parties are unable to reach agreement regarding the procedures for closing the courtroom, if necessary, due to confidentiality concerns, they intend to raise this issue at the Pretrial Conference on October 29, 2014.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____     _____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 21, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 21, 2014.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:       bonnys@rgrdlaw.com

977735_2

## Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)