[Counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | AGREED JOINT STATEMENT OF THE CASE |
| ALL ACTIONS. | Date: October 29, 2014<br>Time: 9:30 a.m.<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |
| | Trial Date: November 17, 2014<br>Time: 8:30 a.m. |

978498_1

This is an antitrust class action in which Plaintiffs allege that Defendant Apple Inc. engaged in monopolization and attempted monopolization by making certain software and firmware changes in violation of Section 2 of the Sherman Act, 15 U.S.C. §2, and California's Unfair Competition Law. Plaintiffs' California law claim is one for the Court to decide, not the jury.

Plaintiffs contend that Apple maintained and enhanced its monopoly power in the market for portable digital media players by issuing and activating certain software and firmware changes in iTunes 7.0 and 7.4 (which Plaintiffs refer to as the Keybag Verification Code or KVC and the Database Verification Code or DVC) that terminated the iPod's ability to play audio files legally obtained from sources other than Apple. Plaintiffs contend these changes harmed competition and resulted in overcharges in the amounts paid for iPods by purchasers of certain iPods between 2006 and 2009. Plaintiffs contend the challenged software changes were not a genuine product improvement, nor did Apple have legitimate business reasons for the changes.

Apple denies these claims. This case involves Apple's integrated digital content platform comprised of Apple's iPods, iTunes Store, and iTunes software, a software program that Apple designed to record, manage, and play music on iPods. Apple maintains that it competed with an integrated system to provide quality products. Apple also says that it would hurt competition and innovation to require compatibility with unauthorized and unsupported third-party systems or software. Apple maintains that iTunes 7.0 and 7.4 and related technologies were product and security improvements and that Apple had legitimate business reasons for developing and distributing these updates. Apple denies that it had monopoly power in any market alleged by the Plaintiffs, and denies that its conduct was anticompetitive or illegal. Apple also maintains that Plaintiffs were not harmed by any of the conduct that Plaintiffs allege is anticompetitive.

| | | |
|---|---|---|
| 1 | DATED: October 21, 2014 | Respectfully submitted, |
| 2 | | ROBBINS GELLER RUDMAN |
| | |   & DOWD LLP |
| 3 | | BONNY E. SWEENEY |
| | | ALEXANDRA S. BERNAY |
| 4 | | CARMEN A. MEDICI |
| | | JENNIFER N. CARINGAL |

s/ Bonny E. Sweeney<br>BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
STEVEN M. JODLOWSKI
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Class Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: 602/274-1100
602/274-1199 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Telephone: 310/836-6000
310/836-6010 (fax)

```
                                        GLANCY BINKOW & GOLDBERG LLP
                                        BRIAN P. MURRAY
                                        122 East 42nd Street, Suite 2920
                                        New York, NY  10168
                                        Telephone:  212/382-2221
                                        212/382-3944 (fax)

                                        GLANCY BINKOW & GOLDBERG LLP
                                        MICHAEL GOLDBERG
                                        1925 Century Park East, Suite 2100
                                        Los Angeles, CA  90067
                                        Telephone:  310/201-9150
                                        310/201-9160 (fax)

                                        Additional Counsel for Plaintiffs
```

DATED:  October 21 , 2014                Respectfully submitted,

                                        BOIES, SCHILLER & FLEXNER LLP
                                        JOHN F. COVE, JR.
                                        MEREDITH R. DEARBORN


                                                s/ John F. Cove, Jr.
                                               JOHN F. COVE, JR.

                                        1999 Harrison Street, Suite 900
                                        Oakland, CA 94612
                                        Telephone: (510) 874-1000
                                        (510) 874-1460 (fax)

                                        BOIES, SCHILLER & FLEXNER LLP
                                        WILLIAM A. ISAACSON
                                        (Admitted Pro Hac Vice)
                                        KAREN L. DUNN (kdunn@bsfllp.com)
                                        (Admitted Pro Hac Vice)
                                        MARTHA L. GOODMAN
                                        (Admitted Pro Hac Vice)
                                        5301 Wisconsin Ave, NW
                                        Washington, DC 20015
                                        Telephone: (202) 237-2727
                                        (202) 237-6131 (fax)

```
                                    JONES DAY
                                    DAVID C. KIERNAN
                                    555 California Street, 26th Floor
                                    San Francisco, CA 94104
                                    Telephone:  415/626-3939
                                    415/875-5700 (fax)

                                    Attorneys for Defendant Apple Inc.
```

### ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED:  October 21, 2014                              s/ Bonny E. Sweeney
                                                      BONNY E. SWEENEY

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 21, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 21, 2014.

    s/ Bonny E. Sweeney
Bonny E. Sweeney

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:       bonnys@rgrdlaw.com

978498_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`