1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  BONNY E. SWEENEY (176174)
   ALEXANDRA S. BERNAY (211068)
3  CARMEN A. MEDICI (248417)
   JENNIFER N. CARINGAL (286197)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  bonnys@rgrdlaw.com
   xanb@rgrdlaw.com
7  cmedici@rgrdlaw.com
   jcaringal@rgrdlaw.com
8         – and –
   PATRICK J. COUGHLIN (111070)
9  STEVEN M. JODLOWSKI (239074)
   Post Montgomery Center
10 One Montgomery Street, Suite 1800
   San Francisco, CA  94104
11 Telephone:  415/288-4545
   415/288-4534 (fax)
12 patc@rgrdlaw.com
   sjodlowski@rgrdlaw.com
13
   Class Counsel for Plaintiffs
14
   [Additional counsel appear on signature page.]
15
                        UNITED STATES DISTRICT COURT
16
                      NORTHERN DISTRICT OF CALIFORNIA
17
                              OAKLAND DIVISION
18

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| This Document Relates To: | | CLASS ACTION |
| ALL ACTIONS. | | PLAINTIFFS' EXPERT WITNESS LIST |

19

20

21

22

23

24

25

26

27

28

Date:        October 29, 2014
Time:        9:30 a.m.
Courtroom:   1 – 4th Floor
Judge:       Hon. Yvonne Gonzalez Rogers

Trial:       November 17, 2014
Time:        8:30 a.m.

978340_1

Pursuant to the Court's Pretrial Instructions in Civil Cases 3(c), Plaintiffs submit this expert witness list and disclosures of testimony.

**1.      Professor Roger G. Noll**

Professor Noll has submitted four expert reports on liability and damages, on April 3, 2013, May 31, 2013, November 25, 2013 and January 13, 2014.  As detailed in his reports, Professor Noll will testify, *inter alia*, to the following:

- Qualifications;

- The economic background in which iPod and iTMS were developed;

- The economics of lock-in;

- Definition of markets for Portable Digital Media Players and Permanent Audio Downloads;

- Apple's possession of market power in the Portable Digital Media Players and Permanent Audio Downloads markets;

- Exclusion of competitors from those markets;

- Concentration in the two relevant markets;

- Barriers to entry in the two relevant markets;

- Apple's re-establishment of lock-in through challenged product design changes as an anticompetitive source of market power;

- Harm to competition resulting from Apple's conduct;

- Refutation of Apple's asserted business justifications;

- Use of a multiple-variable regression analysis to demonstrate the impact of Apple's challenged conduct and resulting damages to class members;

- Amount of damages calculated for reseller portion of the class and the consumer portion of the class; and

- Response to Apple's experts.

More detailed descriptions of and bases for Professor Noll's conclusions are explained in his reports, which Plaintiffs have provided to Apple.  Professor Noll's current *curriculum vitae* is attached as Exhibit 1.

**2.      Dr. David Martin**

Dr. Martin has submitted three expert reports dealing with the technical aspects of various updates to Apple's software, on February 28, 2011, April 8, 2013 and October 30, 2013.  As is detailed in his reports, Dr. Martin will testify, *inter alia*, to the following:

- Qualifications;

- The history, purpose and effect of updates to the iTunes and iPod software and firmware;

- Technical aspects of the challenged software and firmware;

- Technical aspects of RealNetworks' Harmony technology;

- Refutation of Apple's asserted business justifications; and

- Response to Apple's experts.

More detailed descriptions of and bases for Dr. Martin's conclusions are explained in his reports, which Plaintiffs have provided to Apple.  Dr. Martin's current *curriculum vitae* is attached as Exhibit 2.

**3.      Professor Jeffrey Wooldridge (Rebuttal)**

Professor Wooldridge has submitted two reports, on December 20, 2013 and January 31, 2014.  As is detailed in his reports, Professor Wooldridge will testify, *inter alia*,  to the following:

- Qualifications;

- Circumstances in which it is appropriate to account for cluster correlation when computing standard errors;

- Inappropriateness of Apple's experts' clustering adjustment to Professor Noll's regression analysis;

- Appropriateness of Professor Noll's use of heteroskedasticity-robust standard errors;

- Impact of computing cluster-robust standard errors where clustering is not appropriate; and

- Response to Apple's experts.

1    More detailed descriptions of and bases for Professor Wooldridge's conclusions are

2   explained in his reports, which Plaintiffs have provided to Apple.  Professor Wooldridge's current

3   *curriculum vitae* is attached as Exhibit 3.

4   DATED:  October 21, 2014                    Respectfully submitted,

5                                               ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
6                                               BONNY E. SWEENEY
                                                ALEXANDRA S. BERNAY
7                                               CARMEN A. MEDICI
                                                JENNIFER N. CARINGAL

8

9                                                        s/ Bonny E. Sweeney
10                                                   BONNY E. SWEENEY

11                                              655 West Broadway, Suite 1900
                                                San Diego, CA  92101
12                                              Telephone:  619/231-1058
                                                619/231-7423 (fax)
13
                                                ROBBINS GELLER RUDMAN
14                                                & DOWD LLP
                                                PATRICK J. COUGHLIN
15                                              STEVEN M. JODLOWSKI
                                                Post Montgomery Center
16                                              One Montgomery Street, Suite 1800
                                                San Francisco, CA  94104
17                                              Telephone:  415/288-4545
                                                415/288-4534 (fax)
18
                                                Class Counsel for Plaintiffs
19
                                                BONNETT, FAIRBOURN, FRIEDMAN
20                                                & BALINT, P.C.
                                                ANDREW S. FRIEDMAN
21                                              FRANCIS J. BALINT, JR.
                                                ELAINE A. RYAN
22                                              2325 E. Camelback Road, Suite 300
                                                Phoenix, AZ  85016
23                                              Telephone:  602/274-1100
                                                602/274-1199 (fax)
24
                                                THE KATRIEL LAW FIRM
25                                              ROY A. KATRIEL
                                                1101 30th Street, N.W., Suite 500
26                                              Washington, DC  20007
                                                Telephone:  202/625-4342
27                                              202/330-5593 (fax)

28

1

2    BRAUN LAW GROUP, P.C.
     MICHAEL D. BRAUN
3    10680 West Pico Blvd., Suite 280
     Los Angeles, CA  90064
4    Telephone:  310/836-6000
     310/836-6010 (fax)

5    GLANCY BINKOW & GOLDBERG LLP
     BRIAN P. MURRAY
6    122 East 42nd Street, Suite 2920
     New York, NY  10168
7    Telephone:  212/382-2221
     212/382-3944 (fax)

8
     GLANCY BINKOW & GOLDBERG LLP
9    MICHAEL GOLDBERG
     1925 Century Park East, Suite 2100
10   Los Angeles, CA  90067
     Telephone:  310/201-9150
11   310/201-9160 (fax)

12   Additional Counsel for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                   CERTIFICATE OF SERVICE

2          I hereby certify that on October 21, 2014, I authorized the electronic filing of the foregoing

3   with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4   the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5   caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6   CM/ECF participants indicated on the attached Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on October 21, 2014.

9                                                          s/ Bonny E. Sweeney
                                                           BONNY E. SWEENEY
10
                                                           ROBBINS GELLER RUDMAN
11                                                              & DOWD LLP
                                                           655 West Broadway, Suite 1900
12                                                         San Diego, CA  92101-8498
                                                           Telephone:  619/231-1058
13                                                         619/231-7423 (fax)

14                                                         E-mail:        bonnys@rgrdlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

978340_1