# EXHIBIT 2

**David Martin, Ph.D.**
339 Hickory Dr.
Ames, IA   50014
224 633 9802 voice
dmartin@acm.org

October 21, 2014

# CURRICULUM VITAE

### A. SUMMARY

I have been working in the computer software field for over 35 years, in the roles of developer, designer, professor, and expert consultant.  I hold a Ph.D. in computer science and a B.S. in mathematics and computer science.

### B. EDUCATION AND ACADEMIC QUALIFICATIONS

#### 1. Education

1999   Ph.D.   Department of Computer Science, Boston University

1993   B.S.    Iowa State University, awarded "with distinction"
                Major: Mathematics
                Major: Computer Science
                Minor: German

#### 2. Academic Experience

2002-2007   Assistant Professor
            Department of Computer Science
            University of Massachusetts Lowell
            (On leave of absence during 2005-2006)

2001-2002   Research Assistant Professor
            Department of Computer Science
            Boston University

1998-2001   Assistant Professor
            Department of Mathematics and Computer Science
            University of Denver

#### 3. Teaching

Introduction to Object Oriented Programming (C++), Foundations of (Theoretical) Computer Science, Computer Security I: Principles of Cryptography and Network Security, Computer Security II: Applied Computer Security, Unix Software Tools, Computer Networking, Introduction to Computer Science I (C++), Introduction to Computer Science II (C++), Special Topics in Systems: Computer Security, Advanced Unix Programming, Formal Languages and Automata, Introduction to Computer Science (C)

David Martin                                                                                                                                2

**C. PROFESSIONAL ACTIVITIES**

    **1. Testifying expert experience** (listed by date of initial engagement by <u>underlined</u> party)

| | |
|---|---|
| 2013 | <u>Lodsys Group, LLC</u> v Brother International Corporation et al. (submitted expert reports, testified at deposition in 2013; E.D. Tex. Case 2:2011cv00090) |
| 2012 | <u>Droplets, Inc.</u> v. E*TRADE Financial Corporation, et al. (submitted declaration, testified at hearing in 2014; testified at deposition in 2014; S.D.N.Y. Case 1:12-cv-02326-CM) |
| 2012 | <u>Droplets, Inc.</u> v. Overstock.com, Inc., et al. (submitted expert reports; testified at deposition in 2014; E.D. Tex. Case 2:11-cv-401) |
| 2011 | <u>Global Sessions LP</u> v. Travelocity et al. (submitted expert report; E.D. Tex. Case 6:2010cv00671) |
| 2010 | The Apple iPod iTunes Anti-trust Litigation (engaged by plaintiffs; submitted expert reports, testified at depositions in 2011 and 2013; N.D. Cal. Case 4:05cv00037) |
| 2009 | <u>University of California and Eolas Technologies Inc.</u> v. Adobe Systems Inc. et al. (submitted expert reports, testified at depositions in 2011 and 2012, testified at trial in 2012; E.D. Tex. Case 6:2009cv00446) |
| 2008 | <u>Northeastern University and Jarg Corporation</u> v. Google, Inc. (submitted expert report, testified at deposition in 2011; E.D. Tex. 2:2007cv00486) |
| 2007 | <u>i4i Limited Partnership</u> v. Microsoft Corporation (submitted expert report, testified at deposition in 2009, testified in trial in 2009; E.D. Tex. Case 6:07cv00113) |
| 2006 | <u>Computer Acceleration Corporation</u> v. Microsoft Corporation (submitted expert report, testified at deposition in 2007, testified at trial in 2007) |
| 2006 | <u>Comes et al.</u> (Iowa Consumer Class) v. Microsoft Corporation (submitted expert report, testified at deposition in 2006) |
| 2003 | <u>Gordon et al.</u> (Minnesota Consumer Class) v. Microsoft Corporation (submitted expert report, testified at deposition in 2004) |
| 2004 | <u>Lingo et al.</u> (California Consumer Class) v. Microsoft Corporation (submitted expert report, testified at deposition in 2003) |
| 2000 | <u>Rich Media</u> v. LaGarde (testified at hearing in 2000) |

    **2. Consulting expert experience** (listed by date of initial engagement by <u>underlined</u> party)

| | |
|---|---|
| 2014 | <u>ContentGuard Holdings, Inc.</u> |
| 2014 | <u>Roxanne Conlin</u> |

David Martin 3

| | | |
|---|---|---|
| | 2014 | Lexos Media, Inc. v. Zynga, Inc. |
| | 2014 | Smartflash, LLC |
| | 2014 | Parallel Networks Licensing, LLC |
| | 2013 | Unwired Planet, LLC |
| | 2012 | VirnetX, Inc. |
| | 2011 | Robocast Inc. v. Microsoft and Robocast Inc. v. Apple |
| | 2010 | In the Matter of Certain Authentication Systems, Including Software and Handheld Electronic Devices, Investigation No. 337-TA-697, on behalf of Research in Motion, Ltd. |
| | 2010 | TiVo, Inc. v. EchoStar et al. |
| | 2009 | Prism Technologies LLC v. Research in Motion, Ltd. and Microsoft Corporation |
| | 2009 | Bedrock Computer Technologies, LLC v. Softlayer Technologies Inc. et al. |
| | 2009 | Nelson Bumgardner Casto, P.C. |
| | 2008 | Peer Communications, LLC v. Skype Technologies SA et al. |
| | 2008 | Sun Microsystems v. Versata Enterprises |
| | 2006 | Comes et al. (Iowa consumer class) v. Microsoft Corporation |
| | 2005 | PlusFunds v. OTC, Inc. |

3. **Other Work Experience**

   2005-2008   **Cofounder,** Boston Software Forensics. Developed software analysis and protective tools for software publishers and OEMs and provided software forensics consulting services.

   1997   **E-mail survey programmer and administrator**, Boston University School of Management, Summer

   1996   **Student researcher**, Bellcore Inc., Summer
   Conducted research in firewall technology, Java security, and cryptography.

   1995   **Contract programmer**, BitFlow Inc., Summer
   Ported device drivers for a digital camera interface board to Windows NT and Windows 95.

   1995   **Database and statistical consultant** for Boston University expert witness, Spring

David Martin 4

| | | |
|---|---|---|
| 1987-1993 | **System programmer and administrator**, Iowa State University. Wrote administration and support code for ISU's distributed network of hundreds of Unix systems. Provided programming and system administration support to Computer Science faculty. | |
| 1989 | **Student intern programmer**, Hewlett-Packard Germany, Spring Designed and implemented a hypertext help system based on a precursor of Motif for the X Window System under HP Unix while participating in a foreign exchange program. | |
| 1986 | **Contract programmer**, Lucasfilm Ltd., Fall Designed and implemented a sound sequencer for a computer game in 6502 assembler; arranged music and sound effects for the soundtrack. | |
| 1985-1986 | **Lead programmer**, Sensor Scan Inc. Designed and implemented object-oriented system and application software for a custom microcomputer-based security control device in 6303 assembler. | |
| 1984-1985 | **Programmer**, Waveform Corp. Developed software infrastructure for home computer music products in 6502 assembler. | |
| 1979-1983 | **Part-time programmer**, Cyberia, Inc. Contributed to development of microcomputer software products in BASIC and 6502 assembler, including peripheral-sharing technologies, farm management software, and games. | |

4. **Professional Memberships**

   Association for Computing Machinery (ACM)

5. **Honors and Awards**

   | | |
   |---|---|
   | 2007, 2004 | Teaching Excellence Award for U. Mass Lowell Computer Science Department |
   | 1996 | Outstanding Teaching Fellow, Department of Computer Science, Boston University |
   | 1993-1994 | University Graduate Fellowship, Boston University |
   | 1993 | Top Graduating Senior in Mathematics, Iowa State University, Spring |
   | 1993 | Top Graduating Senior in Computer Science, Iowa State University, Spring |
   | 1990 | Phi Beta Kappa membership (liberal arts honor society) |
   | 1990 | Phi Kappa Phi membership (engineering honor society) |

David Martin                                                                                                  5

| | |
|---|---|
| 1990 | Pi Mu Epsilon (mathematics honor society) |
| 1990 | Upsilon Pi Epsilon (computer science honor society) |
| 1989-1990 | Barry Goldwater Scholarship |
| 1988-1989 | Participated in Congress-Bundestag Youth Exchange to Germany |

**6.  Academic and Professional Publications**

**Refereed Publications**

| | |
|---|---|
| 2008 | Stanley J. Barr, Samuel J. Cardman, and David M. Martin Jr., *A Boosting Ensemble for the Recognition of Code Sharing in Malware*. Journal of Virology 4:4, 2008. |
| 2005 | Jesse M. Heines and David M. Martin Jr., *Development and Deployment of a Web-based Course Evaluation System*. In Proceedings of the 2005 International Conference on Web Information Systems and Technologies. |
| 2003 | D. Martin, H. Wu, A. Alsaid, *Hidden Surveillance by Web Sites: Web Bugs in Contemporary Use*, Communications of the ACM 46:12ve, December 2003. |
| 2002 | D. Martin and A. Schulman, *Deanonymizing Users of the SafeWeb Anonymizing Service*. In Proceedings of the 11th USENIX Security Symposium, August 2002. |
| 2002 | A. Alsaid and D. Martin, *Detecting Web Bugs With Bugnosis: Privacy Advocacy Through Education*. In Privacy Enhancing Technologies, Springer Lecture Notes in Computer Science volume 2482, 2002. |
| 2001 | J. Burns, P. Gurung, D. Martin, S. Rajagopalan, P. Rao, D. Rosenbluth, and A.V. Surendran, *Automatic Management of Network Security Policy by Self-securing Networks*, Proceedings of DISCEX II, 2001. |
| 2000 | D. Martin, R. Smith, M. Brittain, I. Fetch, and H. Wu, *The Privacy Practices of Web Browser Extensions*, Communications of the ACM, February 2001. Extended version available from Privacy Foundation, December 2000. |
| 1998 | A. Bestavros, M. Crovella, J. Liu, and D. Martin, *Distributed Packet Rewriting and its Application to Scalable Server Architectures*, Proceedings of the 1998 International Conference on Network Protocols, October 1998. |
| 1997 | D. Martin, S. Rajagopalan, and A. Rubin, *Blocking Java Applets at the Firewall*, Proceedings of the Internet Society Symposium on Network and Distributed System Security, January 1997. |
| 1995 | R. Book, J. Lutz, and D. Martin, *The Global Power of Additional Queries to Random Oracles*, Information and Computation 120:1, July 1995. |

David Martin                                                                                                           6

**Book Chapters**

2004            D. Martin, "Privacy Analysis for the Casual User with Bugnosis", in *Designing Security Systems That People Can Use*, O'Reilly and Associates, 2005.

**Book Editor**

2005            Privacy Enhancing Technologies, 4th International Workshop, David Martin and Andrei Serjantov (eds.), Lecture Notes in Computer Science 3424, Springer-Verlag 2005.

2006            Privacy Enhancing Technologies, 5th International Workshop, George Danezis and David Martin (eds.), Lecture Notes in Computer Science 3856, Springer-Verlag 2006.

**Software distributions**

2001            A. Alsaid, J. Boak, and D. Martin, The Bugnosis Web Bug Detector (Web site and downloadable software), *www.bugnosis.org*, June 2001.

**Magazine and Web site articles**

2001            D. Martin, "TiVo's Data Collection and Privacy Practices", *Privacy Foundation*, March 2001.

2001            R. Smith and D. Martin, "E-Mail Wiretapping", *Privacy Foundation*, February 2001.

1998            D. Martin, "Internet Anonymizing Techniques"*, ;login:* Magazine, May 1998.

**Technical reports**

2007            S. Barr, S. Cardman, and D. Martin, Matching Global Data References in Related Executables.  Computer Science Department Technical Report No. 2007-003.

1999            D. Martin, *Local Anonymity in the Internet*, Ph.D. thesis, May 1999.