ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
       – and –
PATRICK J. COUGHLIN (111070)
STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
patc@rgrdlaw.com
sjodlowski@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | PLAINTIFFS' WITNESS LIST |
| ALL ACTIONS. | Date:        October 29, 2014<br>Time:        9:30 a.m.<br>Courtroom:  1 – 4th Floor<br>Judge:       Hon. Yvonne Gonzalez Rogers |
| | Trial:        November 17, 2014<br>Time:        8:30 a.m. |

978341_1

Pursuant to the Court's Pretrial Instructions in Civil Cases 3(b), Plaintiffs Melanie Wilson (formerly Tucker) and Marianna Rosen (collectively, "Plaintiffs") provide the following witness list and disclosures.

## PLAINTIFFS' WITNESS LIST

| Witness | Testimony | Time Estimate (Direct) | Time Estimate (Cross) |
|---|---|---|---|
| Melanie (Tucker) Wilson | Plaintiffs expect to call Melanie (Tucker) Wilson, class representative.  Plaintiffs expect that Ms. Wilson will testify as to the allegations in the complaint, including her purchases of relevant Apple products and her experience using those products. | 30 min | 30 min |
| Marianna Rosen | Plaintiffs may call Marianna Rosen, class representative.  Plaintiffs expect that Ms. Rosen will testify as to the allegations in the complaint, including her purchases of relevant Apple products and her experience using those products. | 30 min | 30 min |
| Kenneth Riegel | Plaintiffs may call Kenneth Riegel, former owner of Delaware Computer Exchange.  Delaware Computer Exchange was an Apple-authorized reseller during the Class Period and is a member of the certified class.  Plaintiffs expect that Mr. Riegel will provide testimony regarding issues relating to his purchases of iPods from Apple. | 25 min | 25 min |
| Stefan Roever | Plaintiffs may call Stefan Roever, former owner of Navio, an iTMS competitor during the Class Period.  Plaintiffs expect that Mr. Roever will provide testimony about his experiences in the digital music industry and how Apple's conduct affected his business. | 15 min | 15 min |
| Steve Jobs | Plaintiffs expect to introduce videotaped deposition testimony of Steve Jobs, Apple's former CEO and Chairman.  His testimony is about iTMS competitors, Apple's treatment of RealNetworks and how the major record labels wanted interoperability. | 10 min | 10 min |
| Eddy Cue | Plaintiffs expect to call Eddy Cue, a current Apple employee and the VP in charge of iTMS during the Class Period.  Plaintiffs expect that Mr. Cue will provide testimony about iTMS, iTMS' competitors during the Class Period, Apple's senior executive | 45 min | 45 min |

| Witness | Testimony | Time Estimate (Direct) | Time Estimate (Cross) |
|---|---|---|---|
| | team's decision-making process and the motivation behind those decisions, and negotiations and communications with the major record labels | | |
| Rod Schultz* | Plaintiffs may call Rod Schultz, a current Apple employee, as a sponsoring witness for certain Apple documents Plaintiffs may introduce as exhibits. Mr. Schultz may be asked about the content of those exhibits, including information relating to the engineering of FairPlay. | 10 min | 10 min |
| Augustin Farrugia | Plaintiffs expect to call Augustin Farrugia, a current Apple employee and senior director at Apple hired to work on Apple's DRM for iTMS and the iPod. Plaintiffs expect that Mr. Farrugia will give testimony about engineering of Apple's DRM and has information regarding technical matters related to FairPlay, including the updates to Apple's software. | 30 min | 30 min |
| Chris Bell* | Plaintiffs may call Chris Bell, director of marketing for iTMS. Plaintiffs expect that Mr. Bell will give testimony regarding products that competed with the iPod and iTMS during the Class Period. Plaintiffs may also call Mr. Bell as a sponsoring witness for certain Apple documents Plaintiffs may introduce as exhibits. | 0 min | 0 min |
| Jeff Robbin | Plaintiffs expect to call Jeff Robbin, Vice President of iTMS, as a sponsoring witness for certain Apple documents Plaintiffs may introduce as exhibits. Mr. Robbin may be asked about the content of those exhibits, including information relating to Apple's use of DRM, the engineering of FairPlay and negotiations with the major record labels. | 20 min | 20 min |
| Mark Donnelly | Plaintiffs expect to call Mark Donnelly, VP of finance. Plaintiffs expect Mr. Donnelly will provide testimony about Apple's pricing decisions for the iPod and about iPod competitors during the Class Period. | 10 min | 10 min |
| Greg Joswiak* | Plaintiffs may call Greg Joswiak, VP of iPod product marketing, as a sponsoring witness for certain Apple documents Plaintiffs may introduce as exhibits. Mr. Joswiak may be asked about the content of those exhibits, including information relating to products | 0 min | 0 min |

| Witness | Testimony | Time Estimate (Direct) | Time Estimate (Cross) |
|---|---|---|---|
| | that competed with the iPod and iTMS and Apple's price-setting of iPods | | |
| Phil Schiller | Plaintiffs may call Phil Schiller, the SVP in charge of worldwide product marketing and a member of the Pricing Committee during the Class Period.  Mr. Schiller has information on iPod sales, pricing and marketing. | 15 min | 15 min |
| Art Rangel* | Plaintiffs may call Art Rangel, Director of Market Research and Analysis.  Mr. Rangel has information regarding iPod and iTMS competitors. | 0 min | 0 min |
| Dave Heller* | Plaintiffs may call Dave Heller, the Director of iTunes Client Engineering.  Mr. Heller has information regarding the FairPlay DRM and was one of the engineers that first reviewed RealNetworks' Harmony translation software. | 0 min | 0 min |
| Tony Fadell* | Plaintiffs may call Tony Fadell as a sponsoring witness for certain Apple documents Plaintiffs may introduce as exhibits.  Mr. Fadell may be asked about the content of those exhibits, including information relating to iTMS market research. | 0 min | 0 min |
| Grace Kvamme* | Plaintiffs may call Grace Kvamme as a sponsoring witness for certain Apple documents Plaintiffs may introduce as exhibits.  Ms. Kvamme may be asked about the contents of those exhibits, including information relating to iTMS market research. | 0 min | 0 min |
| Patrice Gautier* | Plaintiffs may call Patrice Gautier as a sponsoring witness for certain Apple documents Plaintiffs may introduce as exhibits.  Mr. Gautier may be asked about the contents of those exhibits, including information relating to the engineering of Apple's DRM and Apple's ability to deliver DRM-free music. | 0 min | 0 min |
| Jon Rubinstein* | Plaintiffs may call Jon Rubinstein as a sponsoring witness for certain Apple documents Plaintiffs may introduce as exhibits.  Mr. Rubinstein may be asked about the contents of those exhibits, including information relating to iTMS market research. | 0 min | 0 min |
| James Higa* | Plaintiffs may call James Higa as a sponsoring witness for certain Apple documents Plaintiffs may | 0 min | 0 min |

| Witness | Testimony | Time Estimate (Direct) | Time Estimate (Cross) |
|---|---|---|---|
| | introduce as exhibits. Mr. Higa may be asked about the contents of those exhibits, including information relating to the negotiations with the major record labels. | | |
| Bud Tribble* | Plaintiffs may call Bud Tribble as a sponsoring witness for certain Apple documents Plaintiffs may introduce as exhibits. Mr. Tribble may be asked about the contents of those exhibits, including information relating to negotiations and communications between Apple and the major record labels and Apple's responses to various third parties that developed software that worked with the iPod or iTunes. | 0 min | 0 min |
| Kevin Saul* | Plaintiffs may call Kevin Saul, one of Apple's in-house attorneys, as a sponsoring witness for certain Apple documents Plaintiffs may introduce as exhibits. Mr. Saul may be asked about the contents of those exhibits, which include takedown notices and other efforts Apple made to protect its intellectual property. | 0 min | 0 min |
| Ian Ramage* | Plaintiffs may call Ian Ramage (outside counsel for Apple) as a sponsoring witness for certain Apple documents Plaintiffs may introduce as exhibits. Mr. Ramage may be asked about the content of those exhibits, which include takedown notices and other efforts Apple made to protect its intellectual property. | 0 min | 0 min |
| Sapna Gupta* | Plaintiffs may call Sapna Gupta as a sponsoring witness for certain Apple documents Plaintiffs may introduce as exhibits. Ms. Gupta may be asked about the content of those exhibits, including information about iPod market share and its competitors. | 0 min | 0 min |
| Howie Singer | Plaintiffs may call Howie Singer, Senior Vice President, Strategic Technology and Chief Technology Officer for Warner Music, Inc. Plaintiffs expect that Mr. Singer will give testimony on the topics covered in his December 22, 2010 declaration, including how Warner Music wanted its music sold in the widest manner possible and requested that Apple use DRM which allowed playback of songs on both iPods and competing devices. | 5 min | 5 min |

| Witness | Testimony | Time Estimate (Direct) | Time Estimate (Cross) |
|---|---|---|---|
| Lawrence Kanusher | Plaintiffs may call Lawrence Kanusher, Senior Vice President, Business & Legal Affairs for the Global Digital Business Group of Sony Music Entertainment.  Plaintiffs expect that Mr. Kanusher will give testimony on the topics covered in his December 22, 2010 declaration, including how Sony Music Entertainment requested Apple use DRM which allowed playback of songs on multiple devices. | 5 min | 5 min |
| Mark Piibe | Plaintiffs may call Mark Piibe, Executive Vice President, Global Business Development of EMI Music.  Plaintiffs expect that Mr. Piibe will give testimony on the topics covered in his December 22, 2010 declaration, including how EMI Music wanted its music made widely available through many channels. | 5 min | 5 min |
| Amanda Marks | Plaintiffs may call Amanda Marks, Executive Vice President and General Manager of Universal Music Distribution.  Plaintiffs expect that Ms. Marks will give testimony on the topics covered in her December 28, 2010 declaration, including how Universal Music wanted interoperability between its music sold through online stores and portable digital music players and how Universal wanted its music sold in the widest manner possible. | 5 min | 5 min |
| Custodian of Records* | Plaintiffs may call certain Apple employees designated as custodians of records who can testify as to how records, including customer complaints, were kept in the ordinary course of business. | 0 min | 0 min |
| Prof. Roger G. Noll | Plaintiffs expect to call Professor Roger G. Noll.  As detailed in the expert witness list and in his reports, Plaintiffs expect Professor Noll will testify about relevant market, market power, impact and damages. | 150 min | 150 min |
| Dr. David Martin | Plaintiffs expect to call Dr. David Martin.  As detailed in the expert witness list and in his reports, Plaintiffs expect Dr. Martin will testify about the technical aspects of Apple's software updates. | 75 min | 75 min |
| Prof. Jeffrey Wooldridge | Plaintiffs expect to call Professor Jeffrey Wooldridge. As detailed in the expert witness list and in his | 30 min | 30 min |

| Witness | Testimony | Time Estimate (Direct) | Time Estimate (Cross) |
|---|---|---|---|
| | reports, Plaintiffs expect Professor Wooldridge will testify as a rebuttal witness to Drs. Murphy and Topel about their criticisms of Professor Noll's regression analysis. | | |

\*Although Plaintiffs have identified several current Apple employees for the purposes of providing testimony about Apple documents that Plaintiffs may introduce as exhibits, Plaintiffs expect that they will be able to reduce substantially the number of sponsoring witnesses based on negotiations with Apple regarding the admissibility of exhibits. Plaintiffs anticipate that witnesses called for the purposes of admitting exhibits can complete testimony in a total of 30 minutes.

DATED: October 21, 2014              Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL


                                              s/ Bonny E. Sweeney
                                           BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
STEVEN M. JODLOWSKI
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Class Counsel for Plaintiffs

|   |   |
|---|---|
| 1 |   |
| 2 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 3 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 4 | ELAINE A. RYAN<br>2325 E. Camelback Road, Suite 300 |
| 5 | Phoenix, AZ  85016<br>Telephone:  602/274-1100 |
|   | 602/274-1199 (fax) |

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

GLANCY BINKOW & GOLDBERG LLP
BRIAN P. MURRAY
122 East 42nd Street, Suite 2920
New York, NY  10168
Telephone:  212/382-2221
212/382-3944 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 21, 2014.

　　　　　　　　　　　　s/ Bonny E. Sweeney
　　　　　　　　　　　　BONNY E. SWEENEY

　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　& DOWD LLP
　　　　　　　　　　　　655 West Broadway, Suite 1900
　　　　　　　　　　　　San Diego, CA  92101-8498
　　　　　　　　　　　　Telephone:  619/231-1058
　　　　　　　　　　　　619/231-7423 (fax)

　　　　　　　　　　　　E-mail:        bonnys@rgrdlaw.com

978341_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`