# EXHIBIT C

Case 4:05-cv-00037-YGR Document 845-3 Filed 10/21/14 Page 2 of 5
Case 2:04-cv-01045-JFM Document 389 Filed 12/16/11 Page 2 of 3

Novell v. Microsoft
2:04-CV-1045-JFM

# VERDICT FORM

1. Has Novell proven by a preponderance of the evidence that Microsoft's decision to withdraw support for the namespace extension APIs caused Novell's productivity applications (WordPerfect, Quattro Pro, and PerfectOffice) to be late to market?

    Yes_____     No_____

    IF YOUR ANSWER TO QUESTION 1 IS "NO," YOU SHOULD NOT ANSWER THE REMAINING QUESTIONS ON THIS FORM. IF YOUR ANSWER TO QUESTION 1 IS "YES," PROCEED TO QUESTION 2.

2. Has Novell proven by a preponderance of the evidence that, but for Microsoft's decision to withdraw support for the namespace extension APIs, Novell's productivity applications (WordPerfect, Quattro Pro, and PerfectOffice) would have been released to the market either about the time that Windows 95 was released (August 24, 1995) or within a sufficiently short time period thereafter to take advantage of the release?

    Yes_____     No_____

    IF YOUR ANSWER TO QUESTION 2 IS "NO," YOU SHOULD NOT ANSWER THE REMAINING QUESTIONS ON THIS FORM. IF YOUR ANSWER TO QUESTION 2 IS "YES," PROCEED TO QUESTION 3.

3. Has Novell proven by a preponderance of the evidence that Microsoft engaged in anticompetitive conduct by deciding to withdraw support of the namespace extension APIs?

    Yes_____     No_____

    IF YOUR ANSWER TO QUESTION 3 IS "NO," YOU SHOULD NOT ANSWER THE REMAINING QUESTIONS ON THIS FORM. IF YOUR ANSWER TO QUESTION 3 IS "YES," PROCEED TO QUESTIONS 4 AND 5.

4. Has Novell proven by a preponderance of the evidence that Microsoft's withdrawal of support for the namespace extension APIs caused harm to competition in the market for PC operating systems and contributed significantly to the maintenance of Microsoft's monopoly in that market?

    Yes_____     No_____

5. Has Novell proven by a preponderance of the evidence that Microsoft's withdrawal of support for the namespace extension APIs was reasonably capable of contributing significantly to the maintenance of Microsoft's monopoly in the market for PC operating systems?

Yes_____ No_____

IF YOUR ANSWER TO QUESTIONS 4 AND 5 ARE BOTH "NO," YOU SHOULD NOT ANSWER THE REMAINING QUESTIONS ON THIS FORM. IF YOUR ANSWER TO EITHER QUESTION 4 OR QUESTION 5 OR BOTH IS "YES," THEN PROCEED TO ANSWER QUESTIONS 6 AND 7.

6. If your answer to either question 4 or question 5 or both is "yes," is your answer based upon Novell's claim that its applications, WordPerfect, Quattro Pro, and/or PerfectOffice, offered competing operating systems the prospect of lowering the applications barrier to entry because a competing operating system, running the Novell applications, would offer consumers an attractive alternative to Windows?

Yes_____ No_____

7. If your answer to either question 4 or question 5 both is "yes," is your answer based upon Novell's claim that WordPerfect, Quattro Pro, and/or PerfectOffice constituted a "middleware" threat to Microsoft's monopoly in the PC operating system market?

Yes_____ No_____

IF YOUR ANSWERS TO BOTH QUESTIONS 6 AND 7 ARE "NO," YOU SHOULD NOT ANSWER QUESTION 8. IF YOUR ANSWER TO EITHER QUESTION 6 OR 7 OR BOTH IS "YES," THEN PROCEED TO ANSWER QUESTION 8.

8. What amount of damages, if any, do you award in favor of Novell against Microsoft?

$_____

Date:                                      _____
                                           Foreperson