1  [*Counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION]<br><br>**JOINT SUBMISSION REGARDING DISCOVERY DESIGNATIONS AND OBJECTIONS**<br><br>Date:    October 29, 2014<br>Time:    9:30 a.m.<br>Place:   Courtroom 1, 4th Floor<br>Judge:   Honorable Yvonne Gonzalez Rogers |

**APPLE'S DISCOVERY DESIGNATIONS WITH
PLAINTIFFS' OBJECTIONS AND COUNTERDESIGNATIONS AND
APPLE'S OBJECTIONS AND COUNTER-COUNTER DESIGNATIONS**

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| 1 | Plaintiff Melanie Tucker's response to Defendant Apple's First Interrogatories, December 16, 2010 | Response to Interrogatory No. 21 | |
| 2 | Plaintiff Somtai Troy Charoensak's response to Defendant Apple's First Interrogatories, December 16, 2010 | Response to Interrogatory No. 21<br><br>[Appendix, Ex. A] | Relevance (FRE 402); Plaintiffs object to the relevance of Apple's designation of Somtai Troy Charoensak's responses, as Mr. Charoensak is being withdrawn as a class representative. Mr. Charoensak did not purchase an iPod during the currently certified Class Period, but Plaintiffs will not seek to dismiss Mr. Charoensak as a plaintiff to preserve his rights to appeal the Court's dismissal or summary adjudication of his claims, including his §1, Sherman Act (15 U.S.C. §1) tying claim and<br>his §2, Sherman Act (15 U.S.C. §2) claim based on iTunes 4.7. |
| 3 | Plaintiff Mariana Rosen's response to Defendant Apple Inc.'s First Interrogatories, December 16, 2010 | Response to Interrogatory No. 21 | |
| 4 | Plaintiff Melanie Tucker's Supplemental Responses to Defendant Apple's First Interrogatories, January 11, 2011 | Response to Interrogatory No. 17 | |

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| 5 | Plaintiff Melanie Tucker's Supplemental Responses to Defendant Apple's First Interrogatories, January 11, 2011 | Response to Interrogatory No. 21 | |
| 6 | Plaintiff Somtai Troy Charoensak's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Response to Interrogatory No. 22<br><br>[Appendix, Ex. B] | Relevance (FRE 402); Plaintiffs object to the relevance of Apple's designation of Somtai Troy Charoensak's responses, as Mr. Charoensak is being withdrawn as a class representative. Mr. Charoensak did not purchase an iPod during the currently certified Class Period, but Plaintiffs will not seek to dismiss Mr. Charoensak as a plaintiff to preserve his rights to appeal the Court's dismissal or summary adjudication of his claims, including his §1, Sherman Act (15 U.S.C. §1) tying claim and his §2, Sherman Act (15 U.S.C. §2) claim based on iTunes 4.7; Incomplete (FRE 106); *see* Plaintiffs' Counterdesignation A |
| A | **Plaintiffs' Counterdesignation**<br><br>Plaintiff Somtai Troy Charoensak's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Plaintiff Somtai Troy Charoensak's Additional Objections and Responses to Defendant Apple Inc.'s First Interrogatories, dated March 7, 2011, Response to Interrogatory No. 1, pages 3:9-14; 3:25-17:17.<br><br>[Appendix, Ex. B] | Hearsay (FRE 802); Not necessary to complete designated testimony (FRE 106) |
| 7 | Plaintiff Melanie Tucker's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Response to Interrogatory No. 22<br><br>[Appendix, Ex. C] | Incomplete (FRE 106); *see* Plaintiffs' Counterdesignation B |

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| B | **Plaintiffs' Counterdesignation**<br><br>Plaintiff Melanie Tucker's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Plaintiff Melanie Tucker's Additional Responses to Apple's First Interrogatories, dated March 7, 2011, Response to Interrogatory No. 1, pages 3:9-14; 3:25-17:17<br><br>[Appendix, Ex. C] | Hearsay (FRE 802); Not necessary to complete designated testimony (FRE 106) |
| 8 | Plaintiff Mariana Rosen's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Response to Interrogatory No. 22<br><br>[Appendix, Ex. D] | Incomplete (FRE 106); *see* Plaintiffs' Counterdesignation C |
| C | **Plaintiffs' Counterdesignation**<br><br>Plaintiff Mariana Rosen's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Plaintiff Mariana Rosen's Additional Responses to Apple's First Interrogatories, dated March 7, 2011, Response to Interrogatory No. 1, pages 3:9-14; 3:25-17:17<br><br>[Appendix, Ex. D] | Hearsay (FRE 802); Not necessary to complete designated testimony (FRE 106) |
| 9 | Deposition of Thomas Slattery, January 30, 2006 | Entirety of deposition. | Relevance (FRE 402); Plaintiffs object to the relevance of Apple's designation of Thomas Slattery's responses, as Mr. Slattery is no longer a party to this case.<br><br>If the deposition is played, Plaintiffs make the additional objections and counter-designations identified below to the specific testimony designated by Apple. |
| 10 | Deposition of Thomas Slattery, January 30, 2006 | 4:24 - 4:25 | |
| 11 | Deposition of Thomas Slattery, January 30, 2006 | 5:4 - 5:7 | |
| 12 | Deposition of Thomas Slattery, January 30, 2006 | 5:11 - 5:18 | |
| 13 | Deposition of Thomas Slattery, January 30, 2006 | 13:19 - 13:22 | |

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| 14 | Deposition of Thomas Slattery, January 30, 2006 | 14:2 - 14:9 | |
| 15 | Deposition of Thomas Slattery, January 30, 2006 | 16:8 - 16:15 | |
| 16 | Deposition of Thomas Slattery, January 30, 2006 | 16:22 - 17:3 | |
| 17 | Deposition of Thomas Slattery, January 30, 2006 | 17:4 - 17:11 | |
| 18 | Deposition of Thomas Slattery, January 30, 2006 | 18:9 - 18:10 | |
| 19 | Deposition of Thomas Slattery, January 30, 2006 | 33:5 - 33:16 | |
| 20 | Deposition of Thomas Slattery, January 30, 2006 | 33:20 - 33:24 | |
| 21 | Deposition of Thomas Slattery, January 30, 2006 | 35:10 - 35:13 | |
| 22 | Deposition of Thomas Slattery, January 30, 2006 | 41:21 – 42:4 | |
| 23 | Deposition of Thomas Slattery, January 30, 2006 | 52:8 - 52:18 | |
| 24 | Deposition of Thomas Slattery, January 30, 2006 | 55:19 - 56:5 | |
| 25 | Deposition of Thomas Slattery, January 30, 2006 | 67:13 - 68:22 | |
| 26 | Deposition of Thomas Slattery, January 30, 2006 | 74:16 - 74:20 | |
| 27 | Deposition of Thomas Slattery, January 30, 2006 | 75:7 - 75:21 | |
| 28 | Deposition of Thomas Slattery, January 30, 2006 | 148:7 - 148:9 [Appendix, Ex. E] | Incomplete (FRE 106); *see* Plaintiffs' Counterdesignation D |
| **AA** | **Apple's Counter-counterdesignation** Deposition of Thomas Slattery, January 30, 2006 | 148:11-21 | |
| **D** | **Plaintiffs' Counterdesignation** Deposition of Thomas Slattery, January 30, 2006 | 149:18-23 [Appendix, Ex. E] | Incomplete (FRE 106); see Apple's Counter-Counterdesignation **AA** |
| 29 | Deposition of Thomas Slattery, January 30, 2006 | 155:1 - 155:3 [Appendix, Ex. E] | Incomplete (FRE 106); *see* Plaintiffs' Counterdesignation E |

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| E | **Plaintiffs' Counterdesignation**<br><br>Deposition of Thomas Slattery, January 30, 2006 | 155:4-5 | |
| 30 | Deposition of Thomas Slattery, January 30, 2006 | 262:4 - 262:7 | |
| 31 | Deposition of Thomas Slattery, January 30, 2006 | 265:7 - 266:1<br><br>[Appendix, Ex. E] | Incomplete (FRE 106); see Plaintiffs' Counterdesignation G |
| G | **Plaintiffs' Counterdesignation**<br><br>Deposition of Thomas Slattery, January 30, 2006 | 277:3-279:14<br><br>[Appendix, Ex. E] | |
| 32 | Deposition of Thomas Slattery, January 30, 2006 | 301:25 - 302:11<br><br>[Appendix, Ex. E] | Incomplete (FRE 106); *see* Plaintiffs' Counterdesignation I |
| I | **Plaintiffs' Counterdesignation**<br><br>Deposition of Thomas Slattery, January 30, 2006 | 302:12-21<br><br>[Appendix, Ex. E] | Relevance (FRE 402); Not necessary to complete the testimony designated (FRE 106) |
| 33 | Deposition of Thomas Slattery, January 30, 2006 | 306:9 - 306:19 | |
| 34 | Deposition of Thomas Slattery, January 30, 2006 | 312:5 - 312:11 | |
| 35 | Deposition of Thomas Slattery, January 30, 2006 | 315:16 - 315:18 | |

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| 36 | Deposition of Somtai Charoensak, January 12, 2007 | Entirety of deposition | Relevance (FRE 402); Plaintiffs object to the relevance of Apple's designation of Somtai Troy Charoensak's responses, as Mr. Charoensak is being withdrawn as a class representative. Mr. Charoensak did not purchase an iPod during the currently certified Class Period, but Plaintiffs will not seek to dismiss Mr. Charoensak as a plaintiff to preserve his rights to appeal the Court's dismissal or summary adjudication of his claims, including his §1, Sherman Act (15 U.S.C. §1) tying claim and his §2, Sherman Act (15 U.S.C. §2) claim based on iTunes 4.7.<br><br>If the deposition is played, Plaintiffs make the additional objections and counter-designations identified below to the specific testimony designated by Apple. |
| 37 | Deposition of Somtai Charoensak, January 12, 2007 | 6:24 - 7:7 | |
| 38 | Deposition of Somtai Charoensak, January 12, 2007 | 58:24 - 59:1 | |
| 39 | Deposition of Somtai Charoensak, January 12, 2007 | 68:18 - 69:8 | |
| 40 | Deposition of Somtai Charoensak, January 12, 2007 | 73:20 - 75:23 | |
| 41 | Deposition of Somtai Charoensak, January 12, 2007 | 76:24 - 77:7<br><br>[Appendix, Ex. F] | Incomplete (FRE 106); *see* Plaintiffs' Counterdesignation L |

DISCOVERY DESIGNATIONS AND OBJECTIONS  No. C 05-00037 YGR

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| L | **Plaintiffs' Counterdesignation**<br><br>Deposition of Somtai Charoensak, January 12, 2007 | 77:8-78:4<br><br>[Appendix, Ex. F] | |
| 42 | Deposition of Somtai Charoensak, January 12, 2007 | 80:14 - 81:4 | |
| 43 | Deposition of Somtai Charoensak, January 12, 2007 | 81:20 - 82:3<br><br>[Appendix, Ex. F] | Incomplete (FRE 106); *see* Plaintiffs' Counterdesignation M |
| M | **Plaintiffs' Counterdesignation**<br><br>Deposition of Somtai Charoensak, January 12, 2007 | 22:1-3 | |
| 44 | Deposition of Somtai Charoensak, January 12, 2007 | 89:18 - 91:10<br><br>[Appendix, Ex. F] | Incomplete (FRE 106); *see* Plaintiffs' Counterdesignation N |
| N | **Plaintiffs' Counterdesignation**<br><br>Deposition of Somtai Charoensak, January 12, 2007 | 88:24-89:2 | |
| 45 | Deposition of Somtai Charoensak, January 12, 2007 | 96:13 - 96:16 | |
| 46 | Deposition of Somtai Charoensak, January 12, 2007 | 96:22 - 97:10 | |
| 47 | Deposition of Melanie Tucker, October 26, 2007 | 6:11 - 6:14 | |
| 48 | Deposition of Melanie Tucker, October 26, 2007 | 6:17 - 6:20 | |
| 49 | Deposition of Melanie Tucker, October 26, 2007 | 6:23 - 6:24 | |
| 50 | Deposition of Melanie Tucker, October 26, 2007 | 7:2 - 7:3 | |
| 51 | Deposition of Melanie Tucker, October 26, 2007 | 8:11 - 8:15<br><br>[Appendix, Ex. G] | Incomplete (FRE 106); *see* Plaintiffs' Counterdesignation P |

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| P | **Plaintiffs' Counterdesignation**<br><br>Deposition of Melanie Tucker, October 26, 2007 | 12:20-13:5 | |
| 52 | Deposition of Melanie Tucker, October 26, 2007 | 8:22 - 9:1 | |
| 53 | Deposition of Melanie Tucker, October 26, 2007 | 9:15 - 9:19 | |
| 54 | Deposition of Melanie Tucker, October 26, 2007 | 28:22 - 29:2 | |
| 55 | Deposition of Melanie Tucker, October 26, 2007 | 29:13 - 29:23 | |
| 56 | Deposition of Melanie Tucker, October 26, 2007 | 55:24 - 56:8 | |
| 57 | Deposition of Melanie Tucker, October 26, 2007 | 56:11 - 56:13 | |
| 58 | Deposition of Melanie Tucker, October 26, 2007 | 58:13 - 59:5 | |
| 59 | Deposition of Melanie Tucker, October 26, 2007 | 59:20 - 60:10 | |
| 60 | Deposition of Melanie Tucker, October 26, 2007 | 62:1 - 62:10 | |
| 61 | Deposition of Melanie Tucker, October 26, 2007 | 62:11 - 63:2 | |
| 62 | Deposition of Melanie Tucker, October 26, 2007 | 72:19 - 73:2 | |
| 63 | Deposition of Melanie Tucker, October 26, 2007 | 77:11 - 77:14 | |
| 64 | Deposition of Melanie Tucker, October 26, 2007 | 85:18 - 85:22 | |
| 65 | Deposition of Melanie Tucker, October 26, 2007 | 86:3 - 86:4<br><br>[Appendix, Ex. G] | Unfair Prejudice (FRE 403) |
| 66 | Deposition of Melanie Tucker, October 26, 2007 | 86:23 - 87:19<br><br>[Appendix, Ex. G] | Unfair Prejudice (FRE 403) |
| 67 | Deposition of Melanie Tucker, October 26, 2007 | 90:7 - 90:21 | |
| 68 | Deposition of Melanie Tucker, October 26, 2007 | 97:15 - 97:20 | |

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| 69 | Deposition of Melanie Tucker, October 26, 2007 | 98:20 - 99:10<br><br>[Appendix, Ex. G] | Unfair Prejudice (FRE 403) |
| 70 | Deposition of Melanie Tucker, October 26, 2007 | 120:9 - 120:19 | |
| 71 | Deposition of Melanie Tucker, October 26, 2007 | 120:22 - 121:15 | |
| 72 | Deposition of Melanie Tucker, October 26, 2007 | 123:25 - 124:4 | |
| 73 | Deposition of Melanie Tucker, October 26, 2007 | 128:11 - 128:25 | |
| 74 | Deposition of Melanie Tucker, October 26, 2007 | 142:14 - 143:2 | |

**PLAINTIFFS' DISCOVERY DESIGNATIONS WITH
APPLE'S OBJECTIONS AND COUNTERDESIGNATIONS AND
PLAINTIFFS' OBJECTIONS AND COUNTER-COUNTER DESIGNATIONS**

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| 1 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 7:11 TO 7:21  [Appendix, Ex. H] | FRE 106. Objection will be withdrawn if the Court gives the introductory statement below. |
|  |  | If the Court permits any part of Mr. Jobs's deposition to be played, Apple also requests that, before the deposition of Mr. Jobs is played for the jury, the Court read the following brief statement:  "Mr. Jobs was deposed on April 12, 2011. At the time, Mr. Jobs was on medical leave from Apple. Mr. Jobs died of complications relating to cancer six months later, on October 5, 2011." | Relevance (FRE 402); FRE 403. The prefatory statement is unduly prejudicial and unnecessary. |
| 2 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 8:05 TO 8:17  [Appendix, Ex. H] | FRE 106; *see* Apple's Counterdesignation A. |
| A | **Apple's Counter-Designation**  Deposition of Steve Jobs, dated April 12, 2011 | PAGE 8:24 TO 9:02 |  |
| 3 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 9:20 TO 11:03  [Appendix, Ex. H] | FRE 106; *see* Apple's Counterdesignation B. |
| B | **Apple's Counter-Designation**  Deposition of Steve Jobs, dated April 12, 2011 | PAGE 11:04 TO 11:17 |  |
| 4 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 11:18 TO 12:19  [Appendix, Ex. H] | FRE 106; *see* Apple's Counterdesignation C. |

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| C | **Apple's Counter-Designation**<br><br>Deposition of Steve Jobs, dated April 12, 2011 | PAGE 12:20 TO 14:2 | |
| 5 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 14:18 TO 14:24 | |
| D | **Apple's Counter-Designation**<br><br>Deposition of Steve Jobs, dated April 12, 2011 | PAGE 16:1 TO 16:11 | |
| 6 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 16:12 TO 16:17<br><br>[Appendix, Ex. H] | FRE 106; *see* Apple's Counterdesignation D. |
| 7 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 19:08 TO 19:16<br><br>[Appendix, Ex. H] | FRE 106; *see* Apple's Counterdesignation F. |
| 8 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 20:08 TO 20:22<br><br>[Appendix, Ex. H] | FRE 106; *see* Apple's Counterdesignation E. |
| E | **Apple's Counter-Designation**<br><br>Deposition of Steve Jobs, dated April 12, 2011 | PAGE 20:23 TO 21:3 | |
| F | **Apple's Counter-Designations**<br><br>Deposition of Steve Jobs, dated April 12, 2011 | PAGE 22:3 TO 22:8 | |
| 9 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 22:14 TO 22:20 | |
| 10 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 23:20 TO 24:04<br><br>[Appendix, Ex. H] | FRE 106; *see* Apple's Counterdesignation M. |
| 11 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 25:19 TO 28:17 | |
| 12 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 32:14 TO 34:03<br><br>[Appendix, Ex. H] | FRE 106; *see* Apple's Counterdesignation G. |

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| G | Apple's Counter-Designations<br><br>Deposition of Steve Jobs, dated April 12, 2011 | PAGE 34:4 TO 34:18 | |
| 13 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 34:19 TO 35:18 | |
| 14 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 37:17 TO 38:02<br><br>[Appendix, Ex. H] | FRE 106; *see* Apple's Counterdesignation H. |
| H | Apple's Counter-Designations<br><br>Deposition of Steve Jobs, dated April 12, 2011 | PAGE 38:3 TO 38:6 | |
| 15 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 39:10 TO 39:14 | |
| 16 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 39:17 TO 39:19 | |
| 17 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 40:12 TO 40:20 | |
| 18 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 42:03 TO 42:15 | |
| I | Apple's Counter-Designations<br><br>Deposition of Steve Jobs, dated April 12, 2011 | PAGE 46:3 TO 47:25 | |
| 19 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 48:01 TO 48:15<br><br>[Appendix, Ex. H] | FRE 106: *see* Apple's Counterdesignations I and J. |
| J | Apple's Counter-Designations<br><br>Deposition of Steve Jobs, dated April 12, 2011 | PAGE 48:16 TO 48:20 | |
| 20 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 48:21 TO 49:02<br><br>[Appendix, Ex. H] | FRE 106: *see* Apple's Counterdesignations K and L. |
| K | Apple's Counter-Designations<br><br>Deposition of Steve Jobs, dated April 12, 2011 | PAGE 49:3 TO 49:17 | |

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| L | **Apple's Counter-Designations**<br><br>Deposition of Steve Jobs, dated April 12, 2011 | PAGE 51:11 TO 51:15, 51:21 TO 51:23 | |
| M | **Apple's Counter-Designations**<br><br>Deposition of Steve Jobs, dated April 12, 2011 | PAGE 56:4 TO 56:10 | |
| 21 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 57:02 TO 58:08<br><br>[Appendix, Ex. H] | FRE 106: *see* Apple's Counterdesignation N. |
| N | **Apple's Counter-Designations**<br><br>Deposition of Steve Jobs, dated April 12, 2011 | PAGE 58:12 TO 58:22 | |
| 22 | Defendant Apple Inc.'s Responses to Plaintiff's First Set of Interrogatories, dated August 28, 2008 | Interrogatory No. 3 and Response to Interrogatory No. 3 | |
| 23 | Defendant Apple Inc.'s Responses to Plaintiff's First Set of Interrogatories, dated August 28, 2008 | Interrogatory No. 4 and Response to Interrogatory No. 4 | |
| 24 | Defendant Apple Inc.'s Responses to Plaintiff's First Set of Interrogatories, dated August 28, 2008 | Interrogatory No. 6 and Response to Interrogatory No. 6 | |
| 25 | Defendant Apple Inc.'s Responses to Plaintiff's First Set of Interrogatories, dated August 28, 2008 | Interrogatory No. 7 and Response to Interrogatory No. 7 | |
| 26 | Defendant Apple Inc.'s First Amended Objections and Answers to Plaintiffs' Amended First Set of Interrogatories, dated September 25, 2009 | Interrogatory No. 4 and Response to Interrogatory No. 4 | |

DISCOVERY DESIGNATIONS AND OBJECTIONS                    No. C 05-00037 YGR

| No. | Form of Excerpt | Designation | Legal Objection |
|---|---|---|---|
| 27 | Defendant Apple Inc.'s First Amended Objections and Answers to Plaintiffs' Amended First Set of Interrogatories, dated September 25, 2009 | Interrogatory No. 6 and Response to Interrogatory No. 6 | |
| 28 | Defendant Apple Inc.'s First Amended Objections and Answers to Plaintiffs' Amended First Set of Interrogatories, dated September 25, 2009 | Interrogatory No. 7 and Response to Interrogatory No. 7 | |
| 29 | Defendant Apple Inc.'s First Amended Objections and Answers to Plaintiffs' Second Set of Interrogatories 14-16, 18-19, dated May 7, 2010 | Interrogatory No. 18 and Response to Interrogatory No. 18 | |
| 30 | Defendant Apple Inc.'s Objections and Answers to Plaintiffs' Third Set of Interrogatories, dated December 20, 2010 | Interrogatory No. 24 and Response to Interrogatory No. 24 | |

| | |
|---|---|
| 1   DATED: October 21, 2014 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | BONNY E. SWEENEY |
| | ALEXANDRA S. BERNAY |
| | CARMEN A. MEDICI |
| | JENNIFER N. CARINGAL |

*/s/ Alexandra S. Bernay*

ALEXANDRA S. BERNAY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423

ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK J. COUGHLIN
STEVEN M. JODLOWSKI
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 288-4545
Facsimile:  (415) 288-4534

*Class Counsel For Plaintiffs*

BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  (602) 274-1100
Facsimile:  (602) 274-1199

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  (202) 625-4342
Facsimile:  (202) 330-5593

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  (310) 836-6000
Facsimile:  (310) 836-6010

|   |   |
|---|---|
| 1 | GLANCY BINKOW & GOLDBERG LLP |
| 2 | BRIAN P. MURRAY |
|   | 122 East 42nd Street, Suite 2920 |
| 3 | New York, NY 10168 |
|   | Telephone: (212) 382-2221 |
| 4 | Facsimile: (212) 382-3944 |

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Additional Counsel for Plaintiffs*

DATED: October 21, 2014

BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR.
MEREDITH R. DEARBORN

*/s/ John F. Cove, Jr.*
JOHN F. COVE, JR.
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON
KAREN L. DUNN
MARTHA L. GOODMAN
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

JONES DAY
DAVID C. KIERNAN
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant Apple Inc.*

**ATTESTATION OF FILER**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ John F. Cove, Jr.*
John F. Cove, Jr.