1  [*Counsel listed on signature page*]

2
3
4
5
6
7
8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION]<br><br>**JOINT APPENDIX IN SUPPORT OF SUBMISSION REGARDING DISCOVERY DESIGNATIONS AND OBJECTIONS**<br><br>Date:    October 29, 2014<br>Time:    9:30 a.m.<br>Place:   Courtroom 1, 4th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

## **APPENDIX OF DISPUTED EXCERPTS**

| Ex. No. | Disputed Excerpts |
|---|---|
| A | Plaintiff Somtai Troy Charoensak's Response to Defendant Apple's First Interrogatories, December 16, 2010 |
| B | Plaintiff Somtai Troy Charoensak's Additional Responses to Apple's First Interrogatories, March 7, 2011 |
| C | Plaintiff Melanie Tucker's Additional Responses to Apple's First Interrogatories, March 7, 2011 |
| D | Plaintiff Mariana Rosen's Additional Responses to Apple's First Interrogatories, March 7, 2011 |
| E | Deposition of Thomas Slattery, January 30, 2006 |
| F | Deposition of Somtai Charoensak, January 12, 2007 |
| G | Deposition of Melanie Tucker, October 26, 2007 |
| H | Deposition of Steve Jobs, April 12, 2011 |

///

///

///

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

| | |
|---|---|
| DATED: October 21, 2014 | ROBBINS GELLER RUDMAN & DOWD LLP<br>BONNY E. SWEENEY<br>ALEXANDRA S. BERNAY<br>CARMEN A. MEDICI<br>JENNIFER N. CARINGAL |

*/s/ Alexandra S. Bernay*

ALEXANDRA S. BERNAY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423

ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK J. COUGHLIN
STEVEN M. JODLOWSKI
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 288-4545
Facsimile:  (415) 288-4534

*Class Counsel For Plaintiffs*

BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  (602) 274-1100
Facsimile:  (602) 274-1199

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  (202) 625-4342
Facsimile:  (202) 330-5593

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  (310) 836-6000
Facsimile:  (310) 836-6010

| | |
|---|---|
| 1 | GLANCY BINKOW & GOLDBERG LLP |
| | BRIAN P. MURRAY |
| 2 | 122 East 42nd Street, Suite 2920 |
| | New York, NY  10168 |
| 3 | Telephone:  (212) 382-2221 |
| | Facsimile:  (212) 382-3944 |
| 4 | |
| 5 | GLANCY BINKOW & GOLDBERG LLP |
| | MICHAEL GOLDBERG |
| 6 | 1925 Century Park East, Suite 2100 |
| | Los Angeles, CA  90067 |
| 7 | Telephone:  (310) 201-9150 |
| | Facsimile:  (310) 201-9160 |
| 8 | |
| | *Additional Counsel for Plaintiffs* |

DATED:  October 21, 2014    BOIES, SCHILLER & FLEXNER LLP
                            JOHN F. COVE, JR.
                            MEREDITH R. DEARBORN


                            */s/ John F. Cove, Jr.*
                            ─────────────────────────
                            JOHN F. COVE, JR.
                            1999 Harrison Street, Suite 900
                            Oakland, CA 94612
                            Telephone: (510) 874-1000
                            Facsimile:  (510) 874-1460

                            BOIES, SCHILLER & FLEXNER LLP
                            WILLIAM A. ISAACSON
                            KAREN L. DUNN
                            MARTHA L. GOODMAN
                            5301 Wisconsin Ave, NW
                            Washington, DC 20015
                            Telephone: (202) 237-2727
                            Facsimile:  (202) 237-6131

                            JONES DAY
                            DAVID C. KIERNAN
                            555 California Street, 26th Floor
                            San Francisco, CA 94104
                            Telephone:  (415) 626-3939
                            Facsimile:  (415) 875-5700

                            *Attorneys for Defendant Apple Inc.*

## **ATTESTATION OF FILER**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                                  */s/ John F. Cove, Jr.*
                                                John F. Cove, Jr.