1  ROBBINS GELLER RUDMAN
    & DOWD LLP
2  JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
3  THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
4  PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
5  San Diego, CA 92101
Telephone: 619/231-1058
6  619/231-7423 (fax)
johns@rgrdlaw.com
7  bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
8  xanb@rgrdlaw.com
proach@rgrdlaw.com
9
THE KATRIEL LAW FIRM
10  ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
11  Washington, DC 20007
Telephone: 202/625-4342
12  202/330-5593 (fax)
rak@katriellaw.com
13
Co-Lead Counsel for Plaintiffs
14
[Additional counsel appear on signature page.]
15
UNITED STATES DISTRICT COURT
16
NORTHERN DISTRICT OF CALIFORNIA
17
SAN JOSE DIVISION
18

| | | |
|---|---|---|
| 19 | THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-JW(HRL) |

19  THE APPLE IPOD ITUNES ANTI-TRUST   )   Lead Case No. C-05-00037-JW(HRL)
LITIGATION                          )
20                                      )   CLASS ACTION
_____     )
21  This Document Relates To:           )   PLAINTIFF SOMTAI TROY
)   CHAROENSAK'S RESPONSE TO
21      ALL ACTIONS.                    )   DEFENDANT APPLE INC.'S FIRST
)   INTERROGATORIES
22  _____     )
23
24  PROPOUNDING PARTY:   APPLE INC.
25  RESPONDING PARTY:   SOMTAI TROY CHAROENSAK
26  SET NO.:   ONE
27
28

590179_1

1  INTERROGATORY NO. 21:

2      For each PORTABLE DIGITAL MEDIA PLAYER identified in response to Interrogatory

3  No. 20, please identify all sources of music on the PORTABLE DIGITAL MEDIA PLAYER and

4  the percentage of music on the PORTABLE DIGITAL MEDIA PLAYER from each source of

5  music.

6  RESPONSE TO INTERROGATORY NO. 21:

7      Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

8  burdensome, compound, and not reasonably calculated to lead to the discovery of admissible

9  evidence. Plaintiff objects to the extent this request requires him to identify the sources of music on

10  portable digital media players that are not in his possession and/or portable digital media players that

11  he has never used.

12      Subject to and without waiver of any of the foregoing Specific Objections and General

13  Objections, Plaintiff responds as follows:

14      Approximately 80% of Plaintiff's music collection is from his CD collection, some of which

15  he has burned onto his library. The remaining estimated 20% comes from iTS purchases. Plaintiff

16  also made a one-time single purchase of a music file from a legal online MP3 music store, whose

17  name he does not recall.

18  INTERROGATORY NO. 22:

19      Please identify all facts that YOU contend support your position that the software programs

20  referred to in paragraphs 64-66 of the Complaint made iTS files inoperable with Portable Digital

21  Media Players other than the iPod.

22  RESPONSE TO INTERROGATORY NO. 22:

23      Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

24  burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

25  conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this

26  Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

27  respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks

28  information that is equally available to Apple or information that originated from Apple's