CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4                         ---oOo---
 5
 6   THOMAS WILLIAM SLATTERY,        )
 7   Individually And On Behalf of   )
 8   All Others Similarly Situated,  )
 9              Plaintiff,           )
10        vs.                        )    No. C05 00037
11   APPLE COMPUTER, INC.,           )
12              Defendant.           )
13   _____ )
14
15              CONFIDENTIAL TESTIMONY
16
17   VIDEOTAPE DEPOSITION OF THOMAS WILLIAM SLATTERY
18              MONDAY, JANUARY 30, 2006
19
20
21
22
23
24
25   PAGES 1 - 348
```

RECEIVED FEB 07 2006 JONES DAY - SF

1

CONFIDENTIAL

| | | |
|---|---|---|
| 1 Q More than 2,000? 11:59:41AM | 1 A It was more than 100, yeah. 12:02:24PM |
| 2 A I really don't know. It's a lot. | 2 Q More than 500? |
| 3 Q And do you make CDs with music that you | 3 A Maybe. I've got a lot of CDs. |
| 4 download from Napster, Kazaa and LimeWire? | 4 Q More than 1,000? |
| 5 A Yeah. From time to time, yeah. 11:59:55AM | 5 A I wouldn't think so. 12:02:32PM |
| 6 Q And of those 1,500 to 2,000 CDs that you | 6 Q Okay. |
| 7 have made, can you estimate what percentage of the | 7 After you started downloading music from |
| 8 music on those CDs has come from a source like Kazaa | 8 the Internet, did you continue to buy CDs? |
| 9 or Napster as opposed to CDs that you have | 9 A Yes. |
| 10 purchased? 12:00:20PM | 10 Q Okay. 12:02:41PM |
| 11 A No, that I really couldn't, no. I have | 11 And during the period of time you have |
| 12 got no idea. | 12 been downloading music from the Internet, where have |
| 13 Q Do you have any reason to think it's -- | 13 you bought CDs? |
| 14 the percentage on your CDs that you have made is any | 14 A There is no sort of one spot. I've bought |
| 15 different than the overall percentage on your 12:00:32PM | 15 a lot of them at places like Music Trader, where 12:02:55PM |
| 16 computer? | 16 they sell secondhand CDs. |
| 17 A I'm not sure I understand what you're | 17 Q And how do you decide -- strike that. |
| 18 asking me. | 18 Where else have you bought CDs? |
| 19 Q On your computer, can you estimate how | 19 A Tower Records from time to time, Sam |
| 20 much music has come from music that you have 12:00:44PM | 20 Goody, you know, the regular stores, Wal-Mart, 12:03:15PM |
| 21 purchased as opposed to music you have obtained from | 21 Target, whatever. |
| 22 free sources on the Internet? | 22 Q Can you estimate from the time you started |
| 23 A Not with any sort of certainty. I mean, I | 23 downloading music on the Internet to today |
| 24 could -- if I really think about it, no, I probably | 24 approximately how many CDs you have bought at the |
| 25 couldn't, if I really stop and think about it. 12:01:06PM | 25 type of physical stores that you have just 12:03:31PM |
| 146 | 148 |
| 1 Q Do you think the percentage of music you 12:01:08PM | 1 mentioned? 12:03:35PM |
| 2 have obtained from the Internet, from the free | 2 A No, I couldn't estimate that. |
| 3 sites, is more than 50 percent of the music you have | 3 Q More than 100? |
| 4 on your HP now? | 4 A Probably. |
| 5 A I don't know, I really don't. It's 12:01:23PM | 5 Q More than 500? 12:03:39PM |
| 6 probably quite likely, but I don't know for sure. | 6 A Probably not. |
| 7 Q Do you have any reason to think that the | 7 Q Okay. |
| 8 music you have actually burned to a CD is any | 8 More than 250? |
| 9 different from the ratio of free music to purchased | 9 A Don't know. Somewhere in the middle. |
| 10 music that you have on your computer? 12:01:42PM | 10 Somewhere in the middle. 12:03:47PM |
| 11 A No. | 11 Q Somewhere between 100 and 250? |
| 12 Q In other words, do you have a practice of | 12 A No. Probably between somewhere between |
| 13 burning CDs from Internet downloaded music more than | 13 100 and 500. |
| 14 you do from CDs you otherwise -- | 14 Q Okay. |
| 15 A No, not particularly. I really don't. 12:01:54PM | 15 And of those CDs, can you estimate what 12:03:55PM |
| 16 It's just -- as I say, my thing is whatever I feel | 16 percentage you purchased at Music Trader? |
| 17 like listening to at the time, if it's on CDs that | 17 A Most of them, probably. |
| 18 I've already got, there will be those. If there is | 18 Q And how do you decide whether to buy a CD |
| 19 stuff I downloaded, there will be those. There is | 19 at Music Trader or to download it from the Internet? |
| 20 no preference in one direction or the other. 12:02:07PM | 20 A I'll usually stop into Music Trader just 12:04:14PM |
| 21 Q When you started downloading music on the | 21 to check out if they have got any more obscure stuff |
| 22 Internet, can you estimate how large your CD | 22 that I want. If they do, I'll buy it. That's the |
| 23 collection was? | 23 only real thing. There is no rhyme or reason to it. |
| 24 A No, probably not. | 24 Q Okay. |
| 25 Q Was it more than 100 CDs? 12:02:22PM | 25 And what do you pay for a CD at Music 12:04:31PM |
| 147 | 149 |

```
                                                    154
 1   of tracks that you have obtained for free on the    12:08:47PM
 2   Internet as individual tracks versus the tracks you
 3   obtained as part of an album?
 4       A   No, I really couldn't. I really couldn't.
 5       Q   Can you say whether the album -- albums    12:08:59PM
 6   are more than 25 percent?
 7       A   Nope, I can't say that.
 8       Q   Okay.
 9           Do you --
10           Other than iTunes' music store and Sony's   12:09:17PM
11   music store, have you tried any other music store
12   where you have to pay money?
13           MR. KATRIEL: You mean online music store?
14           MR. MITTELSTAEDT: Yes. Thank you.
15           THE WITNESS: I don't think so.    12:09:33PM
16   BY MR. MITTELSTAEDT:
17       Q   Do you know if there are any other online
18   music stores other than Apple's and Sony's where you
19   have to pay money?
20       A   I'm assuming there are others. I think    12:09:41PM
21   there is like Wal-Mart, people like that. There is
22   a few of them I know, and of course there was
23   RealNetworks.
24       Q   And did you ever --
25       A   That's no longer with us.    12:09:51PM
```

```
                                                    155
 1       Q   Did you ever buy music from RealNetworks    12:09:52PM
 2   online?
 3       A   No.
 4       Q   Why not?
 5       A   Just never got around to it.    12:09:58PM
 6       Q   Have you ever --
 7       A   To be honest, I didn't really hear that
 8   much about it while it was -- I heard about it after
 9   it was over rather than while it was working.
10       Q   And when you say "after it was over," what    12:10:07PM
11   do you mean? Is it your understanding that
12   RealNetworks is no longer in business?
13       A   As far as I'm aware, they are out of
14   business now, yeah.
15       Q   Where did you hear that?    12:10:16PM
16       A   Read it somewhere. Read it in the paper
17   when it happened.
18       Q   How long ago did that happen?
19       A   I don't know.
20       Q   Why haven't you bought any music from    12:10:25PM
21   Wal-Mart's on line store?
22       A   I have a policy of not doing business with
23   Wal-Mart if I can possibly avoid it.
24       Q   What's the basis for that policy?
25       A   I just don't like the way they do    12:10:39PM
```

```
                                                    156
 1   business.    12:10:40PM
 2       Q   In what respect?
 3       A   My understanding is they are very
 4   exploitive of their work force.
 5       Q   Do you have any feelings for or against    12:10:46PM
 6   Microsoft?
 7       A   I'm kind of neutral on Microsoft.
 8       Q   Do you know if Microsoft has an online
 9   store for music?
10       A   I don't know. I'd be astonished if they    12:11:01PM
11   did not, but I don't know that they do.
12       Q   Have you ever thought about -- strike
13   that.
14           Have you ever explored Microsoft's online
15   website for music?    12:11:14PM
16       A   Not that I can remember.
17       Q   Any particular reason why not?
18       A   No. I just never got to it.
19       Q   Do you prefer obtaining music for free on
20   the Internet as opposed to paying for it?    12:11:27PM
21       A   It depends. For example, like the -- some
22   artists, I think I'll always buy the CDs. Some, if
23   I can get it free, I will.
24       Q   Okay.
25           Which artists do you try and get for free?    12:11:42PM
```

```
                                                    157
 1       A   There is no sorts of specific groups here.    12:11:50PM
 2   It's just the way it plays out.
 3       Q   And could you explain that a little bit
 4   more?
 5       A   As I say, it's mostly -- it's the quality    12:11:55PM
 6   of what I can get. The more obscurized [sic], you
 7   tend to have a harder time getting good
 8   first-generation copies and stuff off the Internet,
 9   so you end up buying the CD.
10       Q   But if you can get good quality on the    12:12:08PM
11   Internet for free, is it your preference to do so
12   rather than to pay money for it either online or at
13   a physical store?
14       A   Yeah, I suppose there is.
15       Q   To save money?    12:12:21PM
16       A   It's not really the money.
17       Q   What is it?
18       A   It's the idea.
19       Q   And your idea is that music should be
20   free?    12:12:36PM
21       A   My idea is -- we're getting very
22   philosophical here, but my idea is that artistic
23   stuff should be generally available.
24       Q   For free?
25       A   Yeah, to the extent that it intelligently    12:12:53PM
```

40 (Pages 154 to 157)

CONFIDENTIAL

**Page 262**

```
1    A    An iPod, no.                              3:38:17PM
2    Q    Any model?
3    A    Any other type, no.
4    Q    After buying Duran Duran and Gwen Stefani
5    from iTunes Music Store, did you ever buy any other    3:38:33PM
6    music from iTunes Music Store?
7    A    Nope.
8    Q    Do you know if there is any restriction or
9    any limitation on what type of music you can load
10   onto your Creative devices?                    3:39:09PM
11   A    As far as I'm aware, there isn't any
12   that's emanating from them. I've got all kinds of
13   different stuff on there.
14   Q    Do you have any information about whether
15   the record companies have required online -- legal    3:39:33PM
16   online services to use some type of digital rights
17   management?
18   A    No, I can't say that I do.
19   Q    Okay.
20        I think this is clear from your earlier    3:39:52PM
21   testimony. But is it correct that you never
22   attempted to obtain any music from RealNetworks'
23   online music store?
24   A    Yeah, I never did, never.
25        THE WITNESS: Can I just grab some water?   3:40:16PM
```

**Page 263**

```
1         MR. MITTELSTAEDT: Sure. Why don't we      3:40:17PM
2    take a short break and let me see where we are.
3         THE VIDEOGRAPHER: Off record 3:40 p.m.
4         (Recess taken.)
5         THE VIDEOGRAPHER: On record 3:54 p.m.     3:54:43PM
6         THE WITNESS: Hey, before we get started,
7    let me just interject. I think I misspoke to you
8    earlier about the downloads from iTunes Music Store
9    relative to Gwen Stefani and Duran Duran. If I'm
10   understanding you correctly now, you asked me if I   3:55:05PM
11   had any knowledge about moving those over to the
12   other players?
13        MR. MITTELSTAEDT: (Nods head.)
14        THE WITNESS: As far as I know, that's not
15   possible. You can't move the files that came down   3:55:14PM
16   from iTunes to any other player but the iPod. So
17   when I said I had no knowledge of that, I thought --
18   frankly, I was a tad confused at that moment. I
19   thought we were talking about moving stuff around in
20   the libraries. You cannot or I cannot take the      3:55:31PM
21   files of "Astronaut" and Duran Duran and move them
22   from iTunes as it exists when it comes down off the
23   Internet and put them on any other players. I can't
24   figure out how to do that.
25
```

**Page 264**

```
1    BY MR. MITTELSTAEDT:                           3:55:43PM
2    Q    Well, you do know that you can burn Duran
3    Duran from iTunes to a CD, correct?
4    A    Yes.
5    Q    Okay.                                     3:55:49PM
6         And then you know you can rip that back to
7    the computer, right?
8    A    I thought that was a violation of Apple's
9    policies relative to iTunes. Doesn't it say
10   somewhere in the statement that you are not supposed    3:55:59PM
11   to do that?
12   Q    Do you think it does?
13   A    As far as I can recall.
14   Q    Let's just talk from a technical
15   standpoint. You know that you can burn Duran Duran    3:56:07PM
16   from iTunes' library to a CD and then rip it back to
17   the computer, correct?
18   A    Yeah.
19   Q    And have you ever heard that, if you do
20   that, that destroys the DRM, that destroys the        3:56:18PM
21   protection?
22   A    I can't say I've ever heard that.
23   Q    Do you understand that --
24   A    When you say "destroys the DRM," what do
25   you mean exactly?                               3:56:35PM
```

**Page 265**

```
1    Q    Makes it possible so you can play that on   3:56:36PM
2    another device, like your Creative or your Archos.
3    A    That I've heard. Okay. I misunderstood
4    you. My apologies.
5    Q    Where did you hear that?                   3:56:45PM
6    A    I don't know.
7    Q    So you know that physically, when you get
8    music from iTunes Music Store into your iTunes
9    library, you can play that on competing devices by
10   burning to a CD and ripping back to the computer,    3:57:00PM
11   correct?
12   A    Yeah. That's what we've just discussed,
13   is it not?
14   Q    I'm just trying to summarize. You know
15   that you can do that physically, right?          3:57:08PM
16   A    Sure.
17   Q    And burning and ripping is a process that
18   you have done numerous times, correct?
19   A    Oh, yeah, many.
20   Q    You know how to do that?                    3:57:17PM
21   A    Sure.
22   Q    Okay.
23        How long does that take you, to burn and
24   rip a CD?
25   A    It depends on what's on the CD, how long    3:57:23PM
```

**Page 266**

1  it is. Five or ten minutes or so.    3:57:26PM
2  Q  Okay.
3     Let me --
4     What --
5     As you sit here now, what types of files    3:57:38PM
6  do you think you can play on an iPod?
7  A  I guess MP3s and -- I don't know. I'm not
8  sure. I'm not sure. There is a whole bunch of
9  different types of files, but I don't know which
10 ones are necessarily compatible with the iPod across    3:57:58PM
11 the board.
12 Q  You think that anything you download from
13 LimeWire you can play on an iPod, right?
14 A  No, not anything.
15 Q  What can't you play on an iPod that you    3:58:09PM
16 download from LimeWire?
17 A  There are some that are just, at least as
18 far as I've tried, there -- every once in a while
19 there is a file that won't play. I don't know why.
20 Q  What percentage?    3:58:19PM
21 A  A few.
22 Q  1 or 2 percent?
23 A  5 maybe.
24 Q  And have you ever tried to figure out why
25 that is?    3:58:27PM

**Page 267**

1  A  No.    3:58:28PM
2  Q  Okay.
3  A  When they download the little icon I
4  talked about from LimeWire, they have -- from
5  LimeWire, they have the iTunes icon. When you    3:58:34PM
6  launch them, they open in iTunes. Some of them come
7  down and, although the shape is there, it's blank.
8  When you try to launch those, they won't launch in
9  iTunes. I don't know why.
10 Q  They won't launch in iTunes at all?    3:58:46PM
11 A  No.
12 Q  So you can't get those on your iPod
13 either?
14 A  No.
15 Q  Okay.    3:58:51PM
16    So what do you do with those types of
17 songs?
18 A  They sit on the computer.
19 Q  Do you take any music that you download
20 from LimeWire and put it on your Creative devices?    3:59:05PM
21 A  From LimeWire, yeah. Yeah, some of it.
22 Q  And how do you do that physically?
23 A  It's the same process. It's open the
24 library, add the file, move them over.
25 Q  Okay.    3:59:32PM

**Page 268**

1  A  There are other steps in there. It's more    3:59:33PM
2  complicated, but I can't explain it well. But I've
3  done it.
4  Q  Explain to me the best you can how you do
5  that.    3:59:43PM
6  A  If I want to put something on the
7  Creative, I can open up LimeWire library and stuff
8  from there will move over. You can open stuff from
9  the LimeWire library in Creative.
10 Q  When you download something from LimeWire,    3:59:57PM
11 it goes into a LimeWire library and also into
12 iTunes; is that correct?
13 A  Yeah.
14 Q  The way you have your computer set up?
15 A  Right.    4:00:08PM
16 Q  Okay.
17    Are you aware that you can stop those
18 files from going into the iTunes library, if you
19 want to?
20 A  I don't know how. I didn't know that.    4:00:16PM
21 Q  In any event, all that music also goes
22 into the LimeWire library, correct?
23 A  Yeah. Well, as it's downloading, it just
24 sits there unless you delete it, so yeah.
25 Q  In the LimeWire library?    4:00:31PM

**Page 269**

1  A  Right.    4:00:32PM
2  Q  Okay.
3     So whether or not it's also in the iTunes
4  library, you can take the music from your LimeWire
5  library and load it into Creative MediaSource and    4:00:40PM
6  put that into your Creative devices, correct?
7  A  Yeah, that you can do.
8  Q  Okay.
9     And you can also take the music from your
10 LimeWire library and put it on your Archos device,    4:00:53PM
11 correct?
12 A  I don't think I have ever tried it, but I
13 would imagine you could, yeah, on the same
14 principle.
15 Q  Well, the music you have on your Archos,    4:01:04PM
16 where did that come from?
17 A  Mostly from the CDs and MP3s. I don't
18 think -- I haven't had it long enough to really get
19 into using LimeWire with it yet. But, yeah, I don't
20 think I've got that much LimeWire stuff, if any, on    4:01:19PM
21 the Archos.
22 Q  Do you have any Kazaa music on the
23 Creative, any of the Creative devices?
24 A  Same problem. The stuff is so
25 intermingled in terms of which specific download    4:01:34PM

**Page 298**

```
 1   A   No, I don't remember.                          4:34:09PM
 2   Q   You knew that that would be available on
 3   some online music store?
 4   A   The last one I got I actually already had.
 5   I already had "Dark Side of the Moon." I had the   4:34:18PM
 6   CD, but I downloaded the file anyway.
 7   Q   Why did you do that?
 8   A   Just to add to the collection.
 9   Q   But why didn't you just use the CD and rip
10   it?                                                4:34:31PM
11   A   I don't know.
12   Q   I'm sorry?
13   A   I don't have an answer for that one. It
14   was just one of those random, you know, collecting
15   the song type.                                     4:34:37PM
16   Q   Name a song -- strike that.
17       Name an album that you bought online --
18   strike that.
19       Name an album that you obtained online for
20   free where you thought it would be available at an 4:34:47PM
21   online music store where you would have to pay for
22   it?
23       MR. KATRIEL: Objection; asked and
24   answered, I thought.
25       THE WITNESS: Other than the answer I just  4:35:03PM
```

**Page 299**

```
 1   gave, I can't remember the last one before that.   4:35:04PM
 2   BY MR. MITTELSTAEDT:
 3   Q   Can you remember any that fall into that
 4   category?
 5   A   A whole album I bought -- now I'm doing         4:35:10PM
 6   it. That I got online that I could have bought at a
 7   store or online?
 8   Q   Right. And you opted to just get it for
 9   free online?
10   A   No, I can't think of one.                       4:35:27PM
11   Q   Okay.
12       Do you know anyone else who has ever
13   bought any music from iTunes Music Store?
14   A   Not that I can name directly. I think my
15   friend Gary that I talked about has, Gary Luna, but 4:35:44PM
16   I'm not sure on that at all.
17   Q   Okay.
18       Have you ever talked with Gary about why
19   he purchases music from the music store?
20   A   I'm not sure that he does. We've never          4:35:56PM
21   talked about it.
22   Q   Have you ever talked with anyone about why
23   they purchase music from Apple's iTunes Music Store?
24   A   No, I don't think I have.
25   Q   Okay.                                           4:36:10PM
```

**Page 300**

```
 1       I'm assuming you know people who have           4:36:12PM
 2   iPods?
 3   A   Yeah, lots of them.
 4   Q   Have you ever talked with anybody about
 5   why they purchased an iPod?                         4:36:18PM
 6   A   Yeah. Oh, yeah. Yeah.
 7   Q   And what have they told you?
 8   A   Pretty much universally everybody seems to
 9   agree that it's just a cool piece of technology. It
10   looks cool, has a lot of cool features.            4:36:34PM
11   Q   And who has told you that?
12   A   Most of the people that I have ever talked
13   about iPods with.
14   Q   And what cool features have they told you
15   about?                                              4:36:44PM
16   A   I have never gotten that specific. Just
17   easy access to the music and so forth.
18   Q   You mean the interface is easy to use?
19   A   Right. And just the fact you can put so
20   much stuff on it, that type of thing.               4:36:56PM
21   Q   What do you mean, "so much stuff"?
22   A   So many songs. It's nice to have 1,500 or
23   2,000 or however many songs you want at your
24   fingertips.
25   Q   Has anyone ever told you that they feel         4:37:08PM
```

**Page 301**

```
 1   that Apple forced them to buy an iPod?              4:37:13PM
 2   A   Forced them to buy an iPod? Not in those
 3   terms.
 4   Q   Has anybody ever told you that Apple
 5   forced them to download music from iTunes Music     4:37:24PM
 6   Store?
 7   A   Not in terms of saying, "Hey, Apple forced
 8   me to do this," no. But people have said that they
 9   are kind of limited in their options and they have
10   to buy the stuff from iTunes to be easily usable. I 4:37:38PM
11   have heard that.
12   Q   Who told you that?
13   A   Various people. I couldn't give you
14   specific names.
15   Q   Can you name anyone who has told you that?      4:37:45PM
16   A   No, no individual.
17   Q   Okay.
18       Do you think Apple ever forced you to buy
19   an iPod?
20   A   I already had the iPod. I had already           4:37:59PM
21   bought the iPod before the problems emerged. So was
22   I forced to buy it as a threshold step, then
23   probably not.
24   Q   Okay.
25       Well, were you forced to buy an iPod by       4:38:10PM
```

**Page 302**

```
 1   Apple or not?                              4:38:13PM
 2     A   No.
 3     Q   Did you have a free choice whether to ask
 4   your wife to buy you an Apple iPod or a Creative Zen
 5   or an Archos whatever?                    4:38:30PM
 6     A   Sure.
 7     Q   And you chose to buy -- to ask your wife
 8   to give you an iPod, right?
 9     A   Right.
10     Q   Because it was cool?                 4:38:38PM
11     A   Because it was cool.
12     Q   Did Apple ever force you to obtain any
13   music from the music store?
14     A   Yes.
15     Q   When did that happen?                4:38:53PM
16     A   It happened in the sense that if I want to
17   buy stuff online to play on the iPod, I have to get
18   it at the music store. Did they somehow coerce me
19   into making that purchase? No. Was it a
20   constructive forcing to buy it from Apple? Yes, I  4:39:08PM
21   think it was.
22     Q   And how many times were you, as you
23   describe it, forced?
24     A   I didn't describe it that way. You did.
25   I'm just agreeing with what you said. Let's just be  4:39:23PM
```

**Page 303**

```
 1   clear on that one.                         4:39:26PM
 2     Q   Well --
 3     A   How many times? At the very beginning,
 4   when I messed with it to some degree, and then when
 5   I bought the two CDs you know about, Duran Duran and  4:39:35PM
 6   Gwen Stefani.
 7     Q   You're not saying you bought music the
 8   first time when you said you dabbled, are you?
 9     A   No. As I said, I am unclear on the very
10   beginning, the very threshold when I first made the  4:39:47PM
11   attempt. What I said I know with certainty is I
12   bought the two CDs, Duran Duran and Gwen Stefani.
13     Q   And did --
14         After that time, did you ever feel that
15   Apple forced you to buy music from its music store,  4:40:04PM
16   either constructively or otherwise?
17     A   If I want to listen to it on the iPod,
18   then I guess the constructive forcing still remains.
19   If I want to download it straight onto the iPod, I
20   can't buy it anywhere else.                4:40:18PM
21     Q   Have you actually bought any other music
22   from iTunes Music Store after you bought Duran Duran
23   and Gwen Stefani?
24     A   No, I haven't.
25     Q   Have you told anybody you know that you   4:40:29PM
```

**Page 304**

```
 1   want to be a class representative in this case?  4:40:34PM
 2     MR. KATRIEL: Other than counsel?
 3     MR. MITTELSTAEDT: Yes.
 4     THE WITNESS: That I want to be a class
 5   representative in this case. Yeah, I suppose I have  4:40:45PM
 6   discussed it.
 7   BY MR. MITTELSTAEDT:
 8     Q   Who have you talked about that with?
 9     A   Just about everybody I know. My wife;
10   Greg Turner, the guy at the office and so forth.  4:40:53PM
11     Q   Anyone else?
12     A   I can't -- you know, I could just pull
13   names out of the air, but I couldn't be certain.
14   Those two I know for sure I've discussed it with.
15     Q   Has anybody told you that they would like  4:41:06PM
16   to be a member of this class?
17     A   Not that I can recall.
18     Q   Have you looked around to see if there was
19   anyone else who would fit the description of your
20   class?                                      4:41:18PM
21     A   No, I haven't.
22     Q   Okay.
23         Do you know anyone who has an iPod that
24   they use to play music that they obtained someplace
25   other than Apple's online music store?     4:41:34PM
```

**Page 305**

```
 1     A   No.                                   4:41:36PM
 2     Q   Does Mr. Turner have an iPod?
 3     A   I don't know.
 4     Q   Okay.
 5         Name someone who does have an iPod that   4:41:45PM
 6   you know.
 7     A   Mike Wilkes.
 8     Q   How do you spell his last name?
 9     A   W-I-L-K-E-S.
10     Q   Where does he live?                   4:41:59PM
11     A   I don't know.
12     Q   Do you have any information about what
13   music is on his iPod?
14     A   No.
15     Q   Any information about the source of the   4:42:08PM
16   music that's on his iPod?
17     A   No.
18     Q   Do you know anyone else who has an iPod?
19     A   Yeah. What's her name? Kelsey -- I can't
20   think of her last name. Kelsey. She works at the   4:42:34PM
21   office.
22     Q   And do you have any information about the
23   source of the music on her iPod?
24     A   No.
25     Q   Okay.                                 4:42:42PM
```

CONFIDENTIAL

```
 1  STATE OF CALIFORNIA    )
                           ) :ss
 2  COUNTY OF SAN FRANCISCO )
 3
 4      I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand
 5  Reporter of the State of California, do hereby
 6  certify:
 7      That the foregoing proceedings were taken before me
 8  at the time and place herein set forth; that any
 9  witnesses in the foregoing proceedings, prior to
10  testifying, were placed under oath; that the
11  verbatim record of the proceedings was made by me
12  using machine shorthand which was thereafter
13  transcribed under my direction; further, that the
14  foregoing is an accurate transcription thereof.
15      I further certify that I am neither financially
16  interested in the action nor a relative or employee
17  of any attorney of any of the parties.
18      IN WITNESS WHEREOF, I have this date subscribed my
19  name.
20
21  Dated: February 7, 2006
22
23      _____
24           KELLI COMBS, CSR NO. 7705
25
                                                    346
```

```
                    I N D E X
                EXHIBITS FOR IDENTIFICATION
    DEFENDANT'S                              MARKED
 1  Letter to Robert Mittelstaedt from         96
    Roy Katriel dated January 23, 2006
    attaching Plaintiff's Objections and
    Responses to First Set of Production

 2  Screenshot of Apple account               109
    information page

 3  Documents produced by the Plaintiff       159
    on January 23rd or 24th

 4  First Amended Complaint                   274

                                                    348
```

```
                    I N D E X

    MONDAY, JANUARY 30, 2006

    WITNESS                      EXAMINATION

    THOMAS WILLIAM SLATTERY

         (BY MR. MITTELSTAEDT)         5
         (BY MR. KATRIEL)            329
         (BY MR. MITTELSTAEDT)       336


         QUESTIONS NOT ANSWERED:
              PAGE    LINE
              124      15
              197       2
              198       3

                                                    347
```