| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION] |
| This Document Relates To:<br>ALL ACTIONS | **[PROPOSED] ORDER REGARDING DISCOVERY DESIGNATIONS AND OBJECTIONS**<br><br>Date: October 29, 2014<br>Time: 9:30 a.m.<br>Place: Courtroom 1, 4th Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

This matter came before the Court on October 29, 2014 for hearing. Having considered the parties' submissions and for good cause appearing,

IT IS HEREBY ORDERED:

## APPLE'S DISCOVERY DESIGNATIONS

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| 2 | Plaintiff Somtai Troy Charoensak's response to Defendant Apple's First Interrogatories, December 16, 2010 | Response to Interrogatory No. 21<br><br>[Appendix, Ex. A] | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: _____ |
| 6 | Plaintiff Somtai Troy Charoensak's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Response to Interrogatory No. 22<br><br>[Appendix, Ex. B] | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: _____ |

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| A | **Plaintiffs' Counterdesignation**<br><br>Plaintiff Somtai Troy Charoensak's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Plaintiff Somtai Troy Charoensak's Additional Objections and Responses to Defendant Apple Inc.'s First Interrogatories, dated March 7, 2011, Response to Interrogatory No. 1, pages 3:9-14; 3:25-17:17.<br><br>[Appendix, Ex. B] | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification:<br><br>_____<br>_____<br>_____<br>_____ |
| 7 | Plaintiff Melanie Tucker's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Response to Interrogatory No. 22<br><br>[Appendix, Ex. C] | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification:<br><br>_____<br>_____<br>_____<br>_____ |
| B | **Plaintiffs' Counterdesignation**<br><br>Plaintiff Melanie Tucker's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Plaintiff Melanie Tucker's Additional Responses to Apple's First Interrogatories, dated March 7, 2011, Response to Interrogatory No. 1, pages 3:9-14; 3:25-17:17<br><br>[Appendix, Ex. C] | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification:<br><br>_____<br>_____<br>_____<br>_____ |

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| 8 | Plaintiff Mariana Rosen's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Response to Interrogatory No. 22 [Appendix, Ex. D] | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| **C** | **Plaintiffs' Counterdesignation**<br><br>Plaintiff Mariana Rosen's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Plaintiff Mariana Rosen's Additional Responses to Apple's First Interrogatories, dated March 7, 2011, Response to Interrogatory No. 1, pages 3:9-14; 3:25-17:17 [Appendix, Ex. D] | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| 9 | Deposition of Thomas Slattery, January 30, 2006 | Entirety of deposition. | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: |

3

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| 32 | Deposition of Thomas Slattery, January 30, 2006 | 301:25 - 302:11<br><br>[Appendix, Ex. E] | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification:<br><br>_____<br><br>_____<br><br>_____<br><br>_____ |
| I | **Plaintiffs' Counterdesignation**<br><br>Deposition of Thomas Slattery, January 30, 2006 | 302:12-21<br><br>[Appendix, Ex. E] | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification:<br><br>_____<br><br>_____<br><br>_____<br><br>_____ |
| 36 | Deposition of Somtai Charoensak, January 12, 2007 | Entirety of deposition | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification:<br><br>_____<br><br>_____<br><br>_____<br><br>_____ |

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| 65 | Deposition of Melanie Tucker, October 26, 2007 | 86:3 - 86:4<br><br>[Appendix, Ex. G] | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification:<br><br>_____<br>_____<br>_____<br>_____ |
| 66 | Deposition of Melanie Tucker, October 26, 2007 | 86:23 - 87:19<br><br>[Appendix, Ex. G] | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification:<br><br>_____<br>_____<br>_____<br>_____ |
| 69 | Deposition of Melanie Tucker, October 26, 2007 | 98:20 - 99:10<br><br>[Appendix, Ex. G] | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification:<br><br>_____<br>_____<br>_____<br>_____ |

**PLAINTIFFS' DISCOVERY DESIGNATIONS**

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| 1 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 7:11 TO 7:21<br><br>[Appendix, Ex. H]<br><br>If the Court permits any part of Mr. Jobs's deposition to be played, Apple also requests that, before the deposition of Mr. Jobs is played for the jury, the Court read the following brief statement:<br><br>"Mr. Jobs was deposed on April 12, 2011.  At the time, Mr. Jobs was on medical leave from Apple.  Mr. Jobs died of complications relating to cancer six months later, on October 5, 2011." | ☐ Granted<br>☐ Denied<br>☐ Granted with Modification: _____<br>_____<br>_____<br>_____ |

IT IS SO ORDERED.

Dated: October ___, 2014

_____
Hon. Yvonne Gonzalez Rogers
U.S. DISTRICT COURT JUDGE