William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br><br>**APPLE'S LIST OF EXPERT WITNESSES LIKELY TO BE CALLED AT TRIAL**<br><br>Judge:   Honorable Yvonne Gonzalez Rogers |

**APPLE'S LIST OF EXPERT WITNESSES LIKELY TO BE CALLED AT TRIAL**

According to the Court's schedule for expert discovery, Apple previously served on Plaintiffs the experts' relevant reports. The experts' curriculum vitaes are attached.

1. **Dr. John P.J. Kelly.** Dr. Kelly submitted an expert report on July 19, 2013. Dr. Kelly also submitted an expert declaration dated January 18, 2011. Dr. Kelly will testify about the subjects discussed in his expert report and declaration. As explained in more detail in the report and declaration, it is anticipated that Dr. Kelly will testify about, among other things, his qualifications; Apple's security architecture; development of and improvements to FairPlay; iTunes 4.5, 4.6, 4.7, 7.0, and 7.4, including features that would have blocked third parties; innovativeness of FairPlay features and improvements; third-party interference with iPod and iTunes performance and user experience; and other features of the relevant products and competitor products. Dr. Kelly will also rebut Plaintiffs' technical expert, Dr. Martin, on any topic on which Dr. Martin testifies, and discuss topics addressed in documents for which he has been identified as a sponsoring witness. The basis for Dr. Kelly's opinion includes his review of documents and source code and a number of experiments, and is fully disclosed in Dr. Kelly's expert report and declaration. Dr. Kelly's current *curriculum vitae* is attached hereto as Exhibit A.

2. **Prof. Kevin Murphy.** Prof. Murphy submitted an expert report on August 19, 2013, and a supplemental report jointly with Prof. Topel on December 20, 2013. Prof. Murphy will testify about the subjects discussed in his expert reports. As explained in more detail in that report, it is anticipated that he will testify about his qualifications; competition and competitors in the relevant markets; barriers to entry or expansion, or lack thereof, in the relevant markets; market definition; causation, or lack thereof, of any antitrust injury. Prof. Murphy will rebut Plaintiffs' economic expert, Dr. Noll, on any topic on which Dr. Noll testifies, including Dr. Noll's regression, and discuss topics addressed in documents for which he has been identified as a sponsoring witness. The basis for Prof. Murphy's opinion includes his review of documents and other sources, and is fully disclosed in Prof.

Murphy's expert reports and declarations.  Prof. Murphy's current *curriculum vitae* is attached hereto as Exhibit B.

3. **Prof. Robert Topel.**  Prof. Topel submitted an expert report on August 19, 2013, and a supplemental report jointly with Prof. Murphy on December 20, 2013.  Prof. Topel will testify about the subjects discussed in his expert reports.  As explained in more detail in that report, it is anticipated that he will testify about his qualifications; causation, or lack thereof, of any antitrust injury; the amount, if any, of damages.  Prof. Topel will rebut Plaintiffs' economic expert, Dr. Noll, on any topic on which Dr. Noll testifies, including Dr. Noll's regression; and discuss topics addressed in documents for which he has been identified as a sponsoring witness.  The basis for Prof. Topel's opinion includes his review of documents and other sources, and is fully disclosed in Prof. Topel's expert reports and declarations.  Prof. Topel's current *curriculum vitae* is attached hereto as Exhibit C.

Apple currently anticipates, as a general matter, that depending on Dr. Noll's testimony, Prof. Murphy will focus his testimony on the issues relating to competition, such as market definition, monopoly power, and the alleged anticompetitive conduct and the flaws in the plaintiffs' theory and proof of harm and causation, while Prof. Topel will be the primary witness to address the econometric issues relating to Dr. Noll's regressions and damages claims. While there is likely to a limited amount of overlap necessary for each witness to coherently explain his opinions, their testimony will not be cumulative.

Date:  October 22, 2014

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:   */s/ William A. Isaacson*
     William A. Isaacson
     *Attorneys for Defendant Apple Inc.*