# EXHIBIT A



# Kelly Computing, Inc.
# dba Kelly Technology Group

830 Park Lane, Santa Barbara, CA 93108-1420
(805) 969-4079 • (805) 969-4629 Fax
jkelly@KellyTechnologyGroup.com

## Dr. John P. J. Kelly

Citizenship: U.S. and U.K.

## Formal Education

Ph.D. in Computer Science, University of California, Los Angeles, June 1982.
Regents Fellow, University of California, Los Angeles.
M.A. in Mathematics, University of Cambridge, England, June 1977.
B.A. in Mathematics, University of Cambridge, England, June 1975.

## Professorial Experience

**Electrical and Computer Engineering Department,
University of California, Santa Barbara** July 1986 - December 1997.

**Computer Science Department,
University of California, Los Angeles**  July 1982 - June 1986

## Consulting Experience

**Kelly Computing Inc. and predecessors
Los Angeles and Santa Barbara** July 1975 - present

## Representative Clients

| | | |
|---|---|---|
| 3Com | Hitachi | Nokia |
| Apple | Hyundai | Piper Jaffray |
| Broadcom | Intel Corp. | Raytheon |
| Cisco Systems | LSI Logic | Rockwell |
| Citicorp | Matsushita | Samsung |
| Computer Associates | McAfee Associates | Sanyo |
| Creative Labs | Mentor Graphics | SAP |
| Dell | Microsoft | Sony Electronics |
| Electronic Arts | NASA | Symantec Corporation |
| GE | NATO | Toshiba |
| Hewlett Packard | Nintendo | United States Air Force |

# Dr. John P. J. Kelly

## Selected Industrial Professional Experience

**HONEYWELL INC., ARIZONA**, 1996 - 1997

**Expert Consultant** to the Honeywell Commercial Flight Systems Group on fault tolerant computing in air transport systems in connection with the Federal Aviation Administration (FAA.)

**LOS ALAMOS NATIONAL LABORATORY, NEW MEXICO**, 1991 - 1995

**Collaborator** to the Los Alamos National Laboratory (LANL). Performing systems engineering and analysis of LANL environmental management programs including program management, DOE interactions, business practices and overall technical structure and organization. Developed computer systems and data warehouse for LANL Environmental Restoration.

**AT&T GIS, NCR, SYMBIOS LOGIC, LSI LOGIC** 1985 - 1998

**Member** of the AT&T GIS Science Advisory Committee (SAC). The SAC is a group of seven experts that evaluates AT&T's organization, technical direction and product strategy and makes recommendations to the Vice President of Technology and Development.
**Expert Consultant** performing systems engineering and analysis, system organization and dynamics for various AT&T GIS divisions.

**UNISYS CORPORATION, ST. PAUL, MN**, 1988 - 1989

**Expert Consultant** performed systems engineering and analysis for an Air Force program.

**TELEDYNE CONTROLS** 1983 -1984

**Consulting Computer Scientist**. Responsible for systems engineering, specification and design of a data acquisition and control system for NASA.

**JET PROPULSION LABORATORY** 1978 - 1983

**Group Manager, System Architect**. Performed systems engineering and analysis for distributed data communication networks and distributed database systems for the NASA Deep Space Network.

**MARTIN LUTHER KING HOSPITAL** 1977

**Consulting Computer Scientist**. Specified, designed and implemented a transaction oriented database management system for medical records.

# Dr. John P. J. Kelly

## Organization Membership

IEEE (Institute of Electrical and Electronic Engineers)
ACM (Association of Computer Machinery)
IFIP (International Federation of Information Processing) (1982-2000)

## Editorial Activities

Editorial Board Member:

> Springer-Verlag

Host and Local Organization Chairman:

> First IFIP International Working Conference on Dependable Computing for Critical Applications, University of California, Santa Barbara, August 23-25, 1989.

Program Committee Member:

> Fault Tolerant Computing Symposium 1988, 1989, 1990, 1991, 1993
> Fifth Symposium on Reliability in Distributed Systems and Database Systems, 1986
> Eighth Symposium on Reliable Distributed Systems, 1989
> 1st IFIP Int'l Working Conference on Dependable Computing for Critical Applications
> 3rd IFIP Int'l Working Conference on Dependable Computing for Critical Applications

Reviewer:

> National Science Foundation
> IEEE Transactions on Software Engineering
> IEEE Transactions on Computers
> IEEE Transactions on Reliability
> IEEE Computer
> FTCS (Fault Tolerant Computing Symposium)
> SRDSDS (Symposium on Reliability in Distributed Systems and Database Systems)
> VLDB (Very Large Data Base Conference)
> DCCA (Dependable Computing for Critical Applications)
> DCS (Distributed Computing Symposium)
> California MICRO Program