William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No.  C 05-00037 YGR [CLASS ACTION] |
| This Document Relates To: | **APPLE'S LIST OF WITNESSES LIKELY TO BE CALLED AT TRIAL** |
| ALL ACTIONS | Judge:   Honorable Yvonne Gonzalez Rogers |

B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P
O A K L A N D ,   C A L I F O R N I A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

### APPLE'S LIST OF WITNESSES LIKELY TO BE CALLED AT TRIAL

The following is a list of witnesses Apple currently believes it is likely to call at trial, other than solely for impeachment or rebuttal.

| Witness | Brief description of the subject of testimony | Estimated time for direct exam | Estimated time for cross-exam |
|---|---|---|---|
| Christopher Bell | Competition and competitors in the relevant markets; iTunes Store sales, pricing and marketing; description and use of Apple and third-party products; market research for iTunes Store; Apple's response to programs that circumvented FairPlay and security risks; RealNetworks' Harmony; consumer use of iTunes Store music and iPod; Apple's relationships with third parties and other stakeholders in relation to iTunes and iPod; topics addressed in documents for which he has been identified as a sponsoring witness. | 45 minutes | 45 minutes |
| Somtai Charoensak (by video) | Alleged "lock-in"; iPod purchasing decisions and habits; music downloading and purchasing decisions and habits; use of Apple and third-party products; lawsuit against Apple. | 15 minutes | 15 minutes |

APPLE'S TRIAL WITNESS LIST                                                No.  C 05-00037 YGR

| Witness | Brief description of the subject of testimony | Estimated time for direct exam | Estimated time for cross-exam |
|---|---|---|---|
| Eduardo Cue | Competition and competitors in relevant markets; iTunes Store sales and marketing; description and use of Apple and third-party products; iTunes Store pricing; market research for iTunes Store; negotiations with the record labels and studios, including use of digital rights technology ("DRM"); Apple's relationships with third parties and other stakeholders in relation to iTunes and iPod; decision to use FairPlay; iTunes music switch to DRM-free; Apple's response to programs that circumvented FairPlay and security risks; RealNetworks' Harmony; consumer use of iTunes Store music and iPod; topics addressed in documents for which he has been identified as a sponsoring witness. | 45 minutes | 45 minutes |
| Mark Donnelly | iPod sales, costs, and pricing; iTunes Store sales and costs; topics addressed in documents for which he has been identified as a sponsoring witness. | 30 minutes | 30 minutes |

APPLE'S TRIAL WITNESS LIST

No.  C 05-00037 YGR

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

| Witness | Brief description of the subject of testimony | Estimated time for direct exam | Estimated time for cross-exam |
|---|---|---|---|
| Augustin Farrugia | FairPlay design, architecture, and implementation; initial and continuing evaluation of FairPlay vulnerabilities; FairPlay redesign efforts in 2005–2007; FairPlay updates, improvements, and other innovations in relation to FairPlay; anticipation of and response to hacks and vulnerabilities; preventing and addressing corruption; description and use of Apple and third-party products; Apple's response to programs that circumvented or otherwise interacted with FairPlay and security risks; responses to RealNetworks' Harmony and other third parties; topics addressed in documents for which he has been identified as a sponsoring witness. | 1 hour | 1 hour |
| Gianpaolo Fasoli | FairPlay technology; updates, improvements, and other innovations in relation to FairPlay; anticipation of and response to hacks and vulnerabilities; preventing and addressing corruption; description and use of Apple and third-party products; Apple's response to programs that circumvented or otherwise interacted with FairPlay and security risks; responses to RealNetworks' Harmony and other third parties; topics addressed in documents for which he has been identified as a sponsoring witness. | 45 minutes | 45 minutes |

APPLE'S TRIAL WITNESS LIST                                    No. C 05-00037 YGR

| Witness | Brief description of the subject of testimony | Estimated time for direct exam | Estimated time for cross-exam |
|---|---|---|---|
| Dr. John P.J. Kelly (Expert) | Subjects in his expert report, including Apple's security architecture; development of and improvements to FairPlay; iTunes 7.0 and 7.4, including features that would have blocked third parties; innovativeness of FairPlay features and improvements; third-party interference with iPod and iTunes performance and user experience; and other features of the relevant products and competitor products; rebuttal to Plaintiffs' technical expert, Dr. Martin, on any topic on which Dr. Martin testifies; topics addressed in documents for which he has been identified as a sponsoring witness. | 1 hour 30 minutes | 1 hour 30 minutes |
| Grace Kvamme | iTunes Store market research; iTunes innovations and features; topics addressed in documents for which she has been identified as a sponsoring witness. | 20 minutes | 20 minutes |
| Prof. Kevin Murphy (Expert) | Subjects in his expert report, including competition and competitors in the relevant markets; barriers to entry or expansion, or lack thereof, in the relevant markets; market definition; causation, or lack thereof, of any antitrust injury; rebuttal to Plaintiffs' economic expert, Dr. Noll, on any topic on which Dr. Noll testifies, including Dr. Noll's regression; topics addressed in documents for which he has been identified as a sponsoring witness. | 1 hour 30 minutes | 1 hour 30 minutes |

APPLE'S TRIAL WITNESS LIST                                    No.  C 05-00037 YGR

| Witness | Brief description of the subject of testimony | Estimated time for direct exam | Estimated time for cross-exam |
|---|---|---|---|
| Jeffrey Robbin | Competition and competitors in relevant markets; description and use of Apple and third-party products; development of iTunes and FairPlay; updates, improvements, and other innovations in relation to iTunes; updates, improvements, and other innovations in relation to FairPlay; response to programs that circumvented FairPlay and security risks; responses to RealNetworks Harmony; partnerships with third parties in relation to iTunes and iPod products; negotiations with the record labels and studios, including use of DRM; communications with record labels regarding programs that circumvented or otherwise interacted with FairPlay and other security risks; topics addressed in documents for which he has been identified as a sponsoring witness. | 1 hour 15 minutes | 1 hour 15 minutes |
| Thomas Slattery (by video) | Alleged "lock-in"; iPod purchasing decisions and habits; music downloading and purchasing decisions and habits; use of Apple and third-party products; lawsuit against Apple. | 15 minutes | 15 minutes |
| Prof. Robert Topel (Expert) | Subjects discussed in his expert reports, including causation, or lack thereof, of any antitrust injury and the amount, if any, of damages; rebuttal to Plaintiffs' economic expert, Dr. Noll, on any topic on which Dr. Noll testifies, including Dr. Noll's regression; topics addressed in documents for which he has been identified as a sponsoring witness. | 1 hour 30 minutes | 1 hour 30 minutes |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

APPLE'S TRIAL WITNESS LIST                                           No.  C 05-00037 YGR

| Witness | Brief description of the subject of testimony | Estimated time for direct exam | Estimated time for cross-exam |
|---|---|---|---|
| Melanie Tucker (by video) | Alleged "lock-in"; iPod purchasing decisions and habits; music downloading and purchasing decisions and habits; use of Apple and third-party products; lawsuit against Apple. | 15 minutes | 15 minutes |
| Phillip Schiller | Competition and competitors in relevant markets; description and use of Apple and third-party products; market definition; Apple's products, strategy, and relationships with third parties; iPod sales, pricing, and marketing; negotiations with the record labels and studios, including use of DRM; Apple's relationships with third parties and other stakeholders in relation to iTunes and iPod; decision to use FairPlay; iTunes music switch to DRM-free; topics addressed in documents for which he has been identified as a sponsoring witness. | 1 hour | 1 hour |

Date:  October 22, 2014

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP


By:   *William A. Isaacson*
        William A. Isaacson
        *Attorneys for Defendant Apple Inc.*

APPLE'S TRIAL WITNESS LIST                                    No.  C 05-00037 YGR