[Counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-YGR |
| ) | <u>CLASS ACTION</u> |
| This Document Relates To: ) ) ALL ACTIONS. ) ) | JOINT LIST OF PARTICIPANTS IN THE ACTION: PARTIES, ATTORNEYS, AND POTENTIAL TRIAL WITNESSES |

JOINT LIST OF PARTICIPANTS IN THE ACTION                    C-05-00037-YGR

Pursuant to the Court's Pretrial Instructions in Civil Cases, Section 3(h)(ii), the parties here provide the Court with a single, alphabetized list of parties, attorneys and potential trial witnesses:

- Apple Inc.
- Amir Q. Amiri
- Francis Joseph Balint, Jr.
- Christopher Bell
- Alexandra Senya Bernay
- Michael D Braun
- Jennifer N. Caringal
- Todd David Carpenter
- Somtai Troy Charoensak
- Eduardo Cue
- Patrick J. Coughlin
- John F. Cove, Jr.
- Meredith Richardson Dearborn
- Mark Donnelly
- Karen Leah Dunn
- Tony Fadell
- Augustin Farrugia
- Gianpaolo Fasoli
- Andrew S. Friedman
- Patrice Gautier
- Martha Lea Goodman
- Heather Grenier
- Sapna Gupta
- Dave Heller
- James Higa
- William A. Isaacson
- Suzanne Jaffe
- Steve Jobs
- Steven M. Jodlowski
- Greg Joswiak
- Lawrence Kanusher
- Roy Arie Katriel
- Dr. John P.J. Kelly
- Thomas J. Kennedy
- David Craig Kiernan
- Noreen Krall
- Grace Kvamme
- Amanda Marks
- Dr. David Martin

| | |
|---|---|
| 1 | Carmen Anthony Medici |
| 2 | Thomas Robert Merrick |
| | Caroline Nason Mitchell |
| 3 | Robert Allan Mittelstaedt |
| 4 | Dr. Kevin M. Murphy |
| | Brian P. Murray |
| 5 | Scott Murray |
| 6 | Prof. Roger G. Noll |
| | Tim O'Neil |
| 7 | Carl Owens |
| 8 | Mark Piibe |
| | Maxwell Pritt |
| 9 | Ian Ramage |
| 10 | Art Rangel |
| | Christopher Renner |
| 11 | Kenneth Riegel |
| 12 | George A. Riley |
| | Paula Michelle Roach |
| 13 | Jeffrey Robbin |
| 14 | Stefan Roever |
| | Marianna Rosen |
| 15 | Jon Rubinstein |
| 16 | Elaine A. Ryan |
| | Jacqueline Sailer |
| 17 | Adam Richard Sand |
| 18 | Kevin Saul |
| | Phil Schiller |
| 19 | Rod Schultz |
| 20 | Michael Tedder Scott |
| | Howie Singer |
| 21 | Bud Tribble |
| 22 | Thomas Slattery |
| | Craig Ellsworth Stewart |
| 23 | John J. Stoia, Jr. |
| 24 | Tracy Strong |
| | Bonny E. Sweeney |
| 25 | Prof. Robert H. Topel |
| 26 | Gregory Weston |
| | Charstie Wheelock |
| 27 | Melanie Wilson (formerly Tucker) |
| 28 | Beth Kellermann White |
| | Prof. Jeffrey Wooldridge |

JOINT LIST OF PARTICIPANTS IN THE ACTION C-05-00037-YGR

DATED: October 22, 2014                    Respectfully submitted,

                                           ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                           BONNY E. SWEENEY
                                           ALEXANDRA S. BERNAY
                                           CARMEN A. MEDICI
                                           JENNIFER N. CARINGAL


                                                   */s/ Bonny E. Sweeney*
                                           ───────────────────────────────
                                                  BONNY E. SWEENEY

                                           655 West Broadway, Suite 1900
                                           San Diego, CA 92101
                                           Telephone: 619/231-1058
                                           619/231-7423 (fax)

                                           ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                           PATRICK J. COUGHLIN
                                           STEVEN M. JODLOWSKI
                                           Post Montgomery Center
                                           One Montgomery Street, Suite 1800
                                           San Francisco, CA 94104
                                           Telephone: 415/288-4545
                                           415/288-4534 (fax)

                                           Class Counsel for Plaintiffs

                                           BONNETT, FAIRBOURN, FRIEDMAN
                                             & BALINT, P.C.
                                           ANDREW S. FRIEDMAN
                                           FRANCIS J. BALINT, JR.
                                           ELAINE A. RYAN
                                           2325 E. Camelback Road, Suite 300
                                           Phoenix, AZ 85016
                                           Telephone: 602/274-1100
                                           602/274-1199 (fax)

                                           THE KATRIEL LAW FIRM
                                           ROY A. KATRIEL
                                           1101 30th Street, N.W., Suite 500
                                           Washington, DC 20007
                                           Telephone: 202/625-4342
                                           202/330-5593 (fax)

                                           BRAUN LAW GROUP, P.C.
                                           MICHAEL D. BRAUN
                                           10680 West Pico Blvd., Suite 280
                                           Los Angeles, CA 90064
                                           Telephone: 310/836-6000
                                           310/836-6010 (fax)

JOINT LIST OF PARTICIPANTS IN THE ACTION                    C-05-00037-YGR

GLANCY BINKOW & GOLDBERG LLP
BRIAN P. MURRAY
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: 212/382-2221
212/382-3944 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

DATED: October 21 , 2014

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON
KAREN L. DUNN
MARTHA L. GOODMAN

*/s/ William A. Isaacson*

WILLIAM A. ISAACSON
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR.
MEREDITH R. DEARBORN
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
(510) 874-1460 (fax)

JONES DAY
DAVID C. KIERNAN
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415/626-3939
415/875-5700 (fax)

Attorneys for Defendant Apple Inc.

**ATTESTATION OF FILER**

I hereby attest that I have obtained concurrence regarding the filing of this document from the signatories to this document.

                                          */s/ William A. Isaacson*
                                          William A. Isaacson