# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827<br>**JURY INSTRUCTIONS** |

This Order Relates To:

    Direct-Purchaser Plaintiff Class Actions

## DUTY OF JURY

Ladies and gentlemen: It is my duty to instruct you on the law. During this trial, you have heard testimony from certain witnesses, and reviewed certain documents in evidence, with reference to what is and what is not lawful or what they considered to be lawful or not lawful. You are to disregard any such testimony and such documents in applying the law to the facts. I alone will instruct you as to what is lawful or unlawful conduct.

These instructions are to help you understand the principles that apply to civil trials and to help you understand the evidence as you listen to it. You will be allowed to keep this set throughout your deliberations. This set of instructions is not to be taken home and must remain in the jury room when you leave in the evenings.

You must not infer from these instructions or from anything I may say or do as indicating that I have an opinion regarding the evidence or what your verdict should be.

It is your duty to find the facts from all the evidence in the case. To those facts you will apply the law as I give it to you. You must follow the law as I give it to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. That means that you must decide the case solely on the evidence before you. You will recall that you took an oath to do so.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all important.

## PREPONDERANCE OF THE EVIDENCE

The plaintiffs have the burden of proving their claims by a preponderance of the evidence. When a party has the burden of proof on any claim by a preponderance of the evidence, it means you must be persuaded by the evidence that the claim is more probably true than not true.

You should base your decision on all of the evidence, regardless of which party presented it.

### IDENTIFICATION OF PARTIES AND CORPORATE EQUALITY

As I said at the outset of this case, the Plaintiffs consist of two classes of purchasers. The first class bought LCD panels directly from Toshiba, one of its alleged co-conspirators, or one of their subsidiaries or affiliates. This class is represented by Texas Digital Systems, Inc., as class representative.

The second plaintiff class, the Finished Products Class, is suing only on behalf of persons and entities in the United States who purchased a television, computer monitor, or notebook computer containing an LCD panel between January 1, 1999 and December 31, 2006. The second class bought these TFT-LCD finished products directly from Toshiba, one of its alleged co-conspirators, or one of their subsidiaries or affiliates. The representatives of this class are CMP Consulting Services, Inc., Crago, Inc., and Home Technologies Bellevue LLC.

The Court appointed these class representatives to present the case on behalf of these classes. So although you did not hear from each individual class member, you did hear the claims of individual class representatives, and any judgment — win or lose — will be binding on the rest of the class members. When I refer to "Plaintiffs" generally in these instructions, I will be referring to both the named plaintiffs and other class members.

The Defendants in this case are the following Toshiba entities: Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. I will refer to them collectively as "Toshiba," unless a specific distinction needs to be made. Toshiba makes TFT-LCD panels and certain finished products.

Toshiba and most of the Plaintiffs are corporations. A corporation is entitled to the same fair trial as a private individual. All persons, corporations, partnerships, and other organizations stand equal before the law, and stand equal in this Court.

Therefore, it does not matter that some of the parties are corporations or that some corporations are larger or smaller than others. You should consider and decide this case as a dispute between those of equal standing. Each party is entitled to the same fair consideration of the evidence, and a decision from you based on the law as I explain it to you.