# EXHIBIT A

**From:**          Martha Goodman
**Sent:**          Wednesday, September 24, 2014 5:33 AM
**To:**            Alexandra S. Bernay (xanb@rgrdlaw.com); Jennifer N. Caringal (jcaringal@rgrdlaw.com)
**Cc:**            Meredith Dearborn
**Subject:**       AIIA
**Attachments:**   2014-09-23 Draft Stip re summary exhibits.docx


Hi Xan,
Following up with some additional items related to our looming deadline. Was Bonny amenable to our proposed stipulation to exchange summary exhibits on 10/10, and to meet and confer around 10/15?  We have attached a draft stipulation for your review to that effect.

Second, we are anticipating using some physical exhibits during trial and, while the Court's pretrial setting instructions state that a photograph of the physical object is sufficient for her set of exhibits delivered to the Court, it's not entirely clear the same rule applies to exhibit exchange between the parties.  See PSO para. 6(c)(iv).  We obviously can't exchange copies of physical exhibits and will instead provide photographs or other indicia of the exhibit's origin, such as a link to a software page.  Please feel free to do the same.

Third, we ask for your indulgence in accommodating this next request. Jones Day has been unable to locate Plaintiffs' Rule 26 disclosures and any supplements.  Could you send us a copy or copies?

Many thanks,


Martha L. Goodman
Associate
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
(202) 237-9616 (direct dial)
(202) 237-6131 (fax)
mgoodman@bsfllp.com

1