# EXHIBIT D

# Meredith Dearborn

| | |
|---|---|
| **From:** | Meredith Dearborn |
| **Sent:** | Friday, October 03, 2014 6:11 PM |
| **To:** | 'Xan Bernay' |
| **Cc:** | 'Jennifer Caringal' |
| **Subject:** | RE: Apple - Initial disclosures |

Xan, these are Apple's, and I am certain that they were supplemented.  We need all of the plaintiffs'.

We reserve all objections in the event you cannot find the existing or dismissed plaintiffs' Rule 26(a) disclosures in a timely manner, or you determine that they were never in fact served.  We will strenuously object to any attempt to bring any witness to testify at trial who was not previously disclosed.

---

**From:** Xan Bernay [mailto:XanB@rgrdlaw.com]
**Sent:** Friday, October 03, 2014 3:01 PM
**To:** Meredith Dearborn
**Cc:** Jennifer Caringal
**Subject:** Apple - Initial disclosures

Meredith –
I heard back from Mr. Katriel whose office originally had the case. He sent me the attached.
He is looking for the plaintiffs. I was not sure if you were missing both sets.

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

1