# EXHIBIT F

-----Original Message-----
From: Meredith Dearborn
Sent: Saturday, October 25, 2014 2:55 PM
To: 'Xan Bernay'; Maxwell Pritt
Subject: RE: AIIA - M&C re Witness List

In preparation for our meet and confer, we are resending you the attached correspondence.

-----Original Message-----
From: Xan Bernay [mailto:XanB@rgrdlaw.com]
Sent: Saturday, October 25, 2014 11:50 AM
To: Maxwell Pritt
Cc: Meredith Dearborn
Subject: RE: AIIA - M&C re Witness List


Max -

We aren't disagreeing with the fact that they appear on our witness list and we are not disagreeing that you have not received, for example, a specific discovery response listing these two people's names. We are disagreeing that this has any import for a number of reasons including the fact that Apple and Plaintiffs agreed that supplemental discovery disclosures would not be required. Additionally, Plaintiffs were not in a position to disclose either of these individuals given the timing of the agreement between the parties regarding the agreement to waive supplementing discovery disclosures.

Speak with you Monday.

Thanks

Xan



-----Original Message-----
From: Maxwell Pritt [mailto:mpritt@BSFLLP.com]
Sent: Saturday, October 25, 2014 11:29 AM
To: Xan Bernay
Cc: Meredith Dearborn
Subject: RE: AIIA - M&C re Witness List

Dear Xan,

1

Yes, we can discuss this issue on the 2 p.m. pacific call on Monday.  But please let me know your grounds for disagreeing with our contention that Mr. Riegel and Mr. Roever were not previously disclosed to Apple so that we can discuss them on the call.  Thank you.

Regards,
Max

_____
From: Xan Bernay [XanB@rgrdlaw.com]
Sent: Saturday, October 25, 2014 10:27 AM
To: Maxwell Pritt
Cc: Meredith Dearborn
Subject: RE: AIIA - M&C re Witness List

We have a call set for Monday at 2 Pacific. Can we include this issue during that call?
Needless to say, we disagree with your contention below on a number of grounds, but happy to meet and confer on this topic.

Thanks

-----Original Message-----
From: Maxwell Pritt [mailto:mpritt@BSFLLP.com]
Sent: Saturday, October 25, 2014 9:21 AM
To: Xan Bernay
Cc: Meredith Dearborn
Subject: AIIA - M&C re Witness List

Dear Xan,

Please let us know if you are available to meet and confer to discuss two witnesses listed on Plaintiffs' trial witness list--Ken Riegel and Stefan Roever.  We never received Rule 26 disclosures from Plaintiffs, so it appears that these witnesses were never disclosed to Apple.  If you have reason to believe otherwise, please let us know.  Thank you.

Regards,
Max

_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited.

If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

3