# EXHIBIT G

| | |
|---|---|
| **From:** | Maxwell Pritt |
| **Sent:** | Monday, October 27, 2014 4:06 PM |
| **To:** | Xan Bernay; Meredith Dearborn; Martha Goodman |
| **Cc:** | Carmen Medici; Patrick Coughlin |
| **Subject:** | RE: Apple - Jones Day letters |

Thank you, Xan.

We never agreed that Plaintiffs did not have to identify potential witnesses as required by Rule 26, and the written correspondence makes clear that the agreement not to supplement discovery responses applies only to ROGs and RFAs.

As I stated on the phone, we intend to file a Rule 37 motion to preclude Plaintiffs from calling undisclosed witnesses at trial.

We just received your email regarding the administrative motion to shorten time and will respond to it separately.

Regards,
Max

**From:** Xan Bernay [mailto:XanB@rgrdlaw.com]
**Sent:** Monday, October 27, 2014 3:13 PM
**To:** Maxwell Pritt; Meredith Dearborn; Martha Goodman
**Cc:** Carmen Medici; Patrick Coughlin
**Subject:** Apple - Jones Day letters

Max, Meredith and Martha –

Attached are the two letters I referred to in our call.

When Bonny spoke with Bill on the 9th of September regarding Boies' retention in the case, we were told that Apple agreed that there was to be "no supplementation."

We understood our other communications, including the emails Meredith resent on Saturday, not to affect what we viewed as an overall agreement regarding supplementation. We understand you disagree.

I'll look within the hour at the local rule and get back to you regarding whether we will agree to a shortened schedule for your brief regarding this issue.

Plaintiffs strongly disagree that Apple is entitled to any relief - and at present we don't know what relief you are seeking - and urge you to reconsider your position.

**NOTICE:** This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.