William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION]<br><br>[PROPOSED] **ORDER GRANTING APPLE'S MOTION TO PRECLUDE TESTIMONY FROM WITNESSES NOT DISCLOSED PURSUANT TO RULE 26**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 1, 4th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

| | |
|---|---|
| 1 | This matter came before the Court for hearing on Defendant Apple Inc.'s ("Apple") |
| 2 | Motion To Preclude Testimony From Witnesses Not Disclosed Pursuant To Rule 26.  Having |
| 3 | considered the parties' submissions and for good cause appearing, |
| 4 | IT IS HEREBY ORDERED that Apple's Motion To Preclude Testimony From Witnesses |
| 5 | Not Disclosed Pursuant To Rule 26 is GRANTED.  Plaintiffs are precluded from calling Kenneth |
| 6 | Riegel and Stefan Roever as witnesses at trial. |
| 8 | IT IS SO ORDERED. |
| 10 | Dated: _____, 2014 |

Hon. Yvonne Gonzalez Rogers
U.S. DISTRICT COURT JUDGE

1
[PROPOSED] ORDER RE: APPLE'S MTN TO PRECLUDE                    No. C 05-00037 YGR