[*Counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No.  C 05-00037 YGR [CLASS ACTION] |
| ————————————————— | **STIPULATED REQUEST TO SHORTEN TIME ON APPLE'S MOTION TO PRECLUDE TESTIMONY FROM WITNESSES NOT DISCLOSED PURSUANT TO RULE 26; DECLARATION OF MEREDITH R. DEARBORN** |
| This Document Relates To: ALL ACTIONS | |
| | Date:     TBD Time:     TBD Place:    Courtroom 1, 4th Floor Judge:    Honorable Yvonne Gonzalez Rogers |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

STIP TO SHORTEN TIME & DEARBORN DECL.                    No.  C 05-00037 YGR

1    Pursuant to Local Rule 6-2, Defendant Apple Inc. ("Apple") and Plaintiffs stipulate to this

2  request to shorten time on Apple's Motion To Preclude Testimony From Witnesses Not Disclosed

3  Pursuant To Rule 26 ("Motion").[1]

4    The parties agree that Apple's Motion will be limited to 10 pages and will be due on

5  Monday, October 27, 2014.  Plaintiffs' opposition will be limited to 10 pages and will be due on

6  Friday, October 31, 2014.  Apple's reply will be limited to five pages and will be due on Tuesday,

7  November 4, 2014.  The parties respectfully request a hearing on this Motion at the Court's

8  earliest convenience.

9    Apple's Motion concerns Plaintiffs' witness list, filed on October 21, 2014, which

10  identifies witnesses Plaintiffs expect to call at trial or may call at trial.  Pls.' Witness List (Oct.

11  21, 2014) (Dkt. 843).  Shortened time on briefing and hearing is necessary because the beginning

12  of trial is ten court days away.  If this Motion is heard according to Local Rule 7-2, or "not less

13  than 35 days after filing of the motion," trial may already be completed.  Declaration of Meredith

14  R. Dearborn, ¶ 3.

15

16  Dated: October 27, 2014                        BOIES, SCHILLER & FLEXNER LLP
                                                   WILLIAM A. ISAACSON
17                                                 KAREN L. DUNN
                                                   JOHN F. COVE, JR.
18                                                 MEREDITH R. DEARBORN
                                                   MARTHA L. GOODMAN
19

20                                                 By: */s/ Meredith R. Dearborn*
                                                   MEREDITH R. DEARBORN
21                                                 1999 Harrison St.
                                                   Oakland, CA 94110
22                                                 Telephone:  (510) 874-1000
                                                   Facsimile:  (510) 874-1460
23                                                 *Counsel for Defendant* APPLE INC.

24

25

26

27

28    [1] Plaintiffs do not agree that any witnesses are "undisclosed."

STIP TO SHORTEN TIME & DEARBORN DECL.                          No.  C 05-00037 YGR

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

DATED:  October 27, 2014

ROBBINS GELLER RUDMAN & DOWD LLP
BONNY E. SWEENEY
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL


By: */s/ Alexandra S. Bernay*
ALEXANDRA S. BERNAY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423

ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK J. COUGHLIN
STEVEN M. JODLOWSKI
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 288-4545
Facsimile:  (415) 288-4534
Class Counsel For Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  (602) 274-1100
Facsimile:  (602) 274-1199

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  (202) 625-4342
Facsimile:  (202) 330-5593

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  (310) 836-6000
Facsimile:  (310) 836-6010

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

2

STIP TO SHORTEN TIME & DEARBORN DECL.                    No.  C 05-00037 YGR

1    GLANCY BINKOW & GOLDBERG LLP
      BRIAN P. MURRAY
2    122 East 42nd Street, Suite 2920
      New York, NY  10168
3    Telephone:  (212) 382-2221
      Facsimile:  (212) 382-3944
4

5    GLANCY BINKOW & GOLDBERG LLP
      MICHAEL GOLDBERG
6    1925 Century Park East, Suite 2100
      Los Angeles, CA  90067
7    Telephone:  (310) 201-9150
      Facsimile:  (310) 201-9160
8    Additional Counsel for Plaintiffs

9              **ATTESTATION OF FILER**

10

11        I hereby attest that I have obtained concurrence regarding the filing of this document from

12   the signatories to this document.

13                                      */s/ Meredith R. Dearborn*
                                         Meredith R. Dearborn
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

3
STIP TO SHORTEN TIME & DEARBORN DECL.                    No.  C 05-00037 YGR

1

2

**DECLARATION OF MEREDITH R. DEARBORN**

3

I, Meredith R. Dearborn, declare as follows:

4

1.      I am an associate in the law firm of Boies, Schiller & Flexner LLP, and a resident

5

in the firm's office located at 1999 Harrison Street, Suite 900, Oakland, California 94612.  I am a

6

member in good standing of the Bar of the State of California and represent Apple Inc. ("Apple")

7

in this case.

8

2.      I make this declaration in support of the parties' Stipulated Request to Shorten

9

Time On Apple's Motion To Preclude Testimony From Witnesses Not Disclosed Pursuant To

10

Rule 26 ("Motion") and have personal knowledge of the facts set forth herein.

11

3.      Apple's Motion concerns Plaintiffs' witness list, filed on October 21, 2014, which

12

identified witnesses Plaintiffs expect to call at trial or may call at trial.  (Dkt. 843.)  Shortened

13

time on the briefing and hearing of this Motion is necessary because the beginning of trial is just

14

10 court days away.  If this Motion is heard according to Local Rule 7-2, or "not less than 35 days

15

after filing of the motion," the trial may already be completed.

16

4.      I entered an appearance in this matter on September 29, 2014.

17

5.      At my direction, an employee of Boies, Schiller & Flexner LLP reviewed the

18

docket entries in this matter to determine the previous time modifications in this case, whether by

19

stipulation or court order.   Attached hereto as Appendix A is a list of the time modifications that

20

were identified in that review.

21

6.      If granted, this motion would have no effect on the trial schedule for this case.

22

I declare under penalty of perjury under the laws of the United States of America that the

23

foregoing is true and correct.

24

Executed this 27th day of October, 2014, at Oakland, California.

25

26

*/s/ Meredith R. Dearborn*
Meredith R. Dearborn

27

28

STIP TO SHORTEN TIME & DEARBORN DECL.                    No.  C 05-00037 YGR

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

**APPENDIX A**

Pursuant to Local Rule 6-2(a)(2), the following is a list of all previous time modifications in the above-captioned matter, whether by stipulation or Court order:

- On January 24, 2006, Apple filed a stipulation extending the deadline to file its responsive pleading.  (Dkt. 6.)

- On June 14, 2005, Apple filed a stipulation and proposed order to enlarge time regarding a continuance of case management conference.  (Dkt. 30.)  The motion was granted on June 15, 2005.  (Dkts. 31, 32.)

- On October 11, 2005, Apple filed a stipulation to extend the time to file an Answer to the First Amended Complaint on October 11, 2005.  (Dkt. 38.)

- On May 4, 2007, Apple filed a stipulation to extend the time to file an Answer to the Amended Consolidated Complaint.  (Dkt. 108.)  The motion was granted on May 7, 2007.  (Dkt. 109.)

- On July 8, 2010, Apple filed a stipulation to extend the time to file an Answer to the Amended Consolidated Complaint.  (Dkt. 378.)  The motion was denied on July 9, 2010.  (Dkt. 380.)

- On September 3, 2010, Plaintiffs filed a stipulation to extend the time to respond to Defendant's Answer and Defenses to Plaintiffs' Amended Consolidated Complaint.  (Dkt. 386.)  The motion was granted on September 7, 2010.  (Dkt. 387.)

- On September 10, 2010, Apple filed a stipulation to extend the time to file its Amended Answer and Defenses.  (Dkt. 388.)  The motion was granted on September 14, 2010. (Dkt. 389.)

- On December 17, 2010, Plaintiffs filed a stipulation to extend the deadline for taking depositions.  (Dkt. 401.)  The motion was denied on January 4, 2011.  (Dkt. 416.)

- On December 27, 2010, Apple filed a motion to shorten the time regarding the briefing and hearing of Defendant's motion to compel responses to interrogatories and request for production.  (Dkt. 412.)  The motion was denied on January 6, 2011. (Dkt. 421.)

- On January 7, 2011, Plaintiffs filed a motion to the shorten time for a hearing regarding Plaintiffs' motion to modify the scheduling order as to class certification briefing and depositions.  (Dkt. 430.)  The motion was deemed moot and denied on January 14, 2011. (Dkt. 460.)

STIP TO SHORTEN TIME & DEARBORN DECL.                    No.  C 05-00037 YGR

1    • On January 10, 2011, Apple filed a cross-motion to extend time for a renewed Rule 56
2      motion. (Dkt. 437.)

3    • On March 10, 2011, Plaintiffs filed a stipulation to shorten the time for the hearing on
4      Apple's motion for protective order preventing the deposition of Steve Jobs. (Dkt. 521.)
       The motion was granted on March 11, 2011. (Dkt. 523.)

5

6    • On June 28, 2011, Plaintiffs filed a motion to extend the time to file a supplemental
       declaration and submit a proposed schedule for supplemental expert reports. (Dkt. 652.)
7      The motion was granted on June 29, 2011. (Dkt. 654.)

8    • On December 7, 2011, Plaintiffs filed a stipulation regarding extending the time to file a
9      proposed form of notice and notice plan. (Dkt. 695.)  The motion was granted on
       December 8, 2011. (Dkt. 696.)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P
O A K L A N D ,   C A L I F O R N I A

6

STIP TO SHORTEN TIME & DEARBORN DECL.                     No.  C 05-00037 YGR