|   |   |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION ─────────────────────────── This Document Relates To: ALL ACTIONS | Lead Case No. C 05-00037 YGR [CLASS ACTION] [PROPOSED] **ORDER GRANTING STIPULATED REQUEST TO SHORTEN TIME ON APPLE'S MOTION TO PRECLUDE TESTIMONY FROM WITNESSES NOT DISCLOSED PURSUANT TO RULE 26** Date:   TBD Time:   TBD Place: Courtroom 1, 4th Floor Judge: Honorable Yvonne Gonzalez Rogers |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

[PROPOSED] ORDER                                                                                        No. C 05-00037 YGR

**[PROPOSED] ORDER
GRANTING STIPULATED REQUEST TO SHORTEN TIME ON
APPLE'S MOTION TO PRECLUDE TESTIMONY FROM
WITNESSES NOT DISCLOSED PURSUANT TO RULE 26**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2014

　　　　　　　　　　　　　　　　　　　　Hon. Yvonne Gonzalez Rogers
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE