William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
Maxwell V. Pritt # 253155
(mpritt@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Lead Case No.  C 05-00037 YGR [CLASS ACTION] |
| | **NOTICE OF APPEARANCE FOR MAXWELL V. PRITT** |
| **This Document Relates To:** | |
| **ALL ACTIONS** | Judge:   Honorable Yvonne Gonzalez Rogers |

1    **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2         PLEASE TAKE NOTICE THAT Maxwell V. Pritt (mpritt@bsfllp.com) of Boies, Schiller

3    & Flexner LLP hereby enters his appearance in the above-captioned matter as counsel for

4    Defendant Apple Inc.

5
6    Dated: October 28, 2014                    BOIES, SCHILLER & FLEXNER LLP

7
                                               By: _/s/ Maxwell V. Pritt_____
8                                                  Maxwell V. Pritt

9                                              Counsel for Defendant APPLE INC.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    1