1  [Counsel listed on signature page.]

2

3

4

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  THE APPLE IPOD ITUNES ANTITRUST    )   Lead Case No. C-05-00037-YGR
    LITIGATION                         )
14  ─────────────────────────────────  )   <u>CLASS ACTION</u>
                                       )
15  This Document Relates To:          )   AGREED UNDISPUTED FACTS
                                       )
16       ALL ACTIONS.                  )
    ─────────────────────────────────  )

17

18

19

20

21

22

23

24

25

26

27

28

980388_2

I. **UNDISPUTED FACTS**

The parties hereby agree that the following facts are undisputed:

1. Apple is a company headquartered in Cupertino, California.

2. Class representatives are Mariana Rosen, a resident of New York, and Melanie Wilson (formerly Tucker), a resident of Charleston, South Carolina.

**A. iTunes**

3. In January 2001, Apple introduced the iTunes software, a "jukebox" that provided a way for users to organize, store and play their digital media audio files, including music, on Mac computers. iTunes was preinstalled on Macs; Apple did not charge separately for it.

**B. iPods**

4. Apple introduced the iPod, a portable digital music player, on October 23, 2001.

5. In order to play songs on the iPod, a user would first connect the iPod to a computer and then use iTunes software to transfer the songs to the iPod and to perform other functions, such as creating playlists for the iPod. iTunes can also be used to play music and other audio files on a computer.

**C. iTunes Music Store**

6. Apple launched the iTunes Music Store (later called the iTunes Store or iTS), an online music store, on April 28, 2003. The iTunes software program enables users to select, purchase and download audio content from the iTunes Store and is the only software program designed for and allowed to access the iTunes Store.

7. A customer could use iTunes to transfer music from the iTunes Store and other sources, such as CDs, to an iPod.

8. On October 16, 2003, Apple introduced iTunes and the iTunes Store for Windows based computers.

**D. Digital Rights Management**

9. Prior to the launch of the iTunes Store, Apple entered into contracts with the major record labels to offer digital audio files via the iTunes Store. The contracts between the major record

labels and Apple that allowed Apple to offer their copyrighted music through the iTunes Store required that Apple implement usage rules and sell music in a protected format.

10. Pursuant to these contracts, Apple agreed to limit copying and distribution of the music files, through the use of an encryption-based "security solution" known as digital rights management, or DRM. Apple's security solution was called FairPlay.

11. Elements of FairPlay are (1) used for Apple's iTunes Store, (2) incorporated in iTunes and the iTunes Store software on the user's computer, and (3) incorporated in the firmware (the preinstalled software) on iPods.

12. In October 2004, Apple released iTunes 4.7, which contained, among other things, an updated version of FairPlay. Updated FairPlay technology was also preinstalled in the firmware for new iPods.

13. On September 12, 2006, Apple released an update of its iTunes software called iTunes 7.0, which contained updated FairPlay technology. Updated FairPlay firmware was also preinstalled in the iPod nano 2nd generation, iPod nano 3rd generation, iPod classic 6th generation, and iPod touch 1st generation models sold after September 12, 2006.

14. On September 5, 2007 Apple released iTunes 7.4 which contained updated FairPlay technology.

DATED: October 30, 2014                ROBBINS GELLER RUDMAN
                                                                             & DOWD LLP
                                                                             BONNY E. SWEENEY
                                                                             ALEXANDRA S. BERNAY
                                                                             CARMEN A. MEDICI
                                                                             JENNIFER N. CARINGAL

                                                                                           s/ Alexandra S. Bernay
                                                                       ALEXANDRA S. BERNAY

                                                                      655 West Broadway, Suite 1900
                                                                      San Diego, CA  92101
                                                                      Telephone: 619/231-1058
                                                                      619/231-7423 (fax)

```
                                    ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    PATRICK J. COUGHLIN
                                    STEVEN M. JODLOWSKI
                                    Post Montgomery Center
                                    One Montgomery Street, Suite 1800
                                    San Francisco, CA  94104
                                    Telephone:  415/288-4545
                                    415/288-4534 (fax)

                                    Class Counsel for Plaintiffs

DATED:  October 30, 2014            BOIES, SCHILLER & FLEXNER LLP
                                    WILLIAM A. ISAACSON
                                    KAREN L. DUNN
                                    JOHN F. COVE, JR.
                                    MEREDITH R. DEARBORN
                                    MARTHA L. GOODMAN


                                          s/ Meredith R. Dearborn
                                    ─────────────────────────────────
                                        MEREDITH R. DEARBORN

                                    5301 Wisconsin Ave, NW
                                    Washington, DC 20015
                                    Telephone: (202) 237-2727
                                    Facsimile: (202) 237-6131

                                    Counsel for Defendant Apple Inc.
```

## ATTESTATION OF FILER

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document

```
                                          s/ Alexandra S. Bernay
                                    ─────────────────────────────────
                                         ALEXANDRA S. BERNAY
```

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 30, 2014.

    s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  xanb@rgrdlaw.com

980388_2

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com,jjordan@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`