# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

5301 Wisconsin Avenue N.W.   * Washington, DC 20015-2015   * PH 202.237.2727   * FAX 202.237.6131

October 30, 2014

Judge Yvonne Gonzalez Rogers
United States District Court
Northern District California
Oakland Branch
1301 Clay Street
Courtroom 1, 4th Floor
Oakland, CA 94612

        Re:    *The Apple iPod iTunes Antitrust Litigation*
                Case No. 4:05-cv-00037-YGR

Dear Judge Gonzalez Rogers:

Plaintiffs and Defendant Apple Inc. ("Apple") have discussed a postponement of the trial until Monday, December 8, along with an expedited schedule to brief Plaintiffs' request to add a new plaintiff class representative to this case, Apple's opposition thereto, and Apple's motion to decertify the reseller class. We hope to provide a stipulated schedule to the Court at tomorrow's hearing.

Apple also wishes to clarify when the identity of the resellers was disclosed to the Plaintiffs. Contrary to Plaintiffs' statements on the record at the Pretrial Conference that they could not have identified Mr. Riegel, the former owner of Delaware Computer Exchange, earlier. Plaintiffs have known the identity of Delaware Computer Exchange, and all other resellers, for over six years.

On August 28, 2008, in response to Plaintiffs' Interrogatory No. 1 (which asked Apple to identify "any and all retailers, resellers and any others who purchased iPods from Apple for resale"), Apple provided an appendix, Attachment A, that listed all resellers, including Delaware Computer Exchange, and provided sales information for those resellers. Moreover, during merits and class discovery, Apple also produced to plaintiffs transactional data for all resellers, which included names and sales information for all resellers including Delaware Computer Exchange. On December 15, 2010 and January 6, 2011, Apple sent transaction level data for the 2002–2010 period to Plaintiffs, which listed all resellers including Delaware Computer Exchange. Professor Noll used that data in connection with his class certification reports. *See, e.g.*, Reply Declaration of Roger G. Noll at 34–39 (Mar. 28, 2011) (Dkt. 551). On April 1, 2011 (and in a revised file on April 11, 2011), Apple produced transaction level data for the 2001–2002 period to plaintiffs, which also included Delaware Computer Exchange. Finally, on April 29, 2011, Apple provided revised 2002–2010 transaction data that addressed issues Plaintiffs'

Judge Yvonne Gonzalez Rogers
October 30, 2014
Page 2


expert raised with respect to the data.  In addition to using that data for class-certification
purposes, Dr. Noll also used that data in calculating damages for the reseller portion of the
class.  Declaration of Roger G. Noll on Liability and Damages, at 78–80 (Apr. 3, 2013) (Dkt.
809-5).


Sincerely,

*/s/ William A. Isaacson*

William A. Isaacson
Counsel for Defendant Apple Inc.


cc: Counsel for Plaintiffs (via ECF)