[*Counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION

_____

This Document Relates To:

ALL ACTIONS

Lead Case No.  C 05-00037 YGR
[CLASS ACTION]

**JOINT APPENDIX IN SUPPORT OF SUBMISSION REGARDING DISCOVERY DESIGNATIONS AND OBJECTIONS (AMENDED)**

Date:     October 29, 2014
Time:     9:30 a.m.
Place:    Courtroom 1, 4th Floor
Judge:    Honorable Yvonne Gonzalez Rogers

**APPENDIX OF DISPUTED EXCERPTS**

| Ex. No. | Disputed Excerpts |
|---------|-------------------|
| A | Plaintiff Somtai Troy Charoensak's Response to Defendant Apple's First Interrogatories, December 16, 2010 |
| B | Plaintiff Somtai Troy Charoensak's Additional Responses to Apple's First Interrogatories, March 7, 2011 |
| C | Plaintiff Melanie Tucker's Additional Responses to Apple's First Interrogatories, March 7, 2011 |
| D | Plaintiff Mariana Rosen's Additional Responses to Apple's First Interrogatories, March 7, 2011 |
| E | Deposition of Thomas Slattery, January 30, 2006 |
| F | Deposition of Somtai Charoensak, January 12, 2007 |
| G | Deposition of Melanie Tucker, October 26, 2007 |
| H | Deposition of Steve Jobs, April 12, 2011 |

/ / /

/ / /

/ / /

1

APPENDIX RE: DISCOVERY DESIGNATIONS AND OBJECTIONS    No. C 05-00037 YGR

DATED:  October 30, 2014

ROBBINS GELLER RUDMAN & DOWD LLP
BONNY E. SWEENEY
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL


*/s/ Alexandra S. Bernay*

ALEXANDRA S. BERNAY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423

ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK J. COUGHLIN
STEVEN M. JODLOWSKI
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 288-4545
Facsimile:  (415) 288-4534

*Class Counsel For Plaintiffs*

BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  (602) 274-1100
Facsimile:  (602) 274-1199

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  (202) 625-4342
Facsimile:  (202) 330-5593

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  (310) 836-6000
Facsimile:  (310) 836-6010

APPENDIX RE: DISCOVERY DESIGNATIONS AND OBJECTIONS     No.  C 05-00037 YGR

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

GLANCY BINKOW & GOLDBERG LLP
BRIAN P. MURRAY
122 East 42nd Street, Suite 2920
New York, NY  10168
Telephone:  (212) 382-2221
Facsimile:  (212) 382-3944

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160

*Additional Counsel for Plaintiffs*

DATED:  October 30, 2014        BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR.
MEREDITH R. DEARBORN


*/s/ Meredith R. Dearborn*
MEREDITH R. DEARBORN
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile:  (510) 874-1460

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON
KAREN L. DUNN
MARTHA L. GOODMAN
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile:  (202) 237-6131

JONES DAY
DAVID C. KIERNAN
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendant Apple Inc.*

APPENDIX RE: DISCOVERY DESIGNATIONS AND OBJECTIONS        No.  C 05-00037 YGR

1

## **ATTESTATION OF FILER**

2

3    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

4    "conformed" signature (/s/) within this e-filed document.

5                                                              /*/ Meredith R. Dearborn
                                                             MEREDITH R. DEARBORN
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

APPENDIX RE: DISCOVERY DESIGNATIONS AND OBJECTIONS    No. C 05-00037 YGR