# Exhibit A

```
ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR. (141757)
BONNY E. SWEENEY (176174)
THOMAS R. MERRICK (177987)
ALEXANDRA S. BERNAY (211068)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@rgrdlaw.com
bonnys@rgrdlaw.com
tmerrick@rgrdlaw.com
xanb@rgrdlaw.com
proach@rgrdlaw.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (pro hac vice)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | PLAINTIFF SOMTAI TROY CHAROENSAK'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST INTERROGATORIES |

PROPOUNDING PARTY:    APPLE INC.

RESPONDING PARTY:     SOMTAI TROY CHAROENSAK

SET NO.:              ONE

590179_1

1  INTERROGATORY NO. 21:

2      For each PORTABLE DIGITAL MEDIA PLAYER identified in response to Interrogatory
3  No. 20, please identify all sources of music on the PORTABLE DIGITAL MEDIA PLAYER and
4  the percentage of music on the PORTABLE DIGITAL MEDIA PLAYER from each source of
5  music.

6  RESPONSE TO INTERROGATORY NO. 21:

7      Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly
8  burdensome, compound, and not reasonably calculated to lead to the discovery of admissible
9  evidence. Plaintiff objects to the extent this request requires him to identify the sources of music on
10 portable digital media players that are not in his possession and/or portable digital media players that
11 he has never used.

12     Subject to and without waiver of any of the foregoing Specific Objections and General
13 Objections, Plaintiff responds as follows:

14     Approximately 80% of Plaintiff's music collection is from his CD collection, some of which
15 he has burned onto his library. The remaining estimated 20% comes from iTS purchases. Plaintiff
16 also made a one-time single purchase of a music file from a legal online MP3 music store, whose
17 name he does not recall.

18 INTERROGATORY NO. 22:

19     Please identify all facts that YOU contend support your position that the software programs
20 referred to in paragraphs 64-66 of the Complaint made iTS files inoperable with Portable Digital
21 Media Players other than the iPod.

22 RESPONSE TO INTERROGATORY NO. 22:

23     Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly
24 burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal
25 conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this
26 Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to
27 respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks
28 information that is equally available to Apple or information that originated from Apple's