# Exhibit E

CONFIDENTIAL

---

**Page 1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
---o0o---

THOMAS WILLIAM SLATTERY,        )
Individually And On Behalf of  )
All Others Similarly Situated, )
    Plaintiff,        )
    vs.                )  No. C05 00037
APPLE COMPUTER, INC.,        )
    Defendant.        )
_____)

CONFIDENTIAL TESTIMONY

VIDEOTAPE DEPOSITION OF THOMAS WILLIAM SLATTERY
MONDAY, JANUARY 30, 2006

PAGES 1 - 348

---

**Page 2**

9    Videotape Deposition of THOMAS WILLIAM SLATTERY,
10  taken on behalf of Defendant, at Jones Day, LLP
11  555 California Street, 26th Floor, San Francisco,
12  California, commencing at 9:00 a.m., Monday,
13  January 30, 2006, before Kelli Combs, CSR 7705.

---

**Page 3**

1   APPEARANCE OF COUNSEL:
2     FOR PLAINTIFF:
3       THE KATRIEL LAW FIRM
4       BY:  ROY A. KATRIEL, ESQ.
5       1101 30th NW, Suite 500
6       Washington, DC 20007
7       (202) 625-4342
8       -and-
9       MURRAY, FRANK & SAILER, LLP
10      BY:  BRIAN BROOKS, ESQ.
11      275 Madison Avenue
12      New York, New York 10016
13      (212) 682-1818
14
15    FOR DEFENDANT APPLE COMPUTER:
16      JONES DAY, LLP
17      BY:  ROBERT A. MITTELSTAEDT, ESQ.
18      TRACY STRONG, ESQ.
19      555 California Street, 26th Floor
20      San Francisco, California 94104
21      (415) 875-5710
22
23    ALSO PRESENT:
24      TYLER SWANSON, Videographer
25      LYNN MILLER from Apple Computer

---

**Page 4**

2       THOMAS WILLIAM SLATTERY,
3   after having been duly sworn, testified as follows:
4       ---o0o---
6       THE VIDEOGRAPHER:  Good morning.  We're on
7   the record at 9:00 a.m., the 30th day of January,
8   2006, for the videotape deposition of Thomas
9   Slattery.  We're taping this deposition at 555
10  California Street, San Francisco, California on        9:00:40AM
11  behalf of the defendants in the action entitled
12  Slattery v. Apple Computer, Incorporated, Case
13  Number C05 00037.
14      My name is Tyler Swanson.  I'm a legal
15  videographer from Eastwood-Stein in San Francisco,        9:01:00AM
16  California, phone number 415-362-6666.  This is tape
17  number one.
18      Would counsel and all present please
19  identify themselves and state who they represent.
20      MR. MITTELSTAEDT:  I'm Bob Mittelstaedt        9:01:13AM
21  for the Defendant.  With me is Tracy Strong.
22      MR. KATRIEL:  I'm Roy Katriel for the
23  Plaintiff.  And with me is co-counsel, Brian Brooks.
24      THE WITNESS:  I'm Thomas Slattery.
25      (Deponent sworn.)        9:01:31AM

---

EASTWOOD-STEIN DEPOSITION MANAGEMENT
(415) 362-6666

CONFIDENTIAL

Page 145

1    Q    Who is that by?              11:58:45AM
2    A    I don't know.
3    A    Okay.
4         And how do you happen to remember that?
5    A    Because I always put that on every party    11:58:50AM
6    CD I ever make. It's a big hit at the party,
7    always.
8    Q    Okay.
9         Did you transfer any songs or copy any
10   songs from one library into iTunes when you were    11:59:01AM
11   making that CD as part of the process?
12   A    I don't remember, I really don't.
13   Q    Do you remember any role that iTunes
14   application played in making that CD?
15   A    No.                          11:59:19AM
16   Q    How many CDs have you made in your life
17   from music that you have on your computer,
18   approximately?
19   A    I have got no idea.
20   Q    More than 100?                11:59:31AM
21   A    Yeah.
22   Q    More than 1,000?
23   A    Probably.
24   Q    More than 1,500?
25   A    Yeah, maybe.                  11:59:40AM

Page 146

1    Q    More than 2,000?             11:59:41AM
2    A    I really don't know. It's a lot.
3    Q    And do you make CDs with music that you
4    download from Napster, Kazaa and LimeWire?
5    A    Yeah. From time to time, sure.    11:59:55AM
6    Q    And of those 1,500 to 2,000 CDs that you
7    have made, can you estimate what percentage of the
8    music on those CDs has come from a source like Kazaa
9    or Napster as opposed to CDs that you have
10   purchased?                        12:00:20PM
11   A    No, that I really couldn't, no. I have
12   got no idea.
13   Q    Do you have any reason to think it's --
14   the percentage on your CDs that you have made is any
15   different than the overall percentage on your    12:00:32PM
16   computer?
17   A    I'm not sure I understand what you're
18   asking me.
19   Q    On your computer, can you estimate how
20   much music has come from music that you have    12:00:44PM
21   purchased as opposed to music you have obtained from
22   free sources on the Internet?
23   A    Not with any sort of certainty. I mean, I
24   could -- if I really think about it, no, I probably
25   couldn't, if I really stop and think about it.    12:01:06PM

Page 147

1    Q    Do you think the percentage of music you    12:01:08PM
2    have obtained from the Internet, from the free
3    sites, is more than 50 percent of the music you have
4    on your HP now?
5    A    I don't know, I really don't. It's    12:01:23PM
6    probably quite likely, but I don't know for sure.
7    Q    Do you have any reason to think that the
8    music you have actually burned to a CD is any
9    different from the ratio of free music to purchased
10   music that you have on your computer?    12:01:42PM
11   A    No.
12   Q    In other words, do you have a practice of
13   burning CDs from Internet downloaded music more than
14   you do from CDs you otherwise --
15   A    No, not particularly. I really don't.    12:01:54PM
16   It's just -- as I say, my thing is whatever I feel
17   like listening to at the time, if it's on CDs that
18   I've already got, there will be those. If there is
19   stuff I downloaded, there will be those. There is
20   no preference in one direction or the other.    12:02:07PM
21   Q    When you started downloading music on the
22   Internet, can you estimate how large your CD
23   collection was?
24   A    No, probably not.
25   Q    Was it more than 100 CDs?         12:02:22PM

Page 148

1    A    It was more than 100, yeah.       12:02:24PM
2    Q    More than 500?
3    A    Maybe. I've got a lot of CDs.
4    Q    More than 1,000?
5    A    I wouldn't think so.            12:02:32PM
6    Q    Okay.
7         After you started downloading music from
8    the Internet, did you continue to buy CDs?
9    A    Yes.
10   Q    Okay.                         12:02:41PM
11        And during the period of time you have
12   been downloading music from the Internet, where have
13   you bought CDs?
14   A    There is no sort of one spot. I've bought
15   a lot of them at places like Music Trader, where    12:02:55PM
16   they sell secondhand CDs.
17   Q    And how do you decide -- strike that.
18        Where else have you bought CDs?
19   A    Tower Records from time to time, Sam
20   Goody, you know, the regular stores, Wal-Mart,    12:03:15PM
21   Target, whatever.
22   Q    Can you estimate from the time you started
23   downloading music on the Internet to today
24   approximately how many CDs you have bought at the
25   type of physical stores that you have just    12:03:31PM

37 (Pages 145 to 148)

CONFIDENTIAL

Page 149

```
 1  mentioned?                        12:03:35PM
 2      A   No, I couldn't estimate that.
 3      Q   More than 100?
 4      A   Probably.
 5      Q   More than 500?              12:03:39PM
 6      A   Probably not.
 7      Q   Okay.
 8          More than 250?
 9      A   Don't know.  Somewhere in the middle.
10  Somewhere in the middle.          12:03:47PM
11      Q   Somewhere between 100 and 250?
12      A   No.  Probably between somewhere between
13  100 and 500.
14      Q   Okay.
15          And of those CDs, can you estimate what  12:03:55PM
16  percentage you purchased at Music Trader?
17      A   Most of them, probably.
18      Q   And how do you decide whether to buy a CD
19  at Music Trader or to download it from the Internet?
20      A   I'll usually stop into Music Trader just  12:04:14PM
21  to check out if they have got any more obscure stuff
22  that I want.  If they do, I'll buy it.  That's the
23  only real thing.  There is no rhyme or reason to it.
24      Q   Okay.
25          And what do you pay for a CD at Music  12:04:31PM
```

Page 150

```
 1  Trader?                           12:04:33PM
 2      A   Depends on the CD.  Anything between say 9
 3  bucks and about 30 bucks.
 4      Q   And the rarer, the more expensive?
 5      A   No.  You tend to find in a place like that  12:04:43PM
 6  the more expensive stuff is just compilations.  Like
 7  if you buy a six-CD set, that's going to be up
 8  around 30 bucks.  If you buy a single, it's going to
 9  be around nine or ten.  Some of the more obscure
10  stuff costs more money.             12:04:55PM
11      Q   And how do you decide -- strike that.
12          What leads you to buy CDs from Tower?
13      A   Usually if I'm getting them as gifts or
14  something like that.
15      Q   Sam Goody?                   12:05:06PM
16      A   Same thing.
17      Q   And how do you decide when to download
18  music from LimeWire, Kazaa or one of the free sites?
19      A   Typically, I'll just be sitting around and
20  I'll think, "Oh, yeah, I haven't heard that song in  12:05:22PM
21  a while," and I'll see if I can download it.
22      Q   Okay.
23          Do you spend time just browsing the online
24  sites to remind you of music that you might want to
25  get?                              12:05:33PM
```

Page 151

```
 1      A   I used to.  I don't anymore.    12:05:33PM
 2      Q   When did you stop doing that?
 3      A   Years ago.
 4      Q   Do you ever download any albums on the
 5  Internet?                         12:05:43PM
 6      A   As in like entire CDs or whatever?
 7      Q   Yes.
 8      A   Yes.
 9      Q   And can you estimate for how long you have
10  been downloading albums as opposed to just single  12:05:53PM
11  tracks?
12      A   Since the first I ever started downloading
13  off the Internet, I would guess.
14      Q   And when you're looking for an album, how
15  do you decide whether to buy the album -- strike  12:06:06PM
16  that.
17          How do you decide whether to obtain the
18  album for free on the Internet or to go to one of
19  these other stores, like Music Trader, to buy it?
20      A   You can't always get the quality of stuff  12:06:25PM
21  sound wise from the Internet that you want.  If it's
22  something I particularly want -- that I particularly
23  want to sound good, I'll buy the CD, if I can find
24  it.
25      Q   And if not, you'll get it online?  12:06:36PM
```

Page 152

```
 1      A   Right.                        12:06:40PM
 2      Q   Yes?
 3      A   Yeah.
 4      Q   Have you ever obtained an album online and
 5  then went out to buy a physical CD of the same  12:06:44PM
 6  album?
 7      A   Yes, I have.
 8      Q   Can you remember any albums in particular?
 9      A   Yeah, I can.  It was called "Speak for
10  Yourself" by Imogen Heap.          12:07:03PM
11      Q   Why did you do that?
12      A   Because she's one of my absolute favorite
13  artists.  And I didn't think the quality was as good
14  as I wanted it to be, so I went and bought the CD.
15      Q   Okay.                         12:07:15PM
16          Have you --
17          Is your first preference to get the CD or
18  the album online, if you can?
19      A   It depends on -- it depends on what I'm
20  looking for.                       12:07:31PM
21      Q   But most of the time?
22      A   Most of the time what I'm trying to get
23  from the Internet is more obscure stuff that I just
24  can't get anywhere else, so for that reason you end
25  up getting it from the Internet.  I don't have sort  12:07:43PM
```

EASTWOOD-STEIN DEPOSITION MANAGEMENT
(415) 362-6666

CONFIDENTIAL

Page 153

1  of a policy of wanting to get it from the Internet.    12:07:45PM
2  It's just frequently the only place I can get what I
3  want.
4      Q   Do you have a policy of checking at Music
5  Trader first to see if you can get it?    12:07:53PM
6      A   I'll usually take a look around over
7  there, but I don't go there that often.  I don't
8  make a trip specifically, but I'll usually check it
9  out.
10     Q   How often have you gone to Music Trader    12:08:03PM
11 over the last four years?
12     A   Hundred times.
13     Q   Can you estimate what percentage of the
14 music you have on your computer that you downloaded
15 from the Internet consists of single tracks versus    12:08:17PM
16 albums?
17     A   No.
18     Q   Do you think it's more than 50 percent
19 single tracks?
20     A   I don't know.    12:08:31PM
21     Q   Can you give us any estimate at all of how
22 many tracks you bought as an -- strike that.
23         Can you give us any estimate -- I keep
24 saying "buy," don't I?
25         Can you give us any estimate of the number    12:08:44PM

Page 154

1  of tracks that you have obtained for free on the    12:08:47PM
2  Internet as individual tracks versus the tracks you
3  obtained as part of an album?
4      A   No, I really couldn't.  I really couldn't.
5      Q   Can you say whether the album -- albums    12:08:59PM
6  are more than 25 percent?
7      A   Nope, I can't say that.
8      Q   Okay.
9          Do you --
10         Other than iTunes' music store and Sony's    12:09:17PM
11 music store, have you tried any other music store
12 where you have to pay money?
13         MR. KATRIEL:  You mean online music store?
14         MR. MITTELSTAEDT:  Yes.  Thank you.
15         THE WITNESS:  I don't think so.    12:09:33PM
16 BY MR. MITTELSTAEDT:
17     Q   Do you know if there are any other online
18 music stores other than Apple's and Sony's where you
19 have to pay money?
20     A   I'm assuming there are others.  I think    12:09:41PM
21 there is like Wal-Mart, people like that.  There is
22 a few of them I know, and of course there was
23 RealNetworks.
24     Q   And did you ever --
25     A   That's no longer with us.    12:09:51PM

Page 155

1      Q   Did you ever buy music from RealNetworks    12:09:52PM
2  online?
3      A   No.
4      Q   Why not?
5      A   Just never got around to it.    12:09:58PM
6      Q   Have you ever --
7      A   To be honest, I didn't really hear that
8  much about it while it was -- I heard about it after
9  it was over rather than while it was working.
10     Q   And when you say "after it was over," what    12:10:07PM
11 do you mean?  Is it your understanding that
12 RealNetworks is no longer in business?
13     A   As far as I'm aware, they are out of
14 business now, yeah.
15     Q   Where did you hear that?    12:10:16PM
16     A   Read it somewhere.  Read it in the paper
17 when it happened.
18     Q   How long ago did that happen?
19     A   I don't know.
20     Q   Why haven't you bought any music from    12:10:25PM
21 Wal-Mart's on line store?
22     A   I have a policy of not doing business with
23 Wal-Mart if I can possibly avoid it.
24     Q   What's the basis for that policy?
25     A   I just don't like the way they do    12:10:39PM

Page 156

1  business.    12:10:40PM
2      Q   In what respect?
3      A   My understanding is they are very
4  exploitive of their work force.
5      Q   Do you have any feelings for or against    12:10:46PM
6  Microsoft?
7      A   I'm kind of neutral on Microsoft.
8      Q   Do you know if Microsoft has an online
9  store for music?
10     A   I don't know.  I'd be astonished if they    12:11:01PM
11 did not, but I don't know that they do.
12     Q   Have you ever thought about -- strike
13 that.
14         Have you ever explored Microsoft's online
15 website for music?    12:11:14PM
16     A   Not that I can remember.
17     Q   Any particular reason why not?
18     A   No.  I just never got to it.
19     Q   Do you prefer obtaining music for free on
20 the Internet as opposed to paying for it?    12:11:27PM
21     A   It depends.  For example, like the -- some
22 artists, I think I'll always buy the CDs.  Some, if
23 I can get it free, I will.
24     Q   Okay.
25         Which artists do you try and get for free?    12:11:42PM

39 (Pages 153 to 156)

CONFIDENTIAL

Page 265

1    Q   Makes it possible so you can play that on    3:56:36PM
2  another device, like your Creative or your Archos.
3    A   That I've heard.  Okay.  I misunderstood
4  you.  My apologies.
5    Q   Where did you hear that?    3:56:45PM
6    A   I don't know.
7    Q   So you know that physically, when you get
8  music from iTunes Music Store into your iTunes
9  library, you can play that on competing devices by
10  burning to a CD and ripping back to the computer,    3:57:00PM
11  correct?
12    A   Yeah.  That's what we've just discussed,
13  is it not?
14    Q   I'm just trying to summarize.  You know
15  that you can do that physically, right?    3:57:08PM
16    A   Sure.
17    Q   And burning and ripping is a process that
18  you have done numerous times, correct?
19    A   Oh, yeah, many.
20    Q   You know how to do that?    3:57:17PM
21    A   Sure.
22    Q   Okay.
23      How long does that take you, to burn and
24  rip a CD?
25    A   It depends on what's on the CD, how long    3:57:23PM

Page 266

1  it is.  Five or ten minutes or so.    3:57:26PM
2    Q   Okay.
3      Let me --
4      What --
5      As you sit here now, what types of files    3:57:38PM
6  do you think you can play on an iPod?
7    A   I guess MP3s and -- I don't know.  I'm not
8  sure.  I'm not sure.  There is a whole bunch of
9  different types of files, but I don't know which
10  ones are necessarily compatible with the iPod across    3:57:58PM
11  the board.
12    Q   You think that anything you download from
13  LimeWire you can play on an iPod, right?
14    A   No, not anything.
15    Q   What can't you play on an iPod that you    3:58:09PM
16  download from LimeWire?
17    A   There are some that are just, at least as
18  far as I've tried, there -- every once in a while
19  there is a file that won't play.  I don't know why.
20    Q   What percentage?    3:58:19PM
21    A   A few.
22    Q   1 or 2 percent?
23    A   5 maybe.
24    Q   And have you ever tried to figure out why
25  that is?    3:58:27PM

Page 267

1    A   No.    3:58:28PM
2    Q   Okay.
3    A   When they download the little icon I
4  talked about from LimeWire, they have -- from
5  LimeWire, they have the iTunes icon.  When you    3:58:34PM
6  launch them, they open in iTunes.  Some of them come
7  down and, although the shape is there, it's blank.
8  When you try to launch those, they won't launch in
9  iTunes.  I don't know why.
10    Q   They won't launch in iTunes at all?    3:58:46PM
11    A   No.
12    Q   So you can't get those on your iPod
13  either?
14    A   No.
15    Q   Okay.    3:58:51PM
16      So what do you do with those types of
17  songs?
18    A   They sit on the computer.
19    Q   Do you take any music that you download
20  from LimeWire and put it on your Creative devices?    3:59:05PM
21    A   From LimeWire, yeah.  Yeah, some of it.
22    Q   And how do you do that physically?
23    A   It's the same process.  It's open the
24  library, add the file, move them over.
25    Q   Okay.    3:59:32PM

Page 268

1    A   There are other steps in there.  It's more    3:59:33PM
2  complicated, but I can't explain it well.  But I've
3  done it.
4    Q   Explain to me the best you can how you do
5  that.    3:59:43PM
6    A   If I want to put something on the
7  Creative, I can open up LimeWire library and stuff
8  from there will move over.  You can open stuff from
9  the LimeWire library in Creative.
10    Q   When you download something from LimeWire,    3:59:57PM
11  it goes into a LimeWire library and also into
12  iTunes; is that correct?
13    A   Yeah.
14    Q   The way you have your computer set up?
15    A   Right.    4:00:08PM
16    Q   Okay.
17      Are you aware that you can stop those
18  files from going into the iTunes library, if you
19  want to?
20    A   I don't know how.  I didn't know that.    4:00:16PM
21    Q   In any event, all that music also goes
22  into the LimeWire library, correct?
23    A   Yeah.  Well, as it's downloading, it just
24  sits there unless you delete it, so yeah.
25    Q   In the LimeWire library?    4:00:31PM

67  (Pages 265 to 268)

CONFIDENTIAL

Page 277

1   or after you filed this lawsuit?          4:09:43PM
2       A   Ask me the question again.
3       Q   When did you learn that iPods would play
4   unprotected MP3 songs and songs protected with AAC
5   format?                                   4:09:56PM
6       A   I don't think I really understand your
7   question.
8       Q   Okay.
9           Well, what types of songs do you think an
10  iPod will play today?                     4:10:02PM
11      A   MP3s and AACs, I'm assuming.
12      Q   And when did you first learn that iPods
13  would play AAC and MP3s?
14      A   I don't know.
15      Q   Do you know whether you knew that at the   4:10:20PM
16  time you bought the iPod?
17      A   I didn't know anything about iPods when I
18  bought it beyond the fact that, as I said, I heard
19  all about them and there was a media buzz about how
20  cool they were.  That's all I knew about.   4:10:31PM
21      Q   Can you tell me where you learned that
22  they would play AACs and MP3s?
23      A   I've heard about the AAC and the
24  so-called -- what I keep calling the encryption
25  stuff, I know you call it something different, way   4:10:42PM

Page 278

1   back when.  Exactly when, I couldn't even begin to   4:10:45PM
2   guess.  Sometime since I bought the iPod.
3       Q   Okay.
4       A   Let me put it to you like this:  When I
5   got the iPod, I thought it would play every God damn   4:10:52PM
6   file I wanted to put on it, and that proved not to
7   be the case.  That was my understanding when I
8   bought it.
9       Q   And what I'm asking is:  When did you
10  learn that it wouldn't, as you say, play every song?   4:11:02PM
11      A   I didn't mean to be offensive.  I was
12  saying that to be in fact, not to be rude.  I
13  apologize.  I don't know exactly when it was.  But
14  as soon as I was figuring out I couldn't put
15  everything that I wanted onto the thing, that was   4:11:18PM
16  when I knew I had a problem with it.
17      Q   What was the first song you wanted to put
18  on the iPod that you were unable to?
19      A   I've got no idea.
20      Q   How many months after you bought the iPod?   4:11:27PM
21      A   I don't know.  It wouldn't have been very
22  long because of the amount of songs I was trying to
23  put on the thing.  It would have struck me quite
24  quickly that I couldn't get, as it were, every God
25  damn song on the iPod like I thought I would be able   4:11:45PM

Page 279

1   to.  But exactly when it would have been, I don't   4:11:48PM
2   know.  Long before all of this evolved, I would
3   think.
4       Q   Did you learn that within the first week
5   after buying the iPod?                    4:11:53PM
6       A   Probably not within the first week.
7       Q   Within the first two weeks?
8       A   Possibly.
9       Q   Okay.
10          Within the first three weeks?         4:12:01PM
11      A   I don't know.
12      Q   Okay.
13          Sometime within the first month?
14      A   I don't know.
15      Q   Is there anything that could refresh your   4:12:07PM
16  recollection on that?
17      A   No.
18      Q   And can you describe what types of files
19  you were trying to put on the iPod that you didn't
20  think you could?                          4:12:25PM
21      A   No.  Just random files that it wouldn't
22  recognize.
23      Q   And how did that lead you to conclude that
24  the iPod would only play AAC and MP3 files?
25      A   It didn't necessarily lead me to conclude   4:12:43PM

Page 280

1   it.  I heard -- I heard that there was some problem   4:12:45PM
2   with the encoding, that every type of file wouldn't
3   go onto it, and I just drew the conclusion.
4       Q   Well, what types of files don't you think
5   will go on an iPod?                       4:12:58PM
6       A   I don't know.  I know that some definitely
7   won't, but I don't know what types they are.
8       Q   And is that because of the encryption that
9   whoever makes the songs puts on the songs?
10      A   That's too technical of a question for me   4:13:12PM
11  to answer.  I've tried to put a lot of different
12  songs onto the iPod.  Many times they have worked.
13  Some significant number of times they just haven't
14  gone on there.
15      Q   Okay.                             4:13:22PM
16          What percentage of the songs you have
17  tried to put on the iPod haven't gone on?
18      A   I don't know.  It's not huge.  It's a
19  significant percentage, but it's not giant.
20      Q   Less than 10 percent?               4:13:34PM
21      A   Say around 10.
22      Q   Okay.
23          And name any song that you have tried to
24  put on the iPod but it wouldn't go.
25      A   "Mexican Radio" by Wall of Voodoo.   4:13:43PM

70 (Pages 277 to 280)

EASTWOOD-STEIN DEPOSITION MANAGEMENT
(415) 362-6666

CONFIDENTIAL

Page 301

1    that Apple forced them to buy an iPod?        4:37:13PM
2        A    Forced them to buy an iPod?  Not in those
3    terms.
4        Q    Has anybody ever told you that Apple
5    forced them to download music from iTunes Music    4:37:24PM
6    Store?
7        A    Not in terms of saying, "Hey, Apple forced
8    me to do this," no.  But people have said that they
9    are kind of limited in their options and they have
10   to buy the stuff from iTunes to be easily usable.  I    4:37:38PM
11   have heard that.
12       Q    Who told you that?
13       A    Various people.  I couldn't give you
14   specific names.
15       Q    Can you name anyone who has told you that?    4:37:45PM
16       A    No, no individual.
17       Q    Okay.
18           Do you think Apple ever forced you to buy
19   an iPod?
20       A    I already had the iPod.  I had already    4:37:59PM
21   bought the iPod before the problems emerged.  So was
22   I forced to buy it as a threshold step, then
23   probably not.
24       Q    Okay.
25           Well, were you forced to buy an iPod by    4:38:10PM

Page 302

1    Apple or not?                4:38:13PM
2        A    No.
3        Q    Did you have a free choice whether to ask
4    your wife to buy you an Apple iPod or a Creative Zen
5    or an Archos whatever?            4:38:30PM
6        A    Sure.
7        Q    And you chose to buy -- to ask your wife
8    to give you an iPod, right?
9        A    Right.
10       Q    Because it was cool?        4:38:38PM
11       A    Because it was cool.
12       Q    Did Apple ever force you to obtain any
13   music from the music store?
14       A    Yes.
15       Q    When did that happen?        4:38:53PM
16       A    It happened in the sense that if I want to
17   buy stuff online to play on the iPod, I have to get
18   it at the music store.  Did they somehow coerce me
19   into making that purchase?  No.  Was it a
20   constructive forcing to buy it from Apple?  Yes, I    4:39:08PM
21   think it was.
22       Q    And how many times were you, as you
23   describe it, forced?
24       A    I didn't describe it that way.  You did.
25   I'm just agreeing with what you said.  Let's just be    4:39:23PM

Page 303

1    clear on that one.                4:39:26PM
2        Q    Well --
3        A    How many times?  At the very beginning,
4    when I messed with it to some degree, and then when
5    I bought the two CDs you know about, Duran Duran and    4:39:35PM
6    Gwen Stefani.
7        Q    You're not saying you bought music the
8    first time when you said you dabbled, are you?
9        A    No.  As I said, I am unclear on the very
10   beginning, the very threshold when I first made the    4:39:47PM
11   attempt.  What I said I know with certainty is I
12   bought the two CDs, Duran Duran and Gwen Stefani.
13       Q    And did --
14           After that time, did you ever feel that
15   Apple forced you to buy music from its music store,    4:40:04PM
16   either constructively or otherwise?
17       A    If I want to listen to it on the iPod,
18   then I guess the constructive forcing still remains.
19   If I want to download it straight onto the iPod, I
20   can't buy it anywhere else.            4:40:18PM
21       Q    Have you actually bought any other music
22   from iTunes Music Store after you bought Duran Duran
23   and Gwen Stefani?
24       A    No, I haven't.
25       Q    Have you told anybody you know that you    4:40:29PM

Page 304

1    want to be a class representative in this case?    4:40:34PM
2        MR. KATRIEL:  Other than counsel?
3        MR. MITTELSTAEDT:  Yes.
4        THE WITNESS:  That I want to be a class
5    representative in this case.  Yeah, I suppose I have    4:40:45PM
6    discussed it.
7    BY MR. MITTELSTAEDT:
8        Q    Who have you talked about that with?
9        A    Just about everybody I know.  My wife;
10   Greg Turner, the guy at the office and so forth.    4:40:53PM
11       Q    Anyone else?
12       A    I can't -- you know, I could just pull
13   names out of the air, but I couldn't be certain.
14   Those I know for sure I've discussed it with.
15       Q    Has anybody told you that they would like    4:41:06PM
16   to be a member of this class?
17       A    Not that I can recall.
18       Q    Have you looked around to see if there was
19   anyone else who would fit the description of your
20   class?                    4:41:18PM
21       A    No, I haven't.
22       Q    Okay.
23           Do you know anyone who has an iPod that
24   they use to play music that they obtained someplace
25   other than Apple's online music store?        4:41:34PM

EASTWOOD-STEIN DEPOSITION MANAGEMENT
(415) 362-6666

CONFIDENTIAL

Page 345

1  be an option for getting music on your iPod other     5:33:24PM
2  than buying those tracks from iTunes Music Store,
3  correct?
4       A   It may be.  Sure.
5       MR. MITTELSTAEDT:  I think that does it     5:33:36PM
6  for us for today.
7       MR. KATRIEL:  Okay.  Thank you.  Just want
8  to reiterate that I have at least designated the
9  deposition transcript as confidential, pursuant to
10 our communications.  Thank you.                  5:33:45PM
11      THE VIDEOGRAPHER:  This ends the
12 deposition of Thomas Slattery.  All tapes will be
13 retained by Eastwood-Stein Deposition Services in
14 San Francisco, California.  Off record 5:34 p.m.
15      (Time noted:  5:34  p.m.)
16
17
18
19      _____
20          THOMAS WILLIAM SLATTERY
21
22
23
24
25

Page 346

1  STATE OF CALIFORNIA    )
2                         ) :ss
2  COUNTY OF SAN FRANCISCO )
3
4       I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand
5  Reporter of the State of California, do hereby
6  certify:
7       That the foregoing proceedings were taken before me
8  at the time and place herein set forth; that any
9  witnesses in the foregoing proceedings, prior to
10 testifying, were placed under oath; that the
11 verbatim record of the proceedings was made by me
12 using machine shorthand which was thereafter
13 transcribed under my direction; further, that the
14 foregoing is an accurate transcription thereof.
15      I further certify that I am neither financially
16 interested in the action nor a relative or employee
17 of any attorney of any of the parties.
18      IN WITNESS WHEREOF, I have this date subscribed my
19 name.
20
21 Dated:  February 7, 2006
22
23      _____
24          KELLI COMBS, CSR NO. 7705
25

Page 347

1                    I N D E X
2
3  MONDAY, JANUARY 30, 2006
4
5  WITNESS                     EXAMINATION
6
7  THOMAS WILLIAM SLATTERY
8
9       (BY MR. MITTELSTAEDT)          5
10      (BY MR. KATRIEL)             329
11      (BY MR. MITTELSTAEDT)        336
12
13
14      QUESTIONS NOT ANSWERED:
15        PAGE    LINE
16        124     15
17        197      2
18        198      3
19
20
21
22
23
24
25

Page 348

1                  I N D E X
2          EXHIBITS FOR IDENTIFICATION
3  DEFENDANT'S                        MARKED
4  1   Letter to Robert Mittelstaedt from      96
5      Roy Katriel dated January 23, 2006
6      attaching Plaintiff's Objections and
7      Responses to First Set of Production
8
9  2   Screenshot of Apple account           109
10     information page
11
12 3   Documents produced by the Plaintiff    159
13     on January 23rd or 24th
14
15 4   First Amended Complaint                274
16
17
18
19
20
21
22
23
24
25

EASTWOOD-STEIN DEPOSITION MANAGEMENT
(415) 362-6666