# Exhibit F

```
                    UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT

                          ---o0o---

SOMTAI TROY CHAROENSAK, and
MARIANA ROSEN, individually,
and on behalf of all others
similarly situated,

      Plaintiff,

vs.                                 No. C0500037 JW

APPLE COMPUTER, INC.,

      Defendants.
_____/




              DEPOSITION OF SOMTAI TROY CHAROENSAK







            Taken before EARLY K. LANGLEY, RMR

                      CSR No. 3537

                   January 12, 2007
```

Page 22

```
 1       Q.  But can you estimate for us approximately
 2   how many songs you've downloaded from iTunes?
 3       A.  Probably around between 100 and 300.
 4       Q.  And so the problem that you were
 5   experiencing when you were e-mailing with Ms. Wong
 6   was that the songs you had downloaded from Apple
 7   would play on your iPOD okay, but then when you
 8   tried to play them on the computer they wouldn't
 9   play; do I understand that correctly?
10       A.  No.  As long as I had my iPOD connected to
11   my computer they'd play okay, but if I wanted to,
12   let's say, burn a disk so that I could listen to
13   the music in my car, I would not be able to do
14   that.  So the music that I downloaded from iTunes
15   I wouldn't be able to transfer to any other media
16   or play it on any other media besides my iPOD.
17       Q.  So, just -- I want to take this piece by
18   piece.  As far as playing the music from Apple on
19   your iPOD, you did not experience any problem;
20   correct?
21       A.  No.  Actually, sorry, can I say?  There --
22   there has been a couple of times when I don't know
23   what it is, but the music that I play from iTunes
24   it will not play sometimes on my iPOD, and I have
25   to refresh it using the iTunes software.  And then
```

Page 23

```
 1   it will, I don't know, unlock the music again and
 2   then I can play it on my iPOD, so I have had
 3   problems playing iTunes music on the iPOD.
 4       Q.  Okay.  Let's come back to that.  Let's put
 5   that aside for a minute.
 6           But the problem you were describing to
 7   Ms. Wong was -- didn't have anything to do with
 8   playing the music on the iPOD; correct?
 9       A.  No, it did not.
10       Q.  So you're agreeing, it didn't have
11   anything to do with it; right?
12       A.  I'm sorry?
13       Q.  Did the problem you were complaining to
14   Ms. Wong about or discussing with Ms. Wong have
15   anything to do with playing the music from Apple
16   on your iPOD?
17       A.  It didn't have any -- it didn't have -- I
18   wasn't talking about the actual music coming out
19   of my iPOD, no.
20       Q.  Okay.  What you were talking about instead
21   was when you tried to burn the music that you had
22   downloaded from Apple's Music Store onto a CD;
23   correct?
24       A.  Yes.  Yes.
25       Q.  And what problem were you experiencing
```

Page 24

```
 1   when you tried to do that?
 2       A.  I -- I wasn't able to do it.  That was the
 3   problem.
 4       Q.  How were you attempting to do it?
 5       A.  How I was attempting to do it was I
 6   plugged in my iPOD into iTunes.  I could see the
 7   music there that I purchased, but when I would try
 8   to burn a disk of that music, it would not allow
 9   me at all.
10       Q.  Go back a step.  When you downloaded music
11   from Apple's Music Store, iTunes Music Store, were
12   you aware of what directory or what library it
13   went to on your computer?
14       A.  No, I was not aware.
15       Q.  Have you ever looked at your library in
16   the iTunes application on your computer?
17       A.  Yes, I have.
18       Q.  And does that library contain music that
19   you have downloaded from Apple's Music Store?
20       A.  Now, you mean?
21       Q.  At any time.
22       A.  At any time.  Yes, it does.  Initially,
23   yeah.
24       Q.  And then what happened?
25       A.  Usually because I need -- well, at the
```

Page 25

```
 1   time, my -- my computer doesn't have a lot of --
 2   didn't have a lot of storage capacity, so I would
 3   delete the music, thinking that I had it on my
 4   iPOD, and that, because I purchased it, it is mine
 5   and I could, you know, later use it, but I soon
 6   realized that that is not the case.
 7       Q.  So, initially, you got the music into your
 8   iTunes library, put it onto your iPOD, and then
 9   deleted it from the iTunes library on your
10   computer?
11       A.  Correct.
12       Q.  And then when you wanted to burn a CD with
13   that music that you had deleted, you encountered
14   problems, is that what you are saying?
15       A.  Correct.
16       Q.  And then at some point, did you stop
17   deleting the music from the iTunes library on your
18   computer?
19       A.  Yes, I did.
20       Q.  And once you stopped deleting that music,
21   then were you able to burn CDs?
22       A.  Only on that computer, yes.
23       Q.  So the problem that you encountered was
24   that you were deleting music from the iTunes
25   library and that made it impossible, as you
```

Aiken & Welch Court Reporters          S. Charoensak    1-12-07

ef515386-2108-40f4-b246-b6410abe72a7

Page 74

1  Mac-compatible?
2      A.  Because at the school that I go to it's
3  strictly just all Mac computers.
4      Q.  And you said it was your understanding
5  that the Rio couldn't be used with a Mac computer,
6  is that correct?
7      A.  Yes.
8      Q.  Where did you get that understanding?
9      A.  When I looked -- when I looked, when I
10 searched the -- the Rio on the internet.
11     Q.  Do you remember what version of Rio you
12 were looking at?
13     A.  No, I'm not sure.
14     Q.  Okay.  Do you remember what the
15 capacity -- the storage capacity of the Rio was?
16     A.  It was about the same, because I needed to
17 use it as an external hard drive, so, it was --
18 actually, I don't know if it was even 20
19 gigabytes.  It was somewhat less than 20.
20     Q.  So the Rio had smaller capacity than the
21 iPOD you bought, is that correct?
22     A.  I believe so, yes.
23     Q.  How much less expensive was the Rio?
24     A.  It was about 100 -- I'm not sure on the
25 amount but it was more than $100.

Page 75

1      Q.  The difference was more than $100?
2      A.  The difference was more than $100, yes.
3      Q.  Did your friend or your co-worker,
4  Ms. Hill, tell you she was satisfied with her Rio?
5      A.  No, she was -- she -- she didn't -- she
6  had some kind of problem with it.  I forgot
7  exactly what it was, but she -- no, she didn't
8  really like the Rio she had.
9      Q.  Was that another factor that led you to
10 buy an iPOD?
11     A.  Yes, it was.
12     Q.  Now, when you bought the iPOD, how did you
13 intend to use it?
14     A.  I intended to use it to listen to my
15 music.  I wanted to transfer the CDs that I own on
16 to the MP3 player so that I could have access to
17 it, you know, on the train, or in the gym.  And I
18 also intended to use it as an external hard drive.
19     Q.  And what music did you have at the time?
20     A.  Just CDs.
21     Q.  And were you able to use the iPOD in the
22 way that you had envisioned?
23     A.  Yeah.  Uh-huh.
24     Q.  Okay.  When you went to Stonestown to buy
25 the Apple iPOD, did you -- do you remember talking

Page 76

1  with any Apple employee about the iPOD?
2      A.  No, I don't remember.
3      Q.  Did you ask anybody any questions, do you
4  remember?
5      A.  I don't remember.
6      Q.  Do you remember relying on anything
7  anybody said at the Apple Store in deciding to
8  make the purchase?
9      A.  I believe once I went to the Apple Store,
10 I had already decided that I was going to purchase
11 an iPOD.
12     Q.  Did any -- just want to make sure I got a
13 clear answer, though.  Did anybody say anything at
14 the Apple Store that influenced your decision?
15     A.  I don't believe so.
16     Q.  Is that the one and only iPOD that you've
17 purchased?
18     A.  Yes.
19     Q.  Has anybody ever given you an iPOD as a
20 gift?
21     A.  No.
22     Q.  Have you ever given an iPOD as a gift?
23     A.  No.
24     Q.  What do you like about your iPOD?
25     A.  I like that I can use it as an external

Page 77

1  hard drive, so it's very portable.  I can use it
2  at school, and it's very fast to download huge
3  files onto and then transfer them onto my computer
4  at home.
5          Yeah.  I like the look of it.  I like the
6  ability to go into iTunes and download music
7  whenever I want, and...
8      Q.  Are there any features of the iPOD that
9  you don't like?
10     A.  Other than the ones we've discussed, no.
11     Q.  Well --
12     A.  The fact that when you download from
13 iTunes, it's like it's locked, and, oh, actually,
14 yeah, there is, I'm sorry.  Recently I want to
15 purchase another MP3 player but in the back of my
16 mind, I know that the music that I have on my iPOD
17 now is locked, and that I can't -- and I spent a
18 lot of time downloading my whole CD collection on
19 to the iPOD and just knowing that if I purchase
20 another MP3 player I'll have to -- I can't just
21 transfer the music from my iPOD onto the MP3
22 player, I have to re -- go through the whole thing
23 again, that part I don't like.  So.
24     Q.  Just the hassle of --
25     A.  Just the hassle of having to download my

Page 78

1  whole CD collection again onto another MP3 player
2  and knowing that at this point pretty much I would
3  have to get an iPOD to transfer my stuff from
4  iTunes my purchases that I still have onto that.
5      Q. When you say you may want to purchase
6  another MP3 player have you thought about that
7  now?
8      A. Yeah, I have.
9      Q. Why do you want to buy another MP3 player?
10     A. Because my MP3 player -- the iPOD that I
11 have I've had for a couple of years now and it's
12 getting -- it's getting old, and so I want to
13 upgrade.
14     Q. Have you actually shopped around?
15     A. Yeah. I started looking at the Zune, and
16 I like the new -- I also like the new iPODs. I
17 want to get something that I can play movies on,
18 and television shows, and so I actually was
19 looking at the Zune because it has a slightly
20 bigger screen, but like just I had heard that you
21 cannot use iTunes with the Zune. You can't
22 purchase music from iTunes with the Zune. Knowing
23 that, it was like pushing me more towards buying
24 another iPOD because I can -- I can live without
25 having slightly bigger screen.

Page 79

1      Q. And where did you hear that you can't
2  use --
3      A. From the news.
4      Q. And what did it say as specifically as you
5  can remember?
6      A. I don't remember it specifically, but I
7  remember they had like the pluses and minuses
8  for -- it was around Christmas so they were going
9  through the different MP3 players, so it did have
10 like the -- the pluses and minuses for buying.
11     Q. Do you remember hearing that Microsoft had
12 designed Zune so that it would only play with
13 respect to online digital music with music that
14 was purchased from Microsoft's online store?
15     A. I don't recall. I just remember them
16 saying that you cannot use iTunes -- you can't
17 purchase iTunes music and use it on the Zune.
18     Q. Who said that?
19     A. The -- the news.
20     Q. Did you have any understanding of what
21 online digital music you could use or you can use
22 with the Zune?
23     A. They said that you have to strictly use
24 whatever the Windows or Microsoft application is.
25     Q. Do you remember them saying you had to

Page 80

1  strictly use whatever music was being sold by
2  Microsoft at Microsoft's online store?
3      A. I don't recall. Basically -- basically I
4  remember them saying that you have to purchase
5  music from -- you couldn't transfer stuff that you
6  have in the iTunes pretty much.
7      Q. So, what do you think you're going to do?
8  Are you going to stay with your existing iPOD or
9  buy something else?
10     A. Well, I definitely want to buy something
11 else, and then at this point, I'm probably going
12 to purchase another iPOD just because out of
13 convenience for me.
14     Q. Now, when you got the iPOD in late 2004,
15 did you start putting content on it?
16     A. Yes, I did.
17     Q. And what was the first thing you put on
18 it?
19     A. The first thing I put on it was -- I first
20 got it, I put on -- I started just downloading my
21 whole CD collection onto it and that took quite
22 some time. And so, up until that point I wasn't
23 looking for a new music, I was just using -- I was
24 just concentrating on downloading the music that I
25 had already.

Page 81

1      Q. And how did you go about putting your CD
2  collection onto your iPOD?
3      A. I just, you know, insert the CD and then
4  import through iTunes.
5      Q. And so you would get the music into your
6  iTunes library?
7      A. Correct.
8      Q. On your computer; right?
9      A. Right.
10     Q. And then how would you get it from there
11 to your iPOD?
12     A. Just drag and drop.
13     Q. When you say you were transferring, in
14 effect, your CD collection, where did you get the
15 CDs? Were they all CDs that you had purchased?
16     A. Yes.
17     Q. Were there any CDs that you had burned
18 yourself?
19     A. Yes, I believe so.
20     Q. And can you estimate for me what, about
21 how many CDs you put onto your computer and then
22 onto your iPOD?
23     A. I would say approximately 75 percent of
24 the music that I have on my iPOD currently is from
25 my CD collection.

21 (Pages 78 to 81)

Aiken & Welch Court Reporters          S. Charoensak    1-12-07

ef515386-2108-40f4-b246-b6410abe72a7

Page 82

1    Q. And the other 25?
2    A. Is music I've purchased. But that's an
3  approximation.
4    Q. Let's go back to when you were first
5  putting music onto your iPOD before you bought any
6  music from Apple or from this other MP3 store;
7  about how many CDs did you put on to your iPOD?
8    MR. KATRIEL: Just to clarify, are you
9  talking about -- how many CDs he used, or if you
10 downloaded once? I'm not trying to reask your
11 question, but just for clarification.
12 BY MR. MITTELSTAEDT:
13   Q. Did you put the entire CDs on to your iPOD
14 or did you just go song by song?
15   A. I -- usually I did entire CDs.
16   Q. And approximately CDs did you put onto
17 your iPOD before you bought any music?
18   A. I'm not sure of the number, but it was, I
19 would say over 75.
20   Q. And of those over 75 or so, can you
21 estimate how many of those CDs were CDs that you
22 had purchased as opposed to how many you had
23 burned?
24   A. I would say around 90 percent.
25   Q. 90 percent purchased?

Page 83

1    A. Purchased.
2    Q. And of the 10 percent or so of those CDs
3  that you had burned --
4    A. Uh-huh.
5    Q. -- what was the source of the music?
6    A. Usually just friends, I think CDs that I
7  had been given from my friends.
8    Q. Have you ever downloaded any music from
9  any site like LimWire, Kazaa?
10   A. No.
11   Q. Any peer-to-peer site?
12   A. Oh, just at first Napster and then after
13 Napster was shut down, I never have since then.
14   Q. So, Napster was the only peer-to-peer
15 site?
16   A. Correct.
17   Q. Or illegal site, if we can use that term,
18 that you have ever used; is that correct?
19   A. Yes, it is.
20   Q. How many songs have you downloaded from
21 Napster before it was shut down?
22   A. Not that many. I think it's like I said
23 before, less than 100.
24   Q. And do you still have any of those files
25 that you have downloaded from --

Page 84

1    A. No, I don't.
2    Q. What happened to them?
3    A. They would have been on my -- my first PC,
4  so, I don't have access to that anymore.
5    Q. Did you ever transfer any of the music
6  from your first PC to later PCs or later
7  computers?
8    A. No.
9    Q. Why not?
10   A. Just didn't have any reason to. At
11 that -- at that point, the music was old.
12 Normally I would -- I just used it to download the
13 current music, like, and then at that point it was
14 like years after. It was just old.
15   Q. Okay. When you loaded these 75 or more
16 CDs to your iPOD, which computer were you using?
17   A. I used my work computer and I used the
18 Dell laptop.
19   Q. And why were you using both?
20   A. Because, like I said, it takes a long
21 time, so while I was at work, I could -- I could
22 both work and import the music at the same time,
23 so.
24   Q. And then after you got the music from your
25 CDs onto your work computer, the iTunes library,

Page 85

1  then you would hook up your iPOD to that computer
2  and get the music onto your iPOD; is that correct?
3    A. That is correct.
4    Q. And then you would go home and you'd do
5  the same thing?
6    A. Yes.
7    Q. And you were able to put music from both
8  computers onto your iPOD?
9    A. Yes.
10   Q. Did you have any trouble in doing that?
11   A. Using the CD -- the music from my CDs, no.
12   Q. Do you understand the difference between
13 protected and unprotected digital files?
14   A. No, not -- I don't know like the legal,
15 yeah. Pretty much, no.
16   Q. But leave out the legal part.
17   A. Uh-huh. I know that -- I mean to my --
18 the extent I know is that it's wrong to download
19 from like LimWire and places like that, and that's
20 what I...
21   Q. Do you know -- have you heard the term
22 Digital Rights Management, or DRM?
23   A. No, I don't believe so.
24   MR. MITTELSTAEDT: Let's take a short
25 break.

Page 86

1  THE VIDEOGRAPHER: Now going off the
2 record. The time is 11:07.
3  (Off the record.)
4  THE VIDEOGRAPHER: We are back on the
5 record. The time is 11:09 at this point. This --
6 doesn't conclude. This ends tape No. 1 of the
7 deposition of Somtai Troy Charoensak. The time is
8 11:09. The date, January 12th. Again, this ends
9 tape No. 1. Off the record.
10  (Break taken.)
11  MR. MITTELSTAEDT: Back on the record.
12  THE VIDEOGRAPHER: Stand by. On the
13 record. This begins tape No. 2 of the deposition
14 of Somtai Troy Charoensak. The date is January
15 12th, 2007 and the time is 11:23 we are baud.
16 BY MR. MITTELSTAEDT:
17  Q. Before the break we were talking about
18 when you first put music on your iPOD.
19  After you put those over 75 onto your
20 iPOD, what did you do with the CDs?
21  A. Put them book into my CD folder and kept
22 them in my room.
23  Q. Do you still have those CDs?
24  A. Yeah, I have most of them, yeah.
25  Q. Can you estimate how many CDs you have?

Page 87

1  MR. KATRIEL: Of those 75?
2  MR. MITTELSTAEDT: No. Altogether.
3  THE WITNESS: Altogether, it would be over
4 75.
5 BY MR. MITTELSTAEDT:
6  Q. Have you continued to buy CDs since then?
7  A. Yes, I have.
8  Q. Approximately how many have you bought
9 since the time you bought the iPOD?
10  MR. KATRIEL: You are talking music CDs or
11 blank CDs?
12 BY MR. MITTELSTAEDT:
13  Q. Music CDs, yeah.
14  A. Music CDs. Purchased for myself or for
15 anyone?
16  Q. Let's say for yourself.
17  A. For myself. I would say over 20.
18  Q. And purchased for others?
19  A. Purchased for others, probably also over
20 20.
21  Q. And, can you give me examples of the CDs
22 you've bought for yourself?
23  A. Usually the CDs that I buy for myself are
24 music artists that I really like, or also music
25 that I can't get from iTunes.

Page 88

1  Q. What are examples of CDs that you've
2 bought for yourself because you really like the
3 artist?
4  A. Let's see. What was the last one I
5 bought? There's a lot of Peruvian music and Cuban
6 music that I bought for myself. Other artists. I
7 have bought a Radiohead CD. I've got the TuPac
8 CD.
9  Q. Do you buy some CDs even though you could
10 get that music on Apple Store?
11  A. Yeah. I believe there have been a couple
12 of CDs that I could have purchased on iTunes that
13 I've purchased the CD.
14  Q. And why did you buy the CDs instead of
15 buying them on an Apple Store?
16  A. So that I wouldn't have to burn another CD
17 so that I would have it in my collection and I
18 wouldn't have to download it and then burn it onto
19 a CD, that I would just have the CD, and also --
20 sorry. And also, because it includes like the
21 little CD pamphlet with the words and the lyrics
22 and stuff but now I know that iTunes provides
23 that, too, so.
24  Q. How long does it take you to burn a CD, a
25 music CD?

Page 89

1  A. Roughly around ten minutes, between five
2 and ten minutes I would say.
3  Q. How much time does it take for you to be
4 actually doing something rather than just sitting
5 there waiting for the CD to be burned, I mean your
6 time?
7  A. How long -- do you mean like if I were to
8 burn and then go do something else?
9  Q. Yes.
10  A. I'm sorry, I'm not sure I understand the
11 question.
12  Q. Let's walk through the process to burn a
13 CD. How did you burn the CD?
14  A. You insert the CD, or your purchases in
15 iTunes, you usually just make a playlist and then
16 go to the little burn icon and click it and insert
17 the disk and it goes through its course.
18  Q. Let's take that step by step. And let's
19 say you're burning a CD from music you've
20 downloaded from Apple's store.
21  A. Uh-huh.
22  Q. First step is to make a playlist; right?
23  A. Yeah -- I'm not sure of the correct
24 procedure but the way that I do it is I have the
25 music, I make a playlist and I name it whatever,

23 (Pages 86 to 89)

Aiken & Welch Court Reporters      S. Charoensak   1-12-07

Page 90

```
 1  and then click on the playlist and I hit the
 2  little burn icon in the upper right.
 3      Q.  How do you make a playlist?
 4      A.  You just go to, I believe it's File New
 5  Playlist or something like that.
 6      Q.  And then what do you do?
 7      A.  Name it.
 8      Q.  So you click on the New Playlist, you type
 9  in the name?
10      A.  Uh-huh.
11      Q.  And then you drag the music into that New
12  Playlist?
13      A.  Yes.
14      Q.  And then you hit the burn --
15      A.  The burn icon.
16      Q.  And at that point you're done and the
17  computer takes over; right?
18      A.  No.  I have to insert the disk and then
19  after I insert the disk then the computer takes
20  over.
21      Q.  How long does it take you typically to
22  make the playlist?
23      A.  To make the playlist.  About a minute, I
24  guess.
25      Q.  And how long does it take you to hit the
```

Page 91

```
 1  burn icon?
 2      A.  Probably seconds.
 3      Q.  And how long does it take you to insert
 4  the blank CD?
 5      A.  Seconds.
 6      Q.  And how much does a blank CD cost?
 7      A.  I'm not sure of the exact price these
 8  days, but it's -- I don't know, it seems like it's
 9  around five bucks for ten or something like that,
10  so probably 50 cents.
11      Q.  And the last several computers that you've
12  bought have come in with built-in CD burners; is
13  that right?
14      A.  The Macs that I have boughten, yes.
15      Q.  Over what period of time did you download
16  your CD collection to your computer for the
17  purpose of then putting them on the iPOD right
18  after you bought the iPOD?
19      A.  So, it was right after I bought the iPOD
20  and it took, for the majority of my CD collection,
21  it took probably around two weeks, two full weeks
22  downloading and stuff.
23      Q.  And then did you listen to that music on
24  your iPOD?
25      A.  Yes, I did.
```

Page 92

```
 1      Q.  At some point did you decide to buy
 2  something from Apple's music store?
 3      A.  Yeah.
 4      Q.  What was the first thing you bought?
 5      A.  The first thing I bought, I believe, was
 6  an audio book.
 7      Q.  Do you remember the name of it?
 8      A.  I know I just saw it when I printed my
 9  purchase history, but I forgot the exact name of
10  the audio book.
11      Q.  Why did you buy a book?
12      A.  I wanted to try it out because I had the
13  music from my CD collection already on my iPOD.
14  So I had more than enough music at that time, and
15  I wanted to try out an audio book to see how it
16  was.
17      Q.  And how was it?
18      A.  I ended up not even listening to the full,
19  the full book.
20      Q.  Okay.  Why not?
21      A.  Just because it was -- it wasn't -- I
22  ended up thinking like it's better just to read.
23      Q.  Did you actually put that audio book onto
24  the iPOD?
25      A.  Yes, I did.
```

Page 93

```
 1      Q.  And did you also keep it in your iTunes
 2  library?
 3      A.  No, because that was when I -- I deleted
 4  it thinking that I could still use my iPOD because
 5  the files were on it, I could just drag and put it
 6  anywhere.  So at that time, I -- I was used to
 7  importing the CDs onto my iPOD, and then at the
 8  end of the day I would just delete out the files
 9  to free up the space.
10      Q.  Because you still had the CD?
11      A.  Yeah.  Because I had the CDs and also I
12  didn't want to take up -- take up the space.  And
13  so at that point I did not know that -- that once
14  I deleted the file, that it was -- it was gone
15  after that, because I thought I had the copy of it
16  on my iPOD.
17      Q.  When you bought the iPOD did you read any
18  of the material that came with it?
19      A.  Yes, I did.
20      Q.  What did you read?
21      A.  The user manual was actually pretty thin
22  so basically I read like how to -- what I have to
23  do to, you know, first start up the iPOD.  And
24  there was a couple of trouble-shooting things that
25  I had to read about because I had problems after I
```

```
                                           Page 178
 1   STATE OF CALIFORNIA   )
 2                         )
 3   COUNTY OF ALAMEDA     )
 4
 5      I, EARLY K. LANGLEY, do hereby certify:
 6      That SOMTAI TROY CHAROENSAK, in the foregoing
 7   deposition named, was present and by me sworn as a
 8   witness in the above-entitled action at the time
 9   and place therein specified;
10      That said deposition was taken before me at
11   said time and place, and was taken down in
12   shorthand by me, a Certified Shorthand Reporter of
13   the State of California, and was thereafter
14   transcribed into typewriting, and that the
15   foregoing transcript constitutes a full, true and
16   correct report of said deposition and of the
17   proceedings that took place;
18      IN WITNESS WHEREOF, I have hereunder
19   subscribed my hand this 14th day of January 2007.
20
21
22
23
24          _____
            EARLY K. LANGLEY, CSR No. 3537
25          State of California
```

46 (Page 178)

Aiken & Welch Court Reporters      S. Charoensak    1-12-07

ef515386-2108-40f4-b246-b6410abe72a7