# Exhibit G

## Page 2

```
08:59:01  1         UNITED STATES DISTRICT COURT
          2        NORTHERN DISTRICT OF CALIFORNIA
          3                    ---o0o---
          4
          5
          6
             MELANIE TUCKER, On Behalf of    )
          7  Herself and All Others Similarly )
             Situated,                        )
          8                                   )
                       Plaintiff,   ) Case No. C 06
          9                         ) 4457 HRL
                 vs.                )
         10                         )
             APPLE COMPUTER, INC., a )
         11  California Corporation, )
                                     )
         12           Defendant.     )
                                     )
         13
         14
         15
         16            ---o0o---
         17     FRIDAY, OCTOBER 26, 2007
         18
                VIDEOTAPE DEPOSITION OF MELANIE TUCKER
         19
                       ---o0o---
         20
         21
         22
         23
         24
             REPORTED BY: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
         25
```

## Page 3

```
 1              A P P E A R A N C E S
 2                   ---o0o---
 3
 4
     FOR THE PLAINTIFF:
 5
       BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
 6     2901 North Central Avenue, Suite 1000
       Phoenix, Arizona  85012
 7     BY: TODD CARPENTER, ESQ.
 8     COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS LLP
       655 West Broadway, Suite 1900
 9     San Diego, California  92101
       BY: BONNY SWEENEY, ESQ.
10     GREG WESTON, ESQ.
11     MURRAY, FRANK & SAILER LLP
       275 Madison Avenue
12     New York, New York  10016
       BY: BRIDGETT HAMILL, ESQ.
13
     FOR THE DEFENDANT:
14
       JONES DAY
15     555 California Street, 26th Floor
       San Francisco, California  94104
16     BY: BOB MITTELSTAEDT, ESQ.
           LARA KOLLIOS, ESQ.
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1                    E X A M I N A T I O N
 2                        ---o0o---
 3   EXAMINATION BY MR. MITTELSTAEDT              5
     EXAMINATION BY MR. CARPENTER               146
 4   FURTHER EXAMINATION BY MR. MITTELSTAEDT    147
 5
                          E X H I B I T S
 6                        ---o0o---
 7
     1   CDs owned but not burned and CDs owned and  153
 8       burned list
 9   2   Purchase history list               153
10   3   Plaintiff's allegations             153
11
12
```

## Page 5

```
           1      SAN FRANCISCO, CALIFORNIA, OCTOBER 26, 2007
           2                    ---o0o---
           3         BE IT REMEMBERED that on Friday, the 26th day of
           4  October, 2007, commencing at the hour of 9:11 a.m. thereof,
           5  at 555 California Street, 26th Floor, San Francisco,
           6  California, before me, Balinda Dunlap, a Certified Shorthand
           7  Reporter in and for the County of San Francisco, State of
09:10:34   8  California, personally appeared:
09:10:34   9         THE VIDEOGRAPHER:  Good morning.  My name is Michael
09:10:52  10  Barber.  I am a videographer associated with Barkley Court
09:10:56  11  Reporters, located at 222 Front Street, Suite 600, San
09:11:00  12  Francisco, California 94111.  The date is October 26th, 2007.
09:11:06  13  The time is 9:11 a.m.
09:11:08  14         This deposition is taking place at Jones Day, 555
09:11:14  15  California Street, San Francisco, California 94104 in the
09:11:18  16  matter of the Apple iPod iTunes antitrust litigation
09:11:22  17  appearing in the U.S. District Court for the Northern
09:11:26  18  District of California, San Jose Division, Case Numbers
09:11:32  19  C050037 JW and C0604457 JW.
09:11:39  20         This is the videotape deposition of Melanie Tucker
09:11:43  21  being taken on behalf of the defense.
09:11:45  22         Counsel, would you please identify yourselves for the
09:11:47  23  record and state whom you represent.
09:11:49  24         MR. MITTELSTAEDT:  I'm Bob Mittelstaedt for the
09:11:51  25  defendant.
```

| | | |
|---|---|---|
| 09:11:52 1 | MS. KOLLIOS: Lara Kollios for the defendant. | |
| 09:11:54 2 | MS. HAMILL: Bridget Hamill, Murray, Frank & Sailer | |
| 09:11:58 3 | for plaintiff Mary Ann Arusen. | |
| 09:12:01 4 | MR. WESTON: Greg Weston from Coughlin Stoia | |
| 09:12:05 5 | representing the class. | |
| 09:12:06 6 | MS. SWEENEY: Bonny Sweeney. | |
| 09:12:09 7 | MR. CARPENTER: Todd Carpenter from Bonnett, | |
| 09:12:13 8 | Fairbourn, Friedman & Balint representing the plaintiffs. | |
| 09:12:14 9 | THE VIDEOGRAPHER: Thank you. Would the court | |
| 09:12:16 10 | reporter please swear in the witness. | |
| 09:12:24 11 | MELANIE TUCKER | |
| 12 | called as a witness by the Defense, having been sworn to tell | |
| 13 | the truth, the whole truth, and nothing but the truth, was | |
| 14 | examined and testified as follows: | |
| 09:12:26 15 | ---o0o--- | |
| 09:12:26 16 | EXAMINATION BY MR. MITTELSTAEDT | |
| 09:12:27 17 | Q. If you would state your full name and address for the | |
| 09:12:29 18 | record, please. | |
| 09:12:29 19 | A. Melanie Christine Tucker, 4431 Cleveland Avenue, No. | |
| 09:12:36 20 | 2, San Diego, California 92116. | |
| 09:12:40 21 | Q. Have you ever had your deposition taken before? | |
| 09:12:43 22 | A. No, I have not. | |
| 09:12:44 23 | Q. What have you done to prepare for the deposition? | |
| 09:12:48 24 | A. I met with my counsel briefly. | |
| 09:12:50 25 | Q. For how long? | |

Page 6

| | | |
|---|---|---|
| 09:12:51 1 | A. Approximately an hour and a half. |
| 09:12:53 2 | Q. Which counsel? |
| 09:12:54 3 | A. Todd Carpenter, Bonny Sweeney and Greg Weston. |
| 09:13:01 4 | Q. Do you understand the deposition process? |
| 09:13:03 5 | A. Yes. |
| 09:13:04 6 | Q. Okay. Let me just go over some ground rules. Even |
| 09:13:07 7 | though we are in a conference room here in a fairly informal |
| 09:13:10 8 | setting, you understand that the testimony you give has the |
| 09:13:13 9 | same effect as testimony in a courtroom? |
| 09:13:19 10 | A. Yes. |
| 09:13:19 11 | Q. If you don't understand a question, will you please |
| 09:13:21 12 | tell me so? |
| 09:13:22 13 | A. Yes. |
| 09:13:22 14 | Q. If you do understand the question, will you give me |
| 09:13:25 15 | your best answer that you possibly can? |
| 09:13:29 16 | A. Yes. |
| 09:13:30 17 | Q. If you don't know the answer, I don't want you to |
| 09:13:34 18 | guess, okay? |
| 09:13:35 19 | A. Okay. |
| 09:13:35 20 | Q. But if you know part of the answer, I want you to |
| 09:13:38 21 | tell me the part that you do know. |
| 09:13:41 22 | A. Okay. |
| 09:13:44 23 | Q. Do you have any questions before we get going? |
| 09:13:46 24 | A. No. |
| 09:13:47 25 | Q. Okay. When did you buy your first iPod? |

Page 7

| | | |
|---|---|---|
| 09:13:52 1 | A. I believe it was in April 2004. |
| 09:13:59 2 | Q. Are you sure about the year? |
| 09:14:00 3 | A. Fairly sure about the year. |
| 09:14:04 4 | Q. Okay. Why did you buy that iPod? |
| 09:14:08 5 | A. Because I wanted to be able to consolidate my music |
| 09:14:11 6 | and carry it with me. |
| 09:14:13 7 | Q. And what music did you have at that point? |
| 09:14:18 8 | A. I had a couple hundred CDs. |
| 09:14:27 9 | Q. And what else? |
| 09:14:29 10 | A. That was it. |
| 09:14:31 11 | Q. Just so we get off on the right footing here, your |
| 09:14:35 12 | complaint says that on or about April 2005 you purchased a 20 |
| 09:14:44 13 | gig iPod. Does that refresh your recollection that your |
| 09:14:48 14 | iPod -- your first iPod was April of 2005? |
| 09:14:56 15 | A. Yes. |
| 09:14:57 16 | Q. Where did you buy that iPod? |
| 09:14:58 17 | A. I bought it on line through the Apple store. |
| 09:15:04 18 | Q. How much did you pay for it? |
| 09:15:05 19 | A. I don't recall. |
| 09:15:07 20 | Q. Approximately? |
| 09:15:11 21 | A. Approximately 250 to 300. |
| 09:15:14 22 | Q. And how did you choose an iPod? |
| 09:15:17 23 | MR. CARPENTER: Objection. Vague and ambiguous. |
| 09:15:20 24 | Go ahead. |
| 09:15:22 25 | THE WITNESS: I had friends that had iPods and had |

Page 8

| | | |
|---|---|---|
| 09:15:27 1 | seen advertisements. |
| 09:15:28 2 | Q. BY MR. MITTELSTAEDT: Do you remember the names of |
| 09:15:31 3 | any of the friends in particular? |
| 09:15:34 4 | A. Yes. |
| 09:15:35 5 | Q. Who? |
| 09:15:37 6 | A. Travis Duke, Sean Thompson. |
| 09:15:46 7 | Q. And do you recall anything either of them told you |
| 09:15:49 8 | about their iPods? |
| 09:15:50 9 | A. Just that they liked them. |
| 09:15:52 10 | Q. Did they say what they liked about them? |
| 09:15:54 11 | A. That all their music was in one place and easy to |
| 09:15:57 12 | access. |
| 09:15:58 13 | Q. Anything else? |
| 09:15:58 14 | A. That's it. |
| 09:16:01 15 | Q. Did you shop around for other brands, other types of |
| 09:16:05 16 | digital music players? |
| 09:16:11 17 | A. I briefly looked at one other. |
| 09:16:13 18 | Q. What was the other one that you looked at? |
| 09:16:15 19 | A. I believe it was called an iRiver. |
| 09:16:18 20 | Q. iRiver? |
| 09:16:19 21 | A. I believe so. Not sure. |
| 09:16:20 22 | Q. Where did you look at an iRiver, or whatever it was |
| 09:16:26 23 | called? |
| 09:16:26 24 | A. I was browsing online. |
| 09:16:26 25 | Q. Do you remember what website? |

Page 9

2 (Pages 6 to 9)

MELANIE TUCKER

| | | | |
|---|---|---|---|
| 09:16:29 1 | **A. I do not.** | 09:18:33 1 | Q. BY MR. MITTELSTAEDT: You made the decision to buy |
| 09:16:32 2 | Q. What did you learn about the iRiver? | 09:18:35 2 | the iPod at the price that it was offered? |
| 09:16:36 3 | **A. I don't recall.** | 09:18:38 3 | **A. Yes.** |
| 09:16:37 4 | Q. And were there any features of the iRiver that you | 09:18:38 4 | Q. And you thought it was worth it? |
| 09:16:40 5 | liked better than the features of the iPod? | 09:18:42 5 | MR. CARPENTER: Objection. |
| 09:16:43 6 | **A. I don't recall.** | 09:18:43 6 | Q. BY MR. MITTELSTAEDT: At the time you bought it? |
| 09:16:44 7 | Q. Or any that you liked less than the iPod? | 09:18:44 7 | MR. CARPENTER: Pardon me. Objection to form. |
| 09:16:48 8 | **A. I don't recall.** | 09:18:47 8 | THE WITNESS: I was hoping it would be worth it. |
| 09:16:49 9 | Q. Was there anything in particular about the iRiver | 09:18:51 9 | Q. BY MR. MITTELSTAEDT: At the time you bought the |
| 09:16:52 10 | that you can remember that led you to buy an iPod instead? | 09:19:02 10 | first iPod, had you heard anything about Apple's online music |
| 09:16:54 11 | MR. CARPENTER: Objection. Asked and answered. | 09:19:07 11 | store? |
| 09:16:56 12 | Go ahead. | 09:19:08 12 | **A. Not that I recall.** |
| 09:16:57 13 | THE WITNESS: I don't specifically remember anything | 09:19:10 13 | Q. Had either of those friends, Travis or Sean, said |
| 09:17:00 14 | about it. It was several years ago, and I didn't look that | 09:19:14 14 | anything about the Apple's iTunes music store? |
| 09:17:03 15 | deeply into it. | 09:19:22 15 | **A. I don't recall them mentioning the iPod's store.** |
| 09:17:04 16 | Q. BY MR. MITTELSTAEDT: Do you remember how long you | 09:19:26 16 | Q. At the time you bought your first iPod, did you have |
| 09:17:06 17 | spent looking at the iRiver online? | 09:19:30 17 | any information as to what music those two friends put on |
| 09:17:07 18 | **A. I don't remember. It wasn't very long.** | 09:19:34 18 | their iPod? |
| 09:17:10 19 | Q. At that time did you know if there were other | 09:19:35 19 | **A. No.** |
| 09:17:14 20 | competing products that you could have bought in addition to | 09:19:40 20 | Q. Other than that first iPod that you bought in April |
| 09:17:18 21 | an iPod and an iRiver? | 09:19:42 21 | of 2005, how many other iPods have you bought? |
| 09:17:20 22 | MR. CARPENTER: Objection to form. | 09:19:46 22 | **A. One.** |
| 09:17:22 23 | THE WITNESS: Not specifically. | 09:19:47 23 | Q. When did you buy that? |
| 09:17:23 24 | Q. BY MR. MITTELSTAEDT: Did you think there were | 09:19:49 24 | **A. December of 2006.** |
| 09:17:31 25 | others? | 09:20:00 25 | Q. And why did you buy that one? |
| | Page 10 | | Page 12 |
| 09:17:31 1 | **A. I thought there were others, but I didn't look into** | 09:20:01 1 | **A. Because my first one broke.** |
| 09:17:34 2 | **them.** | 09:20:04 2 | Q. And how did you choose an iPod rather than, say, an |
| 09:17:35 3 | Q. And why didn't you look into them? | 09:20:09 3 | iRiver at that point? |
| 09:17:36 4 | **A. Because I had friends that had the iPod and were** | 09:20:11 4 | **A. Because all of my music was already on my iTunes and** |
| 09:17:41 5 | **satisfied.** | 09:20:15 5 | **that would have the only way to keep my music.** |
| 09:17:42 6 | Q. Okay. At that time did you think the price that you | 09:20:19 6 | Q. Did you do anything to research how you could put |
| 09:17:44 7 | paid for the iPod was a fair price? | 09:20:21 7 | that music onto another digital player other than an iPod? |
| 09:17:47 8 | MR. CARPENTER: Objection. Vague and ambiguous as to | 09:20:25 8 | **A. I did not.** |
| 09:17:49 9 | "fair." | 09:20:26 9 | Q. Have you ever researched that? |
| 09:17:50 10 | THE WITNESS: I thought it was highly priced. | 09:20:33 10 | **A. No.** |
| 09:17:53 11 | Q. BY MR. MITTELSTAEDT: More than you wanted to pay? | 09:20:34 11 | Q. Did anyone tell you that it was impossible to put |
| 09:17:55 12 | **A. More than I wanted to pay.** | 09:20:39 12 | your music that you had on the iPod onto a competing digital |
| 09:17:57 13 | Q. But why did you buy it anyway? | 09:20:45 13 | music player like an iRiver? |
| 09:17:59 14 | **A. More than I could afford. Because I wanted it. I** | 09:20:47 14 | MR. CARPENTER: Objection to form. |
| 09:18:09 15 | **had decided I wanted it.** | 09:20:49 15 | THE WITNESS: Can you repeat the question? |
| 09:18:10 16 | Q. Did I hear you right to say that it was more than you | 09:20:51 16 | Q. BY MR. MITTELSTAEDT: Did anyone ever tell you that |
| 09:18:13 17 | could afford? | 09:20:53 17 | you could not put music that you had on your iPod onto a |
| 09:18:14 18 | **A. Yes.** | 09:20:57 18 | competing digital music player? |
| 09:18:15 19 | Q. Where did you get the money? | 09:20:59 19 | **A. I was aware of that.** |
| 09:18:17 20 | **A. I had to save extra for it.** | 09:21:00 20 | Q. But did anyone ever tell you that? |
| 09:18:21 21 | Q. But at the end of the day, you thought it was | 09:21:04 21 | **A. No.** |
| 09:18:24 22 | worthwhile paying the price that you paid? | 09:21:07 22 | Q. How did you become aware of that, as you say? |
| 09:18:26 23 | MR. CARPENTER: Objection. That misstates her | 09:21:12 23 | **A. I was reading about it.** |
| 09:18:28 24 | testimony. | 09:21:18 24 | Q. Where? |
| 09:18:31 25 | THE WITNESS: Can you reask the question? | 09:21:18 25 | **A. Online.** |
| | Page 11 | | Page 13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11:22:26 | 1 | point? | | 11:24:50 | 1 | A. No, I don't remember. |
| 11:22:26 | 2 | A. Yes. | | 11:24:56 | 2 | Q. And in early July 2006 when you saw him at your place |
| 11:22:27 | 3 | Q. When did he become your lawyer? | | 11:25:00 | 3 | of business -- who brought up the issue of an iPod? |
| 11:22:29 | 4 | A. Early July 2006. | | 11:25:14 | 4 | MR. CARPENTER: I am going to object. I think this |
| 11:22:31 | 5 | Q. What was the occasion? | | 11:25:17 | 5 | is also attorney-client privilege. |
| 11:22:33 | 6 | MR. CARPENTER: Objection. Vague and ambiguous. | | 11:25:24 | 6 | MR. MITTELSTAEDT: Are you instructing her not to |
| 11:22:34 | 7 | This might tread in the attorney-client privilege as well. | | 11:25:26 | 7 | answer? |
| 11:22:38 | 8 | Q. BY MR. MITTELSTAEDT: Where were you when you said | | 11:25:26 | 8 | MR. CARPENTER: Yes. |
| 11:22:39 | 9 | that he became your lawyer, physically? | | 11:25:32 | 9 | Q. BY MR. MITTELSTAEDT: When you first saw |
| 11:22:45 | 10 | A. I was at my workplace. | | 11:25:34 | 10 | Mr. Carpenter in early July 2006 at your place of business, |
| 11:22:50 | 11 | Q. Which workplace? | | 11:25:39 | 11 | did you ask him to be your lawyer before you said anything to |
| 11:22:51 | 12 | A. Stingaree. | | 11:25:43 | 12 | him? |
| 11:22:52 | 13 | Q. What time of day was it? | | 11:25:44 | 13 | A. Before I said anything to him? |
| 11:22:54 | 14 | A. It was in the evening. | | 11:25:46 | 14 | Q. Well, let's do it this way: What was the first thing |
| 11:22:55 | 15 | Q. And Mr. Carpenter came in? | | 11:25:50 | 15 | you said to Mr. Carpenter when you saw him that evening early |
| 11:23:00 | 16 | A. Yes. | | 11:25:55 | 16 | July 2006 when the subject of Apple and iPod came up? |
| 11:23:01 | 17 | Q. Have you ever seen him before? | | 11:26:00 | 17 | MR. CARPENTER: Well, I am going to object again and |
| 11:23:03 | 18 | A. Yes. | | 11:26:03 | 18 | insert the attorney-client privilege with respect to the |
| 11:23:04 | 19 | Q. When was the first time? | | 11:26:06 | 19 | conversation about the iPod. |
| 11:23:12 | 20 | A. That I had seen him there? | | 11:26:09 | 20 | Q. BY MR. MITTELSTAEDT: Well, when you saw him, were |
| 11:23:14 | 21 | Q. Seen him any place. | | 11:26:13 | 21 | you waiting on him? |
| 11:23:16 | 22 | A. In 2002. | | 11:26:16 | 22 | A. No. |
| 11:23:17 | 23 | Q. And how did you meet him? | | 11:26:16 | 23 | Q. So did you have an appointment for him to meet you at |
| 11:23:19 | 24 | A. I met him at my workplace. | | 11:26:19 | 24 | your place of business? |
| 11:23:20 | 25 | Q. Did he work at your workplace? | | 11:26:21 | 25 | A. No. |
| | | Page 86 | | | | Page 88 |
| 11:23:22 | 1 | A. No. | | 11:26:22 | 1 | Q. Did he come in to eat or drink, as far as you were |
| 11:23:25 | 2 | Q. What workplace did you meet him at? | | 11:26:26 | 2 | concerned? |
| 11:23:28 | 3 | A. Moondoggies. | | 11:26:26 | 3 | A. Yes. |
| 11:23:36 | 4 | Q. How did you meet him there? | | 11:26:27 | 4 | Q. And did -- who spoke first? |
| 11:23:37 | 5 | A. I was waiting on him. | | 11:26:31 | 5 | A. I don't remember. |
| 11:23:39 | 6 | Q. And how many times did you see him from 2002 until | | 11:26:36 | 6 | Q. Do you remember anything about the conversation? |
| 11:23:45 | 7 | early July 2006? | | 11:26:42 | 7 | A. Not verbatim, no. |
| 11:23:48 | 8 | A. I don't know. | | 11:26:45 | 8 | Q. How long did the conversation last? |
| 11:23:49 | 9 | Q. More than a dozen? | | 11:26:47 | 9 | A. I don't know. |
| 11:23:52 | 10 | A. Yes. | | 11:26:49 | 10 | Q. Five minutes? |
| 11:23:52 | 11 | Q. More than 50? | | 11:26:53 | 11 | MR. CARPENTER: Don't speculate. |
| 11:24:00 | 12 | A. I don't know. | | 11:26:54 | 12 | THE WITNESS: I don't know. |
| 11:24:00 | 13 | Q. Was he your lawyer at any point during that time | | 11:26:55 | 13 | Q. BY MR. MITTELSTAEDT: Do you remember if it was more |
| 11:24:08 | 14 | period from 2002 until early July 2006? | | 11:26:57 | 14 | or less than five minutes? |
| 11:24:12 | 15 | A. No. | | 11:26:58 | 15 | A. More. |
| 11:24:12 | 16 | Q. How would you describe your relationship with him | | 11:27:00 | 16 | Q. Was it more or less than 15 minutes? |
| 11:24:15 | 17 | during that period? | | 11:27:07 | 17 | A. Probably around 15 minutes. I don't know. |
| 11:24:15 | 18 | A. We dated briefly in the spring of 2002 until the | | 11:27:12 | 18 | Q. And was it in that conversation that you first |
| 11:24:17 | 19 | summer of 2002. | | 11:27:17 | 19 | learned that you couldn't play -- as you say at least, you |
| 11:24:25 | 20 | Q. And what was your relationship in July 2002? | | 11:27:21 | 20 | couldn't play any digital music on your iPod other than what |
| 11:24:30 | 21 | A. We were friends, acquaintances. | | 11:27:25 | 21 | you purchased from Apple? |
| 11:24:32 | 22 | Q. And how often would you see each other during that | | 11:27:26 | 22 | A. I don't remember. |
| 11:24:35 | 23 | time period? | | 11:27:39 | 23 | Q. What do you remember about that conversation? You |
| 11:24:36 | 24 | A. Not very often. | | 11:27:41 | 24 | say you don't remember it verbatim, but what do you remember? |
| 11:24:47 | 25 | Q. Did you ever see if Mr. Carpenter had an iPod? | | 11:27:45 | 25 | MR. CARPENTER: We are going to have to object as |
| | | Page 87 | | | | Page 89 |

22 (Pages 86 to 89)

MELANIE TUCKER

```
11:43:07  1   anyone other than your lawyers?
11:43:09  2   A.  No.
11:43:11  3   Q.  What size of incentive fee do you have in mind?
11:43:15  4   A.  I don't have anything in mind.
11:43:24  5   Q.  Do you have in mind whether it is a dollar or
11:43:27  6   $10,000?
11:43:30  7       MR. CARPENTER: Just to be clear, for her personally?
11:43:33  8   Q.  BY MR. MITTELSTAEDT: An incentive fee for you?
11:43:36  9       MR. CARPENTER: As a result of acting as a class
11:43:39 10   member, as a named class member in litigation?
11:43:42 11   Q.  BY MR. MITTELSTAEDT: An incentive fee paid to you
11:43:45 12   for being willing to bring this case?
11:43:47 13   A.  I don't know a dollar amount.
11:43:51 14   Q.  Do you have in mind whether it's something closer to
11:43:55 15   a dollar or $5,000 or $10,000?
11:44:00 16   A.  I would guess it would be more than a dollar.
11:44:04 17   Q.  Can you do any better than that?
11:44:07 18   A.  I really don't know a percentage of some. I really
11:44:10 19   don't know.
11:44:12 20   Q.  Have you ever heard the size of the incentive fees
11:44:14 21   that other named class representatives have received in the
11:44:17 22   past?
11:44:25 23   A.  No. I'm sure it's thousands.
11:44:31 24   Q.  Do you have in mind that it might be a percentage of
11:44:34 25   some number rather than a flat dollar amount?
                              Page 98

11:44:41  1   A.  Yes.
11:44:42  2   Q.  A percentage of what?
11:44:45  3   A.  Damages awarded.
11:44:53  4   Q.  So your belief is the incentive fee payable to you
11:44:56  5   could be a percentage of damages awarded to the class; is
11:45:01  6   that right?
11:45:01  7   A.  Yes.
11:45:01  8   Q.  And is that one of the reasons that you agreed to be
11:45:05  9   a named plaintiff here?
11:45:06 10   A.  No.
11:45:07 11   Q.  Was the incentive fee at all a consideration in your
11:45:10 12   mind in agreeing to be a plaintiff?
11:45:12 13   A.  No.
11:45:13 14   Q.  Have you ever been a plaintiff in another case?
11:45:15 15   A.  No.
11:45:15 16   Q.  Have you ever been asked to be a plaintiff in another
11:45:18 17   case?
11:45:19 18   A.  No.
11:45:21 19   Q.  Do you know anyone who's ever been a plaintiff in a
11:45:25 20   case?
11:45:27 21   A.  I don't know.
11:45:29 22   Q.  Do you know who's been a class representative in a
11:45:32 23   case?
11:45:36 24   A.  No.
11:45:37 25   Q.  Do you have any understanding of what the obligations
                              Page 99

11:45:40  1   are of someone who is appointed a representative of a class?
11:45:44  2   A.  Yes.
11:45:45  3   Q.  What's your understanding?
11:45:46  4   A.  To keep the interest of the class in mind, to stay
11:45:50  5   informed and to provide information.
11:45:52  6   Q.  Do you have any understanding of the potential costs
11:45:56  7   of being a class representative?
11:46:03  8       MR. CARPENTER: Objection. Vague and ambiguous as to
11:46:05  9   "costs." Might call for a legal conclusion.
11:46:17 10       THE WITNESS: Sorry. Repeat the question.
11:46:19 11   Q.  BY MR. MITTELSTAEDT: Yeah, any understanding of the
11:46:20 12   potential costs of being a class representative?
11:46:23 13   A.  Yes.
11:46:23 14   Q.  What's your understanding?
11:46:26 15   A.  That there wouldn't be any cost.
11:46:29 16   Q.  That it will be free to you?
11:46:31 17   A.  Yes.
11:46:31 18   Q.  There's only an upside here, as you look at it?
11:46:36 19       MR. CARPENTER: Objection. Misstates her testimony.
11:46:39 20       THE WITNESS: I don't know. I guess. I don't know.
11:46:43 21   Q.  BY MR. MITTELSTAEDT: Do you think you have been
11:46:49 22   damaged?
11:46:49 23   A.  Yes.
11:46:50 24   Q.  By what dollar amount?
11:46:53 25   A.  I don't know how to put a dollar amount on that. I
                              Page 100

11:46:57  1   don't know.
11:46:58  2   Q.  How would you describe the damage to you?
11:47:07  3   A.  Not being able to purchase music files from an
11:47:14  4   alternative site and play it on my iPod as I decide and
11:47:22  5   having to pay a set amount.
11:47:30  6   Q.  Do you think you've overpaid for the music that
11:47:33  7   you've bought from Apple?
11:47:38  8   A.  I think that there are places that I could have
11:47:40  9   obtained it for a less expensive price.
11:47:43 10   Q.  Where?
11:47:46 11   A.  Any other online store, another online store.
11:47:50 12   Q.  Okay. Am I correct from your testimony this morning
11:47:53 13   earlier that you've never looked at another online store; is
11:47:58 14   that correct?
11:47:58 15   A.  I personally have not.
11:48:03 16   Q.  Has anyone told you what the price would be at
11:48:06 17   another online store?
11:48:07 18   A.  Yes.
11:48:07 19   Q.  Who's told you?
11:48:08 20   A.  I don't know. I have heard people talk about it.
11:48:11 21   Q.  Who?
11:48:12 22   A.  Friends, people.
11:48:13 23   Q.  Okay. Can you identify any of them?
11:48:16 24   A.  No.
11:48:16 25   Q.  Can you specify what any of those people have told
                              Page 101

                      25 (Pages 98 to 101)
                        MELANIE TUCKER
```