UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-YGR |
| ) | CLASS ACTION |
| ) | |
| This Document Relates To: ) ) | [PROPOSED] AMENDED ORDER REGARDING PLAINTIFFS' MOTIONS *IN LIMINE* |
| ALL ACTIONS. ) ) | |

980575_1

This matter came before the Court on October 29, 2014, for hearing. Having considered the parties' submissions and for good cause appearing,

IT IS HEREBY ORDERED:

**Plaintiffs' MIL No. 1 (Legality of RealNetworks' Actions):**

Motion taken under advisement, subject to further specified submissions.

**Plaintiffs' MIL No. 2 (Cumulative Expert Testimony):**

Motion taken under advisement. Plaintiffs will reserve their rights at trial with respect to the matters raised by this motion.

**Plaintiffs' MIL No. 3 (Unchallenged Aspects of 7.0 and 7.4):**

Motion withdrawn.

**Plaintiffs MIL No. 4 (Declarations of Unavailable Declarants):**

Motion denied.

**Plaintiffs' MIL No. 5 (Class Certification):**

Motion denied as premature.

**Plaintiffs' MIL No. 6 (Evidence RealNetworks Did Not Sue Apple):**

Motion granted as modified: Court will inform the jury for clarity that RealNetworks is not and never has been a party to this case, and they shall not speculate as to the role or relationship between RealNetworks and Apple.

**Plaintiffs' MIL No. 8 (Treble Damages):**

Motion granted.

**Plaintiffs' MIL No. 9 (Dismissed Claims):**

Motion granted, unless door opened by Plaintiffs.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE