1

2

3

4

5

6

7

8

9

10

11

12         UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA

14             OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER REGARDING REQUEST TO BRING IN EQUIPMENT FOR TRIAL |
| ALL ACTIONS. | |

979583_2

Having considered the parties' submission and request to bring equipment in for trial and good cause appearing, it is hereby ordered the following equipment will be permitted for use at trial:

1.   15 19" LCD Monitors;

2.   1 LG 55" LS57 LED Display;

3.   1 Projector (5000L To 6500L);

4.   1 7x10 Fastfold Screen;

5.   1 Wolfvision Visualizer VZ-8 Plus (document camera);

6.   5 28 inch Ergotron poles for Jury Box;

7.   1 72" Plasma Floor Stand w/poles;

8.   3 DaLite Projection stands (25"x17");

9.   4 Tech Tables (18"x60") with table skirts;

10.  VGA cables;

11.  VGA Switches;

12.  Speakers;

13.  Cases of bottled water;

14.  10 Rolling media/library carts;

15.  Laptops;

16.  Bankers' boxes containing documents and binders;

17.  3 Printers;

18.  3 Bookshelves;

19.  8 iPads;

20.  Flash drives and external hard drives;

21.  Computer mice;

22.  KeyNote/PowerPoint clickers;

23.  Gaffer's tape;

1    24.    Electrical power strips; and

2    25.    Extension cords.

3    IT IS SO ORDERED.

4

DATED: _____    _____

5                                    THE HON. YVONNE GONZALEZ ROGERS
                                     UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28