# EXHIBIT 1

THE KATRIEL LAW FIRM, P.L.L.C.

1101 30TH STREET, NW SUITE 500
WASHINGTON, DC 20007
PH: (202) 625-4342  FAX: (202) 625-6774

January 23, 2006

Robert A. Mittelstaedt, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

**VIA FACSIMILE**

Re:  *Slattery v. Apple Computer, Inc.*

Dear Bob:

Per our e-mail exchanges, enclosed please find Plaintiff's Objections and Responses to the First Set of Requests For Production of Documents to Plaintiff propounded by Apple. Responsive documents have been sent to you this evening via Federal Express overnight delivery for receipt tomorrow morning. In addition to those responsive documents, I am sending you via electronic mail this evening responsive electronic files bearing the file names "SlatteryMUSICMATCHLIBRARY.DDF" and "SlatteryWINDOWSMEDIALIBRARY," which correspond to Mr. Slattery's MusicMatch and Windows Media player libraries in their native formats. These electronic files are being sent to you in the manner in which they are kept in their ordinary course of business, and Mr. Slattery has no paper version of their content.

As with all of Mr. Slattery's discovery responses, he reserves the right to supplement his responses and objections as circumstances warrant. Mr. Slattery's Initial Disclosures are also being sent to you under separate cover. If you should have any questions, please do not hesitate to contact me.

Sincerely,

Roy A. Katriel, Esq.

Cc:  Tracey Strong, Esq.
     Michael Braun, Esq.
     Brian Brooks, Esq.

EXHIBIT
1
Slattery 1-30-06