# BOIES, SCHILLER & FLEXNER LLP

5301 Wisconsin Avenue N.W.   *   Washington, DC 20015-2015   *   PH 202.237.2727   *   FAX 202.237.6131

October 31, 2014

Judge Yvonne Gonzalez Rogers
United States District Court
Northern District California
Oakland Branch
1301 Clay Street
Oakland, CA 94612

    Re:    *Apple iPod iTunes Antitrust Litigation*
             Case No.:  C-05-0037

Dear Judge Gonzalez Rogers:

    At the October 29, 2014 Pretrial Conference, the Court requested a Proposed Form of Order from each party on its motions *in limine*.  The Court asked that the proposed order be "all clear about what has been excluded, what hasn't been excluded" as the order will likely be "referenced frequently during trial[]."  The Court noted that "in light of all of the sub-rulings that were made" at the Pretrial Conference, it would also be "helpful to me to have you articulate what you heard, and then we can confirm what I ordered."  (10/29/2014 Pretrial Conf. Hearing Tr. 180:2–16.)

    Accordingly, Apple submits the attached Proposed Form of Order, which lays out the sub-rulings on Apple's motions *in limine* that the Court made orally at the October 29, 2014 Pretrial Conference; the sub-rulings that Apple believes capture the Court's oral rulings; and the remainder of the relief that Apple seeks through its motions on which the Court deferred judgment.  In summary, we understood that the Court took Motions *in Limine* Nos. 1 through 3 under submission; indicated it took parts of Motion *in Limine* No. 4 under submission, requesting that Apple provide greater specificity as to the material it wishes to exclude; granted Motion *in Limine* No. 5 in part and took the remainder under submission; and granted Motion *in Limine* No. 6 in part, unless Apple opened the door.

    Apple further notes that, in its original Motions *in Limine*, Apple requested that material on pages 64–68, identified by gray highlighting in copies provided to Plaintiffs and the Court, be struck pursuant to each of Motions *in Limine* Nos. 1 and 3.  *See* Dkt. 828, ECF pp. 2–3 (Apple's Proposed Order Regarding Motions *in Limine* Nos. 1–3 (Third Amended)).  Pursuant to the Court's Pretrial Order No. 4, Item 5(a) (Dkt. 866), Apple clarifies that the identified, highlighted material previously submitted to the Court and Plaintiffs from the April 3, 2013 Declaration of Roger Noll (Dkt. No. 740-14) on pages 64–68 should be struck for both the reasons identified in Motion *in Limine* No. 1 and those identified in Motion *in Limine* No. 3.

Judge Yvonne Gonzalez Rogers
October 31, 2014
Page 2

    Please let us know if the Court would like additional information, or information in a different form.

                      Sincerely,

                      */s/ Karen L. Dunn*

                      Karen L. Dunn

cc: Counsel for Plaintiffs (via ECF)