UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** 10/29/14 | **Time:** 9:32am-11:23am; 11:38am-2:02pm; 2:15pm-3:35pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 05-cv-00037-YGR | **Case Name:** The Apple iPod iTunes Anti-Trust Litigation | |

**Attorney for Plaintiff:** Bonnie Sweeney; Francis Balint; Alexandra Bernay; Patrick Coughlin; Carmen Medici; Jennifer Caringal; Steven Judlowski
**Attorney for Defendant:** William Isaacson; Karen Dunn; Martha Goodman; David Kiernan; John Cove

**Deputy Clerk:** Frances Stone          **Court Reporter:** Raynee Mercado


PROCEEDINGS
 PRETRIAL CONFERENCE- HELD
 Motions in Limine- Held

Next date: Friday, 10/31/14 at 8:15am for Further Pretrial Conference.


**Order to be prepared by:** Court


Notes:  20 hours trial time for each side to include opening and closing statements.
         Each side given a copy of the supplemental juror questionnaire.
         Court stated on record at close of hearing the list of "to do" items to be
         completed by counsel.