UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** 10/31/14 | **Time:** 8:25am-8:50am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 05-cv-00037-YGR | **Case Name:** The Apple iPod iTunes Anti-Trust Litigation | |

**Attorney for Plaintiff:** Bonnie Sweeney; Francis Balint; Alexandra Bernay; ; Jennifer Caringal

**Attorney for Defendant:** William Isaacson; Meredith Dearborn; David Kiernan; John Cove

**Deputy Clerk:** Frances Stone          **Court Reporter:** Raynee Mercado

PROCEEDINGS
**FURTHER PRETRIAL CONFERENCE- HELD**

**Next date: Wednesday, 11/12/14 at 9:00am  PST Telephone Conference call.**
**Defense  to provide to counsel and court dial-in number for the conference call.**

**Plaintiff's motion to add Riegel as class representative filed 11/3/14.**
**Apple's Opposition to motion to add; pretrial motion to decertify filed 11/11/4;**
**Plaintiff's reply re motion to add; opposition to decertification filed 11/14/14 by Noon.**
**Apple's reply re decertification filed 11/17/14.**
**Motion Hearing regarding Motion to Add Class Representative; Motion to Decertify: Tuesday, 11/18/14 at 1:00pm**

**Jury Selection will be Wednesday, 11/19/14 at 8:30am for counsel; ( Panel at 9:30am)**
**Opening Statements and Evidence Portion of Trial will begin 12/2/14 at 8:30am. \***


**Order to be prepared by: Court**


**Notes:   \*The 11/10/14 Jury Selection date is VACATED.  Previous Trial dates vacated.**