1 | ROBBINS GELLER RUDMAN
& DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
        – and –
PATRICK J. COUGHLIN (111070)
STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
patc@rgrdlaw.com
sjodlowski@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF MOTION TO ADD CLASS REPRESENTATIVE |
| ALL ACTIONS. | |
| | Date: November 18, 2014 |
| | Time: 1:00 p.m. |
| | Courtroom: 1, 4th Floor |
| | Judge: Hon. Yvonne Gonzalez Rogers |

980981_1

I, Alexandra S. Bernay, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel for Plaintiffs in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion to Add Class Representative.

3. In late September, Plaintiffs first made contact with Mr. Ken Riegel, sole owner of K&N Enterprises, Inc., the owner of Delaware Computer Exchange, through an in-house investigator at my firm. The day after this contact, I had a phone call with Mr. Riegel.

4. I first met with him in person on October 8, 2014.

5. I was the primary attorney responsible for managing the notice process with counsel for Apple and Rust Consulting, Inc., the class administrator.

6. As part of that process, I received reports from Rust regarding the number of notices sent as well as information regarding requests for exclusion.

7. I was informed by Rust that in total, 8,590,040 notices were sent via email or regular mail. Identified resellers received mailed notice (967 mailed notices) and the majority (900) of resellers also received email notice, where email addresses were available.

8. There were 789 requests for exclusion received by Rust.

9. I have reviewed the list of requests for exclusions and there is only one that appears to be from a company, Olympus Imaging America Inc., as opposed to an individual.

10. I reviewed the list of reseller contact information provided by Apple to see whether Olympus Imaging America Inc., appears on the reseller list. That company, and no company containing the word Olympus, appears on the list of resellers provided by Apple.

11. Attached as Exhibit 5 are the requests for production of documents and first set of interrogatories served by Apple at 4:19 p.m. on October 31, 2014.

12. Attached here are true and correct copies of the following documents:

| Exhibit | Document |
|---|---|
| Exhibit 1: | Relevant excerpts from Petition for Permission to Appeal Order Granting Class Certification Federal Rule Of Civil Procedure 23(f), dated December 6, 2011; |
| Exhibit 2: | Relevant excerpts from Reply Brief in Support of Petition for Permission to Appeal Order Granting Class Certification, dated December 22, 2011; |
| Exhibit 3: | Relevant excerpts from Class Plaintiffs' Answer to Apple's Petition for Permission to Appeal Order Granting Class Certification, dated December 19, 2011; |
| Exhibit 4: | Relevant excerpts from the Pretrial Conference Hearing Transcript, held October 29, 2014; |
| Exhibit 5: | Email from Imelda Rivera to Counsel, dated October 31, 2014, attaching First Set of Requests for Production of Documents to Kenneth Riegel and Defendant Apple Inc.'s First Interrogatories to Kenneth Riegel; |
| Exhibit 6: | Relevant excerpts from the Status Conference Hearing Transcript, held October 31, 2014; |
| Exhibit 7: | Long Form Notice; and |
| Exhibit 8: | Notice of Pendency of Class Action. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of November, 2014 at San Diego, California.

                                                s/ Alexandra S. Bernay
                                                ALEXANDRA S. BERNAY

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2  I hereby certify that on November 3, 2014, I authorized the electronic filing of the foregoing
3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to
4 the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I
5 caused to be mailed the foregoing document or paper via the United States Postal Service to the non-
6 CM/ECF participants indicated on the attached Manual Notice List.

   I certify under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct. Executed on November 3, 2014.

       s/ Alexandra S. Bernay
       ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      xanb@rgrdlaw.com

980981_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com,jjordan@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`