1

2

3

4

5

6

7

8

9

10

11

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14                   OAKLAND DIVISION

15  THE APPLE IPOD ITUNES ANTITRUST          )   Lead Case No. C-05-00037-YGR
    LITIGATION                               )
16  _____ )   <u>CLASS ACTION</u>
                                             )
17  This Document Relates To:                )   ~~[PROPOSED]~~ ORDER REGARDING
                                             )   REQUEST TO BRING IN EQUIPMENT
18          ALL ACTIONS.                     )   FOR TRIAL
                                             )
19  _____ )

20

21

22

23

24

25

26

27

28

1    Having considered the parties' submission and request to bring equipment in for trial and

2  good cause appearing, it is hereby ordered the following equipment will be permitted for use at trial:

3      1.      15 19" LCD Monitors;

4      2.      1 LG 55" LS57 LED Display;

5      3.      1 Projector (5000L To 6500L);

6      4.      1 7x10 Fastfold Screen;

7      5.      1 Wolfvision Visualizer VZ-8 Plus (document camera);

8      6.      5 28 inch Ergotron poles for Jury Box;

9      7.      1 72" Plasma Floor Stand w/poles;

10     8.      3 DaLite Projection stands (25"x17");

11     9.      4 Tech Tables (18"x60") with table skirts;

12     10.     VGA cables;

13     11.     VGA Switches;

14     12.     Speakers;

15     13.     Cases of bottled water;

16     14.     10 Rolling media/library carts;

17     15.     Laptops;

18     16.     Bankers' boxes containing documents and binders;

19     17.     3 Printers;

20     18.     3 Bookshelves;

21     19.     8 iPads;

22     20.     Flash drives and external hard drives;

23     21.     Computer mice;

24     22.     KeyNote/PowerPoint clickers;

25     23.     Gaffer's tape;

26

27

28

[PROPOSED] ORDER REGARDING REQUEST TO BRING IN EQUIPMENT FOR TRIAL - C-05-
00037-YGR                                                                - 1 -

1    24.    Electrical power strips; and

2    25.    Extension cords.

3    IT IS SO ORDERED.

4

DATED:  November 4, 2014

5                                          THE HON. YVONNE GONZALEZ ROGERS
                                           UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28