| | |
|---|---|
| 1 | William A. Isaacson (wisaacson@bsfllp.com) |
|   | (Admitted *Pro Hac Vice*) |
| 2 | Karen L. Dunn (kdunn@bsfllp.com) |
|   | (Admitted *Pro Hac Vice*) |
| 3 | Martha L. Goodman (mgoodman@bsfllp.com) |
|   | (Admitted *Pro Hac Vice*) |
| 4 | BOIES, SCHILLER & FLEXNER LLP |
|   | 5301 Wisconsin Ave, NW |
| 5 | Washington, DC 20015 |
|   | Telephone: (202) 237-2727 |
| 6 | Facsimile: (202) 237-6131 |
| 7 | John F. Cove, Jr. #212213 |
|   | (jcove@bsfllp.com) |
| 8 | Meredith R. Dearborn #268312 |
|   | (mdearborn@bsfllp.com) |
| 9 | Maxwell V. Pritt # 253155 |
|   | (mpritt@bsfllp.com) |
| 10 | BOIES, SCHILLER & FLEXNER LLP |
| 11 | 1999 Harrison Street, Suite 900 |
|    | Oakland, CA 94612 |
| 12 | Telephone: (510) 874-1000 |
|    | Facsimile: (510) 874-1460 |
| 13 | |
|    | David C. Kiernan #215335 |
| 14 | (dkiernan@jonesday.com) |
|    | JONES DAY |
| 15 | 555 California Street, 26th Floor |
|    | San Francisco, CA 94104 |
| 16 | Telephone: (415) 626-3939 |
|    | Facsimile: (415) 875-5700 |
| 17 | *Attorneys for Defendant Apple Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No. C 05-00037 YGR |
| | [CLASS ACTION] |
| This Document Relates To: | **DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF APPLE'S REPLY TO MOTION TO PRECLUDE TESTIMONY FROM WITNESSES NOT DISCLOSED PURSUANT TO RULE 26 (DKT. 852)** |
| ALL ACTIONS | |
| | Date: TBD |
| | Time: TBD |
| | Place: Courtroom 1, 4th Floor |
| | Judge: Honorable Yvonne Gonzalez Rogers |

DECL. OF PRITT ISO RULE 37 REPLY                    No. C 05-00037 YGR

# **DECLARATION OF MAXWELL V. PRITT**

I, Maxwell V. Pritt, declare as follows:

1. I am an associate in the law firm of Boies, Schiller & Flexner LLP, and a resident in the firm's office at 1999 Harrison Street, Suite 900, Oakland, California 94612. I am a member in good standing of the Bar of the State of California and represent Apple Inc. ("Apple") in this case.

2. I make this declaration in support of Apple's reply to its motion to preclude witnesses not disclosed pursuant to Rule 26. I have personal knowledge of the facts set forth herein.

3. Attached hereto as **Exhibit H** is an excerpted copy of Apple's February 28, 2008 interrogatory responses that identified authorized iPod resellers, distributors, and/or wholesalers located in the United States who purchased iPods for resale from Apple in FY 2003 through FY 2008 Q2, as maintained by our co-counsel, Jones Day. The exhibit is highlighted for the Court's convenience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of November, 2014, at Oakland, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Maxwell V. Pritt*
　　　　　　　　　　　　　　　　　　　　　　　　　　Maxwell V. Pritt