William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
Maxwell V. Pritt #253155
(mpritt@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION] |
| This Document Relates To:<br><br>ALL ACTIONS | [PROPOSED] **ORDER GRANTING APPLE'S MOTION TO PRECLUDE TESTIMONY FROM WITNESSES NOT DISCLOSED PURSUANT TO RULE 26 (DKT. 852)**<br><br>Date:    TBD<br>Time:    TBD<br>Place:   Courtroom 1, 4th Floor<br>Judge:   Honorable Yvonne Gonzalez Rogers |

1  This matter came before the Court on Defendant Apple Inc.'s ("Apple") Motion To
2  Preclude Testimony From Witnesses Not Disclosed Pursuant To Rule 26.  Having considered the
3  parties' submissions and argument at the October 29, 2014 Pretrial Conference, and for good cause
4  appearing,

5  IT IS HEREBY ORDERED that Apple's Motion To Preclude Testimony From Witnesses
6  Not Disclosed Pursuant To Rule 26 is GRANTED IN PART AND DENIED IN PART.  Plaintiffs
7  are precluded from calling Kenneth Riegel as witness at trial pursuant to Federal Rule of Civil
8  Procedure 37(c)(1).  Plaintiffs did not disclose Mr. Riegel pursuant to Federal Rule of Civil
9  Procedure 26(a) or (e) until the eve of trial in this nine-year old litigation, almost four years after
10 the close of discovery.  Plaintiffs have failed to establish that their failure to disclose Mr. Riegel
11 was either substantially justified or harmless, and therefore his testimony will be excluded.  As the
12 Court ruled in its Pre-Trial Order No. 4 (Dkt. 866 at 2) (Oct. 31, 2015), Apple's motion is denied
13 as moot to the extent it seeks to preclude the testimony of Stefan Roever, who Plaintiffs agreed to
14 withdraw.

16  IT IS SO ORDERED.

18  Dated: _____, 2014      _____
19                                    Hon. Yvonne Gonzalez Rogers
                                      U.S. DISTRICT COURT JUDGE

1

[PROPOSED] ORDER RE: APPLE'S MTN TO PRECLUDE                    No. C 05-00037 YGR