William A. Isaacson (Admitted Pro Hac Vice)
wisaacson@bsfllp.com
Karen L. Dunn (Admitted Pro Hac Vice)
kdunn@bsfllp.com
Martha L. Goodman (Admitted Pro Hac Vice)
mgoodman@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. (State Bar No. 212213)
jcove@bsfllp.com
Meredith R. Dearborn (State Bar No. 268312)
mdearborn@bsfllp.com
Maxwell V. Pritt (State Bar No. 243155)
mpritt@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **The Apple iPod iTunes Antitrust Litigation** | Case No. 05-cv-00037-YGR<br><br>**DECLARATION OF DAVID C. KIERNAN REGARDING APPLE INC.'S INDEX OF DOCUMENTS RELATING TO THE DIGITAL MILLENNIUM COPYRIGHT ACT**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers |

I, David C. Kiernan, declare as follows:

1. I am a partner in the law firm of Jones Day, located at 555 California Street, 26th Floor, San Francisco, CA 94104. I submit this declaration in support of Apple's Index of Documents Relating to the Digital Millennium Copyright Act. The facts stated in this declaration are true and based upon my own personal knowledge.

2. Attached as **Exhibit 1** is a true and correct copy of an internal email bearing Bates-numbers Apple_AIIA00090441–943 and marked as Trial Exhibit 2139, sent by Eddy Cue to Philip Schiller.

3. Attached as **Exhibit 2** is a true and correct copy of an internal email bearing Bates-numbers Apple_AIIA00093875–76 and marked as Trial Exhibit 2141, sent by Steve Jobs to various Apple employees.

4. Attached as **Exhibit 3** is a true and correct copy of Exhibit 7 to the Deposition of Steve Jobs, a CNETNews.com article titled, "RealNetworks Breaks Apple's Hold on iPod."

5. Attached as **Exhibit 4** is a true and correct copy of an email bearing Bates-numbers Apple_AIIA01384977–78, sent by Zach Horowitz to Steve Jobs.

6. Attached as **Exhibit 5** is a true and correct copy of Exhibit 6 to the Deposition of Steve Jobs, of press release issued July 29, 2004 by Apple Inc.

7. Attached as **Exhibit 6** is a true and correct copy of this Court's Order Consolidating Related Cases, filed at Dkt. 106 on March 21, 2007.

8. Attached as **Exhibit 7** is a true and correct copy of Plaintiffs' Consolidated Compliant, filed at Dkt. 107 on April 19, 2007.

9. Attached as **Exhibit 8** is a true and correct copy of Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, filed at Dkt. 165 on July 21, 2008.

10. Attached as **Exhibit 9** is a true and correct copy of Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings, filed at Dkt. 209 on March 2, 2009.

11. Attached as **Exhibit 10** is a true and correct copy of this Court's Order Granting in Part Defendants' Motion for Judgment on the Pleadings, filed at Dkt. 213 on May 15, 2009.

1    12.    Attached as **Exhibit 11** is a true and correct copy of Apple's Responses to Plaintiffs' Amended First Set of Requests for Production, served July 20, 2009.

2    13.    Attached as **Exhibit 12** is a true and correct copy of Plaintiffs' Opposition to Apple's Motion for Judgment on the Pleadings as to Plaintiffs' Rule of Reason Tying Claim, filed at Dkt. 230 on August 27, 2009.

3    15.    Attached as **Exhibit 13** is a true and correct copy of Apple's privilege log, served on October 16, 2009.

4    16.    Attached as **Exhibit 14** is a true and correct copy of this Court's Order Granting Apple's Motion for Judgment on the Pleadings, filed at Dkt. 274 on October 20, 2009.

5    17.    Attached as **Exhibit 15** is a true and correct copy of this Court's Order Decertifying Classes without Prejudice to Being Renewed, filed at Dkt. 303 on December 21, 2009.

6    18.    Attached as **Exhibit 16** is a true and correct copy of Plaintiffs' Amended Consolidated Complaint, filed at Dkt. 322 on January 26, 2010.

7    19.    On April 22, 2010 I participated in a telephonic meet-and-confer conference with Thomas R. Merrick, counsel for Plaintiffs. One of the issues Mr. Merrick and I discussed was Plaintiffs' request for technical documents and source code relating to certain modifications to FairPlay in response to the various hacks that attempted to circumvent FairPlay's DRM technology. Mr. Merrick argued that Plaintiffs were entitled to the technical documents and source code to determine whether hacker programs that circumvented FairPlay violated the DMCA. Ultimately, Apple produced the technical documents and source code requested by Plaintiffs.

8    20.    Attached as **Exhibit 17** is a true and correct copy of correspondence I received from Mr. Merrick, dated April 23, 2010 regarding the April 22 telephonic meet-and-confer conference.

9    21.    Attached as **Exhibit 18** is a true and correct copy of correspondence from I sent to Mr. Merrick on April 27, 2010 regarding the April 22 telephonic meet-and-confer conference.

10   22.    Attached as **Exhibit 19** is a true and correct copy of correspondence from Mr.

Merrick, dated May 3, 2010.

23. Attached as **Exhibit 20** is a true and correct copy of correspondence from Thomas R. Merrick to David C. Kiernan, dated July 15, 2010.

24. On July 23, 2010 I participated in a further meet-and-confer conference with Mr. Merrick. At that conference, I informed Mr. Merrick that Apple would produce non-privileged documents in its possession relating to RealNetworks and/or Harmnony, including specification documents, design documents, and diagrams regarding changes to FairPlay in response to Harmony. I also informed Mr. Merrick that in lieu of producing FairPlay's source code, Apple would produce a document that described the incremental changes to FairPlay in response to hacker programs that circumvented FairPlay. After additional meet and confers over the issue, Apple ultimately produced among other things (i) documents related to RealNetworks, Harmony and other programs that circumvented FairPlay; and (ii) technical documents and source code for FairPlay, and the challenged updates to FairPlay, iTunes software, and iPod firmware. Together, such documents illustrated Apple's analysis of, responses to, and deliberations regarding programs that compromised the integrity of Apple's FairPlay DRM technology.

25. Attached as **Exhibit 21** is a true and correct copy of correspondence, dated July 26, 2010, I sent to Mr. Merrick regarding the July 23, 2010 meet-and-confer conference.

26. Attached as **Exhibit 22** is a true and correct copy of Apple's First Amended Answer and Defenses to Plaintiffs' Consolidated Complaint, filed at Dkt. 390 on September 24, 2010.

27. Attached as **Exhibit 23** is a true and correct copy of excerpts from the Deposition of Jeffrey Robbin, taken December 3, 2010.

28. Attached as **Exhibit 24** is a true and correct copy of Plaintiff Somtai Troy Charoensak's Response to Apple Inc.'s First Set of Interrogatories, served December 16, 2010.

29. Attached as **Exhibit 25** is a true and correct copy of Plaintiff Marianna Rosen's Response to Apple Inc.'s First Set of Interrogatories, served December 16, 2010.

30. Attached as **Exhibit 26** is a true and correct copy of Plaintiff Melanie Tucker's Response to Apple Inc.'s First Set of Interrogatories, served December 16, 2010.

31. Attached as **Exhibit 27** is a true and correct copy of excerpts from the Deposition of Eddy Cue, taken December 17, 2010.

32. Attached as **Exhibit 28** is a true and correct copy of the Apple's Redacted Renewed Motion for Summary Judgment, filed at Dkt. 473 on January 18, 2011. Portions of this document were previously lodged under seal and that motion was granted by the Court on March 11, 2011 at Dkt. 524.

33. Attached as **Exhibit 29** is a true and correct copy of excerpts of the Declaration of Jeffrey Robbin filed in support of Apple's Renewed Motion for Summary Judgment. This document was previously lodged under seal at Dkt. 468 on January 18, 2011. That motion was granted by the Court on March 11, 2011 at Dkt. 524.

34. Attached as **Exhibit 30** is a true and correct copy of Plaintiffs' Redacted Notice of Motion and Renewed Motion for Class Certification and Appointment of Lead Class Counsel, filed at Dkt. 486 on January 25, 2011. Portions of this document were previously lodged under seal and that motion was granted by the Court on March 11, 2011 at Dkt. 525.

35. Attached as **Exhibit 31** is a true and correct copy of Plaintiffs' Redacted Opposition to Apple's Renewed Motion for Summary Judgment, filed at Dkt. 514 on February 28, 2011. Portions of this document were previously lodged under seal and that motion was granted by the Court on March 11, 2011 at Dkt. 527.

36. Attached as **Exhibit 32** is a true and correct copy of Plaintiff Mariana Rosen's Additional Objections and Responses to Defendant Apple Inc.'s First Interrogatories, served March 7, 2011.

37. Attached as **Exhibit 33** is a true and correct copy of Plaintiff Melanie Tucker's Additional Objections and Responses to Defendant Apple Inc.'s First Interrogatories, served March 7, 2011.

38. Attached as **Exhibit 34** is a true and correct copy of Plaintiff Somtai Troy Charoensak's Additional Objections and Responses to Defendant Apple Inc.'s First Interrogatories, served March 7, 2011.

39. Attached as **Exhibit 35** is a true and correct copy of Apple's Redacted Reply In

1  Support of its Renewed Motion for Summary Judgment, filed at Dkt. 546 on March 28, 2011.
2  Portions of this document were previously lodged under seal and that motion was granted by the
3  Court on April 1, 2011 at Dkt. 560.

4      40. Attached as **Exhibit 36** is a true and correct copy of excerpts from the Deposition
5  of Steve Jobs, taken April 12, 2011.

6      41. Attached as **Exhibit 37** is a true and correct copy of this Court's Order Granting in
7  Part and Denying in Part Apple's Motion for Summary Judgment, filed at Dkt. 627 on May 19,
8  2011.

9      42. Attached as **Exhibit 38** is a true and correct copy of the Redacted Expert Report of
10  David M. Martin, Jr., Ph.D., dated April 8, 2013.  Portions of this document were previously
11  lodged under seal at ECF No. 819-2.  That motion to seal is still pending.

12      43. Attached as **Exhibit 39** is a true and correct copy of the Redacted Expert Report of
13  Dr. John P.J. Kelly, dated July 19, 2013.  Portions of this document were previously lodged under
14  seal at ECF No. 819-4.  That motion to seal is still pending.

15      44. Attached as **Exhibit 40** is a true and correct copy of excerpts from the Deposition
16  of Dr. John P.J. Kelly, taken October 2, 2013.

17      45. Attached as **Exhibit 41** is a true and correct copy of the Redacted Rebuttal Expert
18  Report of David M. Martin, Jr., Ph.D., dated October 30, 2013.  Portions of this document were
19  previously lodged under seal at ECF No. 819-8.  That motion to seal is still pending.

20      46. Attached as **Exhibit 42** is a true and correct copy of Apple's Proposed Jury
21  Instruction No. 38, excerpted from Dkt. 847 which was filed on October 22, 2014.

22      Executed this 4th day of November, 2014 in San Francisco, California.

25          */s/ David C. Kiernan*
        David C. Kiernan

28  SFI-620875826v2