# EXHIBIT 29

Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
Craig E. Stewart #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION.<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 JW (HRL)<br><br>[CLASS ACTION]<br><br>**DECLARATION OF JEFFREY ROBBIN IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       April 18, 2011<br>Time:       9:00 a.m.<br>Courtroom: 8, 4th Floor<br><br>**DOCUMENT FILED UNDER SEAL** |

I, Jeffrey Robbin, declare as follows:

1. I am the Vice President of iTunes and Apple TV Engineering at Apple Inc. I participated in developing the FairPlay Digital Rights Management technology and responding to

- 1 -

Robbin Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)

the keybags did not have additional encryption. Thus, if a hacker were able to crack the keybag (e.g., by reverse engineering or using other techniques to derive the key to decrypt the keybag), it could obtain all the "account keys" and use them to decrypt the protected songs. The hacker could then share the unprotected songs over the Internet.

20.     Second, before the release of iTunes 6.0, when a customer purchased a song from iTS, iTunes delivered the encrypted song from the server to the customer's computer and separately transferred a "download key" to decrypt the song. iTunes immediately decrypted the song using the "download key" and then re-encrypted the song to the customer's "account key." The process of re-encrypting to the "account key" is referred to as "transcription." In essence, iTunes applied FairPlay after the music was downloaded to iTunes. *See generally* Exs. 4-5. If a hacker intercepted the song and "download key" before the song reached iTunes, it would be able to decrypt the song before iTunes applied FairPlay.

### Updates To FairPlay To Stop Hacks

21.     In April 2003, Apple launched iTS with FairPlay as the "security solution." Almost from inception, hackers attacked FairPlay seeking to circumvent it and evade the labels' usage restrictions. *See, e.g.*, Ex. 6. Hackers used various techniques to enable piracy and evade the usage restrictions.

22.     The hackers reverse engineered FairPlay and/or used other tools (e.g., crypto-analysis, static analysis, etc.) to decipher how it worked and where it hid keys. In some cases, the hackers devised a way to decrypt the keybag and obtain the "account keys" to decrypt the songs. In others, the hackers wrote programs to intercept and copy the songs before iTunes applied FairPlay to the music. The hackers then published various programs on the Internet, which allowed users to strip or circumvent the content protection required by the labels and facilitated sharing copies of the songs over the Internet.

23.     In the fall of 2003 and the spring of 2004, the attacks by hackers substantially increased in frequency. For example, an individual referred to as DVD Jon published QTFairUse in the fall of 2003. This program circumvented FairPlay by copying the song after it had been decrypted for playback. *See, e.g.*, Ex. 7.

- 7 -

Robbin Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)

24. QTFairUse was followed by DeDRMS, which devised a way to obtain the "account key" from the keybag. *See, e.g.*, Ex. 8.

25. Other programs during this period included PlayFair and FairTunes. PlayFair cracked the iPod keybag, obtained the "account key," and then used it to decrypt the song for playback. *See, e.g.*, Ex. 9. FairTunes evidently converted protected songs into an uncompressed, unprotected file, which could then be used without restriction. *See, e.g.*, Ex. 3A-B. The FairTunes download site included a hyperlink to the file-sharing site BitTorrent and told users to "keep BitTorrent open to allow others to download as well." *See, e.g.*, Ex. 3A.

26. Whatever their method, each of these hacks circumvented the content protection required by the labels, allowing unrestricted copying of the music files and the ability to give them to others.

27. In response to hacks, the record labels wrote or called Apple, demanding to know the steps Apple was taking to stop them from circumventing FairPlay as required by the Agreements. *See e.g.*, Exs. 10-16. For example, soon after PlayFair was published, Universal wrote to Apple that it was "increasingly concerned about [PlayFair's] breach of the Fairplay security system" and asked "what steps [Apple was] taking to mitigate the spread of the attach [sic] and also close the hole it has exposed." *See* Ex. 12.

28. In accordance with the terms of the Agreements, Apple issued updates to FairPlay and iTunes to stop the hacks, restore the requisite level of content protection, and improve FairPlay in an attempt to stay ahead of other potential hacks. The updates mentioned below accomplished this by, for example, improving the manner in which the keybag was encrypted or changing or obscuring the location of the keys. These improvements meant that the existing hacks would no longer work.

29. As Apple introduced updates to restore and improve FairPlay, hackers became more sophisticated. They released new hacks that circumvented the updates, requiring Apple to issue additional updates to FairPlay. I believe that they used tools to identify the precise changes made to FairPlay and then attacked or circumvented those changes. It was a continual cat-and-

1  mouse game, except that the stakes were high because the labels had a contractual right to
2  withhold their music from Apple if Apple were unable to cure security breaches. *See* Ex. 1, ¶ 9.
3      30.    As discussed above paragraph 25, in early 2004, PlayFair had devised a way to
4  obtain the "keybag key" to gain unauthorized access to the keybag and then obtain and use the
5  "account key" to strip off the content protection. Apple issued an update in iTunes 4.5 to stop the
6  PlayFair hack that, among other things, added protection to the keybag to prevent PlayFair from
7  stealing the "account keys." PlayFair was immediately followed by another hack, this one called
8  Hymn. Hymn operated in the same way—it broke into the keybag and obtained the "account
9  keys." *See, e.g.*, Ex. 17. Notably, Hymn could obtain "account keys" from either the keybag on
10 the customer's computer (Windows but not Mac) or the keybag on the iPod. *See* Ex. 17A.
11     31.    Hymn's authors evidently had reverse engineered the "keybag key" that protected
12 the keybag on Windows-based machines. *Id.* Hymn's announced purpose, as stated in its online
13 manual, was "to free … iTunes Music Store purchases from Apple's 'FairPlay' DRM scheme."
14 Hymn's manual proclaimed that Apple's process by which the "keybag key" was "generated had
15 been reverse engineered." *Id.* The manual admitted that "according to the DMCA [Hymn was]
16 in the wrong." *Id.*
17     32.    In response to Hymn, on June 9, 2004, Apple issued another update to FairPlay in
18 iTunes 4.6. This update to FairPlay prevented playback and transfers to iPods of music that had
19 been hacked—*i.e.*, music from which FairPlay had been stripped by Hymn.
20     33.    I understand that the anonymous person behind Hymn responded by issuing an
21 updated version of Hymn to circumvent the changes made in iTunes 4.6. *See, e.g.*, Ex. 18.
22     34.    Another hack was FairKeys, which attacked the communication protocol between
23 iTunes and Apple's servers. Specifically, FairKeys logged onto Apple's servers and obtained the
24 "account keys" to decrypt the music. *See, e.g.*, Ex. 19.
25                    **FairPlay Redesign In iTunes 4.7**
26     35.    By May 2004, to respond to the existing hacks (*i.e.*, FairKeys and Hymn) and
27 improve FairPlay in an attempt to stop or slow down the cat-and-mouse game, Apple had begun a
28 wholesale redesign of FairPlay. *See, e.g.*, Exs. 20-21. The redesign included changes to virtually

- 9 -

Robbin Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)

writing the embedded keybag, iTunes used a public key to encrypt the "key protection key." Only the iPod had the private key to decrypt the "key protection key."

39. This fundamentally changed the way that FairPlay encrypted and decrypted the iPod keybag, which would stop programs like Hymn and make it more difficult for hackers to crack FairPlay in the future. *See, e.g.*, Ex. 23 (discussion on the Hymn forum noting that the new embedded keybag prevented Hymn/JHymn from stealing the "account keys" from the iPod and that the keybag "will likely require DVD Jon or someone else to disassemble iTunes on the PC to get the new algorithm for this file [which will be] a bit of a daunting task."). Because Hymn did not have the private key to decrypt the "key protection key," it could not decrypt the "account key" and ultimately the music.

40. The redesigned version of FairPlay was included in iTunes 4.7, released in October 2004, which also included new features for iTunes and bug fixes. Corresponding updates to the iPod's firmware (the software on the iPod that plays the music) were released on a rolling basis beginning at the same time.

### Additional Hacks

41. In late 2004, JHymn (a later version of the Hymn program that had been disabled by FairPlay's redesign) was released. *See, e.g.*, Ex.2A-B. JHymn's website promoted: "Set your iTunes music free; Remove DRM restrictions without loss of sound quality. . . . Here's the ideal experience that I'd like JHymn to provide: You buy some new music through iTunes, you run JHymn — hopefully do no more than click one or two buttons — and when you quit JHymn and go back to iTunes, all of your DRM-protected music has been seamlessly replaced by unlocked, DRM-free music . . . . For convenience, I'm using the terms *locked* and *unlocked* to mean protected by DRM and free from DRM, respectively." *See id.*

42. In early 2005, DVD Jon released PyMusique which intercepted the music before the iTunes process of decrypting the song and re-encrypting it to the "account key" described in paragraph 20 above. *See, e.g.*, Exs. 24, 25A, 25B. It did this by tricking the iTS servers to send the songs and "download keys" directly to PyMusique. PyMusique then decrypted the song with the "download key" before iTunes re-encrypted it to the customer's "account key." *See, e.g., id.*

- 11 -

Robbin Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)

43. As before, the new hacks prompted demands from the labels for the status of Apple's steps to close them. *See, e.g.*, Ex. 26 ("Are you aware of [JHymn]? If not, I am sure it is of GREAT interest and concern to Apple."); Ex. 27 ("Can you pls let me know what Apple is doing about hymn"); Ex. 28 ("[We] [n]eed to bring this to your attention again. We're still seeing a lot of articles (e.g., below) and hearing a great deal on college campuses about iTunes Rendezvous sharing, used in conjunction with these types of iTunes hacks. This continues to be a very significant problem for us as we make the rounds across the country to campuses to educate them about authorized subscription services and download stores. . . . what is being done about the hacks, like MyTunes, Our Tunes, Access Tunes and JHymn? **We need to see a real plan of attack here.**") (emphasis added); Ex. 29 (in response to PyMusique, "this is very concerning. Can you give us any information on it? . . . [A]ny info or updates you can share would be great. Management would like to know what's going on. Thanks."); Ex. 30 (in response to PyMusique, "I came across the enclosed article this weekend about a breach to the Apple iTunes DRM, which sounds serious. How are you reacting?").

44. To stop JHymn and PyMusique, Apple required customers who wanted to continue buying music from iTS to update to the then-current version of iTunes 4.7. *See, e.g.*, Exs. 29-30. As discussed in paragraphs 35-40 above, iTunes 4.7 included changes designed to prevent hacks like PyMusique from intercepting music before the iTunes transcription process and hacks like JHymn that stole "account keys" from the iTunes and iPod keybags.

45. Within weeks, however, PyMusique and JHymn appeared to have been updated and re-released to overcome iTunes 4.7. *See, e.g.*, Exs. 31-32. With respect to PyMusique, DVD Jon circumvented the anti-piracy code ▮. He evidently learned the code added ▮ and then copied that code into PyMusique so that it could perform the functions protected by ▮. *See, e.g.*, Exs. 25, 33. DVD Jon also released a program, JusteTune, that (i) used an updated version of his earlier hack FairKeys to obtain the "account keys" directly from Apple's servers and (ii) used DeDRM to obtain the "account key" to decrypt the SInf and thus the song. *See, e.g.*, Ex. 33. ▮ examined these hacks and provided recommendations for updates to FairPlay. *See* Exs. 25, 33.

Robbin Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)

46. The labels again demanded to "know as soon as possible what steps [were] being taken." Ex. 32; *see also*, Ex. 34 ("Is anything being done to address the Hymn/JHymn crack?").

47. The new version of FairPlay included with the release of iTunes 6.0 closed the existing hacks. It included an improved FairPlay architecture on the iTunes software that, among other things, removed the transcription from iTunes described in paragraph 20 above. Thus, after iTunes 6.0, FairPlay was applied at the server level and not by iTunes on the desktop—*i.e.*, iTunes no longer decrypted and re-encrypted the song. In addition, ▮▮▮ provided tools to make it more difficult for hackers to find and obtain the decryption keys. After iTunes 6.0, programs like PyMusique and JusteTune could no longer obtain the keys from Apple's servers and programs like Hymn/JHymn and its predecessors could no longer steal the "account keys" from the local keybags. *See, e.g.*, Ex. 35 (Hymn forum noting that iTunes 6.0 blocked Hymn/JHymn).

48. In 2006, a hacker released QTFairUse6, which copied a decrypted version of the song stored in temporary memory after QuickTime decrypted the song for playback. *See, e.g.*, Ex. 36. By doing so, this hack allowed users to share the music with others without restriction. Apple released an update in iTunes 7.0 in an attempt to stop QTFairUse6.

### DRM Team

49. As the number of hacks grew from 2003 through early 2005, my team spent an increasing amount of time working on updating and improving FairPlay, which took away time from working on new features and improvements to iTunes. Ultimately, Apple decided to establish a dedicated DRM team. On April 11, 2005, Apple hired Augustin Farrugia to head that team. Mr. Farrugia designed the architectural changes to FairPlay included in iTunes 6.0 and the update included in iTunes 7.0 described above.

### Harmony

50. In late July 2004, RealNetworks announced its Harmony technology, claiming that Harmony would allow users to buy music from RealNetworks' online store, protected by its own DRM, and play it on various devices including iPods. The iPods' firmware did not support DRM other than FairPlay and thus could not have known how to play songs protected by RealNetworks

- 13 -

Robbin Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)

1  Apple did not require that all customers wishing to purchase from iTS upgrade to iTunes 4.7 until
2  March 2005, five months after iTunes 4.7 was released. The upgrade was required to address the
3  PyMusique hack mentioned above. *See, e.g.*, Exs. 28-29.

5  I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.
7  Executed this 19 day of January 2011 in Cupertino, California.

*/s/ Jeffrey Robbin*
Jeffrey Robbin

SFI-659104v3

- 19 -

Robbin Decl. ISO Defendant's
Renewed Motion for Summary Judgment
C 05 00037 JW (HRL)