# EXHIBIT 39

Robert A. Mittelstaedt  #60359
ramittelstaedt@jonesday.com
Craig E. Stewart  #129530
cestewart@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION.** | **Lead Case No. C 05-00037 YGR** |
| This Document Relates To: | **[CLASS ACTION]** |
| ALL ACTIONS | **EXPERT REPORT OF DR. JOHN P. J. KELLY** |
| | **CONFIDENTIAL ATTORNEYS EYES ONLY** |

I.     INTRODUCTION ...................................................................................... 1

    A.    Background .................................................................................... 1

    B.    Assignment ................................................................................... 1

II.    TECHNICAL OVERVIEW ....................................................................... 5

    A.    The iTunes Ecosystem ................................................................. 5

    B.    FairPlay ...................................................................................... 15

         1.    FairPlay in iTunes 4.5.0 and 4.6.0 ......................................... 17

         2.    FairPlay in iTunes 4.7.0 ......................................................... 20

         3.    FairPlay Introduced With iTunes 7.0 ..................................... 26

    C.    iTunes Database .......................................................................... 36

         1.    Overview of the iTunes Database ........................................... 37

         2.    Improvements to the iTunes Database Introduced With iTunes 7.4 ......... 41

    D.    Products Without Keybag and/or Database Verification ..................................... 43

         1.    Keybag Verification ............................................................... 43

         2.    Database Verification ............................................................. 46

    E.    Attacks on FairPlay Continued After iTunes 4.7 ................................................. 50

III.   HARMONY ............................................................................................ 51

IV.   THIRD PARTY JUKEBOX COMPATIBILITY PROBLEMS ..................................... 56

    A.    Overview Of Software Development Process ...................................................... 56

    B.    There Is Overwhelming Evidence Of Third Party Jukebox Bugs......................... 62

V.    WINAMP COMPATIBILITY ISSUES.......................................................... 65

    A.    ml_ipod Plugin........................................................................... 67

         1.    ml_ipod Plugin Overwrites iTunes Data................................ 67

         2.    ml_ipod Plugin Deletes iTunes Playlists................................ 69

         3.    ml_ipod Plugin Prevents The iPod From Playing Videos ........ 70

         4.    ml_ipod Plugin Deletes On-The-Go Playlists......................... 72

         5.    ml_ipod Plugin Truncates The iTunes Database When The Disk Is Full ............ 74

         6.    Other Issues and Customer Complaints About ml_ipod.......................... 75

    B.    pmp_ipod Plugin......................................................................... 76

|   |   | 1. | pmp_ipod Plugin Deletes On-The-Go Playlists | 76 |
|---|---|----|----|----|
|   |   | 2. | pmp_ipod Plugin May Leave The iTunes Database In An Inconsistent State | 79 |
|   |   | 3. | Other Issues and Customer Complaints About pmp_ipod | 79 |
| VI. |   |   | REALPLAYER WITH HARMONY COMPATIBILITY ISSUES | 81 |
|   | A. |   | iTunes Database Contents Are Inconsistent | 84 |
|   | B. |   | Playlists Are Corrupted | 85 |
|   | C. |   | RealPlayer Deletes On-The-Go Playlists | 89 |
|   | D. |   | RealPlayer Creates Zero Length Database When Disk Is Full | 93 |
|   | E. |   | RealPlayer Crashes Cause Music To Disappear | 96 |
|   | F. |   | RealPlayer does not handle special characters in song tags | 97 |
|   | G. |   | RealPlayer Leaves Orphan Files On The iPod | 99 |
|   | H. |   | RealPlayer Does Not Support The iPod Video | 100 |
|   | I. |   | Other Customer Complaints | 103 |
| VII. |   |   | APPLE AND THIRD PARTIES WOULD HAVE HAD TO WORK TOGETHER | 104 |
| VIII. |   |   | ADVANTAGES OF A "WALLED GARDEN" | 107 |
| IX. |   |   | OTHER TOPICS | 111 |

# I.    Introduction

I, Dr. John P. J. Kelly, declare as follows:

1.    I have been retained by counsel for Apple Inc. ("Apple"), to provide assistance in the above-captioned case.  I am the principal of Kelly Computing, Inc. (d/b/a Kelly Technology Group), 830 Park Lane, Santa Barbara, CA 93108.

## A.    BACKGROUND

2.    I previously submitted a declaration in this matter:  Declaration of Dr. John P. J. Kelly In Support of Defendant's Renewed Motion For Summary Judgment (hereinafter the "Kelly Declaration").  I have described my background and qualifications in the Kelly Declaration.  Attached hereto as Exhibit A is a true and correct copy of my Curriculum Vitae.

3.    A listing of testimony that I have provided in the last four years and my compensation is attached hereto as Exhibit B.  I am being compensated for my time spent in connection with this case.  I have no financial interest in the outcome of this case.

## B.    ASSIGNMENT

4.    Counsel for Apple asked me to examine (1) the changes made to Apple's FairPlay DRM technology introduced through iTunes 4.7, including the new embedded keybag, and analyze (i) whether those changes made FairPlay less susceptible to attack and (ii) why they blocked RealNetworks' Harmony technology; (2) the keybag verification code and database verification code; (3)  the risks that third-party applications like RealPlayer with Harmony, Winamp and others created for the proper operation of the iPod and iTunes; and (4) what it would

entail for Apple to ensure that RealPlayer with Harmony technology would continue to work in light of the changes to FairPlay including those in iTunes 4.7. In addition, counsel for Apple asked me to evaluate and respond to the opinions set forth the in the Declaration Of David F. Martin In Support Of Plaintiffs' Opposition To Apple's Motion For Summary Judgment and Expert Report of David M. Martin.

5. I considered the following materials in preparing this declaration:

- Source code and change logs for FairPlay included in iTunes 4.5.0, 4.6.0, 4.7.0, 4.7.1, 4.8.0, 4.9.0, 5.0.0, 5.0.1;

- Source code for FairPlay 3_0_2 (used in iTunes 6.0.2 and 6.0.5), FairPlay 3_2-024 (used in iTunes 7.0), FairPlay 3_5-013 (used in iTunes 7.3), FairPlay-3_6-009 (used in iTunes 7.4), FairPlay 3_2-Hermes-011 (used in the firmware of iPod classic 5th generation), FairPlay 3_5-iPod-009 (used in firmware of the iPod nano 3rd generation and iPod classic 6th generation);

- Technical descriptions of FairPlay;

- Source code for iTunes 4.5.0, 4.6.0, 4.7.0, 4.7.1, 4.8.0, 4.9.0, 5.0.0, 5.0.1, 6.0.0, 6.0.1, 6.0.2, 6.0.3, 6.0.4, 6.0.5, 7.0.0, 7.0.1, 7.0.2, 7.1.0, 7.1.1, 7.2.0, 7.3.0, 7.3.1, 7.3.2, 7.4.0;

- Source code for the firmware of the iPod classic 3rd generation (Q14), iPod nano 1st generation (M26), iPod nano 2nd generation (N36);

- Source code for Horus (M25) GM (firmware of the iPod classic 5th generation);

- Source code for change CL84714 (firmware of the iPod nano 3rd generation and iPod classic 6th generation);

- Source code for versions 1.1.4 and 1.1.5 of the firmware for the iPod shuffle 1st generation (Q98), versions 1.0.1, 1.0.2, 1.0.3 and 1.0.4 of the firmware for the

iPod shuffle 2nd generation (N98), and versions 1.0 and 1.0.1 of the firmware for the iPod shuffle 3rd generation (D98);

- Declaration of Jeffrey Robbin in Support of Defendant's Motion to Dismiss or in The Alternative Motion For Summary Judgment dated February 11, 2010;

- Declaration of Jeffrey Robbin in Support of Defendant's Renewed Motion For Summary Judgment ("Robbin Decl.");

- Declaration of Augustin Farrugia in Support of Defendant's Renewed Motion For Summary Judgment ("Farrugia Decl.");

- Supplemental Declaration of Augustin Farrugia dated July 2, 2013 ("Farrugia Suppl. Decl.");

- Deposition Of Jeffrey L. Robbin On Behalf Of Apple, Inc., December 3, 2010 ("Robbin Dep. Tr.");  Deposition Of David K. Heller On Behalf Of Apple, Inc., December 15, 2010 ("Heller Dep. Tr."); Deposition Of Augustin J. Farrugia On Behalf Of Apple, Inc., December 8, 2010 ("Farrugia Dep. Tr.");

- Discussion with Dave Heller on 02/17/2011;

- Discussion with Augustin Farrugia and G.P. Fasoli on 02/17/2011;

- Declaration Of David F. Martin In Support Of Plaintiffs' Opposition To Apple's Motion For Summary Judgment (hereinafter the "Martin Decl.") and the materials cited therein;

- Expert Report of David M. Martin Jr., Ph.D. dated April 8, 2013 ("Martin Report") and the materials cited therein;

- Deposition of David Martin on March 18, 2011;

- Deposition of David Martin on May 9, 2013;

- Plaintiffs' Memorandum In Opposition To Apple's Motion For Summary

Judgment and exhibits thereto;

- Documents produced by Apple in this case;

- Publicly available documents; and

- Other documents as cited in this report and its exhibits.

6.    I also examined the following iPods.

| Model (Name, Part Number; Code Name) | Date Introduced | Serial Number | Firmware Version[1] | Storage Size |
|---|---|---|---|---|
| iPod with dock connector (iPod classic 3rd generation); MM9245LL; Q14 | Sept. 2003 | JQ338BA3PNU | 2.2 | 40 GB |
| IPod photo (iPod classic 4th generation); M9586LL; P98 | Oct. 2004 | JQ4513JZR5R | 1.0 | 60 GB |
| iPod video (iPod classic 5th generation); MA003LL; M25 | Oct. 2005 | 4J545EPQSZA | 1.0 | 60 GB |
| iPod classic (iPod classic 6th generation); MB147LL; N25 | Sept. 2007 | 8N748R68YMV | 1.0 PC | 80 GB |
| iPod nano 2nd generation; MA426LL; N36 | Sept. 2006 | SU726014V8T | 1.1.3 | 4 GB |
| iPod nano 3rd generation; MA978LL; N46 | Sept. 2007 | 7J748VLWY0P | 1.0 PC | 4 GB |
| iPod shuffle 1st generation; ; Q98 | Jan. 2005 | 5C505H84RSA | 1.1.5 | 1 GB |
| iPod shuffle 2nd generation; MA565LL; N98 | Sept. 2006 | 5M648U35VTE | 1.0.4 | 1 GB |
| iPod shuffle 2nd generation; MB813LL; N98 | Sept. 2006 | 6V925P39437 | 1.0.4 | 1 GB |
| iPod shuffle 3rd generation; ; D98 | March 2009 | 4H945RYSA78 | 1.1 | 2 GB |

---

[1] This is the version of the firmware that was used during testing unless otherwise specified below.

# II. Technical Overview

### A. THE ITUNES ECOSYSTEM

7. Apple's iTunes Store ("iTS") offers customers the ability to purchase music, videos, and other content over the Internet.[2] Customers access iTS through Apple's iTunes Software application, a free "jukebox" application that organizes and plays digital music stored on the local computer. Among other things, the iTunes Software allows users to import music stored on CDs and other sources into their music collection.[3] The iTunes Software organizes music in a library on the computer's hard drive that can be viewed and searched in multiple ways. For example, music can be viewed by reference to various categories, such as the song or artist name.[4] Users can also use the iTunes Software to transfer digital music and video to iPods. The iTunes Software saves the music to the iPod's internal storage and writes a database that organizes that music.

8. The iPod, iTunes Software ("iTunes client") and the iTS have changed as Apple has added new features for its customers. In the following paragraphs, I list a some of the features added from October 2004 to March 2009.

9. In general, iPods have become smaller even as their storage capacity was increased. In addition, several other enhancements have been added to successive generations and models of iPod, including the ability to display photos, play audio books, play videos and podcasts and play games. For example:

---

[2] See, e.g., http://www.apple.com/itunes/whats-on/; http://www.apple.com/itunes/features/.

[3] See, *e.g.*, http://www.apple.com/itunes/what-is/player.html.

[4] I have used the iTunes Software to purchase content from iTS, import music from CDs, manage music, and transfer music to an iPod and other Apple devices. I have used every major release of iTunes from version 1 to the current version.

- July 2002 – Apple introduced the second-generation iPod, which was compatible with Microsoft Windows and quadrupled storage space to 20gb allowing a user to store about 4,000 songs (the original iPod contained 5gb of storage for about 1,000 songs). The second-generation iPod replaced the first-generation's mechanical scroll wheel with the industry's first solid-state touch wheel allowing for increased precision, accuracy and durability;[5]

- April 2003 – Apple introduced the third-generation iPod that was thinner and doubled the storage capacity of the second-generation to 40gb and included Auto-Sync, a new feature that automatically downloads an entire digital music library into the iPod and keeps it up-to-date whenever the iPod is plugged into a Mac or Windows PC;[6]

- January 2004 – Apple introduced the iPod mini, available in five metallic colors, which provided eight hours of battery life in Apple's smallest form factor to date, constructed of an anodized aluminum body. The first-generation iPod mini was the first iPod to utilize the touch sensitive Click Wheel, containing mechanical switches beneath the wheel itself. To use any of the four included buttons, the user physically pushes the edge of the wheel inward over one of the four labels;[7]

- July 2004 – Apple introduced the fourth-generation iPod which adopted the touch sensitive Click Wheel and improved battery life to 12 hours, adding approximately

---

[5] Apple Press Release, "Apple Unveils New iPods," July 17, 2012, http://www.apple.com/pr/library/2002/07/17Apple-Unveils-New-iPods.html (accessed July 16, 2013).

[6] Apple Press Release, "Apple Introduces New iPods," April 28, 2003http://www.apple.com/pr/library/2003/04/28Apple-Introduces-New-iPods.html (accessed July 16, 2013).

[7] Apple Press Release, "Apple Introduces iPod Mini," January 6, 2004 http://www.apple.com/pr/library/2004/01/06Apple-Introduces-iPod-mini.html (accessed July 16, 2013).

4 hours of play time over the previous model;[8]

- October 2004 – Apple introduced the iPod photo, the first iPod to feature a color screen and slideshow photo viewing.  Apple further increased battery life to 15 hours.  Storage space was increased to 60gb;[9]

- January 2005 – Apple introduced the iPod shuffle, Apple's smallest music player (which was smaller and lighter than a pack of gum) and the first to feature flash-based storage;[10]

- February 2005 – Apple introduced the second-generation iPod mini, offering a richer color palette and featuring an 18-hour battery (making it the longest lasting iPod at the time);[11]

- June 2005 – Apple introduced the iPod color, doing away with the black and white screen available on non-photo models and upgrading all iPods to a full color display;[12]

- September 2005 – Apple introduced the iPod nano, the slimmest, full-featured iPod Apple had created to date – thinner than a standard #2 pencil.  The iPod nano replaced the iPod mini and featured flash-based storage instead of the iPod mini's

---

[8] Apple Press Release, "Apple Introduces the New iPod," July 19, 2004
http://www.apple.com/pr/library/2004/07/19Apple-Introduces-the-New-iPod.html (accessed July 16, 2013).

[9] Apple Press Release, "Apple Introduces the iPod Photo," October 26, 2004,
http://www.apple.com/pr/library/2004/10/26Apple-Introduces-iPod-Photo.html (accessed July 16, 2013).

[10] Apple Press Release, "Apple Introduces iPod Shuffle," January 11, 2005
http://www.apple.com/pr/library/2005/01/11Apple-Introduces-iPod-shuffle.html (accessed July 16, 2013).

[11] Apple Press Release, "Apple Unveils New iPod Mini," February 23, 2005
http://www.apple.com/pr/library/2005/02/23Apple-Unveils-New-iPod-mini-Starting-at-Just-199.html (accessed July 16, 2013).

[12] Apple Press Release, "Apple Merges iPod-iPod Photo Lines," June 28, 2005
http://www.apple.com/pr/library/2005/06/28Apple-Merges-iPod-iPod-photo-Lines.html (accessed July 16, 2013).

microdrive;[13]

- October 2005 – Apple introduced the fifth-generation iPod, further reducing the size and weight of the unit and introducing video support.  With the fifth-generation, users could play music, listen to audio books, view photos and watch videos from a single portable device with up to 20 hours of battery life;[14]

- May 2006 – Apple teamed with Nike to introduce Nike+iPod, utilizing an in-shoe sensor to help track a user's workout regime and progress on the iPod;[15]

- September 2006 – Apple introduced aluminum bodies for the iPod nano, further reducing the size of its slimmest full-featured music player while increasing battery life to 24 hours.[16]  Apple also redesigned the iPod shuffle to feature an aluminum body, built-in clip, and double the storage capacity of the previous model.  The new shuffle measured just half a cubic inch in volume and weighed half an ounce.[17]  The fifth-generation iPod also received an increase in storage capability to 80gb, allowing the user to store up to 20,000 songs and an upgraded 2.5 inch display that was 60% brighter and designed to display TV shows and

---

[13] Apple Press Release, "Apple Introduces iPod Nano," September 7, 2005
http://www.apple.com/pr/library/2005/09/07Apple-Introduces-iPod-nano.html (accessed July 16, 2013).

[14] Apple Press Release, "Apple Unveils the New iPod," October 12, 2005
http://www.apple.com/pr/library/2005/10/12Apple-Unveils-the-New-iPod.html (accessed July 16, 2013).

[15] Apple Press Release, "Nike and Apple Team Up to Launch Nike+iPod," May 23, 2006
http://www.apple.com/pr/library/2006/05/23Nike-and-Apple-Team-Up-to-Launch-Nike-iPod.html (accessed July 16, 2013).

[16] Apple Press Release, "Apple Introduces the New iPod Nano," September 12, 2006
http://www.apple.com/pr/library/2006/09/12Apple-Introduces-the-New-iPod-nano.html (accessed July 16, 2013).

[17] Apple Press Release, "Apple Unveils the New iPod Shuffle," September 12, 2006
http://www.apple.com/pr/library/2006/09/12Apple-Unveils-the-New-iPod-shuffle.html (accessed July 16, 2013).

Hollywood movies from the palm of a user's hand;[18]

- September 2007 – Apple introduced the iPod touch, featuring a Multi-Touch interface and Internet access via built-in Wi-Fi wireless networking.[19]  Apple also introduced the sixth-generation iPod, dubbing it the iPod classic.  The classic also featured the all aluminum construction of the shuffle and nano and featured 40 hours of battery life with 160gb of storage capacity, equivalent to 40,000 songs.[20]  The iPod nano was redesigned to feature a larger display and support video playback for the first time;[21]

- September 2008 – Apple introduced the fourth-generation iPod nano, with an even larger screen to accommodate playback of widescreen videos.  Apple also included a built-in accelerometer, allowing users to shake the Nano to shuffle songs on the fly. The storage capacity of the nano was increased to 16gb.[22]  Apple also refreshed its iPod touch to feature chrome construction, widescreen glass display, 802.11 b/g Wi-Fi wireless networking, integrated volume control buttons, a built-in speaker, a built-in accelerometer and other advanced sensors;[23]

- September 2009 – Apple updated the iPod classic, reducing its size while adding

---

[18] Apple Press Release, "Apple Introduces the New iPod," September 12, 2006 http://www.apple.com/pr/library/2006/09/12Apple-Introduces-the-New-iPod.html (accessed July 16, 2013).

[19] Apple Press Release, "Apple Unveils iPod Touch," September 5, 2007 http://www.apple.com/pr/library/2007/09/05Apple-Unveils-iPod-touch.html (accessed July 16, 2013).

[20] Apple Press Release, "Apple Introduces New iPod Cassic," September 5, 2007 http://www.apple.com/pr/library/2007/09/05Apple-Introduces-New-iPod-classic.html (accessed July 16, 2013).

[21] Apple Press Release, "Apple Introduces All New iPod Nano," September 9, 2007 http://www.apple.com/pr/library/2007/09/05Apple-Introduces-All-New-iPod-nano.html (accessed July 16, 2013).

[22] Apple Press Release, "Apple Introduces New iPod Nano," September 9, 2008 http://www.apple.com/pr/library/2008/09/09Apple-Introduces-New-iPod-nano.html (accessed July 16, 2013).

[23] Apple Press Release, "Apple Introduces New iPod Touch," September 9, 2008 http://www.apple.com/pr/library/2008/09/09Apple-Introduces-New-iPod-touch.html (accessed July 16, 2013).

40gb of storage capacity.[24]  The iPod nano also received a major update, receiving an even larger screen, the addition of an FM radio, pedometer and built-in camera and microphone;[25]

- September 2010 – Apple introduced its most advanced iPod touch to date, featuring a Retina Display, FaceTime video calling, HD video recording and a game center.[26]  Apple also introduced a redesigned iPod nano featuring a Multi-Touch interface, built-in FM radio with live pause and a built-in clip for instant wearability.[27]

10.  New releases of the iTunes Software added support for new iPod models and also included new features such as:

- iTunes 2.0 (Oct. 2001) included support for MP3 CD burning, enabled a 10-band equalizer to bring robust, receiver-style audio customization to the desktop and added a cross fading function that allowed for gapless playback of tracks; [28]

- iTunes 3.0 (July 2002) included support for audio books;[29]

- iTunes 4.0 (April 2003) included support for sharing music between iTunes

---

[24] http://www.ign.com/articles/2010/09/03/igns-history-of-the-ipod?page=6  (accessed July 16, 2013).

[25] Apple Press Release, "Apple Introduces New iPod Nano with Built-in Video Camera," September 9, 2009 http://www.apple.com/pr/library/2009/09/09Apple-Introduces-New-iPod-nano-With-Built-in-Video-Camera.html (accessed July 16, 2013).

[26] Apple Press Release, "Apple Introduces New iPod Touch," September 1, 2010 http://www.apple.com/pr/library/2010/09/01Apple-Introduces-New-iPod-touch.html (accessed July 16, 2013).

[27] Apple Press Release, "Apple Reinvents iPod Nano with Multi-Touch Interface," September 1, 2010 http://www.apple.com/pr/library/2010/09/01Apple-Reinvents-iPod-nano-With-Multi-Touch-Interface.html (accessed July 16, 2013).

[28] Apple Press Release, "Apple Announces iTunes 2," October 23, 2001 http://www.apple.com/pr/library/2001/10/23Apple-Announces-iTunes-2.html (accessed July 18, 2013).

[29] Apple Press Release, "Apple Announces iTunes 3," July 17, 2002 http://www.apple.com/pr/library/2002/07/17Apple-Announces-iTunes-3.html (accessed July 18, 2013).

1    users;[30]

2    • iTunes 4.1 (Oct. 2003) included support for On-The-Go playlists, which allows
3    users to create playlists directly from their iPod, rather than logging into iTunes
4    from their computer;[31]
5
6    • iTunes 4.7 (Oct. 2004) included support for copying photos to an iPod photo and
7    showing duplicate songs in the iTunes library;[32]

8    • iTunes 4.8 (May 2005) included support for playing QuickTime movies,
9    synchronizing contacts and calendar appointments with the iPod, and several new
10   worldwide music stores;[33]
11
12   • iTunes 4.9 (June 2005) included support for browsing and subscribing to podcasts
13   (multimedia content created exclusively for playback on iPod) from within the
14   iTunes Music Store, and transferring podcasts to the iPod;[34]

15   • iTunes 5.0 (Sept. 2005) included a new more powerful instant search including the
16   new Search Bar, the "smart shuffle" feature (which limited the repetition of the
17   same tracks when shuffling through music), folders for organizing playlists, new
18
19
20   _____

21   [30] Apple Press Release, "Apple Launches the iTunes Music Store,"
22   http://www.apple.com/pr/library/2003/04/28Apple-Launches-the-iTunes-Music-Store.html (accessed July 18, 2013).

     [31] Apple Press Release, "Apple Updates iPod," October 16, 2003 http://www.apple.com/pr/library/2003/10/16Apple-
23   Updates-iPod.html (accessed July 18, 2013).

24   [32] See iTunes 4.7 help files.  See also Apple Press Release, "Apple Introduces iPod Photo," October 26, 2004
     http://www.apple.com/pr/library/2004/10/26Apple-Introduces-iPod-Photo.html;
25   http://www.oldapps.com/itunes.php?old_itunes=4#changelog  (both accessed July 18, 2013).

     [33] See iTunes 4.8 help files.  See also GigaOM "iTunes 4.8 Released," May 9, 2005
26   http://gigaom.com/2005/05/09/itunes-48-released/ (accessed July 18, 2013).

27   [34] Apple Press Release, "Apple Takes Podcasting Mainstream," June 28, 2005
     http://www.apple.com/pr/library/2005/06/28Apple-Takes-Podcasting-Mainstream.html (accessed July 18, 2013).
28

Confidential Attorneys Eyes Only                           Expert Report Of Dr. John P. J. Kelly

Parental Controls, and allowing users the ability to enter and view song lyrics;[35]

- iTunes 6.0 (Oct. 2005) included support for previewing, buying, and downloading videos from the iTunes Music Store, synchronizing videos with the iPod video, and giving songs or other multimedia items as gifts;[36]

- iTunes 7.0 (Sept. 2006) included support for buying and downloading iPod games from the iTunes Store (allowing users to use the iPod as a mobile gaming platform), near-DVD quality video playback, gapless playback of albums, copying purchased content from the iPod to the computer, and a complete redesign of the iTunes graphical user interface, including the introduction of Cover Flow (an animated three dimensional graphical user interface integrated within iTunes to visually flip through albums, album artwork and other multimedia);[37]

- iTunes 7.1 (March 2007) included support for playing content from the iTunes library on a television using AppleTV, improved sorting and full-screen Cover Flow;[38]

- iTunes 7.2 (May 2007) included support for previewing and buying iTunes Plus (256 kbps DRM-free music), iTunes U (providing educational content from

---

[35] Apple Press Release, "Apple Introduces iTunes 5," September 7, 2005 (accessed July 18, 2013).

[36] Apple Press Release, "Apple Announces iTunes 6 with 2,000 Music Videos, Pizar Short Films & Hit TV Shows," October 12, 2005 http://www.apple.com/pr/library/2005/10/12Apple-Announces-iTunes-6-With-2-000-Music-Videos-Pixar-Short-Films-Hit-TV-Shows.html (accessed July 18, 2013).

[37] Apple Press Release, "Apple Announces iTunes 7 with Amazing New Features," September 12, 2006 http://www.apple.com/pr/library/2006/09/12Apple-Announces-iTunes-7-with-Amazing-New-Features.html (accessed July 18, 2013).

[38] See iTunes 7.1 help files. See also Apple Insider, "Apple Releases iTunes 7.1, QuickTime 7.1.5," March 5, 2007 http://appleinsider.com/articles/07/03/05/apple_releases_itunes_71_quicktime_715_more (accessed July 18, 2013).

leading universities, including Stanford, Yale, UC Berkeley, MIT and Oxford);[39]

- iTunes 7.3 (June 2007) included support for wirelessly streaming photos to an Apple TV;[40]

- iTunes 7.4 (September 2007) included support for iPod Touch, the sixth-generation iPod Classic and the third-generation iPod Nano. The update also provided support for watching videos at a larger size inside the iTunes window, watching video with closed captioning and rating albums;[41]

- iTunes 7.6 (Jan. 2008) included support for renting movies and copying purchased content from Apple TV to the computer;[42]

- iTunes 7.7 (July 2008) included support for the App Store;[43]

- iTunes 8.0 (Sept. 2008) included support for Genius playlists and the Genius sidebar (which automatically create playlists from a user's content and automatically recommend music based on user's preferences, respectively), and

---

[39] Apple Press Release, "Apple Announces iTunes U on the iTunes Store," May 30, 2007 http://www.apple.com/pr/library/2007/05/30Apple-Announces-iTunes-U-on-the-iTunes-Store.html; Apple Press Release, "Apple Launches iTunes Plus," May 30, 2007 http://www.apple.com/pr/library/2007/05/30Apple-Launches-iTunes-Plus.html (both accessed July 18, 2013).

[40] See iTunes 7.3 help files. See also Apple Insider, "iTunes 7.3 Supports iPhone, Adds AppleTV Photo Streaming," June 29, 2007 http://appleinsider.com/articles/07/06/29/itunes_7_3_supports_iphone_adds_apple_tv_photo_streaming (accessed July 18, 2013).

[41] Apple Press Release, "Apple Unveils the iTunes Wi-Fi Music Store," September 5, 2007 http://www.apple.com/pr/library/2007/09/05Apple-Unveils-the-iTunes-Wi-Fi-Music-Store.html (accessed July 18, 2013).

[42] Apple Press Release, "Apple Premieres iTunes Movie Rentals with All Major Film Studios," January 15, 2008 http://www.apple.com/pr/library/2008/01/15Apple-Premieres-iTunes-Movie-Rentals-With-All-Major-Film-Studios.html (accessed July 18, 2013).

[43] Apple Press Release, "iPhone 3G on Sale Tomorrow," July 10, 2008 http://www.apple.com/pr/library/2008/07/10iPhone-3G-on-Sale-Tomorrow.html (accessed July 18, 2013).

---

HD-quality TV shows;[44]

- iTunes 8.1 (March 2009) included support for allowing friends to request songs for iTunes DJ, Genius sidebar for movies and TV shows and importing CDs at the same sound quality as iTunes Plus;[45]

11.    Apple also added new features and content to the iTS, including among others:

- iTunes Plus music (music at higher fidelity);

- Music videos;

- TV shows;

- Movies;

- Movie rentals;

- iPod games;

- iTunes U (which offers free content from some of the top universities around the United States);

- Pod casts;

- iOS apps;

- iMix playlists.

---

[44] Apple Press Release, "Apple Announces iTunes 8," September 9, 2008
http://www.apple.com/pr/library/2008/09/09Apple-Announces-iTunes-8.html (accessed July 18, 2013).

[45] MacWorld "Apple Releases iTunes 8.1 Update," March 11, 2009
http://www.macworld.com/article/1139330/itunes.html (accessed July 18, 2013).

## B.  **FAIRPLAY**

12.     Apple protected the music offered on iTS with its proprietary digital rights management (DRM) technology called FairPlay.[46]  FairPlay used encryption and other tools to enforce certain usage rules, including restricting access to the keys necessary to play music purchased from iTS on a customer's computer.  Encryption refers to the process of altering the song so that only someone with the right "key" can decrypt the song and thus convert it to its original, unencrypted form for playback.[47]

13.



[46] In 2007, EMI permitted Apple to distribute its music without DRM.  See, *e.g.*, Robbin Decl. at footnote 2.

[47] Specifically, encryption uses a mathematical process (called a cipher) to scramble the information that is to be protected (called the "plaintext").  Once the data has been encrypted, it is unintelligible except to the person (or computer) who also has access to a special piece of information (called the "key").  The key is necessary to unscramble the encrypted data and recover the plaintext.  Encryption can be used to scramble actual text (such as a secret military communication), digital music files or any other kind of data.  The process of unscrambling encrypted data (text or other data) is called decryption

[48] See, *e.g.*, Apple_AIIA_B_000096.

[49] See, *e.g.*, Apple_AIIA_B_000096.

[50] See, *e.g.*, Apple_AIIA_B_015553.



15. ████████████████████████████████████████

---

[51] See, *e.g.*, Apple_AIIA_B_000096; *see also* Robbin Decl. ¶¶ 17 and Exhs. 4 and 5 thereto.

[52] See, *e.g.*, Source Code, Image File AdditionalCode_20101220.dmg, iTunes/4.7.0/MPEG/Sources/iPod/MusicStore.cp; see also Robbin Decl. at ¶¶ 10-16 and Exhibits thereto; Exhibit 29 to Deposition of David Heller.

[53] See, *e.g.*, Dep. Tr. of David Heller on December 15, 2010 at 36:23-38:2, 77:16-79:1, 80:18-81:1; Robbin Decl. at ¶¶ 10-16 and Exhibits thereto.

### 1.      FairPlay in iTunes 4.5.0 and 4.6.0

18.      I examined the source code and other technical descriptions of FairPlay included in iTunes 4.5.0 and 4.6.0.

19.

_____

[54] As I have used the term here, a transformation is sequence of mathematical operations performed on data.  The transformation is reversible if the original data can be recovered using a second transformation which is the inverse

(continued)

21.   ███████████████████████████████████

████████████████████████████████   If a hacker were able to crack the

keybag, he would get access to all of the account keys and could then use those keys to strip

FairPlay from all of the customer's iTS music.

22.   I understand that several hacks, including DeDRMS, PlayFair and Hymn,

exploited these vulnerabilities.  Each evidently broke the encryption on the keybag and retrieved

the account keys to strip the content protection.[55]  According to Hymn's authors, they had cracked

both the local and iPod keybags.[56]

---

of the first transformation.

[55] See, *e.g.*, Robbin Decl. at ¶¶ 24-25, 30-33 and exhibits.

[56] See, *e.g.*, Apple_AIIA00113141-51; Robbin Decl ¶ 31 and exhibits.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16



**Figure 1.  Overview of the structure of the 4.5.0/4.6.0 local keybag.  There is one User Account Record per iTunes user account.  There may be multiple account keys per user account.  [See, *e.g.*, source code computer, image file AdditionalCode_20101220.dmg, files "iTunes FairPlay/iTunes FP 4.5.0/Keybag.c" and "iTunes FairPlay/iTunes FP 4.5.0/Keybag.h."]**

17

18

19

20

21

22

23

24

25

26

27

28

Confidential Attorneys Eyes Only

Expert Report Of Dr. John P. J. Kelly

**Figure 2. Overview of the sequence of steps used to encrypt (above dashed line from left to right) or decrypt (below dashed line from right to left) the 4.5.0/4.6.0 keybag. The unadorned boxes represent data. The boxes with vertical bars on left and right sides represent a data processing step. [See, *e.g.*, source code computer, image file AdditionalCode_20101220.dmg, files "iTunes FairPlay/iTunes FP 4.5.0/Keybag.c" and "iTunes FairPlay/iTunes FP 4.5.0/Keybag.h."]**

      **2.**     **FairPlay in iTunes 4.7.0**

23.     The iTunes 4.7.0 Software included a number of significant changes that improved FairPlay, making it more difficult for hacks like Hymn to crack the local and iPod keybags.

24.



**Figure 3.  Overview of the sequence of steps used to encrypt (above dashed line from left to right) or decrypt (below dashed line from right to left) the 4.7.0 local keybag.  The unadorned boxes represent data.  The boxes with vertical bars on left and right sides represent a data processing step.  [See, *e.g.*, Apple_AIIA_B_000022; Apple_AIIA_B_015564-597; Apple_AIIA_B_015626-632.]**

25.     This change to the local keybag was an improvement to FairPlay because it stopped the then current hacks that relied on knowledge of the local keybag encryption.  In addition, it made the local keybag (and the account keys within) less susceptible to attacks by adding complexity that would make it harder to reverse engineer.  Comparing Figure 3 to Figure 2 shows the number of additional steps a hacker would have had to reverse engineer to obtain the account keys.

26.     Apple also adopted a new format and encryption scheme for the iPod keybag, which was referred to as the "embedded keybag."

Case 4:05-cv-00037-YGR Document 837-16 Filed 11/04/14 Page 26 of 195

27. The following is a description of the new embedded keybag. ███████



28. █████████████████████████████████

29. ██████████████████████████████████

30. 

**Figure 4. Overview of the structure of the 4.7.0 embedded keybag. There will be one User Account Record for each iTunes user account. There may be multiple account keys per user account. [See, *e.g.*, Apple_AIIA_B_015707-709.]**

1

2

3

4

5

**Figure 5. Overview of the decryption of a FairPlay protected song for playback on an iPod. The unadorned boxes represent data. The boxes with vertical bars on left and right sides represent a data processing step. [See, *e.g.*, Apple_AIIA_B_000029-30; Apple_AIIA_B_000096.]**

31.

32.  Based on my review of the source code for FairPlay, work on the changes to the source code itself for the embedded keybag began at least as early as June 17, 2004. Many of the source code files contain comments at the beginning of the file that describe changes to that file (the "change log"). Each entry in this change log contains a revision number, the date that the change was entered into the log, the person who entered the change, and a comment describing the change. As noted, the change log reflected when the change to the source code was entered,

Case 4:05-cv-00037-YGR   Document 867-16   Filed 10/14/14   Page 29 of 195

not when the work was actually started.  The following figures show some change log entries that mention work on the embedded keybag included in iTunes 4.7.

Confidential Attorneys Eyes Only
Expert Report Of Dr. John P. J. Kelly

Case 4:05-cv-00037-YGR   Document 861-5   Filed 11/04/14   Page 30 of 170

### 3.    FairPlay Introduced With iTunes 7.0

33.    For iTunes 7.0, Apple further redesigned the keybag to eliminate vulnerabilities in FairPlay.  [See, *e.g.*, Farrugia Decl. at ¶ 32.]  As I will discuss below, the improvements to FairPlay added more layers of protection for the account keys, added diversity (to make each instance of FairPlay independent of others) and increased the flexibility of the keybag format.

34.

Expert Report Of Dr. John P. J. Kelly

1   35.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16   36.

17

18

19

20

21

22

23

24

25

26

27

28





39.

40.

[58] See, *e.g.*, in Additional_AIIA_20110131/FairPlay-3_2-024, files DulcimerHandler.c at lines 3896-4096 (SaveAppleUserIDListToUniversalKeybag()); FairPlayPublic.c at lines 710-718 (FairPlayDeviceSyncSet()); DeviceSync.c at lines 604-704 (KBDeviceSyncSet()); KeybagAccounts.c at lines 2817-2856 (KBMergeKeybags()); BagUtilities.c at lines 569-800 (CheckContainerIntegrity()) and lines 463-512 (VerifyGroupIntegrity()).

Confidential Attorneys Eyes Only

Expert Report Of Dr. John P. J. Kelly



For example, the "chosen-ciphertext attack" where "the cryptanalyst can choose different cipher-texts to be decrypted and has access to the decrypted plaintext" exploits the attacker's ability to present arbitrary cipertext to the decryption engine. [*Applied Cryptography*, Bruce Schneier, 1996 at pp. 5, 471-472; see also *Handbook of Applied Cryptography*, Menezes et al., 1997 at pp.

41, 226, 285.]  The goal of the chosen-ciphertext attack is to use the cipher-text/plain-text pairs to deduce the encryption key.

41.

42.

1  
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 4:05-cv-00037-YGR   Document 831-5   Filed 11/04/14   Page 36 of 170

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



**Figure 10. Overview of the structure of the iTunes 7.0 desktop keybag.  Each key may have an associated Signature Atom.  There is no Session Atom.  [See, *e.g.*, APPLE_AIIA_B_000084; files in directory Additional_AIIA_20110131/FairPlay-3_2-024/: Embedded/Sources/FPAtomContainerUtilies.c at lines 95-109; KeybagAccounts.c at lines 894-985 (KBNewKeybag()), lines 1864-1929 (KBGetAccountVersion()), lines 2375-2652 (KBSetKeyInfo()); BagUtilities.h at lines 24-65.]**

25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Figure 11.  Overview of the structure of the iTunes 7.0 diversity bag.  [See, *e.g.*, APPLE_AIIA_B_000085-87; Additional_AIIA_20110131/FairPlay-3_2-024/BagUtilities.h, lines 67-97.]**

26
27
28

Expert Report Of Dr. John P. J. Kelly



**Figure 12.  Overview of the structure of the iTunes 7.0 iPod keybag.  There will be one Account Atom for each iTunes user account.  There may be multiple account keys per user account.  [See, *e.g.*, files in directory Additional_AIIA_20110131/FairPlay-3_2-024/: Embedded/Sources/FPAtomContainerUtilies.c at lines 95-109; Diversity.c at lines 1713-1809 (DBUnflattenDiversityBag()); KeybagAccounts.c at lines 894-985 (KBNewKeybag()), lines 1864-1929 (KBGetAccountVersion()), lines 2375-2652 (KBSetKeyInfo()); BagUtilities.h at lines 24-65; DeviceSync.c at lines 709-1076 (KBDeviceSyncGet()).]**



43.     I understand that Apple only included support for the universal keybag (including keybag verification) in the firmware of certain iPod models:

> "The new keybag architecture for the iPod … was first shipped and enabled in the iPod nano 2nd generation introduced on September 12, 2006.  The new keybag architecture was later shipped and enabled in the iPod nano 3rd generation, iPod classic 6th generation, and iPod touch 1st generation introduced on September 5, 2007, and on later generations of iPod nano, iPod classic, and iPod touch.  The new keybag architecture was not enabled and thus had no effect on any other iPods, including iPod shuffles, iPod nano 1st generation or iPod classic 1st through 5th generations."  [Farrugia Suppl. Decl. at ¶ 2]

I have confirmed that the iPod nano 2nd generation, iPod nano 3rd generation and iPod classic 6th

generation utilize the universal keybag.  I have also confirmed that these iPods utilize keybag verification by transposing two bytes of the integrity value of the universal keybag.[60]  Before modifying the integrity value, the FairPlay-protected songs on the iPods play.  After modifying the integrity value, the FairPlay-protected songs on the iPods do not play.[61]  DRM-free songs on the iPod play both before and after modifying the integrity value.  In addition, as discussed in more detail in § II.D.1 below, I have also confirmed that the keybag verification code was not present in the iPod classic 4th generation, iPod classic 5th generation, iPod shuffle 1st generation, iPod shuffle 2nd generation or iPod shuffle 3rd generation by examining the source code and performing the same tests outlined above.

## C.    ITUNES DATABASE

44.    Information about the media (music, videos, *etc.*) on the iPod is stored in a database in the file iPod_Control/iTunes/iTunesDB in the iPod's internal storage, which I will call the iTunes database.[62]  (The file iTunesDB was also called the Dulcimer database, abbreviated in the source code as DDB.)  The format of the iTunes database changed over time as Apple released new versions of iTunes, and each updated revision of the iTunes database was identified by a version number.  For example, the iTunes 4.7.0 version of the iTunes database is

---

[60] This is the same method used by Dr. Martin to produce a keybag that does not verify.  [See, *e.g.*, Martin Report at fn. 84.]

[61] The iPod deletes the keybag because any subsequent check of the keybag verification code would also fail.

[62] The iTunes Software also maintained a media database on the user's personal computer, but I will not discuss that database in this report.

1.11 and the iTunes 7.0.0 version of the iTunes database is 1.19.  [See, *e.g.*, the file

DulcimerDBFileFormat.h.[63]]

### 1.    Overview of the iTunes Database

45.   ███████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████        Figure 14 is an overview of the structure of Dulcimer database version

[63] In the iTunes 4.6 source code production:
/Volumes/Source/AdditionalCode_20101220/iTunes/4.6.0/MPEG/Sources/MPEGDecoder/DulcimerDBFileFormat.h
, Apple_AIIA_B_016507-Apple_AIIA_B_016519

In the iTunes 4.7 source code production:
/Volumes/Source/AdditionalCode_20101220/iTunes/4.7.0/MPEG/Sources/MPEGDecoder/DulcimerDBFileFormat.h
, Apple_AIIA_B_015636-Apple_AIIA_B_015650

In the iTunes 7.0.0 source code production:
/Volumes/Source/AdditionalCode_20101220/iTunes/7.0.0/MPEG/Sources/MPEGDecoder/DulcimerDBFileFormat.h
, Apple_AIIA_B_015833-Apple_AIIA_B_015846

[64] In the iTunes 4.6 source code production:
/Volumes/Source/AdditionalCode_20101220/iTunes/4.6.0/MPEG/Sources/MPEGDecoder/DulcimerDatabase.c,
Apple_AIIA_B_016434-Apple_AIIA_B_016506

In the iTunes 4.7 source code production:
/Volumes/Source/AdditionalCode_20101220/iTunes/4.7.0/MPEG/Sources/MPEGDecoder/DulcimerDatabase.c

In the iTunes 7.0.0 source code production:

(continued)

1.10 (*i.e.*, iTunes 4.5/4.6).  Each of the database elements shown in the figure contains multiple

pieces of information.  For example, the DDBFileHeader structure contains 8 non-reserved fields

and the DDBTrackInfo structure contains 45 non-reserved fields.



**Figure 14.  Graphical overview of version 1.10 of the Dulcimer database written by iTunes 4.5 and 4.6.  [See, *e.g.*, files DulcimerDBFileFormat.h (Apple_AIIA_B_016507 - Apple_AIIA_B_016519) and DulcimerDatabase.c (Apple_AIIA_B_016434 - Apple_AIIA_B_016506).]**

46.     Apple regularly updated the iTunes database to support new features in iTunes and

the iPod.  New sections were added to the database and additional fields were added to existing

---

/Volumes/Source/AdditionalCode_20101220/iTunes/7.0.0/MPEG/Sources/MPEGDecoder/DulcimerDatabase.c, Apple_AIIA_B_015733-Apple_AIIA_B_015832

Confidential Attorneys Eyes Only

Expert Report Of Dr. John P. J. Kelly

structures in the database. Furthermore, such changes were not restricted to major releases of iTunes (*i.e.*, when the first part of the version number changes such as from 4.0 to 5.0) or even minor releases (*i.e.*, when the second part of the version number changes such as from 4.7 to 4.9), but were also made in revision releases (*i.e.*, when the third part of the version number changes such as from 4.7.0 to 4.7.1). I will provide a few examples here.

- In iTunes 4.5, the database version was 1.10;

- In iTunes 4.7, the database version was changed to 1.11. ███████

███████████████████████

███████████████████

- In iTunes 4.7.1, the database version was changed to 1.12. ██████

███████████████████

- In iTunes 4.9, the database version was changed to 1.13. ██████

████████████████████

██████████████

- In iTunes 5.0, the database version was changed to 1.14. ███████

████████████████

- In iTunes 6.0, the database version was changed to 1.15. ██████

████████████████████████

███████████████

- In iTunes 6.0.1, the database version was changed to 1.16 ██████

████████████

- In iTunes 6.0.2, the database version was changed to 1.17.

- In iTunes 6.0.5, the database version was changed to 1.18. ███████

████████████████████

1 ████████████████████████████████████

2 ████████████████████████████████████████

3 ████████████

4

5  • In iTunes 7.0, the database version was changed to 1.19. ████████████

6 ██████████████████████████████████

7 ████████████████████████████████████████████

8 ████████████████

9  • In iTunes 7.1, the database version was changed to 1.20. ██████████

10 ██████████████████████████████████

11 ████████████████████████████████

12

13 ████████████████████████████████████████

14 ████████████████████████

15  • In iTunes 7.2, the database version was changed to 1.21.

16  • In iTunes 7.3, the database version was changed to 1.23. ██████████

17 ██████████████████████████████████

18 ██████████████████████████████████

19

20 ████████████████████████████████████████

21 ██████████████████████████████

22 ████████████

23  • In iTunes 7.3.1, the database version was changed to 1.24.

24  • In iTunes 7.3.2, ████████████████████████

25  • In iTunes 7.4, the database version was changed to 1.25. ██████████

26

27 ████████████████████████

28 Several of these changes included new files and folders on the iPod.  For example, a new folder

1   was created for the artwork database and artwork files; new database files were added for iPod

2   shuffles; *etc*.

3

4          **2.      Improvements to the iTunes Database Introduced With iTunes 7.4**

5

6          47.     Apple modified FairPlay to include a verification feature for the iTunes database

    so that the iTunes Software and the iPod could detect any changes to the iTunes database that

7

    could corrupt the database, iTunes or the iPod.  This has been referred to as database verification

8

9   code. ██████████████████████████████████████████████████████

10  ████████████████████████████████████████████████████████████

11  ██████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████████████████

15  ████████████████████████████████ █████████████████████████████

16  ████████████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████████████

18  ██████ If the iPod firmware did not support database verification, the database verification fields

19  were filled with zeros. ██████████████████████████████████████████

20  ████████████████████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████████

22

23  _____

24  [65] See, *e.g.*, in directory Additional_AIIA_20130313/906-AIIA iTunes 20130312:

25  HAVE_IPOD_DATABASE_MAC macro, WriteIPodDBToBuffer() and related functions in iTunes
    7.4.0/iTunes/iPod/DulcimerDatabase.cpp (lines 14, 3581-3774, *etc.*); HAVE_KEYBAG macro in iTunes

26  7.4.0/iTunes/prefixHeaders/ProductFlags.h (line 194); HAVE_SECRET_SAUCE macro in iTunes
    7.4.0/iTunes/prefixHeaders/iTunesAppProductFlags.h (line 14).

27  [66] Checkpoint data is a plist stored on the iPod that contains information about the iPod's capabilities.  Amongst
    other information, this can include version numbers, ID numbers, supported media types, DRM requirements, music

28                                                                                    (continued)

48. ████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████

49.     I understand that Apple only included support for and enabled database

verification in the firmware of certain iPod models:

> "The iPod database verification protocol … was shipped and
>
> enabled in the iPod nano 3rd generation, iPod classic 6th
>
> generation, and iPod touch 1st generation introduced on September
>
> 5, 2007, and later generations of iPod nano, iPod classic, and iPod
>
> touch.  The iPod database verification protocol was not enabled and
>
> thus had no effect on any other iPods, including iPod shuffles, iPod
>
> nano 1st generation, iPod nano 2nd generation, or iPod classic 1st
>
> through 5th generations."  [See Farrugia Suppl. Decl. at ¶ 3.]

---

database requirements, and minimum iTunes version.

[67] See, *e.g.*, in directory Additional_AIIA_20130313/906-AIIA iTunes 20130312:  iTunes
7.4.0/iTunes/iPod/DulcimerHandler.cpp at lines 4805-4808; iTunes 7.4.0/iTunes/iPod/iPodDeviceInfo.cpp at line 78
(kDatabaseVersionKey), 1374-1377 (iPodCheckpointXMLEndElementHandler)).

[68] Neither iTunes 7.4 nor the iPod verifies the trackInfoMAC or trackListMAC fields.

[69] The checksum and trackListMAC fields of the DDBFileHeader record are set to zero before calculating the
fileMAC and are thus not covered by the fileMAC.

[70] See, *e.g.*, Farrugia Decl. at ¶ 30; Farrugia Dep. Tr. at 162:16-171:5, 182:22-183:24, 190:22-191:12;
Apple_AIIA_A_00094564-69; Apple_AIIA_B_000049-51.  For iTunes 7.4 see also
VERIFY_DDB_TRACK_MACS macro, ReadIPodDBFromBuffer() and related functions in
Additional_AIIA_20130313/906-AIIA iTunes 20130312/iTunes 7.4.0/iTunes/iPod/DulcimerDatabase.cpp (lines 806,
6792-7110, *etc.*).  For the iPod nano 3rd generation and iPod classic 6th generation see also ReadDulcimerDB() and
related functions in Additional_AIIA_20130313/904-CandyActivate/CL84714/DulcimerDatabase.c;
HAVE_IPOD_DATABASE_MAC and CALC_TRACK_MAC macros in Additional_AIIA_20130313/904-
CandyActivate/CL84714/iTunesToGoPrefix.h.

I have confirmed that the iPod nano 3rd generation and the iPod classic 6th generation utilize the database verification code by examining the source code and running tests similar to that run by Dr. Martin, including transposing two bytes of the integrity value. Before modifying the integrity value, songs on the iPods play. After modifying the integrity value, the songs on the iPods do not play. In addition, as discussed § II.D.2 below, I confirmed that the database verification code was not enabled in iPod classic 4th generation, iPod classic 5th generation, iPod nano 2nd generation, iPod shuffle 1st generation, iPod shuffle 2nd generation, and iPod shuffle 3rd generation by examining the source code and running similar tests.

## D.   PRODUCTS WITHOUT KEYBAG AND/OR DATABASE VERIFICATION

50.   For the iTunes Software to create a keybag with the keybag verification code or a database with the database verification code, both the iTunes Software and the iPod firmware must support that feature. As I have discussed above, keybag verification was not supported by the iTunes Software prior to iTunes version 7.0, and database verification was not supported by the iTunes Software prior to iTunes version 7.4. In addition, I understand that keybag verification was not included on all iPod models, and database verification was, likewise, not included on all iPod models. As I discuss in the remainder of this section, I have seen no evidence to contradict this information.

### 1.   Keybag Verification

51.   I examined the source code for the iPod shuffle 1st generation (firmware versions 1.1.4 and 1.1.5). The source code contains FairPlay routines for the embedded keybag. ███

███████████████████████████████████████████

████████████████████████████████ which indicates that the iPod shuffle 1st

generation only supports the embedded keybag.[71] I also synchronized an iPod shuffle 1st generation (firmware version 1.1.5) with iTunes 11.0.3 and transferred one DRM-free song and two FairPlay-protected songs to the iPod. The iTunes Software created an embedded keybag and not a universal keybag to store the account keys. The iPod shuffle played all three songs. This is consistent with Apple's representation that the firmware of the iPod shuffle 1st generation does not include keybag verification.

52.     I examined the source code for the iPod shuffle 2nd generation (firmware versions 1.0.1, 1.0.2, 1.0.3 and 1.0.4). The source code contains FairPlay routines for the embedded keybag. ███████████████████████████████████████████████████

███████████████████████████████████████████████████ which indicates that the iPod shuffle 2nd generation only supports the embedded keybag.[72] I also synchronized an iPod shuffle 2nd generation (firmware versions 1.0.1 and 1.0.4) with iTunes 11.0.3 and transferred one DRM-free song and two FairPlay-protected songs to the iPod. The iTunes Software created an embedded keybag and not a universal keybag to store the account keys. The iPod shuffle played all three songs. This is consistent with Apple's representation that the firmware of the iPod shuffle 2nd generation does not include keybag verification.

53.     I examined the source code for the iPod shuffle 3rd generation (firmware versions 1.0 and 1.0.1). The source code contains FairPlay routines for the embedded keybag. ███████████

███████████████████████████████████████████████

███████████████████████████████████ which indicates that the iPod shuffle 3rd

---

[71] See, e.g., in Additional_AIIA_20130530/q98sw-1.1.4, the files main/DiskMode/devicedriver/media/scsi/q98checkpoint.txt and main/Player/projects/apple/q98ledexample/player/inc/ams.h.

[72] See, e.g., in Additional_AIIA_20130530/N98-1.0.1, the file Source/Devices/USB/USB20_FUNC/LLD/n98checkpoint.txt.

generation only supports the embedded keybag.[73]  I also synchronized an iPod shuffle 3rd generation (firmware version 1.1) with iTunes 11.0.3 and transferred one DRM-free song and two FairPlay-protected songs to the iPod.  The iTunes Software created an embedded keybag and not a universal keybag to store the account keys.  The iPod shuffle played all three songs.  This is consistent with Apple's representation that the firmware of the iPod shuffle 3rd generation does not include keybag verification.

54.    I synchronized an iPod classic 3rd generation (firmware version 2.3) with iTunes 11.0.4 and transferred one DRM-free song and two FairPlay-protected songs to the iPod.  The iTunes Software created an embedded keybag and not a universal keybag to store the account keys.  The iPod classic 3rd generation played all three songs.  This is consistent with Apple's representation that the firmware of the iPod classic 3rd generation does not include keybag verification.

55.    I synchronized an iPod photo (iPod classic 4th generation) (firmware version 1.2.1) with iTunes 11.0.3 and transferred one DRM-free song and two FairPlay-protected songs to the iPod.  The iTunes Software created an embedded keybag and not a universal keybag to store the account keys.  The iPod photo played all three songs.  This is consistent with Apple's representation that the firmware of the iPod classic 4th generation does not include keybag verification.

56.    I synchronized an iPod video (iPod classic 5th generation) (firmware version 1.3) with iTunes 11.0.3 and transferred one DRM-free song and two FairPlay-protected songs to the iPod.  The iTunes Software created an embedded keybag and not a universal keybag to store the

---

[73] See, *e.g.*, in Additional_AIIA_20130530/D98-1.0, the file Firmware/Lib/RBCTgt/RBCCheckpointData.cpp (prepareCheckpointData()).

account keys. The iPod video played all three songs. This is consistent with the firmware source code that I examined and with Apple's representation that the firmware of the iPod classic 5th generation does not include keybag verification.

57. The firmware source code that I examined is consistent with Apple's representation that the firmware of the iPod nano 1st generation does not include keybag verification.

### 2. Database Verification

58. Based on my review of documents describing the database verification code and source code, work on the database verification code started at least as early as April 2006. [See, *e.g.*, Farrugia Dep. Exh. 28.] Although some of the database verification code is present in the iTunes 7.0, it was not enabled and thus not operational. ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮

59. Based on review of the source code and running tests described below, the database verification code was not enabled in iPod shuffle 1st generation. I synchronized an iPod shuffle 1st generation (firmware version 1.1.5) with iTunes 7.4 and transferred a single DRM-free song to the iPod. In the iTunes database, all database verification fields ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

_____

74 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

1 ▮▮▮▮▮▮▮▮▮ were set to zero.  In addition, I changed the first byte of the fileMAC field

2 in the DDBFileHeader record from 0 to 255.  The iPod shuffle played the song both before and

3 after modifying the fileMAC field.  The firmware source code for the iPod shuffle 1st generation

4 shows that this iPod shuffle largely ignores iTunesDB and uses iTunesSD instead.  First, the

5 source code does not read or verify the fileMAC field.  Second, the checkpoint data is missing the

6 DBVersion key, which is set to a value of 2 or greater to indicate support for database

7 verification.  This is consistent with Apple's representation that the firmware of the iPod shuffle

8 1st generation does not include database verification.

9

10         60.     Based on my review of source code and running the following tests, database

11 verification code was not enabled in the iPod shuffle 2nd generation.  I synchronized an iPod

12 shuffle 2nd generation (firmware version 1.0.4) with iTunes 7.4 and transferred a single DRM-free

13 song to the iPod.  In the iTunes database, all database verification fields were set to zero.  In

14 addition, I changed the first byte of the fileMAC field in the DDBFileHeader record from 0 to

15 255.  The iPod shuffle played the song both before and after modifying the fileMAC field.  The

16 firmware source code for the iPod shuffle 2nd generation shows that this iPod shuffle largely

17 ignores iTunesDB and uses iTunesSD instead.  First, the source code does not read or verify the

18 fileMAC field.  Second, the checkpoint data is missing the DBVersion key.  This is consistent

19 with Apple's representation that the firmware of the iPod shuffle 2nd generation does not include

20 database verification.

21

22         61.     Based on review of the source code and running tests described below, the

23 database verification code was not enabled in iPod shuffle 3rd generation.  I synchronized an iPod

24 shuffle 3rd generation (firmware version 1.1) with iTunes 8.1 and transferred a single DRM-free

25 song to the iPod.  In the iTunes database, all database verification fields were set to zero.  In

26 addition, I changed the first byte of the fileMAC field in the DDBFileHeader record from 0 to

255.  The iPod shuffle played the song both before and after modifying the fileMAC field.  The firmware source code for the iPod shuffle 3rd generation shows that this iPod shuffle largely ignores iTunesDB and uses iTunesSD instead.  First, the source code does not read or verify the fileMAC field.  Second, the checkpoint data is missing the DBVersion key.  This is consistent with Apple's representation that the firmware of the iPod shuffle 3rd generation does not include database verification.

62.    The firmware source code that I examined is consistent with Apple's representation that the firmware of the iPod nano 1st generation does not include database verification.

63.    Based on review of the source code and running tests described below, the database verification code was not enabled in iPod nano 2nd generation.  I synchronized an iPod nano 2nd generation (firmware version 1.1.3) with iTunes 7.4 and transferred a single DRM-free song to the iPod.  In the iTunes database, all database verification fields were set to zero.  Next, I changed the first byte of the fileMAC field in the DDBFileHeader record from 0 to 255.  The iPod nano played the song both before and after modifying the fileMAC field.  I also examined the source code for the version 1.0 firmware for the iPod nano 2nd generation.  The database verification portion of the source code is incomplete and is not compiled into the firmware executable because the HAVE_IPOD_DATABASE_MAC macro is undefined.[75]  This has the same effect as setting it to 0.  Because the database verification code was incomplete and not enabled, it had no effect on the iPod nano 2nd generation.  This is consistent with Apple's

---

[75] See, *e.g.*, AIIA_Additional_20110211/2nd-Gen-N36_Nano/1.0/Firmware/Apps/iTunesToGo/Main/DulcimerDatabase.c at lines 4975-5158.

representation that the firmware of the iPod nano 2nd generation does not include database verification.

64.     Based on review of the source code and running tests described below, the database verification code was not enabled in iPod classic 3rd generation.  I synchronized an iPod classic 3rd generation (firmware version 2.3) with iTunes 11.0.4 and transferred a single DRM-free song and two FairPlay-protected songs to the iPod.  In the iTunes database, all database verification fields were set to zero.  Next, I changed the first byte of the fileMAC field in the DDBFileHeader record from 0 to 255.  The iPod classic 3rd generation played the sonsgs both before and after modifying the fileMAC field.  This is consistent with Apple's representation that the firmware of the iPod classic 3rd generation does not include database verification.

65.     Based on the tests described below, the database verification code was not enabled in iPod classic 4th generation.  I synchronized an iPod photo (iPod classic 4th generation) (firmware version 1.2.1) with iTunes 7.4 and transferred a single DRM-free song to the iPod.  In the iTunes database, all database verification fields were set to zero.  Next, I changed the first byte of the fileMAC field in the DDBFileHeader record from 0 to 255.  The iPod played the song both before and after modifying the fileMAC field.  This is consistent with Apple's representation that the firmware of the iPod classic 4th generation does not include database verification.

66.     Based on review of the source code and running tests described below, the database verification code was not enabled in iPod classic 5th generation.  I synchronized an iPod video (iPod classic 5th generation) (firmware version 1.3) with iTunes 7.4 and transferred a single DRM-free song to the iPod.  In the iTunes database, all database verification fields were set to zero.  Next, I changed the first byte of the fileMAC field in the DDBFileHeader record from 0 to 255.  The iPod played the song both before and after modifying the fileMAC field.  This is

consistent with Apple's representation that the firmware of the iPod classic 5th generation does not include database verification.

### E. ATTACKS ON FAIRPLAY CONTINUED AFTER ITUNES 4.7

67.     Hackers continued to attack FairPlay after the introduction of iTunes 4.7 with its improvements to FairPlay.  For example, JHymn, PyMusique and JusteTune continued to attack the local keybag and the communication between the iTunes Software and the iTunes Store. [See, *e.g.*, Robbin Decl. at ¶¶ 41-47.]  After the release of iTunes 6.0, programs like QTFairUse6 and myFairTunes7 were developed to make a copy of the decrypted audio during playback of the song.  According to the documentation provided with the hacks, QTFairUse6 version 2.5[76] could circumvent the protection in FairPlay versions that corresponded with iTunes 6.0.4, 6.0.5, 7.0.0, 7.0.1 and 7.0.2; and myFairTunes7 version 7.0.2c[77] could circumvent the protection in FairPlay versions that corresponded with iTunes 6.0.5, 7.1.1.5, 7.2.0.34, 7.2.0.35, 7.3.0.54, 7.3.1.3, 7.3.2.6, 7.4.0.28, 7.4.1.2, 7.4.2.4 and 7.4.3.1.  [See also, *e.g.*, Robbin Decl. at ¶ 48; Farrugia Decl. at ¶ 33.]  Since hackers continued to attack all aspects of the FairPlay architecture, it was reasonable for Apple to continue improving all aspects of the FairPlay architecture.

---

[76] Downloaded from http://replay.waybackmachine.org/20070208062043/http://hymn-project.org/download/QTFairUse6-2.5-src.zip; http://replay.waybackmachine.org/20070208062043/http://hymn-project.org/download/QTFairUse6-2.5.zip.

[77] Downloaded from http://www.freewarefiles.com/MyFairTunes-c_program_23754.html; http://web.archive.org/web/20080103044709/http://www.hymn-project.org/download/myFairTunes-v7.0.2c-Source.rar.

# III.  Harmony

68.     Harmony is what RealNetworks has described as a Digital Rights Management translation system.



**Figure 15.  "What is Harmony™ Technology" help page from RealPlayer 10.5 build 6.0.12.1212 (digital signature dated 2/16/2005).  See also the Martin Report at Fig. 2.**

The RealPlayer help explains that Harmony would let users "use any online music store to purchase music;" would "convert your files to a format supported by your device automatically,

translating the DRM to one supported by your device;" and "[n]o matter what format your content

is in, or what digital rights management (DRM) software is used, RealPlayer with Harmony™

Technology can convert and support the transfer of your content to your portable device."

69.     With respect to transferring music from the RealPlayer Music Store to iPods,

Harmony attempted to make songs protected by RealNetworks' DRM falsely appear to the iPod

like they were files protected by FairPlay DRM.  For Harmony to accomplish this, it would have

had to mimic the way FairPlay protected music.  Among other things, it would have had to (i)

create a keybag in the format recognized and understood by the iPod and (ii) store in the keybag

the decryption keys necessary to unlock the music transferred to the iPod by RealPlayer.

Therefore, Harmony had to know the format of the iPod keybag, how the keys were protected,

and how to associate decryption keys with specific songs.

70.     However, this description of Harmony suggests that Harmony could do much

more.  Users could purchase music from "any online music store" and transfer the music to

portable devices from "Apple, Rio, Panasonic, PalmOne and more."  Harmony could accomplish

this transfer because it would "translat[e] the DRM to one supported by your device."

Translating the DRM means *removing* from the music file the current DRM protection, which is

not supported by the music player, and then *adding* to the music file a different DRM protection,

which is supported by the music player.  When Dr. Martin says that he has "seen no evidence that

RealPlayer and Harmony were ever intended or able to strip FairPlay encryption from any songs

purchased through the iTunes Store" [Martin Report at ¶30], he is ignoring the evidence from this

help page that he included in his report [see Martin Report at Fig. 2].  The help page says that

Harmony was, in fact, intended to remove the DRM protection placed on a music file by "any

online music store" as part of the DRM translation process.  Furthermore, Dr. Martin never says

that he used the Harmony technology (for example, to transfer a Helix-protected song to an iPod).

Confidential Attorneys Eyes Only

- 52 -

Expert Report Of Dr. John P. J. Kelly

1    Consequently, Dr. Martin is no position to say with any certainty what Harmony could or could

2    not do.

3        71.    Harmony was included as a part of the RealPlayer jukebox application.  Users

4    could use RealPlayer to transfer music, including RealNetworks' DRM-protected music, to iPods.

5    [See Figure 16.]  To load and play RealNetworks' DRM-protected music on an iPod, iPod owners

6    had to use RealPlayer with Harmony, which "translated" the RealNetworks' DRM to FairPlay-

7    like protection that an iPod could recognize and use to decrypt the music.  I have used RealPlayer

8    10.5 (with Harmony) to transfer songs to an iPod.  When RealPlayer transfers music to an iPod, it

9    modifies the internal iPod database:  iPod_Control/iTunes/iTunesDB.  In addition, RealPlayer

10    creates a new directory on the iPod (iPod_Control/Music/rndb) and stores several files therein.

11    [See Table 1.]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**Figure 16. Screen shot of RealPlayer 10.5 running on Windows XP. An iPod is connected to the computer and the iPod's contents are shown in the right hand pane under the caption "All Music On Device (JOHN KELLY')." The one song on the iPod was copied by iTunes 4.6.0. The music in the RealPlayer library is shown in the left hand pane under the caption "My Library." Clicking the "Synchronize Device" button in the My Library pane causes RealPlayer to copy the songs in the RealPlayer library onto the iPod.**

**Table 1. Files added to the iPod's internal storage by RealPlayer 10.5 (with Harmony) during synchronization of a single song from the RealPlayer music library to the iPod.**

| |
|---|
| iPod_Control/Music/f02/04 Sonata in a Major K 322 .mp3 |
| iPod_Control/Music/rndb/26.dat |
| iPod_Control/Music/rndb/Backup/000/000002.tmd |
| iPod_Control/Music/rndb/cd.cdx |
| iPod_Control/Music/rndb/cd.dbf |
| iPod_Control/Music/rndb/cdtrax.cdx |
| iPod_Control/Music/rndb/cdtrax.dbf |
| iPod_Control/Music/rndb/dbdata.txt |
| iPod_Control/Music/rndb/playgrps.cdx |
| iPod_Control/Music/rndb/playgrps.dbf |
| iPod_Control/Music/rndb/playlist.cdx |
| iPod_Control/Music/rndb/playlist.dbf |
| iPod_Control/Music/rndb/playlist.fpt |
| iPod_Control/Music/rndb/playtrax.cdx |
| iPod_Control/Music/rndb/playtrax.dbf |

| iPod_Control/Music/rndb/property.map |
| iPod_Control/Music/rndb/tracks.dbf |
| iPod_Control/Music/rndb/tracks.fpt |
| iPod_Control/Music/rndb/tracks2.cdx |
| iPod_Control/Music/rndb/trakinfo.cdx |
| iPod_Control/Music/rndb/trakinfo.dbf |
| iPod_Control/Music/rndb/version |

72.     The changes to the format and encryption of the iPod keybag in iTunes 4.7.0 would have prevented Harmony, as it existed in Oct. 2004, from operating on iPods that had the new embedded keybag.  This is because Harmony would not write a keybag that would be recognized and understood by these iPods.  Among other things, Harmony would not write user and key data in the correct format using the atom structure; would not encrypt each account key; would not have or use a session key and session ID for each account key; would not encrypt the session key using RSA encryption; and would not encrypt the account key using the session key. Instead, Harmony would continue to write an older style keybag that was no longer used by iPods with the embedded keybag.  In short, Harmony would have no longer worked because it was based on an earlier kyebag format and encryption scheme that was no longer used by FairPlay.

73.     Real Networks apparently updated RealPlayer with Harmony to write an embedded keybag, perhaps as early as April 26, 2005.  [See, *e.g.*, http://news.cnet.com/RealNetworks-rekindles-iPod-tech-tussle/2100-1027_3-5685286.html; Apple_AIIA00093862-63; Apple_AIIA00093860.]

74.     There were many changes introduced with the universal keybag that would have prevented Harmony, as it existed in Sept. 2006, from operating on iPods that had the new universal keybag.  This is because Harmony would not write a keybag that would be recognized and understood by these iPods.  Among other things, Harmony would not name the keybag file correctly; would not write user and key data in the correct format using the universal keybag atom structure; would not encrypt the keybag using the confidentiality key; and would not create an integrity value (*i.e.*, the keybag verification code) using the integrity key.  Instead, Harmony

would continue to write an older style keybag that was no longer used by iPods with the universal keybag. In short, Harmony would have no longer worked because it was based on an earlier keybag format and encryption scheme that was no longer used by FairPlay.

# IV. Third Party Jukebox Compatibility Problems

## A. OVERVIEW OF SOFTWARE DEVELOPMENT PROCESS

75.     As a general matter, hardware refers to the physical components and interconnections of a system such as integrated circuits, circuit boards, fans, *etc*. The functionality of these components is fixed at the time of their manufacture and assembly. Many electronic devices contain programmable elements – microcontroller, microprocessor, multi-chip processors, *etc.* – to increase their flexibility. Processors are designed to read instructions and produce results based on those instructions. Typically processors implement instructions to perform mathematical operations (addition, subtraction, multiplication, division, *etc.*), to perform comparisons, to change the flow of execution of instructions, to manipulate memory, and to produce output signals for use by other components. The ultimate function performed by the electronic device is determined by the sequence of instructions executed by the processor.

76.     Software generally refers to the programs (instructions) executed by a computer system. Since software is stored in a storage device (*e.g.*, memory or disk drive), it can be changed or replaced in a way that hardware cannot. For efficiency, instructions executed by a processor are a sequence of numbers. It is not, however, efficient for humans to directly write programs as microprocessor instructions. Instead, software is written as source code, which refers to human readable statements written in a programming language. Source code is then converted into instructions executable by the hardware device using another program called a compiler.

- 56 -

77.     Today, many hardware devices – not just computers – run software.  Cars, VCRs and ovens are a just a few examples.  The software (the instructions) and the data that these devices need to operate are stored in memory inside the hardware device (often inside the processor itself).  Memory is a piece of hardware used to store information.  It is analogous to the shelves in a library that store books (data), let a person take books off the shelves (read data from the memory) and put books onto the shelves (write data to the memory).  There is a special name given to the software that operates such hardware devices and is stored in the memory inside the hardware device.  It is called *firmware*.  Like other types of software, firmware is written by a programmer as source code.  Like other types of software, firmware source code is compiled to produce the object code actually executed by the hardware.

78.     Software development is not a trivial exercise.  It requires both skill and experience to produce a program that operates correctly and efficiently.  Software development is not simply a matter of writing in a computer language.  Software engineers have learned over the years that writing source code actually falls in the middle of the development process.  The software development effort can be broadly divided into seven phases as discussed below.[78]  A great deal of coordination, planning and communication is required to ensure that software development projects are conducted properly and efficiently.  The degree of planning involved in developing even an update to existing software can be substantial.[79]

---

[78] A few of the many references describing the software engineering process are *Software Engineering Economics* by Barry W. Boehm (1981); *Software Engineering: A Practitioner's Approach* by Roger Pressman, 2nd edition (1987); and *Rapid Development: Taming Wild Software Schedules* by Steve McConnell (1996).

[79] Apple's work on iTunes provides a good illustration.  Apple's Schedule/Project Status updates are circulated repeatedly throughout the software planning and development phase, distributed first several months before the company plans to introduce the software update at issue.  [See, *e.g.*, Apple_AIIA00090668 and Apple_AIIA00231215.]  These schedules also demonstrate the various groups involved in developing a software update and the necessary coordination between the disparate groups to ensure efficient progress.

79.     First, specifications for the software product must be developed. This step answers the questions of what hardware platform or platforms the product will run on, what functions the product will include and, equally important, what functions the product will not include. If the product must interact with other software and hardware products, those requirements are also included.

80.     Next, the software must be designed. This is also referred to as defining the software architecture. In this step the organization of the software is defined. Modern software programs are not written as a single large unit. Instead, smaller units are defined to implement discrete functions or sub-functions. The programmers must decide how to subdivide the program and how each of the smaller units will communicate and interact.

81.     Next, the source code is written, documented and debugged. Although the individual software units have been defined in terms of function and interface, this does not mean that the source code to implement the units is defined or even obvious. Programmers use their skill, experience and creativity to write source code that balances the conflicting demands for execution speed, disk and memory use, readability, and many other factors. It is easy to understand how effective utilization of the computer's hardware resources – everyone wants their applications to run fast but use little disk or memory space and battery life – affects the eventual success of the product. It may not be obvious, however, that readability of the source code – *e.g.*, comments in the source code and good programming style – is also important to the success of a software development effort. Since commercial programming efforts will generally involve more than one programmer over the life of a project, it could be disastrous if one or more of the programmers write source code that cannot be understood by the others or is very difficult to understand. This could, for example, lead to misunderstandings that result in the incorrect behavior of the program. This could also lead to duplication of effort if a programmer decides it

is easier to write a new unit of source code rather than interface with existing units of source code. Incorporating multiple versions of a source code unit into a program increases the probability that bugs will be introduced that could interfere with the proper or intended operation of the program or device.

82.     Next, each unit of source code is tested to make sure it operates as planned. This step is called unit testing. The programmer or special test engineers may be responsible for unit testing.

83.     Next, the various units of source code must be integrated. Although the software architecture specifies how the units are to interact, the actual implementation may not behave as the architect envisioned. This is of particular concern when multiple programmers are involved. Programmers may have interpreted the interface specifications differently or may have made different assumptions when the specifications were unclear or incomplete. Again, programming style is an issue. All programmers must adhere to the same naming conventions for programming units in order for the source code to properly work together.

84.     Next, the software product as a whole must be tested. Every defined function must be operational and work as specified. All other actions should result in warning or error messages, and undesirable behavior should be prevented. Every possible action available to the user must be tested including sequences of actions that were not envisioned by the specification or software architecture. This stage is called validation testing and is usually performed by test engineers according a testing protocol.

85.     Finally, the software product is tested in real world conditions. This is often accomplished by allowing a select group of customers to begin using the new software. Alpha testing is the name given to the earliest round of field testing. Beta testing is the name given to

the subsequent round of field testing.  The alpha version of the software is expected to have more problems than the beta version of the software.

86.     The problems uncovered during testing may have been introduced at any stage of the development process.  It may be a programming bug in a single software module, or a problem with a module specification or a problem with the software architecture.  After identifying the nature of the problem, a solution must be developed and implemented.  After the problem is fixed, all subsequent development stages must usually be repeated.  For example, a problem with the software architecture may require repeating the design, writing, and testing stages for the affected modules.  Once testing determines that the product's quality has reached an acceptable level, it is ready for sale or to be put into production.

87.     Even after all of these stages of review and testing, bugs may not appear until the program is actually released and used by end users.  This happens for a variety of reasons.  In particular, it is generally impossible, for all but the most trivial programs, to identify and test all possible inputs to and uses of a program in the finite amount of time available for developing a product.  As Dr. Martin acknowledged, most programs have bugs.  [Martin 03/18/2011 Dep. Tr. at 51:22-52:3, 54:2-15, 61:13-16.]

88.     Let me provide a few examples of commercial software products and services from well-established software companies that contained bugs after release to the public.  First, as documents relied on by Plaintiffs' experts show, various versions of iTunes contained bugs that could interfere with the operation of iTunes or iPods.  iTunes 7, for example, had bugs such as stuttering playback, problems with the automatic download of cover art, problems with gapless

playback, and stability issues.[80]  This reflects that bugs may exist even where two pieces of

software (here iTunes and iPod firmware) are designed to work together and where the

developers designing and testing the programs work for the same company.  As a second

example, Intuit fixed numerous bugs in Quicken Essentials for Mac from version 1.2.0 through

1.7.4, such as bugs that caused the program to unexpectedly quit, perform the incorrect "Market

Value calculation for bonds," and prevented the search feature from finding "dollar amounts that

contain more than three digits."[81]  As a third example, Google recently experienced a bug in their

Gmail service.  According to Google, "We released a storage software update that introduced the

unexpected bug, which caused 0.02% of Gmail users to temporarily lose access to their email."

The customer data was so thoroughly compromised on Google's servers that Google had to

restore affected accounts from backup tapes.[82]  These are merely examples.  I could have selected

examples from any company that provides details of the changes for each software release or has

an active online user community where product problems are discussed.

---

[80] See, *e.g.*, http://pogue.blogs.nytimes.com/2006/09/18/18pogues-posts-2/;
http://appleinsider.com/articles/06/09/27/apple_looks_to_squash_bugs_with_itunes_701; see also Declaration of
Roger G. Noll on Liability And Damages dated April 3, 2013, Appendix B, references 843, 854-856, 894, 906-907,
909-926.

[81] See, *e.g.*, http://quicken.intuit.com/support/help/patching/quicken-essentials-for-mac-release-
notes/GEN82912.html.

[82] See, *e.g.*, http://www.computerworld.com/s/article/9212178/Google_still_working_to_restore_Gmail_service.

## B. THERE IS OVERWHELMING EVIDENCE OF THIRD PARTY JUKEBOX BUGS

89.     In the remainder of this section I will describe many errors that were present in third party jukebox programs and describe how they prevented the iPod from functioning as intended and expected.[83]

90.     From 2001 (shortly after Apple introduced the iPod) to the present, various developers have released dozens of third party jukebox programs that have attempted to add and manage songs and other media to the iPod.  These programs were not supported by Apple and were developed without access to Apple's source code and other confidential information regarding iPod firmware, iTunes Software, *etc*.  As one would expect, these programs have not been trouble free.  Many interfered with the proper operation of the iPod and/or iTunes.  The documentation for some of these programs listed known or fixed problems.  Users of these programs posted bug reports and sought help in forums on the program's web site or elsewhere.  For example, there are reports of music disappearing from the iPod, playlists disappearing from the iPod, songs not playing or skipping, iTunes not recognizing the iTunes database, duplicate files, and artwork not displaying.  These kinds of problems are very similar to the support requests that were being made to Apple.  [See, *e.g.*, Table 2.]  In §§ V and VI, I focus specifically on problems caused by the use of Winamp and RealPlayer.  In Exhibit C, I give a sample of problem reports for other third party applications including Amarok, Anapod Explorer, EphPod,

---

[83] In my declaration submitted earlier in this case, I performed a simple experiment to show how sensitive the iTunes database was.  [See, *e.g.*, Kelly Declaration at ¶ 39.]  Dr. Martin, however, appears to misunderstand the purpose of that experiment.  [See Dr. Martin's discussion in the Martin Report at ¶¶ 64-68]  As I said in my declaration, I "changed a single byte of the information added when the third song was transferred to the iPod *in order to simulate a bug* in the program that transferred the third song to the iPod."  [See Kelly Declaration at ¶ 39 (emphasis added).]  As I also said in the declaration, this experiment shows that "the database structure is very sensitive and all errors have the potential to prevent the iPod from functioning as intended and expected."  [See Kelly Declaration at ¶ 39.]

Floola, iPod Manager for foobar2000, Media Center, MediaMonkey, MyPod, XPlay, Yamipod, Banshee, GNUpod, and gtkpod.

91.     Furthermore, Apple engineers investigated complaints about iPods not operating properly and concluded that the cause was the use of third-party applications.  [See, *e.g.*, Farrugia Decl. at ¶ 20;  Farrugia Dep. Tr. at 164:19-166:16, 186:15-187:19;  Robbin Decl. at ¶¶ 50-52; Robbin Dep. Tr. at 89:1-90:7;  Heller Dep. Tr. at 87:5-89:10.]  The following are a few samples of cases opened by AppleCare responding to complaints about the operation of iPods by users who had used a third-party application to load and play music on the iPod:

**Table 2.  Sample of Apple support cases involving third party jukebox applications.**

| Date | iPod Model | 3rd Party Jukebox | Problem Report | Bates Number |
|------|-----------|-------------------|----------------|--------------|
| 3/21/2004 | iPod (20GB with dock connector) | RealPlayer | "error about corrupt music library when connecting iPod" | Apple_AIIA_C_00205249 |
| 3/22/2004 | iPod (20GB with dock connector) | RealPlayer | "realplayer erased ipod" | Apple_AIIA_C_00205250 |
| 8/4/2004 | iPod (40GB Click Wheel) | Winamp | "Hissing sound in the headphones while playing the iPod" | Apple_AIIA_C_00205300 |
| 8/22/2004 | iPod (40GB with dock connector) | RealPlayer | "Customer attempted to transfer a real player file and the iPod noted that the file isn't compatible and now the customer can't access his music." | Apple_AIIA_C_00205310 |
| 12/27/2004 | iPod (40GB Click Wheel) | RealPlayer | "specific songs being skipped on ipod" | Apple_AIIA_C_00205363 |
| 1/10/2005 | iPod 4GB Blue | RealPlayer | "ipod skips through all songs without playing them" | Apple_AIIA_C_00205385 |
| 1/14/2005 | iPod (20GB click wheel) | RealPlayer | "Customers songs skip without playing" | Apple_AIIA_C_00205387 |
| 1/22/2005 | iPod 4GB Pink | RealPlayer | "songs not transferring to iPod" | Apple_AIIA_C_00205398 |
| 2/16/2005 | iPod (40GB Click Wheel) | Winamp and anapod | "Song will not finish after about half way through a song." | Apple_AIIA_C_00205419 |
| 3/15/2005 | iPod Shuffle (1GB) | RealPlayer | "iPod is full with only 30 songs" | Apple_AIIA_C_00205452 |

| 4/2/2005 | iPod Mini (4GB 2nd Gen) Pink | RealPlayer | "all music disappeared from iPod" "under about it shows 0 songs on ipod, 3.7 gig, 2.4 gig available" | Apple_AIIA_C_00205466 |
|---|---|---|---|---|
| 5/9/2005 | IPOD (20GB Click Wheel) | RealPlayer | "song only plays for 5 minutes when song is 11 minutes long" | Apple_AIIA_C_00205474 |
| 6/5/2005 | iPod Mini (4GB 2nd Gen) Pink, E/Personalized | RealPlayer | "songs skipping - random songs" | Apple_AIIA_C_00205489 |
| 7/31/2005 | iPod 4GB Silver | RealPlayer | "iPod lost all songs after trying to sync with realplayer" "cust says iPod not appearing in iTunes" | Apple_AIIA_C_00205537 |
| 8/4/2005 | iPod Mini (4GB 2nd Gen) Blue | RealPlayer | "songs missing from iPod" | Apple_AIIA_C_00205541 |
| 1/18/2006 | iPod Nano, 4GB, Black | RealPlayer | "songs erased from ipod" "was using real player to transfer songs  real player showed that the songs were still on the iPod" | Apple_AIIA_C_00205634 |
| 3/2/2006 | iPod 5th Gen | Winamp | "music missing from ipod after updating with winamp" | Apple_AIIA_C_00205657 |

92. For the iPod to properly play songs and video, the iTunes database must be correctly formatted, contain valid data and include all of the tracks that have been copied to the iPod. In addition, in order for the iPod to properly play FairPlay protected songs, the iPod keybag must be correctly formatted, contain valid account keys for the songs on the iPod and correctly associate account keys with iTS accounts.

93. Furthermore, it is not sufficient for a third party jukebox application to write a correctly formatted iTunes database and keybag in order to fully support the iPod's music and video features. It must also properly handle the other files and folders on the iPod such as the artwork database, play counts file and On-The-Go playlist files. It must format the music files properly (including tags). It must correctly handle exceptional conditions such as filling the iPod's internal storage. It must correctly interact with the Firewire or USB connection. Failures in each of these areas can be found in the problem reports of Exhibit C and Table 2. I will also illustrate some of these problems in §§ V and VI.

94.     A third party jukebox application must also properly coordinate access to the iPod with iTunes.  First, a user may want to purchase songs and videos from iTS and then use iTunes to copy the music and videos to the iPod.  Second, the user may use iTunes to manage other iPod features such as photographs, contacts, calendars, notes and voice memos.  Thus, a third party jukebox cannot assume that it is the only program reading and writing files on the iPod including the iTunes database and keybag.  In fact, certain versions of Winamp could not initialize a freshly-formatted iPod and relied on the user using iTunes to perform this initialization.  Failures to operate properly with iTunes can be found in the problem reports in the discussion of §§ V and VI.

# V.    Winamp Compatibility Issues

95.     Winamp is a media player from Nullsoft that runs under Microsoft Windows.  Winamp supported playback of MP3 files in its initial release and has subsequently added support for additional formats.  The functionality of Winamp can be extended with Winamp plugins.  Two plugins have been developed to support transferring music to the iPod.

96.     The ml_ipod plugin is an open source project hosted on Source Forge [http://mlipod.sourceforge.net/].  Version 1.0 of ml_ipod was released on 04/05/2004 [see, *e.g.*, http://mlipod.sourceforge.net/?page=changelog].  When using ml_ipod, a connected iPod is displayed under "Devices" in the Winamp Media Library window [see, *e.g.*, Figure 17].

97.     The authors of ml_ipod produced two documents listing the releases of the program:  a version history[84] and a change log[85].  The date on which each version was released is

---

[84] http://mlipod.sourceforge.net/index.php?page=home&show=all

1  also provided in these documents.  The version history also contains download links for many

2  releases of ml_ipod.  The source code for ml_ipd – for both past and current releases – is

3  available at Source Forge.



**Figure 17.  Screen shot of Winamp 5.2 with ml_ipod showing the contents of a connected iPod.**

98.     The pmp_ipod plugin was written by Nullsoft and bundled with Winamp

beginning with Winamp version 5.2 in Feb. 2006.  When using pmp_ipod, a connected iPod is

displayed under "Portables" in the Winamp Media Library window [see, *e.g.*, Figure 18].

---

[85] http://mlipod.sourceforge.net/?page=changelog



**Figure 18. Screen shot of Winamp 5.2 with pmp_ipod showing the contents of a connected iPod.**

99. Both the ml_ipod and pmp_ipod plugins could interfere with the proper operation of the iPod. Some of the problems were caused by incorrect modifications to the database. Other problems were caused by other incorrect interactions between the plugin and the iPod.

## A.  ML_IPOD PLUGIN

### 1.  ml_ipod Plugin Overwrites iTunes Data

100. ml_ipod would fill many fields in iTunes database with zero or some other constant value and would omit certain track and playlist objects from the database. [See Table 3.] Ml_ipod would make these changes to all tracks and playlists on the iPod including tracks and playlists that had been previously written by iTunes. As a result, the user would lose information about FairPlay encryption (*e.g.*, drmUserID, drmVersions), volume adjustments (*e.g.*, volumeAdjustment, normalizedVolume), artwork (*e.g.*, artworkCount, artworkSizeInBytes), bookmarks (*e.g.*, startTimeInMS, stopTimeInMS), playlist settings (*e.g.*, repeatMode, playOrder), playlist sorting (*e.g.*, PlaylistSortTable objects), *etc*.

101. This bug was apparently fixed in version 1.40, which was released on 06/12/2006.

1

2  **Table 3. Examples of changes made by ml_ipod version 1.32 to an iTunes database written
by iTunes 4.7.0. [See, *e.g.*, ml_ipod source code, file itunesdb.cpp revision 1.59 at functions
mk_mhbd(), mk_mhit(), mk_mhyp(), mk_mhip().] This list is not intended to be
comprehensive for the iTunes 4.7.0 database. Additional fields and objects would be
changed or deleted from later version of the Dulcimer database.**

3

4

| Object | Field | Change |
|---|---|---|
| DB File Header | minorVersion | Replace with 0x0c |
| DB File Header | checksum | Replace with 0 |
| DB File Header | Platform | Replace with 0 |
| Track Info Header | fileExtension | Replace with 0 |
| Track Info Header | hasVariableBitRate | Replace with 1 |
| Track Info Header | supportsID3Tags | Replace with 1 |
| Track Info Header | isCompilationTrack | Replace with 0 |
| Track Info Header | Date | Replace with 0x8c3abf9b |
| Track Info Header | volumeAdjustment | Replace with 0 |
| Track Info Header | startTimeInMS | Replace with 0 |
| Track Info Header | stopTimeInMS | Replace with 0 |
| Track Info Header | normalizedVolume | Replace with 0 |
| Track Info Header | recentPlayCount | Replace with 0 |
| Track Info Header | drmUserID | Replace with 0 |
| Track Info Header | isUserDisabled | Replace with 0 |
| Track Info Header | commonRating | Replace with 0 |
| Track Info Header | beatsPerMinute | Replace with 0 |
| Track Info Header | artworkCount | Replace with 0 |
| Track Info Header | maxArtworkCount | Replace with 0 |
| Track Info Header | artworkSizeInBytes | Replace with 0 |
| Track Info Header | sampleRate | Replace with 0 |
| Track Info Header | releaseDate | Replace with 0 |
| Track Info Header | audioFormat | Replace with 0 |
| Track Info Header | contentRating | Replace with 0 |
| Track Info Header | drmVersionsValid | Replace with 0 |
| Track Info Header | drmVersions | Replace with 0 |
| Track Info Header | userSkipCount | Replace with 0 |
| Track Info Header | recentSkipCount | Replace with 0 |
| Track Info Header | skipDate | Replace with 0 |
| Track Info Header | albumArtworkStatus | Replace with 0 |
| Track | EQPreset object | Deleted |
| Track | Grouping object | Deleted |
| Playlist Header | shuffleTracks | Replace with 0 |
| Playlist Header | tracksHaveBeenShuffled | Replace with 0 |
| Playlist Header | isVoiceMemosPlaylist | Replace with 0 |
| Playlist Header | creationDate | Replace with 0 |
| Playlist Header | persistentID | Replace with 0 |
| Playlist Header | applicationID | Replace with 0 |
| Playlist Header | repeatMode | Replace with 0 |
| Playlist Header | playOrder | Replace with 0 |
| Playlist Item Header | itemID | Replace with trackID |
| Playlist Item Header | creationDate | Replace with 0 |
| Playlist | PrivateITunesData object | Deleted |
| Playlist | PlaylistSortTable objects | Deleted |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### 2. ml_ipod Plugin Deletes iTunes Playlists

102. ml_ipod could also delete playlists stored on the iPod by iTunes because it did not correctly interpret certain objects written to the iTunes database by iTunes.[86] When ml_ipod encountered such an object it would simply skip the object, or it would stop reading the iTunes database altogether. Then, if ml_ipod rewrote the iTunes database, it would omit the skipped information that had previously been stored by iTunes in the iTunes database.

103. To illustrate this problem, I used iTunes 4.7 to write seven songs and seven playlists (90's Music, Easy Listening, My Playlist, My Top Rated, Recently Added, Recently Played, and Top 25 Most Played) to an iPod photo running firmware version 1.0. The iPod correctly displayed all seven songs and all seven playlists. I then opened the iPod using Winamp version 5.2 with ml_ipod plugin version 1.32. Winamp showed that there were seven songs and one playlist (90's Music) on the iPod. The 90's Music playlist did not contain any songs even though iTunes placed two songs in that playlist. ml_ipod stopped reading the iTunes database when it encountered and incorrectly interpreted the SmartPlaylistInfo object associated with the 90's Music playlist. All songs in 90's Music and all playlists after 90's Music in the iTunes database were not read by ml_ipod.

104. I then transferred one additional song to the iPod. At this point Winamp showed that the iPod contained eight songs and one playlist. When the iPod was disconnected from the computer, it also showed eight songs and one playlist. The songs in the 90's Music playlist and

---

[86] In the function get_mhod(), ml_ipod intentionally skips PrivateITunesData and podcast DDB objects, but treats all other DDB objects as names (*i.e.*, a DDB object containing a character string). As a result, ml_ipod treats data at offset 40 within the object as a string length when the object may not contain a character string. In the function get_pl(), ml_ipod may treat a DDB object as a DDBPlaylistItem (*i.e.*, a track in a playlist) when it is not a playlist item. As a result, ml_ipod incorrectly treats data at certain locations within the object as lengths. Since a length is not stored at these locations in, for example, a SmartPlaylistInfo object or a PlaylistSortTable object, Winamp does not correctly interpret the iTunesDB. [See, *e.g.*, revision 1.59 of itunesdb.cpp (version 1.32 of ml_ipod) at functions get_pl(), get_mhod().]

six entire playlists written by iTunes were completely lost when Winamp rewrote the iTunes

database. [See Figure 19.]

105. The changelog says that bug #1501220 ("Smart playlists created in iTunes get

destroyed") was fixed in version 1.40 (released 06/12/2006).



**Figure 19. Playlist display on the iPod photo. The photograph on the left shows the playlists on the iPod after iTunes synchronizes songs and playlists. The photograph on the right shows the playlists on the iPod after Winamp transferred an additional song to the iPod.**

### 3. ml_ipod Plugin Prevents The iPod From Playing Videos

106. Customers reported that after an iPod video was connected to Winamp using

ml_ipod, the iPod would only play the audio portion of video tracks. [See

http://forums.winamp.com/showthread.php?t=234701; the first post to the thread was Jan. 4,

2006.]

107. To illustrate this problem, I used iTunes 6.0.0.18 to copy three songs and two

video clips to a 60GB iPod video (*i.e.*, iPod classic 5th generation) running firmware version 1.0.

The iPod displayed the three songs under the Songs menu and the video clips under the Movies

menu as shown in Figure 20.  The songs and video clips played as expected.  Then I ran Winamp version 5.12 with ml_ipod version 1.30 (released 9/23/2005).  There were no songs or movies in the Winamp library.  Winamp recognized the iPod and displayed it under Devices.  I then ejected the iPod without displaying its contents, copying media to the iPod or otherwise changing its contents.  Nevertheless, Winamp rewrote the iTunes database deleting an entire playlist section. As a result, the iPod video then displayed all five tracks under both the Songs menu and the Movies menu as shown in Figure 21.  In addition, the iPod video will only play the audio portion of the video clips regardless of which menu is used to select the video clip.



**Figure 20.  Contents of an iPod video after iTunes 6.0 transfers three songs and video clips.**



**Figure 21.  Contents of the iPod video after Winamp rewrites the iTunes database containing both songs and video clips.**

108.  The change log for ml_ipod also mentions a problem with video files.  The entry for ml_ipod version 1.40 (released 6/12/2006) includes the following in the list of fixes: "Handling of video files (*.mp4) for 5G iPods."  [See ml_ipod changelog.]

### 4.  ml_ipod Plugin Deletes On-The-Go Playlists

109.  An On-The-Go playlist is a playlist that can be created and saved on the iPod, rather than in iTunes.  Until a song has been added to the On-The-Go playlist, the iPod displays instructions for creating the playlist instead of its contents.  On a click wheel iPod such as the iPod photo, the user creates an On-The-Go playlist by selecting a song, album, artist, or playlist and holding down the center button until the display flashes indicating that the songs have been added to the On-The-Go playlist.  [See Figure 22.]  After songs have been added to the On-The-Go playlist, the iPod displays the contents of the playlist and controls for deleting and saving the playlist.  [See Figure 22.]  When the user selects "Save playlist" on the iPod, the user is prompted to confirm their selection.  [See Figure 23.]  Then a new playlist with an automatically generated name such as "New Playlist 1" is created and the On-The-Go playlist is emptied.  [See Figure 23.] The user can create additional playlists in this fashion.  The iPod will delete the On-The-Go playlists (both saved and unsaved) when the iTunes database is next updated.




**Figure 22. The photograph on the left shows the instructions for creating an On-The-Go playlist on an iPod photo. This screen is displayed when the user selects "On-The-Go" from the Playlist menu but the On-The-Go playlist is empty. The photograph on the right is the iPod photo after one song has been added to the On-The-Go playlist.**




**Figure 23. The photograph on the left shows the confirmation screen displayed on the iPod photo when the user chooses to save an On-The-Go playlist. [See also Figure 22.] The photograph on the right shows the Playlists menu after the user saves an On-The-Go playlist. Subsequent saved On-The-Go playlists will be named "New Playlist 2," "New Playlist 3," *etc*.**

110.    If iTunes is configured to automatically update the iPod, the On-The-Go playlists (both saved and unsaved) will be copied to the iTunes library and preserved. iTunes names the

On-The-Go playlists "On-The-Go 1", "On-The-Go 2", *etc*. The user can then use iTunes to synchronize these playlists to the iPod as desired.

111. In contrast, Winamp with ml_ipod plugin version 1.32 displays the unsaved On-The-Go playlist but not the saved On-The-Go playlists when the iPod is connected. In addition, Winamp with ml_ipod plugin version 1.32 does not copy saved or unsaved On-The-Go playlists into the Winamp library. When the iPod is ejected from Winamp, both the saved and unsaved On-The-Go playlists disappear from the iPod. Several users complained on the Winamp forums about the loss of On-The-Go playlists. [See, *e.g.*,

http://forums.winamp.com/showthread.php?t=195885.]

112. Based on the changelog, the handling of On-The-Go playlists was apparently fixed in version 1.40 (released 06/12/2006).

### 5. ml_ipod Plugin Truncates The iTunes Database When The Disk Is Full

113. Winamp with the ml_ipod plugin version 1.10 does not properly handle the iPod database when the iPod disk is full. To illustrate this, I completely filled the iPod photo's hard drive by using Winamp to copy over 10 GB of songs to the iPod and using Windows Explorer to copy approximately 50 GB of data files to the root folder of the iPod. Then I connected the iPod to Winamp and created five playlists from the existing songs on the iPod. Winamp gave no indication of error when creating the playlists. I ejected the iPod, again with no indication of error, but the playlist menu on the iPod shows that the iTunes database was truncated. Only one of the playlists I created using Winamp was displayed. In addition, a playlist with a "blank" name and no contents was also shown. [See Figure 24.]



**Figure 24. iPod photo showing the playlist display after ejecting the iPod.**

### 6. Other Issues and Customer Complaints About ml_ipod

114.    The ml_ipod version history and changelog summarize changes to the program, including bug fixes. In addition, users reported bugs on the SourceForge web site [http://sourceforge.net/tracker/?group_id=106528&atid=644704] and Winamp forums [http://forums.winamp.com]. I will give a few examples below.

115.    A user reported that music files imported by ml_ipod with the .MP3 rather than .mp3 (uppercase vs. lower case) file extension caused his iPod nano to "crash." [See http://sourceforge.net/tracker/?func=detail&aid=1566624&group_id=106528&atid=644704.] This "bug" was assigned ID 1566624 and was reported fixed in the ml_ipod change log for version 2.00. [See ml_ipod changelog.]

116.    A user reported that deleting songs from the iPod did not work properly and that the iPod accumulated multiple copies of some songs.  [See, *e.g.*, http://forums.winamp.com/showthread.php?t=175357.]

117.    Many users of the ml_ipod plugin reported problems after upgrading to Winamp 5.2, which included the pmp_ipod plugin.  Although the plugins were incompatible, Winamp allowed both to be installed on the same computer and did not warn the user of the potential for problems.  Symptoms included the corruption of the iTunes database and apparent loss of all the music files on the iPod.  [See, *e.g.*, http://forums.winamp.com/showthread.php?threadid=239074, http://forums.winamp.com/showthread.php?threadid=238970, http://forums.winamp.com/showthread.php?t=239011.]  ml_ipod version 1.40 contained the warning, "This iPod plugin can not [*sic*] coexist with pmp_ipod.dll which is found in your Winamp directory. Using both DLLs together will result in loss of your iPod music files!!!"  [See, *e.g.*, warn_pmp_ipod.txt, revision 1.1.]  The ml_ipod plugin was modified to prevent ml_ipod from running if pmp_ipod was also installed on the user's computer.  [See, *e.g.*, function init() in view_ipod.cpp, revision 1.186.]

118.    ml_ipod could not initialize an iPod that was restored to factory condition and did not contain an iTunesDB, amongst other important files and directories, until version 2.04 (released 04/14/2007).  [See change log.]

## B.    PMP_IPOD PLUGIN

### 1.    pmp_ipod Plugin Deletes On-The-Go Playlists

119.    The pmp_ipod plugin did not correctly handle saved On-The-Go playlists.  When an iPod containing a saved On-The-Go playlist is connected to Winamp version 5.2 with pmp_ipod version 0.3, Winamp displays an empty playlist named "On The Go".  [See Figure 25.]

1
2
3
4

When the iPod is ejected, the On-The-Go playlist(s) on the iPod are lost.  Either an empty playlist (named "On The Go" without dashes between the words) appears on the iPod [see Figure 26.], or the "On The Go" playlist disappears entirely [see Figure 27.].



**Figure 25.  Screen shot of Winamp showing the contents of "On The Go" playlist.**

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

 

**Figure 26. iPod photo showing the empy "On The Go" playlist created by Winamp with pmp_ipod.**



**Figure 27. iPod video showing that the "On The Go" (without dashes between the words) playlist is not displayed.**

### 2. pmp_ipod Plugin May Leave The iTunes Database In An Inconsistent State

120.    If the transfer of songs from a Winamp media library using pmp_ipod to a connected iPod is interrupted, for example, a power fault, the list of tracks in the iTunes database may be inconsistent with the master playlist.  To simulate this, I began a transfer of fifty-four songs from Winamp 5.2 (with pmp_ipod version 0.3) to an iPod photo.  I interrupted the transfer at about thirty-five songs by disconnecting the USB cable linking the iPod to the computer.  The track list on the iTunes database contained thirty-three items, but the number of items in the master playlist was only thirty-two.

### 3. Other Issues and Customer Complaints About pmp_ipod

121.    The Winamp web site provides forums where users can discuss technical problems and report bugs.  [See http://forums.winamp.com/.]  These forums contain many reports of problems with pmp_ipod.  I will discuss a few examples below.

122.    As described above, the first version of Winamp including the pmp_ipod plugin was incompatible with ml_ipod and caused corruption of the iTunes database.  [See, *e.g.,* http://forums.winamp.com/showthread.php?threadid=239074, http://forums.winamp.com/showthread.php?threadid=238970, http://forums.winamp.com/showthread.php?t=239011.]  According to the Winamp version history, this conflict was "fixed" in Winamp version 5.21.  [See http://www.winamp.com/help/Version_History.]

123.    A user reported that Winamp deleted all music from an iPod.  [See http://forums.winamp.com/showthread.php?t=238764.]

124.    Users also reported that the iPod shuffle would not play the tracks of an album in order.  [See, *e.g.*, http://forums.winamp.com/showthread.php?t=240694&highlight=ipod.]

125.     The Winamp version history lists several additional fixes for pmp_ipod including in very recent versions.

- "Fixed: [pmp_ipod] Artist list on iPod not sorting 'The' correctly" [version 5.3];

- "Fixed: [pmp_ipod] Incompatibility with iTunes 7.1" [version 5.34];

- "Fixed: [pmp_ipod] Potential incompatability issues with latest version of iTunes" [verion 5.5];

- "Fixed: [pmp_ipod] Physical deletion of playing file" [version 5.53];

- "Fixed: [pmp_ipod] Filename length incompatibility with iPod Music Quiz v2" [version 5.53];

- "Fixed: [pmp_ipod] Various database, albumart, playback & disconnection issues" [version 5.55];

- "Fixed: [pmp_ipod] Reading of Play Count statistics" [version 5.55];

- "Fixed: [pmp_ipod] Deletion of non-existent files from database" [version 5.55];

- "Fixed: [pmp_android/ipod/usb] Issue with forward slashes in playlist paths" [version 5.6];

- "Fixed: [pmp_ipod] Compilation flag when Album Artist is 'Various Artists'" [version 5.601];

- "Fixed: [pmp_ipod] Sync and Eject issues" [version 5.601];

- "Fixed: [pmp_ipod] Nano & Shuffle 4G sync issues" [version 5.61];

- "Fixed: [pmp_ipod] Database corruption on Eject with some iPod models" [version 5.61];

126.     Versions of pmp_ipod (including Winamp 5.2 with iPod Plug-in 0.3) would not display an iPod that was restored to factory condition and did not contain an iTunesDB, amongst

other important files and directories. Thus, there was no way for pmp_ipod to initialize and manage such a factory-restored iPod.

# VI. RealPlayer With Harmony Compatibility Issues

127. RealPlayer 10.5 was the first version of RealPlayer to include Harmony Technology. RealPlayer with Harmony apparently enabled support for iPod and iTunes m4a and m4p music files. [See Figure 28.] There were multiple versions of 10.5 released over several years, each version identified by a build number. I conducted experiments using builds 6.0.12.1040 (dated 8/13/2004), 6.0.12.1235 (dated 06/30/2005), and 6.0.12.1741 (dated 10/16/2006).[87]

128. RealPlayer 10.5 included a tab for the management of a music library stored on the local computer. [See Figure 29.] RealPlayer 10.5 also included a tab that enabled the transfer of songs to portable devices, including iPods. [See Figure 30.]

---

[87] Dates are part of the digital signature included with the install program.



**Figure 28.  Screen shot of RealPlayer 10.5 Help topic discussing Harmony Technology.**



**Figure 29.  Screen shot of RealPlayer showing "My Library" of music tracks.**

Confidential Attorneys Eyes Only

Expert Report Of Dr. John P. J. Kelly

**Figure 30. Screen shot showing the Burn/Transfer tab with an iPod connected.**

### A.    iTunes Database Contents Are Inconsistent

129.    RealPlayer 10.5 (*e.g.*, Build 6.0.12.1235 and Build 6.0.12.1741) created an inconsistent iTunes database. For example, the FileHeader record contains the database version as a major version number and a minor version number. The version number indicates the format of the database (*i.e.*, the valid record types, and the size and layout of each record). The database version number is changed each time that there is a change in the format. In ¶ 46 above, I discuss changes to the database format and the associated iTunes and database versions. For example, the DDBTrackInfo record was 156 bytes long in version 1.10 but was 244 bytes long in versions 1.11 through 1.17. iTunes 4.6 creates an iTunes database consistent with the version 1.10 format, including a 156-byte long DDBTrackInfo record, and writes 1.10 to the database version fields.

iTunes 4.7.1 creates an iTunes database consistent with the version 1.12 format, including a 244-byte long DDBTrackInfo record, and writes 1.12 to the database version fields. RealPlayer 10.5 (builds 6.0.12.1212 and later), however, creates an iTunes database with a 156-byte long DDBTrackInfo record (the size of the record in a 1.10 database) but with 1.12 in the database version fields.

130.    In addition, RealPlayer (*e.g.*, Build 6.0.12.1235 and Build 6.0.12.1741) fills certain fields in the iTunes database differently than iTunes does. For example, the DDBTrackInfo record for a song contains fields for sizeInBytes and totalTimeInMS. iTunes 4.6 fills these with the size of the music file in bytes and the total playing time in milliseconds, respectively. RealPlayer 10.5, on the other hand, rounds the size of the music file down to a multiple of 1 kilobyte and uses a totalTimeInMS that may be less than, greater than or the same as the iTunes 4.6 time. In the experiments that I performed, the totalTimeInMS written by RealPlayer 10.5 differed from the value written by iTunes 4.6 by as much as 673 milliseconds (more than 0.5 seconds). RealPlayer 10.5 also did not fill other DDBTrackInfo fields such as persistentID, sampleRate and audioFormat. In addition, RealPlayer 10.5 did not include a name object in the primary playlist.

131.    As I discussed in the Kelly Declaration at ¶ 33, when RealPlayer transfers music to an iPod, it also creates a new directory on the iPod (iPod_Control/Music/rndb) and stores several files therein.

## B.    PLAYLISTS ARE CORRUPTED

132.    iTunes 4.6 and RealPlayer 10.5 with Harmony did not access the iTunes database in a compatible way based on my observations. When an iPod is connected to the customer's computer, as soon as iTunes runs, it will read and update the iTunes database as needed. If

iTunes is configured to automatically update all songs and playlists [see Figure 31], it will erase all songs on the iPod and build a new iTunes database based on the customer's iTunes Library.  If iTunes is configured so that the customer can manually manage songs and playlists, iTunes may still modify the iTunes database even when it is not copying files or playlists to the iPod.  If the customer also uses RealPlayer 10.5 with Harmony to add songs to the iPod, the two programs can make conflicting changes to the database.  The following experiment illustrates the conflict.

- The iPod photo (firmware version 1.0) was restored to factory condition and English was chosen as the language.  This deleted all files, created the base set of folders and files, and restored all settings to their default values.

- The iPod was connected to a Windows XP computer that had both iTunes 4.6 and RealPlayer 10.5 with Harmony (Build 6.0.12.1235) installed.  When iTunes opened, the iPod Setup Assistant was cancelled.  Then iTunes was quit.

- RealPlayer 10.5 with Harmony was then launched.  Six songs were copied to the iPod.

- iTunes was launched and one song was copied to the iPod.  iTunes was then quit.

- RealPlayer 10.5 with Harmony was then used to copy a playlist (named "My Playlist") containing four of the songs already on the iPod.  Then the iPod was disconnected from the computer.

133.    The iPod Playlists menu displays "My Playlist," a playlist without a name and On-The-Go.  [See Figure 32.]  Both "My Playlist" and the nameless playlist contain no songs.  [See Figure 32.]  The playlists section of the iTunes database was corrupted because iTunes 4.6 and RealPlayer 10.5 with Harmony did not properly coordinate their access to the database.  The next time that the iPod is connected to the computer and iTunes runs, iTunes will tell the customer that the iPod is corrupted and needs to be restored.  Thus, the customer will see content on the iPod

appear and disappear seemingly at random depending on how and in what order they are using

iTunes and RealPlayer 10.5 with Harmony.  They may also be asked to repeatedly restore and

resync their iPod.

 

**Figure 31.  The left hand screen shot shows the iPod options for an iPod initialized to "Automatically update my iPod" using the iPod Setup Assistant in iTunes 4.6.  The right hand screen shot shows the iPod options for an iPod initialized to not automatically update using the iPod Setup Assistant.**

 

**Figure 32.  Photographs of the iPod photo (P98) after both iTunes and RealPlayer sync content to it as described in ¶ 132.  The photograph on the left shows the Playlists menu. The** photograph on the right empty shows that the "My Playlist" playlist is empty.

134.    Conflicts with iTunes Software apparently persisted.  In March 2006,

RealNetworks told customers that "If you already have iTunes installed, it can cause some

conflicts with RealPlayer and your iPod. To avoid these conflicts, we recommend setting up your iPod to be compatible with RealPlayer." It also told users to turn off automatic song and podcast updating, noting that "every time you open iTunes with your iPod connected, non-iTunes tracks are erased from the iPod" and that "RealPlayer can transfer the [Music Store] tracks over, but the iPod cannot play them once iTunes synchronizes with the device." [See http://service.real.com/musicstore/support.html?section=iPodRPinstall, which is discussed in a March 2, 2006 email about RealPlayer with Harmony working with iPods at that time (Apple_AIIA00093860).] Even in the Oct. 2006 release of RealPlayer with Harmony (Build 6.0.12.1741), the troubleshooting section of the help file informed customers that "iTunes can cause issues when you attempt to use RealPlayer to download music to your iPod." [See Figure 33.]



**Figure 33. "iTunes, iPod, and RealPlayer Issues" page from the RealPlayer with Harmony help file installed with RealPlayer 10.5 (Build 6.0.12.1741).**

C.    **REALPLAYER DELETES ON-THE-GO PLAYLISTS**

135.    On-the-Go playlists are improperly handled by RealPlayer with Harmony.  To illustrate this problem I used RealPlayer 10.5 build 6.0.12.1040 to restore an iPod photo (with firmware version 1.0).  [See Figure 34.]  I then synchronized a library of three songs to the iPod.  Next, I ejected the iPod and created and saved an On-The-Go playlist.  [See Figure 35.]  When I opened the iPod in RealPlayer the saved playlist did not appear in the "Playlists On Device" display for the iPod.  [See Figure 36.]  If the user performs an action that causes RealPlayer to

1    update the iTunes database on the iPod – for example, rating a song [see Figure 37] – the saved

2    On-The-Go playlist is deleted after the iPod is ejected. RealPlayer also does not preserve

3    unsaved On-The-Go playlists. The unsaved On-The-Go playlist is lost from the iPod if

4    RealPlayer updates the iTunes database on the iPod.



**Figure 34. Screen shot showing the "Restore iPod" option available with RealPlayer 10.5.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14



15

Figure 35. iPod photo showing a saved On-The-Go playlist.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**Figure 36.  Screen shot showing the playlists on the iPod is empty.**



**Figure 37.  Screen shot showing the "Edit Clip Info" dialog for a song stored on the iPod.**

D.   **REALPLAYER CREATES ZERO LENGTH DATABASE WHEN DISK IS FULL**

136.   RealPlayer with Harmony does not properly handle the iPod database when the iPod disk is full.[88]  To illustrate this, I completely filled the iPod photo's hard drive by using RealPlayer to copy over 10 GB of songs (1320 tracks) to the iPod and using Windows Explorer to copy approximately 50 GB of data files to the root folder of the iPod.  I connected the iPod to RealPlayer and created "My Playlist" and added 22 tracks from the existing songs on the iPod to the playlist.  [See Figure 38.]  I created a second playlist – "Rock" – and added 391 tracks to the device.  [See Figure 39.]  When I clicked "Eject Device," RealPlayer reported that I could safely remove the device.  [See Figure 40.]  However, none of the 1320 tracks appeared in the song list

---

[88] I performed this experiment with builds 6.0.12.1040, 6.0.12.1235 and 6.0.12.1741.  All three experiments produced identical results.

on the iPod, and it appeared that I had lost 10 GB of music. When I examined the iTunes database on the iPod, I discovered that it was zero bytes in length. RealPlayer had given no indication of its failure to correctly write the iTunes database.



**Figure 38. Screen shot of RealPlayer showing the contents of "My Playlist" on the iPod.**



**Figure 39. Screen shot of RealPlayer showing the contents of "Rock" playlist on the iPod.**



**Figure 40.  Screen shot of RealPlayer informing the user that it is safe to disconnect the iPod.**

### E. **REALPLAYER CRASHES CAUSE MUSIC TO DISAPPEAR**

137.    During the course of one experiment using RealPlayer 10.5 Build 6.0.12.1040, I attempted to copy the RealPlayer library of 1321 songs and two autoplaylists to the iPod photo. RealPlayer "crashed" at 99% complete.  In other words, it experienced an error that caused Microsoft Windows to immediately terminate the program.  This left the iPod in a state in which it showed that there was no music on the iPod even though the Music folder contained over 10 GB of music files.

F.    **REALPLAYER DOES NOT HANDLE SPECIAL CHARACTERS IN SONG TAGS**

138.    RealPlayer improperly displays and causes the iPod to improperly display the names of songs containing multi-byte UTF-8 characters.  For example, RealPlayer Build 6.0.12.1040 does not correctly display the song title "Melõdiqúe."  [See Figure 41.]  When RealPlayer writes this song name to the iTunes database on an iPod photo (with firmware version 1.0), it does not correctly convert the UTF-8 characters to two byte Unicode, and the song display on the iPod is also incorrect.  [See Figure 42.]  This song name is displayed correctly by iTunes 4.7 [see Figure 43], and is correctly displayed on the iPod when it is written to the iPod using iTunes 4.7 [see Figure 42].



**Figure 41.  Screen shot showing incorrect display of song name containing multi-byte UTF-8 characters.**

1
2
3
4
5
6
7
8
9
10
11

 

**Figure 42.  The photograph on the left shows a portion of the song list on the iPod photo after using RealPlayer to transfer the songs.  The song "Melõdiqúe" is displayed incorrectly.  The photograph on the right shows the same portion of the song list on the iPod photo after using iTunes 4.7 to transfer the songs.  The song "Melõdiqúe" is displayed correctly.**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Figure 43.  Screen shot showing iTunes correctly displays a song name containing multi-byte UTF-8 characters.**

## G.  REALPLAYER LEAVES ORPHAN FILES ON THE IPOD

139.   When using RealPlayer, if the transfer of songs from the media library to a connected iPod is interrupted, for example, by a power fault, the iPod may appear to be empty even though many songs have been copied to the Music folder on the iPod.  To simulate this, I initiated the transfer of a group of songs from the RealPlayer Build 6.0.12.1040 library to an iPod photo, which contained no songs, but then interrupted the transfer by disconnecting the USB cable linking the iPod to the computer.  I performed experiments interrupting the transfer after

about 25, 35 and 50 songs had been transferred.[89]  In all three cases the song list on the iPod

display was empty.[90]  The iTunes database on the iPod contained no track records.  However, the

Music folder on the iPod contained the expected number of songs.  When I attached the iPod to

the computer and used RealPlayer to transfer the songs again (this time allowing the transfer to

complete), there were duplicates of the music files because the songs that had been successfully

transferred but had not been added to the iTunes database were copied to the iPod a second time.

This reduces the available storage of the iPod.


## H.    REALPLAYER DOES NOT SUPPORT THE IPOD VIDEO

140.    RealPlayer did not properly support the iPod video (*i.e.*, iPod classic 5th

generation) for at least two reasons.  First, all songs and videos that RealPlayer copies onto the

iPod video are displayed in both the Songs and the Movies lists on the iPod video.  Second,

RealPlayer converts video clips to audio clips.

141.    I performed the following experiment using RealPlayer build 6.0.12.1741 (digital

signature dated 10/16/2006) to demonstrate these problems.  First, I added two songs and three

videos to the RealPlayer library.  [See Figure 44.]  The songs are properly recognized as MP3

audio.  The MPEG-4 video clip, which is in a format that can be played by the iPod video, is

imported as a song instead of a video.  The Windows Media Video and AVI video clips are

imported as videos.

142.    I then connected the iPod video (firmware version 1.0) and initialized the iPod by

clicking RealPlayer's "Restore iPod" button.  Next, I copied the two songs to the iPod video and

---

[89] It appears that RealPlayer writes an iTunes database to the iPod every 100 files.

[90] If the iPod already contained songs, those songs would still appear in the display, but none of the new songs would be added to the Songs menu on the iPod.

disconnected the iPod from the computer.  As shown in Figure 45, the two songs appear in both

the Songs list and the Movies list in the iPod video user interface.  The songs should only appear

in Songs list.  My examination of the iTunes database created by RealPlayer shows that the

database is missing information required by the iPod video.  In fact, the database is missing fields

added after iTunes 4.5 (released in April 2004).

143.     Then, I connected the iPod video to the computer once again and copied the three

video clips to the iPod video.  RealPlayer only copied the MPEG-4 and Windows Media Video

clips.  Although RealPlayer did not copy the AVI video clip, it did not display any error or

warning messages.  Finally, I disconnected the iPod video from the computer.  Both the songs and

videos are displayed in the Songs list and the Movies list in the iPod video user interface.  [See

Figure 46.]  In addition, none of the videos are playable as videos on the iPod.  The video clips

have been converted to MPEG-4 audio files by RealPlayer, again, without displaying an warning

messages.



**Figure 44.  This RealPlayer library contains two songs in MP3 format, one video clip in MP4 format (placed in the category Music instead of Videos), one video clip in Windows Media Video format and one video clip in AVI video format.**



**Figure 45.  The two songs are listed as both songs and movies.**



**Figure 46. All of the content is listed as both songs and movies.**

## I. OTHER CUSTOMER COMPLAINTS

144. Some users reported that songs transferred to the iPod by RealPlayer are skipped (either entirely or after playing a portion of the song) during playback on the iPod. [See, *e.g.*, http://forums.ilounge.com/ipod-classic-legacy-ipods/110673-ipod-mini-skipping-songs.html.] One user posted on his blog instructions that he received from Real Networks for fixing this issue. [See http://johnbell.typepad.com/weblog/2006/04/real_networks_r.html.] One proposed solution was to disable optimized files. Another proposed solution was to delete the keybag files from the iPod.

145. Users have also reported that not all of the songs that Real Player says are on the iPod are displayed in the iPod menus. [See, *e.g.*, http://forums.ilounge.com/ipod-classic-legacy-ipods/160006-music-shows-pc-not-ipod.html.]

146. Users reported that RealPlayer did not copy album art to the iPod. [See, *e.g.*, http://forums.ilounge.com/ipod-classic-legacy-ipods/156128-ipod-realplayer-album-art-problem.html.]

147. Some users found that multiple entries for an artist appear in the iPod Artist menu when transferring songs using RealPlayer. [See, *e.g.*, http://forums.ilounge.com/lounge/41210-real-networks-ipod-disaster.html; http://forums.ilounge.com/third-party-software-mac-pc/113897-real-player-problem.html.]

148. Users also found that, after using RealPlayer, iTunes could not recognize the iPod and informed the user that the iPod had to be restored. [See, *e.g.*, http://forums.ilounge.com/ipod-classic-legacy-ipods/82185-ipod-music-real-music-store.html; http://forums.ilounge.com/windows-ipod-discussion-problems/44855-real-player.html.]

149. A user also reported that, after using RealPlayer, the iPod would not "play the music that I have bought from itunes." [See http://forums.ilounge.com/windows-ipod-discussion-problems/44855-real-player.html.]

150. In addition, users reported problems with RealPlayer loading music that could be played on an iPod Shuffle. Although RealPlayer appeared to copy songs onto the iPod shuffle, the iPod shuffle would not play any songs. [See, *e.g.*, http://forums.ilounge.com/windows-ipod-discussion-problems/97143-help-ipod-shuffle-major-problem.html.]

# VII. Apple and Third Parties Would Have Had To Work Together

151. Allowing third party jukeboxes to load and manage music on iPods in a way that worked seamlessly without interfering with the intended operation or performance of iPods, iTunes and iTS and without interfering with FairPlay would have required close cooperation between Apple and the third party jukebox developers. Among other things, Apple would have had to share confidential information (including specifications, design information, and perhaps source code) with these third party developers. [See also Kelly Declaration at § IV.A.] And as

Dr. Martin seems to recognize, Apple would also have to modify the iPod firmware and iTunes Software to make the iPod firmware and iTunes software work seamlessly with the dozens of third-party applications – including RealPlayer and Winamp – that were available to the public. This would be an ongoing process as Apple changed iPod hardware and firmware, the iTunes software, and iTS software and content.  Developing software so that it is compatible with third-party applications and then providing ongoing support to maintain that compatibility is more burdensome than developing and maintaining one's own products.

152.    Dr. Martin says that "an effective way to help minimize incompatibilities or bugs in third-party applications is to publish technical documents that accurately reflect the requirements for interoperability."  [Martin Report at ¶ 111.]  As a threshold matter, this would require Apple to incur the costs of drafting specifications and other documents that could be read and understood by non-Apple developers.  Such documents would have to be reviewed and possibly updated with each change to iTunes, iPod firmware and other programs that work with or affect iTunes or iPod firmware, including FairPlay.  Aside from the burden on Apple to write and maintain such documentation and to support the developers who would use the documentation, there is no guarantee that this would lead to the requisite level of compatibility. Indeed, as discussed above, bugs that interfere with the intended operation can occur even where the software is developed internally with full information (including highly confidential proprietary information), developers have access to the relevant software and hardware as well as the respective development teams, and where a company has an incentive to reduce bugs so that customer satisfaction is enhanced.  In addition, even with documentation, third-party developers still wouldn't have the same access that internal developers and engineers have.  And since developers may interpret such documents in different ways, the various jukebox applications may still not produce databases and keybags that are entirely compatible.  In addition, in my

experience developers sometimes ignore parts of such specifications. For example, developers sometimes use fields that are "reserved for future expansion" to store information not contained in existing fields. Even if this approach were effective, sharing highly confidential information – especially related to the keybag – could reduce the security of FairPlay.

153.    Dr. Martin also believes that Apple could have written iTunes and the iPod firmware to tolerate errors introduced by third party jukeboxes: "Another possibility would have been for Apple to code for robustness rather than rapid failure due to the detection of third-party software." [See Martin Report at ¶ 108.] As with documentation, this would require Apple to spend resources developing new code and programs to interoperate with the third-party programs. Among other things, Dr. Martin would have Apple perform a full verification analysis of the iTunes database. This would require development effort by Apple for both the iTunes client and the iPod. The additional processing to implement this solution could be significant on resource-constrained devices such as the iPod and impact the responsiveness of the device, battery life, *etc*. And it is wrong to suggest that making the device or software more "robust" would eliminate bugs that could interfere with the operation of the iPod. As discussed above, creating a bug-free program is nearly impossible.

154.    Dr. Martin also attempts to draw a parallel with the iPhone because Apple provides technical documentation to developers of third-party iPhone applications. [See Martin Report at ¶ 48.] As an initial matter, Dr. Martin's attempted analogy is too simplistic. The developer documentation to which Dr. Martin refers is for programming interfaces to Apple software on the iPhone, which third parties use to develop their own applications. This Apple software was designed to be exposed to third party developers. There is no software interface for syncing music and videos to the iPod that was designed to be exposed to third party developers. Therefore, carrying the analogy to the iPod, Dr. Martin would have Apple provide to the third

party jukebox developers the software interface, which would consist of software on both the iPod and the user's computer to create the database and keybag, manage concurrent access by multiple jukebox applications, *etc.*, and the requisite interface documentation. All the flaws related to providing documentation and making the software more robust, as discussed above, apply equally here. There are a number of other problems with such a "solution." First, unless Apple employed techniques such as database and keybag verification, third party developers would not be required to use the Apple supplied software. They could still write the database and keybag directly. Second, iPhone software runs on a relatively small collection of devices easing the cost of development, support, testing, *etc*. The portion of the proposed interface software for the user's computer would have to at least run on versions of Microsoft Windows, Mac OS X and Linux since third party jukeboxes were developed for all of these operating systems. This is a very significant challenge. Third, since such software would necessarily use FairPlay, providing this type of access would make FairPlay less secure.

## VIII.      Advantages of a "Walled Garden"

155.     One of the many choices confronting the designers of a software & hardware platform is the choice between a "closed" platform (also called a "walled garden") and an "open" platform (also called an "open field"). The true walled garden approach, on the one hand, is one in which the provider controls the software, hardware, and content in the ecosystem. Users within the ecosystem cannot use non-approved or unsupported applications or content. Thus, the user of the platform must adopt the entire system as provided by the designers. The open field approach, on the other hand, allows any interested party to provide some or all of the software, some or all of the hardware, and some or all of the content. The user of the platform is free to combine software and hardware from any collection of providers in order to create the system.

Of course, a platform could be somewhere between the true walled garden and open field extremes.

156.    The Apple Macintosh is an example of a system that is closer to a walled garden than an open field.  The customer must obtain the basic hardware and the operating system from Apple; however, third parties can provide certain types of expansion devices and application software.  By contrast, the so-called Wintel PC is closer to an open field than a walled garden.  The customer must obtain the operating system from Microsoft but can obtain the hardware (basic system and expansion devices) from any party and application software from any party.

157.    Apple's iPod/iTunes/iTunes Store is closer to a walled garden than an open field.  Apple develops the hardware (iPod), the iPod firmware, the iTunes Software, and the iTS software, and optimizes each component to work together.  In addition, Apple provides some of the content through iTS.  By design, if the customer uses the iPod, they also use the iTunes Software to load and manage content on the iPod and the iTS to obtain content.  It is not a true closed system because content (*e.g.*, DRM-free music, videos, *etc.*) can also be acquired from other parties and loaded onto an iPod using iTunes.

158.    Amazon/Kindle also has features of a walled garden.  Amazon develops hardware (Kindle), software (Kindle software for computers and smartphones), and the Amazon Store.  Although, as designed, the consumer purchases content from the Amazon Store and views the content using the Kindle hardware or software, it is also possible to download content from the Amazon Store to other devices.

159.    Microsoft's Xbox gaming system also has features of a walled garden.  Microsoft develops hardware (Xbox consoles and accessories), software (Xbox operating system) and an

online store (Xbox Live Marketplace). Consumers must use the Xbox console and operating system from Microsoft but can purchase some accessories and some content from other parties.

160. A walled garden platform has certain perceived advantages compared to open field platform, including ease of use, security and stability. These advantages come at some cost, including potentially higher development and maintenance costs, less code portability and less API access to third party developers. In the following paragraphs I will discuss in more detail the advantages of the walled garden.

161. One important benefit of the walled garden approach is that it enhances the stability of hardware and software versions.[91] This is because there is a limited and controlled population of hardware devices that will run the software and a limited and controlled number of software applications that have to interoperate with each other. The developers, engineers and others involved face a more manageable task of tailoring the software to the specific hardware and other software with which it will interoperate. This translates to a benefit for consumers, because the consumer does not have to worry about which version out of many potential versions of the software is the correct one for a particular hardware device.

162. A walled garden provides the benefit of a better user experience. As should be apparent from the above, in a walled garden, since a company does not have to worry about compatibility and optimization with multitudes of hardware devices and software programs, the company and its developers and engineers can focus on product quality. Additionally, strict, centralized verification and testing of the product can lead to higher product quality and enhanced user experience.

---

[91] For an example in the field of industrial automation, see *Walled Garden or Open Field?* by John Berra [http://www.automationworld.com/print/10058].

163.     A walled garden also provides the benefit of more easily and quickly changing the elements of the platform (*e.g.*, hardware devices and software) because a single party controls all the elements.  The more diverse the hardware and software that comprise an open platform, the harder it is to devise and implement changes that are satisfactory to all stakeholders given the increased coordination that is required among the various actors.  Having a single entity control the constituent parts of the platform allows walled gardens to respond more quickly to consumer demands and enables a more efficient allocation of resources when determining how to best effect changes among both the hardware and software components of a system.

164.     A walled garden platform also provides a more centralized security structure to protect end users.  Since security is only as strong as the weakest link in the chain, the centralized control that is the hallmark of a walled garden platform allows a company to fully vet security risks prior to introducing new components into the system.  By implementing centralized testing and verification of components supplied by third parties, which pose potential security and other risks, the company performs a gatekeeper function to protect the security of the system and end user.  However, the results are only as good as the verification process.

165.     A walled garden also provides the benefit of increased convenience for customers.  For example, ecosystems like Apple's provide consumers one place to find and purchase content (using iTunes to access iTS), manage and play content on the computer (using iTunes), and manage content on the iPod (using iTunes to load and mange music).  Commentators have heralded the iPod's convenience and ease of use as one of its most significant achievements, stating "By exercising control over the hardware and the software, Apple has been able to construct the easiest-to-use digital music system possible.  Unlike the glitch-prone systems of its

competitors, Apple's three-way combination of hardware (iPod), software (iTunes), and online service (music store) is about as seamless as a sophisticated tech product gets."[92]

166. Customer service is also enhanced. First, having a single customer support organization is more convenient for the customer, who does not have to determine which of many companies to call for support. Second, having a single customer support organization provides a better customer experience. Since the customer support organization can service calls concerning all elements of the platform (and interactions amongst the elements), customer support is more likely to successfully resolve the problem. Third, the walled garden maximizes the support resources available to the customer. As one Apple employee explained, misdirected support calls (*i.e.*, calls due to an unsupported product or service from another company) needlessly consume limited customer support resources.

> "We provide support to iPod customers for their hardware and iTunes as it pertains to iPod syncing. If a customer damages their iPod because the (*sic*) used software other than iTunes, then that should be outside the scope of support. For every dollar we spend helping one of those customers, it's one dollar less we can spend on supporting our customers who actually need our help." [Apple_AIIA01025117]

# IX.  Other Topics

167. If asked or to more fully explain my opinions as expressed in this report, I reserve the right to rely on various portions of the references that I have discussed in this report that I have not already explicitly cited to in this report.

168. I reserve the right to supplement my report in light of any additional fact discovery, opinions by Plaintiff's experts, and/or trial testimony. I also reserve the right to

---

[92] *The Cult of iPod* by Leander Kahney (No Starch Press, Inc. 2005), p. 15

provide rebuttal opinions and testimony in response to Plaintiff's experts, and rebuttal testimony in response to any of Plaintiff's fact witnesses.  Further, I reserve the right to use animations, demonstratives, enlargements of actual exhibits, and other information in order to illustrate my opinions.

169.    I expect to continue to develop my opinions discussed in this report.  I also reserve the right to supplement my opinions based on information obtained from additional discovery or from Plaintiff's experts, as indicated above.

170.    When called upon to do so, I will offer testimony at trial or otherwise regarding these opinions and will offer rebuttal testimony as appropriate throughout the remainder of this proceeding.

Executed this 19th day of July 2013 in Santa Barbara, California.

_____

John P. J. Kelly

# Exhibit A



# Kelly Computing, Inc.
# dba Kelly Technology Group

830 Park Lane, Santa Barbara, CA 93108-1420
(805) 969-4079 • (805) 969-4629 Fax
jkelly@KellyTechnologyGroup.com

## Dr. John P. J. Kelly

Citizenship:                    U.S. and U.K.

## Formal Education

Ph.D. in Computer Science, University of California, Los Angeles, June 1982.
Regents Fellow, University of California, Los Angeles.
M.A. in Mathematics, University of Cambridge, England, June 1977.
B.A. in Mathematics, University of Cambridge, England, June 1975.

## Professorial Experience

**Electrical and Computer Engineering Department,**
**University of California, Santa Barbara** July 1986 - December 1997.

**Computer Science Department,**
**University of California, Los Angeles**  July 1982 - June 1986

## Consulting Experience

**Kelly Computing Inc. and predecessors**
**Los Angeles and Santa Barbara** July 1975 - present

## Representative Clients

| | | |
|---|---|---|
| 3Com | Hitachi | Nokia |
| Apple | Hyundai | Piper Jaffray |
| Broadcom | Intel Corp. | Raytheon |
| Cisco Systems | LSI Logic | Rockwell |
| Citicorp | Matsushita | Samsung |
| Computer Associates | McAfee Associates | Sanyo |
| Creative Labs | Mentor Graphics | SAP |
| Dell | Microsoft | Sony Electronics |
| Electronic Arts | NASA | Symantec Corporation |
| GE | NATO | Toshiba |
| Hewlett Packard | Nintendo | United States Air Force |

Case 4:05-cv-00037-YGR   Document 621-6   Filed 10/14/14   Page 1 of 198

# Dr. John P. J. Kelly

## Selected Industrial Professional Experience

**HONEYWELL INC., ARIZONA**, 1996 - 1997

**Expert Consultant** to the Honeywell Commercial Flight Systems Group on fault tolerant computing in air transport systems in connection with the Federal Aviation Administration (FAA.)

**LOS ALAMOS NATIONAL LABORATORY, NEW MEXICO**, 1991 - 1995

**Collaborator** to the Los Alamos National Laboratory (LANL). Performing systems engineering and analysis of LANL environmental management programs including program management, DOE interactions, business practices and overall technical structure and organization.  Developed computer systems and data warehouse for LANL Environmental Restoration.

**AT&T GIS, NCR, SYMBIOS LOGIC, LSI LOGIC** 1985 - 1998

**Member** of the AT&T GIS Science Advisory Committee (SAC). The SAC is a group of seven experts that evaluates AT&T's organization, technical direction and product strategy and makes recommendations to the Vice President of Technology and Development.
**Expert Consultant**  performing systems engineering and analysis, system organization and dynamics for various AT&T GIS divisions.

**UNISYS CORPORATION, ST. PAUL, MN**, 1988 - 1989

**Expert Consultant** performed systems engineering and analysis for an Air Force program.

**TELEDYNE CONTROLS** 1983 -1984

**Consulting Computer Scientist**. Responsible for systems engineering, specification and design of a data acquisition and control system for NASA.

**JET PROPULSION LABORATORY** 1978 - 1983

**Group Manager, System Architect**. Performed systems engineering and analysis for distributed data communication networks and distributed database systems for the NASA Deep Space Network.

**MARTIN LUTHER KING HOSPITAL** 1977

**Consulting Computer Scientist**. Specified, designed and implemented a transaction oriented database management system for medical records.

# Dr. John P. J. Kelly

## Organization Membership

IEEE (Institute of Electrical and Electronic Engineers)
ACM (Association of Computer Machinery)
IFIP (International Federation of Information Processing) (1982-2000)

## Editorial Activities

Editorial Board Member:

    Springer-Verlag

Host and Local Organization Chairman:

    First IFIP International Working Conference on Dependable Computing for Critical Applications, University of California, Santa Barbara, August 23-25, 1989.

Program Committee Member:

    Fault Tolerant Computing Symposium 1988, 1989, 1990, 1991, 1993
    Fifth Symposium on Reliability in Distributed Systems and Database Systems, 1986
    Eighth Symposium on Reliable Distributed Systems, 1989
    1st IFIP Int'l Working Conference on Dependable Computing for Critical Applications
    3rd IFIP Int'l Working Conference on Dependable Computing for Critical Applications

Reviewer:

    National Science Foundation
    IEEE  Transactions on Software Engineering
    IEEE  Transactions on Computers
    IEEE  Transactions on Reliability
    IEEE  Computer
    FTCS (Fault Tolerant Computing Symposium)
    SRDSDS (Symposium on Reliability in Distributed Systems and Database Systems)
    VLDB (Very Large Data Base Conference)
    DCCA (Dependable Computing for Critical Applications)
    DCS (Distributed Computing Symposium)
    California MICRO Program

Case 4:05-cv-00037-YGR   Document 819-4   Filed 10/10/44   Page 92 of 198

# Exhibit B

## Prior Testimony

### Prior Expert Testimony

In the past four years I have testified as an expert witness by deposition or at trial in the following cases:

Medtronic Minimed, Inc., et. al., v. Nova Biomedical Corporation, et. al., United States District Court for the Central District of California, Western Division, No. CV08-00788 SJO (PJWx)

Linear Technology Corp., et. al., v. Applied Materials, Inc., et. al., Santa Clara County Superior Court, No. 1-02-CV806004

Microprocessor Enhancement Corporation, et. al., v. Texas Instruments Incorporated, United States District Court for the Central District of California, No. SACV 08-1123 SVW (RNBx)

Transamerica Life Insurance Company et al. v. Lincoln National Life Insurance Company, United States District Court for the Northern District of Iowa, Cedar Rapids Division, No. C 06-110-MWB

ZapMedia Services, Inc., v. Apple Inc., United States District Court for the Eastern District of Texas, Marshall Division, No. 2:08cv104

Sabre Inc. et. al., v. International Air Transport Association, et. al., Ontario Superior Court of Justice, No. 07-CL-006825

Medtronic Sofamor Danek USA, Inc., et al., v. Nuvasive, Inc., United States District Court Southern District of California, No. 3:08-CV-1512 MMA (AJB)

The Apple iPod iTunes Anti-Trust Litigation, United States District Court for the Northern District of California, San Jose Division, No. C 05-00037 JW (HRL)

Affinity Labs of Texas, LLC v. Apple Inc., United States District Court for the Northern District of California, Oakland Division, No. CV 09-4436-CW

Invesco Institutional (N.A.), Inc., v. Deutsche Investment Management Americas Inc., Supreme Court of the State of New York, County of New York, No. 650154/2007

DVD Copy Control Association, Inc., a Delaware corporation, v. Kaleidescape, Inc., a Delaware corporation, Superior Court of the State of California, County of Santa Clara, No. 104 CV 031829

In the Matter of Certain DC-DC Controllers and Products Containing Same, United States International Trade Commission, Washington D.C., Investigation No. 337-TA-698

Bose Corporation, v. SDI Technologies, Inc., et. al., United States Didstrict Court for the
    District of Massachusetts, No. 09-cv-11439-PBS

MobileMedia Ideas LLC, v. Apple Inc., United States District Court for the District of
    Delaware, No. 10-258-SLR

American Broadcasting Companies, Inc., et. al., v. Aereo, Inc., and Wnet, et. al., v. Aereo,
    Inc., United States District Court, Southern District of New York, Nos. 15430 (AJN)
    and 1543 (AJN)

Cardsoft, Inc. et. al., v. Verifone Systems, Inc., et. al., United States District Court for the
    Eastern District of Texas, Marshall Division, No. 2:08cv98

SSL Services, LLC, v. Citrix Systems, Inc. et. al, United States District Court for the
    Eastern District of Texas, Marshall Division, No. 2:08-cv-158(TJW)

Ancora Technologies Inc., v. Apple Inc., United States District Court for the Central
    District of California, No. 2:10-cv-10045-AG

International Air Transport Association vs. Travelport Global Distribution System BV, ICC
    17129/JHN/CFG

VirnetX, Inc., v. Cisco Systems, Inc., et. al., United States District Court for the Eastern
    District of Texas, Tyler Division, No. 6:10-cv-417-LED

In the Matter of Certain Electronic Devices with Graphics Data Processing Systems,
    Components Thereof and Associated Software, United States International Trade
    Commission, Washington, D.C., No. 337-TA-813

Sightsound Technologies, LLC, v. Apple Inc., United States District Court for the Western
    District of Pennsylvania, No. 2:11-cv-01292-DWA

In the Matter of Certain Devices with Secure Communication Capabilities, Components
    Thereof, and Products Containing the Same, United States International Trade
    Commission, Washington D.C., No. 337-TA-858

Microunity Systems Engineering, Inc., v. Apple, Inc., et. al., United States District Court
    for the Eastern District of Texas, Marshall Division, No. 02:10-cv-91-LED-RP

TAS Distributing Company, Inc., v. Cummins, Inc., United States District Court for the
    Central District of Illinois, Peoria Division, No. 07-cv-1141

For my work in connection with the analysis reflected in this report and for any time I spend testifying about that study and my opinions, Kelly Computing, Inc. is being compensated at a rate of $800 per hour and I am being reimbursed for my expenses.

# EXHIBIT C
## Problems With 3rd Party Applications

EXHIBIT C
PROBLEMS WITH 3RD PARTY APPLICATIONS

This table lists some of the problems that customers experienced through early 2007 while using 3rd party applications to manage the iPod, as reported in user forums and in software documentation.

| iPod Manager | Date Introduced | iPod Problems |
|---|---|---|
| Amarok | 2003-06-23[1] | • Orphaned files and iPod will not play songs.[2]<br>• Artwork is not displayed.[2,3]<br>• iPod database corruption.[2,4]<br>• iPod Shuffle won't play.[5] |
| Anapod Explorer | 2003-09-30[6] | • On-The-Go Playlists are deleted[7]<br>• Duplicate files are created during sync.[8]<br>• Only plays the audio part of a movie.[9]<br>• Band name becomes "unknown" after sync.[10]<br>• Corrupts database[11] |
| EphPod | Dec. 2001[12] | • iPod file system is corrupted.[13]<br>• Can see songs using EphPod but not iPod.[14]<br>• iTunes no longer recognizes the iPod.[15]<br>• iPod database is corrupted.[16]<br>• EphPod and Anapod, when used together, cause track numbering problems.[17] |

---

[1] See, *e.g.*, http://en.wikipedia.org/wiki/Amarok_%28software%29

[2] See, *e.g.*, http://amarok.kde.org/wiki/Media_Device:IPod (6/16/2010); http://amarok.kde.org/amarokwiki/index.php?title=Media_Device:IPod&oldid=11195 (1/26/2007)

[3] See, *e.g.*, http://ubuntuforums.org/archive/index.php/t-293406.html (11/5/2006)

[4] See, *e.g.*, http://ubuntuforums.org/showthread.php?t=181668&page=4 (5/28/2006)

[5] See, *e.g.*, http://ubuntuforums.org/showthread.php?t=204214 (6/26/2006)

[6] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/9494-new-management-software-coming-redchair.html

[7] See, *e.g.*, http://forums.ilounge.com/itunes-mac-pc/149499-anapod-bug.html (2/12/2006), http://forums.ilounge.com/third-party-software-mac-pc/70381-anapod-wipes-go-list.html (1/21/2005)

[8] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/58982-anapod-has-been-nightmare.html (11/27/2004)

[9] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/135134-dont-buy-anapod.html (12/12/2005)

[10] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/54574-sync-problem-anapod.html (10/28/2004)

[11] Dopisp "Fixed crash when a corrupted database from Anapod Explorer is read." [See notes on V1.0.0068 (17JAN2007), http://www.mgtek.com/dopisp/changelog.aspx]

[12] See, *e.g.*, http://www.ephpod.com/info.shtml

[13] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/68645-ephpod-2-75-destroyed-my-precious-ipod.html (1/13/2005), http://forums.ilounge.com/third-party-software-mac-pc/39176-very-angry.html (7/14/2004)

[14] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/68713-ephpod-didnt-update-my-ipod-properly.html (1/14/2005), http://forums.ilounge.com/ipod-monochrome/96348-help-i-used-ephpod-all-my-songs-got-erased.html (5/12/2005), http://forums.ilounge.com/third-party-software-mac-pc/84875-ipod-hd-not-showing-songs-need-help-one.html (3/18/2005)

[15] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/73259-ephpod-took-over-my-ipod.html (2/2/2005); http://forums.ilounge.com/ipod-monochrome/70464-itunes-wont-read-my-ipod.html (1/21/2005)

[16] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/169860-ipod-db-corrupted-after-using-ephpod-try-worked-me.html (7/29/2006)

[17] See, *e.g.*, http://dev.forums.ilounge.com/showthread.php?t=32512 (5/18/2004)

**EXHIBIT C**
**PROBLEMS WITH 3RD PARTY APPLICATIONS**

| iPod Manager | Date Introduced | iPod Problems |
|---|---|---|
| Floola | At least by 2006-08-14[18] | • "Even if rare it may happen that Floola messes up the item and/or artwork catalog."[19]<br>• "shuffle add/remove problem (inconsistend [*sic*] db)"[20]<br>• "iPod video playlist error"[20]<br>• "iPod shuffle playlist error"[20]<br>• "nano 2G reset bug when uploading certain files"[21]<br>• "playlist header bug"[21]<br>• "duplicated items: various fixes"[21] |
| iPod Manager for foobar2000 / aka "foo_dop" | At least by 2006-05-30[22] | • Songs are listed in DB but are not on the iPod:  "I will click a song to play and it will just skip to the next track without any audio ever coming."[23]<br>• "All files showed correct tag information, but didn't play anymore (on the iPod). First I suspected the new Nero codec 3.0.0.5 I installed in between. But in the end it was the foobar tagging that broke it."[24] |
| MGTEK dopisp | 2006-11-22[25] | • Didn't sync ratings and play counts from iPod.[26]<br>• Database corruption.[27]<br>• Music stops prematurely.[28]<br>• "To avoid having duplicate songs on your iPod, sync your iPod only with Windows Media Player."[29]) |
| Media Center | At least by 2003-05-12[30] | • iPod database corruption[31]<br>• "i have new ipod photo 40g, i connect it to j.river media cetner and move one mp3 file into the Ipod. now it keep restarting"[32] |

---

[18] See, *e.g.*, http://web.archive.org/web/20060814210143/http://www.floola.com/modules/wiwimod/ (8/14/2006)

[19] See, *e.g.*, http://www.floola.com/home/docs_bugreport/.  See also http://web.archive.org/web/20070510023642/http://www.floola.com/modules/wiwimod/index.php?page=docs_troubleshooting (05/10/2007)

[20] See, *e.g.*, http://web.archive.org/web/20061107092300/http://www.floola.com/modules/wiwimod/ (11/7/2006)

[21] See, *e.g.*, http://web.archive.org/web/20070111122643/http://www.floola.com/modules/wiwimod/ (1/11/2007)

[22] See, *e.g.*, http://www.hydrogenaudio.org/forums/index.php?showtopic=45160 (5/30/2006)

[23] See, *e.g.*, http://www.hydrogenaudio.org/forums/index.php?showtopic=42208 (3/7/2006)

[24] See, *e.g.*, http://www.hydrogenaudio.org/forums/index.php?showtopic=32972&hl=ipod+problem (4/4/2005)

[25] See, *e.g.*, http://www.mgtek.com/dopisp/changelog.aspx

[26] "Added reverse sync of ratings and play-counts: Ratings in WMP will be updated during sync if changes were made on the iPod." [See notes for version 1.1.0124 (14FEB2007), http://www.mgtek.com/dopisp/changelog.aspx]

[27] "Fixed problem that may cause the iPod to become corrupted when songs are deleted and WMP is closed immediately."  [See notes for V1.2.0252 (14APR2007), http://www.mgtek.com/dopisp/changelog.aspx]

[28] "Fixed bug that caused transcoded music to stop prematurely on certain iPods."  [See notes for V2.0.0538 (01OCT2007); http://www.mgtek.com/dopisp/changelog.aspx]

[29] See, *e.g.*, http://www.mgtek.com/dopisp/manual/html/infDuplicateSongs.html

[30] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/306-media-center-9-help-jriver.html (5/12/2003)

[31] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/207523-jriver-mc-classic-vista-dont.html (10/1/2007); http://forums.ilounge.com/ipod-monochrome/68089-songs-ipod-but-dont-show-menu-please-help.html (1/11/2005)

EXHIBIT C

PROBLEMS WITH 3RD PARTY APPLICATIONS

| iPod Manager | Date Introduced | iPod Problems |
|---|---|---|
| MediaMonkey | 2005-06-08[33] | • iPod database corruption[34]<br>• iTunes SmartPlaylists deleted[35]<br>• album art disappeared[35]<br>• Songs are not playable[36]<br>• "Each time I re-sync it adds another version of the playlist from MM onto the iPod. I've three copies of each playlist there now."[37] |
| MyPod | 2002-10-28[38] | • Artist displayed twice on iPod[39] |
| XPlay | 2002-06-24[40] | • music missing from iPod[41]<br>• "ever since i installed Xplay, when i connect the ipod to itunes, the songs are out their correct album order"[42]<br>• iTunes cannot recognize the iPod[43]<br>• videos play audio only[44] |
| Yamipod | | • music missing from iPod[45]<br>• iPod database corrupt[46] |

[32] See, *e.g.*, http://forums.ilounge.com/ipod-classic-legacy-ipods/85505-ipod-keep-restarting.html (3/21/2005)

[33] Version 2.4 of MediaMonkey was available on 6/8/2005 [http://forums.ilounge.com/windows-ipod-discussion-problems/100729-mediamonkey-2-4-ipod-support.html (6/8/2005)]. Alpha versions of MediaMonkey 2.4 were available for download beginning on 3/9/2005 [http://www.mediamonkey.com/forum/viewtopic.php?t=3844].

[34] See, *e.g.*, http://www.mediamonkey.com/forum/viewtopic.php?f=6&t=4450&p=18352&hilit=ipod (5/18/2005); http://www.mediamonkey.com/forum/viewtopic.php?f=6&t=3891&p=16267&hilit=ipod (3/13/2005)

[35] See, *e.g.*, http://www.mediamonkey.com/forum/viewtopic.php?f=6&t=4550&p=18744&hilit=ipod (6/1/2005)

[36] See, *e.g.*, http://www.mediamonkey.com/forum/viewtopic.php?f=1&t=4615&p=19072&hilit=ipod (6/7/2005); http://www.mediamonkey.com/forum/viewtopic.php?f=6&t=3864&p=16161&hilit=ipod (3/11/2005)

[37] See, *e.g.*, http://www.mediamonkey.com/forum/viewtopic.php?f=6&t=4033&p=16809&hilit=ipod (3/29/2005)

[38] See, *e.g.*, http://mypod.sourceforge.net/user%20manual/html/ch05s02.html

[39] See, *e.g.*, http://sourceforge.net/tracker/?func=detail&aid=853953&group_id=65317&atid=510535 (12/4/2003)

[40] A MeidaFour press release on 6/24/2002 announced the official release of XPlay [http://web.archive.org/web/20020803214020/http://www.mediafour.com/news/releases/ipodsayhellotowindows.shtm]. A MediaFour press release on 1/8/2002 announced a projected release date for XPlay and an XPlay SDK [http://web.archive.org/web/20020203203935/http://www.mediafour.com/news/releases/ipodandwindowstowed.shtm]. A pre-release version of XPlay was available at least by 12/18/2001 [http://web.archive.org/web/20011218070259/http://www.mediafour.com/products/xplay/ and http://web.archive.org/web/20020205090053/http://www.mediafour.com/products/xplay/preview.asp].

[41] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/88613-tracks-ipod-not-showing-using-xplay.html (4/2/2005); http://forums.ilounge.com/windows-ipod-discussion-problems/114082-cant-view-songs.html (8/26/2005); http://forums.ilounge.com/ipod-monochrome/133196-help-help-help-all-my-mp3-gone.html (12/2/2005); http://forums.ilounge.com/third-party-software-mac-pc/160662-xplay-invalid-data-error.html (4/27/2006)

[42] See, *e.g.*, http://forums.ilounge.com/ipod-monochrome/89457-xplay-organization-problem-help.html (4/5//2005)

[43] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/152304-ipod-after-xplay.html (2/26/2006)

[44] See, *e.g.*, http://forums.ilounge.com/tv-videos/137005-help-video-problem.html (12/23/2005)

[45] See, *e.g.*, http://forums.ilounge.com/ipod-monochrome/75545-please-help-i-may-have-lost-over-8000-songs.html (2/12/2005); http://forums.ilounge.com/ipod-mini/112740-yamipod-problem.html (8/16/2005)

[46] See, *e.g.*, http://forums.ilounge.com/third-party-software-mac-pc/80571-yamipod-sharepod.html (3/2/2005) at post #4.

**EXHIBIT C**
**PROBLEMS WITH 3RD PARTY APPLICATIONS**

| iPod Manager | Date Introduced | iPod Problems |
|---|---|---|
| Banshee | 2005-08[47] | • Does not import rating, play count, and last played date from iPod[48] |
| GNUpod | 2004-06-02[49] | • Existing Audible files do not play.[50]<br>• Problem initializing iPod.[51]<br>• "some CD's end up having their songs sorted on the iPod alphabetically, rather than in the order of songs on the CD."[52]<br>• Songs skip during playback.[53]<br>• "But, when I try to hear songs through the iPod no songs appears. It looks like an empty database."[54]<br>• Volume adjustment not applied.[55]<br>• "When you turn on the 'compilations' option on the ipod, all albums get flagged as compilations, and disappear from the 'artists' menu."[56]<br>• "All songs also appear in the music videos listing."[56]<br>• Movie listing includes songs and movies only play sound track.[57]<br>• "some songs cut off before they're supposed to end."[58] |

---

[47] See, *e.g.*, http://en.wikipedia.org/wiki/Comparison_of_iPod_managers.  Version 1.0 of Banshee was released 2008-06-05 [see http://banshee.fm/download/archives/1.0.0/].

[48] See, *e.g.*, https://bugzilla.gnome.org/show_bug.cgi?id=389550 (12/25/2006)

[49] See, *e.g.*, http://download.savannah.gnu.org/releases/gnupod/

[50] See, *e.g.*, https://lists.gnu.org/archive/html/bug-gnupod/2003-11/msg00001.html (11/22/2003)

[51] See, *e.g.*, https://lists.gnu.org/archive/html/bug-gnupod/2004-06/msg00004.html (6/22/2004)

[52] See, *e.g.*, https://lists.gnu.org/archive/html/bug-gnupod/2005-01/msg00012.html (1/29/2005)

[53] See, *e.g.*, https://lists.gnu.org/archive/html/bug-gnupod/2005-01/msg00013.html (1/17/2005); https://lists.gnu.org/archive/html/bug-gnupod/2006-01/msg00005.html (1/19/2006)

[54] See, *e.g.*, https://lists.gnu.org/archive/html/bug-gnupod/2005-06/msg00000.html (5/2/2005)

[55] See, *e.g.*, https://lists.gnu.org/archive/html/bug-gnupod/2005-08/msg00001.html (8/22/2005)

[56] See, *e.g.*, https://lists.gnu.org/archive/html/bug-gnupod/2006-02/msg00001.html (2/20/2006)

[57] See, *e.g.*, https://lists.gnu.org/archive/html/bug-gnupod/2006-03/msg00005.html (3/25/2006

[58] See, *e.g.*, https://lists.gnu.org/archive/html/bug-gnupod/2006-01/msg00004.html (1/19/2006)

Case 4:05-cv-00037-YGR   Document 751-6   Filed 10/10/14   Page 130 of 195

EXHIBIT C
PROBLEMS WITH 3RD PARTY APPLICATIONS

| iPod Manager | Date Introduced | iPod Problems |
|---|---|---|
| gtkpod | At least by 2005-07-11[59] | • Didn't copy songs to iPod.[60]<br>• Database is corrupted.[61]<br>• Playlists and songs do not display on iPod.[62]<br>• Problems with iPod Shuffle.[63]<br>• Not syncing play counts from iPod.[64]<br>• Tracks have incorrect play time.[65]<br>• Movies have no audio.[66]<br>• iPod always displays "Do Not Disconnect" message[67] |

[59] See, *e.g.*, http://osdir.com/ml/ipod.gtkpod.user/2005-07/
[60] See, *e.g.*, http://osdir.com/ml/ipod.gtkpod.user/2005-09/msg00002.html (9/16/2005);
http://osdir.com/ml/ipod.gtkpod.user/2005-09/msg00004.html (9/17/2005); http://osdir.com/ml/ipod.gtkpod.user/2006-06/msg00000.html (6/5/2006)
[61] See, *e.g.*, http://ubuntuforums.org/archive/index.php/t-178405.html (5/17/2006), http://osdir.com/ml/ipod.gtkpod.user/2007-08/msg00000.html (8/1/2007), http://osdir.com/ml/ipod.gtkpod.user/2006-01/msg00007.html (1/22/2006)
[62] See, *e.g.*, http://osdir.com/ml/ipod.gtkpod.user/2006-11/msg00003.html (11/5/2006),
http://osdir.com/ml/ipod.gtkpod.user/2006-05/msg00000.html (5/6/2005); http://osdir.com/ml/ipod.gtkpod.user/2006-08/msg00117.html (8/28/2006)
[63] See, *e.g.*, http://osdir.com/ml/ipod.gtkpod.user/2006-01/msg00001.html (1/7/2006));
http://osdir.com/ml/ipod.gtkpod.user/2006-02/msg00004.html (2/11/2006)
[64] See, *e.g.*, http://osdir.com/ml/ipod.gtkpod.user/2006-08/msg00050.html (8/8/2006)
[65] See, *e.g.*, http://osdir.com/ml/ipod.gtkpod.user/2006-06/msg00051.html (6/30/2006);
http://osdir.com/ml/ipod.gtkpod.user/2006-07/msg00011.html (7/3/2006)
[66] See, *e.g.*, http://osdir.com/ml/ipod.gtkpod.user/2006-11/msg00012.html (11/14/2006)
[67] See, *e.g.*, http://osdir.com/ml/ipod.gtkpod.user/2006-08/msg00085.html (8/24/2006);
http://osdir.com/ml/ipod.gtkpod.user/2006-08/msg00094.html (8/24/2006)

1  Robert A. Mittelstaedt #60359
   ramittelstaedt@jonesday.com
2  Craig E. Stewart #129530
   cestewart@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  Michael T. Scott #255282
   michaelscott@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA 94104
   Telephone:    (415) 626-3939
7  Facsimile:    (415) 875-5700

8  Attorneys for Defendant
   APPLE INC.

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

13

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | **Lead Case No. C 05 00037 YGR** |
| **This Document Related To:** | **CERTIFICATE OF SERVICE** |
| **ALL ACTIONS** | |

18

19  ///

20  ///

21

22

23

24

25

26

27

28

1              **PROOF OF SERVICE**

2        I, Lillian Wong, declare:

3        I am a citizen of the United States and employed in San Francisco County, California. I

4   am over the age of eighteen years and not a party to the within-entitled action. My business

5   address is 555 California Street, 26th Floor, San Francisco, California 94104.

6        A copy of the **EXPERT REPORT OF JOHN KELLY was served by electronic mail**

7   **at 6:19pm on July 19, 2013; the EXPERT REPORT OF ROBERT TOPEL was served by**

8   **electronic mail at 12:21am on July 20, 2013; and the EXPERT REPORT OF KEVIN**

9   **MURPHY was served by electronic mail at 3:21 am on July 20, 2013.**

10

11       Bonny E. Sweeney
         Thomas R. Merrick
12       Alexandra Bernay
         Carmen A. Medici
13       Robbins Geller Rudman & Dowd LLP
         655 West Broadway, Suite 1900
14       San Diego, CA 92101
         T: (619) 231-1058
15       F: (619) 231-7423
         bonnys@rgrdlaw.com
16       tmerrick@rgrdlaw.com
         xanb@rgrdlaw.com
17       cmedici@rgrdlaw.com

18       I declare that I am employed in the office of a member of the bar of this court at whose

19  direction the service was made.

20       Executed on July 22, 2013, at San Francisco, California.

21

22                                          Lillian Wong

23

24

25

26

27

28

SFI-832645v1                    2                    PROOF OF SERVICE
                                                     Case No. C 05 00037 YGR

| *Attorney or Party without Attorney:* ·ROBERT A. MITTELSTAEDT, ESQ. JONES DAY 555 CALIFORNIA STREET 26TH FL SAN FRANCISCO, CA 94104 *Telephone No:* 415-626-3939 | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney for:* , DEFENDANT | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:* United States District Court For The Northern District Of California Oakland Division | | | | |
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | | | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* C 05 00037 YGR |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the CERTIFICATE OF SERVICE; EXPERT REPORT OF DR.JOHN P. J. KELLY; EXPERT REPORT OF KEVIN M. MURPHY JULY 19, 2013; EXPERT REPORT OF ROBERT H. TOPEL JULY 19, 2013

*3. a. Party served:*　　　　　　　　　　BONNY E. SWEENEY, ESQ.; ROBBINS GELLER RUDMAN & DOWD

*4. Address where the party was served:*　　655 WEST BROADWAY
　　　　　　　　　　　　　　　　　　　STE. 1900
　　　　　　　　　　　　　　　　　　　SAN DIEGO, CA 92101

*5. I served the party:*

a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party on: Mon., Jul. 22, 2013 at: 3:33PM, to the person(s) indicated below in the manner as provided in 1011 CCP.

　　　　　　　　　　　　　　　BONNY SWEENEY, AUTHORIZED TO ACCEPT

　(1) **(Business)** I informed him or her of the general nature of the papers.

**7. Person Who Served Papers:**　　　　　　　　　　　　Recoverable Cost Per CCP 1033.5(a)(4)(B)
a. Matt Caughey　　　　　　　　　　　　d. *The Fee for Service was:*

First Legal　　　1111 6th Avenue, Ste. 204
　　　　　　　San Diego, CA 92101
　　　　　　　Telephone　(619) 231-9111
　　　　　　　Fax　　　(619) 231-1361
　　　　　　　www.firstlegalnetwork.com

e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Wed, Jul. 24, 2013*

# EXHIBIT 40

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


THE APPLE iPOD iTUNES ANTI-
TRUST LITIGATION,                    Lead Case No.
                                     C 05-00037 YGR
----------------------------/ [Class Action]

This Document Relates to:

ALL ACTIONS
----------------------------/





**CONFIDENTIAL ATTORNEYS' EYES ONLY **

VIDEOTAPED DEPOSITION OF JOHN P.J. KELLY

San Francisco, California

Wednesday, October 2, 2013





Reported by:
Lorrie L. Marchant
CSR No. 10523, RPR, CRR, CCRR, CLR

Job No.  10007839

1              And this is a -- like a screen shot,

2    really, from an old RealPlayer Web site; is that

3    accurate?

4              MR. KIERNAN:  Object to form.

5              THE WITNESS:  No, that's not accurate.

6              BY MS. BERNAY:

7        Q.   Okay.  What is this?

8        A.   This is a -- this is a help page from the

9    actual -- from the actual Harmony RealPlayer --

10   from the RealPlayer with Harmony executable

11   that's -- that's 10.5, Build 6.0.12.1212.

12       Q.   And where -- where did you get this?

13       A.   From the actual program itself.

14       Q.   Okay.  So it's a screen shot, though, from

15   the program?

16       A.   From the program, yes.

17       Q.   Okay.  You make a couple of statements in

18   paragraph 70 that I would like to talk to you

19   about.

20              You state at about line 18, you say,

21   translating the DRM means removing from the music

22   file the current DRM protection, which is not

23   supported by the music player, and then adding to

24   the music file a different DRM protection which is

25   supported by the music player.

Page 77

1                    Do you see that?

2        A.    I do.

3        Q.    Okay.   And that's something that -- what

4    is that statement based on?

5        A.    The -- the materials that I have reviewed

6    and my understanding of -- of -- of how this system

7    would work.

8        Q.    What materials that you reviewed

9    specifically caused you to believe that translating

10   the DRM means removing from the music file the

11   current DRM protection, which is not supported by

12   the music player, and then adding to the music file

13   a different DRM protection which is supported by

14   the music player?   Specifically what materials that

15   you've reviewed support that interpretation?

16       A.    Well, the RealPlayer help files that I

17   looked at, that sample is here.   And -- and my --

18   my understanding of -- of how DRM technology works.

19       Q.    So you said help files that you looked at,

20   and then you said one of which is here.

21              Are there other help files that you looked

22   at that are not included in your report that

23   support your opinion here that translating the DRM

24   means removing from the music file the current DRM

25   protection, which is not supported by the music

1    player, and then adding to the music player a

2    different DRM protection which is supported by the

3    music player?

4        A.    Yes, I believe so.    There are -- the

5    executable -- the program that I've identified

6    has -- has other help pages in it, as I recall.

7        Q.    And those other help pages support --

8        A.    I believe so.    And -- and --

9        Q.    And what causes you to believe that?

10        A.    My -- my recollection of -- of looking at

11    those pages.

12        Q.    If they help support your opinion, why did

13    they not find their way into your report?

14        A.    Well, they are identified.    I mean, I've

15    identified the RealNetworks player.    I've

16    identified the specific executable that I looked

17    at.    But I didn't attempt to identify each and

18    every single part of -- of, you know, code or

19    executables that -- that could be -- I mean, it's

20    identified here.    It's not called out.    Every

21    figure in -- is not called out.

22        Q.    What other evidence do you have -- or is

23    it -- do you have other evidence other than this

24    screen shot that supports your view that

25    translating the DRM means removing from the music

1  file the current DRM protection, just on that part

2  of it?

3      A.   Yes.

4      Q.   Where is that?

5      A.   That's my understanding of how the --

6  these DRM mechanisms work --

7      Q.   So the --

8      A.   -- based on examining FairPlay and other

9  systems.

10     Q.   Did you conduct any experiments, for

11 example, to determine whether translating the DRM

12 means removing from the music file the current DRM

13 protection?

14     A.   No, I didn't.

15     Q.   Why not?

16     A.   Well, I don't believe it was necessary to

17 do that.  And -- and I did not have the -- the

18 pieces that I needed -- that I would have needed

19 to -- to do this with Harmony.

20     Q.   What do you mean, you didn't have the

21 pieces that you would have needed to do this with

22 Harmony?

23     A.   This is -- this is -- this is Harmony

24 dated 2/16/2005.  And in order to run tests on this

25 executable, I would have needed Helix-encoded

1    material with the keys, iTunes encoded --

2              THE REPORTER:  I just didn't -- I didn't

3    catch that word right there.

4              THE WITNESS:  iTunes encoded -- FairPlay

5    encoded media at the right date and the right time

6    frame, appropriate keybags, and so I did not have

7    all of that material.  It wasn't available.

8              BY MS. BERNAY:

9        Q.   Is it necessarily the case, in your view,

10   that translating DRM, as it's stated in this screen

11   shot, necessarily means removing from the music

12   file the current DRM protection, which is not

13   supported by the music player, and then adding to

14   the music file a different DRM protection?

15              MR. KIERNAN:  Object to form.  Vague and

16   ambiguous.

17              THE WITNESS:  In terms of what -- what --

18   what -- in this context, consistent with the

19   description that Harmony provides in this -- in

20   this help page, I believe that it does mean -- it

21   does mean removing from the music file the current

22   DRM protection and then adding a different DRM

23   protection.

24              BY MS. BERNAY:

25        Q.   Where on this help page do you get the

1   idea that DRM is removed in any case by looking at

2   this help page?

3        A.    I mean, it's -- it's throughout the --

4   the -- it says here at the -- in the first

5   paragraph, What is Harmony technology?  Second

6   sentence, it says, You can use any online music

7   store to purchase music for your portable device.

8        Q.    Okay.  And let's stop there.

9             Where in that sentence does it state

10  that -- that DRM is being removed from a music

11  file?  Removing the current DRM that's not

12  supported and then adding a different DRM.  Where

13  on -- that you can use any online music store to

14  purchase music for your portable device.

15       A.    Are you asking me if those specific words

16  appear, where it says this -- this removes --

17       Q.    Well, that's part of what I'm asking.  But

18  the other part I'm asking is how do you get from

19  now you can use any online music store to purchase

20  music for your portable device to that -- that it

21  means that the DRM necessarily is being removed?

22       A.    Okay.

23             MR. KIERNAN:  Hang on.  I think there are

24  two questions pending now.

25             THE WITNESS:  Oh.

Page 82

1          MS. BERNAY:  Maybe so.  Well, let's just

2     back up.

3          BY MS. BERNAY:

4     Q.   We were talking about -- you said that

5     this sentence supports your contention here that,

6     translating, the DRM means removing from the music

7     file the current DRM, and it goes on.  So what in

8     that sentence supports that?

9     A.   Well, I'm not sure I have done this

10    exercise, parsing it sentence by sentence.

11    Q.   Okay.

12    A.   I'm looking at the -- at the whole thing

13    and understanding how Harmony would have to do

14    this.  And that is to say that what this tells me

15    is that you can -- you can use any online music

16    store to purchase music, and it doesn't have to

17    be -- and so online music stores have DRM

18    protection.

19    Q.   So let me ask you a question about that,

20    about the "any online music store."

21          Is it your contention, then, that

22    RealPlayer cracked every single DRM system that was

23    out there?

24          MR. KIERNAN:  Object to form.

25    ///

Page 83

1                    BY MS. BERNAY:

2          Q.    Based -- based on this -- that you can use

3    any online music store; is that your opinion, based

4    on this?

5                    MR. KIERNAN:  Object to form.

6                    THE WITNESS:  I am -- I am describing -- I

7    am -- I am looking at what Harmony says they can

8    do.  What, in fact -- whether this is accurate

9    enough or not, I don't know.

10                   BY MS. BERNAY:

11         Q.    Okay.  Well, based on your understanding

12   and what you have in your report, are you saying

13   that this indicates that Harmony was saying that it

14   cracked every single DRM out there?

15                   MR. KIERNAN:  Object to form.

16                   THE WITNESS:  Well, I don't know that

17   they're saying that.

18                   BY MS. BERNAY:

19         Q.    Okay.

20         A.    What they're saying is you can use any

21   online music store, and you can -- you can then

22   transfer -- you can translate the -- the DRM to one

23   supported by your device.

24         Q.    Okay.

25         A.    And then it -- and it's the only digital

Page 84

1   media player you need to find and download new

2   music.  No matter what format your content is in or

3   what digital rights management software is used,

4   RealPlayer with Harmony technology can convert and

5   support the transfer of your content to your

6   portable device.

7          I mean, I think that -- that is a -- that

8   is a clear statement that they can handle any

9   digital rights management software.

10     Q.   Sure.  So what you've said is they can

11  handle any digital rights software.  How does that

12  necessarily mean that they have removed from the

13  music file the current DRM protection and then have

14  added to the music file a different DRM?

15     A.   Because the various digital rights

16  management are -- are incompatible.  I mean,

17  it's -- iTunes, as an example, supports one type.

18     Q.   Okay.  So that's not really what I'm

19  asking.

20          First, you said that it could handle it.

21  But in your report, what you're saying is that it's

22  removing the DRM.

23     A.   That --

24          MR. KIERNAN:  There's no question pending.

25  ///

1          BY MS. BERNAY:

2      Q.    So I'm trying to understand the difference

3  between those two things.

4          What is the difference?

5      A.    Handling means -- means removing and

6  adding, depending on which you need.

7      Q.    Handling means removing DRM?  In your --

8  that's your understanding of what handling means in

9  this context?

10     A.    What I'm saying is in order to do what is

11  set forth here, you're going to have to be able to

12  remove DRM protection and then add a different DRM

13  protection.

14     Q.    And your evidence for that contention

15  is -- is what?

16          MR. KIERNAN:   Asked and answered.

17          THE WITNESS:   Well, it's what I said

18  already.

19          BY MS. BERNAY:

20     Q.    Okay.

21     A.    It's the discussion, it's -- you know,

22  it's what's laid out here, and it's my

23  understanding of how DRM technology works.

24     Q.    But, again, you didn't conduct any

25  experiments to determine whether translating --

1    with Harmony, you didn't conduct any of these

2    experiments to determine whether translating

3    removes the DRM.  In this specific instance, you

4    did not conduct those experiments; is that right?

5        A.    That's correct.  I did not conduct any

6    specific experiments with DRM-protected material

7    and -- with Harmony.

8        Q.    Okay.  Did you review any technical

9    specifications of Harmony?

10       A.    I -- I forget what -- what I looked at.  I

11   identified everything that I looked at.

12       Q.    Okay.

13       A.    I looked at everything that was available.

14   I don't recall as I sit here --

15       Q.    Would you agree -- I'm sorry.

16       A.    -- what -- what technical specs were

17   available.

18       Q.    Would you agree with me that this

19   Figure 15 is not a technical specification for

20   Harmony?

21       A.    Well, it's specifying features of the --

22   of -- of RealPlayer with Harmony.  In that sense,

23   it's a specification.

24       Q.    Is it a technical specification?

25       A.    But -- but it is -- I mean, it may be part

1    of a technical specification.  But on its own, I

2    wouldn't consider it a technical specification.

3         Q.   Isn't it really more of some front-facing

4    marketing material, really?

5              MR. KIERNAN:  Objection to form.

6    Argumentative.

7              THE WITNESS:  Well, I wouldn't see it as

8    marketing.  This is somebody who has the product,

9    and this is the -- these are -- this is a help page

10   which is meant to explain to the user of this

11   product what they can do.

12             BY MS. BERNAY:

13        Q.   Right.  So it's not technical because it's

14   just going to consumers; is that right?

15             MR. KIERNAN:  Object to form.

16   Argumentative.  Assumes facts not in evidence.

17             THE WITNESS:  I'm not sure what you mean

18   by that.

19             BY MS. BERNAY:

20        Q.   Okay.  If I could direct your attention

21   again to paragraph 70.  Sorry.  And line 24, it

22   says, The help page says that Harmony was, in fact,

23   intended to remove the DRM protection placed on a

24   music file by, quote, any online music store, close

25   quote, as part of the DRM translation process.

1                    Do you see that?

2          A.    I do.

3          Q.    Where does it say that on the help page?

4          A.    Well, throughout the page, just as we've

5    been discussing.

6          Q.    It says -- it's your testimony, sir, that

7    the help page that we're looking at, page 15, says

8    that Harmony was, in fact, intended to remove the

9    DRM protection placed on a music file by any online

10   music store as part of the DRM translation process;

11   you're saying that it says that?

12              MR. KIERNAN:   Object to form.

13   Argumentative.

14              THE WITNESS:   I'm not saying that those

15   words appear verbatim on this page, but that's what

16   this page is telling me.

17              BY MS. BERNAY:

18         Q.    That's your interpretation of what the

19   page is -- means; is that correct?

20         A.    Well, it's more than my interpretation.  I

21   think it's -- it's the reasonable interpretation

22   of -- of -- of what this is -- what this is

23   actually saying.

24              In order to -- in order to take the files

25   from any online music store that has DRM

1    protection, no matter what it is, and translate it

2    to be used with a DRM protection on -- on any of

3    over 100 devices, you would need to do this.

4        Q.    But it doesn't say on this page that

5    Harmony was, in fact, intended to remove the DRM

6    protection placed on a music file by any online

7    music store as part of the DRM translation process.

8            Do you agree with me that those words do

9    not appear on this help page; is that correct?

10            MR. KIERNAN:    Object to form.

11            THE WITNESS:    I would agree that the --

12    that the words do not appear verbatim on that page.

13    But that's -- that's the interpretation of what

14    that means and how you would have to do it.

15            BY MS. BERNAY:

16        Q.    You say, Dr. Martin never says that he

17    used the Harmony technology, parentheses, for

18    example, to transfer a Helix-protected song to an

19    iPod.

20            Do you see that?

21        A.    I do.

22        Q.    And then -- now, did you transfer any

23    Helix-protected songs to an iPod?

24        A.    I did not.

25            MS. BERNAY:    Okay.    Our lunch is here, so

# EXHIBIT 41

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | ) ) | Case No.: 05-CV-00037 YGR |
| _____ | ) ) | REBUTTAL EXPERT REPORT OF DAVID M. MARTIN JR., PH.D. |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) | |
| _____ | ) | |

*Attorneys' Eyes Only Confidential Information Subject to Protective Order*

Expert Report of David Martin, Ph.D.

# Table of Contents

I.      Introduction ................................................................................................................. 3

II.     Keybag Verification Protocol ....................................................................................... 3

III.    Database Verification Protocol .................................................................................... 6

IV.     Harmony ...................................................................................................................... 7

V.      Third Party Jukeboxes ................................................................................................. 8

VI.     Apple and Third Party Cooperation ........................................................................... 11

VII.    "Walled Garden" Considerations .............................................................................. 14

VIII.   Signature .................................................................................................................... 15

Case 4:05-cv-00037-YGR   Document 877-16   Filed 11/04/14   Page 153 of 170
Case 4:05-cv-00037-YGR   Document 619-8   Filed 10/06/14   Page 4 of 30

Expert Report of David Martin, Ph.D.                                                          3

# I.        Introduction

1. I write this report to rebut the opinions expressed by Dr. John P. J. Kelly in his expert report of July 19, 2013 and his deposition of October 2, 2013.  I previously submitted a declaration dated February 28, 2011 and an opening expert report dated April 8, 2013.

2. In ¶¶8-11, Dr. Kelly describes "some of the features added from October 2004 to March 2009."  If Dr. Kelly intends to express an opinion that these changes justify the introduction of the keybag verification and/or database verification protocols, then I would disagree.  The description of the changes does not mention either verification protocol, and none of the changes intrinsically appear to require such verification protocols for their function.

# II.       Keybag Verification Protocol

3. In ¶¶40-42, Dr. Kelly offers opinions regarding the keybag verification protocols. Dr. Kelly does not state that this section of his report describes the actual reasons that the keybag verification protocols were added to FairPlay; instead, he speculates on possibilities.  For example, "If the change was caused by corruption [...] the iTunes Software or the iPod firmware could unexpectedly quit as a result."  This is a general statement about how software sometimes behaves rather than a specific analysis of iTunes' and/or the iPod firmware's historical or current requirements for correct behavior. Similarly, "If the change was caused by tampering, this could be an attempt by a hacker to gain information about FairPlay in order to discover the account keys and gain unauthorized access to the DRM-protected music," followed by a discussion of the "chosen-ciphertext attack".  No Apple documents or testimony are cited that refer to the chosen-ciphertext attack as a motivation for the keybag verification protocol. ██████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

*Attorneys' Eyes Only Confidential Information Subject to Protective Order*

████████████████████████████████████████   It is these

local account keys that are the "natural target for attack", since they are present on a computer fully

controlled by the end-user, such as a Mac or a PC.

4. In any case, Dr. Kelly offers no explanation as to how an attacker might be able to *practically*

mount an attack against either local or iPod keybag account keys if the keybag verification protocol had

never been deployed.  The security of all of the cryptosystems used in FairPlay have their limits.  The

issue is not whether it might be *possible* for an attacker to deduce the encryption key, but rather, how

much effort one would expect the attack to take in the average case.  (After all, an attacker might luckily

guess the encryption key on the first attempt – randomness is like that; no amount of engineering can

absolutely prevent a lucky guess.)  To evaluate the risk properly, one must at least specify the resources

available to the attacker and what would constitute their success.  For example, an attacker might have

full debugging control of a modern, fast personal computer running iTunes, and want to determine an

account key in order to permanently decrypt some music previously purchased from the iTunes Store,

and might be willing to let the computer run at full speed for 1000 solid years[1] in order to do so.  In this

case, success would be that the user determined the account key within 1000 years, not simply that the

attacker was able to "gain information about FairPlay".  In other words, not all "information about

FairPlay" constitutes success.  Since Dr. Kelly did not specify anything more specific than this, it is hard to

evaluate any claim that the keybag verification protocol was required to protect the secrecy of account

keys.

5. Furthermore, recall that the keybag verification protocol causes FairPlay within iTunes to verify

that a keybag was created by Apple before attempting to process it any further; if iTunes detects that

the keybag was modified by a party other than Apple, then it rejects the keybag and consequently will

not play any songs that are encrypted by keys from the keybag.  An attacker who fully controls a

---

[1] Cryptosystems such as AES and RSA are engineered in terms of expected failure timescales that far exceed 1000 years.

*Attorneys' Eyes Only Confidential Information Subject to Protective Order*

computer running iTunes can presumably disable this verification step within iTunes and then attack the underlying cryptosystem as if the keybag verification protocol were not present at all.  For this reason, the underlying cryptosystem must have been engineered to withstand cryptanalytic attacks that do not depend on the keybag verification protocol for protection. Similar reasoning applies to attacks that rely on a running iPod, where the landscape may be even more difficult for an attacker.

6. Dr. Kelly did not address two possible explanations present in the record for the keybag verification protocols.  First, as I described in my opening report and declaration, the conversation between Mr. Robbin and Mr. Farrugia at Apple_AIIA00798303 appears related to the decision to implement the protocols.  Second, the FairPlay Next Generation document of Mr. Farrugia explicitly identifies motivations.  At Apple_AIIA_B_000033, "The internal security validation process of the current iPod security shows that the security architecture has several flaws and one of them allows the injection in the iPod's Keybag without the control of the iPod Account Key manager. *The injection is then used to add DRMed songs in the library*" (emphasis added).  Apple_AIIA_B_000079-80 describes one of the "weaknesses of the current FairPlay 3.0.1 implementation" as "a well known flaw already exploited by Real to DRM their music to be compatible for iPod implementation of FairPlay."

7. In ¶46, Dr. Kelly describes changes made to the iTunes database over time.  I am aware that the database format has changed over time as well, although I did not attempt to verify his description of the changes, since they are largely unrelated to the database verification protocol.  I would note that the iTunes database also includes length and version fields, as is typical with structures such as these that may change over time.  The length and version fields allow software, including prior versions of iTunes software, prior versions of iPod firmware, and 3rd party software, to identify the areas of the database that they know how to manipulate and areas that they do not and should leave alone.  Such mechanisms make it possible to add fields to the database without necessarily introducing incompatibilities with other existing software.

# III.        Database Verification Protocol

8. Dr. Kelly characterizes the database verification protocol as an "improvement" in his section II.C.2

preceding ¶47.  I recognize the database verification protocol as a change, but not as an improvement,

as I have previously explained. After all, the database verification code transforms small errors that do

not meaningfully interfere with the user experience into enormous ones that treat the database as

being devoid of all data. As an example, Dr. Kelly describes in ¶138 how, prior to Apple's introduction of

the database verification protocol, RealPlayer apparently caused the song named "Melõdiqúe" to be

displayed as "MelÃµdiqÃºe" on the iPod.  Yes, the name is garbled, but as long as the song plays

correctly, the user might not even notice, particularly if it is one of many songs being played, as it

appears to be in Dr. Kelly's screenshot of Figure 42.  So this is an example of a small error: in the absence

of the database verification protocol, the name displays incorrectly.

9. But if the database verification protocol were in force on the iPod, it would have prevented the

iPod from playing this "MelÃµdiqÃºe" or any other songs stored on the iPod, or displaying any song

names at all.  The iPod would effectively appear to be empty until the user gave up on the third-party

jukebox and used iTunes instead.  This is what I mean when I say that the verification code transforms

small errors into enormous ones.

10. Furthermore, this iPod-suddenly-seems-empty behavior is not because the Apple software

detected that there's anything particularly wrong with the name "MelÃµdiqÃºe"; rather, Apple treats

every change that any third-party program makes to the database as inherently suspect.  If any third-

party program touches the database, then Apple destroys the whole database.  So not only does Apple

transform small errors into enormous ones, it transforms all third-party changes that are otherwise

completely safe into enormous errors as well.

11.  In ¶58 and his deposition, Dr. Kelly discusses the ████████████████████████ macro.

████████████████████████████████████████████████████████

Case 4:05-cv-00037-YGR   Document 877-16   Filed 11/04/14   Page 157 of 170
Case4:05-cv-00037-YGR   Document615-8   Filed10/06/14   Page 157 of 170

Expert Report of David Martin, Ph.D.                                                        7



12. Dr. Kelly writes in ¶67 that "Since hackers continued to attack all aspects of the FairPlay architecture, it was reasonable for Apple to continue improving all aspects of the FairPlay architecture." But Dr. Kelly offers no evidence that *all aspects* were indeed being attacked; instead, he provides a list of different versions of iTunes and states that attacking software could "circumvent the protection in FairPlay" associated with those versions, without specifying which aspects of FairPlay were circumvented in any of those versions.  This is not a sufficient methodology to conclude that "all aspects" were being attacked.

## IV.        Harmony

13. In ¶70, Dr. Kelly considers the issue of whether RealPlayer Harmony could in fact remove all existing DRM protection schemes from music, regardless of the music's publisher origin.  He was asked to further clarify in deposition:

```
Kelly 2013 82:19-83:9
19        Q.   So let me ask you a question about that,
20   about the "any online music store."
21             Is it your contention, then, that
22   RealPlayer cracked every single DRM system that was
23   out there?
24             MR. KIERNAN:  Object to form.
1        BY MS. BERNAY:
2        Q.   Based -- based on this -- that you can use
3   any online music store; is that your opinion, based
4   on this?
5             MR. KIERNAN:  Object to form.
6             THE WITNESS:  I am -- I am describing -- I
7   am -- I am looking at what Harmony says they can
```

---

[2] See Apple_AIIA00094564.

8   do.  What, in fact -- whether this is accurate
9   enough or not, I don't know.

14. Dr. Kelly appears to be saying that he's not sure whether Real's explanation of this aspect of Harmony is really "accurate enough."  He is right to be unsure of this, having identified no evidence other than Real's user-facing "help" pages within RealPlayer. Regardless of what Dr. Kelly thinks Real is saying in its "help" pages, he and I agree that being able to remove DRM protection from a song essentially means having broken the DRM protection scheme.  It defies imagination to think that Real Networks, with stockholders, corporate lawyers, and a fixed address, would have published software that breaks its competitors' DRM protection schemes, with the only evidence that this ever occurred being some documentation included with RealPlayer 10.5 – no news reports, no security conference and journal papers covering the technical details, and no lawsuits from competitors in the news.[3]  Even preliminary weaknesses in existing cryptographic schemes are big news in the security literature; the idea that Real's *published, working software* would crack even a single competitor's cryptosystem protecting music, without a single independent confirmation of this happening, is completely unbelievable. To go further and conclude that Real's software could in fact crack *all* competing schemes, again without any independent confirmation, is even the more unwarranted.

# V.        Third Party Jukeboxes

15. In the heading of section IV.B. preceding ¶89, Dr. Kelly writes that "There is overwhelming evidence of third party jukebox bugs."  I disagree; Dr. Kelly has not provided any metrics allowing a conclusion that evidence of third party jukebox bugs is "overwhelming" compared to any other software at all, including iTunes and the iPod firmware.

---

[3] For example, in 2001, the U.S. Department of Justice made the decision to arrest Mr. Dmitry Skylarov of the firm ElcomSoft for having marketed a "a product that could be used to circumvent security protections built into the Adobe Acrobat eBook Reader," following complaints by Adobe. See Adobe's explanation at http://www.adobe.com/aboutadobe/pressroom/pressreleases/200108/elcomsoftqa.html.

16. Dr. Kelly writes in his footnote 83 on p. 62 that I appeared to misunderstand the purpose of the experiment he described in his prior declaration. To clarify his intent, he added emphasis to his prior explanation, so that it now reads that he "changed a single byte of the information added when the third song was transferred to the iPod *in order to simulate a bug* in the program that transferred the third song to the iPod." Yet Dr. Kelly does not merely seem to be saying that any program, including iTunes, is capable of being mistakenly released with a bug that destroys the iTunes database's magic number. His declaration beginning at ¶38 states that:

> 38. [...] Because RealNetworks did not have access to source code or other technical descriptions of the iPod database, its software would have been more likely to contain bugs or features that corrupted files on the iPod or otherwise interfered with the operation of the iPod.

> 39. To illustrate this, I conducted the following experiment to analyze the effect of a third-party modifying the internal database. [...]

17. Thus he appears to be "illustrating" the type of bug that would be expected to occur in software like Harmony. I still disagree that this particular bug (i.e., miswriting the database's magic value) should be considered representative of problems that are likely to exist in software such as Harmony. Yet Dr. Kelly did properly identify a drastic and undesirable effect, namely, that of making all of the songs on the device unplayable – and this is exactly the effect that Apple chose as appropriate when it detected a database that had been touched by non-Apple software.

18. I previously addressed the relevance of AppleCare records to the issues in this case in response to Dr. Kelly's declaration, in which he cited AppleCare records to support his conclusion as to the "likely cause" of alleged corruption. Now, in his report, Dr. Kelly lists some new cases as well and says only "The following are a few samples of cases opened by AppleCare responding to complaints about the operation of iPods by users who had used a third-party application to load and play music on the iPod". He does not state that these new cases support any particular conclusion. Dr. Kelly also abandoned a number of AppleCare cases he previously cited in his prior report. Without inspecting any of the devices, or interviewing any of the involved personnel, it is again very difficult to put these records in

*Attorneys' Eyes Only Confidential Information Subject to Protective Order*

Case 4:05-cv-00037-YGR   Document 761-8   Filed 10/25/14   Page 16 of 19

perspective.  In his deposition, Dr. Kelly admitted that he did not conduct any systematic analysis of complaints received by AppleCare, but instead had counsel for Apple provide him a collection of complaints allegedly involving  third-party juke boxes.  Kelly Deposition at 95:16-96:6.  He further admitted he did not talk to anyone at AppleCare regarding the various complaints he detailed in his reports and did not examine any of the iPods customers were complaining about.  Nor did he speak with any of the customers who submitted complaints.  Kelly Deposition at 99:14-101:25.

19. Dr. Kelly and I agree that most programs have bugs.[4]  In ¶100 and following, he discusses many undesirable behaviors of third-party software that appear to be due to bugs.  I did not attempt to verify his specific findings, but I find it unsurprising that third-party jukeboxes are no exception to the rule that most programs have bugs.  Dr. Kelly offers no methodology for assessing how problematic these bugs are for Apple's customers, or for Apple itself, or even if such an assessment would be relevant to determining whether third-party jukebox software should be detected and its music made unplayable by iTunes and the iPod firmware.

20. Most of the specific apparent bugs that he discusses have a far more subtle effect than making all songs on the iPod unplayable.  At ¶100 "ml_ipod Plugin Overwrites iTunes Data," the effects of the apparent bug are not clearly stated.  At ¶102 "ml_iPod Plugin Deletes iTunes Playlists", it appears that playlists are deleted, but songs remain playable.  At ¶106 "ml_ipod Plugin Prevents the iPod from Playing Videos," it appears that songs can still be played.  At ¶109 "ml_ipod Plugin Deletes On-The-Go Playlists," it appears that songs can still be played.  At ¶116, songs remained playable.  At ¶119 "pmp_ipod Plugin Deletes On-The-Go Playlists," songs remained playable.  At ¶120 "pmp_ipod May Leave the iTunes Database in an Inconsistent State," songs remained playable.  At ¶124, songs remained playable.  The effect of the "fixes" enumerated in ¶125 are generally unclear.

---

[4] See, e.g., Kelly Deposition at 91:3-22.

*Attorneys' Eyes Only Confidential Information Subject to Protective Order*

21. Regarding Harmony, at ¶¶129-131 "iTunes Database Contents Are Inconsistent," the effects of the "inconsistencies" are unstated.  It appears that songs remain playable. At ¶¶132-134 "Playlists Are Corrupted," songs remained playable for some of the time; the problem involves interactions between iTunes and RealPlayer.  A customer who used only RealPlayer would not appear to encounter the behavior described here.  At ¶135 "RealPlayer Deletes On-The-Go Playlists," songs remain playable.  At ¶138 "RealPlayer Does Not Handle Special Characters in Song Tags," songs remain playable; the only undesirable effect is that some characters with accent marks are displayed incorrectly.  At ¶139 "RealPlayer Leaves Orphan Files on The iPod," songs remain playable.  At ¶140 "RealPlayer Does Not Support the iPod Video," songs remain playable.

22. Regarding "Other Customer Complaints" at ¶¶144-150, Dr. Kelly summarizes forum postings of problem descriptions.  It is difficult to assess the nature of these problems given only forum descriptions, but most of the incidents appear to be less serious than the iPod not playing any songs at all.  Dr. Kelly admitted at deposition that he did not speak to any of the people who posted in the forum or message boards that he cites to in his report.[5]

# VI.        Apple and Third Party Cooperation

23. In ¶151, Dr. Kelly states that "Apple would have had to share confidential information". Although Apple did designate such information as confidential, Dr. Kelly has not demonstrated that the information *needed* to be kept confidential for security purposes. He writes further that "As Dr. Martin seems to recognize, Apple would also have to modify the iPod firmware and iTunes Software to make the iPod firmware and iTunes software work seamlessly with the dozens of third-party applications – including RealPlayer and Winamp – that were available to the public."  I do not recall what modifications

---

[5] See Kelly Deposition Tr. at 105-112.

Case 4:05-cv-00037-YGR Document 877-16 Filed 11/04/14 Page 162 of 170
Case 4:05-cv-00037-YGR Document 773-168 Filed 10/20/14 Page 163 of 170

12                                              Expert Report of David Martin, Ph.D.

he is referring to here and consequently do not understand why he feels that I have agreed with him on this point.

24. Dr. Kelly states that publishing accurate interoperability specifications might not be sufficient for third-party applications to achieve the "requisite level of compatibility" in ¶152. I agree that it takes work to implement software according to a specification and that bugs in these implementations are possible, just as bugs also occur in iTunes and the iPod firmware. But broadly speaking, the fact that third-party jukeboxes written to an accurate specification might behave differently than iTunes – whether because their features are implemented better, merely implemented differently, or even are malfunctioning – is pretty much exactly the point. Obviously, third-party developers do not aim to perfectly replicate iTunes. If that's all they wanted to do, then they could just use iTunes as-is.

25. Dr. Kelly states "Among other things, Dr. Martin would have Apple perform a full verification analysis of the iTunes database" in ¶153. I do not recall stating this and I do not know exactly what Dr. Kelly means by the phrase "full verification analysis." He makes it sound extremely burdensome. But Dr. Kelly has not shown that the database code prior to the introduction of the database verification protocol was unusually fragile, or that ensuring that appropriate bounds-checking and other sanity tests are present would itself be a burdensome effort. Scrutinizing data in this way is standard practice in software development. Dr. Kelly points towards one aspect of such scrutiny in ¶84: "Every possible action available to the user must be tested including sequences of actions that were not envisioned by the specification or software architecture." Since it is rarely possible to test every possible sequence of actions available to the user, the ability of the software to react correctly to such sequences of actions is instead verified by considering the spectrum of possible values in the underlying data structures that describe the user's actions, and ensuring that the program is constrained to work within that spectrum of values. In other words, the programmers perform bounds-checking and sanity checking on those values.

*Attorneys' Eyes Only Confidential Information Subject to Protective Order*

26. Also in ¶153, Dr. Kelly writes "And it is wrong to suggest that making the device or software more 'robust' would eliminate bugs that could interfere with the operation of the iPod." I agree that it is hard to completely eliminate all bugs, but that is not what I described as the desired outcome. Rather, I was addressing the fact that Apple pointed to possible bugs in third-party applications as a justification for detecting third-party applications and making iPod songs unplayable as a result. So I wrote that "Another possibility would have been for Apple to code for robustness rather than rapid failure due to the detection of third-party software." Making iPod songs unplayable simply because a third-party program touched the database in a benign fashion sounds more like fragility than robustness.

27. In ¶154, Dr. Kelly appears to be saying that the situation with iPhone, where Apple welcomes third-party developers to contribute software to the iPhone platform and provides extensive documentation on how to do so correctly and securely, is fundamentally different from the issue of third-party access to the iPod – essentially because Apple designed a solution for iPhone but never intended to allow one for the iPods. This is not a compelling argument that no such interoperability is possible on the iPod platform. Clearly, providing appropriate documentation to third-party developers should result in improved interoperability. There should be little question that Apple is capable of producing such documentation. Given that third-party developers such as Real and Winamp were able to provide jukeboxes that interoperated with iPods well enough to attract customers *without* this type of technical documentation, if they had been equipped with appropriate documentation, then their results should be even better.

28. Finally, at the end of ¶154, Dr. Kelly writes "Third, since such software would necessarily use FairPlay, providing this type of access would make FairPlay less secure." The logic appears to be that FairPlay is so fragile and sensitive that any third-party use of any aspect of it would be an unacceptable risk. This is a superficial analysis. FairPlay is a security system engineered to protect data in specific ways. Some aspects of FairPlay must be kept secret (such as its secret keys), but other aspects do not

Case 4:05-cv-00037-YGR   Document 877-16   Filed 11/04/14   Page 164 of 170
Case 4:05-cv-00037-YGR   Document 681-8   Filed 10/28/14   Page 16 of 19

14                                                          Expert Report of David Martin, Ph.D.

need to be kept secret.  It is simply not possible to conclude that FairPlay's protection would necessarily

degrade or fail simply because some third-party software might "use FairPlay" in some unspecified

manner.

## VII.     "Walled Garden" Considerations

29. In ¶¶155-166, Dr. Kelly describes the "walled garden" platform approach in generally favorable

terms.  But it is unclear how this relates to his opinions in this case.  For example, he does not say that

the "benefits" of the walled garden that he describes depend on the keybag or database verification

protocols being enabled. In any case, the walled garden "benefits" he describes certainly do not benefit

the users who want to use third-party jukebox software with iPods if the necessary effects of the walled

garden include making those users' songs unplayable.

30. Nor are all aspects of a walled garden intrinsically positive.  From a software developer's

perspective, working in a "walled garden" or "closed platform" means that products intended to work in

the platform are inherently subject to the approval and schedule of the platform owner.  A product that

does not meet with the platform owner's approval runs the risk of being summarily disabled, and

therefore, the relationship to the developer's customers is threatened. Developing software or

providing content to run within the closed platform may require entering into legal agreements with the

platform owner, including confidentiality agreements, acceptable use agreements, restrictions on

decompilation and disassembly, and the requirement to pay fees to the platform owner. The platform

owner may reserve to itself functionality that a developer thinks they can do better than the platform

owner.

31. There is nothing about a closed platform that inherently leads to a better user experience.  The

closed platform simply limits the number of parties making the decisions; it does not guarantee that

*Attorneys' Eyes Only Confidential Information Subject to Protective Order*

Expert Report of David Martin, Ph.D.                                                        15

these parties actually make good decisions.  Fewer parties making decisions may mean fewer

opportunities for innovation.


## VIII.　　Signature

32. I reserve the right to supplement or amend this report as necessary or appropriate to take into

account additional information obtained through discovery or otherwise, including the upcoming

depositions of Kevin Murphy and Robert Topel.


Signed October 30, 2013 in Ames, Iowa.

_____

David M. Martin Jr., Ph.D.

# EXHIBIT 42

1    *[Counsel listed on signature page]*

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11   THE APPLE iPOD iTUNES ANTI-          Lead Case No.  C 05-00037 YGR
     TRUST LITIGATION                     [CLASS ACTION]
12
                                          **JOINT PROPOSED JURY INSTRUCTIONS**
13   _____
                                          Date:    October 29, 2014
14   This Document Relates To:            Time:    9:30 a.m.
                                          Place:   Courtroom 1, 4th Floor
15   ALL ACTIONS                          Judge:   Hon. Yvonne Gonzalez Rogers

16

17

18

19

20

21

22

23

24

25

26

27

28

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P
O A K L A N D ,   C A L I F O R N I A

1
2

**APPLE'S PROPOSED INSTRUCTION NO. 38:  DIGITAL MILLENNIUM COPYRIGHT**

**ACT, 17 U.S.C. § 1201(a)(1)(A)**

3    A defendant is not liable for a violation of the antitrust laws if the conduct alleged to have

4  been restrained—here, RealNetworks's "translation" of the digital rights management ("DRM")

5  tool on audio files purchased and downloaded from RealNetworks's Music Store to one that iPods

6  would falsely interpret as Apple's proprietary DRM tool—was itself unlawful.

7    Section 1201(a)(1)(A) of the Digital Millennium Copyright Act prohibits circumventing a

8  technological measure that effectively controlled access to a protected work.  The elements of a

9  Section 1201(a)(1)(A) violation are:

10    1.  Apple used a technological measure that effectively controlled access to a copyright
           protected work; and

11

12    2.  RealNetworks circumvented Apple's technological measure.

13    A technological measure "effectively controls access to a work" if the measure, in the

14  ordinary course of its operation, requires the application of information, or a process or a

15  treatment, with the authority of the copyright owner, to gain access to the work.

16    To "circumvent a technological measure" means to descramble a scrambled work, to

17  decrypt an encrypted work, or otherwise to avoid, bypass, remove, deactivate, or impair a

18  technological measure, without the authority of the copyright owner.  A company has

19  circumvented a technological measure if the company does so directly or indirectly by inducing,

20  causing, encouraging, or materially contributing to the circumvention of a technological measure

21  by end users.

22    If you find that RealNetworks violated the DCMA, then you must find for Apple and

23  against the Plaintiffs on their monopolization and attempted monopolization claims under the

24  Sherman Act.

25

26                                          **AUTHORITY**

27  17 U.S.C. § 1201(a)(1)(A); (a)(3); *In re Canadian Import Antitrust Litig.*, 470 F.3d 785, 790-92

28  (8th Cir. 2006) (elimination of illegal competition does not cause antitrust injury); *Modesto*

JOINT PROPOSED JURY INSTRUCTIONS                          No. C 05-00037 YGR

1    *Irrigation Dist. v. Pac. Gas & Elec. Co.*, 309 F.Supp.2d 1156, 1169-70 (N.D. Cal. 2004) ("Courts

2    have long recognized that an action under the antitrust laws will not lie where the business

3    conducted by the plaintiff, and alleged to have been restrained by the defendant, was itself

4    unlawful.") (quotation marks omitted).

28   **Date Submitted:  October 22, 2014**

JOINT PROPOSED JURY INSTRUCTIONS                                    No. C 05-00037 YGR

B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

O A K L A N D ,   C A L I F O R N I A

1    **PLAINTIFFS' STATEMENT REGARDING APPLE'S PROPOSED INSTRUCTION**

2    **NO. 38**

3        This instruction is the first of a series of patently inappropriate instructions which threaten

4   to convert this antitrust trial into an extended referendum on the legality of the release of Harmony

5   by RealNetworks, a non-party to this lawsuit.  *See* Apple's Proposed Instruction Nos. 38-42.

6        Plaintiffs object to this instruction.  Apple's proposed instruction refers to an affirmative

7   defense not asserted in its answer.  Moreover, in its response to plaintiffs' discovery requests

8   regarding the DMCA, Apple took the position that "documents discussing the Digital Millennium

9   Copyright Act ***are not relevant to the claims and defenses in this action***."  Having refused to

10  produce any evidence relating to the Digital Millennium Copyright Act ("DMCA") during

11  discovery, Apple cannot now pursue a defense at trial based on the DMCA.  Apple has waived this

12  defense and is not entitled to an instruction on this issue. Fed. R. Civ. P. 8(c); *LINC Fin. Corp. v.*

13  *Onwuteaka*, 129 F.3d 917, 921 (7th Cir. 1997) (affirmative defense of lack of standing must be

14  raised in defendant's answer or it is waived).

15       Even assuming Apple had not already waived this defense, Apple's proposed instruction

16  has no applicability or relevance here.  Apple asks the Court to instruct the jury that it is not liable

17  for plaintiffs' antitrust claims if RealNetworks violated the DMCA.  However, the DMCA "does

18  not limit the scope of the antitrust laws, either explicitly or implicitly." *Chamberlain Grp., Inc. v.*

19  *Skylink Techs., Inc.*, 381 F.3d 1178, 1201 (Fed. Cir. 2004).  The DMCA is not designed to protect

20  Apple's, or any other company's, monopoly gained through a digital rights management or similar

21  "lock-out" program, but rather only protects the underlying copyright-protected artistic expression.

22  *See Lexmark Int'l, Inc. v. Static Control Components, Inc.*, 387 F.3d 522, 536 (6th Cir. 2004) (a

23  "lock-out" code, i.e., one the "requires that a particular code sequence be included in the

24  component device to permit its use," is generally precluded from copyright protection); *see also*

25  *id*. at 553 ("Giving authors monopolies over manufactured goods as well as over their creative

26  expressions will clearly not 'promote the Progress of Science and the Useful Arts,' but rather

27  would stifle progress by stamping out competition from manufacturers who may be able to design

28  better or less expensive [products].") (Merritt, C.J. concurring).

JOINT PROPOSED JURY INSTRUCTIONS                                    No. C 05-00037 YGR