Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The Apple iPod iTunes Antitrust Lit.                ) Case No: C05-00037 YGR
                                                    )
                         Plaintiff(s),              ) **APPLICATION FOR**
                                                    ) **ADMISSION OF ATTORNEY**
         v.                                         ) **PRO HAC VICE** AND ORDER
This Document Relates to All Actions                ) (CIVIL LOCAL RULE 11-3)
                                                    )
                         Defendant(s).              )

  I, Christopher G. Renner, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is John F. Cove, Jr., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 5301 Wisconsin Ave, NW<br>Washington, DC 20015 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 237-6131 | (510) 874-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| crenner@bsfllp.com | jcove@bsfllp.com |

  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4406971.

  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

  *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/31/14                                      Christopher G. Renner
                                                     APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

  IT IS HEREBY ORDERED THAT the application of Christopher G. Renner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 5, 2014

                                    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
                                    YVONNE GONZALEZ ROGERS