UNITED STATES DISTRICT COURT     **ORIGINAL**

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE

| | | |
|---|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) | NO. C 05-00037 YGR<br>PAGES 1 - 18<br>STATUS CONFERENCE<br><br>OAKLAND, CALIFORNIA<br>FRIDAY, OCTOBER 31, 2014 |

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

APPEARANCES:

FOR PLAINTIFFS:        ROBBINS GELLER RUDMAN & DOWD LLP
                       655 WEST BROADWAY, SUITE 1900
                       SAN DIEGO, CALIFORNIA  92101
                  BY:  BONNY E. SWEENEY,
                       ALEXANDRA S. BERNAY,
                       JENNIFER N. CARINGAL, ATTORNEYS AT LAW


                       BONNETT FAIRBOURN FRIEDMAN & BALINT PC
                       4023 CAIN BRIDGE ROAD
                       FAIRFAX, VIRGINIA 22030
                  BY:  FRANCIS J. BALINT, JR.
                       ATTORNEY AT LAW


             (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:        RAYNEE H. MERCADO, CSR NO. 8258

   PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

**A P P E A R A N C E S (CONT'D.)**

```
FOR DEFENDANT:          BOIES, SCHILLER & FLEXNER LLP
                        5301 WISCONSIN AVENUE NW
                        WASHINGTON, D.C.  20015
                   BY:  WILLIAM A. ISAACSON, ATTORNEY AT LAW


                        BOIES, SCHILLER & FLEXNER LLP
                        1999 HARRISON STREET, SUITE 900
                        OAKLAND, CALIFORNIA  94612
                   BY:  JOHN F. COVE,
                        MEREDITH R. DEARBORN, ATTORNEYS AT LAW


                        JONES DAY
                        555 CALIFORNIA STREET, 26TH FLOOR
                        SAN FRANCISCO, CALIFORNIA  94104-1500
                   BY:  DAVID C. KIERNAN, ATTORNEY AT LAW


                              --o0o--
```

```
 1    FRIDAY, OCTOBER 31, 2014                              8:26 A.M.
 2                           P R O C E E D I N G S
 3          THE CLERK:  CALLING CIVIL ACTION 05-0037, APPLE IPOD
 4    ITUNES ANTITRUST LITIGATION.
 5       COUNSEL, PLEASE STATE YOUR APPEARANCES.
 6          MS. SWEENEY:  GOOD MORNING, YOUR HONOR.  BONNY
 7    SWEENEY, ROBBINS GELLER RUDMAN & DOWD FOR THE PLAINTIFFS.
 8          THE COURT:  MORNING.
 9          MR. ISAACSON:  BILL ISAACSON, BOIES SCHILLER &
10    FLEXNER FOR THE DEFENDANT.
11          THE COURT:  GOOD MORNING.
12       OKAY.  AS I WAS SAYING, WE HAD TO EVACUATE THE BUILDING
13    YESTERDAY.  AND SO I RECEIVED THIS MORNING A COPY OF A LETTER
14    FROM YOU, MR. ISAACSON.
15          MR. ISAACSON:  YES.
16          THE COURT:  IS THERE SOME -- IS THERE ANYTHING ELSE,
17    I GUESS WAS MY FIRST QUESTION -- ANYTHING ELSE THAT I SHOULD
18    HAVE REVIEWED PRIOR TO THIS MORNING?
19          MR. ISAACSON:  NO, YOUR HONOR.  WE HAVE SOMETHING FOR
20    YOU NOW.
21          THE COURT:  OKAY.
22          MR. ISAACSON:  IT IS A FOLLOW-UP TO THAT LETTER.  WE
23    HAVE A PROPOSED STIPULATION.
24          THE COURT:  ALL RIGHT.  LET ME SEE IT.
25                    (PAUSE IN THE PROCEEDINGS.)
```

1              (OFF-THE-RECORD DISCUSSION.)
2         **MR. ISAACSON:** THAT'S TWO COPIES.
3         **THE COURT:** AND WHAT'S THE -- THE CONTENT OF THE
4    PROPOSAL?
5         **MR. ISAACSON:** THE PROPOSAL PROVIDES FOR AN EXTENSION
6    OF THE TRIAL DATE TO MONDAY, DECEMBER 8TH, AND -- AND THEN A
7    BRIEFING SCHEDULE FOR THE -- FOR THE PROPOSAL TO ADD
8    MR. RIEGEL AS A CLASS REPRESENTATIVE, AS WELL AS FOR APPLE TO
9    FILE A MOTION TO DECERTIFY THE RESELLER PORTION OF THE CLASS
10   AND FOR ALL THAT TO TAKE PLACE BEFORE THE TRIAL DATE.
11        **THE COURT:** I THINK YOU'RE GOING TO HAVE TO SHORTEN
12   IT BY A WEEK, AND HERE'S WHY.
13      I'VE GOT TO GET THIS TRIAL DONE BEFORE THE WEEK OF
14   CHRISTMAS OR I'M GOING TO LOSE JURORS.  SO WE'VE GOT TO START
15   THIS TRIAL DECEMBER -- I'LL GIVE YOU THE MONDAY AFTER THE
16   HOLIDAY, BUT WE HAVE TO START THIS TRIAL ON DECEMBER 2ND AT
17   THE LATEST.  THAT GIVES ME -- UNLESS YOU'RE -- UNLESS YOU'RE
18   GOING TO SHORTEN THE TIME, AND I DON'T THINK YOU WANT TO
19   SHORTEN THE TIME.  YOU HAVE 20 HOURS EACH.  THAT'S ABOUT A
20   WEEK A PIECE.  AND THEN THEY HAVE TO DELIBERATE.
21       IF I GO INTO THE WEEK OF THE 22ND, I WILL LOSE PEOPLE.
22   PEOPLE HAVE KIDS.  THEY'RE ON BREAKS.  THE WEEK OF CHRISTMAS,
23   WE LOSE PEOPLE.  SO WE HAVE TO BE PREPARED TO BE DONE BY THE
24   19TH.  IF IT FALLS OVER A DAY ONTO MONDAY, AND I LOSE ONE, I
25   CAN DEAL WITH ONE.

1   BUT I'M NOT WILLING TO DO THIS ON THE 8TH.  YOU'RE NOT
2   GOING TO FINISH EVIDENCE UNTIL THE 19TH, AND THEN THEY HAVE TO
3   DELIBERATE.  I'M NOT DOING THAT.  SO YOU'RE GOING TO HAVE TO
4   WORK HARDER.  I AM PREPARED TO GIVE YOU THE -- TO DO THIS
5   BRIEF POSTPONEMENT BECAUSE, AS I'VE REFLECTED ON THESE ISSUES,
6   I THINK IT'S IMPORTANT, AND I THINK IT'S IMPORTANT TO GET THIS
7   DONE IN ADVANCE OF THE TRIAL.
8          **MR. ISAACSON:**  IT -- WE WILL DISCUSS THAT.  IT'S NOT
9   AN ISSUE OF LAWYERS WORKING HARDER OR OUR SCHEDULES.  IT'S --
10  WE HAVE TO DEAL WITH THE PRACTICALITIES OF THE WITNESSES, AND
11  THE WEEK BEFORE THIS TRIAL, THEN, IS THANKSGIVING WEEK, AND SO
12  THERE IS -- WE HAVE TO WORK WITH THOSE SCHEDULES, AND THAT'S
13  DIFFICULT.
14         **THE COURT:**  WELL, I -- I UNDERSTAND, AND, YOU KNOW,
15  WE WERE SUPPOSED TO BE IN TRIAL MONDAY AND TUESDAY OF THAT
16  WEEK ANYWAY, SO I --
17         **MS. SWEENEY:**  YOUR HONOR, FROM PLAINTIFFS'
18  PERSPECTIVE, THOSE DATES WOULD BE FINE FOR US.
19         **THE COURT:**  WELL, YEAH, I'M -- OKAY.  BUT HOW IS THIS
20  SCHEDULE GOING TO CHANGE?
21         **MS. SWEENEY:**  AND WE'LL WORK WITH MR. ISAACSON TO
22  MODIFY THE BRIEFING SCHEDULE ON THE MOTIONS.
23         **THE COURT:**  WE'RE GOING TO DO IT RIGHT NOW.
24         **MS. SWEENEY:**  OKAY.
25         **MR. ISAACSON:**  IT'S --

1      **THE COURT:** SO YOUR MOTION TO ADD IS DUE MONDAY,
2  NOVEMBER 3RD.
3      WHEN IS HE GOING TO -- I MEAN, HOW MUCH -- HOW MUCH
4  WRITTEN DISCOVERY IS THERE?  AND HE NEEDS TO SIT FOR
5  DEPOSITION SOONER THAN THE 12TH.  TAHOE'S NOT A BAD PLACE TO
6  GO.  IF YOU HAVE TO GO UP THERE, I'LL MAKE THEM -- I CAN GIVE
7  YOU A LIST OF HOTELS.  IT'S A NICE PLACE TO BE RIGHT NOW.
8      IN FACT, IF YOU NEED ME TO GO AND PRESIDE OVER PROBLEMS,
9  JUST LET ME KNOW, AND I CAN THEN PUT THAT ON MY CALENDAR AND
10 JOIN YOU UP THERE.
11     BUT HE -- EVERYTHING'S GOT TO BE PUSHED UP.  OR MAYBE WE
12 SHOULD SIT -- DO THIS BACKWARDS.
13     **MR. ISAACSON:** EVERY DAY WE START LATER ON THAT WEEK
14 IS GOING TO BE IMPORTANT, TOO, AS WE TALK TO THE EXECUTIVE
15 WITNESSES WHO THEY WANT TO BE THERE BECAUSE OF THEIR --
16 BECAUSE OF THEIR TRAVEL SCHEDULES AND WHEN THEY'RE COMING BACK
17 FROM BEING PLACES WITH THEIR FAMILIES.
18     **THE COURT:** WELL, I TAKE IT -- NO ONE'S GOING TO BE
19 GONE THE FIRST WEEK OF DECEMBER.  THAT IS --
20     **MR. ISAACSON:** CORRECT.
21     **THE COURT:** -- MOST PEOPLE ARE GOING TO BE GONE, IF
22 THEY ARE, IT'S RIGHT AROUND THE HOLIDAY.
23     **MR. ISAACSON:** RIGHT.
24     **THE COURT:** THAT'S WHY I SAID I'LL GIVE YOU -- YOU
25 KNOW, WE DON'T HAVE TO START ON THE 1ST, WE CAN START ON THE

1   2ND. I HAVE PREQUALIFIED MY JURY POOL THROUGH DECEMBER 12TH.
2   SO I JUST -- THE REASON THAT WE GOT STARTED A LITTLE BIT LATER
3   HERE IS I TALKED TO OUR JURY COMMISSIONER, AND WHAT I AM --
4   WHAT I THINK I CAN DO IS BRING IN THAT SAME POOL, AND I'LL
5   JUST VOIR DIRE THEM REGARDING THEIR AVAILABILITY TO SIT BEYOND
6   THE 12TH THROUGH THE 19TH. AND IF THEY CAN'T, THEN, YOU KNOW,
7   THEN I'LL DEAL WITH IT, JUST LIKE I WOULD DEAL WITH SOMETHING
8   ELSE.
9       BUT I KNOW THAT THAT POOL HAS BEEN PREQUALIFIED THROUGH
10  THE 12TH SO THAT GETS ME A LARGE PART OF THE WAY.
11          **MR. ISAACSON:** ALL RIGHT. AND EVEN THE -- EVEN THE
12  3RD WOULD -- IS GOING TO POTENTIALLY HELP US AS OPPOSED TO THE
13  2ND.
14          **THE COURT:** WELL, WE'RE GOING TO PICK THIS JURY IN
15  ADVANCE.
16          **MR. ISAACSON:** YES.
17          **THE COURT:** LET'S JUST SEE. SO WE'LL PICK THE
18  JURY --
19          **MR. ISAACSON:** I'M TALKING ABOUT THE FIRST DAY OF
20  WITNESSES AS OPPOSED TO PICKING A JURY.
21          **THE COURT:** YEAH, BUT IT'S NOT YOUR CASE FIRST.
22          **MR. ISAACSON:** I UNDERSTAND THAT, BUT THEY -- THEY
23  ARE -- IT SOMEWHAT IS BECAUSE THEY ARE CALLING OUR WITNESSES
24  IN THEIR CASE RIGHT AT THE BEGINNING.
25          **THE COURT:** WELL, MAY HAVE TO ADJUST. IT'S FOUR

```
 1   HOURS.  I MEAN, YOU'VE GOT OTHER WITNESSES.  FIGURE OUT WHO'S
 2   AVAILABLE.
 3        ALL RIGHT.  SO WHAT DO YOU NEED BEFORE YOU CAN FILE AN
 4   OPPOSITION TO THEIR MOTION?
 5            MR. ISAACSON:  WE DON'T KNOW WHAT WRITTEN
 6   DISCOVERY -- THE WRITTEN DISCOVERY AND THE DEPOSITION.
 7            THE COURT:  WELL --
 8            MR. ISAACSON:  THEY'VE BEGUN -- WE'RE GIVING THEM
 9   REQUESTS TODAY.  THEY'VE ALREADY BEGUN COMPILING DOCUMENTS IN
10   ANTICIPATION OF OUR REQUESTS.
11            MR. COUGHLIN:  YOUR HONOR, PATRICK COUGHLIN.  I DON'T
12   THINK THERE'S GOING --
13                  (OFF-THE-RECORD DISCUSSION.)
14            MR. COUGHLIN:  WE'VE ASKED HIM TO GATHER ALL OF THOSE
15   DOCUMENTS, ANY THAT MAY BE RELEVANT.  AND THEY'VE GIVEN US
16   THEIR REQUESTS, AND SO WE'LL GO THROUGH THOSE, TOO, SO WE'VE
17   ALREADY STARTED THAT PROCESS.  I DON'T THINK THE DISCOVERY IS
18   GOING TO BE VOLUMINOUS.
19            THE COURT:  WELL, CAN'T HE SIT FOR DEPOSITION SOONER
20   THAN THE 12TH?
21            MR. COUGHLIN:  HE'S GOT SOME TRAVEL.  I THINK HE CAN
22   CERTAINLY SIT SOMEWHAT EARLIER.  HOW ABOUT THE -- MAYBE THE
23   9TH OR 10TH?
24            MS. SWEENEY:  HE'S OUT OF TOWN ACTUALLY ON THE 9TH OR
25   10TH, BUT HE CAN SIT FOR DEPOSITION BEFORE THAT.
```

|    |                                                                                   |
|----|-----------------------------------------------------------------------------------|
| 1  | **MR. COUGHLIN:** MAYBE THE 8TH.                                                  |
| 2  | **THE COURT:** THE 8TH IS A SATURDAY. 7TH OR 8TH?                                 |
| 3  | **MR. COUGHLIN:** 7TH.                                                            |
| 4  | **THE COURT:** DOES THAT WORK? SO HE'LL SIT FOR                                   |
| 5  | DEPOSITION BY THE 7TH.                                                            |
| 6  | **MR. ISAACSON:** THAT WILL -- WE WILL BE THERE WHENEVER                          |
| 7  | THE DEPOSITION IS.                                                                |
| 8  | (OFF-THE-RECORD DISCUSSION.)                                                      |
| 9  | **MS. SWEENEY:** WE THINK THAT WILL WORK, BUT WE NEED TO                          |
| 10 | CHECK WITH MR. RIEGEL WHO'S OUT OF TOWN SO WE --                                  |
| 11 | **THE COURT:** YOU DON'T HAVE HIS CELL PHONE NUMBER?                              |
| 12 | **MS. BERNAY:** WE DO. HE'S TRAVELING.                                            |
| 13 | **THE COURT:** CAN YOU GO OUTSIDE AND CALL HIM, PLEASE?                           |
| 14 | **MS. BERNAY:** YES, YOUR HONOR.                                                  |
| 15 | **THE COURT:** AND IF HE CAN SIT BEFORE THE 7TH, THAT'S                           |
| 16 | PREFERABLE. I MEAN, THIS ISN'T GOING TO TAKE VERY LONG                            |
| 17 | EITHER. IF HE'S TRAVELING -- I DON'T KNOW. MAYBE HE'S IN DC.                      |
| 18 | TAKE THE DEPOSITION IN DC ON WEDNESDAY, WHATEVER. JUST LET'S                      |
| 19 | SEE IF WE'VE GOT SOME OPTIONS TO GET IT DONE SOONER.                              |
| 20 | **MR. COUGHLIN:** WHEN YOU SAY PICK THE JURY AHEAD OF                             |
| 21 | TIME, YOUR HONOR, WOULD THAT -- WOULD WE BE PICKING IT ON                         |
| 22 | THE -- ON THE 1ST?                                                                |
| 23 | **THE COURT:** NO.                                                                |
| 24 | **MR. COUGHLIN:** OR THE 2ND? NO. EARLIER THAN THAT.                              |
| 25 | **THE COURT:** WE'D BE PICKING -- I AM THINKING OF                                |

1  PICKING THE JURY THE WEEK OF THE 17TH.  IF I HAVE TO CALL OFF
2  THE JURY AFTERWARDS, THEN SO BE IT.  I MEAN, I WOULDN'T IN ANY
3  EVENT BECAUSE THIS JUST DEALS WITH THE RESELLER PORTION, SO
4  THIS TRIAL IS GOING FORWARD, PERIOD.
5         **MR. COUGHLIN:**  UNDERSTOOD, YOUR HONOR.
6         **THE COURT:**  THE QUESTION IS, YOU KNOW, IF IT'S -- IF
7  IT'S NARROWED.  SO I'VE -- I CAN PICK THEM ANY TIME THAT WEEK,
8  AND THEN, YOU KNOW, FOR THESE LONGER TRIALS, IT'S NICE TO GIVE
9  THEM A LITTLE BIT OF TIME TO GET THEIR AFFAIRS IN ORDER IN ANY
10  EVENT, SO I'M FLEXIBLE.  I'M SUPPOSED TO BE IN TRIAL THAT
11  WEEK, SO -- I THINK FOR ME, THE BEST DAYS ARE MONDAY THE 17TH
12  OR WEDNESDAY THE 19TH TO PICK THE JURY.
13     AND THEN I'LL TELL THEM WHEN WE'RE GOING TO START
14  EVIDENCE, AND THEN WE'LL COME BACK.
15         **MR. COUGHLIN:**  EITHER IS FINE WITH US, YOUR HONOR.
16         **MR. ISAACSON:**  EITHER ONE OBVIOUSLY WORKS.  I
17  WOULD -- IF I HAVE MY CHOICE, I'D CHOOSE THE 19TH, BUT --
18         **THE COURT:**  WELL, THEN MAYBE I'LL THROW THAT TO YOU,
19  MR. ISAACSON.
20         **MR. ISAACSON:**  THANK YOU.
21         **THE COURT:**  DOESN'T MATTER TO ME, I DON'T THINK.
22     THAT PROBABLY MEANS YOU DON'T HAVE TO FLY OUT ON SUNDAY
23  NIGHT.
24         **MR. ISAACSON:**  THAT WAS OCCURRING TO ME.
25              (PAUSE IN THE PROCEEDINGS.)

```
 1          MR. ISAACSON:  IF WE'RE WAITING FOR THIS PHONE CALL,
 2   MAY I STEP BACK AND SAY SOMETHING TO MY CLIENT?
 3          THE COURT:  YOU MAY.
 4          MR. ISAACSON:  THANK YOU.
 5                (PAUSE IN THE PROCEEDINGS.)
 6          THE COURT:  MS. BERNAY, WHAT DID WE FIND OUT?
 7          STPHAOP:  YOUR HONOR, I HAD TO LEAVE A MESSAGE, AND I
 8   TOLD HIM THAT WE WERE CURRENTLY IN COURT, AND THAT I WOULD
 9   LEAVE MY PHONE ON VIBRATE AND HAVE HIM GIVE US A CALL BACK AS
10   SOON AS POSSIBLE.
11      I DO THINK THAT THERE'S A GOOD CHANCE THAT WE COULD HAVE
12   THE DEPOSITION ON THE 6TH OF NOVEMBER OR POTENTIALLY THE 7TH.
13          THE COURT:  GREAT.
14      ALL RIGHT.  SO IT SEEMS TO ME IF YOU CAN HAVE IT ON THE
15   6TH, THAT'S BETTER.  LET'S ASSUME FOR PURPOSES OF ARGUMENT
16   THAT IT'S GOING TO BE ON THE 7TH.  THEN WHEN CAN THE -- THEN I
17   NEED BOTH A MOTION TO DECERTIFY AND AN OPPOSITION TO THE
18   MOTION TO ADD HIM AS A CLASS REP.
19      CAN YOU FILE IT BY THE -- I'M -- I AM NOT HERE THE 13TH
20   AND 14TH, SO WE NEED TO PUT THAT INTO THE CALCULUS.
21          MR. ISAACSON:  WELL, DO YOU WANT THOSE TO -- I DON'T
22   KNOW IF YOU WANT IT BEFORE OR AFTER THAT.  IF IT'S --
23          THE COURT:  BEFORE, I THINK, BECAUSE --
24          MR. ISAACSON:  WELL, THEN THE 11TH OR 12TH, I THINK
25   WE'RE LOOKING AT.
```

1    **THE CLERK:** THE 11TH IS A HOLIDAY.

2    **THE COURT:** IT DOESN'T MATTER IF IT'S A HOLIDAY.  I

3 DON'T CARE IF IT'S A HOLIDAY.  THEY CAN STILL FILE, FRANCES.

4    **THE CLERK:** WHAT?

5    **THE COURT:** I DON'T CARE IF IT'S A HOLIDAY.  THEY CAN

6 FILE THEIR DOCUMENTS ON ECF SO THAT THE OTHER SIDE CAN

7 RESPOND.

8    **MR. ISAACSON:** RIGHT.

9    **THE COURT:** ALL RIGHT.  THIS IS I THINK WHAT WE'LL

10 DO, THEN.

11   YOU DO IT BY THE 11TH.

12   **MR. ISAACSON:** WE WILL DO THAT, YOUR HONOR.

13   **THE COURT:** OKAY.  SO OPPOSITION'S DUE NOVEMBER 11TH.

14 AND THEN WHAT I WANT IS -- I'LL GIVE YOU UNTIL NOON ON THE

15 14TH -- WELL, WAIT.

16   WHAT I'D LIKE TO DO IS TEE THIS UP SO THAT I HAVE TIME TO

17 REVIEW IT AND ANALYZE IT AND THEN TAKE ARGUMENT MAYBE TUESDAY

18 AFTERNOON THE 18TH.  AND THEN WE'LL PICK THE JURY ON THE 19TH.

19   MR. ISAACSON, YOU STILL DON'T HAVE TO LEAVE ON SUNDAY THAT

20 WAY.

21   **MR. ISAACSON:** THANK YOU.

22   **THE COURT:** AND IT WILL BE A PLACE HOLDER.  THAT IS,

23 ONCE I GET THE PAPERS, IF I NEED ARGUMENT, THEN WE'LL DO IT ON

24 THE 18TH.  IF I DON'T NEED ARGUMENT, THEN I'LL ISSUE A NOTICE

25 THAT SAYS I'M NOT TAKING ARGUMENT, AND I'LL JUST ISSUE AN

```
 1   ORDER.
 2           MR. ISAACSON:  UNDERSTOOD.
 3           THE COURT:  OKAY.
 4           MS. SWEENEY:  SCHEDULE'S FINE WITH US, YOUR HONOR.
 5           THE COURT:  OKAY.  ALL RIGHT.  SO IF I HAVE, THEN,
 6   THE OPPOSITION ON THE 11TH TO THE MOTION FOR CLASS REP AND A
 7   MOTION TO DECERTIFY, THEN THE OPPOSITION FOR THE MOTION TO
 8   DECERTIFY WOULD BE NOON ON THE 14TH.  AND THEN I ALSO NEED THE
 9   REPLY NOON ON THE 14TH FOR THE MOTION TO ADD AS A CLASS REP.
10      I MEAN, ARE THE ISSUES GOING TO BE DIFFERENT?  DO WE
11   REALLY NEED TWO DIFFERENT SETS OF MOTIONS ON THIS?
12           MR. ISAACSON:  THEY ARE TWO SEPARATE SETS OF ISSUES.
13   I MEAN, THE ONE IS THAT -- SO THE OPPOSITION TO ADDING AT THIS
14   DATE GOES TO THE PREJUDICE TO THE APPLE -- THE PREJUDICE TO
15   THE CLASS, WHETHER THE -- WHETHER THERE ARE NOTICE ISSUES NOW
16   BECAUSE THE PERSON'S NOT BEEN IDENTIFIED IN ANY CLASS NOTICE,
17   SO AT -- AS WELL AS TO ANY OTHER ISSUES THAT COME UP IN THE
18   DEPOSITION.
19      WHEREAS THE MOTION TO DECERTIFY --
20           THE COURT:  NO, I --
21           MR. ISAACSON:  -- PART OF THE RESELLER CLASS --
22           THE COURT:  ALL RIGHT.  SO THEN NOON ON THE 14TH, I'M
23   GETTING THE OPPOSITION TO THE MOTION TO DECERTIFY.  I'LL NEED
24   THE REPLY ON THAT BY MONDAY THE 17TH IF I'M GOING TO TAKE ANY
25   ARGUMENT.
```

1       **MR. ISAACSON:** UNDERSTOOD.

2       **THE COURT:** SO NOVEMBER 17TH, WE'LL SAY 9:00 A.M.
3  PACIFIC TIME, WHICH IS NOON EAST COAST TIME.

4     TENTATIVELY SET THE HEARING ON THE MOTION TO OCCUR 1:00
5  P.M. ON THE 18TH OF NOVEMBER.

6     JURY SELECTION -- WILL THEN BE MOVED TO NOVEMBER 19TH,
7  WHICH IS WEDNESDAY.

8     TRIAL TO BEGIN DECEMBER 2ND. YOUR OPENINGS ARE GOING TO
9  TAKE A LITTLE BIT OF TIME ANYWAY. YOU'VE GOT OPENINGS, I'VE
10 GOT TO INSTRUCT. PROBABLY GET ON, DEPENDING ON THE LENGTH,
11 ONE OR TWO WITNESSES.

12    YOU CAN GET THE CLASS REPS ON FIRST. SO YOU'LL HAVE TO
13 FIGURE IT OUT ON THE PLAINTIFFS' SIDE. APPLE WILL DO THEIR
14 BEST, BUT --

15       **MS. SWEENEY:** WE UNDERSTAND, YOUR HONOR.

16       **THE COURT:** -- THE SITUATION THAT WE FIND OURSELVES
17 IN. SO EVIDENCE TO BEGIN DECEMBER 2ND.

18       **MS. SWEENEY:** YOUR HONOR, I MAY HAVE MISSED IT, BUT
19 WHAT IS THE DATE WHEN APPLE'S GOING TO FILE ITS MOTION TO
20 DECERTIFY?

21       **THE COURT:** THE SAME DAY AS THEIR OPPOSITION.

22       **MS. SWEENEY:** OH.

23       **THE COURT:** SO THE 11TH.

24       **MS. SWEENEY:** OKAY.

25       **THE COURT:** OKAY. PRODUCTION -- ALL OF THE WRITTEN

```
 1   DISCOVERY NEEDS TO BE DONE BY THE 4TH, NEXT WEEK.
 2        OKAY.  I THINK WITH THIS SCHEDULE, I CAN GET IT IN AND
 3   KEEP MY JURY.  I WON'T BE WRITING A TREATISE.  I'LL TRY TO BE
 4   AS COMPREHENSIVE AS I CAN.  BUT GIVEN THE DEADLINE --
 5        OKAY.  OTHER THOUGHTS OR QUESTIONS?
 6             MR. ISAACSON:  JUST HAVE TWO MINISTERIAL MATTERS
 7   UNRELATED TO THIS.
 8             THE COURT:  OKAY.  WELL, LET ME SEE.  MS. SWEENEY,
 9   ANYTHING ON THIS?
10             MS. SWEENEY:  ON THE SCHEDULE, NO, YOUR HONOR.
11             MR. ISAACSON:  ALL RIGHT.  SO LAST NIGHT AS YOU
12   DIRECTED AT THE LAST CONFERENCE, WE FILED OUR RESPONSES TO
13   THEIR FOOTNOTED MOTION TO --
14             THE COURT:  RIGHT.
15             MR. ISAACSON:  -- STRIKE.  THIS IS COPIES OF THE
16   EXPERT REPORTS MARKED WITH WHAT PORTIONS THEY'VE ASKED TO
17   STRIKE.
18             THE COURT:  OKAY.  THAT'S APPRECIATED.
19             MR. ISAACSON:  COURTESY COPY.
20             THE COURT:  ALL RIGHT.  AND DID THEY GET --
21             MR. ISAACSON:  AND I'VE JUST GIVEN THEM A COPY OF THE
22   COURTESY COPY.
23             THE COURT:  OKAY.
24             MS. SWEENEY:  AND, YOUR HONOR, PLAINTIFFS HAD ALREADY
25   SUBMITTED TO THE COURT AND TO APPLE ALL OF THE HIGHLIGHTED
```

1   TESTIMONY THAT -- THAT PLAINTIFFS SEEK TO STRIKE IF YOUR HONOR
2   GRANTS MOTIONS IN LIMINE 1 THROUGH 3.
3           **THE COURT:**  OKAY.
4           **MS. SWEENEY:**  SO WE DIDN'T UNDERSTAND THAT THEY WERE
5   PERMITTED TO -- TO FILE WHAT IN ESSENCE IS A REPLY BRIEF IN
6   SUPPORT OF THEIR MOTIONS IN LIMINE --
7           **THE COURT:**  I THOUGHT THIS WAS IN RESPONSE TO YOUR
8   FOOTNOTE.
9           **MR. ISAACSON:**  YES.
10          **MS. SWEENEY:**  BUT OUR FOOTNOTES ACTUALLY CITE THE
11  MATERIAL THAT MR. ISAACSON SAYS HE NOW PRESENTED TO YOU, SO
12  NOW YOU HAVE TWO SETS OF IT.  BUT APPLE ALSO TOOK THE
13  OPPORTUNITY TO REBRIEF ITS MOTIONS IN LIMINE.  AND WE -- WE
14  GOT THIS AROUND, I THINK, 10:00 O'CLOCK LAST NIGHT.  WE
15  PREPARED A RESPONSE IF YOUR HONOR WOULD LIKE YET MORE BRIEFING
16  ON THE TOPIC, BUT WE DON'T THINK IT'S FAIR THAT APPLE GETS TO
17  FILE, IN EFFECT, A REPLY BRIEF WHEN PLAINTIFFS DIDN'T FILE A
18  REPLY IN SUPPORT OF ANY OF THEIR MOTIONS IN LIMINE.
19          **MR. ISAACSON:**  I DON'T THINK WE FILED A REPLY BRIEF.
20  IF YOU LOOK AT IT, IT'S DIRECTED AT THOSE FOOTNOTES, AND IT
21  WAS AT THE DIRECTION OF THE COURT THAT WE --
22          **THE COURT:**  OKAY.  JUST FILE YOUR BRIEF.
23          **MS. SWEENEY:**  THANK YOU, YOUR HONOR.
24          **THE COURT:**  IF I NEED -- I WOULD HOPE AT THIS POINT
25  YOU UNDERSTAND THAT I TRY TO BE AS FAIR AS I CAN TO BOTH

1  SIDES.  IF I NEED ADDITIONAL ARGUMENT FROM EITHER SIDE OR IF I
2  THINK SOMEONE'S NOT BEING TREATED FAIRLY, I WILL GIVE YOU THAT
3  OPPORTUNITY.
4       **MR. ISAACSON:**  ALL RIGHT.  AND ONE OTHER MATTER, THE
5  COURT DIRECTED US TO DO A FILING TODAY ABOUT THE PAST HISTORY
6  OF DMCA ISSUES IN THIS CASE, WHICH HAS REQUIRED US TO GO
7  THROUGH SOME EARLIER HISTORY IN THE CASE, AND WE'RE WONDERING
8  IF WE COULD HAVE TILL TUESDAY TO DO THAT FILING.
9       **THE COURT:**  GIVEN THE CURRENT SCHEDULE, THAT'S FINE.
10      **MR. ISAACSON:**  THANK YOU.
11      **THE COURT:**  OKAY.
12      **MS. SWEENEY:**  OH, THAT'S RIGHT, YOUR HONOR.  WE WERE
13 GOING TO RESPOND TO APPLE'S SUBMISSION THAT THEY WERE GOING TO
14 FILE TODAY ON TUESDAY, SO NOW I GUESS WE CAN RESPOND ON --
15      **MR. ISAACSON:**  THURSDAY.
16      **MS. SWEENEY:**  -- THURSDAY.
17      **THE COURT:**  THURSDAY'S FINE.  OKAY.
18  OTHER ISSUES?
19      **MR. ISAACSON:**  THAT'S IT, YOUR HONOR.
20      **MS. SWEENEY:**  NO, YOUR HONOR.
21      **THE COURT:**  ALL RIGHT.  LET'S SEE.  I WILL THEN --
22 WHY DON'T WE -- I WAS NOT, I GUESS, PLANNING TO SEE YOU -- WHY
23 DON'T WE SCHEDULE A CALL.  MAKES ME A LITTLE NERVOUS TO -- TO
24 NOT PLAN ON SEEING YOU AGAIN UNTIL, YOU KNOW, I'M PICKING A
25 JURY OR HEARING -- SO I DO WANT TO KNOW HOW THINGS ARE GOING.

```
 1        LET'S GO AHEAD AND JUST PLAN FOR A CONFERENCE CALL ON THE
 2   12TH, WHICH IS WEDNESDAY, 9 A.M. PACIFIC TIME.
 3        MR. ISAACSON, DO YOU HAVE AN INTERNAL CONFERENCE CALL?
 4            MR. ISAACSON:  YES, WE CAN CIRCULATE THAT.
 5            THE COURT:  SO YOU'LL SEND US THE NUMBER AND WE'LL
 6   PUT THAT ON THE DOCKET AND SEND IT TO MS. SWEENEY.  THAT WAY
 7   WE CAN JUST -- I CAN JUST CHECK IN WITH EVERYBODY AND MAKE
 8   SURE EVERYTHING'S OPERATING ON THIS NEW SCHEDULE AND WE DON'T
 9   HAVE ANY SURPRISES.  OKAY?
10            MS. SWEENEY:  ALL RIGHT.
11            THE COURT:  ALL RIGHT.  GREAT.  THAT'S --
12            MS. SWEENEY:  THANK YOU, YOUR HONOR.
13            THE COURT:  THANK YOU.
14            MR. ISAACSON:  THANK YOU, YOUR HONOR.
15          (PROCEEDINGS WERE CONCLUDED AT 8:50 A.M.)
16                           --OOO--
```

**CERTIFICATE OF REPORTER**

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER. I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN, AND FURTHER THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

*Raynee H. Mercado*

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR

MONDAY, NOVEMBER 3, 2014