| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN <br> & DOWD LLP |
| 2 | BONNY E. SWEENEY (176174) <br> ALEXANDRA S. BERNAY (211068) |
| 3 | CARMEN A. MEDICI (248417) <br> JENNIFER N. CARINGAL (286197) |
| 4 | 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058 <br> 619/231-7423 (fax) |
| 6 | bonnys@rgrdlaw.com <br> xanb@rgrdlaw.com |
| 7 | cmedici@rgrdlaw.com <br> jcaringal@rgrdlaw.com |
| 8 |         – and – |
| 9 | PATRICK J. COUGHLIN (111070) <br> STEVEN M. JODLOWSKI (239074) |
| 10 | Post Montgomery Center <br> One Montgomery Street, Suite 1800 |
| 11 | San Francisco, CA  94104 <br> Telephone:  415/288-4545 |
| 12 | 415/288-4534 (fax) <br> patc@rgrdlaw.com |
| 13 | sjodlowski@rgrdlaw.com |
| 14 | Class Counsel for Plaintiffs |
| 15 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | DECLARATION OF CARMEN A. MEDICI IN SUPPORT OF PLAINTIFFS' RESPONSE TO APPLE'S BRIEF AND INDEX RELATING TO ILLEGALITY AND CHANGING CASE THEORIES |
| | Date:       November 18, 2014 <br> Time:       1:00 p.m. <br> Courtroom: 1, 4th Floor <br> Judge:      Hon. Yvonne Gonzalez Rogers |

982139_1

I, CARMEN A. MEDICI, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Response to Apple's Brief and Index Relating to Illegality and Changing Case Theories.

3. Attached are true and correct copies of the following exhibits:

Exhibit 1: Apple's Proposed Pretrial Conference Statement, exchanged September 30, 2014;

Exhibit 2: Declaration of Paula M. Roach in Support of Plaintiffs' Response to Apple's Brief and Index Relating to Illegality and Changing Case Theories, dated November 6, 2014; and

Exhibit 3: Relevant Excerpts of Register of Copyrights, United States Copyright Office, Library of Congress, Recommendation of the Register of Copyrights in RM-2008-8; Rulemaking on Exemptions from Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, dated June 11, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this November 6, 2014, at San Francisco, California.



CARMEN A. MEDICI

982139_1

DECL OF CARMEN MEDICI ISO PLAINTIFFS' RESPONSE TO APPLE'S BRIEF AND INDEX RELATING TO ILLEGALITY AND CHANGING CASE THEORIES - C-05-00037-YGR       - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 6, 2014.

s/ Bonny S. Sweeney
BONNY S. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  bonnys@rgrdlaw.com

982139_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com

- **Christopher G. Renner**
  crenner@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Kieran Paul Ringgenberg**
  kringgenberg@bsfllp.com,gaulkh@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com,irivera@BSFLLP.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`