ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
        – and –
PATRICK J. COUGHLIN (111070)
STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
patc@rgrdlaw.com
sjodlowski@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | PLAINTIFFS' NOTICE OF MOTION AND EMERGENCY ADMINISTRATIVE MOTION TO MOVE TRIAL TO DECEMBER 3, 2014 |
| ALL ACTIONS. | |
| | DATE:    Hon. Yvonne Gonzalez Rogers<br>CTRM:   1-4th Floor<br>DATE:    TBD<br>TIME:    TBD |

982717_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on a date to be determined by the Court, before the Honorable
3  Yvonne Gonzalez Rogers, in Courtroom 4, 1st Floor of the above-entitled Court, located at 1301
4  Clay Street Oakland, California 94612, Plaintiffs Melanie (Wilson) Tucker and Marianna Rosen
5  (collectively, "Plaintiffs"), will move the Court for an Order to move the trial start date to December
6  3, 2014.

7  **I.  Background**

8  After the hearing on October 29, 2014, at which it was determined Plaintiffs would move to
9  add a reseller as a Class Representative, the parties worked to put together a schedule to brief the
10 addition of the Class Representative as well as another round of class certification.  *See* Coughlin
11 Decl., Ex. 1 (Oct. 31, 2014 Hrg. Tr.).  At the subsequent October 31, 2014 hearing, the parties
12 proposed that trial start on December 8, 2014.  *See* Coughlin Decl., Ex. 1 at 3:22-4:10.  Because of
13 issues relating to the timing of the holidays, the Court voiced its desire to start the trial early in the
14 week of December 1, 2014.  *See* Coughlin Decl., Ex. 1 at 6:24-7:10.  At that time, counsel for Apple,
15 William Issacson, requested the trial begin on December 3, 2014, suggesting that certain witnesses
16 were unavailable until later in that week or the next.  *See* Coughlin Decl., Ex. 1 at 5:10; 6:13-17;
17 7:11-13 ("we have to deal with the practicalities of the witnesses;" "every day we start later on that
18 week is going to be important, too, as we talk to the executive witnesses who they want to be there"
19 and "even the 3rd would – is going to potentially help us as opposed to the 2nd").  Ultimately, a
20 schedule for discovery and briefing of the renewed class decertification motion, the motion to add a
21 Class Representative and trial, was determined at the hearing.  *See* ECF 866 at 3.  Per that Order,
22 trial is to start on December 2, 2014, allowing openings and the beginning of Plaintiffs' evidence.
23 *Id.*

24 **II.  Plaintiffs Request Trial Start December 3, 2014**

25 After working through witness issues with counsel for Apple, it appears that three key
26 witnesses necessary for Plaintiffs' case are not available on December 2, 2014.  While Plaintiffs
27 have cooperated with Apple and agreed to put the Class Representatives on the first day, they will
28 have extra time and will still need to put up either Mr. Farrugia, Mr. Cue or Mr. Robbin on

982717_1   Emergency Administrative Motion to Move Trial to December 3, 2014 - C-05-00037-YGR   - 1 -

1  December 2, 2014.  Apple has informed Plaintiffs that Mr. Farrugia is available December 3, 2014;
2  Mr. Cue December 4, 2014; and Mr. Robbin December 5, 2014.  *See* Coughlin Decl Ex. 2 (email
3  thread between Apple and Plaintiffs).

4  None of these witnesses will take an entire day.  In fact, with the time estimates, if accurate,
5  all three could be off and on in one 4.5 hour trial day.  *See* ECF 843, 849.  Plaintiffs believe it
6  necessary that these witnesses testify before Plaintiffs' experts so they are able to discuss documents
7  and evidence that is properly admitted into the record.  In addition, if Apple's witnesses are
8  unavailable at the start of trial or spaced out as Apple has proposed, there will be significant
9  downtime at the start of trial.  In addition, if Apple's witnesses are unavailable at the start of trial or
10 spaced out as Apple has proposed, there will be significant downtime at the start of trial.  Thus,
11 Plaintiffs now join Apple's original request that the trial start on December 3, 2014.  Nothing else in
12 the schedule need be changed.

13 Plaintiffs have diligently attempted to work with Apple to schedule these (and all) witnesses,
14 but have not been able to come to a workable schedule.  *See* Coughlin Decl., Ex. 2.  This slight
15 modification of the schedule does not prejudice any party, in fact it avoids prejudice to both parties.
16 *See* Standing Order in Civil Cases, ¶3 (Changes to Court Calendar).  Plaintiffs are unable to stipulate
17 with Apple on this issue because Apple's counsel is unavailable.  *See* Coughlin Decl., Ex. 2.
18 Plaintiffs attempted to reach out to counsel for Apple to request they stipulate to this request, but
19 were unable to reach them.  *See* Coughlin Decl., ¶3.  Because the trial date is so close, Plaintiffs
20 believed it important to raise this issue as quickly as possible.

21 DATED:  November 7, 2014                    Respectfully submitted,

22                                             ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
23                                             PATRICK J. COUGHLIN
                                               STEVEN M. JODLOWSKI
24

25

26                                                     s/ Patrick J. Coughlin
                                                      PATRICK J. COUGHLIN
27

28

982717_1   Emergency Administrative Motion to Move Trial to December 3, 2014 - C-05-00037-YGR    - 2 -

| | |
|---|---|
| 1 | |
| 2 | Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 |
| 3 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 4 | |
| 5 | ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br>BONNY E. SWEENEY |
| 6 | ALEXANDRA S. BERNAY<br>CARMEN A. MEDICI |
| 7 | JENNIFER N. CARINGAL<br>655 West Broadway, Suite 1900 |
| 8 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 9 | 619/231-7423 (fax) |
| 10 | Class Counsel for Plaintiffs |
| 11 | BONNETT, FAIRBOURN, FRIEDMAN<br>   & BALINT, P.C. |
| 12 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR. |
| 13 | ELAINE A. RYAN<br>2325 E. Camelback Road, Suite 300 |
| 14 | Phoenix, AZ  85016<br>Telephone:  602/274-1100 |
| 15 | 602/274-1199 (fax) |
| 16 | THE KATRIEL LAW FIRM<br>ROY A. KATRIEL |
| 17 | 1101 30th Street, N.W., Suite 500<br>Washington, DC  20007 |
| 18 | Telephone:  202/625-4342<br>202/330-5593 (fax) |
| 19 | |
| 20 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN |
| 21 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA  90064 |
| 22 | Telephone:  310/836-6000<br>310/836-6010 (fax) |
| 23 | GLANCY BINKOW & GOLDBERG LLP |
| 24 | BRIAN P. MURRAY<br>122 East 42nd Street, Suite 2920 |
| 25 | New York, NY  10168<br>Telephone:  212/382-2221 |
| 26 | 212/382-3944 (fax) |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 |   |
| 2 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 3 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067 |
| 4 | Telephone:  310/201-9150<br>310/201-9160 (fax) |
| 5 | Additional Counsel for Plaintiffs |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 7, 2014.

       s/ Patrick J. Coughlin
PATRICK J. COUGHLIN

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:  patc@rgrdlaw.com

982717_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com

- **Christopher G. Renner**
  crenner@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Kieran Paul Ringgenberg**
  kringgenberg@bsfllp.com,gaulkh@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com,irivera@BSFLLP.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)