EXHIBIT 1

*CERTIFIED COPY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE


THE APPLE IPOD ITUNES        )        NO. C 05-00037 YGR
ANTITRUST LITIGATION         )
                             )        PAGES 1 - 18
                             )
                             )        STATUS CONFERENCE
                             )
                             )
                             )        OAKLAND, CALIFORNIA
_____)        FRIDAY, OCTOBER 31, 2014



<u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>



APPEARANCES:

FOR PLAINTIFFS:            ROBBINS GELLER RUDMAN & DOWD LLP
                           655 WEST BROADWAY, SUITE 1900
                           SAN DIEGO, CALIFORNIA  92101
                   BY:  BONNY E. SWEENEY,
                        ALEXANDRA S. BERNAY,
                        JENNIFER N. CARINGAL, ATTORNEYS AT LAW


                           BONNETT FAIRBOURN FRIEDMAN & BALINT PC
                           4023 CAIN BRIDGE ROAD
                           FAIRFAX, VIRGINIA 22030
                   BY:  FRANCIS J. BALINT, JR.
                        ATTORNEY AT LAW


              (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:         RAYNEE H. MERCADO, CSR NO. 8258

    PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

# A P P E A R A N C E S (CONT'D.)

```
FOR DEFENDANT:          BOIES, SCHILLER & FLEXNER LLP
                        5301 WISCONSIN AVENUE NW
                        WASHINGTON, D.C.  20015
                  BY:   WILLIAM A. ISAACSON, ATTORNEY AT LAW


                        BOIES, SCHILLER & FLEXNER LLP
                        1999 HARRISON STREET, SUITE 900
                        OAKLAND, CALIFORNIA  94612
                  BY:   JOHN F. COVE,
                        MEREDITH R. DEARBORN, ATTORNEYS AT LAW


                        JONES DAY
                        555 CALIFORNIA STREET, 26TH FLOOR
                        SAN FRANCISCO, CALIFORNIA  94104-1500
                  BY:   DAVID C. KIERNAN, ATTORNEY AT LAW


                        --oOo--
```

```
1    FRIDAY, OCTOBER 31, 2014                          8:26 A.M.

2                      P R O C E E D I N G S

3           THE CLERK:  CALLING CIVIL ACTION 05-0037, APPLE IPOD

4    ITUNES ANTITRUST LITIGATION.

5       COUNSEL, PLEASE STATE YOUR APPEARANCES.

6           MS. SWEENEY:  GOOD MORNING, YOUR HONOR.  BONNY

7    SWEENEY, ROBBINS GELLER RUDMAN & DOWD FOR THE PLAINTIFFS.

8           THE COURT:  MORNING.

9           MR. ISAACSON:  BILL ISAACSON, BOIES SCHILLER &

10   FLEXNER FOR THE DEFENDANT.

11          THE COURT:  GOOD MORNING.

12      OKAY.  AS I WAS SAYING, WE HAD TO EVACUATE THE BUILDING

13   YESTERDAY.  AND SO I RECEIVED THIS MORNING A COPY OF A LETTER

14   FROM YOU, MR. ISAACSON.

15          MR. ISAACSON:  YES.

16          THE COURT:  IS THERE SOME -- IS THERE ANYTHING ELSE,

17   I GUESS WAS MY FIRST QUESTION -- ANYTHING ELSE THAT I SHOULD

18   HAVE REVIEWED PRIOR TO THIS MORNING?

19          MR. ISAACSON:  NO, YOUR HONOR.  WE HAVE SOMETHING FOR

20   YOU NOW.

21          THE COURT:  OKAY.

22          MR. ISAACSON:  IT IS A FOLLOW-UP TO THAT LETTER.  WE

23   HAVE A PROPOSED STIPULATION.

24          THE COURT:  ALL RIGHT.  LET ME SEE IT.

25              (PAUSE IN THE PROCEEDINGS.)
```

```
1              (OFF-THE-RECORD DISCUSSION.)

2         MR. ISAACSON:  THAT'S TWO COPIES.

3         THE COURT:  AND WHAT'S THE -- THE CONTENT OF THE

4    PROPOSAL?

5         MR. ISAACSON:  THE PROPOSAL PROVIDES FOR AN EXTENSION

6    OF THE TRIAL DATE TO MONDAY, DECEMBER 8TH, AND -- AND THEN A

7    BRIEFING SCHEDULE FOR THE -- FOR THE PROPOSAL TO ADD

8    MR. RIEGEL AS A CLASS REPRESENTATIVE, AS WELL AS FOR APPLE TO

9    FILE A MOTION TO DECERTIFY THE RESELLER PORTION OF THE CLASS

10   AND FOR ALL THAT TO TAKE PLACE BEFORE THE TRIAL DATE.

11        THE COURT:  I THINK YOU'RE GOING TO HAVE TO SHORTEN

12   IT BY A WEEK, AND HERE'S WHY.

13      I'VE GOT TO GET THIS TRIAL DONE BEFORE THE WEEK OF

14   CHRISTMAS OR I'M GOING TO LOSE JURORS.  SO WE'VE GOT TO START

15   THIS TRIAL DECEMBER -- I'LL GIVE YOU THE MONDAY AFTER THE

16   HOLIDAY, BUT WE HAVE TO START THIS TRIAL ON DECEMBER 2ND AT

17   THE LATEST.  THAT GIVES ME -- UNLESS YOU'RE -- UNLESS YOU'RE

18   GOING TO SHORTEN THE TIME, AND I DON'T THINK YOU WANT TO

19   SHORTEN THE TIME.  YOU HAVE 20 HOURS EACH.  THAT'S ABOUT A

20   WEEK A PIECE.  AND THEN THEY HAVE TO DELIBERATE.

21      IF I GO INTO THE WEEK OF THE 22ND, I WILL LOSE PEOPLE.

22   PEOPLE HAVE KIDS.  THEY'RE ON BREAKS.  THE WEEK OF CHRISTMAS,

23   WE LOSE PEOPLE.  SO WE HAVE TO BE PREPARED TO BE DONE BY THE

24   19TH.  IF IT FALLS OVER A DAY ONTO MONDAY, AND I LOSE ONE, I

25   CAN DEAL WITH ONE.
```

| | |
|---|---|
| 1 | BUT I'M NOT WILLING TO DO THIS ON THE 8TH. YOU'RE NOT |
| 2 | GOING TO FINISH EVIDENCE UNTIL THE 19TH, AND THEN THEY HAVE TO |
| 3 | DELIBERATE. I'M NOT DOING THAT. SO YOU'RE GOING TO HAVE TO |
| 4 | WORK HARDER. I AM PREPARED TO GIVE YOU THE -- TO DO THIS |
| 5 | BRIEF POSTPONEMENT BECAUSE, AS I'VE REFLECTED ON THESE ISSUES, |
| 6 | I THINK IT'S IMPORTANT, AND I THINK IT'S IMPORTANT TO GET THIS |
| 7 | DONE IN ADVANCE OF THE TRIAL. |
| 8 | **MR. ISAACSON:** IT -- WE WILL DISCUSS THAT. IT'S NOT |
| 9 | AN ISSUE OF LAWYERS WORKING HARDER OR OUR SCHEDULES. IT'S -- |
| 10 | WE HAVE TO DEAL WITH THE PRACTICALITIES OF THE WITNESSES, AND |
| 11 | THE WEEK BEFORE THIS TRIAL, THEN, IS THANKSGIVING WEEK, AND SO |
| 12 | THERE IS -- WE HAVE TO WORK WITH THOSE SCHEDULES, AND THAT'S |
| 13 | DIFFICULT. |
| 14 | **THE COURT:** WELL, I -- I UNDERSTAND, AND, YOU KNOW, |
| 15 | WE WERE SUPPOSED TO BE IN TRIAL MONDAY AND TUESDAY OF THAT |
| 16 | WEEK ANYWAY, SO I -- |
| 17 | **MS. SWEENEY:** YOUR HONOR, FROM PLAINTIFFS' |
| 18 | PERSPECTIVE, THOSE DATES WOULD BE FINE FOR US. |
| 19 | **THE COURT:** WELL, YEAH, I'M -- OKAY. BUT HOW IS THIS |
| 20 | SCHEDULE GOING TO CHANGE? |
| 21 | **MS. SWEENEY:** AND WE'LL WORK WITH MR. ISAACSON TO |
| 22 | MODIFY THE BRIEFING SCHEDULE ON THE MOTIONS. |
| 23 | **THE COURT:** WE'RE GOING TO DO IT RIGHT NOW. |
| 24 | **MS. SWEENEY:** OKAY. |
| 25 | **MR. ISAACSON:** IT'S -- |

1    **THE COURT:**  SO YOUR MOTION TO ADD IS DUE MONDAY,

2    NOVEMBER 3RD.

3        WHEN IS HE GOING TO -- I MEAN, HOW MUCH -- HOW MUCH

4    WRITTEN DISCOVERY IS THERE?  AND HE NEEDS TO SIT FOR

5    DEPOSITION SOONER THAN THE 12TH.  TAHOE'S NOT A BAD PLACE TO

6    GO.  IF YOU HAVE TO GO UP THERE, I'LL MAKE THEM -- I CAN GIVE

7    YOU A LIST OF HOTELS.  IT'S A NICE PLACE TO BE RIGHT NOW.

8        IN FACT, IF YOU NEED ME TO GO AND PRESIDE OVER PROBLEMS,

9    JUST LET ME KNOW, AND I CAN THEN PUT THAT ON MY CALENDAR AND

10    JOIN YOU UP THERE.

11        BUT HE -- EVERYTHING'S GOT TO BE PUSHED UP.  OR MAYBE WE

12    SHOULD SIT -- DO THIS BACKWARDS.

13    **MR. ISAACSON:**  EVERY DAY WE START LATER ON THAT WEEK

14    IS GOING TO BE IMPORTANT, TOO, AS WE TALK TO THE EXECUTIVE

15    WITNESSES WHO THEY WANT TO BE THERE BECAUSE OF THEIR --

16    BECAUSE OF THEIR TRAVEL SCHEDULES AND WHEN THEY'RE COMING BACK

17    FROM BEING PLACES WITH THEIR FAMILIES.

18    **THE COURT:**  WELL, I TAKE IT -- NO ONE'S GOING TO BE

19    GONE THE FIRST WEEK OF DECEMBER.  THAT IS --

20    **MR. ISAACSON:**  CORRECT.

21    **THE COURT:**  -- MOST PEOPLE ARE GOING TO BE GONE, IF

22    THEY ARE, IT'S RIGHT AROUND THE HOLIDAY.

23    **MR. ISAACSON:**  RIGHT.

24    **THE COURT:**  THAT'S WHY I SAID I'LL GIVE YOU -- YOU

25    KNOW, WE DON'T HAVE TO START ON THE 1ST, WE CAN START ON THE

```
 1    2ND.  I HAVE PREQUALIFIED MY JURY POOL THROUGH DECEMBER 12TH.

 2    SO I JUST -- THE REASON THAT WE GOT STARTED A LITTLE BIT LATER

 3    HERE IS I TALKED TO OUR JURY COMMISSIONER, AND WHAT I AM --

 4    WHAT I THINK I CAN DO IS BRING IN THAT SAME POOL, AND I'LL

 5    JUST VOIR DIRE THEM REGARDING THEIR AVAILABILITY TO SIT BEYOND

 6    THE 12TH THROUGH THE 19TH.  AND IF THEY CAN'T, THEN, YOU KNOW,

 7    THEN I'LL DEAL WITH IT, JUST LIKE I WOULD DEAL WITH SOMETHING

 8    ELSE.

 9       BUT I KNOW THAT THAT POOL HAS BEEN PREQUALIFIED THROUGH

10    THE 12TH SO THAT GETS ME A LARGE PART OF THE WAY.

11          MR. ISAACSON:  ALL RIGHT.  AND EVEN THE -- EVEN THE

12    3RD WOULD -- IS GOING TO POTENTIALLY HELP US AS OPPOSED TO THE

13    2ND.

14          THE COURT:  WELL, WE'RE GOING TO PICK THIS JURY IN

15    ADVANCE.

16          MR. ISAACSON:  YES.

17          THE COURT:  LET'S JUST SEE.  SO WE'LL PICK THE

18    JURY --

19          MR. ISAACSON:  I'M TALKING ABOUT THE FIRST DAY OF

20    WITNESSES AS OPPOSED TO PICKING A JURY.

21          THE COURT:  YEAH, BUT IT'S NOT YOUR CASE FIRST.

22          MR. ISAACSON:  I UNDERSTAND THAT, BUT THEY -- THEY

23    ARE -- IT SOMEWHAT IS BECAUSE THEY ARE CALLING OUR WITNESSES

24    IN THEIR CASE RIGHT AT THE BEGINNING.

25          THE COURT:  WELL, MAY HAVE TO ADJUST.  IT'S FOUR
```

```
1    HOURS.  I MEAN, YOU'VE GOT OTHER WITNESSES.  FIGURE OUT WHO'S

2    AVAILABLE.

3        ALL RIGHT.  SO WHAT DO YOU NEED BEFORE YOU CAN FILE AN

4    OPPOSITION TO THEIR MOTION?

5            MR. ISAACSON:  WE DON'T KNOW WHAT WRITTEN

6    DISCOVERY -- THE WRITTEN DISCOVERY AND THE DEPOSITION.

7            THE COURT:  WELL --

8            MR. ISAACSON:  THEY'VE BEGUN -- WE'RE GIVING THEM

9    REQUESTS TODAY.  THEY'VE ALREADY BEGUN COMPILING DOCUMENTS IN

10   ANTICIPATION OF OUR REQUESTS.

11           MR. COUGHLIN:  YOUR HONOR, PATRICK COUGHLIN.  I DON'T

12   THINK THERE'S GOING --

13                    (OFF-THE-RECORD DISCUSSION.)

14           MR. COUGHLIN:  WE'VE ASKED HIM TO GATHER ALL OF THOSE

15   DOCUMENTS, ANY THAT MAY BE RELEVANT.  AND THEY'VE GIVEN US

16   THEIR REQUESTS, AND SO WE'LL GO THROUGH THOSE, TOO, SO WE'VE

17   ALREADY STARTED THAT PROCESS.  I DON'T THINK THE DISCOVERY IS

18   GOING TO BE VOLUMINOUS.

19           THE COURT:  WELL, CAN'T HE SIT FOR DEPOSITION SOONER

20   THAN THE 12TH?

21           MR. COUGHLIN:  HE'S GOT SOME TRAVEL.  I THINK HE CAN

22   CERTAINLY SIT SOMEWHAT EARLIER.  HOW ABOUT THE -- MAYBE THE

23   9TH OR 10TH?

24           MS. SWEENEY:  HE'S OUT OF TOWN ACTUALLY ON THE 9TH OR

25   10TH, BUT HE CAN SIT FOR DEPOSITION BEFORE THAT.
```

1          **MR. COUGHLIN:**  MAYBE THE 8TH.

2          **THE COURT:**  THE 8TH IS A SATURDAY.  7TH OR 8TH?

3          **MR. COUGHLIN:**  7TH.

4          **THE COURT:**  DOES THAT WORK?  SO HE'LL SIT FOR

5    DEPOSITION BY THE 7TH.

6          **MR. ISAACSON:**  THAT WILL -- WE WILL BE THERE WHENEVER

7    THE DEPOSITION IS.

8                    (OFF-THE-RECORD DISCUSSION.)

9          **MS. SWEENEY:**  WE THINK THAT WILL WORK, BUT WE NEED TO

10   CHECK WITH MR. RIEGEL WHO'S OUT OF TOWN SO WE --

11         **THE COURT:**  YOU DON'T HAVE HIS CELL PHONE NUMBER?

12         **MS. BERNAY:**  WE DO.  HE'S TRAVELING.

13         **THE COURT:**  CAN YOU GO OUTSIDE AND CALL HIM, PLEASE?

14         **MS. BERNAY:**  YES, YOUR HONOR.

15         **THE COURT:**  AND IF HE CAN SIT BEFORE THE 7TH, THAT'S

16   PREFERABLE.  I MEAN, THIS ISN'T GOING TO TAKE VERY LONG

17   EITHER.  IF HE'S TRAVELING -- I DON'T KNOW.  MAYBE HE'S IN DC.

18   TAKE THE DEPOSITION IN DC ON WEDNESDAY, WHATEVER.  JUST LET'S

19   SEE IF WE'VE GOT SOME OPTIONS TO GET IT DONE SOONER.

20         **MR. COUGHLIN:**  WHEN YOU SAY PICK THE JURY AHEAD OF

21   TIME, YOUR HONOR, WOULD THAT -- WOULD WE BE PICKING IT ON

22   THE -- ON THE 1ST?

23         **THE COURT:**  NO.

24         **MR. COUGHLIN:**  OR THE 2ND?  NO.  EARLIER THAN THAT.

25         **THE COURT:**  WE'D BE PICKING -- I AM THINKING OF

```
 1   PICKING THE JURY THE WEEK OF THE 17TH.  IF I HAVE TO CALL OFF

 2   THE JURY AFTERWARDS, THEN SO BE IT.  I MEAN, I WOULDN'T IN ANY

 3   EVENT BECAUSE THIS JUST DEALS WITH THE RESELLER PORTION, SO

 4   THIS TRIAL IS GOING FORWARD, PERIOD.

 5            MR. COUGHLIN:  UNDERSTOOD, YOUR HONOR.

 6            THE COURT:  THE QUESTION IS, YOU KNOW, IF IT'S -- IF

 7   IT'S NARROWED.  SO I'VE -- I CAN PICK THEM ANY TIME THAT WEEK,

 8   AND THEN, YOU KNOW, FOR THESE LONGER TRIALS, IT'S NICE TO GIVE

 9   THEM A LITTLE BIT OF TIME TO GET THEIR AFFAIRS IN ORDER IN ANY

10   EVENT, SO I'M FLEXIBLE.  I'M SUPPOSED TO BE IN TRIAL THAT

11   WEEK, SO -- I THINK FOR ME, THE BEST DAYS ARE MONDAY THE 17TH

12   OR WEDNESDAY THE 19TH TO PICK THE JURY.

13       AND THEN I'LL TELL THEM WHEN WE'RE GOING TO START

14   EVIDENCE, AND THEN WE'LL COME BACK.

15            MR. COUGHLIN:  EITHER IS FINE WITH US, YOUR HONOR.

16            MR. ISAACSON:  EITHER ONE OBVIOUSLY WORKS.  I

17   WOULD -- IF I HAVE MY CHOICE, I'D CHOOSE THE 19TH, BUT --

18            THE COURT:  WELL, THEN MAYBE I'LL THROW THAT TO YOU,

19   MR. ISAACSON.

20            MR. ISAACSON:  THANK YOU.

21            THE COURT:  DOESN'T MATTER TO ME, I DON'T THINK.

22       THAT PROBABLY MEANS YOU DON'T HAVE TO FLY OUT ON SUNDAY

23   NIGHT.

24            MR. ISAACSON:  THAT WAS OCCURRING TO ME.

25                 (PAUSE IN THE PROCEEDINGS.)
```

1          **MR. ISAACSON:**  IF WE'RE WAITING FOR THIS PHONE CALL,

2     MAY I STEP BACK AND SAY SOMETHING TO MY CLIENT?

3          **THE COURT:**  YOU MAY.

4          **MR. ISAACSON:**  THANK YOU.

5               (PAUSE IN THE PROCEEDINGS.)

6          **THE COURT:**  MS. BERNAY, WHAT DID WE FIND OUT?

7          **STPHAOP:**  YOUR HONOR, I HAD TO LEAVE A MESSAGE, AND I

8     TOLD HIM THAT WE WERE CURRENTLY IN COURT, AND THAT I WOULD

9     LEAVE MY PHONE ON VIBRATE AND HAVE HIM GIVE US A CALL BACK AS

10    SOON AS POSSIBLE.

11         I DO THINK THAT THERE'S A GOOD CHANCE THAT WE COULD HAVE

12    THE DEPOSITION ON THE 6TH OF NOVEMBER OR POTENTIALLY THE 7TH.

13         **THE COURT:**  GREAT.

14         ALL RIGHT.  SO IT SEEMS TO ME IF YOU CAN HAVE IT ON THE

15    6TH, THAT'S BETTER.  LET'S ASSUME FOR PURPOSES OF ARGUMENT

16    THAT IT'S GOING TO BE ON THE 7TH.  THEN WHEN CAN THE -- THEN I

17    NEED BOTH A MOTION TO DECERTIFY AND AN OPPOSITION TO THE

18    MOTION TO ADD HIM AS A CLASS REP.

19         CAN YOU FILE IT BY THE -- I'M -- I AM NOT HERE THE 13TH

20    AND 14TH, SO WE NEED TO PUT THAT INTO THE CALCULUS.

21         **MR. ISAACSON:**  WELL, DO YOU WANT THOSE TO -- I DON'T

22    KNOW IF YOU WANT IT BEFORE OR AFTER THAT.  IF IT'S --

23         **THE COURT:**  BEFORE, I THINK, BECAUSE --

24         **MR. ISAACSON:**  WELL, THEN THE 11TH OR 12TH, I THINK

25    WE'RE LOOKING AT.

```
 1              THE CLERK:  THE 11TH IS A HOLIDAY.

 2              THE COURT:  IT DOESN'T MATTER IF IT'S A HOLIDAY.  I

 3    DON'T CARE IF IT'S A HOLIDAY.  THEY CAN STILL FILE, FRANCES.

 4              THE CLERK:  WHAT?

 5              THE COURT:  I DON'T CARE IF IT'S A HOLIDAY.  THEY CAN

 6    FILE THEIR DOCUMENTS ON ECF SO THAT THE OTHER SIDE CAN

 7    RESPOND.

 8              MR. ISAACSON:  RIGHT.

 9              THE COURT:  ALL RIGHT.  THIS IS I THINK WHAT WE'LL

10    DO, THEN.

11         YOU DO IT BY THE 11TH.

12              MR. ISAACSON:  WE WILL DO THAT, YOUR HONOR.

13              THE COURT:  OKAY.  SO OPPOSITION'S DUE NOVEMBER 11TH.

14    AND THEN WHAT I WANT IS -- I'LL GIVE YOU UNTIL NOON ON THE

15    14TH -- WELL, WAIT.

16         WHAT I'D LIKE TO DO IS TEE THIS UP SO THAT I HAVE TIME TO

17    REVIEW IT AND ANALYZE IT AND THEN TAKE ARGUMENT MAYBE TUESDAY

18    AFTERNOON THE 18TH.  AND THEN WE'LL PICK THE JURY ON THE 19TH.

19         MR. ISAACSON, YOU STILL DON'T HAVE TO LEAVE ON SUNDAY THAT

20    WAY.

21              MR. ISAACSON:  THANK YOU.

22              THE COURT:  AND IT WILL BE A PLACE HOLDER.  THAT IS,

23    ONCE I GET THE PAPERS, IF I NEED ARGUMENT, THEN WE'LL DO IT ON

24    THE 18TH.  IF I DON'T NEED ARGUMENT, THEN I'LL ISSUE A NOTICE

25    THAT SAYS I'M NOT TAKING ARGUMENT, AND I'LL JUST ISSUE AN
```

```
 1    ORDER.
 2             MR. ISAACSON:  UNDERSTOOD.
 3             THE COURT:  OKAY.
 4             MS. SWEENEY:  SCHEDULE'S FINE WITH US, YOUR HONOR.
 5             THE COURT:  OKAY.  ALL RIGHT.  SO IF I HAVE, THEN,
 6    THE OPPOSITION ON THE 11TH TO THE MOTION FOR CLASS REP AND A
 7    MOTION TO DECERTIFY, THEN THE OPPOSITION FOR THE MOTION TO
 8    DECERTIFY WOULD BE NOON ON THE 14TH.  AND THEN I ALSO NEED THE
 9    REPLY NOON ON THE 14TH FOR THE MOTION TO ADD AS A CLASS REP.
10       I MEAN, ARE THE ISSUES GOING TO BE DIFFERENT?  DO WE
11    REALLY NEED TWO DIFFERENT SETS OF MOTIONS ON THIS?
12             MR. ISAACSON:  THEY ARE TWO SEPARATE SETS OF ISSUES.
13    I MEAN, THE ONE IS THAT -- SO THE OPPOSITION TO ADDING AT THIS
14    DATE GOES TO THE PREJUDICE TO THE APPLE -- THE PREJUDICE TO
15    THE CLASS, WHETHER THE -- WHETHER THERE ARE NOTICE ISSUES NOW
16    BECAUSE THE PERSON'S NOT BEEN IDENTIFIED IN ANY CLASS NOTICE,
17    SO AT -- AS WELL AS TO ANY OTHER ISSUES THAT COME UP IN THE
18    DEPOSITION.
19       WHEREAS THE MOTION TO DECERTIFY --
20             THE COURT:  NO, I --
21             MR. ISAACSON:  -- PART OF THE RESELLER CLASS --
22             THE COURT:  ALL RIGHT.  SO THEN NOON ON THE 14TH, I'M
23    GETTING THE OPPOSITION TO THE MOTION TO DECERTIFY.  I'LL NEED
24    THE REPLY ON THAT BY MONDAY THE 17TH IF I'M GOING TO TAKE ANY
25    ARGUMENT.
```

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

1      **MR. ISAACSON:**  UNDERSTOOD.

2      **THE COURT:**  SO NOVEMBER 17TH, WE'LL SAY 9:00 A.M.

3  PACIFIC TIME, WHICH IS NOON EAST COAST TIME.

4      TENTATIVELY SET THE HEARING ON THE MOTION TO OCCUR 1:00

5  P.M. ON THE 18TH OF NOVEMBER.

6      JURY SELECTION -- WILL THEN BE MOVED TO NOVEMBER 19TH,

7  WHICH IS WEDNESDAY.

8      TRIAL TO BEGIN DECEMBER 2ND.  YOUR OPENINGS ARE GOING TO

9  TAKE A LITTLE BIT OF TIME ANYWAY.  YOU'VE GOT OPENINGS, I'VE

10  GOT TO INSTRUCT.  PROBABLY GET ON, DEPENDING ON THE LENGTH,

11  ONE OR TWO WITNESSES.

12      YOU CAN GET THE CLASS REPS ON FIRST.  SO YOU'LL HAVE TO

13  FIGURE IT OUT ON THE PLAINTIFFS' SIDE.  APPLE WILL DO THEIR

14  BEST, BUT --

15      **MS. SWEENEY:**  WE UNDERSTAND, YOUR HONOR.

16      **THE COURT:**  -- THE SITUATION THAT WE FIND OURSELVES

17  IN.  SO EVIDENCE TO BEGIN DECEMBER 2ND.

18      **MS. SWEENEY:**  YOUR HONOR, I MAY HAVE MISSED IT, BUT

19  WHAT IS THE DATE WHEN APPLE'S GOING TO FILE ITS MOTION TO

20  DECERTIFY?

21      **THE COURT:**  THE SAME DAY AS THEIR OPPOSITION.

22      **MS. SWEENEY:**  OH.

23      **THE COURT:**  SO THE 11TH.

24      **MS. SWEENEY:**  OKAY.

25      **THE COURT:**  OKAY.  PRODUCTION -- ALL OF THE WRITTEN

1    DISCOVERY NEEDS TO BE DONE BY THE 4TH, NEXT WEEK.

2        OKAY.  I THINK WITH THIS SCHEDULE, I CAN GET IT IN AND

3    KEEP MY JURY.  I WON'T BE WRITING A TREATISE.  I'LL TRY TO BE

4    AS COMPREHENSIVE AS I CAN.  BUT GIVEN THE DEADLINE --

5        OKAY.  OTHER THOUGHTS OR QUESTIONS?

6            **MR. ISAACSON:**  JUST HAVE TWO MINISTERIAL MATTERS

7    UNRELATED TO THIS.

8            **THE COURT:**  OKAY.  WELL, LET ME SEE.  MS. SWEENEY,

9    ANYTHING ON THIS?

10           **MS. SWEENEY:**  ON THE SCHEDULE, NO, YOUR HONOR.

11           **MR. ISAACSON:**  ALL RIGHT.  SO LAST NIGHT AS YOU

12   DIRECTED AT THE LAST CONFERENCE, WE FILED OUR RESPONSES TO

13   THEIR FOOTNOTED MOTION TO --

14           **THE COURT:**  RIGHT.

15           **MR. ISAACSON:**  -- STRIKE.  THIS IS COPIES OF THE

16   EXPERT REPORTS MARKED WITH WHAT PORTIONS THEY'VE ASKED TO

17   STRIKE.

18           **THE COURT:**  OKAY.  THAT'S APPRECIATED.

19           **MR. ISAACSON:**  COURTESY COPY.

20           **THE COURT:**  ALL RIGHT.  AND DID THEY GET --

21           **MR. ISAACSON:**  AND I'VE JUST GIVEN THEM A COPY OF THE

22   COURTESY COPY.

23           **THE COURT:**  OKAY.

24           **MS. SWEENEY:**  AND, YOUR HONOR, PLAINTIFFS HAD ALREADY

25   SUBMITTED TO THE COURT AND TO APPLE ALL OF THE HIGHLIGHTED

1   TESTIMONY THAT -- THAT PLAINTIFFS SEEK TO STRIKE IF YOUR HONOR

2   GRANTS MOTIONS IN LIMINE 1 THROUGH 3.

3          **THE COURT:**  OKAY.

4          **MS. SWEENEY:**  SO WE DIDN'T UNDERSTAND THAT THEY WERE

5   PERMITTED TO -- TO FILE WHAT IN ESSENCE IS A REPLY BRIEF IN

6   SUPPORT OF THEIR MOTIONS IN LIMINE --

7          **THE COURT:**  I THOUGHT THIS WAS IN RESPONSE TO YOUR

8   FOOTNOTE.

9          **MR. ISAACSON:**  YES.

10          **MS. SWEENEY:**  BUT OUR FOOTNOTES ACTUALLY CITE THE

11   MATERIAL THAT MR. ISAACSON SAYS HE NOW PRESENTED TO YOU, SO

12   NOW YOU HAVE TWO SETS OF IT.  BUT APPLE ALSO TOOK THE

13   OPPORTUNITY TO REBRIEF ITS MOTIONS IN LIMINE.  AND WE -- WE

14   GOT THIS AROUND, I THINK, 10:00 O'CLOCK LAST NIGHT.  WE

15   PREPARED A RESPONSE IF YOUR HONOR WOULD LIKE YET MORE BRIEFING

16   ON THE TOPIC, BUT WE DON'T THINK IT'S FAIR THAT APPLE GETS TO

17   FILE, IN EFFECT, A REPLY BRIEF WHEN PLAINTIFFS DIDN'T FILE A

18   REPLY IN SUPPORT OF ANY OF THEIR MOTIONS IN LIMINE.

19          **MR. ISAACSON:**  I DON'T THINK WE FILED A REPLY BRIEF.

20   IF YOU LOOK AT IT, IT'S DIRECTED AT THOSE FOOTNOTES, AND IT

21   WAS AT THE DIRECTION OF THE COURT THAT WE --

22          **THE COURT:**  OKAY.  JUST FILE YOUR BRIEF.

23          **MS. SWEENEY:**  THANK YOU, YOUR HONOR.

24          **THE COURT:**  IF I NEED -- I WOULD HOPE AT THIS POINT

25   YOU UNDERSTAND THAT I TRY TO BE AS FAIR AS I CAN TO BOTH

```
1    SIDES.  IF I NEED ADDITIONAL ARGUMENT FROM EITHER SIDE OR IF I

2    THINK SOMEONE'S NOT BEING TREATED FAIRLY, I WILL GIVE YOU THAT

3    OPPORTUNITY.

4         MR. ISAACSON:  ALL RIGHT.  AND ONE OTHER MATTER, THE

5    COURT DIRECTED US TO DO A FILING TODAY ABOUT THE PAST HISTORY

6    OF DMCA ISSUES IN THIS CASE, WHICH HAS REQUIRED US TO GO

7    THROUGH SOME EARLIER HISTORY IN THE CASE, AND WE'RE WONDERING

8    IF WE COULD HAVE TILL TUESDAY TO DO THAT FILING.

9         THE COURT:  GIVEN THE CURRENT SCHEDULE, THAT'S FINE.

10        MR. ISAACSON:  THANK YOU.

11        THE COURT:  OKAY.

12        MS. SWEENEY:  OH, THAT'S RIGHT, YOUR HONOR.  WE WERE

13   GOING TO RESPOND TO APPLE'S SUBMISSION THAT THEY WERE GOING TO

14   FILE TODAY ON TUESDAY, SO NOW I GUESS WE CAN RESPOND ON --

15        MR. ISAACSON:  THURSDAY.

16        MS. SWEENEY:  -- THURSDAY.

17        THE COURT:  THURSDAY'S FINE.  OKAY.

18     OTHER ISSUES?

19        MR. ISAACSON:  THAT'S IT, YOUR HONOR.

20        MS. SWEENEY:  NO, YOUR HONOR.

21        THE COURT:  ALL RIGHT.  LET'S SEE.  I WILL THEN --

22   WHY DON'T WE -- I WAS NOT, I GUESS, PLANNING TO SEE YOU -- WHY

23   DON'T WE SCHEDULE A CALL.  MAKES ME A LITTLE NERVOUS TO -- TO

24   NOT PLAN ON SEEING YOU AGAIN UNTIL, YOU KNOW, I'M PICKING A

25   JURY OR HEARING -- SO I DO WANT TO KNOW HOW THINGS ARE GOING.
```

```
 1        LET'S GO AHEAD AND JUST PLAN FOR A CONFERENCE CALL ON THE
 2   12TH, WHICH IS WEDNESDAY, 9 A.M. PACIFIC TIME.
 3        MR. ISAACSON, DO YOU HAVE AN INTERNAL CONFERENCE CALL?
 4             MR. ISAACSON:  YES, WE CAN CIRCULATE THAT.
 5             THE COURT:  SO YOU'LL SEND US THE NUMBER AND WE'LL
 6   PUT THAT ON THE DOCKET AND SEND IT TO MS. SWEENEY.  THAT WAY
 7   WE CAN JUST -- I CAN JUST CHECK IN WITH EVERYBODY AND MAKE
 8   SURE EVERYTHING'S OPERATING ON THIS NEW SCHEDULE AND WE DON'T
 9   HAVE ANY SURPRISES.  OKAY?
10             MS. SWEENEY:  ALL RIGHT.
11             THE COURT:  ALL RIGHT.  GREAT.  THAT'S --
12             MS. SWEENEY:  THANK YOU, YOUR HONOR.
13             THE COURT:  THANK YOU.
14             MR. ISAACSON:  THANK YOU, YOUR HONOR.
15             (PROCEEDINGS WERE CONCLUDED AT 8:50 A.M.)
16                          --O0O--
17
18
19
20
21
22
23
24
25
```

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

## CERTIFICATE OF REPORTER

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER. I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN, AND FURTHER THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR

MONDAY, NOVEMBER 3, 2014

# EXHIBIT 2

**Patrick Coughlin**

| | |
|---|---|
| **From:** | Patrick Coughlin |
| **Sent:** | Friday, November 07, 2014 10:52 AM |
| **To:** | Patrick Coughlin |
| **Subject:** | FW: Apple - Witnesses for trial |

-----Original Message-----
From: Patrick Coughlin
Sent: Friday, November 07, 2014 8:31 AM
To: 'William Isaacson'; Xan Bernay
Cc: Karen Dunn
Subject: RE: Apple - Witnesses for trial

I appreciate the fact that you are working with us to get these witnesses here. Is Phil Schiller available the 3rd or 4th? I believe we should ask the Court to start the case on the 3rd as you suggested for this very reason, i.e., lack of witness availability.

-----Original Message-----
From: William Isaacson [mailto:Wisaacson@BSFLLP.com]
Sent: Thursday, November 06, 2014 7:30 PM
To: Patrick Coughlin; Xan Bernay
Cc: Karen Dunn
Subject: Re: Apple - Witnesses for trial

Mr. Robbin will be in DC the first part of the first week of our trial for meetings with a government agency as a third party for a matter in which the agency is gathering information. (When our trial was set in November, we asked the agency to reschedule the meeting in order to make him available to you that first week of trial in November.) We are still working on when Mr. Robbin will be back from DC that week and will report to you as soon as I have that information.

(As a practical matter, I am flying from west in the morning to east at the end of the day so I cannot guarantee I will be online with our next information until the end of the day tomorrow.)

Bill

On 11/6/14, 3:53 PM, "Patrick Coughlin" <PatC@rgrdlaw.com> wrote:

>Bill,
>
>Just following up on the issue of when Mr. Robbin, Mr. Cue and Mr.
>Farrugia are available. As I informed you, we really need Robbin on
>12/3 followed by Cue or Farrugia later on 12/3 and the other on 12/4.
>Or we need to ask the Court to move the trial to 12/3 to start.
>

>Patrick
>
>-----Original Message-----
>From: William Isaacson [mailto:Wisaacson@BSFLLP.com]
>Sent: Wednesday, November 05, 2014 9:02 AM
>To: Xan Bernay
>Cc: Patrick Coughlin; Karen Dunn
>Subject: RE: Apple - Witnesses for trial
>
>As I said, we have been working on this.  And shortly, meant shortly.
>I now have this information for the availability on those days
>
>Mr. Farrugia is available on 12/3;
>Mr. Cue is available on 12/4; and
>Mr. Robbin is available on 12/5.
>
>Bill
>
>*********************************
>William A. Isaacson, Esq.
>BOIES, SCHILLER & FLEXNER LLP
>5301 Wisconsin Avenue, NW
>Washington, D.C. 20015
>General Number: 202.237.2727
>Direct Number: 202.237.9607
>Facsimile: 202.237.6131
>Cell: 202.258.1443
>www.BSFLLP.com
>
>
>-----Original Message-----
>From: Xan Bernay [mailto:XanB@rgrdlaw.com]
>Sent: Wednesday, November 05, 2014 11:59 AM
>To: William Isaacson
>Cc: Patrick Coughlin; Karen Dunn
>Subject: RE: Apple - Witnesses for trial
>
>Bill -
>We understood you would be getting this information for us at the
>beginning of the week and it is now Wednesday and have received no
>dates for these witnesses. Your hope to get back to us shortly is unacceptable.
>Please let us know by noon today whether you will be accepting service
>for Mr. Robbin, Mr. Cue and Mr. Farrugia and the days (December 3, 4)
>that each will be made available at trial or we will effect personal
>service. We expect Mr. Robbin's attendance the morning of December 3,
>followed by Mr. Cue potentially finishing on the 4th and Mr. Farrugia
>after Mr. Cue later on the 4th.
>
>
>
>-----Original Message-----
>From: William Isaacson [mailto:Wisaacson@BSFLLP.com]

>Sent: Wednesday, November 05, 2014 7:53 AM
>To: Xan Bernay
>Cc: Patrick Coughlin; Karen Dunn
>Subject: RE: Apple - Witnesses for trial
>
>Working on this and hope to be back to you shortly about making them
>available the first week.  Subpoenas are unnecessary.
>
>***********************************
>William A. Isaacson, Esq.
>BOIES, SCHILLER & FLEXNER LLP
>5301 Wisconsin Avenue, NW
>Washington, D.C. 20015
>General Number: 202.237.2727
>Direct Number: 202.237.9607
>Facsimile: 202.237.6131
>Cell: 202.258.1443
>www.BSFLLP.com
>
>
>-----Original Message-----
>From: Xan Bernay [mailto:XanB@rgrdlaw.com]
>Sent: Tuesday, November 04, 2014 9:23 PM
>To: William Isaacson
>Cc: Patrick Coughlin; Karen Dunn
>Subject: RE: Apple - Witnesses for trial
>
>Bill - Just following up on this issue - Have you been able to
>determine the schedules of Mr. Cue, Mr. Robbin and Mr. Farrugia for the
>3rd through the 5th of December?
>We do not want to serve subpoenas to the extent that can be avoided and
>appreciate that you will work with us on planning. Can you let us know
>by the end of the day tomorrow the status of those witnesses on the
>dates above?
>
>Thanks
>Xan
>
>-----Original Message-----
>From: William Isaacson [mailto:Wisaacson@BSFLLP.com]
>Sent: Friday, October 31, 2014 4:12 PM
>To: Xan Bernay
>Cc: Patrick Coughlin; Karen Dunn
>Subject: Re: Apple - Witnesses for trial
>
>Before we proposed the trial date of December 8, we already found out
>that these three witnesses were not available December 1 or December 2 to
>testify.   That was the reason in Court today I raised the issue of
>witness schedules and requested that we start the trial on Wednesday
>rather than Tuesday.  We are going to go back and determine their
>schedules on the 3rd to 5th.   We will try to get that information for
>the start of next week.  We will work with you on planning the trial

3

>days throughout the trial.
>
>Bill
>
>From: Xan Bernay <XanB@rgrdlaw.com<mailto:XanB@rgrdlaw.com>>
>Date: Friday, October 31, 2014 at 2:15 PM
>To: Bill Isaacson <wisaacson@bsfllp.com<mailto:wisaacson@bsfllp.com>>
>Cc: Patrick Coughlin <PatC@rgrdlaw.com<mailto:PatC@rgrdlaw.com>>
>Subject: Apple - Witnesses for trial
>
>Bill - Following up on discussions regarding Apple witnesses that
>Plaintiffs intend to call during our case, here is what we intend:
>
>December 2 - Jeff Robbin
>December 3 - Eddy Cue
>December 3/4 (depending on time) - Augustin Farrugia
>
>Can you please confirm these witnesses will be available on these dates?
>
>Thanks
>Xan
>
>
>NOTICE: This email message is for the sole use of the intended
>recipient(s) and may contain information that is confidential and
>protected from disclosure by the attorney-client privilege, as attorney
>work product, or by other applicable privileges.  Any unauthorized
>review, use, disclosure or distribution is prohibited.
>If you are not the intended recipient, please contact the sender by
>reply email and destroy all copies of the original message.
>
>_____
>The information contained in this electronic message is confidential
>information intended only for the use of the named recipient(s) and may
>contain information that, among other protections, is the subject of
>attorney-client privilege, attorney work product or exempt from
>disclosure under applicable law. If the reader of this electronic
>message is not the named recipient, or the employee or agent
>responsible to deliver it to the named recipient, you are hereby
>notified that any dissemination, distribution, copying or other use of
>this communication is strictly prohibited and no privilege is waived.
>If you have received this communication in error, please immediately
>notify the sender by replying to this electronic message and then
>deleting this electronic message from your computer. [v.1]
>
>
>
>NOTICE: This email message is for the sole use of the intended
>recipient(s) and may contain information that is confidential and
>protected from disclosure by the attorney-client privilege, as attorney
>work product, or by other applicable privileges.  Any unauthorized
>review, use, disclosure or distribution is prohibited.

>If you are not the intended recipient, please contact the sender by
>reply email and destroy all copies of the original message.
>
>
>
>The information contained in this electronic message is confidential
>information intended only for the use of the named recipient(s) and may
>contain information that, among other protections, is the subject of
>attorney-client privilege, attorney work product or exempt from
>disclosure under applicable law. If the reader of this electronic
>message is not the named recipient, or the employee or agent
>responsible to deliver it to the named recipient, you are hereby
>notified that any dissemination, distribution, copying or other use of
>this communication is strictly prohibited and no privilege is waived.
>If you have received this communication in error, please immediately
>notify the sender by replying to this electronic message and then
>deleting this electronic message from your computer. [v.1]
>
>
>
>NOTICE: This email message is for the sole use of the intended
>recipient(s) and may contain information that is confidential and
>protected from disclosure by the attorney-client privilege, as attorney
>work product, or by other applicable privileges.  Any unauthorized
>review, use, disclosure or distribution is prohibited.
>If you are not the intended recipient, please contact the sender by
>reply email and destroy all copies of the original message.
>
>
>
>The information contained in this electronic message is confidential
>information intended only for the use of the named recipient(s) and may
>contain information that, among other protections, is the subject of
>attorney-client privilege, attorney work product or exempt from
>disclosure under applicable law. If the reader of this electronic
>message is not the named recipient, or the employee or agent
>responsible to deliver it to the named recipient, you are hereby
>notified that any dissemination, distribution, copying or other use of
>this communication is strictly prohibited and no privilege is waived.
>If you have received this communication in error, please immediately
>notify the sender by replying to this electronic message and then
>deleting this electronic message from your computer. [v.1]
>
>
>
>NOTICE: This email message is for the sole use of the intended
>recipient(s) and may contain information that is confidential and
>protected from disclosure by the attorney-client privilege, as attorney
>work product, or by other applicable privileges.  Any unauthorized
>review, use, disclosure or distribution is prohibited.
>If you are not the intended recipient, please contact the sender by
>reply email and destroy all copies of the original message.

>
>


The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]