William A. Isaacson (Admitted Pro Hac Vice)
(wisaacson@bsfllp.com)
Karen L. Dunn (Admitted Pro Hac Vice)
(kdunn@bsfllp.com)
Martha L. Goodman (Admitted Pro Hac Vice)
(mgoodman@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. (State Bar No. 212213)
(jcove@bsfllp.com)
Meredith R. Dearborn (State Bar No. 268312)
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No. C 05-00037-YGR<br>[CLASS ACTION]<br><br>[PROPOSED] ORDER GRANTING APPLE INC.'S RENEWED ADMINISTRATIVE MOTION TO SEAL |

SFI-620874217v1

[Proposed] Order Granting
Renewed Admin. Motion to Seal
C 05-00037 YGR

1    Presently before the Court is Apple Inc.'s Renewed Administrative Motion to File Under
2    Seal Documents Relating to Apple's Motion for Summary Judgment (ECF No. 740) and
3    Plaintiffs' Opposition Thereto (ECF No. 751).  Apple seeks an order partially sealing Exhibit 5 to
4    Apple's motion for summary judgment and Exhibits 4, 12, 33 and 42 to Plaintiffs' opposition
5    brief.
6    Having reviewed Apple's administrative motion and the declaration and exhibit filed in
7    support thereof, and having determined that the public disclosure of the confidential information
8    contained in the redacted portions of the five exhibits would harm Apple, and finding compelling
9    reasons to seal that information, *see Kamakana v. City and Co. of* Honolulu, 447 F.3d 1172,
10   1178-80 (9th Cir. 2006), IT IS HEREBY ORDERED THAT Apple's administrative motion is
11   GRANTED.  The parties may redact the portions of the above-referenced exhibits as follows:

| ECF No. | Title | Portions to Redact |
|---|---|---|
|  | Expert Report of John P.J. Kelly, dated July 19, 2013, filed as Exhibit 5 to the Amiri Declaration filed in Support of Apple's Motion for Summary Judgment. | • Designated portions of paragraphs:  13-17, 19-21, 24, 26-31, 34-42, 45-48, 51-53, 58, and 59; and<br>• Figures:  1-14; and<br>• Footnotes:  57 and 74. |
|  | Expert Report of David M. Martin Jr., dated April 8, 2013, filed as Exhibit 4 to the Sweeney Declaration filed in Support of Plaintiffs' Opposition to Summary Judgment. | • Designated portions of paragraphs:  21; 35, 38, 69, 71-73, 75-76, 78, 80, 106 and 112. |
|  | Declaration of Augustin Farrugia in Support of Defendants' Renewed Motion for Summary Judgment, filed as Exhibit 12 to the Sweeney Declaration filed in Support of Plaintiffs' Opposition to Summary Judgment. | • Designated portions of paragraphs:  7-10, 12-13, 17 and 27. |
|  | Rebuttal Expert Report of David M. Martin Jr., dated October 30, 2013, filed as Exhibit 33 to the Sweeney Declaration filed in Support of Plaintiffs' Opposition to Summary Judgment. | • Designated portions of paragraphs:  3 and 11. |
|  | Email and attachment dated April 25, 2006, bearing Bates-stamp Apple_AIIA00094563-69, filed as Exhibit 42 to the Sweeney Declaration filed in Support of Plaintiffs' Opposition to Summary Judgment. | • Designated portions of pages bearing Bates-stamp Apple_AIIA 00094564-69. |

SFI-620874217v1

- 2 -

[Proposed] Order Granting
Renewed Admin. Motion to Seal
C 05-00037 YGR

1     **This Order terminates Docket No. 819.**

2     **IT IS SO ORDERED.**

3     Dated: November 7, 2014

By: _____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

SFI-620874217v1

- 3 -

[Proposed] Order Granting
Renewed Admin. Motion to Seal
C 05-00037 YGR