1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF A DOCUMENT RELATING TO PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE'S MOTIONS *IN LIMINE* NOS. 1-3 AND TO EXCLUDE AND STRIKE EVIDENCE |
| ALL ACTIONS. | ) ) ) | |

22
23
24
25
26
27
28

1    Before the Court is Plaintiffs' Administrative Motion to File Under Seal.  Specifically,
2 Plaintiffs seek leave to file under seal portions of the following:

| Title | Filed Under Seal |
|---|---|
| Declaration of Dr. John P.J. Kelly in Support of Defendant's Renewed Motion for Summary Judgment, dated Jan. 18, 2011 | Partially Sealed |
| Expert Report of Dr. John P.J. Kelly, dated July 19, 2013 | Partially Sealed |

8    There being good cause shown based on the arguments presented in the motion, the pleadings
9 on file, and any other relevant matter, the Court GRANTS Plaintiffs' Administrative Motion to File
10 Under Seal.
11    **This Order terminates Docket No. 824.**
12    IT IS SO ORDERED.
13 DATED:  November 7, 2014

_____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MTS PORTIONS OF A DOC RE TO PLTFS' OPPO TO APPLE'S MIL NOS. 1-3 AND TO EXCLUDE AND STRIKE EVIDENCE - C-05-00037-YGR