William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Kieran P. Ringgenberg #208600
(kringgenberg@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br><br>**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF ADMINSTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 1, 4th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice before this Court and the courts of the State of California. I am a Partner in the law firm Boies, Schiller & Flexner LLP, counsel to Defendant Apple Inc. ("Apple') in this case.

2. I make this declaration in support of Apple's Administrative Motion to File Documents Under Seal. Based on my review of the files and records in this case, I have firsthand knowledge of the contents of this declaration and could testify thereto.

3. Apple seeks to file under seal portions of five exhibits identified as Exhibits H, I, M, N and P to the Declaration of Kieran P. Ringgenberg in Support of (1) Apple's Opposition to Plaintiffs' and Movant Kenneth Riegel's Motion To Add Class Representative (Dkt. 873); and (2) Apple's Motion for Decertification of Rule 23(b)(3) Class. Pursuant to Civil Local Rule 79-5(d), Apple now submits this declaration providing the factual and legal support for the filing of this material.

4. Federal Rule of Civil Procedure 26(c) provides that the Court may "issue an order to protect a party of person from annoyance, embarrassment, oppression or undue burden or expense" by "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specific way."

5. **Exhibit H** contains the specific percentage of Business Development Funds by product that Apple provides to a certain reseller.

6. **Exhibit I** contains the specific financial incentives that one of Apple's resellers receives in connection with its sale of iPods and iPod accessories.

7. **Exhibit M** contains the specific financial incentives that Apple provides one of its resellers.

8. **Exhibit N** contains references to the financial incentives that Apple provides one of its resellers.

9. **Exhibit P** contains the specific financial incentives that Apple provides one of its resellers, the specific price at which the reseller can purchase certain products, and the minimum purchase requirements of such products.

1

1     10.    Redacted versions of each of these exhibits will be filed that make publicly available all portions of each of the exhibits other than the confidential material described above.

11.    It is my understanding that Apple treats its contracted financial terms and incentives as confidential and does not disclose them publicly. Disclosure of this financial information could expose Apple's approach to internal decision-making strategies and negotiations, and provide competitors and resellers a competitive advantage in negotiations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 11th day of November, 2014, in Oakland, California.

                /s/ Kieran P. Ringgenberg
                Kieran P. Ringgenberg

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA