# Exhibit I

# Redacted

# Apple Computer, Inc. 

## Amendment to the Authorized Apple Reseller U.S. Sales Agreement

This Amendment to the Authorized Apple Reseller U.S. Sales Agreement ("Amendment") amends the Apple Computer, Inc. Authorized Apple Reseller U.S. Sales Agreement entered into between Apple Computer, Inc. ("Apple") and Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, Wal-Mart Stores East, Inc., Wal-Mart Stores Texas, LP (hereinafter collectively referred to as "Reseller") on August 24, 2004 and its amendments, collectively the ("Agreement").

The above-named parties agree to amend the Agreement as follows:

**1. Section 4. II. Obligations Under This Agreement.** This section is modified by adding a new paragraph "K" as follows:



**2.** All other terms and conditions of the Agreement shall remain unchanged and in full force and effect.

The duly authorized representatives of the parties execute this Amendment as of the dates set forth below.

| **Reseller** | **Apple Computer, Inc.** |
|---|---|
| SIGNATURE: *Jennifer Schroeder* | SIGNATURE: *Stephen Glanis* |
| PRINT NAME: Jennifer Schroeder | PRINT NAME: Stephen Glanis |
| TITLE: Buyer, Wal-Mart Stores | TITLE: Sr. Contracts Program Mgr |
| DATE: 1/3/05 | DEPT: Sales Contracts Management |
| | EFFECTIVE DATE: 12/23/04 |

| **Reseller** | **Reseller** |
|---|---|
| SIGNATURE: *Kevin J. O'Connor* | SIGNATURE: *Gary Severson* |
| PRINT NAME: Kevin O'Connor | PRINT NAME: Gary Severson |
| TITLE: DMM, Wal-Mart Stores | TITLE: General Merchandise Manager, Wal-Mart Stores |
| DATE: 1-3-05 | DATE: 1/3/05 |

RECEIVED
APPLE COMPUTER, INC.
JAN 07 2005

© 2004 Apple Computer, Inc. All rights reserved. Apple and the Apple logo are registered trademarks of Apple Computer, Inc.   12/04

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    Apple_AIIA_B_014372