# Exhibit D

| Form **1120S** | | U.S. Income Tax Return for an S Corporation | | OMB No. 1545-0130 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ► See separate instructions. | | **2007** |

For calendar year 2007 or tax year beginning            , 2007, ending

| | | | | |
|---|---|---|---|---|
| **A** S election effective date 12/21/92 | Use the IRS label. Otherwise, print or type. | **Name** K & N Enterprises, Inc. | **D** Employer identification number 51-0344691 | |
| **B** Business activity code number (see instrs) 443120 | | **Number, street, and room or suite no.** If a P.O. box, see instructions. 1030 Forest Ave, Suite 100 | **E** Date incorporated 12/21/92 | |
| **C** Check if Sch M-3 attached ☐ | | **City or town, state, and ZIP code** Dover                DE 19904 | **F** Total assets (see instructions) $ 277,068. | |

**G** Is the corporation electing to be an S corporation beginning with this tax year?    ☐ Yes   ☒ No    If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: (1) ☐ Final return   (2) ☐ Name change   (3) ☐ Address change
               (4) ☐ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders in the corporation at the end of the tax year .................................. ► 2

Caution. Include *only* trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**INCOME**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales  932,837.  **b** Less returns and allowances         **c** Bal ► | 1c | 932,837. |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | 732,867. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 199,970. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 ► | 6 | 199,970. |

**DEDUCTIONS (SEE INSTRS)**

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | 24,000. |
| 8 | Salaries and wages (less employment credits) | 8 | 76,376. |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 15,103. |
| 12 | Taxes and licenses | 12 | 13,080. |
| 13 | Interest | 13 | 4,049. |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | 14 | 301. |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| 16 | Advertising | 16 | 2,833. |
| 17 | Pension, profit-sharing, etc, plans | 17 | |
| 18 | Employee benefit programs | 18 | 1,724. |
| 19 | Other deductions (attach statement) .... *. STMT | 19 | 46,314. |
| 20 | **Total deductions.** Add lines 7 through 19 ► | 20 | 183,780. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 16,190. |

**TAX AND PAYMENTS**

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions)  22a | | |
| b | Tax from Schedule D (Form 1120S)  22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2007 estimated tax payments and 2006 overpayment credited to 2007   23a | | |
| b | Tax deposited with Form 7004  23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136)  23c | | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 **Credited to 2008 estimated tax** ►                 Refunded ► | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer    Date 02/04/08    Title President

May the IRS discuss this return with the preparer shown below (see instructions)?  ☐ Yes  ☐ No

**Paid Preparer's Use Only**

| Preparer's signature ► | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ► | Self-Prepared | | EIN Phone no. | |

BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.    SPSA0112   12/26/07    Form **1120S** (2007)

CONFIDENTIAL                                                                                                              RIEGEL00060

Form 1120S (2007)   K & N Enterprises, Inc.                                51-0344691       Page 2

### Schedule A — Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 68,763. |
| 2 | Purchases | 742,442. |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement) ....*..STMT. | 162. |
| 6 | **Total.** Add lines 1 through 5 | 811,367. |
| 7 | Inventory at end of year | 78,500. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 732,867. |

9a Check all methods used for valuing closing inventory:
   (i) ☐ Cost as described in Regulations section 1.471-3
   (ii) ☒ Lower of cost or market as described in Regulations section 1.471-4
   (iii) ☐ Other (Specify method used and attach explanation.) ► _____

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ......► ☐
c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ......► ☐
d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ...... 9d
e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ...... ☐ Yes ☒ No
f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ...... ☐ Yes ☒ No

### Schedule B — Other Information (see instructions)

|   |   | Yes | No |
|---|---|:---:|:---:|
| 1 | Check accounting method: a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ► _____ | | |
| 2 | See the instructions and enter the: a Business activity ► Retail Sales   b Product or service ► Computers | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made? | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ......► ☐ If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ► $ _____ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year ...... $ _____ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 | | X |

### Schedule K — Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---:|
| 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 16,190. |
| 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| 3a | Other gross rental income (loss) ...... 3a | | |
| b | Expenses from other rental activities (attach statement) ...... 3b | | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| 4 | Interest income | 4 | |
| 5 | Dividends: a Ordinary dividends | 5a | |
|   | b Qualified dividends ...... 5b | | |
| 6 | Royalties | 6 | |
| 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| b | Collectibles (28%) gain (loss) ...... 8b | | |
| c | Unrecaptured section 1250 gain (attach statement) ...... 8c | | |
| 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| 10 | Other income (loss) (see instructions) | 10 | |

(INCOME (LOSS))

Form **1120S** (2007)

SPSA0112   12/26/07

CONFIDENTIAL                                                                                              RIEGEL00061

Form 1120S (2007) K & N Enterprises, Inc.     51-0344691     Page 3

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | 11 Section 179 deduction *(attach Form 4562)* | 11 | |
| | 12a Contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures **(1)** Type ► _____ **(2)** Amount ► | 12c (2) | |
| | d Other deductions *(see instructions)* ... Type ► | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | 13c | |
| | d Other rental real estate credits *(see instrs)* Type ► | 13d | |
| | e Other rental credits *(see instrs)* Type ► | 13e | |
| | f Credit for alcohol used as fuel *(attach Form 6478)* | 13f | |
| | g Other credits *(see instructions)* ... Type ► | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession ► | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | *Foreign gross income sourced at corporate level* | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other *(attach statement)* | 14f | |
| | *Deductions allocated and apportioned at shareholder level* | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other *(attach statement)* | 14k | |
| | *Other information* | | |
| | l Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit *(attach statement)* | 14m | |
| | n Other foreign tax information *(attach statement)* | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | -223. |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties – gross income | 15d | |
| | e Oil, gas, and geothermal properties – deductions | 15e | |
| | f Other AMT items *(attach statement)* | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Property distributions | 16d | |
| | e Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts *(attach statement)* | | |
| **Reconciliation** | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | 16,190. |

BAA                                                                         Form **1120S** (2007)

SPSA0134 09/28/07

CONFIDENTIAL                         RIEGEL00062

Form 1120S (2007)  K & N Enterprises, Inc.                                            51-0344691         Page 4

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 42,730. | | 155,265. |
| 2a Trade notes and accounts receivable | 12,736. | | 7,732. | |
| b Less allowance for bad debts | | 12,736. | | 7,732. |
| 3 Inventories | | 68,763. | | 78,500. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt) Ln. 6 St | | 1,515. | | 933. |
| 7 Loans to shareholders | | | | 34,638. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 45,949. | | 45,949. | |
| b Less accumulated depreciation | 45,648. | 301. | 45,949. | 0. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach stmt) | | | | |
| 15 Total assets | | 126,045. | | 277,068. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 91,989. | | 167,734. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | 81,219. |
| 18 Other current liabilities (attach stmt) Ln. 18 St | | 3,064. | | 932. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | 1,650. | | 1,650. |
| 23 Additional paid-in capital | | 154,350. | | 154,350. |
| 24 Retained earnings | | -95,487. | | -79,297. |
| 25 Adjustments to shareholders' equity (att stmt) Ln.25 St | | -29,521. | | -49,520. |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | 126,045. | | 277,068. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 16,190. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): <br> a Tax-exempt interest . $ _ _ _ _ _ _ _ _ _ _ | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): <br> a Depreciation ...... $ _ _ _ _ _ _ _ _ _ <br> b Travel and entertainment . $ _ _ _ _ _ _ _ | | 6 Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): <br> a Depreciation .... $ _ _ _ _ _ _ _ _ _ | |
| | | 7 Add lines 5 and 6 | |
| 4 Add lines 1 through 3 | 16,190. | 8 Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | 16,190. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | -95,487. | 0. | 0. |
| 2 Ordinary income from page 1, line 21 | 16,190. | | |
| 3 Other additions | | | |
| 4 Loss from page 1, line 21 | | | |
| 5 Other reductions | | | |
| 6 Combine lines 1 through 5 | -79,297. | 0. | 0. |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | -79,297. | 0. | 0. |

SPSA0134   09/28/07                                                                        Form **1120S** (2007)

CONFIDENTIAL                                                                              RIEGEL00063

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | (Including Information on Listed Property)<br>▶ See separate instructions.   ▶ Attach to your tax return. | **2007**<br>Attachment<br>Sequence No. **67** |

Name(s) shown on return: K & N Enterprises, Inc.  
Identifying number: 51-0344691  
Business or activity to which this form relates: Form 1120S Line 21

### Part I — Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $125,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $500,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ............ 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2006 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12 ▶ 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) and cellulosic biomass ethanol plant property placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2007 | 17 | 301. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B — Assets Placed in Service During 2007 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV — Summary (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 0. |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 301. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs .......... 23 | | |

BAA For Paperwork Reduction Act Notice, see separate instructions.   FDIZ0812 10/05/07   Form **4562** (2007)

CONFIDENTIAL

RIEGEL00064

Form 4562 (2007)   K & N Enterprises, Inc.   51-0344691   Page 2

### Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

#### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ..... [X] Yes [ ] No   24b If 'Yes,' is the evidence written? ..... [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for qualified Gulf Opportunity Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ..... 25 | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| Danneman Furniture | 01/01/93 | 100.00 | 4,500. | 0. | 7.00 | 200DB/HY | 0. | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ..... 28   0.
29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ..... 29

#### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | |
| | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | |

#### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

### Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2007 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2007 tax year ..... 43 | | | | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report ..... 44 | | | | | |

FDIZ0812  10/05/07   Form **4562** (2007)

CONFIDENTIAL   RIEGEL00065

671107

| Schedule K-1 | 2007 | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0130 |
|---|---|---|---|

**Schedule K-1 (Form 1120S)** 2007
Department of the Treasury
Internal Revenue Service
For calendar year 2007, or tax year beginning _____, 2007 ending _____.

### Shareholder's Share of Income, Deductions, Credits, etc. ▶ See page 2 of form and separate instructions.

**Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 13,737. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items  A  -189. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

**Part I   Information About the Corporation**

A  Corporation's employer identification number
   51-0344691

B  Corporation's name, address, city, state, and ZIP code
   K & N Enterprises, Inc.
   Delaware Computer Exchange
   1030 Forest Ave, Suite 100
   Dover, DE 19904

C  IRS Center where corporation filed return
   Cincinnati, OH  45999-0013

**Part II   Information About the Shareholder**

D  Shareholder's identifying number
   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

E  Shareholder's name, address, city, state, and ZIP code
   Kenneth A. Riegel
   P.O. Box 8526
   South Lake Tahoe, CA 96158

F  Shareholder's percentage of stock
   ownership for tax year ................... 84.85000 %

FOR IRS USE ONLY

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    Schedule K-1 (Form 1120S) 2007

SPSA0412  09/19/07



CONFIDENTIAL     RIEGEL00067

671107

| Schedule K-1 | 2007 | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0130 |
|---|---|---|---|
| (Form 1120S) | For calendar year 2007, or tax | **Part III** Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items | |

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2007
ending _____ .

### Shareholder's Share of Income, Deductions, Credits, etc. ▶ See page 2 of form and separate instructions.

**Part I**  Information About the Corporation

A  Corporation's employer identification number
   51-0344691

B  Corporation's name, address, city, state, and ZIP code
   K & N Enterprises, Inc.
   Delaware Computer Exchange
   1030 Forest Ave, Suite 100
   Dover, DE 19904

C  IRS Center where corporation filed return
   Cincinnati, OH  45999-0013

**Part II**  Information About the Shareholder

D  Shareholder's identifying number
   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

E  Shareholder's name, address, city, state, and ZIP code
   Richard E. Burr
   5037 Forrest Ave.
   Dover, DE 19904

F  Shareholder's percentage of stock
   ownership for tax year .................. 15.15000 %

FOR IRS USE ONLY

| | | |
|---|---|---|
| 1  Ordinary business income (loss)  2,453. | 13 Credits | |
| 2  Net rental real estate income (loss) | | |
| 3  Other net rental income (loss) | | |
| 4  Interest income | | |
| 5a Ordinary dividends | | |
| 5b Qualified dividends | 14 Foreign transactions | |
| 6  Royalties | | |
| 7  Net short-term capital gain (loss) | | |
| 8a Net long-term capital gain (loss) | | |
| 8b Collectibles (28%) gain (loss) | | |
| 8c Unrecaptured section 1250 gain | | |
| 9  Net section 1231 gain (loss) | | |
| 10 Other income (loss) | 15 Alternative minimum tax (AMT) items   A    -34. | |
| 11 Section 179 deduction | 16 Items affecting shareholder basis | |
| 12 Other deductions | | |
| | 17 Other information | |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    Schedule K-1 (Form 1120S) 2007

SPSA0412  09/19/07

CONFIDENTIAL                                                                                                                                          RIEGEL00068



Schedule K-1 (Form 1120S) 2007

CONFIDENTIAL

RIEGEL00069

Form 1120S, Page 1, Line 19
**Other Deductions**

| | |
|---|---:|
| Bank charges | 17,650. |
| Delivery and freight | 1,517. |
| Insurance | 5,648. |
| Office expense | 3,658. |
| Postage | 820. |
| Telephone | 7,630. |
| Travel | 4,207. |
| Utilities | 5,184. |
| Total | 46,314. |

Form 1120S, Page 2, Schedule A, Line 5
**Schedule A, Other Costs**

| | |
|---|---:|
| Freight-in | 162. |
| Total | 162. |

Other Current Assets:
**1120S, Schedule L, Line 6**

| Other Current Assets: | Beginning of tax year | End of tax year |
|---|---:|---:|
| Security Deposits | 1,515. | 933. |
| Total | 1,515. | 933. |

Other Current Liabilities:
**1120S, Schedule L, Line 18**

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---:|---:|
| Accrued Expenses | 3,064. | 0. |
| Accrued Payroll | 0. | 0. |
| Accrued Payroll Taxes | 0. | 932. |
| Total | 3,064. | 932. |

Adjustments to shareholders' equity:
**1120S, Schedule L, Line 25**

| Adjustments to Shareholders' Equity: | Beginning of tax year | End of tax year |
|---|---:|---:|
| Shareholder Distributions | -29,521. | -49,520. |
| Total | -29,521. | -49,520. |