# Exhibit E

1              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

2                    OAKLAND DIVISION

3  _____

                                )

4  THE APPLE IPOD ITUNES ANTITRUST )

   LITIGATION                     )

5                                 )      Lead Case No.

   _____)      C-05-00037-YGR

6                                 )

   This Document Relates To:      )      CLASS ACTION

7                                 )

        ALL ACTIONS.             )

8                                 )

   _____)

9

10

11

12

13

14       Videotaped deposition of KENNETH RIEGEL, Volume I,

15  taken on behalf of Defendants, at Lake Tahoe Resort Hotel,

16  Niagara Room, 4130 Lake Tahoe Boulevard, South Lake Tahoe,

17  California, beginning at 8:50 a.m. and ending at 11:11

18  a.m., on Friday, November 7, 2014, before GINA GLANTZ,

19  Certified Shorthand Reporter No. 9795.

20

21

22

23

24

25

                                                  Page 2

```
 1              (Interruption by the reporter.)           08:52:40

 2    BY MR. RINGGENBERG:                                  08:52:40

 3       Q    It's also important that you wait until I finish   08:52:47

 4    my questions before you begin your answer.  Is that fair?  08:52:51

 5       A    It's fair.                                   08:52:53

 6       Q    The other thing is, people in normal conversation  08:52:54

 7    often answer with nonverbals or sounds and not words, like  08:52:59

 8    "uh-huh" and "huh-uh."  Those are hard for the court   08:53:02

 9    reporter to take down, so it's important that you answer   08:53:06

10    verbally with words; is that fair?                  08:53:08

11       A    That's fair.                                 08:53:10

12       Q    Is there any reason why you can't give your best   08:53:11

13    and most accurate testimony today?                  08:53:14

14       A    No.                                          08:53:15

15       Q    Is it correct that you were formally involved with   08:53:15

16    a business that, among other things, sold iPods?   08:53:20

17       A    Yes.                                         08:53:26

18       Q    And what was your involvement with that business?   08:53:26

19       A    I was the owner.                             08:53:28

20       Q    And what was the name of the business?      08:53:30

21       A    K & N Enterprises, Incorporated, doing business as   08:53:31

22    Delaware Computer Exchange.                          08:53:37

23       Q    And when did you -- when did K & N Enterprises --   08:53:39

24    when was it formed?                                 08:53:43

25       A    December of 1992, in Delaware.              08:53:44
```

Page 9

1    Q    And were you -- you were the owner from 1992; is    08:53:48

2  that correct?    08:53:53

3    A    Yes.    08:53:53

4    Q    And what kind of business was it in 1992?    08:53:54

5    A    A computer reseller, retail computer reseller.    08:53:58

6    Q    And what type of computers did you sell, starting    08:54:03

7  in 1992?    08:54:05

8    A    Would have been IBM-compatible, Windows-    08:54:07

9  compatible, and Apple microcomputers.  So mostly Macintosh    08:54:12

10  at that time.    08:54:18

11    Q    And did you continue to sell mostly Apple    08:54:18

12  computers from 1992 until the mid-2000s?    08:54:22

13    A    We actually ended up specializing in Apple    08:54:29

14  computers.    08:54:33

15    Q    Do you recall when that was?    08:54:33

16    A    It would have been soon after, so I would say '93    08:54:34

17  approximately.    08:54:38

18    Q    So when you say you "specialize," does that mean    08:54:39

19  you ceased selling IBM-compatible computers?    08:54:41

20    A    Initially we did not.  All we sold was Apple    08:54:46

21  Macintosh.  It had to do with capitalization.    08:54:49

22    Q    So you made a business decision to focus your    08:54:51

23  efforts on Apple computers; is that right?    08:54:54

24    A    That is correct, yes.    08:54:56

25    Q    And why did you choose to do that?    08:54:57

Page 10

```
 1       A    Capital, we did not have enough -- or I did not    08:54:58

 2   have enough capital available to do everything well, so I    08:55:01

 3   specialized in one thing, and did that quite well.           08:55:06

 4       Q    And why did you choose Apple as opposed to the      08:55:08

 5   alternative?                                                 08:55:11

 6       A    Like the -- like the products, it was also a        08:55:11

 7   competitive decision.  No one else in the area was           08:55:16

 8   specializing.                                                08:55:19

 9       Q    And how long did K & N Enterprises operate?         08:55:20

10       A    Well, we operated Delaware Computer Exchange until  08:55:27

11   the end of 2007.                                             08:55:30

12       Q    And is it correct that you -- that K & N            08:55:33

13   Enterprises sold the retail computer business at that        08:55:36

14   time?                                                        08:55:39

15       A    We had one store at that time, and we sold the      08:55:39

16   operations of that store to another firm.                    08:55:45

17       Q    And was there any remaining business that K & N     08:55:47

18   Enterprises was involved in after the sale of the retail     08:55:51

19   computer store?                                              08:55:55

20       A    Not specifically, no.  I had kept the company       08:55:56

21   open, the corporation open for a while, thinking that I      08:56:01

22   would do something else, but I ended up not.                 08:56:04

23       Q    So what happened to the corporation?               08:56:08

24       A    I just let it -- I'm not sure of the term, but if   08:56:09

25   you don't continue with the filings and the payment for --   08:56:14
```

Page 11

1    to the State of -- to the State of Corporations, then it    08:56:18

2    goes away.    08:56:21

3        Q    And that's what happened; is that right?    08:56:23

4        A    Correct.    08:56:23

5        Q    And when did that occur?    08:56:24

6        A    I'm not sure exactly, but it would have been at    08:56:26

7    least a year later.  2008, 2009 is my guess.    08:56:30

8        Q    Thank you.    08:56:35

9            Did you personally use Macintosh computers for    08:56:36

10   your own uses?    08:56:44

11       A    Yes.    08:56:46

12       Q    And did you choose to use Macintosh computers    08:56:46

13   before you started the retail business?    08:56:50

14       A    I probably was more Windows-oriented before 1992.    08:56:58

15   For my primary.  I'll say primary.    08:57:07

16       Q    And we don't need to get into a lot of detail, but    08:57:09

17   between 1992 and, say, the mid-2000s, how successful was    08:57:14

18   your retail operation as a business?    08:57:18

19       A    Since we were a hundred percent dedicated to    08:57:20

20   Apple, we suffered at times when Apple suffered, and then    08:57:23

21   we benefited when Apple benefited.  When Steve Jobs came    08:57:30

22   back around '98, introduced the small iMacs, we started to    08:57:35

23   build up some momentum again.    08:57:41

24       Q    At some point is it correct that K & N -- strike    08:57:44

25   that.    08:57:50

| | | |
|---|---|---|
| 1 | I'm just going to start calling it K & N -- | 08:57:50 |
| 2 | A    That's fine. | 08:57:53 |
| 3 | Q    -- because K & N Enterprises is long; is that | 08:57:53 |
| 4 | okay? | 08:57:56 |
| 5 | A    That's fine. | 08:57:56 |
| 6 | Q    At some point, did K & N begin selling iPods? | 08:57:57 |
| 7 | A    Yes. | 08:58:00 |
| 8 | Q    And why is that? | 08:58:01 |
| 9 | A    We were known in the community to be the Apple | 08:58:02 |
| 10 | specialists, and whatever -- whenever Apple introduced the | 08:58:05 |
| 11 | product, they made it available to us, and our clients | 08:58:11 |
| 12 | expected us to have them available and to be knowledgeable | 08:58:14 |
| 13 | and expert. | 08:58:18 |
| 14 | Q    Did -- in your experience, were the buyers of | 08:58:25 |
| 15 | iPods from K & N Mac users or were there also PC users? | 08:58:28 |
| 16 | A    Initially they were Mac users, because they only | 08:58:35 |
| 17 | worked with Mac, and then they ended up being available | 08:58:39 |
| 18 | for Windows-based, and people came into our stores, and | 08:58:42 |
| 19 | they -- again, it became a mix, but it also -- we ended up | 08:58:51 |
| 20 | selling more computers because of the iPod. | 08:58:55 |
| 21 | Q    And why is that? | 08:58:57 |
| 22 | A    People got comfortable with the Apple product and | 08:58:58 |
| 23 | liked it, and so they were open to trying their computers. | 08:59:02 |
| 24 | Q    In your experience, were consumers satisfied with | 08:59:07 |
| 25 | how the iPods worked and -- | 08:59:12 |

Page 13

```
 1      Q    Are there other reasons for the decline in revenue   09:08:50
 2   between 2005 and 2006?                                       09:08:52
 3      A    If I recall correctly, my sales at my Dover store,   09:08:54
 4   which was the one that was still in existence, had          09:09:02
 5   decreased a little bit.                                     09:09:05
 6      Q    Do you have any view as to why that was?            09:09:06
 7      A    I don't.  I mean, I can't tell you why today.       09:09:08
 8      Q    Why did you -- where was the other location?        09:09:13
 9   There's a Dover store that maintained -- that stayed open.  09:09:16
10   Where was the location that closed?                         09:09:19
11      A    Delaware is a long, skinny state.  We were at the   09:09:22
12   very top of the state, within a mile and a half of the     09:09:24
13   Pennsylvania border.                                        09:09:26
14      Q    I see.  That's the location that closed or that's   09:09:28
15   the location that's open?                                   09:09:31
16      A    That was the location that closed.                  09:09:32
17      Q    And what's the name of the town?                    09:09:33
18      A    It would be Wilmington, Delaware, is the --         09:09:35
19      Q    Why did you -- so in 2005, there was a Wilmington   09:09:39
20   store and a Dover store; is that right?                     09:09:44
21      A    Yes.                                                09:09:46
22      Q    And at the end of 2005, you decided to close the    09:09:47
23   Wilmington store?                                           09:09:50
24      A    Yes.                                                09:09:52
25      Q    Why did you decide to close the Wilmington store    09:09:52
```

                                                        Page 21

```
 1    in 2000 -- at the end of 2005?                        09:09:57

 2         A    I'll give you the long story.  The long story is   09:09:59

 3    that Apple decided to open up their own stores.  And that   09:10:01

 4    Steve Jobs met with us in a meeting back in early 2001,   09:10:05

 5    told us they were not doing retail.  And four months   09:10:10

 6    later, they opened up their first retail store.  So the   09:10:13

 7    writing was on the wall that the expansion -- as they   09:10:17

 8    succeeded, they were expanding.  They did open a store in   09:10:22

 9    Christiana which is close to -- 20 minutes from my   09:10:26

10    Wilmington store, and they were -- they were starting   09:10:31

11    to -- we were starting to get a business drop because of   09:10:35

12    that, so to help answer the previous question.   09:10:38

13         Q    Sure.                                          09:10:40

14         A    The -- so the -- we were getting competition from   09:10:40

15    Apple direct.  They had products, sometimes we did not   09:10:45

16    have product.  And the lease was up, and too -- it was too   09:10:48

17    risky to make a decision to continue, continue in the   09:10:55

18    business.                                               09:10:58

19         Q    Other than Apple, who were K & N's competitors for   09:10:58

20    the sale of iPods?                                      09:11:09

21         A    Apple was the primary -- well, I can't say that.   09:11:10

22    IPods.  Start over, okay.                               09:11:13

23              Anyone that was selling iPods was a competitor for   09:11:17

24    iPods.  So it could be the large chain stores, but Apple   09:11:21

25    was the chief competitor, not just their brick and -- you   09:11:28
```

| | | |
|---|---|---|
| 1 | know, their store at Christiana.  They had a very large | 09:11:33 |
| 2 | Internet business, where you could go online to order. | 09:11:38 |
| 3 | And then they also had a very large educational site where | 09:11:43 |
| 4 | you could go on and order, and the people that qualified, | 09:11:48 |
| 5 | which was everybody, could get a discount from Apple. | 09:11:52 |
| 6 | Q    So among K & N's competitors for the sale of iPods | 09:11:55 |
| 7 | were large retail stores, you said; is that right? | 09:12:06 |
| 8 | A    Yes. | 09:12:09 |
| 9 | Q    So that would be Best Buy, Circuit City, et | 09:12:09 |
| 10 | cetera? | 09:12:13 |
| 11 | A    Yeah.  And they changed their distribution quite a | 09:12:13 |
| 12 | bit, so I can't recall who had it at a particular time. | 09:12:14 |
| 13 | Q    But there were some other retail stores in the | 09:12:17 |
| 14 | area that carried iPods? | 09:12:21 |
| 15 | A    Yes, yeah. | 09:12:22 |
| 16 | Q    And another competitor of K & N's for iPods was | 09:12:23 |
| 17 | Apple, both in its online store and then, once the Apple | 09:12:29 |
| 18 | store opened, the local Apple store; is that right? | 09:12:32 |
| 19 | A    Yes. | 09:12:36 |
| 20 | Q    And the Apple store opening, you believe, caused a | 09:12:36 |
| 21 | significant drop in sales at your Wilmington location? | 09:12:39 |
| 22 | A    I would have to go back and look at specifics, but | 09:12:43 |
| 23 | I believe absolutely that the Apple store -- as a result | 09:12:48 |
| 24 | of them opening and being there, our sales suffered, so -- | 09:12:53 |
| 25 | Q    And you believe that because some consumers who | 09:12:57 |

Page 23

```
 1      Q     -- PCs?                                      09:17:30

 2            So what kind of services would those be?     09:17:32

 3      A     We were an authorized warranty center, number one,   09:17:34

 4   so we did service for Apple customers, whether they   09:17:37

 5   purchased from us or not.  That does not include iPods,   09:17:40

 6   though.  We did not service iPods.  Then we had some   09:17:43

 7   educational clients, we had -- it was mostly repair   09:17:49

 8   services, in and out of warranty.                     09:17:54

 9      Q     And for warranty repairs, Apple would pay you for   09:17:57

10   those; is that right?                                 09:18:01

11      A     That is correct.                             09:18:01

12      Q     And for out of warranty, the customer paid?  09:18:02

13      A     Yes.                                         09:18:05

14      Q     And what about training and -- any other     09:18:05

15   service -- strike that.                               09:18:08

16            Other than warranty repair, were there services   09:18:10

17   you were compensated?                                 09:18:12

18      A     Over the years, we did some consulting and   09:18:13

19   training services, but it was never a large part of our   09:18:16

20   business.                                             09:18:19

21      Q     Let me offer you what will be Riegel Exhibit 5.   09:18:20

22            (Exhibit 5 was marked for identification.)   09:18:20

23            MR. RINGGENBERG:  For the record, Riegel Exhibit 5   09:18:44

24   is RIEGEL00093 through 98.                            09:18:45

25      Q     Do you recognize Riegel Exhibit 5, sir?      09:18:51
```

Page 27

```
 1      A    Yes.                                        09:18:54

 2      Q    What is it?                                 09:18:54

 3      A    It's one of two reseller agreements that I had   09:18:55

 4   with Apple.  This particular one deals with specifically  09:19:00

 5   iPod authorization.                                 09:19:04

 6      Q    And is this the agreement under which K & N bought  09:19:05

 7   iPods from Apple?                                   09:19:12

 8      A    Our iPod purchases would have fallen under this  09:19:13

 9   agreement, yes.                                     09:19:18

10      Q    And is that your signature on the fifth page of   09:19:20

11   Riegel Exhibit 5?                                   09:19:28

12      A    Yes, it is, on the left.                    09:19:28

13      Q    That's a good clarification.  Thank you.    09:19:32

14           And did you have an opportunity to review this   09:19:35

15   agreement before you signed it?                     09:19:41

16      A    I had the opportunity to review the agreement    09:19:42

17   before I signed it.  Whether or not I read every word, I   09:19:46

18   probably did not.                                   09:19:51

19      Q    Let me refer you to section 14 of Exhibit 5.  It   09:19:52

20   says "General Terms."  It's found on the page ending at   09:20:04

21   Bates 096.  Do you see that?                        09:20:06

22      A    Yes.                                        09:20:08

23           MS. BERNAY:  Give me one second.            09:20:09

24   BY MR. RINGGENBERG:                                 09:20:10

25      Q    Yeah, why don't you -- if you could just read   09:20:10
```

Page 28

| | | |
|---|---|---|
| 1 | to -- you don't have to read it out loud, just read to | 09:20:11 |
| 2 | yourself paragraph 14.A, and then I have a couple | 09:20:14 |
| 3 | questions for you about it. | 09:20:18 |
| 4 | MS. BERNAY:  Are you asking him to read all of 14, | 09:21:34 |
| 5 | all the way -- | 09:21:37 |
| 6 | MR. RINGGENBERG:  Paragraph 14.A. | 09:21:37 |
| 7 | MS. BERNAY:  Oh, just A.  Okay. | 09:21:39 |
| 8 | MR. RINGGENBERG:  Yes. | 09:21:39 |
| 9 | MS. BERNAY:  Just tell him if you've had a | 09:22:28 |
| 10 | chance -- | 09:22:30 |
| 11 | BY MR. RINGGENBERG: | 09:22:30 |
| 12 | Q    Oh, have you had a chance to read -- | 09:22:31 |
| 13 | A    Yes. | 09:22:31 |
| 14 | Q    -- paragraph 14?  Thank you. | 09:22:32 |
| 15 | Do you understand that when you signed the | 09:22:35 |
| 16 | agreement, that is, Exhibit -- Riegel Exhibit 5, you | 09:22:36 |
| 17 | agreed to the terms that are set out in paragraph 14.A? | 09:22:39 |
| 18 | A    I guess I should, yes. | 09:22:41 |
| 19 | Q    Do you see the second sentence says, "In the event | 09:22:47 |
| 20 | of any dispute or controversy between the parties to this | 09:22:51 |
| 21 | Agreement, the parties shall try to resolve the dispute in | 09:22:54 |
| 22 | a fair and reasonable way.  To that end, the parties shall | 09:22:56 |
| 23 | first attempt to resolve such dispute or controversy | 09:22:59 |
| 24 | through one senior management member of each party.  If | 09:23:02 |
| 25 | the parties' senior management members are unable to | 09:23:05 |

Page 29

```
 1    then number three is I'm a huge believer of right and        09:26:28

 2    wrong, and I believe there was some wrong here.              09:26:31

 3       Q    Setting aside the issues that are specific to this   09:26:38

 4    case, and we'll talk about those, setting those aside for    09:26:41

 5    the moment, you had a long business relationship with        09:26:43

 6    Apple.  How did you -- and then you sold your business and   09:26:45

 7    walked away.  What was your feeling about Apple at that      09:26:48

 8    time when you sold your business?                            09:26:52

 9       A    Oh, my feeling about Apple?  Very blessed.  It was   09:26:53

10    a huge -- it was my life.  Very blessed.  I am -- you        09:27:03

11    know, although the relationship was not perfect, there       09:27:06

12    were, you know, a lot of things that I considered unfair,    09:27:12

13    but the positives were bigger than the negatives.  It got    09:27:17

14    my family to Lake Tahoe, which is an incredible place, and   09:27:25

15    I would not have been able to do it without Steve Jobs,      09:27:29

16    first of all, opening stores.  And then it provided us the   09:27:32

17    income to transition to other careers here.  And it's        09:27:34

18    been -- I mean, I'm super blessed.  And I'm very, very       09:27:39

19    grateful for my relationship with Apple, because again, I    09:27:43

20    would not be here.                                           09:27:47

21       Q    Referring back to paragraph 14.A, there's two       09:27:51

22    sentences at the end that are in bold.  Do you see those?    09:28:01

23       A    Um-hmm.                                              09:28:04

24       Q    Or, I'm sorry, at least all caps.  And the first    09:28:04

25    one says, "EACH PARTY HERETO...IRREVOCABLY WAIVES ALL        09:28:06
```

Page 33

```
 1    RIGHT OF TRIAL BY JURY IN ANY ACTION, PROCEEDING OR        09:28:10

 2    COUNTERCLAIM (WHETHER OR NOT RELATING TO OR ARISING OUT OF  09:28:14

 3    THIS AGREEMENT).  ANY LITIGATION ARISING OUT OF ANY         09:28:16

 4    DISPUTE OR CONTROVERSY BETWEEN THE PARTIES TO THIS          09:28:19

 5    AGREEMENT MUST BE BROUGHT WITHIN ONE YEAR FROM THE FIRST    09:28:22

 6    DATE SUCH ACTION COULD HAVE BEEN BROUGHT.  IF A LONGER      09:28:24

 7    PERIOD IS PROVIDED BY STATUTE, THE PARTIES HEREBY           09:28:27

 8    EXPRESSLY WAIVE IT."                                        09:28:30

 9        Do you understand that by signing the document         09:28:31

10    that is Exhibit 5, you agreed to those terms?              09:28:33

11    A    Yes, if I signed a document, I agree.                 09:28:35

12    Q    Let me offer you what will be Riegel Exhibit 6.       09:28:59

13        (Exhibit 6 was marked for identification.)            09:28:59

14        MR. RINGGENBERG:  Riegel 6 is RIEGEL00110 through     09:29:22

15    132.                                                       09:29:28

16    Q    Do you recognize Riegel Exhibit 6?                    09:29:29

17    A    Yes.                                                   09:29:31

18    Q    What is it?                                           09:29:32

19    A    These were sales reports that I ran weekly as a       09:29:32

20    tool to fill out reporting that Apple required from us as  09:29:42

21    a specialist, which had to do with our ending inventory    09:29:48

22    and our sales for the week.  So this -- again, I had these 09:29:53

23    in my files still for 2007, and, again, it listed every    09:29:57

24    sale of every Apple-branded item that I had during that    09:30:02

25    previous week.                                             09:30:06
```

Page 34

1    Q    Did this come from K & N's point of sale software?    09:30:06

2    A    This would have been from my point of sale    09:30:11

3  software, yes.    09:30:14

4    Q    Do you happen to remember what software that was?    09:30:15

5    A    It was called PIMS, and I forget what the acronym    09:30:17

6  stands for.  Point of sale inventory management system or    09:30:22

7  something like that.    09:30:25

8    Q    But the item -- each item listed shows a sale    09:30:26

9  transaction; is that right?    09:30:29

10    A    That is correct.    09:30:30

11    Q    And so let me find the first iPod.  So -- here we    09:30:31

12  go.  So on the first page, ending in 101 (sic), in the    09:30:37

13  middle, there's an iPod nano, 2 gigabyte, silver, 500    09:30:40

14  songs.  Do you see that --    09:30:44

15    A    No.    09:30:44

16    Q    -- line?    09:30:45

17    A    Oh, wait.  Yes, I do.    09:30:45

18    Q    So -- just to make sure I understand, so the "INV    09:30:47

19  DATE," that's the date that the sale transaction occurred;    09:30:53

20  is that right?    09:30:55

21    A    Correct.    09:30:55

22    Q    Then in "DESCRIPTION," that's a description of the    09:30:56

23  product that was sold; is that right?    09:30:58

24    A    Correct.    09:30:59

25    Q    The quantity is the number of items sold?    09:31:00

Page 35

| | | |
|---|---|---|
| 1 | had not so much to do with the business, but the | 09:38:31 |
| 2 | operations side.  I don't think they were quite as good at | 09:38:38 |
| 3 | the purchasing and inventory management as I was. | 09:38:42 |
| 4 | Q    And when is the last time you spoke to Mr. Mott? | 09:38:45 |
| 5 | A    It would have been sometime during 2008. | 09:38:52 |
| 6 | Q    And do you have any idea whether Apple Sauce, | 09:38:55 |
| 7 | Inc., is still in business at all? | 09:39:02 |
| 8 | A    I do not know. | 09:39:03 |
| 9 | Q    So let me just refer you to the fourth paragraph | 09:39:04 |
| 10 | in.  The first page on Riegel Exhibit 8, it says, "NOW | 09:39:19 |
| 11 | THEREFORE Seller agrees to sell and Buyer agrees to buy | 09:39:23 |
| 12 | the business known as 'Delaware Computer Exchange' | 09:39:25 |
| 13 | (hereinafter referred to as the 'Business')." | 09:39:28 |
| 14 |         And the seller in this case was K & N Enterprises; | 09:39:31 |
| 15 | is that right? | 09:39:33 |
| 16 | A    Yes. | 09:39:33 |
| 17 | Q    And under "Property," it says, "Seller shall | 09:39:34 |
| 18 | transfer all his right, title and interest in and to the | 09:39:39 |
| 19 | Business to Buyer, free and clear of all claims, liens or | 09:39:42 |
| 20 | encumbrances, except as...provided herein, on" -- "at | 09:39:46 |
| 21 | 12:01 a.m. on January 1st, 2008." | 09:39:50 |
| 22 |         Was that your understanding of the nature of the | 09:39:52 |
| 23 | transaction that K & N and Apple Sauce entered into? | 09:39:54 |
| 24 |         MS. BERNAY:  Objection.  Vague. | 09:39:59 |
| 25 |         You can answer. | 09:40:00 |

Page 42

```
 1            THE WITNESS:  My understanding was that they      09:40:01

 2   would -- they were buying the rights to continue operating  09:40:03

 3   the business in the fashion we were doing it in.            09:40:07

 4   BY MR. RINGGENBERG:                                         09:40:10

 5      Q    Well, I mean the written agreement says "transfer   09:40:11

 6   all right, title and interest."  Is that different than     09:40:13

 7   your understanding?                                         09:40:15

 8            MS. BERNAY:  Objection.  Vague, asked and          09:40:17

 9   answered.                                                   09:40:19

10            THE WITNESS:  "The Business," and the business is  09:40:26

11   called -- yeah, I mean, as far as Delaware Computer         09:40:29

12   Exchange, that is the business that is referred to in that  09:40:31

13   paragraph.                                                  09:40:35

14   BY MR. RINGGENBERG:                                         09:40:57

15      Q    What proportion of your purchases of iPods from     09:40:57

16   2005 to 2007 were from Apple as opposed to from Ingram      09:41:02

17   Micro?                                                      09:41:08

18      A    I do not have that information.  I would like to    09:41:08

19   know that.  And I know Apple has that information.          09:41:10

20      Q    Apple might know how much they sold you.  Apple     09:41:15

21   may not know -- how would Apple know how much you bought    09:41:17

22   from Ingram?                                                09:41:20

23      A    They absolutely know.                               09:41:20

24      Q    How much you bought from Ingram?                    09:41:21

25      A    Absolutely.                                         09:41:23
```

                                                        Page 43

```
 1       Q     How do you know that?                        09:41:24

 2       A     Because they use that in the reporting that we got   09:41:25

 3  back from them as far as our sales volumes and things, and   09:41:27

 4  they -- I know for -- specifically that they know it,   09:41:30

 5  because for non-iPod products, Apple CPUs, displays, we   09:41:35

 6  received what's called business development funds, and the   09:41:43

 7  business development funds were calculated on our overall   09:41:47

 8  purchases, which included Ingram Micro, and it says so in   09:41:50

 9  the agreements.                                          09:41:53

10       Q     Is that true for iPods as well?              09:41:54

11       A     There's no business development funds on iPods,   09:41:56

12  during this time period that we're talking about.  But   09:41:59

13  Apple knows everything that we bought.                   09:42:03

14       Q     You think that's tracked by serial number or   09:42:06

15  something?                                               09:42:10

16       A     It would --                                  09:42:11

17             MS. BERNAY:  I'm sorry, I didn't hear your   09:42:12

18  question.                                                09:42:13

19             THE WITNESS:  By serial number.              09:42:14

20             MR. RINGGENBERG:  I asked "Do you think that's   09:42:15

21  tracked by serial number?"                               09:42:17

22             THE WITNESS:  It would be tracked by model number   09:42:19

23  first; okay?  Every one had a Apple model number.  And   09:42:20

24  then we -- every invoice that we received from either   09:42:25

25  Apple or from Ingram Micro for serialized products came   09:42:31
```

Page 44

| | | |
|---|---|---|
| 1 | with the serial number, and we were required to track | 09:42:36 |
| 2 | that, those sales by serial.  And our inventory system did | 09:42:40 |
| 3 | that for us. | 09:42:45 |
| 4 | BY MR. RINGGENBERG: | 09:42:46 |
| 5 | Q    So it's your belief that Ingram reported back to | 09:42:46 |
| 6 | Apple what it sold to you and therefore, Apple has that | 09:42:50 |
| 7 | information; is that right? | 09:42:52 |
| 8 | A    Absolutely. | 09:42:52 |
| 9 | Q    Understood. | 09:42:53 |
| 10 | And your basis for believing that is that for PCs, | 09:43:00 |
| 11 | you received support -- you received reports from Apple | 09:43:02 |
| 12 | that showed your volume of purchases from Ingram; is that | 09:43:06 |
| 13 | right? | 09:43:10 |
| 14 | MS. BERNAY:  Objection.  Misstates his prior | 09:43:10 |
| 15 | testimony. | 09:43:12 |
| 16 | Go ahead. | 09:43:15 |
| 17 | THE WITNESS:  I know -- I don't remember what | 09:43:16 |
| 18 | reports we received, but I remember -- I know that I | 09:43:17 |
| 19 | calculated every business development fund dollar, and so | 09:43:20 |
| 20 | I matched it up on my purchases to make sure that Apple's | 09:43:23 |
| 21 | compensation to me was in line to what I purchased. | 09:43:29 |
| 22 | BY MR. RINGGENBERG: | 09:43:32 |
| 23 | Q    And were iPod sales relevant to that calculation? | 09:43:32 |
| 24 | A    No. | 09:43:37 |
| 25 | Q    So how do you know that Ingram reported iPod sales | 09:43:37 |

Page 45

| | | |
|---|---|---|
| 1 | back to Apple? | 09:43:46 |
| 2 | A    How do I know?  Because they reported everything | 09:43:50 |
| 3 | back to Apple.  I mean -- | 09:43:52 |
| 4 | Q    Fair enough.  You haven't seen -- let me put it | 09:43:53 |
| 5 | this way. | 09:43:56 |
| 6 | You don't recall receiving specific information | 09:43:56 |
| 7 | that showed Apple had your volume of sales from Ingram of | 09:43:59 |
| 8 | iPods, but you believe that to be the case because it was | 09:44:07 |
| 9 | true for other products; is that fair? | 09:44:09 |
| 10 | A    That's fair.  That's a fair summary. | 09:44:11 |
| 11 | Q    In order to maintain inventory in the most -- in | 09:44:23 |
| 12 | the optimal way, did you keep track of Apple's products | 09:44:27 |
| 13 | and the various iterations over time? | 09:44:34 |
| 14 | MS. BERNAY:  Objection.  Vague. | 09:44:36 |
| 15 | BY MR. RINGGENBERG: | 09:44:37 |
| 16 | Q    Strike that. | 09:44:38 |
| 17 | Apple sold various models of iPods; correct? | 09:44:38 |
| 18 | A    Yes. | 09:44:41 |
| 19 | Q    And they came out with new versions that had | 09:44:41 |
| 20 | different features regularly; is that right? | 09:44:43 |
| 21 | A    Yes. | 09:44:45 |
| 22 | Q    And one of the things you did is manage your | 09:44:45 |
| 23 | inventories to keep track of that; is that right? | 09:44:47 |
| 24 | A    Absolutely, yes. | 09:44:48 |
| 25 | Q    You wanted to make sure you had the latest iPod, | 09:44:49 |

Page 46

```
 1      Q     And is it correct that the more sales of iPods you    10:07:40

 2   had, the more sales of ancillary products like those you      10:07:44

 3   had?                                                          10:07:47

 4      A     You would hope, yes.                                 10:07:47

 5      Q     And that was your belief and understanding?          10:07:49

 6      A     Yes.                                                 10:07:50

 7      Q     And when you received notices from Apple about       10:07:51

 8   either new products or new versions of products, you'd        10:08:04

 9   look at the features that they offered and try to figure      10:08:08

10   out which ones would be good sellers for you; is that         10:08:10

11   correct?                                                      10:08:13

12      A     Features, yes.  Price point, more important.         10:08:13

13      Q     And how did you decide what price you would charge   10:08:19

14   for the products you bought from Apple or the Apple           10:08:22

15   products you bought from other sources?                       10:08:26

16      A     Okay.  Apple had a suggested retail price or a       10:08:28

17   minimum advertised price.  And the margins were so small      10:08:30

18   that you really could not vary off of that price, if you      10:08:36

19   wanted to make any profit.                                    10:08:41

20      Q     Is it correct that from time to time, you offered    10:08:42

21   some discounts off the list price?                            10:08:45

22      A     Yes.                                                 10:08:48

23      Q     And why would you decide to do that in a             10:08:48

24   particular case?                                              10:08:51

25      A     One reason would be if I bought too much inventory   10:08:52
```

Page 56

| | | |
|---|---|---|
| 1 | of a particular model and I needed to sell it, so I had to | 10:08:56 |
| 2 | entice.  Another reason would be if a person -- I'm sorry, | 10:09:00 |
| 3 | if a product was changed or a new model came out, we | 10:09:08 |
| 4 | would, you know, sell off the older products.  Then there | 10:09:12 |
| 5 | could be other customer reasons.  If they were buying | 10:09:16 |
| 6 | multiple products or buying even multiple iPods or with a | 10:09:20 |
| 7 | computer, we -- you know, we would consider doing that. | 10:09:25 |
| 8 | If we were competing with the Apple store for -- | 10:09:30 |
| 9 | especially the education store, then we might offer a | 10:09:33 |
| 10 | discount to try to have them buy from us instead of Apple | 10:09:36 |
| 11 | direct. | 10:09:40 |
| 12 | Q    If a new version of an iPod came on the market, | 10:09:40 |
| 13 | and you had an older version, is it correct that you | 10:09:54 |
| 14 | needed to offer a discount on the old version to clear | 10:09:59 |
| 15 | your inventory because consumers, given the choice, at the | 10:10:03 |
| 16 | same price point, they want the new version? | 10:10:06 |
| 17 | MS. BERNAY:  Objection.  Misstates prior | 10:10:09 |
| 18 | testimony, also compound and vague. | 10:10:11 |
| 19 | BY MR. RINGGENBERG: | 10:10:12 |
| 20 | Q    Let me ask it this way.  Why would you need to | 10:10:13 |
| 21 | offer a discount on existing inventory if there was a new | 10:10:15 |
| 22 | version of that product on the market? | 10:10:18 |
| 23 | A    If there was a new version that had capabilities | 10:10:20 |
| 24 | that people wanted, that was priced at or below the | 10:10:25 |
| 25 | existing inventory, we had to offer a discount. | 10:10:30 |

Page 57

| | | |
|---|---|---|
| 1 | Q    And in your experience, when Apple came out with a | 10:10:34 |
| 2 | new version of iPods, it usually had some products -- some | 10:10:39 |
| 3 | improvements that the consumers wanted and/or were at a | 10:10:44 |
| 4 | lower price; is that right? | 10:10:47 |
| 5 | MS. BERNAY:  Objection.  Compound, vague. | 10:10:48 |
| 6 | THE WITNESS:  There were -- certainly if the price | 10:10:53 |
| 7 | was better and let's say the basic storage increased, the | 10:10:59 |
| 8 | person would opt for that.  I'm trying to recall.  I think | 10:11:06 |
| 9 | there were certain times that the older inventory was more | 10:11:09 |
| 10 | desirable than the newer inventory, but I can't remember | 10:11:12 |
| 11 | specifics. | 10:11:16 |
| 12 | BY MR. RINGGENBERG: | 10:11:16 |
| 13 | Q    Sure.  Generally speaking, the progress over time, | 10:11:16 |
| 14 | when you were in the business selling iPods, was the iPods | 10:11:20 |
| 15 | were adding features and qualities and decreasing in | 10:11:23 |
| 16 | price; would you agree? | 10:11:28 |
| 17 | MS. BERNAY:  Objection.  Vague. | 10:11:29 |
| 18 | THE WITNESS:  I would say the best way to | 10:11:31 |
| 19 | summarize it is that storage increased, and the pricing | 10:11:34 |
| 20 | that -- the interesting thing about Apple was that they | 10:11:40 |
| 21 | really didn't lower prices much.  They added some features | 10:11:45 |
| 22 | in, but if you looked at a history of iPod pricing, they | 10:11:48 |
| 23 | always had one at 299, 399, 499. | 10:11:53 |
| 24 | BY MR. RINGGENBERG: | 10:11:58 |
| 25 | Q    Fair enough.  So your belief was -- or your | 10:11:58 |

Page 58

```
 1    were there folks that came in from out of state to buy      10:13:10

 2    there also?                                                  10:13:13

 3        A    Yes.                                                10:13:13

 4        Q    What's the neighboring state?  Is it Maryland?      10:13:14

 5        A    Maryland.                                           10:13:16

 6        Q    The Apple store near your Wilmington location, is   10:13:17

 7    that in Delaware or Pennsylvania?                            10:13:22

 8        A    Delaware.                                           10:13:24

 9        Q    And you mentioned the education -- Apple's          10:13:26

10    educational offer.  Is that online or was that a physical   10:13:29

11    retail establishment?                                       10:13:32

12        A    Either.                                             10:13:33

13        Q    What was the retail -- the physical retail          10:13:35

14    establishment you had in mind for Apple's educational --     10:13:39

15        A    It would be the Apple store located in Christina    10:13:44

16    Mall, which is right off of I-95, which that would be the    10:13:47

17    physical location.                                           10:13:54

18        Q    And before that Apple store opened, was there any   10:13:56

19    physical retail outlet that Apple used to sell its           10:14:09

20    educational offerings in your area?                          10:14:14

21        A    Absolutely, yes, but not during the iPod time       10:14:16

22    frame.  I mean, we were -- the predecessor to my business    10:14:23

23    was ComputerLand, Advanced Micro Computer, and we were an    10:14:27

24    educational reseller for Apple, and then they took           10:14:32

25    everything direct.                                           10:14:35
```

Page 60

| | | | |
|---|---|---|---|
| 1 | Q | I see. | 10:14:35 |
| 2 | A | That was back in the '80s. | 10:14:37 |
| 3 | Q | Did selling iPods generate foot traffic for your | 10:14:41 |
| 4 | | store that was beneficial? | 10:15:01 |
| 5 | A | Yes. | 10:15:02 |
| 6 | Q | And did the success of iPods help K & E (sic) sell | 10:15:03 |
| 7 | | more Mac computers? | 10:15:13 |
| 8 | A | Yes. | 10:15:15 |
| 9 | Q | And did the success of iPods help K & E -- | 10:15:15 |
| 10 | A | K & N. | 10:15:24 |
| 11 | Q | Sorry.  Thank you very much.  I apologize. | 10:15:24 |
| 12 | | -- help K & N -- | 10:15:24 |
| 13 | | What's your wife's first name? | 10:15:29 |
| 14 | A | Allison. | 10:15:30 |
| 15 | Q | Oh, I was guessing -- I was trying to guess where | 10:15:31 |
| 16 | | the N came from. | 10:15:32 |
| 17 | A | Kristin and Nicole. | 10:15:33 |
| 18 | Q | Ah, there we go.  Is that your kids? | 10:15:35 |
| 19 | A | Yes.  My third kid is left out. | 10:15:36 |
| 20 | Q | It's funny, usually it's the middle child that's | 10:15:40 |
| 21 | | left out, so that -- | 10:15:44 |
| 22 | A | He wasn't born until 1999. | 10:15:44 |
| 23 | Q | Okay.  Thank you.  Now I understand why you would | 10:15:46 |
| 24 | | correct me, so I'm sorry about that.  My apologies to | 10:15:48 |
| 25 | | Nicole. | 10:15:53 |

Page 61

```
 1              So did the success of iPods help K & N sell      10:15:54

 2   additional service that was profitable for it?              10:16:03

 3      A     Indirectly.  We didn't have any profitable service 10:16:07

 4   on iPods if we gave it away for free.  And -- but since we  10:16:12

 5   sold additional CPUs, we got more service because of that.  10:16:17

 6      Q     I'm going to offer you what will be Riegel Exhibit  10:16:22

 7   9, please.                                                   10:16:31

 8              (Exhibit 9 was marked for identification.)        10:16:43

 9              MR. RINGGENBERG:  So Riegel Exhibit 9 is a        10:16:46

10   document that's entitled "PLAINTIFF KENNETH RIEGEL'S         10:16:49

11   RESPONSES TO DEFENDANT APPLE INC.'S FIRST                    10:16:53

12   INTERROGATORIES."                                            10:16:56

13      Q     Do you recognize Exhibit 9, sir?                    10:16:56

14      A     Yes.                                                10:16:59

15      Q     And is that your signature on the very last page?   10:16:59

16      A     Yes.                                                10:17:06

17      Q     Were you in San Francisco yesterday?                10:17:06

18      A     Yes.                                                10:17:11

19      Q     Boy, we could have done this there.                 10:17:12

20              MS. BERNAY:  It wasn't -- just to correct the     10:17:15

21   record, it was not yesterday.                                10:17:17

22   BY MR. RINGGENBERG:                                          10:17:18

23      Q     I see, okay.  Fair enough.  I apologize.  That's a  10:17:19

24   digression.                                                  10:17:22

25              Let me ask you -- so is it correct that attorneys 10:17:23
```

Page 62

| | | |
|---|---|---|
| 1 | MS. BERNAY:  -- sides; is that okay? | 11:07:31 |
| 2 | EXAMINATION | 11:07:31 |
| 3 | BY MS. BERNAY: | 11:07:39 |
| 4 | Q    So you mentioned Macworld and attending the | 11:07:39 |
| 5 | Macworld conventions.  Do you recall that testimony? | 11:07:42 |
| 6 | A    Yes. | 11:07:44 |
| 7 | Q    And when you would attend those, did you meet with | 11:07:44 |
| 8 | other resellers at that -- | 11:07:47 |
| 9 | A    Yes. | 11:07:48 |
| 10 | Q    -- time? | 11:07:49 |
| 11 | And would you talk with other resellers about | 11:07:50 |
| 12 | Apple products and things like that? | 11:07:53 |
| 13 | MR. RINGGENBERG:  Objection.  Leading. | 11:07:55 |
| 14 | THE WITNESS:  We had -- as part of being an Apple | 11:07:56 |
| 15 | specialist, we were required to attend meetings for Apple | 11:08:03 |
| 16 | specialists, and only Apple specialists.  They didn't let | 11:08:08 |
| 17 | other people into them.  And so that would be a few-hour | 11:08:12 |
| 18 | meeting, usually within Macworld, same time as Macworld. | 11:08:16 |
| 19 | And then some of the Apple executives would come and talk | 11:08:21 |
| 20 | to us, and we would also have receptions where, you know, | 11:08:24 |
| 21 | we'd have a drink and hors d'oeuvres or we'd go out to | 11:08:30 |
| 22 | dinner and things, and so it was a time for sharing our | 11:08:34 |
| 23 | good things and bad things, and we all had similar | 11:08:38 |
| 24 | interests.  It was a good group. | 11:08:42 |
| 25 | BY MS. BERNAY: | 11:08:43 |

Page 95

| | | |
|---|---|---|
| 1 | Q    And did you ever discuss pricing or terms that | 11:08:43 |
| 2 | Apple imposed? | 11:08:48 |
| 3 | A    It was -- the pricing was dictated to us, so there | 11:08:49 |
| 4 | was nothing we could talk about on pricing that | 11:08:53 |
| 5 | wouldn't -- it was just wasting air. | 11:08:55 |
| 6 | Q    Is it your view that Apple's list prices were not | 11:08:58 |
| 7 | negotiable with the resellers? | 11:09:01 |
| 8 | A    Well, the list prices were list prices, suggested | 11:09:04 |
| 9 | retail prices, so we were free to sell things at a loss if | 11:09:08 |
| 10 | we so desired.  The only thing that was dictated | 11:09:12 |
| 11 | specifically was a thing called minimum advertised price, | 11:09:19 |
| 12 | so we could not advertise in a publication that we were | 11:09:23 |
| 13 | selling something below that price. | 11:09:27 |
| 14 | Q    And why -- you mentioned a couple of the reasons | 11:09:29 |
| 15 | that -- earlier today about why you were involved in this | 11:09:36 |
| 16 | suit, and one of them was that you felt strongly about | 11:09:40 |
| 17 | right and wrong and then you also mentioned nostalgia. | 11:09:44 |
| 18 | Are there any other reasons that you have? | 11:09:49 |
| 19 | A    I mean, those are -- I mean, the only other reason | 11:09:51 |
| 20 | is that I am available timewise right now.  I mean, if I | 11:09:54 |
| 21 | was super busy in my other -- I'm in between businesses, | 11:09:58 |
| 22 | so -- | 11:10:02 |
| 23 | Q    I'd like to draw your attention back to Exhibit 5, | 11:10:03 |
| 24 | if you could pull that out.  And is it accurate that if | 11:10:06 |
| 25 | you wanted to be an authorized Apple reseller for iPods, | 11:10:14 |

Page 96

```
 1    that you had to sign this contract?                    11:10:19

 2      A    Yes.                                            11:10:22

 3           MR. RINGGENBERG:  Objection.  Foundation, leading.  11:10:23

 4    BY MS. BERNAY:                                          11:10:25

 5      Q    Did you ever negotiate any of the terms of the  11:10:25

 6    Apple reseller sales agreement?  Were you able to strike  11:10:30

 7    anything out --                                         11:10:34

 8      A    Never.                                          11:10:35

 9      Q    -- or make changes?                             11:10:36

10      A    No, it was take it or leave it.                 11:10:37

11           MS. BERNAY:  Okay.  I have no further questions.  11:10:40

12           MR. RINGGENBERG:  I don't have anything further.  11:10:46

13           THE REPORTER:  Are you ordering a copy?         11:10:52

14           MS. BERNAY:  I need a copy as soon as possible.  11:10:54

15           THE VIDEOGRAPHER:  We are off the record at     11:10:56

16    approximately 11:10 a.m., and this concludes today's   11:10:58

17    testimony given by Kenneth Riegel.  The total number of  11:11:03

18    media used was two tapes and will be retained by Veritext  11:11:07

19    Legal Solutions.  Thank you.                           11:11:12

20              (TIME NOTED:  11:11 a.m.)

21

22

23

24

25
```

Veritext National Deposition & Litigation Services
866 299-5127