# Exhibit G

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

--oOo--

THE APPLE IPOD ITUNES ANTI-TRUST

LITIGATION

_____

Lead Case No. C-05-00037-JW(HRL)

This Document Relates To:

ALL ACTIONS

~~~~~~~~~~~~~~~~~~~~~~~~~~~


VIDEOTAPED DEPOSITION OF

==MARK DONNELLY==

Monday, December 20, 2010

1:25 P.M.

1755 Embarcadero

Palo Alto, California


**HIGHLY CONFIDENTIAL, ATTORNEYS EYES ONLY**


Corey W. Anderson, CSR 4096



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Mark Donnelly                                              December 20, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16

1        THE WITNESS:  Thank you.
2        BY MS. ROACH:
3     Q.  Do you --
4     A.  All right.
5     Q.  Do you recognize this document?
6     A.  I recognize this type of document, yes.
7     Q.  Okay.  And what is it?
8     A.  It's a minimum advertised price confidential
9  listing.
10    Q.  Does Apple keep these sorts of listings in the
11 regular course of business?
12    A.  Yes.
13    Q.  Okay.  This, at the top of the document it
14 says May 14th, 2005.
15    A.  Yes.
16    Q.  What is that date?
17    A.  I don't understand the question.
18    Q.  Is that the date that this document was
19 created, is that the date that the price is current?
20    A.  Oh, it's --
21    Q.  What is it?
22    A.  It's probably the effective date of the
23 document.
24    Q.  Okay.
25    A.  As of this date, this would be...


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                        December 20, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                                    17

```
 1        Q.   So --
 2        A.   Effective date for these -- for this list or
 3   an update to this list.
 4        Q.   Okay.  And on the right-hand column, at the
 5   top it says "Effective Date."
 6        A.   Oh, okay.
 7        Q.   Would that be a different --
 8        A.   Right.  Then what this probably means is a
 9   date of publication.
10        Q.   Okay.
11        A.   For this price list.  Yeah, the effective date
12   as you see on the right-hand side is indicating when
13   these prices became effective.
14             Okay.
15        Q.   Would -- are these -- is this a minimum
16   advertised price listing just for the U.S.?
17        A.   Yes.
18        Q.   And what is the general purpose of this for
19   Apple?
20        A.   Minimum advertised price is for a program
21   where we provide advertising dollars to resellers.  If
22   they maintain these advertised, minimum advertised
23   prices, then they'll get back margin dollars, a couple
24   of percent back, you know, to increase their
25   compensation.  It's a generally accepted practice in the
```



Toll Free: 800.300.1214
Facsimile: 619.239.4117

ESQUIRE
an Alexander Gallo Company

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                December 20, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                                18
1    United States in the channel.
2             And so it's not by any means a -- they can
3    still charge whatever price they want for a product.
4    They can set whatever price they like, higher or lower,
5    but forego the small amount of back margin dollars that
6    they would otherwise get.
7         Q.   Okay.
8         A.   To support advertising.
9         Q.   So if they charge a higher price than what is
10   set here, they wouldn't get the -- the advertising
11   compensation?
12        A.   Well, they would have met the minimum
13   advertised price.
14        Q.   Okay.  So it's just if they go below what's on
15   here?
16        A.   Yes, they go below there.
17        Q.   Okay.  Are these for just resellers or
18   wholesalers, sellers, or who is that program for?
19        A.   I -- because it's advertised price,
20   wholesalers, you know, they don't typically advertise,
21   you know, like tech data, distributor wouldn't
22   advertise.  This would be for a reseller.
23        Q.   Okay.  And how does Apple calculate the
24   advertising compensation that goes back to the resellers
25   if they stay at these -- at this price or above?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                         December 20, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                                    19

1       A.   It's a contractual term they would get, and
2  it's as a percentage of this price.
3       Q.   And does that vary among resellers, or is it
4  something that Apple sets and if they, you know, is it
5  something that can be negotiated?
6       A.   I have not been involved in those directly.
7       Q.   Okay.
8       A.   Okay.  So...
9       Q.   But it would be something that would be
10 contained in the reseller contract with Apple?
11      A.   Yes.
12      Q.   Okay.  How often does Apple set the minimum
13 advertised pricing?
14      A.   We would set a minimum advertised price
15 virtually any time we launch a product.
16      Q.   Okay.  And would you also -- so in addition to
17 a minimum advertised price for a new product, would you
18 also be issuing one for old products at the same time?
19      A.   If -- if a -- if we were just issuing a full
20 list, like this one appears to be a pretty comprehensive
21 list, it may get republished at the same time we are
22 published -- adding a new product to the list.  We might
23 republish it just so everything is on the same document.
24      Q.   And is it possible that the prices for the old
25 products may have changed?



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

1   A.   They may change.  It's not a -- we don't do it
2   very often.
3   Q.   Okay.
4   A.   But they may change.
5   Q.   Does the -- does the change for old products
6   always -- on these minimum advertised price listings
7   always correspond with the introduction of a new
8   product.
9   A.   Not always.  But generally.
10  Q.   Okay.  And what other circumstances would
11  cause a price change for an old product?
12       MR. MITTELSTAEDT:  Can I ask are you talking
13  only about iPods or are you talking about all products?
14       BY MS. ROACH:
15  Q.   Only about iPods.
16  A.   Again, there is -- and again, only in the U.S.
17  Q.   Right.
18  A.   Because, right, internationally there is a
19  lot, millions of things we look at, and locally as well.
20       So our general practice is to change prices
21  for products when we introduce the new one.  And so
22  iPods these days the rhythm's about once a year, and
23  that's generally what we do.
24  Q.   Okay.  At the top of the first page, there is
25  an underlined sentence that says "Please refer to



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com