# Exhibit H

# Redacted



# 2006 Apple Direct Marketer Program

Dear Apple Direct Marketer:

Apple is implementing the 2006 Apple Direct Marketer Program. The goal of this new program is to assist the direct marketers in improving its blended margin and overall revenue stream. Apple's Direct Marketer Program will focus on the sales of Consumer, Pro Hardware, Software, and "Beyond the Box" products offered by Apple. The more products you sell in each of these product categories, the more money you can accrue.

Program Benefits:

The Apple Direct Marketer Program will provide "Business Development Funds" (BDF) with the following accrual rates, calculated at the end of each fiscal month. They are based on the total net billings of eligible products purchased from Apple or an Apple Authorized Wholesaler. All eligible products accrue at the rate below.



| Product Category | Accrual Rate |
| --- | --- |
| [redacted] | [redacted] |

RECEIVED
APPLE COMPUTER, INC.
NOV 28 2005
SALES CONTRACTS MGMT.

If AMAZON.COM elects to enroll, Apple will provide you with reports that track purchases in each of the product categories. Reports should be received 2-3 weeks after the close of Apple's fiscal month and will contain the accrual for the prior fiscal month. AMAZON.COM is paid monthly.

This year's program will start on September 25, 2005. Please review the program requirements and, if you agree with the information and accept the terms, sign this letter of acceptance and send to the address below. You will then be enrolled in the 2006 Apple Direct Marketer Program. If you choose not to accept the program requirements, please mark "Declined" in the signature space and send to

CONFIDENTIAL - ATTORNEYS EYES ONLY                              Apple_AIIA_B_011951

address below. Should you decline, Apple will not enroll your company in the program. Also, if we do not receive an acceptance confirmation by November 18, 2005, we will assume that AMAZON.COM has chosen not to enroll in the 2006 Apple Direct Marketer Program.

Obligations set forth in this letter are contingent upon AMAZON.COM's provision of documentation (Price Meet-Comp) that establishes that the terms of this letter as no more generous to AMAZON.COM than the terms afforded by at least one of Apple's competitors. Your company shall provide such documentation within thirty (30) days of the effective date of this letter, if documentation is not already on file with Apple. AMAZON.COM must keep documentation current and provide timely updates to Apple upon request.

**2006 Apple Direct Marketer Program Requirements:**

- The 2006 Apple Direct Marketer Program is segmented into two 6-month performance period. The first period is effective September 25, 2005 to April 1, 2006. The second period is effective April 2, 2006 to September 30, 2006. The 2006 Apple Direct Marketer Program officially ends September 30, 2006.
- Product categories and accrual rates are subject to change from each performance period to the next.
- AMAZON.COM must submit to, and have approved by Apples Sr. Director of Sales, a quarterly business development plan. Each plan must be submitted before the start of the corresponding quarter. If your company does not have a pre-approved business development plan prior to the start of a quarter, you will be ineligible for the Direct Marketer Program for that quarter.
- AMAZON.COM must be an Apple Direct Marketer Reseller.
- The primary Amazon Category Buyer on the Apple Line (for CD, CPU and SW) must be enrolled in ASTO (Apple Sales Training On-Line), achieve and maintain at least an ASTO Gold or higher status annually.
- AMAZON.COM must be in full compliance with the terms and conditions of its current reseller agreement and associated policies and practices (i.e. minimum revenue requirements, inventory reporting, accounts receivable, etc.).
- AMAZON.COM must complete and sign Apple's "Price Meet Comp" form.
- Apple may change or cancel the 2006 Apple Direct Marketer Program at anytime and without advance notice.
- AMAZON.COM [redacted]

Your Apple Account Executive has been instructed to set up a conference call to review the requirements related to this program. At that time I'll be happy to address any questions related to this program. I believe this program will allow AMAZON.COM to invest and grown it's Apple product revenue while significantly increasing it's bottom line.

Thank You,

CONFIDENTIAL - ATTORNEYS EYES ONLY    Apple_AllA_B_011952

Michael J. Pinkman
Sr. Director, Direct Marketers

By signing below and returning this Confirmation to Apple, AMAZON.COM agrees to and accepts the terms and conditions set out above, and confirms that it will adhere to all other obligations imposed under its Authorized Apple Direct Marketer U.S. Sales Agreement.

Kalyanaraman Srinivasan
Senior Vice President
Authorized Amazon.com Officer (Name)     Signature     11/14/05     Date

Amazon.com
Apple Reseller Name

705 5th Avenue S.  Seattle WA 98104
Address, City, St, Zip

Upon acceptance of the terms of the 2006 Apple Direct Marketer Program please sign, date, and mail this entire confirmation form with original signatures to:

Sales Contracts Management
Apple Computer, Inc.
1 Infinite Loop, MS 38-3CM
Cupertino, CA 95014

CONFIDENTIAL - ATTORNEYS EYES ONLY     Apple_AIIA_B_011953