# Exhibit I

# Redacted

# Apple Computer, Inc. 

## Amendment to the Authorized Apple Reseller U.S. Sales Agreement

This Amendment to the Authorized Apple Reseller U.S. Sales Agreement ("Amendment") amends the Apple Computer, Inc. Authorized Apple Reseller U.S. Sales Agreement entered into between Apple Computer, Inc. ("Apple") and Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, Wal-Mart Stores East, Inc., Wal-Mart Stores Texas, LP (hereinafter collectively referred to as "Reseller") on August 24, 2004 and its amendments, collectively the ("Agreement").

The above-named parties agree to amend the Agreement as follows:

**1. Section 4. II. Obligations Under This Agreement.** This section is modified by adding a new paragraph "K" as follows:



**2.** All other terms and conditions of the Agreement shall remain unchanged and in full force and effect.

The duly authorized representatives of the parties execute this Amendment as of the dates set forth below.

**Reseller**
SIGNATURE: *Jennifer Schroeder*
PRINT NAME: Jennifer Schroeder
TITLE: Buyer, Wal-Mart Stores
DATE: 1/3/05

**Apple Computer, Inc.**
SIGNATURE: *[signature]*
PRINT NAME: Stephen Glaros
TITLE: Sr. Contracts Program Mgr
DEPT: Sales Contracts Management
EFFECTIVE DATE: 12/23/04

**Reseller**
SIGNATURE: *Kevin J. O'Connor*
PRINT NAME: Kevin O'Connor
TITLE: DMM, Wal-Mart Stores
DATE: 1-3-05

**Reseller**
SIGNATURE: *[signature]*
PRINT NAME: Gary Stevenson
TITLE: General Merchandise Manager, Wal-Mart Stores
DATE: 1/3/05

RECEIVED
APPLE COMPUTER, INC.
JAN 07 2005

© 2004 Apple Computer, Inc. All rights reserved. Apple and the Apple logo are registered trademarks of Apple Computer, Inc.   12/04

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA_B_014372