# Exhibit J

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-YGR |

# REBUTTAL DECLARATION OF ROGER G. NOLL
## ON LIABILITY AND DAMAGES

My name is Roger G. Noll, and previously I have submitted eight declarations in this proceeding.[1] My previous declarations contain my career history and qualifications. My current *curriculum vita*, which has an up-to-date list of my publications, is attached to this declaration as Appendix A.

Since submitting my report on liability and damages, I have submitted expert reports and been deposed in the following new matters.

*In re Application of Pandora Media, Inc. Related to U.S. vs. ASCAP* (U.S. District Court, New York City);

*City of San Jose, et al., vs. Office of the Commissioner of Baseball, et al.* (U.S. District Court, San Jose); and

*In re Electronic Books Antitrust Litigation* (U.S. District Court, New York City).

---

[1] *Declaration of Roger G. Noll* (July 15, 2008), *Reply Declaration of Roger G. Noll* (October 19, 2009), *Declaration of Roger G. Noll* (January 18, 2011), *Reply Declaration of Roger G. Noll* (March 28, 2011), *Supplemental Declaration of Roger G. Noll* (July 18, 2011), *Second Supplemental Declaration of Roger G. Noll* (September 23, 2011), *Declaration of Roger G. Noll on Liability and Damages* (April 13, 2013; henceforth *Noll Merits Report*), and *Corrections to the Declaration of Roger G. Noll on Liability and Damages* (May 13, 2013; henceforth, *Noll Corrections Report*).

for clusters. This procedure does not work if the number of clusters is small (i.e., a handful), but does work if the number of clusters is large. The regression equations that I use include a large number of indicator variables for iPod classes and capacity, so even if the data were a cluster sample the clustering problem would not be important. Finally, even if the number of clusters is small and observations are from a cluster sample, the proposal to divide sales of iPod models into calendar quarters does not solve the problem. Dividing the observations in each cluster among calendar quarters does not make the sample more representative and does not correct for correlations between the identity of a cluster and excluded independent variables.

For these reasons the criticisms by Professors Murphy and Topel regarding the alleged lack of independence of price observations and the presence of cluster effects are without merit. The sole effect of their proposal is vastly to reduce the number of transactions observations that are used to estimate the regression equation, thereby reducing the explanatory power of the regression analysis by eliminating most of the true variance in price among transactions and, thereby, destroying the reliability and precision of the regression results.

*Recalculated Damages*

Apple produced new information after the submission of the *Noll Corrections Report* about the models of iPods that made use of iTunes 7.0 and its successors. I have re-estimated the damages model making the following changes in the specification and estimation procedures. First, the indicator variable for iTunes 7.0 takes the value one only for models of iPods that used this version of iTunes, and not for other iPods that

11

were sold after September 12, 2006, when iTunes 7.0 was launched.  Second, because older versions of iTunes, beginning with iTunes 4.7, that used previous methods for blocking Harmony continued to be used on other iPod models, the "Harmony Blocked" indicator variable continues to take the value one for these models until the end of the data period.  Third, to take into account the fact that RealNetworks introduced a second version of Harmony that worked around the disablement of the first version of Harmony by iTunes 4.7, I added a second indicator variable that takes the value of one for all transactions after the second version of Harmony was released.  Fourth, I have adopted January 6, 2009, instead of March 31, 2009, as the date on which the "DRM-free" variable takes the value of one and for which damages end.  Fifth, I have replaced the logarithm of time in the regression by the scalar measure of time.  Sixth, I have estimated the equation using quantity-weighting, rather than frequency-weighting.

The results of the damages calculations from the new regressions are as follows. ==The overcharge for the affected models of iPods is 2.38 percent of the transaction price for resellers and 7.45 percent of the transaction price for direct sales buyers.==  The amount of damages for customers with transactions records that were included in the regression analysis is $148,947,126 for resellers and $194,655,141 for direct sales customers, and $8,028,886 for customers whose transactions records were excluded due to data problems that Apple did not solve, which sums to $351,631,153 for all Apple customers.  These damages are underestimated because the effect of iTunes 7.0 on iPod prices is not likely to have ended on January 6, 2009, when Apple announced that 80 percent of titles on iTS were available in a DRM-free format.

**LIABILITY ISSUES**

Professor Murphy argues that the analysis of liability in the *Noll Merits Report* is implausible because it does not deal with several issues that Professor Murphy believes are important. On all counts Professor Murphy's arguments are not based on economic analysis and are incorrect.

*Superiority of Closed Systems*

According to Professor Murphy, my analysis ignores "pro-competitive reasons" (*Murphy Report*, p. 4) for creating closed systems. I do not ignore the fact that, in principle, a closed system may perform better than a system in which the components are acquired from separate vendors. Regardless of whether an iPod actually performs downloads from iTS better than downloads from the RealPlayer Music Store (RMS) or Amazon is irrelevant.[2] The relevant issue is not whether Apple is correct in its beliefs about the superiority of all-things Apple, but whether forcing consumers to buy either all or no complementary products from Apple is a reasonable restriction on competition.

In the absence of actions to disable the use of competing products, consumers can judge for themselves whether Apple's "walled garden" is superior, rather than delegate this evaluation to Apple. To prove that this restriction is reasonable requires showing

---

[2] The *Murphy Report* (pp. 19-31) contains a discussion of Apple's closed system, but does not contain any information that is relevant to the issue of whether a download from one of the competitors of iTS is in any way inferior to a download from iTS. Moreover, this discussion ignores two facts: before the iTunes Music Store was launched in April 2003, iPods loaded music from CDs, which are not in a protected format and can be loaded to a portable digital media player, and since January 2009 downloads have been sold without DRM protection from all Internet vendors, without doing any harm to iPods or iPod users. Thus, there is no evidence for the premise of Professor Murphy's argument that closed systems perform better than systems with components from different vendors.

## Exhibit 3-A Reseller Sales Preferred Log Regression Results
**Outliers Excluded**

| | |
|---|---|
| Dependent Variable | Log iPod transaction price |
| Adjusted $R^2$ | 0.9868 |
| Number of observations | 2,138,994 |

| Variable | Coefficient Estimate | Standard Error |
|---|---|---|
| Intercept | 3.867 *** | 0.00599 |
| itms_op | -0.559 *** | 0.00634 |
| harmony | -0.129 *** | 0.00100 |
| harmony2 | -0.031 *** | 0.00036 |
| harmony_blocked_rev | 0.001 ** | 0.00054 |
| itunes7_0_rev | 0.023 *** | 0.00062 |
| competitors_drm_free | -0.078 *** | 0.00021 |
| itms_all_drm_free010609 | -0.067 *** | 0.00022 |
| classic | -0.231 *** | 0.00069 |
| mini | -0.453 *** | 0.00077 |
| nano | -0.175 *** | 0.00067 |
| shuffle | -0.325 *** | 0.00122 |
| u2 | 0.176 *** | 0.00128 |
| cap512 | -1.055 *** | 0.00373 |
| cap1024 | -0.119 *** | 0.00281 |
| cap2048 | 0.006 ** | 0.00276 |
| cap4096 | -0.022 *** | 0.00287 |
| cap5120 | -0.281 *** | 0.00368 |
| cap6144 | -0.355 *** | 0.01618 |
| cap8192 | -0.196 *** | 0.00267 |
| cap10240 | -0.160 *** | 0.00522 |
| cap15360 | 0.118 *** | 0.00556 |
| cap16384 | 0.180 *** | 0.00309 |
| cap20480 | -0.035 *** | 0.00372 |
| cap30720 | 0.214 *** | 0.00282 |
| cap32768 | 0.599 *** | 0.00349 |
| cap40960 | 0.067 *** | 0.00569 |
| cap61440 | 0.319 *** | 0.00515 |
| cap81920 | 0.517 *** | 0.00367 |
| cap122880 | -0.242 *** | 0.00937 |
| t | 0.000 | 0.00003 |
| t_cap512 | 0.007 *** | 0.00006 |
| t_cap1024 | -0.009 *** | 0.00003 |
| t_cap2048 | -0.009 *** | 0.00003 |
| t_cap4096 | -0.006 *** | 0.00003 |
| t_cap6144 | 0.005 *** | 0.00037 |
| t_cap8192 | -0.002 *** | 0.00003 |
| t_cap10240 | -0.007 *** | 0.00019 |
| t_cap15360 | -0.015 *** | 0.00018 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Exhibit 3-A Reseller Sales Preferred Log Regression Results
**Outliers Excluded**

| | |
|---|---|
| Dependent Variable | Log iPod transaction price |
| Adjusted R² | 0.9868 |
| Number of observations | 2,138,994 |

| Variable | Coefficient Estimate | Standard Error |
|---|---|---|
| t_cap16384 | -0.004 *** | 0.00003 |
| t_cap20480 | -0.004 *** | 0.00007 |
| t_cap30720 | -0.006 *** | 0.00003 |
| t_cap32768 | -0.007 *** | 0.00003 |
| t_cap40960 | -0.002 *** | 0.00015 |
| t_cap61440 | -0.005 *** | 0.00009 |
| t_cap81920 | -0.009 *** | 0.00005 |
| t_cap122880 | 0.002 *** | 0.00011 |
| qty_2of3 | -0.003 | 0.00263 |
| qty_3of3 | -0.012 *** | 0.00250 |
| qtr_purchases_1to5 | 0.014 *** | 0.00517 |
| m1 | 0.049 *** | 0.00020 |
| m2 | 0.036 *** | 0.00021 |
| m3 | 0.032 *** | 0.00021 |
| m4 | 0.074 *** | 0.00021 |
| m5 | 0.078 *** | 0.00021 |
| m6 | 0.083 *** | 0.00021 |
| m7 | 0.092 *** | 0.00024 |
| m8 | 0.083 *** | 0.00030 |
| m9 | -0.024 *** | 0.00018 |
| m10 | -0.004 *** | 0.00016 |
| m11 | -0.001 *** | 0.00014 |
| photo | -0.001 | 0.00042 |
| video_and_photo | -0.081 *** | 0.00038 |
| reprice_sale | -0.172 *** | 0.00029 |
| eol_sale | -0.059 *** | 0.00039 |
| log_size | 0.033 *** | 0.00063 |
| log_dwnld_available | 0.035 *** | 0.00053 |
| log_cost_per_unit | 0.428 *** | 0.00047 |

\*\*\* Denotes statistical significance at the 1% level.
\*\* Denotes statistical significance at the 5% level.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Exhibit 3-B Direct Sales Preferred Log Regression Results
**Outliers Excluded**

| | |
|---|---|
| Dependent Variable | Log iPod transaction price |
| Adjusted R² | 0.9816 |
| Number of observations | 36,945,084 |

| Variable | Coefficient Estimate | Standard Error |
|---|---|---|
| Intercept | 4.428 *** | 0.00320 |
| itms_op | -0.103 *** | 0.00090 |
| harmony | -0.043 *** | 0.00017 |
| harmony2 | -0.046 *** | 0.00009 |
| harmony_blocked_rev | 0.039 *** | 0.00013 |
| itunes7_0_rev | 0.072 *** | 0.00016 |
| competitors_drm_free | -0.050 *** | 0.00006 |
| itms_all_drm_free010609 | -0.044 *** | 0.00007 |
| classic | -0.038 *** | 0.00309 |
| mini | -0.528 *** | 0.00019 |
| nano | -0.188 *** | 0.00018 |
| shuffle | -0.380 *** | 0.00034 |
| u2 | 0.130 *** | 0.00020 |
| log_size | 0.048 *** | 0.00017 |
| log_dwnld_available | -0.003 *** | 0.00007 |
| photo | -0.017 *** | 0.00012 |
| video_and_photo | -0.080 *** | 0.00011 |
| coupon | -0.117 *** | 0.00031 |
| reprice_sale | -0.130 *** | 0.00008 |
| eol_sale | 0.014 *** | 0.00007 |
| log_unit_cost | 0.345 *** | 0.00013 |
| qgt5 | -0.025 *** | 0.00011 |
| qgt10 | -0.008 *** | 0.00015 |
| qgt20 | -0.009 *** | 0.00013 |
| qgt50 | -0.010 *** | 0.00012 |
| qgt100 | -0.033 *** | 0.00011 |
| cap512 | -0.819 *** | 0.00309 |
| cap1024 | -0.030 *** | 0.00303 |
| cap2048 | 0.032 *** | 0.00302 |
| cap4096 | 0.088 *** | 0.00302 |
| cap5120 | -0.429 *** | 0.00101 |
| cap6144 | -0.303 *** | 0.00466 |
| cap8192 | 0.013 *** | 0.00303 |
| cap10240 | -0.386 *** | 0.00125 |
| cap15360 | -0.048 *** | 0.00115 |
| cap16384 | 0.350 *** | 0.00306 |
| cap20480 | -0.237 *** | 0.00092 |
| cap30720 | -0.055 *** | 0.00078 |
| cap32768 | 0.894 *** | 0.00308 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Exhibit 3-B Direct Sales Preferred Log Regression Results
**Outliers Excluded**

| | |
|---|---|
| Dependent Variable | Log iPod transaction price |
| Adjusted R² | 0.9816 |
| Number of observations | 36,945,084 |

| Variable | Coefficient Estimate | Standard Error |
|---|---|---|
| cap40960 | -0.141 *** | 0.00129 |
| cap61440 | 0.074 *** | 0.00123 |
| cap81920 | 0.511 *** | 0.00105 |
| cap122880 | -0.525 *** | 0.00290 |
| t | -0.002 *** | 0.00001 |
| m1 | 0.029 *** | 0.00006 |
| m2 | 0.017 *** | 0.00006 |
| m3 | 0.001 *** | 0.00006 |
| m4 | 0.040 *** | 0.00006 |
| m5 | 0.053 *** | 0.00006 |
| m6 | 0.066 *** | 0.00006 |
| m7 | 0.078 *** | 0.00006 |
| m8 | 0.081 *** | 0.00006 |
| m9 | -0.019 *** | 0.00005 |
| m10 | -0.016 *** | 0.00005 |
| m11 | -0.023 *** | 0.00004 |
| t_cap512 | 0.003 *** | 0.00002 |
| t_cap1024 | -0.009 *** | 0.00001 |
| t_cap2048 | -0.007 *** | 0.00001 |
| t_cap4096 | -0.005 *** | 0.00001 |
| t_cap5120 | -0.012 *** | 0.00006 |
| t_cap6144 | 0.007 *** | 0.00008 |
| t_cap8192 | -0.002 *** | 0.00001 |
| t_cap10240 | -0.005 *** | 0.00004 |
| t_cap15360 | -0.014 *** | 0.00003 |
| t_cap16384 | -0.004 *** | 0.00001 |
| t_cap20480 | -0.002 *** | 0.00002 |
| t_cap30720 | -0.003 *** | 0.00001 |
| t_cap32768 | -0.008 *** | 0.00001 |
| t_cap40960 | 0.001 *** | 0.00003 |
| t_cap61440 | -0.002 *** | 0.00002 |
| t_cap65536 | 0.002 *** | 0.00003 |
| t_cap81920 | -0.009 *** | 0.00001 |
| t_cap122880 | 0.005 *** | 0.00003 |

\*\*\* Denotes statistical significance at the 1% level.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Exhibit 4 Total Damages

| iPod Sales | Weighted Average Price [a] | Price Overcharge (%) [b] | Price Overcharge ($) [c] = [a] x [b] | Units Sold [d] | Damages [e] = [c] x [d] |
|---|---|---|---|---|---|
| Reseller iPod Sales | $173.95 | 2.38% | $4.13 | 36,037,669 | $148,947,126 |
| Direct iPod Sales | $219.15 | 7.45% | $16.32 | 11,924,881 | $194,655,141 |
| Additional iPod Sales | $221.94 | 7.45% | $16.53 | 485,697 | $8,028,886 |
| | | | **Total Damages Excluding Additional Damages:** | | $343,602,267 |
| | | | **Total Damages Including Additional Damages:** | | $351,631,153 |

**Notes:**
1) Damages based on log-linear model with log of price as dependent variable, see Exhibits 3-A and 3-B
2) See Exhibit 5-A for reseller damages calculation
3) See Exhibit 5-B for direct sales damages calculation
4) See Exhibit 5-C for additional direct sales damages calculation

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Exhibit 5-A Apple Reseller Sales Damages Models**

Damages aggregated across all products

| Product | Weighted Average Price [a] | Price Overcharge (%) [b] | Price Overcharge ($) [c] = [a] x [b] | Units Sold [d] | Damages [e] = [c] x [d] |
|---|---|---|---|---|---|
| All iPod Products | $173.95 | 2.38% | $4.13 | 36,037,669 | $148,947,126 |

Damages disaggregated by product classes

| Product | Weighted Average Price [a] | Price Overcharge (%) [b] | Price Overcharge ($) [c] = [a] x [b] | Units Sold [d] | Damages [e] = [c] x [d] |
|---|---|---|---|---|---|
| iPod Classic | $222.23 | 2.38% | $5.28 | 4,488,690 | $23,701,117 |
| iPod Nano | $148.46 | 2.38% | $3.53 | 26,624,163 | $93,914,513 |
| iPod Touch | $267.75 | 2.38% | $6.36 | 4,924,816 | $31,331,496 |
|  |  |  |  | 36,037,669 | $148,947,126 |

Damages disaggregated by product classes and generation

| Product | Weighted Average Price [a] | Price Overcharge (%) [b] | Price Overcharge ($) [c] = [a] x [b] | Units Sold [d] | Damages [e] = [c] x [d] |
|---|---|---|---|---|---|
| iPod Classic 6th Gen | $224.15 | 2.38% | $5.33 | 3,673,071 | $19,562,564 |
| iPod Classic 7th Gen | $213.55 | 2.38% | $5.07 | 815,619 | $4,138,553 |
| iPod Nano 2nd Gen | $154.81 | 2.38% | $3.68 | 10,127,889 | $37,255,049 |
| iPod Nano 3rd Gen | $149.49 | 2.38% | $3.55 | 10,735,877 | $38,132,470 |
| iPod Nano 4th Gen | $135.36 | 2.38% | $3.22 | 5,760,397 | $18,526,993 |
| iPod Touch 1st Gen | $300.18 | 2.38% | $7.13 | 2,616,747 | $18,663,504 |
| iPod Touch 2nd Gen | $231.00 | 2.38% | $5.49 | 2,308,069 | $12,667,992 |
|  |  |  |  | 36,037,669 | $148,947,126 |

**Notes**:
1) See Exhibit 6-A for weighted average price [a] for reseller sales
2) Percent overcharge [b] based on log-linear model with log of price as dependent variable, see Exhibit 3-A
3) See Exhibit 6-A for reseller sales units sold [d]

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Exhibit 5-B Apple Direct Sales Damages Models**

**Damages aggregated across all products**

| Product | Weighted Average Price [a] | Price Overcharge (%) [b] | Price Overcharge ($) [c] = [a] x [b] | Units Sold [d] | Damages [e] = [c] x [d] |
|---|---|---|---|---|---|
| All iPod Products | $219.15 | 7.45% | $16.32 | 11,924,881 | $194,655,141 |

**Damages disaggregated by product classes**

| Product | Weighted Average Price [a] | Price Overcharge (%) [b] | Price Overcharge ($) [c] = [a] x [b] | Units Sold [d] | Damages [e] = [c] x [d] |
|---|---|---|---|---|---|
| iPod Classic | $258.66 | 7.45% | $19.27 | 1,450,607 | $27,947,489 |
| iPod Nano | $177.76 | 7.45% | $13.24 | 7,708,789 | $102,065,885 |
| iPod Touch | $313.82 | 7.45% | $23.37 | 2,765,485 | $64,641,766 |
| | | | | 11,924,881 | $194,655,141 |

**Damages disaggregated by product classes and generation**

| Product | Weighted Average Price [a] | Price Overcharge (%) [b] | Price Overcharge ($) [c] = [a] x [b] | Units Sold [d] | Damages [e] = [c] x [d] |
|---|---|---|---|---|---|
| iPod Classic 6th Gen | $261.52 | 7.45% | $19.48 | 1,221,650 | $23,796,861 |
| iPod Classic 7th Gen | $243.39 | 7.45% | $18.13 | 228,957 | $4,150,629 |
| iPod Nano 2nd Gen | $188.14 | 7.45% | $14.01 | 3,161,371 | $44,302,450 |
| iPod Nano 3rd Gen | $175.80 | 7.45% | $13.09 | 3,210,303 | $42,035,811 |
| iPod Nano 4th Gen | $157.92 | 7.45% | $11.76 | 1,337,115 | $15,727,625 |
| iPod Touch 1st Gen | $336.74 | 7.45% | $25.08 | 1,789,090 | $44,872,868 |
| iPod Touch 2nd Gen | $271.83 | 7.45% | $20.25 | 976,395 | $19,768,898 |
| | | | | 11,924,881 | $194,655,141 |

**Notes**:
1) See Exhibit 6-B for weighted average price [a] for direct sales
2) Percent overcharge [b] based on log-linear model with log of price as dependent variable, see Exhibit 3-B
3) See Exhibit 6-B for direct sales units sold [d]

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Exhibit 5-C Apple Additional Direct Sales Damages Models**

**Damages aggregated across all products**

| Product | Weighted Average Price [a] | Price Overcharge (%) [b] | Price Overcharge ($) [c] = [a] x [b] | Units Sold [d] | Damages [e] = [c] x [d] |
|---|---|---|---|---|---|
| All iPod Products | $221.94 | 7.45% | $16.53 | 485,697 | $8,028,886 |

**Damages disaggregated by product classes**

| Product | Weighted Average Price [a] | Price Overcharge (%) [b] | Price Overcharge ($) [c] = [a] x [b] | Units Sold [d] | Damages [e] = [c] x [d] |
|---|---|---|---|---|---|
| iPod Classic | $257.16 | 7.45% | $19.15 | 57,833 | $1,107,728 |
| iPod Nano | $176.54 | 7.45% | $13.15 | 294,601 | $3,873,856 |
| iPod Touch | $307.00 | 7.45% | $22.87 | 133,263 | $3,047,302 |
| | | | | 485,697 | $8,028,886 |

**Damages disaggregated by product classes and generation**

| Product | Weighted Average Price [a] | Price Overcharge (%) [b] | Price Overcharge ($) [c] = [a] x [b] | Units Sold [d] | Damages [e] = [c] x [d] |
|---|---|---|---|---|---|
| iPod Classic 6th Gen | $259.40 | 7.45% | $19.32 | 49,034 | $947,386 |
| iPod Classic 7th Gen | $244.65 | 7.45% | $18.22 | 8,799 | $160,341 |
| iPod Nano 2nd Gen | $184.25 | 7.45% | $13.72 | 124,494 | $1,708,490 |
| iPod Nano 3rd Gen | $173.35 | 7.45% | $12.91 | 124,858 | $1,612,149 |
| iPod Nano 4th Gen | $164.14 | 7.45% | $12.23 | 45,249 | $553,217 |
| iPod Touch 1st Gen | $318.26 | 7.45% | $23.71 | 90,164 | $2,137,354 |
| iPod Touch 2nd Gen | $283.46 | 7.45% | $21.11 | 43,099 | $909,948 |
| | | | | 485,697 | $8,028,886 |

**Notes**:
1) See Exhibit 6-C for weighted average price [a] for additional direct sales
2) Percent overcharge [b] based on log-linear model with log of price as dependent variable, see Exhibit 3-B
3) See Exhibit 6-C for additional direct sales units sold [d]

CONFIDENTIAL - ATTORNEYS' EYES ONLY