# Exhibit K

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4
 5   _____
                                         )
 6                                       )
     THE APPLE IPOD ITUNES ANTI-TRUST    )   No. C-05-0037 YGR
 7   LITIGATION                          )
                                         )
 8   _____)
 9
10
11
12           VIDEOTAPED DEPOSITION OF ROGER G. NOLL
13                  San Francisco, California
14                   Thursday, May 16, 2013
15                         Volume 1
16
17
18
19
20
21   Reported by:
22   JENNIFER L. FURIA, RPR, CSR
23   CA License No. 8394
24   Job No. 1663538
25   PAGES 1 - 262
```

Page 1

Sarnoff, A VERITEXT COMPANY
877-955-3855

```
1            A   Yeah.

2            Q   What I'm trying to establish is whether or not

3    if the wholesale price is always a certain percentage of

4    the retail price that you would expect --

5            A   The number to be the same.                        13:20:21

6            Q   Not the -- I'm using two different numbers.

7    On the one hand I'm -- I'm talking about the percent of

8    retail price that represents the wholesale price.  And

9    on the other hand, I'm asking you about your percentage

10   overcharges.  I'm asking you if the wholesale price is   13:20:44

11   always 13 percent or a discount of 13 percent off the

12   retail price, in that circumstance would you expect, if

13   the regression were robust and reliable, that you'd get

14   the same overcharge percentage for resellers and direct

15   retail sales?                                            13:21:08

16           MS. SWEENEY:  Objection, incomplete

17   hypothetical.

18           THE WITNESS:  It's exactly the question I

19   answered that you told me to wait because I didn't

20   answer the right question.                               13:21:15

21           If you assume that the wholesale price is

22   always x percent of the retail price, then something

23   that causes the retail price to go up will cause exactly

24   the same percentage increase in the wholesale price.

25   So, of course, if you assume the answer, they'll be the  13:21:26
```

Page 131

```
 1    same.
 2    BY MR. MITTELSTAEDT:
 3        Q   So does the fact that your regression turns
 4    out with a 3.2 percent overcharge for resellers and a
 5    6.32 percent overcharge for direct sales reflect that      13:21:41
 6    wholesale price is not always 13 percent discount off of
 7    retail?
 8        A   We know that it's not, because --
 9        Q   Is that what it reflects though?  Is that
10    what's driving it?                                          13:22:00
11        A   I did not -- that's a fragment that I don't
12    understand.  You'll have to clarify what you mean.  I
13    didn't understand your fragment.
14        Q   Well, what accounts as -- in your view -- for
15    the difference between the overcharge for resellers and    13:22:16
16    direct?
17            MS. SWEENEY:  Objection, asked and answered.
18    BY MR. MITTELSTAEDT:
19        Q   What accounts for that?
20            MS. SWEENEY:  Objection, asked and answered.       13:22:27
21            THE WITNESS:  The supply and demand conditions
22    in the market are different.  I mean,
23    that's -- they're -- the nature of demand from the --
24    from the -- the supply demand interrelationship between
25    Apple and the resellers is different than between Apple    13:22:42
```

Page 132

```
 1       and the direct customers in enabling Apple to raise the

 2       price by a larger percentage amount to the direct

 3       customers and the resellers, so I mean that's just --

 4       BY MR. MITTELSTAEDT:

 5           Q   So let's take an example, see if I can              13:22:56

 6       understand what you're saying.  Let's take a retail

 7       product where the sales price is 399.  And you're saying

 8       that there is a 6.32 percent overcharge in that 399

 9       price, right?

10           A   Yes, it's $25 overcharge.                           13:23:21

11           Q   Okay.  And let's say that the wholesale price

12       is 13 percent off of the 399; what's that, about $50?

13           A   Well, 400 times .13 is -- is 52.

14           Q   So let's take 52.  So the wholesale price that

15       Apple is charging to Best Buy is 347.  And you say         13:23:52

16       there's a 3.2 percent overcharge in that price, and so

17       the but-for price would be three percent lower or?

18           A   That's -- that's correct.

19           Q   Or about what?

20           A   Can I stop doing the math in my head?  I'm too     13:24:15

21       tired and I don't want to do it that way.

22           Q   I was just asking because I thought you're a

23       lot better at math than I am, but let me do it.  It's

24       about $9, let's say $10, just for purposes of this.

25               So -- so you're saying, and the numbers aren't    13:24:31
```

Page 133

```
 1    exactly right, but in the but-for world Apple would be

 2    charging $337 to Best Buy and it would be charging 374

 3    at retail, as opposed to 347 and 399 in the real

 4    world.

 5            MS. SWEENEY:  Objection, vague and                13:24:59

 6    ambiguous --

 7            THE WITNESS:  No, I'm not saying --

 8            MS. SWEENEY:  -- and incomplete.

 9            THE WITNESS:  -- that because you started off

10    the premise with the 13 percent, and that's false.       13:25:02

11            That's what I said.  If you assume the answer

12    then what you're doing is correct, but you've assumed

13    the answer.

14    BY MR. MITTELSTAEDT:

15        Q  Okay, so what's the -- on any given day what's    13:25:11

16    a -- what's a number that reflects the discount that

17    Apple's charging to Best Buy?

18        A  It's heterogeneous.  It depends on the terms

19    of the transaction.  It's not the case.

20        Q  Pick an example.                                  13:25:27

21        A  No, but --

22        Q  Pick an example for purposes of illustration.

23    I'm picking 13 percent.  If you don't like 13 percent,

24    pick another one.  It doesn't really matter for my

25    question.                                                13:25:37
```

Page 134

```
 1    overcharged by three percent it would go ahead and

 2    overcharge its customers by six percent?

 3         A   Well, you've assumed the answer again by

 4    assuming they always charge the same, but I don't know

 5    that that's true.                                      13:28:25

 6         Q   Okay.  But to the extent they're charging --

 7    Apple and Best Buy are charging the same retail prices

 8    the effect of that would be --

 9         A   Yes.  If you assume the answer you get the

10    result you said.                                       13:28:35

11         Q   Why would that make sense?

12             MS. SWEENEY:  Objection -- objection to form.

13             THE WITNESS:  You make an assumption that

14    is -- that is out of the blue, that I have no clue why

15    it's true, and then you say well why does my assumption 13:28:47

16    not make sense.  Well, maybe because you're making up a

17    nonsensical example.

18    BY MR. MITTELSTAEDT:

19         Q   Okay.  So you -- you give me a more accurate

20    example.                                               13:28:57

21             MS. SWEENEY:  Objection.  That's not a

22    question.  Ask the witness questions.  And you got his

23    report in front of you, ask questions about his

24    report.

25             THE WITNESS:  I have not done a study of Best 13:29:04
```

Page 137

1    Buy retail pricing.

2    BY MR. MITTELSTAEDT:

3        Q   Why --

4        A   Remember that all these things have built into

5    them all these discounts as well, all right.  So what        13:29:13

6    the net price is to Best Buy is not going to be some

7    fixed percentage of the retail price, because there's

8    all this other stuff going on.

9        Q   Okay.  I'm not asking about that.  What I'm

10   asking is, in theory, if -- if Best Buy's being             13:29:29

11   overcharged three percent, why is it going to overcharge

12   its customers six percent?

13           MS. SWEENEY:  Same objections.

14           THE WITNESS:  I don't know whether it will or

15   not.  It's going -- it's going -- it's going to set its    13:29:47

16   retail price according to what's going on in the market.

17   It's not that it's overcharging its customers.  There's

18   a market demand out there.  It looks at the market

19   demand and it charges what it wants to charge.

20   BY MR. MITTELSTAEDT:                                        13:30:03

21       Q   Switching subjects.  Do you think Apple price

22   discriminates with iPods or did during the class

23   period?

24       A   Price discriminate with respect to what?

25   There's several different kinds of price discrimination.    13:30:15

Page 138

1    With respect to who and with respect to what?

2        Q  Well, let's take resellers first.  Do you

3    think Apple price discriminated with resellers?

4        A  Price discrimination with respect to resellers

5    with respect to what?  Does it mean --                    13:30:34

6        Q  IPods.

7        A  No, no, no, no.  That's not what price

8    discrimination means.  Price discrimination means -- can

9    mean several things, right.  First degree, second

10   degree, third degree price discrimination.  What is it   13:30:45

11   you're after?  What are you -- what do you have in mind

12   for price discrimination against resellers?

13       Q  I'm asking you the question.  Did Apple, as

14   far as you have analyzed, price discriminate in any way

15   for resellers for retail --                               13:31:04

16           MS. SWEENEY:  Objection, vague and

17   ambiguous --

18   BY MR. MITTELSTAEDT:

19       Q  -- with regard to the price of iPods?

20           MS. SWEENEY:  -- compound.                        13:31:11

21           THE WITNESS:  In order to answer that question

22   I'd have to know something about costs that I don't

23   know.  It charges different prices for the same product

24   to different resellers, but whether that's

25   price -- that's why the question is impossible to answer 13:31:41

```
1    offsetting would be because you believed that part of
2    the story which was that the -- the failure to put the
3    firmware inside the Shuffle made it immune to the effect
4    of disabling Harmony in terms of its demand, all right.
5           So if you believe that's true then the -- then      15:02:45
6    the equation you'd estimate we'd just simply leave it
7    out, all the things that were affected by 7.0.
8       Q   But if you wanted to test to see if 7.0 had
9    any impact on the Shuffle, the way you would do it is to
10   leave 7.0 on and if you got a positive for 7.0 and a       15:03:05
11   larger negative for Shuffle, you would conclude that the
12   impact of 7.0 was to lower the price of the Shuffle.  In
13   other words, in the but-for world the price of the
14   Shuffle would be lower than it actually was in the real
15   world?                                                     15:03:26
16      A   Assuming they were statistically significantly
17   different, yes.
18          And --
19      Q   Go ahead.
20      A   This is -- you would have to -- you'd want to       15:03:52
21   see if the results were the same in both the reseller
22   and the direct market too, because again we're back to
23   the differences in the kind of customer base by reseller
24   versus the kind of customer base by Apple.
25      Q   And if they were the same, the results were         15:04:07
```

Page 199

```
 1     the same?
 2          A  I wouldn't anticipate they'd be the same, all
 3     right.  For the same reason we observe other differences
 4     in the coefficients between the new models.  That there
 5     are differences in the customer bases of the Apple,           15:04:18
 6     direct sales customers, versus the customers or the
 7     resellers.
 8          Q  Okay.  What -- let's talk about the but-for
 9     world.  What -- would you describe, the best you can,
10     what the but-for world that you're trying to model looks   15:04:35
11     like?
12          A  The but-for world is one in which everything
13     is exactly the same except 7.0 was -- the component of
14     7.0 that disabled Harmony would never happen.  In other
15     words, that the firmware change inside the new iPods and   15:04:53
16     the software change inside 7.0 re-established
17     incompatibility Harmony, that just never happened.
18          Q  Okay.
19          A  And everything else happened exactly as it
20     did.                                                        15:05:06
21          Q  So, for example, in the but-for world Harmony
22     would have continued to work for most iPods for the
23     installed base certainly?
24          A  It would -- well, yeah, it would have -- not
25     only for installed base, but for everything new.            15:05:18
```

Page 200

```
 1    Harmony would have continued to work for everything new.
 2         Q   Well, in the actual world after 7.0 Harmony
 3    continued to work for all iPods sold before 7.0,
 4    right?
 5         A   Yeah, but I think you might have gotten tongue    15:05:41
 6    twisted the way you asked it.  Yes, it would have.
 7    Harmony continued to work for old iPods.  It didn't work
 8    for new iPods.
 9         Q   Well, it continued to work, again in the real
10    world, on all existing models of iPod.  So, for example,  15:05:55
11    the Classic 5th generation was sold before 7.0 and
12    continued to be sold after 7.0.  Your understanding is
13    that Harmony continued to work on the Classic 5th
14    generation, correct?
15         A   I actually do not know that except for a          15:06:15
16    representation by a lawyer.  And because it isn't -- no
17    technical expert has testified about it and there's
18    never been a test, so I actually don't know whether
19    that's true.
20         Q   Did you read Mr. Martins' report?                 15:06:30
21         A   I read Mr. -- well, I have now.  I didn't read
22    it before I wrote mine, because mine was submitted
23    before his was written, so I didn't -- at the time I
24    wrote this I didn't -- I had no idea what he was going
25    to say about this.                                         15:06:43
```

Page 201

```
 1    class.  And the -- the observations of the individuals
 2    are not independent -- are not independent, because of
 3    the common treatment effects.  And that's -- that is the
 4    circumstance in which you do clustering.
 5         Q   Okay.  Did you test if the residuals of your        15:24:25
 6    regression for a given family and quarter were
 7    independent?
 8         A   Well, again, it's independent with respect to
 9    what?  So what you need to do is find out whether
10    there's some variable in the model that is correlated        15:24:40
11    with the residual errors.  And there are -- I have not
12    done it for the 50 variables that are in there.  I have
13    looked at it for the -- the 7.0 effect, but not for
14    anything else.
15         Q   You excluded dummy variables, indicator             15:24:58
16    variables, for the 65 and 106 models from both
17    regressions due to multicollinearity, right?
18         A   Yes.
19         Q   And why wasn't it enough to drop just one of
20    them?                                                        15:25:19
21         A   Because when -- if you didn't -- if you
22    dropped just one, you still had too high a correlation
23    among that set of variables.  You had to drop two in
24    order -- in order for that -- the equation to be
25    sufficiently estimated.                                      15:25:35
```

Page 216

```
 1         Q  And so you decided to drop the second one,
 2   because when you dropped just the first one the -- what
 3   was too high?
 4         A  Well, there's a correlation matrix among all
 5   the capacity variables.  And there -- there were --          15:25:52
 6   there was a subset that was extremely highly correlated,
 7   so we had to drop two of those three.
 8         Q  Well, what would have happened if you dropped
 9   just one?
10         A  The efficiency -- it's what I said earlier,         15:26:11
11   that the -- the mathematical procedure that's used to
12   estimate the regression coefficients would break down,
13   because the -- it's called singularity of the
14   observation matrix.  When you -- the way you actually
15   calculate a (inaudible) squared requires inverting a         15:26:26
16   matrix.  And if you can't invert it because it has too
17   many zeros in it, then the estimation of the
18   coefficients becomes highly inefficient.  You get large
19   standard errors and poorly estimated coefficients.
20         Q  Okay, in your regression for resellers you          15:26:44
21   excluded interaction between time and capacity
22   fifty-one-twenty even though you included the
23   fifty-one-twenty capacity?
24         A  Yes.
25         Q  Why did do that?                                    15:26:57
```

Page 217

1        A   Same reason, a multicollinearity problem.

2        Q   Determined how?

3        A   Same way.  There's a -- the -- there's high

4    correlation between that variable and other variable.

5        Q   Which other variable?                          15:27:10

6        A   I don't remember.

7        Q   Okay.  On your direct sales regression you

8    excluded the 160 capacity dummy and its interaction with

9    time.  For the 64 you excluded the capacity dummy, but

10   included its interaction with time.  Why did you treat   15:27:25

11   those differently?

12       A   Because one had a multicollinearity problem,

13   the other one didn't.  There's no reason other than a

14   statistical reason.  It's purely a statistical reason.

15       Q   Okay.  And I may have covered this, so I'm       15:27:38

16   sorry, but why did you not put a dummy variable for the

17   new version of Harmony?

18       A   The -- there's -- you can only slice up those

19   time sequences so many times before you -- you -- they

20   become so highly correlated you can't do anything.        15:28:00

21           And had -- had the case still been about 4.7 I

22   would have devoted a lot more thought and energy to

23   trying to tease out precisely what was the effect of 4.7

24   before and after the resurrection of Harmony, but

25   because it wasn't the case, 4.7 was no longer in the     15:28:19

```
 1   case, that's not where I wanted to waste my degrees of

 2   freedom and waste my freedom from multicollinearity, so

 3   I left it as simple as I possibly could.

 4           If we wanted to separate out the effect of 4.7

 5   before and after Harmony resurrection, then I would have      15:28:39

 6   to figure out some way to do it, and I'd probably have

 7   to drop some other variable.

 8        Q  Do you know what iTunes 4.8 did?

 9        A  I did at one point.  The reason for focusing

10   on 4.7 is -- my understanding is all the updates              15:28:55

11   subsequent to that had the same feature with respect to

12   Harmony and they either worked or didn't work depending

13   on the status of Harmony.

14        Q  If the transition to DRM-Free was gradual, how

15   do -- which indicator variable takes that into                15:29:11

16   account?

17        A  None.  It -- there's no way that I know of to

18   incorporate the January to March transition that is not

19   sort of arbitrary.  I can think of ways to do it, but

20   the data -- I don't have any data to do it any                15:29:26

21   reasonable way.

22        Q  How would you do it if you had the data?

23        A  Probably a piece-wise linear regression on the

24   fraction of sales that were accounted for by DRM-Free.

25   My -- my expectation from a theoretical perspective is        15:29:44
```

Page 219