# Exhibit L

```
 1            UNITED STATES DISTRICT COURT FOR THE
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4                          ---oOo---
```

```
 6   THE APPLE iPOD iTUNES ANTI-     No. C-050037-JW(RS)
     TRUST LITIGATION,
 7
 8   _____/
```

**DEPOSITION OF ROGER G. NOLL, Ph.D.**

```
17           Taken before EARLY K. LANGLEY, RPR, RMR
18                       CSR No. 3537
19                    September 19, 2008
```



One Kaiser Plaza, Suite 505
Oakland, California 94612
Ph  510-451-1580
Fax 510-451-3797
www.aikenwelch.com

Aiken Welch
COURT REPORTERS

1  sometimes the first person in line buys it for
2  whatever the retail price is and resells it on
3  eBay that day for two or three times while -- what
4  that person paid for it.
5         So the nature of consumer demand is that    10:25
6  some people have a high willingness to pay, some
7  people have a medium willingness to pay, some
8  people have a low willingness to pay.  The issue
9  is what is the actual market price and how did
10 that market price come about.                      10:26
11      Q.  Do you -- does it matter to your opinion
12 on the economics of this case whether a consumer
13 purchased an iPod based on that consumer's
14 evaluation of iPods versus competing products,
15 without regard to the availability of music from   10:26
16 Apple's music store?
17      A.  What is the -- what is essential for this
18 case to have any merit on the tying side has to do
19 with whether there is a substantial effect on the
20 demand for and price of iPods.                     10:26
21         And so the identity of a particular
22 consumer with respect to whether their objective
23 was getting access to digital downloads, on a
24 portable digital player is not what's relevant.
25 What's relevant is were there enough people in the 10:27

1 market who wanted to use it for that purpose such
2 that the tie enabled a firm with market power in
3 digital downloads to transfer that market power to
4 the portable digital media player and thereby
5 succeed in raising price in that second market and 10:27
6 did it, in fact, increase the demand for that
7 particular product because of its unique ability
8 to download things from the iTunes Music Store.
9     Q. Is that a "no" to the question?
10     A. Well, it's an explanation because it, you 10:27
11 know, "yes" or "no" doesn't -- I mean, you asked a
12 question about the specific consumers, and it's
13 markets that matter, not specific consumers.
14     So it has to be some consumers out there
15 bought it for the purpose of digital downloads. 10:28
16 It doesn't have to be all and I don't have to
17 identify some specific customer who bought it for
18 that purpose.
19 ==What's necessary is that it shifted the==
20 ==demand curve outward for iPods to have it be the== 10:28
21 ==only one that could access iTMS.== ==So it's==
22 ==something that the market level,== ==not the==
23 ==individual== -- the demand curve outward because of
24 its unique ability to access the iTunes Music
25 Store.

21

 1    Q. Okay. And what is the "it" there when you
 2    say it shifted --
 3    A. The fact that there was a differential
 4    ease of access that it was substantial between
 5    iPods and competing portable digital media    10:28
 6    players.
 7    Q. Okay. And that differential ease of
 8    access is the two extra steps, burning and
 9    ripping; correct?
10    A. The issue with -- yes. The issue is the    10:28
11    question -- the core question is whether that is
12    substantial enough to -- to be the equivalent of a
13    small but significant nontransitory increase in
14    price. That is to say, does it impose a cost that
15    is sufficient so that it affects peoples'    10:29
16    decisions about which portable digital media
17    player to buy.
18    Q. Okay. And, again, the "it" in that answer
19    is the two extra steps to get music from Apple's
20    music store to a competing player as opposed to an    10:29
21    iPod; is that correct?
22    A. There's that aspect to it, plus there's
23    also a potential issue about the quality of
24    reproduction arising from undertaking those steps.
25    Q. Okay. Do you hold the view that that type    10:29