# Exhibit L

1    UNITED STATES DISTRICT COURT FOR THE

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN JOSE DIVISION

4    ---oOo---                    COPY

5

6    THE APPLE iPOD iTUNES ANTI-        No. C-050037-JW(RS)
     TRUST LITIGATION,
7

8    _____/

9

10

11    DEPOSITION OF ROGER G. NOLL, Ph.D.

12

13

14

15

16

17    Taken before EARLY K. LANGLEY, RPR, RMR

18    CSR No. 3537

19    September 19, 2008

20

21

22

23

24    Aiken Welch    One Kaiser Plaza, Suite 505
      COURT          Oakland, California 94612
25    REPORTERS      Ph 510-451-1580
                     Fax 510-451-3797
                     www.aikenwelch.com

19

1   sometimes the first person in line buys it for

2   whatever the retail price is and resells it on

3   eBay that day for two or three times while -- what

4   that person paid for it.

5        So the nature of consumer demand is that      10:25

6   some people have a high willingness to pay, some

7   people have a medium willingness to pay, some

8   people have a low willingness to pay.  The issue

9   is what is the actual market price and how did

10  that market price come about.                      10:26

11  Q.  Do you -- does it matter to your opinion

12  on the economics of this case whether a consumer

13  purchased an iPod based on that consumer's

14  evaluation of iPods versus competing products,

15  without regard to the availability of music from    10:26

16  Apple's music store?

17  A.  What is the -- what is essential for this

18  case to have any merit on the tying side has to do

19  with whether there is a substantial effect on the

20  demand for and price of iPods.                      10:26

21       And so the identity of a particular

22  consumer with respect to whether their objective

23  was getting access to digital downloads, on a

24  portable digital player is not what's relevant.

25  What's relevant is were there enough people in the  10:27

1    market who wanted to use it for that purpose such
2    that the tie enabled a firm with market power in
3    digital downloads to transfer that market power to
4    the portable digital media player and thereby
5    succeed in raising price in that second market and   10:27
6    did it, in fact, increase the demand for that
7    particular product because of its unique ability
8    to download things from the iTunes Music Store.

9        Q.  Is that a "no" to the question?

10       A.  Well, it's an explanation because it, you   10:27
11   know, "yes" or "no" doesn't -- I mean, you asked a
12   question about the specific consumers, and it's
13   markets that matter, not specific consumers.

14            So it has to be some consumers out there
15   bought it for the purpose of digital downloads.     10:28
16   It doesn't have to be all and I don't have to
17   identify some specific customer who bought it for
18   that purpose.

19            What's necessary is that it shifted the
20   demand curve outward for iPods to have it be the    10:28
21   only one that could access iTMS.  So it's
22   something that the market level, not the
23   individual -- the demand curve outward because of
24   its unique ability to access the iTunes Music
25   Store.

1     Q.  Okay.  And what is the "it" there when you

2  say it shifted --

3     A.  The fact that there was a differential

4  ease of access that it was substantial between

5  iPods and competing portable digital media      10:28

6  players.

7     Q.  Okay.  And that differential ease of

8  access is the two extra steps, burning and

9  ripping; correct?

10     A.  The issue with -- yes.  The issue is the  10:28

11  question -- the core question is whether that is

12  substantial enough to -- to be the equivalent of a

13  small but significant nontransitory increase in

14  price.  That is to say, does it impose a cost that

15  is sufficient so that it affects peoples'      10:29

16  decisions about which portable digital media

17  player to buy.

18     Q.  Okay.  And, again, the "it" in that answer

19  is the two extra steps to get music from Apple's

20  music store to a competing player as opposed to an  10:29

21  iPod; is that correct?

22     A.  There's that aspect to it, plus there's

23  also a potential issue about the quality of

24  reproduction arising from undertaking those steps.

25     Q.  Okay.  Do you hold the view that that type  10:29