# Exhibit M
# Redacted



## SCM Non-Standard Agreement Summary

Date: 8/2/2007

Summary Prepared By:   Stephen Glaros

| | | | | | |
|---|---|---|---|---|---|
| Customer Name: | Target | | | | |
| Contract Type: | Reseller/DM | CCN: 20105 | Contract Version: | 09/06 | |
| Effective Date: | 8/2/2007 | Expiration Date: 4/30/2009 | | | |
| Eligible Purchasers: | Target | | | | |

Non-Standard Terms:
Target is requesting that their current Reseller and DM agreements be combined into one document. The following changes are:

1) All previous changes to the 02/05 version of the Reseller and DM Agreements negotiated between Apple and Target have been incorporated into one document.

2) Current iTunes Card terms and conditions remains a separate amendment to the Agreement (per customer's request.)

3) The following terms added below:

Section 1H. "Authorized Web Locations" means the web sites at which Reseller is authorized by Apple to maintain an Electronic Catalog for the purpose of reselling Apple Products to Customers.

Section 1I. "Catalog" means a magazine style booklet of high quality containing color photographs of Apple Products and information about purchase and use of such Products, typically provided to customers via the mail. Information includes possible configurations, specifications, and other related information necessary for an end-user to make an informed decision on the purchase of an Apple Product equivalent to the decision the customer could make by visiting a store location.

Section 1J. "Catalog Sales" means the promotion of Apple Products via Catalogs, the taking of orders for such Products via the telephone or other non-in person means, and fulfilling such orders via mail.

Section 1M. "Electronic Catalog" means an electronic catalog database featuring high quality color images of Apple Products and information about the purchase and use of such Products which is accessible via a web site. Information includes possible configurations, specifications, and other related information necessary for an end-user to make an informed decision on the purchase of an Apple Product equivalent to the decision the customer could make by visiting a store location.

Section 1P. "Web Sales" means the promotion of Products via Electronic Catalogs, the taking of orders for such Products via the web or telephone, and fulfilling such orders via mail.

CONFIDENTIAL - ATTORNEYS EYES ONLY                                           Apple_AllA_B_002371



## SCM Non-Standard Agreement Summary

Section 2, Appointment. Apple appoints Reseller as: (a) a limited and nonexclusive Authorized Apple Reseller for the resale of iPod and iPod accessories from Authorized Locations and (b) in the case of Reseller's Target.com web site, a limited and nonexclusive Authorized Apple Reseller for the resale of iPod and iPod accessories from Authorized Web Locations and Catalogs, to Customers for use within the United States in compliance with the terms of this Agreement; and Reseller accepts this appointment.

Section 3A, Scope of Authorization. The following is added to the section, "(b) in the case of Reseller's Target.com website, Authorized Web Locations and Catalogs.."

Section 3B, Scope of Authorization. This section is modified to read as follows, "To the best of its knowledge, Reseller will not sell, rent or lease Products: (i) for resale; (ii) for export outside the United States, either directly or indirectly; (iii) for use by public or private nonprofit educational institutions; or (iv) either through the Internet or direct mail order, or telephone sales (except through Web Sales and Catalog Sales)."

Section 5E, Purchases Directly from Apple. This is an new section to the Agreement, "Notwithstanding anything to the contrary in the iPod Practices and Procedures pertaining to returns allowance for Apple Products, [REDACTED]

Section 8A, Records, Inspections, and Reporting. The first sentence is modified to read as follows, "Reseller will provide to Apple a list of all Authorized Locations, Authorized Web Locations and Catalogs, and any other information that Apple may reasonably request, including sales and inventory reports in formats prescribed by Apple."

Section 13A, Term. "Unless terminated earlier as provided in this Agreement, the initial term of this Agreement will be from its effective date until April 30, 2009".

---

Miscellaneous Information/Notes for Database:

---

Approvals:

Preston Patton  
Name            Signed         [signature]        Date    8/2/07

Rev. 1         01/04

CONFIDENTIAL - ATTORNEYS EYES ONLY     Apple_AIIA_B_002372