# Exhibit P

# Redacted



# Authorized Apple Direct Marketing Reseller U.S. Sales Agreement (Apple CPU Authorization)

This Authorized Apple Direct Marketing Reseller U.S. Sales Agreement is made between Apple Computer, Inc., a California corporation located at 1 Infinite Loop, Cupertino, California 95014 ("Apple") and Amazon Fulfillment Services, Inc. a corporation, and its affiliates ("Reseller"), and is effective December 18, 2006 ("Effective Date").

## 1. Definitions.

When used in this Agreement, the following terms have the meanings specified below:

A. "Agreement" means collectively this Authorized Apple Direct Marketing Reseller U.S. Sales Agreement, any amendments or additions, and any documents or materials incorporated by reference, the Practices and Procedures, and Resellers Vendor Manual.

B. "Apple Marks" means trademarks, service marks, logos and product names owned by or licensed to Apple, and used on and in connection with Authorized Apple Products Lists, and the designation "Authorized Apple Reseller."

C. "Authorized Apple Direct Marketing Reseller" means a reseller of Apple Products with which Apple has an Authorized Apple Direct Marketing Reseller U.S. Sales Agreement in effect.

D. "Authorized Apple Price Lists" means the then-current lists of prices for Reseller's purchase of Products from Apple.

E. "Authorized Apple Products Lists" means the then-current lists of Products that Reseller is authorized by Apple to resell.

F. "Authorized Apple Wholesaler" means an entity authorized by Apple to resell Products to Reseller in the United States.

G. "Authorized Web Locations" means www.amazon.com and that features high quality color images of Apple Products and information about the purchase and use of such Products.

H. "Confidential Information" will have the definition set forth in the Nondisclosure Agreement between the parties dated February 19, 2001 ("NDA").

I. "Configure-To-Order Products" means Products available to Reseller only by special order.

J. "Customers" means the actual purchasers of the Products from Reseller on Reseller's website.

K. "Practices and Procedures" means the attached Apple policies, practices and programs that (i) govern Reseller's performance under this Agreement and its use of or activities under or with respect to any other Apple-provided resources and systems, and (ii) may be updated periodically by Apple at Apple's sole discretion upon prior written notice to Reseller.

L. "Products" means the Apple-CPU branded products, including Apple-branded laptops, desktops, servers, storage products, software and hardware accessories (such as keyboards, mice, displays and wireless products) and associated services (including but not limited to all packaging, tags, labels, containers, parts, materials, and other items used in connection with the goods and services) provided to Reseller under any purchase order. Apple may determine, in its so direction, which Apple products Reseller is authorized to resell to Customers, which will include products now or previously on the Authorized Apple Products Lists and Configure-to-Order Products that Reseller is authorized by Apple to resell to Customers, including, if applicable, factory refurbished, reseller conditioned, and used products. iPod and iPod accessories are excluded from this definition.

M. "Web Sales" means the promotion and sale of Products via Reseller's website at www.amazon.com.

## 2. Appointment.
Apple appoints Reseller as a limited and nonexclusive Authorized Apple Direct Marketing Reseller for the resale of Products from Authorized Web Locations to Customers in the United States in compliance with the terms of this Agreement: and Reseller accepts this appointment.

## 3. Scope of Authorization.

A. Reseller will purchase Products only from an Authorized Apple Wholesaler, on terms decided between the Reseller and the Authorized Apple Wholesaler, and if qualified, directly from Apple, except where Apple authorizes other purchases. Apple will not in any way be responsible or liable to Reseller for any act or omission by any Authorized Apple Wholesaler. Reseller will sell Products to Customers from Authorized Web Locations at prices determined solely by Reseller. Apple reserves the right to remove or add Products from the Authorized Apple Products Lists, restrict or otherwise limit Configure-To-Order Products, and change the Practices and Procedures and scope of Reseller's authorization at any time upon written notice. Reseller will have a commercially reasonable period of time to implement such changes by Apple, not to exceed thirty (30) days from the date of such notice.

B. Reseller will not intentionally sell, rent or lease Products: (i) for resale; (ii) for export outside the United States, either directly or indirectly; (iii) for use by public or private nonprofit educational institutions; (iv) in response to a Federal Government Contracting Officer's Notice of Intent to place a delivery order against the General Services Administration (GSA) Automatic Data Processing (ADP) Schedule as published in the Commerce Business Daily; or (v) subject to agreement by Reseller, to certain Apple customers participating in special programs and identified by Apple.

## 4. Reseller's Obligations.

A. Reseller shall act at all times and conduct its activities in a professional and competent manner. Reseller will actively promote and sell Products to Customers and maintain a high level of Customer satisfaction. Without limitation, Reseller will: (i) comply with all Practices and Procedures; (ii) promote the Products in a manner that maintains the good name and reputation of both Apple and the Products; (iii) provide to Customers a copy of any materials included by Apple in the Product packaging, including: (a) Apple's standard hardware Limited Warranty, (b) any warranties provided by vendors of products bundled with the Products, and (c) an end-user software license for software accompanying the Products; and (iv) not engage in any illegal, false or deceptive acts or practices with respect to Reseller's business activities.

B. Reseller will provide knowledgeable assistance to Customers and potential Customers in connection with the Products, including: if applicable, providing information and advice in the general use of Products. Reseller will provide each Customer with a bill of sale or other receipt that states the Customer's name and address, date of sale, and the address of the Authorized Web Location where the Products are sold.

C. Reseller will promptly notify Apple in writing of any suspected Product defect or safety issue.

---

Confidential                         Page 1                         SCM Rev 11/06
amazon.com



D. Reseller will not make any representations, warranties, or guarantees to Customers or to the trade with respect to the specifications, features, or capabilities of any Apple Products that are inconsistent with the product information provided by Apple to Reseller, including all warranties and disclaimers contained in such product information.

E. Reseller will maintain an Internet email address, which it will provide to Apple, and have Internet access at all times, subject to any technical difficulties that may arise. Reseller will make commercially reasonable efforts to access Apple's channel web sites on a periodic basis to ascertain whether Apple has modified any information that would affect Reseller's purchase authorization with Apple.

F. Reseller is exempt from sales and use taxes for its purchase of the Products. Upon Apple's request, Reseller will provide the applicable reseller exemption certificate to Apple.

G. 

**5. Purchases Directly from Apple.**
A. In order to qualify to purchase Products directly from Apple, Reseller must satisfy all requirements and perform all obligations of the Practices and Procedures applicable to or governing direct Reseller purchases of Products. Any order placed with Apple is subject to acceptance by Apple, and Apple may decline any order, in whole or in part, for any reason. Apple may cancel any accepted order prior to shipment upon notice to Reseller. Upon Reseller's authorization, Apple may make partial shipments of Reseller's orders and Reseller will not be liable for payment of Products not shipped. Apple will not be liable for any failure to ship complete orders. Apple will allocate its available inventory and make deliveries (including partial shipments) in its sole discretion and without liability to Reseller. Reseller acknowledges that Apple may choose to allocate available inventory to or among Apple's own retail and web-based stores, education customers, sales territories, other resellers, or otherwise, before Reseller, and that there may be delays in Apple's fulfillment of Reseller orders. Reseller will be invoiced separately for each partial shipment and will pay each invoice when due, without regard to subsequent deliveries. This Agreement does not commit Reseller to order or purchase any Products until Reseller issues, and Apple accepts, a purchase order. Each purchase order is a separate obligation of the Reseller affiliate that issues the purchase order. Once a purchase order is accepted by Apple, it becomes part of and subject to this Agreement.

B. Subject to Apple fulfilling backorders at the price originally agreed to by the parties in the applicable purchase order, the price for Products purchased directly from Apple will be the price on the applicable Authorized Apple Price List on the date that Apple ships the Products. Prices include standard freight and insurance using an Apple-selected carrier. Reseller will be invoiced upon shipment of Product and, provided Reseller is qualified for credit from Apple, such invoice will be due no later than thirty (30) days from the date of invoice. Apple reserves the right to change the Authorized Apple Price Lists and Reseller's credit terms at any time.

C. Reseller and Apple acknowledge that they have entered into this Agreement in reliance upon the provisions of this Agreement, particularly including (but not limited to) Sections 12 and 14A, and that the provisions of this Agreement form an essential basis of the bargain between the parties.

D. Title and risk of loss to all Product will pass to Reseller upon shipment from Apple's shipping location. For Products shipped pursuant to Apple's standard practices in all but the last week of every Apple fiscal quarter during the terms of this Agreement, Apple will issue credits or replace Products returned due to damage in transit or that are lost in transit. For Products shipped pursuant to Apple's standard practices in the last week of every Apple fiscal quarter during the term of this Agreement, Apple will not issue credits or replace Products returned due to damage in transit or that are lost in transit. Instead, Apple will provide third-party insurance for damaged or lost Products with Reseller named as the loss payee. When not shipping Products pursuant to Apple's standard practices but instead shipping via a carrier selected by Reseller, Apple will not issue credits or replace Products returned due to damage in transit or that are lost in transit.

E. If Apple initiates a Product recall or investigation into a Product defect, or if Apple receives notice from any governmental authority or from the manufacturer of the Product of a product defect, recall, or investigation, Apple will provide commercially reasonable written notice of such defect, recall or investigation to Reseller.

F. Apple has been provided with the Reseller Vendor Manual, which may be provided by copy or found on Reseller's extranet (which may be updated periodically by Reseller at Reseller's sole discretion upon prior written notice to Apple), and that contains Reseller's standard requirements for merchandise shipping, packaging and labeling, deliveries to fulfillment centers, submission of vendor product images for the Reseller web site, invoicing information, credit information, and quality assurance procedures. Apple will comply with the terms of the Vendor Manual, which are expressly incorporated herein.

**6. Confidentiality.** Both parties will comply with the terms of the NDA. Neither party will use the other's Confidential Information except as required to achieve the objectives of this Agreement, or will disclose such Confidential Information except to employees, agents or contractors who have a need to know or as required by law. Neither party will make any disclosure or statement of Confidential Information in connection with this Agreement or its subject matter without the other's prior written consent or as required by law.

**7. Limited Warranty to Reseller.**
A. Apple warrants that any Products purchased directly from Apple for resale to Customers according to this Agreement will conform to their general descriptions on the Authorized Apple Price Lists. Except for (a) defense and indemnity claims under Section 11 below, (b) personal injury or damage to property, and (c) recalls under Section 5(E) above, Reseller's sole and exclusive remedy for any breach of this warranty will be a credit to Reseller's account for such nonconforming Products that are returned to Apple.

B. Apple represents and warrants that (a) the Products are free from defects in title; and (b) to the best of Apple's actual, present knowledge, no Product will be (i) produced, manufactured, assembled, or packaged by forced, prison, or child (defined as age 14 or the minimum working age within the applicable jurisdiction, whichever is older) labor, or (ii) transshipped for the purpose of mislabeling, evading quota or country of origin restrictions, or avoiding compliance with labor laws, and Apple will furnish such documents as may reasonably be required to evidence such compliance.

C. Apple further represents and warrants that it has all the requisite power and authority, and all necessary authorizations, approvals, orders, licenses (including, without limitation, licenses or registrations as required to provide service contracts or extended warranties on Apple's Products) (the 'Licenses"),

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                 Apple_AIIA_B_003271



certificates and permits of and from regulatory or governmental officials, bodies and tribunals, that are necessary to conduct the business contemplated by this Agreement. Apple is in compliance with the terms and conditions of all such Licenses, and all requirements of law; all of the Licenses are valid and in full force and effect; and Apple has not received any notice of proceedings relating to the revocation or modification of any such Licenses. Apple will take all necessary steps as required by law to cause Reseller to be properly licensed, registered or otherwise authorized to conduct the business that is contemplated by this Agreement, including but not limited to causing Reseller to be licensed, registered or otherwise authorized to act as a sales representative for service contracts or extended warranties provided by Apple. Apple will supply any governmental authority with any information necessary to cause Reseller to be properly licensed, registered or otherwise authorized to conduct the business that is contemplated by this Agreement, and Apple will inform Reseller of any specific states where Reseller needs to be licensed, registered, or otherwise authorized to act as a sales representative for service contracts or extended warranties provided by Apple. Except for defense and indemnity claims under Section 11 below, Reseller's sole and exclusive remedy for Apple's breach of this Section 7C is to terminate the Agreement pursuant to Section 13 below.

D. APPLE MAKES NO OTHER WARRANTY TO RESELLER, EITHER EXPRESS OR IMPLIED, WITH RESPECT TO THE PRODUCTS. APPLE SPHCIFICALLY DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

8. Records, Inspections, and Reporting.
A. Resellers website at www.amazon.com is the Authorized Web Location under this Agreement. Reseller will provide any other information that Apple may reasonably request, including sales and inventory reports in formats agreed to by the parties (excluding Customer or other information protected by Reseller's privacy policy or that would be considered in violation of SEC or other applicable laws).

B. Reseller will maintain its records, contracts and accounts relating to the sale of Products for at least five (5) years. Upon Apple's reasonable request and subject to the terms of the NDA, during the term of this Agreement and for five (5) years after its expiration or termination, Reseller will promptly provide, at Apple's expense, copies of any requested records, financial statements (subject to any SEC restrictions, and excluding Customer or other information protected by Reseller's privacy policy or that would be considered in violation of other applicable laws.) and documents related to this Agreement to Apple.

C. Reseller will provide Apple with resale certificate numbers and any other documentation requested by taxing authorities to substantiate any claim of exemption from taxes, duties, or imposts.

9. Proprietary Rights.
A. Apple Marks
Subject to Reseller's compliance with the terms of this Agreement and Apple's policies and guidelines (including but not limited to Apple's trademark guidelines at http://www.apple.com/legal/trademark/guidelinesfor3rdpartics.html), as updated from time to time. Apple grants Reseller a privilege and worldwide, royalty free, limited license to use the Apple Marks and any applicable Product descriptions and Product Images, solely for the promotion and sale of Products under Reseller's appointment and for maintaining the Brand Page, except that Reseller shall not use or allow others to use any of the Apple Marks on any promotional merchandise such as key chains, mugs, or T-shirts unless such use is pursuant to Apple's written merchandising policies. No other rights to any Apple property or right is granted. Notwithstanding anything to the contrary in Apple's trademark guidelines, Apple acknowledges that Reseller may sell and display images of real apples and other products that resemble or simulate the appearance of apples. If Apple determines that Reseller has not followed the trademark guidelines, Apple will notify Reseller and the parties will work out an acceptable accommodation to address the issue, or Apple may terminate this Agreement pursuant to Section 13 below. Reseller agrees that Apple owns all rights in the Apple Marks, and that any use by Reseller shall inure to the benefit of Apple. Except as expressly permitted Apple trademark, service mark, logo, trade dress, design, "look and feel" (e.g. the design and layout of Apple's retail stores or websites, or the name under which Reseller does business), in any manner whatsoever, or act in any manner that implies an endorsement of Reseller by Apple. Reseller will not remove, obfuscate or add any mark to any materials provided by Apple or packaging for products on Authorized Apple Products Lists.

B. Software Rights
Reseller will not separate any software that is packaged with other Product, or such software's end-user license or warranties, from the Product. Reseller may distribute software that is incorporated in or packaged with other Product solely in connection with the authorized sale of such Product, and will have no other rights with respect to such software. Reseller will pass on to Customers any end-user software licenses included with the Product. Reseller will not disassemble, decompile, reverse engineer, copy, modify, create derivative works, or otherwise change any software or its form.

C. Apple Proprietary Customer Information
Reseller acknowledges that (i) Apple maintains customer information independently derived from numerous sources other than Reseller, including product registration and use of Apple's websites by customers and prospective customers; (ii) such customer information may be identical to information that Reseller has developed or maintains; and (iii) Apple has a proprietary interest in such customer information when derived from sources other than Reseller, whether or not Reseller has derived or maintains identical information. Reseller disclaims any interest whatsoever in Apple's proprietary customer information when derived from sources other than Reseller.

10. Insurance. Both parties agree to have a general liability group insurance policy, including coverage for premises liability, products, and completed operations. Certificates of Insurance will be made available to either party at their request. Both parties will have commercial general liability insurance, including but not limited to products, products/completed operations, broad form property damage, broad form blanket contractual, and personal injury liability. Minimum limits: $2,000,000 Each Occurrence and $2,000,000 General Aggregate. Insurance coverages outlined above will include an Additional Insured Endorsement indicating that Reseller and its affiliates and their respective officers, directors, employees, successors, assigns, licensees, distributors, contractors and agents have been included as an additional insured under Apple's policy. All policies will provide a 30-day advance written notice of cancellation or non-renewal. In addition, both parties shall have the option to provide self-insurance.

11. Indemnity.
A. If Reseller promptly notifies Apple in writing and gives Apple sole control over the defense and all related settlement negotiations, Apple will defend, hold harmless and indemnify Reseller and its affiliated companies and their respective officers, directors, employees, and agents against any loss, damage settlement, cost, expense, and any other liability (including but not limited to reasonable attorneys" fees and expenses and cost of investigation) arising as a result of any claim or threat of claim brought by a third party against Reseller to the extent based on an allegation that: (i) the marketing or licensed use of any Apple-branded Products sold by Reseller or software licensed by Apple that a Customer has paid to acquire infringes any U.S. patent, copyright, trademark, trade secret or other proprietary right of a third party, (ii) a defective Product

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                      Apple_AIIA_B_003272



directly or indirectly caused death or personal injury or tangible property damage (except to the extent based on Reseller's unauthorized alteration, modification, or changes to the Product or software that gave rise to such claim), (hi) any claim arising from misrepresentations relating to Apple Products made by Reseller in reliance on information, content, or other materials provided by, or made available to Reseller by Apple, its affiliates, agents or subcontractors (specifically including without limitation such claims in respect to any Apple Products whether purchased under this Agreement or otherwise, under Dowal v. Amazon.com, Inc., et al., Case No. CGC-030417080), or (iv) any claim arising from any actual or alleged failure by Apple to adhere to the laws of any state or the District of Columbia with respect to the sale or offering for sale of service contracts for the AppleCare Protection Plan, or any other service contracts offered by Apple, within a state or the District of Columbia.

B. Reseller will defend, hold harmless and indemnify Apple against any claim or threat of claim brought by a third party against Apple arising out of the grossly negligent acts or omissions of Reseller, its employees or agents, excluding acts or omissions expressly required or proscribed by this Agreement.

C. If either party seeks indemnification provided for in this section, each party seeking indemnification will cooperate with and provide reasonable assistance in the defense or settlement of any claim or legal proceeding. Reseller and Apple will not make public any terms, or the mere existence, of any settlements.

### 12. Limitation of Liability and Remedies.

The total liability of either party to the other on all claims of any kind under or related to this Agreement, whether in contract, warranty, tort, strict liability, statute, or otherwise, shall be limited to the total amounts paid by Reseller to Apple in the twelve (12) months prior to the date the initial claim is made against either party by the other or one hundred thousand dollars ($100,000), whichever is greater; provided that in no event shall all recoveries exceed three hundred thousand dollars ($300,000). IN NO EVENT, WHETHER AS A RESULT OF BREACH OF CONTRACT, WARRANTY, TORT, STRICT LIABILITY, STATUTE OR OTHERWISE, SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, CONSEQUENTIAL, INCIDENTAL OR INDIRECT DAMAGES (INCLUDING LOST BUSINESS PROFITS, LOSS OF DATA, INTERRUPTION IN USE, OR UNAVAILABILITY OF DATA) OR FOR PUNITIVE OR EXEMPLARY DAMAGES. The limitation in the preceding two sentences shall not apply to (i) defense and indemnity claims under Section 11, (ii) any claims by either party for misappropriation of the other party's intellectual property rights, including claims under Section 9, (iii) breaches of confidentiality obligations, (iv) the amount due from Reseller to Apple for Products or services purchased from Apple (v) personal injury or damage to property; or (vi) recalls under Section 5E above. The remedies set forth in this Agreement will be the parties' sole and exclusive remedies for any claim against the other under or related to this Agreement. Reseller waives and relinquishes any rights or claims under franchise, dealership, or other statutes, or at common law that would or might arise out of Apple's termination of this Agreement, Apple's refusal to accept Reseller's order, or Apple's refusal to renew or extend the term of this Agreement.

### 13. Term and Termination.

**A. Term**

Unless terminated earlier as provided in this Agreement, the initial term of this Agreement will be from its effective date until April 30, 2008.

**B. Termination**

This Agreement may be terminated as follows: (i) either party may terminate this Agreement at any time, with or without cause, on thirty (30) days' written notice of termination to the other party; and (ii) Apple may terminate this Agreement and any other active agreement with Reseller immediately and without any period to remedy, unless otherwise set forth in this Section if: (a) Reseller fails to fully perform any obligation under this Agreement or violates any Practice or Procedure, provided that Reseller has failed to remedy such failure or violation within thirty (30) days following written notice from Apple, (b) Reseller commits a felony or engages in any unlawful or unfair business practice, (c) there is a material change in or transfer of Reseller's management, ownership, control or business operations, or Reseller becomes affiliated, through common management, ownership, or control, with any person or entity that is unacceptable to Apple, (d) Reseller's actions expose or threaten to expose Apple to any liability, obligation, or violation of law, (e) Reseller fails to maintain sufficient net worth and working capital to meet its obligations, has a receiver or trustee appointed for its property, becomes insolvent or makes an assignment for the benefit of creditors, (f) Reseller closes its last Authorized Web Location, or (g) Reseller abandons this Agreement.

**C. Effect of Notice of Termination**

If either party gives notice of termination of this Agreement according to Section 13B(i): (i) Apple may refuse all or part of Reseller's purchase orders received by Apple after the date of notice of termination; (ii) Reseller will cease placing new orders for Products from any Authorized Apple Wholesaler; and (iii) Apple may restrict Reseller's use of any available promotional allowances. Reseller may continue to use the designation "Authorized Apple Reseller" until the effective date of termination and to sell any remaining inventory.

**D. Effect of Expiration or Termination**

Within ten (10) days after expiration or termination, Reseller will provide a list of all Products remaining and uncommitted in Reseller's inventory to Apple ("Inventory List"), and Apple agrees to purchase such Products, with the price determined by the parties. Upon Apple's acceptance of such Products, Apple will issue a credit to Reseller in the amount of Apple's purchase to offset any amount due Apple by Reseller or, if there is no amount due Apple by Reseller, Apple will pay Reseller forty-five (45) days from Apple's acceptance of Products. Furthermore, upon expiration or termination of this Agreement: (i) Reseller will immediately cease use of the Apple Marks and the designation "Authorized Apple Reseller", except to sell any remaining inventory, as set forth in Section 13.C; (ii) Apple will cancel all unshipped Product orders; (iii) Reseller will no longer accrue any promotional allowances or other available funds; and (iv) Apple and Reseller will return promptly to each other all property in the other's possession, such as loaned equipment and all material containing Confidential Information. If Reseller fails to comply with any provisions of Sections 13.C or 13.D, Apple is not obligated to refund amounts due Reseller. If any, until forty-five (45) days after Reseller has complied fully with Sections 13.C and 3.D.

**E. Survivorship**

Those sections that by their nature survive expiration or termination of this Agreement will survive expiration or termination, including without limitation Sections 5(E), 6, 7, 8, 9, 11, and 12.

### 14. General Terms.

**A. Governing Law; Venue; Limitation of Claims**

This Agreement will be governed and interpreted under the laws of New York, USA, without regard to its conflict of laws provisions. In the event of any dispute or controversy between the parties to this Agreement, the parties shall try to resolve the dispute in a fair and reasonable way. To that end, the parties shall first attempt to resolve such dispute or controversy through one senior management member of each party. If the parties' senior management members are unable to resolve such dispute or controversy within sixty (60) days after the complaining party's written notice to the other party of such dispute or controversy, either party may commence litigation.

CONFIDENTIAL - ATTORNEYS EYES ONLY                                 Apple_AIIA_B_003273



Notwithstanding the foregoing, each party shall have the right to seek equitable relief in order to protect any rights to confidentiality or intellectual property. The parties hereby waive any bond requirements for obtaining equitable relief. To the extent permitted by law, EACH PARTY HERETO HEREBY IRREVOCABLY WAIVES ALL RIGHT OF TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM (WHETHER OR NOT RELATING TO OR ARISING OUT OF THIS AGREEMENT).

**B. Notice**
Any notice under this Agreement, must be in writing and will be deemed given upon the earlier of actual receipt or ten (10) days after being sent by first class mail, return receipt requested, to the addresses set forth below, or as may be provided by the parties.

To Apple:
Apple Computer, Inc.
Sales Contracts Management
1 Infinite Loop, MS 38-2CM
Cupertino, CA 95014

To Reseller:
Amazon.com, Inc.
General Counsel
P.O. Box 81226, Seattle, WA 98108-1226

Either party may give notice of its change of address for receipt of notices by giving notice in accordance with this section.

**C. Severability**
If a court of competent jurisdiction holds that any provision of this Agreement is invalid or unenforceable, the remaining portions of this Agreement will remain in full force and effect, and the parties will replace the invalid or unenforceable provision with a valid and enforceable provision that achieves the original intent of the parties and economic effect of the Agreement.

**D. Headings and Construction**
Paragraph headings are for reference only and will not be considered as parts of this Agreement. Wherever the singular is used, it includes the plural, and wherever the plural is used, it includes the singular.

**E. Waivers**
A party's waiver of any breach by the other party or failure to enforce a remedy will not be considered a waiver of subsequent breaches of the same or of a different kind.

**F. Assignments and Other Material Business Changes**
Reseller may not assign, in whole or in part, this Agreement without Apple's prior written approval; provided, however, that Reseller may assign this Agreement, in whole or in part, to (a) an affiliate of Reseller (defined as an entity controlling, controlled by, or under common control with Amazon.com, Inc.); or (b) any entity that acquires all or substantially all of Reseller's assets as the result of an acquisition, merger, or otherwise.

**G. Relationship of Parties**
Reseller is an independent contractor, has no power or authority to bind Apple, and is contracting for certain goods and services. Nothing in this Agreement will be construed as creating any relationship such as employer-employee, principal-agent or franchisor-franchisee. Reseller acknowledges that Apple can sell Products directly to any person, including Customers.

**H. Entire Agreement**
Apple and Reseller acknowledge that this Agreement supersedes and extinguishes all previous agreements and representations of, between or on behalf of the parties with respect to its subject matter. This Agreement contains all of Apple's and Reseller's agreements, warranties, understandings, conditions, covenants, and representations with respect to its subject matter. Neither Apple nor Reseller will be liable for any agreements, warranties, understandings, conditions, covenants, or representations not expressly set forth or referenced in this Agreement. Either party may use standard business forms or other communications, but use of such forms is for convenience only and does not alter the provisions of this Agreement. NEITHER PARTY WILL BE BOUND BY, AND SPECIFICALLY OBJECTS TO, ANY PROVISION THAT IS DIFFERENT FROM OR IN ADDITION TO THIS AGREEMENT (WHETHER PROFFERED VERBALLY OR IN ANY QUOTATION, INVOICE, SHIPPING DOCUMENT, ACCEPTANCE, CONFIRMATION, CORRESPONDENCE, OR OTHERWISE), UNLESS SUCH PROVISION IS SPECIFICALLY AGREED TO IN WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THAT PARTY.

**I. Modifications**
Except as otherwise provided in this Agreement, no modification to this Agreement will be binding unless in writing and signed by an authorized representative of each party.

**J. Counterparts**
This Agreement may be executed in one or more counterparts (including by facsimile), each of which when so executed shall be deemed to be an original and shall have the same force and effect as an original but such counterparts together shall constitute one and the same instrument.

The duly authorized representatives of the parties execute this Agreement as of the dates set forth below.

| Reseller | Apple Computer, Inc. |
|---|---|
| SIGNATURE: *[signature]* | SIGNATURE: *[signature]* |
| PRINT NAME: Paul Ryder | PRINT NAME: Stephen Glaros |
| TITLE: V.P. CE | TITLE: Sr Contracts Program Manager |
| DATE: 12/14/06 | DEPT: Sales Contracts Management |
| | EFFECTIVE DATE: 12/18/06 |

CONFIDENTIAL - ATTORNEYS EYES ONLY                           Apple_AIIA_B_003274

Dec. 18. 2006  1:57PM   AMAZON DOT COM                              No. 5108   P. 1



## iTunes Gift Cards Amendment to the Authorized Apple Direct Marketing Reseller U.S. Sales Agreement (Apple CPU Authorization)

This iTunes Gift Cards Amendment to the Authorized Apple Direct Marketing Reseller U.S. Sales Agreement ("Amendment") amends the Authorized Apple Direct Marketing Reseller U.S. Sales Agreement ("Agreement") between Apple Computer, Inc., a California corporation located at 1 Infinite Loop, Cupertino, CA 95014 and:

Customer Name ("Reseller"):  Amazon.com

Address:  701 5th Ave

City, ST, Zip:  Seattle, WA, 98104

Unless separately defined herein, capitalized words used in this Amendment as defined terms shall have the same meaning herein as in the Agreement.

The parties hereby agree to the following changes:

1. This Amendment will expire on April 30, 2008 (the "Term"), unless the Agreement or this Amendment otherwise is terminated in accordance with the Agreement's termination provisions. The parties acknowledge and agree that Reseller may, after the expiration or termination of the Term, resell any Cards (as defined below) that are not resold or otherwise distributed during the Term.

2. Apple authorizes Reseller to resell iTunes Gift Cards ("Cards") to Customers within the fifty (50) United States and the District of Columbia, subject to the following conditions:

   A. Reseller may purchase Cards from Apple. Apple will not activate any Cards prior to Reseller's acceptance of each shipment of Cards from Apple. Reseller will provide Apple electronic confirmation of its acceptance of each shipment of Cards in a form on which Apple and Reseller will agree. Upon such confirmation, Apple will activate the Cards and notify Reseller electronically of such activation.

   B. 

   D. Title and risk of loss of Cards will pass to Reseller when Apple ships the Cards. All Card sales are final. Reseller may not return Cards for refund or credit at any time.

   E. Apple will provide all Customer support with respect to Cards.

4. Apple represents that Apple or its agents are the obligors of the Cards. Apple acknowledges and agrees that Reseller is not the obligor of any Card.

5. Apple will defend, indemnify and hold harmless Reseller from any claim arising from (i) any failure of Apple to comply with this Agreement or the terms and conditions of the Cards; (ii) any failure of Apple to properly redeem the cards purchased by Customers; (iii) any failure of Apple to comply with applicable laws, rules, regulations, and any other requirements of any governmental authority having jurisdiction; (iv) any claim by any third parties or governmental agencies related to unclaimed property claims related to the Cards; and (v) infringement or misappropriation by the Cards of any United States patent or copyright, or other proprietary right.

CONFIDENTIAL - ATTORNEYS EYES ONLY                         Apple_AIIA_B_003275



6. Other than to the extent there is a conflict between this Amendment and the Agreement, in which case this Amendment shall control, the Agreement and all of its provisions remain in full force and effect in accordance with their terms.

The duly authorized representatives of the parties execute this Amendment as of the dates set forth below.

| Reseller | Apple |
|---|---|
| SIGNATURE: | SIGNATURE: |
| PRINT NAME: Paul Ryder | PRINT NAME: Stephen Giaros |
| TITLE: V.P. Consumer Electronics | TITLE: Sr Contracts Program Manager |
| DATE: 12/14/06 | DEPT: Sales Contracts Management |
| | DATE: 12/18/06 |

CONFIDENTIAL - ATTORNEYS EYES ONLY                Apple_AIIA_B_003276



## Authorized Apple Direct Marketing Reseller U.S. Sales Agreement (iPod Authorization)

This Authorized Apple Direct Marketing Reseller U.S. Sales Agreement is made between Apple Computer, Inc., a California corporation located at 1 Infinite Loop, Cupertino, California 95014 ("Apple") and Amazon Fulfillment Services, Inc. a corporation, and its affiliates ("Reseller"), and is effective _____ ("Effective Date").

### 1. Definitions.
When used in this Agreement, the following terms have the meanings specified below:

A. "Agreement" means collectively this Authorized Apple Direct Marketing Reseller U.S. Sales Agreement, any amendments or additions, and any documents or materials incorporated by reference, the Practices and Procedures, and Resellers Vendor Manual.

B. "Apple Marks" means trademarks, service marks, logos and product names owned by or licensed to Apple, and used on and in connection with Authorized Apple Products Lists, and the designation "Authorized Apple Reseller."

C. "Authorized Apple Direct Marketing Reseller" means a reseller of Apple Products with which Apple has an Authorized Apple Direct Marketing Reseller U.S. Sales Agreement in effect.

D. "Authorized Apple Price Lists" means the then-current lists of prices for Reseller's purchase of Products from Apple.

E. "Authorized Apple Products Lists" means the then-current lists of Products that Reseller is authorized by Apple to resell.

F. "Authorized Apple Wholesaler" means an entity authorized by Apple to resell Products to Reseller in the United States.

G. "Authorized Web Locations" means www.amazon.com and that features high quality color images of Apple Products and information about the purchase and use of such Products.

H. "Confidential Information" will have the definition set forth in the Nondisclosure Agreement between the parties dated February 19, 2001 ("NDA").

I. "Customers" means the actual purchasers of the Products from Reseller on Reseller's website.

J. "Practices and Procedures" means the attached Apple policies, practices and programs that (i) govern Reseller's performance under this Agreement and its use of or activities under or with respect to any other Apple-provided resources and systems, and (ii) may be updated periodically by Apple at Apple's sole discretion upon prior written notice to Reseller.

K. "Products" means the iPod and iPod accessories and associated services (including but not limited to all packaging, tags, labels, containers, parts, materials, and other items used in connection with the goods and services) provided to Reseller under any purchase order. Apple may determine, in its so direction, which Apple products Reseller is authorized to resell to Customers, which will include products now or previously on the Authorized Apple Products Lists that Reseller is authorized by Apple to resell to Customers, including, if applicable, factory refurbished, reseller conditioned, and used products. Apple-branded CPU products, including Apple-branded laptops, desktops, servers, storage products, software and hardware accessories (such as keyboards, mice, displays and wireless products) are excluded from this definition.

L. "Web Sales" means the promotion and sale of Products via Reseller's website at www.amazon.com.

### 2. Appointment.
Apple appoints Reseller as a limited and nonexclusive Authorized Apple Direct Marketing Reseller for the resale of Products from Authorized Web Locations to Customers in the United States in compliance with the terms of this Agreement; and Reseller accepts this appointment.

### 3. Scope of Authorization.
A. Reseller will purchase Products only from an Authorized Apple Wholesaler, on terms decided between the Reseller and the Authorized Apple Wholesaler, and if qualified, directly from Apple, except where Apple authorizes other purchases. Apple will not in any way be responsible or liable to Reseller for any act or omission by any Authorized Apple Wholesaler. Reseller will sell Products to Customers from Authorized Web Locations at prices determined solely by Reseller. Apple reserves the right to remove or add Products from the Authorized Apple Products Lists, and change the Practices and Procedures and scope of Reseller's authorization at any time upon written notice. Reseller will have a commercially reasonable period of time to implement such changes by Apple, not to exceed thirty (30) days from the date of such notice.

B. Reseller will not intentionally sell, rent or lease Products: (i) for resale; (ii) for export outside the United States, either directly or indirectly; (iii) for use by public or private nonprofit educational institutions; (iv) in response to a Federal Government Contracting Officer's Notice of Intent to place a delivery order against the General Services Administration (GSA) Automatic Data Processing (ADP) Schedule as published in the Commerce Business Daily; or (v) subject to agreement by Reseller, to certain Apple customers participating in special programs and identified by Apple.

### 4. Reseller's Obligations.
A. Reseller shall act at all times and conduct its activities in a professional and competent manner. Reseller will actively promote and sell Products to Customers and maintain a high level of Customer satisfaction. Without limitation, Reseller will: (i) comply with all Practices and Procedures; (ii) promote the Products in a manner that maintains the good name and reputation of both Apple and the Products; (iii) provide to Customers a copy of any materials included by Apple in the Product packaging, including: (a) Apple's standard hardware Limited Warranty, (b) any warranties provided by vendors of products bundled with the Products, and (c) an end-user software license for software accompanying the Products; and (iv) not engage in any illegal, false or deceptive acts or practices with respect to Reseller's business activities.

B. Reseller will provide knowledgeable assistance to Customers and potential Customers in connection with the Products, including: if applicable, providing information and advice in the general use of Products. Reseller will provide each Customer with a bill of sale or other receipt that states the Customer's name and address, date of sale, and the address of the Authorized Web Location where the Products are sold.

C. Reseller will promptly notify Apple in writing of any suspected Product defect or safety issue.

D. Reseller will not make any representations, warranties, or guarantees to Customers or to the trade with respect to the specifications, features, or capabilities of any Apple Products that are inconsistent with the product information provided by Apple to Reseller, including all warranties and disclaimers contained in such product information.

CONFIDENTIAL - ATTORNEYS EYES ONLY                        Apple_AIIA_B_003277



E. Reseller will maintain an Internet email address, which it will provide to Apple, and have Internet access at all times, subject to any technical difficulties that may arise. Reseller will make commercially reasonable efforts to access Apple's channel web sites on a periodic basis to ascertain whether Apple has modified any information that would affect Reseller's purchase authorization with Apple.

F. Reseller is exempt from sales and use taxes for its purchase of the Products. Upon Apple's request, Reseller will provide the applicable reseller exemption certificate to Apple.

G. 

### 5. Purchases Directly from Apple.

A. In order to qualify to purchase Products directly from Apple, Reseller must satisfy all requirements and perform all obligations of the Practices and Procedures applicable to or governing direct Reseller purchases of Products. Any order placed with Apple is subject to acceptance by Apple, and Apple may decline any order, in whole or in part, for any reason. Apple may cancel any accepted order prior to shipment upon notice to Reseller. Upon Reseller's authorization, Apple may make partial shipments of Reseller's orders and Reseller will not be liable for payment of Products not shipped. Apple will not be liable for any failure to ship complete orders. Apple will allocate its available inventory and make deliveries (including partial shipments) in its sole discretion and without liability to Reseller. Reseller acknowledges that Apple may choose to allocate available inventory to or among Apple's own retail and web-based stores, education customers, sales territories, other resellers, or otherwise, before Reseller, and that there may be delays in Apple's fulfillment of Reseller orders. Reseller will be invoiced separately for each partial shipment and will pay each invoice when due, without regard to subsequent deliveries. This Agreement does not commit Reseller to order or purchase any Products until Reseller issues, and Apple accepts, a purchase order. Each purchase order is a separate obligation of the Reseller affiliate that issues the purchase order. Once a purchase order is accepted by Apple, it becomes part of and subject to this Agreement.

B. Subject to Apple fulfilling backorders at the price originally agreed to by the parties in the applicable purchase order, the price for Products purchased directly from Apple will be the price on the applicable Authorized Apple Price List on the date that Apple ships the Products. Prices include standard freight and insurance using an Apple-selected carrier. Reseller will be invoiced upon shipment of Product and, provided Reseller is qualified for credit from Apple, such invoice will be due no later than thirty (30) days from the date of invoice. Apple reserves the right to change the Authorized Apple Price Lists and Reseller's credit terms at any time.

C. Reseller and Apple acknowledge that they have entered into this Agreement in reliance upon the provisions of this Agreement, particularly including (but not limited to) Sections 12 and 14A, and that the provisions of this Agreement form an essential basis of the bargain between the parties.

D. Title and risk of loss to all Product will pass to Reseller upon shipment from Apple's shipping location. For Products shipped pursuant to Apple's standard practices in all but the last week of every Apple fiscal quarter during the terms of this Agreement, Apple will issue credits or replace Products returned due to damage in transit or that are lost in transit. For Products shipped pursuant to Apple's standard practices in the last week of every Apple fiscal quarter during the term of this Agreement, Apple will not issue credits or replace Products returned due to damage in transit or that are lost in transit. Instead, Apple will provide third-party insurance for damaged or lost Products with Reseller named as the loss payee. When not shipping Products pursuant to Apple's standard practices but instead shipping via a carrier selected by Reseller, Apple will not issue credits or replace Products returned due to damage in transit or that are lost in transit.

E. If Apple initiates a Product recall or investigation into a Product defect, or if Apple receives notice from any governmental authority or from the manufacturer of the Product of a product defect, recall, or investigation, Apple will provide commercially reasonable written notice of such defect, recall or investigation to Reseller.

F. Apple has been provided with the Reseller Vendor Manual, which may be provided by copy or found on Reseller's extranet (which may be updated periodically by Reseller at Reseller's sole discretion upon prior written notice to Apple), and that contains Reseller's standard requirements for merchandise shipping, packaging and labeling, deliveries to fulfillment centers, submission of vendor product images for the Reseller web site, invoicing information, credit information, and quality assurance procedures. Apple will comply with the terms of the Vendor Manual, which are expressly incorporated herein.

### 6. Confidentiality.
Both parties will comply with the terms of the NDA. Neither party will use the other's Confidential Information except as required to achieve the objectives of this Agreement, or will disclose such Confidential Information except to employees, agents or contractors who have a need to know or as required by law. Neither party will make any disclosure or statement of Confidential Information in connection with this Agreement or its subject matter without the other's prior written consent or as required by law.

### 7. Limited Warranty to Reseller.

A. Apple warrants that any Products purchased directly from Apple for resale to Customers according to this Agreement will conform to their general descriptions on the Authorized Apple Price Lists. Except for (a) defense and indemnity claims under Section 11 below, (b) personal injury or damage to property, and (c) recalls under Section 5(E) above, Reseller's sole and exclusive remedy for any breach of this warranty will be a credit to Reseller's account for such nonconforming Products that are returned to Apple.

B. Apple represents and warrants that (a) the Products are free from defects in title; and (b) to the best of Apple's actual, present knowledge, no Product will be (i) produced, manufactured, assembled, or packaged by forced, prison, or child (defined as age 14 or the minimum working age within the applicable jurisdiction, whichever is older) labor, or (ii) transshipped for the purpose of mislabeling, evading quota or country of origin restrictions, or avoiding compliance with labor laws, and Apple will furnish such documents as may reasonably be required to evidence such compliance.

C. Apple further represents and warrants that it has all the requisite power and authority, and all necessary authorizations, approvals, orders, licenses (including, without limitation, licenses or registrations as required to provide service contracts or extended warranties on Apple's Products) (the 'Licenses"), certificates and permits of and from regulatory or governmental officials, bodies and tribunals, that are necessary to conduct the business contemplated by this Agreement. Apple is in compliance with the terms and conditions of all such Licenses, and all requirements of law; all of the Licenses are valid and in full force and effect; and Apple has not received any notice of proceedings relating to the revocation or modification of any

CONFIDENTIAL - ATTORNEYS EYES ONLY                                          Apple_AIIA_B_003278



such Licenses. Apple will take all necessary steps as required by law to cause Reseller to be properly licensed, registered or otherwise authorized to conduct the business that is contemplated by this Agreement, including but not limited to causing Reseller to be licensed, registered or otherwise authorized to act as a sales representative for service contracts or extended warranties provided by Apple. Apple will supply any governmental authority with any information necessary to cause Reseller to be properly licensed, registered or otherwise authorized to conduct the business that is contemplated by this Agreement, and Apple will inform Reseller of any specific states where Reseller needs to be licensed, registered, or otherwise authorized to act as a sales representative for service contracts or extended warranties provided by Apple. Except for defense and indemnity claims under Section 11 below, Reseller's sole and exclusive remedy for Apple's breach of this Section 7C is to terminate the Agreement pursuant to Section 13 below.

D. APPLE MAKES NO OTHER WARRANTY TO RESELLER, EITHER EXPRESS OR IMPLIED, WITH RESPECT TO THE PRODUCTS. APPLE SPHC1FICALLY DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

8. Records, Inspections, and Reporting.
A. Resellers website at www.amazon.com is the Authorized Web Location under this Agreement. Reseller will provide any other information that Apple may reasonably request, including sales and inventory reports in formats agreed to by the parties (excluding Customer or other information protected by Reseller's privacy policy or that would be considered in violation of SEC or other applicable laws).

B. Reseller will maintain its records, contracts and accounts relating to the sale of Products for at least five (5) years. Upon Apple's reasonable request and subject to the terms of the NDA, during the term of this Agreement and for five (5) years after its expiration or termination, Reseller will promptly provide, at Apple's expense, copies of any requested records, financial statements (subject to any SEC restrictions, and excluding Customer or other information protected by Reseller's privacy policy or that would be considered in violation of other applicable laws.) and documents related to this Agreement to Apple.

C. Reseller will provide Apple with resale certificate numbers and any other documentation requested by taxing authorities to substantiate any claim of exemption from taxes, duties, or imposts.

9. Proprietary Rights.
A. Apple Marks
Subject to Reseller's compliance with the terms of this Agreement and Apple's policies and guidelines (including but not limited to Apple's trademark guidelines at http://www.apple.com/legal/trademark/guidelinesfor3rdpartics.html), as updated from time to time. Apple grants Reseller a privilege and worldwide, royalty free, limited license to use the Apple Marks and any applicable Product descriptions and Product images, solely for the promotion and sale of Products under Reseller's appointment and for maintaining the Brand Page, except that Reseller shall not use or allow others to use any of the Apple Marks on any promotional merchandise such as key chains, mugs, or T-shirts unless such use is pursuant to Apple's written merchandising policies. No other rights to any Apple property or right is granted. Notwithstanding anything to the contrary in Apple's trademark guidelines, Apple acknowledges that Reseller may sell and display images of real apples and other products that resemble or simulate the appearance of apples. If Apple determines that Reseller has not followed the trademark guidelines, Apple will notify Reseller and the parties will work out an acceptable accommodation to address the issue, or Apple may terminate this Agreement pursuant to Section 13 below. Reseller agrees that Apple owns all rights in the Apple Marks, and that any use by Reseller shall inure to the benefit of Apple. Except as expressly permitted Apple trademark, service mark, logo, trade dress, design, "look and feel" (e.g. the design and layout of Apple's retail stores or websites, or the name under which Reseller does business), in any manner whatsoever, or act in any manner that implies an endorsement of Reseller by Apple. Reseller will not remove, obfuscate or add any mark to any materials provided by Apple or packaging for products on Authorized Apple Products Lists.

B. Software Rights
Reseller will not separate any software that is packaged with other Product, or such software's end-user license or warranties, from the Product. Reseller may distribute software that is incorporated in or packaged with other Product solely in connection with the authorized sale of such Product, and will have no other rights with respect to such software. Reseller will pass on to Customers any end-user software licenses included with the Product. Reseller will not disassemble, decompile, reverse engineer, copy, modify, create derivative works, or otherwise change any software or its form.

C. Apple Proprietary Customer Information
Reseller acknowledges that (i) Apple maintains customer information independently derived from numerous sources other than Reseller, including product registration and use of Apple's websites by customers and prospective customers; (ii) such customer information may be identical to information that Reseller has developed or maintains; and (iii) Apple has a proprietary interest in such customer information when derived from sources other than Reseller, whether or not Reseller has derived or maintains identical information. Reseller disclaims any interest whatsoever in Apple's proprietary customer information when derived from sources other than Reseller.

10. Insurance. Both parties agree to have a general liability group insurance policy, including coverage for premises liability, products, and completed operations. Certificates of Insurance will be made available to either party at their request. Both parties will have commercial general liability insurance, including but not limited to products, products/completed operations, broad form property damage, broad form blanket contractual, and personal injury liability. Minimum limits: $2,000,000 Each Occurrence and $2,000,000 General Aggregate. Insurance coverages outlined above will include an Additional Insured Endorsement indicating that Reseller and its affiliates and their respective officers, directors, employees, successors, assigns, licensees, distributors, contractors and agents have been included as an additional insured under Apple's policy. All policies will provide a 30-day advance written notice of cancellation or non-renewal. In addition, both parties shall have the option to provide self-insurance.

11. Indemnity.
A. If Reseller promptly notifies Apple in writing and gives Apple sole control over the defense and all related settlement negotiations, Apple will defend, hold harmless and indemnify Reseller and its affiliated companies and their respective officers, directors, employees, and agents against any loss, damage settlement, cost, expense, and any other liability (including but not limited to reasonable attorneys' fees and expenses and cost of investigation) arising as a result of any claim or threat of claim brought by a third party against Reseller to the extent based on an allegation that: (i) the marketing or licensed use of any Apple-branded Products sold by Reseller or software licensed by Apple that a Customer has paid to acquire infringes any U.S. patent, copyright, trademark, trade secret or other proprietary right of a third party, (ii) a defective Product directly or indirectly caused death or personal injury or tangible property damage (except to the extent based on Reseller's unauthorized alteration, modification, or changes to the Product or software that gave rise to such claim), (hi) any claim arising from misrepresentations relating to Apple Products made by Reseller in reliance on information, content, or other materials provided by, or made available to Reseller by Apple,



its affiliates, agents or subcontractors (specifically including without limitation such claims in respect to any Apple Products whether purchased under this Agreement or otherwise, under Dowal v. Amazon.com, Inc., et al., Case No. CGC-030417080), or (iv) any claim arising from any actual or alleged failure by Apple to adhere to the laws of any state or the District of Columbia with respect to the sale or offering for sale of service contracts for the AppleCare Protection Plan, or any other service contracts offered by Apple, within a state or the District of Columbia.

B. Reseller will defend, hold harmless and indemnify Apple against any claim or threat of claim brought by a third party against Apple arising out of the grossly negligent acts or omissions of Reseller, its employees or agents, excluding acts or omissions expressly required or proscribed by this Agreement.

C. If either party seeks indemnification provided for in this section, each party seeking indemnification will cooperate with and provide reasonable assistance in the defense or settlement of any claim or legal proceeding. Reseller and Apple will not make public any terms, or the mere existence, of any settlements.

### 12. Limitation of Liability and Remedies.

The total liability of either party to the other on all claims of any kind under or related to this Agreement, whether in contract, warranty, tort, strict liability, statute, or otherwise, shall be limited to the total amounts paid by Reseller to Apple in the twelve (12) months prior to the date the initial claim is made against either party by the other or one hundred thousand dollars ($100,000), whichever is greater; provided that in no event shall all recoveries exceed three hundred thousand dollars ($300,000). IN NO EVENT, WHETHER AS A RESULT OF BREACH OF CONTRACT, WARRANTY, TORT, STRICT LIABILITY, STATUTE OR OTHERWISE, SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, CONSEQUENTIAL, INCIDENTAL OR INDIRECT DAMAGES (INCLUDING LOST BUSINESS PROFITS, LOSS OF DATA, INTERRUPTION IN USE, OR UNAVAILABILITY OF DATA) OR FOR PUNITIVE OR EXEMPLARY DAMAGES. The limitation in the preceding two sentences shall not apply to (i) defense and indemnity claims under Section 11, (ii) any claims by either party for misappropriation of the other party's intellectual property rights, including claims under Section 9, (iii) breaches of confidentiality obligations, (iv) the amount due from Reseller to Apple for Products or services purchased from Apple (v) personal injury or damage to property; or (vi) recalls under Section 5E above. The remedies set forth in this Agreement will be the parties' sole and exclusive remedies for any claim against the other under or related to this Agreement. Reseller waives and relinquishes any rights or claims under franchise, dealership, or other statutes, or at common law that would or might arise out of Apple's termination of this Agreement, Apple's refusal to accept Reseller's order, or Apple's refusal to renew or extend the term of this Agreement.

### 13. Term and Termination.

A. Term
Unless terminated earlier as provided in this Agreement, the initial term of this Agreement will be from its effective date until April 30, 2008.

B. Termination
This Agreement may be terminated as follows: (i) either party may terminate this Agreement at any time, with or without cause, on thirty (30) days' written notice of termination to the other party; and (ii) Apple may terminate this Agreement and any other active agreement with Reseller immediately and without any period to remedy, unless otherwise set forth in this Section if: (a) Reseller fails to fully perform any obligation under this Agreement or violates any Practice or Procedure, provided that Reseller has failed to remedy such failure or violation within thirty (30) days following written notice from Apple, (b) Reseller commits a felony or engages in any unlawful or unfair business practice, (c) there is a material change in or transfer of Reseller's management, ownership, control or business operations, or Reseller becomes affiliated, through common management, ownership, or control, with any person or entity that is unacceptable to Apple, (d) Reseller's actions expose or threaten to expose Apple to any liability, obligation, or violation of law, (e) Reseller fails to maintain sufficient net worth and working capital to meet its obligations, has a receiver or trustee appointed for its property, becomes insolvent or makes an assignment for the benefit of creditors, (f) Reseller closes its last Authorized Web Location, or (g) Reseller abandons this Agreement.

C. Effect of Notice of Termination
If either party gives notice of termination of this Agreement according to Section 13B(i): (i) Apple may refuse all or part of Reseller's purchase orders received by Apple after the date of notice of termination; (ii) Reseller will cease placing new orders for Products from any Authorized Apple Wholesaler; and (iii) Apple may restrict Reseller's use of any available promotional allowances. Reseller may continue to use the designation "Authorized Apple Reseller" until the effective date of termination and to sell any remaining inventory.

D. Effect of Expiration or Termination
Within ten (10) days after expiration or termination, Reseller will provide a list of all Products remaining and uncommitted in Reseller's inventory to Apple ("Inventory List"), and Apple agrees to purchase such Products, with the price determined by the parties. Upon Apple's acceptance of such Products, Apple will issue a credit to Reseller in the amount of Apple's purchase to offset any amount due Apple by Reseller or, if there is no amount due Apple by Reseller, Apple will pay Reseller forty-five (45) days from Apple's acceptance of Products. Furthermore, upon expiration or termination of this Agreement: (i) Reseller will immediately cease use of the Apple Marks and the designation "Authorized Apple Reseller", except to sell any remaining inventory, as set forth in Section 13.C; (ii) Apple will cancel all unshipped Product orders; (iii) Reseller will no longer accrue any promotional allowances or other available funds; and (iv) Apple and Reseller will return promptly to each other all property in the other's possession, such as loaned equipment and all material containing Confidential Information. If Reseller fails to comply with any provisions of Sections 13.C or 13.D, Apple is not obligated to refund amounts due Reseller. If any, until forty-five (45) days after Reseller has complied fully with Sections 13.C and 3.D.

E. Survivorship
Those sections that by their nature survive expiration or termination of this Agreement will survive expiration or termination, including without limitation Sections 5(E), 6, 7, 8, 9, 11, and 12.

### 14. General Terms.

A. Governing Law; Venue; Limitation of Claims
This Agreement will be governed and interpreted under the laws of New York, USA, without regard to its conflict of laws provisions. In the event of any dispute or controversy between the parties to this Agreement, the parties shall try to resolve the dispute in a fair and reasonable way. To that end, the parties shall first attempt to resolve such dispute or controversy through one senior management member of each party. If the parties' senior management members are unable to resolve such dispute or controversy within sixty (60) days after the complaining party's written notice to the other party of such dispute or controversy, either party may commence litigation. Notwithstanding the foregoing, each party shall have the right to seek equitable relief in order to protect any rights to confidentiality or intellectual property. The parties hereby waive any bond requirements for obtaining equitable relief. To the extent permitted by law, EACH PARTY HERETO HEREBY IRREVOCABLY WAIVES ALL RIGHT OF TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM (WHETHER OR NOT

Dec. 18. 2006 2:16PM   AMAZON DOT COM                                    No. 5109  P. 10/10



RELATING TO OR ARISING OUT OF THIS AGREEMENT).

**B. Notice**
Any notice under this Agreement, must be in writing and will be deemed given upon the earlier of actual receipt or ten (10) days after being sent by first class mail, return receipt requested, to the addresses set forth below, or as may be provided by the parties.

To Apple:
Apple Computer, Inc.
Sales Contracts Management
1 Infinite Loop, MS 38-2CM
Cupertino, CA 95014

To Reseller:
Arnazon.com, Inc.
General Counsel
P.O. Box 81226, Seattle, WA 98108-1226

Either party may give notice of its change of address for receipt of notices by giving notice in accordance with this section.

**C. Severability**
If a court of competent jurisdiction holds that any provision of this Agreement is invalid or unenforceable, the remaining portions of this Agreement will remain in full force and effect, and the parties will replace the invalid or unenforceable provision with a valid and enforceable provision that achieves the original intent of the parties and economic effect of the Agreement.

**D. Headings and Construction**
Paragraph headings are for reference only and will not be considered as parts of this Agreement. Wherever the singular is used, it includes the plural, and wherever the plural is used, it includes the singular.

**E. Waivers**
A party's waiver of any breach by the other party or failure to enforce a remedy will not be considered a waiver of subsequent breaches of the same or of a different kind.

**F. Assignments and Other Material Business Changes**
Reseller may not assign, in whole or in part, this Agreement without Apple's prior written approval; provided, however, that Reseller may assign this Agreement, in whole or in part, to (a) an affiliate of Reseller (defined as an entity controlling, controlled by, or under common control with Amazon.com, Inc.); or (b) any entity that acquires all or substantially all of Reseller's assets as the result of an acquisition, merger, or otherwise.

**G. Relationship of Parties**
Reseller is an independent contractor, has no power or authority to bind Apple, and is contracting for certain goods and services. Nothing in this Agreement will be construed as creating any relationship such as employer-employee, principal-agent or franchisor-franchisee. Reseller acknowledges that Apple can sell Products directly to any person, including Customers.

**H. Entire Agreement**
Apple and Reseller acknowledge that this Agreement supersedes and extinguishes all previous agreements and representations of, between or on behalf of the parties with respect to its subject matter. This Agreement contains all of Apple's and Reseller's agreements, warranties, understandings, conditions, covenants, and representations with respect to its subject matter. Neither Apple nor Reseller will be liable for any agreements, warranties, understandings, conditions, covenants, or representations not expressly set forth or referenced in this Agreement. Either party may use standard business forms or other communications, but use of such forms is for convenience only and does not alter the provisions of this Agreement. NEITHER PARTY WILL BE BOUND BY, AND SPECIFICALLY OBJECTS TO, ANY PROVISION THAT IS DIFFERENT FROM OR IN ADDITION TO THIS AGREEMENT (WHETHER PROFFERED VERBALLY OR IN ANY QUOTATION, INVOICE, SHIPPING DOCUMENT, ACCEPTANCE, CONFIRMATION, CORRESPONDENCE, OR OTHERWISE), UNLESS SUCH PROVISION IS SPECIFICALLY AGREED TO IN WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THAT PARTY.

**I. Modifications**
Except as otherwise provided in this Agreement, no modification to this Agreement will be binding unless in writing and signed by an authorized representative of each party.

**J. Counterparts**
This Agreement may be executed in one or more counterparts (including by facsimile), each of which when so executed shall be deemed to be an original and shall have the same force and effect as an original but such counterparts together shall constitute one and the same instrument.

The duly authorized representatives of the parties execute this Agreement as of the dates set forth below.

| Reseller | Apple Computer, Inc. |
|---|---|
| SIGNATURE: *[signed]* | SIGNATURE: *[signed]* |
| PRINT NAME: Paul Ryder | PRINT NAME: Stephen Giaros |
| TITLE: V.P. CE. | TITLE: Sr Contracts Program Manager |
| DATE: 12/14/06 | DEPT: Sales Contracts Management |
| | EFFECTIVE DATE: 12/18/06 |

CONFIDENTIAL - ATTORNEYS EYES ONLY                         Apple_AIIA_B_003281