1 | William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
2 | Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
3 | Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
4 | BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
5 | Washington, DC 20015
Telephone: (202) 237-2727
6 | Facsimile: (202) 237-6131

7 | John F. Cove, Jr. #212213
(jcove@bsfllp.com)
8 | Kieran P. Ringgenberg #208600
(kringgenberg@bsfllp.com)
9 | Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
10 | BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
11 | Oakland, CA 94612
Telephone: (510) 874-1000
12 | Facsimile: (510) 874-1460

13 | David C. Kiernan #215335
(dkiernan@jonesday.com)
14 | JONES DAY
555 California Street, 26th Floor
15 | San Francisco, CA 94104
Telephone: (415) 626-3939
16 | Facsimile: (415) 875-5700

17 | *Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>―――――――――――――――――<br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION]<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 1, 4th Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |

Apple respectfully submits this Administrative Motion for leave to file under seal Exhibit D of the Kieran P. Ringgenberg Declaration in Support of (1) Apple's Opposition to Motion to Add Class Representative and (2) Apple's Motion for Decertification of Rule 23(b)(3) Class ("Exhibit D"). Dkt. No. 891-4.[1] Apple brings this motion pursuant to N.D. Cal. Civil Local Rules 7-11 and 79-5, and the June 13, 2007 Stipulated Protective Order Regarding Confidential Information ("Protective Order") (Dkt. No. 112), and is accompanied by the Declaration of Kieran P. Ringgenberg in Support of Apple's Administrative Motion to File Documents Under Seal.

Exhibit D is a document titled "2007 U.S. Income Tax Return for an S Corporation" bearing the name K & N Enterprises, Inc. and bates-stamped RIEGEL00060-70, which was produced to Apple on November 4, 2014, by Plaintiffs' counsel on behalf of "Kenneth Riegel owner of K&N Enterprises, Inc. f/d/b/a Delaware Computer Exchange" in response to Apple's First Set of Requests for Production of Documents to Kenneth Riegel. The Protective Order entered in this case dictates that when material has been designated as Confidential or Highly Confidential – Attorney's Eyes Only, a party may not file it in the public record, but must seek to file it under seal pursuant to Local Rule 79-5. Protective Order, § 7(f). The parties met and conferred regarding the filing of Exhibit D, and Plaintiffs requested that the entirety of Exhibit D be filed "under seal as it is was marked confidential and contains sensitive financial information." Accordingly, Apple seeks to file under seal Exhibit D, but states no position as to whether disclosure of the document designated by Plaintiffs as Confidential would cause harm to the producing party.

If the Court determines that sealing is warranted, Apple respectfully requests that docket entry 891-4 be replaced with the sealing placeholder for Exhibit D filed herewith.

---

[1] Apple inadvertently publicly filed the document at issue, but it has since been technically blocked by the Court as discussed at the telephonic status conference on November 12, 2014.

1

APPLE'S ADMIN. MOT. TO FILE DOCUMENTS UNDER SEAL    No. C 05-00037 YGR

1  Date: November 12, 2014                    Respectfully submitted,

2                                              BOIES, SCHILLER & FLEXNER LLP

4                                              By: /s/ Kieran P. Ringgenberg

5                                              Kieran P. Ringgenberg

6                                              *Attorney for Defendant Apple Inc.*