1 | William A. Isaacson (wisaacson@bsfllp.com)
   | (Admitted *Pro Hac Vice*)
2 | Karen L. Dunn (kdunn@bsfllp.com)
   | (Admitted *Pro Hac Vice*)
3 | Martha L. Goodman (mgoodman@bsfllp.com)
   | (Admitted *Pro Hac Vice*)
4 | BOIES, SCHILLER & FLEXNER LLP
   | 5301 Wisconsin Ave, NW
5 | Washington, DC 20015
   | Telephone:  (202) 237-2727
6 | Facsimile:  (202) 237-6131

7 | John F. Cove, Jr. #212213
   | (jcove@bsfllp.com)
8 | Kieran P. Ringgenberg #208600
   | (kringgenberg@bsfllp.com)
9 | Meredith R. Dearborn #268312
   | (mdearborn@bsfllp.com)
10 | BOIES, SCHILLER & FLEXNER LLP
   | 1999 Harrison Street, Suite 900
11 | Oakland, CA 94612
   | Telephone:  (510) 874-1000
12 | Facsimile:  (510) 874-1460

13 | David C. Kiernan #215335
   | (dkiernan@jonesday.com)
14 | JONES DAY
   | 555 California Street, 26th Floor
15 | San Francisco, CA  94104
   | Telephone:  (415) 626-3939
16 | Facsimile:  (415) 875-5700

17 | *Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>———————————————<br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br><br>**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF ADMINSTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 1, 4th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice before this Court and the courts of the State of California. I am a Partner in the law firm Boies, Schiller & Flexner LLP, counsel to Defendant Apple Inc. ("Apple') in this case.

2. I make this declaration in support of Apple's Administrative Motion to File Documents Under Seal. Based on my review of the files and records in this case, I have firsthand knowledge of the contents of this declaration and could testify thereto.

3. On June 13, 2007, the Court entered a Stipulated Protective Order Regarding Confidential Information ("Protective Order") (Dkt. No. 112), dictating the treatment of Confidential or Highly Confidential – Attorney's Eyes Only discovery materials produced in this matter. The Protective Order states that when material has been designated as Confidential or Highly Confidential – Attorney's Eyes Only, a party may not file it in the public record, but must seek to file it under seal pursuant to Local Rule 79-5. Protective Order, § 7(f).

4. Apple seeks to file under seal Exhibit D of the Kieran P. Ringgenberg Declaration in Support of (1) Apple's Opposition to Motion to Add Class Representative, and (2) Apple's Motion for Decertification of Rule 23(b)(3) Class ("Exhibit D").

5. Exhibit D is a document titled "2007 U.S. Income Tax Return for an S Corporation" bearing the name K & N Enterprises, Inc. and bates-stamped RIEGEL00060-70, which was produced to Apple on November 4, 2014, by Plaintiffs' counsel on behalf of "Kenneth Riegel owner of K&N Enterprises, Inc. f/d/b/a Delaware Computer Exchange" in response to Apple's First Set of Requests for Production of Documents to Kenneth Riegel. The document was designated Confidential by Plaintiffs pursuant to the June 13, 2007 Stipulated Protective Order Regarding Confidential Information (Dkt. No. 112).

6. The document was originally inadvertently publicly filed with the Kieran P. Ringgenberg Declaration in Support of (1) Apple's Opposition to Motion to Add Class Representative, and (2) Apple's Motion for Decertification of Rule 23(b)(3) Class (Dkt. No. 891-4), but it has since been technically blocked by the Court as discussed at the telephonic status conference on November 12, 2014. The parties met and conferred regarding the filing of Exhibit

1  D after the status conference, and Plaintiffs requested that the entirety of Exhibit D be filed
2  "under seal as it is was marked confidential and contains sensitive financial information."
3      I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing facts are true and correct.  Executed this 12th day of November, 2014, in Oakland,
5  California.

7            /s/ Kieran P. Ringgenberg
8            Kieran P. Ringgenberg

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA