William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Kieran P. Ringgenberg #208600
(kringgenberg@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant Apple Inc.*

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION

This Document Relates To:

ALL ACTIONS

Lead Case No. C 05-00037 YGR
[CLASS ACTION]

**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

Date: TBD
Time: TBD
Courtroom: 1, 4th Floor
Judge: Hon. Yvonne Gonzalez Rogers

Before the Court is Apple's Administrative Motion to File Under Seal Exhibit D to the Declaration of Kieran P. Ringgenberg in Support of (1) Apple's Opposition to Motion to Add Class Representative and (2) Apple's Motion for Decertification of Rule 23(b)(3) Class ("Ringgenberg Declaration"). Dkt. No. 891-4.

After reviewing Apple's administrative motion and the declaration filed in support thereof, and other supporting materials, IT IS HEREBY ORDERED THAT Apple's administrative motion is ________________. [If the motion is granted, the ECF Clerk is directed to replace docket entry 891-4 with the sealing placeholder filed with Apple's Administrative Motion.]

________________, 2014

________________________________

The Honorable Yvonne Gonzalez Rogers
United States District Judge

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA