# EXHIBIT D

"2007 U.S. Income Tax Return for an S Corporation" bearing the name K & N Enterprises, Inc. and bates-stamped RIEGEL00060-70

**FILED UNDER SEAL**