# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 11/12/14 | **Time:** 9:00am-9:25am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 05-cv-00037-YGR | **Case Name:** The Apple iPod iTunes Anti-Trust Litigation | |

**Attorney for Plaintiff:** Bonnie Sweeney; Patrick Coughlin
**Attorney for Defendant:** William Isaacson; Karen Dunn; Meredith Dearborn; David Kiernan; John Cove

**Deputy Clerk:** Frances Stone                **Court Reporter:** NOT REPORTED

# PROCEEDINGS
**TELEPHONE CONFERENCE-HELD**

The Motion Hearing regarding Motion to Add Class Representative; Motion to Decertify originally set for 1:00pm on Tuesday, November 18, 2014 will now be held at 12:00 noon.

**Notes:** Trial Exhibits to be delivered to Court on 11/17/14.