1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  BONNY E. SWEENEY (176174)
   ALEXANDRA S. BERNAY (211068)
3  CARMEN A. MEDICI (248417)
   JENNIFER N. CARINGAL (286197)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  bonnys@rgrdlaw.com
   xanb@rgrdlaw.com
7  cmedici@rgrdlaw.com
   jcaringal@rgrdlaw.com
8       – and –
   PATRICK J. COUGHLIN (111070)
9  STEVEN M. JODLOWSKI (239074)
   Post Montgomery Center
10 One Montgomery Street, Suite 1800
   San Francisco, CA  94104
11 Telephone:  415/288-4545
   415/288-4534 (fax)
12 patc@rgrdlaw.com
   sjodlowski@rgrdlaw.com
13
   Class Counsel for Plaintiffs
14
   [Additional counsel appear on signature page.]
15
                    UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17
                          OAKLAND DIVISION
18

| | | |
|---|---|---|
| 19 THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-YGR |
| 20 ——————————————— | ) ) | CLASS ACTION |
| 21 This Document Relates To: | ) ) | PLAINTIFFS' RESPONSE TO APPLE'S ADMINISTRATIVE MOTION TO FILE |
| 22 ALL ACTIONS. ——————————————— | ) ) ) | DOCUMENTS UNDER SEAL |

23                                       DATE:      TBD
                                         TIME:      TBD
24                                       CTRM:     1, 4th Floor
                                         Judge:  Hon. Yvonne Gonzalez Rogers
25

26

27

28

1    On the morning of November 12, 2014, Apple publicly filed on the docket the proposed

2    additional Class Representative, K & N Enterprises, Inc.'s 2007 tax returns. ECF 891-4. Plaintiffs

3    raised this issue on a call with the Court the same day and requested the tax returns be removed from

4    public access.  Plaintiffs also emailed counsel for Apple and requested it immediately rectify the

5    public filing of the sensitive private financial information.[1] Bernay Decl., ¶3.  Later that day, the

6    document was removed from public access.  *See* ECF 891-4.

7    After meeting and conferring with Apple, Plaintiffs requested that the entire document be

8    filed under seal as it contained sensitive financial information.  Bernay Decl., ¶4.  Apple filed an

9    Administrative Motion to File Under Seal Exhibit D to the Kieran P. Ringgenberg Declaration.  ECF

10   892.  Pursuant to Local Rule 79-5(e), Plaintiffs file this memorandum of points and authorities and

11   the Bernay Decl., both in support of Apple's motion.

12   Exhibit D to the Ringgenberg Declaration are tax returns of proposed Class Representative K

13   & N Enterprises, Inc.  Individual Kenneth Riegel was at the time a majority owner of K & N

14   Enterprises, Inc.  *See* ECF 891-5 at 17-18 (Excerpts from November 7, 2014 Deposition of Kenneth

15   Riegel).  Mr. Riegel's company was closely held and was not publicly traded.  Thus, the financial

16   information relating to the profits and expenses of his business is largely his own personal financial

17   information.  The tax returns also included Mr. Riegel's home address.

18   The ECF log in page of PACER notes in red type the following information:

19   IMPORTANT NOTICE OF REDACTION RESPONSIBILITY: All filers must
     redact: Social Security or taxpayer-identification numbers; dates of birth; names of

20   minor children; financial account numbers; and, in criminal cases, home addresses, in
     compliance with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1. This requirement

21   applies to all documents, including attachments.

22   Courts have broad discretion to permit sealing of court documents to protect the virtually

23   unlimited potential dissemination of documents when electronically filed publicly with the Court.

24   Fed. R. Civ. P. 26(c)(1) ("[t]he court may, for good cause, issue an order to protect a party or person

25   from annoyance, embarrassment, oppression, or undue burden or expense.").  In determining

26

27

28   _____
     [1]   *See* Declaration of Alexandra S. Bernay, filed concurrently ("Bernay Decl.").

1  whether material can be sealed, a court must find a compelling reason for doing so that outweighs

2  the public's right of access.  *EEOC v. Erection Co.*, 900 F. 2d 168, 170 (9th Cir. 1990).

3      Courts have found that personal financial information, such as tax returns that show

4  individual wealth, and personally identifying information are properly filed under seal.  *See Premium*

5  *Serv. Corp. v. Sperry & Hutchinson Co.*, 511 F.2d 225, 229 (9th Cir. 1975) ("[A] public policy

6  against unnecessary public disclosure arises from the need, if the tax laws are to function properly, to

7  encourage taxpayers to file complete and accurate returns"); Fed. R. Civ. P. 5.2(a)(1) (mandating

8  only the last 4 digits of a tax identification number is filed); *Burton v. Nationwide Mortg. LLC*, No.

9  1:13-cv-00307 LJO(JLT), 2014 U.S. Dist. LEXIS 124336, at *2 (E.D. Cal. Sept. 4, 2014) at *2

10 ("Public disclosure of [tax returns] could subject parties to fraud and would unnecessarily reveal

11 private information.").

12      Plaintiffs informed Mr. Riegel that his tax returns produced to Apple in discovery would be

13 produced as confidential pursuant to the protective order in this case and would not be disclosed

14 publicly.  *See* Bernay Decl., ¶2; ECF 112, ¶7 (Protective Order); *see also* Fed. R. Civ. P. 5.2, Notes

15 of Advisory Committee on 2007 Amendments (noting that "Parties must remember that any personal

16 information not otherwise protected by sealing or redaction will be made available over the internet.

17 Counsel should notify clients of this fact so that an informed decision may be made on what

18 information is to be included in a document filed with the court.").

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' RESPONSE TO APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL - C-05-00037-YGR                                                    - 2 -

1

**CONCLUSION**

2      Plaintiffs respectfully request that this Court grant Apple's administrative motion and enter

3  Apple's order (ECF 892-2) sealing Exhibit D to the Declaration of Kieran P. Ringgenberg in Support

4  of (1) Apple's Opposition to Motion to Add Class Representative and (2) Apple's Motion for

5  Decertification of Rule 23(b)(3) Class.  ECF 891-4.

6  DATED:  November 13, 2014               Respectfully submitted,

7                                          ROBBINS GELLER RUDMAN
                                             & DOWD LLP
8                                          BONNY E. SWEENEY
                                           ALEXANDRA S. BERNAY
9                                          CARMEN A. MEDICI
                                           JENNIFER N. CARINGAL

10

11                                                    s/ Carmen A. Medici

12                                              CARMEN A. MEDICI

13                                          655 West Broadway, Suite 1900
                                           San Diego, CA  92101
14                                          Telephone:  619/231-1058
                                           619/231-7423 (fax)
15
                                           ROBBINS GELLER RUDMAN
16                                            & DOWD LLP
                                           PATRICK J. COUGHLIN
17                                          STEVEN M. JODLOWSKI
                                           Post Montgomery Center
18                                          One Montgomery Street, Suite 1800
                                           San Francisco, CA  94104
19                                          Telephone:  415/288-4545
                                           415/288-4534 (fax)
20
                                           Class Counsel for Plaintiffs
21
                                           BONNETT, FAIRBOURN, FRIEDMAN
22                                            & BALINT, P.C.
                                           ANDREW S. FRIEDMAN
23                                          FRANCIS J. BALINT, JR.
                                           ELAINE A. RYAN
24                                          2325 E. Camelback Road, Suite 300
                                           Phoenix, AZ  85016
25                                          Telephone:  602/274-1100
                                           602/274-1199 (fax)

26

27

28

PLAINTIFFS' RESPONSE TO APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL - C-05-00037-YGR                                                    - 3 -

1
2
3
4

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

5
6
7

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

8
9
10
11

GLANCY BINKOW & GOLDBERG LLP
BRIAN P. MURRAY
122 East 42nd Street, Suite 2920
New York, NY  10168
Telephone:  212/382-2221
212/382-3944 (fax)

12
13
14

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

15
16

Additional Counsel for Plaintiffs

17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' RESPONSE TO APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL - C-05-00037-YGR                                                    - 4 -

1

<u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on November 13, 2014, I authorized the electronic filing of the foregoing

3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4 the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5 caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6 CM/ECF participants indicated on the attached Manual Notice List.

7    I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on November 13, 2014.

9                                                    s/ Carmen A. Medici
                                             CARMEN A. MEDICI

10

11                                           ROBBINS GELLER RUDMAN
                                                 & DOWD LLP

12                                           655 West Broadway, Suite 1900
                                             San Diego, CA  92101-8498

13                                           Telephone:  619/231-1058
                                             619/231-7423 (fax)

14                                           E-mail:  cmedici@rgrdlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' RESPONSE TO APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL - C-05-00037-YGR

## Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com

- **Christopher G. Renner**
  crenner@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Kieran Paul Ringgenberg**
  kringgenberg@bsfllp.com,gaulkh@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com,irivera@BSFLLP.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`