EXHIBIT 1

1               UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

4    _____

5                                         )

6    THE APPLE IPOD ITUNES ANTITRUST )

7    LITIGATION                          )

8                                         )      Lead Case No.

9    _____)      C-05-00037-YGR

10   This Document Relates To:       )      CLASS ACTION

11                                         )

12         ALL ACTIONS.               )

13                                         )

14   _____)

15

16          VIDEOTAPED DEPOSITION OF KENNETH RIEGEL

17             South Lake Tahoe, California

18              Friday, November 7, 2014

19                      Volume I

20   Reported by:

21   GINA GLANTZ

22   CSR No. 9795, RPR, RMR

23   JOB No. 1961798

24

25   PAGES 1 - 99

                                            Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

1
2
3 _____
4 THE APPLE IPOD ITUNES ANTITRUST )
   LITIGATION                    )
5                               ) Lead Case No.
   _____) C-05-00037-YGR
6                               )
   This Document Relates To:   )   CLASS ACTION
7                               )
   ALL ACTIONS.                )
8                               )
   _____)
9
10
11
12
13
14    Videotaped deposition of KENNETH RIEGEL, Volume I,
15 taken on behalf of Defendants, at Lake Tahoe Resort Hotel,
16 Niagara Room, 4130 Lake Tahoe Boulevard, South Lake Tahoe,
17 California, beginning at 8:50 a.m. and ending at 11:11
18 a.m., on Friday, November 7, 2014, before GINA GLANTZ,
19 Certified Shorthand Reporter No. 9795.
20
21
22
23
24
25

Page 2

INDEX

WITNESS                          EXAMINATION
KENNETH RIEGEL
Volume I

     BY MR. RINGGENBERG          8
     BY MS. BERNAY              95

            EXHIBITS

MARKED          DESCRIPTION          PAGE
Exhibit 1    Document titled "1120S U.S. Income    19
             Tax Return for an S Corporation,"
             for 2005, for K & N Enterprises,
             Inc. (RIEGEL00001 - 37)

Exhibit 2    Document titled "1120S U.S. Income    20
             Tax Return for an S Corporation,"
             for 2006, for K & N Enterprises,
             Inc. (RIEGEL00038 -- 59)

Page 4

APPEARANCES:

For Plaintiffs:

ROBBINS GELLER RUDMAN & DOWD LLP
BY:  ALEXANDRA S. BERNAY
Attorney at Law
655 West Broadway, Suite 1900
San Diego, California 92101
(619) 231-1058
xanb@rgrdlaw.com

For Defendant:

BOIES, SCHILLER & FLEXNER LLP
BY:  KIERAN PAUL RINGGENBERG
BY:  SUZANNE JAFFE
Attorneys at Law
1999 Harrison Street, Suite 900
Oakland, California 94612
(510) 874-1000
kringgenberg@bsfllp.com
sjaffe@bsfllp.com

Videographer:
JEFF WALDIE

Page 3

INDEX (Continued):

            EXHIBITS

MARKED          DESCRIPTION          PAGE
Exhibit 3    Document titled "1120S U.S. Income    24
             Tax Return for an S Corporation,"
             for 2007, for K & N Enterprises,
             Inc. (RIEGEL00060 - 70)

Exhibit 4    Document titled "1120S U.S. Income    24
             Tax Return for an S Corporation,"
             for 2008, for K & N (RIEGEL00071 -
             80)

Exhibit 5    Document titled "Authorized Apple     27
             Reseller U.S. Sales Agreement (iPod
             Authorization)" (RIEGEL00093 - 98)

Exhibit 6    Document titled "Invoice Line Item    34
             Export" (RIEGEL00110 - 132)

Exhibit 7    Document titled "Invoice Line Item    38
             Export" (RIEGEL00133 - 166)

Page 5

2 (Pages 2 - 5)

| | Page 38 |
|---|---|

1    And so the remainder of Riegel Exhibit 6 is the    09:32:59

2 weekly reports that you still happen to have in your file?    09:33:03

3    A    Yeah, one or two were missing for 2007, but most    09:33:06

4 of them were there.    09:33:08

5    Q    And the third column, it's "BNAME," the    09:33:09

6 information is redacted.  Is that the identity of the    09:33:13

7 purchaser?    09:33:16

8    A    It -- yes, and I'm -- business name.  I don't --    09:33:16

9 since this is redacted, I don't recall -- we had a code    09:33:21

10 for the customer, and then we also had a name, and I'm not    09:33:25

11 sure which one was populated for this since it was taken    09:33:30

12 out.    09:33:33

13    Q    But it's either the name or a code number for    09:33:33

14 the --    09:33:39

15    A    For the customer.    09:33:39

16    Q    -- for the customer?    09:33:40

17    Let me offer you -- it's the other one of these,    09:33:41

18 so this will be Riegel Exhibit 8.    09:33:52

19    THE REPORTER:  7.    09:34:06

20    MR. RINGGENBERG:  7, thank you.    09:34:06

21    (Exhibit 7 was marked for identification.)    09:34:06

22    MR. RINGGENBERG:  So Riegel Exhibit 7 is    09:34:07

23 RIEGEL00133 through 166.    09:34:10

24    Q    Is Riegel Exhibit 7 a compilation of further    09:34:15

25 weekly reports that came from your file?    09:34:18

**Page 38**

---

1    A    Yes.    09:34:20

2    Q    And the columns in Riegel Exhibit 7 mean the same    09:34:20

3 things as the column in Riegel Exhibit 6 that we already    09:34:23

4 covered; is that right?    09:34:26

5    A    Yes.    09:34:26

6    Q    Do you have any other records other than Riegel 6    09:34:33

7 or 7 of what K & N purchased from Apple or sold between    09:34:36

8 2005 and 2007?    09:34:42

9    A    Sold, no.  Purchased, you have another thing which    09:34:44

10 was a couple invoices.  That's the only thing that I had.    09:34:49

11    Q    I appreciate that.  Let me offer you what will be    09:34:52

12 Riegel Exhibit 8.    09:35:00

13    (Exhibit 8 was marked for identification.)    09:35:00

14    MR. RINGGENBERG:  Riegel Exhibit 8 bears Bates    09:35:11

15 labels RIEGEL00081 through 86.    09:35:13

16    Q    Do you recognize Riegel Exhibit 8?    09:35:17

17    A    Yes.    09:35:19

18    Q    What is it?    09:35:20

19    A    This was the agreement that we used to sell the    09:35:20

20 assets or the operations, I guess assets primarily, of    09:35:27

21 K & N Enterprises to Apple Sauce, Inc.    09:35:31

22    Q    Why did you decide to sell the retail operation?    09:35:34

23    A    Why did I decide to sell?  Similar reason as to    09:35:39

24 closing the other store.  It was difficult to reenter into    09:35:47

25 a new lease when the uncertainty was too negative in    09:35:53

**Page 39**

---

1 predictions as opposed to positive, and I was also 3,000    09:36:01

2 miles away, and I had a manager who wanted to buy it.    09:36:06

3    Q    So Apple Sauce, Inc., was the buyer of the retail    09:36:10

4 store; is that right?    09:36:18

5    A    Yes, that was the name of the corporation that    09:36:19

6 they set up and it was two individuals.    09:36:21

7    Q    And that was the manager of your store and someone    09:36:23

8 else?    09:36:26

9    A    Yes.  Francis Mott was the manager.  And looking    09:36:26

10 at the document, he became the president of Apple Sauce,    09:36:31

11 Inc.    09:36:34

12    Q    And did you know Mr. Timothy O'Connor as well?    09:36:34

13    A    I personally did not know him prior to the    09:36:36

14 purchase.  He was a client for many years; okay?  But I    09:36:39

15 did not know him.    09:36:44

16    Q    He was the client, meaning he bought --    09:36:45

17    A    Apple products.    09:36:48

18    Q    From K & N?    09:36:49

19    A    Um-hmm.    09:36:50

20    Q    So just to kind of dot our i's and cross our t's,    09:36:51

21 on page 4, bearing Bates label RIEGEL00084, is that your    09:36:58

22 signature above "Kenneth A. Riegel, President"?    09:37:02

23    A    Yes.    09:37:06

24    Q    Were there any other officers of K & N other than    09:37:06

25 yourself?    09:37:13

**Page 40**

---

1    A    My wife probably was secretary at the time.    09:37:13

2    Q    And Riegel Exhibit 8 sets out, to the best of your    09:37:16

3 understanding, the terms under which K & N sold the assets    09:37:19

4 of the retail store known as Delaware Computer Exchange to    09:37:22

5 Apple Sauce, Inc.; is that right?    09:37:27

6    A    Yes.    09:37:28

7    Q    And is it correct that the purchase price you    09:37:29

8 received was $78,500 in inventory and $20,000 for the    09:37:33

9 remaining value of the company?    09:37:42

10    A    78,000 was for the inventory, and then the other    09:37:43

11 20,000 was for the other assets purchased.    09:37:48

12    Q    Oh, I see.  And what other -- other than    09:37:51

13 inventory, what other assets were there?    09:37:53

14    A    Customer lists, service, there was -- we had some    09:37:55

15 service tools, some furniture, fixtures, things.    09:38:00

16    Q    What about the right to use the name Delaware    09:38:03

17 Computer Exchange, who had that after the transaction, to    09:38:07

18 your understanding?    09:38:09

19    A    I would -- I don't know if they continued as    09:38:10

20 Delaware Computer Exchange.  So I was comfortable having    09:38:16

21 them have the rights to the name Delaware Computer    09:38:19

22 Exchange.    09:38:22

23    Q    Do you know what happened to the business after    09:38:22

24 you sold it?    09:38:25

25    A    They -- I think they only lasted a year, and it    09:38:26

**Page 41**

---

11 (Pages 38 - 41)

**Page 42**

1 had not so much to do with the business, but the 09:38:31

2 operations side. I don't think they were quite as good at 09:38:38

3 the purchasing and inventory management as I was. 09:38:42

4 Q And when is the last time you spoke to Mr. Mott? 09:38:45

5 A It would have been sometime during 2008. 09:38:52

6 Q And do you have any idea whether Apple Sauce, 09:38:55

7 Inc., is still in business at all? 09:39:02

8 A I do not know. 09:39:03

9 Q So let me just refer you to the fourth paragraph 09:39:04

10 in. The first page on Riegel Exhibit 8, it says, "NOW 09:39:19

11 THEREFORE Seller agrees to sell and Buyer agrees to buy 09:39:23

12 the business known as 'Delaware Computer Exchange' 09:39:25

13 (hereinafter referred to as the 'Business')." 09:39:28

14     And the seller in this case was K & N Enterprises; 09:39:31

15 is that right? 09:39:33

16 A Yes. 09:39:33

17 Q And under "Property," it says, "Seller shall 09:39:34

18 transfer all his right, title and interest in and to the 09:39:39

19 Business to Buyer, free and clear of all claims, liens or 09:39:42

20 encumbrances, except as...provided herein, on" -- "at 09:39:46

21 12:01 a.m. on January 1st, 2008." 09:39:50

22     Was that your understanding of the nature of the 09:39:52

23 transaction that K & N and Apple Sauce entered into? 09:39:54

24 MS. BERNAY: Objection. Vague. 09:39:59

25     You can answer. 09:40:00

**Page 43**

1 THE WITNESS: My understanding was that they 09:40:01

2 would -- they were buying the rights to continue operating 09:40:03

3 the business in the fashion we were doing it in. 09:40:07

4 BY MR. RINGGENBERG: 09:40:10

5 Q Well, I mean the written agreement says "transfer 09:40:11

6 all right, title and interest." Is that different than 09:40:13

7 your understanding? 09:40:15

8 MS. BERNAY: Objection. Vague, asked and 09:40:17

9 answered. 09:40:19

10 THE WITNESS: "The Business," and the business is 09:40:26

11 called -- yeah, I mean, as far as Delaware Computer 09:40:29

12 Exchange, that is the business that is referred to in that 09:40:31

13 paragraph. 09:40:35

14 BY MR. RINGGENBERG: 09:40:57

15 Q What proportion of your purchases of iPods from 09:40:57

16 2005 to 2007 were from Apple as opposed to from Ingram 09:41:02

17 Micro? 09:41:08

18 A I do not have that information. I would like to 09:41:08

19 know that. And I know Apple has that information. 09:41:10

20 Q Apple might know how much they sold you. Apple 09:41:15

21 may not know -- how would Apple know how much you bought 09:41:17

22 from Ingram? 09:41:20

23 A They absolutely know. 09:41:20

24 Q How much you bought from Ingram? 09:41:21

25 A Absolutely. 09:41:23

**Page 44**

1 Q How do you know that? 09:41:24

2 A Because they use that in the reporting that we got 09:41:25

3 back from them as far as our sales volumes and things, and 09:41:27

4 they -- I know for -- specifically that they know, it 09:41:30

5 because for non-iPod products, Apple CPUs, displays, we 09:41:35

6 received what's called business development funds, and the 09:41:43

7 business development funds were calculated on our overall 09:41:47

8 purchases, which included Ingram Micro, and it says so in 09:41:50

9 the agreements. 09:41:53

10 Q Is that true for iPods as well? 09:41:54

11 A There's no business development funds on iPods, 09:41:56

12 during this time period that we're talking about. But 09:41:59

13 Apple knows everything that we bought. 09:42:03

14 Q You think that's tracked by serial number or 09:42:06

15 something? 09:42:10

16 A It would -- 09:42:11

17 MS. BERNAY: I'm sorry, I didn't hear your 09:42:12

18 question. 09:42:13

19 THE WITNESS: By serial number. 09:42:14

20 MR. RINGGENBERG: I asked "Do you think that's 09:42:15

21 tracked by serial number?" 09:42:17

22 THE WITNESS: It would be tracked by model number 09:42:19

23 first; okay? Every one had a Apple model number. And 09:42:20

24 then we -- every invoice that we received from either 09:42:25

25 Apple or from Ingram Micro for serialized products came 09:42:31

**Page 45**

1 with the serial number, and we were required to track 09:42:36

2 that, those sales by serial. And our inventory system did 09:42:40

3 that for us. 09:42:45

4 BY MR. RINGGENBERG: 09:42:46

5 Q So it's your belief that Ingram reported back to 09:42:46

6 Apple what it sold to you and therefore, Apple has that 09:42:50

7 information; is that right? 09:42:52

8 A Absolutely. 09:42:52

9 Q Understood. 09:42:53

10     And your basis for believing that is that for PCs, 09:43:00

11 you received support -- you received reports from Apple 09:43:02

12 that showed your volume of purchases from Ingram; is that 09:43:06

13 right? 09:43:10

14 MS. BERNAY: Objection. Misstates his prior 09:43:10

15 testimony. 09:43:12

16     Go ahead. 09:43:15

17 THE WITNESS: I know -- I don't remember what 09:43:16

18 reports we received, but I remember -- I know that I 09:43:17

19 calculated every business development fund dollar, and so 09:43:20

20 I matched it up on my purchases to make sure that Apple's 09:43:23

21 compensation to me was in line to what I purchased. 09:43:29

22 BY MR. RINGGENBERG: 09:43:32

23 Q And were iPod sales relevant to that calculation? 09:43:32

24 A No. 09:43:37

25 Q So how do you know that Ingram reported iPod sales 09:43:37

EXHIBIT 2

Delaware.gov  |  Text Only

Governor | General Assembly | Courts | Elected Officials | State Agencies

---

### Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Privacy Policy    Frequently Asked Questions    View Search Results    Summary of Charges    Logout

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | **2320421** | Incorporation Date / Formation Date: | **12/21/1992** (mm/dd/yyyy) |
| Entity Name: | **K & N ENTERPRISES, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |
| Status: | **VOID** | Status Date: | **03/01/2009** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **KENNETH A RIEGEL** | | |
| Address: | **1030 FOREST AVE STE 100** | | |
| City: | **DOVER** | County: | **KENT** |
| State: | **DE** | Postal Code: | **19904** |
| Phone: | | | |

Additional Information is available for a fee of $20.00. This information will include current franchise tax assessment, current filing history and more..

Would you like ○ Tax & History Information    [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

---

site map   |   about this site   |   contact us   |   translate   |   delaware.gov