ROBBINS GELLER RUDMAN
   & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
        – and –
PATRICK J. COUGHLIN (111070)
STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
patc@rgrdlaw.com
sjodlowski@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) |
| ———————————————— | ) ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) ) ) ) ) |

Lead Case No. C-05-00037-YGR

CLASS ACTION

DECLARATION OF STEVEN M. JODLOWSKI IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO APPLE'S MOTION FOR DECERTIFICATION OF RULE 23(b)(3) CLASS

DATE:      November 18, 2014
TIME:      12:00 p.m.
CTRM:      1, 4th Floor
JUDGE:     Hon. Yvonne Gonzalez Rogers

984261_1

1        I, STEVEN M. JODLOWSKI, declare:

2        1.      I am an attorney duly licensed to practice before all of the courts of the State of

3    California.  I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, one of Class

4    Counsel of record for Plaintiffs.  I have personal knowledge of the matters stated herein and, if called

5    upon, I could and would competently testify thereto.

6        2.      I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition

7    to Apple's Motion for Decertification of Rule 23(b)(3) Class.

8        3.      I have reviewed spreadsheets summarizing Apple's records of direct sales of iPods to

9    resellers during the Class Period.

10       4.      These spreadsheets show that only 9 resellers purchased more than one million iPods

11   from Apple during the Class Period.

12       5.      In addition, these spreadsheets show that K&N Enterprises, Inc. ("K&N") purchased

13   directly from Apple 328 iPods for $65,792 during the Class Period.  K&N's sales, in terms of

14   number of iPods and total dollar sales, place it in the 23rd percentile of resellers within the Class.

15   Only 128 resellers purchased more iPods during the Class Period than K&N.

16

17

18

19

20

21

22

23

24

25

26

27

28

DEC OF STEVEN M. JODLOWSKI ISO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION
TO APPLE'S MOTION FOR DECERTIFICATION OF RULE 23(B)(3) CLASS - C-05-00037-YGR        - 1 -

6.     Attached are true and correct copies of the following documents:

| Exhibit | Document |
|---|---|
| Exhibit 1: | Relevant excerpts from the transcript of the videotaped deposition of Kenneth Riegel, taken November 7, 2014; |
| Exhibit 2: | RIEGEL00087-92; |
| Exhibit 3: | Apple_SOM00007874-83 **[filed under seal]**; |
| Exhibit 4: | Apple_SOM00007895-901 **[filed under seal]**; |
| Exhibit 5: | Relevant excerpts from the transcript of the videotaped deposition of Michele M. Burtis, Ph.D., taken September 30, 2009 **[filed under seal]**; and |
| Exhibit 6: | Relevant excerpts from the transcript of the videotaped deposition of Mark Donnelly, taken December 20, 2010 **[filed under seal]**. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 14th day of November, 2014, at San Francisco, California.

STEVEN M. JODLOWSKI

1

<u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on November 14, 2014, I authorized the electronic filing of the foregoing

3  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4  the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5  caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6  CM/ECF participants indicated on the attached Manual Notice List.

7        I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on November 14, 2014.

9                                    s/ Bonny E. Sweeney
10                             BONNY E. SWEENEY

11                             ROBBINS GELLER RUDMAN
                                    & DOWD LLP
12                             655 West Broadway, Suite 1900
                             San Diego, CA  92101-8498
13                             Telephone:  619/231-1058
                             619/231-7423 (fax)

14                             E-mail:        bonnys@rgrdlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

984261_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com

- **Christopher G. Renner**
  crenner@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Kieran Paul Ringgenberg**
  kringgenberg@bsfllp.com,gaulkh@bsfllp.com,ftang@BSFLLP.com,dnasca@bsfllp.com,sphan@bsfllp.com,irivera@BSFLLP.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

<u>DECLARATION OF SERVICE BY ELECTRONIC MAIL</u>

I, Shonda L. Landry, not a party to the within action, hereby declare that on November 14, 2014, I served the attached SEALED EXHIBITS 3-6 TO THE DECLARATION OF STEVEN M. JODLOWSKI IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO APPLE'S MOTION FOR DECERTIFICATION OF RULE 23(b)(3) CLASS on the parties in the within action by electronic mail only addressed as follows:

**COUNSEL FOR DEFENDANTS:**

| NAME | FIRM | EMAIL |
|------|------|-------|
| William A. Isaacson | Boies, Schiller & Flexner LLP | wisaacson@bsfllp.com |
| Karen L. Dunn | Boies, Schiller & Flexner LLP | kdunn@bsfllp.com |
| Martha L. Goodman | Boies, Schiller & Flexner LLP | mgoodman@bsfllp.com |
| John F. Cove, Jr. | Boies, Schiller & Flexner LLP | jcove@bsfllp.com |
| Meredith R. Dearborn | Boies, Schiller & Flexner LLP | mdearborn@bsfllp.com |
| David C. Kiernan | Jones Day | dkiernan@jonesday.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 14, 2014, at San Francisco, California.

s/ Shonda L. Landry
SHONDA L. LANDRY