# EXHIBITS 3-6
# [Redacted Version Sought to be Sealed]