1
2
3
4
5
6
7
8
9
10
11
12
13                          UNITED STATES DISTRICT COURT
14                         NORTHERN DISTRICT OF CALIFORNIA
15                                  OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS RELATING TO DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO APPLE'S MOTION FOR DECERTIFICATION OF RULE 23(b)(3) CLASS |
| ALL ACTIONS. | ) ) ) | |

984339_1

Before the Court is Plaintiffs' Administrative Motion to File Under Seal. Specifically, Plaintiffs seek leave to file under seal the following:

| Title | Filed Under Seal |
|---|---|
| Exhibit 3: Apple_SOM00007874-83 | Entirety |
| Exhibit 4: Apple_SOM00007895-901 | Entirety |
| Exhibit 5: Relevant excerpts from the transcript of the videotaped deposition of Michele M. Burtis, Ph.D., taken September 30, 2009 | Entirety |
| Exhibit 6: Relevant excerpts from the transcript of the videotaped deposition of Mark Donnelly, taken December 20, 2010 | Entirety |

After reviewing Plaintiffs' Administrative Motion and the Declaration in support thereof, and having determined these documents and deposition testimony were marked Confidential and Attorneys' Eyes Only pursuant to ¶7 of the Protective Order. ECF 112.

There being good cause shown based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court **GRANTS** Plaintiffs' Administrative Motion to File Under Seal.

IT IS SO ORDERED.

DATED: _____   _____
                                 THE HON. YVONNE GONZALES ROGERS
                                 UNITED STATES DISTRICT JUDGE