1 | ROBBINS GELLER RUDMAN
   & DOWD LLP
2 | BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
3 | CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
4 | 655 West Broadway, Suite 1900
San Diego, CA  92101
5 | Telephone:  619/231-1058
619/231-7423 (fax)
6 | bonnys@rgrdlaw.com
xanb@rgrdlaw.com
7 | cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
8 |      – and –
PATRICK J. COUGHLIN (111070)
9 | STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
10 | One Montgomery Street, Suite 1800
San Francisco, CA  94104
11 | Telephone:  415/288-4545
415/288-4534 (fax)
12 | patc@rgrdlaw.com
sjodlowski@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |
|    ALL ACTIONS. | |

984554_1

1  Per the United States District Court, Northern District of California's Frequently Asked Questions and Instructions on Correcting E-filing Mistakes, Plaintiffs hereby move to remove an incorrectly filed document from the docket.

On November 14, 2014, after Plaintiffs filed their Memorandum of Law in Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class, ECF 896, Apple alerted Plaintiffs that they had a confidentiality interest in certain information that was publicly filed. Plaintiffs hereby seek an Order removing ECF 896. The supporting documents at ECF 896-1-ECF 896-4 can remain on the public docket.

DATED: November 14, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL

       s/ Bonny E. Sweeney
      BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
STEVEN M. JODLOWSKI
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Class Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

984554_1  PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT - C-05-00037-YGR   - 1 -

1
2  THE KATRIEL LAW FIRM
   ROY A. KATRIEL
3  1101 30th Street, N.W., Suite 500
   Washington, DC 20007
   Telephone: 202/625-4342
4  202/330-5593 (fax)

5  BRAUN LAW GROUP, P.C.
   MICHAEL D. BRAUN
6  10680 West Pico Blvd., Suite 280
   Los Angeles, CA 90064
7  Telephone: 310/836-6000
   310/836-6010 (fax)
8
   GLANCY BINKOW & GOLDBERG LLP
9  BRIAN P. MURRAY
   122 East 42nd Street, Suite 2920
10 New York, NY 10168
   Telephone: 212/382-2221
11 212/382-3944 (fax)

12 GLANCY BINKOW & GOLDBERG LLP
   MICHAEL GOLDBERG
13 1925 Century Park East, Suite 2100
   Los Angeles, CA 90067
14 Telephone: 310/201-9150
   310/201-9160 (fax)
15
   Additional Counsel for Plaintiffs
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 14, 2014.

    s/ Bonny E. Sweeney
    BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    bonnys@rgrdlaw.com

984554_1

## Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com

- **Christopher G. Renner**
  crenner@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Kieran Paul Ringgenberg**
  kringgenberg@bsfllp.com,gaulkh@bsfllp.com,ftang@BSFLLP.com,dnasca@bsfllp.com,sphan@bsfllp.com,irivera@BSFLLP.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`