1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |
| ALL ACTIONS. | ) ) | |

984559_1

1    Before the Court is Plaintiffs' Motion to Remove Incorrectly Filed Document. After
2 reviewing the motion, there being good cause shown based on the arguments presented in the
3 motion, the Court GRANTS Plaintiffs' Motion to Remove Incorrectly Filed Document at ECF 896
4 (Plaintiffs' Memorandum of Law in Opposition to Apple's Motion for Decertification of Rule
5 23(b)(3) Class). The supporting documents at ECF 896-1-ECF 896-4 can remain on the public
6 docket.
7    IT IS SO ORDERED.
8 DATED: _____   _____
     THE HON. YVONNE GONZALEZ ROGERS
9    UNITED STATES DISTRICT JUDGE