1
2
3
4
5
6
7
8
9
10
11
12
13                              UNITED STATES DISTRICT COURT
14                              NORTHERN DISTRICT OF CALIFORNIA
15                                      OAKLAND DIVISION

| 16 | THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) | Lead Case No. C-05-00037-YGR |
|----|---------------------------------------------|------|------------------------------|
| 17 |                                             | ) )  | <u>CLASS ACTION</u>          |
| 18 | This Document Relates To:                   | ) )  | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE |
| 19 |     ALL ACTIONS.                            | ) )  | MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' |
| 20 |                                             | )    | MEMORANDUM OF LAW IN OPPOSITION TO APPLE'S MOTION FOR |
| 21 |                                             |      | DECERTIFICATION OF RULE 23(b)(3) CLASS |

22
23
24
25
26
27
28

984575_1

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Memorandum of Law in Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class.

Plaintiffs seek to file portions of Plaintiffs' Memorandum of Law in Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class under seal as follows:

| Title | Filed Under Seal |
|---|---|
| Plaintiffs' Memorandum of Law in Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class | Portions of Page 12 |

A redacted version is filed as ECF 899 ("Plaintiffs' Memorandum of Law in Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class CORRECTION OF DOCKET # 896.").

After reviewing Plaintiffs' Administrative Motion and the Declaration in support thereof, there being good cause shown based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court GRANTS Plaintiffs' Administrative Motion to File Under Seal.

IT IS SO ORDERED.

DATED: _____    _____
                                    THE HON. YVONNE GONZALEZ ROGERS
                                    UNITED STATES DISTRICT JUDGE