William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Kieran P. Ringgenberg #208600
(kringgenberg@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION]<br><br>**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO APPLE'S REPLY IN SUPPORT OF MOTION FOR DECERTIFICATION OF THE RULE 23(b)(3) CLASS**<br><br>Date: November 18, 2014<br>Time: 12:00 p.m.<br>Place: Courtroom 1, 4th Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice before this Court and the courts of the State of California. I am a Partner in the law firm Boies, Schiller & Flexner LLP, counsel to Defendant Apple Inc. ("Apple") in this case.

2. I make this declaration in support of Apple's Administrative Motion to File Under Seal Documents Relating to Apple's Reply in Support of Motion to Decertify the Rule 23(b)(3) Class. Based on my review of the files and records in this case, I have firsthand knowledge of the contents of this declaration and could testify thereto.

3. Apple seeks to file under seal portions of five exhibits identified as Exhibits U, V, W, X and Y to the Reply Declaration of Kieran P. Ringgenberg in Support of Apple's Motion for Decertification of Rule 23(b)(3) Class and the content contained in footnote 4 on page 7 of the Reply in Support of Motion for Decertification of Rule 23(b)(3) Class. Pursuant to Civil Local Rule 79-5(d), Apple now submits this declaration providing the factual and legal support for the filing of this material.

4. Federal Rule of Civil Procedure 26(c) provides that the Court may "issue an order to protect a party of person from annoyance, embarrassment, oppression or undue burden or expense" by "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specific way."

5. **Exhibit U** contains the type and specific amount of financial incentives that Apple provides to one of its resellers.

6. **Exhibit V** contains e-mails reflecting Apple's internal assessment of the financial and administrative ramifications of offering a specific type and amount of financial incentive to one of Apple's resellers.

7. **Exhibit W** contains the specific financial incentives that one of Apple's resellers receives in connection with its sale of iPods and iPod accessories.

8. **Exhibit X** contains the specific financial incentive that Apple provides one of its resellers in connection with its sale of iPods.

9. **Exhibit Y** contains the specific financial incentives that one of Apple's resellers receives in connection with its sale of iPods and iPod accessories.

10. It is my understanding that Apple treats its contracted financial terms and incentives as confidential. Apple also considers its internal decision-making processes regarding the type and amount of financial incentives to offer specific resellers as confidential. Disclosure of this information could expose Apple's approach to internal decision-making strategies and negotiations and provide competitors and resellers a competitive advantage in negotiations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 17th day of November, 2014, in Oakland, California.

    /s/ Kieran P. Ringgenberg  
    Kieran P. Ringgenberg