William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Kieran P. Ringgenberg #208600
(kringgenberg@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA  94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>―――――――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS<br><br>―――――――――――――――――――| Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO APPLE'S REPLY IN SUPPORT OF MOTION FOR DECERTIFICATION OF THE RULE 23(B)(3) CLASS**<br><br>Date:       November 18, 2014<br>Time:       12:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge:      Hon. Yvonne Gonzalez Rogers |

1  Before the Court is Apple's Administrative Motion to File Under Seal Documents
2  Relating to Apple's Reply in Support of Motion for Decertification of the Rule 23(b)(3) Class.
3  Apple seeks an order sealing Exhibits U, V, W, X and Y of the Reply Declaration of Kieran P.
4  Ringgenberg in Support of Apple's Motion for Decertification of Rule 23(b)(3) Class and
5  designated portions of the Reply in Support of Motion for Decertification of the Rule 23(b)(3)
6  Class.

| Title | Portions to Redact |
|---|---|
| **Exhibit U** (Apple_AIIA_B_003397) | • Designated portions at bates ending 397-399. |
| **Exhibit V** (Apple_AIIA_B_003404) | • Designated portions at bates ending 404-406. |
| **Exhibit W** (Apple_AIIA_B_013428) | • Designated portion at bates ending 428. |
| **Exhibit X** (Apple_AIIA_B_011954) | • Designated portions at bates ending 954. |
| **Exhibit Y** (Apple_AIIA_B_013099) | • Designated portions at bates ending 100 and 101. |
| Reply in Support of Motion for Decertification of the Rule 23(b)(3) Class | • Designated portion at pg. 7 note 4. |

After reviewing Apple's administrative motion and the declaration filed in support thereof, and having determined that public disclosure of the confidential information contained in the portions of the aforementioned exhibits would harm Apple, and finding compelling reasons to seal that information, *see Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006), IT IS HEREBY ORDERED THAT Apple's administrative motion is GRANTED.

_____, 2014

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge