# Exhibit V

# Redacted

From: Jo-Anne Knysh <knysh.j@apple.com>
Subject: **Re: Move Meijer to** ███████████████████████████
Date: April 10, 2006 8:05:48 PM PDT
To: Kimberlee Madsen <kmadsen@apple.com>
Cc: Stephen Glaros <sglaros@apple.com>, Bob Pultorak <pultorak@apple.com>, Ladan Saghafi <lsaghafi@apple.com>,
Mike Rubin <rubin@apple.com>

Looks fine to me
Jo-Anne
On Apr 10, 2006, at 4:53 PM, Kimberlee Madsen wrote:

> Sorry, I bit trigger happy with the send button.  Here is the attachment.
>
> <Meijer Amend 041006.doc>
> - k
>
> On Apr 10, 2006, at 4:51 PM, Kimberlee Madsen wrote:
>
>> All,
>>
>> Per Stephen's email, attached for your review and comment please find a draft amendment to the reseller agreement with
>> Meijer. Please let me know if you have any questions or concerns.
>>
>> Thank you.
>>
>> Kimberlee
>>
>> Begin forwarded message:
>>
>>> From: Stephen Glaros <sglaros@apple.com>
>>> Date: April 7, 2006 4:47:25 PM PDT
>>> To: Kimberlee Madsen <kmadsen@apple.com>, Bob Pultorak <pultorak@apple.com>
>>> Cc: Stephen Glaros <sglaros@apple.com>
>>> Subject: Fwd: Move Meijer to ██████████████████████
>>>
>>> Bob - sorry for the delay - I started working on this earlier this week but I'm going to ask Kimberlee to focus on this she'll be
>>> able to draft something fairly quickly since she did a similar amendment for ████████
>>>
>>> Kimberlee - this is a similar situation as ███████ so could I please ask you to take what you did for them and modify it for
>>> Meijer? Let's review once you've put something together and then send it to Jo-Anne and Mike R for final approval.
>>>
>>> Thanks - let me know if either of you have any questions.
>>>
>>> Stephen
>>>
>>> Begin forwarded message:
>>>
>>>> From: Bob Pultorak <pultorak@apple.com>
>>>> Date: April 4, 2006 9:21:04 AM PDT
>>>> To: Stephen Glaros <sglaros@apple.com>
>>>> Cc: Kimberlee Madsen <kmadsen@apple.com>
>>>> Subject: Fwd: Move Meijer to ████████████████████████
>>>>
>>>> Any update on this request?
>>>>
>>>> Begin forwarded message:
>>>>
>>>>> From: Bob Pultorak <pultorak@apple.com>
>>>>> Date: March 29, 2006 4:59:33 PM CST
>>>>> To: Stephen Glaros <sglaros@apple.com>
>>>>> Cc: Brian Hoshino <hoshino@apple.com>

CONFIDENTIAL - ATTORNEYS EYES ONLY

**Subject: Fwd: Move Meijer to** ███████████████████████

Stephen,

John Brandon and Jo-Anne Knysh have approved a change in Meijer's contract. They have agreed to provide Meijer with a ██████████████████████████████ Brian recommended I contact you to have this change made to the contract.

Can you modify their reseller agreement to include this change and sent it to tim.kause@meijer.com. Please cc me on the email so I can follow up with Meijer.

Thanks,

Bob

Begin forwarded message:

> **From:** Bob Pultorak <pultorak@apple.com>
> **Date:** March 24, 2006 5:16:32 PM CST
> **To:** Jo-Anne Knysh <knysh.j@apple.com>
> **Cc:** jim mallekoote <mallekoote@apple.com>, Brian Hoshino <hoshino@apple.com>, John Brandon <jbrandon@apple.com>
> **Subject: Re: Move Meijer to** ███████████████████████
>
> On Mar 24, 2006, at 4:35 PM, Jo-Anne Knysh wrote:
>
>> I have mixed feelings about this. I understand the customer's position but it does cost Apple more ██████████████ ███████████████████████████████████ As well this is one more exception to our standard Ts and Cs to keep track of and account for. ████████████████████████████████████████████████████████████████ It also makes the estimate more difficult to calculate if it is ████████ for everyone except for a certain list of resellers that isn't recorded except in the contracts files and some old emails. Again, not a show stopper but could lead to sloppy accounting.
>>
>> So, I'm inclined to approve this one as long as it's the last one. My current list is ██████████████████████ ████████ I can't handle any more exceptions without a system in place to ensure the accounting is correct.
>>
>> Jo-Anne
>>
>> On Mar 22, 2006, at 6:48 AM, jim mallekoote wrote:
>>
>>> Jo anne,
>>>
>>> Meijer is a small regional retailer, although they are the 23 largest retailer in the USA.
>>>
>>> We have been experiencing some credit hold issues with Meijer because their systems automatically debit Apple for returns, and the debits have to be manually reversed. Bob has worked to resolved the credit discrepancies, however, it has taken the time and attention of both Apple and Meijer employees.
>>>
>>> The Meijer buyer asked Bob if Apple would consider changing ████████████ ████████████████████████████ This is a common practice in their business.
>>>
>>> ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████
>>>
>>> If you support changing Meijer's ███████████████████████

CONFIDENTIAL - ATTORNEYS EYES ONLY

███████ Bob and I will work with the contracts group to amend Meijer's contract and put the ███████ into Apple's systems.

Please le me know.

Thanks ... Jim

Jim Mallekoote
Sr. Director of Retail Sales, Apple Computer
One Infinite Loop, Cupertino, California 95014
408-974-6277

-----------------
Bob Pultorak
Account Executive
Apple Computer
630-663-4565

-----------------
Bob Pultorak
Account Executive
Apple Computer
630-663-4565

-----------------
Bob Pultorak
Account Executive
Apple Computer
630-663-4565

Kimberlee Madsen
Apple Computer, Inc.
phone (408) 974-5526
fax (408) 974-4908
kmadsen@apple.com

Kimberlee Madsen
Apple Computer, Inc.
phone (408) 974-5526
fax (408) 974-4908

CONFIDENTIAL - ATTORNEYS EYES ONLY

kmadsen@apple.com

CONFIDENTIAL - ATTORNEYS EYES ONLY