# Exhibit W

# Redacted



## iPod Essentials Accessory Bundle Amendment to the Authorized Apple Reseller U.S. Sales Agreement

This iPod Essentials Accessory Bundle Amendment to the Authorized Apple Reseller U.S. Sales Agreement ("Amendment") amends the Authorized Apple Reseller U.S. Sales Agreement ("Agreement") between Apple Computer, Inc., a California corporation located at 1 Infinite Loop, Cupertino, CA 95014 and:

Customer Name ("Reseller"): _Costco Wholesale_

Address: _999 Lake Drive_

City, ST, Zip: _Issaquah, WA, 98027_

In the event of a conflict between the terms of this Amendment and the terms of the Agreement, the terms of this Amendment shall prevail.

The parties hereby agree to the following changes:

1. Reseller agrees to design and create the following bundle:
iPod Essentials Accessory Bundle ($148 SRP) that will include
- AV Connection Kit ($99 SRP)
- FM Radio Remote ($49 SRP)

Reference Exhibit A for sample bundle images.

2. Reseller shall purchase a minimum of [REDACTED] of each of the Apple accessories and shall create and resell a bundle including both accessories at a price to be determined by Reseller in its sole discretion. The purchase quantity is determined as [REDACTED]

3. Reseller agrees to use best efforts to merchandise the iPod Essentials Accessory Bundle pallet display adjacent to Reseller's iPod pallet display in all buildings as early in January as possible.

4. Reseller and Apple agree to cooperate in measuring and evaluating sell through activity of the iPod Essentials Accessory Bundle by March 1, 2007. If Reseller has fulfilled its obligations under sections 1 through 3 of this Amendment and [REDACTED]

5. Reseller and Apple agree that if [REDACTED]

6. All other terms and conditions of the Agreement shall remain unchanged and in full force and effect.

The duly authorized representatives of the parties execute this Amendment as of the dates set forth below.

**Reseller**
SIGNATURE: _[signature]_
PRINT NAME: _Bill Prescott_
TITLE: _AGMM_
DATE: _12/22/06_

**Apple**
SIGNATURE: _[signature]_
PRINT NAME: _Preston Pryor_
TITLE: _Senior Manager_
DEPT: Sales Contracts Management
EFFECTIVE DATE: _12/22/06_

Confidential
Costco

Page 1

Rev 12/06

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA_B_013428



**EXHIBIT A**

### iPOD ESSENTIALS ACCESSORY BUNDLE CONCEPT SAMPLES

<u>Figure A</u>

 

CONFIDENTIAL - ATTORNEYS EYES ONLY

Apple_AIIA_B_013429