# Exhibit X

# Redacted



## Amendment to the Authorized Apple Direct Marketing Reseller U.S. Sales Agreement

This Amendment to the Authorized Apple Direct Marketing Reseller U.S. Sales Agreement ("Amendment") amends the Authorized Apple Direct Marketing Reseller U.S. Sales Agreement ("Agreement") between Apple Computer, Inc., a California corporation located at 1 Infinite Loop, Cupertino, CA 95014 ("Apple") and:

Customer Name ("Reseller"):   *Amazon. Com Inc*

Address:   *705 5th Avenue S*

City, ST, Zip:   *Seattle WA 98109*

This Amendment further amends the Agreement as follows:

1.   This Amendment shall commence on the Effective Date and will continue unless the Agreement or this Amendment is terminated in accordance with the Agreement's termination provisions.  From time to time, Apple shall designate certain Products that Apple deems as discontinued or end-of-life ("EOL") and Apple shall sell these Products to Reseller at prices designated by Apple.

2.  Apple will sell iPods, ███████████████████████████ to Reseller.  Reseller will receive an ███████████. Additionally, Reseller shall ██████████████████████████████ that apply in the Apple Direct Marketing Reseller Policies and Practices.

Unless specifically changed by this Amendment, the terms and conditions of the Agreement remain in full force and effect and apply to all transactions contemplated by this Amendment. In the event of a conflict between the provisions of the Agreement and provisions of this Amendment, the provisions of this Amendment will prevail.

The duly authorized representatives of the parties execute this Amendment as of the dates set forth below.

|  **Reseller**  |  **Apple Computer Inc.**  |
|---|---|
| SIGNATURE: | SIGNATURE: |
| PRINT NAME: *JOHN CRANDALL* | PRINT NAME: |
| TITLE: *Buyer* | TITLE: **Preston Patton Senior Manager** |
| DATE: *7/29/2005* | DEPT: Sales Contracts Management |
|  | EFFECTIVE DATE: *8/11/5* |

SCANNED
SEP 1 2005

RECEIVED
APPLE COMPUTER, INC.

AUG 09 2005

SALES CONTRACTS MGMT.

CONFIDENTIAL - ATTORNEYS EYES ONLY          Apple_AIIA_B_011954