| | |
|---|---|
| 1 | William A. Isaacson (wisaacson@bsfllp.com) |
|   | (Admitted *Pro Hac Vice*) |
| 2 | Karen L. Dunn (kdunn@bsfllp.com) |
|   | (Admitted *Pro Hac Vice*) |
| 3 | Martha L. Goodman (mgoodman@bsfllp.com) |
|   | (Admitted *Pro Hac Vice*) |
| 4 | BOIES, SCHILLER & FLEXNER LLP |
|   | 5301 Wisconsin Ave, NW |
| 5 | Washington, DC  20015 |
|   | Telephone:  (202) 237-2727 |
| 6 | Facsimile:  (202) 237-6131 |
| 7 | John F. Cove, Jr. #212213 |
|   | (jcove@bsfllp.com) |
| 8 | Kieran P. Ringgenberg #208600 |
|   | (kringgenberg@bsfllp.com) |
| 9 | Meredith R. Dearborn #268312 |
|   | (mdearborn@bsfllp.com) |
| 10 | BOIES, SCHILLER & FLEXNER LLP |
|    | 1999 Harrison Street, Suite 900 |
| 11 | Oakland, CA  94612 |
|    | Telephone:  (510) 874-1000 |
| 12 | Facsimile:  (510) 874-1460 |
| 13 | David C. Kiernan #215335 |
|    | (dkiernan@jonesday.com) |
| 14 | JONES DAY |
|    | 555 California Street, 26th Floor |
| 15 | San Francisco, CA  94104 |
|    | Telephone:  (415) 626-3939 |
| 16 | Facsimile:  (415) 875-5700 |

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No.  C 05-00037 YGR |
|  | [CLASS ACTION] |
| ——————————————— | |
| This Document Relates To: | **REPLY DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF APPLE'S MOTION FOR DECERTIFICATION OF RULE 23(b)(3) CLASS** |
| ALL ACTIONS | |
| | Date:          November 18, 2014 |
| | Time:          12:00 p.m. |
| | Courtroom: 1, 4th Floor |
| | Judge:         Hon. Yvonne Gonzalez Rogers |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice before this Court and the courts of the State of California. I am a partner in the law firm Boies, Schiller & Flexner LLP, counsel to Defendant Apple Inc. ("Apple') in this case.

2. I make this declaration in support of Apple's Reply in Support of Motion for Decertification of Rule 23(b)(3) Class. Based on my review of the files and records in this case, I have firsthand knowledge of the contents of this declaration and could testify thereto.

3. **Exhibit S** is a true and correct copy of excerpts from the transcript of the September 19, 2008 deposition of Roger G. Noll.

4. **Exhibit T** is a true and correct copy of excerpts from the transcript of the May 16, 2013 deposition of Roger G. Noll.

5. **Exhibit U** is a true and correct copy of a document bates-stamped Apple_AIIA_B_003397-003399 that contains a document titled "Amendment to the Authorized Apple Reseller U.S. Sales Agreement," dated May 17, 2006 which was produced by Apple in this case.

6. **Exhibit V** is a true and correct copy of a document bates-stamped Apple_AIIA_B_003404-003407 that contains an e-mail chain between Jo-Anne Knysh and Kimberlee Madsen, regarding Meijer's reseller agreement, dated April 10, 2006 which was produced by Apple in this case.

7. **Exhibit W** is a true and correct copy of a document bates-stamped Apple_AIIA_B_013428-013429 that contains a document titled "iPod Essentials Accessory Bundle Amendment to the Authorized Apple Reseller U.S. Sales Agreement," dated December 22, 2006 which was produced by Apple in this case.

8. **Exhibit X** is a true and correct copy of a document bates-stamped Apple_AIIA_B_011954 that contains a document titled "Amendment to the Authorized Apple Direct Marketing Reseller U.S. Sales Agreement," dated August 11, 2005 which was produced by Apple in this case.

1   9. **Exhibit Y** is a true and correct copy of a document bates-stamped Apple_AIIA_B_013099-013101 that contains a document titled "Amendment to the Authorized Apple Reseller U.S. Sales Agreement," dated July 26, 2004 which was produced by Apple in this case.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 17th day of November, 2014, in Oakland, California.

                                                /s/ Kieran P. Ringgenberg
                                                 Kieran P. Ringgenberg