# Exhibit S

```
 1              UNITED STATES DISTRICT COURT FOR THE
 2                  NORTHERN DISTRICT OF CALIFORNIA
 3                         SAN JOSE DIVISION
 4                              ---oOo---
 5
 6   THE APPLE iPOD iTUNES ANTI-       No. C-050037-JW(RS)
     TRUST LITIGATION,
 7
 8   _____/
 9
10
11              DEPOSITION OF ROGER G. NOLL, Ph.D.
12
13
14
15
16
17          Taken before EARLY K. LANGLEY, RPR, RMR
18                         CSR No. 3537
19                      September 19, 2008
20
21
22
23
24                                One Kaiser Plaza, Suite 505
                      Aiken       Oakland, California 94612
25                    Welch       Ph  510-451-1580
                      COURT       Fax 510-451-3797
                      REPORTERS   www.aikenwelch.com
```

239

1    A.  Oh, I'm sorry.  I'm sorry.  It's late in
2    the day.  Explain what we're after now.
3    Q.  You understand that the purported class
4    includes both direct consumers and resellers like
5    Best Buy?                                                17:01
6    A.  The wholesale market?
7    Q.  Yes.
8    A.  Yes.  Remind me what I was asked again.
9    Q.  Do you know whether or not you can use the
10   same regression analyses for both?                       17:02
11       MS. SWEENEY:  Both being resellers and
12   consumers?
13   BY MR. MITTELSTAEDT:
14   Q.  Yes.
15   A.  My best guess is there's going to be two            17:02
16   regression analysis models because obviously the
17   wholesale price differs from the retail price.
18       What I -- what I need to know is how the
19   wholesale market actually works.  I need documents
20   about Apple's pricing policy in the wholesale           17:02
21   market.  I need transactions data in the wholesale
22   market and how I'll go about doing it -- doing
23   that part of the analysis would depend on those
24   details.
25       Let's take the simplest possible case,              17:02

Aiken & Welch Court Reporters            R. G. Noll   9/19/08

1  which I doubt that it's true, but let's assume
2  that it's true.  Assume that the wholesale market
3  looks exactly like the retail market, that there's
4  a posted price for each model of iPod that's 30 or
5  40 percent below the retail price and everybody       17:03
6  can buy as much as they want at that posted price.
7        In that case, the -- a product-specific
8  dummy variable whether the buyer was a wholesaler
9  would be sufficient, right.  But that's almost
10 certainly not going to be true.  It might be true.    17:03
11       But I suspect there are quantity discounts
12 and advance purchase discounts, and, you know,
13 special promotional discounts if you spend some
14 money on advertising we'll pay some of it.  So
15 there's likely to be more complexity in the price     17:03
16 formation in the wholesale market than in the
17 retail market in which case there will probably
18 have to be two equations.
19       Q.  And can you tell me anything more than --
20 more than what is in your report on what the          17:03
21 equation will look like for the wholesale --
22       A.  Actually, if that's the case, it will look
23 a whole lot like the one I just did which is
24 static random access memory, static random access
25 memory, which is a different kind of case.  It's a   17:04

1  price conspiracy case, but it's still the same
2  basic story, which is that the contracts
3  themselves with the -- the wholesale contracts
4  between the chip manufacturers and the people who
5  make stuff like Apple specifies things like if you   17:04
6  promise to buy X in advance so we know what our
7  production run should be, we'll give you a slight
8  discount.
9          And if you -- and then there's just
10 straightforward quantity discounts, and there's --   17:04
11 there's other kinds of discounts, so that you have
12 to read the contracts for the large buyers to
13 figure out what the pricing policy is.  And now
14 once you've done that, you can just stick some
15 variables in the regression -- the price equation   17:05
16 that take into account those contract terms and
17 you can get a price equation.
18     Q.  Okay.  Let me turn to one last subject.
19         If Apple were required to license FairPlay
20 and were permitted to charge a licensing fee,   17:05
21 would you expect that that would make music more
22 expensive?
23     MS. SWEENEY:  Objection.  Incomplete
24 hypothetical.
25     THE WITNESS:  Would I expect that that   17:05