# Exhibit T

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  OAKLAND DIVISION
 4
 5   _____
                                         )
 6                                       )
     THE APPLE IPOD ITUNES ANTI-TRUST    )  No. C-05-0037 YGR
 7   LITIGATION                          )
                                         )
 8   _____)
 9
10
11
12        VIDEOTAPED DEPOSITION OF ROGER G. NOLL
13              San Francisco, California
14                Thursday, May 16, 2013
15                      Volume 1
16
17
18
19
20
21   Reported by:
22   JENNIFER L. FURIA, RPR, CSR
23   CA License No. 8394
24   Job No. 1663538
25   PAGES 1 - 262
```

Page 1

```
 1          A    Yeah.
 2          Q    What I'm trying to establish is whether or not
 3    if the wholesale price is always a certain percentage of
 4    the retail price that you would expect --
 5          A    The number to be the same.                    13:20:21
 6          Q    Not the -- I'm using two different numbers.
 7    On the one hand I'm -- I'm talking about the percent of
 8    retail price that represents the wholesale price.  And
 9    on the other hand, I'm asking you about your percentage
10    overcharges.  I'm asking you if the wholesale price is  13:20:44
11    always 13 percent or a discount of 13 percent off the
12    retail price, in that circumstance would you expect, if
13    the regression were robust and reliable, that you'd get
14    the same overcharge percentage for resellers and direct
15    retail sales?                                            13:21:08
16               MS. SWEENEY:  Objection, incomplete
17    hypothetical.
18               THE WITNESS:  It's exactly the question I
19    answered that you told me to wait because I didn't
20    answer the right question.                               13:21:15
21               If you assume that the wholesale price is
22    always x percent of the retail price, then something
23    that causes the retail price to go up will cause exactly
24    the same percentage increase in the wholesale price.
25    So, of course, if you assume the answer, they'll be the  13:21:26
```

```
 1  same.
 2  BY MR. MITTELSTAEDT:
 3      Q  So does the fact that your regression turns
 4  out with a 3.2 percent overcharge for resellers and a
 5  6.32 percent overcharge for direct sales reflect that    13:21:41
 6  wholesale price is not always 13 percent discount off of
 7  retail?
 8      A  We know that it's not, because --
 9      Q  Is that what it reflects though?  Is that
10  what's driving it?                                        13:22:00
11      A  I did not -- that's a fragment that I don't
12  understand.  You'll have to clarify what you mean.  I
13  didn't understand your fragment.
14      Q  Well, what accounts as -- in your view -- for
15  the difference between the overcharge for resellers and   13:22:16
16  direct?
17         MS. SWEENEY:  Objection, asked and answered.
18  BY MR. MITTELSTAEDT:
19      Q  What accounts for that?
20         MS. SWEENEY:  Objection, asked and answered.   13:22:27
21         THE WITNESS:  The supply and demand conditions
22  in the market are different.  I mean,
23  that's -- they're -- the nature of demand from the --
24  from the -- the supply demand interrelationship between
25  Apple and the resellers is different than between Apple   13:22:42
```

Page 132