# Exhibit U

# Redacted



## Amendment to the Authorized Apple Reseller U.S. Sales Agreement

This Amendment to the Authorized Apple Reseller U.S. Sales Agreement ("Amendment") amends the Authorized Apple Reseller U.S. Sales Agreement ("Agreement") between Apple Computer, Inc., a California corporation located at 1 Infinite Loop, Cupertino, CA 95014 ("Apple") and:

Company Name ("Reseller"): Meijer Distribution, Inc.

Address: 2929 Walker Avenue NW

City, ST, Zip: Grand Rapids, MI 49544

In the event of a conflict between the terms of this Amendment and the terms of the Agreement, the terms of this Amendment shall prevail.

The parties agree to the following changes:

1. **Section 4H, Reseller's Obligations.** This section is added to the Agreement in its entirety as follows:

"Subject to Reseller's obligations to actively promote and sell Products to Customers imposed in this Section 4, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and as provided in the Business Development Funds Product Accrual Schedule attached to this Amendment or any revised Business Funds Product Accrual Schedule that Apple, in its sole discretion, may deliver to Reseller during the term of this Agreement. As a further condition to Apple's obligation under this section, Reseller shall certify in writing to Apple, that (i) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and (ii) Reseller resells products of other vendors that are directly competitive with the authorized Products. Apple reserves the right to change the Business Development Funds Product Accrual Schedule and price rebate percentages at any time."

Unless specifically changed by this Amendment, the terms and conditions of the Agreement remain in full force and effect and apply to all transactions contemplated by this Amendment.

The duly authorized representatives of the parties execute this Amendment as of the dates set forth below.

| Reseller | Apple |
|---|---|
| SIGNATURE: *[signed]* | SIGNATURE: *[signed]* |
| PRINT NAME: Bob Aherny | PRINT NAME: Stephen Glaros |
| TITLE: Vice President | Sr Contracts Program Manager |
| DATE: 5/2/06 | TITLE: |
| | DEPT: Sales Contracts Management |
| | EFFECTIVE DATE: 5/17/06 |

APPROVED
LEGAL CB

RECEIVED
APPLE COMPUTER, INC.

CONFIDENTIAL - ATTORNEYS EYES ONLY                    Apple_AIIA_B_003397

## SCM Non-Standard Agreement Summary

Date: 17 May 2006

Summary Prepared By:   Kimberlee Madsen

Customer Name:   Meijer Distribution, Inc.

Contract Type: Amendment to the Authorized Apple Reseller U.S. Sales Agreement

CCN: 542224        Contract Version:   N/A

Effective Date: 5/17/06            Expiration Date: 10/31/06

Eligible Purchasers:

Non-Standard Terms:

1. Section 4H, Reseller's Obligations. This section is added to the Agreement in its entirety as follows:

"Subject to Reseller's obligations to actively promote and sell Products to Customers imposed in this Section 4, [REDACTED] and as provided in the Business Development Funds Product Accrual Schedule attached to this Amendment or any revised Business Funds Product Accrual Schedule that Apple, in its sole discretion, may deliver to Reseller during the term of this Agreement. As a further condition to Apple's obligation under this section, Reseller shall certify in writing to Apple, that (i) [REDACTED] and (ii) Reseller resells products of other vendors that are directly competitive with the authorized Products. Apple reserves the right to change the Business Development Funds Product Accrual Schedule and price rebate percentages at any time."

Miscellaneous Information/Notes for Database:

Approvals:

Stephen Glaros
Name                    Signed [signature]              Date 5/17/06

Rev. 1                                                                 01/04

CONFIDENTIAL - ATTORNEYS EYES ONLY                       Apple_AIIA_B_003398

From: Ladan Saghafi <lsaghafi@apple.com>
Subject: **Re: Move Meijer to** ▮▮▮▮▮
Date: April 11, 2006 10:37:56 AM PDT
To: Stephen Glaros <sglaros@apple.com>, Jo-Anne Knysh <knysh.j@apple.com>
Cc: Kimberlee Madsen <kmadsen@apple.com>, Bob Pultorak <pultorak@apple.com>, Mike Rubin <rubin@apple.com>, Ladan Saghafi <lsaghafi@apple.com>, Cory Williamson <cwilliamson@apple.com>
1 Attachment, 76.3 KB   Save

Hello Everyone,

Attached is the BDF program document to be sent with the signed agreement.

Thank you,

Ladan

Apple Reseller BDF #06854
Updated April 11, 2006

### Exhibit A: Apple Business Development Fund Program

This program is available to Authorized Apple Resellers who meet the requirements set forth herein. Participation in this program is voluntary and may limit eligibility to participate in other programs offered by Apple. Apple reserves the right to modify or terminate this program at anytime. Payments under this plan will be suspended or terminate in the event that the Reseller changes status, violates the Authorized Apple Reseller U.S. Sales Agreement ("Agreement"), violates Apple Sales Policies, or is de-authorized.

**Payments Calculations:** Business Development Funds (BDF) dollars are calculated by Apple at the end of each fiscal month based on the total net billings of eligible Apple products purchased from Apple or an authorized wholesaler of Apple during the fiscal month. Direct purchases are calculated based on invoice amount. Indirect purchases are calculated based on dealer acquisition cost. Dealer acquisition cost represents the suggested reseller acquisition price and may not match the price invoiced by the distributor. Payments will be issued on a monthly basis via check, or credit / debit memorandum.

**Product Eligibility and Accrual Rates:** Products are grouped and funds accrue at a rate as described in the Business Development Fund (BDF) Product & Accrual Schedule as attached hereto. Product group definitions and accrual rates are determined at the sole discretion of Apple. The Apple product line is dynamic. Future products will be classified and assigned accrual rates at the sole discretion of Apple. Apple reserves the right to modify product groups, group definitions, and accrual rates at any time. Product eligibility is limited to finished goods. Service parts are excluded from product groups and net billings calculations. Third party products are not eligible for accruals.

Business Development Funds Product Accrual Schedule for Program #06854:

| Product Category | Accrual Rate |
|---|---|
| Mac Mini | ▮ |
| iMac | ▮ |
| iBook | ▮ |
| PowerBook 12" | ▮ |
| PowerBook | ▮ |
| PowerMac | ▮ |
| Server | ▮ |
| Raid | ▮ |
| Displays | ▮ |
| CPU Accy (Includes Airport Express) | ▮ |
| iPod | ▮ |
| iPod Nano | ▮ |
| iPod Shuffle | ▮ |
| iPod Accy | ▮ |
| Cons. Software | ▮ |
| Pro. Software | ▮ |
| Third Party | ▮ |
| Training | ▮ |
| AppleCare | ▮ |
| Other | ▮ |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    Apple_AllA_B_003399