William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Kieran P. Ringgenberg #208600
(kringgenberg@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br><br>**CERTIFICATE OF SERVICE**<br><br>Place:   Courtroom 1, 4th Floor<br>Judge:   Honorable Yvonne Gonzalez Rogers |

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 1999 Harrison Street, Suite 900, Oakland, California 94612.

On November 17, 2014, I served the following documents:

- **APPLE'S REPLY IN SUPPORT OF MOTION FOR DECERTIFICATION OF RULE 23(b)(3) CLASS [FILED UNDER SEAL]**

- **EXHIBITS U–Y TO REPLY DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF APPLE'S MOTION FOR DECERTIFICATION OF RULE 23(b)(3) CLASS [FILED UNDER SEAL]**

I served the documents on the **persons** below, as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

The documents were served pursuant to FRCP 5(b) by the following means:

| | |
|---|---|
| ☐ | **By personal service.** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening. |
| ☐ | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and: <br><br> ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. <br><br> ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. <br><br> I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California. |
| ☐ | **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |

| | | |
|---|---|---|
| 1 | ☐ | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and/or by electronically transmitting the documents and providing them to a professional messenger service for service. |
| 2 | | |
| 3 | ☐ | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| 4 | | |
| 5 | | |
| 6 | ☑ | **By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.** |
| 7 | | |
| 8 | | |

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: November 17, 2014

                                            _/s/ Catherine Duong_____
                                            **Catherine Duong**

# SERVICE LIST

**Counsel for Plaintiffs**

Andrew S. Friedman afriedman@bffb.com
Francis J. Balint, Jr. fbalint@bffb.com
Elaine A. Ryan eryan@bffb.com
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

Bonny E. Sweeney bonnys@rgrdlaw.om
Alexandra S. Bernay xanb@rgrdlaw.com
Carmen A. Medici cmedici@rgrdlaw.com
Jennifer N. Caringal JCaringal@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Patrick J. Coughlin PatC@rgrdlaw.com
Steven M. Jodlowski sjodlowski@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Michael D. Braun
service@braunlawgroup.com
BRAUN LAW GROUP, P.C.
10680 West Pico Blvd., Suite 280
Los Angeles, CA 90064
Telephone: (310) 836-6000
Facsimile: (310) 836-6010

Roy A. Katriel rak@katriellaw.com
THE KATRIEL LAW FIRM
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: (202) 625-4342
Facsimile: (202) 330-5593

Michael Goldberg mgoldberg@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Brian P. Murray bmurray@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 382-2221
Facsimile: (212) 382-3944

Todd David Carpenter
Todd@Carpenterlawyers.com
CARPENTER LAW GROUP
402 West Broadway
Suite 2900
San Diego, CA 92101
Telephone: (415) 756-6994
Facsimile: (619) 756-6991

Thomas J. Kennedy
tkennedy@murrayfrank.com
MURRAY FRANK LLP
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212-682-1818
Facsimile: 212-682-1892

| | | |
|---|---|---|
| 1 | **Counsel for Plaintiffs (cont'd)** | **Co-counsel for Defendants** |
| 2 | Alreen Haeggquist alreenh@zhlaw.com | David C. Kiernan dkiernan@jonesday.com |
| 3 | ZELDES HAEGGQUIST & ECK, LLP | Amir Q Amiri aamiri@jonesday.com |
| | 625 Broadway, Suite 1000 | JONES DAY |
| 4 | San Diego, CA 92101 | 555 California Street, 26th Floor |
| | Telephone: 619-342-8000 | San Francisco, CA 94104 |
| 5 | Facsimile: 619-342-7878 | Telephone: (415) 626-3939 |
| 6 | | Facsimile: (415) 875-5700 |
| 7 | Helen I. Zeldes helenz@zhlaw.com | |
| | ZELDES HAEGGQUIST & ECK, LLP | |
| 8 | 625 Broadway, Suite 1000 | |
| | San Diego, CA 92101 | |
| 9 | Telephone: (619) 342-8000 | |
| | Facsimile: (619) 342-7878 | |
| 10 | | |
| 11 | | |
| | Jacqueline Sailer jsailer@murrayfrank.com | |
| 12 | MURRAY, FRANK & SAILER LLP | |
| | 275 Madison Avenue | |
| 13 | S. 801 | |
| | New York, NY 10016 | |
| 14 | Telephone: 212-682-1818 | |
| 15 | Facsimile: 212-682-1892 | |

2

CERTIFICATE OF SERVICE                                    C 05-00037 YGR