William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Kieran P. Ringgenberg #208600
(kringgenberg@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA  94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>―――――――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION FOR DECERTIFICATION OF RULE 23(b)(3) CLASS**<br><br>Date:         November 18, 2014<br>Time:         12:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge:        Hon. Yvonne Gonzalez Rogers |

Before the Court is Plaintiffs' Administrative Motion to Seal Documents Filed in Support of Plaintiffs' Opposition to Apple's Motion For Decertification of Rule 23(b)(3) Class. This motion has been supported by Apple's Response to Plaintiffs' Administrative Motion to Seal Documents Filed in Support of Plaintiffs' Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class (Dkt. 897), and the Declaration of Kieran P. Ringgenberg in Support of Apple's Response to Plaintiffs' Administrative Motion to Seal Documents. Apple seeks an order sealing Exhibits 3, 4 and 6 of the Declaration of Steven M. Jodlowski in Support of Plaintiffs' Memorandum of Law in Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class (Dkt. 896-1).

| Title | Portions to Redact |
|---|---|
| **Exhibit 3** (Apple_SOM00007874) | • Designated portion at bates ending 879. |
| **Exhibit 4** (Apple_SOM00007895) | • Designated portion at bates ending 900. |
| **Exhibit 5** (Michelle M. Burtis, Ph,D., September 30, 2009 deposition transcript excerpts) | • None |
| **Exhibit 6** (Mark Donnelly December 20, 2010 deposition transcript excerpts) | • Designated portions at pages 95 and 96. |

After reviewing the aforementioned materials and having determined that public disclosure of the confidential information contained in the designated portions of the exhibits noted above would harm Apple, and finding compelling reasons to seal that information, *see Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006), IT IS HEREBY ORDERED THAT Plaintiffs' administrative motion is GRANTED.

_____, 2014

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge