# Exhibit 4

# Redacted

### Authorized U.S. Apple Reseller Agreement (iPod Authorization)

This Authorized U.S. Apple Reseller Agreement ("Agreement") is made between Apple Inc., a California corporation located at 1 Infinite Loop, Cupertino, CA 95014 ("Apple") and:

Company Name ("Reseller"): _Costco Wholesale_

Address: _999 Lake Drive_

City, ST, Zip: _Issaquah WA 98027_

**1. Definitions.**
When used in this Agreement, the following terms have the meanings specified below:

A. "Agreement" means collectively this Authorized U.S. Apple Reseller Agreement, any amendments or additions, and any documents or materials incorporated by reference, including without limitation the iPod Policies and Practices and Apple's Trademark Guidelines.

B. "Apple Marks" means trademarks, service marks, logos and product names owned by or licensed to Apple, and used on and in connection with Authorized Apple Price Lists, and the designation "Authorized Apple Reseller."

C. "Authorized Apple Price Lists" means the then-current lists of prices for Reseller's purchase of Products from Apple.

D. "Authorized Apple Products Lists" means the then-current lists of Products that Reseller is authorized by Apple to resell.

E. "Authorized Apple Reseller" means a reseller of Apple Products, as defined below, with which Apple has an Authorized U.S. Apple Reseller Agreement in effect.

F. "Authorized Apple Wholesaler" means an entity authorized by Apple to resell Products to Reseller in the United States.

G. "Authorized Locations" means locations where Reseller is authorized by Apple to resell Products.

H. "Confidential Information" means any information in oral or written form that recipient knows or has reason to know is confidential information and that is disclosed in connection with this Agreement or to which recipient may have access in connection with this Agreement, including but not limited to business and marketing plans, financial information and data, personnel information, information regarding strategic alliances, costs or pricing data, and the identities of customers and prospective customers. Confidential Information shall not include any information that (i) was rightfully in the possession of recipient prior to disclosure; (ii) was independently developed by recipient without the use of Confidential Information; or (iii) is now, or hereafter becomes, available to the public other than as a result of disclosure by recipient in violation of this Agreement.

I. "Customers" means (i) end users, whether or not the end users are the actual purchasers; and (ii) purchasers not purchasing the Products for resale.

J. "iPod Policies and Practices" means the Apple Reseller Policies and Practices manual posted on the Apple sales web, and otherwise made available to Reseller, containing Apple's policies, practices, and programs that, together with this Agreement, govern Reseller's activities under or in any manner related to this Agreement. The Policies and Practices, including all policies and guidelines referenced therein, may be updated, modified or amended from time to time in Apple's sole discretion, and such updates, modifications and amendments will be binding on Reseller.

K. "Products" means iPod and iPod accessories that Reseller is authorized by Apple to resell to Customers. Apple-branded CPU products, including Apple-branded laptops, desktops, servers, storage products, software and hardware accessories (such as keyboards, mice, displays and wireless products) and AppleTV are expressly excluded from this definition.

**2. Appointment.** Apple appoints Reseller as a limited and nonexclusive Authorized Apple Reseller for the resale of iPod and iPod accessories from Authorized Locations to Customers for use within the United States in compliance with the terms of this Agreement; and Reseller accepts this appointment.

**3. Scope of Authorization.**
A. Reseller will purchase Products only from an Authorized Apple Wholesaler, on terms decided between the Reseller and the Authorized Apple Wholesaler, and if qualified, directly from Apple, except where Apple authorizes other purchases. Apple will not in any way be responsible or liable to Reseller for any act or omission by any Authorized Apple Wholesaler. Reseller will sell Products to Customers from Authorized Locations at prices determined solely by Reseller. Apple reserves the right to remove or add Products from the Authorized Apple Products Lists and change the iPod Policies and Practices and scope of Reseller's authorization at any time and without notice. Reseller will have a commercially reasonable period of time to implement such changes by Apple, not to exceed thirty (30) days.

B. Reseller will not sell, rent or lease Products: (i) for resale; (ii) for export outside the United States, either directly or indirectly; (iii) for use by public or private nonprofit educational institutions; (iv) either through the Internet or direct mail order, or telephone sales, (v) in response to a Federal Government Contracting Officer's Notice of Intent to place a delivery order against the General Services Administration (GSA) Automatic Data Processing (ADP) Schedule as published in the Commerce Business Daily; or (vi) to certain Apple customers participating in special programs and identified by Apple.

**4. Reseller's Obligations.**
A. Reseller shall act at all times and conduct its activities in a professional and competent manner. Reseller will actively promote and sell Products to Customers and maintain a high level of Customer satisfaction. Without limitation, Reseller will: (i) comply with all iPod Policies and Practices; (ii) promote the Products in a manner that maintains the good name and reputation of both Apple and the Products; (iii) upon Customers' request, provide to Customers a copy of (a) Apple's standard hardware Limited Warranty, (b) any warranties provided by vendors of products bundled with the Products, and (c) an end-user software license for software accompanying the Products; and (iv) not engage in any illegal, false or deceptive acts or practices with respect to Reseller's business activities.

B. To the extent Reseller sells, distributes or offers for sale Products that are factory refurbished, reseller-reconditioned, or used, Reseller shall explicitly identify such products as such

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_SOM00007895



and shall comply with all laws and regulations governing the sale or distribution of used, reconditioned or refurbished products. Factory refurbished, reseller-reconditioned or used Products remain subject to all terms and conditions set forth in this Agreement.

C. Reseller will provide knowledgeable assistance to Customers and potential Customers in connection with the Products, including: (i) assisting to determine appropriate Product configurations that fit the needs of Customers and (ii) providing information and advice in the general use of Products. Reseller will provide each Customer with: (a) a bill of sale or other receipt that states the Customer's name and address, date of sale, the Products' serial numbers, and the address of the Authorized Location where the Products are sold; and (b) Apple's then-current iPod limited warranty for the Products.

D. Reseller will promptly notify Apple in writing of any suspected Product defect or safety issue.

E. Reseller will not make any representations, warranties, or guarantees to Customers or to the trade with respect to the specifications, features, or capabilities of any Apple Products that are inconsistent with Apple's literature, including all warranties and disclaimers contained in such literature.

F. Reseller will maintain an internet email address, which it will provide to Apple, and have Internet access at all times. Reseller will access Apple's channel web sites at least weekly to ascertain whether Apple has modified the iPod Policies and Practices.

G. Reseller will pay any applicable sales or use taxes, duties and other imposts due on account of purchases under this Agreement. Reseller will be responsible for the collection of all applicable sales tax and use taxes associated with the resale of Products.

5. **Purchases Directly from Apple.**
A. In order to qualify to purchase Products directly from Apple, Reseller must satisfy all requirements and perform all obligations of the iPod Policies and Practices applicable to or governing direct Reseller purchases of Products. Any order placed with Apple is subject to acceptance by Apple, and Apple may decline any order, in whole or in part, for any reason. Apple may cancel any accepted order prior to shipment. Unless Reseller notifies Apple otherwise, Apple may make partial shipments of Reseller's orders. Apple will not be liable for any failure to ship complete orders. Reseller will be invoiced separately for each partial shipment and will pay each invoice when due, without regard to subsequent deliveries.

B. The price for Products purchased directly from Apple will be the price on the applicable Authorized Apple Price List on the date that Apple ships the Products. Prices include standard freight and insurance using an Apple-selected carrier. Reseller will be invoiced upon shipment of Product and, provided Reseller is qualified for credit from Apple, such invoice will be due no later than thirty (30) days from the date of invoice. Apple reserves the right to change the Authorized Apple Price Lists and Reseller's credit terms at any time.

C. Reseller acknowledges that Apple has set its prices and entered into this Agreement in reliance upon the provisions of this Agreement, particularly including (but not limited to) Sections 13 and 15A, and that the provisions of this Agreement form an essential basis of the bargain between the parties.

D. Should there at any time be monies owing from Apple to Reseller whether under this Agreement or otherwise, Reseller authorizes Apple to set off against any such sums owed by Apple to Reseller any amount or other obligation (contingent or otherwise) that Reseller owes to Apple. If Apple has reasonable grounds for concern that it may have a claim on any basis against Reseller, Apple may also withhold from any payments otherwise due from Apple to Reseller an amount that Apple deems reasonably necessary to cover the amount of the possible claim.

E. Title and risk of loss to all Products will pass to Reseller upon shipment from Apple's shipping location. For Products shipped pursuant to Apple's standard practices in all but the last week of every Apple fiscal quarter during the term of this Agreement, Apple will issue credits or replace Products returned due to damage in transit or that are lost in transit. For Products shipped pursuant to Apple's standard practices in the last week of every Apple fiscal quarter during the term of this Agreement, Apple will not issue credits or replace Products returned due to damage in transit or that are lost in transit. Instead, Apple will provide third-party insurance for damaged or lost Products with Reseller named as the loss payee. When not shipping Products pursuant to Apple's standard practices but instead shipping via a carrier selected by Reseller, Apple will not issue credits or replace Products returned due to damage in transit or that are lost in transit.

6. **Rights Reserved to Apple.**
A. Nothing in this Agreement shall be construed as limiting in any manner Apple's marketing, sale or distribution activities, or its appointment of other resellers, agents, licensees, or distributors. Further, Apple remains free at all times to open Apple retail stores or authorize additional resellers in any location, including in locations that are proximate to Authorized Locations.

B. Apple may allocate available inventory in its sole discretion and without liability to Reseller. Reseller acknowledges that Apple may choose to allocate available inventory to or among Apple's own retail and web-based stores, education customers, sales territories, other resellers, or otherwise, before Reseller, and that there may be delays in Apple's fulfillment of Reseller orders.

7. **Confidentiality.** Neither party will use the other's Confidential Information except as required to achieve the objectives of this Agreement, or disclose such Confidential Information except to employees, agents or contractors who have a need to know or as required by law. Neither party will make any disclosure or statement of Confidential Information in connection with this Agreement or its subject matter without the other's prior written consent or as required by law.

8. **Limited Warranty to Reseller.**
A. Apple warrants that any Products purchased directly from Apple for resale to Customers according to this Agreement will conform to their general descriptions on the Authorized Apple Price Lists. Reseller's sole and exclusive remedy for any breach of this warranty will be a credit to Reseller's account for such nonconforming Products that are returned to Apple.

B. APPLE MAKES NO OTHER WARRANTY TO RESELLER, EITHER EXPRESS OR IMPLIED, WITH RESPECT TO THE PRODUCTS. APPLE SPECIFICALLY DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

9. **Records, Inspections, and Reporting.**
A. Reseller will provide to Apple a list of all Authorized Locations and any other information that Apple may reasonably request, including sales and inventory reports, in formats prescribed by Apple. During the term of this Agreement and for five (5) years after its expiration or termination, Apple will have the right to inspect Reseller's Authorized Locations and other related facilities at any time during regular business hours for purposes of verifying

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_SOM00007896



Reseller's compliance with the terms of this Agreement and iPod Policies and Practices.

B. Reseller will maintain, at the applicable Authorized Location, its records, contracts and accounts relating to the sale of Products for at least five (5) years. Upon Apple's reasonable request, during the term of this Agreement and for five (5) years after its expiration or termination, Reseller will promptly provide copies of any requested records, financial statements and documents to Apple.

C. Reseller will provide Apple with resale certificate numbers and any other documentation requested by taxing authorities to substantiate any claim of exemption from taxes, duties, or imposts.

**10. Proprietary Rights.**
**A. Apple Marks**
Subject to Reseller's compliance with the terms of this Agreement, and Apple's Trademark Guidelines (available at http://www.apple.com/legal/trademark/guidelinesfor3rdparties.html), including all policies and guidelines referenced therein (the Trademark Guidelines and all policies and guidelines referenced therein being expressly incorporated herein by reference) Apple grants Reseller a privilege and limited license to use the Apple Marks solely for the promotion and sale of Products under Reseller's appointment, except that Reseller shall not use or allow others to use any of the Apple Marks on any promotional merchandise such as key chains, mugs, or T-shirts unless such use is pursuant to Apple's written merchandising policies. No other rights to any Apple property or right is granted. Reseller agrees that Apple owns all rights in the Apple Marks, and that any use by Reseller shall inure to the benefit of Apple. Apple reserves the right, in its sole discretion, to update, modify or amend the Trademark Guidelines (including all policies and guidelines referenced therein) and Reseller shall comply with the Trademark Guidelines as amended, modified or updated. Except as expressly permitted hereunder, Reseller agrees not to use any Apple trademark, service mark, logo, trade dress, design, "look and feel" (e.g., the design and layout of Apple's retail stores or websites, or the name under which Reseller does business), in any manner whatsoever, or act in any manner that implies an endorsement of Reseller by Apple. Reseller will not remove, obfuscate or add any mark to any materials provided by Apple or packaging for products on Authorized Apple Products Lists.

**B. Software Rights**
Reseller will not separate any software that is packaged with other Product, or such software's end-user license, from the Product. Reseller may distribute software that is incorporated in or packaged with other Product solely in connection with the authorized sale of such Product, and will have no other rights with respect to such software. Reseller will pass on to Customers any end-user software licenses. Reseller will not disassemble, de-compile, reverse engineer, copy, modify, create derivative works, or otherwise change any software or its form.

**C. Apple Proprietary Customer Information**
Reseller acknowledges that (i) Apple maintains customer information independently derived from numerous sources other than Reseller, including product registration and use of Apple's websites by customers and prospective customers; (ii) such customer information may be identical to information that Reseller has developed or maintains; and (iii) Apple has a proprietary interest in such customer information when derived from sources other than Reseller, whether or not Reseller has derived or maintains identical information. Reseller disclaims any interest whatsoever in Apple's proprietary customer information.

**11. Insurance.** For each Authorized Location, Reseller will have a general liability insurance policy, including coverage for premises liability, products, and completed operations. This policy will have limits of not less than one million dollars ($1,000,000) per incident for bodily, personal injury or property damage, or one million dollars ($1,000,000) in a combined single limit, and a Certificate of Insurance will be made available to Apple at its request.

**12. Indemnity.**
A. If Reseller promptly notifies Apple in writing and gives Apple sole control over the defense and all related settlement negotiations, Apple will defend, hold harmless and indemnify Reseller against any damages finally awarded or amounts paid in settlement as a result of any claim or threat of claim brought by a third party against Reseller to the extent based on an allegation that: (i) the marketing or licensed use of any Apple-branded Products sold by Reseller or software licensed by Apple that a Customer has paid to acquire infringes any U.S. patent, copyright, trademark, trade secret or other proprietary right of a third party, or (ii) a defective Product directly caused death or personal injury or tangible property damage; provided that in either case Reseller did not alter, modify, or otherwise change the Product or software that gave rise to such claim.

B. Reseller will defend, hold harmless and indemnify Apple against any claim or threat of claim brought by a third party against Apple arising out of the acts or omissions of Reseller, its employees or agents, excluding acts or omissions expressly required or prescribed by this Agreement.

C. If either party seeks indemnification provided for in this section, each party seeking indemnification will cooperate with and provide reasonable assistance in the defense or settlement of any claim or legal proceeding. Reseller and Apple will not make public any terms, or the mere existence, of any settlements.

**13. Limitation of Liability and Remedies.** The total liability of either party to the other on all claims of any kind under or related to this Agreement, whether in contract, warranty, tort, strict liability, statute, or otherwise, shall be limited to the total amounts paid by Reseller to Apple in the twelve (12) months prior to the date the initial claim is made against either party by the other or one hundred thousand dollars ($100,000), whichever is greater; provided that in no event shall all recoveries exceed three hundred thousand dollars ($300,000). IN NO EVENT, WHETHER AS A RESULT OF BREACH OF CONTRACT, WARRANTY, TORT, STRICT LIABILITY, STATUTE OR OTHERWISE, SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, CONSEQUENTIAL, INCIDENTAL OR INDIRECT DAMAGES (INCLUDING LOST BUSINESS PROFITS, LOSS OF DATA, INTERRUPTION IN USE, OR UNAVAILABILITY OF DATA) OR FOR PUNITIVE OR EXEMPLARY DAMAGES. The limitation in the preceding two sentences shall not apply to (i) indemnity claims under Section 12 with respect to defective Products that directly cause death, personal injury or tangible property damage, (ii) any claims by Apple against Reseller for violation of intellectual property rights, including claims under Section 10, or (iii) the amount due from Reseller to Apple for products or services ordered from Apple. The remedies set forth in this Agreement will be Reseller's sole and exclusive remedies for any claim against Apple under or related to this Agreement. Reseller waives and relinquishes any rights or claims under franchise, dealership, or other statutes, or at common law that would or might arise out of Apple's termination of this Agreement, Apple's refusal to accept Reseller's order, or Apple's refusal to renew or extend the term of this Agreement.

**14. Term and Termination.**
**A. Term**
Unless terminated earlier as provided in this Agreement, the initial term of this Agreement will be from its effective date until October 31, 2009.

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_SOM00007897



**B. Termination**
This Agreement may be terminated as follows: (i) either party may terminate this Agreement at any time, with or without cause, on thirty (30) days' written notice of termination to the other party; and (ii) Apple may terminate this Agreement and any other active agreement with Reseller immediately and without any period to remedy if: (a) Reseller fails to fully perform any obligation under this Agreement or violates any Policies and Practices, (b) Reseller commits a felony or engages in any unlawful or unfair business practice, (c) there is a material change in or transfer of Reseller's management, ownership, control or business operations, or Reseller becomes affiliated, through common management, ownership, or control, with any person or entity that is unacceptable to Apple, (d) Reseller's actions expose or threaten to expose Apple to any liability, obligation, or violation of law, (e) Reseller fails to maintain sufficient net worth and working capital to meet its obligations, has a receiver or trustee appointed for its property, becomes insolvent or makes an assignment for the benefit of creditors, (f) Reseller closes its last Authorized Location, or (g) Reseller abandons this Agreement.

**C. Effect of Notice of Termination**
If either party gives notice of termination of this Agreement according to Section 14B(i): (i) all unpaid Apple invoices will become due on the effective date of termination; (ii) Apple may refuse all or part of Reseller's orders received by Apple after the date of notice of termination; (iii) Reseller will cease placing new orders for Products from any Authorized Apple Wholesaler; and (iv) Apple may restrict Reseller's use of any available promotional allowances. Reseller may continue to use the designation "Authorized Apple Reseller" until the effective date of termination. In addition, if termination is in accordance with Section 14B(ii), all unpaid Apple invoices will become due on the effective date of termination.

**D. Effect of Expiration or Termination**
Within ten (10) days after expiration or termination, Reseller will provide a list of all Products remaining in Reseller's inventory to Apple, and Apple reserves the first right to purchase such Products. If Apple purchases Products from Reseller, the price will be determined by the parties. If Apple purchases Products from Reseller, upon Apple's acceptance of such Products, Apple will issue a credit to Reseller in the amount of Apple's purchase to offset any amount due Apple by Reseller or, if there is no amount due Apple by Reseller, Apple will pay Reseller forty-five (45) days from Apple's acceptance of Products. If Apple does not purchase Products remaining in Reseller's inventory, Reseller may sell the Products solely to an Authorized Apple Reseller, to an Authorized Apple Wholesaler, or to a Customer. Furthermore, upon expiration or termination of this Agreement: (i) Reseller will immediately cease use of the Apple Marks and the designation "Authorized Apple Reseller"; (ii) Apple will cancel all unshipped Product orders; (iii) Reseller will no longer accrue any promotional allowances or other available funds; and (iv) Reseller will return promptly to Apple all Apple property in Reseller's possession, such as loaned equipment and all material containing Confidential Information. If Reseller fails to comply with any provisions of Sections 14.C or 14.D, Apple is not obligated to refund amounts due Reseller, if any, until forty-five (45) days after Reseller has complied fully with Sections 14.C and 14.D.

**E. Survivorship**
Those sections that by their nature survive expiration or termination of this Agreement will survive expiration or termination.

**15. General Terms.**
**A. Governing Law; Venue; Limitation of Claims**
This Agreement will be governed and interpreted under the laws of California, USA, without regard to conflict of laws principles or provisions. In the event of any dispute or controversy between the parties to this Agreement, the parties shall try to resolve the dispute in a fair and reasonable way. To that end, the parties shall first attempt to resolve such dispute or controversy through one senior management member of each party. If the parties' senior management members are unable to resolve such dispute or controversy within sixty (60) days after the complaining party's written notice (a "Dispute Notice") to the other party of such dispute or controversy, the parties shall further seek to resolve the dispute or controversy pursuant to non-binding mediation conducted in either Santa Clara County or San Francisco, California. Each party shall bear its own expenses in connection with the mediation, except that Apple shall pay the fees and expenses of the mediator. If the parties are unable to resolve the dispute or controversy within sixty (60) days after commencing mediation, either party may commence litigation in the state or federal courts in Santa Clara County, California (but only such courts). Notwithstanding the foregoing, each party shall have the right to seek equitable relief in order to protect any rights to confidentiality or intellectual property. The parties hereby waive any bond requirements for obtaining equitable relief. ANY LITIGATION ARISING OUT OF ANY DISPUTE OR CONTROVERSY BETWEEN THE PARTIES TO THIS AGREEMENT MUST BE BROUGHT WITHIN ONE (1) YEAR FROM THE FIRST DATE SUCH ACTION COULD HAVE BEEN BROUGHT. IF A LONGER PERIOD IS PROVIDED BY STATUTE, THE PARTIES HEREBY EXPRESSLY WAIVE IT.

**B. Notice**
Any notice under this Agreement, except notices of changes in iPod Policies and Practices as provided below, must be in writing and will be deemed given upon the earlier of actual receipt or ten (10) days after being sent by first class mail, return receipt requested, to the address set forth below for Apple and to the address designated on page one (1) of this Agreement by Reseller for receipt of notices, or as may be provided by the parties.

Apple Inc.
Sales Contracts Management
1 Infinite Loop, M/S 38-2CM
Cupertino, CA 95014

Either party may give notice of its change of address for receipt of notices by giving notice in accordance with this section. Notices of changes in the iPod Policies and Practices that are posted on the Apple channel web sites will be given by Apple by posting to the Apple channel web sites and will be deemed given when posted.

**C. Severability**
If a court of competent jurisdiction holds that any provision of this Agreement is invalid or unenforceable, the remaining portions of this Agreement will remain in full force and effect, and the parties will replace the invalid or unenforceable provision with a valid and enforceable provision that achieves the original intent of the parties and economic effect of the Agreement.

**D. Headings and Construction**
Paragraph headings are for reference only and will not be considered as parts of this Agreement. Wherever the singular is used, it includes the plural, and wherever the plural is used, it includes the singular.

**E. Waivers**
A party's waiver of any breach by the other party or failure to enforce a remedy will not be considered a waiver of subsequent breaches of the same or of a different kind.

**F. Assignments and Other Material Business Changes**
Reseller will notify Apple promptly if there is a material change in Reseller's ownership, management, or control; or Reseller acquires an ownership, managerial or controlling interest in a

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_SOM00007898



third party that sells or services Products. Reseller may not assign, in whole or in part, this Agreement without Apple's prior written approval.

**G. Relationship of Parties**
Reseller is an independent contractor, has no power or authority to bind Apple, and is contracting for certain goods and services. Nothing in this Agreement will be construed as creating any relationship such as employer-employee, principal-agent or franchisor-franchisee. Reseller acknowledges that Apple can sell Products directly to any person, including Customers.

**H. Entire Agreement**
Apple and Reseller acknowledge that this Agreement supersedes and extinguishes all previous agreements and representations of, between or on behalf of the parties with respect to its subject matter. This Agreement contains all of Apple's and Reseller's agreements, warranties, understandings, conditions, covenants, and representations with respect to its subject matter, and Apple and Reseller acknowledge and agree that they have not relied on any other agreements, warranties, understandings, conditions, covenants or representations in entering into this Agreement. Neither Apple nor Reseller will be liable for any agreements, warranties, understandings, conditions, covenants, or representations not expressly set forth or referenced in this Agreement. Apple is deemed to have refused any different or additional provisions in purchase orders, invoices or similar documents, unless Apple affirmatively accepts such provision in writing, and such refused provisions will be unenforceable.

**I. Modifications**
Except as otherwise provided in this Agreement, no modification to this Agreement will be binding unless in writing and signed by an authorized representative of each party.

**J. Counterparts**
This Agreement may be executed in one or more counterparts (including by facsimile), each of which when so executed shall be deemed to be an original and shall have the same force and effect as an original but such counterparts together shall constitute one and the same instrument.

The duly authorized representatives of the parties execute this Agreement as of the dates set forth below.

| Reseller | Apple Inc. |
|---|---|
| SIGNATURE: _(signed)_ | SIGNATURE: _(signed)_ |
| PRINT NAME: Jennifer Simmons | PRINT NAME: Stephen Glaros |
| TITLE: Buyer, Audio D24 | TITLE: Sr Contracts Program Manager |
| DATE: 4/30/08 | DEPT: Sales Contracts Management |
|  | EFFECTIVE DATE: 4/30/08 |

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_SOM00007899

# Amendment to the Authorized U.S. Apple Reseller Agreement (iPod Authorization)

This Amendment to the Authorized U.S. Apple Reseller Agreement ("Amendment") amends the Authorized U.S. Apple Reseller Agreement ("Agreement") between Apple Inc., a California corporation located at 1 Infinite Loop, Cupertino, CA 95014 ("Apple") and:

Company Name ("Reseller"): _Costco Wholesale_
Address: _999 Lake Drive_
City, ST, Zip: _Issaquah, WA 98027_

This Amendment further amends the Agreement as follows:

1. **Section 2, Appointment.** This section is modified to read in its entirety as follows: "Apple appoints Reseller as a limited and nonexclusive Authorized Apple Reseller for the resale of Products from Authorized Locations to Customers for use within the United States and the Commonwealth of Puerto Rico in compliance with the terms of this Agreement; and Reseller accepts this appointment."

2. **Section 3A, Scope of Authorization.** The fourth sentence of this section is modified to read as follows, "Apple reserves the right to remove or add Products from the Authorized Apple Products Lists; Apple will make commercially reasonable efforts to provide Reseller with notice of changes to the Practices and Procedures and Reseller will have a commercially reasonable period of time to implement such changes by Apple after receipt of the changes, not to exceed thirty (30) business days."

3. **Section 3B, Scope of Authorization.** The first phrase of this section is modified to read, "Reseller will not knowingly sell, rent or lease Products..."

4. **Section 4C, Reseller's Obligations.** Romanette (ii)(a) is modified to read as follows, "...(a) a bill of sale or other receipt that states the Customer's membership number, date of sale, and the address of the Authorized Location where the Products are sold..."

5. **Section 4F, Reseller's Obligations.** The second sentence of this section is deleted from the Agreement in its entirety.

6. **Section 4H, Reseller's Obligations.** This section is added to the Agreement in its entirety as follows:

[REDACTED]

7. **Section 5A, Purchases Directly from Apple.** The fourth sentence of this section is modified to read as follows, "Unless Reseller notifies Apple otherwise, Apple will make commercially reasonable efforts to ship Reseller's orders complete."

8. **Section 9A, Records, Inspections, and Reporting.** The second sentence of this section is modified to read as follows, "During the term of this Agreement and for five (5) years after its expiration or termination, Apple will have the right, upon providing Reseller with prior, commercially reasonable notice, to inspect Reseller's Authorized Locations and other related facilities at any time during regular business hours for purposes of verifying Reseller's compliance with the terms of this Agreement and iPod Policies and Practices."

9. **Section 9B, Records, Inspections, and Reporting.** The second sentence of this section is modified to read as follows, "Upon Apple's reasonable request, during the term of this Agreement and for five (5) years after its expiration or termination, Reseller will promptly provide copies of such requested records, financial statements and documents to Apple."

10. **Section 13, Limitation of Liability.** This section is modified as follows:
Romanette (i) is modified by deleting the phrase, "...with respect to defective Products that directly cause death, personal injury or tangible property damage...";

Romanette (iii) is modified to read as follows, "...the amount due from Reseller to Apple for products or services purchased from Apple."

11. **Section 15K, Child/Forced Prison Labor Laws And Vendor Code Of Conduct.** The following section is added to the Agreement in its entirety:

"K. Child/Forced Prison Labor Laws And Vendor Code Of Conduct. Vendor represents and warrants that to the best of its knowledge it and its subcontractors/suppliers will comply with all applicable local government regulations regarding minimum wage, living conditions, overtime, working conditions, child labor laws and the applicable labor and environmental laws. Vendor further certifies and warrants to the best of its knowledge it and its subcontractors/suppliers do not used any form of forced prison labor or slave labor or illegal child labor and do not physically abuse its workers. Vendor also agrees to comply with Costco Wholesale's Vendor Code of Conduct."

---

Confidential
Costco Amd

Page 1

Rev 02/08

that Apple, in its sole discretion, may deliver to Reseller during the term of this Agreement. As a further condition to ...

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_SOM00007900



Unless specifically changed by this Amendment, the terms and conditions of the Agreement remain in full force and effect and apply to all transactions contemplated by this Amendment. In the event of a conflict between the provisions of the Agreement and provisions of this Amendment, the provisions of this Amendment will prevail.

The duly authorized representatives of the parties execute this Amendment as of the dates set forth below.

**Reseller**
SIGNATURE: 
PRINT NAME: Jennifer Simmons
TITLE: Buyer
DATE:

**Apple Inc.**
SIGNATURE:
PRINT NAME: Stephen Glaros
TITLE: Sr Contracts Program Manager
DEPT: Sales Contracts Management
EFFECTIVE DATE: 4/30/08

CONFIDENTIAL - ATTORNEYS EYES ONLY
Apple_SOM00007901