1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br><br>[PROPOSED] ORDER REGARDING DISCOVERY DESIGNATIONS AND OBJECTIONS (AMENDED)<br><br>*AS MODIFIED BY THE COURT*<br><br>Date:    October 29, 2014<br>Time:   9:30 a.m.<br>Place:  Courtroom 1, 4th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

This matter came before the Court on October 29, 2014 for hearing. Having considered the parties' submissions and for good cause appearing,

IT IS HEREBY ORDERED:

**APPLE'S DISCOVERY DESIGNATIONS WITH PLAINTIFFS' OBJECTIONS AND COUNTERDESIGNATIONS AND APPLE'S OBJECTIONS AND COUNTER-COUNTER DESIGNATIONS**

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling on Designation |
|---|---|---|---|
| 2[1] | Plaintiff Somtai Troy Charoensak's response to Defendant Apple's First Interrogatories, December 16, 2010[2] | Response to Interrogatory No. 21 [Appendix, Ex. A] | ☐ Granted<br>☐ Denied<br>☒ Granted with Modification: Objections in the Response are **OVERRULED**. |
| 6 | Plaintiff Somtai Troy Charoensak's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Response to Interrogatory No. 22 [Appendix, Ex. B] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: |

---

[1] After the October 29, 2014 hearing, the parties met and conferred regarding the potential to add stipulated facts to the parties' Joint Statement of Undisputed Facts regarding the content and subject matter of Apple's designations Nos. 2 and 6. Plaintiffs did not agree to stipulate to any additional facts.

[2] Following the hearing, the parties reviewed their respective files and Defendant could not locate signed verifications by Mr. Charoensak (Nos. 2, 6 and A), Ms. Tucker (Nos. 7 and B), or Ms. Rosen (Nos. 8 and C) to their March 7, 2011 interrogatory responses at issue. Plaintiffs are continuing a search of their files and will report to the Court as soon as a determination has been made.

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling on Designation |
|---|---|---|---|
| A | **Plaintiffs' Counterdesignation**<br><br>Plaintiff Somtai Troy Charoensak's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Plaintiff Somtai Troy Charoensak's Additional Objections and Responses to Defendant Apple Inc.'s First Interrogatories, dated March 7, 2011, Response to Interrogatory No. 1, pages 3:9-14; 3:25-17:17.<br><br>[Appendix, Ex. B] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| 7 | Plaintiff Melanie Tucker's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Response to Interrogatory No. 22<br><br>[Appendix, Ex. C] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| B | **Plaintiffs' Counterdesignation**<br><br>Plaintiff Melanie Tucker's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Plaintiff Melanie Tucker's Additional Responses to Apple's First Interrogatories, dated March 7, 2011, Response to Interrogatory No. 1, pages 3:9-14; 3:25-17:17<br><br>[Appendix, Ex. C] | ☐ Granted<br>☒ Denied<br>☐ Granted with Modification:<br><br>Objections identified therein are **SUSTAINED**. |

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling on Designation |
|---|---|---|---|
| 8 | Plaintiff Mariana Rosen's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Response to Interrogatory No. 22 [Appendix, Ex. D] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| C | **Plaintiffs' Counterdesignation**<br><br>Plaintiff Mariana Rosen's Additional Responses to Apple's First Interrogatories, March 7, 2011 | Plaintiff Mariana Rosen's Additional Responses to Apple's First Interrogatories, dated March 7, 2011, Response to Interrogatory No. 1, pages 3:9-14; 3:25-17:17 [Appendix, Ex. D] | ☐ Granted<br>☒ Denied<br>☐ Granted with Modification:<br><br>Objections identified therein are **SUSTAINED**. |
| 9 | Deposition of Thomas Slattery, January 30, 2006 | Plaintiffs object to all of Apple's designations. | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: |

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling on Designation |
|---|---|---|---|
| 28 | Deposition of Thomas Slattery, January 30, 2006 | 148:7 - 148:9<br><br>[Appendix, Ex. E] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| D | **Plaintiffs' Counterdesignation**<br><br>Deposition of Thomas Slattery, January 30, 2006 | 149:18-23<br><br>[Appendix, Ex. E] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: |
| 29 | Deposition of Thomas Slattery, January 30, 2006 | 155:1 - 155:3<br><br>[Appendix, Ex. E] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: |

4

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling on Designation |
|---|---|---|---|
| 31 | Deposition of Thomas Slattery, January 30, 2006 | 265:7 - 266:1<br><br>[Appendix, Ex. E] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: _____ |
| 32 | Deposition of Thomas Slattery, January 30, 2006 | 301:25 - 302:11<br><br>[Appendix, Ex. E] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: _____ |
| I | **Plaintiffs' Counterdesignation**<br><br>Deposition of Thomas Slattery, January 30, 2006 | 302:12-21<br><br>[Appendix, Ex. E] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: _____ |

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling on Designation |
|---|---|---|---|
| 36 | Deposition of Somtai Charoensak, January 12, 2007 | Plaintiffs object to all of Apple's designations. | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: _____ |
| 41 | Deposition of Somtai Charoensak, January 12, 2007 | 76:24 - 77:7<br><br>[Appendix, Ex. F] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: _____ |
| 43 | Deposition of Somtai Charoensak, January 12, 2007 | 81:20 - 82:3<br><br>[Appendix, Ex. F] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: _____ |

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling on Designation |
|---|---|---|---|
| 44 | Deposition of Somtai Charoensak, January 12, 2007 | 89:18 - 91:10<br><br>[Appendix, Ex. F] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: <br><br>_____<br><br>_____<br><br>_____<br><br>_____ |
| 51 | Deposition of Melanie Tucker, October 26, 2007 | 8:11 - 8:15<br><br>[Appendix, Ex. G] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: <br><br>_____<br><br>_____<br><br>_____<br><br>_____ |
| 65 | Deposition of Melanie Tucker, October 26, 2007 | 86:3 - 86:4<br><br>[Appendix, Ex. G] | ☐ Granted<br>☒ Denied<br>☐ Granted with Modification: <br><br>_____<br><br>_____<br><br>_____<br><br>_____ |

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling on Designation |
|---|---|---|---|
| 66 | Deposition of Melanie Tucker, October 26, 2007 | 86:23 - 87:19<br><br>[Appendix, Ex. G] | ☐ Granted<br>☒ Denied<br>☐ Granted with Modification: _____ |
| 69 | Deposition of Melanie Tucker, October 26, 2007 | 98:20 - 99:10<br><br>[Appendix, Ex. G] | ☒ Granted<br>☐ Denied<br>☐ Granted with Modification: _____ |

**PLAINTIFFS' DISCOVERY DESIGNATIONS WITH
APPLE'S OBJECTIONS AND COUNTERDESIGNATIONS AND
PLAINTIFFS' OBJECTIONS AND COUNTER-COUNTER DESIGNATIONS**

| No. | Form of Excerpt | Designation in Dispute | Ruling |
|---|---|---|---|
| 1 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 7:11 TO 7:21<br><br>[Appendix, Ex. H]<br><br>If the Court permits any part of Mr. Jobs's deposition to be played, Apple also requests that, before the deposition of Mr. Jobs is played for the jury, the Court read the following brief statement:<br><br>"Mr. Jobs was deposed on April 12, 2011. At the time, Mr. Jobs was on medical leave from Apple. Mr. Jobs died of complications relating to cancer six months later, on October 5, 2011." | ☐ Granted<br>☐ Denied<br>☒ Granted with Modification:<br>The Court will give the following introductory statement immediately before Mr. Jobs's deposition is played:<br><br>Mr. Jobs was deposed on April 12, 2011. At the time, Mr. Jobs was on medical leave from Apple. He is not here to testify in person because he has passed away. |
| 2 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 8:05 TO 8:17<br><br>[Appendix, Ex. H] | ☐ Granted<br>☐ Denied<br>☒ Granted with Modification:<br><br>Apple's Counter-Designation A is approved and shall be played with Plaintiffs' Designation 2. |
| 3 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 9:20 TO 11:03<br><br>[Appendix, Ex. H] | ☐ Granted<br>☐ Denied<br>☒ Granted with Modification:<br><br>Apple's Counter-Designation B is approved and shall be played with Plaintiffs' Designation 3. |

| No. | Form of Excerpt | Designation in Dispute | Ruling |
|---|---|---|---|
| 4 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 11:18 TO 12:19<br><br>[Appendix, Ex. H] | ☐ Granted<br>☒ Denied, Apple's Counter-Designation C is not approved, but can be played independently.<br>☐ Granted with Modification |
| 6 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 16:12 TO 16:17<br><br>[Appendix, Ex. H] | ☐ Granted<br>☒ Denied, Apple's Counter-Designation D is not approved, but can be played independently.<br>☐ Granted with Modification |
| 7 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 19:08 TO 19:16<br><br>[Appendix, Ex. H] | ☐ Granted<br>☐ Denied<br>☒ Granted with Modification:<br><br>Apple's Counter-Designation F is approved and shall be played with Plaintiffs' Designation 7. |
| 8 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 20:08 TO 20:22<br><br>[Appendix, Ex. H] | ☐ Granted<br>☐ Denied<br>☒ Granted with Modification:<br><br>Apple's Counter-Designation E is approved and shall be played with Plaintiffs' Designation 8. |

| No. | Form of Excerpt | Designation in Dispute | Ruling |
|---|---|---|---|
| 10 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 23:20 TO 24:04<br><br>[Appendix, Ex. H] | ☐ Granted<br>☒ Denied<br>☐ Granted with Modification: |
| 12 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 32:14 TO 34:03<br><br>[Appendix, Ex. H] | ☐ Granted<br>☐ Denied<br>☒ Granted with Modification:<br><br>Apple's Counter-Designation G is approved and shall be played with Plaintiffs' Designation 12. |
| 14 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 37:17 TO 38:02<br><br>[Appendix, Ex. H] | ☐ Granted<br>☐ Denied<br>☒ Granted with Modification:<br><br>Apple's Counter-Designation H is approved and shall be played with Plaintiffs' Designation 14. |

| No. | Form of Excerpt | Designation in Dispute | Ruling |
|---|---|---|---|
| 19 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 48:01 TO 48:15<br><br>[Appendix, Ex. H] | ☐ Granted<br>☐ Denied,<br>☒ Granted with Modification:<br><br>Apple's Counter-Designation I is not approved, but can be played independently.<br><br>Apple's Counter-Designation J is approved and shall be played with Plaintiffs' Designation 19. |
| 20 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 48:21 TO 49:02<br><br>[Appendix, Ex. H] | ☐ Granted<br>☒ Denied, Apple's Counter-Designations K and L are not approved, but can be played independently.<br>☐ Granted with Modification |
| 21 | Deposition of Steve Jobs, dated April 12, 2011 | PAGE 57:02 TO 58:08<br><br>[Appendix, Ex. H] | ☐ Granted<br>☒ Denied, Apple's Counter-Designation N is not approved, but can be played independently.<br>☐ Granted with Modification |

IT IS SO ORDERED.

Dated: November 18, 2014

Hon. Yvonne Gonzalez Rogers
U.S. DISTRICT COURT JUDGE