UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** 11/18/14 | **Time:** 12:00pm-1:40pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: 05-cv-00037-YGR | **Case Name:** The Apple iPod iTunes Anti-Trust Litigation | |

**Attorney for Plaintiff:** Bonnie Sweeney, Patrick Coughlin, Francis Balint, Alexandra Bernay, Carmen Medici, Jennifer Caringal, Steven Jodlowski.

**Attorney for Defendant:** William Isaacson, Karen Dunn, Meredith Dearborn, Martha Goodman, John Cove

**Deputy Clerk:** Frances Stone                              **Court Reporter:** Raynee Mercado

**PROCEEDINGS**
**Plaintiff's Motion to Add Class Representative- Dkt. No. 873-HELD and SUBMITTED**

**Defendant Apple's Motion for Decertification of Rule 23(b)(3) Class- Dkt. No. 888- HELD and SUBMITTED**

**Defendant Apple's Motion to Preclude Testimony of  Riegel- Dkt. No. 852- HELD and SUBMITTED**

**Jury Selection set for Wednesday, 11/19/14 at 8:30am for Counsel; 9:30am for Panel.**

**Friday, November 21, 2014 at 9:30am for Further Pretrial Conference (re exhibits)**

**Monday, December 1, 2014 at 9:00am for Further Pretrial Conference (re exhibits)**

**Order to be prepared by: Court**