**BOIES, SCHILLER & FLEXNER LLP**

1999 HARRISON STREET • SUITE 900 • OAKLAND, CA 94612 • PH. 510.874.1000 • FAX 510.874.1460

November 18, 2014

Honorable Yvonne Gonzalez Rogers
United States District Court
Northern District of California
Oakland Branch
1301 Clay Street
Oakland, CA 94612

      Re: *Apple iPod iTunes Antitrust Litigation*
          Case No. C-05-0037

Dear Judge Gonzalez Rogers:

    At the November 18, 2014 hearing, the Court asked whether it is proper in Delaware to cite unpublished Delaware Supreme Court decisions. It is. *Oglesby v. Penn Mut. Life Ins. Co.*, 877 F. Supp. 872, 896 n.2 (D. Del.1994) ("Unpublished orders of the Delaware Supreme Court have precedential effect in Delaware") (citing Del. Sup. Ct. R. 17(a) Commentary and *New Castle Cnty. v. Goodman*, 461 A.2d 1012, 1013 (Del. 1983)); *see also* Del. Sup. Ct. R. 14(b)(vi)(B)(2), (g)(ii) (permitting citation to unreported decisions and setting forth the citation form).

                                        Sincerely,

                                        William A. Isaacson

                                        *Counsel for Apple Inc.*