**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 05-cv-00037-YGR          **Case Name**:   The Apple iPod iTunes Antitrust Litigation.

**Date:** November 19, 2014          **Time**:  8:41am -9:22am; 9:40am-11:26am; 11:45am-2:45pm.

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone          **Court Reporter:** Raynee Mercado

**COUNSEL FOR PLTF**:          **COUNSEL FOR DEFT**:

SEE ATTACHED SHEET

Voir Dire Began  11/19/14

Trial To Begin:  Tuesday, 12/2/14 at 8:30am          Further Trial:

**Trial Motions Heard:**          **Disposition**

1.

2.

3.

Other: Case called and discussion with counsel re Dkt. Nos. 914 and 913 and other discussion. RECESS.

Jury panel enters courtroom for roll. Voir dire begins. RECESS. Voir Dire resumes. RECESS for

Jury.  Discussion with counsel; challenges. Jury panel enters Courtroom.  8 Jurors seated and sworn.

RECESS for Jury.  Discussion with Counsel. RECESS for Counsel.

Court sets: Friday 11/21/14 at 9:30am for Further Pretrial Conference

Court sets Monday, 12/1/14 at 9:00am for another Pretrial Conference.

Trial will begin Tuesday, 12/2/14 at 8:30am.

Disposition of Exhibits: