# ATTORNEY ATTENDANCE

**Case Name:** Apple iPod iTunes Anti-Trust Litigation
**Case Number:** 05-cv-037
**Date:** 11-19-14   JURY SELECTION

| DEFENSE | | PLAINTIFF | |
|---|---|---|---|
| William Isaacson (DC)<br>Boies Schiller | ✓ | Bonnie Sweeney (San Diego)<br>Robbins Geller Rudman & Dowd LLP | ✓ |
| Karen Dunn (DC) | ✓ | Patrick Coughlin | ✓ |
| Meredith Dearborn | ✓ | Francis Balint (Phoenix) | ✓ |
| Martha Goodman (DC) | ✓ | Alexandra Bernay (San Diego) | ✓ |
| David Craig Kiernan<br>Jones Day | | Carmen Medici (San Diego) | |
| Amir Amiri | | Jennifer Caringal (San Diego) | |
| John Cove | | | |
| SCOTT MURRAY (APPLE) | ✓ | MICHAEL TORRES AND (TECH. EQUIP.) | ✓ |
| KEN SEKI AND CHRISTINA (TECH EQUIP.) | ✓ | | |
| | | | |
| | | | |
| | | | |