Counsel listed on signature page.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) | Lead Case No. C-05-00037-YGR |
| | ) | |
| | ) | <u>CLASS ACTION</u> |
| | ) | |
| This Document Relates To: | ) | STIPULATED REQUEST TO SHORTEN |
| | ) | TIME ON PLAINTIFFS' MOTIONS *IN* |
| ALL ACTIONS. | ) | *LIMINE* NOS. 10 AND 11 |
| | ) | |

DATE:        TBD
TIME:        TBD
CTRM:        1, 4th Floor
JUDGE:       Hon. Yvonne Gonzalez Rogers

986472_1

1        Pursuant to Local Rule 6-2, Plaintiffs and Defendant Apple stipulate to this request to shorten

2   time on Plaintiffs' Motions *in Limine* Nos. 10 and 11 ("Motions").

3        The parties agree that Plaintiffs will file Motions *in Limine* Nos. 10 and 11 by 12:00 p.m.

4   Pacific time on Monday, November 24, 2014.  Apple's oppositions shall be filed on or before

5   Wednesday, November 26, 2014.

6        The parties request oral argument at the December 1, 2014 pre-trial conference.

7        Shortened time on briefing and hearing is necessary because trial begins on December 2,

8   2014.

9   DATED:  November 23, 2014                  ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
10                                             BONNY E. SWEENEY
                                               ALEXANDRA S. BERNAY
11                                             CARMEN A. MEDICI
                                               JENNIFER N. CARINGAL
12

13                                                   s/ Alexandra S. Bernay
14                                                 ALEXANDRA S. BERNAY

15                                             655 West Broadway, Suite 1900
                                               San Diego, CA  92101
16                                             Telephone:  619/231-1058
                                               619/231-7423 (fax)
17
                                               ROBBINS GELLER RUDMAN
18                                               & DOWD LLP
                                               PATRICK J. COUGHLIN
19                                             STEVEN M. JODLOWSKI
                                               Post Montgomery Center
20                                             One Montgomery Street, Suite 1800
                                               San Francisco, CA  94104
21                                             Telephone:  415/288-4545
                                               415/288-4534 (fax)
22
                                               Class Counsel for Plaintiffs
23
                                               BONNETT, FAIRBOURN, FRIEDMAN
24                                               & BALINT, P.C.
                                               ANDREW S. FRIEDMAN
25                                             FRANCIS J. BALINT, JR.
                                               ELAINE A. RYAN
26                                             2325 E. Camelback Road, Suite 300
                                               Phoenix, AZ  85016
27                                             Telephone:  602/274-1100
                                               602/274-1199 (fax)
28

1

2        THE KATRIEL LAW FIRM
             ROY A. KATRIEL
3        1101 30th Street, N.W., Suite 500
             Washington, DC  20007
             Telephone:  202/625-4342
4        202/330-5593 (fax)

5        BRAUN LAW GROUP, P.C.
             MICHAEL D. BRAUN
6        10680 West Pico Blvd., Suite 280
             Los Angeles, CA  90064
7        Telephone:  310/836-6000
             310/836-6010 (fax)

8
             GLANCY BINKOW & GOLDBERG LLP
9        BRIAN P. MURRAY
             122 East 42nd Street, Suite 2920
10       New York, NY  10168
             Telephone:  212/382-2221
11       212/382-3944 (fax)

12      GLANCY BINKOW & GOLDBERG LLP
             MICHAEL GOLDBERG
13       1925 Century Park East, Suite 2100
             Los Angeles, CA  90067
14       Telephone:  310/201-9150
             310/201-9160 (fax)

15
             Additional Counsel for Plaintiffs
16

17 DATED:  November 23, 2014      BOIES, SCHILLER & FLEXNER LLP
             WILLIAM A. ISAACSON
18       (Admitted Pro Hac Vice)
             KAREN L. DUNN (kdunn@bsfllp.com)
19       (Admitted Pro Hac Vice)
             MARTHA L. GOODMAN
20       (Admitted Pro Hac Vice)

21

22                 s/ Martha L. Goodman
23            MARTHA L. GOODMAN

24        5301 Wisconsin Ave, NW
             Washington, DC 20015
25       Telephone: (202) 237-2727
             (202) 237-6131 (fax)
26

27

28

STIPULATED REQUEST TO SHORTEN TIME ON PLAINTIFFS' MOTIONS *IN LIMINE* NOS. 10
AND 11 - C-05-00037-YGR                                                 - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

       BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR.
MEREDITH R. DEARBORN
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
(510) 874-1460 (fax)

JONES DAY
DAVID C. KIERNAN
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  415/626-3939
415/875-5700 (fax)

Attorneys for Defendant Apple Inc.

IT IS SO STIPULATED.

DATED: _____     _____

               THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

### ATTESTATION OF FILER

    I hereby attest that I have obtained concurrence regarding the filing of this document from the signatories to this document.

                        s/ Alexandra S. Bernay
                       ALEXANDRA S. BERNAY

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 23, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 23, 2014.

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        xanb@rgrdlaw.com

## Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com,Chuckm@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com


- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com

- **Christopher G. Renner**
  crenner@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Kieran Paul Ringgenberg**
  kringgenberg@bsfllp.com,gaulkh@bsfllp.com,ftang@BSFLLP.com,dnasca@bsfllp.com,sphan@bsfllp.com,irivera@BSFLLP.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)