ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
      – and –
PATRICK J. COUGHLIN (111070)
STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
patc@rgrdlaw.com
sjodlowski@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) | Lead Case No. C-05-00037-YGR<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF STIPULATED REQUEST TO SHORTEN TIME ON PLAINTIFFS' MOTIONS *IN LIMINE* NOS. 10 AND 11<br><br>DATE:TBD<br>TIME:TBD<br>CTRM:1, 4th Floor<br>JUDGE:Hon. Yvonne Gonzalez Rogers |

986474_1

I, ALEXANDRA S. BERNAY, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I make this declaration in support of the parties' Stipulated Request to Shorten Time on Plaintiffs' Motions *in Limine* Nos. 10 and 11 ("Motions").

3. Plaintiffs' Motions concern physical items from Apple's exhibit list, which Apple intends to use as either demonstratives at trial or as evidence to be presented to the jury. Shortened time on the briefing and hearing of the Motions is necessary because trial begins on December 2, 2014.

4. At my direction, a Robbins Geller employee reviewed the docket to determine previous time modifications in this case, whether by stipulation or Court order. Attached as Exhibit 1 is the list of time modifications that were identified in this review.

5. Filed as Exhibit 1 to this Declaration is a true list of time modifications.

6. If granted, this motion would have no effect on the trial schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of November, 2014, at San Francisco, California.

                                                s/ Alexandra S. Bernay
                                                ALEXANDRA S. BERNAY

986474_1

DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF STIPULATED REQUEST TO SHORTEN TIME ON PLAINTIFFS' MOTIONS *IN LIMINE* NOS. 10 AND 11 - C-05-00037-YGR - 1 -

**EXHIBIT 1**

Pursuant to Local Rule 6-2(a)(2), the following is a list of all previous time modifications in the above-captioned matter, whether by stipulation or Court order:

- On January 24, 2006, Apple filed a stipulation extending the deadline to file its responsive pleading. ECF 6.

- On June 14, 2005, Apple filed a stipulation and proposed order to enlarge time regarding a continuance of case management conference. ECF 30. The motion was granted on June 15, 2005. ECF 31, 32.

- On October 11, 2005, Apple filed a stipulation to extend the time to file an Answer to the First Amended Complaint on October 11, 2005. ECF 38.

- On May 4, 2007, Apple filed a stipulation to extend the time to file an Answer to the Amended Consolidated Complaint. ECF 108. The motion was granted on May 7, 2007. ECF 109.

- On July 8, 2010, Apple filed a stipulation to extend the time to file an Answer to the Amended Consolidated Complaint. ECF 378. The motion was granted on July 9, 2010. ECF 380.

- On September 3, 2010, Plaintiffs filed a stipulation to extend the time to respond to Defendant's Answer and Defenses to Plaintiffs' Amended Consolidated Complaint. ECF 386. The motion was granted on September 7, 2010. ECF 387.

- On September 10, 2010, Apple filed a stipulation to extend the time to file its Amended Answer and Defenses. ECF 388. The motion was granted on September 14, 2010. ECF 389.

- On December 17, 2010, Plaintiffs filed a stipulation to extend the deadline for taking depositions. ECF 401. The motion was denied on January 4, 2011. ECF 416.

- On December 27, 2010, Apple filed a motion to shorten the time regarding the briefing and hearing of Defendant's motion to compel responses to interrogatories and request for production. ECF 412. The motion was denied on January 6, 2011. ECF 421.

- On January 7, 2011, Plaintiffs filed a motion to the shorten time for a hearing regarding Plaintiffs' motion to modify the scheduling order as to class certification briefing and depositions. ECF 430. The motion was deemed moot and denied on January 14, 2011. ECF 460. On January 10, 2011, Apple filed a cross-motion to extend time for a renewed Rule 56 motion. ECF 437.

- On March 10, 2011, Plaintiffs filed a stipulation to shorten the time for the hearing on Apple's motion for protective order preventing the deposition of Steve Jobs. ECF 521. The motion was granted on March 11, 2011. ECF 523.

986474_1

1
2
- On June 28, 2011, Plaintiffs filed a motion to extend the time to file a supplemental declaration and submit a proposed schedule for supplemental expert reports. ECF 652. The motion was granted on June 29, 2011. ECF 654.

3
4
- On December 7, 2011, Plaintiffs filed a stipulation regarding extending the time to file a proposed form of notice and notice plan. ECF 695. The motion was granted on December 8, 2011. ECF 696.

5
6
7
- On October 27, 2014, Apple filed a stipulated request to shorten time on Apple's motion to preclude testimony from witnesses not disclosed pursuant to Rule 26. ECF 853.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

986474_1

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 23, 2014.

        s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        xanb@rgrdlaw.com

986474_1

## Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com,Chuckm@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com

- **Christopher G. Renner**
  crenner@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Kieran Paul Ringgenberg**
  kringgenberg@bsfllp.com,gaulkh@bsfllp.com,ftang@BSFLLP.com,dnasca@bsfllp.com,sphan@bsfllp.com,irivera@BSFLLP.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`