1
2
3
4
5
6
7
8
9
10
11
12
13                           UNITED STATES DISTRICT COURT
14                         NORTHERN DISTRICT OF CALIFORNIA
15                                    OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SHORTEN TIME ON PLAINTIFFS' MOTIONS *IN LIMINE* NOS. 10 AND 11 |
| ALL ACTIONS. | |

986475_1

1    Pursuant to the parties' stipulation, it is so ordered that Plaintiffs' Motions *in Limine* Nos. 10
2 and 11 shall be filed by 12:00 p.m. Pacific time on Monday, November 24, 2014. Apple's
3 opposition shall be filed on or before Wednesday, November 26, 2014.
4    IT IS SO ORDERED.
5 DATED: _____   _____
        THE HON. YVONNE GONZALEZ ROGERS
6       UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

986475_1   [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SHORTEN TIME ON PLAINTIFFS'
MOTIONS *IN LIMINE* NOS. 10 AND 11 - C-05-00037-YGR                                      - 1 -