1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-YGR |
| ) | <u>CLASS ACTION</u> |
| ) | |
| This Document Relates To: ) ) | [PROPOSED] ORDER REGARDING MOTION *IN LIMINE* NO. 11 – |
| ALL ACTIONS. ) ) | REGARDING THE USE PHYSICAL EXHIBITS AS DEMONSTRATIVES |

986464_1

1    This matter came before the Court on December ___ , 2014, for hearing on Plaintiffs' Motion
2  *in Limine* No. 11 – Regarding the Use of Physical Exhibits as Demonstratives.  Having considered
3  the parties' submissions and for good cause appearing,

4    IT IS HEREBY ORDERED:

| No. | Motion *in Limine* | Basis | Order |
|---|---|---|---|
| 11 | Motion *in Limine* No. 11 – Regarding the Use of Physical Exhibits as Demonstratives | FRE 402, 403, 701, 901 | ☐ Granted<br>☐ Granted with Modification<br>☐ Denied |

   The Court hereby excludes TX 2706, 2788, 2843, 2705-E, 2709-E, 2726-E, 2727-E, 2728, 2729-E, 2731-E, 2732-E, 2733-E, 2736, 2737, 2738, 2739, 2741, 2742, 2710-BSF, 2723-E, 2724, 2725-E, 2790-E, 2791-E and the version of iTunes 7.4 loaded on a MacBook 2.1 purchased on the internet listed on Apple's exhibit list.  These devices are only marginally relevant, but create a significant risk of undue prejudice and juror confusion.  Fed. R. Evid. 403.  The materials also cannot be authenticated.  Fed. R. Evid. 901.

   IT IS SO ORDERED.

DATED: _____    _____
                                THE HON. YVONNE GONZALEZ ROGERS
                                UNITED STATES DISTRICT JUDGE