1  Counsel listed on signature page.
2
3
4
5
6
7
8
9
10
11
12

13                           UNITED STATES DISTRICT COURT
14                          NORTHERN DISTRICT OF CALIFORNIA
15                                   OAKLAND DIVISION

| 16 | THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) | Lead Case No. C-05-00037-YGR |
|----|---|---|---|
| 17 | | ) ) ) | CLASS ACTION |
| 18 | This Document Relates To: | ) ) | **PRE-TRIAL ORDER NO. 5** RE STIPULATED REQUEST TO SHORTEN |
| 19 | ALL ACTIONS. | ) ) ) | TIME ON PLAINTIFFS' MOTIONS *IN LIMINE* NOS. 10 AND 11 |
| 20 | | | **\*AS MODIFIED BY THE COURT\*** |
| 21 | | | |
| 22 | | | DATE:    December 1, 2014 TIME:    9 a.m. |
| 23 | | | CTRM:   1, 4th Floor JUDGE:  Hon. Yvonne Gonzalez Rogers |

24
25
26
27
28

986472_1

Pursuant to Local Rule 6-2, Plaintiffs and Defendant Apple stipulate to this request to shorten time on Plaintiffs' Motions *in Limine* Nos. 10 and 11 ("Motions").

The parties agree that Plaintiffs will file Motions *in Limine* Nos. 10 and 11 by 12:00 p.m. Pacific time on Monday, November 24, 2014.  Apple's oppositions shall be filed by **10 a.m.** on Wednesday, November 26, 2014.

The parties request oral argument at the December 1, 2014 pre-trial conference.

Shortened time on briefing and hearing is necessary because trial begins on December 2, 2014.

DATED: November 23, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL

       s/ Alexandra S. Bernay
     ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
STEVEN M. JODLOWSKI
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Class Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

986472_1

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

GLANCY BINKOW & GOLDBERG LLP
BRIAN P. MURRAY
122 East 42nd Street, Suite 2920
New York, NY  10168
Telephone:  212/382-2221
212/382-3944 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

DATED:  November 23, 2014

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON
(Admitted Pro Hac Vice)
KAREN L. DUNN (kdunn@bsfllp.com)
(Admitted Pro Hac Vice)
MARTHA L. GOODMAN
(Admitted Pro Hac Vice)

s/ Martha L. Goodman
MARTHA L. GOODMAN

5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
(202) 237-6131 (fax)

986472_1

|   |   |
|---|---|
| 1 |  |
| 2 | BOIES, SCHILLER & FLEXNER LLP<br>JOHN F. COVE, JR. |
| 3 | MEREDITH R. DEARBORN<br>1999 Harrison Street, Suite 900 |
| 4 | Oakland, CA 94612<br>Telephone: (510) 874-1000 |
| 5 | (510) 874-1460 (fax) |
| 6 | JONES DAY<br>DAVID C. KIERNAN |
| 7 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 8 | Telephone:  415/626-3939 |
| 9 | 415/875-5700 (fax) |
| 10 | Attorneys for Defendant Apple Inc. |

**ATTESTATION OF FILER**

I hereby attest that I have obtained concurrence regarding the filing of this document from the signatories to this document.

s/ Alexandra S. Bernay<br>ALEXANDRA S. BERNAY

**This Order terminates Docket No. 921.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  November 24, 2014

THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

986472_1