1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  BONNY E. SWEENEY (176174)
   ALEXANDRA S. BERNAY (211068)
3  CARMEN A. MEDICI (248417)
   JENNIFER N. CARINGAL (286197)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  bonnys@rgrdlaw.com
   xanb@rgrdlaw.com
7  cmedici@rgrdlaw.com
   jcaringal@rgrdlaw.com
8          – and –
   PATRICK J. COUGHLIN (111070)
9  STEVEN M. JODLOWSKI (239074)
   Post Montgomery Center
10 One Montgomery Street, Suite 1800
   San Francisco, CA  94104
11 Telephone:  415/288-4545
   415/288-4534 (fax)
12 patc@rgrdlaw.com
   sjodlowski@rgrdlaw.com
13
   Class Counsel for Plaintiffs
14

15

16                          UNITED STATES DISTRICT COURT

17                        NORTHERN DISTRICT OF CALIFORNIA

18                              OAKLAND DIVISION

19 THE APPLE IPOD ITUNES ANTITRUST        )   Lead Case No. C-05-00037-YGR
   LITIGATION                             )
20 _____    )   CLASS ACTION
                                          )
21 This Document Relates To:              )   DECLARATION OF ALEXANDRA S.
                                          )   BERNAY IN SUPPORT OF PLAINTIFFS'
22     ALL ACTIONS.                        )   MOTION IN LIMINE NO. 10 –  TO
                                          )   EXCLUDE PHYSICAL EXHIBITS; AND
23 _____        PLAINTIFFS MOTION IN LIMINE NO. 11 –
                                              REGARDING THE USE OF PHYSICAL
24                                            EXHIBITS AS DEMONSTRATIVES

25                                            DATE:        TBD
                                              TIME:        TBD
26                                            CTRM:        1, 4th Floor
                                              JUDGE:       Hon. Yvonne Gonzalez Rogers
27

28

986469_1

1    I, ALEXANDRA S. BERNAY, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of

3 California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins

4 Geller"), one of the counsel of record for plaintiffs in the above-entitled action.  I have personal

5 knowledge of the matters stated herein and, if called upon, I could and would competently testify

6 thereto.

7    2.    I submit this declaration in support of Plaintiffs' Motion *in Limine* No. 10 – To

8 Exclude Certain Physical Exhibits; and Plaintiffs' Motion *in Limine* No. 11 – Regarding the Use of

9 Physical Exhibits As Demonstratives.

10    3.    Beginning at the end of October 2014, Plaintiffs and Apple have engaged in a number

11 of meet and confers regarding Apple's planned use at trial of physical exhibits.

12    4.    During a meet and confer on October 31, 2014, counsel for Apple stated that several

13 physical exhibits that had been included on Apple's exhibit list were not in Apple's possession and

14 were being purchased online.  During this call, I and others on the call raised issues regarding

15 authentication and other problems that could be raised by purchasing devices from unknown parties

16 online.

17    5.    The parties agreed to discuss the issue further on November 12, 2014.  During that

18 call Plaintiffs made a number of objections, memorialized in a November 13, 2014 letter from

19 Jennifer Caringal, an associate at Robbins Geller to Martha Goodman of Boies Schiller & Flexner

20 LLP ("Boies Schiller"), counsel for Apple.  A true and correct copy of that correspondence is

21 attached as Exhibit A.

22    6.    On November 15, 2014, Ms. Goodman responded to Ms. Caringal's letter.  A true

23 and correct copy of that correspondence is attached as Exhibit B.

24    7.    On November 17, 2014, Ms. Caringal again wrote to Ms. Goodman to clarify certain

25 inaccuracies in Ms. Goodman's November 15, 2014, letter.  A true and correct copy of that

26 correspondence is attached as Exhibit C.

27    8.    On November 20, 2014, I, along with Carmen Medici, an associate at Robbins Geller,

28 and David Martin and Andrew Schulman, Plaintiffs' consultants, went to the Oakland offices of

1  Boies Schiller to perform an in-person inspection of the physical exhibits Apple had listed on its

2  exhibit list.  During that inspection, photographs were taken of the various devices.  Video was also

3  taken.  Additionally, Mr. Martin and Mr. Schulman made forensic images of the various devices.

4  We were given a chart by Apple's counsel that purported to list the device, model and serial number,

5  the source of the items, the firmware and copyright or date listen on the device as well as whether

6  Apple intended to place music on the device and whether it intended the device to be charged or not.

7  A true and correct copy of that chart is attached as Exhibit D.

8         9.      At the in-person meet and confer, Carmen Medici requested that Apple provide as

9  much information regarding the devices as possible, including receipts and online sales listings.

10 Apple has not provided Plaintiffs with any receipts or online sales listings.

11        10.     Plaintiffs requested that Apple allow them to inspect devices multiple times before

12 November 20, 2014.  Apple told Plaintiffs on multiple occasions that it did not have possession of all

13 of the devices and that Plaintiffs could not inspect the devices until they were all in Apple's

14 possession.

15        11.     I was present for much of the inspection process and observed that certain of the

16 devices had mechanical and other problems.  Several of the devices could not be imaged and

17 appeared to have battery issues. There was also information present in the file structures that

18 indicated several of the devices had been restored to factory settings.

19        12.     I also observed that one of the devices, a Zune, came in a box stating that the device

20 was white, but the device inside the box was black.

21        13.     I observed that each iPod that was charged and functional contained a single song.

22 That song was "I'll Be There" by the Jackson 5.  A true and correct copy is attached Exhibit E.  The

23 song file is listed as being Mastered for iTunes.  Attached as Exhibit F, is a true and correct copy of

24 information from the Apple website regarding files that are Mastered for iTunes.  This service was

25 not available until 2012.

26        14.     According to the file information on the song, it was purchased on November 19,

27 2014, by Suzanne Jaffe, an associate at Boies Schiller.  *See* Exhibit E.

28

DEC OF ASB ISO PLTFS' MIL NO. 10 –  TO EXCLUDE PHYSICAL EXHIBITS; & PLTFS MIL NO.
11 –REGARDING THE USE OF PHYSICAL EXHIBITS AS DEMONSTRATIVES- C-05-00037-YGR    - 2 -

1    15.    When one of the devices, a product by Sandisk was turned on, there was an image

2 present of a male wearing a shirt that said: "I f*** on the first date." We then told Apple's counsel

3 about this image.  Later, Apple removed that device from its exhibit list.

4    16.    Following this inspection, Mr. Medici wrote to Ms. Goodman to continue the parties'

5 meet and confer.  True and correct copies of the correspondence are attached as Exhibits G and H.

6    17.    Attached as Exhibit I is a true and correct copy of relevant excerpts of the hearing

7 transcript, held on November 19, 2014.

8    I declare under penalty of perjury under the laws of the United States of America that the

9 foregoing is true and correct.  Executed this 24th day of November, 2014, at San Francisco,

10 California.

11    _____
   ALEXANDRA S. BERNAY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEC OF ASB ISO PLTFS' MIL NO. 10 –  TO EXCLUDE PHYSICAL EXHIBITS; & PLTFS MIL NO.
11 –REGARDING THE USE OF PHYSICAL EXHIBITS AS DEMONSTRATIVES- C-05-00037-YGR     - 3 -

1                           CERTIFICATE OF SERVICE

2          I hereby certify that on November 24, 2014, I authorized the electronic filing of the foregoing

3   with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4   the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5   caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6   CM/ECF participants indicated on the attached Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on November 24, 2014.

9                                          s/ Alexandra S. Bernay
                                          ALEXANDRA S. BERNAY
10
                                          ROBBINS GELLER RUDMAN
11                                              & DOWD LLP
                                          655 West Broadway, Suite 1900
12                                        San Diego, CA  92101-8498
                                          Telephone:  619/231-1058
13                                        619/231-7423 (fax)

14                                        E-mail:        xanb@rgrdlaw.com

986469_1

## Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,ttualaulelei@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com,Chuckm@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com

- **Christopher G. Renner**
  crenner@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Kieran Paul Ringgenberg**
  kringgenberg@bsfllp.com,gaulkh@bsfllp.com,ftang@BSFLLP.com,dnasca@bsfllp.com,sphan@bsfllp.com,irivera@BSFLLP.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)