William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Kieran P. Ringgenberg #208600
(kringgenberg@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION** | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION] |
| | **NOTICE OF APPEARANCE FOR SUZANNE E. JAFFE** |
| **This Document Relates To:**<br>**ALL ACTIONS** | Judge:   Honorable Yvonne Gonzalez Rogers |

NOTICE OF APPEARANCE                                                                                       C 05-00037 YGR

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Suzanne E. Jaffe, California Bar No. 284894 (sjaffe@bsfllp.com) of Boies, Schiller & Flexner LLP hereby enters her appearance in the above-captioned matter as counsel for Defendant Apple Inc.

Dated: November 24, 2014                BOIES, SCHILLER & FLEXNER LLP

By: */s/ Suzanne E. Jaffe*
    Suzanne E. Jaffe

Counsel for Defendant APPLE INC.