# EXHIBIT 1

## DECLARATION OF TIM O'NEIL

I, Tim O'Neil, declare as follows:

1. I am a legal specialist in Apple Litigation at Apple, Inc., headquartered in Cupertino, California. Formerly, I worked in AppleCare, Apple's product and customer support service for Apple hardware and software, in an administrative capacity. I have knowledge of the routine business practices of AppleCare.

2. I make this declaration to authenticate certain Apple products in connection with the Apple iPod iTunes Antitrust Litigation, Case No. C-05-00037-YGR, pending in the U.S. District Court for the Northern District of California.

3. I personally received Apple products from Apple's outside counsel, Boies, Schiller & Flexner LLP, via Fedex. The Apple products I received from outside counsel are listed on Exhibit A with either "-E"; "-K"; or "-BSF" appended to their Trial Exhibit number.

4. I asked Linda Sorbi and Larry Cheong of AppleCare Hardware Product Management & Engineering to verify the authenticity of the Apple iPod and Apple portable computer hardware products I received from outside counsel. I gave the products for AppleCare employees to inspect to Linda Sorbi.

5. I asked Spoon Carvalho of AppleCare Support Engineering – Applications to verify the authenticity of the software, firmware, and operating systems running on the Apple iPod and Apple portable computer products that I received from outside counsel.

6. Linda Sorbi returned to me the Apple products that she, Mr. Cheong and Mr. Carvalho inspected.

7. I received eight Apple iPods on or about November 12, 2014 from Patrick Darcy, an employee in AppleCare at Apple's facilities in Carlisle, Pennsylvania.

8. The eight Apple iPods I received from AppleCare are listed in Exhibit A with an "-A" appended to their Trial Exhibit number.

9. In the normal course of business, AppleCare maintains authentic warranty service replacement iPod models.

10. I provided outside counsel with my personal iPod FireWire cable (TX 2713-A) and iPod USB cable (TX 2721-A) on November 19, 2014. I procured the FireWire and USB cables over the course of the nine years I have worked at Apple.

11. I provided outside counsel with the Apple iPods, portable computers, and FireWire and USB cables listed on Exhibit A on November 18, 2014 and November 19, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of November, 2014, at Cupertino, California.

_____
Tim O'Neil

| TX | Model | Serial No. | Model Release Date | Current Firmware/ software/ OSX version | Firmware/ Software/OSX release date |
|---|---|---|---|---|---|
| 2710-BSF | iPod scroll wheel (classic 1st generation) | U2149GXXLG6 | 10/23/01 | | |
| 2711-K | iPod video (classic 5th generation) | 4J545EPQSZA | 10/12/05 | 1.3.0 | 3/10/2008 |
| 2712-K | iPod classic 6th generation | 8N748R68YMV | 9/5/07 | 1.1.2 | 4/27/2008 |
| 2713-A | Apple iPod firewire cable | | | | |
| 2715-K | iPod nano 2nd generation | 5U726014V8T | 9/12/06 | 1.1.3 | 4/23/2007 |
| 2715-A | iPod nano 2nd generation | 5K309001V8T | 9/12/06 | | |
| 2716-K | iPod nano 3rd generation | 7J746VLWY0P | 9/5/07 | 1.1.3 | 7/18/2008 |
| 2716-A | iPod nano 3rd generation | 5K34202GY0P | 9/5/07 | | |
| 2717-K | iPod shuffle 1st generation | 5C505H84RSA | 1/11/05 | 1.1.5 | 12/11/2006 |
| 2718-K | iPod shuffle 2nd generation | 5M648U35VTE | 9/12/06 | 1.0.4 | 2/25/2008 |
| 2718-A(2) | iPod shuffle 2nd generation | 2Y222048YX6 | 9/12/06 | | |
| 2719-K | iPod shuffle 3rd generation | 4H945RYSA78 | 3/11/09 | 1.1.0 | 3/9/2009 |
| 2719-A | iPod shuffle 3rd generation | 4H0080NM4NZ | 3/11/09 | | |
| 2720-A | iPod touch 1st generation | EC90603214P | 9/5/07 | | |
| 2721-A | Apple iPod USB cable | | | | |
| 2723-E | iTunes 4.7 loaded on iBook G4 | UV4190ELQHU | Early 2004 | iTunes 4.7 OSX 10.4.11 | OSX 10.4.11 - 11/14/07 iTunes 4.7 - 10/26/04 |
| 2725-E | iTunes 7.0 loaded on MacBook 2,1 | W8726DBHYA2 | May 2007 | iTunes 7.0 OSX 10.4.11 | OSX 10.4.11 -11/14/07 iTunes 7.0 - 9/12/06 |
| 2743-K | iPod photo (iPod classic 4th generation) | JQ4513JZR5R | 10/26/04 | 1.2.1 | 9/1/2006 |
| 2787 | Apple EarPods | | | | |
| 2790-E | iPod dock connector (classic 3rd generation) | JQ424063PQ5 | 4/28/03 | | |
| 2791-E | iPod click wheel (classic 4th generation) | JQ4495T3PQ7 | 7/19/04 | | |
| 2792-A | iPod nano 4th generation | 5K43300T3R0 | 9/9/08 | | |
| TBD-A(T2) | iPod touch 2nd generation | 9E42700D201 | 9/9/08 | | |
| TBD-A(Cl7) | iPod classic 7th generation | 2Z4390S49ZU | 9/9/08 | | |
| TBD-E | iTunes 7.4 loaded on MacBook 2,1 | W87316RRZ5V | May 2007 | iTunes 7.4 OSX 10.4.11 | OSX 10.4.11 - 11/14/07 iTunes 7.4 - 9/5/07 |

EXHIBIT A