# EXHIBIT 2

## DECLARATION OF LINDA SORBI

I, Linda Sorbi, declare as follows:

1. I am an engineer in AppleCare Hardware Product Management & Engineering at Apple, Inc., headquartered in Cupertino, California.

2. I make this declaration to authenticate certain Apple products in connection with the Apple iPod iTunes Antitrust Litigation, Case No. C-05-00037-YGR, pending in the U.S. District Court for the Northern District of California. I have personal knowledge of the facts set forth herein.

3. AppleCare is Apple's product and customer support service for Apple hardware and software. As an engineer in AppleCare Hardware Product Management & Engineering, my area of focus is specifically iPod hardware.

4. I personally received the Apple products listed in Exhibit A, attached hereto, with "-K"; "-E"; or "-BSF" appended to their Trial Exhibit number, from Tim O'Neil, a legal specialist in Apple Litigation for Apple, Inc. I personally gave the Apple portable computers listed in Exhibit A (TX 2723-E, TX 2725-E, and a MacBook 2,1 with serial number W87316RRZ5V) to Larry Cheong, an engineer and colleague of mine in AppleCare Hardware Product Management & Engineering.

5. I personally inspected the iPod devices listed in Exhibit A with a "-K"; "-E" or "-BSF" appended to their Trial Exhibit number. I verified that these Apple iPods that I inspected are genuine and authentic Apple iPods by verifying the iPod serial numbers in Apple's product database.

6. I also verified the dates that the iPods models were first released.

7. After I inspected them, I personally gave the iPod models I inspected to Spoon Carvalho, an engineer and colleague of mine in AppleCare Support Engineering – Applications.

8. On or about November 18, 2014, I personally returned to Tim O'Neil all of the Apple iPods and portable computers listed in Exhibit A.

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of November, 2014, at San Jose, California.

_____
Linda Sorbi

| TX | Model | Serial No. | Model Release Date | Current Firmware/ software/ OSX version | Firmware/ Software/OSX release date |
|---|---|---|---|---|---|
| 2710-BSF | iPod scroll wheel (classic 1st generation) | U2149GXXLG6 | 10/23/01 | | |
| 2711-K | iPod video (classic 5th generation) | 4J545EPQSZA | 10/12/05 | 1.3.0 | 3/10/2008 |
| 2712-K | iPod classic 6th generation | 8N748R68YMV | 9/5/07 | 1.1.2 | 4/27/2008 |
| 2713-A | Apple iPod firewire cable | | | | |
| 2715-K | iPod nano 2nd generation | 5U726014V8T | 9/12/06 | 1.1.3 | 4/23/2007 |
| 2715-A | iPod nano 2nd generation | 5K309001V8T | 9/12/06 | | |
| 2716-K | iPod nano 3rd generation | 7J746VLWY0P | 9/5/07 | 1.1.3 | 7/18/2008 |
| 2716-A | iPod nano 3rd generation | 5K34202GY0P | 9/5/07 | | |
| 2717-K | iPod shuffle 1st generation | 5C505H84RSA | 1/11/05 | 1.1.5 | 12/11/2006 |
| 2718-K | iPod shuffle 2nd generation | 5M648U35VTE | 9/12/06 | 1.0.4 | 2/25/2008 |
| 2718-A(2) | iPod shuffle 2nd generation | 2Y222048YX6 | 9/12/06 | | |
| 2719-K | iPod shuffle 3rd generation | 4H945RYSA78 | 3/11/09 | 1.1.0 | 3/9/2009 |
| 2719-A | iPod shuffle 3rd generation | 4H0080NM4NZ | 3/11/09 | | |
| 2720-A | iPod touch 1st generation | EC90603214P | 9/5/07 | | |
| 2721-A | Apple iPod USB cable | | | | |
| 2723-E | iTunes 4.7 loaded on iBook G4 | UV4190ELQHU | Early 2004 | iTunes 4.7 OSX 10.4.11 | OSX 10.4.11 - 11/14/07 iTunes 4.7 - 10/26/04 |
| 2725-E | iTunes 7.0 loaded on MacBook 2,1 | W8726DBHYA2 | May 2007 | iTunes 7.0 OSX 10.4.11 | OSX 10.4.11 -11/14/07 iTunes 7.0 - 9/12/06 |
| 2743-K | iPod photo (iPod classic 4th generation) | JQ4513JZR5R | 10/26/04 | 1.2.1 | 9/1/2006 |
| 2787 | Apple EarPods | | | | |
| 2790-E | iPod dock connector (classic 3rd generation) | JQ424063PQ5 | 4/28/03 | | |
| 2791-E | iPod click wheel (classic 4th generation) | JQ4495T3PQ7 | 7/19/04 | | |
| 2792-A | iPod nano 4th generation | 5K43300T3R0 | 9/9/08 | | |
| TBD-A(T2) | iPod touch 2nd generation | 9E42700D201 | 9/9/08 | | |
| TBD-A(Cl7) | iPod classic 7th generation | 2Z4390S49ZU | 9/9/08 | | |
| TBD-E | iTunes 7.4 loaded on MacBook 2,1 | W87316RRZ5V | May 2007 | iTunes 7.4 OSX 10.4.11 | OSX 10.4.11 - 11/14/07 iTunes 7.4 - 9/5/07 |

EXHIBIT A