# EXHIBIT 3

## DECLARATION OF LAWRENCE CHEONG

I, Lawrence Cheong, declare as follows:

1. I am an engineer in AppleCare Hardware Product Management & Engineering at Apple, Inc., headquartered in Cupertino, California.

2. I make this declaration to authenticate certain Apple products in connection with the Apple iPod iTunes Antitrust Litigation, Case No. C-05-00037-YGR, pending in the U.S. District Court for the Northern District of California. I have personal knowledge of the facts set forth herein.

3. AppleCare is Apple's product and customer support service for Apple hardware and software. As an engineer in AppleCare Hardware Product Management & Engineering, my area of focus is specifically Apple portable computer hardware.

4. I personally received the Apple portable computer products listed in Exhibit A with "-E" appended to their Trial Exhibit number from Linda Sorbi. These exhibits are an Apple iBook G4 (TX2723), Apple MacBook 2,1 (TX2725), and MacBook 2,1 with serial number W87316RRZ5V.

5. I inspected these portable computers. I have personally verified that the Apple portable computer products I inspected are genuine and authentic Apple portable computer products by verifying the computer's serial numbers in Apple's product database. I also verified the dates that the portable computer models were first released.

6. I returned the devices I inspected to Linda Sorbi.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of November, 2014, at Cupertino, California.

Lawrence Cheong

| TX | Model | Serial No. | Model Release Date | Current Firmware/ software/ OSX version | Firmware/ Software/OSX release date |
|---|---|---|---|---|---|
| 2710-BSF | iPod scroll wheel (classic 1st generation) | U2149GXXLG6 | 10/23/01 | | |
| 2711-K | iPod video (classic 5th generation) | 4J545EPQSZA | 10/12/05 | 1.3.0 | 3/10/2008 |
| 2712-K | iPod classic 6th generation | 8N748R68YMV | 9/5/07 | 1.1.2 | 4/27/2008 |
| 2713-A | Apple iPod firewire cable | | | | |
| 2715-K | iPod nano 2nd generation | 5U726014V8T | 9/12/06 | 1.1.3 | 4/23/2007 |
| 2715-A | iPod nano 2nd generation | 5K309001V8T | 9/12/06 | | |
| 2716-K | iPod nano 3rd generation | 7J746VLWY0P | 9/5/07 | 1.1.3 | 7/18/2008 |
| 2716-A | iPod nano 3rd generation | 5K34202GY0P | 9/5/07 | | |
| 2717-K | iPod shuffle 1st generation | 5C505H84RSA | 1/11/05 | 1.1.5 | 12/11/2006 |
| 2718-K | iPod shuffle 2nd generation | 5M648U35VTE | 9/12/06 | 1.0.4 | 2/25/2008 |
| 2718-A(2) | iPod shuffle 2nd generation | 2Y222048YX6 | 9/12/06 | | |
| 2719-K | iPod shuffle 3rd generation | 4H945RYSA78 | 3/11/09 | 1.1.0 | 3/9/2009 |
| 2719-A | iPod shuffle 3rd generation | 4H0080NM4NZ | 3/11/09 | | |
| 2720-A | iPod touch 1st generation | EC90603214P | 9/5/07 | | |
| 2721-A | Apple iPod USB cable | | | | |
| 2723-E | iTunes 4.7 loaded on iBook G4 | UV4190ELQHU | Early 2004 | iTunes 4.7 OSX 10.4.11 | OSX 10.4.11 - 11/14/07 iTunes 4.7 - 10/26/04 |
| 2725-E | iTunes 7.0 loaded on MacBook 2,1 | W8726DBHYA2 | May 2007 | iTunes 7.0 OSX 10.4.11 | OSX 10.4.11 -11/14/07 iTunes 7.0 - 9/12/06 |
| 2743-K | iPod photo (iPod classic 4th generation) | JQ4513JZR5R | 10/26/04 | 1.2.1 | 9/1/2006 |
| 2787 | Apple EarPods | | | | |
| 2790-E | iPod dock connector (classic 3rd generation) | JQ424063PQ5 | 4/28/03 | | |
| 2791-E | iPod click wheel (classic 4th generation) | JQ4495T3PQ7 | 7/19/04 | | |
| 2792-A | iPod nano 4th generation | 5K43300T3R0 | 9/9/08 | | |
| TBD-A(T2) | iPod touch 2nd generation | 9E42700D201 | 9/9/08 | | |
| TBD-A(Cl7) | iPod classic 7th generation | 2Z4390S49ZU | 9/9/08 | | |
| TBD-E | iTunes 7.4 loaded on MacBook 2,1 | W87316RRZ5V | May 2007 | iTunes 7.4 OSX 10.4.11 | OSX 10.4.11 - 11/14/07 iTunes 7.4 - 9/5/07 |

EXHIBIT A