# EXHIBIT 4

## DECLARATION OF SPOON CARVALHO

I, Spoon Carvalho, declare as follows:

1. I am an engineer in AppleCare Support Engineering – Applications at Apple, Inc., headquartered in Cupertino, California.

2. I make this declaration to authenticate certain Apple products in connection with the Apple iPod iTunes Antitrust Litigation, Case No. C-05-00037-YGR, pending in the U.S. District Court for the Northern District of California. I have personal knowledge of the facts set forth herein.

3. AppleCare is Apple's product and customer support service for Apple hardware and software. As an engineer in AppleCare Support Engineering – Applications, my area of focus is specifically Apple product software and firmware.

4. I personally received the Apple iPods and Apple portable computer products listed in Exhibit A with "-E"; "-K"; or "-BSF" appended to their Trial Exhibit numbers from Linda Sorbi and Larry Cheong.

5. I personally installed authentic iTunes 7.0 software on Trial Exhibit 2725-E (MacBook 2,1). I personally installed authentic iTunes 4.7 software on Trial Exhibit 2723-E (iBook G4). I also personally installed authentic iTunes 7.4 on the MacBook 2,1 with serial number W87316RRZ5V.

6. I personally inspected the Apple iPod and Apple portable computer products listed in Exhibit A with "-E"; "-K"; or "-BSF" appended to their Trial Exhibit number. I verified that these Apple products are operating genuine, authentic Apple software, firmware, and operating systems, as applicable, on those devices that were operable. I also verified the release dates of the software, firmware, and operating systems, as applicable.

7. I returned the devices I inspected to Linda Sorbi.

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of November, 2014, at Cupertino, California.

_____
Spoon Carvalho

| TX | Model | Serial No. | Model Release Date | Current Firmware/ software/ OSX version | Firmware/ Software/OSX release date |
|---|---|---|---|---|---|
| 2710-BSF | iPod scroll wheel (classic 1st generation) | U2149GXXLG6 | 10/23/01 | | |
| 2711-K | iPod video (classic 5th generation) | 4J545EPQSZA | 10/12/05 | 1.3.0 | 3/10/2008 |
| 2712-K | iPod classic 6th generation | 8N748R68YMV | 9/5/07 | 1.1.2 | 4/27/2008 |
| 2713-A | Apple iPod firewire cable | | | | |
| 2715-K | iPod nano 2nd generation | 5U726014V8T | 9/12/06 | 1.1.3 | 4/23/2007 |
| 2715-A | iPod nano 2nd generation | 5K309001V8T | 9/12/06 | | |
| 2716-K | iPod nano 3rd generation | 7J746VLWY0P | 9/5/07 | 1.1.3 | 7/18/2008 |
| 2716-A | iPod nano 3rd generation | 5K34202GY0P | 9/5/07 | | |
| 2717-K | iPod shuffle 1st generation | 5C505H84RSA | 1/11/05 | 1.1.5 | 12/11/2006 |
| 2718-K | iPod shuffle 2nd generation | 5M648U35VTE | 9/12/06 | 1.0.4 | 2/25/2008 |
| 2718-A(2) | iPod shuffle 2nd generation | 2Y222048YX6 | 9/12/06 | | |
| 2719-K | iPod shuffle 3rd generation | 4H945RYSA78 | 3/11/09 | 1.1.0 | 3/9/2009 |
| 2719-A | iPod shuffle 3rd generation | 4H0080NM4NZ | 3/11/09 | | |
| 2720-A | iPod touch 1st generation | EC90603214P | 9/5/07 | | |
| 2721-A | Apple iPod USB cable | | | | |
| 2723-E | iTunes 4.7 loaded on iBook G4 | UV4190ELQHU | Early 2004 | iTunes 4.7 OSX 10.4.11 | OSX 10.4.11 - 11/14/07 iTunes 4.7 - 10/26/04 |
| 2725-E | iTunes 7.0 loaded on MacBook 2,1 | W8726DBHYA2 | May 2007 | iTunes 7.0 OSX 10.4.11 | OSX 10.4.11 -11/14/07 iTunes 7.0 - 9/12/06 |
| 2743-K | iPod photo (iPod classic 4th generation) | JQ4513JZR5R | 10/26/04 | 1.2.1 | 9/1/2006 |
| 2787 | Apple EarPods | | | | |
| 2790-E | iPod dock connector (classic 3rd generation) | JQ424063PQ5 | 4/28/03 | | |
| 2791-E | iPod click wheel (classic 4th generation) | JQ4495T3PQ7 | 7/19/04 | | |
| 2792-A | iPod nano 4th generation | 5K43300T3R0 | 9/9/08 | | |
| TBD-A(T2) | iPod touch 2nd generation | 9E42700D201 | 9/9/08 | | |
| TBD-A(Cl7) | iPod classic 7th generation | 2Z4390S49ZU | 9/9/08 | | |
| TBD-E | iTunes 7.4 loaded on MacBook 2,1 | W87316RRZ5V | May 2007 | iTunes 7.4 OSX 10.4.11 | OSX 10.4.11 - 11/14/07 iTunes 7.4 - 9/5/07 |

EXHIBIT A