# EXHIBIT 5




