# EXHIBIT 6






United States District Court
Northern District of California

◁ DEFENDANT ◁

Case No. **C 05-00037 YGR**

Case Title **The Apple iPod iTunes Anti-Trust Litigation**

Exhibit No. **2712-K**

Date Entered

By: _____

Richard W. Wieking, Clerk
, Deputy Clerk