# EXHIBIT 7




