# EXHIBIT 9



United States District Court
Northern District of California

△ DEFENDANT △

Case No. **C 05-00037 YGR**

Case Title **The Apple iPod iTunes Anti-Trust Litigation**

Exhibit No. **2720-A**

Date Entered

Richard W. Wieking, Clerk
By: _____, Deputy Clerk

