# EXHIBIT 10






