# EXHIBIT 12

**Exhibit 10**

**Attributes Considered and Attributes Ignored by Professor Noll**

| Attributes Considered by Professor Noll | Attributes Ignored by Professor Noll |
|---|---|
| Class | USB* |
| U2 | Firewire* |
| Capacity (MB) | Weight (oz)* |
| Photo | Display (inches)* |
| Video and Photo | Resolution (pixels)* |
| Size (cubic inches) | Music Battery Hours* |
| Cost per Unit ($/Unit) | Recharge Hours |
| Reprice Sale | OEM sale (reseller regression only)* |
| End of Life Sale | |
| Quantity Sold | |
| Seasonality | |
| Number of Songs Available to Download | |
| Coupon (direct sales only) | |

* Professor Noll's datasets contain this variable.
Sources: Declaration of Roger G. Noll on Liability and Damages and iPod Characterictics data in Murphy/Topel reports.

HIGHLY CONFIDENTIAL

Trial Ex. 2669, Page 1 of 1