# EXHIBIT 16

http://www.noteburner.com/mac-audio-converter.html  Go    SEP OCT DEC   Clos
120 captures                                              ◀ 26 ▶
24 Jul 08 - 14 Nov 14                                     2007 2008 2010   He

# NoteBurner - M4P Converter for Mac OS X convert iTunes to MP3, M4B to MP3, AA to WAV, iTunes to WAV, M4A to MP3



- 

  - Home

  - Overview

  - Features

  - Screenshots

  - Download

  - Buy

  - For Mac

  - Help

-



NoteBurner Audio Converter for Mac OS X

## NoteBurner M4P to MP3 Converter for Mac OS X

Convert DRM protected M4P iTunes music to MP3 on Mac OS X!

NoteBurner M4P Converter is a powerful M4P to MP3 music converting tool for Mac OS X. It can convert music files, MP3 downloads or even purchased iTunes DRM protected M4P, M4B, M4A files to plain MP3, WMA or WAV formats ready for use on any computers or mobile music devices such as iPod, PSP, Zune, iPhone, cell phone, MP3 player, MP4 player etc. View

screenshots or tutorial





## Virtual CD burner emulator: All-in-one M4P to MP3 conversion for Mac OSX

NoteBurner M4P Converter is a DRM copy-protected audio and music converter designed for burning DRM protected music to a special virtual CD-RW drive where you can quickly get unprotected MP3, WMA, WAV files ready for use on any media players. Unlike other audio recording software products, NoteBurner is a virtual CD burner emulator which easily emulates the whole workflow for converting music or audio files to normal music files: ripping, burning, encoding are within only few clicks.

NoteBurner audio file conversion software for Macintosh is a sound file format converter for Mac. Convert audio files from many different file formats into mp3, wav or wma files such as M4P to MP3, M4P to WAV, M4B to MP3, M4A to MP3, M4B to WAV, M4A to WAV, wav to mp3, mp3 to wav, wma to mp3 and much more.

**Super fast DRM music converter for Mac OS X**

NoteBurner M4P Converter is an audio file converter for Apple Mac OSX. It can convert almost any different types of audio files into mp3 or and wav format. NoteBurner M4P Converter uses virtual CD-RW drive and media player software such as Apple iTtunes, Windows Media Player, Real Player that can burn CDs because it makes the media player "burn" the song as a file on the hard drive instead of onto a real CD.

Since the virtual CD emulates your computer RAM and hard disk as erasable CD-RW drive (Virtual CD-RW), the converting speed is at least 10 times faster than any other programs which use recording as one of the core converting tricks. Its ability to convert DRM protected music files into regular MP3 files makes it a perfect solution for people who purchase their music online but have compatibility issues with their MP3 player.

**Remove DRM from Apple iTunes: Convert DRM protected music to Plain MP3**

If you buy iTunes DRM protected music files, you can simply run NoteBurner M4P Converter to convert those M4P music files to MP3 with which you can enjoy your protected music on iPod, MP3 player, CD player, mobile phone or PC - without any restrictions or DRM protection.

With NoteBurner M4P Converter you can convert your music files into the formats you need to create ringtones, add to a presentation, listen on your iPod, iPhone, Zune, PSP, MP3 player and much more. In fact, the possibilities are endless using this powerful audio file converter.

**Features of NoteBurner Audio Converter**

Fully automatic, NoteBurner M4P Converter frees you from the hassles of copy protection without defeating the DRM copy-protection technology used by your audio files. This means it will function with all copy-protection measures, and it's completely legal.

Copy DRM-protected music and audio books: Fast and CD quality

Preserve ID3 tags for artist, album, title names etc.

Batch mode for converting large song collections

Automatic convert purchased songs for use with iPod, any other MP3 player, mobile phone or PC

High audio quality and Customizable audio output profiles

Uniform volume level normalization

Automatic population of ID3 tags, album cover artwork

Unbeatable fast conversion speed: less than 20 seconds for a four minutes song

## Requirements for NoteBurner Audio Converter

NoteBurner M4P Converter converts any M4P, M4A, WMA music or audio to MP3, WAV, WMA on MAC OS X 10.4 or later. If you need M4P Converter for Windows XP/Vista, please refer to Tune4Win M4P Converter

The basic requirements for NoteBurner is that you have the ability to burn your purchased music or audio files to a normal CD-R disc on iTunes. This Mac software supports Mac OS X Intel Native, Mac OS X Intel & PPC Native, Mac OS X PPC Native.

- 
- 
- 
- 
- 
- 
- 

NoteBurner Audio Converter converts all kinds of audio files for playback on iPod, Zune, PSP, Archos, Creative Zen, San Disk sansa, and any other MP3/MP4 music players, as well as for mobile phones such as Sony Erricssion, Nokia Nseries, BlackBerry, Samsung, LG, Motorola, and many more.

**Converting iTunes M4P Music for Cell Phones and PMPs**

Convert iTunes M4P Music for MP3 Player

Convert iTunes M4P Music for Zune

Convert iTunes M4P Music for PSP

Wal-Mart Music on Nokia N95

Wal-Mart Music on BlackBerry

iTunes M4P Music for BlackBerry

Create Ringtones from iTunes M4P Music

Play iTunes M4P Music on Nokia Xpress

Play iTunes M4P on SanDisk Sansa MP3 Player

Convert iTunes M4P Music for N95

Play iTunes AAC on Sansa e200 Series

Play iTunes AAC on iRiver MP3 player

Play iTunes M4P Music on iRiver clix gen 2

Play iTunes M4P Songs on Creative ZEN

Play Protected M4P Songs on ARCHOS

Play Protected iTunes M4P Music on RIM 8800

Play iTunes music on iRiver S10

Play iTunes music on Sandisk Sansa Connect

Play iTunes music on Archos 405

Play iTunes music on BlackBerry 7100 V

Play iTunes music on Nokia N82

**Convert DRM Protected Music to MP3**

Convert iTunes DRM Music to MP3

Convert iTunes Protected AAC to MP3

DRM Music Converter

Converting DRM Music with RealPlayer

Remove DRM Protection

iTunes FairPlay DRM Protected M4P Music

Play iTunes M4P on Nokia 5300 Xpress Music

Free DRM Music

What is DRM

Convert M4P to MP3

**Converting Audio Files Between Different Formats**

DRM Music converter

The Fastest Audio Converter

Three Methods to Convert M4P to MP3

Converting Audiobook to MP3

iTunes AAC to MP3 Converter

M4B to MP3 Converter

WAV to MP3 Converter

M4P to WMA Converter

Convert M4P to WAV

WMA to MP3 Converter

iTunes MP3 Music Converter

M4P to MP3 Converter

Convert MP4 to MP3

Remove DRM

WMA to MP3 File Converter

WMA to MP3



Copyright@2006-2008 NoteBurner Inc., All Rights Reserved.

About us

Testimonial

M4P Converter

MP3 Converter

NoteCable Audio Converter

Free MP3 Audio Converter

What's new

Privacy Policy

Sitemap