# EXHIBIT 17




