1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| | ) ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |
| ALL ACTIONS. | ) ) | |
| | | *AS MODIFIED BY THE COURT* |

984559_1

1   Before the Court is Plaintiffs' Motion to Remove Incorrectly Filed Document.  After
2  reviewing the motion, there being good cause shown based on the arguments presented in the
3  motion, the Court GRANTS AS MODIFIED Plaintiffs' Motion to Remove Incorrectly Filed
4  Document at ECF 896 (Plaintiffs' Memorandum of Law in Opposition to Apple's Motion for
5  Decertification of Rule 23(b)(3) Class).  The Document shall not be removed from the docket
6
7  but shall remain under seal.  The supporting documents at ECF 896-1-ECF 896-4 can remain
8  on the public docket.  This Order terminates Docket No. 898.
9   IT IS SO ORDERED.
10  DATED: _November 26, 2014_____    _____
                                          THE HON. YVONNE GONZALEZ ROGERS
11                                        UNITED STATES DISTRICT JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

984559_1   [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED
           DOCUMENT - C-05-00037-YGR                                              - 1 -