William A. Isaacson (Admitted Pro Hac Vice)
(wisaacson@bsfllp.com)
Karen L. Dunn (Admitted Pro Hac Vice)
(kdunn@bsfllp.com)
Martha L. Goodman (Admitted Pro Hac Vice)
(mgoodman@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. (State Bar No. 212213)
(jcove@bsfllp.com)
Kieran P. Ringgenberg (State Bar No. 208600)
(kringgenberg@bsfllp.com)
Meredith R. Dearborn (State Bar No. 268312)
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION. | Case No.  C 05-00037 YGR<br><br>[CLASS ACTION]<br><br>**APPLE INC.'S NOTICE REGARDING PENDING ADMINISTRATIVE MOTIONS TO SEAL** |

At the December 1, 2014 pre-trial conference, the Court asked Apple to file a statement regarding the pending administrative motions to seal in light of the Court's rulings regarding redacting certain trial exhibits. There are five pending administrative motions to seal (and one response to an administrative motion to seal), which request the Court to seal certain information cited in the recent class certification briefing. The chart below indicates the docket number, date filed and title of each of document:

| ECF No. | Date Filed | Title |
| --- | --- | --- |
| 890 | 11/11/2014 | Apple's Administrative Motion to File Documents Under Seal (re Opposition to Motion to Add Class Representative and Apple's Motion for Decertification) |
| 892 | 11/12/2014 | Apple's Administrative Motion to File Documents Under Seal (re Opposition to Motion to Add Class Representative and Apple's Motion for Decertification) |
| 897 | 11/14/2014 | Plaintiffs' Administrative Motion to Seal Documents Filed in Support of Plaintiffs' Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class |
| 900 | 11/14/2014 | Administrative Motion to File Under Seal Portions of Plaintiffs' Memorandum of Law in Opposition to Apple's Motion for Decertification of Rule 23(b)(3) Class |
| 901 | 11/17/2014 | Apple's Administrative Motion to File Documents Under Seal Relating to Apple's Motion for Decertification of the Rule 23(b)(3) Class |
| 906 | 11/17/2014 | Apple's Response To Plaintiffs' Administrative Motion To Seal Documents Filed In Support Of Plaintiffs' Opposition To Apple's Motion For Decertification Of Rule 23(B)(3) Class (Dkt. 897) |

Specifically, Apple redacted: (1) the financial terms in several reseller contracts and (2) deposition testimony that disclosed the financial terms of the resellers. The redactions to the

1 reseller contracts are consistent with the Court's ruling regarding the redaction of financial terms
2 in reseller agreements. Apple will amend its Response (Doc. 906) to Plaintiffs' Administrative
3 Motion to Seal Documents Filed in Support of Plaintiffs' Opposition to Apple's Motion for
4 Decertification of Rule 23(B)(3) Class to attach a revised redacted copy of the deposition
5 testimony that is consistent with the Court's ruling.

Apple respectfully requests that the Court grant the motions to seal the information redacted in the reseller agreements and the information reflected in the revised redaction to the deposition testimony.

Dated: December 2, 2014

Jones Day

By: */s/ David C. Kiernan*
David C. Kiernan

Attorneys for Defendant
APPLE INC.

SFI-620880137v1