UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** 12/1/14 | **Time:** 9:05am-10:35am; 10:42am-11:15am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: 05-cv-00037-YGR | **Case Name:** The Apple iPod iTunes Anti-Trust Litigation | |

**Attorney for Plaintiff:** Bonnie Sweeney; Patrick Coughlin; Francis Balint; Alexandra Bernay; Carmen Medici
**Attorney for Defendant:** William Isaacson; Karen Dunn; Meredith Dearborn; Martha Goodman; David Kiernan;
Company representative: Scott Murray.

**Deputy Clerk:** Frances Stone                **Court Reporter:** Raynee Mercado

PROCEEDINGS

**Further Pretrial Conference- HELD**

**Plaintiff's Motion in Limine No. 10 to Exclude Physical Exhibits [Dkt. No. 922]- HELD**

**Plaintiff's Motion in Limine No. 11 Regarding the Use of Physical Exhibits as Demonstratives [Dkt. No. 923]- HELD**

**Jury Trial to begin Tuesday, 12/2/14 at 8:30am; counsel at 8:00am.**