UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

Case No. 05-cv-00037          Case Name:  The Apple iPod iTunes Antitrust Litigation

Date: December 2 , 2014          Time:  8:00 am -8:02am counsel; 8:28am-10:08am; 10:23am-12:07pm; 12:23pm-1:25pm; 1:26pm-1:40pm-counsel

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone          **Court Reporter:** Raynee Mercado

**COUNSEL FOR PLTF**:

**Bonnie Sweeney, Patrick Coughlin, Francis Balint; Alexandra Bernay; Carmen Medici**

**COUNSEL FOR DEFT:**

**William Isaacson, Karen Dunn, Meredith Dearborn, Martha Goodman, Scott Murray-company rep.**

Voir Dire Began  11/19/14

Trial Began:   12/2/14          Further Trial: Wednesday,12/3/14 at 8:30am- Jury; counsel at 8:00am

**Trial Motions Heard:**               **Disposition**

1.

2.

3.

Other:

Court gives Instructions to Jury. Plaintiff  opening statement. Defendant opening statement.

Plaintiff attorney Coughlin calls witness Kenneth Riegel and  David Martin.

**Exhibits Admitted into evidence: 915, 916, 917, 918,919, 921, 922, 923, 924, 926**