UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

Case No. 05-cv-00037-YGR          Case Name:   The Apple iPod iTunes Anti-Trust Litigation

**Date:** Wednesday, December 3, 2014          **Time**:  8:00am-8:08am counsel; 8:27am-10:01am; 10:16am-11:41am; 11:58am-12:30pm; 12:48pm-1:33pm; 1:35pm-1:44pm counsel

**The Honorable**

**Clerk**: Frances Stone          **Court Reporter:**   Raynee Mercado

**COUNSEL FOR PLTF:**

**Bonnie Sweeney; Patrick Coughlin, Francis Balint; Alexandra Bernay; Carmen Medici**

**COUNSEL FOR DEFT:**

**William Isaacson; Karen Dunn; Martha Goodman; Meredith Dearborn; David Kiernan and Scott Murray for Apple**

Voir Dire Began: 11/19/14

Trial Began:   12/2/14          Further Trial:  **Thursday, 12/4/14 at 8:30am**; Counsel to be present at 8:00am

**Trial Proceedings:**

Defendant attorney Isaacson cross of witness David Martin.

Plaintiff attorney Coughlin calls witness Agustin Farrugia

Plaintiff attorney Bernay calls witness Marianna Rosen.

**EXHIBITS ADMITTED IN EVIDENCE:**

**2446; 2446A; 927A (page 39 on portion); 269; 271 with limiting instruction; 820; 316; 871; 371; 2329; 2416; 2265; 2253;**

**2265; 2239; 2247; 2309; 2776; 322; 2784**

[Court RESERVES ruling  on 2593 exhibit.]