# BOIES, SCHILLER & FLEXNER LLP

5301 Wisconsin Avenue N.W. * Washington, DC 20015-2015 * PH 202.237.2727 * FAX 202.237.6131

December 3, 2014

<u>**VIA ECF FILING**</u>

Honorable Yvonne Gonzalez Rogers
United States District Court
Northern District of California
Oakland Branch
1301 Clay Street
Oakland, CA 94612

   Re: *Apple iPod iTunes Antitrust Litigation*
     Case No. C-05-0037

Dear Judge Gonzalez Rogers,

  We write to inform the Court of the results of Apple's investigation of the iPod touch that Plaintiff Marianna Rosen produced for the first time today after her testimony. Ms. Rosen testified today that she purchased this product in **December 2008** during the class period. Apple identified the serial number on Ms. Rosen's iPod touch (ID9243X2201) and verified that Ms. Rosen in fact purchased her iPod touch on **July 10, 2009** (ID9243X2201), over three months after the class period ended in this case. Attachment 1, TX 2865 (July 10, 2009 Duplicate Receipt). That is contrary to her December 16, 2010 response to Apple's Interrogatory No. 20 that, as of that date, she had purchased only "a 15 GB iPod, and a 30GB video iPod for her own use," and "an iPod Mini as a present for her sister." Attachment 2, TX 2869 at 14. In that interrogatory response, Ms. Rosen also affirmatively stated, "She has ***not*** purchased ***any*** other MP3 players." *Id.*

  Further contrary to her interrogatory response, Ms. Rosen testified in Court today that she had also purchased an iPod nano in the fall of 2007. Apple has been unable to verify any purchase of an iPod nano by Ms. Rosen at any time, including in the fall of 2007. Apple has requested that Plaintiffs' counsel immediately provide Apple with any evidence reflecting any purchase by Ms. Rosen of an iPod nano, as well as the serial number of the nano.

  In addition, Apple has requested that Plaintiffs' counsel provide Apple with any evidence in Plaintiffs' custody or control reflecting any purchase of any iPod by Ms. Melanie Wilson (formerly Tucker) during the class period and the serial number of any such iPod, other than the iPod classic 5th generation that Ms. Wilson purchased in December 2006. Ms. Wilson testified in her deposition that she purchased two iPods—an iPod classic 4th generation in April 2005 and

Honorable Yvonne Gonzalez Rogers
December 3, 2014
Page 2

an iPod classic 5th generation in December 2006 (for which Plaintiffs do not claim any injury). Ms. Wilson confirmed those purchases in her December 16, 2010 response to Apple's Interrogatory No. 20, Attachment 3, TX 2870 at 14 ("Plaintiff purchased a 20GB iPod and an iPod video from Apple").  She supplemented her response to Interrogatory No. 20 three weeks later, stating that she "also has an iPod Touch, 32 GB." Attachment 4, TX 2871 at 3.  Apple has verified that the iPod touch was purchased on August 9, 2010 – outside the class period – consistent with her supplemental interrogatory response, dated January 11, 2011.

     In addition to the requests outlined above, we also request that Plaintiffs' counsel provide information on destruction of relevant records of class purchases.

     Respectfully submitted,

     */s/ William A. Isaacson*

     William A. Isaacson
     *Counsel for Apple Inc.*

cc:  Counsel for Plaintiffs (via ECF)