|  |  |
|---|---|
| 1 | William A. Isaacson (wisaacson@bsfllp.com) |
|   | (Admitted *Pro Hac Vice*) |
| 2 | Karen L. Dunn (kdunn@bsfllp.com) |
|   | (Admitted *Pro Hac Vice*) |
| 3 | Martha L. Goodman (mgoodman@bsfllp.com) |
|   | (Admitted *Pro Hac Vice*) |
| 4 | BOIES, SCHILLER & FLEXNER LLP |
|   | 5301 Wisconsin Ave, NW |
| 5 | Washington, DC  20015 |
|   | Telephone:  (202) 237-2727 |
| 6 | Facsimile:  (202) 237-6131 |
| 7 | John F. Cove, Jr. #212213 |
|   | (jcove@bsfllp.com) |
| 8 | Kieran P. Ringgenberg #208600 |
|   | (kringgenberg@bsfllp.com) |
| 9 | Meredith R. Dearborn #268312 |
|   | (mdearborn@bsfllp.com) |
| 10 | Maxwell V. Pritt # 253155 |
|   | (mpritt@bsfllp.com) |
| 11 | BOIES, SCHILLER & FLEXNER LLP |
|   | 1999 Harrison Street, Suite 900 |
| 12 | Oakland, CA 94612 |
|   | Telephone:  (510) 874-1000 |
| 13 | Facsimile:  (510) 874-1460 |
| 14 | David C. Kiernan #215335 |
|   | (dkiernan@jonesday.com) |
| 15 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 16 | San Francisco, CA  94104 |
|   | Telephone:  (415) 626-3939 |
| 17 | Facsimile:  (415) 875-5700 |
| 18 | *Attorneys for Defendant Apple Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Courtroom: 1, 4th Floor<br>Judge:        Hon. Yvonne Gonzalez Rogers |
|---|---|

Before the Court is Apple Inc.'s ("Apple's") Motion to Remove Incorrectly Filed Document, ECF 947. After reviewing the motion, there being good cause shown based on the representations in motion, the Court GRANTS Apple's Motion to Remove Incorrectly Filed Document at ECF 947. The document shall be removed from the docket. This Order terminates Docket No. 947.

IT IS HEREBY ORDERED.

_____, 2014

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge