# ATTACHMENT 1

## DUPLICATE RECEIPT

| | | |
|---|---|---|
| **Date** | July 10, 2009 04:03 PM | |
| **Customer** | **MARIANNA ROSEN** | |
| **Email** | | |

Apple Store, Short Hills

1200 Morris TPKE STE B102
Short Hills, NJ 07078
shorthills@apple.com
973-564-5813

www.apple.com/retail/shorthills

**Receipt ID**



**\* R 0 4 3 4 0 8 4 9 6 6 \***

| Product Description | Return Date | Support Contact | Qty | Unit Price | Total |
|---|---|---|---|---|---|
| iPod touch 8GB<br>  Part Number MB528LL/A<br>  Serial Number 1D9243X2201 | Return Date: Jul. 24, 2009<br>$ 22.90 fee if opened | For Support, Visit:<br>APPLE.COM/SUPPORT | 1 | $ 229.00 | $ 229.00 |
| Apple In Earphones with Remote and Mic<br>  Part Number MA850G/A | Return Date: Jul. 24, 2009 | For Support, Visit:<br>APPLE.COM/SUPPORT | 1 | $ 79.00 | $ 79.00 |
| Paul Frank Zoom Julius for Touch Blk<br>  Part Number TV731LL/A | Return Date: Jul. 24, 2009 | For Support Visit:<br>www.paulfrank.com | 1 | $ 29.95 | $ 29.95 |
| Power Support AntiGlareFilm iPhone3G<br>  Part Number TS504LL/A | Return Date: Jul. 24, 2009 | For Support Visit:<br>www.powersupportusa.com | 1 | $ 14.95 | $ 14.95 |
| Paul Frank iPod touch 2G Dots BLU<br>  Part Number TV756LL/A | Return Date: Jul. 24, 2009 | For Support Visit:<br>www.paulfrank.com | 1 | $ 29.95 | $ 29.95 |

| | |
|---|---|
| **sub-total** | $ 382.85 |
| tax @7.0% | $ 26.80 |
| | **$ 409.65** |

**Payment Method**

| | |
|---|---|
| Total Tender | $ 409.65 |
| Change Due | $ 0.00 |

**http://www.apple.com/legal/sales_policies/retail.html**
**Tell us about your experience at the Apple Store.**
**Visit www.apple.com/feedback/retail.html**

Page#1 of 1

**Trial Ex. 2865, 1 of 1**