# ATTACHMENT 2

1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  JOHN J. STOIA, JR. (141757)
   BONNY E. SWEENEY (176174)
3  THOMAS R. MERRICK (177987)
   ALEXANDRA S. BERNAY (211068)
4  PAULA M. ROACH (254142)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone: 619/231-1058
6  619/231-7423 (fax)
   johns@rgrdlaw.com
7  bonnys@rgrdlaw.com
   tmerrick@rgrdlaw.com
8  xanb@rgrdlaw.com
   proach@rgrdlaw.com
9
   THE KATRIEL LAW FIRM
10 ROY A. KATRIEL (*pro hac vice*)
   1101 30th Street, N.W., Suite 500
11 Washington, DC  20007
   Telephone:  202/625-4342
12 202/330-5593 (fax)
   rak@katriellaw.com
13
   Co-Lead Counsel for Plaintiffs
14
   [Additional counsel appear on signature page.]
15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                    SAN JOSE DIVISION
18
   THE APPLE IPOD ITUNES ANTI-TRUST      )   Lead Case No. C-05-00037-JW(HRL)
19 LITIGATION                            )
                                         )   CLASS ACTION
20 ─────────────────────────────         )
                                         )
   This Document Relates To:             )   PLAINTIFF MARIANA ROSEN'S
21                                        )   RESPONSE TO DEFENDANT APPLE
      ALL ACTIONS.                        )   INC.'S FIRST INTERROGATORIES
22                                        )
   ─────────────────────────────         )
23
24 PROPOUNDING PARTY:    APPLE INC.
25 RESPONDING PARTY:     MARIANA ROSEN
26 SET NO.:              ONE
27
28

590180_1

1    Plaintiff, by and through her attorneys and pursuant to Rule 33 of the Federal Rules of Civil
2    Procedure, hereby submits the following objections and responses to Defendant Apple, Inc.'s First
3    Interrogatories ("Interrogatories").

4    **I.    PRELIMINARY STATEMENT**

5    Plaintiff has not completed investigation or analysis of the facts relating to this case, has not
6    completed discovery, has not completed expert analysis, and has not completed preparation for trial.
7    Plaintiff is still in the process of reviewing more than 1 million pages of documents produced by
8    Defendant Apple ("Apple") over the last month and deposing Apple's witnesses.    No expert
9    discovery has been conducted.    Accordingly, the responses herein given are without prejudice to
10   Plaintiff's right to produce evidence of any subsequently discovered facts or interpretations thereof
11   and/or to add to, modify or to otherwise change or amend the responses herein.    The information set
12   forth below is true and correct to the best knowledge of Plaintiff at this particular time.    Plaintiff
13   expressly reserves her right to supplemental these responses as additional information is forthcoming
14   in the discovery process.

15   **II.    GENERAL OBJECTIONS**

16   Plaintiff asserts the following General Objections and hereby incorporates them into each
17   individual response below.

18   1.    Plaintiff objects to the Definitions, Instructions and each Interrogatory to the extent
19   that they purport to impose any obligations on Plaintiff that are not imposed by law, or that are
20   otherwise inconsistent with Rule 33 of the Federal Rules of Civil Procedure.

21   2.    Plaintiff objects to this discovery to the extent it calls for information that is protected
22   by the attorney-client privilege, the attorney work-product doctrine, or any other applicable
23   privilege.

24   3.    Plaintiff objects to the Interrogatories to the extent that they are overly broad and
25   unduly burdensome.

26   4.    Plaintiff objects to the Definitions, Instructions and Interrogatories to the extent that
27   they are vague or ambiguous.

28

5.      Plaintiff objects to the Interrogatories to the extent the information requested is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

6.      Plaintiff objects to the Interrogatories to the extent they fail to state with sufficient particularity the information sought.

7.      Plaintiff objects to the Interrogatories to the extent they seek information that is improper or request that Plaintiff provides, under oath, information or contentions not within Plaintiff's personal knowledge.

8.      Plaintiff objects to the Interrogatories to the extent they seek information equally available to Apple or information that originated from Apple's possession, custody or control.

9.      Plaintiff also objects to the extent the Interrogatories seek information that is ascertainable only through expert discovery, which is not completed, and/or calls for a legal conclusion.

10.      To the extent Plaintiff provides a response to the Interrogatories, such response shall not constitute waiver of any objection to the Interrogatories. Plaintiff also expressly reserves her right to object to the introduction of any response to these Interrogatories or any portion thereof into evidence.

**III.    RESPONSES AND SPECIFIC OBJECTIONS TO INTERROGATORIES**

In addition to the General Objections, above, Plaintiff has set forth the following Specific Objections. By setting forth such Specific Objections, Plaintiff does not limit or restrict the General Objections. Plaintiff reserves her right to supplement her responses.

INTERROGATORY NO. 1:

Please identify all facts that YOU contend support your position that Apple has "used its dominant market position in the markets for Audio Downloads and Portable Digital Media Players to stifle competition and strengthen its monopoly in these markets," as alleged in paragraph 2 of the Complaint.

RESPONSE TO INTERROGATORY NO. 1:

Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
INTERROGATORIES - C-05-00037-JW(HRL)                                              - 2 -

1  conclusion and/or opinion and purports to seek expert opinions.  Plaintiff also objects to this

2  Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

3  respond to requested discovery.  Plaintiff also objects that this Interrogatory is premature and seeks

4  information that is equally available to Apple or information that originated from Apple's

5  possession, custody or control.  This Interrogatory is also objectionable on the grounds that it is

6  premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

7  has not completed discovery, has not completed expert analysis and has not completed preparation

8  for trial.  Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

9  identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

10  months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

11  of documents in the last three weeks of discovery.

12  INTERROGATORY NO. 2:

13      Please identify all facts that YOU contend support your position that "Apple engaged in

14  systematic conduct to shut out rivals' competing Audio Downloads and Portable Digital Media

15  Players by cutting off access to the marketplace," as alleged in paragraph 2 of the Complaint.

16  RESPONSE TO INTERROGATORY NO. 2:

17      Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

18  burdensome, and compound.  Plaintiff further objects to the extent this Interrogatory calls for a legal

19  conclusion and/or opinion and purports to seek expert opinions.  Plaintiff also objects to this

20  Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

21  respond to requested discovery.  Plaintiff also objects that this Interrogatory is premature and seeks

22  information that is equally available to Apple or information that originated from Apple's

23  possession, custody or control.  This Interrogatory is also objectionable on the grounds that it is

24  premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

25  has not completed discovery, has not completed expert analysis and has not completed preparation

26  for trial.  Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

27  identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

28

PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
INTERROGATORIES - C-05-00037-JW(HRL)                                          - 3 -

**Trial Ex. 2869, Page 4 of 20**

1    months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

2    of documents in the last three weeks of discovery.

3    INTERROGATORY NO. 3:

4        Please identify all facts that YOU contend support your position that "In the process, Apple

5    deprived consumers of choice and innovation in the Audio Download Market and Portable Digital

6    Media Player Market," as alleged in paragraph 2 of the Complaint.

7    RESPONSE TO INTERROGATORY NO. 3:

8        Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

9    burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

10   conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this

11   Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

12   respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks

13   information that is equally available to Apple or information that originated from Apple's

14   possession, custody or control. This Interrogatory is also objectionable on the grounds that it is

15   premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

16   has not completed discovery, has not completed expert analysis and has not completed preparation

17   for trial. Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

18   identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

19   months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

20   of documents in the last three weeks of discovery.

21   INTERROGATORY NO. 4:

22       Please identify all facts that YOU contend support your position that "Apple used unneeded

23   technological restrictions in conjunction with software updates to suppress new products that

24   threatened its monopoly power in the relevant product markets," as alleged in paragraph 2 of the

25   Complaint.

26   RESPONSE TO INTERROGATORY NO. 4:

27       Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

28   burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

590180_1    PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
            INTERROGATORIES - C-05-00037-JW(HRL)                                    - 4 -

1 conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this

2 Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

3 respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks

4 information that is equally available to Apple or information that originated from Apple's

5 possession, custody or control. This Interrogatory is also objectionable on the grounds that it is

6 premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

7 has not completed discovery, has not completed expert analysis and has not completed preparation

8 for trial. Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

9 identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

10 months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

11 of documents in the last three weeks of discovery.

12 INTERROGATORY NO. 5:

13         Please identify all facts that YOU contend support your position that "Apple initially gained

14 its monopoly power through the use of proprietary software on Audio Downloads purchased from

15 Apple's iTunes Store ("iTS") and Apple's iPod, known as FairPlay," as alleged in paragraph 3 of the

16 Complaint.

17 RESPONSE TO INTERROGATORY NO. 5:

18         Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

19 burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

20 conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this

21 Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

22 respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks

23 information that is equally available to Apple or information that originated from Apple's

24 possession, custody or control. This Interrogatory is also objectionable on the grounds that it is

25 premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

26 has not completed discovery, has not completed expert analysis and has not completed preparation

27 for trial. Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

28 identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

1  months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

2  of documents in the last three weeks of discovery.

3  INTERROGATORY NO. 6:

4      Please identify all facts that YOU contend support your position that "When competitors

5  attempted to enter either market by selling products compatible with Apple's market-leading iPod or

6  iTS files, Apple promptly issued software updates to end the compatibility," as alleged in paragraph

7  4 of the Complaint.

8  RESPONSE TO INTERROGATORY NO. 6:

9      Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

10  burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

11  conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this

12  Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

13  respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks

14  information that is equally available to Apple or information that originated from Apple's

15  possession, custody or control. This Interrogatory is also objectionable on the grounds that it is

16  premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

17  has not completed discovery, has not completed expert analysis and has not completed preparation

18  for trial. Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

19  identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

20  months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

21  of documents in the last three weeks of discovery.

22  INTERROGATORY NO. 7:

23      Please identify all facts that YOU contend support your position that "Consumers and

24  merchants have come to recognize the Audio Download Market as a separate and distinct market

25  from the market for music CDs," as alleged in paragraph 19 of the Complaint.

26  RESPONSE TO INTERROGATORY NO. 7:

27      Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

28  burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

590180_1    PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
INTERROGATORIES - C-05-00037-JW(HRL)                                        - 6 -

1   conclusion and/or opinion and purports to seek expert opinions.  Plaintiff also objects to this

2   Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

3   respond to requested discovery.  Plaintiff also objects that this Interrogatory is premature and seeks

4   information that is equally available to Apple or information that originated from Apple's

5   possession, custody or control.  This Interrogatory is also objectionable on the grounds that it is

6   premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

7   has not completed discovery, has not completed expert analysis and has not completed preparation

8   for trial.  Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

9   identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

10  months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

11  of documents in the last three weeks of discovery.

12  INTERROGATORY NO. 8:

13        Please identify all facts that YOU contend support your position that "Barriers to entry in the

14  Audio Download Market are high," as alleged in paragraph 18 of the Complaint.

15  RESPONSE TO INTERROGATORY NO. 8:

16        Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

17  burdensome, and compound.  Plaintiff further objects to the extent this Interrogatory calls for a legal

18  conclusion and/or opinion and purports to seek expert opinions.  Plaintiff also objects to this

19  Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

20  respond to requested discovery.  Plaintiff also objects that this Interrogatory is premature and seeks

21  information that is equally available to Apple or information that originated from Apple's

22  possession, custody or control.  This Interrogatory is also objectionable on the grounds that it is

23  premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

24  has not completed discovery, has not completed expert analysis and has not completed preparation

25  for trial.  Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

26  identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

27  months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

28  of documents in the last three weeks of discovery.

INTERROGATORY NO. 9:

Please identify all facts that YOU contend support your position that "Barriers to entry in the Portable Digital Media Player Market are high," as alleged in paragraph 28 of the Complaint.

RESPONSE TO INTERROGATORY NO. 9:

Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks information that is equally available to Apple or information that originated from Apple's possession, custody or control. This Interrogatory is also objectionable on the grounds that it is premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case, has not completed discovery, has not completed expert analysis and has not completed preparation for trial. Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18 months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages of documents in the last three weeks of discovery.

INTERROGATORY NO. 10:

Please identify all facts that YOU contend support your position that "But for Apple's anticompetitive intent, it would have been rational and profitable for Apple to license FairPlay to competing manufacturers of Portable Digital Media Players because it would have expanded the consumer base for iTS," as alleged in paragraph 50 of the Complaint.

RESPONSE TO INTERROGATORY NO. 10:

Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks

1  information that is equally available to Apple or information that originated from Apple's

2  possession, custody or control.  This Interrogatory is also objectionable on the grounds that it is

3  premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

4  has not completed discovery, has not completed expert analysis and has not completed preparation

5  for trial.  Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

6  identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

7  months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

8  of documents in the last three weeks of discovery.

9  <u>INTERROGATORY NO. 11</u>:

10        Please identify all facts that YOU contend support your position that "Apple also issued

11  several software updates intended to prevent Audio Downloads purchased from iTS from being

12  played on competing Portable Digital Media Players," as alleged in paragraph 63 of the Complaint.

13  <u>RESPONSE TO INTERROGATORY NO. 11</u>:

14        Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

15  burdensome, and compound.  Plaintiff further objects to the extent this Interrogatory calls for a legal

16  conclusion and/or opinion and purports to seek expert opinions.  Plaintiff also objects to this

17  Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

18  respond to requested discovery.  Plaintiff also objects that this Interrogatory is premature and seeks

19  information that is equally available to Apple or information that originated from Apple's

20  possession, custody or control.  This Interrogatory is also objectionable on the grounds that it is

21  premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

22  has not completed discovery, has not completed expert analysis and has not completed preparation

23  for trial.  Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

24  identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

25  months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

26  of documents in the last three weeks of discovery.

27

28

590180_1   PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
INTERROGATORIES - C-05-00037-JW(HRL)                                          - 9 -

1  INTERROGATORY NO. 12:

2      Please identify all facts that YOU contend support the position that cellular telephones that

3  store and play digital music files – including but not limited to "smartphones" – do or do not

4  compete with Portable Digital Media Players.

5  RESPONSE TO INTERROGATORY NO. 12:

6      Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

7  burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

8  conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this

9  Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

10  respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks

11  information that is equally available to Apple or information that originated from Apple's

12  possession, custody or control. This Interrogatory is also objectionable on the grounds that it is

13  premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

14  has not completed discovery, has not completed expert analysis and has not completed preparation

15  for trial. Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

16  identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

17  months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

18  of documents in the last three weeks of discovery.

19  INTERROGATORY NO. 13:

20      Please identify all facts that YOU contend support the position that "As a direct result of

21  Apple's anticompetitive use software updates, Plaintiffs and members of the Class paid

22  supracompetitive prices for iPods," as alleged in paragraph 88 of the Complaint.

23  RESPONSE TO INTERROGATORY NO. 13:

24      Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

25  burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

26  conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this

27  Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

28  respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks

590180_1   PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
INTERROGATORIES - C-05-00037-JW(HRL)                                    - 10 -

1   information that is equally available to Apple or information that originated from Apple's

2   possession, custody or control.  This Interrogatory is also objectionable on the grounds that it is

3   premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

4   has not completed discovery, has not completed expert analysis and has not completed preparation

5   for trial.  Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

6   identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

7   months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

8   of documents in the last three weeks of discovery.

9   INTERROGATORY NO. 14:

10      Please state the amount that Plaintiffs and members of the Class would have paid but for

11  Apple's anticompetitive conduct as alleged in paragraph 88 of the Complaint.

12  RESPONSE TO INTERROGATORY NO. 14:

13      Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

14  burdensome, and compound.  Plaintiff further objects to the extent this Interrogatory calls for a legal

15  conclusion and/or opinion and purports to seek expert opinions.  Plaintiff also objects to this

16  Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

17  respond to requested discovery.  Plaintiff also objects that this Interrogatory is premature and seeks

18  information that is equally available to Apple or information that originated from Apple's

19  possession, custody or control.  This Interrogatory is also objectionable on the grounds that it is

20  premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

21  has not completed discovery, has not completed expert analysis and has not completed preparation

22  for trial.  Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

23  identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

24  months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

25  of documents in the last three weeks of discovery.

26

27

28

PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
INTERROGATORIES - C-05-00037-JW(HRL)                                         - 11 -

1 | INTERROGATORY NO. 15:

2 |      Please identify all facts that YOU contend support your position that "Apple's prices for

3 | iPods paid by the Class and Plaintiffs were higher than they otherwise would have been," as alleged

4 | in paragraph 92 of the Complaint.

5 | RESPONSE TO INTERROGATORY NO. 15:

6 |      Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

7 | burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

8 | conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this

9 | Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

10 | respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks

11 | information that is equally available to Apple or information that originated from Apple's

12 | possession, custody or control. This Interrogatory is also objectionable on the grounds that it is

13 | premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

14 | has not completed discovery, has not completed expert analysis and has not completed preparation

15 | for trial. Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

16 | identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

17 | months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

18 | of documents in the last three weeks of discovery.

19 | INTERROGATORY NO. 16:

20 |      Please state the amount that Plaintiffs and members of the Class would have paid but for

21 | Apple's anticompetitive conduct as alleged in paragraph 92 of the Complaint.

22 | RESPONSE TO INTERROGATORY NO. 16:

23 |      Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

24 | burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

25 | conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this

26 | Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

27 | respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks

28 | information that is equally available to Apple or information that originated from Apple's

590180_1 | PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
INTERROGATORIES - C-05-00037-JW(HRL)         - 12 -

1 │ possession, custody or control. This Interrogatory is also objectionable on the grounds that it is

2 │ premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

3 │ has not completed discovery, has not completed expert analysis and has not completed preparation

4 │ for trial. Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

5 │ identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

6 │ months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

7 │ of documents in the last three weeks of discovery.

8 │ INTERROGATORY NO. 17:

9 │     Please identify each software program, including, without limitation, those referred to in

10 │ paragraphs 64 through 66, that YOU have used to make music YOU purchased from the iTS

11 │ interoperable with any device not manufactured by Apple.

12 │ RESPONSE TO INTERROGATORY NO. 17:

13 │     Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

14 │ burdensome, and compound. Plaintiff also objects that this Interrogatory seeks information that is

15 │ equally available to Apple. Plaintiff further objects that this Interrogatory seeks information that is

16 │ neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

17 │ INTERROGATORY NO. 18:

18 │     If your response to Request for Admission No. 7 was anything other than an unqualified

19 │ admission, please identify all facts that YOU contend support YOUR response to Request for

20 │ Admission No. 7.

21 │ RESPONSE TO INTERROGATORY NO. 18:

22 │     Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

23 │ burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

24 │ conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this

25 │ Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

26 │ respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks

27 │ information that is equally available to Apple or information that originated from Apple's

28 │ possession, custody or control. This Interrogatory is also objectionable on the grounds that it is

590180_1 │ PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
INTERROGATORIES - C-05-00037-JW(HRL)                                    - 13 -

1  premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

2  has not completed discovery, has not completed expert analysis and has not completed preparation

3  for trial. Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

4  identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

5  months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

6  of documents in the last three weeks of discovery.

7  INTERROGATORY NO. 19:

8      If your response to Request for Admission No. 7 was anything other than an unqualified

9  admission, please identify all facts that YOU contend support YOUR response to Request for

10  Admission No. 7.

11  RESPONSE TO INTERROGATORY NO. 19:

12      This Interrogatory is redundant of Interrogatory No. 18. Plaintiff therefore incorporates her

13  response to Interrogatory No. 18 above.

14  INTERROGATORY NO. 20:

15      Please identify the model and manufacturer of each PORTABLE DIGITAL MEDIA

16  PLAYER that YOU have purchased or used.

17  RESPONSE TO INTERROGATORY NO. 20:

18      Plaintiff objects to this Interrogatory on grounds that it is overly broad, unduly burdensome,

19  compound, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence.

20  Plaintiff objects to identifying all portable digital media players that she has ever "purchased," to the

21  extent these include gifts, and objects to identifying all portable digital media players ever "used" as

22  being overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of

23  admissible evidence.

24      Subject to and without waiver of any of the foregoing Specific Objections and General

25  Objections, Plaintiff responds as follows:

26      Plaintiff has purchased a 15GB iPod, and a 30GB video iPod for her own use. She also

27  purchased an iPod Mini as a present for her sister. She has not purchased any other MP3 players.

28

590180_1

PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
INTERROGATORIES - C-05-00037-JW(HRL)                                      - 14 -

1  INTERROGATORY NO. 21:

2       For each PORTABLE DIGITAL MEDIA PLAYER identified in response to Interrogatory

3  No. 20, please identify all sources of music on the PORTABLE DIGITAL MEDIA PLAYER and

4  the percentage of music on the PORTABLE DIGITAL MEDIA PLAYER from each source of

5  music.

6  RESPONSE TO INTERROGATORY NO. 21:

7       Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

8  burdensome, compound, and not reasonably calculated to lead to the discovery of admissible

9  evidence. Plaintiff objects to the extent this request requires her to identify the sources of music on

10 portable digital media players that are not in her possession and/or portable digital media players that

11 she has never used.

12      Subject to and without waiver of any of the foregoing Specific Objections and General

13 Objections, Plaintiff responds as follows:

14      Plaintiff's music comes from two sources: her physical CD collections, some of which she

15 has downloaded onto her iTunes library; and, her music purchases from the iTS. Her best estimate is

16 that she has a 50-50 ratio of music from these two sources.

17 INTERROGATORY NO. 22:

18      Please identify all facts that YOU contend support your position that the software programs

19 referred to in paragraphs 64-66 of the Complaint made iTS files inoperable with Portable Digital

20 Media Players other than the iPod.

21 RESPONSE TO INTERROGATORY NO. 22:

22      Plaintiff objects to this Interrogatory on grounds that it is overly broad and unduly

23 burdensome, and compound. Plaintiff further objects to the extent this Interrogatory calls for a legal

24 conclusion and/or opinion and purports to seek expert opinions. Plaintiff also objects to this

25 Interrogatory to the extent Apple has not yet fully complied with its duties and obligations to

26 respond to requested discovery. Plaintiff also objects that this Interrogatory is premature and seeks

27 information that is equally available to Apple or information that originated from Apple's

28 possession, custody or control. This Interrogatory is also objectionable on the grounds that it is

590180_1   PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
           INTERROGATORIES - C-05-00037-JW(HRL)                                        - 15 -

1  premature, as Plaintiff has not completed investigation or analysis of the facts relating to this case,

2  has not completed discovery, has not completed expert analysis and has not completed preparation

3  for trial. Plaintiff further objects that it is harassing and overly burdensome in that it asks Plaintiff to

4  identify "all facts" in support of Plaintiff's claims when Apple has, after delaying for more than 18

5  months, finally responded to Plaintiff's discovery requests by producing more than 1 million pages

6  of documents in the last three weeks of discovery.

7  DATED: December 16, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
THOMAS R. MERRICK
ALEXANDRA S. BERNAY
PAULA M. ROACH


                    BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)

Co-Lead Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
TODD D. CARPENTER
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

590180_1

PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
INTERROGATORIES - C-05-00037-JW(HRL)                                          - 16 -

1

2   BRAUN LAW GROUP, P.C.
    MICHAEL D. BRAUN
3   10680 West Pico Blvd., Suite 280
    Los Angeles, CA 90064
    Telephone: 310/836-6000
4   310/836-6010 (fax)

5   MURRAY, FRANK & SAILER LLP
    BRIAN P. MURRAY
6   JACQUELINE SAILER
    275 Madison Avenue, Suite 801
7   New York, NY 10016
    Telephone: 212/682-1818
8   212/682-1892 (fax)

9   GLANCY BINKOW & GOLDBERG LLP
    MICHAEL GOLDBERG
10  1801 Avenue of the Stars, Suite 311
    Los Angeles, CA 90067
11  Telephone: 310/201-9150
    310/201-9160 (fax)

12
    Additional Counsel for Plaintiffs
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

590180_1    PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST
            INTERROGATORIES - C-05-00037-JW(HRL)                        - 17 -

<u>DECLARATION OF SERVICE BY MAIL AND E-MAIL</u>

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2.    That on December 16, 2010, declarant served PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST INTERROGATORIES by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

4.    Also on December 16, 2010, I served the attached PLAINTIFF MARIANA ROSEN'S RESPONSE TO DEFENDANT APPLE INC.'S FIRST INTERROGATORIES on the parties in the within action by e-mail addressed as follows:

**COUNSEL FOR DEFENDANTS:**

| NAME | FIRM | EMAIL |
|------|------|-------|
| Robert Mittelstaedt | Jones Day | ramittelstaedt@jonesday.com |
| David Kiernan | Jones Day | dkiernan@jonesday.com |
| Michael Scott | Jones Day | michaelscott@jonesday.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 16, 2010, at San Diego, California.

CHRISTINE CLARK

590180_1

.PPLE TYING

ervice List - 12/16/2010  (06-0171)

'age 1 of 1

**Counsel For Defendant(s)**

Robert A. Mittelstaedt
Craig E. Stewart
David Craig Kiernan
ones Day
55 California Street, 26th Floor
San Francisco, CA  94104
  415/626-3939
  415/875-5700 (Fax)

**Counsel For Plaintiff(s)**

Andrew S. Friedman
Elaine A. Ryan
Todd D. Carpenter
Bonnett, Fairbourn, Friedman & Balint, P.C.
901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
  602/274-1100
  602/274-1199 (Fax)

Michael D. Braun
Marc L. Godino
Braun Law Group, P.C.
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
  310/836-6000
  310/836-6010 (Fax)

Eric J. Belfi
Labaton Sucharow LLP
40 Broadway, 34th Floor
New York, NY  10005
  212/907-0700
  212/818-0477 (Fax)

Jacqueline Sailer
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY  10016
  212/682-1818
  212/682-1892 (Fax)

John J. Stoia, Jr.
Bonny E. Sweeney
Thomas R. Merrick
Robbins Geller Rudman & Dowd LLP
55 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Roy A. Katriel
The Katriel Law Firm
101 30th Street, N.W., Suite 500
Washington, DC  20007
  202/625-4342
  866/373-4023 (Fax)