# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTITRUST LITIGATION** | **Case No.: 05-CV-0037 YGR**<br><br>**ORDER FOR PARTIES TO ACCOMMODATE THE PRESS** |
| **This Order Relates to:**<br>**All Actions** | |

To accommodate the press, counsel shall please place five copies of each admitted exhibit on the designated table outside of Courtroom 1 after trial adjourns each day, either in paper form or on five USB flash drives. Each side is responsible for providing copies of the admitted exhibits that it requested be admitted. Exceptions can be made in extraordinary circumstances.

**IT IS SO ORDERED**.

Date: December 4, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**