# Exhibit 6

# Redacted

## 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

--oOo--

THE APPLE IPOD ITUNES ANTI-TRUST
LITIGATION
_____
                    Lead Case No. C-05-00037-JW(HRL)
This Document Relates To:
ALL ACTIONS
~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF
MARK DONNELLY
Monday, December 20, 2010
1:25 P.M.
1755 Embarcadero
Palo Alto, California

**HIGHLY CONFIDENTIAL, ATTORNEYS EYES ONLY**

Corey W. Anderson, CSR 4096

## 2

        APPEARANCES OF COUNSEL

FOR THE PLAINTIFF:
    ROBBINS GELLER RUDMAN & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101
    BY:  PAULA M. ROACH, ESQ.
         619-231-7423
    ROBBINS GELLER RUDMAN & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101
    BY:  ALEXANDRA BERNAY, ESQ.
         619-231-7423
FOR THE DEFENDANT:
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA 94104
    BY:  ROBERT MITTELSTAEDT, ESQ.
         415-626-3939

            --oOo--

ALSO PRESENT:
    ERICA GREULICH
    LISA OLLE
    FRANK CLAIRE, VIDEOGRAPHER

## 3

        INDEX OF EXAMINATION
WITNESS: MARK DONNELLY

EXAMINATION                                    Page
EXAMINATION BY MS. ROACH                         7

        INDEX TO EXHIBITS
No.        Description                        Page
Exhibit 95   Plaintiff's Rule 30(B)(6) Notice   10
             Of Videotaped Deposition Of
             Corporate Designees
Exhibit 96   Apple Computer, Inc. Minimum       15
             Advertised Price (MAP)
             Confidential Listing
             (Apple_AIIA00972959-962)
Exhibit 97   Apple Computer, Inc.               27
             Confidential Adjustment Price
             Listing for FY03 Approved
             Federal Contracts
             (Apple_SOM00000600-603)
Exhibit 98   Apple Computer, Inc. Collegiate    29
             Purchase Program Premier Price
             List May 6, 2003
             (Apple_SOM00000604-629)
Exhibit 99   Apple Computer, Inc. Collegiate    31
             Purchase Program Demo Unit
             Confidential Price List April
             12, 2003 (Apple_SOM00000538)
Exhibit 100  Apple Computer, Inc. Direct        32
             Purchase Resellers Confidential
             Price List April 12, 2003
             (Apple_SOM00000539-547)

## 4

Exhibit 101  Apple Computer, Inc. Apple         36
             Education Individual Purchase
             Program Price List April 12,
             2003 (Apple_SOM00000548-555)

Exhibit 102  Apple Computer, Inc. Education,    38
             State And Local Government Price
             List August 16, 2003
             (Apple_SOM00000916-941)
Exhibit 103  Apple Computer, Inc. Wholesaler    41
             Confidential Price List June 14,
             2003 (Apple_SOM0000766-775)
Exhibit 104  Private Committee March 17, 2003   63
             (Apple_AIIA_B_000104-114)

Exhibit 105  June 9, 2005 E-Mail from Davina    96
             Takeda to Doug Smith, et al.
             (Apple_AIIA_B_000340-347)

Exhibit 106  June 30, 2004 E-Mail from Mark    102
             Donnelly to Tim Cook, et al.
             (Apple_AIIA_B_000190-192)

Exhibit 107  Price Committee December 15,      105
             2003 Decision:  IPod, Xserve,
             Xserve RAID
             (Apple_AIIA_B_000150-176)
Exhibit 108  Price Committee February 13,      109
             2006, Decision:  Mac, Mini, iPod
             (Apple_AIIA_B_000230-248)
Exhibit 109  August 14, 2008 E-Mail from Joe   114
             Hardegger to Davina Takeda
             (Apple_AIIA_B_000249-257)
Exhibit 110  Price Committee June 30, 2004,    117
             Decision:  IPod
             (Apple_AIIA_B_000193-203)
Exhibit 111  October 4, 2004 e-mail from       121
             Davina Takeda to Stephanie
             Anderson, et al.
             (Apple_AIIA_B_000204-229)



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

### 33

1  BY MS. ROACH:
2  Q.  Do you recognize this document?
3  A.  Not this specific one, but I do recognize a
4  document like this, yes.
5  Q.  Okay.
6  A.  I can describe it.
7  Q.  And can you describe it for me, please?
8  A.  Direct Purchase Resellers Confidential Price
9  List, this would -- and again, it doesn't have any data
10 in it until I get to page 542.
11 Q.  Who are the direct purchase resellers?
12 A.  Those would be resellers who have a direct
13 relationship with Apple, a customer number with us, and
14 can buy directly from Apple for reselling
15 differentiating them from an indirect -- a second tier
16 reseller who would instead of purchasing from Apple
17 would be purchasing from a wholesaler or a -- or a
18 distributor.
19 Q.  And Apple doesn't maintain prices for that
20 group of people, or that group of buyers?
21 A.  To my knowledge, not to my understanding.
22 Q.  Okay.
23 A.  Yeah.
24 Q.  On the first page there is a date that says
25 "Effective Date April 12, 2003."

### 34

1  A.  On the first page?
2  Q.  The very first page.
3  A.  Okay.
4  Q.  What is your understanding of what that means?
5  A.  That means that this is a document that
6  supersedes the previous document, which in this case had
7  been published on March 15th, 2003.
8  Q.  And so the prices in this document beginning
9  on April 12th, 2003 would be current?
10 A.  Since I can't see the rest of the data that's
11 been redacted, all I can see is the iPod data.
12 Q.  Right.
13 A.  And it doesn't have any date on it.  I presume
14 this means this is iPod data effective on this date.  It
15 may have been effective before April 12th.
16 Q.  Okay.
17 A.  I don't know if it was revised or not.  I
18 don't see any statement of revision here.
19 Q.  So from what you can tell from the document,
20 these prices for iPod for direct purchase resellers
21 would be current April 12, 2003 until changed again
22 through a similar document?
23 A.  Yes.
24 Q.  Okay.
25 A.  That would be effective on that date.

### 35

1  Q.  Okay.
2  A.  That's what I know.
3  Q.  Okay.
4  A.  From this.
5  Q.  And these direct purchase resellers would be
6  those buyers that we were talking about earlier that can
7  purchase iPods through the Apple reseller store, the
8  EDI, and then wholesale channels.
9      Is that correct?
10 A.  That's my understanding.  Generally speaking,
11 that would be the case.
12 Q.  Okay.
13 A.  Maybe there might be a difference or two, but
14 that would be the typical practice.
15 Q.  Okay.
16 A.  Typical practice, they would all be buying
17 like that, as you described.
18 Q.  Okay.
19 A.  Through Apple reseller store, direct purchase
20 reseller's price list, typically be the same.
21 Q.  Okay.  And in -- as far as you know, it's the
22 same price -- it would be the same prices in all three
23 channels?
24 A.  Presumably, yes.  That's what I would expect.
25 Q.  Okay.

### 36

1      I'm going to hand up document Bates stamped
2  SOM00000548 through 555 to be marked as Exhibit 101.
3      (Whereupon, Exhibit 101 was marked
4      for identification)
5  BY MS. ROACH:
6  Q.  Do you recognize this document or documents
7  like it that you have seen?
8  A.  Yes.  Apple Education Individual Purchase
9  Program Price List, yes.
10 Q.  What is the Apple Education Individual
11 Purchase Program?
12 A.  For many of our products we will set a --
13 basically a consumer price and also an education price
14 typically at a discount.
15 Q.  How does this differ from the collegiate price
16 listing that we were looking at earlier?
17 A.  My understanding, programs change from time to
18 time, so I'm trying to remember back in 2003.  But
19 the -- the collegiate one is typically for book stores
20 and schools and educators at schools, which is different
21 than an education individual.  Typically it's for the
22 institutions.
23 Q.  So could this be, for example, a student that
24 is given this price list?
25 A.  Yes.



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

### 37

1  Q. Okay. And for all of these price lists, are
2  these the price at which this buyer is purchasing the
3  iPod or is this the price at which they are reselling
4  it?
5  A. For the individual purchase program, they are
6  not authorized resellers. If they choose to go off and
7  resell it to their buddies at school they can do that,
8  whatever price they want. But this is the cost at which
9  they would acquire it from us.
10      And we would expect in this case that they
11 would be buying it as an individual.
12  Q. Okay.
13  A. For their own consumption.
14  Q. And for the resellers, that price is the price
15 at which they are purchasing it from Apple?
16  A. Yes.
17  Q. And the minimum advertised price is the price
18 at which the end-user would be purchasing it?
19  A. If --
20  Q. Unless they use a different price?
21  A. Unless the reseller were to use a different
22 price.
23  Q. Okay.
24  A. Yes.
25  Q. Does Apple maintain or does Apple have

### 38

1  knowledge of the actual prices that resellers use?
2  A. In some cases, yes. Not comprehensively.
3  Q. How does it maintain or obtain that
4  information?
5  A. That I don't know.
6  Q. Okay. Okay. You can set that one aside.
7      I'm going to hand you document Bates stamped
8  SOM00000916 through 941 to be marked as Exhibit 102.
9      (Whereupon, Exhibit 102 was marked
10     for identification)
11     THE WITNESS: Thank you.
12     BY MS. ROACH:
13  Q. Do you recognize this document?
14  A. Yes.
15  Q. And can you please describe it for me?
16  A. Education State And Local Government Price
17 List, August 16th, 2003.
18  Q. Who would be included in this Education State
19 And Local Government Price List? Who is this intended
20 for?
21  A. This one would be intended for education, this
22 would be education institutions, usually -- and I don't
23 remember if this is for K through 12 or for higher ed,
24 although those prices are typically the same. And then
25 as it says state and local governments.

### 39

1  Q. So these would be on page 926?
2  A. Yes.
3  Q. There appears to be a list of iPods and
4  prices.
5  A. Yes.
6  Q. Are these prices that the education state and
7  local government entities are purchasing the product?
8  A. Those would be the prices from, at which they
9  would be purchasing the product.
10  Q. Okay.
11  A. For the consumption.
12  Q. So they would not be expected to be reselling
13 it?
14  A. That would be the expectation.
15  Q. Okay. The -- for these first -- there is
16 three, appears to be three different iPod products here.
17  A. Yes.
18  Q. The first, the first one, for example, has a
19 number in front of it, or an ID in front of it, starts
20 with M8976LL.
21     What is that number?
22  A. That number is the marketing part number. To
23 be complete, it's M8976LL/A. You can't see it on the...
24  Q. Okay.
25  A. On the reproduction very well. But A is a

### 40

1  language indication, which is, in this case is U.S.
2  English.
3  Q. Okay.
4  A. The LL/A. Sorry, LL/A is U.S. English.
5  Q. And does that, does that change by model of
6  iPod or how is that used?
7  A. The marketing part number is unique to every
8  variation of a product. If the color changed, if the
9  hard drive size changed, if it had different connectors,
10 if it had a different screen, we would have a unique
11 part number to identify it in our system.
12  Q. Okay. So for example, the next two appear to
13 be different, have different gigabytes, and they also
14 have different part numbers?
15  A. That's correct.
16  Q. Okay. And is that marketing part number
17 consistent through Apple, is that the number that it
18 always uses, or is that just unique to this price list?
19  A. That would be used comprehensively.
20  Q. Okay.
21  A. Throughout Apple.
22  Q. Put that one to the side.
23     I'm going to hand you document Bates stamped
24 SOM00000766 through 7775 to be marked as Exhibit 103.
25


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

### 41

1  (Whereupon, Exhibit 103 was marked
2  for identification)
3  THE WITNESS: Thank you.
4  BY MS. ROACH:
5  Q. Do you recognize this document?
6  A. It says "Wholesaler Confidential Price List,
7  June 14th, 2003, Revisions To The May 6th, 2003
8  Wholesaler Confidential Price List, Effective June 14th,
9  2003."
10  Q. And what is the Wholesaler Confidential Price
11  List? Who is it intended for?
12  A. This would be intended for wholesalers,
13  authorized wholesalers buying from Apple.
14  Q. How does that group of buyers differ from the
15  resellers?
16  A. My understanding is a wholesaler would be like
17  the distributors I have been describing who would
18  then -- who buy it from us and then resell it to the
19  resellers, who then sell it to end customers.
20  Q. And a reseller would be, for example, like a
21  Best Buy or a Walmart?
22  A. Yeah, reseller would be Best Buy or Walmart.
23  Typically they would buy, those large accounts would buy
24  directly from Apple.
25  Q. Okay.

### 42

1  A. Other resellers would typically be smaller
2  ones that would buy from the distributors.
3  Q. From the distributor. Okay. Are the terms
4  "wholesaler" and "reseller" like we were just
5  discussing, are those consistent?
6  A. You mean are they exactly the same?
7  Q. No. Are they used consistently in the ways
8  that we were just talking about them, wholesaler meaning
9  the distributors and reseller meaning the direct
10  resellers?
11  A. Generally it's just not something I talk about
12  usually in the course of business too much. It's the
13  guys who are in the sales side that are talking with
14  that more. So on the marketing side not so much.
15  Q. Okay.
16  A. But...
17  Q. How are the -- how are all of these price
18  lists that we have just been talking about, how are they
19  determined?
20  A. There is a -- we -- we -- you mean in terms of
21  Off the street price?
22  Q. Yes.
23  A. Because most of these are discounted.
24  Q. Right.
25  A. Except for advertised price.

### 43

1  Q. How does people -- sorry. How does Apple
2  arrive at these discounted prices?
3  A. To come up with these discounts is generally
4  a -- you know, it's a strategy that's worked out with
5  executives as to what discounts we want to offer to
6  different classes of trade or customer sets, and then
7  the pricing team, you know, follows those dictates.
8  There is an established table of discounts that they
9  follow and apply them when we -- when we come up with
10  the price.
11  Q. Is -- what -- is there any information that
12  Apple looks at in calculating these discounts, or is it
13  just a number that Apple arrives at on its own?
14  A. In terms of coming up with these discounts,
15  it's a number that Apple arrives at on their own.
16  Q. Is --
17  A. And it may or may not be the same as what
18  other folks are doing.
19  Q. Okay. Is it based at all on the minimum
20  advertised price?
21  A. The discounts themselves are independent of,
22  you know, what the discounts are is different than that.
23  The advertised price is for the advertising program.
24  Q. Right.
25  A. Right.

### 44

1  Q. So Apple doesn't gauge any of the discounted
2  pricing off of a minimum advertised price, or...
3  A. Not in the way you have described it. The
4  discounts may vary based on lower price products may get
5  smaller discounts than higher price products might get
6  bigger discounts for resellers.
7  Q. Okay.
8  A. Not always, but they might.
9  Q. Are all of these price lists for U.S. only?
10  A. I believe the ones you showed me are all U.S.
11  Q. Okay. When there is a list price change for
12  any of these -- well, I guess we'll take the -- the
13  wholesalers and the resellers. When there is a price
14  list change on Apple's part, does that necessarily mean
15  the wholesaler necessarily changes their retail prices?
16  A. Not necessarily. It's up to them.
17  Q. Okay. So Apple has no say in that step?
18  A. None at all.
19  Q. Okay. Okay. So we just briefly spoke about
20  how these prices are set. Is there a group of people or
21  a Price Committee at Apple that sets these prices?
22  A. Indirectly. The prices that the Price
23  Committee sets are the Apple list price, the published
24  price that you would expect, the price you would see at
25  an announcement of a product when people get up on stage



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                                December 20, 2010
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

89

1   Apple.  We are off the record at 3:33 P.M.
2          (Whereupon, a recess was taken)
3          THE VIDEOGRAPHER:  This is the beginning of
4   disk number two in the deposition of Mark Donnelly for
5   Apple.  We are on the record at 3:51 P.M.
6          BY MS. ROACH:
7     Q.   On the same exhibit, Exhibit 104, I believe?
8     A.   104.
9     Q.   Can you please turn to page 9?  Which ends the
10  Bates stamp 112, Bates number.
11    A.   Okay.
12    Q.   This is titled "iPod GM Table April Week 5
13  POR."
14         What does that title mean?
15    A.   IPod gross margin table April week 5, plan of
16  record.
17    Q.   What does plan of record mean?
18    A.   That's the planned pricing that we have been
19  assuming prior to the meeting that we are going to
20  propose.  We have a plan of record and we might have
21  alternates or scenarios that we are looking at as
22  alternatives.
23    Q.   So this is what you're working off of,
24  essentially, right here?
25    A.   It's the plan of record, yeah.  And so we are

90

1   telling the Price Committee "We are proposing to you the
2   plan of record.  You would be familiar with these prices
3   because we have been talking about them for awhile."
4     Q.   Okay.  And the second -- or so the middle
5   column there on this chart says "Retail."  And below
6   that there is a price column, "Simple," and "Adjusted."
7          What are "Simple" and "Adjusted"?
8     A.   Simple gross margin is taking the price minus
9   the discount, and then subtracting the cost from that.
10  And the result is the gross margin that's left.  That's
11  simple.
12         Adjusted is more complicated, but it's the
13  sales adjustments that we would have going through
14  there.  And in a retail environment you might have back
15  margin points that can be earned by the reseller that
16  would give them additional discount, we talked about
17  that in terms of the minimum advertised price, for
18  example, where they might get a point or two, a
19  percentage or two back for advertising programs to help
20  fund advertising programs.
21         It might mean adjustments for sales returns
22  and allowances, discounts that they get for paying with
23  cash, you know, on delivery, things like that.
24    Q.   Are all those discounts reflected in the
25  contracts with them?

91

1     A.   Some of them would be, but not necessarily all
2   of them.  Depends on what they have achieved.  You know,
3   some things are measured, if you do this you'll get
4   this, or you might get scored on a point scale or earn
5   some of it.
6     Q.   So --
7     A.   A lot of variables at play.
8     Q.   So some of the discounts are just like
9   programs that Apple has, if you achieve this point you
10  get this discount, it's not necessarily something that's
11  in the reseller contract?
12    A.   Not always, right.  It might be.  But it could
13  also be a program that's being run for the next quarter,
14  it could be that we are going to have a back to school
15  promotion that maybe would have extra points if we go
16  back.
17         Those are typically run through Apple direct
18  channels, but I'm just throwing that out as an example.
19  There might be a promo that would give, that would cause
20  the discount to be deeper than the standard single
21  discount.
22    Q.   Are all -- are those, the discounts that are
23  not in the contracts, are those reflected somewhere in
24  writing?
25    A.   I'm thinking.  Yeah, probably.

92

1     Q.   Where would they be?
2     A.   It's handled by the sales channel program
3   administration office.  So they would take care of that
4   kind of stuff.
5     Q.   So it may be something that is, you know,
6   provided to a reseller so they are aware of it?
7     A.   Yeah.  It might be on Apple's sales Web, which
8   is a portal that resellers can go to.
9     Q.   Okay.
10    A.   That's -- that's more a recent development.
11  It may not have been around in 2003.  I don't know.
12    Q.   Who would know about that type of information
13  at Apple?
14    A.   Well, the guy who used to do it isn't there
15  any more.  So I'm trying to remember the name who would
16  handle that now.  It's Deidre O'Brien's organization.
17    Q.   What group is she in?
18    A.   Operations.
19    Q.   Operations.  Okay.  And in the column to the
20  left at the far bottom, it says "Blend" and "iPod."
21  What does that refer to?
22    A.   The blended, it's the blended average between
23  the configurations that are listed above.  It's the
24  weighted average that I referred to earlier on the
25  lineup sheet that was page 3 of this document, Bates



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Mark Donnelly                                                December 20, 2010

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

### 93

1. page 106.
2. Q. Okay. So the adjusted blended gross margin?
3. A. Yes. And if you flip back and forth between
4. the pages you can see that the information back on this
5. table is actually shown up on the other chart. So this
6. is actually redundant information, just a little bit
7. more detail because it shows the gross margin dollars
8. adjusted and simple as opposed to just percentages.
9.    Actually, they are there too. So yeah, it's
10. just kind of the source page for what's on the other
11. table.
12. Q. Okay. On the next page, page 10, titled "iPod
13. Sell Through Projection Quarter 3 '03"?
14. A. Yes.
15. Q. Is this is -- what is this?
16. A. This is an estimate of sales forecast of how
17. many thousands of units of various types of iPods would
18. we think will sell through the channel by week, and an
19. estimate of how much the channel inventory would be at
20. the time of intro. Week 5.
21.    So in the middle of the chart here you can
22. see --
23. Q. Uh-huh.
24. A. -- week four ending on hand.
25. Q. Uh-huh.

### 94

1. A. And week supply just before week 5. So we
2. have inserted a couple of columns there to sort of
3. snapshot --
4. Q. When --
5. A. -- the target transition week.
6. Q. Okay. The next page, page 11?
7. A. Uh-uh.
8. Q. Titled "iPod Gross Margin Summary"?
9. A. Yes.
10. Q. What does this chart reflect?
11. A. This is, reflects a gross margin and adjusted
12. gross margin, again, it's redundant, it's backup to page
13. 9, it's backup to page 3, and it's -- shows mixed
14. percentages. And this is actually the page where a lot
15. of the calculations are done out of the spreadsheet, and
16. then it's transcribed into these other tables that
17. are -- look pretty for the Price Committee.
18. Q. So this --
19. A. Than an ugly looking spreadsheet.
20. Q. So this information on page 11 comes from a
21. spreadsheet, and then it's put into these other pages on
22. this, in the same summary?
23. A. Yes.
24. Q. Okay. And on this, the top of the chart to
25. the right says "Sales ADG." And then there is a three

### 95

1. percent figure.
2.    What is that?
3. A. So sales adjustment percentage. I was talking
4. about the difference between basically simple gross
5. margin and adjusted gross margin. And for planning
6. purposes, we are assuming that there will be about ▮▮▮
7. ▮▮▮▮▮▮ of the selling price will be consumed in terms
8. of sales adjustments, whether it's programs or sales
9. returns and allowances, you know, that sort of thing,
10. that we get to the channel.
11. Q. And is that an assumption just based on
12. history, or --
13. A. Yes. Based on history, based on -- this might
14. have been based on a forecast we got from the sales
15. team, the sales finance team at that point in time.
16. Could be an old number. It's just for planning
17. purposes.
18. Q. Okay. And to the left of that it says "Cost
19. CONT," and there is a one percent figure.
20.    What is that?
21. A. Cost contingency. For new products there is
22. always surprises in what it will cost. So we are
23. planning our pricing and planning our gross margins.
24. It's just a arbitrary figure that we have agreed with
25. the Price Committee we can throw in there as an estimate

### 96

1. of what we think the oh, shoot factor is going to be.
2. Q. Sort of like a safety net?
3. A. Yeah, it's a little bit of a safety net, a
4. point of safety margin.
5. Q. And is that based at all on prior, on history
6. as well?
7. A. Yeah. It's a rough estimate. I mean, it's
8. one percent. I mean, sometimes there is no impact,
9. sometimes there is three percent, sometimes a half, you
10. know, when you get down to what actually happened.
11.    But for planning purposes we don't know what
12. we don't know, so we usually find out after we intro the
13. product that we have got an issue on something. And so
14. that's just a placeholder.
15. Q. Okay.
16. A. It's arbitrary.
17. Q. All right. I'm done with that one.
18.    Going to hand up document Bates stamped
19. AIIA_B_000340 through 347 to be marked as Exhibit 105.
20.    (Whereupon, Exhibit 105 was marked
21.    for identification)
22.    THE WITNESS: Thanks.
23.    BY MS. ROACH:
24. Q. I just have a couple questions on this
25. document. Do you recognize this?



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com