1  William A. Isaacson (wisaacson@bsfllp.com)
   (Admitted *Pro Hac Vice*)
2  Karen L. Dunn (kdunn@bsfllp.com)
   (Admitted *Pro Hac Vice*)
3  Martha L. Goodman (mgoodman@bsfllp.com)
   (Admitted *Pro Hac Vice*)
4  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave, NW
5  Washington, DC 20015
   Telephone:  (202) 237-2727
6  Facsimile:  (202) 237-6131

7  John F. Cove, Jr. #212213
   (jcove@bsfllp.com)
8  Kieran P. Ringgenberg #208600
   (kringgenberg@bsfllp.com)
9  Meredith R. Dearborn #268312
   (mdearborn@bsfllp.com)
10 Maxwell V. Pritt # 253155
   (mpritt@bsfllp.com)
11 BOIES, SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
12 Oakland, CA 94612
   Telephone:  (510) 874-1000
13 Facsimile:  (510) 874-1460

14 David C. Kiernan #215335
   (dkiernan@jonesday.com)
15 JONES DAY
   555 California Street, 26th Floor
16 San Francisco, CA  94104
   Telephone:  (415) 626-3939
17 Facsimile:  (415) 875-5700

18 *Attorneys for Defendant Apple Inc.*

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                           OAKLAND DIVISION

22 | THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No.  C 05-00037 YGR [CLASS ACTION] |
|---|---|
| This Document Relates To: ALL ACTIONS | **MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** Place:  Courtroom 1, 4th Floor Judge:  Honorable Yvonne Gonzalez Rogers |

Pursuant to the United States District Court for the Northern District of California's Frequently Asked Questions and Instructions on Correcting E-filing Mistakes, Apple Inc. ("Apple") hereby moves to remove two incorrectly filed documents from the docket. On December 3, 2014, after Apple filed a letter to the Court (Dkt. No. 947), Plaintiffs informed Apple that an attachment to that letter contained certain confidential information that was publicly filed. Apple then re-filed the letter (Dkt. No. 949) on December 4, 2014, but due to a technical error, the confidentiality issue was not resolved. Apple hereby requests that the Court order the removal of Dkt. Nos. 947 and 949.

Date: December 5, 2014

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By: _/s/ Maxwell V. Pritt_____

*Attorneys for Defendant Apple Inc.*