1  William A. Isaacson (wisaacson@bsfllp.com)
   (Admitted *Pro Hac Vice*)
2  Karen L. Dunn (kdunn@bsfllp.com)
   (Admitted *Pro Hac Vice*)
3  Martha L. Goodman (mgoodman@bsfllp.com)
   (Admitted *Pro Hac Vice*)
4  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave, NW
5  Washington, DC 20015
   Telephone: (202) 237-2727
6  Facsimile: (202) 237-6131

7  John F. Cove, Jr. #212213
   (jcove@bsfllp.com)
8  Kieran P. Ringgenberg #208600
   (kringgenberg@bsfllp.com)
9  Meredith R. Dearborn #268312
   (mdearborn@bsfllp.com)
10 Maxwell V. Pritt # 253155
   (mpritt@bsfllp.com)
11 BOIES, SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
12 Oakland, CA 94612
   Telephone: (510) 874-1000
13 Facsimile: (510) 874-1460

14 David C. Kiernan #215335
   (dkiernan@jonesday.com)
15 JONES DAY
   555 California Street, 26th Floor
16 San Francisco, CA 94104
   Telephone: (415) 626-3939
17 Facsimile: (415) 875-5700

18 *Attorneys for Defendant Apple Inc.*

19                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
20                          OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION] |
| ——————————————<br>This Document Relates To:<br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Before the Court is Apple Inc.'s ("Apple's") Motion to Remove Incorrectly Filed Documents, Dkt. Nos. 947 and 949. After reviewing the motion and there being good cause shown based on the representations in motion, the Court GRANTS Apple's Motion to Remove Incorrectly Filed Documents at Dkt. Nos. 947 and 949. The document shall be removed from the docket. This Order terminates Docket Nos. 947 and 949.

IT IS SO ORDERED.

December ___, 2014      _____
                        The Honorable Yvonne Gonzalez Rogers
                        United States District Judge