# EXHIBIT 2

**INTERNAL REPRINT COPY**

| | | |
|---|---|---|
| **Date** | September 11, 2008 11:09 AM | Apple Store, Short Hills |
| **Customer** | THE ROSEN LAW FIRM THE ROSEN LAW FIRM | 1200 Morris TPKE STE B102 |
| **Email** | | Short Hills, NJ 07078 |
| | | shorthills@apple com |
| | | 973-564-5813 |
| | | www apple com/retail/shorthills |

**Receipt ID**  *R 0 4 3 5 0 3 3 1 7 8 *

**Invoice Number**   20080911R0435033178

| Product Description | Return Date | Support Contact | Qty | Unit Price | Total |
|---|---|---|---|---|---|
| iPod nano 8GB - green<br>- Part Number MB745LL/A<br>- Serial Number YM8361TK3QX | Return Date: Sep. 25, 2008 | For Support, Visit:<br>APPLE.COM/SUPPORT | 1 | $ 149.00 | $ 149.00 |
| iPod touch 8GB<br>- Part Number MB528LL/A<br>- Serial Number 1A836F5F201 | Return Date: Sep. 25, 2008<br>$ 22.90 fee if opened | For Support, Visit:<br>APPLE.COM/SUPPORT | 1 | $ 229.00 | $ 229.00 |
| Shure SE110 - White<br>- Part Number TM267LL/A | Return Date: Sep. 25, 2008 | Customer Support: 800-516-2525 ext. 4 | 1 | $ 99.95 | $ 99.95 |

|  |  |
|---|---|
| sub-total | $ 477.95 |
| tax @7.0% | $ 33.46 |
|  | **$ 511.41** |

**Payment Method**
Visa (A)                                                                              $ 511.41

Total Tender                 $ 511.41
Change Due                   $ 0.00

Payment Method: Visa
Card Number:
Expiration Date: 05/2012
Entry Method: Swiped
Authorization Code:
Authorization Method: Automatic
CVV2/CID Response Code: P
Please debit my account          by $ 511.41 (Sale)

**Apple Confidential - Need to know**                                           Page#1 of 2
http://www.apple.com/legal/sales_policies/retail.html
**Tell us about your experience at the Apple Store.**
Visit www.apple.com/feedback/retail.html

**Trial Ex. 2884, 1 of 2**

**INTERNAL REPRINT COPY**

| | | |
|---|---|---|
| **Date** | September 11, 2008 11:09 AM | Apple Store, Short Hills |
| **Customer** | **THE ROSEN LAW FIRM THE ROSEN LAW FIRM** | 1200 Morris TPKE STE B102 |
| **Email** | | Short Hills, NJ 07078 |
| | | shorthills@apple com |
| | | 973-564-5813 |
| | | www apple com/retail/shorthills |

**Receipt ID**        * R 0 4 3 5 0 3 3 1 7 8 *

**Invoice Number**    20080911R0435033178

| Product Description | Return Date | Support Contact | Qty | Unit Price | Total |
|---|---|---|---|---|---|

*[signature]*

Apple Confidential - Need to know
http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html

Page#2 of 2

**Trial Ex. 2884, 2 of 2**