William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Kieran P. Ringgenberg #208600
(kringgenberg@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
Maxwell V. Pritt #253155
(mpritt@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA  94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF APPLE INC.'S  MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION PURSUANT TO FRCP 12(b)(1) AND 12(h)(3), OR RULE 50**<br><br>Date:     TBD<br>Time:    TBD<br>Place:    Courtroom 1, 4th Floor<br>Judge:   Hon. Yvonne Gonzalez Rogers |

I, Maxwell V. Pritt, declare as follows:

1. I am an associate in the law firm of Boies, Schiller & Flexner LLP, and a resident in the firm's office at 1999 Harrison Street, Suite 900, Oakland, California 94612. I am a member in good standing of the Bar of the State of California and represent Apple Inc. ("Apple') in this case.

2. I make this declaration in support of Apple's Motion to Dismiss for Lack of Subject-Matter Jurisdiction Pursuant To Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3), or Rule 50. Based on my review of the files and records in this case, I have firsthand knowledge of the contents of this declaration and could testify thereto.

3. **Exhibit A** are true and correct copies of excerpts from the January 24, 2007 deposition of Marianna Rosen.

4. **Exhibit B** is a true and correct copy of Apple's Trial Exhibit 2784, iTunes Information for Ms. Rosen, 2006, bates stamped ROSEN 000001 through 00022.

5. **Exhibit C** is a true and correct copy of Plaintiff Marianna Rosen's Response To Apple's First Interrogatories, dated December 16, 2010, and marked as Apple's Trial Exhibit 2869.

6. **Exhibit D** are true and correct copies of excerpts from the December 3, 2014 Trial Transcript in the *In re Apple iPod Antitrust Litigation*.

7. **Exhibit E** are true and correct copies of excerpts from the December 4, 2014 Trial Transcript in the *In re Apple iPod Antitrust Litigation*.

8. **Exhibit F** is a true and correct copy of the Entity Information from the New York State, Department of State, Division of Corporation for "THE ROSEN LAW FIRM P.A." downloaded from http://appext20.dos.ny.gov/corp_public/CORPSEARCH.ENTITY_INFORMATION?p_nameid=2651878&p_corpid=2620605&p_entity_name=%74%68%65%20%72%6F%73%65%6E%20%6C%61%77%20%66%69%72%6D&p_name_type=%41&p_search_type=%42%45%47%49%4E%53&p_srch_results_page=0, on December 4, 2014.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 5th day of December, 2014, in Oakland, California.

    __/s/ Maxwell V. Pritt_____
            Maxwell V. Pritt