| | |
|---|---|
| 1 | William A. Isaacson (wisaacson@bsfllp.com) |
|   | (Admitted *Pro Hac Vice*) |
| 2 | Karen L. Dunn (kdunn@bsfllp.com) |
|   | (Admitted *Pro Hac Vice*) |
| 3 | Martha L. Goodman (mgoodman@bsfllp.com) |
|   | (Admitted *Pro Hac Vice*) |
| 4 | BOIES, SCHILLER & FLEXNER LLP |
|   | 5301 Wisconsin Ave, NW |
| 5 | Washington, DC  20015 |
|   | Telephone:  (202) 237-2727 |
| 6 | Facsimile:  (202) 237-6131 |
| 7 | John F. Cove, Jr. #212213 |
|   | (jcove@bsfllp.com) |
| 8 | Kieran P. Ringgenberg #208600 |
|   | (kringgenberg@bsfllp.com) |
| 9 | Meredith R. Dearborn #268312 |
|   | (mdearborn@bsfllp.com) |
| 10 | Maxwell V. Pritt #253155 |
|    | (mpritt@bsfllp.com) |
| 11 | BOIES, SCHILLER & FLEXNER LLP |
|    | 1999 Harrison Street, Suite 900 |
| 12 | Oakland, CA  94612 |
|    | Telephone:  (510) 874-1000 |
| 13 | Facsimile:  (510) 874-1460 |
| 14 | David C. Kiernan #215335 |
|    | (dkiernan@jonesday.com) |
| 15 | JONES DAY |
|    | 555 California Street, 26th Floor |
| 16 | San Francisco, CA  94104 |
|    | Telephone:  (415) 626-3939 |
| 17 | Facsimile:  (415) 875-5700 |
| 18 | *Attorneys for Defendant Apple Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No.  C 05-00037 YGR |
|  | [CLASS ACTION] |
| ——————————————— | **DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF APPLE INC.'S  MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION PURSUANT TO FRCP 12(b)(1) AND 12(h)(3), OR RULE 50** |
| This Document Relates To: | |
| ALL ACTIONS | |
| | Date:       TBD |
| | Time:      TBD |
| | Place:     Courtroom 1, 4th Floor |
| | Judge:    Hon. Yvonne Gonzalez Rogers |

I, Maxwell V. Pritt, declare as follows:

1. I am an associate in the law firm of Boies, Schiller & Flexner LLP, and a resident in the firm's office at 1999 Harrison Street, Suite 900, Oakland, California 94612. I am a member in good standing of the Bar of the State of California and represent Apple Inc. ("Apple') in this case.

2. I make this declaration in support of Apple's Motion to Dismiss for Lack of Subject-Matter Jurisdiction Pursuant To Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3), or Rule 50. Based on my review of the files and records in this case, I have firsthand knowledge of the contents of this declaration and could testify thereto.

3. **Exhibit A** are true and correct copies of excerpts from the January 24, 2007 deposition of Marianna Rosen.

4. **Exhibit B** is a true and correct copy of Apple's Trial Exhibit 2784, iTunes Information for Ms. Rosen, 2006, bates stamped ROSEN 000001 through 00022.

5. **Exhibit C** is a true and correct copy of Plaintiff Marianna Rosen's Response To Apple's First Interrogatories, dated December 16, 2010, and marked as Apple's Trial Exhibit 2869.

6. **Exhibit D** are true and correct copies of excerpts from the December 3, 2014 Trial Transcript in the *In re Apple iPod Antitrust Litigation*.

7. **Exhibit E** are true and correct copies of excerpts from the December 4, 2014 Trial Transcript in the *In re Apple iPod Antitrust Litigation*.

8. **Exhibit F** is a true and correct copy of the Entity Information from the New York State, Department of State, Division of Corporation for "THE ROSEN LAW FIRM P.A." downloaded from http://appext20.dos.ny.gov/corp_public/CORPSEARCH.ENTITY_INFORMATION?p_nameid=2651878&p_corpid=2620605&p_entity_name=%74%68%65%20%72%6F%73%65%6E%20%6C%61%77%20%66%69%72%6D&p_name_type=%41&p_search_type=%42%45%47%49%4E%53&p_srch_results_page=0, on December 4, 2014.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  forgoing is true and correct.
3  Executed this 5th day of December, 2014, in Oakland, California.

           __/s/ Maxwell V. Pritt_____
                Maxwell V. Pritt