# EXHIBIT A

CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOMTAI TROY CHAROENAK AND MARIANNA ROSEN, etc.,

Plaintiffs,

vs.

APPLE COMPUTER, INC.,

Defendant.

Civil Action C-05-00037

DEPOSITION OF MARIANNA ROSEN

January 24, 2007

236593

BARKLEY Court Reporters

(310) 207.8000 Los Angeles
(949) 955.0400 Orange County
(415) 433.5777 San Francisco
(916) 922.5777 Sacramento
(408) 885.0550 San Jose
(951) 686.0606 Inland Empire
(818) 702.0202 San Fernando Valley
(858) 455.5444 San Diego
(760) 322.2240 Palm Springs

11:17:06 information?

11:17:06 A No.

11:17:08 Q Have you ever bought an iPod as a
11:17:10 gift for anybody?

11:17:12 A Uh-hum. I think I did.

11:17:14 Q And when was that?

11:17:18 A It was for my sister's birthday.
11:17:20 She really asked -- she just asked me for that.
11:17:24 She said -- I said, what do you want -- was it her
11:17:27 birthday or graduation? Something like that. I
11:17:29 asked -- she asked me if -- she told me that she
11:17:32 really, really wants an iPod. I couldn't afford
11:17:35 the full iPod, I gave her a Nano, but she asked me
11:17:39 for that.

11:17:40 Q Was it a Nano or a Mini?

11:17:43 A Mini.

11:17:43 Q And that was when?

11:17:45 A At least two years ago.

11:17:47 Q Okay.

11:17:48 A Probably. I don't remember.

11:17:53 Q July 30th, 2004, would that be
11:18:00 consistent with your recollection?

11:18:01 A I don't remember, but it doesn't
11:18:04 sound like something out of the -- yeah, I said
11:18:06 about two years ago, so here you go.

01:45:10 BY MR. MITTELSTAEDT:

01:45:10 Q Okay. Let's turn to the second page which is marked Rosen 2 down in the lower left-hand corner.

01:45:17 A (Complies.)

01:45:17 Q Okay. This is your credit card record that shows --

01:45:20 A Right.

01:45:21 Q -- that shows your purchase on February 18, 2004 of your first iPod; is that correct?

01:45:28 MR. KATRIEL: Actually, I think that that's the post date, the sale date shows, to be fair, the document -- I'm sorry, I thought it was the 12th, you're right, February 18th. I withdraw my comment.

01:45:39 MR. MITTELSTAEDT: Okay. The confusion is whether there's a 1 in front of that 2?

01:45:43 MR. KATRIEL: Yes, it's just a line.

01:45:45 MR. MITTELSTAEDT: It's just a line.

01:45:47 MR. KATRIEL: Right. That's my mistake. Sorry.

01:45:47 BY MR. MITTELSTAEDT:

01:45:48 Q Okay?

01:45:49 A Yes.
01:45:50 Q And then go over to the next page.
01:45:51 A Uh-hum.
01:45:52 Q That shows the purchase of your
01:45:58 video iPod?
01:46:00 A Right.
01:46:01 Q Okay. And it shows that you
01:46:02 purchased it on September 20, 2006?
01:46:05 A Uh-hum.
01:46:07 Q And it was a 30-gigabyte iPod,
01:46:09 correct?
01:46:12 A Yes.
01:46:13 Q And at the same time you bought a
01:46:15 JBL --
01:46:17 A Uh-hum.
01:46:17 Q -- dock for $129?
01:46:19 A Right.
01:46:19 Q And you paid 249 for the iPod,
01:46:21 right?
01:46:22 A Uh-hum.
01:46:26 Q Okay. Then go to the next page.
01:46:32 A This is a good chance for us to
01:46:34 count how many iTune songs I have here, right?
01:46:37 Q Right, but before we start doing
01:46:40 that. When you bought the video iPod --

01:47:49 remember as to how you decided to buy this 30-gig
01:47:52 gigabyte video one?
01:47:57 A Can you ask your question again, I'm
01:47:59 sorry, what was the question?
01:48:00 Q Well, how did you decide, you know,
01:48:03 after comparing the prices, the features of the
01:48:06 various iPods, how did you select this 30-gig
01:48:09 black video iPod?
01:48:11 A I think I liked its color and I
01:48:13 think the price differential between different
01:48:16 iPods apart from Mini ones and Nanos, which I
01:48:21 didn't consider, were not big.
01:48:23 Q Do you remember what the price
01:48:24 difference was between the video and the
01:48:25 non-video?
01:48:26 A I think it -- not that much. I
01:48:29 mean, I don't even remember seeing non-video iPods
01:48:33 as a matter of fact, I think they only had videos,
01:48:35 it's just a question of how much memory it was,
01:48:38 and I think I always go with the medium memory
01:48:42 just in case.
01:48:43 Q And do you remember what the price
01:48:44 difference was? When you say "not so large," you
01:48:47 know, is that two dollars or twenty dollars or
01:48:49 fifty dollars?