# EXHIBIT B

## *i*Tunes Information for Ms. Rosen

Screen Name   MRosen

Password

**CONFIDENTIAL**

ROSEN 000001





# Citi Platinum Select® Card

Account Number

▮▮▮▮▮▮ 2969

Daily

Customer Service
1-800-950-5114
BOX 6500
SIOUX FALLS, SD
57117

| Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|
| $8250 | $4559 | $1500 | $1500 | $3690.18 |
| Statement/Closing Date | Amount Over Credit Line | | Purch/Adv Minimum Due | Minimum Amount Due |
| 03/10/2004 | $0.00 + | Past Due $27.22 + | $76.00 = | $103.22 |



| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 3/10 | | Standard Purch | |
| 2/13 | 2/13 | | | |
| 2/16 | 2/16 | | | |
| 2/17 | 2/17 | | | |
| 2/18 | 2/18 | 8X20830 | APPLE STORE SHORT HILLS SHORT HILLS NJ | |
| | 2/19 | | | NY |
| | 2/19 | | | NY |
| | 2/23 | | | NY |
| | 2/24 | X N0700 | | NY |
| 2/25 | 2/25 | | | NJ |
| 2/26 | 2/26 | | | |
| 2/29 | 2/29 | | | VT |
| 3/03 | 3/03 | | | VT |
| 3/05 | 3/05 | | | VA |
| 3/09 | 3/09 | | | VA |
| | 3/10 | | PURCHASES•FINANCE CHARGE•PERIODIC RATE | |

The Annual Percentage Rate on your account may
increase due to one of the following reasons
stated in your Card Agreement with us. If you
fail to make a payment to us or any other
creditor when due, you exceed your credit line
or you make a payment to us that is not honored
by your bank



Visit www.citicards.com



2969369018103220015

Your Account Number ▮▮▮▮ 2969

Please Enter Amount Of Payment Enclosed

| Payment Due Date | Your Total Balance | Minimum Amount Due | $ |
|---|---|---|---|
| APR 05 2004 | $3690.18 | $103.22 | |



307885 MC 004 A 1 BR0101183

CITI CARDS
P O BOX 8107
S HACKENSACK, NJ 07606-8107

CONFIDENTIAL

MARIANNA ROSEN
216 TILLOU RD
SOUTH ORANGE    NJ 07079-1522

ROSEN 000002



Apple Store Short Hills
1200 Morris TPKE STE D102
Short Hills N J 07078
hsirthill@apple.com
973-467-4990
www.apple.com/retail/shorthills

---

September 20 2006

MARIANNA ROSEN

---

Contour Showcase Sport for iPod
30GB                                    $ 29 95
Part Number TG341I  A
Warranty effective through Sep 19
2008
Return Date Oct 04 2007
Cu Univ Phone 800-465 6676

iPod 30GB – Black                       $ 249 00
~ Part Number MA446LL A
Serial Number 4M5 743V2M
Warranty effective through Sep 19
2007
Return Date Oct 04 2007
$ 24 90 Recifopency d
J ur Support Vcjlc –
APPLE COM SUPPORT

JBL OnStage II UD Black                 $ 129 95
Part Number TK199VC/A
Warranty effective through Sep 19
2007
Return Date Oct 04 2006
For Support Contact –
WWW HARMANKARDON COM

---

                        Sub–Total      $ 408 00
                         Tax  7 0       $0 00
                           Total       $ 437 52
        Amy un Paid Via Master Card [A]   $4  52
               XXXXXY OXXXXXX957A
                    020109

---

(barcode)
P R 0 4 3 1 0 3 2 0 6 1 8

Tell us how your experience at the Apple Store was at
www.apple.com/feedback/retail html

ROSEN 000002

ROSEN 000004

## Purchased
### 260 songs, 1:02:26 total time, 8.02 GB

| Name | Time | Album | Artist |
|---|---|---|---|
| Close to You | 5:02 | In My Memory | Tiesto |
| Jal's Groove | 2:46 | San Francisco Sessions Vol 1 Mark Farina | Sirus |
| Esa Noche | 4:10 | Gran Hotel Buenos Aires | Federico Aubele |
| Ready, Steady, Go | 4:13 | Burikke | Paul Oakenfold |
| Hypnotised | 6:33 | Burikka | Paul Oakenfold & Tiff Lacey |
| Southern Sun | 6:57 | Bunkira | Paul Oakenfold |
| Dance Me to the End of Love | 6:12 | Cohan Live | Leonard Cohen |
| Ante Tus Ojos | 4:20 | Gran Hotel Buenos Aires | Federico Aubele |
| El Amor de Ese Pueblo | 3:38 | Gran Hotel Buenos Aires | Federico Aubele |
| Salvaron | 3:31 | Gran Hotel Buenos Aires | Federico Aubele |
| Motion | 6:23 | Bunkra | Paul Oakenfold |
| Born Too Slow (NuBreed Dub) | 6:17 | Born Too Slow, Remix EP2 | The Crystal Method |
| Born Too Slow (Deepsky's Green Absinthe Mix) | 8:14 | Born Too Slow Remix EP2 | The Crystal Method |
| Zeus No Like Techno (Overfunkt Remix) | 7:33 | Zeus No Like Techno / Gray Over Gray - EP | Banco de Gaia |
| Flashbeats Dub | 5:36 | Flashdance  Single | Deep Dish |
| I Will Survive (Single) | 3:18 | 20th Century Masters    The Millennium Collection | Gloria Gaynor |
| Bad Girls | 4:55 | 20th Century Masters    The Millennium Collection | Donna Summer |
| Come n' Gimme Your (Orgasmix) | 4:40 | Come n Gimme Your   Single | Little Menace |
| Come n' Gimme Your (La Freek Mix) | 3:13 | Come n' Gimme Your - Single | Little Menace |
| Nyana | 6:46 | Just Be | Tiesto |
| Just Be | 8:46 | Just Be | Tiesto & Kirsty Hav ksl av |
| Marrakech (A and T Remix) | 8:35 | Marrakech   Single | ATB |
| Get Busy | 4:18 | Get Busy  Single | Sean Paul |
| Romance for Guitar and String Orchestra | 3:21 | Classic Williams  Romance of the Guitar | John Williams |
| L'Adestana  E la solita storia  Anch'io vorrei  Lamen | 4:21 | The Three Tenors In Concert | Jose Carreras |
| L'Africana  O paradis sorti de l'onde | 3:12 | The Three Tenors In Concert | Placido Domingo |
| Tosca  Recondita armonia | 2:51 | The Three Tenors In Concert | Luciano Pavarotti |
| Das Land des Lächelns  Dein ist mein ganzes Herz | 3:35 | The Three Tenors in Concert | Placido Domingo |
| Rondine al nido | 3:35 | The Three Tenors in Concert | Luciano Pavarotti |
| Core 'ngrato | 3:28 | The Three Tenors In Concert | Jose Carreras |
| Torna a Surriento | 2:52 | The Three Tenors In Concert | Luciano Pavarotti |
| Granada | 3:41 | The Three Tenors In Concert | Jose Carreras |
| La tabernera del puerto  No puede ser | 2:43 | The Three Tenors In Concert | Placido Domingo |
| Andrea Chénier  Un di all'azzuro spazio  Improvviso | 5:11 | The Three Tenors In Concert | Jose Carreras |
| Tosca  E lucevan le stelle | 2:40 | The Three Tenors In Concert | Luciano Pavarotti |
| Turandot  Nessun dorma | 3:05 | The Three Tenors in Concert | Luciano Pavarotti |
| Finale Medley  Maria  Tonight  'O paese d' o sole, | 5:31 | The Three Tenors In Concert | Jose Carreras  Luciano Pavarotti & Plácido Domingo |
| Memory, Ochi Tchornive  Caminio, La vie en rose | 6:54 | The Three Tenors In Concert | Jose Carreras  Luciano Pavarotti & Placido Domingo |
| Malinata  Wien  Wien  Nur du Allein, Amapola, O s | 8:06 | The Three Tenors In Concert | José Cerre rs, Luciano Pavarotti & Placido Domingo |
| Encore 'O Sole Mio | 2:53 | The Three Tenors In Concert | José Carreras  Luciano Pavarotti & Plácido Domingo |
| Encore  Nessun dorma | 3:30 | The Three Tenors In Concert | Jose Carreras  Luciano Pavarotti  Orchestra del Ma |
| Bi Ghâále | 5:27 | Kontoma | Gabin Dabre |
| Siza | 4:56 | Kontome | Gabin Dabre |
| Bi' Ghâále Za | 3:11 | Kontome | Gabin Dabre |
| Doudou | 5:01 | Kontôme | Gabin Dabre |
| Toro Woulou | 4:53 | Kontôme | Gabin Dabre |

KATRIELLAW          866-3734023          01/09/2007  08  18          PAGE  05

Trial Ex. 2784, Page 4 of 23

ROSEN 000005

| Name | Time | Album | Artist |
|---|---|---|---|
| Fanta | 3:59 | Kontôme | Gabin Dabiré |
| Kontôme | 4:23 | Kontôme | Gabin Dabiré |
| Manam a Ne Aw a | 4:37 | Kontôme | Gabin Dabiré |
| Myah Ye | 5:38 | Kontôme | Gabin Dabiré |
| Warba | 4:22 | Kontôme | Gabin Dabiré |
| A Nisala | 3:27 | Kontôme | Gabin Dabiré |
| Emotion | 4:23 | Movin' Melodies | ATB |
| Underwater World | 4:11 | Movin' Melodies | ATB |
| 9 PM (Till I Come) | 3:13 | Movin' Melodies | ATB |
| Don't Stop | 3:41 | Movin' Melodies | ATB |
| Movin' Melodies | 5:56 | Movin' Melodies | ATB |
| Sunburn | 3:52 | Movin' Melodies | ATB |
| Ecstasy | 4:21 | No Silence | ATB |
| IntenCity | 5:26 | No Silence | ATB |
| You're Not Alone~ (Airp_ay Chill Mix) | 3:13 | You're Not Alone   EP | ATB |
| Dedicated | 4:15 | Dedicated | ATB |
| Gipsy (Don't Let the Drugs Get You) [Robbie Rivera' | 7:25 | UMM House Playlists Vol  1 | Gipsy |
| E Samba | 8:36 | Trust It | Junior Jack |
| Music Is Movin   Dub) | 6:10 | Clublife 3 | Bryan Cox |
| Call On Me (JJ Stockh olm Club Remix) | 7:50 | Call On Me - EP | Eric Prydz |
| Da Hype | 6:49 | Trust It | Junior Jack |
| Love Is Stronger Than Pride | 4:19 | Stronger Than Pride | Sade |
| Paradise | 4:04 | Stronger Than Pride | Sade |
| Nothing Can Co me Between Us | 4:25 | Stronger Than Pride | Sade |
| Heart Me | 5:53 | Stronger Than Pride | Sade |
| Turn My Back On You | 6:09 | Stronger Than Pride | Sade |
| Keep Looking | 5:24 | Stronger Than Pride | Sade |
| Clean Heart | 4:04 | Stronger Than Pride | Sade |
| Give It Up | 3:53 | Stronger Than Pride | Sade |
| I Never Thought  o See the Day | 4:15 | Stronger Than Pride | Sade |
| Siempre Hay Esperan_a (Instrumental) | 5:18 | Stronger Than Pride | Sade |
| No Ordinary Love | 7:22 | The Best of Sade (Remaster) | Sade |
| Your Love Is King | 3:41 | The Best of Sade (Remaster) | Sade |
| Jezebel | 5:51 | The Best of Sade (Remaster) | Sade |
| The Sweetest Taboo | 4:38 | The Best of Sade (Remaster) | Sade |
| Teardrop | 5:30 | Mezzanine | Massive Attac |
| Lebanese Blonde | 4:48 | The Mirror Conspiracy | Thievery Corporation |
| While We're Yo  ng | 2:29 | Paris in April | April March |
| Le Temps De L'Amou' | 2:35 | Paris in April | April March |
| For the Birds | 3:21 | | Pixar |
| Boundin' | 4:40 | | Pixar |
| Knick Knack | 3:33 | | Pixar |
| Tin Toy | 5:09 | | Pixar |
| Get's Game | 4:49 | | Pixar |
| Hung Up | 5:37 | Confessions On a Dance Floor (Deluxe Version) | Madonna |
| Sorry | 4:41 | Confessions On a Dance Floor (Deluxe Version) | Madonna |
| Forbidden Love | 4:22 | Confessions On a Dance Floor (Deluxe Version) | Madonna |

Page 2 of 6

Trial Ex. 2784, Page 5 of 23

ROSEN 000000

| Purchased | Name | Time | Album | Artist |
|---|---|---|---|---|
| | Blowin' In the Wind | 2:46 | The Best of Bob Dylan | Bob Dylan |
| | Five Feet High and Rising | 1:46 | Songs of Our Soil | Johnny Cash |
| | Knock'n' On Heaven's Door | 2:31 | The Essential Bob Dylan | Bob Dylan |
| | Puff, the Magic Dragon | 3:28 | The Best of Peter, Paul & Mary  Ten Years Together | Peter, Paul And Mary |
| | Coming Into los Angeles | 3:06 | Running Down the Road | Arlo Guthrie |
| | Wreck of the Edmund Fitzgerald (LP Version) | 6:32 | Rhino Hi-Five  Gordon Lightfoot  EP | Gordon Lightfoot |
| | Hallelujah | 4:38 | The Essential Leonard Cohen | Leonard Cohen |
| | Humbled in Love | 5:15 | Recent Songs | Leonard Cohen |
| | Go Down Moses | 2:44 | Arlo Guthrie | Arlo Guthrie |
| | A Change Is Gonna Come | 4:16 | Dreams to Remember - The Otis Redding Anthology | Otis Redding |
| | Fortunate Son | 2:20 | Chronicle, Vol 1 | Creedence Clearwater Revival |
| | Masters of War | 4:32 | The Freewheelin' Bob Dylan (Remastered) | Bob Dylan |
| | Long Time Gone | 4:17 | Crosby, Stills & Nash | Crosby, Stills & Nash |
| | Dark Star | 4:45 | CSN | Crosby, Stills & Nash |
| | Wonderful Tonight | 6:42 | One More Car, One More Rider | Eric Clapton |
| | Jesus Just Left Chicago | 3:30 | The ZZ Top Six Pack (Box Set) | ZZ Top |
| | I Thank You | 3:23 | Chrome, Smoke & BBQ  The ZZ Top Box (Box Set) | ZZ Top |
| | La Grange | 3:54 | ZZ Top - Hi Five  ZZ Top  EP | ZZ Top |
| | Brick House | 3:27 | Pure Funk | The Commodores |
| | Papa Was a Rollin' Stone | 6:57 | 20th Century Masters  The Millennium Collection | The Temptations |
| | Living for the City | 7:23 | Stevie Wonder  The Definitive Collection | Stevie Wonder |
| | Hound Dog | 3:32 | Lost Blues Tapes / American Folk Blues Festival  19 | Big Mama Thornton |
| | The Chanukah Song | 3:43 | What the Hell Happened to Me? | Adam Sandler |
| | Where's Johnny | 4:11 | Candylano | James McMurtry |
| | Safe Side | 4:43 | Candyland | James McMurtry |
| | Sugaree | 7:34 | Steppin Out With the Grateful Dead | Grateful Dead |
| | Ship of Fools | 5:27 | Grateful Dead From the Mars Hotel | Grateful Dead |
| | Angie | 4:33 | Goats Head Soup | The Rolling Stones |
| | Fool to Cry | 5:05 | Black and Blue | The Rolling Stones |
| | Lawyers, Guns and Money | 3:29 | A Quiet Normal Life  The Best of Warren Zevon | Warren Zevon |
| | Roland the Headless Thompson Gunner | 3:44 | A Quiet Normal Life  The Best of Warren Zevon | Warren Zevon |
| | Depot Depot | 3:46 | The Heart of Saturday Night | Tom Waits |
| | Eggs and Sausage (In a Cadillac With Susan Miche – | 4:19 | Nighthawks at the Diner | Tom Waits |
| | Jersey Girl | 5:11 | Heartattack and Vine | Tom Waits |
| | Is This It | 2:31 | Is This It | The Strokes |
| | Ferdinand the Bull | 7:39 | | Disney |
| | Good Scouts | 7:39 | | Disney |
| | Help Wanted / Reef Blower | 23:39 | SpongeBob SquarePants  Season  1 | SpongeBob SquarePants |
| | Bubblestand / Ripped Pants | 23:34 | SpongeBob SquarePants, Season 1 | SpongeBob SquarePants |
| | Jellyfish / Plankton | 23:33 | SpongeBob SquarePants, Season 1 | SpongeBob SquarePants |
| | Thank You So Much | 43:30 | Desperate Housewives  Season 2 | Desperate Housewives |
| | Remember | 28:41 | Desperate Housewives  Season 2 | Desperate Housewives |
| | Wish You Were Here | 5:34 | Wish You Were Here | Pink Floyd |
| | Another Brick in the Wall, Pt 1 | 5:09 | The Wall | Pink Floyd |
| | Another Brick in the Wall, Pt 2 | 3:59 | The Wall | Pink Floyd |
| | Mother | 5:36 | The Wall | Pink Floyd |
| | Another Brick in the Wall, Pt 3 | 1:14 | The Wall | Pink Floyd |

01/09/2007  08:18  866-2734023  KAIKIELLAW  PAGE  07

Trial Ex. 2784, Page 6 of 23

06595 000007

| Name | Time | Album | Artist |
|---|---|---|---|
| In the Flesh | 4:17 | The Wall | Pink Floyd |
| Hurricane | 8:30 | Desire | Bob Dylan |
| Jokerman | 6:15 | The Best of Bob Dylan | Bob Dylan |
| Maggie's Farm | 3:53 | The Essential Bob Dylan | Bob Dylan |
| Mr. Tambourine Man | 5:31 | Bob Dylan's Greatest Hits (Remastered) | Bob Dylan |
| Positively 4th Street | 3:54 | The Essential Bob Dylan | Bob Dylan |
| Bad Bad Leroy Brown | 2:49 | Have You Heard Jim Croce (Live | Jim Croce |
| You Don't Mess Around With Jim | 2:46 | Have You Heard Jim Croce (Live | Jim Croce |
| Operator (That's Not the Way It Feels) | 2:30 | Have You Heard Jim Croce (Live | Jim Croce |
| New York's Not My Home | 2:59 | Have You Heard Jim Croce (Live | Jim Croce |
| Wild Word | 3:20 | Tea for the Tillerman | Cat Stevens |
| The Wabash Cannonball | 3:05 | American Favorite Ballads, Vol. 1 | Pete Seeger |
| Russian Girls | 3:54 | All Over the World | Arlo Guthrie |
| Tennessee Stud | 3:42 | One Night | Arlo Guthrie |
| After the Garden | 3:21 | Living With War | Neil Young |
| Living With War | 5:03 | Living With War | Neil Young |
| The Restless Consumer | 5:46 | Living With War | Neil Young |
| Shock and Awe | 4:51 | Living With War | Neil Young |
| Families | 2:24 | Living With War | Neil Young |
| Flags of Freedom | 3:40 | Living With War | Neil Young |
| Let's Impeach the President | 5:07 | Living With War | Neil Young |
| Lookin' for a Leader | 4:02 | Living With War | Neil Young |
| Roger and Out | 4:23 | Living With War | Neil Young |
| America the Beautiful | 2:56 | Living With War | Neil Young |
| Digital Booklet - Living With War | | Living With War | Neil Young |
| Juicebox | 4:13 | | The Strokes |
| If I Had a Hammer | 2:10 | The Very Best of Peter, Paul and Mary | Peter, Paul And Mary |
| A Hard Rain's A Gonna Fall | 6:50 | The Freewheelin' Bob Dylan (Fe...asters) | Bob Dylan |
| Slugger Lee | 2:59 | Blues Masters, Vol. 2 Postwar... ...ingfor | Professor Longhair |
| Gates of Eden | 7:30 | The Bootleg Series, Vol. 6 Bob... ...Live 1964 C | Bob Dylan |
| It's All Over Now, Baby Blue | 5:45 | The Bootleg Series, Vol. 4 Bob Dylan Li... ...e 1966 - T | Bob Dylan |
| Nobody Loves Me But My Mother | 1:27 | B.B. King Anthology | B.B. King |
| A Bunch of Lonesome Heroes | 3:12 | Songs from a Room | Leonard Cohen |
| A Singer Must Die | 3:16 | New Skin for the Old Ceremony | Leonard Cohen |
| A Thousand Kisses Deep | 6:25 | Ten New Songs | Leonard Cohen |
| Ain't No Cure for Love | 4:49 | I'm Your Man | Leonard Cohen |
| Field Commander Cohen | 3:58 | New Skin for the Old Ceremony | Leonard Cohen |
| In My Secret Life | 4:53 | Ten New Songs | Leonard Cohen |
| Closing Time | 5:58 | | Leonard Cohen |
| Here It Is | 4:14 | Ten New Songs | Leonard Cohen |
| By the Rivers Dark | 5:17 | Ten New Songs | Leonard Cohen |
| Alexandra Leaving | 5:22 | Ten New Songs | Leonard Cohen |
| You Have Loved Enough | 5:39 | Ten New Songs | Leonard Cohen |
| Boogie Stree | 6:02 | Ten New Songs | Leonard Cohen |
| The Colours (Indigo Mix) | 7:12 | The Colours - EP | Art of Trance |
| Easter Island | 8:42 | Easter Island - Single | Art of Trance |
| Easter Island (Cygnus X Mix) | 6:55 | Easter Island - Single | Art of Trance |

01/09/2007  08:10  866-3734823  KATKIELLAW  PAGE  08

Trial Ex. 2784, Page 7 of 23

ROXEN 000008

| Name | Time | Album | Artist |
|---|---|---|---|
| Mongoose (Tek Tonik Remix) | 5 52 | UpFront Trance | Art Of Trance |
| Forever (Aspekt Mix) | 7 42 | UpFront Trance | Smith & Pledger |
| Eighties (Ozgur Can Remix) | 6 13 | UpFront Trance | Yilmaz Altanman |
| Someday (Original Mix) | 8 19 | UpFront Trance | White Room feat. Amy Cooper |
| Fino (Andy Moor Remix) | 6 22 | UpFront Trance | Ridge Walkers feat. EL |
| Wave Force | 6 31 | UpFront Trance | Perry O'Neil |
| Point Zero (Matt Darey Mix) | 6 30 | UpFront Trance | Matt Darey feat. Li Kwan |
| Mind Games (Original Mix) | 6 11 | UpFront Trance | Oliver Prime |
| Children of the Sun (Original Mix) | 4 19 | UpFront Trance | Rob Gitelman |
| Air (G&M Project Remix) | 5 36 | UpFront Trance | Musikman |
| Madagasca (Radio Edit) | 7 22 | UpFront Trance | Art of Trance |
| Kaleidoscope (Oliver Lieb Remix) | 8 13 | Madgasga Sing | Art of Trance |
| Turandot Popolo Di Peshino!" (Un Mandanno, Coro) | 2 19 | Puccini Turandot | Chor der Wiener Staatsoper Herbert von Karajan, H |
| Turandot "Indietra Canil (Coro, Liu) | 0 47 | Puccini Turandot | Barbara Hendricks Chor der Wiener Staatsoper, H |
| Turandot "Padre' Mio Padre!" (Calaf, Coro, Liu, Tim | 3 08 | Puccini Turandot | Barbara hendricks Chor der Wiene Staatsoper P |
| Turandot "Gra la Cotel" (Coro Calaf, Liu) | 2 27 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot "Perche Tarda la Luna?" (Coro) | 4 07 | Puccini Turandot | Herbert von Karajan, Wiener Philharmoniker & Wie |
| Turandot "La Sui Monti Dell'Est (Coro Di Ragazzi | 1 14 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert von Karaian |
| Turandot O Giovinetto! Grazia, Grazia!" (Coro, Cal | 3 38 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert von Karaian |
| Turandot "La Grazia, Princpessa! O Divina Belez | 1 56 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot Figlio Che Fai?" (Timur Calaf Liu, Coro) | 1 52 | Puccini Turandot | Barbara Hendricks, Chor der Wiener Staatsoper H |
| Turandot Fermo! Che Fai?" (Ping, Pong Pang, Ca | 1 69 | Puccini Turandot | Francisco Araiza, Gottfried Hornik heinz Zednik F |
| Turandot "Silenzio Ola!" (Coro Ping Pang Pong, | 1 54 | Puccini Turandot | Chor der Wiener Staatsoper Francesco Araiza, Gott |
| Turandot "Notte Senza Lumicino (Pang Pong, Pin | 2 49 | Puccini Turandot | Chor der Wiener Staatsoper Francesco Araiza, Gott |
| Turandot Signore Ascolia! | 2 47 | Puccini Turandot | Barbara Henonicks Herbert von Krajan & Wiener |
| Turandot "Non Plangere Liu | 2 28 | Puccini Turandot | Barbara Hendricks, Herbert von Karajan Placioo D |
| Turandot "Ah! Per l'Ultima Volta!" Timur Liu Ping | 3 07 | Puccini Turandot | Gottfried Hornik Henz Zednik Herbert von Karajan |
| Turandot Ola Pang! Ola Pong | 1 00 | Puccini Turandot | Francesco Araza Gottfried Hornir Heinz Zednik r |
| Turanot O Chna Cha cn Suessu! (P ng Pono F | 2 03 | Puccini Turandot | Francesco Araza Gottfried Hornik Heinz Zednik |
| Turandot "Ho una Casa Nell'Hor an' | 5 10 | Puccini Turandot | Francesco Araza, Gottfried Hornik Heinz Zednik h, |
| Turandot "O Mondo Pieno Di Pazzi Innamoralti" (P, | 1 52 | Puccini Turandot | Chor der Wiener Staatsoper Francisco Araiza, Gott |
| Turanot "Agoio Amore, Adoio Razza! (Ping Pon | 1 57 | Puccini Turandot | Francisco Araza, Gottfried Hornik, heinz Zeanik, H |
| Turandot Non Ve In China Per Nostra Fortuna (P. | 1 48 | Puccini Turandot | Francesco Araza Gottfried Hornik, He nz Zeonik, H |
| Turandot "Udite Trombe! Altro Che Pace!" | 1 18 | Puccini Turandot | Francesco Araza Gottfried Hornik, Henz Zednik, H |
| Turandot "Grav, Enormi Ed Imponena" (Coro) | 3 14 | Puccini Turandot | Chor der Wiener Staatsoper Herbert von Karajan |
| Turandot Un Giuramento Atroce Mi Costringe' (At: | 3 37 | Puccini Turandot | Herbert von Karajan Piero de Palma, Placebo Dorri |
| Turandot Diecimila Anni Al Nostro Imperatore' | 1 31 | Puccini Turandot | Chor del Wiener Staatsoper, Herbert von Karajan, |
| Turandot Popolo Di Pechino! (Il Mandarino Coro | 1 42 | Puccini Turandot | Herbert von Karajan, Sigmund Nimsgern Wiener |
| Turandot "In Questa Reggia (Turendio, Coro) | 3 06 | Puccini Turandot | Chor der Wiener Staatsoper Herbert von Karajan |
| Turandot "O, Principi Che a Lunghe Carovana (Tu | 4 24 | Puccini Turandot | Chor der Wiener Staatsoper Herbert von Karajan, |
| Turandot "Das Erste Ratsei 'Straniero Ascolta (T | 2 02 | Puccini Turandot | Herbert von Karajan Katia Rioz:anetli A "Wiener Phil |
| Turandot Die Erste Antwort Sil Panascot!' (Calar | 0 56 | Puccini Turandot | Chor der Wiener Staatsoper Herbert von Karajan |
| Turandot' Das Zweite Ratsel 'Guizza Al Pari Di Fia | 1 39 | Puccini Turandot | Barbara Hendricks Chor der Wiener Staatsoper H |
| Turandot Die Zweite Antvor on "Si. Principessa!" (Ce | 1 02 | Puccini Turandot | Chor der Wiener Staatsoper Herbert von Karaja |
| Turandot Das Dritte Ratse! "Gelo Che Ti Da Foco' | 2 02 | Puccini Turandot | Herbert von Karajan Katia Ricciarelli & Wiener Phil |
| Turandot Die Dritte Antwort "La Mia Vittona' (Galat | 1 53 | Puccini Turandot | Chor der Wiener Staatsoper Herbert von Karajan |
| Turandot "Figlio del Cielo!" (Turando!, L'Imperatore | 2 07 | Puccini Turandot | Chor der Wiener Staatsoper Herbert von Karajan |

01/09/2007 08 10 865-3734023 KATRIELLAW PAGE 09

Trial Ex. 2784, Page 8 of 23

ROSUN N0000

## Purchased

| Name | Time | Album | Artist |
|---|---|---|---|
| Turandot "No, No Principessa Altera" (Gala, Altou... | 3:28 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot "Al Tuo Piedi Ci Prostriam (La Folla) | 2:33 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot Cosi Comanda Turandot (Coro, Coro Di ... | 3:59 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot "Nessun Dorma" | 3:15 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot "Tu Che Guardi Le Stelle" (Ping, Pong, P... | 2:25 | Puccini Turandot | Chor der Wiener Staatsoper, Francisco Araiza, Go... |
| Turandot "Straniero, Tu Non Sai" (Ping, Pong, Pan | 1:44 | Puccini Turandot | Chor der Wiener Staatsoper, Francisco Araiza, Go... |
| Turandot "Principessa Divina" (Ping Turandot Cal | 2:46 | Puccini Turandot | Barbara Hendricks, Chor der Wiener Staatsoper, G... |
| Turandot "Signor, Non Parlerò" (Liu Ping, Timur | 1:34 | Puccini Turandot | Barbara Hendricks, Chor der Wiener Staatsoper, G... |
| Turandot "Chi Pose Tanta Forza Nel Tuo Cuore? ( | 2:59 | Puccini Turandot | Barbara Hendricks, Herbert von Karajan, Katia Ricc... |
| Turandot "Strappatele Il Segreto!" (Turandot, Ping | 1:32 | Puccini Turandot | Barbara Hendricks, Chor der Wiener Staatsoper, H... |
| Turandot Tu Che Di Gel Sei Cinta" (Liu Coro Cal | 3:20 | Puccini Turandot | Barbara Hendricks, Chor der Wiener Staatsoper, H... |
| Turandot Liu! Liu! So gi! Sorgi! (Timur, Ping Coro | 2:36 | Puccini Turandot | Chor der Wiener Staatsoper, Gottfried Hornik, Herb... |
| Turandot "Liu Bontà! Liu, Dolcezza!" (Timur Pong, | 3:21 | Puccini Turandot | Chor der Wiener Staatsoper, Francisco Araiza, Gott... |
| Turandot Principessa Di Morte!" (Calaf Turandot) | 3:57 | Puccini Turandot | Herbert von Karajan, Katia Ricciarelli, Plácido Domi |
| Turandot Che È Mal Di Me? (Turandot, Calaf Cor | 2:58 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert von Karajan, |
| Turandot "La Tua Gloria "isplende Nell'incanto" (C | 3:35 | Puccini Turandot | Herbert von Karajan, Katia Ricciarelli, Plácido Domi |
| ...urandot Piu Grande Vittoria Non Volere" (Turando | 1:03 | Puccini Turandot | Herbert von Karajan, Katia Ricciarelli, Plácido Domi |
| Turandot So Il Tuo Nome! (Turandot Calaf) | 1:30 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot "Diecimila Anni Al Nostro Imperatore!" (C | 1:49 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot Padre Augusto" (Turandon, Coro, Coro Di | 2:02 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert von Karajan, |
| Listen to the Rain On the Roof | 43:36 | Desperate Housewives Season 3 | Desperate Housewives |
| It Takes Two | 43:33 | Desperate Housewives Season 3 | Desperate Housewives |
| Like It Was | 43:57 | Desperate Housewives Season 3 | Despe ate Housewives |
| Nice She Ain't | 43:57 | Desperate Housewives Season 3 | Desperate Housewives |
| Bang | 43:57 | Desperate Housewives, Season 3 | Despe ate Housewives |
| Children and Art | 43:57 | Desperate Housewives Season 3 | Desperate Housewives |
| Beautiful Girls | 43:57 | Desperate Housewives Season 3 | Despe ate Housewives |
| The Mira...e Song | 43:57 | D-sna ate Housewives, Season 3 | Despe ate Housewives |
| Olfos Fe...j | 2:13 | Desperate House...ves Season 2 | Shorts International |

01/05/2007 08:18 865-3734023

Trial Ex. 2784, Page 9 of 23

ROSEN 000010

## Purchased
## 263 songs  02:56:24 total time  6.02 GB

| Name | Time | Album | Artist |
|---|---|---|---|
| Close to You | 5 02 | In My Memory | Tiësto |
| Fair Groove | 2 46 | San Francisco Sessions Vol 1  Mar | Sirus |
| Esta Noche | 4 10 | Gran Hotel Buenos Aires | Federico Aubele |
| Ready Steady Go | 4 13 | Bunkka | Paul Oakenfold |
| Hypnolised | 6 23 | Bunkka | Paul Oakenfold & Tiff Lacey |
| Southern sun | 6 57 | Bunkka | Paul Oakenfold |
| Dance Me to the End of Love | 6 12 | Cohen Live | Leonard Cohen |
| Ante Tus Ojos | 4 20 | Gran Hotel Buenos Aires | Federico Aubele |
| El Amor de Este Pueblo | 3 08 | Gran Hotel Buenos Aires | Federico Aubele |
| Salvacion | 3 01 | Gran Hotel Buenos Aires | Federico Aubele |
| Motion | 6 23 | Bunkka | Paul Oakenfold |
| Born Too Slow (NuBreed Dub) | 6 17 | Born Too Slow Remix EP2 | The Crystal Method |
| Born Too Slow (Deepsky's Green Ab | 8 14 | Born Too Slow Remix EP2 | The Crystal Method |
| Zeus No Like Techno (Overfunkr Re | 7 33 | Zeus No Like Techno / Grey Over Gr | Banco de Gaia |
| Flashbeats Dub | 5 36 | Flashdance  Single | Deep Dish |
| I Will Survive (Single) | 3 18 | 20th Century Masters  The Millenniu | Gloria Gaynor |
| Bad Girls | 4 55 | 20th Century Masters  The Millenniu | Donna Summer |
| Come 'n Gimme Your (Orgasmix) | 4 40 | Come n Gimme Your  Single | Little Menace |
| Come n Gimme Your (La Freak Mix) | 3 13 | Come n Gimme Your  Single | Little Menace |
| Nyana | 6 46 | Just Be | Tiësto |
| Just Be | 8 46 | Just Be | Tiesto & Kirsty Hawkshaw |
| Marrakech (A and T Remix) | 8 35 | Marrakech - Single | ATB |
| Get Busy | 4 18 | Get Busy - Single | Sean Paul |
| Romance for Guitar and String Orch | 3 21 | Classic Williams  Romance of the G | John Williams |
| L'Arlesiana  E la solita storia  Anch'i | 4 21 | The Three Tenors In Concert | José Carreras |
| L'Africaine  O paradis sort ne l onde | 3 12 | The Three Tenors In Concert | Placido Domingo |
| Tosca  Recondita armonia | 2 37 | The Three Tenors In Concert | Luciano Pavarotti |
| Das Land des Lachelns  Dein Ist mei | 3 38 | The Three Tenors In Concert | Placido Domingo |
| Rondine al nido | 3 35 | The Three Tenors In Concert | Luciano Pavarotti |
| Cora ngrato | 3 28 | The Three Tenors In Concert | José Carreras |
| Torna a Surriento | 2 52 | The Three Tenors In Concert | Luciano Pavarotti |
| Granada | 3 41 | The Three Tenors In Concert | José Carreras |
| La tabernera del puerto  No puede ser | 2 43 | The Three Tenors In Concert | Plácido Domingo |
| Andrea Chénier  Un di all azzuro sp | 5 11 | The Three Tenors In Concert | José Carreras |
| Tosca  E lucevan le stelle | 2 40 | The Three Tenors In Concert | Orchestra del Maggio Musicale Fiore |
| Turandot  Nessum dorma! | 3 05 | The Three Tenors In Concert | Luciano Pavarotti |
| Finale Medley  Maria - Tonight  O pa | 5 31 | The Three Tenors In Concert | José Carreras, Luciano Pavarotti & |
| Memory  Ochi Tchornye  Caminito, | 6 54 | The Three Tenors In Concert | José Carreras  Luciano Pavarotti & |
| Mattinata, Wien  Wien  Nur du Allein | 8 06 | The Three Tenors In Concert | José Carreras, Luciano Pavarotti & |
| Encore  'O Sole Mio | 2 53 | The Three Tenors In Concert | José Carreras, Luciano Pavarotti 3 |
| Encore  Nessun dorma | 3 30 | The Three Tenors In Concert | José Carreras, Luciano Pavarotti, Or |
| Bi Gbaala | 5 27 | Kontômè | Gabin Dabiré |
| Bi Gbaale Zà | 3 11 | Kontômè | Gabin Dabire |
| Doudou | 5 01 | Kontômè | Gabin Dabire |
| Yoró Wnulou | 4 53 | Kontômè | Gabin Dabiré |
| Fanta | 3 58 | Kontômè | Gabin Dabiré |
| Kontômè | 4 23 | Kontômè | Gabin Dabiré |
| Mariam a Ne Awa | 4 37 | Kontômè | Gabin Dabiré |
| Miyab Ye | 5 36 | Kontômè | Gabin Dabiré |
| Warba | 4 22 | Kontômè | Gabin Dabiré |
| A Nsala | 3 27 | Kontômè | Gabin Dabire |
| Emotion | 4 23 | Movin Melodies | ATB |
| Underwater World | 4 11 | Movin' Melodies | ATB |
| 9 PM (Till I Come) | 3 13 | Movin Melodies | ATB |
| Don t Stop | 3 41 | Movin' Melodies | ATB |
| Movin Melodies | 5 56 | Movin Melodies | ATB |
| Sunburn | 3 52 | Movin' Melodies | ATB |
| Ecstasy | 4 21 | No Silence | ATB |
| IntenCity | 5 26 | No Silence | ATB |
| You're Not Alone (Airplay Chill Mix) | 3 17 | You're Not Alone - EP | ATB |
| Dedicated | 4 15 | Dedicated | ATB |
| Gipsy (Don t Let the Drugs Get You) | 7 25 | UMM House Playlists Vol  1 | Gipsy |
| E Samba | 6 36 | Trust It | Junior Jack |

Page 1 of 5

## Purchased

| Name | Time | Album | Artist |
|------|------|-------|--------|
| Music is Movin' (Dub) | 6 10 | Clublife 3 | Bryan Cox |
| Call On Me (JJ Stockholm Club Rem | 7 50 | Call On Me  FP | Eric Prydz |
| Da Hype | 6 49 | Trust It | Junior Jack |
| Love Is Stronger Than Pride | 4 19 | Stronger Than Pride | Sade |
| Paradise | 4 04 | Stronger Than Pride | Sade |
| Nothing Can Come Between Us | 4 25 | Stronger Than Pride | Sade |
| Haunt Me | 5 53 | Stronger Than Pride | Sade |
| Turn My Back On You | 6 00 | Stronger Than Pride | Sade |
| Keep Looking | 5 24 | Stronger Than Pride | Sade |
| Clean Heart | 4 04 | Stronger Than Pride | Sade |
| Give It Up | 3 51 | Stronger Than Pride | Sade |
| I Never Thought I'd See the Day | 4 15 | Stronger Than Pride | Sade |
| Siempre Hay Esperanza (Instrument | 5 18 | Stronger Than Pride | Sade |
| No Ordinary Love | 7 22 | The Best of Sade (Remaster) | Sade |
| Your Love Is King | 3 41 | The Best of Sade (Remaster) | Sade |
| Jezebel | 5 31 | The Best of Sade (Remaster) | Sade |
| The Sweetest Taboo | 4 38 | The Best of Sade (Remaster) | Sade |
| Teardrop | 5 30 | Mezzanine | Massive Attack |
| Lebanese Blonde | 4 48 | The Mirror Conspiracy | Thievery Corporation |
| Whle We're Young | 2 29 | Paris in April | April March |
| Le Temps De L'Amour | 2 35 | Paris in April | April March |
| For the Birds | 3 21 | | Pixar |
| Boundin' | 4 40 | | Pixar |
| Knick Knack | 3 33 | | Pixar |
| Tin Toy | 5 09 | | Pixar |
| Geri's Game | 4 49 | | Pixar |
| Hung Up | 5 37 | Confessions On a Dance Floor | Madonna |
| Sorry | 1 41 | Confessions On a Dance Floor (Delu | Madonna |
| Forbidden Love | 4 22 | Confessions On a Dance Floor (Delu | Madonna |
| Blowin' In the Wind | 2 46 | The Best of Bob Dylan | Bob Dylan |
| Five Feet High and Rising | 1 46 | Songs of Our Soil | Johnny Cash |
| Knockin' On Heaven's Door | 2 31 | The Essential Bob Dylan | Bob Dylan |
| Puff, the Magic Dragon | 3 20 | The Best of Peter, Paul & Mary  Ten | Peter, Paul And Mary |
| Coming Into los Angeles | 3 06 | Running Down the Road | Arlo Guthrie |
| Wreck of the Edmund Fitzgerald (LP | 6 32 | Rhino Hi Five  Gordon Lightfoot - EP | Gordon Lightfoot |
| Hallelujah | 4 38 | The Essential Leonard Cohen | Leonard Cohen |
| Humbled in Love | 5 15 | Recent Songs | Leonard Cohen |
| Go Down Moses | 2 44 | Arlo Guthrie | Arlo Guthrie |
| A Change Is Gonna Come | 4 16 | Dreams to Remember  The Otis Re | Otis Redding |
| Fortunate Son | 2 20 | Chronicle, Vol 1 | Creedence Clearwater Revival |
| Masters of War | 4 32 | The Freewheelin' Bob Dylan (Remas | Bob Dylan |
| Long Time Gone | 4 17 | Crosby, Stills & Nash | Crosby  Stills & Nash |
| Dark Star | 1 45 | CSN | Crosby  Stills & Nash |
| Wonderful Tonight | 6 42 | One More Car  One More Rider | Eric Clapton |
| Jesus Just Left Chicago | 3 30 | The ZZ Top Six Pack (Box Set) | ZZ Top |
| I Thank You | 3 23 | Chrome  Smoke & BBQ  The ZZ To | ZZ Top |
| La Grange | 3 54 | ZZ Top - Hi Five  ZZ Top  EP | ZZ Top |
| Brick House | 3 27 | Pure Funk | The Commodores |
| Papa Was a Rollin' Stone | 6 57 | 20th Century Masters  The Millenniu | The Temptations |
| Living for the City | 7 23 | Stevie Wonder  The Definitive Collec | Stevie Wonder |
| Hound Dog | 3 32 | Lost Blues Tapes / American Folk Bl | Big Mama Thornton |
| The Chanukah Song | 3 43 | What the Hell Happened to Me? | Adam Sandler |
| Where's Johnny | 4 43 | Candyland | James McMurtry |
| Safe Side | 4 11 | Candyland | James McMurtry |
| Sugaree | 7 34 | Steppin' Out With the Grateful Dead | Grateful Dead |
| Ship of Fools | 5 27 | Grateful Dead From the Mars Hotel | Grateful Dead |
| Angie | 1 33 | Goats Head Soup | The Rolling Stones |
| Fool to Cry | 5 05 | Black and Blue | The Rolling Stones |
| Lawyers, Guns and Money | 3 29 | A Quiet Normal Life  The Best of W | Warren Zevon |
| Roland the Headless Thompson Gu | 3 44 | A Quiet Normal Life  The Best of W | Warren Zevon |
| Depot Depot | 3 46 | The Heart of Saturday Night | Tom Waits |
| Eggs and Sausage (In a Cadillac Wit | 4 19 | Nighthawks at the Diner | Tom Waits |
| Jersey Girl | 5 11 | Heartattack and Vine | Tom Waits |
| Is This It | 2 31 | Is This It | The Strokes |
| Ferdinand the Bull | 7 39 | | Disney |
| Good Scouts | 7 39 | | Disney |

Trial Ex. 2784, Page 11 of 23

ROSEN 0000012

## Purchased

| Name | Time | Album | Artist |
|---|---|---|---|
| Help Wanted / Reef Blower | 23 38 | SpongeBob SquarePants  Season 1 | SpongeBob SquarePants |
| Bubblestand / Ripped Pants | 23 34 | SpongeBob SquarePants  Season 1 | SpongeBob SquarePants |
| Jellyfish / Plankton | 23 33 | SpongeBob SquarePants  Season 1 | SpongeBob SquarePants |
| Thank You So Much | 43 30 | Desperate Housewives, Season 2 | Desperate Housewives |
| Remember | 1 25 41 | Desperate Housewives  Season 2 | Desperate Housewives |
| Wish You Were Here | 5 34 | Wish You Were Here | Pink Floyd |
| Another Brick in the Wall, Pt 1 | 3 09 | The Wall | Pink Floyd |
| Another Brick in the Wall  Pt 2 | 3 59 | The Wall | Pink Floyd |
| Mother | 5 36 | The Wall | Pink Floyd |
| Another Brick in the Wall  Pt 3 | 1 14 | The Wall | Pink Floyd |
| In the Flesh | 4 17 | The Wall | Pink Floyd |
| Hurricane | 8 30 | Desire | Bob Dylan |
| Jokerman | 6 15 | The Best of Bob Dylan | Bob Dylan |
| Maggie's Farm | 3 53 | The Essential Bob Dylan | Bob Dylan |
| Mr Tambourine Man | 5 31 | Bob Dylan's Greatest Hits (Remaster | Bob Dylan |
| Positively 4th Street | 3 54 | The Essential Bob Dylan | Bob Dylan |
| Bad  Bad Leroy Brown | 2 48 | Have You Heard Jim Croce (Live) | Jim Croce |
| You Don't Mess Around With  Jim | 2 46 | Have You Heard Jim Croce (Live) | Jim Croce |
| Operator (That's Not the Way It Feels) | 3 30 | Have You Heard Jim Croce (Live) | Jim Croce |
| New York's Not My Home | 2 59 | Have You Heard Jim Croce (Live) | Jim Croce |
| Wild World | 3 20 | Tea for the Tillerman | Cat Stevens |
| The Wabash Cannonball | 3 05 | American Favorite Ballads  Vol 1 | Pete Seeger |
| Russian Girls | 3 54 | All Over the World | Arlo Guthrie |
| Tennessee Stud | 3 42 | One Night | Arlo Guthrie |
| After the Garden | 3 21 | Living With War | Neil Young |
| Living With War | 5 03 | Living With War | Neil Young |
| The Restless Consumer | 5 46 | Living With War | Neil Young |
| Shock and Awe | 4 51 | Living With War | Neil Young |
| Families | 2 24 | Living With War | Neil Young |
| Flags of Freedom | 3 40 | Living With War | Neil Young |
| Let's Impeach the President | 5 07 | Living With War | Neil Young |
| Lookin  for a Leader | 4 02 | Living With War | Neil Young |
| Roger and Out | 4 23 | Living With War | Neil Young |
| America the Beautiful | 2 30 | Living With War | Neil Young |
| Digital Booklet  Living With War | | Living With War | Neil Young |
| Juicebox | 4 10 | | The Strokes |
| If I Had a Hammer | 2 10 | The Very Best of Peter, Paul and Mary | Peter  Paul And Mary |
| A Hard Rain's A Gonna Fall | 6 50 | The Freewheelin Bob Dylan (Remas | Bob Dylan |
| Stagger Lee | 2 58 | Blues Masters, Vol 2  Professor Lon | Professor Longhair |
| Gates of Eden | 7 30 | The Bootleg Series  Vol 6  Bob Dyla | Bob Dylan |
| It's All Over Now  Baby Blue | 5 45 | The Bootleg Series, Vol 4  Bob Dyla | Bob Dylan |
| Nobody Loves Me But My Mother | 1 27 | B B King  Anthology | B B  King |
| A Bunch of Lonesome Heroes | 3 12 | Songs from a Room | Leonard Cohen |
| A Singer Must Die | 3 18 | New Skin for the Old Ceremony | Leonard Cohen |
| A Thousand Kisses Deep | 6 25 | Ten New Songs | Leonard Cohen |
| Ain't No Cure for Love | 4 49 | I'm Your Man | Leonard Cohen |
| Field Commander Cohen | 3 55 | New Skin for the Old Ceremony | Leonard Cohen |
| In My Secret Life | 4 53 | Ten New Songs | Leonard Cohen |
| Closing Time | 5 58 | | Leonard Cohen |
| Here It Is | 4 11 | Ten New Songs | Leonard Cohen |
| By the Rivers Dark | 5 17 | Ten New Songs | Leonard Cohen |
| Alexandra Leaving | 5 22 | Ten New Songs | Leonard Cohen |
| You Have Loved Enough | 5 39 | Ten New Songs | Leonard Cohen |
| Boogie Street | 6 02 | Ten New Songs | Leonard Cohen |
| The Colours (Indigo Mix) | 7 12 | The Colours  EP | Art of Trance |
| Easter Island | 8 42 | Easter Island  Single | Art of Trance |
| Easter Island (Cygnus X Mix) | 6 55 | Easter Island  Single | Art of Trance |
| Mongoose (Tek Tonik Remix) | 5 52 | UpFront Trance | Art Of Trance |
| Forever (Aspekt Mix) | 7 42 | UpFront Trance | Smith & Pledger |
| Eighties (Ozgur Can Remix) | 8 13 | UpFront Trance | Yilmaz Altanhan |
| Someday (Original Mix) | 8 19 | UpFront Trance | White Room feat  Amy Cooper |
| Find (Andy Moor Remix) | 6 22 | UpFront Trance | Ridge Walkers feat  EL |
| Wave Force | 6 31 | UpFront Trance | Perry O Nell |
| Point Zero (Matt Darey Mix) | 6 30 | UpFront Trance | Matt Darey feat  Li Kwan |
| Mind Games (Original Mix) | 6 11 | UpFront Trance | Oliver Prime |
| Children of the Sun (Original Mix) | 4 19 | UpFront Trance | Rob Gitolman |

ROSE-N-000013



## Purchased

| Name | Time | Album | Artist |
|------|------|-------|--------|
| Air (G&M Project Remix) | 5:36 | UpFront Trance | Musikman |
| Madagasca (Radio Edit) | 7:22 | Madagasca  Single | Art of Trance |
| Kaleidoscopo (Oliver Lieb Remix) | 8:13 | Kaleidoscope  EP | Art of Trance |
| Turandot "Popolo Di Pechino!" (Un | 2:19 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "Indietro, Canil" (Coro  Liu) | 0:47 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot  Padre! Mio Padre! (Calaf | 3:08 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot "Gira la Cote! (Coro, Cala | 2:27 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot "Porché Tarda la Luna?' ( | 4:07 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "Là  Sul Monti Dell'Est" (C | 1:14 | Puccini Turandot | Herbert von Karajan, Wiener Philhar |
| Turandot  O Giovinetto! Grazia  Gra | 3:28 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot  In Grazia  Principessa! - | 1:56 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot  Figlio Che Fai? (Timur | 1:52 | Puccini Turandot | Barbara Hendricks  Chor der Wiener |
| Turandot  Fermo! Che Fai? (Ping | 1:58 | Puccini Turandot | Francisco Araiza, Gottfried Hornik, H |
| Turandot "Silenzio  Olà! (Coro  Pin | 1:54 | Puccini Turandot | Chor der Wiener Staatsoper  Francis |
| Turandot  Notte Senza Lumicino" (P | 2:49 | Puccini Turandot | Chor der Wiener Staatsoper, Francis |
| Turandot  Signore  Ascolta! | 2:47 | Puccini Turandot | Barbara Hendricks  Herbert von Kar |
| Turandot  Non Piangere  Liu | 2:29 | Puccini Turandot | Barbara Hendricks  Herbert von Kar |
| Turandot "Ah! Per l'ultima Volta! (T | 3:07 | Puccini Turandot | Gottfried Hornik, Heinz Zednik, Herb |
| Turandot  Olà  Pang! Ola  Pong!" | 1:30 | Puccini Turandot | Francisco Araiza  Gottfried Hornik, H |
| Turandot  O China, Che oi Sussulti | 2:03 | Puccini Turandot | Francisco Araiza, Gottfried Hornik, H |
| Turandot "Ho una Casa Nell'Honan | 3:10 | Puccini Turandot | Francisco Araiza  Gottfried Hornik  H |
| Turandot "O Mondo Pieno Di Pazzi! | 1:52 | Puccini Turandot | Chor der Wiener Staatsoper, Francis |
| Turandot "Addio  Amore  Addio  Raz | 1:57 | Puccini Turandot | Francisco Araiza  Gottfried Hornik, H |
| Turandot  Non Ve In China Per Nos | 1:48 | Puccini Turandot | Francisco Araiza, Gottfried Hornik  H |
| Turandot "Udite Trombe! Altro Che | 1:18 | Puccini Turandot | Francisco Araiza  Gottfried Hornik  H |
| Turandot  Gravi, Enormi Ed Impone | 3:14 | Puccini Turandot | Chor der Wiener Staatsoper  Herbert |
| Turandot  Un Giuramento Atroce Mi | 3:37 | Puccini Turandot | Herbert von Karajan  Piero de Palma |
| Turandot "Diecimila Anni Al Nostro I | 1:31 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "Popolo Di Pechino!  (Il M | 1:42 | Puccini Turandot | Herbert von Karajan  Siegmund Nim |
| Turandot  In Questa Reggia" (Turan | 3:08 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot  O Principi, Che a Lunghe | 4:24 | Puccini Turandot | Chor der Wiener Staatsoper  Herbert |
| Turandot "Das Erste Rätsel  "Strani | 2:02 | Puccini Turandot | Herbert von Karajan  Katia Ricciarelli |
| Turandot  Die Erste Antwort "Si! Run | 0:56 | Puccini Turandot | Chor der Wiener Staatsoper  Herbert |
| Turandot  Das Zweite Rätsel  Guizz | 1:39 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot  Die Zweite Antwort  Si, Pr | 1:02 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot  Das Dritte Rätsel  Gelo C | 2:02 | Puccini Turandot | Herbert von Karajan, Katia Ricciarelli |
| Turandot  Die Dritte Antwort  I a Mie | 1:53 | Puccini Turandot | Chor der Wiener Staatsoper  Herbert |
| Turandot  'Figlio del Cielo!" (Turand | 2:07 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "No, No  Principessa Alter | 3:28 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot  Ai Tuoi Piedi Ci Prosinam | 2:13 | Puccini Turandot | Chor der Wiener Staatsoper  Herbert |
| Turandot "Cosi Comanda Turandot | 3:59 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "Nessun Dorma" | 3:15 | Puccini Turandot | Chor der Wiener Staatsoper  Herbert |
| Turandot "Tu Che Guardi Le Stelle | 2:25 | Puccini Turandot | Chor der Wiener Staatsoper  Francis |
| Turandot  'Straniero  Tu Non Sai" (P | 1:44 | Puccini Turandot | Chor der Wiener Staatsoper  Francis |
| Turandot "Principessa Divina! (Pin | 2:46 | Puccini Turandot | Barbara Hendricks  Chor der Wiener |
| Turandot  Signo  Non Parlarò!" (Liu | 1:34 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot "Chi Pose Tanta Forza Nel | 2:59 | Puccini Turandot | Barbara Hendricks  Herbert von Kar |
| Turandot "Strappatela Il Segroto!" ( | 1:32 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot "Tu Che Di Gel Sei Cinta' | 3:20 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot  Liu! Liu! Sorgi! Sorgi!" (Ti | 2:36 | Puccini Turandot | Chor der Wiener Staatsoper  Gottfrie |
| Turandot "Liu  Bontà! Liu, Dolcezza! | 3:21 | Puccini Turandot | Chor der Wiener Staatsoper, Francis |
| Turandot  Principessa Di Morte! (( | 3:57 | Puccini Turandot | Herbert von Karajan  Katia Ricciarelli |
| Turandot  Che E Mai Di Me?" (Tura | 2:58 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "La Tua Gloria Risplende | 3:35 | Puccini Turandot | Herbert von Karajan  Katia Ricciarelli |
| Turandot  Piu Grande Vittoria Non V | 1:03 | Puccini Turandot | Herbert von Karajan  Katia Ricciarelli |
| Turandot  So Il Tuo Nome! (Turand | 1:30 | Puccini Turandot | Herbert von Karajan  Katia Ricciarelli |
| Turandot  Diecimila Anni Al Nostro I | 1:49 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot  Padre Augusto  (Turando | 2:02 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Listen to the Rain On the Roof | 43:36 | Desperate Housewives, Season 3 | Desperate Housewives |
| It Takes Two | 43:33 | Desperate Housewives, Season 3 | Desperate Housewives |
| Like It Was | 43:57 | Desperate Housewives  Season 3 | Desperate Housewives |
| Nice She Ain t | 43:57 | Desperate Housewives  Season 3 | Desperate Housewives |
| Bang | 43:57 | Desperate Housewives  Season 3 | Desperate Housewives |
| Children and Art | 43:57 | Desperate Housewives  Season 3 | Desperate Housewives |
| Beautiful Girls | 42:57 | Desperate Housewives, Season 3 | Desperate Housewives |
| The Miracle Song | 43:47 | Desperate Housewives  Season 3 | Desperate Housewives |

Page 4 of 5



File  Edit  Controls  View  Store  Advanced  Help          iTunes

LIBRARY
  Music
  Movies
  TV Shows
  Podcasts
  Radio

STORE
  iTunes Store

DEVICES
  The Esventi

PLAYLISTS
  Party Shuffle
  60's Music
  Music Videos

  Selected Item

## Apple Account Information

|  |  |
|---|---|
| Apple ID | marianna.rosen@earthlink.com |
| Payment Information | MasterCard ••• ••• •• • 9576 |
| Billing Address | Mariannna Rosen<br>236 Tillou Puad<br>South Orange  NJ 07079<br>(973) 7131560 |
| Country | USA |
| Computer Authorizations | One machine is authorized to play music purchased with this account |
| Most Recent Purchase | December 10  2006 |
| Nickname | Anonymous |

CONFIDENTIAL        ROSEN 000015



**Purchased**

| Name | Time | Album | Artiot |
|------|------|-------|--------|
| Office Party | 12 13 | | Shorts International |

ROSEN 000014

**LIBRARY**
- Music
- Movies
- TV Shows
- Podcasts
- Radio

**STORE**

**DEVICES**
- The Essentl

**PLAYLISTS**
- Party Shuffle
- 60's Music
- Music Videos
- Selection Menu

| Name | Artist | Type |
| --- | --- | --- |
| Office Party | Shorts International | Video |

**Previous Purchases**

Viewing Batch 1 out of 4

| Order Date | Order | Titles included in order |
| --- | --- | --- |
| 11/29/06 | M3157346 | Like It Was Nice She Aint, Bang Children and Art Beautiful Girls, The Miracle Song |
| 10/03/06 | M283474241 | It Takes Two |
| 09/25/06 | M278252120 | Listen to the Rain On the Roof |
| 09/14/06 | M271089017 | Puccini Turandot |
| 08/19/06 | M255983671 | Forever, Eighties Comeday Find Wave Force Point Zero Mind Games |
| 08/15/06 | M255900802 | The Colours Easter Island, Easter Island (Cygnus < Mrc) Mongoose |
| 08/01/06 | M246158927 | Here It Is By the Rivers Dark  Alexandra Leaving, You Have Loved Enough  Boogie Street |
| 08/01/06 | M248157523 | In My Secret Life, Closing Time |
| 07/01/06 | M230259046 | If I Had a Hammer  A Hard Rains A Gon te Fall  Stagger Lee  Gates of Eden  It s All Over N |
| 06/27/06 | M224948263 | Living With War  Jukebox |
| 05/28/06 | M211911029 | Russian Girls, Tennessee Stud |

ROSEN 000016



| | Artist | Type | | Price |
|---|---|---|---|---|
| | Shorts International | Video | | $1 99 |

Subtotal $1 99
Tax $0 14
Credit Card Total $2 13

**Viewing Batch 1 out of 4**

LIBRARY
- Music
- Movies
- TV Shows
- Podcasts
- Radio

STORE

DEVICES
- The Essentl

PLAYLISTS
- Party Shuffle
- 60's Music
- Music Videos
- Purchased Item

| Titles Included in order | Total Price |
|---|---|
| Life It Was, Now She Aint, D... ... Children and Art, Beautiful Girls, The Miracle Song | $12 78 |
| It Takes Two | $1 99 |
| Listen to the Rain On the Roof | $1 99 |
| Puccini Turandot | $19 96 |
| Forever Eighties, Someday Find, More Forne, Point Zero, Mind Games | $11 83 |
| The Colours, Faster Island, En Ice Island (Cygnus X Mix), Mongoose | $0 99 |
| Here It Is, By the River, Dark Alc andra Leaving, You Have Loved Enough, Boogie Street | $5 00 |
| In My Secret Life, Closing Time | $1 99 |
| If I Had a Hammer, A Hard Rain ... A Gonna Fall, Stagger Lee, Gates of Eden, It's All Over Now, Baby | $5 00 |
| Living With War, Juicebox | $11 89 |
| Puccini Girls, Tennessee Stud | $1 30 |

ROSEN 000017

LIBRARY
- Music
- Movies
- TV Shows
- Podcasts
- Radio

STORE

DEVICES
- The Essenti

PLAYLISTS
- Party Shuffle
- 60's Music
- Music Videos
- Selected Item

Short~ International    Video                                          $1 99

Subtotal $1 99
Tax $0 14
Credit Card Total $2 13

Viewing Batch 2 out of 4

| Titles included in order | Total Price |
|---|---|
| Hurricane, Jokerman, Maggie's Farm, Mr. Tambourine Man, Positively 4th Street, Bad, Bad Leroy Di | $0.99 |
| Remember Pt 2, Wish You Were Here, Another Brick in the Wall, Pt 1, Another Brick in the Wall, Pt | $7.93 |
| No One Is Alone | $1.99 |
| I Know Things Now | $1.99 |
| It Wasn't Meant to Happen | $1.99 |
| Don't Look At Me | $1.90 |
| Everybody Says Don't | $1.99 |
| Could I Leave You? | $1.79 |
| There Is No Other Way | $1.99 |
| Silly People, Thank You So Much | $3.38 |
| Help Wanted / Reef Blower, Bubblestand / Ripped Pants, Jellyfish / Plankton | $5.97 |
| Ferdinand the Bull, Good Scouts | $3.98 |

ROSEN 000019



LIBRARY
- Music
- Movies
- TV Shows
- Podcasts
- Radio

STORE

DEVICES
- The Essenti

PLAYLISTS
- Party Shuffle
- 60's Music
- Music Videos
- Selected By Dr

Office Party                          Shorts International]   Video

Previous Purchases

Fr.v...>                     Viewing Batch 2 out of 4

| Order Date | Order | Titles Included in order |
|---|---|---|
| 05/20/06 | M211307 12 | Hurricane Jokerman Maggie's Farm Mr Tambourine Man, Positively 4th street Rad Rad [ |
| 05/22/06 | M208813315 | Remember Pt 2, Wish You Were Here Another Brk I in the Wall Pt 1, Another Brick in th |
| 05/16/06 | M205871S 0 | No One Is Alone |
| 05/09/06 | M201897410 | I Know Things Now |
| 05/03/06 | M198484583 | It Wasn't Meant to Happen |
| 04/16/06 | M190436FU | Don't Look At Me |
| 04/05/06 | M18088713 | Everybody Says Don't |
| 03/28/06 | M180130438 | Could I Leave You? |
| 03/15/06 | M172082702 | There Is No Other Way |
| 02/23/06 | M16193395~ | Silly People Thank You So Much |
| 02/01/06 | M149982635 | Help Wanted / Reef Blower Bubblestand / Ripped Pants Jellyfish / Plankton |
| 01/20/06 | M148079193 | Ferdinand the Bull Good Scouts |

ROSEN 000018



LIBRARY
- Music
- Movies
- TV Shows
- Podcasts
- Radio

STORE

DEVICES
- The Essentia...

PLAYLISTS
- Party Shuffle
- 60's Music
- Music Video
- Selected Item

Credit Card Total $213

Viewing Batch 3 out of 4

| Titles included in order | Total Price |
| --- | --- |
| There's Something About a War | $1.99 |
| Is This It, We're Gonna Be All Right | $2.98 |
| One More Kiss | $1.91 |
| Sorry, Forbidden Love, Blowin In the Wind, Five Feet High and Rising, Knockin On Heaven's Door, P | 1.5 64 |
| Hung Up | $0.99 |
| For the Birds, Bouncin, June I, I Rock, Tip Toy, Gurla Game | $9.95 |
| Coming Home | $1.99 |
| I Might Could Forget You, Color and Light, The Sun Won't Set, That's Good, That's Bad | $3.95 |
| Next (Premiere), You Could Drive a Person Crazy, My Heart Belongs to Daddy, They Asked Me Why I | $7.95 |
| Stronger Than Pride, No Ordinary Love, Your Love Is King, Jezebel, The Sweetest Taboo, Teardrop | $1.78 |
| Montoma, Emotion, Underwater (Who Id, 9 PM (Till I Come), Don't Stop, Movin Melodies, Sunburn | $24.84 |
| Romance for Guitar and String Orchestra, The Three Tenors In Concert | $10.90 |

Batch Problem  $0.00

ROSEN 000021



File Edit Controls View Store Advanced Help iTunes

LIBRARY
Music
Movies
TV Shows
Podcasts
Radio

STORE

DEVICES
The Ca enth

PLAYLISTS
Party Shuffle
60s Music
Music Videos

Selected Item

marianne.rosen@earthlink.com

Previous Purchases

Previous Next Viewing Batch 3 out of 4

| Order Date | Order | Titles included in order |
|---|---|---|
| 01/23/06 | M146022,60 | There's Something About a War |
| 01/16/06 | M14141175? | Is This It We're Gonna Be All Right |
| 01/09/06 | M13737? | One More Kiss |
| 12/23/05 | M127611463 | Sorry Forbidden Love Blown in the Wind Five Feet High and Rising, I nod in On Heaven |
| 12/17/05 | M1251636? | Hung Up |
| 12/12/05 | M12346391 | For the Birds Boundin' Knick Knack Tin Toy, Geri's Game |
| 12/05/05 | M12075403? | Coming Home |
| 12/02/05 | M11960408I | I Wish I Could Forget You Color and Light The Sun Won't Set That's Good, That's Bad |
| 11/30/05 | M1108636? | Next (Premiere), You Could Drive a Person Crazy My Heart Belongs to Daddy They Asked |
| 09/08/05 | M922761h | Stronger Than Pride No Ordinary Love, Your Love Is King, Jezebel The Sweetest Taboo |
| 08/08/05 | M8419270h | Kouthme Emotion Underwater World 9 PM (Till I Come) Don't Stop, Mr An Melodies, Sunl |
| 03/16/05 | M4897705? | Romance for Guitar and String Orchestra, The Three Tenors In Concert |

Report a Pr

Screen Capture

ROSEN 000020

Date  12/10/06 01 0P PM
Order  M324629701
Invoice  5473468340

| Artist | Type | Price |
|--------|------|-------|
| Shorts International | Video | $1 99 |

Subtotal  $1 99
Tax  $0 14
Credit Card Total  $2 13

Viewing Batch 4 ou of 4

| Titles included in order | Total Price |
|--------------------------|-------------|
| Get Busy | $0 99 |
| Flashbeats Dub  I Will Survive  Bad Girls, Come 'n Gimme Your (Orgasmix)  Come 'n Gimme Your (t | $1 92 |
| Born Too Slow (NuBreed Dub)  Born Too Slow (Deepsky's Green Absinthe Mix)  Cous No Like Tech | $2 97 |
| Motion | $0 99 |
| Salvacion | $0 39 |
| Close to You  Jolie Croove, Fortune  Esta Noche  Ready  Steady  Go, Hypnotised, Southern Sun | $9 90 |

ROSEN 000023

LIBRARY
- Music
- Movies
- TV Shows
- Podcasts
- Radio

STORE

DEVICES
- The Essenti...

PLAYLISTS
- Party Shuffle
- 60's Music
- Music Video
- the Wall of Sheen

Latest Purchase

| Item | Artist | Type |
| --- | --- | --- |
| Office Party | Shorts International | Video |

Previous Purchases

Group e

Viewing Batch 4 out of 4

| Order Date | Order | Titles included in order |
| --- | --- | --- |
| 1/26/04 | MO 097315 | Get Busy |
| 07/10/04 | M17445767 | Fm nbrats Dub (I Will Survive, Bad Girls  Come n  Gimme Your (Orgasmi), Come n' Gimm |
| 10/26/04 | M691591 | Born Too Slow (MuBreed Dub)  Born Too Slow (Deep-Ly's Green Absinthe Mix)  Teus Nn |
| 03/13/04 | M/675168 | Motion |
| 03/13/04 | M7877J42 | Salvacion |
| 03/11/04 | M7/1994P | Close to You  Hi - Groove, Postales  Esta Noche  Ready  Steady  On  Hypnotised, southe |

ROSEN 000022