# EXHIBIT B

## iTunes Information for Ms. Rosen

Screen Name   MRosen

Password

**CONFIDENTIAL**

ROSEN 000001



# Citi Platinum Select® Card



**Account Number** ▓▓▓▓ 2969

Dai le

**Customer Service**
1-800-950-5114
BOX 6500
SIOUX FALLS, SD
57117

| Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|
| $8250 | $4559 | $1500 | $1500 | $3690.18 |
| Statement/Closing Date | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| 03/10/2004 | $0.00 + | $27.22 + | $76.00 = | $103.22 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 3/10 | | Standard Purch | |
| 2/13 | 2/13 | | | |
| 2/16 | 2/16 | | | |
| 2/17 | 2/17 | ▓▓▓▓ | APPLE STORE SHORT HILLS SHORT HILLS NJ | |
| 2/17 | 2/17 | | | NY |
| | 2/17 | | | NY |
| | | | | NY |
| 2/25 | 2/25 | | | NJ |
| 2/26 | 2/26 | | | |
| 2/29 | 2/29 | | | VT |
| 3/03 | 3/03 | | | VT |
| 3/05 | 3/05 | | | VA |
| 3/09 | 3/09 | | | VA |

PURCHASES=FINANCE CHARGE=PERIODIC RATE

The Annual Percentage Rate on your account may
increase due to one of the following reasons
stated in your Card Agreement with us — if you
fail to make a payment to us or any other
creditor when due, you exceed your credit line
or you make a payment to us that is not honored
by your bank



Visit www.citicards.com

## citi



▓▓▓▓▓▓▓2969369018103220015

Your Account Number ▓▓▓▓ 2969
Please Enter Amount Of Payment Enclosed

| Payment Due Date | Your Total Balance | Minimum Amount Due | $ |
|---|---|---|---|
| APR 05 2004 | $3690.18 | $103.22 | |

307884 MC 00 A 1 BR1010103

MARIANNA ROSEN
216 TILLOU RD
SOUTH ORANGE NJ 07079-1522

CITI CARDS
P O BOX 8107
S HACKENSACK, NJ 07606-8107

CONFIDENTIAL

ROSEN 000002



Apple Store Short Hills
1200 Morris TPKE STE D102
Short Hills NJ 07078
shorthill@apple.com
973-467-4990
www.apple.com/retail/shorthills

September 20 2006

MARIANNA ROSEN

Contour Showcase Sportful iPod          $ 29.95
30GB
Part Number TG741LL/A
Warranty effective through Sep 19
2008
Return Date Oct 04 2007
Cu Univ Phone 800-467-6678

iPod, 30GB – Black                       $ 249.00
Part Number MA446LL/A
Serial Number 8MS7442V2M
Warranty effective through Sep 19
2007
Return Date Oct 04 2007
$ 24.90 Reci open d
For Support Vehicle –
APPLE COM SUPPORT

JBL OnStage II UD Black                  $ 179.95
Part Number TK199VC/A
Warranty effective through Sep 19
2007
Return Date Oct 04 2006
For Support Contact –
WWW.HARMANKARDON.COM

                         Sub-Total      $ 458.90
                         Tax 7.0%          0.00
                         Total         $ 458.90
Amount Paid Via Master Card [A]         58.92
            XXXX-XX-XXX-XXX957A
                  020109



Tell us how your experience at the Apple Store was at
www.apple.com/feedback/retail.html

ROSEN 000002

ROSEN 000000

## Purchased
### 260 songs, 1:02:05:01 total time, 8,100 MB

| Name | Time | Album | Artist |
|---|---|---|---|
| Close to You | 5:02 | In My Memory | Tïesto |
| Jat's Groove | 2:46 | San Francisco Sessions Vol 1 Mark Farina | Sirus |
| Esa Noche | 4:10 | Gran Hotel Buenos Aires | Federico Aubele |
| Ready, Steady, Go | 4:13 | Bunkka | Paul Oakenfold |
| Hypnotised | 6:53 | Bunkka | Paul Oakenfold & Tiff Lacey |
| Southern Sun | 6:57 | Bunkka | Paul Oakenfold |
| Dance Me to the End of Love | 6:12 | Cohen Live | Leonard Cohen |
| Ante Tus Ojos | 4:20 | Gran Hotel Buenos Aires | Federico Aubele |
| El Amor de Ese Pueblo | 3:38 | Gran Hotel Buenos Aires | Federico Aubele |
| Salvacion | 3:31 | Gran Hotel Buenos Aires | Federico Aubele |
| Motion | 6:23 | Bunkka | Paul Oakenfold |
| Born Too Slow (NuBreed Dub) | 6:17 | Born Too Slow Remix EP2 | The Crystal Method |
| Born Too Slow (Deepsky's Green Absinthe Mix) | 8:14 | Born Too Slow Remix EP2 | The Crystal Method |
| Zeus No Like Techno (Overfunkt Remix) | 7:33 | Zeus No Like Techno / Gray Over Gray - EP | Banco de Gaia |
| Flashbeats Dub | 5:36 | Flashdance  Single | Deep Dish |
| I Will Survive (Single) | 3:18 | 20th Century Masters   The Millennium Collection | Gloria Gaynor |
| Bad Girls | 4:55 | 20th Century Masters   The Millennium Collection | Donna Summer |
| Come n' Gimme Your (Orgasmix) | 4:40 | Come n' Gimme Your  Single | Little Menace |
| Come n' Gimme Your (La Freek Mix) | 3:13 | Come n' Gimme Your - Single | Little Menace |
| Nyana | 6:46 | Just Be | Tïesto |
| Just Be | 8:46 | Just Be | Tïesto & Kirsty Hawkshaw |
| Marrakech (A and T Remx) | 8:35 | Marrakech   Single | ATB |
| Get Busy | 4:18 | Get Busy  Single | Sean Paul |
| Romance for Guitar and String Orchestra | 3:21 | Classic Williams  Romance of the Guitar | John Williams |
| L'Adestina  E la solita storia  Anch'io vorrei  Lamen | 4:21 | The Three Tenors In Concert | Jose Carreras |
| L'Africana  O paradis sorti de l'onde | 3:12 | The Three Tenors In Concert | Placido Domingo |
| Tosca  Recondita armonia | 2:57 | The Three Tenors In Concert | Luciano Pavarotti |
| Das Land des Lächelns  Dein ist mein ganzes Herz | 3:35 | The Three Tenors In Concert | Placido Domingo |
| Rondine al nido | 3:35 | The Three Tenors In Concert | Luciano Pavarotti |
| Core 'ngrato | 3:28 | The Three Tenors In Concert | José Carreras |
| Toma a Surriento | 2:52 | The Three Tenors In Concert | Luciano Pavarotti |
| Granada | 3:41 | The Three Tenors In Concert | José Carreras |
| La tabernera del puerto  No puede ser | 2:43 | The Three Tenors In Concert | Placido Domingo |
| Andrea Chénier  Un dì all'azzuro spazio  Improvviso | 6:11 | The Three Tenors In Concert | José Carreras |
| Tosca  E lucevan le stelle | 2:40 | The Three Tenors In Concert | Luciano Pavarotti |
| Turandot  Nessum dorma! | 3:05 | The Three Tenors In Concert | Orchestra del Maggio Musicale Fiorentino, Orchestr |
| Finale Medley  Maria  Tonight  'O paese d' o sole, | 5:31 | The Three Tenors In Concert | Luciano Pavarotti |
| Memory, Ochi Tchomïye  Cammino, La vie en rose | 6:54 | The Three Tenors In Concert | José Carreras  Luciano Pavarotti & Plácido Domingo |
| Mattinata  Wien  Wien  Nur du Allen, Amapola, O s | 8:06 | The Three Tenors In Concert | José Carreras  Luciano Pavarotti & Plácido Domingo |
| Encore 'O Sole Mïo | 2:53 | The Three Tenors In Concert | José Carreras  Luciano Pavarotti & Plácido Domingo |
| Encore  Nessun dorma | 3:30 | The Three Tenors In Concert | José Carreras  Luciano Pavarotti & Plácido Domingo |
| Bi Ghâale | 5:27 | Kontome | Gabin Dabïre |
| Siza | 4:56 | Kontome | Gabin Dabïre |
| Bi' Ghâale Za | 3:11 | Kontome | Gabin Dabïre |
| Doudou | 5:01 | Kontome | Gabin Dabïre |
| Toro Woulou | 4:53 | Kontome | Gabin Dabïre |

KATRIELLAW    866-3734023    01/09/2007  08:10    PAGE  05

Trial Ex. 2784, Page 4 of 23

| Name | Time | Album | Artist |
|---|---|---|---|
| Fanta | 3:59 | Kontôme | Gabin Dabiré |
| Kontôme | 4:23 | Kontôme | Gabin Dabiré |
| Manam a Ne Aw a | 4:37 | Kontômé | Gabin Dabiré |
| Myah Ye | 5:38 | Kontome | Gabin Dabire |
| Warba | 4:22 | Kontône | Gabin Dabiré |
| A Nssala | 3:27 | Kontôme | Gabin Dabiré |
| Emotion | 4:23 | Movin' Melodies | ATB |
| Underwater World | 4:11 | Movin' Melodies | ATB |
| 9 PM (Till I Come) | 3:13 | Movin' Melodies | ATB |
| Don't Stop | 3:41 | Movin' Melodies | ATB |
| Movin' Melodies | 5:56 | Movin' Melodies | ATB |
| Sunburn | 3:52 | Movin' Melodies | ATB |
| Ecstasy | 4:21 | No Silence | ATB |
| InterCity | 5:26 | No Silence | ATB |
| You're Not Alone- (Airplay Chill Mix) | 3:13 | You're Not Alone   EP | ATB |
| Dedicated | 4:15 | Dedicated | ATB |
| Gipsy (Don't Let the Drugs Get You) [Robbie Rivera'] | 7:25 | UMM House Playlists Vol 1 | Gipsy |
| E Samba | 8:36 | Trust It | Junior Jack |
| Music Is Movin  Dub) | 6:10 | Clublife 3 | Bryan Cox |
| Call On Me (JJ Stackt olm Club Remix) | 7:50 | Call On Me - EP | Eric Prydz |
| Da Hype | 6:49 | Trust It | Junior Jack |
| Love Is Stronger Than Pride | 4:19 | Stronger Than Pride | Sade |
| Paradise | 4:04 | Stronger Than Pride | Sade |
| Nothing Can Come Between Us | 4:25 | Stronger Than Pride | Sade |
| Heart Me | 5:53 | Stronger Than Pride | Sade |
| Turn My Back On You | 6:09 | Stronger Than Pride | Sade |
| Keep Looking | 5:24 | Stronger Than Pride | Sade |
| Clean Heart | 4:04 | Stronger Than Pride | Sade |
| Give It Up | 3:53 | Stronger Than Pride | Sade |
| I Never Thought  d See the Day | 4:15 | Stronger Than Pride | Sade |
| Siempre Hay Esperanza (Instrumental) | 5:18 | Stronger Than Pride | Sade |
| No Ordinary Love | 7:22 | The Best of Sade (Remaster) | Sade |
| Your Love Is King | 3:41 | The Best of Sade (Remaster) | Sade |
| Jezebel | 5:51 | The Best of Sade (Remaster) | Sade |
| The Sweetest Taboo | 4:39 | The Best of Sade (Remaster) | Sade |
| Teardrop | 5:30 | Mezzanine | Massive Attac |
| Lebanese Blonde | 4:48 | The Mirror Conspiracy | Thievery Corporation |
| While We're Young | 2:29 | Paris in April | April March |
| Le Temps De L'Amour | 2:35 | Paris in April | April March |
| For the Birds | 3:21 | | Pixar |
| Boundin' | 4:40 | | Pixar |
| Knick Knack | 3:33 | | Pixar |
| Tin Toy | 5:09 | | Pixar |
| Geri's Game | 4:49 | | Pixar |
| Hung Up | 5:37 | Confessions On a Dance Floor (Deluxe Version) | Madonna |
| Sorry | 4:41 | Confessions On a Dance Floor (Deluxe Version) | Madonna |
| Forbidden Love | 4:22 | Confessions On a Dance Floor (Deluxe Version) | Madonna |

Page 2 of 6

Trial Ex. 2784, Page 5 of 23

| Name | Time | Album | Artist |
|---|---|---|---|
| Blowin' In the Wind | 2 46 | The Best of Bob Dylan | Bob Dylan |
| Five Feet High and Rising | 1 46 | Songs of Our Soil | Johnny Cash |
| Knock'n' On Heaven's Door | 2 31 | The Essential Bob Dylan | Bob Dylan |
| Puff, the Magic Dragon | 3 28 | The Best of Peter, Paul & Mary  Ten Years Together | Peter, Paul And Mary |
| Coming Into los Angeles | 3 06 | Running Down the Road | Arlo Guthrie |
| Wreck of the Edmund Fitzgerald (LP Version) | 6 32 | Rhino Hi-Five  Gordon Lightfoot    EP | Gordon Lightfoot |
| Hallelujah | 4 38 | The Essential Leonard Cohen | Leonard Cohen |
| Humbled in Love | 5 15 | Recent Songs | Leonard Cohen |
| Go Down Moses | 2 44 | Arlo Guthrie | Arlo Guthrie |
| A Change Is Gonna Come | 4 16 | Dreams to Remember - The Otis Redding Anthology | Otis Redding |
| Fortunate Son | 2 20 | Chronicle, Vol 1 | Creedence Clearwater Revival |
| Masters of War | 4 32 | The Freewheelin' Bob Dylan (Remastered) | Bob Dylan |
| Long Time Gone | 4 17 | Crosby, Stills & Nash | Crosby, Stills & Nash |
| Dark Star | 4 45 | CSN | Crosby, Stills & Nash |
| Wonderful Tonight | 6 42 | One More Car, One More Rider | Eric Clapton |
| Jesus Just Left Chicago | 3 30 | The ZZ Top Six Pack (Box Set) | ZZ Top |
| I Thank You | 3 23 | Chrome, Smoke & BBQ  The ZZ Top Box (Box Set) | ZZ Top |
| La Grange | 3 54 | ZZ Top - Hi Five  ZZ Top    EP | ZZ Top |
| Brick House | 3 27 | Pure Funk | The Commodores |
| Papa Was a Rollin Stone | 6 57 | 20th Century Masters  The Millennium Collection | The Temptations |
| Living for the City | 7 23 | Stevie Wonder  The Definitive Collection | Stevie Wonder |
| Hound Dog | 3 32 | Lost Blues Tapes / American Folk Blues Festival '9 | Big Mama Thornton |
| The Chanukah Song | 3 43 | What the Hell Happened to Me? | Adam Sandler |
| Where's Johnny | 4 43 | Candyland | James McMurtry |
| Safe Side | 4 11 | Candyland | James McMurtry |
| Sugaree | 7 34 | Steppin Out With the Grateful Dead  England 72 ( | Grateful Dead |
| Ship of Fools | 5 27 | Grateful Dead From the Mars Hotel | Grateful Dead |
| Angie | 4 33 | Goats Head Soup | The Rolling Stones |
| Fool to Cry | 5 05 | Black and Blue | The Rolling Stones |
| Lawyers, Guns and Money | 3 29 | A Quiet Normal Life    The Best of Warren Zevon | Warren Zevon |
| Roland the Headless Thompson Gunner | 3 44 | A Quiet Normal Life  The Best of Warren Zevon | Warren Zevon |
| Depot Depot | 3 46 | The Heart of Saturday Night | Tom Waits |
| Eggs and Sausage (In a Cadillac With Susan Miche – | 4 19 | Nighthawks at the Diner | Tom Waits |
| Jersey Girl | 5 11 | Heartattack and Vine | Tom Waits |
| Is This It | 2 31 | Is This It | The Strokes |
| Ferdinand the Bull | 7 39 |  | Disney |
| Good Scouts | 7 39 |  | Disney |
| Help Wanted / Reef Blower | 23 39 | SpongeBob SquarePants  Season 1 | SpongeBob SquarePants |
| Bubblestand / Ripped Pants | 23 34 | SpongeBob SquarePants  Season 1 | SpongeBob SquarePants |
| Jellyfish / Plankton | 23 33 | SpongeBob SquarePants, Season 1 | SpongeBob SquarePants |
| Thank You So Much | 43 30 | Desperate Housewives  Season 2 | Desperate Housewives |
| Remember | 28 41 | Desperate Housewives  Season 2 | Desperate Housewives |
| Wish You Were Here | 5 34 | Wish You Were Here | Pink Floyd |
| Another Brick in the Wall, Pt 1 | 5 09 | The Wall | Pink Floyd |
| Another Brick in the Wall, Pt 2 | 3 59 | The Wall | Pink Floyd |
| Mother | 5 36 | The Wall | Pink Floyd |
| Another Brick in the Wall, Pt 3 | 1 14 | The Wall | Pink Floyd |

Page 3 of 6

Trial Ex. 2784, Page 6 of 23

## Purchased

| Name | Time | Album | Artist |
|---|---|---|---|
| In the Flesh | 4 17 | The Wall | Pink Floyd |
| Hurricane | 8 30 | Desire | Bob Dylan |
| Jokerman | 6 15 | The Best of Bob Dylan | Bob Dylan |
| Maggie's Farm | 3 53 | The Essential Bob Dylan | Bob Dylan |
| Mr Tambourine Man | 5 3. | Bob Dylan's Greatest Hits (Remastered) | Bob Dylan |
| Positively 4th Street | 3 54 | The Essential Bob Dylan | Bob Dylan |
| Bad Bad Leroy Brown | 2 49 | Have You Heard Jim Croce (Live | Jim Croce |
| You Don't Mess Around With Jim | 2 46 | Have You Heard Jim Croce (Live | Jim Croce |
| Operator (That's Not the Way It Feels) | 2 30 | Have You Heard Jim Croce (Live | Jim Croce |
| New York's Not My Home | 2 59 | Have You Heard Jim Croce (Live | Jim Croce |
| Wild Word | 3 20 | Tea for the Tillerman | Cat Stevens |
| The Wabash Cannonball | 3 05 | American Favorite Ballads, Vol | Pete Seeger |
| Russian Girls | 3 54 | All Over the World | Arlo Guthrie |
| Tennessee Stud | 3 42 | One Night | Arlo Guthrie |
| After the Garden | 3 21 | Living With War | Neil Young |
| Living With War | 5 03 | Living With War | Neil Young |
| The Restless Consumer | 5 46 | Living With War | Neil Young |
| Shock and Awe | 4 51 | Living With War | Neil Young |
| Families | 2 24 | Living With War | Neil Young |
| Flags of Freedom | 3 40 | Living With War | Neil Young |
| Let's Impeach the President | 5 07 | Living With War | Neil Young |
| Lookin' for a Leader | 4 02 | Living With War | Neil Young |
| Roger and Out | 4 23 | Living With War | Neil Young |
| America the Beautiful | 2 56 | Living With War | Neil Young |
| Digital Booklet - Living With War | | | |
| Jukebox | 4 13 | | The Strokes |
| If I Had a Hammer | 2 10 | The Very Best of Peter, Paul and Mary | Peter, Paul And Mary |
| A Hard Rain's A Gonna Fall | 6 56 | The Freewheelin' Bob Dylan (Fe...asters) | Bob Dylan |
| Slagger Lee | 2 59 | Blues Masters, Vol 2 Professor...ngthe | Professor Longhair |
| Gates of Eden | 7 30 | The Bootleg Series, Vol 6 Bob I...flan L. e 1964  C | Bob Dylan |
| It's All Over Now  Baby Blue | 5 45 | The Bootleg Series  Vol 4  Bob Dylan L. e 1966 - T | Bob Dylan |
| Nobody Loves Me But My Mother | 1 27 | B B King Anthology | B B King |
| A Bunch of Lonesome Heroes | 3 12 | Songs from a Room | Leonard Cohen |
| A Singer Must Die | 3 16 | New Skin for the Old Ceremony | Leonard Cohen |
| A Thousand Kisses Deep | 6 25 | Ten New Songs | Leonard Cohen |
| Ain't No Cure for Love | 4 49 | I'm Your Man | Leonard Cohen |
| Field Commander Cohen | 3 58 | New Skin for the Old Ceremony | Leonard Cohen |
| In My Secret Life | 4 53 | Ten New Songs | Leonard Cohen |
| Closing Time | 5 58 | | Leonard Cohen |
| Here It Is | 4 14 | Ten New Songs | Leonard Cohen |
| By the Rivers Dark | 5 17 | Ten New Songs | Leonard Cohen |
| Alexandra Leaving | 5 22 | Ten New Songs | Leonard Cohen |
| You Have Loved Enough | 5 39 | Ten New Songs | Leonard Cohen |
| Boogie Stree | 6 02 | Ten New Songs | Leonard Cohen |
| The Colours (Indigo Mix) | 7 12 | The Colours   EP | Art of Trance |
| Easter Island | 8 42 | Easter Island - Single | Art of Trance |
| Easter Island (Cygnus X Mix) | 6 55 | Easter Island   Single | Art of Trance |

Page 4 of 6

| Name | Time | Album | Artist |
|---|---|---|---|
| Mongoose (Tek Tonik Remix) | 5:52 | UpFront Trance | Art Of Trance |
| Forever (Aspekt Mix) | 7:42 | UpFront Trance | Smith & Pledger |
| Eighties (Ozgur Can Remix) | 6:13 | UpFront Trance | Yilmaz Altanman |
| Someday (Original Mix) | 8:19 | UpFront Trance | White Room feat  Amy Cooper |
| Fina (Andy Moor Remix) | 6:22 | UpFront Trance | Ridge Walkers feat  EL |
| Wave Force | 6:31 | UpFront Trance | Perry O'Neil |
| Point Zero (Matt Darey Mix) | 6:30 | UpFront Trance | Matt Darey feat  Li Kwan |
| Mind Games (Original Mix) | 6:11 | UpFront Trance | Oliver Prime |
| Children of the Sun (Original Mix) | 4:19 | UpFront Trance | Rob Griefman |
| Air (G&M Project Remix) | 5:36 | UpFront Trance | Musikman |
| Madagasca (Radio Edit) | 7:22 | UpFront Trance | Art of Trance |
| Kaleidoscope (Oliver Lieb Remix) | 8:13 | Madagasca  Sinc  ... | Art of Trance |
| Turandot  Popolo Di Pechino!" (Un Mandarino, Coro) | 2:19 | Puccini  Turandot | Chor der Wiener Staatsoper  Herbert von Karajan, |
| Turandot  "Indietro  Canil  (Coro, Liu) | 0:47 | Puccini  Turandot | Barbara Hendricks  Chor der Wiener Staatsoper, H |
| Turandot  "Padre! Mio Padre!" (Calaf, Coro, Liu, Tim | 3:08 | Puccini  Turandot | Barbara Hendricks  Chor der Wiene  Staatsoper  P |
| Turandot  "Gra la Cole!" (Coro  Calaf, Liu) | 2:27 | Puccini  Turandot | Barbara hendricks  Chor der Wiene  Staatsoper  H |
| Turandot  "Perche Tarda  la Luna?" (Coro) | 4:07 | Puccini  Turandot | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot  "La  Sui Monti Dell'Est  (Coro Di Ragazzi | 1:14 | Puccini  Turandot | Herbert von Karajan, Wiener Philharmoniker & Wie |
| Turandot  O Giovinetto! Grazia, Grazia!" (Coro, Cal | 3:38 | Puccini  Turandot | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot  "La Grazia, Principessa!   O Divina Belez. | 1:56 | Puccini  Turandot | Chor der Wiener Staatsoper; Herbert von Karajan |
| Turandot  Figlio Che Fai?" (Timur  Calaf  Liu, Coro) | 1:52 | Puccini  Turandot | Barbara Hendricks, Chor der Wiener Staatsoper  H |
| Turandot  Fermo! Che Fai?" (Ping, Pong  Pang, Ca | 1:69 | Puccini  Turandot | Francesco Araiza, Gottfried Hornik  heinz Zednik  F |
| Turandot  "Silenzio  Ola!" (Coro  Ping  Pang  Pong, | 1:54 | Puccini  Turandot | Chor der Wiener Staatsoper  Francesco Araiza, Gott |
| Turandot  "Notte Senza Lumicino" (Pang  Pong, Pin | 2:49 | Puccini  Turandot | Chor der Wiener Staatsoper  Francesco Araiza, Gott |
| Turandot  Signore Ascolta! | 2:47 | Puccini  Turandot | Barbara Henonoks  Herbert von Krejan & Wiener |
| Turandot  "Non  Plangere  Liu | 2:28 | Puccini  Turandot | Barbara Hendricks, Herbert von Karajan  Placido D |
| Turandot  "Ah! Per L'ultima Volta!" Timur  Liu  Ping | 3:07 | Puccini  Turandot | Gottfried Hornik  Heinz Zechik  Herbert von Karajan |
| Turandot  Ola  Pang! Ola  Pong | 1:00 | Puccini  Turandot | Francesco Araza  Gottfried Hornik  Heinz Z-dn k  r |
| Turandot  O'China  Cha e:  Sussu! v (P ng  Pong  F | 2:03 | Puccini  Turandot | Francesco Araza  Gottried Hornik  Heinz Zednik  |
| Turandot  "Ho una Casa Nell'Po-an' | 3:10 | Puccini  Turandot | Francesco Araza, Gottfried Hornik  Heinz Zednik, h |
| Turandot  "O Mondo Pieno Di Pazzi Innamoratti" (P, | 1:52 | Puccini  TLrandot | Chor der Wiener Staatsoper  Francesco Araiza, Gott |
| Turanoa  "Addio  Amore, Adoio  Razza! (Ping  Pon | 1:57 | Puccini  Turandot | Francesco Araiza, Gottfried Hornk, henz Zeonik, H |
| Turandot  Non Ve  In China Per Nostra Fortuna. (Pi | 1:48 | Puccini  Turandot | Francesco Araza  Gottfned Hornik, He nz Zeonik, H |
| Turandot  'Udite Trombe! Altro Che Pace!* | 1:18 | Puccini  Turandot | Francesco Araza  Gottfried Hornik; Hanz Zednik  P |
| Turandot  'Grav, Enormi Ed Imponeno!" (Coro) | 3:14 | Puccini  Turandot | Chor der Wiener Staatsoper  Herbert von Karajan |
| Turandot  Un Giuramento Atroce Mi Costringe' (At: | 3:37 | Puccini  Turandot | Herbert von Karajan  Piero de Palma, Placido Domi |
| Turandot  Diecimila Anni Al Nostro Imperatore' | 1:31 | Puccini  Turandot | Chor del Wiener Staatsoper, Herbet von Karajan, |
| Turandot  Popolo Di Pechino!  (Il Mandarino  Coro | 1:42 | Puccini  Turandot | Herbert von Karajan, Segmund Nimsgern  Wiener |
| Turandot  "In Questa Reggia  (Turendoo, Coro) | 3:06 | Puccini  Turandot | Chor der Wiener Staatsoper  Herbert von Karajan |
| Turandot  "O, Principi Che e Lunghe Carovane (Tu | 4:24 | Puccini  Turandot | Chor der Wiener Staatsoper  Herbert von Karajan, |
| Turandot  "Das Erste Ratsel  'Straniero  Ascolta! (T | 2:02 | Puccini  Turandot | Herbert von Karajan  Katia Rioz arelli, A Wiener Phil |
| Turandot  Die Erste Antwort  'Sil Panasca!" (Calar | 0:56 | Puccini  Turandot | Chor der Wiener Staatsoper  Herbert von Karajan |
| Turandot  Das Zwelte Ratsel  'Guzza Al Pari Di Fia | 1:39 | Puccini  Turandot | Barbara Hendricks  Chor der Wiener Staatsoper  H |
| Turandot  Cie Zwei:e Antv on  "Si  Principessa!" (Ce | 1:02 | Puccini  Turandot | Chor der Wiener Staatsoper  Herbert von Karaja |
| Turandot  Das Dritte Ratse:  'Cielo Che Ti Da Foco' | 2:02 | Puccini  Turandot | Herbert von Karajan  Katia R oziarelli, A Wiener Phil |
| Turandot  Die Dritte Antwort  "La Mia Vittoria" (Calal | 1:53 | Puccini  Turandot | Chor der Wiener Staatsoper  Herbert von Karajan |
| Turandot  "Figlio del Cielo!" (Turando!, L'Imperatore | 2:07 | Puccini  Turandot | Cnor der Wiener Staatsoper  Herbert von Kar=,=n |

Trial Ex. 2784, Page 8 of 23

## Purchased

| Name | Album | Time | Artist |
|---|---|---|---|
| Turandot "No, No, Principessa Altera, (Gala , Altou | Puccini Turandot | 3 28 | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot "Al Tuo Piedi Ci Prostriam (La Folla) | Puccini Turandot | 2 33 | Chor der Wiener Staatsoper, Herber von Karajan |
| Turandot Cosi Comanda Turandot (Coro, Coro Di ... | Puccini Turandot | 3 59 | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot "Nessun Dorma" | Puccini Turandot | 3 15 | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot "Tu Che Guardi Le Stelle" (Ping, Pong, P | Puccini Turandot | 2 25 | Chor der Wiener Staatsoper Francisco Araiza Go |
| Turandot "Straniero, Tu Non Sai" (Ping, Pong Pan | Puccini Turandot | 1 44 | Chor der Wiener Staatsoper Francisco Araiza Go ! |
| Turandot "Principessa Divina" (Ping Turandot Cal | Puccini Turandot | 2 46 | Barbara Hendricks, Chor der Wiener Staatsoper, G |
| Turandot "Signor, Non Parlero" (Liu Ping, Timur | Puccini Turandot | 1 34 | Barbara Hendricks, Chor der Wiener Staatsoper G |
| Turandot "Chi Pose Tanta Forza Nel Tuo Cuore? ( | Puccini Turandot | 2 59 | Barbara Hendricks Herbert von Karajan Katia Ricc |
| Turandot "Strappatele Il Segreto! (Turandot, Ping | Puccini Turandot | 1 32 | Barbara Hendricks Chor der Wiener Staatsoper, ... |
| Turandot Tu Che Di Gel Sei Cinta" (Liu Coro Cal | Puccini Turandot | 3 20 | Barbara Hendricks Chor der Wiener Staatsoper , ... |
| Turandot Liu! Liu! So gli Sorgi! (Timur, Ping Coro | Puccini Turandot | 2 36 | Chor der Wiener Staatsoper Gottfried Hornik, Herb |
| Turandot "Liu Bonta! Liu, Dolcezza!" (Timur Pong, | Puccini Turandot | 3 21 | Chor der Wiener Staatsoper Francisco Araiza, Gott |
| Turandot Principessa Di Morte!" (Calaf Turandot) | Puccini Turandot | 3 57 | Herbert von Karajan, Katia Ricciarelli, Placido Domi |
| Turandot Che È Mai Di Me? (Turandot, Calaf Cor | Puccini Turandot | 2 56 | Chor der Wiener Staatsoper Herben von Karajan, |
| Turandot "La Tua Gloria "Isplende Nell'incanto" (C | Puccini Turandot | 3 35 | Herbert von Karajan, Katia Ricciarelli, Placido Dom |
| Turandot Piu Grande Vittoria Non Voler!" (Turando | Puccini Turandot | 1 03 | Herbert von Karajan, Katia Ricciarelli, Placido Domi |
| Turandot So Il Tuo Nome! (Turandot Calaf) | Puccini Turandot | 1 30 | Chor der Wiener Staatsoper, Herbert von Karajan |
| Turandot "Diecimila Anni Al Nostro Imperatore" (C | Puccini Turandot | 1 49 | Chor der Wiener Staatsoper, Herbert von Karajan, |
| Turandot Padre Augusto" (Turandot, Coro, Coro Di | Puccini Turandot | 2 02 | Chor der Wiener Staatsoper, Herbert von Karajan, |
| Listen to the Rain On the Roof | Desperate Housewives  Season 3 | 43 36 | Desperate Housewives |
| It Takes Two | Desperate Housewives  Season 3 | 43 33 | Desperate Housewives |
| Like It Was | Desperate Housewives  Season 3 | 43 57 | Despe ate Housewives |
| Nice She Ain't | Desperate Housewives  Season 3 | 43 57 | Desperate Housewives |
| Bang | Desperate Housewives, Season 3 | 43 57 | Despe ate Housewives |
| Children and Art | Desperate Housewives, Season 3 | 43 57 | Desperate Housewives |
| Beautiful Girls | Desperate Housewives Season 3 | 43 57 | Desperate Housewives |
| The Mire e Song | Desperate Housewives, Season 3 | 43 57 | Despe ate Housewives |
| Olthos Feliz | Desperate House  ves Season 2 | 2 13 | Shorts international |

ROSEN 000010

## Purchased
### 263 songs 1 02:56:24 total time 6:02 GB

| Name | Time | Album | Artist |
|------|------|-------|--------|
| Close to You | 5 02 | In My Memory | Tiësto |
| Fais Groove | 2 45 | San Francisco Sessions Vol 1 Mar | Sirus |
| Esta Noche | 4 10 | Gran Hotel Buenos Aires | Federico Aubele |
| Ready Steady Go | 4 13 | Bunkka | Paul Oakenfold |
| Hypnolised | 6 23 | Bunkka | Paul Oakenfold & Tiff Lacey |
| Southern Sun | 6 57 | Bunkka | Paul Oakenfold |
| Dance Me to the End of Love | 6 12 | Cohen Live | Leonard Cohen |
| Ante Tus Ojos | 4 20 | Gran Hotel Buenos Aires | Federico Aubele |
| El Amor de Este Pueblo | 3 08 | Gran Hotel Buenos Aires | Federico Aubele |
| Salvacion | 3 01 | Gran Hotel Buenos Aires | Federico Aubele |
| Motion | 6 23 | Bunkka | Paul Oakenfold |
| Born Too Slow (NuBreed Dub) | 6 17 | Born Too Slow Remix EP2 | The Crystal Method |
| Born Too Slow (Deepsky's Green Ab | 8 14 | Born Too Slow Remix EP2 | The Crystal Method |
| Zeus No Like Techno (Overfunkt Re | 7 33 | Zeus No Like Techno / Grey Over Gr | Banco de Gaia |
| Flashbeats Dub | 5 36 | Flashdance Single | Deep Dish |
| I Will Survive (Single) | 3 18 | 20th Century Masters The Millenniu | Gloria Gaynor |
| Bad Girls | 4 55 | 20th Century Masters The Millenniu | Donna Summer |
| Come 'n Gimme Your (Orgasmix) | 4 40 | Come n Gimme Your Single | Little Menace |
| Come n Gimme Your (I a Freak Mi?) | 3 13 | Come n Gimme Your Single | Little Menace |
| Nyana | 6 46 | Just Be | Tiësto |
| Just Be | 8 46 | Just Be | Tiesto & Kirsty Hawkshaw |
| Morrakech (A and T Remix) | 8 35 | Morrakech - Single | ATB |
| Get Busy | 4 18 | Get Busy - Single | Sean Paul |
| Romance for Guitar and String Orch | 3 21 | Classic Williams Romance of the G | John Williams |
| I Arlesiana E la solita storia Anch'i | 4 21 | The Three Tenors In Concert | José Carreras |
| L Africaine O paradis sorti rie l onde | 3 12 | The Three Tenors In Concert | Placido Domingo |
| Tosca Recondita armonia | 2 37 | The Three Tenors In Concert | Luciano Pavarotti |
| Das Land des Lachelns Dein Ist mei | 3 36 | The Three Tenors In Concert | Placido Domingo |
| Rondine al nido | 3 35 | The Three Tenors In Concert | Luciano Pavarotti |
| Cora ngrato | 3 28 | The Three Tenors In Concert | José Carreras |
| Torna a Surriento | 2 52 | The Three Tenors In Concert | Luciano Pavarotti |
| Granada | 3 41 | The Three Tenors In Concert | Jose Carreras |
| La tabernera del puerto No puede ser | 2 43 | The Three Tenors In Concert | Plácido Domingo |
| Andrea Chénier Un di all azzuro sp | 5 11 | The Three Tenors In Concert | José Carreras |
| Tosca E lucevan le stelle | 2 40 | The Three Tenors In Concert | Orchestra del Maggio Musicale Flore |
| Turandot Nessum dorma! | 3 05 | The Three Tenors In Concert | Luciano Pavarotti |
| Finale Medley Maria - Tonight O pa | 5 31 | The Three Tenors In Concert | José Carreras, Luciano Pavarotti & |
| Memory Ochi Tchornyc Caminito, | 6 54 | The Three Tenors In Concert | José Carreras Luciano Pavarotti & |
| Mattinata, Wien Wien Nur du Allein | 8 06 | The Three Tenors In Concert | José Carreras, Luciano Pavarotti & |
| Encore 'O Sole Mio | 2 53 | The Three Tenors In Concert | José Carreras, Luciano Pavarotti 3 |
| Encore Nessun dorma | 3 30 | The Three Tenors In Concert | José Carreras, Luciano Pavarotti, Or |
| Bi Gbêale | 5 27 | Kontômè | Gabin Dabiré |
| Bi Gbêale Zã | 3 11 | Kontômè | Gabin Dabire |
| Doudou | 5 01 | Kontômè | Gabin Dabire |
| Yorô Wnulou | 4 53 | Kontômè | Gabin Dabiré |
| Fanta | 3 58 | Kontômè | Gabin Dabiré |
| Kontômê | 4 23 | Kontômè | Gabin Dabiré |
| Mariam a Ne Awa | 4 37 | Kontômè | Gabin Dabiré |
| Myab Ye | 5 36 | Kontômè | Gabin Dabiré |
| Warba | 4 22 | Kontômè | Gabin Dabiré |
| A Nisala | 3 27 | Kontômè | Gabin Dabire |
| Emotion | 4 23 | Movin Melodies | ATB |
| Underwater World | 4 11 | Movin' Melodies | ATB |
| 9 FM (Till I Come) | 3 13 | Movin Melodies | ATB |
| Don t Stop | 3 41 | Movin' Melodies | ATB |
| Movin Melodies | 5 56 | Movin Melodies | ATB |
| Sunburn | 3 52 | Movin' Melodies | ATB |
| Ecstacy | 4 21 | No Silence | ATB |
| IntenCity | 5 26 | No Silence | ATB |
| You're Not Alone (Airplay Chill Mix) | 3 17 | You're Not Alone - EP | ATB |
| Dedicated | 4 15 | Dedicated | ATB |
| Gipsy (Don t Let the Drugs Get You) | 7 25 | UMM House Playlists Vol 1 | Gipsy |
| E Samba | 6 36 | Trust It | Junior Jack |



**Purchased**

| Name | Time | Album | Artist |
|---|---|---|---|
| Music Is Movin' (Dub) | 6 10 | Clublife 3 | Bryan Cox |
| Call On Me ( DJ Stockholm Club Rem | 7 50 | Call On Me  FP | Eric Prydz |
| Da Hype | 6 49 | Trust It | Junior Jack |
| Love Is Stronger Than Pride | 4 19 | Stronger Than Pride | Sade |
| Paradise | 4 04 | Stronger Than Pride | Sade |
| Nothing Can Come Between Us | 4 25 | Stronger Than Pride | Sade |
| Haunt Me | 5 53 | Stronger Than Pride | Sade |
| Turn My Back On You | 6 00 | Stronger Than Pride | Sade |
| Keep Looking | 5 24 | Stronger Than Pride | Sade |
| Clean Heart | 4 04 | Stronger Than Pride | Sade |
| Give It Up | 3 51 | Stronger Than Pride | Sade |
| I Never Thought I'd See the Day | 4 15 | Stronger Than Pride | Sade |
| Siempre  Hay Esperanza (Instrument | 5 18 | Stronger Than Pride | Sade |
| No Ordinary Love | 7 22 | The Best of Sade (Remaster) | Sade |
| Your Love Is King | 3 41 | The Best of Sade (Remaster) | Sade |
| Jezebel | 5 31 | The Best of Sade (Remaster) | Sade |
| The Sweetest Taboo | 4 38 | The Best of Sade (Remaster) | Sade |
| Teardrop | 5 30 | Mezzanine | Massive Attack |
| Lebanese Blonde | 4 48 | The Mirror Conspiracy | Thievery Corporation |
| Whila We're Young | 2 29 | Paris in April | April March |
| Le Temps De L Amour | 2 35 | Paris in April | April March |
| For the Birds | 3 21 | | Pixar |
| Boundin' | 4 40 | | Pixar |
| Knick Knack | 3 33 | | Pixar |
| Tin Toy | 5 09 | | Pixar |
| Geri's Game | 4 49 | | Pixar |
| Hung Up | 5 37 | Confessions On a Dance Floor | Madonna |
| Sorry | 4 41 | Confessions On a Dance Floor (Delu | Madonna |
| Forbidden Love | 4 22 | Confessions On a Dance Floor (Delu | Madonna |
| Blowin' In the Wind | 2 46 | The Best of Bob Dylan | Bob Dylan |
| Five Feet High and Rising | 1 46 | Songs of Our Soil | Johnny Cash |
| Knockin' On Heaven s Door | 2 31 | The Essential Bob Dylan | Bob Dylan |
| Puff, the Magic Dragon | 3 20 | The Best of Peter, Paul & Mary  Ten | Peter, Paul And Mary |
| Coming Into los Angeles | 3 06 | Running Down the Road | Arlo Guthrie |
| Wreck of the Edmund Fitzgerald (LP | 6 32 | Rhino Hi Five  Gordon Lightfoot - EP | Gordon Lightfoot |
| Hallelujah | 4 38 | The Essential Leonard Cohen | Leonard Cohen |
| Humbled in Love | 5 15 | Recent Songs | Leonard Cohen |
| Go Down Moses | 2 44 | Arlo Guthrie | Arlo Guthrie |
| A Change Is Gonna Come | 4 16 | Dreams to Remember  The Otis Re | Otis Redding |
| Fortunate Son | 2 20 | Chronicle, Vol  1 | Creedence Clearwater Revival |
| Masters of War | 4 32 | The Freewheelin' Bob Dylan (Remas | Bob Dylan |
| Long Time Gone | 4 17 | Crosby, Stills & Nash | Crosby  Stills & Nash |
| Dark Star | 1 45 | CSN | Crosby  Stills & Nash |
| Wonderful Tonight | 6 42 | One More Car  One More Rider | Eric Clapton |
| Jesus Just Left Chicago | 3 30 | The ZZ Top Six Pack (Box Set) | ZZ Top |
| I Thank You | 3 23 | Chrome  Smoke & BBQ  The ZZ To | ZZ Top |
| La Grange | 3 54 | ZZ Top - Hi Five  ZZ Top  EP | ZZ Top |
| Brick House | 3 27 | Pure Funk | The Commodores |
| Papa Was a Rollin' Stone | 6 57 | 20th Century Masters  The Millenniu | The Temptations |
| Living for the City | 7 23 | Stevie Wonder  The Definitive Collec | Stevie Wonder |
| Hound Dog | 3 32 | Lost Blues Tapes / American Folk Bl | Big Mama Thornton |
| The Chanukah Song | 3 43 | What the Hell Happened to Me? | Adam Sandler |
| Where s  Johnny | 4 43 | Candyland | James McMurtry |
| Safe Side | 4 11 | Candyland | James McMurtry |
| Sugaree | 7 34 | Steppin' Out With the Grateful Dead | Grateful Dead |
| Ship of Fools | 5 27 | Grateful Dead From the Mars Hotel | Grateful Dead |
| Angie | 1 33 | Goats Head Soup | The Rolling Stones |
| Fool to Cry | 5 05 | Black and Blue | The Rolling Stones |
| Lawyers, Guns  and Money | 3 29 | A Quiet Normal Life  The Best of W | Warren Zevon |
| Roland the Headless Thompson Gu | 3 44 | A Quiet Normal Life  The Best of W | Warren Zevon |
| Depot Depot | 3 46 | The Heart of Saturday Night | Tom Waits |
| Eggs and Sausage (In a Cadillac Wit | 4 19 | Nighthawks at the Diner | Tom Waits |
| Jersey Girl | 5 11 | Heartattack and Vine | Tom Waits |
| Is This It | 2 31 | Is This It | The Strokes |
| Ferdinand the Bull | 7 39 | | Disney |
| Good Scouts | 7 39 | | Disney |

Page 2 of 5

ROSEN 000012

## Purchased

| Name | Time | Album | Artist |
|---|---|---|---|
| Help Wanted / Reef Blower | 23 38 | SpongeBob SquarePants Season 1 | SpongeBob SquarePants |
| Bubblestand / Ripped Pants | 23 34 | SpongeBob SquarePants Season 1 | SpongeBob SquarePants |
| Jellyfish / Plankton | 23 33 | SpongeBob SquarePants Season 1 | SpongeBob SquarePants |
| Thank You So Much | 43 30 | Desperate Housewives, Season 2 | Desperate Housewives |
| Remember | 1 25 41 | Desperate Housewives Season 2 | Desperate Housewives |
| Wish You Were Here | 5 34 | Wish You Were Here | Pink Floyd |
| Another Brick in the Wall, Pt 1 | 3 09 | The Wall | Pink Floyd |
| Another Brick in the Wall Pt 2 | 3 59 | The Wall | Pink Floyd |
| Mother | 5 36 | The Wall | Pink Floyd |
| Another Brick in the Wall Pt 3 | 1 14 | The Wall | Pink Floyd |
| In the Flesh | 4 17 | The Wall | Pink Floyd |
| Hurricane | 8 30 | Desire | Bob Dylan |
| Jokerman | 6 15 | The Best of Bob Dylan | Bob Dylan |
| Maggie's Farm | 3 53 | The Essential Bob Dylan | Bob Dylan |
| Mr Tambourine Man | 5 31 | Bob Dylan's Greatest Hits (Remaster | Bob Dylan |
| Positively 4th Street | 3 54 | The Essential Bob Dylan | Bob Dylan |
| Bad  Bad Leroy Brown | 2 49 | Have You Heard Jim Croce (Live) | Jim Croce |
| You Don't Mess Around With Jim | 2 46 | Have You Heard Jim Croce (Live) | Jim Croce |
| Operator (That's Not the Way It Feels) | 3 30 | Have You Heard Jim Croce (Live) | Jim Croce |
| New York's Not My Home | 2 59 | Have You Heard Jim Croce (Live) | Jim Croce |
| Wild World | 3 20 | Tea for the Tillerman | Cat Stevens |
| The Wabash Cannonball | 3 05 | American Favorite Ballads  Vol 1 | Pete Seeger |
| Russian Girls | 3 54 | All Over the World | Arlo Guthrie |
| Tennessee Stud | 3 42 | One Night | Arlo Guthrie |
| After the Garden | 3 21 | Living With War | Neil Young |
| Living With War | 5 03 | Living With War | Neil Young |
| The Restless Consumer | 5 46 | Living With War | Neil Young |
| Shock and Awe | 4 51 | Living With War | Neil Young |
| Families | 2 24 | Living With War | Neil Young |
| Flags of Freedom | 3 40 | Living With War | Neil Young |
| Let's Impeach the President | 5 07 | Living With War | Neil Young |
| Lookin  for a Leader | 4 02 | Living With War | Neil Young |
| Roger and Out | 4 23 | Living With War | Neil Young |
| America the Beautiful | 2 30 | Living With War | Neil Young |
| Digital Booklet  Living With War | | Living With War | Neil Young |
| Juicebox | 4 10 | | The Strokes |
| If I Had a Hammer | 2 10 | The Very Best of Peter, Paul and Mary | Peter  Paul And Mary |
| A Hard Rain's A Gonna Fall | 6 50 | The Freewheelin  Bob Dylan (Remas | Bob Dylan |
| Stagger Lee | 2 58 | Blues Masters, Vol 2  Professor Lon | Professor Longhair |
| Gates of Eden | 7 30 | The Bootleg Series  Vol 6  Bob Dyla | Bob Dylan |
| It s All Over Now  Baby Blue | 5 45 | The Bootleg Series, Vol 4  Bob Dyla | Bob Dylan |
| Nobody Loves Me But My Mother | 1 27 | B B King  Anthology | B B  King |
| A Bunch of Lonesome Heroes | 3 12 | Songs from a Room | Leonard Cohen |
| A Singer Must Die | 3 18 | New Skin for the Old Ceremony | Leonard Cohen |
| A Thousand Kisses Deep | 6 25 | Ten New Songs | Leonard Cohen |
| Ain t No Cure for Love | 4 49 | I m Your Man | Leonard Cohen |
| Field Commander Cohen | 3 55 | New Skin for the Old Ceremony | Leonard Cohen |
| In My Secret Life | 4 53 | Ten New Songs | Leonard Cohen |
| Closing Time | 5 58 | | Leonard Cohen |
| Here It Is | 4 11 | Ten New Songs | Leonard Cohen |
| By the Rivers Dark | 5 17 | Ten New Songs | Leonard Cohen |
| Alexandra Leaving | 5 22 | Ten New Songs | Leonard Cohen |
| You Have Loved Enough | 5 39 | Ten New Songs | Leonard Cohen |
| Boogie Street | 6 02 | Ten New Songs | Leonard Cohen |
| The Colours (Indigo Mix) | 7 12 | The Colours  EP | Art of Trance |
| Easter Island | 8 42 | Easter Island  Single | Art of Trance |
| Easter Island (Cygnus X Mix) | 6 55 | Easter Island  Single | Art of Trance |
| Mongoose (Tek Tonik Remix) | 5 52 | UpFront Trance | Art Of Trance |
| Forever (Aspekt Mix) | 7 42 | UpFront Trance | Smith & Pledger |
| Eighties (Ozgur Can Remix) | 8 13 | UpFront Trance | Yilmaz Altanhan |
| Someday (Original Mix) | 8 19 | UpFront Trance | White Room feat  Amy Cooper |
| Find (Andy Moor Remix) | 6 22 | UpFront Trance | Ridge Walkers feat  EL |
| Wave Force | 6 31 | UpFront Trance | Perry O Nell |
| Point Zero (Matt Darcy Mix) | 6 30 | UpFront Trance | Matt Darcy feat  Li Kwan |
| Mind Games (Original Mix) | 6 11 | UpFront Trance | Oliver Prime |
| Children of the Sun (Original Mix) | 4 19 | UpFront Trance | Rob Gitelman |

Page 3 of 5

ROSE\ 000013

## Purchased

| Name | Time | Album | Artist |
|------|------|-------|--------|
| Air (G&M Project Remix) | 5 36 | UpFront Trance | Musikman |
| Madagasca (Radio Edit) | 7 22 | Madagasca Single | Art of Trance |
| Kaleidoscopo (Oliver Lieb Remix) | 8 13 | Kaleidoscope EP | Art of Trance |
| Turandot "Popolo Di Pechino!" (Un | 2 19 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "Indietro, Cani!" (Coro Liu) | 0 47 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot Padre! Mio Padre! (Calaf | 3 08 | Puccini Turandot | Barbara Hendricks Chor der Wiener |
| Turandot "Gira la Cotel (Coro, Cala | 2 27 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot "Porché Tarda la Luna?" ( | 4 07 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "Là Sui Monti Dell'Est" (C | 1 14 | Puccini Turandot | Herbert von Karajan, Wiener Philh ir |
| Turandot O Giovinetto! Grazia Gra | 3 28 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot I a Grazia Principessa! - | 1 56 | Puccini Turandot | Chor der Wiener Staatsoper Herbert |
| Turandot Figlia Che Fai? (Timur | 1 52 | Puccini Turandot | Barbara Hendricks Chor der Wiener |
| Turandot Fermo! Che Fai? (Ping | 1 58 | Puccini Turandot | Francisco Araiza, Gottfried Hornik, H |
| Turandot "Silenzio Olà! (Coro Pin | 1 54 | Puccini Turandot | Chor der Wiener Staatsoper Francis |
| Turandot Notte Senza Lumicino" (P | 2 49 | Puccini Turandot | Chor der Wiener Staatsoper, Francis |
| Turandot Signore Ascolta! | 2 47 | Puccini Turandot | Barbara Hendricks Herbert von Kar |
| Turandot Non Piangere Liu | 2 29 | Puccini Turandot | Barbara Hendricks Herbert von Kar |
| Turandot "Ah! Por L'ultima Volta! (T | 3 07 | Puccini Turandot | Gottfried Hornik, Heinz Zednik, Herb |
| Turandot 'Olà Pang! Ola Pong!" | 1 30 | Puccini Turandot | Francisco Araiza Gottfried Hornik, H |
| Turandot 'O China, Che oi Sussulti | 2 03 | Puccini Turandot | Francisco Araiza, Gottfried Hornik, H |
| Turandot "Ho una Casa Nell Honan | 3 10 | Puccini Turandot | Francisco Araiza Gottfried Hornik H |
| Turandot "O Mondo Pieno Di Pazzi ! | 1 52 | Puccini Turandot | Chor der Wiener Staatsoper, Francis |
| Turandot 'Addio Amore Addio Raz | 1 57 | Puccini Turandot | Francisco Araiza Gottfried Hornik, H |
| Turandot Non Ve In China Per Nos | 1 48 | Puccini Turandot | Francisco Araiza, Gottfried Hornik H |
| Turandot "Udite Trombe! Altro Che | 1 18 | Puccini Turandot | Francisco Araiza Gottfried Hornik H |
| Turandot Gravi, Enormi Ed Impone | 3 14 | Puccini Turandot | Chor der Wiener Staatsoper Herbert |
| Turandot Un Giuramento Atroce Mi | 3 37 | Puccini Turandot | Herbert von Karajan Piero de Palma |
| Turandot "Diecimila Anni Al Nostro I | 1 31 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "Popolo Di Pechino! (Il M | 1 42 | Puccini Turandot | Herbert von Karajan Siegmund Nim |
| T randot In Questa Reggia" (Turan | 3 08 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot O Principi, Che a Lunghe | 4 24 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "Dec Erste Rätsel "Strani | 2 02 | Puccini Turandot | Herbert von Karajan Katia Ricciarelli |
| Turandot Die Erste Antwort "Sit Run | 0 56 | Puccini Turandot | Chor der Wiener Staatsoper Herbert |
| Turandot Das Zweite Rätsel Guizz | 1 39 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot Die Zweite Antwort St, Pr | 1 02 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot Das Dritte Rätsel Gelo C | 2 02 | Puccini Turandot | Herbert von Karajan, Katia Ricciarelli |
| Turandot Die Dritte Antwort I a Mie | 1 53 | Puccini Turandot | Chor der Wiener Staatsoper Herbert |
| Turandot ' Figlio del Cielo!" (Turand | 2 07 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "No, No Principessa Altor | 3 28 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot Ai Tuoi Piedi Ci Prostriam | 2 03 | Puccini Turandot | Chor der Wiener Staatsoper Herbert |
| Turandot "Così Comanda Turandot | 3 59 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "Nessun Dorma" | 3 15 | Puccini Turandot | Chor der Wiener Staatsoper Herbert |
| Turandot "Tu Che Guardi Le Stelle | 2 25 | Puccini Turandot | Chor der Wiener Staatsoper Francis |
| Turandot "Straniero Tu Non Sai" (Pi | 1 44 | Puccini Turandot | Chor der Wiener Staatsoper Francis |
| Turandot "Principessa Divina! (Pin | 2 46 | Puccini Turandot | Barbara Hendricks Chor der Wiener |
| Turandot Signor Non Parlarò!" (Liu | 1 34 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot "Chi Pose Tanta Forza Nel | 2 59 | Puccini Turandot | Barbara Hendricks Herbert von Kar |
| Turandot "Strappatela Il Segreto!" ( | 1 32 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot "Tu Che Di Gel Sei Cinta' | 3 20 | Puccini Turandot | Barbara Hendricks, Chor der Wiener |
| Turandot Liu! Liu! Sorgi Sorgi!" (Ti | 2 36 | Puccini Turandot | Chor der Wiener Staatsoper Gottfrie |
| Turandot "Liu Bontà! Liu, Dolcezza! | 3 21 | Puccini Turandot | Chor der Wiener Staatsoper, Francis |
| Turandot Principessa Di Morte! (( | 3 57 | Puccini Turandot | Herbert von Karajan Katia Ricciarelli |
| Turandot Che È Mai Di Me?" (Tura | 2 58 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot "La Tua Gloria Risplende | 3 35 | Puccini Turandot | Herbert von Karajan Katia Ricciarelli |
| Turandot Piu Grande Vittoria Non V | 1 03 | Puccini Turandot | Herbert von Karajan Katia Ricciarelli |
| Turandot So Il Tuo Nome! (Turand | 1 30 | Puccini Turandot | Herbert von Karajan Katia Ricciarelli |
| Turandot Diecimila Anni Al Nostro I | 1 49 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Turandot Padre Augusto (Turando | 2 02 | Puccini Turandot | Chor der Wiener Staatsoper, Herbert |
| Listen to the Rain On the Roof | 43 36 | Desperate Housewives, Season 3 | Desperate Housewives |
| It Takes Two | 43 33 | Desperate Housewives, Season 3 | Desperate Housewives |
| Like It Was | 43 57 | Desperate Housewives Season 3 | Desperate Housewives |
| Nice She Ain t | 43 57 | Desperate Housewives Season 3 | Desperate Housewives |
| Bang | 43 57 | Desperate Housewives Season 3 | Desperate Housewives |
| Children and Art | 43 57 | Desperate Housewives Season 3 | Desperate Housewives |
| Beautiful Girls | 42 57 | Desperate Housewives, Season 3 | Desperate Housewives |
| The Miracle Song | 43 47 | Desperate Housewives Season 3 | Desperate Housewives |

Page 4 of 5



## Apple Account Information

| | |
|---|---|
| Apple ID | marianna.rosen@earthlink.com |
| Payment Information | MasterCard ··· ··· ·· · 9578 |
| Billing Address | Mariannna Rosen |
| | 236 Tillou Puad |
| | South Orange NJ 07079 |
| | (973) 0131560 |
| Country | USA |
| Computer Authorizations | One machine is authorized to play music purchased with this account |
| Most Recent Purchase | December 10 2006 |
| Nickname | Anonymous |

CONFIDENTIAL          ROSEN 000015



**Purchased**

| Name | Time | Album | Artist |
|------|------|-------|--------|
| Office Party | 12 13 | | Shorts International |

ROSEN 000014

Trial Ex. 2784, Page 15 of 23



ROSEN 000016

**LIBRARY**
- Music
- Movies
- TV Shows
- Podcasts
- Radio

**STORE**

**DEVICES**
- The Essential

**PLAYLISTS**
- Party Shuffle
- 60's Music
- Music Videos
- Purchased Item

| | Artist | Type | Price |
|---|---|---|---|
| | Shorts International | Video | $1.99 |

Subtotal $1.99
Tax $0.14
Credit Card Total $2.13

Viewing Batch 1 out of 4

| Titles Included in order | Total Price |
|---|---|
| Like It Was, Men She Aint Dara, Children and Art, Beautiful Girls, The Miracle Song | $12.78 |
| It Takes Two | $1.99 |
| Listen to the Rain On the Roof | $1.99 |
| Puccini Turandot | $19.96 |
| Forever Eighties, Someday Find, Have Force, Point Zero, Mind Games | $49.83 |
| The Colours, Faster Island, Exiles Island (Cygnus X Mix), Mongoose | $0.99 |
| Here It Is, By the River, Dark, Alexandra Leaving, You Have Loved Enough, Boogie Street | $0.00 |
| In My Secret Life, Closing Time | $1.99 |
| If I Had a Hammer, A Hard Rain's A Gonna Fall, Stagger Lee, Gates of Eden, It's All Over Now, Baby | $0.00 |
| Living With War, Jukebox | $11.99 |
| Pushkin Girls, Tennessee Stud | $1.30 |

ROSEN 000017

LIBRARY
- 🎵 Music
- 🎬 Movies
- 📺 TV Shows
- 🎙 Podcasts
- 📻 Radio

STORE

DEVICES
- The Ersent

PLAYLISTS
- Party Shuffle
- 60's Music
- Music Videos

Shorts International    Video                                    $1.99

Subtotal  $1.99
Tax  $0.14
Credit Card Total  $2.13

Viewing Batch 2 out of 4

| Titles included in order | Total Price |
| --- | --- |
| Hurricane, Jokerman, Maggie's Farm, Mr Tambourine Man, Positively 4th Street, Bad, Bad Leroy Brown | $0.99 |
| Remember Pt 2, Wish You Were Here, Another Brick in the Wall, Pt 1, Another Brick in the Wall, Pt | $7.93 |
| No One Is Alone | $1.99 |
| I Know Things Now | $1.99 |
| It Wasn't Meant to Happen | $1.99 |
| Don't Look At Me | $1.99 |
| Everybody Says Don't | $1.99 |
| Could I Leave You? | $1.79 |
| There Is No Other Way | $1.99 |
| Silly People, Thank You So Much | $3.98 |
| Help Wanted / Reef Blower, Bubblestand / Ripped Pants, Jellyfish / Plankton | $5.97 |
| Ferdinand the Bull, Good Scouts | $3.98 |

ROSEN 000019

**LIBRARY**
- ♫ Music
- Movies
- TV Shows
- Podcasts
- Radio

**STORE**

**DEVICES**
- The Essentl

**PLAYLISTS**
- Party Shuffle
- 60's Music
- Music Videos
- Selected by Pa

Office Party                    Shorts International    Video

**Previous Purchases**

Viewing Batch 2 out of 4

| Order Date | Order | Titles Included in order |
|---|---|---|
| 05/20/06 | M211387 12 | Hurricane Jokerman Maggie's Farm Mr Tambourine Man, Positively 4th street Bad Bad F |
| 05/22/06 | M208812315 | Remember Pt 2, Wish You Were Here, Another Brk 1 in the Wall Pt 1, Another Brick in the |
| 05/16/06 | M205671S 0 | No One Is Alone |
| 05/09/06 | M201897419 | I Know Things Now |
| 05/09/06 | M198484583 | It Wasn't Meant to Happen |
| 04/18/06 | M190436815 | Don't Look At Me |
| 04/05/06 | M18589713 | Everybody Says Don't |
| 07/29/06 | M18013043N | Could I Leave You? |
| 03/15/06 | M172087702 | There is No Other Way |
| 02/23/06 | M16193395 | Silly People Thank You So Much |
| 02/01/06 | M149982635 | Help Wanted / Reef Blower Bubblestand / Ripped Pants Jellyfish / Plankton |
| 01/20/06 | M148279193 | Ferdinand the Bull Good Scouts |

ROSEN 000018

LIBRARY
- Music
- Movies
- TV Shows
- Podcasts
- Radio

STORE

DEVICES
- The Essenti...

PLAYLISTS
- Party Shuffle
- 60's Music
- Music Video
- Selected Item

Credit Card Total $213

Viewing Batch 3 out of 4

| Titles included in order | Total Price |
|---|---|
| There's Something About a War | $1.99 |
| Is This It, We're Gonna Be All Right | $2.98 |
| One More Kiss | $1.91 |
| Sorry, Forbidden Love, Blowin In the Wind, Five Feet High and Rising, Knockin On Heaven's Door, P | 15.64 |
| Hung Up | $0.99 |
| For the Birds, Bruindin, Juarl I Lock To Try, Gurla Game | $9.95 |
| Coming Home | $1.99 |
| I Wish I Could Forget You, Color and Light, The Sun Won't Set, That's Good, That's Bad | $3.95 |
| Next (Premiere), You Could Drive a Person Crazy, My Heart Belongs to Daddy, They Asked Me Why I | 17.95 |
| Stronger Than Pride, No Ordinary Love, Your Love is King, Jezebel, The Sweetest Taboo, Teardrop | $11.8 |
| Montoma, Emotion, Underwater, World, 9 PM (Till I Come), Don't Stop, Movin Melodies, Sunburn | $20.84 |
| Romance for Guitar and String Orchestra, The Three Tenors In Concert | $10.90 |

Batch 3 Total        ...

ROSEN 000021

01/09/2007 08 57 866-3734023 KATRIELLAW PAGE 08

File Edit Controls View Store Advanced Help
iTunes

marianne.rosen@earthlink.com

LIBRARY
Music
Movies
TV Shows
Podcasts
Radio

STORE

DEVICES
The Ls enh

PLAYLISTS
Party Shuffle
60s Music
Music Videos

Selected Item

Previous Purchases

Previous Next Viewing Batch 3 out of 4

| Order Date | Order | Titles included in order |
|---|---|---|
| 01/23/06 | M146022,60 | There's Something About a War |
| 01/16/06 | M14141175? | Is This It We're Gonna Be All Right |
| 01/09/06 | M13737707? | One More Kiss |
| 12/23/05 | M127611463 | Sorry Forbidden Love Blown in the Wind Five Feet High and Rising, Knockin On Heaven |
| 12/17/05 | M12516326? | Hung Up |
| 12/12/05 | M12346991_ | For the Birds Boundin' Knick Knack Tin Toy, Geri's Game |
| 12/05/05 | M12075403? | Coming Home |
| 12/02/05 | M11960408I | I Wish I Could Forget You Color and Light The Sun Won't Set That's Good, That's Bad |
| 11/30/05 | M11696364? | Next (Premiere), You Could Drive a Person Crazy My Heart Belongs to Daddy They Asked |
| 09/08/05 | M922861? | Stronger Than Pride No Ordinary Love, Your Love Is King, Jezebel The Sweetest Taboo |
| 08/08/05 | M841927?? | Kraftmé Emotion Underwater World 9 PM (Till I Come) Don't Stop, Mr Ali Melodies, Sun |
| 03/18/05 | M49977?5? | Romance for Guitar and String Orchestra, The Three Tenors In Concert |

Report a Pr

ROSEN 000020

LIBRARY
- Music
- Movie
- TV Shows
- Podcasts
- Radio

STORE

DEVICES
- The Escort9

PLAYLISTS
- Party Shuffle
- 60's Music
- Music Videos

Date  12/10/06 01:0P PM
Order  M324629791
Invoice  54734683X0

| Artist | Type | Price |
|---|---|---|
| Shorts International | Video | $1.99 |

Subtotal  $1.99
Tax  $0.14
Credit Card Total  $2.13

Viewing Batch 4 ou of 4

| Titles included in order | Total Price |
|---|---|
| Get Busy | $0.00 |
| Flashbeats Dub, I Will Survive, Bad Girls, Come 'n Gimme Your (Orgasmix), Come 'n Gimme Your (t | $1.92 |
| Born Too Slow (NuBreed Dub), Born Too Slow (Deepsky's Green Absinthe Mix), cous No Like Tech | $2.97 |
| Motion | $0.00 |
| Salvacion | $0.39 |
| Close to You, Joi + Groove, Fortune, Esta Noche, Ready, Steady, Go, Hypnotised, Southern Sun | $8.90 |

Screen Capture

ROSEN 000023

**LIBRARY**
- Music
- Movies
- TV Shows
- Podcasts
- Radio

**STORE**

**DEVICES**
- The Essenti...

**PLAYLISTS**
- Party Shuffle
- 60's Music
- Music Videos

## Latest Purchase

| Item | Artist | Type |
|---|---|---|
| Office Party | Shorts International | Video |

## Previous Purchases

Group 4          Viewing Batch 4 out of 4

| Order Date | Order | Titles included in order |
|---|---|---|
| 12/11/04 | MO 997015 | Get Busy |
| 07/10/04 | M17445787 | Fh nbrats Dub, I Will Survive, Bad Girls, Come n Gimme Your (Orgasmb), Come n' Given |
| 10/26/04 | M691591 | Born Too Slow (MuBreed Dub), Born Too Slow (Deep-Ly's Green Absinthe Mix), Feus No |
| 03/13/04 | M/675168 | Motion |
| 03/13/04 | M7873742 | Salvacion |
| 02/11/04 | M77 1994P | Close to You  His Groove, Postales Esta Noche, Ready Steady On Hypnotised, Southe |

ROSEN 000022