# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE


| | | |
|---|---|---|
| THE APPLE IPOD ITUNES | ) | NO. C 05-00037 YGR |
| ANTITRUST LITIGATION | ) | |
| | ) | PAGES 402 - 622 |
| | ) | |
| | ) | **JURY TRIAL VOLUME 3** |
| | ) | |
| | ) | |
| | ) | OAKLAND, CALIFORNIA |
| _____) | | WEDNESDAY, DECEMBER 3, 2014 |


**<u>REPORTERS' TRANSCRIPT OF PROCEEDINGS</u>**


APPEARANCES:

FOR PLAINTIFFS:          ROBBINS GELLER RUDMAN & DOWD LLP
                         655 WEST BROADWAY, SUITE 1900
                         SAN DIEGO, CALIFORNIA  92101
                  BY:  ALEXANDRA S. BERNAY,
                       JENNIFER N. CARINGAL,
                       PATRICK COUGHLIN,
                       STEVEN M. JODLOWSKI,
                       CHARLES MCCUE,
                       CARMEN A. MEDICI,
                       BONNY E. SWEENEY, ATTORNEYS AT LAW

                         BONNETT FAIRBOURN FRIEDMAN & BALINT PC
                         4023 CAIN BRIDGE ROAD
                         FAIRFAX, VIRGINIA 22030
                  BY:  FRANCIS J. BALINT, JR.
                       ATTORNEY AT LAW

              (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:          RAYNEE H. MERCADO, CSR NO. 8258
                      DIANE E. SKILLMAN, CSR NO. 4909

    PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.


*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

ROSEN – DIRECT / BERNAY

1    **A.**  RIGHT.  I HAVE TWO BOYS, 8 AND 15.

2    **Q.**  AND IS IT RIGHT THAT WHEN YOU WERE FIRST DEPOSED IN THIS

3    MATTER, YOUR YOUNGER SON WAS ONLY THREE MONTHS OLD; IS THAT

4    RIGHT, APPROXIMATELY?

5    **A.**  YES, I THINK SO.  HE WAS BORN IN OCTOBER 2006.

6    **Q.**  SO HOW OLD IS HE NOW?

7    **A.**  EIGHT AND CHANGE.

8    **Q.**  YOUR OLDEST SON IS HOW OLD?

9    **A.**  FIFTEEN.

10   **Q.**  AND YOU UNDERSTAND THAT YOU'RE HERE TODAY TO DISCUSS SOME

11   ISSUES RELATED TO YOUR PURCHASES OF IPODS; IS THAT RIGHT?

12   **A.**  RIGHT.

13   **Q.**  AND HAVE YOU EVER OWNED AN IPOD?

14   **A.**  YES.

15   **Q.**  HAVE YOU -- WHEN DID YOU PURCHASE YOUR FIRST IPOD?

16   **A.**  I BELIEVE THAT I PURCHASED MY FIRST IPOD IN FEBRUARY,

17   MARCH OF 2004.

18       AND I BOUGHT ANOTHER IPOD, IT WAS IPOD NANO FOR MY LITTLE

19   SISTER AS A GIFT FOR HER GRADUATION I THINK IN JULY OF THE

20   SAME YEAR.

21       THEN I BOUGHT, I GUESS IT'S NEXT GENERATION IPOD, A BLACK

22   IPOD IN SEPTEMBER 2006.

23       I BOUGHT AN IPOD NANO.  I THINK IT'S CALLED NANO, THE

24   GREEN KIND OF SLICK NARROW IPOD WHICH IS SMALLER THAN THE ONES

25   PRIOR, IN 2007, IN THE FALL OF 2007.

ROSEN – DIRECT / BERNAY

1      AND THE LAST IPOD I BOUGHT WAS THE IPOD TOUCH.  AND I

2   THINK I BOUGHT IT AS A HANUKKAH GIFT FOR MY SON IN DECEMBER OF

3   '08.

4   Q.   AND DID YOU PURCHASE ALL OF THOSE IPODS AT AN APPLE STORE?

5   A.   I THINK, YOU KNOW, I DON'T REMEMBER A HUNDRED PERCENT, BUT

6   I THINK IT'S A VERY GOOD ASSUMPTION THAT I BOUGHT IT AT THE

7   APPLE STORE IN SHORT HILLS MALL, WHICH IS NOT FAR FROM MY

8   HOUSE.  THAT'S WHERE I BOUGHT MOST OF MY APPLE PRODUCTS.

9   Q.   AND THE SHORT HILLS MALL IS IN NEW JERSEY?

10  A.   YES.  IT IS IN SHORT HILLS.

11  Q.   HAVE YOU EVER PURCHASED ANYTHING ELSE FROM APPLE?

12  A.   YES.  I HAVE A PHONE.  SO I HAVE A MAC BOOK AIR AND A

13  DESKTOP.

14  Q.   HAVE YOU EVER PURCHASED MUSIC FROM APPLE?

15  A.   AND THEN MUSIC FOR MY ITUNES LIBRARY AND VIDEOS, TOO.

16  Q.   THAT IS A NUMBER OF APPLE PRODUCTS; IS THAT RIGHT?

17  A.   IT'S QUITE A NUMBER, YES.

18  Q.   WHY HAVE YOU PURCHASED SO MANY APPLE PRODUCTS?

19  A.   WELL, YOU KNOW, I LIKE APPLE PRODUCTS.  I THINK THEY ARE

20  GOOD PRODUCTS.

21      I ALSO, AFTER I BOUGHT MY FIRST IPOD, WHICH WAS IN 2004, I

22  IMMEDIATELY PROCEEDED IN BUILDING THE LIBRARY WHICH CONSISTED

23  OF A GOOD PERCENTAGE OF SONGS THAT I BOUGHT FROM ITUNES STORE,

24  WHICH CAME TOGETHER WITH THE SOFTWARE.  AND ALSO COPYING MY CD

25  LIBRARY.

ROSEN – CROSS / ISAACSON

1    RECENT COMPLAINT FILED BY YOUR LAWYERS.  DO YOU STAND BY THIS

2    DOCUMENT?

3    **A.**  OF COURSE.  I MEAN, IF WE DO UNDERSTAND -- IF I DO

4    UNDERSTAND CORRECTLY, I HOPE I DO, I STAND BY THIS DOCUMENT.

5    **Q.**  LET ME ASK YOU TO -- LET'S GO OVER YOUR PURCHASE HISTORY

6    OF IPODS.  IT WENT BY A LITTLE QUICKLY.

7        SO YOU BOUGHT TWO IPODS IN 2004, CORRECT?

8    **A.**  CORRECT.  BUT THE SECOND ONE WASN'T FOR ME.  I BOUGHT IT

9    AS A GIFT AND I DIDN'T USE IT.

10   **Q.**  ALL RIGHT.  AND YOU UNDERSTAND THAT THIS CLASS ACTION IS

11   FOR IPOD PURCHASERS BEGINNING IN SEPTEMBER 2006 RUNNING

12   THROUGH MARCH 2009.

13   **A.**  YEAH.  I UNDERSTAND THAT.

14   **Q.**  THEN YOU BOUGHT A NEXT GENERATION BLACK IPOD IN

15   DECEMBER 2006, CORRECT?

16   **A.**  NO.  I THINK I BOUGHT THE NEXT GENERATION BLACK IPOD IN

17   SEPTEMBER 2006.  YOU SEE --

18   **Q.**  THAT'S FINE.

19   **A.**  -- THIS IS -- AGAIN, IT'S LONG TIME AGO.

20       AND WHILE, YOU KNOW, I'M TRYING TO HAVE THE BEST

21   RECOLLECTION OF THIS EVENT, THE PURCHASE OF IPOD AND THAT

22   EVENT, MY LIFE GOES BY.  WHAT I TRY TO REMEMBER, I BOUGHT IT

23   FOR MY SON, FOR MY SISTER GRADUATION.  MY SON WAS BORN A MONTH

24   LATER.  THAT'S HOW I REMEMBER IT.

25   **Q.**  I'M SORRY.  I THINK YOU'RE ABSOLUTELY RIGHT ABOUT

ROSEN – CROSS / ISAACSON

1   SEPTEMBER.  I THOUGHT YOU SAID DECEMBER.

2       LET ME HELP YOU.  IN YOUR BINDER IS 2784.  THIS IS A

3   DOCUMENT YOUR LAWYERS GAVE US.

4                   (EXHIBIT DISPLAYED TO JURY.)

5       ITUNES INFORMATION FOR MS. ROSEN.  AND IF YOU TURN TO

6   PAGE 3 OF 23.  IT IS NOT ALWAYS TO READ HERE, BUT IF WE CAN

7   BLOW IT UP.

8       THAT IS A RECEIPT FROM THE APPLE STORE FROM SEPTEMBER OF

9   2006.  THAT WAS A RECEIPT YOU MUST HAVE GIVEN YOUR LAWYERS.

10  IT'S FOR A IPOD IS 30GIG BLACK IPOD.

11      THAT'S WHAT YOU PURCHASED IN SEPTEMBER 2006?

12  **A.**  RIGHT.

13  **Q.**  THAT WAS THE NEWEST GENERATION OF CLASSIC IPOD THAT WAS

14  AVAILABLE.  IT WAS A NEW IPOD?

15  **A.**  UH-HUH.

16  **Q.**  I'M SORRY, THE COURT REPORTER NEEDS YOU TO SAY YES OR NO.

17  **A.**  YES.  SORRY.

18  **Q.**  AND SO THAT WAS -- AT THAT TIME YOU UNDERSTAND THAT THAT

19  WAS A CLASSIC FIFTH GENERATION IPOD.  THAT'S WHAT WAS ON SALE

20  IN SEPTEMBER OF 2006?

21  **A.**  YES.

22  **Q.**  YOU UNDERSTAND THAT THE PLAINTIFFS IN THIS CASE ARE NOT

23  CLAIMING ANY DAMAGES FROM THE FIFTH GENERATION IPODS; YOU

24  UNDERSTAND THAT, DON'T YOU?

25  **A.**  I DON'T UNDERSTAND WHY THIS IS -- I MEAN, IT'S A LITTLE

600
ROSEN - CROSS / ISAACSON

 1    2007, 2008, I DOUBT I HAVE IT.

 2         AND ANOTHER REASON IS A LOT OF STUFF I HAD TO THROW AWAY

 3    WHEN I WAS MOVING.  EVEN IF I HAD IT --

 4    Q.  AT THE TIME YOU WERE A CLASS PLAINTIFF, YOU BOUGHT AN IPOD

 5    AND YOU BELIEVE YOU THREW OUT THE RECEIPT AFTER A COUPLE OF

 6    YEARS; IS THAT RIGHT?

 7    A.  I MIGHT HAVE.  IF IT'S SO -- IF IT'S A CRUCIAL MATTER, ALL

 8    OF IT CAN BE -- ALL THE RECEIPTS AND ALL THE RECORDS COULD BE

 9    ON MY PURCHASES FROM APPLE ARE EASILY ACCESSIBLE.

10    Q.  DID YOU UNDERSTAND THAT AS A CLASS PLAINTIFF, YOU WERE

11    SUPPOSED TO KEEP YOUR RECORDS RELATED TO THIS CASE, SUCH AS

12    YOUR PURCHASES OF IPODS?

13    A.  I AM PRETTY SURE THAT ALL MY PURCHASES FROM APPLE WHICH

14    ARE IMPORTANT, CAN BE UPLOADED FROM MY HISTORY OF PURCHASES.

15    AND THEY SEND ME EMAILS, SO I DON'T THINK THE PHYSICAL PAPER

16    RECEIPT IS A CRUCIAL MATTER.  IF NECESSARY --

17    Q.  I --

18    A.  -- WE CAN ACCESS, ANYONE CAN ACCESS THE RECEIPT.

19    Q.  I APPRECIATE YOUR VIEWS ABOUT WHAT'S CRUCIAL AND NOT

20    CRUCIAL.

21         MY QUESTION IS, DID YOU UNDERSTAND YOU HAD AN OBLIGATION

22    AS A CLASS PLAINTIFF TO KEEP YOUR RECORDS RELATED TO THIS CASE

23    AND NOT THROW THEM OUT?

24    A.  I AM SORRY --

25              MS. BERNAY:  OBJECTION.

ROSEN – CROSS / ISAACSON

1    **MS. BERNAY:** OBJECTION, ASKED AND ANSWERED.

2    **THE COURT:** OVERRULED.

3    **THE WITNESS:** I DON'T KNOW IF I THREW OUT THE

4    RECEIPT.

5    **BY MR. ISAACSON:**

6    **Q.** YOU DON'T KNOW WHETHER YOU KEPT THE IPOD AND WHETHER IT'S

7    AVAILABLE TO BE INSPECTED; IS THAT RIGHT?

8    **A.** I THINK IT IS THE SAME QUESTION.

9    I AM PRETTY SURE THE IPOD IS IN ONE OF THE BOXES WHERE ALL

10   OF THE TECHNOLOGY IS IN MY NEW HOUSE STORED.

11   **Q.** NOW, THE IPOD TOUCH, I BELIEVE YOU SAID YOU BOUGHT ONE OF

12   THOSE IN DECEMBER 2008; IS THAT RIGHT?

13   **A.** YES, IT IS RIGHT.

14   **Q.** ALL RIGHT. DID YOU KEEP ANY RECORDS OF THAT PURCHASE?

15   **A.** AGAIN, I THINK ALL THE RECEIPTS FOR MY PURCHASE FROM THE

16   APPLE STORE WERE EMAILED TO ME. SO TO THE EXTENT THEY ARE

17   AVAILABLE ON THE SERVER OF MY MAIL, IT'S THERE.

18   BUT I DO -- I HAVE -- YOU KNOW, AGAIN, IF SOMEONE ASKS AND

19   IT BECOMES IMPORTANT, I THINK IT'S VERY EASILY ACCESSIBLE.

20   **Q.** NO ONE HAS EVER ASKED YOU TO RETAIN YOUR RECORDS OF YOUR

21   PURCHASES OF IPODS AFTER THIS COMPLAINT WAS FILED; IS THAT

22   CORRECT?

23   **A.** I DON'T REMEMBER IF ANYONE ASKED ME TO.

24   **Q.** IS YOUR IPOD TOUCH -- DO YOU STILL HAVE THAT?

25   **A.** YES.

ROSEN – CROSS / ISAACSON

1    **Q.**  WHERE IS THAT?

2    **A.**  I HAVE IT.

3    **Q.**  YOU HAVE IT HERE WITH YOU IN CALIFORNIA?

4    **A.**  YES.

5    **Q.**  ALL RIGHT.

6         NOW, YOU MENTIONED YOUR HUSBAND.  YOU SAID YOUR HUSBAND

7    KNEW THE LAWYERS.  YOUR HUSBAND, I THINK YOU SAID, IS A

8    PLAINTIFFS' CLASS ACTION LAWYER, RIGHT?

9    **A.**  HE'S A SECURITIES LITIGATION --

10   **Q.**  YES.

11              **THE REPORTER:**  I'M SORRY.

12   **BY MR. ISAACSON:**

13   **Q.**  AND YOU WORKED SOME WITH HIS LAW FIRM, CORRECT?

14              **THE COURT:**  MR. ISAACSON, HOLD ON.

15        DID YOU GET THAT?

16              **THE REPORTER:**  NOT THE END OF IT.

17   **BY MR. ISAACSON:**

18   **Q.**  I NEED YOU TO REPEAT YOUR ANSWER.

19   **A.**  CLASS ACTION.

20   **Q.**  AND YOU'VE WORKED FOR YOUR HUSBAND'S LAW FIRM DOING

21   BOOKKEEPING, ACCOUNTING, GENERAL OFFICE MANAGER MATERIAL,

22   RIGHT?

23   **A.**  RIGHT.  PAYROLL PROCESSING, THINGS LIKE THAT.

24   **Q.**  YOU GOT INVOLVED IN THIS LAWSUIT BECAUSE YOUR HUSBAND

25   MENTIONED IT.  YES?

ROSEN – REDIRECT / BERNAY

1    OPINION ON THE MATTER WHEN I WAS BUYING.

2    **Q.**  WELL, AT SOME POINT BEFORE THE COMPLAINT WAS FILED, YOU

3    FORMED THE BELIEF --

4    **A.**  I FORMED THAT BELIEF, YES.

5    **Q.**  THAT APPLE PRODUCTS WORK TOGETHER AND IPOD ONLY WORKED

6    WITH ITUNES.  YOU HAD THAT BELIEF BEFORE THE COMPLAINT WAS

7    FILED, RIGHT?

8    **A.**  I BELIEVE SO, YES.

9    **Q.**  AND WHEN YOU BOUGHT YOUR IPODS AFTER THE LAWSUIT WAS

10   FILED, YOU ALREADY BELIEVED THAT ITUNES AND IPOD ONLY WORKED

11   TOGETHER.  THAT WAS YOUR BELIEF?

12   **A.**  RIGHT.

13        **MR. ISAACSON:**  I HAVE NO FURTHER QUESTIONS.

14        **THE COURT:**  DO YOU HAVE ANY REDIRECT?

15        **MS. BERNAY:**  JUST VERY QUICK.

16                    **REDIRECT EXAMINATION**

17   **BY MS. BERNAY:**

18   **Q.**  MS. ROSEN, YOU MENTIONED THE IPOD TOUCH, AND MR. ISAACSON

19   ASKED YOU IF IT WAS HERE IN CALIFORNIA.  DO YOU REMEMBER THAT?

20   **A.**  UH-HUH.

21   **Q.**  DO YOU HAVE THAT IPOD TOUCH ACTUALLY WITH YOU TODAY IN

22   COURT?

23   **A.**  I DON'T HAVE -- I THINK I HAVE IT WITH ME IN MY BAG.

24   **Q.**  WOULD YOU BE WILLING TO SHOW THAT TO THE APPLE LAWYERS, IF

25   THEY ASKED?

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930**

```
 1    A.  OF COURSE.  IF SOMEONE NEEDS IT TO LOOK AT IT, OF COURSE.

 2              MS. BERNAY:  NOTHING FURTHER.  THANK YOU, YOUR HONOR.

 3              THE COURT:  ANY QUESTIONS ON THAT TOPIC ONLY?

 4              MR. ISAACSON:  NO, YOUR HONOR.  WE WILL RAISE THE

 5    TOPIC AFTER THE WITNESS HAS BEEN EXCUSED.

 6              THE COURT:  OKAY.  THEN YOU ARE EXCUSED.

 7         I HEAR NO REQUEST FROM APPLE TO INSPECT THE IPOD, CORRECT?

 8              MR. ISAACSON:  I WAS GOING TO WAIT FOR HER TO BE

 9    EXCUSED.  YES, WE WOULD --

10              THE COURT:  IF I EXCUSE HER, I LOSE JURISDICTION.

11              MR. ISAACSON:  I WOULD TRUST THE PLAINTIFFS' LAWYERS

12    WOULD WORK WITH HER.

13              THE COURT:  I WILL TELL YOU WHAT.  YOU CAN STEP DOWN.

14    YOU ARE NOT EXCUSED QUITE YET.  BUT YOU CAN GO DOWN RIGHT HERE

15    NEXT TO YOUR LAWYERS.

16         I'M GOING TO LET THE JURY GO.  IT'S THE END OF OUR TRIAL

17    DAY.

18         LADIES AND GENTLEMEN, AGAIN, APOLOGIES FOR THAT FALSE

19    ALARM.  I GUESS IT'S GOOD TO KNOW THAT IT WORKS.

20         YOU'VE NOW HEARD A DAY AND A HALF OF REAL EVIDENCE.  SO

21    NOW HOPEFULLY MY INSTRUCTIONS ARE BEGINNING TO MAKE MORE SENSE

22    TO YOU ABOUT YOUR LACK OF ABILITY TO DO ANYTHING OUTSIDE THIS

23    COURTROOM.  SO NO RESEARCH, NO CONSULTING DICTIONARIES, NO

24    SEARCHING THE INTERNET.  DO NOT INVESTIGATE ANY OF THESE

25    ISSUES.  DO NOT INVESTIGATE ANY OF THE HISTORY.  DO NOT
```

```
 1         THE COURT:  THOSE ARE TWO SEPARATE IPODS THAT WE'RE

 2    DEALING WITH.  SO TAKE A LOOK AT THE ONE SHE HAS AND TELL ME

 3    IF THERE'S AN ISSUE.  IT DOESN'T SOUND LIKE WE ARE THERE YET.

 4         MR. ISAACSON:  WE WILL LOOK AT THEM AND FIND OUT.

 5      I WILL SAY THIS:  COUNSEL HAS SAID THEY DID NOT UPDATE THE

 6    INTERROGATORY BECAUSE OF WHAT I SAID.

 7      IT'S BEEN POINTED OUT BY MY COLLEAGUES THAT THE

 8    INTERROGATORY ANSWERS THAT SAID SHE BOUGHT THREE IPODS WAS

 9    DATED 2010, AND SHE DID NOT PUT THE 2007 AND 2008 PURCHASES IN

10    THE INTERROGATORY ANSWERS.

11         THE COURT:  OKAY.  SO NOTED.

12      ANYTHING ELSE?

13      SO LET'S -- WHERE IS MS. ROSEN?

14      MS. ROSEN, IF YOU CAN GET THAT IPOD OUT SO THAT ONCE WE

15    BREAK, WE ARE NOT BREAKING QUITE YET, YOU CAN PROVIDE THAT TO

16    THEM, THEY CAN LOOK AT THE SERIAL NUMBER.

17      THERE WERE A FEW EXHIBITS MENTIONED.  IS THERE A REQUEST

18    ON THOSE EXHIBITS?

19         MR. ISAACSON:  YES.

20         THE COURT:  2590 -- 2784, THERE'S A STIPULATION.  SO

21    IS THERE A REQUEST ON 2784?

22         MS. BERNAY:  YOUR HONOR, ON THIS ONE EXHIBIT, WE DID,

23    WHEN MS. ROSEN REVIEWED IT AGAIN, SHE NOTED HER PASSWORD WAS

24    ON IT, SO WE JUST WOULD ASK THAT THAT BE REDACTED.

25         THE COURT:  2784?
```