# EXHIBIT E

```
                    UNITED STATES DISTRICT COURT
                                                         CERTIFIED COPY
                  NORTHERN DISTRICT OF CALIFORNIA

        BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE



THE APPLE IPOD ITUNES        )      NO. C 05-00037 YGR
ANTITRUST LITIGATION         )
                             )      PAGES 623 - 874
                             )
                             )      JURY TRIAL VOLUME 4
                             )
                             )
                             )      OAKLAND, CALIFORNIA
_____)      THURSDAY, DECEMBER 4, 2014


                  REPORTERS' TRANSCRIPT OF PROCEEDINGS


APPEARANCES:

FOR PLAINTIFFS:          ROBBINS GELLER RUDMAN & DOWD LLP
                         655 WEST BROADWAY, SUITE 1900
                         SAN DIEGO, CALIFORNIA  92101
                    BY:  ALEXANDRA S. BERNAY,
                         JENNIFER N. CARINGAL,
                         PATRICK COUGHLIN,
                         STEVEN M. JODLOWSKI,
                         CHARLES MCCUE,
                         CARMEN A. MEDICI,
                         BONNY E. SWEENEY, ATTORNEYS AT LAW

                         BONNETT FAIRBOURN FRIEDMAN & BALINT PC
                         4023 CAIN BRIDGE ROAD
                         FAIRFAX, VIRGINIA 22030
                    BY:  FRANCIS J. BALINT, JR.
                         ATTORNEY AT LAW

              (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:        RAYNEE H. MERCADO, CSR NO. 8258
                    DIANE E. SKILLMAN, CSR NO. 4909

    PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
```

1  AN INJURY CLAIM IN HER TESTIMONY.  AND THEY CERTIFIED IN THE
2  INTERROGATORY THAT SHE HAD BOUGHT THREE -- ONLY THREE, THAT
3  DIDN'T INCLUDE THIS, AND THEY SAID IN THEIR CLASS
4  CERTIFICATION PAPERS THAT THEY HAD TURNED OVER FOR INSPECTION
5  THEIR IPODS.  BOTH THE INTERROGATORY AND THE CLASS
6  CERTIFICATION MOTION CAME AFTER THIS ALLEGED PURCHASE.
7          **THE COURT:**  RESPONSE.
8          **MS. SWEENEY:**  YOUR HONOR, AS -- AS MR. ISAACSON
9  KNOWS, THE CLASS CERTIFICATION MOTION WAS LONG BEFORE APPLE
10  CHANGED THE IDENTIFICATION OF THE AFFECTED MODELS SO ALL
11  THIS --
12          **THE COURT:**  WAIT.  I DON'T -- I DON'T KNOW WHAT YOU
13  MEAN BY THAT.
14          **MS. SWEENEY:**  OH, SURE.  I'M SORRY.
15          **THE COURT:**  YOU MEAN APPLE CHANGED THE
16  IDENTIFICATION?
17          **MS. SWEENEY:**  WELL, LET ME BACK UP.  I'LL JUST START
18  WITH THE FACTS WITH RESPECT TO MS. ROSEN'S PURCHASES.
19      SO AFTER COURT YESTERDAY, WE -- WE RECEIVED AN EMAIL FROM
20  THE BOIES SCHILLER FIRM AND THEN LATER LAST NIGHT A LETTER TO
21  THE COURT.  AND SO MS. ROSEN CHECKED HER RECORDS.  SHE WENT
22  AND LOOKED UP HER ITUNES ACCOUNT.  AND IT TURNS OUT SHE HAD
23  BOUGHT TWO IPOD TOUCHES.  ==SO THE SERIAL NUMBER THAT WE GAVE==
24  ==APPLE YESTERDAY WAS FOR AN IPOD THAT WAS PURCHASED OUTSIDE THE==
25  ==CLASS PERIOD.==  SHE ALSO PURCHASED AN IPOD TOUCH SECOND

```
 1    SAY ANYTHING ABOUT ROSEN LAW FIRM.
 2              THE COURT:  WELL, IT'S A COMPLICATED SITUATION.  I
 3    MEAN, YOU, AS THE PLAINTIFFS' LAWYERS, NEED TO ALSO MAKE SURE
 4    THAT YOU HAVE PLAINTIFFS WHO HAVE PURCHASED IPODS WITHIN THE
 5    RELEVANT CLASS PERIOD.
 6              MS. SWEENEY:  AND -- I AGREE, YOUR HONOR, AND WE
 7    HAVE.
 8              THE COURT:  WELL, IF IT WAS THAT CLEAR-CUT,
 9    MS. SWEENEY, WE WOULDN'T BE HAVING THIS CONVERSATION.
10        SO DOES ANYBODY KNOW THE ANSWER TO THE QUESTION ABOUT
11    WHETHER OR NOT SHE ACTUALLY PURCHASED IT?  PROBABLY NOT, GIVEN
12    THAT I JUST HEARD IT.
13        WE'LL HAVE TO RECONVENE ON THIS ISSUE LATER, ONCE I --
14    ONCE YOU'RE ABLE TO TALK TO HER, GIVEN WHAT APPLE'S RECORDS
15    INDICATE.
16              MR. ISAACSON:  AND I PROVIDED YOU A COPY OF THE
17    RECEIPT FOR THE ROSEN LAW FIRM.
18              THE COURT:  DO WE HAVE A SIMILAR ISSUE WITH THE OTHER
19    NAMED CLASS MEMBER?
20              MR. ISAACSON:  IF SHE STARTS IDENTIFYING NEW IPODS,
21    YES, BECAUSE SHE DOES NOT HAVE AN INJURED IPOD UNDER HER
22    CURRENT -- UNDER HER CURRENT PURCHASES.
23              ==MS. SWEENEY:==  ==AND== ==WE== ==DON'T== ==CLAIM== ==THAT== ==MS.== ==TUCKER== ==HAS==
24    ==AN== ==AFFECTED== ==MODEL== ==PURCHASE.==  BUT SHE IS WITHIN THE CLASS AND
25    SHE WAS APPOINTED AS A CLASS REPRESENTATIVE SO SHE'S GOING TO
```