UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

Case No. 05-cv-00037-YGR        Case Name:   The Apple iPod iTunes Anti-Trust Litigation

**Date: Thursday, December 4, 2014**        Time:  8:02am-8:31am counsel; 8:32am-10:01am ; 10:16am-11:48am; 12:01pm-1:36pm; 1:37pm-2:08pm counsel

**The Honorable YVONNE GONZALEZ ROGERS**

**Clerk**: Frances Stone              **Court Reporter:**      Raynee Mercado

**COUNSEL FOR PLTF:**

**Bonnie Sweeney; Patrick Coughlin, Francis Balint; Alexandra Bernay; Carmen Medici; Jennifer Caringal**

**COUNSEL FOR DEFT**:

**William Isaacson; Karen Dunn; Martha Goodman; Meredith Dearborn and Scott Murray for Apple**

Voir Dire Began: 11/19/14

Trial Began:   12/2/14        Further Trial:  **Friday, 12/5/14 at 8:30am**; Counsel to be present at 8:00am

**Trial Proceedings:**

Plaintiff attorney Sweeney calls witness Eddy Cue

Plaintiff attorney Coughlin calls witness Amanda Marks.

Plaintiff attorney Sweeney calls witness Phillip Schiller.

**EXHIBITS ADMITTED IN EVIDENCE:**

124; 128; 130; 118; 121; 2140; 125; 147; 222; 2098; 2389; 816; 461; 2139; 2394;  2423;  2337;  2495;  319; 2119; 2419;  2243; 2805; 2783;  2050;  2159;  2171; **\*\* 2088**;  2767;  2118; 2458;  2462;  383;  940;  193; 55; 83; 2745; 2421 ;2497;  2811;  2481; 2451; 2183; 2082

\*\* on the record counsel inadvertently stated Ex. 2208, however correct number Exhibit is 2088

          Court RESERVES ruling on Exhibits: 2847;2781; 817; 2710; 2715; 2720; 2241; 2705; 880