UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 05-cv-00037-YGR         **Case Name**:   The Apple iPod iTunes Anti-Trust Litigation

**Date: Thursday, December 5, 2014**         **Time**: 8:00am-8:20am counsel; 8:28am-10:03am ; 10:18am-11:45am; 12:01pm-1:29pm; 1:30pm-1:52pm counsel

**The Honorable YVONNE GONZALEZ ROGERS**

**Clerk**: Frances Stone         **Court Reporter:**   Raynee Mercado

**COUNSEL FOR PLTF:**

**Bonnie Sweeney; Patrick Coughlin, Francis Balint; Alexandra Bernay; Steve Joblowski**

**COUNSEL FOR DEFT:**

**William Isaacson; Karen Dunn; Martha Goodman; Meredith Dearborn and Scott Murray for Apple**

Voir Dire Began: 11/19/14

Trial Began:   12/2/14         Further Trial:  **Monday, 12/8/14 at 8:30am**; Counsel to be present at 8:00am

**Trial Proceedings:**

Plaintiff attorney Coughlin calls witness Jeffrey Robbin.

Plaintiff attorney Sweeney calls [via video deposition excerpts played in court] witness Steve Jobs.

Plaintiff attorney Sweeney calls witness Robert Noll.

**EXHIBITS ADMITTED IN EVIDENCE:**

2342; 2273; 2317. Also: 880A(excerpt); 2015; 2021; 469; 83; 92; 133; 136; 153; 176; 2247; 218; 267; 312; 2354; 465; 333; 2205; 2185; 2222; 2234; 2252; 2317; 2342; 2330; 2107; 2228; 2780; 2850; 2481; 2272; 2449; 172; 2505. Regarding Admitted Exhibits for Jobs deposition  video excerpt: 102; 908.