# BOIES, SCHILLER & FLEXNER LLP

5301 Wisconsin Avenue N.W.   *   Washington, DC 20015-2015   *   PH 202.237.2727   *   FAX 202.237.6131

December 5, 2014

**VIA ECF FILING**
Honorable Yvonne Gonzalez Rogers
United States District Court
Northern District of California
Oakland Branch
1301 Clay Street
Oakland, CA  94612

    Re:  *Apple iPod iTunes Antitrust Litigation*
        Case No. C-05-0037

Dear Judge Gonzalez Rogers:

    To assist the Court, attached is a certified copy of the transcript for the video of TX 2847, which was introduced with Eddy Cue on December 4, 2014.  We respectfully request permission to play portions of the video during examinations starting Monday.

    Respectfully submitted,

    */s/ William A. Isaacson*

    William A. Isaacson
    *Counsel for Apple Inc.*

Enclosure

cc: Counsel for Plaintiffs (via ECF)