1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

4

5

6   THE APPLE iPOD iTUNES ANTI-TRUST      )   LEAD CASE NO.

    LITIGATION,                           )   C05-00037YGR

7   _____)

8

9

10

11

12

13       STENOGRAPHIC TRANSCRIPTION OF AUDIO FILE

14             THURSDAY, DECEMBER 4, 2014

15

16

17

18

19   REPORTED BY:  AMANDA KALLAS, C.S.R. NO. 13901

20   ASSIGNMENT: 1978013

21

22

23

24

25   PAGES 1 - 41

                                          Page 1

1          (Whereupon the audio transcription was started.)

2          STEVE JOBS:   Good morning; thanks for coming.

3     Thanks for coming to this special event.   We've got some

4     great stuff to share with you this morning; so what do you

5     say we get started.

6                    Today we're going to begin with the

7     iPod.   Let me give you a little overview, and then we'll

8     descend into some -- some new products.   The iPod has over

9     a 75 percent market share in the U.S.; 75 percent market

10    share.   We shipped over 60 million iPods by the end of

11    last quarter, ending at the end of June.   And, as you

12    know, uh, there are iPod accessories for almost

13    everything.   There's over 3,000 iPod accessories that let

14    you use your iPod almost anywhere; and, uh, I just want to

15    highlight, uh, one of the new places you can use your

16    iPod, uh, as one of those 3,000 accessories.   So, uh, it's

17    really great.   The ecosystem around the iPod is -- is just

18    fantastic; tremendous innovation going on there.

19                    And, as you may know, we've been working

20    with the automotive companies for many years now, and I'm

21    very pleased to report that, uh, 70 percent of 2007 model

22    year cars in the U.S. offer iPod connectivity as an

23    option; 70 percent of the cars being sold now offer -- in

24    the U.S. offer iPod connectivity as an option.   So it's

25    really paid off to work with the automotive companies.

                                              Page  2

 1                    We also lunched something recently with

 2     Nike.  Uh, the Nike plus iPod sports kit.  And, uh, I just

 3     wanted to show you one quote, uh, by the CEO of Foot

 4     Locker, a very major distributor of shoes -- he called it

 5     the iPod shoe, which I love.

 6                    But he said, uh, the iPod shoe is a

 7     phenomenon.  It's too soon to tell, but I will tell you,

 8     uh, that we sold tons of these shoes recently.  And I had

 9     to recheck the number yesterday, because I really couldn't

10     believe we sold that many.  So that's great.  I wanted to

11     -- to quantify that for you, uh, and report that we've

12     sold over 450,000 Nike plus iPod sport kits; and it's less

13     than 90 days old.  So we are thrilled and so is Nike, uh,

14     with how this has taken off, uh, in the early days.  And

15     so that's going really well.

16                    So that's a little overview of what's

17     happening, uh, in the iPod world.  So let's delve into the

18     products.  As you know, we have three lines -- three

19     families of iPods:  The iPod, the Nano, and the iPod

20     Shuffle.

21          So let's start today with the iPod.

22                    Uh, as you know, the iPod is the best

23     music player in the world, uh, but it does a whole lot

24     more; it plays videos, music videos, TV shows, and -- and

25     other kinds of video; it's pretty amazing.  And so we're

                                                    Page  3

```
 1    going to, uh, enhance it today quite a lot.
 2                    Uh, so we're going to start off with the
 3    screen:  We're going to make the screen 60 percent
 4    brighter, uh, which is really nice when you're watching
 5    videos, so you can go from this, to this; and you can go
 6    from scenes like this and you -- you notice it quite a
 7    bit.  So 60 percent brighter screen.
 8                    We're going to take the battery, and
 9    we're going to increase the battery life when you're
10    watching videos from two hours to 3-and-half hours; that's
11    a 75 percent increase in video battery life.  And on the
12    big model from 4 hours to 6-and-a-half hours of video
13    battery life.
14                    We're going to include some new
15    headphones.  We've been working on these for 18 months,
16    we've been studying over, you know, a thousand ears, uh,
17    to come up with just the right headphones and, uh, we
18    think these are an improvement.  Everybody has pretty
19    different ears, but we think that these are going to
20    appeal to even more people, so they come standard with the
21    new iPod.
22                    The new iPod also, uh, finally solves,
23    uh, something that has been the No. 1 request for a few
24    years:  You know, there's a lot of tracks in music that
25    were meant to flow from one track into the next.  You
```

Page  4

1   might be listening to Abby Road or Pink Floyd Dark Side of

2   the Moon or classical music where the end of one track is

3   just supposed to just connect seamlessly with the

4   beginning of the next track.  And, unfortunately, in

5   digital music, that just doesn't happen.  Uh, gaps are

6   inserted between the tracks in the encoding process and

7   most of the players, uh, don't know -- or don't have the

8   -- the -- the power to actually play these tracks

9   back-to-back.

10                  And so, uh, we are, for the first time

11  today, uh, going to put this back together as it was

12  intended to be for those tracks that were meant to be

13  seamlessly transitioned from one to the next and offer

14  gapless play back.  And that is for, uh, songs that were

15  encoded with mp3, AAC, Apple loss list, uncompressed; and,

16  uh, it's really nice to have gapless playback.

17                  So, we're adding some new software

18  features as well:  One, is instant searching.  And so you

19  can use   the -- you can use the wheel to just input

20  letters and instantly it starts finding things live with

21  those letters in it.   It will find songs, it will find

22  artists, albums, pod casts, you name it, on your iPod.  So

23  instant searching.

24                  And we're also adding a new feature so

25  that if you scroll fast and quick scrolling, uh, the

                                          Page 5

1    letter that you're passing by will show up so you can

2    scroll even faster and know where you are in that process.

3              So two new software features, uh, on the new

4    iPod.

5                   We're also adding something new today,

6    which is games.  Now, we've shipped a few simple games on

7    the iPod, but these are really, uh, much more visually

8    robust and much -- much funner games; and they're all

9    designed for the wheel.  So, uh, we've got some -- some

10   fun ones starting with Bejeweled, Cubis, Mahjong, Mini

11   Golf, Pac-man, Tetris, Texas Hold 'em, Vortex, and Zuma.

12   And we've done some of these ourselves, some of these with

13   EA, and a few other partners and it's been a lot of fun.

14                   And so let me just give you a little --

15                   (Whereupon a video was played)

16        So that gives you a little feeling for what

17   they're like.  And, uh, they're just for iPod, and they

18   will work on all 5th generation iPods.  They're going to

19   be available worldwide starting today; you can buy them

20   off the iTunes store, and they're going to sell for $4.99

21   each.  So games on the iPod.

22          So let's summarize these features:  60 percent

23   brighter display; 75 percent longer video battery life;

24   gapless play back; exciting new games; search and quick

25   scrolling features added to the software; and new

1    headphones. But maybe the most important new feature

2    we're adding to the iPod today is we're going to make it

3    affordable and accessible to even more people because

4    we're lowering the price to $249.

5        So the new iPod comes in two models: A 30

6    gigabyte and a new 80 gigabyte model; and they both come

7    in white and black. Uh, the 30 gigabyte model holds up to

8    7,500 songs; up to 20,000 songs on the 80 gigabyte, that's

9    a new record for an iPod. And, uh, 40 hours and 100 hours

10   of video storage. And the prices, again, are $249 and

11   $349 for the 80 gig unit. So, uh, this is the lowest

12   price ever for the iPod line, and we're really excited.

13   These products are shipping starting today; so you can get

14   them starting today. So that is the new enhanced iPod; it

15   does video and a whole lot more.

16       So, now, let's take a look at the iPod Nano. This

17   is the iPod Nano, and as you know, it is the most poplar

18   mp3 player in the world. So, today, we're going to

19   introduce a second generation Nano designed all new from

20   the ground up; and this is what it looks like. It's made

21   out of aluminum, and it's even thinner than the 1st

22   generation Nano; it's beautiful.

23       This is what it looks like; this is the top with

24   the -- the hold button; this is the bottom with the 30 pin

25   connector and the headphone jack. And maybe the most

Page 7

1    obvious new feature of these new Nanos is we're bringing

2    back colors.  Now that we have aluminum, we can do

3    beautifully anodized colors:  Blue, pink, green, silver,

4    and black.

5         And so these are the new iPod Nanos.  Now, the 1st

6    generation Nano had a 14-hour battery life, we're

7    increasing that to 24-hour battery life on the 2nd

8    generation Nano.  And we have gapless play back; and we

9    have those new software features of instant search and

10   quick scrolling; two great new software features for the

11   2nd generation Nano.  And we're including the new

12   headphones as well.

13        So 2nd generation Nano:  It's got a thinner

14   aluminum case, it's really beautiful; five beautiful

15   colors that it comes in; 40 percent brighter display; 24

16   hour battery; gapless play back; search and quick

17   scrolling; and it comes with the new headphones.  The 2nd

18   generation Nano comes in three models:  A 2 gigabyte model

19   in silver, a 4 gigabyte model in silver plus the three

20   colors, and an 8 gigabyte model in black.

21        500 songs, up to a thousand songs, and up to 2000

22   songs on the 8 gigabyte.  This is, again, a new record on

23   the iPod Nano.  And the prices:  $149 for the 2 gigabyte

24   model, $199 for the 4 gigabyte model, and $249 for the 8

25   gigabyte model.  This is double the storage at the same

Veritext National Deposition & Litigation Services
866 299-5127

1    price points of the 1st generation Nano; double the

2    storage for the same price.

3            We've got some new packaging for the new Nano as

4    well; and it's 52 percent less volume in the packaging for

5    the first one.  This turns out to be an environmental --

6    environmentally great thing because it dramatically

7    reduces the amount of fossil fuels we have to spend to

8    move these things around the planet; so 52 percent volume

9    reduction.  And all of these new iPod Nanos are available

10   today.

11           Now, we've got some great accessories as well:

12   The first one is the charger; and we've got a charger

13   that's dramatically smaller.  Matter of fact, it's 40

14   percent smaller.  And this works with the new Nano, it

15   works with all the iPods.  So if you're carrying around a

16   charger, it just got 40 percent smaller.

17           Of course, we've got the arm band as well; we have

18   the lanyard headphones; and, uh, as you can see, they've

19   got the new ear buds on them; and, of course, the new Nano

20   works with the Nike plus iPod software and the shoes.  So

21   these are the 2nd generation iPod Nanos.  And we want to

22   tell the world about them, so I'd like to show you a few

23   ads.  Let me start off with a TV ad.

24           So can we go ahead and run that now?

25               (Whereupon a TV ad was played.)

Veritext National Deposition & Litigation Services
866 299-5127

1          Did you like that?  It's great; thank you, guys.

2     So here's some of the print that goes with that:  Bus

3     boards, wild postings, billboards; hopefully you'll start

4     to see some of this stuff fairly soon; print advertising

5     and to just get the word out that there's a completely

6     re-mastered Nano.

7          All right.  Well, that is the new iPod Nano.

8          Now we have the iPod shuffle.  The iPod shuffle is

9     really interesting.  You know, we -- we pioneered this

10    concept of the tiny affordable shuffle player; and, you

11    know what, it worked.  Because I'm -- I'm very pleased to

12    tell you today that we've sold 10 million iPod shuffles so

13    far; 10 million.  And, um -- so we're really happy with

14    this.  And today we're announcing the 2nd generation of

15    the iPod shuffle.  So let me show it to you now.  This is

16    it; okay?

17         It is a fraction of the size of the 1st

18    generation; right?  It's a fraction of the size.  Matter

19    of fact, I'm going have to make it bigger so you can see

20    it here.  Now, the No. 1 thing that came back from

21    customers using the 1st generation shuffle was

22    wearability; right?  Tons of accessories to attach it to

23    your body in one way or another; it was wearability.

24    Whether it's for athletic use or other uses, it's

25    wearability.  So we started with wearability.

Veritext National Deposition & Litigation Services
866 299-5127

1          And the 2nd generation shuffle comes in a

2     beautiful aluminum case, but we started with wearability

3     because it's got a built-in clip; right?  Right in the

4     back of it.  I've got one here, as a matter of fact; this

5     is it; that's it.  Just clip it anywhere.

6          And, uh, on the bottom it's got the switches that

7     say "Play Linearly" or "Shuffle" and "Turn it off or on";

8     it's really sweet.  And, again, this gives you a feel for

9     how small it is; it's beautiful.

10         It comes with a dock, so you can just dock it.

11    And USB 2; plug on the other end of that cable plugs right

12    into your Mac or PC to charge it, to sync it.  And so it

13    comes in one model, and one model has a gigabyte of

14    storage, holds up to 240 songs.

15         So this is the world's smallest mp3 player --

16    certainly the smallest we know of.  It's got an aluminum

17    case with a built-in clip; it's the most wearable mp3

18    player we know of.  One gigabyte, holds up to 240 songs,

19    12 hour battery, USB 2; and it comes with the dock and ear

20    buds.  Here's the new packaging for it; we're going to

21    sell it for $79 dollars.

22         We are taking orders today for this, and we will

23    ship them in October, in plenty of time for this holiday

24    season.  So we are really excited about the 2nd generation

25    iPod shuffle, the most wearable and smallest mp3 player in

Veritext National Deposition & Litigation Services
866 299-5127

1    the world.

2          So that's the story with iPods.  Wanted to talk

3    about that first, and let you know what we're up to here.

4    But as you know, iPod is only part of the story.  Because

5    it's iPod plus iTunes that makes this all so magical of an

6    experience for us.  And so what I'd like to do now, is

7    talk about iTunes.

8          iTunes has a market share of 88 percent for legal

9    U.S. downloads; 88 percent market share of legal U.S.

10   downloads.  We have sold -- customers have purchased and

11   downloaded over a billion-and-a-half songs from iTunes

12   now.  Now, if you look at all the music that's legally

13   distributed in the U.S. on CDs and online, let's take a

14   look at where iTunes stacks up.

15         The No. 1 is Wal-Mart; right?  They sell tons of

16   physical CDs.  Same with No. 2, which is Best Buy.  Same

17   with No. 3, which is Target.  And same with No. 4, which

18   is Amazon.  These guys sell physical CDs.  For the first

19   time ever, a pure online company has made it into the top

20   five.  iTunes is now the fifth largest reseller of legal

21   music in the U.S.; and we are on a trajectory to pass

22   Amazon -- to become No. 4 -- in the first half of next

23   year; so...

24         Outside the U.S. there are iTunes music stores in

25   21 countries now.  You know what's great?  It's No. 1 in

                                              Page 12

1    every single one of those 21 countries; No. 1.  So this is

2    iTunes, the app that we know and love.  And today we are

3    introducing the most significant enhancement to iTunes

4    since we introduced it in 2001:  iTunes 7; and here it is.

5         Now, you can say, "Well, it doesn't look that

6    different"; right?  "iTunes, iTunes 7; they look pretty

7    similar."  Well, they're not, and let me show you the

8    difference.  Let me just start off with the Source List

9    over here; this is where you select what you're going to

10   be working with, where you organize and find your music.

11        So the first thing about it is you can see that

12   we've divided it into sections: Library, Store, Devices,

13   and Play List.  The Library now doesn't just have one big

14   library, but has separate libraries for your music, your

15   movies, your TV shows, your Podcasts, your audio books, if

16   you have them; whatever you got, it has a separate library

17   for, so you can find things much, much faster; it's much

18   better way to organize.

19        The iTunes store has its own section; devices have

20   their own section, iPods, CDs that you might be ripping,

21   they come and go; if they're there, they have their own

22   section.  And play lists; right?  Very, very simple and

23   straightforward, it's a very nice improvement.  And that

24   is the first thing that's different.

25        Now let me focus on something else that's new:

                                              Page 13

1    The view.  We've added some new views to iTunes 7, so this

2    is a switch -- a three-position switch, and it controls

3    the view that you're looking at.  So here's my music

4    library, and I'm looking at the list view; right.  But

5    we've added a second view now called "Album View," and it

6    puts the album art up there and it puts all the tracks

7    that you have from that album so you can scroll through

8    your music library and look at it by album; right?  It's

9    wonderful.

10          Now, obviously, if you don't have the album art,

11   this isn't as sexy.  And so, you know, if you buy songs

12   from the iTunes music store, we give you gorgeous album

13   art.  But what if you ripped them from your own CDs?  You

14   don't have the album art.  Well, today we're announcing

15   that we're going to be giving free missing album cover art

16   for all the music in your library if you have an iTunes

17   account.  So if you have an iTunes account, iTunes will

18   automatically download it.

19          And we may not have everything, but we have

20   3-and-a-half million songs worth of album artwork; so the

21   chances are pretty good that we've got what you need.  And

22   if you have an iTunes account, iTunes will automatically

23   download it for free.  So album view is just stunning.

24          But there's something even better and that's the

25   third view:  This is called "Cover Flow View."  This

Page 14

1    enables you to rapidly find what you're looking for by the

2    album cover.  And not only that, it allows you to

3    rediscover music you already own.  It is coolest thing,

4    and I'll show it to you in just a minute.

5         But this is not for just your library, it works in

6    play lists, too.  So in play lists you've got List View,

7    you've got -- you've got Album View, and you've got Cover

8    Flow View of every play list.  And it's not just for music

9    either.  Let's go to TV shows; right?  I can view my TV

10   shows by -- by list, but I can also use album view and

11   what it does is it puts artwork for each show up and puts

12   all of the episodes from every season that I have of that

13   TV show right next to the artwork for that TV show.  And I

14   can even find my TV shows with cover flow view.

15        So it works for everything in the system and it's

16   pretty amazing.  And we think the views -- the new views

17   are going to be one of the most popular new features in

18   iTunes 7.  Now, we were just talking about TV shows; let

19   me give you an update there.

20        We announced TV shows last October, so less than a

21   year ago.  Customers have purchased and download over 45

22   million TV shows; and let me show you what's transpired in

23   that year:  We started last October with 5 shows; only

24   five shows.  And, we've been adding them since, we now

25   have over 220 TV shows.  We started last October with just

Page 15

1    one network, ABC.  We now have over 40 networks, including

2    every major network.  So look at how we've grown

3    month-by-month in less than one year, we've gone from 5

4    shows to over 220 shows, from one network to over 40

5    networks today.

6            We're adding a new network, just want to tell you

7    about, the NFL network.  And, uh, they're bringing the

8    whole 2006 season of NFL highlights to iTunes, starting

9    today and you can buy it per game or you can buy a season

10   pass where you can pick your favorite team and the

11   highlights for that team's game are automatically

12   downloaded into your iTunes library; so this is kind of

13   cool.

14           Now, all of this video is encoded with the best

15   video encoding technology in the world, H.264.  And up

16   until now, we've been delivering it at a resolution of 320

17   by 240, which works great on iPods and is pretty good on

18   your computer.  Today we are taking that up a notch:

19   We're going to increase the resolution four times, and all

20   video will be delivered at 640 by 480:  Music videos, TV

21   shows, everything.  So, instead of, again, getting this,

22   you're going be able to get this; four times higher

23   resolution.

24           Now iTunes 7 also features gapless play back, as

25   you might have guessed.  And there's some other really

                                                    Page 16

1    cool things I want to tell you about:  No. 1, is you can

2    now manage your iPod from right inside iTunes.  You know,

3    before we had to go to preferences to set things about

4    what we wanted to sync with our iPod.  Now you just click

5    on your iPod and, boom, it shows you -- gives you a

6    summary of what's on your iPod.

7         We built the installer right into iTunes, and so

8    if you want to go ahead and -- if there's some new

9    software out that you want to update, the updater is built

10   right in, and so you can just hit a button and update your

11   iPod right from iTunes.

12        In addition, there are those tabs up at the top

13   and you can set what you want to get on your iPod.  So

14   let's go to TV shows, I wanted to show you something

15   really cool we've added.  Under TV shows, I wanted to

16   highlight this:  It's a way to automatically decide what

17   you want on your iPod in terms of TV shows.  And here's

18   how it works:

19        You can just say, "I want to sync the 10 most

20   recent unwatched episodes of all TV shows," or you can

21   even pick the shows; right?  If I like "Monk," if I like

22   "Lost," I can say, "Give me the 10 most recent unwatched

23   episodes of those two TV shows," and whenever I synch my

24   iPod they'll be put on.  Now, if I play them on my

25   computer and my iPod, iTunes knows about it and it will

                                                    Page 17

1  take that episode off the next time I sync with my iPod

2  and put another one on.  If I buy a new one, that's more

3  recent, it will exchange that for the one that's least

4  recent.  And it will always keep my iPod up to date with

5  the 10 most recently unwatched episodes of those TV shows

6  I want.

7          So we're beginning to automate this process,

8  making it even easier to decide what you want on your iPod

9  and what you don't.  Another really cool feature we've

10  added to iTunes 7:  This is the ability to more easily

11  move content that you've purchased from the iTunes music

12  store between your various computers.

13          So let's say you have a computer at home and at

14  work, could be two Macs, could be two PCs, could be a

15  mixture, doesn't really matter, but they're both running

16  iTunes 7 and they're both authorized with your account --

17  they're both authorized for the same account.  You can now

18  take your iPod and sync it with your computer at home say,

19  carry it to work, and that content will automatically sync

20  back up to your work computer; if it's authorized with the

21  same account.  And so you can transfer content -- you can

22  transfer content you've purchased from the iTunes music

23  store between authorized computers using an iPod.

24          So album and cover flow views; we think these

25  things are going to be really hot.  New source

1    organization, gapless play back, four times higher video

2    resolution, integrated iPod management right inside

3    iTunes, you can transfer content you've purchased from the

4    iTunes store via your iPod, and we have a new download

5    manager as well so you can track what's being downloaded

6    and change the priorities, et cetera.

7          And so what I'd like to do now is give you a demo

8    of iTunes 7.  All right.  So, I've got my, uh, music

9    library here, and, uh, you know, we can go and play songs,

10    obviously, uh, pick anything you want.

11                (Whereupon a song was played.)

12          So what I want to do now is -- is you see the

13    source list with my separate movie library and TV shows

14    here and podcast, et cetera, audio books.  And, uh, let me

15    go back to music and show you album view; so there it is,

16    this is album view.  And I can just scroll through my

17    library by albums and it's really pretty wonderful.  And,

18    you know, in some cases I have the whole album, sometimes

19    I only have one song, and it's real, real easy to find

20    stuff.

21                (Whereupon a song was played.)

22          So now, let me show you cover flow view.  Go to

23    the third view up here, and, boom, there's cover flow.

24    Now, I can resize this to be smaller or larger, and I can

25    just scroll like this through through my albums.  I can do

Page 19

1    it one at a time if I want, and scroll all the way to the

2    end; it's pretty wonderful.  And, uh, you can just click

3    on an album to play it, you can see the tracks down below.

4              (Whereupon a song was played.)

5        And so it's a wonderful way to find things, but

6    it's also a wonderful way to rediscover your music

7    library, you know.

8              (Whereupon a song was played.)

9        Well, that was nice.  And, uh, you know, it's

10    pretty great.

11              (Whereupon a song was played.)

12        Now, these, uh -- these are sorted by, uh, by

13    album.  I can also sort them by artist, if I want, and now

14    it just changes the sort-on cover flow.  And so I can just

15    start off and, uh, see -- see it, uh, alphabetized and

16    sorted by -- by artist with Beck in the front and Dylan,

17    et cetera; right?  Pretty neat.

18       Okay; other amazing new features I want to show

19    you gapless play back.  So let's go to gapless; and I've

20    got, uh -- I've got a Beethoven symphony here, and I'm

21    going to start this right at the end of the symphony, and,

22    uh, you'll see it progress to the next track seamlessly.

23            (Whereupon a song was played.)

24       And -- let's try a track off Dark Side of the

25    Moon, Pink Floyd

Page 20

```
 1                  (Whereupon a song was played.)
 2            So that's what it's like.  And you know what's
 3    great, this is not for just new music you buy.  iTunes 7
 4    goes through your whole library and finds those songs that
 5    were meant to be played gapless and only with those songs
 6    does it tweet it all back together.  So this works for
 7    your whole library, you don't have to buy new songs to
 8    have gapless play back.
 9            Um, I'm going to show you, uh, the management on
10    iPod, again, here I can see what's on my iPod, I've got a
11    bunch of audio, I've got some video, I've got some photos
12    you can see down below, I could update my iPod if -- if
13    there was some new software out, uh, which is pretty cool.
14    And, uh, again, let me go to TV shows, and, again, show
15    you, you know, I could say I want to sync the -- yes, I do
16    want to sync TV shows.  I want to sync the 3 most
17    unwatched episodes, I could say, you know, five most, ten
18    most, all of them.  Uh, I can sync my most recent episodes
19    whether they're watched or not.
20            I can select TV shows and say, "Well, I want 24,"
21    and, uh -- "and Lost and Monk," and it would automatically
22    keep the three most recently unwatched episodes I own on
23    my iPod of those three TV shows; so pretty cool.  And we
24    can manage our iPod that way.  And, uh, let me just show
25    you games.  If you buy any games, a game shows up on your
```

Page 21

1    library here and this gives you the instructions on each

2    game, uh, and how to use them, right here in -- in iTunes.

3          All right.  Now I want to show you some -- some,

4    uh, video.  So I'm going to go down here to music videos,

5    and, uh, again, music videos just with cover flow, I can

6    take a look at them right here, and I'm going play this

7    John Mayer video.

8               (Whereupon a video was played.)

9          You notice we have on-screen controls here as

10   well.  So let me go ahead and make it full.

11              (Whereupon a video was played.)

12         So that gives you a feeling for the quality now at

13   640 by 480.  Let me go into TV shows; I'll play you a TV

14   show as well.  Uh, let's see, I want to play a CSI here,

15   and we'll just go ahead and play this.

16              (Whereupon a TV show was played.)

17         So you get the idea.  And this, again -- this is

18   an -- an awfully big screen; so 640 by 480 video is really

19   pretty -- pretty spectacular.  So, that, is some of the

20   new features in iTunes 7 and, uh, we think you're going to

21   really like them.  In particular, the album and cover flow

22   views, gapless play back, and the dramatically increased

23   video resolution.

24         So iTunes 7 is available today and it's a free

25   download at iTunes.com, so I hope you all have a chance to

                                                    Page  22

```
 1    get it.  So in one fell swoop, we've gone from this to
 2    this:  iTunes 7.
 3            But there is one more thing.  And, uh, that is
 4    movies.  Today we're going to talk about adding movies to
 5    the iTunes store, and the whole iPod, iTunes experience.
 6    First, I want to go back to TV shows and, again, remind
 7    us, we started out of with 5 shows and one networks and in
 8    less than a year we have 220 shows and 40 networks; the
 9    largest selection of online television programming in the
10    world.
11            So today, we're starting out with films from Walt
12    Disney pictures, Pixar, Touchstone Pictures, and Miramax
13    Films; four studios owned by the Walt Disney company.  And
14    today we are making available over 75 films online,
15    starting today.  We're going to be adding more every week
16    and every month including in the next few months two
17    movies that are today the No. 1 and No. 2 movies of the
18    year:  "Pirates of Caribbean" and "Cars."
19            Movies are going to be available on the iTunes
20    store the same day as they are released on DVD.  So what
21    are we going to price them at?  For new releases, we are
22    going to price them at $12.99 for preorders and during the
23    first week of sale on the store.  Movies will generally go
24    up for preorder about a month before their released and
25    during that time and during the first week on the store,
```

Page 23

1    they're $12.99.  After the first week, they go up to

2    $14.99.

3           Then we have library titles.  Most library titles

4    will be priced at $9.99 everyday; and these are great

5    films.  Like "Shakespeare in Love," "Goodwill Hunting,"

6    "The English patient," "Oh, Brother Where Art Thou,"

7    "Enemy of the State," "The Insider," "National Treasure,"

8    all of those movies and more are available today for

9    $9.99.  This is what the new iTunes store looks like.  It

10   now has movies integrated right into it, on the home page,

11   and you can go to the movie store, and this is what it

12   looks like.  And, yes, you can actually look at new

13   releases and preorders with cover flow right inside the

14   store itself.

15          And when you decide to buy a movie, it's

16   downloaded in near DVD quality at 640 by 480 resolution.

17   And if you have modern broadband, which is 5 or 6 megabits

18   per second, you can download these movies in about

19   30 minutes with five megabit per second broadband.  Now,

20   obviously if your broadband is slower, it's going to take

21   longer.  But more and more people are getting this kind of

22   connectivity, this kind of rates of broadband into their

23   homes.  So 30 minutes at 5 megabits per seconds.

24          And, you can start watching the movie as it's

25   downloading in less than a minute; so you can watch the

Page 24

1    movie as it downloads.  Here's the download manager with

2    movies on it; of course, you can be downloading more than

3    one movie at a time, you can switch the priority, you can

4    pause to give all the bandwidth to another; it's very,

5    very simple to use.  And most people won't even have to go

6    to the download manager.

7          And once your movie is downloaded, you can go to

8    your library and find it with cover flow.  And, of course,

9    you can sync it to your iPod, again, up to 100 hours of

10   video on the 80 gigabyte iPod.  So movies near DVD image

11   quality; Dolby surround audio; same day as DVD release,

12   available the same day on iTunes as they're released on

13   DVD; you can preorder with one click; the usage rights are

14   exactly the same as they've been for TV shows, which has

15   been supersuccessful for us; parental controls have been

16   extended to include MPAA ratings; and we hope to take this

17   international in 2007.

18          So what I'd like to do now is just show you what

19   the quality of these movies looks like.  So let me go over

20   here and, uh, just go to the iTunes store.  And here's the

21   new store and we can, uh, not only look at, uh -- not only

22   can we look at, uh, music but we can look at movies and TV

23   shows and poplar genres that we've visited in new

24   releases, but let's just go to the movie store.  And this

25   is the movie store and here are new releases right here;

Page 25

 1    right?  And library titles, I can look at as well;

 2    featured library titles.  Boom, just go through and pick

 3    something out right here.

 4          Now, I'm going to go ahead and select "Pirates,"

 5    one of the top library titles.  And let me just go ahead

 6    and show you a preview.  And so every movie has a really

 7    nice high quality trailer you can watch.

 8              (Whereupon a video was played.)

 9          So you get the idea.  Every movie has a free high

10    quality preview with it.  And let's say we purchase

11    "Pirates," we can go to our movie library here; and,

12    again, using cover flow, if we want to; right?  Just look

13    through and say, "Oh, look, there's 'Pirates' right

14    there," and we can go ahead and play this if we like.

15              (Whereupon a video was played.)

16          So that gives you a feel for the video quality

17    here; we think it's pretty doggone good.  I'm going to go

18    back to the, uh -- to the movie store here and, uh, let me

19    go ahead and look at this "Cars" preorder; you can

20    preorder "Cars" starting today; and, uh, again, it's

21    $12.99 on a preorder.  And let's just go ahead and, again,

22    look at the trailer.

23              (Whereupon a video was played.)

24          So we can preorder "Cars" here.  We can also do

25    things like, you know, click around -- John Lasseter's the

                                                    Page 26

1   director of Cars, I can see what other movies there are

2   available from John, et cetera.  So this gives you a

3   feeling for what we can do now with movies on iTunes, the

4   quality that we can deliver.

5        So, again, near DVD image quality; Dolby surround

6   audio; movies available the same day that they're released

7   on DVD, you can preorder them with one click weeks in

8   advance; the usage rights are broad, they're the same as

9   what we've offered for TV shows, it has been so successful

10  for us; the parental controls have been expanded.  And,

11  uh, we're really excited about this.

12       So today we launch with Walt Disney Pictures,

13  Pixar Animation Studios, Touchstone Pictures, and Miramax

14  Films; four studios owned by the Walt Disney company.  And

15  it's my pleasure right now to introduce Bob Iger, the CEO

16  of the Walt Disney company to say a few words for us.

17        Hey, Bob.

18        BOB IGER:  Thank you; thank you very much.  It's

19  hard to believe that it's been a year since I was up here

20  in San Francisco announcing that ABC and Disney were going

21  to make just 5 shows available for the iTunes, iPod

22  platform.  A move that many people in the business said

23  was breakthrough, which is a pretty powerful word.  In

24  reality, I think they were right, it was breakthrough; but

25  deep down, we new that the marriage of great content,

Page 27

1    shows like "Lost" and "Desperate Housewives," with great

2    technology and of equal importance a great interface is

3    truly a killer application.

4            And so we're here today to take the next

5    step, to make a step in what we believe is going to be a

6    natural progression of moving media from traditional

7    platforms to new platforms.   Now, in reality, movies are

8    an important part of our culture, certainly an important

9    part of our company.  People love to watch movies on the

10   big screen, that feeling that you get when that curtain

11   has come up and the trailers end and the credits start to

12   come up and there's "Pirates" or "Cars," it's a great

13   feeling.

14           We also know people love to watch movies at home,

15   mostly on DVDs, whether you're watching it alone, or with

16   your wife or a date, or with your family.  Now, we're

17   making movies available on this new service on this new

18   platform; giving people basically more opportunities to

19   buy movies, more places to watch those movies.

20           Steve mentioned Walt Disney Pictures; we

21   basically have four labels at Disney, he named them all:

22   Disney, of course; Miramax; Touchstone; and during the

23   past year, we added Pixar.  And we're going to be making

24   movies available from all four of those labels; about 75

25   as Steve said.

1         And I know he mentioned titles; I'll repeat them

2    again:  "Pirates of the Caribbean, Curse of the Black

3    Pearl" will be up right away.  "Sixth Sense," which is a

4    Touchstone Film.  The Pixar films, "Incredibles," "Cars"

5    film coming up, of course.  Miramax titles like

6    "Shakespeare in Love" and "The English Patient."  Great

7    Disney classics like "Cinderella" and "Bambi."

8         And, of course, in time, while most of these are

9    library films, we'll be making films available on this

10   platform on a day and day basis.  That is day and day to

11   when people can actually go out and buy the DVD.

12        Now we've had a great year at Disney in the movie

13   business.  We have the No. 1 and No. 2 movies in the year

14   in terms of box office in the United States, and

15   "Pirates," uh -- uh, not "Curse of the Black Pearl," but

16   "Dead Man's Chest" -- I get them all confused -- and

17   "Cars."  And, in fact, "Pirates" crossed a billion dollars

18   in global box office, just, uh, this week.  A billion

19   dollars; so it's the third highest grossing movie in the

20   history of the business.

21        I want to make one brief introduction, that's

22   Dick Cook, who is the Chairman of Walt Disney Studios.

23        Dick, if you could stand up wherever you are.

24        A quick bow to Dick Cook; thanks.

25        The other thing I want to mention is Apple.  As

Page 29

1    you would expect, Disney choses it's partners very wisely;

2    we look for partners that, like us, believe in quality

3    that really get it in terms of creativity and that really

4    have the consumer top of mind; they're creating product

5    for the consumer that's reliable, that the consumer

6    actually can access in an -- in a relatively simple and

7    easy way, extremely important; Apples does just that.

8          So while -- when we put TV shows on, people said

9    it was breakthrough, we knew we were in business with a

10   great partner, and a year later we know that the consumer

11   has indeed spoken because the success of television shows

12   in this platform has been enormous with "Lost" being the

13   No. 1 television program on iTunes and iPod over the last

14   year.

15         So we're confident that movies are going to work

16   as well, looking forward to getting them up on the

17   platform.  Very thankful for the opportunity to work with

18   Apple and, Steve, if you want to come back and

19   congratulate you on the array on great product you've

20   shown us today and on this next step; thanks.

21         And thank you all very much, thank you.

22         STEVE JOBS:  Thanks, Bob.

23         So you can now buy movies on the iTunes store,

24   and they're now playing on a computer near you, and

25   they're now playing on an iPod near you; so that's movies,

Page 30

```
 1   and I hope you all go out and buy a few, because it's
 2   really cool.
 3          Okay.  So, let's summarize what we've seen today:
 4   A new enhanced iPod that does a whole lot of stuff and now
 5   let's you watch movies on the go, movies in your pocket.
 6   A ground up new design for the 2nd generation Nano,
 7   aluminum, thinner, colors, 24 hour battery, amazing new
 8   product line.  It's going be a giant hit this holiday
 9   season.  And the 2nd generation iPod shuffle, the smallest
10   mp3 player in the world, the most wearable mp3 player in
11   the world.  And iTunes 7 to drive them all, with new album
12   view and cover flow view.  And, on top of it all, movies.
13          So, I hope this gives you a feeling for what
14   we've got lined up for this holiday season and for where
15   we're going.  Uh, what I'd like to do is have all the
16   folks here who have been a part of engineering, marketing,
17   doing the operations, and finances for all these products
18   from Apple, could you please stand up?  I'd like to give
19   everybody a round of applause; they've done a great job.
20   People have been working really, really hard; so thank
21   you.
22          But there is one last thing that I'd like to talk
23   to you about today.  Now, this -- this next thing is a
24   little unusual for us; it's a sneak peek of a product that
25   will be announced in the first calendar quarter of 2007.
```

Page 31

1    We usually keep things pretty -- pretty corralled until

2    we're ready to ship them, but in this case, I think it

3    completes the story.  And to understand where we're going,

4    I'd like you to get a sneak peek of this.  So we decided

5    to go ahead and -- and show it to you today.

6         And so we've now got music and TV shows, and

7    audio books and movies and all sorts of great digital

8    content on the iTunes store.  And, uh, you can take that

9    content, again, whether it be music or TV shows or movies

10   -- lets focus on movies here -- and you can purchase it

11   and download it over the internet to your computer; it can

12   be a Mac or a PC -- I'm going to choose a Mac here because

13   I'm bias but I could be a PC too.

14        And you can take that content and enjoy it on

15   your computer whether it's a desktop or a notebook and you

16   can also sync it to your iPod; and it's really great.  But

17   what about that big screen flat TV you just bought last

18   weekend?  You'd love to be able to, say, watch your movies

19   on that; right?  So what are we going to do to complete

20   this picture?  Well, you need a box to drive that big

21   screen TV to play movies.

22        I mean, if you want to play DVDs, you've got to

23   go out and buy a DVD player; right?  Well, you got to go

24   out and somehow get a little iTunes player here to play

25   this stuff.  But how is this box going to talk to the

Page 32

1   computer?  Do I want to string cables throughout my house?

2   Because my computer's probably in my den or in my -- some

3   other room in the house and my TV is in the living room or

4   wherever it might be.  So I'm going to talk to it using

5   wireless networking and that's going to get the content

6   from my computer to this box, from the box on to the TV;

7   make sense?

8          Right?  That's what we'd all like to do, we don't

9   want to tear up our walls to string cables.  So let's talk

10  about this box.  This is the missing piece.  Well, here it

11  is; this is what it looks like.  And, uh, internally, we

12  call it iTV.  It's going to let you enjoy your media on

13  your big screen flat TV; right?  That's what it's for.

14  Now, it's a code name, internally, iTV, we got to come up

15  with up with a final name before we introduce it in the

16  first quarter of next year; we're just going to call it

17  iTV today.

18         Now, let's look at what iTV gives us.  Let's spin

19  it around, look at the connectors in the back.  First of

20  all, what it doesn't give us is a power brick.  It's got

21  the power supply built in it because you don't want a

22  bunch of power bricks hanging around your big screen flat

23  TV.  Uh, so it's got the power supply built in.  It's got

24  802 wireless networking built in, industry standard for

25  home networking.  Talks to PCs and Macs and everything

Page 33

1    else.  Got a USB 2 port, we've got an Ethernet jack in
2    case you do have a terrestrial network, you can use it as
3    well.
4           Now, let's talk about getting the video out onto
5    your TV.  We've got an HDMI connector.  This is the new
6    connector that all big screen flat TVs have that you --
7    with one cable you can send digital video and digital
8    audio over to the TV; so it's got that built in.  If you
9    don't have that, it's got component video and analog audio
10   and it's also has digital audio via an optical cable, if
11   you want to use that.
12          So it's got really nice, very simple,
13   compliment of ways to hook up to your TV.  So iTV is
14   controlled with your very simple remote, easy to use and
15   you can just hook it directly to your big flat screen TV
16   or, more likely, you probably hook it to your set-top box,
17   just like your DVD player is hooked to your set-top box.
18   Instead of number 3 for your DVD player, you just go
19   number 4 for your iTV.  Or if you've got a big receiver,
20   you can hook the sound up to that -- pretty much whatever
21   kind of set up you've got, iTV just hooks up.  No problem.
22          And so let me go ahead and just show you what
23   this thing does.  I happen to have one right over here,
24   and, uh, this is, uh -- this is it right here.  That's all
25   it is; very simple; simple little box.  And, more

Page 34

1   importantly, I have a working one right here and, uh -- so
2   let's get it up on the screen.  And, these are probably
3   the most gorgeous graphics you've ever seen on a TV set.
4   And I've got a real big screen flat TV here, so, uh, we've
5   got movies, TV shows, music, podcasts, photos, and some
6   settings; right?
7           So -- so what do you say we, uh -- we start with
8   movies; right?  We go into movies and, uh -- first of all,
9   iTunes is probably going to present some information here,
10  show you what's new on iTunes and the artwork will just
11  float by here.  But we might want to go and select a
12  movie, and let me just show you some -- some cool things
13  here.  And let me go down to "The Incredibles."  And, uh,
14  again, if I just hold here for a minute, it gives me a --
15  gives me a little synopsis of the film, tells me about the
16  cast, the directors, the producers, gives me the length.
17  And I want to play it, I just push it; and here we are.
18              (Whereupon a video was played.)
19          Pretty cool, huh?  And, again, these are the same
20  movies I downloaded and have on my computer and sync to
21  iPods; the same exact file plays on my iPod, my computer,
22  and my big flat screen TV.  Okay.  Let me play you one
23  other one here, uh, I just want to play you a little bit
24  of "Pirates."  Again, I'm going to let this run for a
25  while so you can see the quality of this again.  We're

Page 35

1   very, very happy with how this turned out.

2            (Whereupon a video was played.)

3        So, again, that gives you a feeling for the

4   quality, uh, that you can see on your big flat screen TV.

5   Now, let me go up and just, uh, show you another cool

6   thing that we can do.  Uh, again, because we have, uh,

7   wireless networking, we can use your home network to go

8   out to the internet and go to apple.com where we have the

9   -- the most popular movie trailer download -- or movie

10  trailer site in -- in -- in the world.  And we can view

11  movie trailers right from your couch on your big flat

12  screen TV.

13           So, uh, let's just go ahead and, uh -- uh, go to

14  theatrical trailers here, and, uh, you know, pick one.

15  This is a movie that I'm interested in: "All the King's

16  Men."  So let's take a look at the trailer.  And, again,

17  this is being streamed over the internet, live as we watch

18  it.

19           (Whereupon a video played.)

20        Pretty cool, huh?  So you can look at your

21  favorite movie trailers sitting on your couch, streaming

22  over your home network through iTV.  All righty; now what

23  I'd like to do is, uh, I want to go back and, uh, go to TV

24  shows and just show you what it's like to watch a TV show.

25  Uh, I'm going to go, uh -- let's go down to "The Office"

Page 36

1    here, and, uh, here's a -- a fun episode actually.

2             (Whereupon a video was played.)

3        So you get the idea.  And, uh, so this is what we

4    can do with TV shows.  And, again, I'm just doing all this

5    with this little remote right from here, so...  let's go

6    down to music, and again, we're all familiar with what

7    that might be like, again, we can look at our beautiful

8    album art just, uh, strolling on by.  And I might want to

9    go down here, let's say -- oh, let's say artists.  And,

10    uh, I love Bob Dylan, so I'm going to pick Bob Dylan --

11    here's all my Dylan albums here and, uh, "Highway 61,"

12    let's say, you know.

13             (Whereupon a song was played.)

14        So, again, you know, a lot of us have our stereos

15    hooked up to our TVs; right?  The best stereo in our house

16    now; right?  The home entertainment system.  And, uh, so

17    it's nice to be able to listen to music.  Let's go to

18    podcasts now.  You can actually watch podcasts on our big

19    screen -- big screen TVs.  So I put one on here, and

20    again, these are -- you know, sometimes have a large

21    dynamic range of professionalism, but, uh -- but they're

22    pretty great.  And some of them are a great source of

23    what's going on.

24             (Whereupon a podcast was played.)

25        So, again, you know, you can watch podcasts on

Page 37

```
 1    your big screen TV with your couch; it's pretty cool.  All
 2    right?  And, uh, then I -- last thing I want to show you
 3    is photos.  You know, photos are great because photos are
 4    in high def; you know, the sensors on all these digital
 5    cameras now have so many pixels that they -- they are high
 6    def in resolution.  They just look gorgeous on these -- on
 7    these big flat screen TVs.
 8          So let's go into photos; and, again, it shows me,
 9    you know, all my photo albums, and my library, and
10    pictures just stroll on by here; it's really a wonderful
11    way to enjoy your photos.  So let me go down to, you
12    know, "Road Trip" here.
13          (Whereupon there was a song played.)
14          So you get the idea of what you can do with this;
15    it's just an incredible way to watch your photos.  So we
16    think that iTV is going to be pretty popular for movies,
17    TV shows, musics, podcasts, and photos; and we're pretty
18    excited about it.  So that gives you a little taste of it.
19          All righty.  So, again, iTV, I think it's the most
20    stunning graphics we've seen on a television; movies; TV
21    shows; music; photos; podcasts; and more.
22          What do you think?  You like it?
23          We think it completes the picture here.  And now I
24    can download content from iTunes and enjoy it on my
25    computer, my iPod, and the big screen TV in my living
```

Page 38

1    room; we think it's really going to be pretty great.  So

2    iTV let's us enjoy our media on our big screen TV, works

3    with iTunes on PCs or Macs; right?  Just like iPods, works

4    with PCs or Macs.  It's coming in Q1 of 2007, and we're

5    going to announce the price today:  We're going to price

6    it at just $299; so...

7         So now, you can get great content online, download

8    it over the internet, it's now playing on a computer near

9    you, it's now playing on an iPod near you, and it's coming

10   soon to a TV near you.  So, that, I hope, gives you an

11   overview of what we're doing.

12        You know, Apple's in your den now; right?  It's

13   iTunes running on a Mac, hopefully, or if not a PC; your

14   music and all your content, including movies now; Apple's

15   in your den.  Apple's in your living room with iTV,

16   driving your big flat screen TV.  Apple's in your car with

17   over 70 percent of the 2007 model cars offering iPod

18   connectivity now.  And, of course, Apple's in your pocket

19   with iPods.  Your den, your living room, your car, your

20   pocket; and I hope is this gives you a little bit of an

21   idea of where we're going.

22        So thank you very much for coming today to our

23   special presentation; and we'll see you all soon, thanks.

24        But we do have one more thing.  You know, all this

25   technology's amazing, but it really all comes down to

Page 39

1    artists, doesn't it?  Because if they don't create this

2    content, then we haven't got anything to listen to, or

3    watch; right?  And we like to remind ourselves of that as

4    much as we can.  And so today, we've got a great artist

5    with us, who's going to perform.  And that is John Legend.

6             John Legend -- John Legend's debut album went

7    triple platinum; this is huge.  And he was a phenomenon at

8    the Grammys this year:  He won three Grammy awards; he was

9    tied for the most nominations, he got nominated for 8

10   awards and won three:  Best rhythm and blues album, best

11   rhythm and blues male vocal, and best new artist.

12            He's got a new album coming out next month called

13   "Once Again."  And so I would really like it if you would

14   join me in welcoming in John Legend.

15     (Whereupon there was a concert given by John Legend.)

16            So we're very honored to have John here; it's a

17   very special treat.  Thank you all for coming, we'll see

18   you all again soon.  Thank you.

19       (Whereupon the audio transcription was concluded.)

20

21

22

23

24

25

                                              Page  40

1                    C E R T I F I C A T I O N

2

3          I, Amanda Kallas, hereby certify that the

4    foregoing is a true and correct transcription, to the best

5    of my ability, of the sound recorded proceedings submitted

6    for transcription.

7

8          I further certify that I am not employed by nor

9    related to any party to this action.

10

11         In witness whereof, I hereby sign this date:

12   December 5, 2014.

13

14               _____

15                  Amanda Kallas, CSR No. 13901

16

17

18

19

20

21

22

23

24

25

Veritext National Deposition & Litigation Services
866 299-5127

[1 - audio]

**1**

**1**  1:25 4:23 10:20
12:15,25 13:1 17:1
23:17 29:13 30:13
**10**  10:12,13 17:19
17:22 18:5
**100**  7:9 25:9
**12**  11:19
**12.99**  23:22 26:21
**12.99.**  24:1
**13901**  1:19 41:15
**14**  8:6
**14.99.**  24:2
**149**  8:23
**18**  4:15
**1978013**  1:20
**199**  8:24
**1st**  7:21 8:5 9:1
10:17,21

**2**

**2**  8:18,23 11:11,19
12:16 23:17 29:13
34:1
**20,000**  7:8
**2000**  8:21
**2001**  13:4
**2006**  16:8
**2007**  2:21 25:17
31:25 39:4,17
**2014**  1:14 41:12
**21**  12:25 13:1
**220**  15:25 16:4 23:8
**24**  8:7,15 21:20 31:7
**240**  11:14,18 16:17
**249**  7:4,10 8:24
**299**  39:6
**2nd**  8:7,11,13,17
9:21 10:14 11:1,24
31:6,9

**3**

**3**  4:10 12:17 14:20
21:16 34:18

**3,000**  2:13,16
**30**  7:5,7,24 24:19,23
**320**  16:16
**349**  7:11

**4**

**4**  1:14 4:12 8:19,24
12:17,22 34:19
**4.99**  6:20
**40**  7:9 8:15 9:13,16
16:1,4 23:8
**41**  1:25
**45**  15:21
**450,000**  3:12
**480**  16:20 22:13,18
24:16

**5**

**5**  15:23 16:3 23:7
24:17,23 27:21
41:12
**500**  8:21
**52**  9:4,8
**5th**  6:18

**6**

**6**  4:12 24:17
**60**  2:10 4:3,7 6:22
**61**  37:11
**640**  16:20 22:13,18
24:16

**7**

**7**  13:4,6 14:1 15:18
16:24 18:10,16 19:8
21:3 22:20,24 23:2
31:11
**7,500**  7:8
**70**  2:21,23 39:17
**75**  2:9,9 4:11 6:23
23:14 28:24
**79**  11:21

**8**

**8**  8:20,22,24 40:9
**80**  7:6,8,11 25:10

**802**  33:24
**88**  12:8,9

**9**

**9.99**  24:4
**9.99.**  24:9
**90**  3:13

**a**

**aac**  5:15
**abby**  5:1
**abc**  16:1 27:20
**ability**  18:10 41:5
**able**  16:22 32:18
37:17
**access**  30:6
**accessible**  7:3
**accessories**  2:12,13
2:16 9:11 10:22
**account**  14:17,17,22
18:16,17,21
**action**  41:9
**ad**  9:23,25
**added**  6:25 14:1,5
17:15 18:10 28:23
**adding**  5:17,24 6:5
7:2 15:24 16:6 23:4
23:15
**addition**  17:12
**ads**  9:23
**advance**  27:8
**advertising**  10:4
**affordable**  7:3 10:10
**ago**  15:21
**ahead**  9:24 17:8
22:10,15 26:4,5,14
26:19,21 32:5 34:22
36:13
**album**  14:5,6,7,8,10
14:12,14,15,20,23
15:2,7,10 18:24
19:15,16,18 20:3,13
22:21 31:11 37:8
40:6,10,12
**albums**  5:22 19:17
19:25 37:11 38:9

**allows**  15:2
**alphabetized**  20:15
**aluminum**  7:21 8:2
8:14 11:2,16 31:7
**amanda**  1:19 41:3
41:15
**amazing**  3:25 15:16
20:18 31:7 39:25
**amazon**  12:18,22
**amount**  9:7
**analog**  34:9
**animation**  27:13
**announce**  39:5
**announced**  15:20
31:25
**announcing**  10:14
14:14 27:20
**anodized**  8:3
**anti**  1:6
**app**  13:2
**appeal**  4:20
**applause**  31:19
**apple**  1:6 5:15 29:25
30:18 31:18
**apple's**  39:12,14,15
39:16,18
**apple.com**  36:8
**apples**  30:7
**application**  28:3
**arm**  9:17
**array**  30:19
**art**  14:6,10,13,14,15
24:6 37:8
**artist**  20:13,16 40:4
40:11
**artists**  5:22 37:9
40:1
**artwork**  14:20
15:11,13 35:10
**assignment**  1:20
**athletic**  10:24
**attach**  10:22
**audio**  1:13 2:1 13:15
19:14 21:11 25:11
27:6 32:7 34:8,9,10

Page 1

[audio - concert]

40:19
**authorized** 18:16,17
   18:20,23
**automate** 18:7
**automatically** 14:18
   14:22 16:11 17:16
   18:19 21:21
**automotive** 2:20,25
**available** 6:19 9:9
   22:24 23:14,19 24:8
   25:12 27:2,6,21
   28:17,24 29:9
**awards** 40:8,10
**awfully** 22:18

**b**

**back** 5:9,9,11,14
   6:24 8:2,8,16 10:20
   11:4 16:24 18:20
   19:1,15 20:19 21:6
   21:8 22:22 23:6
   26:18 30:18 33:19
   36:23
**bambi** 29:7
**band** 9:17
**bandwidth** 25:4
**basically** 28:18,21
**basis** 29:10
**battery** 4:8,9,11,13
   6:23 8:6,7,16 11:19
   31:7
**beautiful** 7:22 8:14
   8:14 11:2,9 37:7
**beautifully** 8:3
**beck** 20:16
**beethoven** 20:20
**beginning** 5:4 18:7
**bejeweled** 6:10
**believe** 3:10 27:19
   28:5 30:2
**best** 3:22 12:16
   16:14 37:15 40:10
   40:10,11 41:4
**better** 13:18 14:24

**bias** 32:13
**big** 4:12 13:13 22:18
   28:10 32:17,20
   33:13,22 34:6,15,19
   35:4,22 36:4,11
   37:18,19 38:1,7,25
   39:2,16
**bigger** 10:19
**billboards** 10:3
**billion** 12:11 29:17
   29:18
**bit** 4:7 35:23 39:20
**black** 7:7 8:4,20
   29:2,15
**blue** 8:3
**blues** 40:10,11
**boards** 10:3
**bob** 27:15,17,18
   30:22 37:10,10
**body** 10:23
**books** 13:15 19:14
   32:7
**boom** 17:5 19:23
   26:2
**bottom** 7:24 11:6
**bought** 32:17
**bow** 29:24
**box** 29:14,18 32:20
   32:25 33:6,6,10
   34:16,17,25
**breakthrough** 27:23
   27:24 30:9
**brick** 33:20
**bricks** 33:22
**brief** 29:21
**brighter** 4:4,7 6:23
   8:15
**bringing** 8:1 16:7
**broad** 27:8
**broadband** 24:17,19
   24:20,22
**brother** 24:6
**buds** 9:19 11:20
**built** 11:3,17 17:7,9
   33:21,23,24 34:8

**bunch** 21:11 33:22
**bus** 10:2
**business** 27:22
   29:13,20 30:9
**button** 7:24 17:10
**buy** 6:19 12:16
   14:11 16:9,9 18:2
   21:3,7,25 24:15
   28:19 29:11 30:23
   31:1 32:23

**c**

**c** 41:1,1
**c.s.r.** 1:19
**c05-00037ygr** 1:6
**cable** 11:11 34:7,10
**cables** 33:1,9
**calendar** 31:25
**california** 1:2
**call** 33:12,16
**called** 3:4 14:5,25
   40:12
**cameras** 38:5
**car** 39:16,19
**caribbean** 23:18
   29:2
**carry** 18:19
**carrying** 9:15
**cars** 2:22,23 23:18
   26:19,20,24 27:1
   28:12 29:4,17 39:17
**case** 1:6 8:14 11:2
   11:17 32:2 34:2
**cases** 19:18
**cast** 35:16
**casts** 5:22
**cds** 12:13,16,18
   13:20 14:13
**ceo** 3:3 27:15
**certainly** 11:16 28:8
**certify** 41:3,8
**cetera** 19:6,14 20:17
   27:2
**chairman** 29:22

**chance** 22:25
**chances** 14:21
**change** 19:6
**changes** 20:14
**charge** 11:12
**charger** 9:12,12,16
**chest** 29:16
**choose** 32:12
**choses** 30:1
**cinderella** 29:7
**classical** 5:2
**classics** 29:7
**click** 17:4 20:2
   25:13 26:25 27:7
**clip** 11:3,5,17
**code** 33:14
**colors** 8:2,3,15,20
   31:7
**come** 4:17,20 7:6
   13:21 28:11,12
   30:18 33:14
**comes** 7:5 8:15,17
   8:18 11:1,10,13,19
   39:25
**coming** 2:2,3 29:5
   39:4,9,22 40:12,17
**companies** 2:20,25
**company** 12:19
   23:13 27:14,16 28:9
**complete** 32:19
**completely** 10:5
**completes** 32:3
   38:23
**compliment** 34:13
**component** 34:9
**computer** 16:18
   17:25 18:13,18,20
   30:24 32:11,15 33:1
   33:6 35:20,21 38:25
   39:8
**computer's** 33:2
**computers** 18:12,23
**concept** 10:10
**concert** 40:15

[concluded - exact]

concluded  40:19
confident  30:15
confused  29:16
congratulate  30:19
connect  5:3
connectivity  2:22,24
  24:22 39:18
connector  7:25 34:5
  34:6
connectors  33:19
consumer  30:4,5,5
  30:10
content  18:11,19,21
  18:22 19:3 27:25
  32:8,9,14 33:5
  38:24 39:7,14 40:2
controlled  34:14
controls  14:2 22:9
  25:15 27:10
cook  29:22,24
cool  16:13 17:1,15
  18:9 21:13,23 31:2
  35:12,19 36:5,20
  38:1
coolest  15:3
corralled  32:1
correct  41:4
couch  36:11,21 38:1
countries  12:25 13:1
course  9:17,19 25:2
  25:8 28:22 29:5,8
  39:18
court  1:1
cover  14:15,25 15:2
  15:7,14 18:24 19:22
  19:23 20:14 22:5,21
  24:13 25:8 26:12
  31:12
create  40:1
creating  30:4
creativity  30:3
credits  28:11
crossed  29:17
csi  22:14

csr  41:15
cubis  6:10
culture  28:8
curse  29:2,15
curtain  28:10
customers  10:21
  12:10 15:21

**d**

dark  5:1 20:24
date  18:4 28:16
  41:11
day  23:20 25:11,12
  27:6 29:10,10,10,10
days  3:13,14
dead  29:16
debut  40:6
december  1:14
  41:12
decide  17:16 18:8
  24:15
decided  32:4
deep  27:25
def  38:4,6
deliver  27:4
delivered  16:20
delivering  16:16
delve  3:17
demo  19:7
den  33:2 39:12,15
  39:19
descend  2:8
design  31:6
designed  6:9 7:19
desktop  32:15
desperate  28:1
devices  13:12,19
dick  29:22,23,24
difference  13:8
different  4:19 13:6
  13:24
digital  5:5 32:7 34:7
  34:7,10 38:4
directly  34:15

director  27:1
directors  35:16
disney  23:12,13
  27:12,14,16,20
  28:20,21,22 29:7,12
  29:22 30:1
display  6:23 8:15
distributed  12:13
distributor  3:4
district  1:1,2
divided  13:12
division  1:3
dock  11:10,10,19
doggone  26:17
doing  31:17 37:4
  39:11
dolby  25:11 27:5
dollars  11:21 29:17
  29:19
double  8:25 9:1
download  14:18,23
  15:21 19:4 22:25
  24:18 25:1,6 32:11
  36:9 38:24 39:7
downloaded  12:11
  16:12 19:5 24:16
  25:7 35:20
downloading  24:25
  25:2
downloads  12:9,10
  25:1
dramatically  9:6,13
  22:22
drive  31:11 32:20
driving  39:16
dvd  23:20 24:16
  25:10,11,13 27:5,7
  29:11 32:23 34:17
  34:18
dvds  28:15 32:22
dylan  20:16 37:10
  37:10,11
dynamic  37:21

**e**

e  41:1
ea  6:13
ear  9:19 11:19
early  3:14
ears  4:16,19
easier  18:8
easily  18:10
easy  19:19 30:7
  34:14
ecosystem  2:17
either  15:9
em  6:11
employed  41:8
enables  15:1
encoded  5:15 16:14
encoding  5:6 16:15
enemy  24:7
engineering  31:16
english  24:6 29:6
enhance  4:1
enhanced  7:14 31:4
enhancement  13:3
enjoy  32:14 33:12
  38:11,24 39:2
enormous  30:12
entertainment
  37:16
environmental  9:5
environmentally  9:6
episode  18:1 37:1
episodes  15:12
  17:20,23 18:5 21:17
  21:18,22
equal  28:2
et  19:6,14 20:17
  27:2
ethernet  34:1
event  2:3
everybody  4:18
  31:19
everyday  24:4
exact  35:21

Veritext National Deposition & Litigation Services
866 299-5127

[exactly - half]

| | | | |
|---|---|---|---|
| **exactly** 25:14 | **find** 5:21,21 13:10 | **games** 6:6,6,8,21,24 | **goes** 10:2 21:4 |
| **exchange** 18:3 | 13:17 15:1,14 19:19 | 21:25,25 | **going** 2:6,18 3:15 |
| **excited** 7:12 11:24 | 20:5 25:8 | **gapless** 5:14,16 6:24 | 4:1,2,3,8,9,14,19 |
| 27:11 38:18 | **finding** 5:20 | 8:8,16 16:24 19:1 | 5:11 6:18,20 7:2,18 |
| **exciting** 6:24 | **finds** 21:4 | 20:19,19 21:5,8 | 10:19 11:20 13:9 |
| **expanded** 27:10 | **first** 5:10 9:5,12 | 22:22 | 14:15 15:17 16:19 |
| **expect** 30:1 | 12:3,18,22 13:11,24 | **gaps** 5:5 | 16:22 18:25 20:21 |
| **experience** 12:6 | 23:6,23,25 24:1 | **generally** 23:23 | 21:9 22:4,6,20 23:4 |
| 23:5 | 31:25 33:16,19 35:8 | **generation** 6:18 | 23:15,19,21,22 |
| **extended** 25:16 | **five** 8:14 12:20 | 7:19,22 8:6,8,11,13 | 24:20 26:4,17 27:20 |
| **extremely** 30:7 | 15:24 21:17 24:19 | 8:18 9:1,21 10:14 | 28:5,23 30:15 31:8 |
| | **flat** 32:17 33:13,22 | 10:18,21 11:1,24 | 31:15 32:3,12,19,25 |
| **f** | 34:6,15 35:4,22 | 31:6,9 | 33:4,5,12,16 35:9 |
| **f** 41:1 | 36:4,11 38:7 39:16 | **genres** 25:23 | 35:24 36:25 37:10 |
| **fact** 9:13 10:19 11:4 | **float** 35:11 | **getting** 16:21 24:21 | 37:23 38:16 39:1,5 |
| 29:17 | **flow** 4:25 14:25 15:8 | 30:16 34:4 | 39:5,21 40:5 |
| **fairly** 10:4 | 15:14 18:24 19:22 | **giant** 31:8 | **golf** 6:11 |
| **familiar** 37:6 | 19:23 20:14 22:5,21 | **gig** 7:11 | **good** 2:2 14:21 |
| **families** 3:19 | 24:13 25:8 26:12 | **gigabyte** 7:6,6,7,8 | 16:17 26:17 |
| **family** 28:16 | 31:12 | 8:18,19,20,22,23,24 | **goodwill** 24:5 |
| **fantastic** 2:18 | **floyd** 5:1 20:25 | 8:25 11:13,18 25:10 | **gorgeous** 14:12 35:3 |
| **far** 10:13 | **focus** 13:25 32:10 | **give** 2:7 6:14 14:12 | 38:6 |
| **fast** 5:25 | **folks** 31:16 | 15:19 17:22 19:7 | **grammy** 40:8 |
| **faster** 6:2 13:17 | **foot** 3:3 | 25:4 31:18 33:20 | **grammys** 40:8 |
| **favorite** 16:10 36:21 | **foregoing** 41:4 | **given** 40:15 | **graphics** 35:3 38:20 |
| **feature** 5:24 7:1 8:1 | **forward** 30:16 | **gives** 6:16 11:8 17:5 | **great** 2:4,17 3:10 |
| 18:9 | **fossil** 9:7 | 22:1,12 26:16 27:2 | 8:10 9:6,11 10:1 |
| **featured** 26:2 | **four** 16:19,22 19:1 | 31:13 33:18 35:14 | 12:25 16:17 20:10 |
| **features** 5:18 6:3,22 | 23:13 27:14 28:21 | 35:15,16 36:3 38:18 | 21:3 24:4 27:25 |
| 6:25 8:9,10 15:17 | 28:24 | 39:10,20 | 28:1,2,12 29:6,12 |
| 16:24 20:18 22:20 | **fraction** 10:17,18 | **giving** 14:15 28:18 | 30:10,19 31:19 32:7 |
| **feel** 11:8 26:16 | **francisco** 27:20 | **global** 29:18 | 32:16 37:22,22 38:3 |
| **feeling** 6:16 22:12 | **free** 14:15,23 22:24 | **go** 4:5,5 9:24 13:21 | 39:1,7 40:4 |
| 27:3 28:10,13 31:13 | 26:9 | 15:9 17:3,8,14 19:9 | **green** 8:3 |
| 36:3 | **front** 20:16 | 19:15,22 20:19 | **grossing** 29:19 |
| **fell** 23:1 | **fuels** 9:7 | 21:14 22:4,10,13,15 | **ground** 7:20 31:6 |
| **fifth** 12:20 | **full** 22:10 | 23:6,23 24:1,11 | **grown** 16:2 |
| **file** 1:13 35:21 | **fun** 6:10,13 37:1 | 25:5,7,19,20,24 | **guessed** 16:25 |
| **film** 29:4,5 35:15 | **funner** 6:8 | 26:2,4,5,11,14,17,19 | **guys** 10:1 12:18 |
| **films** 23:11,13,14 | **further** 41:8 | 26:21 29:11 31:1,5 | |
| 24:5 27:14 29:4,9,9 | | 32:5,23,23 34:18,22 | **h** |
| **final** 33:15 | **g** | 35:8,11,13 36:5,7,8 | **h.264.** 16:15 |
| **finally** 4:22 | **game** 16:9,11 21:25 | 36:13,13,23,23,25 | **half** 4:10,12 12:11 |
| **finances** 31:17 | 22:2 | 36:25 37:5,9,17 | 12:22 14:20 |
| | | 38:8,11 | |

[hanging - legend]

| | | | |
|---|---|---|---|
| hanging 33:22 | **i** | introduce 7:19 | job 31:19 |
| happen 5:5 34:23 | | 27:15 33:15 | jobs 2:2 30:22 |
| happening 3:17 | idea 22:17 26:9 37:3 | introduced 13:4 | john 22:7 26:25 |
| happy 10:13 36:1 | 38:14 39:21 | introducing 13:3 | 27:2 40:5,6,6,14,15 |
| hard 27:19 31:20 | iger 27:15,18 | introduction 29:21 | 40:16 |
| hdmi 34:5 | image 25:10 27:5 | ipod 1:6 2:7,8,12,13 | join 40:14 |
| headphone 7:25 | importance 28:2 | 2:14,16,17,22,24 | june 2:11 |
| headphones 4:15,17 | important 7:1 28:8 | 3:2,5,6,12,17,19,19 | **k** |
| 7:1 8:12,17 9:18 | 28:8 30:7 | 3:21,22 4:21,22 | kallas 1:19 41:3,15 |
| hey 27:17 | importantly 35:1 | 5:22 6:4,7,17,21 7:2 | keep 18:4 21:22 |
| high 26:7,9 38:4,5 | improvement 4:18 | 7:5,9,12,14,16,17 | 32:1 |
| higher 16:22 19:1 | 13:23 | 8:5,23 9:9,20,21 | killer 28:3 |
| highest 29:19 | include 4:14 25:16 | 10:7,8,8,12,15 | kind 16:12 24:21,22 |
| highlight 2:15 17:16 | including 8:11 16:1 | 11:25 12:4,5 17:2,4 | 34:21 |
| highlights 16:8,11 | 23:16 39:14 | 17:5,6,11,13,17,24 | kinds 3:25 |
| highway 37:11 | increase 4:9,11 | 17:25 18:1,4,8,18 | king's 36:15 |
| history 29:20 | 16:19 | 18:23 19:2,4 21:10 | kit 3:2 |
| hit 17:10 31:8 | increased 22:22 | 21:10,12,23,24 23:5 | kits 3:12 |
| hold 6:11 7:24 35:14 | increasing 8:7 | 25:9,10 27:21 30:13 | knew 30:9 |
| holds 7:7 11:14,18 | incredible 38:15 | 30:25 31:4,9 32:16 | know 2:12,19 3:18 |
| holiday 11:23 31:8 | incredibles 29:4 | 35:21 38:25 39:9,17 | 3:22 4:16,24 5:7 6:2 |
| 31:14 | 35:13 | ipods 2:10 3:19 6:18 | 7:17 10:9,11 11:16 |
| home 18:13,18 | industry 33:24 | 9:15 12:2 13:20 | 11:18 12:3,4,25 |
| 24:10 28:14 33:25 | information 35:9 | 16:17 35:21 39:3,19 | 13:2 14:11 17:2 |
| 36:7,22 37:16 | innovation 2:18 | itunes 1:6 6:20 12:5 | 19:9,18 20:7,9 21:2 |
| homes 24:23 | input 5:19 | 12:7,8,11,14,20,24 | 21:15,17 26:25 |
| honored 40:16 | inserted 5:6 | 13:2,3,4,6,6,19 14:1 | 28:14 29:1 30:10 |
| hook 34:13,15,16,20 | inside 17:2 19:2 | 14:12,16,17,17,22 | 36:14 37:12,14,20 |
| hooked 34:17 37:15 | 24:13 | 14:22 15:18 16:8,12 | 37:25 38:3,4,9,12 |
| hooks 34:21 | insider 24:7 | 16:24 17:2,7,11,25 | 39:12,24 |
| hope 22:25 25:16 | installer 17:7 | 18:10,11,16,22 19:3 | knows 17:25 |
| 31:1,13 39:10,20 | instant 5:18,23 8:9 | 19:4,8 21:3 22:2,20 | **l** |
| hopefully 10:3 | instantly 5:20 | 22:24 23:2,5,5,19 | labels 28:21,24 |
| 39:13 | instructions 22:1 | 24:9 25:12,20 27:3 | lanyard 9:18 |
| hot 18:25 | integrated 19:2 | 27:21 30:13,23 | large 37:20 |
| hour 8:6,7,16 11:19 | 24:10 | 31:11 32:8,24 35:9 | larger 19:24 |
| 31:7 | intended 5:12 | 35:10 38:24 39:3,13 | largest 12:20 23:9 |
| hours 4:10,10,12,12 | interested 36:15 | itunes.com 22:25 | lasseter's 26:25 |
| 7:9,9 25:9 | interesting 10:9 | itv 33:12,14,17,18 | launch 27:12 |
| house 33:1,3 37:15 | interface 28:2 | 34:13,19,21 36:22 | lead 1:6 |
| housewives 28:1 | internally 33:11,14 | 38:16,19 39:2,15 | legal 12:8,9,20 |
| huge 40:7 | international 25:17 | **j** | legally 12:12 |
| huh 35:19 36:20 | internet 32:11 36:8 | jack 7:25 34:1 | legend 40:5,6,14,15 |
| hunting 24:5 | 36:17 39:8 | | |

Veritext National Deposition & Litigation Services
866 299-5127

[legend's - new]

**legend's** 40:6
**length** 35:16
**letter** 6:1
**letters** 5:20,21
**libraries** 13:14
**library** 13:12,13,14
 13:16 14:4,8,16
 15:5 16:12 19:9,13
 19:17 20:7 21:4,7
 22:1 24:3,3 25:8
 26:1,2,5,11 29:9
 38:9
**life** 4:9,11,13 6:23
 8:6,7
**line** 7:12 31:8
**linearly** 11:7
**lined** 31:14
**lines** 3:18
**list** 5:15 13:8,13
 14:4 15:6,8,10
 19:13
**listen** 37:17 40:2
**listening** 5:1
**lists** 13:22 15:6,6
**litigation** 1:6
**little** 2:7 3:16 6:14
 6:16 31:24 32:24
 34:25 35:15,23 37:5
 38:18 39:20
**live** 5:20 36:17
**living** 33:3 38:25
 39:15,19
**locker** 3:4
**longer** 6:23 24:21
**look** 7:16 12:12,14
 13:5,6 14:8 16:2
 22:6 24:12 25:21,22
 25:22 26:1,12,13,19
 26:22 30:2 33:18,19
 36:16,20 37:7 38:6
**looking** 14:3,4 15:1
 30:16
**looks** 7:20,23 24:9
 24:12 25:19 33:11

**loss** 5:15
**lost** 17:22 21:21
 28:1 30:12
**lot** 3:23 4:1,24 6:13
 7:15 31:4 37:14
**love** 3:5 13:2 24:5
 28:9,14 29:6 32:18
 37:10
**lowering** 7:4
**lowest** 7:11
**lunched** 3:1

**m**

**mac** 11:12 32:12,12
 39:13
**macs** 18:14 33:25
 39:3,4
**magical** 12:5
**mahjong** 6:10
**major** 3:4 16:2
**making** 18:8 23:14
 28:17,23 29:9
**male** 40:11
**man** 6:11
**man's** 29:16
**manage** 17:2 21:24
**management** 19:2
 21:9
**manager** 19:5 25:1
 25:6
**market** 2:9,9 12:8,9
**marketing** 31:16
**marriage** 27:25
**mart** 12:15
**mastered** 10:6
**matter** 9:13 10:18
 11:4 18:15
**mayer** 22:7
**mean** 32:22
**meant** 4:25 5:12
 21:5
**media** 28:6 33:12
 39:2
**megabit** 24:19

**megabits** 24:17,23
**men** 36:16
**mention** 29:25
**mentioned** 28:20
 29:1
**million** 2:10 10:12
 10:13 14:20 15:22
**mind** 30:4
**mini** 6:10
**minute** 15:4 24:25
 35:14
**minutes** 24:19,23
**miramax** 23:12
 27:13 28:22 29:5
**missing** 14:15 33:10
**mixture** 18:15
**model** 2:21 4:12 7:6
 7:7 8:18,19,20,24
 8:24,25 11:13,13
 39:17
**models** 7:5 8:18
**modern** 24:17
**monk** 17:21 21:21
**month** 16:3,3 23:16
 23:24 40:12
**months** 4:15 23:16
**moon** 5:2 20:25
**morning** 2:2,4
**move** 9:8 18:11
 27:22
**movie** 19:13 24:11
 24:15,24 25:1,3,7
 25:24,25 26:6,9,11
 26:18 29:12,19
 35:12 36:9,9,11,15
 36:21
**movies** 13:15 23:4,4
 23:17,17,19,23 24:8
 24:10,18 25:2,10,19
 25:22 27:1,3,6 28:7
 28:9,14,17,19,19,24
 29:13 30:15,23,25
 31:5,5,12 32:7,9,10
 32:18,21 35:5,8,8
 35:20 38:16,20

 39:14
**moving** 28:6
**mp3** 5:15 7:18 11:15
 11:17,25 31:10,10
**mpaa** 25:16
**music** 3:23,24 4:24
 5:2,5 12:12,21,24
 13:10,14 14:3,8,12
 14:16 15:3,8 16:20
 18:11,22 19:8,15
 20:6 21:3 22:4,5
 25:22 32:6,9 35:5
 37:6,17 38:21 39:14
**musics** 38:17

**n**

**n** 41:1
**name** 5:22 33:14,15
**named** 28:21
**nano** 3:19 7:16,17
 7:19,22 8:6,8,11,13
 8:18,23 9:1,3,14,19
 10:6,7 31:6
**nanos** 8:1,5 9:9,21
**national** 24:7
**natural** 28:6
**near** 24:16 25:10
 27:5 30:24,25 39:8
 39:9,10
**neat** 20:17
**need** 14:21 32:20
**network** 16:1,2,4,6
 16:7 34:2 36:7,22
**networking** 33:5,24
 33:25 36:7
**networks** 16:1,5
 23:7,8
**new** 2:8,15 4:14,21
 4:22 5:17,24 6:3,3,5
 6:24,25 7:1,5,6,9,14
 7:19 8:1,1,5,9,10,11
 8:17,22 9:3,3,9,14
 9:19,19 10:7 11:20
 13:25 14:1 15:16,17
 16:6 17:8 18:2,25

[new - pretty]

19:4 20:18 21:3,7
21:13 22:20 23:21
24:9,12 25:21,23,25
27:25 28:7,17,17
31:4,6,7,11 34:5
35:10 40:11,12
nfl 16:7,8
nice 4:4 5:16 13:23
20:9 26:7 34:12
37:17
nike 3:2,2,12,13
9:20
nominated 40:9
nominations 40:9
northern 1:2
notch 16:18
notebook 32:15
notice 4:6 22:9
number 3:9 34:18
34:19

**o**

o 41:1
oakland 1:3
obvious 8:1
obviously 14:10
19:10 24:20
october 11:23 15:20
15:23,25
offer 2:22,23,24
5:13
offered 27:9
offering 39:17
office 29:14,18
36:25
oh 24:6 26:13 37:9
okay 10:16 20:18
31:3 35:22
old 3:13
once 25:7 40:13
ones 6:10
online 12:13,19 23:9
23:14 39:7
operations 31:17

opportunities 28:18
opportunity 30:17
optical 34:10
option 2:23,24
orders 11:22
organization 19:1
organize 13:10,18
outside 12:24
overview 2:7 3:16
39:11
owned 23:13 27:14

**p**

pac 6:11
packaging 9:3,4
11:20
page 24:10
pages 1:25
paid 2:25
parental 25:15
27:10
part 12:4 28:8,9
31:16
particular 22:21
partner 30:10
partners 6:13 30:1,2
party 41:9
pass 12:21 16:10
passing 6:1
patient 24:6 29:6
pause 25:4
pc 11:12 32:12,13
39:13
pcs 18:14 33:25 39:3
39:4
pearl 29:3,15
peek 31:24 32:4
people 4:20 7:3
24:21 25:5 27:22
28:9,14,18 29:11
30:8 31:20
percent 2:9,9,21,23
4:3,7,11 6:22,23
8:15 9:4,8,14,16
12:8,9 39:17

perform 40:5
phenomenon 3:7
40:7
photo 38:9
photos 21:11 35:5
38:3,3,3,8,11,15,17
38:21
physical 12:16,18
pick 16:10 17:21
19:10 26:2 36:14
37:10
picture 32:20 38:23
pictures 23:12,12
27:12,13 28:20
38:10
piece 33:10
pin 7:24
pink 5:1 8:3 20:25
pioneered 10:9
pirates 23:18 26:4
26:11,13 28:12 29:2
29:15,17 35:24
pixar 23:12 27:13
28:23 29:4
pixels 38:5
places 2:15 28:19
planet 9:8
platform 27:22
28:18 29:10 30:12
30:17
platforms 28:7,7
platinum 40:7
play 5:8,14 6:24 8:8
8:16 11:7 13:13,22
15:6,6,8 16:24
17:24 19:1,9 20:3
20:19 21:8 22:6,13
22:14,15,22 26:14
32:21,22,24 35:17
35:22,23
playback 5:16
played 6:15 9:25
19:11,21 20:4,8,11
20:23 21:1,5 22:8
22:11,16 26:8,15,23

35:18 36:2,19 37:2
37:13,24 38:13
player 3:23 7:18
10:10 11:15,18,25
31:10,10 32:23,24
34:17,18
players 5:7
playing 30:24,25
39:8,9
plays 3:24 35:21
please 31:18
pleased 2:21 10:11
pleasure 27:15
plenty 11:23
plug 11:11
plugs 11:11
plus 3:2,12 8:19
9:20 12:5
pocket 31:5 39:18
39:20
pod 5:22
podcast 19:14 37:24
podcasts 13:15 35:5
37:18,18,25 38:17
38:21
points 9:1
poplar 7:17 25:23
popular 15:17 36:9
38:16
port 34:1
position 14:2
postings 10:3
power 5:8 33:20,21
33:22,23
powerful 27:23
preferences 17:3
preorder 23:24
25:13 26:19,20,21
26:24 27:7
preorders 23:22
24:13
present 35:9
presentation 39:23
pretty 3:25 4:18
13:6 14:21 15:16

Veritext National Deposition & Litigation Services
866 299-5127

**[pretty - shoe]**

16:17 19:17 20:2,10
20:17 21:13,23
22:19,19 26:17
27:23 32:1,1 34:20
35:19 36:20 37:22
38:1,16,17 39:1
**preview** 26:6,10
**price** 7:4,12 9:1,2
23:21,22 39:5,5
**priced** 24:4
**prices** 7:10 8:23
**print** 10:2,4
**priorities** 19:6
**priority** 25:3
**probably** 33:2 34:16
35:2,9
**problem** 34:21
**proceedings** 41:5
**process** 5:6 6:2 18:7
**producers** 35:16
**product** 30:4,19
31:8,24
**products** 2:8 3:18
7:13 31:17
**professionalism**
37:21
**program** 30:13
**programming** 23:9
**progress** 20:22
**progression** 28:6
**purchase** 26:10
32:10
**purchased** 12:10
15:21 18:11,22 19:3
**pure** 12:19
**push** 35:17
**put** 5:11 17:24 18:2
30:8 37:19
**puts** 14:6,6 15:11,11

**q**

**q1** 39:4
**quality** 22:12 24:16
25:11,19 26:7,10,16
27:4,5 30:2 35:25

36:4
**quantify** 3:11
**quarter** 2:11 31:25
33:16
**quick** 5:25 6:24 8:10
8:16 29:24
**quite** 4:1,6
**quote** 3:3

**r**

**r** 41:1
**range** 37:21
**rapidly** 15:1
**rates** 24:22
**ratings** 25:16
**ready** 32:2
**real** 19:19,19 35:4
**reality** 27:24 28:7
**really** 2:17,25 3:9,15
4:4 5:16 6:7 7:12
8:14 10:9,13 11:8
11:24 16:25 17:15
18:9,15,25 19:17
22:18,21 26:6 27:11
30:3,3 31:2,20,20
32:16 34:12 38:10
39:1,25 40:13
**receiver** 34:19
**recheck** 3:9
**record** 7:9 8:22
**recorded** 41:5
**rediscover** 15:3 20:6
**reduces** 9:7
**reduction** 9:9
**related** 41:9
**relatively** 30:6
**release** 25:11
**released** 23:20,24
25:12 27:6
**releases** 23:21 24:13
25:24,25
**reliable** 30:5
**remind** 23:6 40:3
**remote** 34:14 37:5

**repeat** 29:1
**report** 2:21 3:11
**reported** 1:19
**request** 4:23
**reseller** 12:20
**resize** 19:24
**resolution** 16:16,19
16:23 19:2 22:23
24:16 38:6
**rhythm** 40:10,11
**right** 4:17 10:7,18
10:22 11:3,3,11
12:15 13:6,22 14:4
14:8 15:9,13 17:2,7
17:10,11,21 19:2,8
20:17,21 22:2,3,6
24:10,13 25:25 26:1
26:3,12,13 27:15,24
29:3 32:19,23 33:8
33:13 34:23,24 35:1
35:6,8 36:11 37:5
37:15,18 38:2 39:3
39:12 40:3
**rights** 25:13 27:8
**righty** 36:22 38:19
**ripped** 14:13
**ripping** 13:20
**road** 5:1 38:12
**robust** 6:8
**room** 33:3,3 39:1,15
39:19
**round** 31:19
**run** 9:24 35:24
**running** 18:15 39:13

**s**

**sale** 23:23
**san** 27:20
**scenes** 4:6
**screen** 4:3,3,7 22:9
22:18 28:10 32:17
32:21 33:13,22 34:6
34:15 35:2,4,22
36:4,12 37:19,19
38:1,7,25 39:2,16

**scroll** 5:25 6:2 14:7
19:16,25 20:1
**scrolling** 5:25 6:25
8:10,17
**seamlessly** 5:3,13
20:22
**search** 6:24 8:9,16
**searching** 5:18,23
**season** 11:24 15:12
16:8,9 31:9,14
**second** 7:19 14:5
24:18,19
**seconds** 24:23
**section** 13:19,20,22
**sections** 13:12
**see** 9:18 10:4,19
13:11 19:12 20:3,15
20:15,22 21:10,12
22:14 27:1 35:25
36:4 39:23 40:17
**seen** 31:3 35:3 38:20
**select** 13:9 21:20
26:4 35:11
**selection** 23:9
**sell** 6:20 11:21 12:15
12:18
**send** 34:7
**sense** 29:3 33:7
**sensors** 38:4
**separate** 13:14,16
19:13
**service** 28:17
**set** 17:3,13 34:16,17
34:21 35:3
**settings** 35:6
**sexy** 14:11
**shakespeare** 24:5
29:6
**share** 2:4,9,10 12:8
12:9
**ship** 11:23 32:2
**shipped** 2:10 6:6
**shipping** 7:13
**shoe** 3:5,6

Veritext National Deposition & Litigation Services
866 299-5127

**[shoes - thank]**

shoes  3:4,8 9:20
show  3:3 6:1 9:22
  10:15 13:7 15:4,11
  15:13,13,22 17:14
  19:15,22 20:18 21:9
  21:14,24 22:3,14,16
  25:18 26:6 32:5
  34:22 35:10,12 36:5
  36:24,24 38:2
shown  30:20
shows  3:24 13:15
  15:9,10,14,18,20,22
  15:23,24,25 16:4,4
  16:21 17:5,14,15,17
  17:20,21,23 18:5
  19:13 21:14,16,20
  21:23,25 22:13 23:6
  23:7,8 25:14,23
  27:9,21 28:1 30:8
  30:11 32:6,9 35:5
  36:24 37:4 38:8,17
  38:21
shuffle  3:20 10:8,8
  10:10,15,21 11:1,7
  11:25 31:9
shuffles  10:12
side  5:1 20:24
sign  41:11
significant  13:3
silver  8:3,19,19
similar  13:7
simple  6:6 13:22
  25:5 30:6 34:12,14
  34:25,25
single  13:1
site  36:10
sitting  36:21
sixth  29:3
size  10:17,18
slower  24:20
small  11:9
smaller  9:13,14,16
  19:24
smallest  11:15,16,25
  31:9

sneak  31:24 32:4
software  5:17 6:3,25
  8:9,10 9:20 17:9
  21:13
sold  2:23 3:8,10,12
  10:12 12:10
solves  4:22
song  19:11,19,21
  20:4,8,11,23 21:1
  37:13 38:13
songs  5:14,21 7:8,8
  8:21,21,22 11:14,18
  12:11 14:11,20 19:9
  21:4,5,7
soon  3:7 10:4 39:10
  39:23 40:18
sort  20:13,14
sorted  20:12,16
sorts  32:7
sound  34:20 41:5
source  13:8 18:25
  19:13 37:22
special  2:3 39:23
  40:17
spectacular  22:19
spend  9:7
spin  33:18
spoken  30:11
sport  3:12
sports  3:2
stacks  12:14
stand  29:23 31:18
standard  4:20 33:24
start  3:21 4:2 9:23
  10:3 13:8 20:15,21
  24:24 28:11 35:7
started  2:1,5 10:25
  11:2 15:23,25 23:7
starting  6:10,19
  7:13,14 16:8 23:11
  23:15 26:20
starts  5:20
state  24:7
states  1:1 29:14

stenographic  1:13
step  28:5,5 30:20
stereo  37:15
stereos  37:14
steve  2:2 28:20,25
  30:18,22
storage  7:10 8:25
  9:2 11:14
store  6:20 13:12,19
  14:12 18:12,23 19:4
  23:5,20,23,25 24:9
  24:11,14 25:20,21
  25:24,25 26:18
  30:23 32:8
stores  12:24
story  12:2,4 32:3
straightforward
  13:23
streamed  36:17
streaming  36:21
string  33:1,9
stroll  38:10
strolling  37:8
studios  23:13 27:13
  27:14 29:22
studying  4:16
stuff  2:4 10:4 19:20
  31:4 32:25
stunning  14:23
  38:20
submitted  41:5
success  30:11
successful  27:9
summarize  6:22
  31:3
summary  17:6
supersuccessful
  25:15
supply  33:21,23
supposed  5:3
surround  25:11
  27:5
sweet  11:8
switch  14:2,2 25:3

switches  11:6
swoop  23:1
symphony  20:20,21
sync  11:12 17:4,19
  18:1,18,19 21:15,16
  21:16,18 25:9 32:16
  35:20
synch  17:23
synopsis  35:15
system  15:15 37:16

**t**

t  41:1,1
tabs  17:12
take  4:8 7:16 12:13
  18:1,18 22:6 24:20
  25:16 28:4 32:8,14
  36:16
taken  3:14
talk  12:2,7 23:4
  31:22 32:25 33:4,9
  34:4
talking  15:18
talks  33:25
target  12:17
taste  38:18
team  16:10
team's  16:11
tear  33:9
technology  16:15
  28:2
technology's  39:25
television  23:9
  30:11,13 38:20
tell  3:7,7 9:22 10:12
  16:6 17:1
tells  35:15
ten  21:17
terms  17:17 29:14
  30:3
terrestrial  34:2
tetris  6:11
texas  6:11
thank  10:1 27:18,18
  30:21,21 31:20

**[thank - want]**

39:22 40:17,18
**thankful**  30:17
**thanks**  2:2,3 29:24
30:20,22 39:23
**theatrical**  36:14
**thing**  9:6 10:20
13:11,24 15:3 23:3
29:25 31:22,23
34:23 36:6 38:2
39:24
**things**  5:20 9:8
13:17 17:1,3 18:25
20:5 26:25 32:1
35:12
**think**  4:18,19 15:16
18:24 22:20 26:17
27:24 32:2 38:16,19
38:22,23 39:1
**thinner**  7:21 8:13
31:7
**third**  14:25 19:23
29:19
**thou**  24:6
**thousand**  4:16 8:21
**three**  3:18,18 8:18
8:19 14:2 21:22,23
40:8,10
**thrilled**  3:13
**thursday**  1:14
**tied**  40:9
**time**  5:10 11:23
12:19 18:1 20:1
23:25 25:3 29:8
**times**  16:19,22 19:1
**tiny**  10:10
**titles**  24:3,3 26:1,2,5
29:1,5
**today**  2:6 3:21 4:1
5:11 6:5,19 7:2,13
7:14,18 9:10 10:12
10:14 11:22 13:2
14:14 16:5,9,18
22:24 23:4,11,14,15
23:17 24:8 26:20
27:12 28:4 30:20

31:3,23 32:5 33:17
39:5,22 40:4
**tons**  3:8 10:22 12:15
**top**  7:23 12:19 17:12
26:5 30:4 31:12
34:16,17
**touchstone**  23:12
27:13 28:22 29:4
**track**  4:25 5:2,4
19:5 20:22,24
**tracks**  4:24 5:6,8,12
14:6 20:3
**traditional**  28:6
**trailer**  26:7,22 36:9
36:10,16
**trailers**  28:11 36:11
36:14,21
**trajectory**  12:21
**transcription**  1:13
2:1 40:19 41:4,6
**transfer**  18:21,22
19:3
**transitioned**  5:13
**transpired**  15:22
**treasure**  24:7
**treat**  40:17
**tremendous**  2:18
**trip**  38:12
**triple**  40:7
**true**  41:4
**truly**  28:3
**trust**  1:6
**try**  20:24
**turn**  11:7
**turned**  36:1
**turns**  9:5
**tv**  3:24 9:23,25
13:15 15:9,9,13,13
15:14,18,20,22,25
16:20 17:14,15,17
17:20,23 18:5 19:13
21:14,16,20,23
22:13,13,16 23:6
25:14,22 27:9 30:8
32:6,9,17,21 33:3,6

33:13,23 34:5,8,13
34:15 35:3,4,5,22
36:4,12,23,24 37:4
38:1,17,20,25 39:2
39:10,16
**tvs**  34:6 37:15,19
38:7
**tweet**  21:6
**two**  4:10 6:3 7:5
8:10 17:23 18:14,14
23:16

**u**

**u.s.**  2:9,22,24 12:9,9
12:13,21,24
**uh**  2:12,14,15,16,16
2:21 3:2,2,3,6,8,11
3:13,14,17,22,23
4:1,2,4,16,17,22,23
5:5,7,10,11,14,16,25
6:3,7,9,17 7:7,9,11
9:18 11:6 16:7 19:8
19:9,10,14 20:2,9
20:12,12,15,15,20
20:22 21:9,13,14,18
21:21,24 22:2,4,5
22:14,20 23:3 25:20
25:21,21,22 26:18
26:18,20 27:11
29:15,15,18 31:15
32:8 33:11,23 34:24
34:24 35:1,4,7,8,13
35:23 36:4,5,6,6,13
36:13,13,14,23,23
36:25,25 37:1,3,8
37:10,11,16,21 38:2
**um**  10:13 21:9
**uncompressed**  5:15
**understand**  32:3
**unfortunately**  5:4
**unit**  7:11
**united**  1:1 29:14
**unusual**  31:24
**unwatched**  17:20,22
18:5 21:17,22

**update**  15:19 17:9
17:10 21:12
**updater**  17:9
**usage**  25:13 27:8
**usb**  11:11,19 34:1
**use**  2:14,15 5:19,19
10:24 15:10 22:2
25:5 34:2,11,14
36:7
**uses**  10:24
**usually**  32:1

**v**

**various**  18:12
**video**  3:25 4:11,12
6:15,23 7:10,15
16:14,15,20 19:1
21:11 22:4,7,8,11
22:18,23 25:10 26:8
26:15,16,23 34:4,7
34:9 35:18 36:2,19
37:2
**videos**  3:24,24 4:5
4:10 16:20 22:4,5
**view**  14:1,3,4,5,5,23
14:25,25 15:6,7,8,9
15:10,14 19:15,16
19:22,23 31:12,12
36:10
**views**  14:1 15:16,16
18:24 22:22
**visited**  25:23
**visually**  6:7
**vocal**  40:11
**volume**  9:4,8
**vortex**  6:11

**w**

**wal**  12:15
**walls**  33:9
**walt**  23:11,13 27:12
27:14,16 28:20
29:22
**want**  2:14 9:21 16:6
17:1,8,9,13,17,19
18:6,8 19:10,12

Veritext National Deposition & Litigation Services
866 299-5127

**[want - zuma]**

20:1,13,18 21:15,16
21:16,20 22:3,14
23:6 26:12 29:21,25
30:18 32:22 33:1,9
33:21 34:11 35:11
35:17,23 36:23 37:8
38:2
**wanted**   3:3,10 12:2
17:4,14,15
**watch**   24:25 26:7
28:9,14,19 31:5
32:18 36:17,24
37:18,25 38:15 40:3
**watched**   21:19
**watching**   4:4,10
24:24 28:15
**way**   10:23 13:18
17:16 20:1,5,6
21:24 30:7 38:11,15
**ways**   34:13
**we've**   2:3,19 3:11
4:15,16 6:6,9,12 9:3
9:11,12,17 10:12
13:12 14:1,5,21
15:24 16:2,3,16
17:15 18:9 23:1
25:23 27:9 29:12
31:3,14 32:6 34:1,5
35:4 38:20 40:4
**wearability**   10:22
10:23,25,25 11:2
**wearable**   11:17,25
31:10
**week**   23:15,23,25
24:1 29:18
**weekend**   32:18
**weeks**   27:7
**welcoming**   40:14
**went**   40:6
**wheel**   5:19 6:9
**whereof**   41:11
**white**   7:7
**wife**   28:16
**wild**   10:3

**wireless**   33:5,24
36:7
**wisely**   30:1
**witness**   41:11
**won**   40:8,10
**wonderful**   14:9
19:17 20:2,5,6
38:10
**word**   10:5 27:23
**words**   27:16
**work**   2:25 6:18
18:14,19,20 30:15
30:17
**worked**   10:11
**working**   2:19 4:15
13:10 31:20 35:1
**works**   9:14,15,20
15:5,15 16:17 17:18
21:6 39:2,3
**world**   3:17,23 7:18
9:22 12:1 16:15
23:10 31:10,11
36:10
**world's**   11:15
**worldwide**   6:19
**worth**   14:20

**y**

**year**   2:22 12:23
15:21,23 16:3 23:8
23:18 27:19 28:23
29:12,13 30:10,14
33:16 40:8
**years**   2:20 4:24
**yesterday**   3:9

**z**

**zuma**   6:11

Page 11