1  William A. Isaacson (wisaacson@bsfllp.com)
   (Admitted *Pro Hac Vice*)
2  Karen L. Dunn (kdunn@bsfllp.com)
   (Admitted *Pro Hac Vice*)
3  Martha L. Goodman (mgoodman@bsfllp.com)
   (Admitted *Pro Hac Vice*)
4  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave, NW
5  Washington, DC  20015
   Telephone:  (202) 237-2727
6  Facsimile:  (202) 237-6131

7  John F. Cove, Jr. #212213
   (jcove@bsfllp.com)
8  Kieran P. Ringgenberg #208600
   (kringgenberg@bsfllp.com)
9  Meredith R. Dearborn #268312
   (mdearborn@bsfllp.com)
10 Maxwell V. Pritt # 253155
   (mpritt@bsfllp.com)
11 BOIES, SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
12 Oakland, CA 94612
   Telephone:  (510) 874-1000
13 Facsimile:  (510) 874-1460

14 David C. Kiernan #215335
   (dkiernan@jonesday.com)
15 JONES DAY
   555 California Street, 26th Floor
16 San Francisco, CA  94104
   Telephone:  (415) 626-3939
17 Facsimile:  (415) 875-5700

18 *Attorneys for Defendant Apple Inc.*

19                        UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
20                              OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION] |
| ——————————————— | [PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS |
| This Document Relates To:<br>ALL ACTIONS | *AS MODIFIED BY THE COURT* |
| | Courtroom: 1, 4th Floor<br>Judge:      Hon. Yvonne Gonzalez Rogers |

Before the Court is Apple Inc.'s ("Apple's") Motion to Remove Incorrectly Filed Documents, Dkt. Nos. 947 and 949. (Dkt. No. 954.)[1] After reviewing the motion and there being good cause shown based on the representations in motion, the Court **GRANTS** Apple's Motion to Remove Incorrectly Filed Documents at Dkt. Nos. 947 and 949. The documents shall be removed from the docket.

This Order terminates Docket Nos. 948 and 954.

**IT IS SO ORDERED.**

December 5, 2014

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

---

[1] Apple's Motion to Remove Incorrectly Filed Documents at Docket No. 948 was rendered moot by the filing of its updated Motion to Remove Incorrectly Filed Documents at Docket No. 954.