ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
    – and –
PATRICK J. COUGHLIN (111070)
STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
patc@rgrdlaw.com
sjodlowski@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-YGR <br> <u>CLASS ACTION</u> |
| This Document Relates To: ) ) | DECLARATION OF MARIANNA ROSEN |
| ALL ACTIONS. ) ) | Date: TBD <br> Time: TBD <br> Courtroom: 1, 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

989259_2

I, Marianna Rosen, declare as follows

1. I am a Court-appointed class representative in the case *In re Apple iPod iTunes Antitrust Litigation*.

2. I provided testimony on December 3, 2014 at trial in the action in Oakland, California.

3. I testified at trial that I purchased several iPods, including an iPod touch and an iPod nano, among other models.

4. I subsequently reviewed my iTunes account to determine whether there would be further information about the other iPods I purchased, including serial numbers.

5. I was able to determine that a device, listed as "marianna Rosen's iPod" in my personal iTunes account had the serial number 1A836F5F201. Attached as Exhibit 1 is a screenshot of my personal iTunes account.

6. The next day, December 4, 2014, I called the Apple store in Short Hills, New Jersey where I believe I have purchased all the iPods I have ever owned.

7. I provided the serial number 1A836F5F201 to the Apple employee who answered the phone. That person was able to call up my receipt for my purchase. The receipt was then emailed to me on the morning of December 4, 2014. A copy of the email and the receipt is attached as Exhibit 2.

8. The receipt I received on December 4, 2014 reflects my purchase of two iPods on September 11, 2008: an iPod touch and an iPod nano. First, the receipt reflects the purchase of an iPod touch I purchased for my son. The receipt also shows that on the same day, September 11, 2008, I bought an iPod nano for my own use.

9. I was not asked or directed by anyone to buy these iPods. I did not buy them for anyone's use or benefit other than myself and my children. Specifically, I did not buy these iPods for the use or benefit of the Rosen Law Firm. Nor were these devices used for such a purpose.

10. According to the receipt I received from Apple, I used a Visa credit card for this purchase. I no longer possess this credit card, but feel certain the card was issued in both my name and in the name of the family's business, my husband's law firm, where I worked from 2004 – 2012.

989259_2

11. The Rosen Law Firm is a registered Florida Professional Association. The stock of the practice was held at the time as marital property.

12. Because the law firm was wholly owned by my husband, I was authorized to use, and would often use, this card for personal purchases.

13. The purchase of these iPods was a personal purchase and not the law firm purchase.

14. I have seen an internal document from Apple that appears to show the same purchases of the nano and the iPod touch as the receipt I received from the Short Hills Apple Store. That document has my signature on it. That document is attached as Exhibit 3.

15. It makes sense that my signature would be on this document as I feel certain that my name was on the credit card I used to make the purchases that day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of December 2014, at South Orange, New Jersey

_____
MARIANNA ROSEN

EXHIBIT 1



EXHIBIT 2



**Apple Store, Short Hills**
1200 Morris TPKE STE B102
Short Hills, NJ 07078
shorthills@apple.com
973-564-5813

www.apple.com/retail/shorthills

**September 11, 2008 11:09 AM**

| | |
|---|---|
| **iPod nano 8GB - green** | **$ 149.00** |

Part Number: MB745LL/A
Serial Number: YM8361TK3QX
Return Date: Sep. 25, 2008
For Support, Visit: APPLE.COM/SUPPORT

| | |
|---|---|
| **iPod touch 8GB** | **$ 229.00** |

Part Number: MB528LL/A
Serial Number: 1A836F5F201
Return Date: Sep. 25, 2008
$ 22.90 fee if opened
For Support, Visit: APPLE.COM/SUPPORT

| | |
|---|---|
| **Shure SE110 - White** | **$ 99.95** |

Part Number: TM267LL/A
Return Date: Sep. 25, 2008
Customer Support: 800-516-2525 ext. 4

| | |
|---|---|
| Sub-Total | $ 477.95 |
| Tax@7.0% | $ 33.46 |
| **Total** | **$ 511.41** |
| Amount Paid Via Visa (A) | $ 511.41 |
| xxxxxxxxxxxxxxxxxxxx^ban | |
| 081764 | |



*R 0 4 3 5 0 3 3 1 7 8 *

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html

EXHIBIT 3

**INTERNAL REPRINT COPY**

| | | |
|---|---|---|
| **Date** | September 11, 2008 11:09 AM | Apple Store, Short Hills |
| **Customer** | THE ROSEN LAW FIRM THE ROSEN LAW FIRM | 1200 Morris TPKE STE B102 |
| **Email** | | Short Hills, NJ 07078 |
| | | shorthills@apple com |
| | | 973-564-5813 |
| | | www apple com/retail/shorthills |

**Receipt ID**

\* R 0 4 3 5 0 3 3 1 7 8 \*

**Invoice Number**    20080911R0435033178

| Product Description | Return Date | Support Contact | Qty | Unit Price | Total |
|---|---|---|---|---|---|
| iPod nano 8GB - green<br>- Part Number MB745LL/A<br>- Serial Number YM8361TK3QX | Return Date: Sep. 25, 2008 | For Support, Visit:<br>APPLE.COM/SUPPORT | 1 | $ 149.00 | $ 149.00 |
| iPod touch 8GB<br>- Part Number MB528LL/A<br>- Serial Number 1A836F5F201 | Return Date: Sep. 25, 2008<br>$ 22.90 fee if opened | For Support, Visit:<br>APPLE.COM/SUPPORT | 1 | $ 229.00 | $ 229.00 |
| Shure SE110 - White<br>- Part Number TM267LL/A | Return Date: Sep. 25, 2008 | Customer Support: 800-516-2525 ext. 4 | 1 | $ 99.95 | $ 99.95 |

|   |   |
|---|---|
| sub-total | $ 477.95 |
| tax @7.0% | $ 33.46 |
| | **$ 511.41** |

**Payment Method**
Visa (A)                                                                                           $ 511.41

Total Tender     $ 511.41
Change Due       $ 0.00

Payment Method: Visa
Card Number:
Expiration Date: 05/2012
Entry Method: Swiped
Authorization Code:
Authorization Method: Automatic
CVV2/CID Response Code: P
Please debit my account                by $ 511.41 (Sale)

**Apple Confidential - Need to know**
http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html

Page#1 of 2

**Trial Ex. 2884, 1 of 2**

**INTERNAL REPRINT COPY**

| | | |
|---|---|---|
| **Date** | September 11, 2008 11:09 AM | Apple Store, Short Hills |
| **Customer** | **THE ROSEN LAW FIRM THE ROSEN LAW FIRM** | 1200 Morris TPKE STE B102 |
| **Email** | | Short Hills, NJ 07078 |
| | | shorthills@apple com |
| | | 973-564-5813 |
| | | www apple com/retail/shorthills |

**Receipt ID**   \* R 0 4 3 5 0 3 3 1 7 8 \*

**Invoice Number**   20080911R0435033178

| Product Description | Return Date | Support Contact | Qty | Unit Price | Total |
|---|---|---|---|---|---|

*[signature]*