ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
    – and –
PATRICK J. COUGHLIN (111070)
STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
patc@rgrdlaw.com
sjodlowski@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12 (h)(3), OR RULE 50 |
| | Date: TBD<br>Time: TBD<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

989262_1

I, ALEXANDRA S. BERNAY, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Opposition to Apple Inc.'s Motion to Dismiss for Lack of Subject-Matter Jurisdiction Pursuant to Federal Rules of Civil Procedure 12 (b)(1) and 12(h)(3), or Rule 50.

3. At the time of class certification in 2011, Plaintiffs relied upon a list of iPod models identified by Apple's Augustin Farrugia as models affected by the software and firmware updates (the keybag verification code and the database verification code) in iTunes 7.0 and 7.4.

4. The Court requested supplemental information regarding those models on June 22, 2011.

5. The list of affected models included a number of types of iPods and various generations within iPod type. The list included iPod Classic models, iPod nanos, iPod touch models and iPod shuffles. The iPod Classic Fifth Generation was included on that list.

6. After the Court certified the class and approved the list of models in the class period, I worked with Apple's counsel and the class administrator, Rust Consulting Group, to effectuate a notice plan. The parties worked extensively on the notice plan, carefully crafting the language to be used in mailed and publication notice as well as the case information that would appear on the case website, www.ipodlawsuit.com. That list of models remains available on the Court-approved site.

7. The notice to the class took place in the spring of 2012, with more than 8 million consumers and more than 500 resellers receiving direct notice.

8. In March of 2013 I received a phone call from Apple's counsel informing me that Mr. Farrugia had determined that the list of affected models Apple provided was incorrect.

9. I later received an email from Apple's counsel which detailed this list of affected models. Because this was not an official statement from Apple, Plaintiffs requested a sworn statement regarding which models were actually affected.

989262_1

BERNAY DECL ISO PLTFS' OPP TO APPLE'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION PURS TO FRCP (b)(1) & 12 (h)(3), OR RULE 50 - C-05-00037-YGR - 1 -

10. On July 2, 2013, Augustin Farrugia submitted a supplemental declaration that provided a list of iPod models claimed to be affected by the software and firmware updates (the keybag verification code and the database verification code) in iTunes 7.0 and 7.4.

11. In early September I wrote to Apple's counsel asking Apple to agree to revise the class definition to conform it to the list of affected models claimed in Mr. Farrugia's Supplemental Declaration. I followed up on this query a couple of days later. Apple's counsel informed me that he had passed the message on to Apple. I later learned that Apple's new counsel refused to agree to this revision.

12. Since the beginning of this trial Plaintiffs' counsel have received a number of calls and emails from members of the certified class who have expressed an interest in serving as a class representative. I have had phone and email communication with several of these class members in the last two days.

13. Ken Riegel, the owner of K& N Enterprises, Inc. has been deposed by Apple and has testified at trial. I understand that K&N Enterprises, Inc. is ready and willing to revive its corporate status to become an active corporate entity by filing a form with the Division of Corporations in Delaware.

14. Attached are true and correct copies of the following exhibits:

Exhibit 1: Relevant excerpts from the Trial Transcript of Proceedings, held December 4, 2014;

Exhibit 2: Relevant excerpts from the deposition transcript of Timothy O'Neil, taken December 5, 2014;

Exhibit 3: O'Neil Deposition Exhibit No. 4;

Exhibit 4: Relevant excerpts from the Trial Transcript of Proceedings, held December 3, 2014; and

Exhibit 5: Index from Trial Transcript of Proceedings, held December 2, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of December, 2014, at San Francisco, California.

ALEXANDRA S. BERNAY

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 6, 2014.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    bonnys@rgrdlaw.com

989262_1