# EXHIBIT 3



**From:** Marianna Rosen [mailto:marianna_rosen@yahoo.com]
**Sent:** Thursday, December 04, 2014 8:00 AM
**To:** Xan Bernay; Patrick Coughlin; Bonny Sweeney
**Subject:** Fwd: Your receipt from Apple Store, Short Hills



Begin forwarded message:

> **From:** shorthills@apple.com
> **Date:** December 4, 2014 at 07:57:07 PST
> **To:** marianna_rosen@yahoo.com
> **Cc:** shorthills@apple.com
> **Subject: Your receipt from Apple Store, Short Hills**
> **Reply-To:** Do_not_reply@apple.com
>
> Thank you for shopping at the Apple Store.
>
> To tell us about your experience, click here.

1



DUPLICATE RECEIPT



**Apple Store, Short Hills**
1200 Morris TPKE STE B102
Short Hills, NJ 07078
shorthills@apple.com
973-564-5813

www.apple.com/retail/shorthills

**September 11, 2008 11:09 AM**

| | |
|---|---:|
| **iPod nano 8GB - green** | $ 149.00 |
| Part Number: MB745LL/A | |
| Serial Number: YM8361TK3QX | |
| Return Date: Sep. 25, 2008 | |
| For Support, Visit: APPLE.COM/SUPPORT | |
| | |
| **iPod touch 8GB** | $ 229.00 |
| Part Number: MB528LL/A | |
| Serial Number: 1A836F5F201 | |
| Return Date: Sep. 25, 2008 | |
| $ 22.90 fee if opened | |
| For Support, Visit: APPLE.COM/SUPPORT | |
| | |
| **Shure SE110 - White** | $ 99.95 |
| Part Number: TM267LL/A | |
| Return Date: Sep. 25, 2008 | |
| Customer Support: 800-516-2525 ext. 4 | |

| | |
|---:|---:|
| Sub-Total | $ 477.95 |
| Tax@7.0% | $ 33.46 |
| **Total** | **$ 511.41** |
| Amount Paid Via Visa (A) | $ 511.41 |
| xxxxxxxxxxxxxxxxxxxx^ban | |
| 081764 | |

\*R 0 4 3 5 0 3 3 1 7 8\*

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html