# EXHIBIT 4

Sheet 1

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE

THE APPLE IPOD ITUNES        )   NO. C 05-00037 YGR
ANTITRUST LITIGATION         )
                             )   PAGES 402 - 622
                             )
                             )   JURY TRIAL VOLUME 3
                             )
                             )   OAKLAND, CALIFORNIA
_____)   WEDNESDAY, DECEMBER 3, 2014

            REPORTERS' TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFFS:      ROBBINS GELLER RUDMAN & DOWD LLP
                     655 WEST BROADWAY, SUITE 1900
                     SAN DIEGO, CALIFORNIA  92101
                BY:  ALEXANDRA S. BERNAY,
                     JENNIFER N. CARINGAL,
                     PATRICK COUGHLIN,
                     STEVEN M. JODLOWSKI,
                     CHARLES MCCUE,
                     CARMEN A. MEDICI,
                     BONNY E. SWEENEY, ATTORNEYS AT LAW

                     BONNETT FAIRBOURN FRIEDMAN & BALINT PC
                     4023 CAIN BRIDGE ROAD
                     FAIRFAX, VIRGINIA 22030
                BY:  FRANCIS J. BALINT, JR.
                     ATTORNEY AT LAW

            (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:         RAYNEE H. MERCADO, CSR NO. 8258
                     DIANE E. SKILLMAN, CSR NO. 4909

    PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

     RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530
```

I N D E X

| PLAINTIFFS' WITNESSES | PAGE | VOL. |
|---|---|---|
| MARTIN, DAVID | | |
| CROSS-EXAMINATION BY MR. ISAACSON | 411 | 3 |
| | | |
| FARRUGIA, AUGUSTIN | | |
| DIRECT EXAMINATION BY MR. COUGHLIN | 454 | 3 |
| CROSS-EXAMINATION BY MS. DUNN | 514 | 3 |
| REDIRECT EXAMINATION BY MR. COUGHLIN | 566 | 3 |
| | | |
| ROSEN, MARIANNA | | |
| DIRECT EXAMINATION BY MS. BERNAY | 581 | 3 |
| CROSS-EXAMINATION BY MR. ISAACSON | 593 | 3 |
| REDIRECT EXAMINATION BY MS. BERNAY | 611 | 3 |

--o0o--

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

A P P E A R A N C E S (CONT'D.)

```
FOR DEFENDANT:       BOIES, SCHILLER & FLEXNER LLP
                     5301 WISCONSIN AVENUE NW
                     WASHINGTON, D.C.  20015
                BY:  WILLIAM A. ISAACSON,
                     KAREN L. DUNN,
                     MARTHA L. GOODMAN, ATTORNEYS AT LAW

                     BOIES, SCHILLER & FLEXNER LLP
                     1999 HARRISON STREET, SUITE 900
                     OAKLAND, CALIFORNIA  94612
                BY:  MEREDITH R. DEARBORN, ATTORNEYS AT LAW

                     JONES DAY
                     555 CALIFORNIA STREET, 26TH FLOOR
                     SAN FRANCISCO, CALIFORNIA  94104-1500
                BY:  DAVID C. KIERNAN, ATTORNEYS AT LAW

                     APPLE
                     1 INFINITE LOOP, MS 169-2NYJ
                     CUPERTINO, CALIFORNIA  95014
                BY:  SCOTT B. MURRAY,
                       SENIOR LITIGATION COUNSEL
```

--o0o--

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

E X H I B I T S

| PLAINTIFFS' EXHIBITS | W/DRAWN | IDEN | EVID | VOL. |
|---|---|---|---|---|
| 269 | | | 576 | 3 |
| 271 | | | 576 | 3 |
| 316 | | | 577 | 3 |
| 327 | | | 575 | 3 |
| 371 | | | 577 | 3 |
| 820 | | | 576 | 3 |
| 871 | | | 577 | 3 |
| 927A | | | 576 | 2 |

| DEFENDANT'S EXHIBITS | W/DRAWN | IDEN | EVID | VOL |
|---|---|---|---|---|
| 2239 | | | 575 | 3 |
| 2247 | | | 575 | 3 |
| 2265 | | | 575 | 3 |
| 2309 | | | 575 | 3 |
| 2329 | | | 578 | 3 |
| 2416 | | | 578 | 3 |
| 2446, 2446A | | | 485 | 3 |
| 2776 | | | 575 | 3 |
| 2784 | | | 619 | 3 |

--o0o--

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

**582**

ROSEN - DIRECT / BERNAY

1  BY MS. BERNAY:
2  Q. WHERE ARE YOU FROM ORIGINALLY?
3  A. I'M FROM RUSSIA, SOVIET UNION FORMERLY. AND I CAME HERE
4  IN 1996, AND I BECAME A CITIZEN OF THE UNITED STATES IN 2003.
5  Q. YOU TOOK THE CITIZENSHIP TEST AND ALL THAT?
6  A. YES, OF COURSE.
7  Q. WONDERFUL.
8     CAN YOU TELL ME A LITTLE BIT ABOUT YOUR EDUCATIONAL
9  BACKGROUND?
10 A. RIGHT. I HAVE A DEGREE FROM UNIVERSITY OF MOSCOW AND I
11 HAVE A GRADUATE DEGREE IN INTERNATIONAL FINANCIAL AND BANKING
12 FROM COLUMBIA UNIVERSITY IN NEW YORK. I GRADUATED IN 2000.
13 Q. TELL ME A LITTLE BIT ABOUT YOUR WORK HISTORY SINCE
14 GRADUATING FROM COLUMBIA?
15 A. RIGHT AFTER MY GRADUATION IN 2000, I WENT TO WORK FOR AN
16 INVESTMENT BANK. IT WAS CALLED SOLOMON, SMITH BARNEY AT THAT
17 TIME. IT LATER BECAME CITIGROUP. I WORKED THERE FOR FOUR AND
18 A HALF YEARS.
19    AND THEN RIGHT AFTER I LEFT THE BANKING, I WORKED FOR MY
20 HUSBAND'S LAW PRACTICE JUST DOING SOME BACK OFFICE STUFF.
21    AND I -- SINCE THEN, I AM NOT WORKING THERE ANY MORE SINCE
22 2012 AND I'M TAKING SOME CLASSES IN COLUMBIA UNIVERSITY TO
23 PREPARE MYSELF FOR PH.D. STUDIES IN COMPARATIVE LITERATURE.
24 Q. AND YOU ALSO TAKE CARE OF YOUR CHILDREN AS WELL; IS THAT
25 RIGHT?

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

**583**

ROSEN - DIRECT / BERNAY

1  A. RIGHT. I HAVE TWO BOYS, 8 AND 15.
2  Q. AND IS IT RIGHT THAT WHEN YOU WERE FIRST DEPOSED IN THIS
3  MATTER, YOUR YOUNGER SON WAS ONLY THREE MONTHS OLD; IS THAT
4  RIGHT, APPROXIMATELY?
5  A. YES, I THINK SO. HE WAS BORN IN OCTOBER 2006.
6  Q. SO HOW OLD IS HE NOW?
7  A. EIGHT AND CHANGE.
8  Q. YOUR OLDEST SON IS HOW OLD?
9  A. FIFTEEN.
10 Q. AND YOU UNDERSTAND THAT YOU'RE HERE TODAY TO DISCUSS SOME
11 ISSUES RELATED TO YOUR PURCHASES OF IPODS; IS THAT RIGHT?
12 A. RIGHT.
13 Q. AND HAVE YOU EVER OWNED AN IPOD?
14 A. YES.
15 Q. HAVE YOU -- WHEN DID YOU PURCHASE YOUR FIRST IPOD?
16 A. I BELIEVE THAT I PURCHASED MY FIRST IPOD IN FEBRUARY,
17 MARCH OF 2004.
18    AND I BOUGHT ANOTHER IPOD, IT WAS IPOD NANO FOR MY LITTLE
19 SISTER AS A GIFT FOR HER GRADUATION I THINK IN JULY OF THE
20 SAME YEAR.
21    THEN I BOUGHT, I GUESS IT'S NEXT GENERATION IPOD, A BLACK
22 IPOD IN SEPTEMBER 2006.
23    I BOUGHT AN IPOD NANO. I THINK IT'S CALLED NANO, THE
24 GREEN KIND OF SLICK NARROW IPOD WHICH IS SMALLER THAN THE ONES
25 PRIOR, IN 2007, IN THE FALL OF 2007.

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

**584**

ROSEN - DIRECT / BERNAY

1     AND THE LAST IPOD I BOUGHT WAS THE IPOD TOUCH. AND I
2  THINK I BOUGHT IT AS A HANUKKAH GIFT FOR MY SON IN DECEMBER OF
3  '08.
4  Q. AND DID YOU PURCHASE ALL OF THOSE IPODS AT AN APPLE STORE?
5  A. I THINK, YOU KNOW, I DON'T REMEMBER A HUNDRED PERCENT, BUT
6  I THINK IT'S A VERY GOOD ASSUMPTION THAT I BOUGHT IT AT THE
7  APPLE STORE IN SHORT HILLS MALL, WHICH IS NOT FAR FROM MY
8  HOUSE. THAT'S WHERE I BOUGHT MOST OF MY APPLE PRODUCTS.
9  Q. AND THE SHORT HILLS MALL IS IN NEW JERSEY?
10 A. YES. IT IS IN SHORT HILLS.
11 Q. HAVE YOU EVER PURCHASED ANYTHING ELSE FROM APPLE?
12 A. YES. I HAVE A PHONE. SO I HAVE A MAC BOOK AIR AND A
13 DESKTOP.
14 Q. HAVE YOU EVER PURCHASED MUSIC FROM APPLE?
15 A. AND THEN MUSIC FOR MY ITUNES LIBRARY AND VIDEOS, TOO.
16 Q. THAT IS A NUMBER OF APPLE PRODUCTS; IS THAT RIGHT?
17 A. IT'S QUITE A NUMBER, YES.
18 Q. WHY HAVE YOU PURCHASED SO MANY APPLE PRODUCTS?
19 A. WELL, YOU KNOW, I LIKE APPLE PRODUCTS. I THINK THEY ARE
20 GOOD PRODUCTS.
21    I ALSO, AFTER I BOUGHT MY FIRST IPOD, WHICH WAS IN 2004, I
22 IMMEDIATELY PROCEEDED IN BUILDING THE LIBRARY WHICH CONSISTED
23 OF A GOOD PERCENTAGE OF SONGS THAT I BOUGHT FROM ITUNES STORE,
24 WHICH CAME TOGETHER WITH THE SOFTWARE. AND ALSO COPYING MY CD
25 LIBRARY.

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

**585**

ROSEN - DIRECT / BERNAY

1     SO ONCE I BUILD THAT LIBRARY, I SORT OF HAD TO USE IPOD
2  PRODUCTS BECAUSE I COULDN'T USE ANY OTHERS, MP3 PLAYERS. SO I
3  WAS JUST USING MY LIBRARY AND LOADING IT THERE.
4  Q. YOU MENTIONED THAT YOU GOT MUSIC FROM CD'S AND ALSO FROM
5  THE ITUNES STORE.
6     WAS THERE ANY OTHER SOURCES OF MUSIC THAT YOU GOT TO PUT
7  ON YOUR IPOD?
8  A. NO. I DON'T THINK I COULD HAVE DONE IT. I TRIED TO BUY
9  MUSIC FROM DIFFERENT WEBSITE, BUT IT DIDN'T -- I WAS UNABLE TO
10 SAVE IT ON MY -- IN MY ITUNES LIBRARY. SO THE SOURCE OF MY
11 ITUNES LIBRARY IS PRIMARILY ITUNES PURCHASES AND THE SONGS
12 FROM MY CD COLLECTION.
13 Q. YOU MENTIONED THAT YOU TRIED TO BUY MUSIC FROM A DIFFERENT
14 WEBSITE, BUT YOU WERE UNABLE TO SAVE IT IN YOUR ITUNES
15 LIBRARY.
16    CAN YOU TELL ME A LITTLE BIT MORE ABOUT THAT?
17 A. I DON'T REMEMBER ALL THE DETAILS AND MECHANICS OF IT
18 PRECISELY. IT WAS QUITE A BIT OF TIME AGO. BUT I THINK WHAT
19 HAPPENED WAS I JUST RECEIVED AN EMAIL FROM A FRIEND OF MINE
20 THAT, YOU KNOW, I WAS INTO -- I PRIMARILY USED MY IPOD AT THAT
21 TIME FOR WORKING OUT. SO I WAS INTO THIS MUSIC THAT WAS SORT
22 OF VERY FAST BUT ALSO IT WOULD GET BORING VERY FAST, SO I WAS
23 SEARCHING FOR DIFFERENT MUSIC.
24    AND ACTUALLY AT THE TIME ITUNES WASN'T THAT BIG, THE MUSIC
25 STORE, SO I WAS LOOKING FOR WHERE ELSE I COULD BUY THE MUSIC.

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Sheet 48

590

ROSEN - DIRECT / BERNAY

1  NOT ENOUGH REALLY, YOU KNOW, TO MAKE A DIG DEAL OF IT.  WHEN I
2  LEARNED ABOUT THIS AND I UNDERSTOOD, I JUST -- I MAY SOUND A
3  LITTLE NAIVE, BUT I ACTUALLY THOUGHT THAT IF THIS BECOMES AN
4  ISSUE THAT PEOPLE WILL KNOW ABOUT AND MAYBE THINGS WILL CHANGE
5  BECAUSE I THINK IT WOULD BE BENEFICIAL FOR EVERYONE THAT
6  PEOPLE COULD USE MUSIC ON DIFFERENT DEVICES AND VICE VERSA.
7  Q.  AND DO YOU THINK THAT YOU HAVE BEEN DAMAGED OR INJURED BY
8  APPLE'S CONDUCT HERE?
9  A.  I THINK DAMAGE IS A VERY STRONG WORD.  I WOULDN'T SAY I
10  WAS REALLY, REALLY DAMAGED, BUT I THINK, YOU KNOW, IF I
11  COULD -- I JUST WANT TO MAKE -- EVEN IF IT'S A GOOD CHOICE, I
12  WANT TO MAKE IT FOR THE RIGHT REASON.
13       SO IN THAT, I WAS IN A WAY A LITTLE BIT FORCED TO BUY
14  CERTAIN PRODUCTS.  EVEN IF I WOULD HAVE CHOSEN APPLE AT THE
15  END, I WANTED TO BE MY FREE CHOICE NOT BECAUSE I ALREADY
16  INVESTED TIME AND MONEY IN THE LIBRARY.  I FELT LIKE I STUCK.
17       AND ALSO I THINK THAT -- YOU KNOW, I STUDIED ECONOMICS TO
18  UNDERSTAND THAT IF WE WOULD HAVE A FEE --
19            MR. ISAACSON:  OBJECTION, YOUR HONOR.  SHE'S NOW
20  ABOUT TO MAKE STATEMENTS BASED ON HER BACKGROUND OF ECONOMICS.
21            THE COURT:  OVERRULED.
22  BY MS. BERNAY:
23  Q.  YOU CAN GO AHEAD AND ANSWER THE QUESTION AS YOU WERE
24  GOING.
25  A.  I JUST THINK THAT IF WE HAVE -- IF PEOPLE, YOU KNOW,

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

591

ROSEN - DIRECT / BERNAY

1  PEOPLE CAN LIKE A CD, FOR INSTANCE.  IF YOU HAVE A CD, IT HAS
2  NOTHING TO DO WITH MY BACKGROUND IN ECONOMICS.  IF I'M A
3  SIMPLE CONSUMER BUYING A CD FROM A RECORD COMPANY, THE RECORD
4  COMPANY DOESN'T TELL ME OR DOESN'T MAKE A CD SO I CAN USE IT
5  ONLY ON BANG & OLUFSEN.  I CAN BUY A BANG & OLUFSEN OR ANY
6  OTHER CD PLAYER AND PLAY IT AND LISTEN TO MUSIC.  THERE'S NO
7  LIMITATIONS.  IT'S MY CHOICE WHAT KIND OF CD PLAYER TO BUY.
8       SO IF I BUY MUSIC FOR ITUNES, I THINK IT WOULD BE
9  BENEFICIAL FOR EVERYONE IF I COULD PUT THIS MUSIC IN ANY
10  DEVICE.  IF I CHOOSE TO BUY AN APPLE DEVICE, THAT'S FINE, BUT
11  I WANT TO MAKE THE FREE CHOICE.  I DON'T WANT ANYBODY TO MAKE
12  CHOICE FOR ME.
13  Q.  YOU UNDERSTAND YOU'RE A CLASS REPRESENTATIVE HERE?
14  A.  YES.
15  Q.  WHAT DOES THAT MEAN?
16  A.  WELL, I THINK I REPRESENT A LOT OF PEOPLE WHO HAVE SIMILAR
17  STORIES IN MY SITUATION, AND I JUST HAPPEN TO BE -- I'M HOPING
18  I'M ANSWERING, YOU KNOW, GIVING THE TESTIMONY BASED ON WHAT
19  THEY WOULD SAY.
20  Q.  AND DO YOU GET ANYTHING FOR BEING A CLASS REPRESENTATIVE?
21  A.  I DON'T THINK SO.  RATHER THAN, YOU KNOW, IF THERE'S GOING
22  TO BE ANY DAMAGES OR WHATEVER FOR THE CLASS OVERALL.  I DON'T
23  THINK I'M GETTING ANYTHING -- I HOPE MY EXPENSES FOR THE TRIP
24  HERE WOULD BE RETURNED.  THAT'S IT.
25  Q.  AND YOU MENTIONED THE TRIP HERE.  THAT'S ONE OF THE THINGS

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

592

ROSEN - DIRECT / BERNAY

1  THAT YOU'VE DONE IN THIS CASE.
2  WHAT ELSE HAVE YOU DONE AS A CLASS REPRESENTATIVE IN THIS
3  CASE?
4  A.  WELL, OTHER THAN MEETING FIRSTHAND WITH THE LAWYERS WHEN
5  THEY EXPLAIN TO ME, I THINK I WAS -- HAD ALL DAY DEPOSITION
6  BACK IN 2007 IN THE WINTER.  AND I THINK I HAVE BEEN ALSO
7  ASKED TO PROVIDE ACCESS TO MY COMPUTER THAT I HAD AT THAT
8  TIME, AND I REALLY DON'T KNOW WHAT THEY DID THERE.
9       AS I SAID, I DON'T KNOW, BUT THEY HAVE GOTTEN ACCESS TO
10  ALL MY RECORDS FROM MY COMPUTER, INCLUDING ITUNES LIBRARY AND
11  EVERYTHING ELSE.
12  Q.  DID YOU TURN OVER ANY DOCUMENTS OTHER THAN THOSE RECORDS,
13  DO YOU KNOW?
14  A.  IF I REMEMBER, I DON'T THINK SO.  I MIGHT HAVE ANSWERED
15  SOME EMAILS.  IT WAS A WHILE AGO.
16  Q.  AND DO YOU THINK BEING INVOLVED IN THIS CASE WAS THE RIGHT
17  THING TO DO?
18  A.  I THINK SO.  I HOPE I AM NOT HURTING ANYONE.  I REALLY
19  LIKE APPLE PRODUCTS.  I JUST THINK THAT, AGAIN, IT'S -- IF IT
20  HELPS IMPROVE EVEN APPLE AND MAKE IT EASIER TO USE AND MORE
21  TRANSFERABLE, I THINK IT'S A GOOD THING FOR EVERYONE.
22            MS. BERNAY:  I HAVE NO FURTHER QUESTIONS AT THIS
23  TIME, BUT MR. ISAACSON WILL BE ASKING YOU SOME.  THANK YOU.
24            THE COURT:  CROSS?
25            (BINDER HANDED TO WITNESS.)

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

593

ROSEN - CROSS / ISAACSON

1  ///
2  ///
3            CROSS-EXAMINATION
4  BY MR. ISAACSON:
5  Q.  GOOD AFTERNOON, MS. ROSEN.  MY NAME IS BILL ISAACSON.
6  I'VE GOT A FEW QUESTIONS FOR YOU.
7       NOW, YOU SAID THAT YOU BECAME A PLAINTIFF IN THIS ACTION
8  IN 2006 -- IN THE SUMMER OF 2006.
9       DID YOU REVIEW COMPLAINTS THAT WERE FILED BY YOUR LAWYERS
10  AFTER THAT ON YOUR BEHALF?
11  A.  I THINK SO.  WE DISCUSSED IT.
12  Q.  ALL RIGHT.  CAN I ASK YOU TO LOOK AT -- WE HAVE GIVEN YOU
13  A BINDER.
14  A.  UH-HUH.
15  Q.  I WILL ASK YOU TO LOOK AT 2593.
16       (EXHIBIT DISPLAYED TO JURY.)
17  JUST TAKE A LOOK AT THE FIRST PAGE.
18       DO YOU RECOGNIZE THIS IS A COMPLAINT THAT'S FILED IN 2010
19  AFTER YOU'RE A PLAINTIFF.  YOU WILL SEE THE NAMES OF YOUR
20  LAWYERS THERE.  IT'S THE AMENDED CONSOLIDATED COMPLAINT.  THIS
21  IS THE COMPLAINT THAT GOVERNS OUR ACTION.
22       DO YOU RECOGNIZE THIS AS A DOCUMENT YOU'VE READ BEFORE?
23  A.  ARE WE LOOKING AT THE FIRST PAGE, THE COVER PAGE?
24  Q.  IF YOU NEED -- WHATEVER YOU NEED TO DO TO FAMILIARIZE
25  YOURSELF TO ANSWER THE QUESTION WHETHER YOU'VE REVIEWED THIS

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

**594**

ROSEN - CROSS / ISAACSON

1 DOCUMENT BEFORE.
2 A. YOU KNOW, IT WAS A WHILE AGO. SO THEY ALL LOOK MORE OR
3 LESS THE SAME LEGAL DOCUMENTS TO ME. I'M NOT A LAWYER. I
4 HAVE NO BACKGROUND IN THAT.
5     IT LOOKS -- I MEAN I'VE DEFINITELY SEEN SOMETHING LIKE
6 THAT. I DON'T KNOW IF IT IS EXACTLY THIS ONE. I DON'T
7 REMEMBER THE DATES. I DIDN'T MEMORIZE IT.
8 Q. SURE.
9 A. I DIDN'T HAVE AN STACK OF THESE PAPERS IN MY DESK.
10 Q. ON PAGE 3 OF 29, PARAGRAPH 7, DO YOU SEE YOUR NAME THERE
11 AS A PLAINTIFF?
12     PARAGRAPH 7?
13 A. YES, I SEE MY NAME.
14 Q. IF WE CAN TURN TO PAGE 6 -- PARAGRAPH 66, WHICH IS PAGE 14
15 OF 29.
16 A. OKAY.
17 Q. THIS IS THE COMPLAINT THAT GOVERNS THIS ACTION RIGHT NOW.
18 A. UH-HUH.
19 Q. AND IT SAYS:
20     "IN SEPTEMBER 2006, APPLE RELEASED 7.0."
21     NOW, YOU UNDERSTAND THIS CASE IS ABOUT 7.0 AND 7.4. DO
22 YOU UNDERSTAND THAT?
23 A. RIGHT. I MEAN, IT LOOK -- AS I SAY, I AM NOT A VERY
24 TECHNOLOGICAL GUY. I JUST UNDERSTAND THE GIST OF IT. TO
25 UNDERSTAND THE WHOLE NUMBERS BEHIND IT, I WOULDN'T GO THAT

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

**595**

ROSEN - CROSS / ISAACSON

1 FAR, BUT I UNDERSTAND WHAT THIS CASE IS ABOUT.
2 Q. AND IT SAYS THAT:
3     "APPLE RELEASED ITUNES 7.0 INTENDED TO PREVENT JHYMN
4     AND OTHER PROGRAMS FROM BEING USED TO CREATE
5     INTEROPERABILITY BETWEEN AUDIO DOWNLOADS PURCHASED
6     FROM THE ITUNES STORE AND NONAPPLE PORTABLE DIGITAL
7     MEDIA PLAYERS."
8     DID YOU UNDERSTAND WHEN THIS COMPLAINT WAS FILED, THAT
9 JHYMN WAS A KNOWN HACKER?
10 A. I DON'T KNOW. YOU KNOW WHAT? I'M BASICALLY -- IF I WERE
11 MORE TECHNOLOGICALLY INCLINED, I WOULD HAVE KNOWN ALL THOSE
12 DIFFERENT NAMES. BUT BECAUSE I'M NOT, I GO STRAIGHT TO APPLE
13 ITUNES BUY STUFF AND I DON'T GO SURFING THE SET (SIC), SO I
14 DIDN'T KNOW WHAT AND WHO WAS A KNOWN HACKER. I DON'T KNOW
15 WHAT IT IS.
16 Q. PARAGRAPH 66 GOES ON TO SAY:
17     "THROUGHOUT THE CLASS PERIOD, APPLE ISSUED SOFTWARE
18     UPDATES INTENDED TO PREVENT THE USE OF OTHER SIMILAR
19     PROGRAMS, INCLUDING QT FAIR USE AND PLAY FAIR."
20     DO YOU RECOGNIZE QT FAIRUSE AND PLAY FAIR AS KNOWN
21 HACKERS?
22 A. I WOULD GIVE YOU THE SAME ANSWER. ACTUALLY I DON'T KNOW
23 WHAT IT IS AND WHAT THEY DO. NEVER USED THIS.
24 Q. ALL RIGHT.
25     THIS COMPLAINT WAS FILED ON YOUR BEHALF. IT'S THE MOST

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

**596**

ROSEN - CROSS / ISAACSON

1 RECENT COMPLAINT FILED BY YOUR LAWYERS. DO YOU STAND BY THIS
2 DOCUMENT?
3 A. OF COURSE. I MEAN, IF WE DO UNDERSTAND -- IF I DO
4 UNDERSTAND CORRECTLY, I HOPE I DO, I STAND BY THIS DOCUMENT.
5 Q. LET ME ASK YOU TO -- LET'S GO OVER YOUR PURCHASE HISTORY
6 OF IPODS. IT WENT BY A LITTLE QUICKLY.
7     SO YOU BOUGHT TWO IPODS IN 2004, CORRECT?
8 A. CORRECT. BUT THE SECOND ONE WASN'T FOR ME. I BOUGHT IT
9 AS A GIFT AND I DIDN'T USE IT.
10 Q. ALL RIGHT. AND YOU UNDERSTAND THAT THIS CLASS ACTION IS
11 FOR IPOD PURCHASERS BEGINNING IN SEPTEMBER 2006 RUNNING
12 THROUGH MARCH 2009.
13 A. YEAH. I UNDERSTAND THAT.
14 Q. THEN YOU BOUGHT A NEXT GENERATION BLACK IPOD IN
15 DECEMBER 2006, CORRECT?
16 A. NO. I THINK I BOUGHT THE NEXT GENERATION BLACK IPOD IN
17 SEPTEMBER 2006. YOU SEE --
18 Q. THAT'S FINE.
19 A. -- THIS IS -- AGAIN, IT'S LONG TIME AGO.
20     AND WHILE, YOU KNOW, I'M TRYING TO HAVE THE BEST
21 RECOLLECTION OF THIS EVENT, THE PURCHASE OF IPOD AND THAT
22 EVENT, MY LIFE GOES BY. WHAT I TRY TO REMEMBER, I BOUGHT IT
23 FOR MY SON, FOR MY SISTER GRADUATION. MY SON WAS BORN A MONTH
24 LATER. THAT'S HOW I REMEMBER IT.
25 Q. I'M SORRY. I THINK YOU'RE ABSOLUTELY RIGHT ABOUT

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

**597**

ROSEN - CROSS / ISAACSON

1 SEPTEMBER. I THOUGHT YOU SAID DECEMBER.
2     LET ME HELP YOU. IN YOUR BINDER IS 2784. THIS IS A
3 DOCUMENT YOUR LAWYERS GAVE US.
4     (EXHIBIT DISPLAYED TO JURY.)
5     ITUNES INFORMATION FOR MS. ROSEN. AND IF WE CAN TURN TO
6 PAGE 3 OF 23. IT IS NOT ALWAYS TO READ HERE, BUT IF WE CAN
7 BLOW IT UP.
8     THAT IS A RECEIPT FROM THE APPLE STORE FROM SEPTEMBER OF
9 2006. THAT WAS A RECEIPT YOU MUST HAVE GIVEN YOUR LAWYERS.
10 IT'S FOR A IPOD IS 30GIG BLACK IPOD.
11     THAT'S WHAT YOU PURCHASED IN SEPTEMBER 2006?
12 A. RIGHT.
13 Q. THAT WAS THE NEWEST GENERATION OF CLASSIC IPOD THAT WAS
14 AVAILABLE. IT WAS A NEW IPOD?
15 A. UH-HUH.
16 Q. I'M SORRY, THE COURT REPORTER NEEDS YOU TO SAY YES OR NO.
17 A. YES. SORRY.
18 Q. AND SO THAT WAS -- AT THAT TIME YOU UNDERSTAND THAT THAT
19 WAS A CLASSIC FIFTH GENERATION IPOD. THAT'S WHAT WAS ON SALE
20 IN SEPTEMBER OF 2006?
21 A. YES.
22 Q. YOU UNDERSTAND THAT THE PLAINTIFFS IN THIS CASE ARE NOT
23 CLAIMING ANY DAMAGES FROM THE FIFTH GENERATION IPODS; YOU
24 UNDERSTAND THAT, DON'T YOU?
25 A. I DON'T UNDERSTAND WHY THIS IS -- I MEAN, IT'S A LITTLE

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

**598**
ROSEN - CROSS / ISAACSON

1  BIT OF A LEGAL STAB THAT YOU ARE TRYING TO MAKE ME SAY "YES"
2  OR "NO" ABOUT. I DON'T UNDERSTAND WHY IS THAT IMPORTANT. I'M
3  TRYING TO TALK ABOUT MY OWN EXPERIENCE WITH THE IPODS.
4  Q. I UNDERSTAND. THERE MAY BE SOME THINGS I TALK ABOUT THAT
5  MAY NOT BE IMPORTANT TO YOU, BUT GIVE ME A LITTLE LEEWAY AND
6  WE WILL WORK THROUGH THEM.
7  A. RIGHT.
8  Q. DO YOU UNDERSTAND THAT YOUR FIFTH GENERATION IPOD THAT YOU
9  GOT IN SEPTEMBER 2006, THAT THE PLAINTIFFS AND THEIR EXPERT,
10  THE ECONOMIST, DR. NOLL, IS NOT SAYING THERE WAS ANY DAMAGES
11  ATTRIBUTABLE TO THAT IPOD.
12     DO YOU KNOW THAT?
13     MS. BERNAY: OBJECTION. IT'S CALLING FOR A LEGAL
14  CONCLUSION AT THIS POINT. IT'S GETTING A LITTLE BIT FAR --
15     THE COURT: OVERRULED.
16     MR. ISAACSON: THIS IS A STIPULATED FACT IF THAT WILL
17  HELP YOU.
18     THE COURT: THE QUESTION IS DOES SHE KNOW.
19     MR. ISAACSON: YES.
20     THE COURT: THAT IS THE QUESTION.
21  BY MR. ISAACSON:
22  Q. DO YOU KNOW THAT FOR THAT IPOD THAT NO DAMAGES ARE BEING
23  CLAIMED BY THE PLAINTIFFS?
24  A. OKAY. I UNDERSTAND THAT, I THINK.
25  Q. THEN YOU BOUGHT AN IPOD IN FALL OF 2007. I THINK THAT'S
    DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

**599**
ROSEN - CROSS / ISAACSON

1  WHAT YOU SAID?
2  A. RIGHT.
3     IT'S AN IPOD NANO. IT IS THE NARROW VERSION OF IT. THE
4  ONE THAT CAME IN COLORS.
5  Q. AT THE TIME YOU BOUGHT THIS, YOU WERE A CLASS PLAINTIFF?
6  A. UH-HUH.
7  Q. I AM SORRY, YOU HAVE TO USE A WORD FOR THE COURT REPORTER.
8  A. YES.
9  Q. AND DO YOU HAVE THAT NANO TODAY?
10  A. I NOT SURE. I THINK I SHOULD HAVE IT BECAUSE -- I DON'T
11  HAVE IT TODAY WITH ME. WAS THAT THE QUESTION? OR DO I HAVE
12  IT IN MY HOUSE?
13  Q. WELL, BOTH.
14  A. I DON'T HAVE IT WITH ME. THAT'S FOR SURE.
15     I -- BECAUSE I MOVED AND RIGHT NOW MY HOUSE IS UNDER
16  CONSTRUCTION AND I HAVE A LOT OF MY STUFF STORED. I PRESUME
17  IT'S SOMEWHERE IN THE BOXES BECAUSE A LOT OF STUFF ARE IN
18  BOXES, BUT I DON'T HAVE IT, YOU KNOW, WITH ME IN THE APARTMENT
19  THAT I'M RENTING TEMPORARILY.
20  Q. YOU THINK YOU BOUGHT IT AT AN APPLE STORE?
21  A. I THINK I BOUGHT IT AT THE APPLE STORE.
22  Q. DID YOU KEEP THE RECEIPTS?
23  A. YOU KNOW, AGAIN, I TEND TO KEEP RECEIPTS FOR A COUPLE OF
24  YEARS, USUALLY, ESPECIALLY THE THINGS THAT I MIGHT RETURN
25  WHERE THERE IS A WARRANTY CONCERN, BUT ALL THE STUFF FROM
    DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

**600**
ROSEN - CROSS / ISAACSON

1  2007, 2008, I DOUBT I HAVE IT.
2     AND ANOTHER REASON IS A LOT OF STUFF I HAD TO THROW AWAY
3  WHEN I WAS MOVING. EVEN IF I HAD IT --
4  Q. AT THE TIME YOU WERE A CLASS PLAINTIFF, YOU BOUGHT AN IPOD
5  AND YOU BELIEVE YOU THREW OUT THE RECEIPT AFTER A COUPLE OF
6  YEARS; IS THAT RIGHT?
7  A. I MIGHT HAVE. IF IT'S SO -- IF IT'S A CRUCIAL MATTER, ALL
8  OF IT CAN BE -- ALL THE RECEIPTS AND ALL THE RECORDS COULD BE
9  ON MY PURCHASES FROM APPLE ARE EASILY ACCESSIBLE.
10  Q. DID YOU UNDERSTAND THAT AS A CLASS PLAINTIFF, YOU WERE
11  SUPPOSED TO KEEP YOUR RECORDS RELATED TO THIS CASE, SUCH AS
12  YOUR PURCHASES OF IPODS?
13  A. I AM PRETTY SURE THAT ALL MY PURCHASES FROM APPLE WHICH
14  ARE IMPORTANT, CAN BE UPLOADED FROM MY HISTORY OF PURCHASES.
15  AND THEY SEND ME EMAILS, SO I DON'T THINK THE PHYSICAL PAPER
16  RECEIPT IS A CRUCIAL MATTER. IF NECESSARY --
17  Q. I --
18  A. -- WE CAN ACCESS, ANYONE CAN ACCESS THE RECEIPT.
19  Q. I APPRECIATE YOUR VIEWS ABOUT WHAT'S CRUCIAL AND NOT
20  CRUCIAL.
21     MY QUESTION IS, DID YOU UNDERSTAND YOU HAD AN OBLIGATION
22  AS A CLASS PLAINTIFF TO KEEP YOUR RECORDS RELATED TO THIS CASE
23  AND NOT THROW THEM OUT?
24  A. I AM SORRY --
25     MS. BERNAY: OBJECTION.
    DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

**601**
ROSEN - CROSS / ISAACSON

1     THE WITNESS: -- I THINK THE QUESTION IS WHETHER I
2  UNDERSTOOD IT WAS CRUCIAL OR NOT. MY VIEWS ON THAT ARE
3  IMPORTANT, RIGHT?
4     SO ARE YOU ASKING ME AS A PLAINTIFF, I UNDERSTOOD IT WAS
5  IMPORTANT. I UNDERSTOOD THAT IN THIS DIGITAL DAY AND AGE, IF
6  NECESSARY, AND IF IT COME TO IT, ALL THOSE RECORDS CAN BE
7  EASILY ACCESSIBLE.
8  BY MR. ISAACSON:
9  Q. HAVE YOU MADE ANY ATTEMPT TO ACCESS THOSE RECORDS?
10  A. UNTIL I WAS ASKED TO. ON MY OWN VOLITION, NO. IF
11  SOMEBODY WOULD ASK ME, I CAN.
12  Q. SO NO ONE -- NONE OF YOUR LAWYERS HAVE ASKED YOU TO HAND
13  OVER ANY OF THE RECORDS OF YOUR PURCHASES?
14  A. NOT THAT I REMEMBER. I THINK THEY JUST TOOK MY WORD FOR
15  IT. I'M NOT LYING ABOUT MY PURCHASES.
16  Q. OKAY. AND YOU DON'T KNOW WHETHER YOU'VE THROWN OUT THE
17  RECEIPTS AND YOU DON'T KNOW WHETHER YOU STILL HAVE THAT IPOD
18  NANO; IS THAT RIGHT?
19     MS. BERNAY: OBJECTION, ASKED AND ANSWERED.
20     THE COURT: SUSTAINED. COMPOUND.
21     MR. ISAACSON: ALL RIGHT.
22  BY MR. ISAACSON:
23  Q. YOU DON'T KNOW WHETHER -- YOU DON'T KNOW WHETHER YOU THREW
24  OUT YOUR RECEIPTS FROM THE -- FOR THE PURCHASE OF THE IPOD
25  NANO; IS THAT CORRECT?
    DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

*Raynee H. Mercado, CSR, RMR, CRR, FCRR and Diane E. Skillman, CSR, RPR, FCRR*

Sheet 51

## 602
ROSEN - CROSS / ISAACSON

1  MS. BERNAY: OBJECTION, ASKED AND ANSWERED.
2  THE COURT: OVERRULED.
3  THE WITNESS: I DON'T KNOW IF I THREW OUT THE
4  RECEIPT.
5  BY MR. ISAACSON:
6  Q. YOU DON'T KNOW WHETHER YOU KEPT THE IPOD AND WHETHER IT'S
7  AVAILABLE TO BE INSPECTED; IS THAT RIGHT?
8  A. I THINK IT IS THE SAME QUESTION.
9  I AM PRETTY SURE THE IPOD IS IN ONE OF THE BOXES WHERE ALL
10 OF THE TECHNOLOGY IS IN MY NEW HOUSE STORED.
11 Q. NOW, THE IPOD TOUCH, I BELIEVE YOU SAID YOU BOUGHT ONE OF
12 THOSE IN DECEMBER 2008; IS THAT RIGHT?
13 A. YES, IT IS RIGHT.
14 Q. ALL RIGHT. DID YOU KEEP ANY RECORDS OF THAT PURCHASE?
15 A. AGAIN, I THINK ALL THE RECEIPTS FOR MY PURCHASE FROM THE
16 APPLE STORE WERE EMAILED TO ME. SO TO THE EXTENT THEY ARE
17 AVAILABLE ON THE SERVER OF MY MAIL, IT'S THERE.
18 BUT I DO -- I HAVE -- YOU KNOW, AGAIN, IF SOMEONE ASKS AND
19 IT BECOMES IMPORTANT, I THINK IT'S VERY EASILY ACCESSIBLE.
20 Q. NO ONE HAS EVER ASKED YOU TO RETAIN YOUR RECORDS OF YOUR
21 PURCHASES OF IPODS AFTER THIS COMPLAINT WAS FILED; IS THAT
22 CORRECT?
23 A. I DON'T REMEMBER IF ANYONE ASKED ME TO.
24 Q. IS YOUR IPOD TOUCH -- DO YOU STILL HAVE THAT?
25 A. YES.

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

## 603
ROSEN - CROSS / ISAACSON

1  Q. WHERE IS THAT?
2  A. I HAVE IT.
3  Q. YOU HAVE IT HERE WITH YOU IN CALIFORNIA?
4  A. YES.
5  Q. ALL RIGHT.
6  NOW, YOU MENTIONED YOUR HUSBAND. YOU SAID YOUR HUSBAND
7  KNEW THE LAWYERS. YOUR HUSBAND, I THINK YOU SAID, IS A
8  PLAINTIFFS' CLASS ACTION LAWYER, RIGHT?
9  A. HE'S A SECURITIES LITIGATION --
10 Q. YES.
11 THE REPORTER: I'M SORRY.
12 BY MR. ISAACSON:
13 Q. AND YOU WORKED SOME WITH HIS LAW FIRM, CORRECT?
14 THE COURT: MR. ISAACSON, HOLD ON.
15 DID YOU GET THAT?
16 THE REPORTER: NOT THE END OF IT.
17 BY MR. ISAACSON:
18 Q. I NEED YOU TO REPEAT YOUR ANSWER.
19 A. CLASS ACTION.
20 Q. AND YOU'VE WORKED FOR YOUR HUSBAND'S LAW FIRM DOING
21 BOOKKEEPING, ACCOUNTING, GENERAL OFFICE MANAGER MATERIAL,
22 RIGHT?
23 A. RIGHT. PAYROLL PROCESSING, THINGS LIKE THAT.
24 Q. YOU GOT INVOLVED IN THIS LAWSUIT BECAUSE YOUR HUSBAND
25 MENTIONED IT. YES?

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

## 604
ROSEN - CROSS / ISAACSON

1  A. I -- I WOULDN'T MAKE THAT CONJECTURE. I DON'T THINK I GOT
2  INVOLVED IN THIS LAWSUIT BECAUSE MY HUSBAND MENTIONED IT.
3  IT IS A LITTLE BIT INCORRECT. I THINK HE MENTIONED MY
4  NAME TO THE LAWYERS AND THEY CONTACTED ME. I DIDN'T GET
5  INVOLVED BECAUSE HE MENTIONED IT.
6  Q. ALL RIGHT. NOW THAT SOUNDS MORE ACCURATE.
7  NOW, YOU KNOW THE LAWYERS FROM THE LAW FIRM HERE, ROBBINS
8  GELLER, A FINE LAW FIRM?
9  A. YES.
10 Q. AND YOUR HUSBAND WORKS WITH THIS LAW FIRM IN MANY CASES,
11 RIGHT?
12 A. I HAVE NO IDEA. MY UNDERSTANDING -- THAT THEY WOULD NOT
13 HAVE ANYTHING TO DO WITH EACH OTHER BECAUSE MY HUSBAND DOESN'T
14 DO CONSUMER FRAUD. HE DOES SECURITIES FRAUD, WHICH IS
15 DIFFERENT.
16 Q. ALL RIGHT. DOES YOUR HUSBAND TALK ABOUT HIS CASES WITH
17 YOU?
18 A. WE ACTUALLY -- I DON'T KNOW IF I'M SOLICITING MORE
19 INFORMATION RIGHT NOW.
20 I'M ACTUALLY DIVORCED AND WE HAVE NOT BEEN LIVING TOGETHER
21 AND DISCUSSING HIS CASES FOR OVER TWO YEARS.
22 Q. ALL RIGHT. I WILL CONFINE MYSELF TO PERIOD BEFORE THAT
23 HAPPENED.
24 SO FROM 2006 UNTIL ABOUT TWO YEARS AGO, DO YOU REMEMBER
25 TALKING FROM TIME TO TIME ABOUT SOME OF YOUR HUSBAND'S CASES,

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

## 605
ROSEN - CROSS / ISAACSON

1  THE CASE NAMES?
2  A. I KNEW THE CASE NAMES VERY WELL, OF COURSE. BUT I
3  DIDN'T -- I WOULDN'T DISCUSS THE DETAILS OF THE LITIGATION.
4  SOMETIMES IF THINGS GO BAD HE WOULD COME BACK FRUSTRATED AND
5  SAY THAT, YOU KNOW, SOMETHING WENT WRONG, THINGS LIKE THAT,
6  BUT WE DIDN'T GET INTO DETAILS.
7  Q. DO YOU REMEMBER THE NAMES OF ANY OF THE CASES?
8  A. I REMEMBER THE NAMES OF SOME OF THE CASES, I GUESS, BUT I
9  DON'T THINK IT'S -- THAT'S -- I WOULD PROBABLY BE FILING SOME
10 RECEIPTS AND THINGS LIKE THAT RELATED TO THE CASES.
11 Q. LET ME SEE IF I CAN REFRESH YOUR MEMORY ON SOME NAMES.
12 A. YES.
13 Q. I'M GOING TO SHOW THIS TO HER.
14 (BINDER HANDED TO COUNSEL AND WITNESS.)
15 BY MR. ISAACSON:
16 Q. I KNOW THIS LOOKS LARGE, I'M TRYING TO MAKE IT EASY FOR
17 YOU.
18 WE HAVE COLLECTED 18 CASES OVER THE LAST FIVE YEARS WHICH
19 YOUR HUSBAND HAS WORKED ON. AND SO THERE'S 18 TABS AND WE
20 HAVE PUT POST-ITS WHERE WE CAN FIND YOUR HUSBAND'S NAME.
21 SO, FOR EXAMPLE, THE FIRST TAB, THERE'S A CASE CALLED IN
22 RE: GALENA BIOPHARMA SECURITIES LITIGATION. AND AT PAGE 8 OF
23 21, YOUR HUSBAND IS A LAWYER ON THAT CASE. THAT'S YOUR FORMER
24 HUSBAND.
25 ISN'T THAT ON PAGE 8 OF 21? WE HAVE HIGHLIGHTED IT FOR

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

**Page 606**

ROSEN - CROSS / ISAACSON

1 YOU.
2 A. YES. CAN I ASK A QUESTION? WHERE WOULD I SEE THE SAME OF
3 THE CASE?
4 Q. IT IS ON THE FIRST PAGE AT THE TOP.
5 A. I AM SORRY. I AM NOT SURE I UNDERSTAND. THIS IS PAGE 8,
6 RIGHT?
7     MR. ISAACSON: MAY I APPROACH?
8     THE COURT: YOU MAY.
9       (COUNSEL ASSISTS WITNESS.)
10 BY MR. ISAACSON:
11 Q. ON PAGE 1 AT THE TOP, WOULD BE THE CASE NAME. AND THEN ON
12 PAGE 8 --
13 A. OKAY. THIS IS THE BEGINNING.
14 Q. THAT'S YOUR EX-HUSBAND?
15 A. THAT'S MY EX-HUSBAND. THE CASE WAS FILED, IF I READ IT
16 CORRECTLY, IN 2014.
17    ME AND MY HUSBAND WERE ACTIVELY PITTED AGAINST EACH OTHER
18 IN OUR DIVORCE, AND THE LAST THING I WOULD DISCUSS WITH HIM IS
19 HOW HE'S DOING IN HIS LAW PRACTICE. AND YOU CAN UNDERSTAND
20 WHY.
21 Q. ALL RIGHT. I WAS UNAWARE OF THAT WHEN WE PUT TOGETHER THE
22 BINDER.
23    LET ME ASK YOU TO LOOK AT TAB 3.
24    THIS CASE, IS BACK IN 2011, FEBRUARY. WERE YOU MARRIED AT
25 THIS TIME?

**Page 607**

ROSEN - CROSS / ISAACSON

1 A. WE -- IN JUNE 2011 THAT WAS THE TIME WHEN HE RETAINED HIS
2 LAWYER. SO WE WERE MARRIED AT THE TIME TECHNICALLY,
3 TECHNICALLY STILL MARRIED BECAUSE THE JUDGMENT WILL BE ENTERED
4 ON THE 8TH OF DECEMBER.
5 Q. THINGS WERE NOT GOING WELL?
6 A. NO.
7 Q. I WON'T INTRUDE INTO THAT.
8    ALL RIGHT. LET'S TRY TAB 10. HUFNAGEL VERSUS RHINO
9 INTERNATIONAL CORPORATION (PHONETIC).
10    NOVEMBER 2010. YOUR HUSBAND IS HIGHLIGHTED ON THE FIRST
11 PAGE. DO YOU SEE THAT?
12 A. I SEE HIM BEING HIGHLIGHTED, YES.
13 Q. THIS IS A CASE NAME YOU RECOGNIZE?
14 A. I HEARD THE NAME NAGEL (PHONETIC) FROM HIM, I GUESS.
15 Q. IF YOU LOOK ON PAGE 4, DO YOU SEE THAT ROBBINS GELLER WAS
16 CO-COUNSEL WITH YOUR HUSBAND IN THIS CASE?
17 A. I SEE IT HIGHLIGHTED. CAN -- AM I ALLOWED TO ASK
18 QUESTIONS, TOO? NO?
19 Q. I THINK IT WOULD GO QUICKER IF YOU LET ME ASK THE
20 QUESTIONS. YOUR COUNSEL GETS TO ASK YOU QUESTIONS.
21 A. I DON'T UNDERSTAND. THERE'S A LOT OF LAWYERS ON THIS
22 CASE. I WOULD NOT KNOW ALL OF THEM.
23 Q. RIGHT.
24 A. AND IF I UNDERSTAND CORRECTLY, THE WAY SECURITIES CLASS
25 ACTION LITIGATION WORKS, THERE'S A LOT OF PEOPLE FILING.

**Page 608**

ROSEN - CROSS / ISAACSON

1 Q. YES.
2 A. AND THEY MAY NOT BE AWARE OF EACH OTHER EXISTENCE OR THEY
3 WILL, BUT THEY'RE NOT NECESSARILY WORKING TOGETHER.
4 Q. OR --
5 A. IT IS MY UNDERSTANDING.
6 Q. OR THEY ARE WORKING TOGETHER IN A LOT OF CASES, AND NOT
7 MENTIONING IT TO THEIR WIFE. THAT'S HOW THE CLASS ACTION
8 WORLD CAN WORK, RIGHT?
9 A. THAT'S ENTIRELY POSSIBLE. BECAUSE I HAVE NO IDEA HOW MANY
10 PEOPLE HE WORKS WITH.
11 Q. YOUR HUSBAND HAS NEVER MENTIONED THE FACT -- YOUR
12 EX-HUSBAND NEVER MENTIONED THE FACT THAT HE WORKED WITH
13 ROBBINS GELLER FIRM IN MANY, MANY CASES, DID HE?
14 A. NO.
15 Q. OKAY.
16    THE COURT: THREE MINUTES. I DON'T KNOW IF THIS IS A
17 GOOD TIME TO BREAK, OR IF YOU HAVE GOT SOMETHING YOU CAN DO IN
18 THREE MINUTES.
19    MR. ISAACSON: I CAN DO SOMETHING IN THREE MINUTES.
20 I MIGHT BE ABLE TO BE DONE IN FIVE ALTOGETHER WHICH WOULD BE
21 GOOD FOR THE WITNESS.
22    THE COURT: THAT WOULD BE.
23 BY MR. ISAACSON:
24 Q. YOU BASICALLY HAVE -- AT LEAST -- BACK IN 2007, YOU HAD NO
25 KNOWLEDGE OF COMPUTERS. THAT WAS HOW YOU CHARACTERIZED

**Page 609**

ROSEN - CROSS / ISAACSON

1 YOURSELF?
2 A. I MEAN NO KNOWLEDGE IS PROBABLY A STRONG WORD. I USED
3 COMPUTERS, BUT I DON'T KNOW HOW THEY WORK. I STILL DON'T KNOW
4 HOW THEY WORK.
5 Q. RIGHT, BUT YOU KNEW HOW TO BURN CD'S.
6 A. YES.
7 Q. YOU BURNED A LOT OF CD'S?
8 A. I DID.
9 Q. YOU HAD --
10 A. WELL, IF YOU SAY "BURN", NO. I COPIED A LOT OF CD'S. I
11 THINK BURN IS THE OPPOSITE PROCESS, RIGHT? IS WHEN YOU CREATE
12 A CD.
13 Q. OR YOU -- YOU COPIED A LOT OF THEM, YOU RIPPED THEM INTO
14 YOUR ITUNES?
15 A. I COPIED THEM INTO MY ITUNES.
16 Q. ALL RIGHT. AND YOU HAD A NANNY WHO WAS MUCH MORE COMPUTER
17 LITERATE THAN YOU; YOU HAD HER COPY MUSIC FILES FROM YOUR
18 COMPUTER, RIGHT?
19 A. I'M SORRY, WHEN YOU SAY "COPY MUSIC FILES FROM MY
20 COMPUTER", TO WHERE?
21 Q. WELL, YOU HAD HER HELP YOU WITH COPYING SOME MUSIC FILES
22 BECAUSE YOU HAD DIFFICULT WITH THAT. YOUR NANNY WAS BETTER
23 WITH THAT, SO YOU HAD HER HELP YOU?
24 A. MAYBE. IT SOUNDS ENTIRELY POSSIBLE.
25 Q. AND YOU NEVER ASKED YOUR NANNY, HOWEVER, TO HELP YOU BURN

---

**610**

ROSEN - CROSS / ISAACSON

1  ANY CD'S; THAT WAS EASY FOR YOU?
2  A. WHEN YOU SAY "BURNING CD'S" YOU MEAN CREATING --
3  Q. I'M SORRY, COPYING CD'S INTO THE ITUNES LIBRARY. THAT WAS
4  EASY FOR YOU?
5  A. IT IS RELATIVELY STRAIGHTFORWARD PROCESS. YOU ARE
6  PROMPTED BY ITUNES PROGRAM WHAT TO DO.
7  Q. NOW, IN THIS CASE, YOU'VE -- DO YOU UNDERSTAND THE CLASS
8  ALSO INCLUDES BUSINESSES LIKE WAL-MART AND BEST BUY?
9  A. THAT'S WHAT IT SAYS ON THE COVER. I UNDERSTOOD FROM
10 READING, YES.
11 Q. YOU'VE NEVER SPOKEN TO ANY OF THOSE PEOPLE, HAVE YOU?
12 A. FROM -- REGARDING THIS PARTICULAR LAWSUIT?
13 Q. RIGHT. AS PART OF YOUR WORK AS CLASS REPRESENTATIVE,
14 YOU'VE NEVER SPOKEN TO ANY OF THE BUSINESSES IN THE CLASS?
15 A. NO. I HAVEN'T SPOKEN TO THEM, NO, ABOUT THIS LAWSUIT.
16 NO.
17 Q. RIGHT. AND ONE FINAL THING THEN.
18    WHEN YOU BOUGHT YOUR FIRST IPOD IN 2004, YOU BELIEVED THAT
19 THE IPOD ONLY WORKED WITH ITUNES, CORRECT?
20 A. I DIDN'T -- WHEN I ACTUALLY WAS BUYING THAT, I DIDN'T GO
21 THROUGH THE PROCESS OF BUYING MUSIC, ET CETERA. I DIDN'T
22 REALLY THINK ONE WAY OR THE OTHER.
23    YOU KNOW, WHEN YOU DON'T ENCOUNTER THE PROBLEM, YOU DON'T
24 FORM ANY BELIEFS. ONCE YOU HAVE AN ISSUE, YOU FORM BELIEFS.
25 SO I HAVEN'T HAD AN ISSUE AT THAT TIME. I HAVE NOT HAD ANY
           DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

---

**611**

ROSEN - REDIRECT / BERNAY

1  OPINION ON THE MATTER WHEN I WAS BUYING.
2  Q. WELL, AT SOME POINT BEFORE THE COMPLAINT WAS FILED, YOU
3  FORMED THE BELIEF --
4  A. I FORMED THAT BELIEF, YES.
5  Q. THAT APPLE PRODUCTS WORK TOGETHER AND IPOD ONLY WORKED
6  WITH ITUNES. YOU HAD THAT BELIEF BEFORE THE COMPLAINT WAS
7  FILED, RIGHT?
8  A. I BELIEVE SO, YES.
9  Q. AND WHEN YOU BOUGHT YOUR IPODS AFTER THE LAWSUIT WAS
10 FILED, YOU ALREADY BELIEVED THAT ITUNES AND IPOD ONLY WORKED
11 TOGETHER. THAT WAS YOUR BELIEF?
12 A. RIGHT.
13    MR. ISAACSON: I HAVE NO FURTHER QUESTIONS.
14    THE COURT: DO YOU HAVE ANY REDIRECT?
15    MS. BERNAY: JUST VERY QUICK.
16              REDIRECT EXAMINATION
17 BY MS. BERNAY:
18 Q. MS. ROSEN, YOU MENTIONED THE IPOD TOUCH, AND MR. ISAACSON
19 ASKED YOU IF IT WAS HERE IN CALIFORNIA. DO YOU REMEMBER THAT?
20 A. UH-HUH.
21 Q. DO YOU HAVE THAT IPOD TOUCH ACTUALLY WITH YOU TODAY IN
22 COURT?
23 A. I DON'T HAVE -- I THINK I HAVE IT WITH ME IN MY BAG.
24 Q. WOULD YOU BE WILLING TO SHOW THAT TO THE APPLE LAWYERS, IF
25 THEY ASKED?
           DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

---

**612**

1  A. OF COURSE. IF SOMEONE NEEDS IT TO LOOK AT IT, OF COURSE.
2     MS. BERNAY: NOTHING FURTHER. THANK YOU, YOUR HONOR.
3     THE COURT: ANY QUESTIONS ON THAT TOPIC ONLY?
4     MR. ISAACSON: NO, YOUR HONOR. WE WILL RAISE THE
5  TOPIC AFTER THE WITNESS HAS BEEN EXCUSED.
6     THE COURT: OKAY. THEN YOU ARE EXCUSED.
7  I HEAR NO REQUEST FROM APPLE TO INSPECT THE IPOD, CORRECT?
8     MR. ISAACSON: I WAS GOING TO WAIT FOR HER TO BE
9  EXCUSED. YES, WE WOULD --
10    THE COURT: IF I EXCUSE HER, I LOSE JURISDICTION.
11    MR. ISAACSON: I WOULD TRUST THE PLAINTIFFS' LAWYERS
12 WOULD WORK WITH HER.
13    THE COURT: I WILL TELL YOU WHAT. YOU CAN STEP DOWN.
14 YOU ARE NOT EXCUSED QUITE YET. BUT YOU CAN GO DOWN RIGHT HERE
15 NEXT TO YOUR LAWYERS.
16    I'M GOING TO LET THE JURY GO. IT'S THE END OF OUR TRIAL
17 DAY.
18    LADIES AND GENTLEMEN, AGAIN, APOLOGIES FOR THAT FALSE
19 ALARM. I GUESS IT'S GOOD TO KNOW THAT IT WORKS.
20    YOU'VE NOW HEARD A DAY AND A HALF OF REAL EVIDENCE. SO
21 NOW HOPEFULLY MY INSTRUCTIONS ARE BEGINNING TO MAKE MORE SENSE
22 TO YOU ABOUT YOUR LACK OF ABILITY TO DO ANYTHING OUTSIDE THIS
23 COURTROOM. SO NO RESEARCH, NO CONSULTING DICTIONARIES, NO
24 SEARCHING THE INTERNET. DO NOT INVESTIGATE ANY OF THESE
25 ISSUES. DO NOT INVESTIGATE ANY OF THE HISTORY. DO NOT
           DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

---

**613**

1  INVESTIGATE ANY OF THESE ENTITIES.
2     ALL RIGHT? DON'T DO ANY OF THAT. YOU'VE HAD A FULL DAY
3  OF THIS CASE. GO AND DO OTHER THINGS. FINISH YOUR HOLIDAY
4  SHOPPING. GET SOME WORK DONE. TAKE A NAP, IF YOU NEED TO.
5     REMEMBER, DO NOT COMMUNICATE WITH ANYONE IN ANY WAY ABOUT
6  THIS CASE AND DO NOT LET ANYONE ELSE COMMUNICATE WITH YOU.
7     AS I MENTIONED TO YOU EARLIER, SOMETIMES WHEN COMPANIES
8  LIKE APPLE ARE IN LITIGATION, THERE'S A LOT OF PRESS, SO DO
9  NOT LOOK AT THE PRESS. NO EMAILS, SOMEONE FORWARDS THEM TO
10 YOU, IF THEY HAPPEN TO SEE YOU WALK OUT OF THE COURTHOUSE AND
11 SAID, HEY, THAT PERSON HAS A JUROR TAG I KNOW THAT PERSON, AND
12 THIS MAY BE THE ONLY TRIAL GOING ON IN THIS COURTHOUSE, YOU
13 HAVE TO DELETE IT. DON'T LOOK AT IT. DON'T THINK ABOUT IT.
14 LISTEN TO MUSIC. DON'T LISTEN TO THE NEWS, IF YOU CAN AVOID
15 IT. CHANGE THE CHANNEL.
16    BUT, PLEASE, WE IMPRESS UPON YOU THE NEED TO TRY AND KEEP
17 YOURSELVES AS ISOLATED AS POSSIBLE FROM ANY OUTSIDE INFLUENCE
18 WITH RESPECT TO THIS CASE. OKAY?
19    ANY QUESTIONS AT THIS POINT? IS THAT REFRIGERATOR BIG
20 ENOUGH FOR SNACKS?
21    YES. YOU DO HAVE SOMETHING? I THINK I GOT A HIGHLIGHT ON
22 THIS ONE. THIS IS ABOUT EVIDENCE PRESENTATION?
23    JUROR: (NODS HEAD.)
24    THE COURT: I WILL TALK TO THEM ABOUT THAT.
25 ANYTHING ELSE? NO?
           DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930