# EXHIBIT 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA   ***CERTIFIED COPY***

BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE

| | | |
|---|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) | NO. C 05-00037 YGR<br><br>PAGES 198 – 401<br><br>**JURY TRIAL VOLUME 2**<br><br><br>OAKLAND, CALIFORNIA<br>TUESDAY, DECEMBER 2, 2014 |

**REPORTERS' TRANSCRIPT OF PROCEEDINGS**

APPEARANCES:

FOR PLAINTIFFS:        ROBBINS GELLER RUDMAN & DOWD LLP
                       655 WEST BROADWAY, SUITE 1900
                       SAN DIEGO, CALIFORNIA  92101
                 BY:   ALEXANDRA S. BERNAY,
                       JENNIFER N. CARINGAL,
                       PATRICK COUGHLIN,
                       STEVEN M. JODLOWSKI,
                       CHARLES MCCUE,
                       CARMEN A. MEDICI,
                       BONNY E. SWEENEY, ATTORNEYS AT LAW

                       BONNETT FAIRBOURN FRIEDMAN & BALINT PC
                       4023 CAIN BRIDGE ROAD
                       FAIRFAX, VIRGINIA 22030
                 BY:   FRANCIS J. BALINT, JR.
                       ATTORNEY AT LAW

            (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:        RAYNEE H. MERCADO, CSR NO. 8258
                    DIANE E. SKILLMAN, CSR NO. 4909

   PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

# I N D E X

|  | PAGE | VOL. |
|---|---|---|
| OPENING STATEMENT BY MS. SWEENEY | 214 | 2 |
| OPENING STATEMENT BY MR. COUGHLIN | 243 | 2 |
| OPENING STATEMENT BY MR. ISAACSON | 268 | 2 |

| **PLAINTIFFS' WITNESSES** | PAGE | VOL. |
|---|---|---|
| RIEGEL, KENNETH | | |
| DIRECT EXAMINATION BY MR. COUGHLIN | 310 | 2 |
| CROSS-EXAMINATION BY MS. DUNN | 335 | 2 |
| MARTIN, DAVID | | |
| SWORN | 345 | 2 |
| DIRECT EXAMINATION BY MR. COUGHLIN | 346 | 2 |