ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
     – and –
PATRICK J. COUGHLIN (111070)
STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
patc@rgrdlaw.com
sjodlowski@rgrdlaw.com

Class Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(h)(3), OR RULE 50 |
| ALL ACTIONS. | |
| | Date:    TBD<br>Time:    TBD<br>Courtroom:  1, 4th Floor<br>Judge:  Hon. Yvonne Gonzalez Rogers |

1  Plaintiffs respectfully submit this Administrative Motion for Leave to File Under Seal portions of Plaintiffs' Opposition to Apple Inc.'s Motion to Dismiss for Lack of Subject-Matter Jurisdiction Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3), or Rule 50 ("Opposition") and the entirety of Exhibit 2 (relevant excerpts of the Deposition of Transcript of Timothy O'Neil, taken December 5, 2014) attached to the Declaration of Alexandra S. Bernay in Support of Plaintiffs' Opposition to Apple Inc.'s Motion to Dismiss for Lack of Subject-Matter Jurisdiction Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12 (h)(3), or Rule 50 ("Bernay Decl."). Plaintiffs bring this motion pursuant to Civil Local Rules 7-11 and 79-5, the June 13, 2007 Stipulated Protective Regarding Confidential Information ("Protective Order") and after having met and conferred with Apple (ECF 112).

The Opposition and Exhibit 2 to the Bernay Decl. contain information that is designated Confidential and Attorneys' Eyes Only pursuant to ¶7 of the Protective Order. ECF 112. Accordingly, Plaintiffs seek to file the Opposition and Exhibit 2 to the Bernay Decl. under seal, but take no position on the propriety of the filing of these documents under seal.

If the Court determines that sealing is warranted, Plaintiffs respectfully request the Court enter the proposed order filed concurrently with this motion.

Consistent with Rule 79-5(e), within four days of the filing of Plaintiffs' Administrative Motion to File Under Seal, the designating party must file with the Court and serve declarations supporting the request to seal the protected material and must lodge and serve a narrowly tailored proposed sealing order, or the information at issue will be made part of the public record.

DATED: December 6, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL

s/ Bonny E. Sweeney
BONNY E. SWEENEY

ADMIN MTS DOC FILED ISO PLNFFS' OPP TO APPLE INC.'S MTD FOR LACK OF SUBJECT-MATTER JURISDICTION PURS TO FRCP 12(b)(1) AND 12(h)(3), OR RULE 50 - C-05-00037-YGR   - 1 -

|    |                                                      |
|----|------------------------------------------------------|
| 1  |                                                      |
| 2  | 655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 3  | 619/231-7423 (fax)                                   |
| 4  | ROBBINS GELLER RUDMAN<br>  & DOWD LLP                |
| 5  | PATRICK J. COUGHLIN<br>STEVEN M. JODLOWSKI           |
| 6  | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 7  | San Francisco, CA 94104<br>Telephone: 415/288-4545   |
| 8  | 415/288-4534 (fax)                                   |
| 9  | Class Counsel for Plaintiffs                         |
| 10 | BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C.     |
| 11 | ANDREW S. FRIEDMAN<br>FRANCIS J. BALINT, JR.         |
| 12 | ELAINE A. RYAN<br>2325 E. Camelback Road, Suite 300  |
| 13 | Phoenix, AZ 85016<br>Telephone: 602/274-1100         |
| 14 | 602/274-1199 (fax)                                   |
| 15 | THE KATRIEL LAW FIRM<br>ROY A. KATRIEL               |
| 16 | 1101 30th Street, N.W., Suite 500<br>Washington, DC 20007 |
| 17 | Telephone: 202/625-4342<br>202/330-5593 (fax)        |
| 18 |                                                      |
| 19 | BRAUN LAW GROUP, P.C.<br>MICHAEL D. BRAUN            |
| 20 | 10680 West Pico Blvd., Suite 280<br>Los Angeles, CA 90064 |
| 21 | Telephone: 310/836-6000<br>310/836-6010 (fax)        |
| 22 | GLANCY BINKOW & GOLDBERG LLP<br>BRIAN P. MURRAY      |
| 23 | 122 East 42nd Street, Suite 2920<br>New York, NY 10168 |
| 24 | Telephone: 212/382-2221<br>212/382-3944 (fax)        |
| 25 |                                                      |
| 26 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG     |
| 27 | 1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |
| 28 | Telephone: 310/201-9150<br>310/201-9160 (fax)        |

ADMIN MTS DOC FILED ISO PLNFFS' OPP TO APPLE INC.'S MTD FOR LACK OF SUBJECT-MATTER JURISDICTION PURS TO FRCP 12(b)(1) AND 12(h)(3), OR RULE 50 - C-05-00037-YGR     - 2 -

1
2                                                            Additional Counsel for Plaintiffs
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADMIN MTS DOC FILED ISO PLNFFS' OPP TO APPLE INC.'S MTD FOR LACK OF SUBJECT-
MATTER JURISDICTION PURS TO FRCP 12(b)(1) AND 12(h)(3), OR RULE 50 - C-05-00037-YGR    - 3 -