1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  BONNY E. SWEENEY (176174)
   ALEXANDRA S. BERNAY (211068)
3  CARMEN A. MEDICI (248417)
   JENNIFER N. CARINGAL (286197)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  bonnys@rgrdlaw.com
   xanb@rgrdlaw.com
7  cmedici@rgrdlaw.com
   jcaringal@rgrdlaw.com
8        – and –
   PATRICK J. COUGHLIN (111070)
9  STEVEN M. JODLOWSKI (239074)
   Post Montgomery Center
10 One Montgomery Street, Suite 1800
   San Francisco, CA  94104
11 Telephone:  415/288-4545
   415/288-4534 (fax)
12 patc@rgrdlaw.com
   sjodlowski@rgrdlaw.com
13
   Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN CONNECTION WITH PLAINTIFFS' OPPOSITION TO APPLE INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(h)(3), OR RULE 50 |
| ALL ACTIONS. | |
| | Date:       TBD<br>Time:       TBD<br>Courtroom: 1, 4th Floor<br>Judge:      Hon. Yvonne Gonzalez Rogers |

I, ALEXANDRA S. BERNAY, declare:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member with the law firm of Robbins Geller Rudman & Dowd LLP, Class Counsel for Plaintiffs. I have personal knowledge of the matters stated herein, and, if called upon, I could and would completely testify thereto.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to Seal Documents Filed in Support Plaintiffs' Opposition To Apple Inc.'s Motion to Dismiss For Lack of Subject-Matter Jurisdiction Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3), Or Rule 50.

3. Plaintiffs seek to file under seal portions of Plaintiffs' Opposition To Apple Inc.'s Motion to Dismiss For Lack of Subject-Matter Jurisdiction Pursuant to Federal Rules Of Civil Procedure 12(b)(1) and 12(h)(3), or Rule 50. The deposition testimony cited in the Opposition is Confidential and Attorneys' Eyes Only pursuant to ¶7 of the Protective Order.

4. Plaintiffs seek to file under seal the entirety of Exhibit 2 (relevant excerpts from the deposition testimony of Timothy O'Neil, taken December 5, 2014) to the Bernay Decl.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of December, 2014, at San Francisco, California.

_____
ALEXANDRA S. BERNAY