1
2
3
4
5
6
7
8
9
10
11
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                            OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS RELATING TO PLAINTIFFS' OPPOSITION TO APPLE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(h)3, OR RULE 50 |
| ALL ACTIONS. | |

Before the Court is Plaintiffs' Administrative Motion to File Under Seal. Specifically, Plaintiffs seek leave to file under seal the following:

| Title | Filed Under Seal |
|---|---|
| Plaintiffs' Opposition to Apple Inc.'s Notice of Motion ad Motion to Dismiss for Lack of Subject-Matter Jurisdiction Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)3, Or Rule 50 | Portions |
| Ex. 2 to the Declaration of Alexandra S. Bernay: Relevant excerpts from the deposition testimony of Timothy O'Neil, taken December 5, 2014 | Entirety |

After reviewing Plaintiffs' Administrative Motion and the Declaration in support thereof, and having determined the deposition testimony is marked Confidential and Attorneys' Eyes Only pursuant to ¶7 of the Protective Order (ECF 112), the Court finds that there is good cause to place these materials under seal. Accordingly, the Court **GRANTS** Plaintiffs' Administrative Motion to File Under Seal.

IT IS SO ORDERED.

DATED: _____     _____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE