# EXHIBITS 1-2

Redacted Version Sought to be Sealed