1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

OAKLAND DIVISION

15

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE |
| ALL ACTIONS. | ) ) ) | MOTION TO SEAL EXHIBITS 1 AND 2 TO THE DECLARATION OF CARMEN A. MEDICI IN SUPPORT OF PLAINTIFFS' DECEMBER 7, 2014 LETTER TO THE COURT |

16

17

18

19

20

21

22

23

24

25

26

27

28

989272_1

1    Before the Court is Plaintiffs' Administrative Motion to File Under Seal.  Specifically,

2    Plaintiffs seek leave to file under seal the following:

| Title | Filed Under Seal |
|---|---|
| Exhibit 1 to the Declaration of Carmen A. Medici in Support of Plaintiffs' December 7, 2014 Letter to the Court | Entirety |
| Exhibit 2 to the Declaration of Carmen A. Medici in Support of Plaintiffs' December 7, 2014 Letter to the Court | Entirety |

    After reviewing Plaintiffs' Administrative Motion and the Declaration in support thereof, and

having determined the exhibits were previously sealed (ECF 883), the Court finds that there is good

cause to place these materials under seal.   Accordingly, the Court GRANTS Plaintiffs'

Administrative Motion to File Under Seal.

    IT IS SO ORDERED.

DATED: _____        _____

                                     THE HON. YVONNE GONZALEZ ROGERS
                                     UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOTION TO SEAL EXS 1 & 2 TO THE MEDICI
DECL. ISO PLAINTIFFS' DECEMBER 7, 2014 LETTER TO THE COURT - C-05-00037-YGR        - 1 -