UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA     **CERTIFIED COPY**

BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE

| | | |
|---|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | NO. C 05-00037 YGR<br><br>PAGES 1 – 80<br><br>PRETRIAL HEARING CONFERENCE<br><br><br>OAKLAND, CALIFORNIA<br>WEDNESDAY, OCTOBER 30, 2014 |

### REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFFS:         ROBBINS GELLER RUDMAN & DOWD LLP
                        655 WEST BROADWAY, SUITE 1900
                        SAN DIEGO, CALIFORNIA  92101
                   BY:  ALEXANDRA S. BERNAY,
                        PATRICK COUGHLIN,
                        CARMEN A. MEDICI,
                        BONNY E. SWEENEY, ATTORNEYS AT LAW

                        BONNETT FAIRBOURN FRIEDMAN & BALINT PC
                        4023 CAIN BRIDGE ROAD
                        FAIRFAX, VIRGINIA 22030
                   BY:  FRANCIS J. BALINT, JR.
                        ATTORNEY AT LAW

            (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:       RAYNEE H. MERCADO, CSR NO. 8258

   PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

1     **MR. KIERNAN:** AND, YOUR HONOR, FOR THE REMAINING
2  DOCUMENTS IN VOLUME 1, UNDER THE FIRST TAB, EXCEPT TO THE
3  EXTENT THAT IT REFLECTS SOURCE CODE OR A DIAGRAM OF THE
4  KEYBAG, GIVING AN EXAMPLE OF THAT, APPLE WOULD WITHDRAW ALL
5  THE REMAINING REDACTIONS.
6     **THE COURT:** OKAY. GIVE ME AN EXAMPLE.
7        (PAUSE IN THE PROCEEDINGS.)
8     **MR. KIERNAN:** SO IF YOU TURN TO TAB 244, AND IT'S
9  PAGE 21 OF THAT DOCUMENT.
10    **THE COURT:** I DON'T HAVE 244 IN THIS -- IN THE
11 FAIRPLAY NEXT GEN.
12    **MR. KIERNAN:** VOLUME 1, YOUR HONOR.
13    **THE COURT:** OKAY.
14    **MR. KIERNAN:** TAB 44, PAGE 21, IS AN EXAMPLE OF THE
15 DIAGRAM OF THE IPOD KEYBAG. THERE ARE SIMILAR DIAGRAMS THAT
16 LOOK ESSENTIALLY THE SAME FOR THE DESKTOP KEYBAG. WE WOULD
17 REQUEST THAT THIS -- THAT THE DIAGRAMS THAT THE KEYBAG AND
18 ACTUAL SOURCE CODE THAT ARE REFLECTED IN THESE DOCUMENTS
19 REMAIN REDACTED, BUT OTHERWISE REMOVE ALL THE OTHER REDACTIONS
20 IN THE DOCUMENT.
21   SO, FOR EXAMPLE, PAGE 17, WE WOULD REMOVE THE REDACTIONS.
22    **THE COURT:** PAGE 21, MR. COUGHLIN, YOUR PERSPECTIVE.
23    **MR. COUGHLIN:** YOUR HONOR, THE -- THE PROBLEM I HAVE
24 IS THAT ONE OF THE ISSUES THAT YOU'RE GOING TO -- THAT THE
25 JURY IS GOING TO HAVE TO DECIDE IS THEY TALKED ABOUT

1    IMPROVEMENTS TO THE KEYBAG, AND THEY SAY THEY ARE NOT ONLY
2    IMPROVEMENTS WITH THE KVC AND DVC BUT, FOR EXAMPLE, INTEGRITY
3    CHECKS, DIVERSITY KEYBAGS, UNIVERSAL KEYBAGS, AND PART OF IT
4    HAS TO DO WITH THE FORMATTING OF THE KEYBAG.
5         SO, FOR EXAMPLE, IF YOU HAVE -- THIS IS A DOCUMENT THAT
6    MR. FARRUGIA WOULD HAVE CREATED, AND IF YOU HAVE -- YOU HAVE
7    THE PICTURE -- I'M JUST LOOKING AT PAGE 21.  HE SHOWS YOU THE
8    CHANGE THAT HE DID FOR THE -- LET'S SAY THE PRODUCT
9    IMPROVEMENT.
10        NOW, I COULD SAY, YOU KNOW WHAT, I DON'T CARE ABOUT THIS
11   PARTICULAR ONE, BUT THERE ARE A NUMBER OF ONES WHERE WE'RE
12   SIGNING ON FOR THE KVC TO THE ENTIRE KEYBAG A SIGNATURE AND
13   HOW THAT CHANGED AND HOW THAT WORKED, OKAY?  AND THEN FOR THE
14   DVC, WE HAVE THE SAME THING.
15        IN OTHER WORDS, I'D HAVE TO GO THROUGH THIS -- THESE
16   DOCUMENTS AND SEE WHICH ONES ACTUALLY ARE PAYING (SIC).  SO
17   FOR HIM TO PICK OUT ONE KEYBAG CHANGE A GENERATION -- AND I
18   HOPE THAT THEY DON'T TALK ABOUT IT.  IF HE'S GOING TO TALK
19   ABOUT -- IF THEY'RE GOING TO TALK ABOUT GRANULARITY AND -- AND
20   YOU CAN SEE THE CHANGE IN THIS, THE DIVERSIFICATION, SO TO
21   SPEAK, AND IT -- WHAT IT DOES IS THEY'RE GOING TO ARGUE AND
22   SOMETIMES I'M GOING TO AGREE WITH THEM, SOMETIMES NOT, THAT
23   THIS DIVERSIFICATION COMPLICATION CREATES GRANULARITY AND IT'S
24   A PRODUCT IMPROVEMENT BECAUSE THEN YOU CAN'T GO FURTHER INTO
25   THE KEYBAG.  YOU GET STOPPED THERE.  AND ONLY PART OF THE

1  KEYBAG IS COMPROMISED.

2  AND THEN WE'RE GOING TO HAVE AN ARGUMENT WHETHER THAT PART
3  OF THE KEYBAG CAN BE DELETED IF IT IS COMPROMISED, OR DO YOU
4  HAVE TO DELETE THE WHOLE KEYBAG.

5  AND SO THIS PARTICULAR DOCUMENT -- THIS PARTICULAR -- THIS
6  IS -- I THINK THIS IS THE NEXT GENERATION DOC.

7  **MR. KIERNAN:** YOUR HONOR, I'M CONVINCED. THIS WAS
8  THE DISCUSSION I WANTED ON FRIDAY. LISTENING TO MR. COUGHLIN,
9  I WILL WITHDRAW THE REDACTIONS TO DIAGRAMS OF THE KEYBAG.

10  **MR. COUGHLIN:** BECAUSE THEY HAVE TO HAVE THEM TO
11  PROVE THEIR PART OF THE CASE WHICH IS --

12  **MR. KIERNAN:** NOT WHAT I SAID.

13  **MR. COUGHLIN:** WELL, THAT'S WHAT THEY'RE GOING TO
14  ARGUE.

15  **THE COURT:** SO THAT'S WITHDRAWN.

16  **MR. COUGHLIN:** OKAY.

17  **THE COURT:** SO ALL THEN THAT REMAINS IS SOURCE CODE.

18  **MR. KIERNAN:** WHICH THEY AGREED TO.

19  YEAH, OKAY. SORRY, YOUR HONOR.

20  **THE COURT:** I AM SUMMARIZING HERE.

21  **MR. KIERNAN:** THANK YOU.

22  **THE COURT:** SO SOURCE CODE IS SEALED. AND I DON'T
23  EXPECT WE'RE GOING TO HAVE MANY DISCUSSIONS ABOUT SOURCE CODE.
24  IF WE DO, I'LL DEAL WITH HOW I DEAL WITH IT. GIVEN THE -- I
25  MEAN, THERE ARE DIFFERENT WAYS. IT DEPENDS ON THE NATURE OF

1  THE QUESTION, ET CETERA.  SO IT CAN BE REDACTED.  IF THERE'S
2  SOME REASON THAT I HAVE TO UNREDACT A PORTION OR IF THERE IS
3  SOME NEED TO TALK ABOUT A SPECIFIC LINE, WE CAN TALK ABOUT IT
4  IN THE CONTEXT OF THE TRIAL.  BUT THE GOING-IN POSITION IS
5  THAT THE SOURCE CODE IS SEALED AND CAN BE REDACTED.
6      PRICING TERMS CAN BE REDACTED.
7      AND THE ANCILLARY -- ANCILLARY TERMS OF THE CONTRACTS
8  WHICH REFLECT PRICING AND/OR FINANCIAL CONSIDERATIONS IN THE
9  CONTRACTS, THOSE CAN BE SEALED AS WELL.
10         **MR. COUGHLIN:**  THERE'S ONLY ONE LINE THAT I CAN THINK
11 OF, A SOURCE CODE, THAT HAS WHAT YOU'RE TALKING ABOUT, AND IT
12 ACTUALLY HAS THE SOURCE CODE AND THEN ABOVE IT, A LINE BELOW
13 IT IN PLAIN ENGLISH.  SO THAT'S A SITUATION ACTUALLY THAT YOU
14 DESCRIBED.  AND I CAN ONLY THINK OF ONE SPOT THAT I KNOW OF IN
15 THE SOURCE CODE WHERE THAT COMES OUT.
16         **THE COURT:**  ALL RIGHT.
17         **MR. COUGHLIN:**  AND WE'LL IDENTIFY IT AHEAD OF TIME.
18         **MR. KIERNAN:**  YEAH.
19         **MR. COUGHLIN:**  IT'S ONE OF THOSE ONES THAT'S OBJECTED
20 TO AND WE'D IDENTIFY IT ANYWAY.
21         **THE COURT:**  OKAY.  SO NOW HOW MANY --
22         **MR. KIERNAN:**  AND WE PERMITTED, JUST FOR
23 CLARIFICATION FOR PLAINTIFFS, AND THIS MAY HAVE BEEN OBVIOUS
24 FROM THE REDACTIONS, BUT JUST SO THE RECORD IS CLEAR, FOR
25 CHECK-IN AND CHECKOUT LOGS, WHICH INCLUDES SOME OF THE PLAIN

1 ENGLISH, WE'RE NOT ASSERTING SOURCE CODE FOR THAT. WE'RE ONLY

2 TO THE ACTUAL CODE. AND THEN OF COURSE WE'RE WILLING TO MEET

3 AND CONFER ABOUT SINGLE LINES OF CODE IF THAT'S -- IF THAT'S

4 AN ISSUE.

5 **THE COURT:** HOW MANY COPIES OF THESE COLOR-CODED

6 DOCUMENTS DO YOU WANT, MR. COUGHLIN?

7 **MR. COUGHLIN:** THIS IS -- WE DON'T NEED TO KILL ANY

8 MORE TREES. FOR EXAMPLE, ON PAGE -- IF WE COULD TAKE A LOOK

9 AT TAB -- JUST FOR MY EDIFICATION, TAB 298.

10 **THE COURT:** OKAY.

11 **MR. COUGHLIN:** IF YOU FLIP TO THE SECOND PAGE, THAT'S

12 WHAT THE KEYBAG LOOKS LIKE IN AN UN -- IS THAT THE KIND OF

13 THING THAT THERE'S NO LONGER -- THAT'S NO LONGER OBJECTED TO?

14 **MR. KIERNAN:** CORRECT.

15 **THE COURT:** OKAY. WHAT I WOULD LIKE YOU TO DO

16 THEN -- WELL, I GUESS THE OTHER QUESTION I HAD, BECAUSE IT WAS

17 STILL OUTSTANDING AND I THINK THAT THERE ARE SOME -- THERE'S

18 SOME OVERLAP, THERE WERE STILL SOME ADMINISTRATIVE MOTIONS TO

19 SEAL WITH RESPECT TO THE RECENT MOTIONS. SO IS THE

20 PERSPECTIVE CHANGED WITH RESPECT TO THOSE AS WELL?

21 TELL YOU WHAT. I'LL GIVE YOU 24 HOURS. I'D LIKE

22 SOMETHING FILED TO LET ME KNOW WHAT, IF ANYTHING, IS STILL IN

23 PLAY VERSUS WHAT IS WITHDRAWN, MR. KIERNAN.

24 **MR. KIERNAN:** OKAY.

25 **THE COURT:** BECAUSE I'M NOT -- YOU KNOW, THERE ARE

1   NUMEROUS DOCUMENTS.
2       **MR. KIERNAN:** UNDERSTOOD.
3       **THE COURT:** WE'VE ALREADY GONE THROUGH A
4   SIGNIFICANTLY AMOUNT OF WORK.  I WAS GOING TO FINISH THAT OFF,
5   BUT IF I CAN FOCUS ON OTHER ISSUES, THEN I'D RATHER FOCUS ON
6   OTHER ISSUES.
7       **MR. KIERNAN:** UNDERSTOOD.
8       **THE COURT:** SO I'LL EXPECT SOME KIND OF STATEMENT
9   WITH RESPECT TO THAT FILED TOMORROW.
10     OKAY?  OKAY.  I THINK, THEN, THAT THAT DEALS WITH
11  EVERYTHING.
12      **MR. KIERNAN:** YOUR HONOR, THE -- THE LAST ISSUE, AT
13  LEAST ON MY AGENDA, IS WITH RESPECT TO THE LARGE DOCUMENT, THE
14  FAIRPLAY NEXT GENERATION HAS THE NINE OTHER VERSIONS OF IT,
15  I'M FINE WITH THE SAME RULE APPLYING, WHICH IS THE ACTUAL
16  SOURCE CODE IS REDACTED.
17     THERE IS A SECTION IN THE DOCUMENT THAT STARTS AT PAGE 36
18  AND RUNS TO PAGE 47.  IT IS A DETAILED DESCRIPTION OF DRM
19  PROPOSED FOR SUBSCRIPTION SERVICES THAT APPLE WAS
20  CONTEMPLATING AT THE TIME.
21      **THE COURT:** SO IT'S NOT --
22      **MR. KIERNAN:** THESE TRADE SECRETS HAVE NOT BEEN AT
23  ISSUE IN THIS CASE, AND SO I WOULD ASK PLAINTIFFS TO AGREE
24  THAT THOSE PAGES, THE PARTS THAT I HAVE REDACTED, REMAIN
25  REDACTED.

1    **MR. COUGHLIN:** I AGREE WITH THAT, YOUR HONOR. THAT'S
2    FINE.
3        **THE COURT:** OKAY. SO BEGINNING ON PAGE 36?
4        **MR. COUGHLIN:** AT THE BOTTOM OF PAGE 36, I BELIEVE
5    HE'S TALKING ABOUT.
6        **MR. KIERNAN:** YES. THANK YOU.
7        **THE COURT:** I HAVE THE WRONG DOCUMENT THEN. WHAT --
8        **MR. KIERNAN:** THIS IS TAB 2 IN VOLUME 2, YOUR HONOR.
9        **THE COURT:** SO, ALL RIGHT. WELL, THEN I DO HAVE THE
10   RIGHT DOCUMENT. BUT MY PAGE 36 OF 103 HAS A REDACTION AT THE
11   TOP OF PAGE 36.
12       **MR. KIERNAN:** YES. LET ME CLARIFY. WHERE IT STATES
13   "ALL YOU CAN EAT OR SUBSCRIPTION."
14       **THE COURT:** RIGHT.
15       **MR. KIERNAN:** THIS STARTS THE SECTION ON
16   SUBSCRIPTION. IN LIGHT OF THE PLAINTIFFS' COMMENTS AT THE END
17   OF LAST WEEK, I WENT THROUGH AND DID MORE NARROWLY TAILORED
18   REDACTIONS IN THAT SECTION.
19       **THE COURT:** SO THE REDACTIONS, AS I UNDERSTAND IT,
20   BEGIN ON PAGE 37.
21       **MR. KIERNAN:** CORRECT.
22       **THE COURT:** AND THEN THEY RUN THROUGH, YOU'RE SAYING,
23   PAGE 47. AND THERE'S NO OBJECTION. SO IT'S ORDERED.
24       **MR. COUGHLIN:** HE'S ACTUALLY REQUESTING THAT START ON
25   PAGE 36, AND I HAVE NO PROBLEM WITH THAT. THAT'S THE PROBLEM

1   THAT WE'VE HAD, THOUGH.  I MEAN, HE DIDN'T REDACT THAT FIRST
2   PAGE.  MAYBE HE WAS TRYING TO BE MORE NARROW OR NOT.  BUT THAT
3   SECTION IS NOT AT ISSUE IN THIS TRIAL.
4           **THE COURT:**  OKAY.
5           **MR. COUGHLIN:**  AND, YOUR HONOR, I DON'T KNOW HOW --
6           **THE COURT:**  SO FOR PURPOSES -- FOR PURPOSES OF THE
7   EXHIBITS THAT ACTUALLY GO INTO THE JURY ROOM, TO THE EXTENT
8   THAT THEY ARE USED, THEN APPLE WILL HAVE TO PROVIDE A COPY TO
9   THE COURTROOM DEPUTY, WHICH IS THE OFFICIAL EXHIBIT, WITH THE
10  REDACTION IN PLACE, AND AN IDENTICAL COPY TO THE PLAINTIFFS.
11  UNDERSTOOD?
12          **MR. KIERNAN:**  YES, YOUR HONOR.
13          **MR. COUGHLIN:**  AND, YOUR HONOR, I ASSUME THAT WE'RE
14  GOING TO TELL THE JURY THAT -- THAT THAT WAS REDACTED AT
15  EITHER APPLE'S REQUEST OR IT DOESN'T PERTAIN TO THIS CASE,
16  SOMETHING TO LET THEM KNOW.
17          **THE COURT:**  YEAH, I WILL ADD THAT ON MY LIST OF
18  THINGS.  I MEAN, SO SOME OF THIS STUFF THEY WON'T EVEN SEE THE
19  REDACTIONS MOST LIKELY, GIVEN THE WAY THE PRESENTATION
20  HAPPENS.  IT'S JUST FOR PURPOSES OF WHAT ENDS UP IN THE JURY
21  ROOM.
22          **MR. COUGHLIN:**  AND I WANT TO JUST MAKE SURE THIS IS
23  THE ENTIRE RECORD THAT WE'RE TALKING ABOUT HERE, THESE TWO
24  VOLUMES AND WHAT WE'VE DISCUSSED TODAY.  THERE'S NOT SOMETHING
25  ELSE ASIDE -- YOU KNOW WHAT?  ASIDE FROM THOSE IDENTIFICATION

1     OF THOSE DOCUMENTS THAT ARE SIMILAR TO EXHIBIT 2.

2     **MR. KIERNAN:** RIGHT. AND THEN TO THE EXTENT THAT

3     THEY'RE GOING TO USE -- AS MR. COUGHLIN POINTED OUT THAT THIS

4     HAS BEEN A MOVING TARGET, PLAINTIFFS MAY HAVE ADDITIONAL

5     EXHIBITS, TO THE EXTENT THEY CONTAIN ANY SIMILAR INFORMATION.

6     **MR. COUGHLIN:** CERTAINLY. I'LL -- WE'LL PROVIDE THEM

7     AHEAD OF TIME.

8     **THE COURT:** OKAY. WELL, YOU GUYS HAVE ALL WORKED

9     VERY HARD, I CAN TELL. IT'S MUCH APPRECIATED. WE'RE NOT HERE

10     AT 6:00 O'CLOCK BEFORE OPENING STATEMENTS. THAT'S ALWAYS A

11     GOOD SIGN. I HOPE YOU AT LEAST GOT TO HAVE SOME TURKEY AND

12     STUFFING. I HAVE A LITTLE EXTRA. I COULD BRING IT IN. BUT

13     NOT MUCH. MY SON TOOK THE LAST -- THE LAST LEG THIS MORNING

14     FOR SCHOOL LUNCH.

15     **MR. COUGHLIN:** NOW, WOULD THAT BE A TEXAS DEEP-FRIED

16     TURKEY, YOUR HONOR?

17     **THE COURT:** YOU KNOW, WE DON'T DEEP-FRY THEM IN

18     TEXAS. I'M MEXICAN-AMERICAN. WE DON'T DEEP -- WE DID SPICE

19     ONE LAST YEAR SO -- BUT, NO, THEY'RE -- IT'S ALL GOOD.

20     OKAY. ANYTHING ELSE? IF NOT, WE WILL STAND IN RECESS

21     UNTIL 8:00 A.M. TOMORROW MORNING. AND I'LL SEE YOU THEN.

22     **MR. COUGHLIN:** SEE YOU THEN.

23     **MR. KIERNAN:** THANK YOU, YOUR HONOR.

24     (PROCEEDINGS WERE CONCLUDED AT 11:15 A.M.)

25     --O0O--

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

**CERTIFICATE OF REPORTER**

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER. I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN, AND FURTHER THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

_____

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR

MONDAY, DECEMBER 1, 2014