ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
        – and –
PATRICK J. COUGHLIN (111070)
STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
patc@rgrdlaw.com
sjodlowski@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF MARIANNA ROSEN |
| ALL ACTIONS. | Date:         TBD |
| | Time:         TBD |
| | Courtroom:  1, 4th Floor |
| | Judge:        Hon. Yvonne Gonzalez Rogers |

989259_2

1    I, Marianna Rosen, declare as follows

2    1.    I am a Court-appointed class representative in the case *In re Apple iPod iTunes*

3    *Antitrust Litigation.*

4    2.    I provided testimony on December 3, 2014 at trial in the action in Oakland,

5    California.

6    3.    I testified at trial that I purchased several iPods, including an iPod touch and an iPod

7    nano, among other models.

8    4.    I subsequently reviewed my iTunes account to determine whether there would be

9    further information about the other iPods I purchased, including serial numbers.

10    5.    I was able to determine that a device, listed as "marianna Rosen's iPod" in my

11    personal iTunes account had the serial number 1A836F5F201.  Attached as Exhibit 1 is a screenshot

12    of my personal iTunes account.

13    6.    The next day, December 4, 2014,  I called the Apple store in Short Hills, New Jersey

14    where I believe I have purchased all the iPods I have ever owned.

15    7.    I provided the serial number 1A836F5F201 to the Apple employee who answered the

16    phone.  That person was able to call up my receipt for my purchase. The receipt was then emailed to

17    me on the morning of December 4, 2014. A copy of the email and the receipt is attached as Exhibit

18    2.

19    8.    The receipt I received on December 4, 2014 reflects my purchase of two iPods on

20    September 11, 2008: an iPod touch and an iPod nano.  First, the receipt reflects the purchase of an

21    iPod touch I purchased for my son.  The receipt also shows that on the same day, September 11,

22    2008, I bought an iPod nano for my own use.

23    9.    I was not asked or directed by anyone to buy these iPods.  I did not buy them for

24    anyone's use or benefit other than myself and my children.  Specifically, I did not buy these iPods

25    for the use or benefit of the Rosen Law Firm.  Nor were these devices used for such a purpose.

26    10.    According to the receipt I received from Apple, I used a Visa credit card for this

27    purchase.  I no longer possess this credit card, but feel certain the card was issued in both my name

28    and in the name of the family's business, my husband's law firm, where I worked from 2004 – 2012.

989259_2

1        11.    The Rosen Law Firm is a registered Florida Professional Association. The stock of
2   the practice was held at the time as marital property.

3        12.    Because the law firm was wholly owned by my husband, I was authorized to use, and
4   would often use, this card for personal purchases.

5        13.    The purchase of these iPods was a personal purchase and not the law firm purchase.

6        14.    I have seen an internal document from Apple that appears to show the same purchases
7   of the nano and the iPod touch as the receipt I received from the Short Hills Apple Store.  That
8   document has my signature on it.  That document is attached as Exhibit 3.

9        15.    It makes sense that my signature would be on this document as I feel certain that my
10  name was on the credit card I used to make the purchases that day.

11       I declare under penalty of perjury under the laws of the United States of America that the
12  foregoing is true and correct. Executed this 6th day of December 2014, at *South Orange* New Jersey

13

14       _____
                    MARIANNA ROSEN

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MARIANNA ROSEN - C-05-00037-YGR

EXHIBIT 1



Devices Preferences

General   Playback   Sharing   Store   Parental   Device

Device backups:

| | |
|---|---|
| Larry's iPhone | 4 |
| Marianna Rosen's iPad | 9 |
| Marianna Rosen's iPad | 5. |
| Marianna Rosen's iPad - Dec 22, 2010 11:03 PM | 12 |
| marianna Rosen's iPod | 1/ |
| Marianna's iPad - Dec 22, 2010 10:56 PM | 12 |
| Marianna's iPhone | 11 |
| Marianna's iPhone | 6/1 |
| Marianna's iPhone | 1/1 |

Serial Number: 1A836F5F201

☐ Prevent iPods, iPhones, and iPads from syncing automatic

iTunes is paired with 1 Remote                    For

?                                                Cancel

EXHIBIT 2

DUPLICATE RECEIPT



**Apple Store, Short Hills**
1200 Morris TPKE STE B102
Short Hills, NJ 07078
shorthills@apple.com
973-564-5813

www.apple.com/retail/shorthills

---

**September 11, 2008 11:09 AM**

| | |
|---|---:|
| **iPod nano 8GB - green** | **$ 149.00** |
| Part Number: MB745LL/A | |
| Serial Number: YM8361TK3QX | |
| Return Date: Sep. 25, 2008 | |
| For Support, Visit: APPLE.COM/SUPPORT | |
| | |
| **iPod touch 8GB** | **$ 229.00** |
| Part Number: MB528LL/A | |
| Serial Number: 1A836F5F201 | |
| Return Date: Sep. 25, 2008 | |
| $ 22.90 fee if opened | |
| For Support, Visit: APPLE.COM/SUPPORT | |
| | |
| **Shure SE110 - White** | **$ 99.95** |
| Part Number: TM267LL/A | |
| Return Date: Sep. 25, 2008 | |
| Customer Support: 800-516-2525 ext. 4 | |

---

| | |
|---:|---:|
| Sub-Total | $ 477.95 |
| Tax@7.0% | $ 33.46 |
| **Total** | **$ 511.41** |
| Amount Paid Via Visa (A) | $ 511.41 |
| xxxxxxxxxxxxxxxxxxxx^ban | |
| 081764 | |

---



\* R 0 4 3 5 0 3 3 1 7 8 \*

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html

# EXHIBIT 3

INTERNAL REPRINT COPY

| | |
|---|---|
| **Date** | September 11, 2008 11:09 AM |
| **Customer** | **THE ROSEN LAW FIRM THE ROSEN LAW FIRM** |
| **Email** | |

Apple Store, Short Hills

1200 Morris TPKE STE B102
Short Hills, NJ 07078
shorthills@apple.com
973-564-5831

www.apple.com/retail/shorthills

**Receipt ID**

**\* R  0  4  3  5  0  3  3  1  7  8 \***

**Invoice Number**   **20080911R0435033178**

| Product Description | Return Date | Support Contact | Qty | Unit Price | Total |
|---|---|---|---|---|---|
| iPod nano 8GB - green<br>- Part Number MB745LL/A<br>- Serial Number YM8361TK3QX | Return Date: Sep. 25, 2008 | For Support, Visit:<br>APPLE.COM/SUPPORT | 1 | $ 149.00 | $ 149.00 |
| iPod touch 8GB<br>- Part Number MB528LL/A<br>- Serial Number 1A836F5F201 | Return Date: Sep. 25, 2008<br>$ 22.90 fee if opened | For Support, Visit:<br>APPLE.COM/SUPPORT | 1 | $ 229.00 | $ 229.00 |
| Shure SE110 - White<br>- Part Number TM267LL/A | Return Date: Sep. 25, 2008 | Customer Support: 800-516-2525<br>ext. 4 | 1 | $ 99.95 | $ 99.95 |

| | | |
|---|---|---|
| | **sub-total** | $ 477.95 |
| | tax @7.0% | $ 33.46 |
| | | **$ 511.41** |

**Payment Method**
Visa (A)                                                                         $ 511.41

Total Tender                 $ 511.41
Change Due                  $ 0.00

Payment Method: Visa
Card Number: ███████████
Expiration Date: 05/2012
Entry Method: Swiped
Authorization Code: █████
Authorization Method: Automatic
CVV2/CID Response Code: P
Please debit my account ██████████ by $ 511.41 (Sale)

**Apple Confidential - Need to know**
**http://www.apple.com/legal/sales_policies/retail.html**
**Tell us about your experience at the Apple Store.**
**Visit www.apple.com/feedback/retail.html**

Page#1 of 2

**Trial Ex. 2884, 1 of 2**

INTERNAL REPRINT COPY

| | | |
|---|---|---|
| **Date** | September 11, 2008 11:09 AM | Apple Store, Short Hills |
| **Customer** | **THE ROSEN LAW FIRM THE ROSEN LAW FIRM** | |
| **Email** | | 1200 Morris TPKE STE B102 |
| | | Short Hills, NJ 07078 |
| | | shorthills@apple com |
| | | 973-564-5813 |
| | | www apple com/retail/shorthills |

**Receipt ID**

*R 0 4 3 5 0 3 3 1 7 8*

**Invoice Number**   20080911R0435033178

| Product Description | Return Date | Support Contact | Qty | Unit Price | Total |
|---|---|---|---|---|---|

**Apple Confidential - Need to know**
http://www.apple.com/legal/sales_policies/retail.html
**Tell us about your experience at the Apple Store.**
Visit www.apple.com/feedback/retail.html

**Trial Ex. 2884, 2 of 2**