# ATTACHMENT C

## **DIRECT PURCHASER REQUIREMENT**

Only direct purchasers may recover damages under the federal antitrust laws. A direct purchaser pays the price of the product directly to the defendant. Indirect purchasers suffer no injury under the federal antitrust laws.

## **Authority**

*In re ATM Fee Antitrust Litigation*, 686 F.3d 741, 748 (9th Cir. 2012) (explaining that under the *Illinois Brick* rule "indirect purchasers suffer no injury under § 4," and "only direct purchasers have standing under § 4 of the Clayton Act to seek damages for antitrust violations"; agreeing with the district court finding that plaintiffs were indirect purchasers "because they do not directly pay the fixed interchange fee, labeled by the district court as the alleged 'unlawful fee'")

**Date Submitted: December 7, 2014**