UNITED STATES DISTRICT COURT

**ORIGINAL**

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE

| | | |
|---|---|---|
| THE APPLE IPOD ITUNES | ) | NO. C 05-00037 YGR |
| ANTITRUST LITIGATION | ) | |
| | ) | PAGES 198 - 401 |
| | ) | |
| | ) | **JURY TRIAL VOLUME 2** |
| | ) | |
| | ) | |
| | ) | OAKLAND, CALIFORNIA |
| _____ | ) | TUESDAY, DECEMBER 2, 2014 |

<u>**REPORTERS' TRANSCRIPT OF PROCEEDINGS**</u>

APPEARANCES:

FOR PLAINTIFFS:          ROBBINS GELLER RUDMAN & DOWD LLP
                         655 WEST BROADWAY, SUITE 1900
                         SAN DIEGO, CALIFORNIA  92101
                  BY:  ALEXANDRA S. BERNAY,
                         JENNIFER N. CARINGAL,
                         PATRICK COUGHLIN,
                         STEVEN M. JODLOWSKI,
                         CHARLES MCCUE,
                         CARMEN A. MEDICI,
                         BONNY E. SWEENEY, ATTORNEYS AT LAW


                         BONNETT FAIRBOURN FRIEDMAN & BALINT PC
                         4023 CAIN BRIDGE ROAD
                         FAIRFAX, VIRGINIA 22030
                  BY:  FRANCIS J. BALINT, JR.
                         ATTORNEY AT LAW

                 (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:          RAYNEE H. MERCADO, CSR NO. 8258
                      DIANE E. SKILLMAN, CSR NO. 4909

     PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

## A P P E A R A N C E S (CONT'D.)

FOR DEFENDANT:            BOIES, SCHILLER & FLEXNER LLP
                          5301 WISCONSIN AVENUE NW
                          WASHINGTON, D.C.  20015
                    BY:   WILLIAM A. ISAACSON,
                          KAREN L. DUNN,
                          MARTHA L. GOODMAN, ATTORNEYS AT LAW


                          BOIES, SCHILLER & FLEXNER LLP
                          1999 HARRISON STREET, SUITE 900
                          OAKLAND, CALIFORNIA  94612
                    BY:   MEREDITH R. DEARBORN, ATTORNEYS AT LAW


                          JONES DAY
                          555 CALIFORNIA STREET, 26TH FLOOR
                          SAN FRANCISCO, CALIFORNIA  94104-1500
                    BY:   DAVID C. KIERNAN, ATTORNEYS AT LAW

                          APPLE
                          1 INFINITE LOOP, MS 169-2NYJ
                          CUPERTINO, CALIFORNIA  95014
                    BY:   SCOTT B. MURRAY,
                            SENIOR LITIGATION COUNSEL


                          --OOO--

# I N D E X

|                                         | **PAGE** | **VOL.** |
|-----------------------------------------|----------|----------|
| OPENING STATEMENT BY MS. SWEENEY        | 214      | 2        |
| OPENING STATEMENT BY MR. COUGHLIN       | 243      | 2        |
| OPENING STATEMENT BY MR. ISAACSON       | 268      | 2        |

| **PLAINTIFFS' WITNESSES**               | **PAGE** | **VOL.** |
|-----------------------------------------|----------|----------|
| RIEGEL, KENNETH                         |          |          |
| DIRECT EXAMINATION BY MR. COUGHLIN      | 310      | 2        |
| CROSS-EXAMINATION BY MS. DUNN           | 335      | 2        |
|                                         |          |          |
| MARTIN, DAVID                           |          |          |
| SWORN                                   | 345      | 2        |
| DIRECT EXAMINATION BY MR. COUGHLIN      | 346      | 2        |

# E X H I B I T S

| DEFENDANT'S EXHIBITS | W/DRAWN | IDEN | EVID | VOL |
|---|---|---|---|---|
| 915 | | | 394 | 2 |
| 916 | | | 394 | 2 |
| 917 | | | 395 | 2 |
| 918 | | | 395 | 2 |
| 919 | | | 395 | 2 |
| 920 | | | 395 | 2 |
| 921 | | | 395 | 2 |
| 922 | | | 396 | 2 |
| 923 | | | 396 | 2 |
| 924 | | | 396 | 2 |
| 925 | | | 396 | 2 |

--oOo--

```
 1    TUESDAY, DECEMBER 2, 2014                        8:02 A.M.

 2                    P R O C E E D I N G S

 3        (THE FOLLOWING PROCEEDINGS WERE HEARD OUT OF THE PRESENCE

 4    OF THE JURY:)

 5             THE CLERK:  CALLING CIVIL ACTION 05-0037, THE APPLE

 6    IPOD ITUNES ANTITRUST LITIGATION.

 7        COUNSEL, PLEASE STATE YOUR APPEARANCES.

 8             MS. SWEENEY:  GOOD MORNING, YOUR HONOR.

 9        BONNY SWEENEY FOR THE PLAINTIFFS.  AND WITH ME IS

10    MR. COUGHLIN, MS. BERNAY, AND --

11             THE COURT:  WHERE IS MR. COUGHLIN?

12             MS. SWEENEY:  ON HIS WAY IN, YOUR HONOR.

13             THE COURT:  OKAY.

14        AND THEN I HAVE MS. BERNAY AND --

15             MS. SWEENEY:  MR. BALINT.

16             THE COURT:  BALINT.  MR. MEDICI IS HERE AS WELL.

17        OKAY.  GOOD MORNING, MR. COUGHLIN.

18        MR. ISAACSON, GOOD MORNING.

19             MR. ISAACSON:  GOOD MORNING, YOUR HONOR.  BILL

20    ISAACSON FOR THE DEFENDANT.

21        AT COUNSEL TABLE, KAREN DUNN, MARTHA GOODMAN, MEREDITH

22    DEARBORN, AND SCOTT MURRAY ON BEHALF OF APPLE.

23             THE COURT:  OKAY.  GOOD MORNING, EVERYONE.

24        ANY NEW ISSUES THIS MORNING?  I DIDN'T SEE ANY LATE-NIGHT

25    FILINGS, SO THAT WAS GOOD.  I WAS HAPPY.  I GOT AFFIRMED A
```

```
1    COUPLE OF TIMES YESTERDAY.  GOOD DAY.  GOOD DAY TO START A

2    TRIAL.

3        ANYTHING?

4            MS. SWEENEY:  NO, YOUR HONOR.

5            MR. COUGHLIN:  NO, YOUR HONOR.

6            MR. ISAACSON:  NO, YOUR HONOR.

7            THE COURT:  OKAY.  WELL, THEN THE JURY IS TRICKLING

8    IN.  AS SOON AS THEY ARRIVE AND ARE FULLY HERE, WE WILL GET

9    STARTED.  OTHERWISE, I WILL STAND DOWN.  WE'LL STAND IN RECESS

10   UNTIL THEY GET HERE.

11       I KNOW MY -- WE HAD A COUPLE QUESTIONS ABOUT THE THUMB

12   DRIVE THAT WAS GIVEN TO US.  IT LOOKS LIKE SOME FILE NAMES

13   WERE CHANGED OR SOMETHING.  SO MY LAW CLERK WILL TALK TO

14   WHICHEVER SIDE WE'VE GOT SOME ISSUES WITH.  WE'RE TRYING TO

15   DOWNLOAD EVERYTHING INTO OUR SYSTEM.  OKAY.

16       WE'LL STAND IN RECESS TILL THE JURY IS HERE.

17       (RECESS TAKEN AT 8:03 A.M.; PROCEEDINGS RESUMED AT 8:29

18   A.M.)

19       (THE FOLLOWING PROCEEDINGS WERE HEARD IN THE PRESENCE OF

20   THE JURY:)

21            THE COURT:  GOOD MORNING.

22            THE CLERK:  YOU CAN GO AHEAD AND BE SEATED.

23            THE COURT:  EVERYONE CAN BE SEATED.

24       LADIES AND GENTLEMEN, WELCOME BACK.  EVERYBODY HAVE A GOOD

25   THANKSGIVING?
```

```
1              (JURORS NODDING.)

2         THE COURT:  I SAID TO THE ATTORNEYS WHO WERE NOT FROM

3    CALIFORNIA THAT EVEN THOUGH IT'S RAINING -- THAT MAKES IT VERY

4    INCONVENIENT, THEY'RE BRINGING IN ALL THESE DOCUMENTS,

5    BOXES -- IN CALIFORNIA WE DO NOT COMPLAIN ABOUT THE RAIN RIGHT

6    NOW.

7         SO WE'RE GLAD TO HAVE YOU BACK.  YOU DON'T LOOK TOO WET

8    FOR THE WEAR TRYING TO GET IN.  I HOPE -- DID THE SNACKS MAKE

9    IT IN?  TERRIFIC.  SO I'LL HAVE TO CHECK IT OUT, SEE HOW BIG

10   IT IS, BUT IT SHOULD LAST, I DON'T KNOW, A DAY OR TWO AND GET

11   YOU STARTED.

12        THERE'S A FRIDGE IN THERE SO IF YOU WANT TO BRING SNACKS,

13   SINCE WE DON'T TAKE A LUNCH AND WE END AT 1:30, YOU'RE WELCOME

14   TO BRING WHATEVER YOU'D LIKE IN THERE AS LONG AS -- AS LONG AS

15   THEY'RE GOOD SNACKS.  SO NOTHING BEYOND SNACKS.

16        EVERYBODY'S BEEN WORKING REALLY HARD.  I THINK WE ARE ALL

17   READY TO GO.  SO THIS SHOULD BE INTERESTING FOR YOU.  WE AGAIN

18   APPRECIATE YOU TAKING THE TIME TO COME.

19        SO A FEW INSTRUCTIONS FROM ME.

20        YOU ARE NOW THE JURY IN THIS CASE, AND IT IS MY DUTY TO

21   INSTRUCT YOU ON THE LAW.  YOU MUST NOT INFER FROM THESE

22   INSTRUCTIONS OR FROM ANYTHING THE COURT MAY SAY OR DO DURING

23   THE TRIAL AS INDICATING THAT THE COURT HAS AN OPINION

24   REGARDING THE EVIDENCE OR WHAT YOUR VERDICT SHOULD BE.

25        IT IS YOUR DUTY TO FIND THE FACTS FROM ALL OF THE EVIDENCE
```

```
 1        IN THIS CASE.  TO THOSE FACTS YOU WILL APPLY THE LAW AS THE
 2   COURT GIVES IT TO YOU.  YOU MUST FOLLOW THE LAW AS THE COURT
 3   GIVES IT TO YOU WHETHER YOU AGREE WITH IT OR NOT.  AND YOU
 4   MUST NOT BE INFLUENCED BY ANY PERSONAL LIKES OR DISLIKES,
 5   OPINIONS, PREJUDICES, OR SYMPATHY.  THAT MEANS THAT YOU MUST
 6   DECIDE THE CASE SOLELY ON THE EVIDENCE BEFORE YOU.  YOU WILL
 7   RECALL THAT YOU ALL TOOK AN OATH TO DO SO.
 8        IN FOLLOWING THE COURT'S INSTRUCTIONS, YOU MUST FOLLOW ALL
 9   OF THEM AND NOT SINGLE OUT SOME AND IGNORE OTHERS.  THEY ARE
10   ALL IMPORTANT.
11        I WILL BEGIN BY GIVING YOU SOME INSTRUCTIONS ABOUT TRIALS
12   GENERALLY.
13        A PARTY WHO BRINGS A LAWSUIT IS CALLED A PLAINTIFF.  A
14   PARTY WHO IS SUED IN A LAWSUIT IS CALLED A DEFENDANT.  IN THIS
15   CASE, THE PLAINTIFFS HAVE BROUGHT A CLASS ACTION.  A CLASS
16   ACTION IS USED WHERE IT IS DEEMED THAT ONE LAWSUIT IS THE BEST
17   DEVICE TO RESOLVE THE SAME CLAIMS OF MANY SIMILARLY SITUATED
18   INDIVIDUALS AGAINST ONE OR MORE DEFENDANTS WHO ARE ALSO
19   SIMILARLY SITUATED.
20        BECAUSE THE CLASS IS REPRESENTED IN COURT AND IS BY
21   DEFINITION SO NUMEROUS THAT HAVING THEM ALL IN COURT WOULD BE
22   IMPRACTICABLE, THERE IS NO EXPECTATION THAT ALL THE CLASS
23   MEMBERS WOULD BE PRESENT DURING A TRIAL.  HERE, THE DEFENDANT
24   IS APPLE, INC., WHICH I WILL CALL "APPLE" THROUGHOUT.
25        THE CLASS MEMBERS IN THIS CASE ARE INDIVIDUALS AND
```

1    BUSINESSES WHO PURCHASED CERTAIN MODELS OF IPODS DIRECTLY FROM

2    APPLE BETWEEN SEPTEMBER 12TH, 2006, AND MARCH 31ST, 2009.

3        WHEN I REFER TO PLAINTIFFS, THE COURT IS REFERRING TO ALL

4    CLASS MEMBERS, INCLUDING THE INDIVIDUAL PLAINTIFFS WHO ARE

5    NAMED IN THE LAWSUIT AND ARE PRESENT IN THE COURTROOM.  THOSE

6    INDIVIDUALS SOMETIMES MAY BE REFERRED TO AS THE "NAMED

7    PLAINTIFFS" OR THE "CLASS REPRESENTATIVES."

8        BOTH APPLE AND CERTAIN UNNAMED CLASS MEMBERS ARE

9    CORPORATIONS.  A CORPORATION IS ENTITLED TO THE SAME FAIR AND

10   IMPARTIAL TREATMENT THAT YOU WOULD GIVE AN INDIVIDUAL.  YOU

11   MUST DECIDE THIS CASE WITH THE SAME FAIRNESS THAT YOU WOULD

12   USE IF YOU WERE DECIDING THE CASE BETWEEN TWO INDIVIDUALS.  IF

13   I USE WORDS LIKE "PERSON" OR "HE" OR "SHE" IN INSTRUCTIONS TO

14   REFER TO A PARTY, THOSE INSTRUCTIONS WOULD APPLY TO APPLE.

15       THIS IS A CIVIL CASE SO, HERE, THE BURDEN OF PROOF ON ANY

16   CLAIM OR DEFENSE IS BY A PREPONDERANCE OF THE EVIDENCE.  SAID

17   DIFFERENTLY, IT MEANS THAT YOU MUST BE PERSUADED BY THE

18   EVIDENCE THAT THE CLAIM OR THAT THE AFFIRMATIVE DEFENSE IS

19   PROBABLY MORE TRUE THAN NOT.  THAT'S THE STANDARD, PROBABLY

20   MORE TRUE THAN NOT.

21       YOU SHOULD BASE YOUR DECISION ON ALL OF THE EVIDENCE

22   REGARDLESS OF WHICH PARTY PRESENTED IT.

23       SO WHAT IS EVIDENCE?  EVIDENCE IS THE FOLLOWING, AND YOU

24   ARE TO CONSIDER THE FOLLOWING IN DECIDING WHAT THE FACTS ARE:

25   ONE, THE SWORN TESTIMONY OF ANY WITNESS; TWO, THE EXHIBITS

1    WHICH ARE RECEIVED INTO EVIDENCE; AND THREE, THE FACTS TO

2    WHICH THE PARTIES AND LAWYERS HAVE AGREED.

3        SOME EVIDENCE MAY BE ADMITTED FOR A LIMITED PURPOSE ONLY.

4    AND WHEN THE COURT INSTRUCTS YOU THAT AN ITEM OF EVIDENCE HAS

5    BEEN ADMITTED FOR A LIMITED PURPOSE, YOU MUST CONSIDER IT ONLY

6    FOR THAT LIMITED PURPOSE AND FOR NO OTHER.  THOSE INSTRUCTIONS

7    WILL COME DURING THE TRIAL.

8        SO WHAT IS NOT EVIDENCE?  WELL, CERTAIN THINGS ARE NOT

9    EVIDENCE AND YOU MAY NOT CONSIDER THEM IN DECIDING WHAT THE

10   FACTS ARE.  LET ME LIST THEM FOR YOU.

11       ONE, ARGUMENTS AND STATEMENTS BY THE LAWYERS ARE NOT

12   EVIDENCE.  THE LAWYERS ARE NOT WITNESSES.  WHAT THEY SAY IN

13   THEIR OPENING STATEMENTS AND WHAT THEY WILL SAY IN THEIR

14   CLOSING ARGUMENTS AND AT OTHER TIMES IS INTENDED TO HELP YOU

15   INTERPRET THE EVIDENCE, BUT IT IS NOT EVIDENCE.

16       IF THE FACTS ARE, AS YOU REMEMBER THEM, DIFFERENT FROM THE

17   WAY THE LAWYERS HAVE STATED THEM, THEN YOUR MEMORY OF THE

18   FACTS CONTROLS.

19       QUESTIONS AND OBJECTIONS BY THE LAWYERS ARE NOT EVIDENCE.

20   ATTORNEYS HAVE A DUTY TO THEIR CLIENTS TO OBJECT WHEN THEY

21   BELIEVE A QUESTION IS IMPROPER UNDER THE RULES OF EVIDENCE.

22   YOU SHOULD NOT BE INFLUENCED BY THE OBJECTION OR BY THE

23   COURT'S RULING ON IT.

24       THREE, TESTIMONY THAT HAS BEEN EXCLUDED OR STRICKEN OR

25   THAT YOU HAVE BEEN INSTRUCTED TO DISREGARD IS NOT EVIDENCE AND

1    MUST NOT BE CONSIDERED.

2        IN ADDITION, AS PREVIOUSLY MENTIONED, SOMETIMES TESTIMONY

3    AND EXHIBITS ARE RECEIVED FOR A LIMITED PURPOSE.  WHEN THE

4    COURT GIVES A LIMITING INSTRUCTION, YOU MUST FOLLOW IT AND NOT

5    CONSIDER THE EVIDENCE FOR AN IMPROPER PURPOSE.

6        ANYTHING YOU HAVE SEEN OR HEARD WHEN THE COURT WAS NOT IN

7    SESSION IS NOT EVIDENCE.  YOU ARE TO DECIDE THE CASE SOLELY ON

8    THE EVIDENCE RECEIVED AT TRIAL.

9        EVIDENCE CAN BE DIRECT OR CIRCUMSTANTIAL.  DIRECT EVIDENCE

10    IS DIRECT PROOF OF A FACT SUCH AS TESTIMONY BY A WITNESS ABOUT

11    WHAT THAT WITNESS PERSONALLY SAW OR HEARD OR DID.

12    CIRCUMSTANTIAL EVIDENCE IS PROOF OF ONE OR MORE FACTS FROM

13    WHICH YOU CAN FIND ANOTHER FACT.  AND YOU SHOULD CONSIDER BOTH

14    KINDS OF EVIDENCE.  THE LAW MAKES NO DISTINCTION BETWEEN THE

15    WEIGHT TO BE GIVEN TO EITHER DIRECT OR CIRCUMSTANTIAL

16    EVIDENCE.  IT IS FOR YOU TO DECIDE HOW MUCH WEIGHT TO GIVE TO

17    THE EVIDENCE.

18        SO LET ME GIVE YOU AN EXAMPLE.  IT'S ACTUALLY QUITE

19    RELEVANT THIS MORNING.  YOU WAKE UP IN THE MORNING AND YOU SEE

20    THE SIDEWALK IS WET.  YOU MAY FIND FROM THAT FACT THAT IT

21    RAINED DURING THE NIGHT.

22        HOWEVER, THERE MAY BE OTHER EVIDENCE SUCH AS A TURNED-ON

23    GARDEN HOSE THAT MAY PROVIDE A DIFFERENT EXPLANATION FOR THE

24    PRESENCE OF THE WATER ON THE SIDEWALK.  CIRCUMSTANTIAL

25    EVIDENCE.

1    THEREFORE BEFORE YOU DECIDE THAT A FACT HAS BEEN PROVED BY

2    CIRCUMSTANTIAL EVIDENCE, YOU MUST CONSIDER ALL OF THE EVIDENCE

3    IN LIGHT OF YOUR REASON, EXPERIENCE, AND COMMON SENSE.

4        THERE ARE RULES OF EVIDENCE THAT CONTROL WHAT CAN BE

5    RECEIVED INTO EVIDENCE.  AND WHEN A LAWYER ASKS A QUESTION OR

6    OFFERS AN EXHIBIT INTO EVIDENCE AND THE LAWYER ON THE OTHER

7    SIDE THINKS THAT IT IS NOT PERMITTED, THAT LAWYER MAY OBJECT.

8        IF THE COURT OVERRULES THE OBJECTION, THE QUESTION OR THE

9    EXHIBIT WILL BE RECEIVED.  IF THE COURT SUSTAINS THE

10   OBJECTION, THE QUESTION CANNOT BE ANSWERED AND THE EXHIBIT

11   CANNOT BE RECEIVED.  WHENEVER THE COURT SUSTAINS AN OBJECTION,

12   YOU MUST IGNORE THE QUESTION AND MAY NOT GUESS WHAT THE ANSWER

13   MAY HAVE BEEN.

14       SOMETIMES THE COURT MAY ORDER THAT EVIDENCE BE STRICKEN

15   FROM THE RECORD AND THAT YOU DISREGARD OR IGNORE THE EVIDENCE.

16   THAT MEANS THAT WHEN YOU ARE DECIDING THE CASE, YOU MUST NOT

17   CONSIDER THE EVIDENCE THAT THE COURT TOLD YOU TO DISREGARD.

18       IN DECIDING THE FACTS OF THIS CASE, YOU WILL HAVE TO

19   DECIDE WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO

20   BELIEVE.  YOU MAY BELIEVE EVERYTHING A WITNESS SAYS OR PART OF

21   IT OR NONE OF IT.

22       PROOF OF A FACT DOES NOT NECESSARILY DEPEND ON THE NUMBER

23   OF WITNESSES WHO TESTIFY.  IN CONSIDERING THE TESTIMONY OF ANY

24   WITNESS, YOU MAY TAKE INTO ACCOUNT THE FOLLOWING IN MAKING

25   THOSE DETERMINATIONS:

```
 1        ONE, THE OPPORTUNITY AND THE ABILITY OF THE WITNESS TO SEE

 2   OR HEAR OR KNOW THE THINGS ABOUT WHICH HE OR SHE IS

 3   TESTIFYING; TWO, THE WITNESS'S MEMORY; THREE, THE WITNESS'S

 4   MANNER WHILE THEY ARE TESTIFYING; FOUR, THE WITNESS'S INTEREST

 5   IN THE OUTCOME OF THE CASE AND ANY BIAS OR PREJUDICE; FIVE,

 6   WHETHER OTHER EVIDENCE CONTRADICTED THE WITNESS'S TESTIMONY;

 7   SIX, THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN LIGHT OF

 8   ALL OF THE OTHER EVIDENCE; AND SEVEN, ANY OTHER FACTORS THAT

 9   BEAR ON THEIR BELIEVABILITY.

10        THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT

11   NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY

12   ABOUT IT.

13        SO LET ME MOVE TO SOME INSTRUCTIONS SPECIFIC TO THIS CASE.

14   FIRST AN OVERVIEW OF THE CASE ITSELF.

15        THIS IS AN ANTITRUST CLASS ACTION IN WHICH THE PLAINTIFFS

16   ALLEGE THAT APPLE ENGAGED IN MONOPOLIZATION AND ATTEMPTED

17   MONOPOLIZATION BY MAKING CERTAIN SOFTWARE AND FIRMWARE CHANGES

18   IN VIOLATION OF SECTION 2 OF THE SHERMAN ACT AND CALIFORNIA'S

19   UNLAWFUL -- EXCUSE ME -- UNFAIR COMPETITION LAW.

20        PLAINTIFFS' CALIFORNIA LAW CLAIM IS FOR THE COURT TO

21   DECIDE, NOT FOR THE JURY.

22        PLAINTIFFS CONTEND THAT APPLE MAINTAINED AND ENHANCED ITS

23   MONOPOLY POWER IN THE MARKET FOR PORTABLE DIGITAL MEDIA

24   PLAYERS BY ISSUING AND ACTIVATING CERTAIN SOFTWARE AND

25   FIRMWARE CHANGES IN ITUNES 7.0 AND 7.4 THAT TERMINATED THE
```

1   IPOD'S ABILITY TO PLAY AUDIO FILES LEGALLY OBTAINED FROM

2   SOURCES OTHER THAN APPLE.

3       PLAINTIFFS CONTEND THAT THESE CHANGES HARMED COMPETITION

4   AND RESULTED IN OVERCHARGES IN THE AMOUNTS PAID FOR IPODS BY

5   PURCHASERS OF CERTAIN IPODS BETWEEN 2006 AND 2009.

6       PLAINTIFFS CONTEND THAT THE CHALLENGED SOFTWARE CHANGES

7   WERE NOT GENUINE PRODUCT IMPROVEMENTS NOR DID APPLE HAVE

8   LEGITIMATE BUSINESS REASONS FOR THE CHANGE.

9       APPLE DENIES THOSE CLAIMS.

10      THIS CASE INVOLVES APPLE'S INTEGRATED DIGITAL CONTENT

11  PLATFORM COMPRISED OF APPLE'S IPODS, THE ITUNES STORE, AND

12  ITUNES SOFTWARE, A SOFTWARE PROGRAM THAT APPLE DESIGNED TO

13  RECORD, MANAGE, AND PLAY MUSIC ON IPODS.

14      APPLE MAINTAINS THAT IT COMPETED WITH AN INTEGRATED SYSTEM

15  TO PROVIDE QUALITY PRODUCTS.

16      APPLE ALSO SAYS THAT IT WOULD HURT COMPETITION AND

17  INNOVATION TO REQUIRE COMPATIBILITY WITH UNAUTHORIZED AND

18  UNSUPPORTED THIRD-PARTY SYSTEMS OR SOFTWARE.

19      APPLE MAINTAINS THAT ITUNES 7.0 AND 7.4 AND RELATED

20  TECHNOLOGIES WERE PRODUCT AND SECURITY IMPROVEMENTS AND THAT

21  APPLE HAD LEGITIMATE BUSINESS REASONS FOR DEVELOPING AND

22  DISTRIBUTING THESE UPDATES.

23      FURTHER, APPLE DENIES THAT IT HAD A MONOPOLY POWER IN ANY

24  MARKET ALLEGED BY THE PLAINTIFFS AND DENIES THAT ITS CONDUCT

25  WAS ANTICOMPETITIVE OR ILLEGAL.

```
1          APPLE ALSO MAINTAINS THAT PLAINTIFFS WERE NOT HARMED BY

2     ANY OF THE CONDUCT THAT PLAINTIFFS ALLEGE IS ANTICOMPETITIVE.

3          SO GIVEN THE OUTLINE OF THE CASE THAT I JUST PROVIDED, LET

4     ME GIVE YOU SOME LEGAL INSTRUCTIONS TO PROVIDE A CONTEXT IN

5     WHICH TO CONSIDER THE EVIDENCE YOU WILL HEAR.  AND I'LL GIVE

6     YOU COPIES OF THESE INSTRUCTIONS FOR YOUR BOOKS.  OKAY?

7          AS I SAID, PLAINTIFFS BRING THIS ACTION ALLEGING THAT

8     ITUNES 7.0 AND 7.4 UPDATES WERE NOT GENUINE PRODUCT

9     IMPROVEMENTS BUT MERELY AN ATTEMPT BY APPLE TO MAINTAIN AND

10    ENHANCE ITS MONOPOLY POWER.

11         UNDER THE SHERMAN ACT, A CHANGE TO A COMPANY'S PRODUCT

12    CANNOT BE CONSIDERED ANTICOMPETITIVE REGARDLESS OF ITS EFFECT

13    ON COMPETITORS IF THE CHANGE WAS A GENUINE PRODUCT

14    IMPROVEMENT.

15         A COMPANY HAS NO GENERAL LEGAL DUTY TO ASSIST ITS

16    COMPETITORS OR -- STRIKE THAT "OR" -- INCLUDING BY MAKING ITS

17    PRODUCTS INTEROPERABLE, LICENSING TO COMPETITORS, OR SHARING

18    INFORMATION WITH COMPETITORS.

19         YOU WILL HEAR EVIDENCE REGARDING THE BACKGROUND

20    SURROUNDING THE UPDATES AT ISSUE, INCLUDING APPLE'S

21    DEVELOPMENT OF THE IPOD AND ITS INTEGRATION WITH ITUNES AND

22    THE ITUNES STORE.  THE COURT HAS PREVIOUSLY HELD THAT CONDUCT

23    TO BE LEGAL, INCLUDING ANY UPDATES TO ITUNES PRIOR TO ITUNES

24    7.0 AND 7.4.  YOU ARE NOT BEING CALLED ON TO DECIDE THOSE

25    ISSUES.
```

1      IN DECIDING WHETHER ITUNES 7.0 AND 7.4 THEMSELVES WERE

2  GENUINE PRODUCT IMPROVEMENTS, YOU WILL HEAR EVIDENCE REGARDING

3  THE REASONS FOR THE CHANGES.

4      HERE, PLAINTIFFS CHALLENGE THE REASONS FOR THE CHANGES

5  THAT ARE PROFFERED BY APPLE.  THUS YOU MAY CONSIDER EVIDENCE

6  THAT SUGGESTS THAT APPLE'S PURPORTED REASONS FOR THE ITUNES

7  7.0 AND 7.4 UPDATES WERE PRETEXTUAL IN DECIDING WHETHER ITUNES

8  7.0 AND 7.4 CONSTITUTED GENUINE PRODUCT IMPROVEMENTS.

9      HOWEVER, IN MAKING THAT DETERMINATION, YOU CANNOT BALANCE,

10  ON THE ONE HAND, THE EVIDENCE CONCERNING ITUNES 7.0 AND 7.4'S

11  PURPORTED BENEFITS AGAINST, ON THE OTHER HAND, ANY EFFECTS

12  THOSE UPDATES HAD ON APPLE'S COMPETITORS.

13      YOU'RE ALL THINKING INTENTLY.  THAT'S WHY I'M GOING TO

14  GIVE YOU A COPY OF WHAT I'M TELLING YOU.  OKAY?

15      IF AT THE END OF THE TRIAL YOU FIND THAT ITUNES 7.0 AND

16  7.4 WERE GENUINE PRODUCT IMPROVEMENTS, THEN YOU MUST FIND

17  APPLE DID NOT ENGAGE IN ANTICOMPETITIVE CONDUCT.

18      AT THIS POINT, LADIES AND GENTLEMEN, I'M GOING TO INVITE

19  EACH SIDE TO MAKE AN OPENING STATEMENT BEFORE FINISHING WITH A

20  FEW MORE INSTRUCTIONS.

21      RECALL AN OPENING STATEMENT IS NOT EVIDENCE.  IT IS SIMPLY

22  AN OUTLINE TO HELP YOU UNDERSTAND WHAT THE PARTY EXPECTS THE

23  EVIDENCE TO SHOW.

24      WHEN THE EVIDENTIARY PORTION BEGINS, THE PLAINTIFFS WILL

25  PRESENT EVIDENCE FIRST, AND COUNSEL FOR APPLE MAY

 1    CROSS-EXAMINE.  THEN APPLE MAY PRESENT EVIDENCE, AND COUNSEL

 2    FOR THE PLAINTIFFS MAY CROSS-EXAMINE.

 3        AFTER THE EVIDENCE HAS BEEN PRESENTED, THE COURT WILL

 4    INSTRUCT YOU ON THE LAW THAT APPLIES TO THE CASE, AND THE

 5    ATTORNEYS WILL MAKE CLOSING ARGUMENTS.  AFTER THAT, THEN YOU

 6    WILL GO INTO THE JURY ROOM TO DELIBERATE ON YOUR VERDICT.

 7    OKAY?

 8        SO FOR THE PLAINTIFFS, MS. SWEENEY, ARE YOU GOING TO

 9    BEGIN?

10            **MS. SWEENEY:**  YES.  THANK YOU, YOUR HONOR.

11                       **OPENING STATEMENT**

12            **MS. SWEENEY:**  GOOD MORNING.

13        THIS CASE IS ABOUT APPLE AND THE STEPS THAT APPLE TOOK TO

14    HOLD ON TO ITS MONOPOLY IN THE MARKET IN WHICH IPODS WERE

15    SOLD.  ON SEPTEMBER 12TH, 2006, APPLE ANNOUNCED THE LATEST

16    VERSION OF ITS NANO, THE MOST POPULAR VERSION OF ITS IPOD.

17    AND WHEN IT ANNOUNCED THE NANO, APPLE TALKED ABOUT THE

18    INCREDIBLE NEW FEATURES OF THE NANO.  IT SAID IT'S GOT

19    INCREDIBLE BATTERY LIFE, IT HAS TWICE THE STORAGE CAPACITY,

20    IT'S SLEEK, IT'S SMALL, AND IT COMES IN FIVE DIFFERENT COLORS,

21    PINK, GREEN, SILVER, BLACK, AND BLUE.

22        BUT WHAT APPLE DID NOT TELL ITS CUSTOMERS WAS THAT THE

23    CODE THAT CAME WITH THE NEW NANO 7.0 ALSO CONTAINED CODE

24    CALLED THE "KEYBAG VERIFICATION CODE" OR "KVC."  AND THAT CODE

25    DID NOT MAKE THE NANO FASTER.  IT DID NOT IMPROVE THE SOUND

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

1   QUALITY.  IT DID NOT MAKE THE IPOD SLEEKER OR SMALLER OR

2   COOLER.  INSTEAD, WHAT THAT CODE DID WAS PREVENT CUSTOMERS WHO

3   HAD LEGALLY PURCHASED SONGS FROM ONE OF APPLE'S COMPETITORS

4   FROM PLAYING THOSE SONGS ON THEIR VERY OWN IPOD.

5       THE EVIDENCE WILL SHOW THAT APPLE MADE THESE CHANGES TO

6   THE SOFTWARE AFTER TOP EXECUTIVES AT APPLE, INCLUDING STEVE

7   JOBS AND EDDIE CUE, WHO YOU'LL HEAR FROM DURING THIS TRIAL,

8   AFTER THESE EXECUTIVES LEARNED THAT COMPETITORS HAD FIGURED

9   OUT A WAY TO HAVE THEIR SONGS PLAYED ON THE IPOD, AND THERE

10  WAS A CONCERN BY APPLE THAT THIS WOULD EAT INTO THEIR MARKET

11  SHARE.

12      A YEAR LATER, IN SEPTEMBER OF 2007, APPLE ISSUED NEW

13  PRODUCTS, THE NEXT GENERATION OF THE NANO, NEXT GENERATION OF

14  THE CLASSIC AND ALSO THE IPOD TOUCH.  AND THESE NEW IPODS ALSO

15  HAD KVC IN THE SOFTWARE THAT ACCOMPANIED THEM.  IT HAD KVC AND

16  ALSO DVC.  DVC IS A -- IS ALSO CODE IN THE SOFTWARE, AND THAT

17  CODE HAD THE EFFECT OF MAKING ANY SONG THAT WAS IMPORTED INTO

18  THE IPOD USING NON-ITUNES SOFTWARE, SO ANY COMPETITOR'S

19  SOFTWARE, IF YOU USED THAT SOFTWARE TO TRY TO PUT SONGS INTO

20  YOUR IPOD, THE IPOD WOULD GO BLANK, JUST GO BLANK.  AND THEN

21  IF YOU RESTORED TO FACTORY SETTINGS AS RECOMMENDED ON THE

22  IPOD, THOSE SONGS, THAT CONTENT WOULD BE ERASED.  THAT WAS

23  DVC.  THAT WAS 2007.

24      AND ALL THE MODELS THAT IPOD -- THAT APPLE SOLD OF THOSE

25  MODELS AFTER THE DATE 2007 CONTAINED BOTH KVC AND DVC.

1     BEFORE I START GETTING INTO THE EVIDENCE THAT I'M GOING TO

2 OUTLINE FOR YOU, I'D LIKE TO INTRODUCE SOME OF THE MEMBERS OF

3 THE PLAINTIFFS' TEAM.

4     RIGHT HERE WE HAVE PATRICK COUGHLIN.  MR. COUGHLIN IS

5 GOING TO BE ADDRESSING THE TECHNOLOGY ISSUES.  WE'VE SPLIT THE

6 OPENING STATEMENT SO HE'S GOING TO GET UP HERE IN A FEW

7 MINUTES AND TALK ABOUT KVC AND DVC.  MY PARTNER, MS. BERNAY.

8 MY CO-COUNSEL, MR. BALINT.

9     THERE'S SEVERAL OTHER LAWYERS FROM OUR TEAM THAT YOU'LL

10 SEE FROM TIME TO TIME, CARMEN MEDICI, STEVE JODLOWSKI, JENN

11 CARINGAL, CHUCK MCCUE.  AND THEN HERE HELPING WITH THE OPENING

12 STATEMENTS, AND YOU'LL SEE A LOT OF THEM THROUGHOUT THE TRIAL,

13 WE HAVE MICHAEL TORRES AND LARRY ABEL.

14     THANK YOU.  AND I APPRECIATE YOUR BEING HERE TODAY.

15     SO FIRST I'D LIKE TO, BEFORE WE START TALKING ABOUT THE

16 TIME LINE AND THE EVIDENCE YOU'RE GOING TO SEE DURING THE

17 TRIAL, I'D LIKE TO INTRODUCE TO YOU THE PLAINTIFFS.  THE

18 PLAINTIFFS ARE TWO INDIVIDUALS, MELANIE TUCKER AND MARIANA

19 ROSEN, AND HERE'S A PICTURE OF THEM ON THE SCREEN.

20     AND AS THE COURT SAID, THESE TWO INDIVIDUALS WERE

21 APPOINTED BY THE COURT TO REPRESENT A CLASS.  THE CLASS

22 CONSISTS BOTH OF CONSUMERS AND OF RESELLERS.  AND AS YOU CAN

23 SEE, THERE ARE MORE THAN 8 MILLION CONSUMER MEMBERS OF THE

24 CLASS.  THESE ARE PEOPLE WHO BOUGHT IPODS, ONE OF THE AFFECTED

25 IPODS, THAT IS, WITH KVC AND DVC, DIRECTLY FROM APPLE DURING

1    THE PERIOD SEPTEMBER 12TH, 2006 THROUGH MARCH 31ST, 2009.

2        MS. WILSON AND MS. ROSEN ALSO REPRESENT RESELLERS AND

3    RETAILERS.  AND HERE'S A -- A SAMPLING OF SOME OF THE RETAIL

4    MEMBERS OF THE CLASS AND SOME OF THE RESELLERS.  AND THERE ARE

5    MORE THAN 500 RETAILERS AND RESELLERS IN THE CLASS.

6        INCLUDED THERE YOU'LL SEE K&N ENTERPRISES, INC.  THAT IS A

7    MEMBER OF THE CLASS, THAT COMPANY.  AND MR. RIEGEL, WHO OWNED

8    THAT COMPANY, IS GOING TO BE TESTIFYING HERE IN THE TRIAL.

9        YOU WILL ALSO HEAR FROM SEVERAL KEY WITNESSES FROM APPLE.

10           (DEMONSTRATIVE PUBLISHED TO JURY.)

11        MS. SWEENEY:  HERE WE HAVE AN ORGANIZATIONAL CHART

12   WHICH SHOWS SOME OF THE WITNESSES THAT YOU'RE GOING TO HEAR

13   FROM.

14        STEVE JOBS WAS CEO AT APPLE DURING THE RELEVANT TIME

15   PERIOD, AND YOU WILL HEAR TESTIMONY FROM MR. JOBS IN TERMS --

16   BY MEANS OF VIDEO DEPOSITION.  AND IN ADDITION, YOU WILL SEE A

17   NUMBER OF EMAILS AUTHORED BY MR. JOBS.

18        EDDIE CUE IS SOMEONE WHO IS VERY INVOLVED IN THE

19   DEVELOPMENT OF THE ITUNES STORE.  THERE ARE ALSO ENGINEERS WHO

20   WORKED ON ITUNES, WHO WORKED ON THE IPOD, WHO WORKED ON THE

21   DRM ASPECTS, AND SO YOU'LL ALSO BE HEARING FROM THEM OVER THE

22   COURSE OF THE TRIAL.

23        SO AS I MENTIONED, THIS CASE IS ABOUT APPLE'S STEPS TO

24   BLOCK COMPETITION THAT IT TOOK IN 2006 AND 2007.  BUT BEFORE

25   WE GET TO 2006, WE HAVE TO TALK ABOUT SOME HISTORY.  WE HAVE

1   TO TALK ABOUT THE HISTORY OF THE IPOD, THE ITUNES STORE, AND

2   THE ITUNES SOFTWARE.  WE ALSO HAVE TO TALK ABOUT THE MARKETS

3   IN WHICH THOSE PRODUCTS WERE SOLD AND MADE AVAILABLE.  AND WE

4   ALSO HAVE TO TALK ABOUT THE COMPETITIVE LANDSCAPE AND HOW

5   APPLE RESPONDED TO CERTAIN COMPETITIVE DEVELOPMENTS DURING

6   THAT TIME PERIOD.

7           (DEMONSTRATIVE PUBLISHED TO JURY.)

8        **MS. SWEENEY:**  SO THE FIRST PORTABLE DIGITAL MEDIA

9   PLAYER, SOMETIMES CALLED AN MP3 PLAYER, APPEARED ON THE MARKET

10  IN THE UNITED STATES IN AROUND 1998.

11       DURING THAT TIME PERIOD, THERE WERE ALSO COMPANIES THAT

12  DEVELOPED SOFTWARE THAT YOU COULD USE ON YOUR COMPUTER TO

13  ORGANIZE YOUR MUSIC, TO SEARCH FOR MUSIC, AND THESE ARE CALLED

14  DIGITAL MEDIA PLAYER SOFTWARE PROGRAMS, AND NOT TO BE CONFUSED

15  WITH THE PORTABLE DIGITAL MEDIA PLAYER -- IT'S A LOT OF

16  WORDS -- BUT JUST REMEMBER THAT THE SOFTWARE THAT APPLE HAD

17  WHICH IT INTRODUCED IN 2001 WAS CALLED ITUNES.

18       AND SOMETIMES APPLE REFERS TO THAT SOFTWARE AS ITS JUKEBOX

19  OR ITS CLIENT SOFTWARE.  AND YOU'LL SEE THOSE REFERENCES AND

20  HEAR THOSE REFERENCES THROUGHOUT THE TRIAL.

21       IN 2001, OCTOBER OF 2001, APPLE LAUNCHED ITS -- ITS OWN

22  PORTABLE DIGITAL MUSIC PLAYER, THE IPOD.  YOU PROBABLY HAVE

23  SEEN THE IPOD BEFORE.  THIS IS THE FIRST ONE.  IT HAD A CLICK

24  WHEEL.  IT HELD A THOUSAND SONGS.  APPLE ADVERTISED IT AS A

25  THOUSAND SONGS IN YOUR POCKET.

1    ABOUT 18 MONTHS LATER, IN 2003, APPLE OPENED ITS ITUNES

2    STORE.

3         (DEMONSTRATIVE PUBLISHED TO JURY.)

4    **MS. SWEENEY:**  AND CUSTOMERS WHO PURCHASED SONGS FROM

5    THE ITUNES STORE COULD PLAY THOSE SONGS ON THEIR COMPUTER OR

6    THEY COULD USE THE ITUNES SOFTWARE TO LOAD THEIR SONGS ONTO

7    THAT IPOD AND PLAY THEIR SONGS ON THE GO.

8         AND THE OPENING OF THE ITUNES STORE WAS AN IMPORTANT

9    EVENT.  YOU'LL HEAR FROM EDDIE CUE, WHO WAS THE PERSON LARGELY

10   RESPONSIBLE TOGETHER WITH STEVE JOBS, FOR NEGOTIATING THOSE

11   CONTRACTS WITH THE MAJOR MUSIC LABELS.  THEY SIGNED UP ALL

12   FIVE OF THE BIG FIVE MAJOR MUSIC LABELS.  THERE'S BEEN SOME

13   CONSOLIDATION, THERE'S NOW FEWER THAN FIVE, BUT AT THE TIME IT

14   WAS SONY, BMG, EMI, WARNER, AND UNIVERSAL.

15        AND APPLE, THROUGH MR. CUE AND MR. JOBS, WAS ABLE TO

16   NEGOTIATE LANDMARK USAGE RIGHTS AND LARGER VOLUMES OF MUSIC

17   THAN HAD BEEN NEGOTIATED FOR OTHER MUSIC STORES AT THE TIME.

18        SO APPLE HAD THIS ADVANTAGE, AND IT'S AN ADVANTAGE THAT

19   PLAINTIFFS ARE NOT COMPLAINING ABOUT, BUT THEY HAD THIS WHAT

20   ECONOMISTS WILL CALL A FIRST MOVER ADVANTAGE.  IT WASN'T UNTIL

21   ROUGHLY SIX MONTHS LATER THAT APPLE'S COMPETITORS IN THE

22   DIGITAL MUSIC BUSINESS WERE ABLE TO GET SIMILAR KINDS OF

23   CONTRACTS WITH THE LABELS.

24        SO WE ALSO HAVE TO TALK A LITTLE BIT ABOUT SECURITY.  NOW

25   YOU'VE HEARD FROM THE COURT AND YOU'VE HEARD FROM ME NOW ABOUT

 1    KVC AND DVC.  AND WHAT THIS STEMS FROM IS SECURITY CODE CALLED

 2    DIGITAL RIGHTS MANAGEMENT.

 3       WHEN APPLE OPENED ITS ITUNES STORE IN 2003, ALL OF THE

 4    MAJOR MUSIC LABELS -- AND AT THAT TIME, THEY CONTROLLED

 5    ROUGHLY 70 TO 80 PERCENT OF THE MUSIC -- THEY ALL REQUIRED

 6    THAT ANY SONG THAT WAS SOLD OVER THE INTERNET HAD TO BE

 7    WRAPPED WITH DIGITAL RIGHTS MANAGEMENT SOFTWARE, OR DRM, AND

 8    THAT THE LABELS THOUGHT WOULD PREVENT PIRACY.  IT WOULD MAKE

 9    IT HARDER FOR CONSUMERS TO COPY AND SHARE THEIR MUSIC FILES ON

10    THE INTERNET.

11       SO WHEN APPLE OPENED ITS ITUNES STORE, IT DEVELOPED ITS

12    OWN -- ITS OWN DRM WHICH IT CALLED FAIRPLAY.  AND APPLE PUT

13    THAT FAIRPLAY ON ALL OF ITS SONGS IT SOLD IN 2003.  AND IT

14    SOLD SONGS WITH FAIRPLAY ON IT UP UNTIL THE END OF THE CLASS

15    PERIOD ON MARCH 31ST, 2009.

16       NOW, ONE FEATURE ABOUT FAIRPLAY WHICH IS IMPORTANT, AND

17    YOU'LL HEAR A LOT ABOUT THIS, IS THAT UNLIKE SOME OTHER DRM'S

18    THAT WERE AVAILABLE AT THE TIME, FAIRPLAY MADE IT SO THAT

19    SONGS PURCHASED FROM THE ITUNES STORE COULD ONLY BE DIRECTLY

20    PLAYED ON THE IPOD.  YOU COULDN'T TAKE A SONG THAT YOU HAD

21    BOUGHT FROM THE ITUNES STORE AND PLAY IT DIRECTLY ON ANY OTHER

22    PORTABLE DIGITAL MEDIA PLAYER.  THERE WAS A LOCK -- A LINK

23    BETWEEN THOSE TWO PRODUCTS.  THE ONLY WAY YOU COULD -- YOU

24    COULD GET A SONG THAT YOU PURCHASED FROM THE ITUNES STORE ON

25    SOME OTHER PORTABLE PLAYER WAS TO BURN THAT SONG TO A CD AND

1    THEN RIP IT BACK TO THE COMPUTER.  AND YOU'LL HEAR A LOT OF

2    EVIDENCE OVER THE COURSE OF THE NEXT COUPLE WEEKS ABOUT

3    WHETHER THAT WAS HARD OR EASY TO DO.  AND YOU'LL HEAR

4    TESTIMONY THAT IT WASN'T ALWAYS EASY TO DO, IT TOOK TIME AND

5    IT COST MONEY BECAUSE YOU HAD TO HAVE THE EQUIPMENT AND YOU

6    HAD TO BUY THE CD'S.

7        SO WHEN APPLE OPENED ITS ITUNES -- BEFORE APPLE OWNED

8    OPENED THE ITUNES STORE, THE IPOD WAS, THOUGH A SUCCESSFUL

9    PRODUCT, WAS NOT YET DOMINANT IN THE MARKETPLACE.  APPLE HAD

10   ROUGHLY 30 PERCENT OF THE MARKET SHARE.

11       AFTER APPLE OPENED THE ITUNES STORE, WHICH WAS ENORMOUSLY

12   SUCCESSFUL FROM THE VERY BEGINNING, THE MARKET SHARE THAT

13   APPLE HAD IN THE PORTABLE DIGITAL PLAYER MARKET, THE IPOD

14   MARKET, GREW VERY QUICKLY.  AND BY 2004, IT WAS IN THE RANGE

15   OF 70 PERCENT.

16       SO IN 2004, OTHER COMPANIES THAT HAD DIGITAL MUSIC STORES

17   THAT WANTED TO SELL THEIR SONGS OVER THE INTERNET TO CONSUMERS

18   WHO WANTED TO PLAY THOSE SONGS ON THE GO, THEY HAD ACCESS

19   ESSENTIALLY TO ONE OUT OF FOUR CONSUMERS BECAUSE THREE OUT OF

20   THOSE FOUR CONSUMERS HAD IPODS AND THEY WERE LISTENING TO

21   SONGS THAT THEY HAD PURCHASED FROM THE ITUNES STORE BECAUSE

22   THEY COULDN'T PURCHASE SONGS FROM OTHER STORES AND PLAY THEM

23   ON THEIR IPOD -- ON THEIR IPOD UNLESS THEY BURNED AND RIPPED.

24       SO IN 2004, THERE WAS A COMPANY CALLED REALNETWORKS.

25   REALNETWORKS, YOU'LL HEAR ABOUT DURING THE TRIAL.

1    REALNETWORKS PREVIOUSLY HAD BEEN -- HAD DEVELOPED A DIGITAL

2    PLAYER SOFTWARE, AND IT WAS SORT OF FAMOUS FOR ITS PLAYER

3    SOFTWARE CALLED REALPLAYER.

4        IN 2004, REALNETWORKS OPENED ITS OWN MUSIC STORE TO

5    COMPETE WITH APPLE'S ITUNES STORE.

6            (DEMONSTRATIVE PUBLISHED TO JURY.)

7        **MS. SWEENEY:**  AND SEVERAL MONTHS AFTER IT OPENED THE

8    STORE, REALNETWORKS ANNOUNCED THAT IT HAD DEVELOPED SOME

9    TECHNOLOGY WHICH IT CALLED HARMONY.  HARMONY TECHNOLOGY WAS

10   SOFTWARE THAT ESSENTIALLY TRANSLATED DRM.  SO IF YOU HAD -- IF

11   YOU USED THE REALPLAYER TECHNOLOGY WHICH HAD THE HARMONY IN

12   IT, YOU COULD BUY A SONG FROM THE REALNETWORKS MUSIC STORE AND

13   YOU COULD PLAY IT ON YOUR IPOD OR YOU COULD PLAY IT ON YOUR

14   RIO OR YOU COULD PLAY IT ON YOUR CREATIVE.  IT DIDN'T MATTER

15   WHAT KIND OF DRM SCHEME WAS IN YOUR DEVICE, THIS SOFTWARE

16   COULD TRANSLATE THAT DRM SO THAT YOU COULD PLAY THAT SONG.  IT

17   MADE THE SONG TRULY PORTABLE.

18       SO THE REACTION TO HARMONY IN THE MUSIC INDUSTRY, THERE

19   WAS A LOT OF REACTION TO IT.  AND HERE'S AN EXHIBIT IN THE

20   CASE.  THIS IS REALNETWORKS' PRESS RELEASE WHEN IT ISSUED

21   HARMONY.  AND HERE WE HAVE A COMMENT FROM SOMEONE AT BMG.

22   REMEMBER BMG WAS ONE OF THE BIG FIVE MUSIC LABELS.

23       AND THE EXECUTIVE SAYS, "INTEROPERABILITY OF DEVICES AND

24   JUKEBOX SOFTWARE IS ONE OF THE BIGGEST CHALLENGES FOR TODAY'S

25   MUSIC CONSUMER.  REALNETWORKS' HARMONY TECHNOLOGY IS THE FIRST

1    TO ADDRESS THIS ISSUE BY GIVING THE CONSUMER FLEXIBILITY AND

2    CHOICE."

3        THERE WERE OTHER LABELS THAT COMMENTED ON REALNETWORKS'

4    HARMONY PRODUCT.

5            (DEMONSTRATIVE PUBLISHED TO JURY.)

6        **MS. SWEENEY:**  HERE'S ANOTHER COMMENT FROM EMI MUSIC,

7    ALSO ONE OF THE BIG FIVE.  "EMI'S GOAL IS TO ALLOW CONSUMERS

8    TO ACCESS OUR MUSIC ON AS MANY LEGITIMATE PLATFORMS AS

9    POSSIBLE AND SEAMLESSLY ACROSS A RANGE OF DEVICES.

10   REALNETWORKS' HARMONY TECHNOLOGY WILL MAKE IT EASIER FOR

11   CONSUMERS TO ENJOY THEIR DIGITAL MUSIC IN A TRULY FLEXIBLE

12   WAY."

13       AND WE ALSO HEARD FROM MUSICIANS AT THE TIME.  MUSICIANS,

14   OF COURSE, WANTED THEIR SONGS SOLD AS WIDELY AS POSSIBLE AND

15   PLAYED ON AS MANY DEVICES AS POSSIBLE.  SO HERE WE HAVE A

16   QUOTE FROM STONE GOSSARD OF PEARL JAM.  AND HE SAID, "I'M

17   EXCITED ABOUT ANYTHING THAT MEANS MORE FLEXIBILITY AND

18   AVAILABILITY IN TERMS OF HOW PEOPLE ENJOY MUSIC.  IT'S GREAT

19   TO SEE REALNETWORKS MAKE THE STEP SO THAT PEOPLE CAN STOP

20   WORRYING ABOUT WHETHER THE MUSIC THEY BUY WILL WORK ON THEIR

21   FAVORITE DEVICE."

22       SO THAT WAS SOME OF THE REACTION IN THE MARKETPLACE TO

23   REALNETWORKS' HARMONY SOFTWARE.

24       SO HOW DID CONSUMERS REACT?  WELL, RIGHT AFTER IT LAUNCHED

25   HARMONY, REALNETWORKS HAD A SALE, IT HAD A HALF-PRICE SALE AND

1   IT SOLD SONGS FOR 49 CENTS.  THAT WAS HALF WHAT APPLE WAS

2   SELLING THEM AT, AT 99 CENTS.  AND REALNETWORKS, WITH THE

3   LOWER PRICES AND THE PROMISE OF FLEXIBILITY, SOLD A LOT OF

4   SONGS IN THE FEW WEEKS AFTER HARMONY WAS LAUNCHED.

5       AND IF YOU COULD LOOK AT THE NEXT EXHIBIT WHICH IS

6   EXHIBIT 222, THIS IS AN EMAIL FROM EDDIE CUE.

7                       (PUBLISHED TO JURY.)

8       EDDIE CUE DEVELOPED THE ITUNES STORE, AND YOU'LL BE

9   HEARING A LOT MORE FROM EDDIE CUE IN THIS CASE.  AND THIS IS

10  AN EMAIL FROM EDDIE CUE TO STEVE JOBS, THE CEO OF APPLE.  THIS

11  WAS WRITTEN IN 2005, BUT IT'S REFERRING TO THE ITUNES STORE'S

12  MARKET SHARE IN 2004.

13      AND IF YOU LOOK DOWN ABOUT HALFWAY DOWN, IT SAYS AUGUST

14  '04, THE MARKET SHARE IS 68 PERCENT, AND ALL THE OTHER MONTHS,

15  IT'S 70 PERCENT OR HIGHER.

16      AND IF YOU LOOK AT THE LAST LINE IN THIS EMAIL, MR. CUE

17  WRITES, "WE FELL BELOW 70 PERCENT IN AUGUST WHEN REAL RAN

18  THEIR PROMOTION OF HALF OFF."

19      SO THAT WAS A REACTION IN THE MARKETPLACE TO REALNETWORKS'

20  HARMONY.

21      AND THE NEXT SLIDE IS ALSO FROM THE SAME EXHIBIT.  THIS IS

22  A DOCUMENT PRODUCED BY APPLE.

23                 (DEMONSTRATIVE PUBLISHED TO JURY.)

24          MS. SWEENEY:  THIS IS JUST A GRAPHICAL DEPICTION OF

25  THE MARKET SHARE IN THE MUSIC MARKET, AND IT SHOWS THE DIP

1    AROUND THE TIME WHEN HARMONY WAS LAUNCHED.

2        OKAY.  SO WHAT WAS APPLE'S REACTION TO THIS HARMONY

3    SOFTWARE?  WELL, EVEN BEFORE THE PRODUCT WAS OFFICIALLY

4    AVAILABLE, TOP EXECUTIVES AT APPLE, INCLUDING STEVE JOBS, WERE

5    BUSY WORKING ON A PRESS RELEASE --

6              (DEMONSTRATIVE PUBLISHED TO JURY.)

7        **MS. SWEENEY:**  -- TO COMPLAIN ABOUT THE PRODUCT IN --

8    IN THE PUBLIC.

9        AND HERE'S AN EMAIL THAT WAS WRITTEN BY STEVE JOBS ON

10   JULY 26.  AND HE WRITES A DRAFT OF THE PRESS RELEASE.  AND HE

11   SAYS, "HOW'S THIS?"  AND THIS IS WHAT HE WRITES.  "WE ARE

12   STUNNED THAT REAL IS ADOPTING THE TACTICS AND ETHICS OF A

13   HACKER."  AND HE GOES ON.  AND THERE WAS A LOT OF CONVERSATION

14   AMONG THE TOP EXECUTIVES AT APPLE OVER THIS REALNETWORKS'

15   HARMONY SOFTWARE AND HOW THEY WERE GOING TO RESPOND TO IT.

16             (DEMONSTRATIVE PUBLISHED TO JURY.)

17       **MS. SWEENEY:**  IN THAT SAME EMAIL, THERE'S ANOTHER

18   RESPONSE FROM A TOP EXECUTIVE AT APPLE.  THIS IS PHILIP

19   SCHILLER.  MR. SCHILLER IS GOING TO BE A WITNESS IN THIS CASE,

20   AND YOU'LL HEAR FROM HIM LATER THIS WEEK.  AND HE SAYS, "I

21   LIKE LIKENING THEM TO HACKERS."

22       AND THEN WE HEAR FROM EDDIE CUE.  AGAIN, THIS IS ALL

23   AROUND THE TIME FRAME WHEN HARMONY WAS LAUNCHED JUST BEFORE

24   THE PRODUCT WAS ACTUALLY MADE AVAILABLE.  AND EDDIE CUE WROTE

25   AN EMAIL ON JULY 25TH.  HE WRITES IT TO PHILIP SCHILLER, STEVE

1   JOBS, AND SEVERAL OTHER PEOPLE.

2                (DEMONSTRATIVE PUBLISHED TO JURY.)

3        **MS. SWEENEY:**  AND MR. CUE POINTS OUT THAT THE LABELS

4   ARE OKAY WITH HARMONY.  AND WHAT HE SAYS IS, "THE LABELS ARE

5   CONVINCED THAT DIFFERENT FORMATS ARE HURTING THEIR GROWTH."

6   AND YOU'LL HEAR TESTIMONY FROM MR. CUE ABOUT WHAT THE LABELS

7   TOLD HIM ABOUT GROWTH IN THE MUSIC MARKET AND HOW

8   INCOMPATIBILITY WAS HURTING THEIR GROWTH.

9        AND THEN IF YOU LOOK AT THE END OF THAT EMAIL, HE SAYS,

10  "ALSO REMEMBER SOME LABELS AT THIS POINT ARE ALSO WORRIED THAT

11  WE, THAT IS, APPLE, ARE GETTING TO BE TOO DOMINANT."

12       SO THIS IS THE OFFICIAL FORMAL RESPONSE TO APPLE IN THE

13  PRESS.  THEY DID ISSUE THAT PRESS RELEASE THAT YOU SAW A DRAFT

14  OF THAT MR. JOBS PREPARED.

15       AND THEN IN ADDITION, THEY CONDUCTED THEIR OWN INQUIRY TO

16  SEE IF HARMONY ACTUALLY WORKED.  SO THEY SENT THEIR ENGINEERS

17  TO THE OFFICIAL LAUNCH OF THE PRODUCT.  THEY GOT THE PRODUCT,

18  THEY TRIED IT, THEY FIGURED OUT IT DID WORK.

19       HERE'S AN EMAIL DATED JULY 27TH FROM ONE OF THE ENGINEERS

20  AT APPLE, DAVE HELLER.

21                (DEMONSTRATIVE PUBLISHED TO JURY.)

22       **MS. SWEENEY:**  AND HE'S WRITING TO JEFF ROBBIN, TOM

23  DOWDY, AND EDDIE CUE.  AND HE SAID, "WE TOOK A LOOK AT

24  HARMONY, AND HERE IS WHAT WE FOUND.  IN A SIMPLE TEST, IT

25  SEEMED TO WORK."

1    AND YOU'LL ALSO SEE DOCUMENTS THAT THESE ENGINEERS

2   CONFIRMED THAT IT, IN FACT, WORKED SEAMLESSLY.

3    SO REALNETWORKS RESPONDED TO APPLE'S PRESS RELEASE.  IT

4   ISSUED ITS OWN PRESS RELEASE ON JULY 29TH, 2004.  AND HERE'S A

5   COPY OF THAT PRESS RELEASE.

6           (DEMONSTRATIVE PUBLISHED TO JURY.)

7        MS. SWEENEY:  AND WHAT REALNETWORKS SAYS IS "HARMONY

8   FOLLOWS IN A WELL-ESTABLISHED TRADITION OF FULLY LEGAL,

9   INDEPENDENTLY DEVELOPED PATHS TO ACHIEVE COMPATIBILITY."  AND

10  REALNETWORKS WENT ON TO SAY, "HARMONY TECHNOLOGY DOES NOT

11  REMOVE OR DISABLE ANY DIGITAL RIGHTS MANAGEMENT SYSTEM."  AND

12  THEN THEY CONCLUDE BY SAYING, "WE REMAIN FULLY COMMITTED TO

13  HARMONY AND TO GIVING MILLIONS OF CONSUMERS WHO OWN PORTABLE

14  MUSIC DEVICES, INCLUDING THE APPLE IPOD, CHOICE AND

15  COMPATIBILITY."

16   SO THOSE ARE -- THAT'S WHAT'S GOING ON IN JULY OF 2004.

17    AND APPLE HAD A SOFTWARE UPDATE WHICH IT ISSUED IN OCTOBER

18  OF 2004 CALLED 4.7.  AND AS YOU HEARD FROM THE COURT, THAT IS

19  NOT AT ISSUE HERE, BUT THAT SOFTWARE UPDATE DISABLED HARMONY

20  SO THAT AFTER PRODUCTS WERE ISSUED THAT HAD THE NEW UPDATE

21  4.7, HARMONY NO LONGER WORKED.

22    AND HERE'S AN EMAIL THAT JUST CONFIRMS THAT REAL -- REAL

23  MUSIC WOULDN'T WORK AFTER THE 4.7 UPDATE.

24           (DEMONSTRATIVE PUBLISHED TO JURY.)

25        MS. SWEENEY:  OKAY.  SO THAT WAS OCTOBER 2004.

1        AND THEN A FEW DAYS AFTER HARMONY WAS DISABLED BY APPLE'S

2    4.7 UPDATE, WE GET AN EMAIL DATED NOVEMBER 3RD, 2004.

3              (DEMONSTRATIVE PUBLISHED TO JURY.)

4        **MS. SWEENEY:**  THIS IS FROM CHRIS BELL AT APPLE TO

5    GRACE KVAMME AND OTHERS AT APPLE.  AND IT'S ABOUT THE 4.7

6    UPDATES THAT DISABLED REALNETWORKS' HARMONY.

7        AND CHRIS BELL SAYS, "EDDIE WANTS ANY REQUESTS TO DISCUSS

8    DISABLED FEATURES, HOLES PLUGGED OR DECISIONS TO CHANGE THE

9    SOFTWARE DIRECTED TO HIM."  AND THEN IT CONCLUDES, "NO

10   INFORMATION IS TO BE GATHERED ON THIS TOPIC, PER EDDIE."

11       ALL RIGHT.  SO THAT WAS OCTOBER 2004.  BY THE MIDDLE OF

12   2005, REALNETWORKS HAD REDESIGNED ITS SOFTWARE AND HARMONY WAS

13   ONCE AGAIN WORKING SO THAT YOU COULD PURCHASE SONGS FROM THE

14   REALNETWORKS MUSIC STORE AND PLAY THEM ON AN IPOD.

15       AND WE HAVE AN EMAIL FROM JEFF ROBBIN AT APPLE DATED

16   APRIL 26TH, 2005, WHICH IS FORWARDING A STORY ABOUT THIS SO

17   THAT APPLE -- APPLE KNEW THAT THIS COMPATIBILITY HAD BEEN

18   REESTABLISHED.  SO THAT WAS IN 2005.

19              (DEMONSTRATIVE PUBLISHED TO JURY.)

20       **MS. SWEENEY:**  ALL RIGHT.  WE HAVE ANOTHER DEVELOPMENT

21   IN 2005.  THERE'S A COMPANY -- A TECHNOLOGY STARTUP COMPANY

22   FROM THE BAY AREA CALLED NAVIO.  AND NAVIO DEVELOPED

23   TECHNOLOGY SIMILAR TO HARMONY.  IT DEVELOPED A DRM TRANSLATION

24   SOFTWARE SO THAT A CONSUMER COULD BUY A SONG FROM ANY ONE OF A

25   NUMBER OF STORES OR OTHER KINDS OF CONTENT, OTHER KINDS OF

1    DIGITAL CONTENT, AND PLAY THAT SONG WITH THE DRM PROTECTION ON

2    AN IPOD.

3        SO WITHOUT BREAKING THE DRM, WITHOUT STRIPPING ANY OF THE

4    PROTECTION, KEEPING THE SONG LEGAL AND PURCHASED LEGALLY,

5    COULD PLAY IT ON AN IPOD.

6        SO HERE'S AN EMAIL THAT WAS SENT TO STEVE JOBS EARLY IN

7    THE MORNING OF NOVEMBER 16TH, 2005.  YOU CAN SEE IN THE TIME

8    THERE, IT'S 5:49 A.M.

9            (DEMONSTRATIVE PUBLISHED TO JURY.)

10       **MS. SWEENEY:**  AND THE SUBJECT IS "JUST IN CASE YOU

11   DIDN'T CATCH THIS."  AND THE PERSON WHO SENDS THIS EMAIL TO

12   MR. JOBS IS FORWARDING AN ARTICLE CALLED "SCOOP, HOW THE MEDIA

13   COMPANIES PLAN TO BYPASS APPLE."  AND IT TALKS ABOUT THIS

14   NAVIO PROGRAM.

15       AND AS YOU SEE FROM THE HIGHLIGHTED TEXT THERE, IT SAYS,

16   "NAVIO IS SIGNING UP COMPANIES LIKE SONY, BMG, AND FOX MUSIC

17   TO ITS RIGHTS-BASED MEDIA DISTRIBUTION TECHNOLOGY THAT WILL

18   LET THEM BYPASS APPLE AND DISTRIBUTE THROUGH THOUSANDS OF WEB

19   AFFILIATE SITES INSTEAD."

20       SO NAVIO WAS SIMILAR TO REALNETWORKS IN THAT IT HAD

21   DEVELOPED THIS DRM TRANSLATION TECHNOLOGY.  BUT THERE WAS A --

22   AN IMPORTANT DIFFERENCE, AND THAT DIFFERENCE IS THAT THE NAVIO

23   TECHNOLOGY WAS NOT DESIGNED TO SELL NAVIO SONGS ONLY, WHEREAS

24   REALNETWORKS DEVELOPED HARMONY TO SELL ITS OWN SONGS, THE

25   REALNETWORKS' MUSIC STORE SONGS SO THEY COULD BE PLAYED ON

OPENING STATEMENT \ SWEENEY

1    APPLE'S IPODS.  NAVIO WAS GOING TO LICENSE ITS TECHNOLOGY TO

2    MANY OF APPLE'S COMPETITORS IN THE MUSIC BUSINESS.

3        ALL RIGHT.  SO WHAT DID STEVE JOBS DO WHEN HE GOT THIS

4    EMAIL AT 5:49 A.M. ON NOVEMBER 16TH?  WELL, JUST A COUPLE

5    HOURS LATER, AT 8:10 ON NOVEMBER 16TH, EARLY IN THE MORNING,

6    HE FORWARDED THAT EMAIL TO JEFF ROBBIN.

7        EXCUSE ME.

8        JEFF ROBBIN WAS IN CHARGE OF ENGINEERING THAT HAD TO DO

9    WITH ITUNES.  AND MR. JOBS SAID -- VERY SIMPLE, VERY SHORT

10   EMAIL -- ALL HE SAID WAS "JEFF, WE MAY NEED TO CHANGE THINGS

11   HERE."

12       ALL RIGHT.  THAT SET INTO MOTION A WHOLE SERIES OF EVENTS.

13   JUST A COUPLE DAYS LATER, WE HAVE JEFF ROBBIN'S INSTANT

14   MESSAGE WITH AUGUSTIN FARRUGIA.  AND YOU'LL HEAR FROM AUGUSTIN

15   FARRUGIA IN THIS COURSE OF THE TRIAL.  MR. FARRUGIA WAS IN

16   CHARGE OF FAIRPLAY DRM.  HE WAS IN CHARGE OF THE DRM SYSTEM

17   FOR APPLE.

18       SO MR. ROBBIN HAS THIS IM CHAT WITH AUGUSTIN FARRUGIA JUST

19   TWO DAYS AFTER RECEIVING THIS EMAIL FROM STEVE JOBS SAYING,

20   "WE MAY HAVE TO CHANGE THINGS AROUND HERE."

21       AND MR. ROBBIN SAYS, "I THINK WE NEED TO TALK WITH GUY

22   ABOUT DOING A SIMPLE AUTHENTICATION IN 6.02 FOR IPOD."  AND

23   THEN HE SAYS, "NOTHING WITH DB," AND YOU'LL FIND OUT LATER

24   THAT DB HERE REFERS TO DATABASE, "BUT LOCK DOWN THE KEYBAG."

25       LOCK DOWN THE KEYBAG.  THAT'S AN EXPRESSION THAT YOU WILL

1   HEAR A LOT ABOUT IN THE COURSE OF THE TRIAL, AND YOU WILL HEAR

2   HOW APPLE -- APPLE'S ENGINEERS FROM THIS TIME FORWARD BEGAN

3   WORKING TO LOCK DOWN THE KEYBAG.

4        AND MR. COUGHLIN, LIKE I MENTIONED, WE'VE SHARED THE

5   OPENING, HE'S GOING TO TALK MORE ABOUT THAT A LITTLE BIT

6   LATER.

7        OKAY.  SO AFTER THE ENGINEERS AT APPLE ARE INSTRUCTED TO

8   LOCK DOWN THE KEYBAG, THEY CONTINUED TO MONITOR WHAT'S GOING

9   ON IN TERMS OF NAVIO.

10       HERE'S AN EMAIL FROM NOVEMBER 22ND, 2005.  THIS IS FROM

11  AUGUSTIN FARRUGIA.  HE'S TRYING TO FIGURE OUT WHETHER NAVIO

12  HAS MADE GOOD ON ITS PROMISE TO DEVELOP THIS TECHNOLOGY.

13            (DEMONSTRATIVE PUBLISHED TO JURY.)

14       **MS. SWEENEY:**  IN EARLY 2006, APPLE ALSO IS TRYING TO

15  FIGURE OUT WHAT IS THE STATUS OF REALNETWORKS AND ITS HARMONY

16  SOFTWARE TECHNOLOGY.  AND THEY LAUNCH AN INQUIRY TO SEE IF

17  HARMONY IS WORKING WITH IPODS AGAIN.  AND HERE'S AN EMAIL ON

18  MARCH 2ND, 2006, WHICH TALKS ABOUT HOW, ACCORDING TO

19  REALNETWORKS' SITE ANYWAY, IT'S WORKING.

20            (DEMONSTRATIVE PUBLISHED TO JURY.)

21       **MS. SWEENEY:**  AND THE NEXT EMAIL -- I'LL GO THROUGH

22  THESE KIND OF QUICKLY -- CONFIRMS THAT REALNETWORKS' HARMONY

23  WORKS ON IPODS AGAIN.  SO THIS IS IN MARCH OF 2006.

24       DURING THE SAME TIME PERIOD, APPLE IS STILL MONITORING

25  WHAT'S GOING ON AT NAVIO.  HERE'S ANOTHER EMAIL FROM MAY 22ND,

1   2006, FORWARDING AN ARTICLE ABOUT UNLOCKING THE IPOD USING THE

2   NAVIO TECHNOLOGY.  AND THIS IS SENT TO EDDIE CUE AND PHILIP

3   SCHILLER, AMONG OTHERS.

4              (DEMONSTRATIVE PUBLISHED TO JURY.)

5        **MS. SWEENEY:**  AND THEN THE NEXT EMAIL FROM MAY 23RD,

6   2006, AGAIN IS ABOUT NAVIO.  AND THIS IS EXHIBIT 333.

7              (DEMONSTRATIVE PUBLISHED TO JURY.)

8        **MS. SWEENEY:**  THIS IS AN EMAIL FROM JEFF ROBBIN TO

9   STEVE JOBS AND EDDIE CUE.  AND AGAIN, THEY'RE MONITORING --

10  THEY'RE TRYING TO FIGURE OUT WHAT'S GOING ON WITH NAVIO.

11       ALL RIGHT.  SO THAT'S WHAT'S HAPPENING IN THE SPRING OF

12  2006.

13       AND THEN WE SEE FROM APPLE'S OWN DOCUMENTS WHAT THE

14  ENGINEERING FOLKS ARE DOING.  AND HERE WE HAVE A DOCUMENT, AND

15  THIS IS EXHIBIT 227 (SIC), AND IT'S CALLED THE IPOD

16  VERIFICATION API.  AND WE'LL JUST TAKE A MINUTE TO PULL THIS

17  UP ON THE SCREEN.

18       THAT'S ALL RIGHT.  I'LL JUST TELL YOU ABOUT IT.  AND

19  ACTUALLY, MR. COUGHLIN IS GOING TO TALK MORE ABOUT THIS

20  DOCUMENT IN MORE DETAIL.  BUT SO -- OH, HERE IT IS.

21             (DEMONSTRATIVE PUBLISHED TO JURY.)

22       **MS. SWEENEY:**  THE IPOD VERIFICATION API.  AND THIS IS

23  A DOCUMENT CREATED BY ROD SCHULTZ, FAIRPLAY ENGINEERING.  AND

24  AS IT SAYS HERE, "PROBLEM, TO PREVENT INJECTION OF CONTENT AND

25  IPOD DATABASES FROM CLIENTS OTHER THAN ITUNES INTO THE IPOD

1    (DRM PROTECTED OR NON-DRM PROTECTED CONTENT)."  AND YOU'LL

2    HEAR MORE ABOUT THAT IN JUST A LITTLE BIT.

3        ALL RIGHT.  SO THAT'S WHAT'S GOING ON IN 2006.

4        AND WE GET TO THE END OF 2006, AND THERE'S ANOTHER MAJOR

5    CHANGE GOING ON IN THE MUSIC INDUSTRY, AND THAT IS THAT THE

6    LABELS, THE BIG MUSIC LABELS, THE BIG FIVE THAT I MENTIONED

7    EARLIER, THEY'RE CONSIDERING MOVING AWAY FROM DRM ENTIRELY.

8    AND YOU'LL HEAR EVIDENCE ABOUT WHY THEY DECIDED TO MAKE THAT

9    MOVE.  AND ONE OF THE REASONS WAS BECAUSE THEY WEREN'T SELLING

10   ENOUGH MUSIC.  CONSUMERS WEREN'T GETTING ACCESS TO ENOUGH

11   MUSIC BECAUSE OF THE BOTTLENECK CREATED BY APPLE'S DRM.

12                (DEMONSTRATIVE PUBLISHED TO JURY.)

13       **MS. SWEENEY:**  SO HERE'S AN ARTICLE FROM DECEMBER 5TH,

14   2006 ABOUT EMI AND ITS DECISION TO MAKE SOME OF ITS MUSIC

15   AVAILABLE WITHOUT DRM, AND IT WAS MAKING IT AVAILABLE TO ONE

16   OF APPLE'S COMPETITORS, YAHOO.  AND THIS ARTICLE IS FORWARDED

17   TO MR. JOBS.

18       AND MR. JOBS COMMENTS IN AN EMAIL THAT HE HAS BEEN

19   EXPECTING SOMETHING LIKE THIS FOR A FEW MONTHS NOW.

20                (DEMONSTRATIVE PUBLISHED TO JURY.)

21       **MS. SWEENEY:**  SO THAT'S THE SITUATION AT THE END OF

22   2006.  AND I POINT OUT THIS EMAIL FROM MR. JOBS BECAUSE YOU'LL

23   PROBABLY HEAR FROM APPLE THAT IN FEBRUARY OF 2007, MR. JOBS

24   PUBLISHED A PIECE ON THE INTERNET CALLED "THOUGHTS ON MUSIC."

25   AND IN THAT ARTICLE, MR. JOBS APPLAUDED INTEROPERABILITY AND

1    HE URGED THE LABEL COMPANIES ALL TO GO DRM-FREE.  WELL, JUST

2    KEEP IN MIND THAT BEFORE HE CREATED THAT DOCUMENT AND

3    PUBLISHED ON THE INTERNET, HE KNEW THAT THE LABELS WERE

4    ALREADY CONSIDERING GOING IN THAT DIRECTION.

5        THE NEXT COUPLE OF EXHIBITS I'M GOING TO SHOW YOU AND GO

6    THROUGH FAIRLY QUICKLY.

7                    (DEMONSTRATIVE PUBLISHED TO JURY.)

8        MS. SWEENEY:  THIS IS JUST TO SHOW THAT THROUGHOUT

9    THE SPRING OF 2007, APPLE CONTINUED TO MONITOR WHAT ITS

10   COMPETITORS WERE DOING.  AND THERE WAS PARTICULAR FOCUS ON

11   COMPANIES LIKE AMAZON BECAUSE AMAZON HAD ANNOUNCED THAT IT WAS

12   GOING TO OPEN A DRM-FREE MUSIC STORE.  SO IN OTHER WORDS, ANY

13   MUSIC YOU BOUGHT FROM THE AMAZON STORE, YOU COULD PLAY ON AN

14   IPOD DIRECTLY WITHOUT HAVING TO RIP AND BURN.

15       AND HERE'S AN EMAIL WHERE THEY'RE TRYING TO FIND OUT ABOUT

16   AMAZON'S NEW STORE WELL BEFORE IT EVEN OPENED.

17                   (DEMONSTRATIVE PUBLISHED TO JURY.)

18       MS. SWEENEY:  ALL RIGHT.  SO THAT'S THE -- THAT'S THE

19   COMPETITIVE LANDSCAPE THAT GETS US UP TO 2007.  AND

20   MR. COUGHLIN IS GOING TO TALK ABOUT WHAT APPLE DID IN 2006 AND

21   2007 WITH KVC AND DVC TO BLOCK COMPETITION.

22       SO I'M NOT GOING TO SPEND TOO MUCH MORE TIME ON THAT.

23       NOW, ONE THING YOU'LL HEAR A LOT ABOUT DURING THE COURSE

24   OF THE TRIAL IS ECONOMICS.  AND YOU'LL HEAR A LOT FROM OUR

25   ECONOMICS EXPERT, PROFESSOR NOLL FROM STANFORD UNIVERSITY.

1    AND DR. NOLL WAS A PROFESSOR AT STANFORD FOR 40 YEARS.  HE'S

2    NOW PROFESSOR EMERITUS.  HE GOT HIS PH.D. FROM HARVARD.  HE

3    HAS AUTHORED SOMETHING LIKE 170 SCHOLARLY ARTICLES, HUNDREDS

4    MORE ARTICLES ON TOPICS RELATING TO ANTITRUST ISSUES.  HE'S

5    PUBLISHED 15 BOOKS.  HE'S DONE CONSULTING FOR THE UNITED

6    STATES DEPARTMENT OF JUSTICE ANTITRUST DIVISION.  HE IS A

7    HIGHLY RESPECTED EXPERT IN THE FIELD OF ANTITRUST ECONOMICS,

8    ALSO KNOWN AS INDUSTRIAL ORGANIZATION ECONOMICS.

9        SO DR. NOLL IS GOING TO BE TESTIFYING HERE AT THIS TRIAL,

10   AND HE'S GOING TO OFFER UP SEVERAL OPINIONS THAT ARE IMPORTANT

11   TO THIS CASE.

12              (DEMONSTRATIVE PUBLISHED TO JURY.)

13        **MS. SWEENEY:**  FIRST, DR. NOLL IS GOING TO TESTIFY

14   THAT THERE IS A RELEVANT ANTITRUST MARKET HERE.  AND THE

15   RELEVANT ANTITRUST MARKET IS PORTABLE DIGITAL MEDIA PLAYERS.

16   THAT'S HIS FIRST OPINION.  I'LL COME BACK TO THAT IN JUST A

17   SECOND.

18        HE'S ALSO GOING TO TESTIFY THAT APPLE HAD MONOPOLY POWER

19   IN THAT MARKET DURING THE RELEVANT PERIOD, THAT IS, DURING THE

20   PERIOD BETWEEN SEPTEMBER 12TH, 2006, AND MARCH 31ST, 2009.

21        AND HE'S GOING TO TESTIFY -- DR. NOLL IS GOING TO TESTIFY

22   THAT APPLE MAINTAINED AND ENHANCED ITS MONOPOLY POWER IN THAT

23   MARKET BY USING KVC AND DVC TO BLOCK COMPETITORS WITHOUT

24   IMPROVING THE IPOD.

25        DR. NOLL WILL ALSO TESTIFY THAT BY INCREASING CONSUMER

1    LOCK-IN, APPLE WAS ABLE TO INCREASE THE PRICE OF ITS IPODS

2    OVER WHAT WOULD HAVE BEEN THE PRICE IN A MORE COMPETITIVE

3    MARKET.

4        AND FINALLY, DR. NOLL WILL TESTIFY THAT MEMBERS OF THE

5    CLASS WERE DAMAGED BY APPLE'S PRICE INCREASES, AND HE'LL

6    TESTIFY ABOUT HOW HE CALCULATED THE AMOUNT OF THOSE DAMAGES.

7        SO LET'S START WITH RELEVANT MARKET.

8        SO DR. NOLL SAYS THAT PORTABLE DIGITAL MEDIA PLAYERS ARE

9    THE PRODUCTS THAT SHOULD BE CONSIDERED WHEN ASKING WHAT IS THE

10   RELEVANT ANTITRUST MARKET.

11       AND THESE ARE EXAMPLES -- EXCUSE ME -- OF THE MP3 PLAYERS

12   OR PORTABLE DIGITAL MEDIA PLAYERS THAT WERE AVAILABLE DURING

13   THAT TIME PERIOD.

14       NOW, DR. NOLL WILL TESTIFY THAT COMPUTERS WERE NOT IN THAT

15   MARKET.  AND HE'LL TESTIFY THAT PORTABLE CD PLAYERS WERE NOT

16   IN THAT MARKET.  AND THE REASON IS, AND DR. NOLL WILL EXPLAIN

17   THIS --

18                (DEMONSTRATIVE PUBLISHED TO JURY.)

19           **MS. SWEENEY:**  -- IS THAT WHEN YOU'RE LOOKING AT WHAT

20   IS THE RELEVANT MARKET FOR PURPOSE OF ANTITRUST ANALYSIS, YOU

21   SEE WHAT ARE THE CLOSE SUBSTITUTES, WHAT ARE THE IMPORTANT

22   CHARACTERISTICS OF THE PRODUCT THAT YOU'RE TRYING TO STUDY, IN

23   THIS CASE, THE IPOD.  WELL, THE IMPORTANT CHARACTERISTIC OF AN

24   IPOD IS THE ABILITY TO HOLD A LARGE QUANTITY OF SONGS AND BE

25   PORTABLE.  SO A DESKTOP COMPUTER OBVIOUSLY IS NOT PORTABLE.

1    AND CD'S AREN'T COMPARABLE, THEY'RE NOT CLOSE SUBSTITUTES, A

2    CD PLAYER IS NOT BECAUSE YOU HAVE TO HAVE HUNDREDS OF CD'S TO

3    EQUAL THE NUMBER OF SONGS THAT YOU CAN PLAY ON AN IPOD.

4        NOW, MOBILE PHONES MAY CONSTITUTE PART OF THE MARKET BUT

5    ONLY AT THE VERY END OF THE CLASS PERIOD.  REMEMBER WE'RE

6    TALKING ABOUT 2006 THROUGH 2009.  AND MOBILE PHONES DID NOT

7    HAVE THE FUNCTIONALITY THAT MP3 PLAYERS HAVE UNTIL THE VERY

8    END OF THE CLASS PERIOD.

9        SO THE NEXT OPINION THAT DR. NOLL IS GOING TO GIVE IS THAT

10   APPLE HAD MONOPOLY POWER IN THE MARKET FOR PORTABLE DIGITAL

11   MUSIC PLAYERS.

12              (DEMONSTRATIVE PUBLISHED TO JURY.)

13       **MS. SWEENEY:**  AND THERE ARE A COUPLE OF WAYS THAT

14   ECONOMISTS DETERMINE WHETHER THERE'S MONOPOLY POWER.  ONE OF

15   THESE IS BY DIRECT EVIDENCE.  AND ONE DIRECT -- KIND OF DIRECT

16   EVIDENCE THAT ECONOMISTS LOOK AT IS MARGINS.  ECONOMISTS LOOK

17   TO SEE WHAT KINDS OF MARGINS THERE ARE ON THE PRODUCT.

18       AND HERE IS A CHART SHOWING APPLE'S MARGINS.  AND YOU CAN

19   SEE THAT DURING THE CLASS PERIOD THE MARGINS WERE VERY HIGH,

20   RANGING FROM 26 PERCENT TO OVER 40 PERCENT.

21       AND THEN IF YOU GO TO THE NEXT SLIDE.

22              (DEMONSTRATIVE PUBLISHED TO JURY.)

23       **MS. SWEENEY:**  ANOTHER INDICIA OF MARKET POWER IS

24   MARKET SHARE PLUS BARRIERS TO ENTRY.  AND HERE YOU CAN SEE

25   THAT APPLE'S MARKET SHARE DURING THE CLASS PERIOD WAS VERY

 1   HIGH.  IT WAS IN THE 80-PLUS -- 80-PERCENT-PLUS RANGE.  SO

 2   THAT'S A VERY IMPORTANT INDICIA OF MARKET POWER WHEN IT IS

 3   COUPLED WITH BARRIERS TO ENTRY.

 4       SO DR. NOLL WILL TALK ABOUT BARRIERS TO ENTRY, WHAT ARE

 5   BARRIERS TO ENTRY.  SOME BARRIERS TO ENTRY ARE VERY COMMON

 6   ACROSS ALL SORTS OF TECHNOLOGY INDUSTRIES, AND THAT'S R&D.  IN

 7   ORDER TO MANUFACTURE, MARKET, AND SELL A PORTABLE DIGITAL

 8   MEDIA PLAYER, YOU HAVE TO INVEST IN A LOT OF RESEARCH AND

 9   DEVELOPMENT.

10       AND THEN IN ADDITION, THERE WAS A SPECIAL KIND OF BARRIER

11   TO ENTRY IN THIS WHEN IT INVOLVES THE IPOD, AND THAT IS THAT

12   IPOD OWNERS, PEOPLE WHO HAD PURCHASED ITUNES AND HAD ALSO

13   PURCHASED SONGS FROM THE ITUNES STORE, WERE LOCKED INTO THE

14   IPOD.  WHY WERE THEY LOCKED INTO THE IPOD?  THEY WERE LOCKED

15   INTO THE IPOD BECAUSE IF THEY WANTED TO SWITCH TO A COMPETING

16   PLAYER, THEY COULDN'T PLAY THEIR SONGS DIRECTLY ON THAT

17   PLAYER.

18               (DEMONSTRATIVE PUBLISHED TO JURY.)

19           **MS. SWEENEY:**  THEY HAD THREE CHOICES.  THEY COULD

20   STOP LISTENING TO THE MUSIC THAT THEY HAD PURCHASED FROM THE

21   ITUNES STORE.  AND IF YOU HAD A LOT OF SONGS, THAT WOULD BE AN

22   EXPENSIVE PROPOSITION OR FOOLHARDY PROPOSITION IF YOU LIKED

23   THE SONGS.

24       OR THEY COULD BURN THE SONGS TO A CD AND RIP THEM BACK TO

25   THE COMPUTER.  NOW, FOR SOME PEOPLE, THAT MIGHT BE EASY AND

1   FAST.  FOR OTHERS, THAT COULD BE A VERY DAUNTING EXPERIENCE.

2       AND THE THIRD OPTION IS THEY COULD REPURCHASE ALL THOSE

3   SONGS SO THAT THEY COULD PLAY THEM ON THEIR NEW PORTABLE

4   DIGITAL MEDIA PLAYER.

5       AND DR. NOLL WILL TESTIFY THAT THIS LOCK-IN ENHANCED

6   APPLE'S MONOPOLY POWER AND HELPED APPLE MAINTAIN ITS MONOPOLY

7   POWER.

8       HE'LL ALSO TESTIFY THAT THIS ENHANCED MONOPOLY POWER THAT

9   AROSE OUT OF THIS LOCK-IN HARMED CONSUMERS.  AND ONE OF THE

10  WAYS THAT IT HARMED CONSUMERS WAS BY INCREASING THE PRICE OF

11  IPODS.  AND DR. NOLL WILL TESTIFY THAT THE PRICES OF IPODS

12  INCREASED AND THAT THIS WAS THE DAMAGE TO PLAINTIFFS AND

13  MEMBERS OF THE CLASS.

14      NOW, HOW DID DR. NOLL DETERMINE THAT CLASS MEMBERS HAD

15  BEEN INJURED AND HOW DID HE QUANTIFY THE AMOUNT OF THAT

16  INJURY?  WELL, HE CONDUCTED A REGRESSION ANALYSIS.  A

17  REGRESSION ANALYSIS IS A STATISTICAL TOOL THAT'S COMMONLY USED

18  TO DETERMINE THE RELATIONSHIP BETWEEN SOME INDEPENDENT

19  VARIABLES AND SOME DEPENDENT VARIABLES, HERE, PRICE.  WE WANT

20  TO KNOW WHAT WAS THE EFFECT OF 7.0 AND 7.4 ON THE PRICE OF

21  IPODS.

22      AND IN CONDUCTING THIS REGRESSION ANALYSIS, DR. NOLL WILL

23  TESTIFY THAT HE TOOK INTO ACCOUNT ENORMOUS AMOUNTS OF

24  INFORMATION, ENORMOUS AMOUNTS OF DATA.  THROUGHOUT THE COURSE

25  OF THIS LITIGATION, WE HAVE BEEN PROVIDED DOCUMENTS AND DATA

1    FROM APPLE.  WE HAVE APPLE'S ENTIRE TRANSACTION DATABASE FOR

2    AN APPROXIMATELY NINE-YEAR PERIOD THAT SPANS WELL BEFORE THE

3    CLASS PERIOD BEGAN TO AFTER THE CLASS PERIOD.  AND THAT

4    DATABASE CONTAINS EVERY SALE THAT APPLE MADE OF AN IPOD.  SO

5    WE HAVE ALL THAT TRANSACTIONAL DATA.  THERE'S SOMETHING LIKE

6    39 MILLION TRANSACTIONS IN THAT DATABASE.

7        IN ADDITION, HE LOOKED AT ALL THE FACTORS THAT WENT INTO

8    THE PRICING OF THE IPOD.  HOW MUCH WERE DIFFERENT COMPONENTS

9    OF THE IPOD?  WE HAVE THE INFORMATION FROM APPLE ABOUT

10   DIFFERENT KINDS OF MANUFACTURING COSTS AND WHAT THOSE WERE FOR

11   DIFFERENT IPODS AND FOR DIFFERENT PARTS OF THE IPOD OVER

12   DIFFERENT PERIODS OF TIME.

13       SO THIS IS THE KIND OF INFORMATION THAT HE TOOK INTO

14   ACCOUNT IN PUTTING TOGETHER HIS REGRESSION ANALYSIS EQUATION.

15       NOW, SO HE DID A REGRESSION ANALYSIS USING THE

16   BEFORE-AND-AFTER METHOD WHICH IS A VERY COMMON METHOD IN

17   ANTITRUST CASES TO DETERMINE BOTH THE FACT OF INJURY AND THE

18   AMOUNT OF INJURY.  AND HE LOOKED AT PRICING BEFORE THE EVENT

19   IN INTEREST, HERE OF COURSE 7.0 AND 7.4, AND AFTER.  AND HE

20   COMPARED THE PRICES AND DETERMINED THAT BECAUSE OF APPLE'S USE

21   OF KVC AND DVC IN 7.0 AND 7.4 IN 2006 AND 2007, THE PRICE OF

22   IPODS WAS HIGHER THAN IT WOULD HAVE BEEN IF APPLE HAD NOT

23   ADDED THAT CODE TO ITS IPODS.

24       IN HIS REGRESSION ANALYSIS, DR. NOLL TAKES INTO ACCOUNT

25   ALL OF THE RELEVANT VARIABLES THAT MIGHT AFFECT THE PRICE OF

1    IPODS.  OF COURSE, HE'S GOT TO ISOLATE THE EFFECTS OF KVC, DVC

2    FROM OTHER FACTORS THAT MIGHT AFFECT IPOD PRICES.  FOR

3    EXAMPLE, IS THERE MORE CAPACITY IN THE IPOD?  HE TOOK THAT

4    INTO ACCOUNT.  IS IT A NEWER IPOD SO THAT IT HAS ALL THE NEW

5    TECHNOLOGY THAT YOU WOULD FIND IN A THIRD GENERATION AS

6    OPPOSED TO A SECOND GENERATION?  DR. NOLL TOOK THAT INTO

7    ACCOUNT.

8        HE TOOK INTO ACCOUNT THE -- WHAT KIND OF IPOD IT WAS, SO

9    IN OTHER WORDS, A CLASSIC IS VERY DIFFERENT FROM A NANO AND A

10   SECOND GENERATION NANO IS DIFFERENT FROM A FIRST GENERATION

11   NANO.

12       SO ALL OF THESE CHARACTERISTICS, DR. NOLL TOOK INTO

13   ACCOUNT.

14       NOW, APPLE MAY SAY THAT DR. NOLL IGNORED SOME IMPORTANT

15   ATTRIBUTES.  WELL, HE DIDN'T IGNORE ANY ATTRIBUTES.  HE TOOK

16   THEM INTO ACCOUNT.  AND WHAT'S MORE, THE VARIABLES THAT HE DID

17   USE ACCOUNT FOR THE VARIABLES THAT APPLE SAYS HE SHOULD HAVE

18   INCLUDED.  AND IF DR. NOLL HAD INCLUDED THOSE VARIABLES, IT

19   WOULD HAVE LED TO A STATISTICAL PROBLEM CALLED

20   MULTICOLLINEARITY.

21       AND JUST TO GIVE YOU A SIMPLE EXAMPLE, IF YOU WANTED TO

22   KNOW WHAT WAS THE EFFECT OF TEMPERATURE ON THE MELTING SPEED

23   OF ICE CREAM AND YOU HAD AN EQUATION AND ONE OF YOUR VARIABLES

24   WAS DEGREES FAHRENHEIT, IT WOULDN'T DO YOU ANY GOOD TO ADD IN

25   DEGREES CENTIGRADE BECAUSE THAT WOULDN'T GIVE YOU ANY

1    ADDITIONAL INFORMATION, AND IT WOULD ACTUALLY, AS DR. NOLL

2    WILL TESTIFY, MAKE THE ANALYSIS LESS RELIABLE.

3        SO DR. NOLL WILL TELL YOU HOW HE PUT TOGETHER HIS

4    REGRESSION ANALYSIS, AND HE'LL DESCRIBE SOME TESTS THAT HE

5    PERFORMED THAT DEMONSTRATE THE RELIABILITY OF THAT ANALYSIS

6    AND THE RELIABILITY OF THE RESULTS.

7        SO DR. NOLL DETERMINED THAT THE OVERCHARGE ON THE IPODS

8    CAUSED BY LOCK-IN AMOUNTED TO A 2.38 PERCENT OVERCHARGE FOR

9    THE RESELLER PORTION OF THE CLASS.  DR. NOLL USED THE SAME

10   METHOD FOR BOTH CONSUMERS AND RESELLERS, BUT OBVIOUSLY HE WAS

11   RELYING ON SEPARATE DATABASES.

12            (DEMONSTRATIVE PUBLISHED TO JURY.)

13        **MS. SWEENEY:**  2.38 PERCENT FOR RESELLERS AND

14   7.45 PERCENT FOR CONSUMERS.  AND THIS IS THE -- THIS CHART

15   HERE IS THE TOTAL DAMAGES.  AND YOU CAN SEE THAT THE WAY HE

16   GOT TO THE TOTAL DAMAGE WAS HE TOOK THE OVERCHARGE AND

17   MULTIPLIED IT BY THE AVERAGE PRICE OF THE IPOD FOR EACH OF THE

18   TWO SEGMENTS OF THE CLASS, AND THEN MULTIPLIED IT BY THE UNITS

19   SOLD.

20       SO FOR THE RESELLERS, THE AVERAGE PRICE WAS $173.95.  THE

21   OVERCHARGE WAS 2.38 PERCENT.  SO WITH 36,037,669 UNITS SOLD,

22   YOU COME UP WITH DAMAGES OF $148,947,126.

23       THE SAME ANALYSIS WAS PERFORMED FOR THE CONSUMER PORTION

24   OF THE CLASS FOR DAMAGES OF AROUND $194 MILLION.

25       NOW THAT LAST LINE THERE IS CALLED "ADDITIONAL IPOD

```
1    SALES."  AND WHAT THAT IS, IS APPLE PRODUCED DATA FOR SOME

2    MEMBERS OF THE CONSUMER PORTION OF THE CLASS WHERE THERE WAS A

3    PURCHASE, THERE WAS A RETURN, AND THEN THERE WAS A REPURCHASE.

4    AND UNFORTUNATELY APPLE DIDN'T PROVIDE ENOUGH DATA TO DO THE

5    EXACT LINKING BETWEEN THEM.  SO DR. NOLL DID NOT WANT TO

6    OVERESTIMATE DAMAGES, SO HE JUST EXCLUDED THOSE, AND HOPEFULLY

7    WE'LL GET ADDITIONAL DATA IN THE FUTURE SO THAT WE CAN TIE

8    THOSE TRANSACTIONS MORE CLOSELY.

9        SO THE TOTAL DAMAGES, IF YOU EXCLUDE THESE ADDITIONAL

10   DAMAGES, ARE MORE THAN $343 MILLION.  AND THAT'S A LOT OF

11   MONEY, BUT REMEMBER THAT WE HAVE MORE THAN 500 RESELLER AND

12   RETAIL CLASS MEMBERS, INCLUDING SOME VERY LARGE PURCHASERS OF

13   IPODS IN THE CLASS.  AND WE ALSO HAVE A VERY LARGE CONSUMER

14   CLASS, MORE THAN 8 MILLION CLASS MEMBERS.

15       SO I THANK YOU FOR YOUR TIME, AND I'M GOING TO TURN IT

16   OVER NOW TO MR. COUGHLIN.

17                    OPENING STATEMENT

18           MR. COUGHLIN:  GOOD MORNING, LADIES AND GENTLEMEN.

19   WE MET A LITTLE EARLIER AND I HAD A CHANCE TO AT LEAST TALK TO

20   MANY OF YOU.  AND I'M GOING TO TALK ABOUT THE TECHNOLOGY SIDE

21   OF THE CASE.  NORMALLY, WE'D SAY THAT'S THE BORING SIDE OF THE

22   CASE, AND THAT'S WHY MS. SWEENEY GAVE ME THAT SIDE OF THE

23   CASE.  BUT WE HAVE A NUMBER OF ENGINEERS ON THIS JURY SO

24   CERTAINLY THERE'S A HIGH LEVEL OF UNDERSTANDING OF SOME OF

25   THESE THINGS THAT WE'RE GOING TO BE TALKING ABOUT.
```

1          AND THE FIRST THING THAT I'M GOING TO TALK ABOUT IS THAT

2     THESE ALLEGED FIXES, THIS KVC, KEYBAG VERIFICATION CODE,

3     THAT'S KVC, AND THE DVC, THESE, QUOTE, FIXES, THEY WERE REALLY

4     DIRECTED AT COMPETITORS.  AND THE ONLY WAY YOU'LL SEE THAT IS

5     TO SEE WHAT THE -- WHAT WAS GOING ON AT APPLE AT THE TIME THAT

6     THESE, QUOTE, FIXES CAME INTO PLACE AND WHAT THEY TALKED

7     ABOUT.

8          AND WHAT YOU'RE GOING TO SEE IS THAT THEY TALKED ABOUT

9     THAT HOW THESE FIXES WOULD STOP INJECTION INTO THE KEYBAG OR

10    INJECTION INTO THE DATABASE.  AND WHEN THEY TALKED ABOUT THOSE

11    THINGS AT THAT TIME, YOU'LL SEE THAT THEY DIDN'T TALK ABOUT IT

12    TO PREVENT CORRUPTION IN ANY MEANINGFUL WAY.  TODAY THEY TALK

13    ABOUT THESE, QUOTE, FIXES AND PRODUCT IMPROVEMENTS, THAT THEY

14    SOMEHOW HELPED CONSUMERS BECAUSE THEY DELETED THE KEYBAG AND

15    ALL THE SONGS YOU MIGHT HAVE PURCHASED FROM SOMEBODY ELSE, AND

16    THEY BLEW UP YOUR DATABASE.  AND WHEN I SAY BLOW UP YOUR

17    DATABASE, I'M NOT TALKING JUST ABOUT YOUR SONGS THAT YOU

18    PURCHASED FROM APPLE, BLEW THOSE UP, TOO, OR SONGS YOU

19    PURCHASED FROM REAL, OR EVEN YOUR FREE SONGS THAT YOU GOT FROM

20    YOUR FRIENDS, FROM THE MP3, EVEN MAYBE SOME STOLEN SONGS THAT

21    YOU HAD FROM COLLEGE AND HAD KEPT THEM AND MOVED THEM AROUND.

22    IT ALSO BLEW UP YOUR FILES, ALL OF YOUR FILES.  IF YOU HAD

23    SPREADSHEETS ON THERE, IF YOU HAD YOUR GREAT NOVEL THAT YOU'D

24    SPENT YEARS WRITING, IT BLEW UP EVERYTHING IF YOU DARED USE A

25    THIRD-PARTY PLAYER.  THAT'S WHAT APPLE DID.  THOSE ARE THE

1    FIXES.

2        NOW, MOST PEOPLE THINK OF FIXES AS BEING MORE ROBUST, THAT

3    YOU LOOK TO GET AROUND A PROBLEM.  BUT THAT'S NOT WHAT THESE

4    TWO PROGRAMS DID THAT WERE INSERTED AT 7.0 AND 7.4 WITH THE

5    ITUNES.

6        SO WE'RE GOING TO TALK FIRST ABOUT DRM TECHNOLOGY, DIGITAL

7    RIGHTS MANAGEMENT.  TO SOME IT HAS A BAD CONNOTATION, AND TO

8    OTHERS IT DOESN'T.  TO THE RECORD LABELS, THEY THOUGHT IT WAS

9    NECESSARY AT THE TIME.

10       IF WE COULD START WITH THE FIRST DOCUMENT.

11            (DEMONSTRATIVE PUBLISHED TO JURY.)

12        **MR. COUGHLIN:**  THE TIME FRAME IS 2002 AT APPLE, AND

13    THIS IS THE OVERVIEW WHEN APPLE IS GETTING TOGETHER JUST

14    BEFORE THEY LAUNCHED THE ITUNES MUSIC STORE.  AND THEY'RE

15    TALKING ABOUT PUTTING TOGETHER -- THIS IS THE DRM TEAM

16    BASICALLY GETTING TOGETHER.

17        AND IF WE GO RIGHT INTO THE DOCUMENT, THE NEXT PAGE, NEXT,

18    THIS IS THE DIGITAL RIGHTS OVERVIEW.  IF WE PULL UP THE FIRST

19    SECTION.

20            (DEMONSTRATIVE PUBLISHED TO JURY.)

21        **MR. COUGHLIN:**  AND PULL THAT OUT SO YOU CAN READ IT.

22        YOU CAN SEE WHAT THEY MEANT AT THE TIME.  AT THE TIME,

23    REMEMBER WE'RE TALKING ABOUT PROTECTING SONGS.  AND AT THE

24    TIME, THEY SAID, WE'RE GOING TO MEET AND -- AND THIS WHOLE DRM

25    TECHNOLOGY IS TO KEEP HONEST PEOPLE HONEST.

1    NOW, YOU WOULD THINK THAT HONEST PEOPLE WOULD BE HONEST.

2    BUT APPLE WAS GOING TO ENSURE WITH THE RECORD LABELS THAT

3    HONEST PEOPLE WERE GOING TO BE HONEST.

4        THE GOAL OF THIS SYSTEM, THIS CONTROL SYSTEM -- I GUESS IN

5    2002 THEY DIDN'T THINK HONEST PEOPLE COULD BE HONEST -- BUT

6    THE GOAL WAS TO KEEP THEM HONEST, AND IT WAS INTENDED -- IT

7    WAS NOT INTENDED, EXPLICITLY NOT INTENDED, TO PREVENT A

8    DILIGENT THIEF FROM STEALING THE MUSIC.  OKAY?  THAT'S WHEN IT

9    FIRST WAS ROLLED OUT.

10        WHAT YOU ALSO DON'T SEE ANYTHING IN HERE IS ABOUT

11    INTEROPERABILITY.  THAT'S A BIG WORD, AND SOMETIMES I HAVE

12    TROUBLE SAYING IT.  BUT APPLE CERTAINLY DIDN'T WANT IT.  BUT

13    THERE'S NOTHING IN HERE WHEN IT'S FIRST ROLLED OUT BEFORE THIS

14    ENORMOUS SUCCESS ABOUT PREVENTING INTEROPERABILITY.  NOTHING

15    AT ALL.

16        WHAT THEY DO, IF WE GO DOWN TWO, RIGHT THERE.

17              (DEMONSTRATIVE PUBLISHED TO JURY.)

18        **MR. COUGHLIN:**  PULL THAT OUT.

19        WHAT WE HAVE IS WE HAVE A MECHANISM THAT BASICALLY

20    ENCRYPTS A FILE, A PROPRIETARY ENCRYPTION OF THE FILE.  THE

21    FILE FORMAT IS UNDERSTOOD BY ITUNES AND QUICKTIME.  YOU'LL SEE

22    THAT AND HEAR THAT THROUGHOUT THIS.  THESE ARE THE PROGRAMS

23    RUNNING ON -- IN APPLE'S SYSTEM.  QUICKTIME HELPS ITUNES SO

24    THAT YOU CAN PLAY BACK YOUR SONGS.  AND YOU'LL GET THESE

25    DOCUMENTS AND YOU'LL BE ABLE TO LOOK AT THEM AND GO THROUGH

1    THEM IN MORE DETAIL.

2        IF WE GO DOWN TO THE BOTTOM, THAT LAST PARAGRAPH THERE.

3            (DEMONSTRATIVE PUBLISHED TO JURY.)

4        **MR. COUGHLIN:**  YOU'LL SEE WITH THIS APPROACH, THE

5    CONSUMER, THE USER, YOU, WOULD NORMALLY NOT BE ABLE TO GET

6    AROUND THESE BARRIERS WITHOUT BEING A PROGRAMMER AND DOING

7    SOME REVERSE ENGINEERING, AND SEEMED LIKE THAT WAS GOING TO BE

8    A BIG PROBLEM AT THE TIME, THAT YOU WERE RUNNING A

9    NON-STANDARD APPLICATION OR FINALLY THAT YOU USED A

10   THIRD-PARTY TO SPECIFICALLY DESIGN SOMETHING TO THWART THE

11   SYSTEM.  THAT WAS THE VIEW AT THE TIME.

12       AT THE -- AT THE TIME THAT THIS CAME OUT WHEN THEY

13   LAUNCHED THE STORE, WITHIN A WEEK, WITHIN FIVE DAYS, THEY SOLD

14   OVER A MILLION SONGS.  IT EXPLODED IN POPULARITY.  AND WE'RE

15   GOING TO WATCH A CHANGE IN THIS TECHNOLOGY, AND WE'RE GOING TO

16   WATCH BARRIERS GO UP.  IN PART, THERE ARE LEGITIMATE, QUOTE,

17   FIXES TO SLOW DOWN THE HACKERS.  AND THERE ARE HACKERS, AND

18   THE RECORD LABELS COMPLAIN ABOUT THEM.  BECAUSE NOBODY

19   UNDERSTOOD THAT HONEST PEOPLE WERE REALLY HONEST BACK THEN AND

20   WOULD PAY FOR THEIR SONGS AS THEY WERE DOING.  AND BY THE END

21   OF 2003, THEY'D SOLD 25 MILLION SONGS.

22       IF WE GO TO THE NEXT DOCUMENT.

23           (DEMONSTRATIVE PUBLISHED TO JURY.)

24       **MR. COUGHLIN:**  AS COMPETITION BEGAN TO COME OUT,

25   STEVE JOBS ASKED INTERNALLY, IN MAY OF 2003, A MONTH -- LESS

 1    THAN A MONTH -- LESS THAN A COUPLE OF WEEKS AFTER THEY'D COME

 2    OUT, HE SAID, "WE NEED TO MAKE SURE THAT WHEN MUSICMATCH

 3    LAUNCHES THEIR DOWNLOAD MUSIC STORE, THEY CANNOT USE IPOD."

 4    ALREADY THE THINKING HAD CHANGED WITHIN WEEKS THAT WE HAD TO

 5    LOCK PEOPLE OUT.

 6        THIS IS THE TECHNOLOGY -- THIS IS A LITTLE LATER IN

 7    TIME -- BUT THIS IS THE TECHNOLOGY THAT WAS FIRST USED.  IT'S

 8    A KEYBAG TECHNOLOGY.  AND THE SAME KEY IS USED TO LOCK AND

 9    UNLOCK THE KEYBAG.  AND THE KEYBAGS ON THE DESKTOP AND THE

10    IPOD ARE IN THE SAME -- SAME TYPE OF CONTAINER.

11        WHAT THIS MEANS, IF YOU COULD STEAL OR GET IN AND TAKE THE

12    KEY THAT WAS ON YOUR DESKTOP, YOUR LOCAL, YOUR LOCAL KEYBAG,

13    THEN YOU COULD RIP THE DRM, THE DIGITAL RIGHTS MANAGEMENT, OFF

14    THE MUSIC AND YOU COULD, QUOTE, SET IT FREE FOR THIEVES.

15        AND WE'RE GOING TO WATCH HOW THAT PROGRESSES, THIS

16    TECHNOLOGY CHANGES OVER TIME AND WHAT'S DONE.

17        AND IF WE SWITCH TO THE NEXT SLIDE.

18            (EXHIBIT PUBLISHED TO JURY.)

19        **MR. COUGHLIN:**  THIS IS A DOCUMENT THAT MS. SWEENEY

20    SHOWED UP FOR A SECOND, AND WHAT I WANT TO TALK ABOUT THIS

21    DOCUMENT IS THE COMPETITORS, REALNETWORKS' HARMONY, GOES TO

22    APPLE WHEN THEY SEE THIS ENORMOUS SUCCESS AND SAY, "HEY, CAN

23    YOU -- CAN WE MAKE IT INTEROPERABLE WITH YOU, OUR TECHNOLOGY,

24    SO PEOPLE CAN BUY FROM OUR STORE AND PLAY ON YOUR IPOD?"  AND

25    APPLE REFUSES THEM AT THE BEGINNING OF 2004.

1   SO REAL HARMONY DOES SOME REVERSE ENGINEERING OF THEIR OWN

2   AND THEY MAKE THEIR HARMONY INTEROPERABLE SO IT TRANSLATES

3   FAIRPLAY DRM, AND SO THAT SONGS PURCHASED AT, YOU SAW, THAT

4   49-CENT LEVEL CAN NOW BE PLACED ON YOUR IPOD.  AND THIS

5   HAPPENS IN JULY OF 2004.

6   AND WHAT DOES APPLE DO?  APPLE IS GOING TO TALK A LOT

7   ABOUT HACKS AND HOW TERRIBLE THEY ARE, BUT THEY HACK INTO REAL

8   HARMONY'S TECHNOLOGY.  AND THEY'RE GOING TO TALK ABOUT IT AT

9   THE END OF IT.  BUT FIRST, THEY HAVE HIGHER QUALITY OF SOUND.

10  THEY FIND OUT THAT THAT IS WHAT REALNETWORKS IS SELLING, 192

11  IS THE HIGHER QUALITY KILOBYTES -- IS A HIGHER QUALITY THAN

12  APPLE'S 128 AT THIS TIME; THAT HARMONY WILL TRANSFER TO THE

13  IPOD, WRITING A VALID -- NOT AN INVALID, NOT A CORRUPT BUT A

14  VALID D3 KEYBAG, THE VERSION THAT WAS -- THEY WERE USING AT

15  THE TIME, AND A VALID IPOD DATABASE.

16  IT WILL ALSO TRANSFER AN AUTHORIZED ITUNES MUSIC STORE

17  SONG ONTO THE IPOD, BUT IT WON'T LET YOU BURN AUTHORIZED

18  ITUNES MUSIC STORE.  IN OTHER WORDS, THERE ARE LIMITS TO THIS

19  TECHNOLOGY.  IT FITS IN WITH WHAT APPLE'S TECHNOLOGY IS.  AND

20  IT EVEN RESTRICTS YOU IN A MORE RESTRICTIVE WAY BUT ALLOWS YOU

21  TO BUY AT ANOTHER STORE AND PLAY ON THIS.

22  IT'S A SIMPLE TEST.  IF WE LOOK DOWN AT 11 AND 12, AND IT

23  SEEMED TO WORK.

24  IF WE GO DOWN TO THE BOTTOM OF THAT DOCUMENT.  RIGHT

25  THERE, DOWN A LITTLE LOWER.

```
 1              (DEMONSTRATIVE PUBLISHED TO JURY.)

 2         MR. COUGHLIN:  RIGHT THERE.

 3      THEY'RE SWITCHING TO SOME NEW TECHNOLOGY HERE, AND IT'S

 4   GOING TO BE AN EMBEDDED KEYBAG.  AND WE'RE GOING TO TALK ABOUT

 5   EMBEDDED KEYBAGS AND RSA TECHNOLOGY.  IT'S GOING TO SOUND

 6   FANCY, RSA TECHNOLOGY.  BUT THEY JUST HAPPEN TO BE THE

 7   INITIALS OF THE INVENTOR OF RSA TECHNOLOGY.

 8      RSA TECHNOLOGY IS THE TECHNOLOGY THAT HAS A PUBLIC AND A

 9   PRIVATE KEYBAG.

10      AND WE'LL GO TO THE NEXT DOCUMENT.

11              (DEMONSTRATIVE PUBLISHED TO JURY.)

12         MR. COUGHLIN:  THIS IS RSA TECHNOLOGY.  THIS

13   TECHNOLOGY THAT APPLE DEVELOPED, AND IT WAS IN PART TO KEEP

14   OUT HACKERS, BUT WHAT WE'VE SEEN IS A PROGRESSION HERE ABOUT

15   WHAT'S HAPPENING AT APPLE.  THEY WANT TO LOCK DOWN THEIR

16   PRECIOUS IPOD.  IPOD SALES ARE GOING THROUGH THE ROOF.  AND

17   THEY DON'T WANT OTHER MUSIC STORES, AS YOU WILL SEE THAT

18   MR. JOBS SAID DON'T LET MUSICMATCH AND OTHERS, AND OTHER

19   COMPETITORS WERE COMING OUT AT THAT TIME, THEY DIDN'T WANT

20   THEM TO BE ABLE TO USE THE IPOD.

21      SO NOW THEY HAVE PUT THEIR PROTECTION, THEIR DRM

22   PROTECTION, IN A PUBLIC AND PRIVATE SYSTEM.  THIS IS VERY

23   SOPHISTICATED AND GOOD TECHNOLOGY TO USE, AND IT DID KNOCK

24   HARMONY OFF FOR A WHILE.  BUT BECAUSE HARMONY WAS NOT STEALING

25   AND STRIPPING, HARMONY WAS ABLE TO REVERSE ENGINEER AGAIN,
```

1   REALNETWORKS, AND PUT THEIR SONGS BACK INTO THE IPOD.

2       THE IPOD IS A NON-TRANSFER DEVICE, YOU'LL HEAR.  ACTUALLY

3   APPLE LIKENS IT TO THE ROACH MOTEL, THINGS GO IN, THEY DON'T

4   COME OUT.  AND THAT'S WHAT THIS ENSURED.  THIS TECHNOLOGY,

5   WHEN THEY GOT TO THIS POINT, THIS TECHNOLOGY ENSURED THAT THAT

6   OCCURRED.

7       NEXT.

8                   (DEMONSTRATIVE PUBLISHED TO JURY.)

9       **MR. COUGHLIN:**  AT THE TIME, APPLE SAID, INTERNALLY AT

10  LEAST, AFTER THEY HAD CALLED THEM HACKERS, THEY SAID A SIDE

11  EFFECT IS THAT REAL WILL BREAK WHEN THEY ISSUED THIS

12  TECHNOLOGY IN OCTOBER 2004, AND IT DID.  AND THEN WE HEARD

13  THAT HARMONY REVERSE-ENGINEERED NEXT AND CAME BACK.

14                  (DEMONSTRATIVE PUBLISHED TO JURY.)

15      **MR. COUGHLIN:**  THIS IS A SECURITY FIRM THAT APPLE

16  HIRED IN 2004.  AT LEAST THAT'S WHEN WE KNOW THAT THEY WERE

17  HIRED.  THEY MAY HAVE BEEN HIRED A LITTLE EARLIER.  OKAY.  AND

18  THE SECURITY FIRM IS CLOAKWARE.  AND THEY DO SECURITY.  IN

19  OTHER WORDS, YOU CAN SEE WITH THE SUCCESS OF WHAT APPLE IS

20  DOING, ALMOST LIKE A BASEBALL PLAYER ON STEROIDS, OR POPEYE,

21  THEY'RE BLOWING UP AND MAKING THE SECURITY OF THE SYSTEM

22  10 TIMES, 20 TIMES, 30 TIMES BETTER TO PROTECT SO THAT -- AND

23  KEEP OUT PEOPLE FROM COMING IN.  IT ALSO -- THEY'RE ALSO

24  RESPONDING TO HACKERS WHEN THEY DO THAT, SOME OF THESE

25  TECHNOLOGY UPDATES, AND WE'LL SEE THAT, TOO.

1    BUT TAKE A LOOK.  THIS SECURITY FIRM TAKES A LOOK AT THE

2    VULNERABILITY OF 4.7, THE EMBEDDED KEYBAG, THE PUBLIC AND

3    PRIVATE.  AND THEY SAY, HEY, IT'S A THREAT OF BUILDING AN

4    INDEPENDENT CLIENT THAT INTEROPERATES WITH THE IPAD OR

5    AIRTUNES.  THAT WAS A THREAT TO THEM THAT A CLIENT -- THAT A

6    COMPETITOR WOULD INTEROPERATE WITH THE IPOD OR AIRTUNES.

7        AND LET'S TAKE A LOOK AT WHAT THEY RECOMMENDED THAT THEY

8    DO.

9            (DEMONSTRATIVE PUBLISHED TO JURY.)

10        **MR. COUGHLIN:**  THEY RECOMMENDED THAT THE -- BECAUSE

11   THE RSA PUBLIC KEY, WE SAW THAT ON YOUR LOCAL DESKTOP BECAUSE

12   YOU HAVE YOUR COMPUTER RUNNING RIGHT THERE AND YOU CAN RUN

13   PROGRAMS ON IT, OKAY -- THAT YOU COULD REVERSE ENGINEER THAT,

14   OKAY, AND BE ALLOWED TO INJECT, LIKE HARMONY WAS, INJECT SONGS

15   ONTO THE IPOD.

16        THEY -- THEY SUGGESTED TWO POTENTIAL IMPROVEMENTS.  THEY

17   SUGGESTED A SECURE LOADER TO PROTECT AGAINST STATIC ANALYSIS

18   AND AN RSA WHITE BOX.  THOSE TWO SUGGESTIONS TO OBSCURE THAT

19   DESKTOP KEY, THAT DESKTOP KEYBAG, OKAY, THOSE ARE NOT WHAT

20   THEY END UP DOING.  THEY END UP DELETING YOUR KEYBAG SO YOU

21   CAN'T PLAY ANY OF YOUR DRM SONGS.

22        AND WE'LL TAKE A LOOK -- CAN WE TAKE A LOOK AT THE NEXT

23   DOCUMENT.

24            (DEMONSTRATIVE PUBLISHED TO JURY.)

25        **MR. COUGHLIN:**  AT THE SAME TIME THIS IS GOING ON,

```
1   LET'S TAKE A LOOK WHAT'S GOING ON WITH THE HACKERS.  OKAY.

2       THEY'VE GOT THIS HACKER OUT THERE, PYMUSIQUE, AND THE

3   RECORD COMPANIES HAVE ASKED ABOUT PYMUSIQUE THERE.  AND THEY

4   SAY, HEY, WE'VE DECIDED NOT TO BUILD PUSH-AND-BUILD AS TO THE

5   HACKERS.  OKAY.  LET'S SEE, LET'S TRACK THEM.  BECAUSE NOW

6   THEY CAN TRACK THEM.  LET'S TRACK THEM AND SEE HOW MANY THERE

7   ACTUALLY ARE.

8       NOW, REMEMBER AT THE END OF 2003, WE'D SOLD 25 MILLION

9   SONGS.  NOW WE'RE IN 2005.  AND SO WE'VE SOLD TEN AND TENS AND

10  TENS OF MILLIONS OF SONGS.  OKAY.  THAT WILL GIVE US SOME AMMO

11  WHEN THE LABELS COME ASKING ABOUT THE HACKERS.  BECAUSE APPLE

12  IS SELLING SONGS IN THE MILLIONS.

13      NEXT.

14          (DEMONSTRATIVE PUBLISHED TO JURY.)

15      MR. COUGHLIN:  THEY FOUND OUT THAT THIS PYMUSIQUE

16  THAT THE LABELS KEEP ASKING THEM ABOUT IS AT 259 USERS, NOT

17  EVEN A FRACTION OF A FRACTION OF A FRACTION OF THE MILLIONS

18  AND MILLIONS AND TENS OF MILLIONS OF SONGS THAT THEY'VE SOLD.

19      NEXT.

20          (DEMONSTRATIVE PUBLISHED TO JURY.)

21      MR. COUGHLIN:  BUT THEY'RE UPGRADING THE SECURITY.

22  AND THEY BEEF UP THEIR SECURITY.  THIS IS A DOCUMENT FROM

23  CLOAKWARE, ANOTHER CLOAKWARE DOCUMENT, IN APRIL OF 2005.

24      AND THIS IS RIGHT AROUND THE TIME -- HERE'S -- HERE'S WHAT

25  THEY'RE DOING WITH THE HACKERS.  THEY'RE ADDRESSING TWO
```

1    CLASSES OF ATTACKS ON ITUNES MUSIC STORE, PYMUSIQUE WHICH

2    INTERCEPTS A SONG, OKAY, AND JHYMN WHICH IS -- I'M GOING TO

3    JUST CALL THEM A DESKTOP STRIPPER.  THEY PULL OFF THE DRM

4    RIGHT OFF IT, AND BOTH OF THOSE SET THE MUSIC FREE SUPPOSEDLY

5    FOR THE THEFT THAT THE RECORD COMPANIES ARE WORRIED ABOUT.  OF

6    COURSE WE KNOW THEY DIDN'T EVER HAVE TO HAVE THIS ON BECAUSE

7    TODAY WE DON'T EVEN HAVE DRM TECHNOLOGY.  IT GOES AWAY FROM

8    THE MUSIC, IT'S FREED UP AT LEAST BY 2009.

9        SO THEY MAKE -- THEY MAKE DECISIONS HERE.  AND WHAT DO

10   THEY DO?  THEY SAY, OKAY, WE'RE GOING TO -- ALL THE THINGS IN

11   THE BOTTOM PARAGRAPH, AND SADLY WE'RE GOING TO TALK ABOUT THEM

12   IN SOME DETAIL BECAUSE WE'RE GOING TO TALK ABOUT HOW THEY

13   OBFUSCATED THE PUBLIC AND PRIVATE KEYBAG, HOW THEY DID SOME

14   MORE DIVERSITY AND GRANULARITY, AND THAT THEY DID SOME OTHER

15   THINGS TO BASICALLY IMPEDE THE PROCESS OF STEALING THESE SONGS

16   BY THE HACKERS.

17       IF WE GO TO THE NEXT.

18           (DEMONSTRATIVE PUBLISHED TO JURY.)

19       MR. COUGHLIN:  NOW, LUCKILY WE'LL HAVE SOME ENGINEERS

20   TALKING ABOUT THAT IN A BETTER -- IN A WAY THAT WE SHOULD ALL

21   BE ABLE TO UNDERSTAND IT, BUT THEY ARE GOING TO GET INTO SOME

22   DETAIL AND SO WE HAVE TO PAY ATTENTION.

23       IN THE NEXT GENERATION, IN THE 6.0, JUST BEFORE WE GET TO

24   THE KVC AND DVC, THEY COME UP WITH A FIX TO STOP THOSE

25   HACKERS.

```
 1       NEXT.
 2                  (DEMONSTRATIVE PUBLISHED TO JURY.)
 3           MR. COUGHLIN:   THE TRANSFORMATION FOR THE SONGS OR
 4   THE TAKING OFF OF THE ENCRYPTION AND REENCRYPTING IT WAS DONE
 5   AT THE DESKTOP LEVEL WITH THE IPOD SYNC.  AND THIS IS THE
 6   ARCHITECTURE.  AND YOU'RE GOING TO HAVE THIS BACK THERE AND
 7   YOU CAN TAKE A LOOK AT IT AND FOLLOW IT AROUND.
 8       THEY CHANGED THAT.
 9       NEXT.
10                  (DEMONSTRATIVE PUBLISHED TO JURY.)
11           MR. COUGHLIN:   SO THAT THE -- THERE'S NO
12   TRANSFORMATION HAPPENING AT THE DESKTOP, IT'S NOW GOING TO
13   HAPPEN UP AT THE SERVER.  SO THAT IT'S ALWAYS PROTECTED, THE
14   SONG WHEN IT FINALLY COMES DOWN, IS ALWAYS PROTECTED.  AND
15   THAT CERTAINLY DOES SLOW DOWN THE HACKERS.
16       OF COURSE, ALL THIS TIME, REAL HARMONY'S NETWORKS --
17   REALNETWORKS' HARMONY IS WORKING AND OPERATING WHEN THEY PUT
18   THIS FIX IN.
19       SO WHAT HAPPENS NEXT?
20                  (DEMONSTRATIVE PUBLISHED TO JURY.)
21           MR. COUGHLIN:   I'M GOING TO GET A DRINK OF WATER IS
22   WHAT IS GOING TO HAPPEN RIGHT NEXT.
23       MS. SWEENEY SHOWED YOU THIS DOCUMENT.  WHAT HAPPENS IS
24   MORE COMPETITORS COME INTO THE MARKET.  THE MEDIA --
25       AND LET'S SEE, GO DOWN TO THE BOTTOM, IN THE MIDDLE OF THE
```

```
 1    DOCUMENT.

 2              (DEMONSTRATIVE PUBLISHED TO JURY.)

 3         MR. COUGHLIN:  THIS IS WHAT MS. SWEENEY TALKED ABOUT

 4    WHEN NAVIO COMES ON TO THE MARKET, OKAY?  THEY'RE GOING TO BE

 5    A COMPETITOR.  THEY'RE GOING TO DO WHAT REALNETWORKS DOES.

 6         NOW TO THE TOP OF DOCUMENT.

 7         AND THIS IS WHAT STEVE JOBS IS GOING TO REACT TO.  AND NOW

 8    THE TIMING OF THIS IS REALLY IMPORTANT.  "WE MAY NEED TO

 9    CHANGE THINGS HERE."

10         NEXT.

11              (DEMONSTRATIVE PUBLISHED TO JURY.)

12         MR. COUGHLIN:  HE SAYS THAT TO BASICALLY JEFF ROBBIN,

13    AND JEFF ROBBIN GETS IT.  HE SAYS, "HEY" -- IN THIS INSTANT

14    CHAT WITH THE GUY THAT THEY'VE HIRED, MR. FARRUGIA, HE SAYS,

15    "HEY, WE MAY NEED TO LOCK DOWN THE KEYBAG."  THEY'RE GOING TO

16    LOCK DOWN THE KEYBAG.  IS IT GOING TO BE IN RESPONSE TO

17    CORRUPTION?  NO, IT'S GOING TO BE A MANDATE FROM THE TOP

18    BECAUSE THERE ARE MORE COMPETITORS COMING ON THE MARKET WITH

19    REAL, TO JOIN REAL.  OKAY.

20         AND MR. FARRUGIA, WHO'S A SECURITY EXPERT -- THEY WENT OUT

21    AND HIRED A SECURITY EXPERT TO COME IN AND BEEF UP THEIR

22    SYSTEM, OKAY, AND WHAT'S HE DOING?  HE SAYS IT'S A VERY SIMPLE

23    MECHANISM.  SO LET'S TAKE A LOOK AT WHAT HE PROPOSED.  THIS IS

24    IN NOVEMBER 2005.

25              (DEMONSTRATIVE PUBLISHED TO JURY.)
```

1    **MR. COUGHLIN:**  WITHIN DAYS -- OF COURSE IF YOU GOT AN

2    EMAIL FROM STEVE JOBS TO JEFF ROBBIN, AND JEFF ROBBIN CALLED

3    UP THE ENGINEER, YOU GET ACTION PRETTY QUICK.

4        IF WE GO DOWN.

5            (DEMONSTRATIVE PUBLISHED TO JURY.)

6        **MR. COUGHLIN:**  WITHIN THREE DAYS, WE GET SOME ACTION.

7    AND WHAT DO WE FIND OUT?

8        IF YOU GO TO THE TOP OF THAT DOCUMENT.

9            (DEMONSTRATIVE PUBLISHED TO JURY.)

10       **MR. COUGHLIN:**  WHAT'S THE PROBLEM?  THE PROBLEM HERE

11   IS THAT THE SECURITY FLAW ALLOWS -- CREATES GENUINE DRM

12   MATERIAL.  IN OTHER WORDS, THE INJECTION THAT THEY'RE STOPPING

13   FROM THESE COMPETITORS IS CREATING GENUINE DRM MATERIAL,

14   PROTECTED MATERIAL, PROTECTED MATERIAL THAT THE -- THAT THE

15   RECORD COMPANIES HAVE LICENSED.  AND YOU'RE GOING TO SEE A

16   RECORD COMPANY EXECUTIVE COME IN AND TALK ABOUT HOW THEY

17   LICENSED, THEY WERE LICENSING DIFFERENT PEOPLE LIKE

18   REALNETWORKS AND NAVIO.

19       AND THE LABELS WANTED APPLE TO ALLOW THIS TO HAPPEN, TO

20   ALLOW INTEROPERABILITY.  AND APPLE SAID NO, TAKE A HIKE.

21       AND WHAT THEY -- AND WHAT THEY'RE TALKING ABOUT IN THIS

22   DOCUMENT OF THE PROBLEM IS, IS THAT THE KEY MATERIAL IS

23   INJECTED INTO THE IPOD KEYBAG AND CAN NO LONGER BE IDENTIFIED

24   OR REMOVED.  IT'S NOT CORRUPTED.  IT CAN'T EVEN BE IDENTIFIED.

25   IT'S A SONG JUST LIKE ANY OTHER SONG ON THEIR IPOD.

1    HE SUGGESTS SEVERAL WAYS TO GET RID OF IT.  OKAY.  FIRST

2    HE SUGGESTS SIGNING EVERY SONG.  BUT THE IPOD DOESN'T HAVE

3    MUCH ENERGY.  SO HE SAYS -- AND THAT'S THE FIRST SOLUTION THAT

4    HE COMES UP WITH.

5        HE COMES UP WITH A SECOND SOLUTION.  AND THE SECOND

6    SOLUTION IS TO -- IS NOT TO SOMEHOW REMOVE THE CORRUPTION.

7    THE SECOND SOLUTION THAT HE COMES UP WITH IS -- IS TO ADD A

8    CHANGE TO THE IPOD FAIRPLAY ARCHITECTURE.

9        NEXT.

10       GO ON DOWN ON THAT.  NEXT PAGE.

11              (DEMONSTRATIVE PUBLISHED TO JURY.)

12          **MR. COUGHLIN:**  BASICALLY HE SAYS THE REMOVAL OF THE

13   INJECTED DRM KEY MATERIAL IS CRUCIAL BECAUSE THE ATTACKERS USE

14   INJECTION TO FORGE GENUINE FALSE CONTENTS.  OKAY?  THAT

15   DOESN'T REALLY MAKE SENSE.  IF IT'S GENUINE FALSE CONTENTS,

16   WHY IS IT CRUCIAL TO REMOVE IT?

17       BUT I'LL TELL YOU THIS IS AN ENGINEER.  HE DOESN'T SUGGEST

18   THAT THEY, YOU KNOW, ERASE THOSE SONGS.  HE SAYS, WE SUGGEST

19   DISINFECTION BUT TO IMPLEMENT AN ARCHITECTURE TIME STAMP, KIND

20   OF A LEGACY TIME STAMP.  IN OTHER WORDS, IF SOMEBODY IS GOING

21   TO GO OUT AND PURCHASE SONGS FROM SOMEBODY ELSE AND TRY TO

22   PLAY THEM ON THEIR IPOD, YOUR IPOD, THEY THINK THAT THEY STILL

23   OWN YOUR IPOD AND THEY WANT TO TELL YOU WHAT SONGS THAT YOU

24   CAN PLAY ON IT, THEN THIS WILL PREVENT THAT AND YOU WON'T BE

25   ABLE TO DO THAT.

1        AND THOSE ARE THE SOLUTIONS WITHIN DAYS THAT HE COMES UP

2    WITH.

3        NEXT.

4        NEXT DOCUMENT.

5                    (DEMONSTRATIVE PUBLISHED TO JURY.)

6            **MR. COUGHLIN:**  NEXT DOCUMENT.

7                    (DEMONSTRATIVE PUBLISHED TO JURY.)

8            **MR. COUGHLIN:**  THIS IS ONE OF THE MOST IMPORTANT

9    DOCUMENTS THAT YOU'RE GOING TO SEE IN THIS CASE.  THIS IS THE

10   FAIRPLAY NEXT GENERATION DOCUMENT.  THIS IS THE DOCUMENT

11   THAT'S WRITTEN BY THE SECURITY EXPERT THAT COMES IN THAT APPLE

12   HIRES.  OKAY.  AND HE TALKS ABOUT THESE CHANGES AND WHY

13   THEY'RE MADE.  OKAY?

14       AND THIS IS -- AND WHAT WE'VE BEEN TALKING ABOUT HERE IS

15   THE KEYBAG VERIFICATION.  AND THAT'S THE FIRST CHANGE THAT

16   COMES IN AT THE END OF 2006, THE BEGINNING OF THE CLASS

17   PERIOD.  OKAY?

18                   (DEMONSTRATIVE PUBLISHED TO JURY.)

19           **MR. COUGHLIN:**  HE SAYS THE INTERNAL SECURITY

20   VALIDATION PROCESS OF THE CURRENT IPOD SECURITY SHOWS THAT THE

21   SECURITY ARCHITECTURE HAS SEVERAL FLAWS.  A FLAW, AN

22   INTEROPERABILITY FLAW, IS REALLY WHAT HE'S SAYING HERE.  THE

23   INJECTION IS USED TO ADD DRM TO SONGS, PROTECTION.  THE

24   INJECTION USES THE MAN IN THE MIDDLE.  I DON'T KNOW IF IT'S

25   QUITE MAN IN THE MIDDLE BECAUSE REALNETWORKS AND HARMONY WERE

```
 1    A LITTLE OUTSIDE.  BUT HE CALLS IT THE MAN IN THE MIDDLE.  THE

 2    KEY -- THE KEY MATERIAL IS INJECTED IN THE IPOD, THE KEYBAG,

 3    AND CAN NO LONGER BE IDENTIFIED AND NO LONGER REMOVED.

 4    BECAUSE IT'S THE SAME.  HE DOESN'T TALK ABOUT CORRUPTION.

 5        BUT HE GOES DOWN.  THERE'S SEVERAL WAYS TO STOP THESE

 6    INJECTIONS.  AND THE ERADICATION OF THE INJECTION CAN ONLY BE

 7    DONE WITH CONSTRAINT FOR THE USER EXPERIENCE.

 8        HE KNOWS THAT YOU COULD REALLY IMPACT THE USER EXPERIENCE

 9    IF YOU DO SOME OF THE THINGS THEY END UP DOING.

10        NEXT.

11            (DEMONSTRATIVE PUBLISHED TO JURY.)

12        MR. COUGHLIN:  AND SO HE TALKS ABOUT THE INJECTION.

13    STOPPING THE INJECTION WILL IMPLY AN UPGRADE IN PROCESS.

14    OKAY?  EITHER FOR THE ITUNES OR THE IPODS.  BUT IT'S GOING TO

15    DOWNGRADE THE USER EXPERIENCE.  THAT'S WHAT HE WRITES AT THE

16    TIME.  NOT THAT IT'S GOING TO UPGRADE THE USER EXPERIENCE

17    BECAUSE WE'RE GOING TO GET RID OF SOME CORRUPTION, BUT IT'S

18    GOING TO DOWNGRADE THE USER EXPERIENCE.

19        NEXT.

20            (DEMONSTRATIVE PUBLISHED TO JURY.)

21        MR. COUGHLIN:  UNLESS THERE BE ANY QUESTION ABOUT WHO

22    THEY WERE TARGETING, IF YOU TAKE A LOOK AT THE LAST SENTENCE,

23    THIS KEY TRANSLATION CREATES A WELL-KNOWN FLAW ALREADY

24    EXPLOITED BY REAL TO DRM THEIR MUSIC TO BE COMPATIBLE FOR IPOD

25    IMPLEMENTATION OF FAIRPLAY.
```

1    THAT'S WHAT THEY ARE TALKING ABOUT AT THE TIME THAT THEY

2    IMPLEMENT THIS KEYBAG LEGACY WHERE THEY BLOW UP YOUR KEYBAG

3    AND YOU CAN'T PLAY ITUNES SONGS UNLESS YOU GO RESYNC.  AND

4    THEY ERASE -- YOU CAN'T PLAY ANY OF YOUR OTHER DMR -- DRM

5    SONGS.

6        NEXT.

7            (DEMONSTRATIVE PUBLISHED TO JURY.)

8        **MR. COUGHLIN:**  SO WE'VE BEEN TALKING ABOUT THE KEYBAG

9    VERIFICATION.  OKAY?  AND WE SAW HOW QUICKLY THAT HAPPENED.

10   WITHIN DAYS THERE WAS A PLAN AFTER JOBS TALKS TO ROBBIN,

11   ROBBIN TALKS TO FARRUGIA, BOY, THEY GOT A PLAN.  NOT TO

12   RESPOND TO CORRUPTION.  YOU DIDN'T SEE THEM RESPONDING THAT

13   QUICK TO THE HACKS.  OKAY?  TO THE HACKS, THEY SAID WE'LL TAKE

14   OUR TIME AND LET'S SEE HOW MANY THEY ARE.

15       AND WHAT -- AND THE MARKET FORCES COME INTO PLAY HERE.

16       IF WE CAN BLOW THAT UP.

17           (DEMONSTRATIVE PUBLISHED TO JURY.)

18       **MR. COUGHLIN:**  NOW IN FEBRUARY 2006, AND WHAT'S

19   HAPPENING THEN?  THEY HEAR FROM THE *WALL STREET JOURNAL*

20   ARTICLE THAT AMAZON, WITH 55 MILLION ACTIVE CUSTOMERS, IS

21   COMING OUT.  AND THAT -- AND APPLE WRITES THAT IT'S A

22   SIGNIFICANT THREAT, A SIGNIFICANT THREAT TO THE IPOD AND

23   ITUNES.  OKAY?  A COMPETITIVE THREAT.

24       AND IF YOU SEE ON THE BOTTOM HERE, WE SEE IN THE FIGURES

25   THAT APPLE HAS, AS FAR AS THE MUSIC STORE, 80 PERCENT, IPODS,

1    80 PERCENT.  BUT THE PLAYER MARKET, OKAY, IS A LITTLE

2    DIFFERENT STORY.  ITUNES AT 17 PERCENT, REALPLAYER AT

3    13 PERCENT.

4        IN RESPONSE TO THIS, WITHIN WEEKS OF THIS INFORMATION

5    COMING OUT -- NEXT -- WE SEE THE DEVELOPMENT OF THE DATABASE

6    BLOW UP.  OKAY?

7            (DEMONSTRATIVE PUBLISHED TO JURY.)

8        MR. COUGHLIN:  NOW WE JUST BLEW UP THE KEYBAG IF YOU

9    PUT DRM SONGS ON IT.  BUT THAT'S NOT ENOUGH.  BECAUSE NOW THEY

10   SEE THAT AMAZON IS GOING TO COME OUT, AND THEY'RE GOING TO

11   SELL DRM-FREE SONGS.  AND SO SOMEBODY CAN USE THEIR

12   THIRD-PARTIED JUKEBOX, THEIR PLAYER, IF YOU LIKE TO, IF YOU

13   WANT TO, ON YOUR -- BECAUSE YOU'VE ALWAYS BEEN ABLE TO USE A

14   NUMBER OF PLAYERS ON YOUR IPODS.  OKAY?

15       BUT NOW A NEW COMPETITIVE THREAT IS COMING INTO THE

16   MARKET.  OKAY?  SO WE GET INVOLVED.  THE ENGINEERS.  WE GET

17   INVOLVED, MR. AUGUSTIN FARRUGIA, THE ENGINEER I WAS TALKING

18   ABOUT WHO CAME UP IMMEDIATELY WITH THAT KEYBAG, AND WE GET HIM

19   INVOLVED.  AND WHAT DO WE DEVELOP?

20       NEXT.  BLOW THAT UP.

21            (DEMONSTRATIVE PUBLISHED TO JURY.)

22       MR. COUGHLIN:  THIS IS THE IPOD DATABASE

23   VERIFICATION.

24       SO WE DEVELOP A PROGRAM, AND IT TALKS ABOUT -- AND WE'LL

25   GO INTO THERE IN A LITTLE MORE DETAIL, AND WE'LL LET THE

```
 1    ENGINEERS DO IT FOR YOU SO YOU'LL ACTUALLY SEE THE EVIDENCE.

 2    THEY DEVELOPED A PROGRAM THAT YOU CAN IDENTIFY EVERYTHING IN

 3    THE DATABASE TO SEE IF IT CAME FROM APPLE, OR YOU CAN SIGN THE

 4    WHOLE DATABASE.  OKAY?

 5       HE PROPOSES TWO THINGS.  HE DOESN'T PROPOSE WHAT THEY

 6    SHOULD DO.  BUT, AGAIN, IT'S TO PREVENT INJECTION.  OKAY?

 7    THAT'S DIFFERENT FROM STRIPPING.  THAT'S DIFFERENT FROM

 8    INTERCEPTING.  THAT'S DIFFERENT FROM STEALING.  THEY WANT TO

 9    PREVENT INJECTION ONTO THE IPOD.  OKAY?

10       SO WHAT --

11       NEXT.

12                   (DEMONSTRATIVE PUBLISHED TO JURY.)

13         MR. COUGHLIN:  AND THIS IS -- AND THIS IS WHAT

14    THEY'RE -- AND THIS IS HOW THEY DO IT.  YOU CAN -- IF THE MACS

15    ARE NOT EQUIVALENT, THE DATABASE OR THE SONG IS INVALID AND

16    CANNOT BE PLAYED OR USED.  THAT'S WHAT THIS PROGRAM, THIS DVC,

17    THAT'S WHAT THEY DEVELOPED.

18       NEXT.

19                   (DEMONSTRATIVE PUBLISHED TO JURY.)

20         MR. COUGHLIN:  AND THAT'S AT APRIL 2006.

21       NOW THERE'S MORE INFORMATION ABOUT COMPETITORS COMING OUT

22    AND UNLOCKING THE IPOD.

23       NEXT.

24                   (DEMONSTRATIVE PUBLISHED TO JURY.)

25         MR. COUGHLIN:  SO THEY'RE TALKING ABOUT IMPLEMENTING
```

 1    THIS IN 2006.  IT ACTUALLY GOES IN THE -- UP IN THE FIRMWARE

 2    AND SOFTWARE OF 7.0.  THIS IS THE DATABASE VERIFICATION

 3    BLOWUP.  AND MR. FARRUGIA, AUGUSTIN, HE SAYS HE'S WATCHING

 4    THIS HAPPEN, YOU KNOW, AS HIS ENGINEER DEVELOPED THIS.  AND HE

 5    SAYS, HEY, ONE OF THE CONSEQUENCES OF SIGNING THE WHOLE

 6    DATABASE IS THE LOST (SIC) OF GRANULARITY.  WELL, THAT'S NOT A

 7    SECURITY UPGRADE.  IF YOU LOSE THE GRANULARITY, THAT'S A

 8    SECURITY DOWNGRADE, OKAY.

 9        AND BLOW THAT WHOLE PARAGRAPH UP.  PULL THAT SECOND ONE

10    OUT.

11              (DEMONSTRATIVE PUBLISHED TO JURY.)

12         **MR. COUGHLIN:**  IS THE IPOD BEHAVIOR -- IN THE IPOD

13    BEHAVIOR.  IN OTHER WORDS, IF THE IPOD DETECTS AN ERROR IN THE

14    DATABASE, WE WILL NEED TO REJECT THE DATABASE INSTEAD OF

15    REJECTING A SINGLE TRACK.

16        THAT'S WHAT YOU WOULD DO IF IT WAS CORRUPTION.  BUT, NO.

17    LET'S SEE WHAT -- LET'S SEE WHAT THE GUY IN CHARGE OF THE IPOD

18    IN IMPLEMENTING THIS, LET'S SEE WHAT HIS MARCHING ORDERS WERE.

19        IF WE GO TO THE FIRST PARAGRAPH.

20        THE TOP OF THAT OTHER DOCUMENT.  RIGHT THERE.

21              (DEMONSTRATIVE PUBLISHED TO JURY.)

22         **MR. COUGHLIN:**  NO.  HIS GOALS HAD BEEN COMMUNICATED

23    TO ME GO WELL WITH THE IDEA OF REJECTING THE ENTIRE DATABASE.

24    YOU WANT TO USE A THIRD-PARTY PLAYER ON YOUR APPLE, YOUR WHOLE

25    DATABASE DISAPPEARS, IS BLOWN UP.  NOT ONLY YOUR SONGS, THEIR

1    SONGS, YOUR SONGS, YOU HAVE TO RESYNC WITH THEM TO GET THEIR

2    SONGS BACK, YOU NEVER GET YOUR SONGS BACK, ALL OF YOUR FILES

3    ARE GONE.  ANYTHING ELSE THAT YOU PUT ON THAT DATABASE IS

4    GONE.  THERE IS NO DATABASE.  THERE'S A DATABASE BUT IT'S

5    EMPTY.  OKAY?  AND YOU CAN'T GET ANYTHING OUT OF IT.  IT'S ALL

6    DELETED.

7        NEXT.

8            (DEMONSTRATIVE PUBLISHED TO JURY.)

9        **MR. COUGHLIN:**  THIS IS THAT DOCUMENT I SAID.  IT'S SO

10   INTERESTING.  THIS IS FARRUGIA'S DOCUMENT.  THIS IS WHERE HE

11   KEEPS TRACK OF THE UPDATES AND WHAT HE'S DOING.  AND HE TALKS

12   ABOUT THE IMPLEMENTATION OF THE IPOD DATABASE INTEGRITY.

13   OKAY?

14       LOOK AT THE LAST SENTENCE THERE.  WHEN HE'S TALKING ABOUT

15   WHAT TO DO AND HOW TO DO IT, HE TALKS ABOUT THE INTEGRITY WILL

16   ALLOW DISREGARDING THE COMPROMISED CONTENT AND NOT THE WHOLE

17   LIBRARY.  WHO'S GOING TO BLOW UP THE WHOLE LIBRARY, YOU KNOW?

18   THAT'S WHAT THEY END UP DOING, BUT THAT'S NOT THE SUGGESTION

19   THAT'S MADE AT THE TIME, OR EVEN THOUGHT ABOUT MR. FARRUGIA.

20       YES, YOU COULD HAVE DONE IT BY WHAT MR. SCHULTZ DEVELOPED,

21   OKAY, BUT THEY WERE TRYING TO FIGURE OUT -- OR THE ENGINEERS

22   WERE TRYING TO FIGURE OUT HOW TO DO IT WITHOUT DOING THAT.

23   BUT DIFFERENT ORDERS CAME IN.

24       NEXT.

25            (DEMONSTRATIVE PUBLISHED TO JURY.)

1      **MR. COUGHLIN:**  A USER WHO RESTORES THE IPOD WOULD

2   LOSE ALL CONTENT ON THE IPOD INCLUDING THE MUSIC CONTENT

3   PURCHASED OR OBTAINED FROM THIRD PARTIES.  INTERNALLY, THEY

4   WRITE, HEY, LET'S NOT TELL THE USER THE REAL ERROR.  WE DON'T

5   WANT TO DO THAT.  WE DON'T WANT TO TELL THEM WHAT WE'VE JUST

6   DONE.  WE'LL GIVE THEM AN ERROR SCREEN THAT THE ITUNES CANNOT

7   READ THE CONTENTS OF THE IPOD.

8      WELL, THEY KNOW YOU CAN'T READ THE I -- THE CONTENTS.

9   THEY KNOW WHAT THEY DID TO YOUR IPOD.  THEY BLEW UP YOUR

10   DATABASE.  BUT THEY GIVE YOU A FALSE ERROR MESSAGE AND TELL

11   YOU TO GO RESYNC.  AND THEN YOU'RE TOLD WHEN YOU RESYNC YOU

12   WON'T HAVE ANYTHING ELSE IN YOUR DATABASE.

13      LADIES AND GENTLEMEN, WE'RE GOING TO HAVE TO GO INTO SOME

14   DETAIL TO PROVE THAT THESE WEREN'T PRODUCT IMPROVEMENTS, THAT

15   THESE WERE ACTUALLY DOWNGRADES, AND THAT'S WHAT WE INTEND TO

16   DO WITH THE KVC AND DVC.  THERE'S ALL KINDS OF OTHER THINGS

17   FLOATING AROUND OUT THERE ABOUT, HEY, WAS THE SCREEN BETTER,

18   WAS IT FASTER, WAS IT SLICKER, WAS IT BETTER LOOKING, WERE THE

19   PIXELS BETTER, OR THINGS LIKE THAT.  THAT'S NOT WHAT'S AT

20   ISSUE HERE.  THAT'S NOT WHAT WE'RE CHALLENGING HERE.

21      WE'RE SAYING THAT THESE TWO FIRMWARE AND SOFTWARE

22   UPGRADES, THE KVC AND THE DVC, ACTUALLY DOWNGRADED THE NEW

23   IPODS.  OF COURSE THE IPODS WERE FASTER, BETTER LOOKING,

24   SLEEKER.  WE'RE -- WE REPRESENT APPLE CONSUMERS.  WE BOUGHT

25   THE IPODS.  OKAY?  WE REPRESENT APPLE RESELLERS.  YOU'RE GOING

1    TO HEAR FROM MR. RIEGEL, KEN RIEGEL, STANDING BACK HERE, HE'S

2    A RESELLER.  YOU'RE GOING TO HEAR HIS EXPERIENCE WITH APPLE,

3    AND HE HAS A STORE FOR ALL THOSE YEARS, THE YEARS THAT SOLD

4    THOSE PRODUCTS.

5        BUT THIS IS WHAT THEY DID TO THE CONSUMERS, AND IT COST

6    THE CONSUMERS AND THE RESELLERS HUNDREDS OF MILLIONS OF

7    DOLLARS.

8        THANK YOU.

9            THE COURT:  LADIES AND GENTLEMEN, LET'S GO AHEAD AND

10   TAKE OUR FIRST BREAK.  JUST A REMINDER NOT TO TALK ABOUT

11   ANYTHING THAT YOU'VE HEARD HERE IN THE COURTROOM.  ENJOY YOUR

12   SNACKS.  WE'LL CALL YOU IN 15 MINUTES.

13       (THE FOLLOWING PROCEEDINGS WERE HEARD OUT OF THE PRESENCE

14   OF THE JURY:)

15           THE COURT:  ALL RIGHT.  THE RECORD WILL REFLECT THAT

16   THE JURY IS GONE.

17       LADIES AND GENTLEMEN.  SET YOUR WATCHES.  10:08 IS WHAT MY

18   COMPUTER READS.  WE WILL BE BACK ON THE RECORD IN 15 MINUTES.

19       (RECESS TAKEN AT 10:08 A.M.; PROCEEDINGS RESUMED AT 10:23

20   A.M.)

21       (THE FOLLOWING PROCEEDINGS WERE HEARD IN THE PRESENCE OF

22   THE JURY:)

23           THE COURT:  EVERYONE CAN BE SEATED.  WE'RE BACK ON

24   THE RECORD.  THE RECORD WILL REFLECT THAT THE JURY IS BACK.

25       IT KIND OF FEELS LIKE A SHORT BREAK, DOESN'T IT?  SO ALL

1    RIGHT.  WELL, AT LEAST YOU WERE ABLE TO STRETCH, GET A LITTLE

2    BIT TO EAT, GET REENERGIZED.

3        AT THIS POINT, I WILL INVITE MR. ISAACSON, ARE YOU GOING

4    TO GIVE THE OPENING?

5            **MR. ISAACSON:**  YES, YOUR HONOR.

6            **THE COURT:**  YOU MAY PROCEED.

7                        **OPENING STATEMENT**

8            **MR. ISAACSON:**  GOOD MORNING, EVERYONE.  I HOPE YOU

9    HAD A NICE THANKSGIVING, THAT YOU FOLLOWED THE JUDGE'S

10   SUGGESTION THAT YOU NOT THINK ABOUT THIS CASE OVER THE

11   HOLIDAY.

12       AND I APPRECIATE THE ATTENTION THAT YOU'RE ALREADY PAYING

13   TODAY NOW THAT YOU ARE ACTUALLY LEARNING ABOUT THE CASE.

14       I INTRODUCED YOU TO SOME FOLKS BEFORE, BUT THAT WAS A

15   LITTLE WHILE AGO.  WORKING WITH ME, KAREN DUNN, WHO YOU'LL BE

16   HEARING FROM DURING THIS TRIAL; MARTHA GOODMAN, ANOTHER ONE OF

17   OUR LAWYERS; AND MEREDITH DEARBORN.  AND THEN SCOTT MURRAY IS

18   HERE FROM APPLE, INC., AND HE WILL BE SITTING WITH US AT

19   COUNSEL TABLE.  AND THEN MATT SPALDING WHO YOU DON'T -- YOU

20   CAN STAND UP, MATT.  YOU'LL HEAR ME SAYING HIS NAME A LOT

21   BECAUSE HE MAKES SURE WHAT'S ON THE SCREEN IS WORKING FOR ME,

22   AND I DON'T HAVE TO DO THAT THEN AND GET IT WRONG.

23       SO I'M GOING TO BE TALKING DURING THIS PERIOD OF TIME

24   ABOUT WHAT APPLE'S EVIDENCE IS GOING TO SHOW WHEN THE EVIDENCE

25   ACTUALLY STARTS TO BE SHOWN TO YOU.  AND BY WAY OF BACKGROUND,

1    YOU'VE HAD SOME OF THIS.

2         AND GO TO THE NEXT SLIDE, MATT.

3              (DEMONSTRATIVE PUBLISHED TO JURY.)

4         **MR. ISAACSON:**  THE HISTORY THAT'S IN FRONT OF YOU

5    STARTED WITH THE ITUNES JUKEBOX WHICH BEGAN IN JANUARY 2001.

6    AND THIS WAS A FREE SOFTWARE APPLICATION.  THIS WAS BEFORE

7    IPODS, BEFORE THE ITUNES STORE.  IT WAS LAUNCHED BECAUSE

8    PEOPLE AT THAT TIME WERE BURNING THEIR CD'S ONTO THEIR

9    COMPUTERS.  AND THEN THEY WOULD RIP THEM OUT INTO SONG LISTS

10   ONTO OTHER CD'S THAT THEY COULD PLAY.  AND APPLE WANTED TO

11   CREATE AN APPLICATION THAT HAD A SIMPLE, EASY USER INTERFACE,

12   SOMETHING THAT WAS ENGINEERED TO APPLE STANDARDS SO THAT

13   CONSUMERS COULD USE THAT MUSIC AND CONTINUE TO ENJOY DIGITAL

14   MUSIC.

15        WHAT CAME NEXT WAS THE IPOD, THE FIRST IPOD.

16              (DEMONSTRATIVE PUBLISHED TO JURY.)

17        **MR. ISAACSON:**  YOU'VE ALREADY SEEN A PICTURE OF THIS,

18   THANKS TO THE PLAINTIFFS.  THAT CAME LATER IN 2001.

19        NOW, THE IPOD IS A COMPUTER, BUT APPLE DID NOT WANT

20   CONSUMERS TO HAVE A COMPUTER EXPERIENCE.  IT HAD SOFTWARE ON

21   IT.  BUT IN ORDER TO WORK FOR USERS AND PROVIDE A GOOD

22   EXPERIENCE, APPLE DIDN'T WANT PEOPLE DOWNLOADING OR SITTING

23   THERE LIKE IT WAS A COMPUTER.  IT WAS SUPPOSED TO BE A MUSIC

24   PLAYER.  YOU DIDN'T SIT THERE LIKE YOU WOULD WITH A COMPUTER

25   AND WORK WITH IT.  IT WAS SOMETHING THAT WOULD PLAY YOUR

1    MUSIC.

2        SO IF YOU HAVE A -- WHEN YOU HAVE A REFRIGERATOR AND A

3    MICROWAVE, YOU DON'T WANT TO SIT THERE AND SAY HOW DOES THIS

4    WORK, HOW DO I GET INTO THE PLUMBING OF IT?  YOU JUST WANT IT

5    TO WORK.  AND THAT'S WHAT THE IPOD WAS.  APPLE WANTED TO

6    CREATE THE BEST, MOST USABLE AND QUITE LOVELY DIGITAL MUSIC

7    PLAYER AT THE TIME.

8        AND SOME PEOPLE THOUGHT THEY DID.  AND IT WAS POPULAR.  IT

9    HAD ONE JOB, TO PLAY MUSIC IN AN EASY AND SIMPLE MANNER.  IT

10   WAS AN ANTI-COMPUTER.

11       SO A COUPLE YEARS LATER IN 2003, THE ITUNES MUSIC STORE

12   WAS LAUNCHED.  YOU'VE HEARD SOME ABOUT THAT.  NOW DIGITAL

13   DOWNLOAD MUSIC WAS AVAILABLE FOR SALE AT 99 CENTS A SONG --

14               (DEMONSTRATIVE PUBLISHED TO JURY.)

15       **MR. ISAACSON:**  -- FROM A STORE.  THIS WAS A MAJOR

16   STEP IN THE MUSIC REVOLUTION.  APPLE WANTED TO MAKE A MUSIC

17   SOLUTION WHERE PEOPLE COULD BUY NON-PIRATED MUSIC, WHERE

18   ARTISTS COULD GET COMPENSATED, AND THAT MUSIC COULD BE PUT ON

19   IPODS.  THEY WANTED TO CREATE A MUSIC SOLUTION THAT WAS NOT

20   PIRACY, THAT WAS -- THAT WAS HIGH QUALITY, THAT WAS

21   AFFORDABLE, THAT PEOPLE WANTED TO USE.  AND APPLE TOLD THE

22   MUSIC COMPANIES, BECAUSE YOU HAD TO TALK TO THE MUSIC

23   COMPANIES, THEY'RE THE ONES WITH THE MUSIC, THAT THEY WANT --

24   THEY WOULD CREATE A SECURE SOLUTION, AND THAT SOLUTION WAS

25   ITUNES.  SO APPLE NEGOTIATED WITH THE RECORD LABELS TO

1    PROVIDE -- TO AGREE TO SECURITY AND NEGOTIATED FOR 99-CENT

2    SONGS FOR LEGAL MUSIC.

3        AND IT'S HARD TO UNDERSTAND THIS AT THAT TIME, BUT TO

4    EVERYONE'S SURPRISE, ONE WEEK LATER AFTER THE LAUNCH, ONE

5    MILLION SONGS WERE SOLD.  NO ONE EXPECTED THAT.

6        IN ORDER TO HAVE THAT SUCCESS, AS MS. SWEENEY TOLD YOU,

7    THE LABELS REQUIRED DRM, DIGITAL RIGHTS MANAGEMENT, TO PROTECT

8    THEIR SONGS FROM PIRACY.  THE LABELS FELT -- THE EVIDENCE WILL

9    SHOW THAT THE LABELS FELT VERY STRONGLY ABOUT DRM.  YOU'RE

10   GOING THE HEAR ABOUT THAT.  NO DRM, NO ITUNES, NO MUSIC

11   AVAILABLE.

12       THE LABELS THEMSELVES -- YOU ALSO HEARD PLAINTIFF COUNSEL

13   SAYS THE EVIDENCE WOULD BE THAT WE WERE THE FIRST MOVER IN

14   THIS MARKET.  THE EVIDENCE WILL BE THAT THAT'S NOT QUITE RIGHT

15   BECAUSE THE LABELS THEMSELVES BACK THEN, BEFORE ITUNES, HAD

16   THEIR OWN MUSIC STORES, MUSICNOW AND PRESSPLAY, NOT GREAT

17   SUCCESSES BECAUSE THEY WEREN'T PROVIDING THE QUALITY THAT

18   ITUNES PROVIDED.

19            (DEMONSTRATIVE PUBLISHED TO JURY.)

20       **MR. ISAACSON:**  SO IN THE NEXT SLIDE, WE MAKE THE

21   POINT THAT THE IPOD AND THE ITUNES WERE INTEGRATED TO RUN

22   SEAMLESSLY TOGETHER.  THIS WAS AN INTEGRATED SYSTEM.  ONE

23   DIDN'T EXIST WITHOUT THE OTHER.  COMPLEX FUNCTIONS WERE

24   HANDLED BY THE ITUNES SOFTWARE ON YOUR COMPUTER.  SIMPLER

25   FUNCTIONS WERE HANDLED BY THE IPOD, ON THAT DEVICE.

1    NOW, THROUGH INTEGRATING THOSE PRODUCTS, APPLE COULD

2    PROVIDE A QUALITY EXPERIENCE FOR THE USERS, PROVIDE A QUALITY

3    PRODUCT, SOMETHING THAT IMPROVED PEOPLE'S FEELINGS ABOUT THE

4    PRODUCTS, MADE IT MORE POPULAR.  THE EVIDENCE IS GOING TO SHOW

5    THAT APPLE THOUGHT THIS WAS THE BEST WAY TO PROVIDE QUALITY

6    PRODUCTS.  THE EVIDENCE IS GOING TO SHOW IT WAS POPULAR AND

7    PEOPLE LIKED THE PRODUCTS.  THE EVIDENCE IS GOING TO SHOW IT

8    PROVIDED CHOICE IN THE MARKETPLACE.

9    NOW, TO THE ISSUES IN THE CASE.  YOU'VE HEARD A LOT AT

10   THIS POINT.  AND THE COURT HAS ALREADY GIVEN YOU INSTRUCTION

11   THAT HELPS YOU FOCUS ON WHAT ARE THE ISSUES IN THIS CASE.  I'M

12   GOING TO GO A LITTLE BIT OVER THAT.

13   ONE OF THE PRELIMINARY INSTRUCTIONS -- AND THE COURT HAS

14   PUT THIS IN A BOOK.  YOU'LL BE ABLE TO READ THIS WHENEVER YOU

15   WANT TO REFRESH YOURSELF ON WHAT THE LAW IS THAT YOU'RE

16   APPLYING.  THE COURT HAS SAID IF, AT THE END OF THE TRIAL, YOU

17   FIND THAT ITUNES 7.0 AND 7.4 WERE GENUINE PRODUCT

18   IMPROVEMENTS, THEN YOU MUST FIND THAT APPLE DID NOT ENGAGE IN

19   ANTICOMPETITIVE CONDUCT.

20   SO WHAT ARE ITUNES 7.0 AND 7.4?  ITUNES 7.0.

21   THE NEXT SLIDE.

22   (DEMONSTRATIVE PUBLISHED TO JURY.)

23   **MR. ISAACSON:**  ITUNES 7.0 WAS THE MOST SIGNIFICANT

24   LAUNCH OR UPDATE OF ITUNES SINCE THE INITIAL LAUNCH OF ITUNES.

25   ITUNES 7.0 TOOK THE MUSIC REVOLUTION INTO MOVIES.  NOW MOVIES

OPENING STATEMENT \ ISAACSON

1    FOR THE FIRST TIME WERE AVAILABLE ON ITUNES AND AVAILABLE TO

2    WATCH ON YOUR IPOD.  IT HAD NUMEROUS OTHER FEATURES, IMPROVED

3    INTERFACES THAT THE APPLE WITNESSES ARE GOING TO TELL YOU

4    ABOUT.  IT TAKES A WHILE TO TELL YOU ABOUT THEM SO I'M GOING

5    TO LET THE WITNESSES DO THAT.  SO YOU'RE GOING THE HEAR ABOUT

6    THINGS LIKE NOW THE ALBUM ART WAS AVAILABLE FOR THE FIRST

7    TIME.  ON THE ITUNES DESKTOP, YOU COULD LOOK AT THE ALBUM ART.

8        YOU ARE ALSO GOING THE HEAR ABOUT SECURITY IN 7.0.  AND

9    YOU'VE ALREADY HEARD A COUPLE TERMS.  ONE OF THEM IS FAIRPLAY.

10   FAIRPLAY, AS HAS BEEN SAID, WAS APPLE'S OWN DRM SOFTWARE.

11   IT'S SOFTWARE THAT WAS INTEGRATED INTO THE APPLE SYSTEM IN

12   ORDER TO PROVIDE THE DRM THAT THE RECORD COMPANIES REQUIRED.

13   THIS WAS INTEGRATED INTO THE APPLE PRODUCTS FOR THE SAME

14   REASON AS APPLE INTEGRATED ITUNES AND IPOD, TO PROVIDE A

15   SEAMLESS EXPERIENCE WHERE APPLE CAN SAY, HERE'S THE QUALITY WE

16   PROVIDE, IT'S -- EVERYTHING IN THIS SYSTEM IS OURS.  WE DON'T

17   HAVE STRANGERS IN THE SYSTEM WHO CAUSE PROBLEMS AND WE DON'T

18   KNOW WHO THEY ARE.  WE'RE PROVIDING ONE QUALITY PRODUCT.

19       NOW, THE FAIRPLAY SOFTWARE RUNS IN SEVERAL PLACES.  IT

20   RUNS IN THE ITUNES SOFTWARE ON YOUR DESKTOP.  IT RUNS ON THE

21   IPOD.  AND ACTUALLY IF YOU -- IF YOU SIT BACK AND UNDERSTAND

22   FOR A MOMENT, THAT ITUNES STORE, THERE'S A LOT OF MUSIC IN

23   THERE.  SO THERE'S THESE SERVERS WITH CLOSE TO ALL THE MUSIC

24   IN THE WORLD, AND THE FAIRPLAY SOFTWARE IS IN THERE ALSO.

25       DRM WAS IMPORTANT TO THE RECORD LABELS, BUT THE SOFTWARE

1    WAS IMPORTANT TO THE USER EXPERIENCE BECAUSE YOU DIDN'T WANT

2    THE USER TO BE RESPONSIBLE FOR THE DRM RESPONSIBILITIES.  YOU

3    DIDN'T WANT TO HAVE TO BE -- THAT TO BE PART OF YOUR LIFE.

4    THAT SHOULD BE PART OF THE PRODUCT'S LIFE AND IT SHOULD

5    OPERATE SUCH THAT YOU WERE UNAWARE OF IT AND YOU DIDN'T HAVE

6    TO BOTHER WITH IT.  IT JUST -- SUCH THAT THAT SOFTWARE MANAGED

7    IT FOR YOU.

8        SO ITUNES, IPOD, AND FAIRPLAY WORKED SEAMLESSLY TOGETHER

9    TO PROVIDE SECURE SONGS AND PROVIDE A USE -- A STRONG USER

10   EXPERIENCE.

11       THE KEYBAG, THAT'S ANOTHER TERM YOU'VE HEARD.  NOW, EACH

12   DRM SONG HAS ITS OWN KEY, AND THEY'RE KEPT IN THE KEYBAG.  IN

13   REALITY, KEYS ARE CODE THAT ENCRYPT AND DECRYPT CONTENT.  SO

14   YOU'RE GOING TO HEAR ABOUT DECRYPTION, ENCRYPTION.  YOU'RE

15   GOING TO HEAR ABOUT MATHEMATICAL CODES, NOT AT ANY TECHNICAL

16   LEVEL, BUT AT THE BASIC LEVEL THAT THEY EXISTED.  YOU CAN

17   THINK OF THESE -- THIS ENCRYPTION AS KEYS THAT LOCK AND

18   UNLOCK.  THE KEYBAG IS THE FILE FOR YOUR KEYS.

19       AND THE KEY THAT UNLOCKS THE KEYBAG IS AUTOMATICALLY

20   GENERATED BY THE SOFTWARE, BY THE ITUNES SOFTWARE, AND IPOD

21   WHENEVER IT'S NEEDED.  SO YOU'RE NOT EVEN AWARE OF IT, YOU'RE

22   JUST GETTING YOUR SONGS.

23       THE OTHER CONCEPT THAT WAS DISCUSSED WAS HARMONY.  HARMONY

24   WAS SOFTWARE THAT -- THAT RAN WITHOUT APPLE'S COOPERATION ON

25   THE APPLE SYSTEM SO THAT YOU COULD SYNC FROM AN ALTERNATIVE

1    JUKEBOX SUCH AS THE REALPLAYER JUKEBOX TO THE IPOD.

2        HARMONY WANTED TO INSERT ITSELF BETWEEN THE IPOD AND

3    ITUNES.  IN ORDER TO DO THAT, IT HAD TO BUILD A KEYBAG, IT HAD

4    TO BUILD A MUSIC DATABASE.  AND TO DO THAT, IT HAD TO MIMIC

5    WHAT FAIRPLAY WAS DOING AND TRICK FAIRPLAY SO THAT THE IPOD

6    DIDN'T KNOW IT WASN'T SPEAKING TO ITUNES.

7        SO WHAT WOULD HAPPEN THEN, AS BEST WE CAN TELL, IS HARMONY

8    WOULD WRITE OVER THE OLD KEYBAG AND CREATE A NEW KEYBAG.  THEY

9    WOULD WRITE OVER THE OLD DATABASE AND CREATE A NEW DATABASE.

10   THE CLOSEST ANALOGY I CAN GIVE YOU IS IF YOU'RE WORKING ON

11   YOUR COMPUTER AND YOU'RE CREATING A DOCUMENT, AND YOU SAVE

12   OVER IT WITH CHANGES, THE OLD DOCUMENT IS GONE AND YOU HAVE

13   THE NEW DOCUMENT.

14       THE EVIDENCE WILL SHOW THAT THE -- THAT THIS INSERTION OF

15   THIS STRANGER IN THE MIDDLE COULD NOT GET EVERYTHING RIGHT.

16   IT POSED A DANGER TO THE CONSUMER EXPERIENCE AND TO THE

17   QUALITY OF THE PRODUCT.

18       YOU SAW A LOT OF DOCUMENTS ABOUT THIS.  LET ME LOOK AT

19   TRIAL EXHIBIT 128.

20               (EXHIBIT PUBLISHED TO JURY.)

21       **MR. ISAACSON:**  NOW, THE -- THIS WAS A DOCUMENT THE

22   PLAINTIFFS SHOWED YOU TWICE ABOUT HARMONY.  I THOUGHT I'D SHOW

23   YOU THE THIRD TIME SINCE THEY SPENT SOME TIME ON IT AND TELL

24   YOU WHAT THE APPLE WITNESSES ARE GOING TO SAY ABOUT IT.

25       CERTAIN THINGS WERE SHOWN TO YOU, BUT LOOK AT NO. 4.

1   HARMONY WILL NOT LET YOU BURN AUTHORIZED ITUNES MUSIC SONGS.

2   WHAT THAT MEANS IS THAT APPLE DISCOVERED HARMONY MEANT -- WHAT

3   HARMONY DID WAS THAT ONCE YOU HAD THOSE SONGS IN THE ITUNES

4   LIBRARY, YOU COULD NO LONGER BURN THEM ONTO A DISK, WHICH

5   PEOPLE WANT TO DO IN ORDER TO HAVE ACCESS TO THE MUSIC AND TO

6   CREATE LISTS ON CD'S.  IT'S PART OF THE -- WHAT'S ALLOWED BY

7   THE RECORD COMPANIES.  AND NOW THIS WAS NOT GOING TO WORK.

8       OUR -- OUR WITNESSES, INCLUDING JEFF ROBBIN, ARE GOING TO

9   GO THROUGH EACH OF THESE ITEMS AND EXPLAIN WHY THESE ITEMS

10  SHOW HARMONY WAS NOT GOOD FOR THE -- FOR THE CONSUMER

11  EXPERIENCE.

12      SO WHAT ELSE DID 7.0 HAVE?  7.0, THE NEXT SLIDE,

13  SLIDE 8 --

14          (DEMONSTRATIVE PUBLISHED TO JURY.)

15          **MR. ISAACSON:**  -- HAD A COMPLETE FAIRPLAY REDESIGN, A

16  COMPLETE SOFTWARE ARCHITECTURE REDESIGN THAT BEGAN IN APRIL

17  2005 AND CONTINUED UNTIL SEPTEMBER 2006, LED BY AUGUSTIN

18  FARRUGIA AND A WHOLE TEAM OF ENGINEERS.

19      YOU'RE GOING TO HEAR EXPLANATIONS OF WHAT THESE TERMS

20  MEAN, A UNIVERSAL KEYBAG, THE ENCRYPTION OF THE KEYBAG, THE

21  ENCRYPTION OF THE KEYS, THESE THINGS THAT WERE DONE THAT ALL

22  ENHANCED SECURITY.  AND THEN YOU'RE GOING TO HEAR ABOUT A

23  FOURTH THING.  YOU'VE HEARD THIS.  THE KEYBAG INTEGRITY CHECK.

24  THIS IS WHAT THE PLAINTIFFS CALL THE KVC, BUT AT APPLE IT'S

25  CALLED THE INTEGRITY CHECK FOR THE KEYBAG.

1    NOW, WE ARE GOING TO TALK ABOUT THE ENTIRE SOFTWARE

2    ARCHITECTURE REDESIGN BECAUSE IT IS A CLEAR PRODUCT

3    IMPROVEMENT.

4    WE WILL WAIT TO HEAR WHAT EVIDENCE THERE IS ABOUT WHAT WAS

5    WRONG WITH THE WHOLE ARCHITECTURE IMPROVEMENT.  PLAINTIFFS'

6    EVIDENCE THAT YOU'VE HEARD ABOUT IS ABOUT THE KEYBAG INTEGRITY

7    CHECK.

8    NOW, THE PLAINTIFFS SAY THAT THEIR EVIDENCE WILL INCLUDE

9    THAT THE RECORD COMPANIES WANTED APPLE TO LICENSE FAIRPLAY

10   TO -- TO LICENSE FAIRPLAY TO REAL MUSIC, AND APPLE SAID NO,

11   JUST AS IT DID TO OTHER THIRD PARTIES.

12   NOW, THE JUDGE HAS ALREADY INSTRUCTED YOU THAT THERE'S A

13   PERIOD OF TIME BEFORE 7.0 THAT'S NOT AT ISSUE IN THIS CASE

14   WHERE APPLE'S CONDUCT WAS RULED LEGAL.  THE EVIDENCE WILL SHOW

15   THAT THE DECISIONS ABOUT LICENSING WERE MADE DURING THAT

16   PERIOD.

17   SO IN THE ABSENCE OF BEING ABLE TO LICENSE FAIRPLAY, WHAT

18   DID HARMONY DO?  PLAINTIFFS' COUNSEL TOLD YOU WHAT THEY DID.

19   THEY REVERSE-ENGINEERED FAIRPLAY.  AND WHEN HARMONY WAS -- DID

20   THAT REVERSE ENGINEERING, THE EVIDENCE WILL SHOW IT

21   ACTUALLY -- I'M -- THE EVIDENCE WILL SHOW THAT IT COULDN'T --

22   THAT IT WAS NOT GOING TO BE ABLE TO WORK WELL.

23   NOW, YOU HAVE TO DECIDE WHETHER 7.0 AND 7.4 ARE PRODUCT

24   IMPROVEMENTS.  BUT THE EVIDENCE WILL BE THAT THE VAST MAJORITY

25   OF CHANGES ALL BLOCKED HARMONY, THE ENTIRE RE-ARCHITECTURE.

1    IT WON'T BE JUST ABOUT THE KVC.  HARMONY DIDN'T WORK AFTER

2    THIS RE-ARCHITECTURE BECAUSE IT WAS REVERSE-ENGINEERED BASED

3    ON AN OLD VERSION OF AIRPLAY.  IT'S VERY SIMPLE.  HARMONY WAS

4    OUTDATED WHEN FAIRPLAY WAS UPDATED.  AND ALL APPLE WAS DOING

5    WAS UPDATING FAIRPLAY.  THAT'S WHAT HAPPENS WHEN YOU REVERSE

6    ENGINEER A PRODUCT AND THERE'S AN UPDATE OF THAT ARCHITECTURE.

7         YOU WILL HEAR EVIDENCE, FOR EXAMPLE, THAT IN ADDITION TO

8    THESE INTEGRITY CHECKS, THAT SOMETIMES WE CHANGED THE CODES,

9    WE CHANGED THE ENCRYPTION.  THAT'S WHAT YOU DO WITH

10   ENCRYPTION.  AND WHEN YOU CHANGE THE CODE, THE

11   REVERSE-ENGINEERED PRODUCT BECOMES OUTDATED.

12        PLAINTIFFS WILL SHOW THAT THE KEYBAG INTEGRITY CHECK --

13   PLAINTIFFS SAY THAT THIS KEYBAG INTEGRITY CHECK WAS DESIGNED

14   TO STOP HARMONY, BUT THE EVIDENCE WILL SHOW THE OPPOSITE.  IF

15   APPLE HAD WANTED TO BLOCK HARMONY, IT DIDN'T EVEN NEED THE

16   KEYBAG INTEGRITY CHECK.  THESE OTHER CHANGES WAS ALREADY DOING

17   IT.  WHAT WAS GOING ON WAS A COMPLETE SOFTWARE REDESIGN THAT

18   WAS A GENUINE PRODUCT IMPROVEMENT.

19        NOW SLIDE 9.

20             (DEMONSTRATIVE PUBLISHED TO JURY.)

21        **MR. ISAACSON:**  FOCUSING ON THE KEYBAG INTEGRITY

22   CHECK, THE EVIDENCE WILL SHOW THAT THAT WAS ADOPTED ALONG WITH

23   OTHER CHANGES BECAUSE A FLAW WAS IDENTIFIED IN THE SYSTEM.

24   AUGUSTIN FARRUGIA WILL TESTIFY ABOUT THAT.  THIS WAS A

25   DOCUMENT HE WROTE TALKING ABOUT THAT THERE WERE SEVERAL FLAWS

1    AND THE FLAWS ALLOW INJECTION.  APPLE WITNESSES WILL SAY, YES,

2    INJECTION IS BAD, IT'S FOREIGN DATA, OR FOREIGN KEYS COMING

3    INTO THE SYSTEM.  THE INJECTION HERE USES THE

4    MAN-IN-THE-MIDDLE ATTACK, AND THAT WILL BE EXPLAINED TO YOU,

5    THAT'S THE TRICKERY OF PUTTING YOURSELF BETWEEN IPOD AND

6    ITUNES, AND -- AND PRETENDING THAT YOU'RE SOMETHING ELSE.

7        7.4 ALSO INCLUDED -- IT WAS THE NEXT UPDATE.

8              (DEMONSTRATIVE PUBLISHED TO JURY.)

9        MR. ISAACSON:  NOW, THIS IS NOT AS IMPORTANT AS AN

10   UPDATE BECAUSE IT'S A .4 INSTEAD OF A .0 AND IT HAPPENS ABOUT

11   A YEAR LATER.  AND ALL THAT STUFF ABOUT DATABASE VERIFICATION

12   AND BLOWING UP THE IPOD, THIS HAS TO DO WITH 7.4.

13       7.4 HAD A LARGER VIEWING AREA ON THE ITUNES.  IT ALLOWED

14   YOU TO HAVE CUSTOM RING TONES IF YOU WANTED TO TRANSFER THEM

15   TO A PHONE.  AND NOW YOU COULD GET THE ALBUM ART ON THE IPOD

16   AS WELL AS ITUNES.  AND IT ALSO INCLUDED ADDITIONAL SECURITY.

17       THE NEXT SLIDE.

18              (DEMONSTRATIVE PUBLISHED TO JURY.)

19       MR. ISAACSON:  THE DATABASE INTEGRITY CHECK IS WHAT

20   APPLE CALLS THIS.  PLAINTIFFS CALL IT DVC.  THAT WAS ONE

21   SECURITY FEATURE.  THEY ALSO CHANGED THE CODES.  YOU WILL HEAR

22   THAT.  THE MATH CODES CHANGED.  AND IT -- THE DVC PROVIDED ITS

23   SECURITY AGAINST INJECTION OF FOREIGN CONTENT.  IT'S SIMPLE.

24   INJECTION OF FOREIGN CONTENT AND FOREIGN DATA INTO THE IPOD

25   DEVICE BY UN -- KNOWN PARTIES AND UNKNOWN PARTIES POSES RISKS

1    THAT AFFECT PRODUCT QUALITY OR PERHAPS SOMETHING WORSE.

2         NOW THE NEXT SLIDE.

3              (DEMONSTRATIVE PUBLISHED TO JURY.)

4         **MR. ISAACSON:**  AGAIN, TO HELP YOU WITH WHAT -- WHAT

5    WE'RE FOCUSING ON IN THIS CASE.

6         NOW, THE COURT ALSO HAS EXPLAINED TO YOU HOW YOU WERE

7    SUPPOSED TO DECIDE WHETHER THERE WAS A LEGITIMATE PRODUCT

8    IMPROVEMENT HERE.  AND THIS INSTRUCTION TALKS ABOUT WERE

9    APPLE'S PURPORTED REASONS FOR THE ITUNES 7.0 OR 7. (SIC)

10   UPDATES, WERE THEY PRETEXTUAL.

11        SO YOU'RE GOING TO HAVE A COPY OF THIS INSTRUCTION, BUT

12   LET'S TALK ABOUT THIS ISSUE OF PRETEXT.  WE CAN LOOK AT A TIME

13   LINE BECAUSE THIS WILL HELP YOU.

14             (DEMONSTRATIVE PUBLISHED TO JURY.)

15        **MR. ISAACSON:**  AND LOOKING AT -- SO HERE'S SOME

16   HISTORY OF ITUNES AND THE ISSUES IN THE CASE.  BUT IF YOUR EYE

17   CAN MOVE TO 2006 AND 2007, SEPTEMBER 12TH, 2006, ITUNES 7.0.

18   AS I SAID, ITUNES 7.4 IS AFTER THAT.

19        NOW, BEFORE THAT, BEFORE ITUNES 7.0, IF YOU MOVE YOUR EYE

20   BACKWARDS BELOW -- IN 2005, YOU'LL SEE APRIL 26TH, 2005,

21   REALNETWORKS ANNOUNCES THAT HARMONY AGAIN WORKS.  I'LL COME

22   BACK TO THAT "AGAIN WORKS," BUT NOW HARMONY SAYS IT WORKS.

23        NOW, BEFORE HARMONY WAS WORKING, AUGUSTIN FARRUGIA WAS

24   HIRED BY APPLE TO UPGRADE SECURITY.  HE STARTED -- AND THAT'S,

25   YOU KNOW, WE HAVE TO CHANGE THIS TIME LINE.  IT SAYS APRIL 11,

1    2005, AUGUSTIN FARRUGIA HIRED.  THAT'S ACTUALLY WHEN HE

2    STARTED WORK.  HE'S HIRED BEFORE THAT.

3        SO A DECISION IS MADE AT APPLE TO UPGRADE SECURITY BEFORE

4    HARMONY COMES ONLINE.

5        AND IN ADDITION, IF WE CAN LOOK AT THE NEXT SLIDE.

6            (DEMONSTRATIVE PUBLISHED TO JURY.)

7        **MR. ISAACSON:**  ON APRIL 18TH, 2005, HE GETS TO WORK

8    AND HE STARTS ANALYZING FAIRPLAY.  AND MR. FARRUGIA, HIS JOB

9    WAS SECURITY, HE'S GOING TO EXPLAIN THIS DOCUMENT TO YOU.  AND

10   THE PLAINTIFFS ARE GOING TO APPARENTLY SAY THAT WE DID NOT

11   TALK ABOUT SECURITY IN OUR DOCUMENTS, WE TALKED ABOUT

12   COMPETITION.  BUT MR. FARRUGIA IS GOING TO TALK TO YOU ABOUT

13   ONE OF THE FIRST DOCUMENTS HE WROTE.  HE'S GOING TO TALK ABOUT

14   HOW THE PARADIGM HAS SHIFTED.  SOME OF THE PLAYERS ARE NO

15   LONGER TRUSTED AND MAY ACTUALLY BE THE ATTACKER.

16       YOU'LL REMEMBER PLAINTIFFS SHOWED YOU A DOCUMENT ABOUT HOW

17   APPLE'S PLAN WAS SO THAT HONEST PEOPLE COULD BE HONEST.  THAT

18   WAS BACK IN 2002.  AND GUESS WHAT?  THE WORLD WAS CHANGING.

19   WE'RE LEARNING MORE ABOUT HACKERS AND MORE ABOUT SECURITY.

20   THE PARADIGM WAS SHIFTING.

21       THE WEAKEST LINK IS NOT THE ENCRYPTED DATA BUT THE KEY

22   MANAGEMENT AND HANDLING.

23       THE NEXT SLIDE.

24            (DEMONSTRATIVE PUBLISHED TO JURY.)

25        **MR. ISAACSON:**  HE TALKED ABOUT THE KEYBAG BEING THE

1    PERFECT TARGET FOR THE ATTACKER.  HE TALKED ABOUT

2    VULNERABILITY AND POTENTIAL CRYPTO ANALYSIS ATTACKS AND HOW AN

3    ATTACK ON THE KEYBAG WILL PROVIDE THE WHOLE SET OF KEYS.  ALL

4    BEFORE HARMONY ANNOUNCED IT WAS BACK ONLINE.

5         NOW, IF WE CAN GO TO THE NEXT SLIDE.

6              (DEMONSTRATIVE PUBLISHED TO JURY.)

7         **MR. ISAACSON:**  YOU'RE GOING TO HEAR ABOUT HACKERS.

8    SOME OF THEM WERE SORT OF INFAMOUS AT THE TIME.  YOU'RE GOING

9    TO HEAR THE NAME DVD JOHN.  HE WAS A KNOWN HACKER WHO HACKED

10   FAIRPLAY ON OCCASION.

11        AND FOR EXAMPLE, IN THIS APPLE EMAIL, THERE'S AN ANALYSIS

12   OF THE LATEST DVD JOHN HACK CALLED FAIR KEYS.  APPLE TALKED

13   ABOUT HIM IN APPLE 2005 BEING A DETERMINED ATTACKER, A

14   SECURITY CHALLENGE, AND HOW PROTECTION IS NEEDED AGAINST ALL

15   ATTACKS.

16        ONE OF THE ISSUES IN THIS CASE IS WHETHER APPLE IS ALLOWED

17   TO UPDATE SECURITY.  APPLE WITNESSES WILL EXPLAIN THAT

18   SECURITY MEASURES ARE IMPORTANT BEFORE HACKS HAPPEN, BEFORE

19   PEOPLE COME INTO YOUR SYSTEM.  SECURITY DOES NOT MEAN WAITING

20   UNTIL YOU HAVE A PROBLEM, THEY WILL EXPLAIN.  THAT'S A

21   DANGEROUS APPROACH TO SECURITY.  YOU ADOPT SECURITY MEASURES

22   BEFORE IN ORDER TO STOP THOSE HACKS.  IT'S COMMON SENSE AND

23   IT'S SIMPLE.  SECURITY MEANS PREVENTING THE PROBLEM BEFORE IT

24   OCCURS.

25        ALL RIGHT.  SO NOW THAT WE'VE DISCUSSED 7.0 AND 7.4, LET'S

1    DISCUSS SOME OTHER THINGS ABOUT WHAT THIS CASE IS ABOUT.

2         SLIDE 18.

3              (DEMONSTRATIVE PUBLISHED TO JURY.)

4         **MR. ISAACSON:**  AS THE PLAINTIFFS HAVE ALREADY TOLD

5    YOU, THEY REPRESENT A CLASS.  THERE ARE INDIVIDUAL PLAINTIFFS

6    WHO REPRESENT A CLASS OF MILLIONS OF IPOD PURCHASERS AND BIG

7    BUSINESSES LIKE WALMART AND BEST BUY.  AND THOSE TWO

8    PLAINTIFFS, ON BEHALF OF THE CLASS, ARE SEEKING $351 MILLION.

9         SO WHAT ARE WE GOING TO SAY AS APPLE IN A DEFENSE OF THIS

10   CASE?  WE'RE GOING TO TALK ABOUT -- PRINCIPALLY ABOUT FOUR

11   SIMPLE THINGS.

12        FIRST, OUR EVIDENCE IS GOING TO SHOW THAT APPLE COMPETED,

13   AND INCLUDED, IT COMPETED WITH FAIRPLAY.

14        SECOND, OUR EVIDENCE IS GOING TO SHOW THAT APPLE, WITH 7.0

15   AND 7.4, INNOVATED AND PROVIDED GENUINE PRODUCT IMPROVEMENTS.

16        THIRD, OUR EVIDENCE IS GOING TO SHOW THAT APPLE, WITH 7.0

17   AND 7.4, PROVIDED SECURITY FOR THE IPOD AND ITUNES.

18        AND FOURTH, OUR EVIDENCE IS GOING TO SHOW THAT THERE ARE

19   THINGS ABOUT THE PLAINTIFFS' CASE THAT DON'T MAKE SENSE.

20        YOU'RE GOING TO HEAR FROM APPLE WITNESSES IN THIS CASE.

21              (DEMONSTRATIVE PUBLISHED TO JURY.)

22        **MR. ISAACSON:**  YOU WILL MEET A NUMBER OF APPLE

23   EXECUTIVES.  THEY'RE COMING TO COURT TO TELL YOU WHAT APPLE

24   DID, WHAT APPLE SAID, WHY THEY THINK -- THEY DID THE THINGS

25   THEY SAID.

```
 1          AND JUST TO ACQUAINT YOU WITH THE FORMAT OF HOW THE --

 2   THIS HAPPENS, MANY OF THESE -- MOST OF THESE APPLE WITNESSES

 3   WILL FIRST BE EXAMINED BY THE PLAINTIFFS.  SO THEY'LL START

 4   WITH SOME CROSS-EXAMINATION.  YOU WON'T HEAR THE COMPLETE

 5   VERSION OF WHAT THESE APPLE WITNESSES HAVE TO SAY UNTIL MYSELF

 6   OR MS. DUNN HAVE THE OPPORTUNITY TO ASK THEM SOME QUESTIONS

 7   AND BRING OUT THE FULL STORY.

 8          AND YOU MAY REMEMBER DURING JURY SELECTION, I ASKED

 9   EVERYBODY IF THEY COULD WAIT UNTIL THEY HEAR FROM THE DEFENSE,

10   AND THAT'S ONE OF THE EXAMPLES OF WHAT I WAS TALKING ABOUT.

11          NOW, YOU'RE NOT GOING TO HEAR ANY WITNESSES FROM

12   REALNETWORKS.  AND NO ONE FROM -- YOU'RE NOT GOING TO HAVE ANY

13   WITNESSES FROM NAVIO.  AND YOU'RE NOT GOING TO HEAR A SINGLE

14   WITNESS TELL YOU THAT NAVIO HAD WORKING TECHNOLOGY.  YOU HEARD

15   A LOT OF DOCUMENTS ABOUT NAVIO, BUT NO ONE IS GOING TO COME

16   BEFORE YOU AND SAY NAVIO HAD A WORKING TECHNOLOGY.

17          EXPERT WITNESSES.  YOU'RE GOING TO HEAR FROM ECONOMISTS,

18   PROFESSOR TOPEL AND PROFESSOR MURPHY, WHO WILL TALK ABOUT WHAT

19   PROFESSOR NOLL HAS TO SAY.  AND YOU'RE GOING TO HEAR FROM OUR

20   TECHNICAL EXPERT, DR. JOHN KELLY.

21               (DEMONSTRATIVE PUBLISHED TO JURY.)

22          MR. ISAACSON:  SO WHEN WE ADDRESS OUR FIRST POINT,

23   THAT APPLE COMPETED, WE WILL EXPLAIN AS BACKGROUND, THE

24   EVIDENCE WILL EXPLAIN, THAT APPLE COMPETED WITH INTEGRATED

25   SYSTEMS, ITUNES, IPOD, AND FAIRPLAY.  THE EVIDENCE WILL SHOW
```

1    THIS WAS GOOD FOR CONSUMERS.  IT PROVIDED QUALITY PRODUCTS, A

2    BETTER USER EXPERIENCE, AND CHOICE IN THE MARKETPLACE.  IF

3    OTHER COMPANIES COMPETED WITH DIFFERENT SYSTEMS, THEN

4    CONSUMERS HAD CHOICES.

5       APPLE FOLLOWED THIS PHILOSOPHY.  AN EXAMPLE OF THE -- OF

6    THE WAY APPLE EXPRESSED IT IS IN A DOCUMENT BY MR. SCHILLER,

7    PHILIP SCHILLER, KNOWN AS PHIL, WHO YOU'LL HEAR FROM IN THIS

8    CASE, WHO WROTE THAT SINCE ONLY APPLE HAD TO WORRY ABOUT

9    GETTING EVERYTHING RIGHT FROM THE START, WE HAVE OUR OWN

10   ONLINE STORE, JUKEBOX APPLICATIONS, COMPUTER SYSTEMS, PORTABLE

11   PLAYERS, ET CETERA, WE TOOK THE TIME TO DEVISE THE RIGHT

12   SCHEME, ONE THAT WORKS NOW AND INTO THE FUTURE.

13              (DEMONSTRATIVE PUBLISHED TO JURY.)

14          **MR. ISAACSON:**  THE EVIDENCE WILL SHOW THAT APPLE IS

15   NOT THE ONLY COMPANY THAT OPERATES THIS WAY.  A SIMPLE EXAMPLE

16   ARE VIDEO GAME COMPANIES.  THE XBOX, THE NINTENDO WII, THE

17   PLAYSTATION.  WELL, IF YOU'VE GOT A PLAYSTATION GAME, YOU

18   CAN'T PLAY IT ON THE XBOX SYSTEM.  YOU CAN'T PLAY THE XBOX

19   GAME ON THE NINTENDO SYSTEM.  BECAUSE ALL THOSE COMPANIES

20   DECIDED THE BEST WAY TO PROVIDE A QUALITY EXPERIENCE FOR THE

21   PEOPLE WHO WANT TO PLAY THE GAMES IS TO CONTROL THEIR OWN

22   SYSTEMS.  AND YOU WILL HEAR EVIDENCE ABOUT COMPANIES LIKE

23   THAT.

24      THIS WAS A BIG RISK, THE EVIDENCE WILL SHOW, THAT WHAT

25   APPLE DID IN KEEPING FAIRPLAY WITHIN ITS OWN SYSTEM AND

1    PROVIDING THIS -- ITS OWN DRM -- IT'S OWN DRM PROPRIETARY DRM.

2         (DEMONSTRATIVE PUBLISHED TO JURY.)

3         **MR. ISAACSON:**  AND THAT SOMETIMES -- APPLE BELIEVES

4    IN THESE PHILOSOPHIES, BUT SOMETIMES THEY DEBATE THEM INSIDE

5    AND PEOPLE WORRY ABOUT THEM.  ARE WE GOING TO LOSE?  ARE WE

6    GOING TO LOSE TO MICROSOFT?

7         ONE NAME YOU'LL HEAR WHO WROTE SOME OF THESE EMAILS,

8    PATRICE GAUTIER WROTE TO EDDIE CUE, WHO WILL TESTIFY IN THIS

9    CASE, TALKED ABOUT THIS ISSUE OF LICENSING FAIRPLAY.  AND IT'S

10   EASY TO SUCCEED WHEN YOU'RE BETTER THAN ALL YOUR COMPETITORS

11   AS INDIVIDUALS.  BUT WHEN THEY ALL START SELLING MUSIC FILES

12   THAT CAN BE PLAYED ON ANY JUKEBOX APP OR PORTABLE DEVICE, YOU

13   CAN'T BRING A KNIFE TO A GUNFIGHT.

14        SO WHAT DID APPLE DO?  IT BROUGHT A KNIFE TO A GUNFIGHT.

15   IT BELIEVED THAT'S THE WAY TO PROVIDE QUALITY PRODUCTS.  IT

16   TOOK A COMPETITIVE RISK.  IT TOOK A COMPETITIVE RISK BECAUSE

17   IT BELIEVES IN THAT BUSINESS MODEL.

18        SOMETIMES CONSUMERS LIKE THOSE PRODUCTS.  SOMETIMES THEY

19   DON'T.  SOMETIMES BUSINESSES USE PC'S AND NOT MACS.  SOMETIMES

20   CONSUMERS PREFER ANDROID PHONES OVER IPHONES.  THEY HAVE

21   CHOICES.  AND APPLE PROVIDED THOSE CHOICES.  YOU WILL HEAR

22   ABOUT THE STATE OF COMPETITION FOR THE IPOD AND SPECIFICALLY

23   ABOUT MICROSOFT.

24        NEXT SLIDE.

25         (DEMONSTRATIVE PUBLISHED TO JURY.)

1    **MR. ISAACSON:**  THIS WAS THE MICROSOFT ZUNE.

2   MICROSOFT OFFERED PRODUCTS THAT WERE CALLED THE MICROSOFT IPOD

3   KILLERS.  MICROSOFT ALSO HAD ITS OWN DRM WHICH IT FREELY

4   LICENSED, AND IT WAS COMPETING AGAINST APPLE.

5        SLIDE 26.

6             (DEMONSTRATIVE PUBLISHED TO JURY.)

7        **MR. ISAACSON:**  IN FACT, YOU ARE GOING TO HEAR APPLE

8   WITNESSES TESTIFY THAT MR. BALLMER OF MICROSOFT WAS OUT

9   PUBLICLY SPEAKING OUT AGAINST APPLE'S DRM, SAYING THAT THE

10  MOST COMMON FORM OF MUSIC ON AN IPOD WAS STOLEN AND THE NEXT

11  GENERATION MICROSOFT DRM SYSTEMS WILL BE HARDER TO CRACK AND

12  EASIER, EASIER, EASIER, EASIER TO USE.

13       PLAINTIFFS WILL SAY IN THIS CASE, AND ARE SAYING, THAT THE

14  DRM OF APPLE DID NOT NEED TO BE IMPROVED.  OUR WITNESSES WILL

15  SAY THAT MICROSOFT WAS COMPETING WITH ITS OWN DRM, AND APPLE

16  HAD TO KEEP IMPROVING ITS FAIRPLAY.  AND ONCE YOU UPGRADE YOUR

17  ARCHITECTURE, THAT REVERSE-ENGINEERED PRODUCT IS NO LONGER

18  GOING TO WORK.

19       THE SECOND THING WE'RE GOING TO SHOW IS THAT APPLE CREATED

20  PRODUCT IMPROVEMENTS AND IT INNOVATED.

21       AND I MENTIONED BEFORE THAT HARMONY STOPPED WORKING AGAIN.

22  IT STOPPED WORKING TWICE, AND THERE WAS SOME MENTION OF THIS

23  IN THE PLAINTIFFS' PRESENTATION.

24       LET'S LOOK AT THAT TIME LINE AGAIN.

25             (DEMONSTRATIVE PUBLISHED TO JURY.)

1        **MR. ISAACSON:**  AND THIS IS A PIECE OF THAT TIME LINE.

2   AND THIS GOES BACK TO 4.7.  YOU HEARD A LOT OF DOCUMENTS ABOUT

3   4.7 ALREADY.

4        AND SO BACK IN 2004, REALNETWORKS ANNOUNCED HARMONY, AND

5   ITUNES 4.7 CAME ALONG, AND HARMONY STOPPED WORKING BECAUSE,

6   AGAIN, WE HAD UPDATED OUR ARCHITECTURE AND NOW HARMONY WAS

7   OUTDATED.

8        WE WILL ASK YOU TO PAY CLOSE ATTENTION TO THE DATES IN

9   THIS CASE, AND ALSO TO THE COURT'S INSTRUCTIONS.

10        SLIDE 28.

11             (DEMONSTRATIVE PUBLISHED TO JURY.)

12        **MR. ISAACSON:**  YOU WILL HEAR EVIDENCE, THE COURT

13   INSTRUCTED YOU, REGARDING THE BACKGROUND SURROUNDING THE

14   UPDATES AT ISSUE, INCLUDING APPLE'S DEVELOPMENT OF THE IPOD

15   AND ITS INTEGRATION WITH ITUNES AND THE ITUNES STORE.  THE

16   COURT PREVIOUSLY HELD THIS CONDUCT TO BE LEGAL, INCLUDING ANY

17   UPDATES TO ITUNES PRIOR TO ITUNES 7.0 AND 7.4.

18        WE WILL TALK TO YOU SOME ABOUT 4.7, JUST AS BACKGROUND,

19   BUT THE ISSUES IN THIS CASE ARE NOT THE LEGALITY OF 4.7 WHICH

20   HAS BEEN HELD LEGAL.  THE ISSUE IS 7.0 AND 7.4 WHICH HAPPENS

21   IN 2006 AND 2007.

22        SO, FOR EXAMPLE, WHEN YOU SEE EVIDENCE THROWN IN FRONT OF

23   YOU ABOUT 2004, TAKE IT IN CONTEXT AND UNDERSTAND WHAT THE

24   COURT HAS TOLD YOU.

25        YOU WILL SEE A SHORT VIDEO.  PLAINTIFFS ARE GOING TO SHOW

1   YOU A SHORT VIDEO OF STEVE JOBS, WHICH IS ALWAYS SORT OF

2   INTERESTING.  BUT WILL HE BE ASKED ANY QUESTIONS ABOUT 7.0 AND

3   7.4?  THE ANSWER IS NO.  THIS CASE IS ABOUT 7.0 AND 7.4, AND

4   WE WILL FOCUS OUR EVIDENCE ON THAT AFTER PROVIDING YOU THE

5   NECESSARY BACKGROUND.

6       SO SLIDE 30.

7           (DEMONSTRATIVE PUBLISHED TO JURY.)

8       **MR. ISAACSON:**  APPLE 7.0 AND 7.4 REDESIGN OF

9   FAIRPLAY.  THE EVIDENCE IS GOING TO SHOW IT ENHANCED SECURITY,

10  IT KEPT THIRD PARTIES OUT.  AND OF COURSE IT KEPT THIRD

11  PARTIES OUT.  THE PLAINTIFFS' WHOLE CASE IS WE KEPT THIRD

12  PARTIES OUT.  IT DIDN'T JUST KEEP OUT ONE COMPANY, IT KEPT OUT

13  A RANGE OF THIRD PARTIES.  IT WAS SECURITY.  AND WHEN YOU HAVE

14  SECURITY, IT FIGHTS CORRUPTION.

15      AND THE OTHER ASPECTS OF THE SOFTWARE REDESIGN, THE

16  RE-ARCHITECTURE, IMPROVED EFFICIENCY, AND WHEN YOU IMPROVE

17  EFFICIENCY, YOU REDUCE COST.

18      WHEN YOU HAVE THIRD PARTIES COMING INTO YOUR SYSTEM, KNOWN

19  AND UNKNOWN, WHEN THEY CAN INJECT KEYS INTO THE IPOD KEYBAG OR

20  INJECT DATA, THE EVIDENCE WILL SHOW THAT POSED A RISK OF

21  ALTERING THE DESIGN AND QUALITY OF THE IPOD.  IT POSED A RISK

22  OF INADVERTENT CORRUPTION BECAUSE THE REVERSE-ENGINEERED

23  PRODUCT COULDN'T ENTIRELY UNDERSTAND WHAT WAS GOING ON.

24      AND THEN IF THE PARTY BEHIND IT HAD BAD INTENTIONS, IT

25  POSED THE RISK OF MALICIOUS CORRUPTION.  THAT'S WHAT SECURITY

1    IS ABOUT.  APPLE PRODUCTS WOULD NOT BE AS GOOD OR SECURE IF

2    THIRD PARTIES CAN COME INTO THE SYSTEM.

3        PLAINTIFFS SAY AND ARE SHOWING YOU DOCUMENTS THAT APPLE

4    WANTED TO STOP INJECTION.  APPLE WILL SAY OF COURSE WE DID.

5    THOSE ARE THIRD PARTIES REVERSE ENGINEERING OR SOMETHING

6    WORSE, HACKING, COMING INTO THE SYSTEM.  THAT'S WHAT SECURITY

7    IS ABOUT.

8        SO HOW DO YOU WEIGH THIS EVIDENCE?  I'LL REMIND YOU OF

9    WHAT THE COURT HAS SAID TO YOU.

10                  (DEMONSTRATIVE PUBLISHED TO JURY.)

11        MR. ISAACSON:  I'VE SHOWN YOU THIS INSTRUCTION

12   BEFORE, BUT THE LAST PART HAS SOME IMPORTANCE.

13       IN MAKING THE DETERMINATION ABOUT WHAT'S A GENUINE PRODUCT

14   IMPROVEMENT, YOU CANNOT BALANCE, ON THE ONE HAND, THE EVIDENCE

15   CONCERNING ITUNES 7.0 OR 7.4'S PURPORTED BENEFITS AGAINST, ON

16   THE OTHER HAND, ANY EFFECT THOSE UPDATES HAD ON APPLE'S

17   COMPETITORS.  YOU'RE NOT SUPPOSED TO BE BALANCING THOSE

18   THINGS.  YOU'RE HERE TO DECIDE WHETHER 7.0 AND 7.4 HAD

19   BENEFITS.  THAT'S YOUR INITIAL TASK.

20       SO THE THIRD THING WE'RE GOING TO TALK ABOUT IS IPOD AND

21   ITUNES SECURITY AND FAIRPLAY AND THESE UPDATES.

22       SLIDE 32.

23                  (DEMONSTRATIVE PUBLISHED TO JURY.)

24       MR. ISAACSON:  YOU'RE GOING TO HEAR A FAIR NUMBER OF

25   STRANGE NAMES.  YOU HEARD ABOUT REALNETWORKS AND NAVIO.  BUT

1    YOU'RE GOING TO HEAR ABOUT HACKERS, OTHER HACKERS.  YES, APPLE

2    BELIEVED REAL WAS A HACKER.  THEY SHOWED YOU THOSE DOCUMENTS.

3    BUT THERE WERE OTHER HACKERS.  YOU HEARD ABOUT DVD JOHN.

4    YOU'RE GOING TO HEAR THESE NAMES.  HYMN, PLAYFAIR, FAIRKEYS,

5    PYMUSIQUE.  THE APPLE WITNESSES WILL TELL YOU ABOUT THAT.

6        THE PLAINTIFFS ARE ALREADY FOCUSING ON HARMONY, BUT THAT

7    ALSO POSED A DANGER TO OUR SYSTEM BECAUSE THE EVIDENCE WILL

8    SHOW THAT THAT WAS WORKING THROUGH A FLAW IN OUR SYSTEM.  SO

9    HARMONY DIDN'T UNDERSTAND OUR SYSTEM AND POTENTIALLY INJECTED

10   CONTENT OR DATA THAT COULD INTERFERE WITH THE SYSTEM, BUT IT

11   WAS ALSO OPERATING THROUGH FLAWS IN THE SYSTEM THAT ANY OF

12   THESE CHARACTERS COULD COME THROUGH.

13       SO RETURNING TO THE TIME LINE, PAGE 33.

14              (DEMONSTRATIVE PUBLISHED TO JURY.)

15       **MR. ISAACSON:**  WHAT DID APPLE DO?  AGAIN, APRIL 2005,

16   AUGUSTIN FARRUGIA STARTS WORK.  AFTER THAT, REALNETWORKS

17   ANNOUNCED HARMONY IS AGAIN WORKING.  AND 18 MONTHS LATER,

18   ITUNES 7.0 HAPPENS, 18 MONTHS AFTER THAT REALNETWORKS

19   ANNOUNCEMENT.

20       THE PLAINTIFFS' CASE IS THAT 7.0 WAS INTENDED TO STOP

21   HARMONY.  AND THIS TECHNOLOGY COMPANY, APPLE, SOMEHOW HAD TO

22   WAIT 18 MONTHS TO DO THAT.  THAT DIDN'T TAKE 18 MONTHS.  WHAT

23   TOOK 18 MONTHS WAS A -- A RE-ARCHITECTURE OF THE SOFTWARE THAT

24   INCLUDED AN IMPROVEMENT OF SECURITY.

25       MR. FARRUGIA TALKED ABOUT THAT IN THAT EARLY APRIL

1    DOCUMENT THAT I SHOWED YOU.  THE KEYBAG IS ONE OF THE

2    VULNERABLE PARTS OF THE APPLE'S DRM SOLUTION, AND IT'S

3    PREDICTABLE THAT ATTACKS WILL BE PERPETRATED AGAINST THE

4    KEYBAG.  PREDICTABLE ATTACKS BEFORE HARMONY.  AND IF YOU CAN

5    PREDICT THAT THERE ARE GOING TO BE ATTACKS, YOU HAVE TO STOP

6    THEM.  THAT'S SECURITY.

7        ONE DOCUMENT, 2265, THAT WAS SHOWN TO YOU, THIS WAS THE

8    CONSULTANT'S DOCUMENT.

9            (DEMONSTRATIVE PUBLISHED TO JURY.)

10        **MR. ISAACSON:**  AND IT'S INTERESTING THE DATA.  SO

11    IT'S ITUNES SECURITY RECOMMENDATIONS.

12        AND, MATT, CAN YOU HIGHLIGHT THE DATA DOWN BELOW?

13        SO THIS IS APRIL 5TH, 2005.  NOW THIS IS BEFORE

14    MR. FARRUGIA HAS STARTED WORK.  HE DOESN'T KNOW THESE PEOPLE

15    AT THIS TIME.  BUT -- AND THE EVIDENCE WILL BE THAT THESE

16    CONSULTANTS WERE THERE.  THEY'RE NOT NECESSARILY KEY PLAYERS.

17    BUT THEIR RECOMMENDATIONS ARE INTERESTING BECAUSE THIS, AGAIN,

18    IS BEFORE HARMONY.

19        AND IF WE TURN TO PAGE -- PAGE 6, MATT.

20            (DEMONSTRATIVE PUBLISHED TO JURY.)

21        **MR. ISAACSON:**  AND THIS WAS THE PAGE THAT THEY --

22    THAT PLAINTIFFS WERE SHOWING YOU.  THIS IS THIS HACKER,

23    PYMUSIQUE, ATTACK SUMMARY.  TALKING ABOUT THE CURRENT HACK

24    AGAINST THE ITUNES MUSIC STORE.

25        AND IN THE NEXT PARAGRAPH, BY ANALYZING THE PYMUSIQUE

1    CLIENT, WE HAVE CONCLUDED THAT DVD JOHN WAS ABLE TO

2    REVERSE-ENGINEER THE ITUNES MUSIC STORE AUTHENTICATION

3    PROTOCOL.

4         MOVING DOWN TO THE -- MEDIUM- AND LONG-TERM

5    RECOMMENDATIONS.

6              (DEMONSTRATIVE PUBLISHED TO JURY.)

7         **MR. ISAACSON:**  IT TALKS ABOUT THERE ARE TWO CLASSES

8    OF ATTACKS ON THE ITUNES MUSIC STORE AND ITUNES.  REFERS TO

9    PYMUSIQUE AND JHYMN.  AND IT SAYS THE MEDIUM- AND LONG-TERM

10   GOALS FOR ITUNES MUST PROTECT AGAINST BOTH CLASSES OF ATTACKS.

11   AND IT EVEN GOES ON IN THE PARENTHESES TO TALK ABOUT INTEGRITY

12   VERIFICATION.

13        SO HERE YOU HAD AN OUTSIDE CONSULTANT TALKING ABOUT ALL

14   THE CONCEPTS THAT MR. FARRUGIA WAS TALKING ABOUT AND ALL

15   BEFORE HARMONY CAME BACK ONLINE.

16        SO SLIDE 35.

17             (DEMONSTRATIVE PUBLISHED TO JURY.)

18        **MR. ISAACSON:**  BY JANUARY 2006, MR. FARRUGIA WAS

19   WRITING ABOUT -- AGAIN, ABOUT THE HACKERS.  COMMENT FROM THE

20   HYMN FORUM.  THAT'S A FORUM WHERE THESE HACKERS CAN ALL TALK

21   ONLINE.  AND ONE OF THEM IS SAYING WOULDN'T THE IPOD BE THE

22   OBVIOUS PLACE TO GET THE KEYS.  THIS WAS A DIRECT THREAT TO

23   THE IPOD.

24        NOW, THE PLAINTIFFS APPARENTLY ARE EMPHASIZING THAT THE

25   RECORD LABELS WANTED INTEROPERABILITY OR LICENSING OF OUR DRM

 1    TO REAL.  NOW, THE EVIDENCE IS GOING TO SHOW THAT THE RECORD

 2    LABELS DID NOT HAVE A TECHNICAL UNDERSTANDING OF WHAT APPLE

 3    WOULD HAVE TO DO WITH DRM TO STOP INJECTION AND CORRUPTION

 4    THAT THE RECORD LABELS WERE ALSO CONCERNED ABOUT.

 5        THE RECORD LABELS -- THIS IS NOT A BIG SHOCK -- THE

 6    EVIDENCE WILL SHOW, WANTED IT ALL.  YOU WILL SEE EMAILS WHERE

 7    THEY SENT TO APPLE ASKING THEM HOW ARE YOU STRENGTHENING YOUR

 8    DRM?  WHAT ARE YOU DOING TO UPGRADE YOUR DRM?  AND OF COURSE,

 9    UPGRADING YOUR DRM MEANS THAT A REVERSE-ENGINEERED PRODUCT IS

10    NOT -- IS GOING TO BECOME OUTDATED.

11        YOU'RE GOING TO HEAR OTHER NAMES OF THIRD-PARTY

12    APPLICATIONS.

13                    (DEMONSTRATIVE PUBLISHED TO JURY.)

14        MR. ISAACSON:  A LOT OF THEM HAVE FUNNY NAMES, E-POD,

15    FLOOLA, XPLAY, MYPOD.  ALL OF THESE ARE POTENTIAL THIRD

16    PARTIES COMING INTO THE SYSTEM TO DO KNOWN AND UNKNOWN THINGS.

17        NEXT SLIDE.

18                    (DEMONSTRATIVE PUBLISHED TO JURY.)

19        MR. ISAACSON:  SO THE EVIDENCE IS ALSO GOING TO

20    ADDRESS THIS POINT THAT THE DVC, AS PLAINTIFFS SAY, BLEW UP

21    EVERYTHING.  THE EVIDENCE WILL SHOW THE IPOD DID NOT BLOW UP

22    IN YOUR HAND.  THE EVIDENCE WILL SHOW YOUR IPOD WOULD WORK.

23    THE EVIDENCE WILL SHOW THAT, AS IT WAS THERE, THAT IF YOU TRY

24    TO WORK WITH A FOREIGN DATABASE AFTER 7.4, THAT YOU THEN HAD

25    TO RESTORE TO FACTORY SETTINGS.  YOU THEN HAD TO HIT A BUTTON

1    AND RESTORE THE FACTORY SETTINGS.  THAT'S WHAT "BLOWING UP"

2    THE IPOD MEANT.

3        WE WILL WAIT TO HEAR FROM ANY EVIDENCE FROM ANY CONSUMER

4    WHO WAS PERTURBED BY THIS OR HAD ANY ISSUES WITH THIS.

5              (DEMONSTRATIVE PUBLISHED TO JURY.)

6        **MR. ISAACSON:**  FAIRPLAY, THE EVIDENCE WILL SHOW,

7    REMAINS THE FOUNDATION OF SECURITY TODAY AT APPLE.  MUCH OF

8    THIS CASE IS ABOUT HISTORY OF WHEN THE IPOD WAS MORE POPULAR

9    THAN IPHONES AND SMARTPHONES BACK IN 2006 AND 2009.  BUT THE

10   ACCUSATION THAT FAIRPLAY WAS INTENDED OR DIRECTED OR THAT KVC

11   OR DVC WAS DIRECTED AT REALNETWORKS OR SOMETHING BACK THEN,

12   YOU WILL BE ABLE TO CONTRAST THAT WITH EVIDENCE THAT SAYS

13   TODAY FAIRPLAY AND KEYBAG INTEGRITY CHECK, DATABASE INTEGRITY

14   CHECKS ARE THROUGHOUT THE APPLE SYSTEM.  THEY ARE ON THE IPAD.

15   THEY ARE ON THE IPHONE.  THEY ARE USED FOR IBOOKS.

16       THOSE SERVERS I TALKED ABOUT FOR THE ITUNES MUSIC STORE,

17   THEY STILL HAVE FAIRPLAY.  THEY STILL HAVE THE INTEGRITY

18   CHECKS SO THAT SOME HACKER CAN'T COME IN AND STEAL ALL THE

19   MUSIC IN THE WORLD.

20       SO ONCE WE GET THROUGH THOSE POINTS, WE ARE GOING TO TALK

21   SOME ABOUT COMPETITION.  PLAINTIFFS TALKED ABOUT THIS.

22             (DEMONSTRATIVE PUBLISHED TO JURY.)

23       **MR. ISAACSON:**  WE WILL TALK ABOUT COMPETITION AMONGST

24   MUSIC STORES.  THERE WAS MUCH COMPETITION AMONGST MUSIC

25   STORES.  CD'S WERE MORE POPULAR BACK THEN.  THERE WAS

1    ILLEGALLY DOWNLOADED MUSIC.  AND THE EVIDENCE WILL SHOW THAT

2    THE ITUNES STORE HAD DURING THIS PERIOD, DEPENDING WHAT TIME

3    YOU'RE TALKING ABOUT, LESS THAN 15 PERCENT OF A SHARE OF ALL

4    THE MUSIC BEING SOLD.

5         PLAINTIFFS ARE GOING TO TALK TO YOU AND HAVE TALKED TO YOU

6    ABOUT HOW REALMUSIC, WHICH WAS A SMALL MUSIC STORE, POSED SOME

7    COMPETITIVE THREAT.  AND THEY SHOWED YOU A DOCUMENT THAT SAID

8    OUR MARKET SHARE DROPPED.  AND THEY ACTUALLY SAID THAT THE

9    EVIDENCE WILL SHOW THAT THE MARKET SHARE DIP IN 2004 WAS,

10   QUOTE, A REACTION IN THE MARKETPLACE TO HARMONY.

11        THE EVIDENCE WILL ACTUALLY SHOW, AND THAT DOCUMENT THEY

12   SHOWED YOU ACTUALLY SAYS, THAT WHAT HAPPENED IN AUGUST 2004

13   WAS THAT REALNETWORKS HAD A BRIEF SALE, THREE WEEKS.  THEY

14   OFFERED SONGS FOR 49 CENTS.  NOW, THEY'RE BUYING THE SONGS FOR

15   70 CENTS, SO NOT SURPRISINGLY THE SALE DIDN'T LAST THAT LONG.

16   THAT'S BACK IN 2004.

17        AND AFTER THAT LOSS THAT -- AFTER INCURRING THOSE LOSSES,

18   THE EVIDENCE WILL SHOW THAT REALNETWORK NEVER HAD A SALE LIKE

19   THAT AGAIN.  AND THE EVIDENCE WILL SHOW THAT WHEN HARMONY CAME

20   BACK ONLINE IN 2005, APPLE'S MARKET SHARE INCREASED, NOT

21   DECREASED.

22        THE PLAINTIFFS ALSO TALK -- ARE GOING TO TALK TO YOU ABOUT

23   AMAZON.  THE EVIDENCE WILL SHOW YOU THAT AMAZON SET UP A MUSIC

24   STORE WHERE YOU COULD DOWNLOAD YOUR MUSIC DIRECTLY IN ITUNES.

25   YOU COULD HIT A BUTTON.  YOU COULD GO INTO AMAZON WEBSITE, YOU

1    COULD HIT A BUTTON, AND THE SONG WOULD AUTOMATICALLY TRANSFER

2    TO ITUNES.  AND AMAZON, THE EVIDENCE WILL SHOW, IS A BIGGER

3    NAME AS A COMPETITOR THAN REALNETWORKS OR NAVIO.  THE EVIDENCE

4    WILL SHOW THAT APPLE DID NOTHING TO BLOCK AMAZON.

5        AMAZON WAS -- WAS NOT BLOCKED BECAUSE IT WASN'T INJECTING

6    DATA OR KEYS.  IT WASN'T A THIRD-PARTY INTRUDER.  IT WAS

7    SIMPLY TRANSFERRING SONGS INTO ITUNES.  THE EVIDENCE FROM THE

8    APPLE WITNESSES WILL BE THEY DID NOT BLOCK AMAZON.

9                 (DEMONSTRATIVE PUBLISHED TO JURY.)

10        **MR. ISAACSON:**  COMPETITION AMONGST MAKERS OF MUSIC

11   PLAYERS, YOU'RE GOING TO HEAR ABOUT MP3 PLAYERS AND HOW THERE

12   WERE MANY DIFFERENT ALTERNATIVES TO THE IPOD.  YOU'LL SEE

13   PHOTOS OF THEM.

14       THE NEXT SLIDE.

15                 (DEMONSTRATIVE PUBLISHED TO JURY.)

16        **MR. ISAACSON:**  HERE'S SOME -- THE MANY DIFFERENT

17   ALTERNATIVES TO THE NANO, THE SMALLER IPOD.

18       AND THEN WHEN WE GET TO THE DAMAGES CASE, WE'RE REALLY

19   GOING TO FOCUS ON EVIDENCE ABOUT THINGS THAT DON'T MAKE SENSE.

20   THEY'RE ASKING FOR $351 MILLION.  AND THAT'S DURING THE

21   PERIOD --

22       NEXT SLIDE.

23                 (DEMONSTRATIVE PUBLISHED TO JURY.)

24        **MR. ISAACSON:**  -- WHERE PRICES WERE FALLING.

25       THEY'RE SAYING THAT BECAUSE REALNETWORKS' MUSIC STORE

1    DIDN'T WORK AS WELL WITHOUT HARMONY THAT THE PRICES OF IPODS

2    WENT UP TO THE TUNE OF $351 MILLION DURING A PERIOD THAT

3    PRICES WERE FALLING.

4        SO FOR THE NANO, SEPTEMBER 2005, $249 FOR 4 GIGABYTES.  BY

5    SEPTEMBER 2007, $149 FOR 4 GIGABYTES.

6        NEXT SLIDE.

7            (DEMONSTRATIVE PUBLISHED TO JURY.)

8        **MR. ISAACSON:**  THE IPOD CLASSIC, PRICES WERE FALLING

9    AND CAPACITY WAS INCREASING.  $399 FOR A 60-GIGABYTE DEVICE IN

10   OCTOBER 2005.  $249 FOR 120 GIGABYTES IN SEPTEMBER 2008.

11       THERE SHOULD BE NO DAMAGES HERE BECAUSE PRICES WENT UP --

12   PRICES WENT DOWN AND QUALITY WENT UP.

13       THERE WAS AN INTERESTING SLIDE THAT THEY SHOWED YOU.

14           (DEMONSTRATIVE PUBLISHED TO JURY.)

15       **MR. ISAACSON:**   THIS WAS A PLAINTIFF -- SLIDE FROM THE

16   PLAINTIFFS' OPENING THAT MATT IS PUTTING ON THE SCREEN FOR ME,

17   AND THIS IS WHERE THEY SAID DR. NOLL, THEIR EXPERT, IS GOING

18   TO TALK ABOUT GROSS MARGINS GOING UP DURING THE CLASS PERIOD.

19   MAYBE YOU REMEMBER THIS CHART.

20       DR. NOLL IS ALSO GOING TO TESTIFY THAT HE DID NOT ATTEMPT

21   TO LINK ANY OF THOSE MARGINS TO 7.0.  IN FACT, HE DIDN'T TRY

22   TO RELATE THOSE MARGINS TO ANY SPECIFIC EVENT, WHICH ACTUALLY

23   MAKES SENSE WHEN YOU LOOK AT THE UP AND DOWN MARGINS IN THAT

24   YELLOW SHADED AREA.  IF THIS WAS ALL ABOUT BLOCKING HARMONY,

25   YOU WOULDN'T SEE THOSE UP AND DOWN -- THE EVIDENCE IS GOING TO

1    BE THAT YOU WOULDN'T SEE THOSE UP AND DOWN ARROWS.  WHAT'S

2    GOING TO EXPLAIN THOSE UP AND DOWN ARROWS?  WELL, GUESS WHAT?

3    COSTS ARE GOING UP AND DOWN.

4        SO WITH NO MARGIN THEORY THAT'S GOING TO ACTUALLY BE PUT

5    INTO EVIDENCE, PLAINTIFFS ARE GOING TO BE LEFT WITH THEIR

6    REGRESSION ANALYSIS AND LOCK-IN THEORY.  AND THEIR LOCK-IN

7    THEORY, AGAIN, IS THAT REALNETWORKS' MUSIC CUSTOMERS COULD NO

8    LONGER GET MUSIC AS EASILY FROM THAT STORE SO THEY BOUGHT MORE

9    MUSIC FROM THE ITUNES STORE.  AND THEN WHEN IT CAME TIME TO

10   BUY A NEW DEVICE, THEY SAID, WELL, I'M STICKING WITH THE IPOD.

11   THAT'S THE THEORY.

12       AND WHAT OUR EXPERTS ARE GOING TO TELL YOU --

13       NEXT SLIDE.

14              (DEMONSTRATIVE PUBLISHED TO JURY.)

15       **MR. ISAACSON:**  -- IS THERE'S NO CONSUMER EVIDENCE TO

16   SUPPORT THIS.  IT'S A THEORY.

17       OUR EXPERTS ARE ALSO GOING TO TELL YOU THAT ONE OF THE

18   PROBLEMS WITH THIS THEORY IS KNOWN AS BURNING AND RIPPING.

19       NEXT SLIDE.

20              (DEMONSTRATIVE PUBLISHED TO JURY.)

21       **MR. ISAACSON:**  YOU WEREN'T LOCKED IN.  IF YOU WANTED

22   REAL MUSIC STORE, YOU BURNED IT TO A CD AND PUT IT INTO YOUR

23   ITUNES LIBRARY.  THAT'S THE LOCK-IN.

24       OUR WITNESSES WILL ALSO TELL YOU THAT KVC AND DVC DID NOT

25   CAUSE HIGHER PRICES.  HIGHER PRICES WERE DUE -- OR ACTUALLY,

1    DECLINING PRICES, BUT THE PRICES WE WERE CHARGING WERE

2    ATTRIBUTABLE TO HIGH-QUALITY DEVICES.

3        NOW, YOU WERE TOLD ABOUT A BEFORE-AND-AFTER ANALYSIS,

4    BEFORE AND AFTER THE KVC AND THE DVC.  THE EVIDENCE WILL SHOW

5    THAT'S NOT QUITE RIGHT.  IT'S BEFORE AND AFTER SEPTEMBER 2006.

6    DR. NOLL WILL TESTIFY THAT HE DID AN ANALYSIS OF PRICES BEFORE

7    AND AFTER SEPTEMBER 2006.  JUST A DATE.  AND THAT HE THINKS

8    HE'S -- HE'S GOT ALL THE VARIABLES THAT ACCOUNT FOR PRICES

9    BEFORE AND AFTER, AND THE LEFTOVER AMOUNT SHOULD BE

10    ATTRIBUTABLE TO WHAT THE PLAINTIFFS ARE COMPLAINING ABOUT.

11        WHAT ELSE WAS HAPPENING IN SEPTEMBER 2006?

12        NEXT SLIDE.

13                (DEMONSTRATIVE PUBLISHED TO JURY.)

14        **MR. ISAACSON:**  ITUNES 7.0, THE LARGEST ROLLOUT OF

15    ITUNES INCLUDING A -- A MOVIE REVOLUTION HAPPENING IN

16    SEPTEMBER 2006.  ALL THE NEW FEATURES OF 7.0, OTHER THAN A KVC

17    OR DVC, AND YOU WILL BE -- YOU WILL BE ABLE TO ASK YOURSELVES

18    WHAT'S RESPONSIBLE FOR PRICES HERE.

19        THAT'S NOT THE ONLY THING HAPPENING IN SEPTEMBER 2006.

20    PLAINTIFFS' COUNSEL ACTUALLY BEGAN WITH THIS, ABOUT HOW IN

21    SEPTEMBER 2006 THE NANO CAME OUT WITH ALL THESE NICE NEW

22    FEATURES.

23        NEXT SLIDE, MATT.

24                (DEMONSTRATIVE PUBLISHED TO JURY.)

25        **MR. ISAACSON:**  THE NEW IPODS WITH 7.0 AND 7.4 HAD

1    BETTER BATTERY LIFE, LARGER DISPLAYS, HIGHER RESOLUTION, LOWER

2    WEIGHTS.  OUR WITNESSES WILL EXPLAIN ALL OF THAT TO YOU.  ALL

3    OF WHICH WOULD EXPLAIN PRICES DURING THOSE PERIODS.

4         BUT DID DR. NOLL TAKE THOSE INTO ACCOUNT?

5         NEXT SLIDE.

6              (DEMONSTRATIVE PUBLISHED TO JURY.)

7         **MR. ISAACSON:**  THE EVIDENCE WILL SHOW THAT THOSE

8    ATTRIBUTES, THOSE COMMON ATTRIBUTES THAT CONSUMERS WALK INTO A

9    STORE AND DECIDE TO BUY DEVICES ON, WERE NOT TAKEN INTO

10   ACCOUNT BY DR. NOLL.  THINGS LIKE DISPLAY, RESOLUTION, BATTERY

11   LIFE.

12        DR. NOLL WILL MAKE EXCUSES FOR THAT.  HE WILL THROW AROUND

13   TERMS LIKE MULTICOLLINEARITY.  YOU WILL BE ABLE TO DECIDE

14   WHETHER THESE ARE EXCUSES, AND BASED ON YOUR COMMON SENSE,

15   DECIDE SIMPLY WHAT DECIDES PRICES AND DID HE TAKE THOSE THINGS

16   INTO ACCOUNT.

17        SO WE'RE GOING TO TRY AND FOCUS OUR CASE ON SIMPLE THINGS.

18   WE ARE GOING TO TALK ABOUT APPLE COMPETING.  WE ARE GOING TO

19   TALK ABOUT APPLE INNOVATING AND PROVIDING GENUINE PRODUCT

20   IMPROVEMENTS.  WE ARE GOING TO TALK ABOUT APPLE PROVIDING

21   SECURITY.  AND WE'RE GOING TO TALK ABOUT THINGS THAT WE DON'T

22   THINK MAKE SENSE.  SO -- AND WE ARE GOING TO BE VERY

23   APPRECIATIVE OF THE TIME AND ATTENTION AND THE HARD WORK THAT

24   YOU'RE GOING TO BE DOING WITH THE COURT AND WITH ALL COUNSEL,

25   AND WE THANK YOU FOR YOUR TIME THIS MORNING.

 1          **THE COURT:**  LADIES AND GENTLEMEN, NOW THAT YOU'VE

 2     HEARD OPENING STATEMENTS, JUST A FEW MORE WORDS FROM ME.

 3          FIRST OF ALL, YOU'VE HEARD BOTH SIDES NOW TALK ABOUT A

 4     COMPANY CALLED REALNETWORKS.  REALNETWORKS IS NOT AND HAS

 5     NEVER BEEN A PARTY TO THIS CASE OR ANY ACTION RELATED TO THE

 6     ISSUES IN THIS CASE.  DO NOT SPECULATE AS TO WHY REALNETWORKS

 7     IS NOT INVOLVED IN THIS CASE.  YOU SHOULD NOT CONSIDER THIS

 8     DURING YOUR DELIBERATIONS.  OKAY?

 9          A FEW MORE WORDS ABOUT YOUR CONDUCT AS JURORS, AND THEN WE

10     GET TO BEGIN HEARING EVIDENCE.

11          FIRST, IT IS IMPORTANT THAT YOU KEEP AN OPEN MIND

12     THROUGHOUT THE TRIAL AND DO NOT DECIDE WHAT THE VERDICT SHOULD

13     BE UNTIL YOU AND YOUR FELLOW JURORS HAVE COMPLETED YOUR

14     DELIBERATIONS AT THE END OF THE CASE.

15          SECOND, IF YOU WISH TO TAKE NOTES TO HELP YOU REMEMBER THE

16     EVIDENCE, YOU MAY.  YOU HAVE PAPER IN YOUR NOTEBOOKS.  IF YOU

17     DO TAKE NOTES, PLEASE KEEP THEM TO YOURSELF UNTIL YOU AND YOUR

18     FELLOW JURORS GO INTO THE JURY ROOM TO DECIDE THE CASE.

19          DO NOT LET YOUR NOTE-TAKING DISTRACT YOU.  WHEN YOU LEAVE

20     EACH DAY, YOUR NOTES SHOULD BE LEFT IN THE JURY ROOM.  NO ONE

21     WILL READ YOUR NOTES.  THEY WILL BE DESTROYED AT THE

22     CONCLUSION OF THE CASE.

23          WHETHER OR NOT YOU TAKE NOTES, YOU SHOULD RELY ON YOUR OWN

24     MEMORY OF THE EVIDENCE.  NOTES ARE ONLY THERE TO ASSIST YOU,

25     AND YOU SHOULD NOT BE OVERLY INFLUENCED BY YOUR NOTES OR THOSE

1    OF YOUR FELLOW JURORS.

2        NEXT, AS I MENTIONED DURING JURY SELECTION, YOU ARE

3    ALLOWED TO PROPOSE WRITTEN QUESTIONS TO THE WITNESSES.  YOU

4    SHOULD HAVE IN YOUR NOTEBOOK A PIECE OF PAPER FOR THAT

5    PURPOSE.  YOU MAY PROPOSE QUESTIONS IN ORDER TO CLARIFY THE

6    TESTIMONY, BUT YOU ARE NOT TO EXPRESS ANY OPINION ABOUT THE

7    TESTIMONY OR ARGUE WITH A WITNESS.  THAT'S IMPORTANT.  I'VE

8    HAD JURORS, LIKE, TWO PAGES.  NO, I TOLD YOU NOT TO ARGUE WITH

9    THE WITNESS.  OKAY?

10       IF YOU PROPOSE ANY QUESTIONS, REMEMBER THAT YOUR ROLE IS

11   THAT OF A NEUTRAL FACT FINDER, NOT AN ADVOCATE FOR EITHER

12   SIDE.

13       BEFORE THE COURT EXCUSES EACH WITNESS OR DURING A BREAK,

14   YOU MAY WRITE OUT YOUR QUESTION ON THE FORM PROVIDED TO YOU.

15   I WILL REVIEW THOSE QUESTIONS WITH THE ATTORNEYS TO DETERMINE

16   WHETHER IT IS A LEGALLY PROPER QUESTION.

17       THERE ARE SOME PROPOSED QUESTIONS THAT THE COURT WILL

18   PERMIT AND WILL NOT -- OR WILL NOT PERMIT AND WILL NOT ASK OR

19   WILL NOT ASK IN THE WORDS SUBMITTED BY THE JUROR.  THIS MIGHT

20   HAPPEN EITHER DUE TO THE RULES OF EVIDENCE OR OTHER LEGAL

21   REASONS OR BECAUSE THE QUESTION IS EXPECTED TO BE ANSWERED

22   LATER IN THE WITNESS'S TESTIMONY.  IF THE COURT DOES NOT ASK

23   YOUR PROPOSED QUESTION OR IF THE COURT REPHRASES IT, DO NOT

24   SPECULATE AS TO THE REASONS.

25       DO NOT GIVE UNDUE WEIGHT TO YOUR QUESTIONS OR TO THOSE

1    PROPOSED BY OTHER JURORS.  YOU SHOULD EVALUATE THE ANSWERS TO

2    THOSE QUESTIONS IN THE SAME MANNER AS YOU EVALUATE ALL THE

3    EVIDENCE.

4        BY GIVING YOU AN OPPORTUNITY TO PROPOSE QUESTIONS, THE

5    COURT IS NOT REQUESTING OR SUGGESTING THAT YOU DO SO.

6        FINALLY, BECAUSE YOU MUST DECIDE THE CASE BASED ONLY ON

7    THE EVIDENCE RECEIVED IN THE CASE AND ON THE INSTRUCTIONS

8    GIVEN TO YOU WITH RESPECT TO THE LAW, YOU MUST NOT BE EXPOSED

9    TO ANY OTHER INFORMATION ABOUT THE CASE OR ISSUES INVOLVED IN

10   IT DURING THE COURSE OF YOUR JURY DUTY.

11       THUS, UNTIL THE END OF THE CASE OR UNTIL THE COURT

12   OTHERWISE TELLS YOU, I WILL REMIND YOU WHAT I TOLD YOU AFTER

13   JURY SELECTION.  DO NOT COMMUNICATE WITH ANYONE IN ANY WAY.

14   DO NOT LET ANYONE ELSE COMMUNICATE WITH YOU IN ANY WAY ABOUT

15   THE MERITS OF THIS CASE OR ANYTHING TO DO WITH IT.

16       THIS INCLUDES DISCUSSING THE CASE IN PERSON, IN WRITING,

17   BY PHONE OR ELECTRONIC MEANS, VIA EMAIL, TEXT MESSAGING, OR

18   ANY INTERNET CHAT ROOM, BLOG, WEBSITE, MOBILE APPLICATION, OR

19   OTHER SIMILAR MEANS.

20       THIS APPLIES TO COMMUNICATING WITH YOUR FELLOW JURORS

21   UNTIL THE COURT GIVES YOU THE CASE FOR DELIBERATION.  AND IT

22   APPLIES TO COMMUNICATING WITH EVERYONE ELSE, INCLUDING YOUR

23   FAMILY MEMBERS, YOUR EMPLOYER, THE MEDIA, PRESS, ANY PEOPLE

24   INVOLVED IN THE TRIAL.  ALTHOUGH YOU MAY NOTIFY YOUR FAMILY

25   AND YOUR EMPLOYER THAT YOU HAVE BEEN SEATED IN A CASE IN A

 1    CIVIL –– AS A JUROR AS IN A CIVIL CASE IN FEDERAL COURT.

 2         IF YOU ARE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR JURY

 3    SERVICE OR ANYTHING TO DO WITH THIS CASE, PLEASE RESPOND THAT

 4    YOU HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER AND PLEASE

 5    REPORT THE CONTACT DIRECTLY TO THE COURT AS SOON AS POSSIBLE.

 6         BECAUSE YOU WILL RECEIVE ALL THE EVIDENCE AND LEGAL

 7    INSTRUCTION THAT YOU MAY PROPERLY CONSIDER TO RETURN A

 8    VERDICT, DO NOT READ, WATCH, OR LISTEN TO ANY NEWS OR MEDIA

 9    ACCOUNTS OR COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH

10    IT.

11         DO NOT DO ANY INDEPENDENT RESEARCH.  DO NOT CONSULT

12    DICTIONARIES, SEARCH THE INTERNET, OR USE OTHER REFERENCE

13    MATERIALS.  DO NOT CONDUCT ANY RESEARCH ON ANY PARTY, LAWYER,

14    OR COURT PERSONNEL.  DO NOT MAKE ANY INVESTIGATION OR IN ANY

15    WAY TRY TO LEARN ABOUT THE CASE ON YOUR OWN.  THE LAW REQUIRES

16    THESE RESTRICTIONS TO ENSURE THAT PARTIES HAVE A FAIR TRIAL

17    BASED UPON THE SAME EVIDENCE AND THAT EACH PARTY HAS AN

18    OPPORTUNITY TO ADDRESS IT.

19         A JUROR WHO VIOLATES THESE RESTRICTIONS JEOPARDIZES THE

20    FAIRNESS OF THESE PROCEEDINGS, AND IT'S POSSIBLE A MISTRIAL

21    MIGHT RESULT.  THAT MEANS WE'D HAVE TO START THE WHOLE THING

22    ALL OVER AGAIN.  SO THE ANSWER IS JUST DON'T DO ANYTHING.  THE

23    ONLY THING THAT YOU'LL HEAR ABOUT THIS CASE IS IN THIS

24    COURTROOM.

25         IF YOU'RE EXPOSED TO ANY OUTSIDE INFORMATION, PLEASE

1    NOTIFY THE COURT.

2        SO YOU REMEMBER THAT EMPTY BOX THAT I TOLD YOU ABOUT.

3    YOU'VE HEARD NOW -- THE LAWYERS AREN'T GOING TO TALK TO YOU

4    AGAIN DIRECTLY UNTIL CLOSING.  SO THAT WAS THEIR ONE

5    OPPORTUNITY.  THEY GAVE YOU A ROADMAP.  THEY TOLD YOU WHAT

6    THEY THOUGHT THE EVIDENCE WOULD SHOW.  BECAUSE YOU'RE GOING TO

7    BE SITTING HERE FOR MANY DAYS COLLECTING PIECES OF EVIDENCE.

8    THE BOX IS EMPTY.  SO NOW WE GET TO START FILLING THE BOX.

9    EVERYBODY KNOWS WHAT GOES INTO THAT BOX.  AND YOU'RE GOING TO

10   TAKE ALL THOSE PIECES OF THE PUZZLE, ALL THAT EVIDENCE, AND AT

11   THE END OF THE TRIAL, YOU'LL PUT TOGETHER THE PUZZLE AS YOU

12   SEE FIT.

13       SO I'M GOING TO START BY GIVING YOU SOME EVIDENCE.  THESE

14   ARE AGREED-UPON, UNDISPUTED FACTS, NOT TOO MANY, BUT THIS IS

15   THE FIRST PART OF THE EVIDENCE THAT GOES INTO YOUR BOX.

16       THE PARTIES HEREBY AGREE THAT THE FOLLOWING FACTS ARE

17   UNDISPUTED:

18       ONE, APPLE IS A COMPANY HEADQUARTERED IN CUPERTINO,

19   CALIFORNIA.

20       TWO, THE CLASS REPRESENTATIVES ARE MARIANA ROSEN, A

21   RESIDENT OF NEW YORK, AND MELANIE WILSON, FORMERLY TUCKER, A

22   RESIDENT OF CHARLESTON, SOUTH CAROLINA.

23       WITH RESPECT TO ITUNES, IN JANUARY 2001 APPLE INTRODUCED

24   THE ITUNES SOFTWARE, A JUKEBOX THAT PROVIDED A WAY FOR USERS

25   TO ORGANIZE, STORE, AND PLAY THEIR DIGITAL MEDIA AUDIO FILES,

1    INCLUDING MUSIC, ON MAC COMPUTERS.  ITUNES WAS PREINSTALLED ON

2    MACS, AND APPLE DID NOT CHARGE SEPARATELY FOR IT.

3        APPLE -- NO. 4.  APPLE INTRODUCED IPOD, A PORTABLE DIGITAL

4    MUSIC PLAYER, ON OCTOBER 23RD, 2001.

5        FIVE, IN ORDER TO PLAY SONGS ON THE IPOD, A USER WOULD

6    FIRST CONNECT THE IPOD TO A COMPUTER AND THEN USE ITUNES

7    SOFTWARE TO TRANSFER THE SONGS TO THE IPOD AND TO PERFORM

8    OTHER FUNCTIONS SUCH AS CREATING PLAY LISTS FOR THE IPOD.

9    ITUNES CAN ALSO BE USED TO PLAY MUSIC AND OTHER AUDIO FILES ON

10   A COMPUTER.

11       NO. 6, APPLE LAUNCHED THE ITUNES MUSIC STORE, LATER CALLED

12   THE ITUNES STORE OR ITS, AN ONLINE MUSIC STORE, ON APRIL 28TH,

13   2003.

14       THE ITUNES SOFTWARE PROGRAM ENABLES USERS TO SELECT,

15   PURCHASE, AND DOWNLOAD AUDIO CONTENT FROM THE ITUNES STORE AND

16   IS THE ONLY SOFTWARE PROGRAM DESIGNED FOR AND ALLOWED TO

17   ACCESS THE ITUNES STORE.

18       SEVEN, A CUSTOMER COULD USE ITUNES TO TRANSFER MUSIC FROM

19   THE ITUNES STORE AND OTHER SOURCES SUCH AS CD'S TO AN IPOD.

20       EIGHT, ON OCTOBER 16TH, 2003, APPLE INTRODUCED ITUNES AND

21   THE ITUNES STORE FOR WINDOW-BASED COMPUTERS.

22       NINE, PRIOR TO THE LAUNCH OF THE ITUNES STORE, APPLE

23   ENTERED INTO CONTRACTS WITH MAJOR RECORD LABELS TO OFFER

24   DIGITAL AUDIO FILES VIA THE ITUNES STORE.  THE CONTRACTS

25   BETWEEN THE MAJOR RECORD LABELS AND APPLE THAT ALLOWED APPLE

1    TO OFFER THEIR COPYRIGHTED MUSIC THROUGH THE ITUNES STORE

2    REQUIRED THAT APPLE IMPLEMENT USAGE RULES AND SELL MUSIC IN A

3    PROTECTED FORMAT.

4        TEN, PURSUANT TO THESE CONTRACTS, APPLE AGREED TO LIMIT

5    COPYING AND DISTRIBUTION OF THE MUSIC FILES THROUGH THE USE OF

6    ENCRYPTION-BASED SECURITY SOLUTION KNOWN AS DIGITAL RIGHTS

7    MANAGEMENT, OR DRM.  APPLE SECURITY SOLUTION WAS CALLED

8    FAIRPLAY.

9        ELEVEN, ELEMENTS OF FAIRPLAY ARE, ONE, USED FOR APPLE

10   ITUNES STORE; TWO, INCORPORATED IN ITUNES AND THE ITUNES STORE

11   ON THE USER'S COMPUTER; AND THREE, INCORPORATED IN THE

12   FIRMWARE, THAT IS, THE PREINSTALLED SOFTWARE ON IPODS.

13       TWELVE, IN -- IN OCTOBER 2004, APPLE RELEASED ITUNES 4.7

14   WHICH CONTAINED, AMONG OTHER THINGS, AN UPDATED VERSION OF

15   FAIRPLAY.  UPDATED FAIRPLAY TECHNOLOGY WAS ALSO PREINSTALLED

16   IN THE FIRMWARE FOR THE NEW IPODS.

17       THIRTEEN, ON SEPTEMBER 12TH, 2006, APPLE RELEASED AN

18   UPDATE OF THE ITUNES SOFTWARE CALLED ITUNES 7.0 WHICH

19   CONTAINED UPDATED FAIRPLAY TECHNOLOGY.  UPDATED FAIRPLAY

20   FIRMWARE WAS ALSO PREINSTALLED ON THE IPOD NANO SECOND

21   GENERATION, IPOD NANO THIRD GENERATION, IPOD CLASSIC SIXTH

22   GENERATION, AND IPOD TOUCH FIRST GENERATION MODELS, SOLD AFTER

23   SEPTEMBER 12TH, 2006.

24       AND FINALLY, 14, ON SEPTEMBER 5TH, 2007, APPLE RELEASED

25   ITUNES 7.4 WHICH CONTAINED UPDATED FAIRPLAY TECHNOLOGY.

1      THESE FACTS ARE UNDISPUTED FOR PURPOSES OF THIS TRIAL.

2      PLAINTIFFS MAY CALL THEIR FIRST WITNESS.

3           **MR. COUGHLIN:**  THANK YOU, YOUR HONOR.

4      I'LL CALL KEN RIEGEL.

5                (PAUSE IN THE PROCEEDINGS.)

6           **THE CLERK:**  I'M GOING TO HELP YOU FIX THAT PODIUM.

7           **MR. COUGHLIN:**  YOU KNOW, IT'S JUST FINE.

8           **THE CLERK:**  ALL RIGHT.

9           **THE COURT:**  PLEASE STAND.

10                    **KENNETH RIEGEL,**

11     CALLED AS A WITNESS FOR THE PLAINTIFFS, HAVING BEEN DULY

12     SWORN, TESTIFIED AS FOLLOWS:

13          **THE CLERK:**  PLEASE BE SEATED AND THEN –– THEN PLEASE

14     STATE YOUR FULL NAME AND SPELL YOUR LAST NAME.

15          **THE WITNESS:**  KENNETH RIEGEL, R-I-E-G-E-L.

16          **THE COURT:**  YOU MAY PROCEED.

17     GOOD AFTERNOON.  OR NO.  GOOD MORNING.  GOOD MORNING.

18          **THE WITNESS:**  THANK YOU.

19                    **DIRECT EXAMINATION**

20     **BY MR. COUGHLIN:**

21     **Q.**  GOOD MORNING, MR. RIEGEL.

22     **A.**  GOOD MORNING.

23     **Q.**  SO YOU DROVE DOWN HERE FROM YOUR HOME.  WHERE DO YOU

24     CURRENTLY LIVE?

25     **A.**  SOUTH LAKE TAHOE.

1    Q.   AND HOW LONG HAVE YOU BEEN UP THERE?

2    A.   SINCE 2002.

3    Q.   OKAY.  WE'RE GOING TO --

4    A.   SEPTEMBER.

5    Q.   -- GET INTO A LITTLE OF YOUR BACKGROUND.

6         WHAT'S YOUR EDUCATION?

7    A.   I HAVE A BACHELOR'S DEGREE IN BUSINESS OPERATIONS

8    MANAGEMENT.

9    Q.   AND THAT'S FROM THE UNIVERSITY OF DELAWARE, IS IT?

10   A.   YES, IT IS.

11   Q.   OKAY.  AND AFTER THAT, DID YOU START INTO BUSINESS?

12   A.   ACTUALLY, I WAS IN THE BUSINESS PRIOR -- PRIOR TO THAT.

13   Q.   OKAY.  LET'S TELL THE JURY WHO YOU ARE FIRST, AND THEN

14   WE'LL GO INTO YOUR BACKGROUND.

15   A.   OKAY.

16   Q.   YOU'RE AN APPLE RESELLER; IS THAT CORRECT?

17   A.   I WAS AN APPLE RESELLER IN THE CATEGORY CALLED APPLE

18   SPECIALISTS.

19   Q.   HOW LONG WERE YOU IN THAT BUSINESS?

20   A.   I STARTED IN THE COMPUTER BUSINESS BACK IN 1981 OR SO.

21   AND I WAS SELLING APPLE PRODUCTS FROM ABOUT 1982 THROUGH 2007.

22   Q.   OKAY.  SO QUITE A LONG TIME?

23   A.   YES, SIR.

24   Q.   SO YOU HAVE A LOT OF FAMILIARITY WITH APPLE PRODUCTS; IS

25   THAT RIGHT?

RIEGEL – DIRECT / COUGHLIN

1    **A.**  I DO.

2    **Q.**  OKAY.  YOU ACTUALLY BECAME AN APPLE SPECIALIST AND TOOK

3    SOME COURSES; IS THAT RIGHT?

4    **A.**  THERE WAS ONGOING TRAINING THROUGHOUT THE -- MY CAREER.

5    **Q.**  OKAY.  LET'S START BACK AND GO BACK IN 1980.  YOU STARTED

6    OFF WITH WHAT COMPANY?

7    **A.**  IT'S ACTUALLY TANDY RADIO SHACK.  I WORKED THE CHRISTMAS

8    SEASON IN THE MALL WITH THE GOAL OF EARNING A RIGHT TO WORK IN

9    THEIR -- ONE OF THEIR COMPUTER CENTERS AT THE TIME.

10   **Q.**  AND DID YOU DO PRETTY GOOD?

11   **A.**  I DID QUITE WELL.

12   **Q.**  OKAY.  AND YOU GOT A JOB?

13   **A.**  I DID.

14   **Q.**  OKAY.  AND THEN WHAT HAPPENED AFTER THAT?  HOW LONG DID

15   YOU STAY THERE?

16   **A.**  I STAYED WITH TANDY A LITTLE UNDER TWO YEARS.  I WAS THEN

17   APPROACHED BY A PAST BUSINESS ASSOCIATE WHO WAS WORKING FOR

18   COMPUTERLAND OF DELAWARE AT THE TIME, AND HE BASICALLY

19   RECRUITED ME TO COME WORK FOR COMPUTERLAND.

20   **Q.**  AND WHAT DID COMPUTERLAND SELL AT THAT TIME?

21   **A.**  THEY WERE AN APPLE EDUCATION DEALER SO A LOT OF APPLE II

22   PRODUCTS.  THEY WERE SELLING IBM PC'S, THE FIRST GENERATION AT

23   THE INITIAL -- INITIAL START.

24   **Q.**  AND HOW LONG DID YOU STAY AT COMPUTERLAND?

25   **A.**  I STAYED WITH COMPUTERLAND FOR JUST A COUPLE YEARS.

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

1    INITIALLY I WAS APPROACHED BY ONE OF MY CLIENTS TO HELP THEM

2    SET -- HELP THEM SET UP ANOTHER BUSINESS, WHICH I DID FOR A

3    COUPLE YEARS.  AND THEN COMPUTERLAND APPROACHED ME TO COME

4    BACK IN ON A CONSULTING BASIS TO FIX THEIR -- BASICALLY FIX

5    THEIR BUSINESS.

6    **Q.**  AND DID YOU GO BACK IN?

7    **A.**  I DID.

8    **Q.**  AND WAS THAT 1985, '86, ABOUT THAT TIME FRAME?

9    **A.**  IT WOULD BE A LITTLE BIT LATER THAN THAT.  I THINK IT WAS

10   1988 BECAUSE THE BIRTH OF MY FIRST CHILD AT THAT TIME.

11   **Q.**  OKAY.  HOW MANY EMPLOYEES WERE AT COMPUTERLAND?

12   **A.**  WHEN I CAME BACK INTO IT, THERE WERE A LITTLE OVER 50.

13   **Q.**  AND WHAT WAS THE VOLUME OF THEIR BUSINESS, THE REVENUE?

14   **A.**  ABOUT 6 MILLION IN SALES.

15   **Q.**  AND WHAT DID THEY SELL?

16   **A.**  AGAIN, THEY WERE SELLING THE FULL APPLE PRODUCT LINE THAT

17   WAS AVAILABLE AT THAT TIME, IBM-COMPATIBLE MACHINES, COMPAQ.

18   AND THOSE -- THOSE WERE PROBABLY THE MAIN -- MAIN PRODUCTS AT

19   THAT TIME.

20   **Q.**  AND WHAT HAPPENED IN 1991, ABOUT '92?

21   **A.**  1991, THE MAIN SHAREHOLDER OF THE BUSINESS, HIS SON WANTED

22   TO GET INVOLVED, AND SO HE CAME INTO THE BUSINESS AND TOOK

23   OVER -- OVER THE NEWARK LOCATION, WHICH WAS THE LARGER

24   LOCATION, AND THEN I TOOK OVER THE DOVER STORE WHICH WAS A

25   LITTLE SMALLER LOCATION, ABOUT ONE-THIRD OF THE VOLUME.

1   Q.   OKAY.  AND SO YOU WERE RUNNING THE DOVER STORE?

2   A.   YES, I WAS.

3   Q.   AND DID YOU OWN THE DOVER STORE?

4   A.   I OWNED -- AT THAT TIME I OWNED A THIRD OF THE STOCK OF

5   THE COMPUTERLAND COMPANY.  IT WAS CALLED ADVANCED

6   MICROCOMPUTER SYSTEMS, AND I HAD THE OPTION AT ANY POINT IN MY

7   AGREEMENT TO TAKE MY ONE-THIRD OWNERSHIP OF THE OVERALL

8   COMPANY AND SPIN IT OFF TO 100 PERCENT OWNERSHIP OF THE DOVER

9   STORE.

10  Q.   AND DID YOU DO THAT?

11  A.   I DID, IN DECEMBER OF 1992.

12  Q.   OKAY.  AND DID YOU STAY SELLING BOTH IBM COMPUTERS AS WELL

13  AS APPLE?

14  A.   I DID NOT.  I CHOSE TO FOCUS AND SPECIALIZE IN APPLE

15  PRODUCT ONLY.

16  Q.   AND WHY WAS THAT?

17  A.   FIRST OF ALL, NO ONE ELSE WAS DOING THAT IN OUR AREA.  SO

18  IT WAS COMPETITIVE REASONS.  AND MORE IMPORTANTLY FROM A

19  CAPITAL STANDPOINT, I COULDN'T DO EVERYTHING WELL SO I CHOSE

20  TO FOCUS ON ONE THING AND DID THAT WELL.

21  Q.   WHAT WAS YOUR REVENUE IN ABOUT THAT TIME FRAME, '91, '92?

22  A.   PROBABLY IN THE -- IN THE MILLION DOLLAR RANGE.  I CAN'T

23  RECALL EXACTLY.

24  Q.   OKAY.

25       AND DID THERE COME A PERIOD OF TIME AND HOW -- HOW LONG

1    DID YOU HAVE THE ONE STORE?

2    **A.**  I HAD THE ONE STORE FROM 1992, AND I OPENED A SECOND

3    LOCATION IN FEBRUARY OF 2000.

4    **Q.**  OKAY.  PRIOR TO FEBRUARY 2000, '98, '97, DID YOU AND YOUR

5    WIFE OVEREXTEND YOURSELVES?

6    **A.**  WE DID.  WE FILED FOR BANKRUPTCY, PERSONAL BANKRUPTCY.  WE

7    KEPT THE CORPORATION OUT OF IT.  IT WAS A RESULT OF

8    OVEREXTENDING IN REAL ESTATE.  WE OWNED TWO PROPERTIES UP IN

9    NORTHERN MIDDLE DELAWARE, AND NOW WE WERE WORKING OUT OF THE

10   SOUTHERN DELAWARE, MIDDLE OF DELAWARE.

11        AND AT THE SAME TIME, I PUT ALL OF MY EGGS IN ONE BASKET,

12   AND THAT WAS APPLE, AND ANYONE WHO IS FAMILIAR WITH THE

13   HISTORY OF APPLE, THEY HAD SOME TOUGH TIMES DURING THAT WHERE

14   THEIR SALES WERE DECREASING, THEY HAD LOSSES, AND THE SAME

15   THING HAPPENED TO MY BUSINESS.

16   **Q.**  THEY WERE LOSING MARKET SHARE IN THE COMPUTER MARKET; IS

17   THAT CORRECT?

18   **A.**  THAT IS CORRECT.

19   **Q.**  AND THEY EVEN DROPPED DOWN UNDER 10 PERCENT; IS THAT

20   CORRECT?

21   **A.**  YEAH, I THINK IT WAS MAYBE EVEN BELOW THAT.

22   **Q.**  OKAY.  AND SO DID THE BUSINESS -- YOUR MARRIAGE SURVIVED

23   THAT BANKRUPTCY?

24   **A.**  ABSOLUTELY.  WE'RE GOING TO 30 YEARS NEXT SPRING.

25   **Q.**  CONGRATULATIONS.

RIEGEL – DIRECT / COUGHLIN

1    **A.**   THANK YOU.

2    **Q.**   AND THE BUSINESS SURVIVED IT?

3    **A.**   IT DID.

4    **Q.**   AND EXACTLY WHAT DATE DID YOU SAY YOU OPENED THE SECOND

5    STORE?

6    **A.**   IT WOULD HAVE BEEN FEBRUARY OF 2000 IS WHEN WE OPENED.

7    I'M NOT SURE THE EXACT DAY.

8    **Q.**   OKAY.

9    **A.**   BUT I KNOW THAT WE SIGNED THE LEASE STARTING IN JANUARY.

10   **Q.**   SO YOU HAD A STORE IN DOVER?

11   **A.**   UH-HUH.

12   **Q.**   AND YOU HAD A STORE NOW IN WILMINGTON?

13   **A.**   CORRECT.

14   **Q.**   OKAY.  WHY -- HOW DID YOU PICK THE LOCATIONS?  MAYBE YOU

15   DIDN'T PICK DOVER.  BUT HOW DID YOU -- WHY DID YOU PICK THOSE

16   TWO LOCATIONS?

17   **A.**   DELAWARE IS ONE OF THE FEW STATES THAT DOES NOT HAVE SALES

18   TAX.  OKAY.  AND SO WE OPENED -- NORTHERN DELAWARE WAS WHERE I

19   GREW UP.  IN FACT, IT'S ABOUT A QUARTER MILE FROM WHERE I WENT

20   TO HIGH SCHOOL.

21            (DEMONSTRATIVE PUBLISHED TO JURY.)

22            **THE WITNESS:**  AND WE WERE -- THE TOP -- NEWARK, IT'S

23   ACTUALLY, WE WOULD HAVE BEEN RIGHT AT THE VERY TIP OF -- SO GO

24   STRAIGHT UP FROM THE WILMINGTON.  WE'RE STRAIGHT UP IS WHERE

25   THE LOCATION WOULD HAVE BEEN.  WE WERE WITHIN A MILE OR SO OF

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

RIEGEL – DIRECT / COUGHLIN

1  THE PENNSYLVANIA BORDER WHICH HAD A 6 PERCENT SALES TAX.  AND

2  SO IT WAS ENTICING FOR PEOPLE TO DRIVE A LITTLE BIT.

3  **BY MR. COUGHLIN:**

4  **Q.**  OKAY.  AND WHAT ABOUT THE DOVER STORE, DID IT PROVIDE THE

5  SAME BENEFIT?

6  **A.**  YES.  DOVER STORE WAS PRETTY CLOSE TO THE MARYLAND AREA.

7  WE -- IT'S CALLED THE EASTERN SHORE OF -- OF MARYLAND.  IT

8  BORDERS THE CHESAPEAKE BAY.  SO WE HAD A LOT OF SMALL BUSINESS

9  CUSTOMERS IN THAT AREA, AND WE GOT SOME PEOPLE COMING OVER

10  FROM ANNAPOLIS AND BALTIMORE, EVEN WASHINGTON, TO COME OVER

11  AND DO BUSINESS.

12  **Q.**  TELL US IN THE EARLY 2000'S, WHAT WAS YOUR INVOLVEMENT

13  IN -- DID YOU -- WHAT WAS YOUR -- HOW DID YOU RUN THESE TWO

14  STORES?  WHAT DID YOU DO?

15  **A.**  OKAY.  WITH THE TWO LOCATIONS, I LIVED IN DOVER AT THE

16  TIME SO THE STORE WAS WITHIN A MILE AND A HALF, SO THAT WAS

17  WHERE I SPENT MOST OF MY TIME.  AND I WAS DOING SALES AND

18  SERVICE MYSELF.

19  I WOULD THEN DRIVE TO THE WILMINGTON LOCATION A FEW TIMES

20  A WEEK TO CHECK IN ON THAT.  I HAD A MANAGER UP IN THAT

21  LOCATION.  AND SO WE COMMUNICATED VIA PHONE AND IN PERSON.

22  AND THE OTHER BIG THING IS I TRANSFERRED INVENTORY BACK

23  AND FORTH BETWEEN LOCATIONS.

24  **Q.**  YOU'D ACTUALLY DRIVE IT BACK AND FORTH?

25  **A.**  I WOULD.

RIEGEL – DIRECT / COUGHLIN

1    **Q.**   OKAY.  AND WHO ORDERED THE INVENTORY?  WHO -- WHO KEPT

2    TRACK OF THE INVENTORY, ORDERED IT, AND WHO DID THE BOOKS?

3    **A.**   I DID ALL THE BACK END SIDE OF THE BUSINESS.  SO I WAS

4    DOING THE PURCHASING, THE ACCOUNTING, MONITORING THE SALES,

5    PAYING THE BILLS.

6    **Q.**   AND WHERE DID YOU PURCHASE YOUR PRODUCTS FROM?

7    **A.**   WHEN WE COULD, WE WOULD PURCHASE DIRECT FROM APPLE.  THEY

8    HAD THEIR APPLE STORE THAT A RESELLER COMPONENT.  AND THEN WE

9    ALSO PURCHASED FROM INGRAM MICRO COMPUTER DISTRIBUTION WHICH

10   WAS AN AUTHORIZED DISTRIBUTOR FOR APPLE.

11   **Q.**   AND WHY DID YOU -- DID YOU PREFER ONE OVER THE OTHER?

12   **A.**   OH, I PREFERRED TO BUY FROM APPLE WHEN I COULD GET IT

13   BECAUSE THE PRICE WAS A LITTLE BIT LOWER.  INGRAM MICRO

14   CHARGED A MARKUP SO WE PAID TWO, THREE PERCENT MORE.

15       THE ONE ADVANTAGE TO INGRAM MICRO IS THEY HAD A WAREHOUSE

16   WITHIN ONE DAY OF SHIPPING FOR US.  SO WE COULD ORDER BY 4:00

17   O'CLOCK AND POSSIBLY GET IT THE NEXT DAY.

18   **Q.**   OKAY.  AND WHEN YOU ORDER FROM APPLE, COULD YOU GET THE

19   PRODUCT YOU NEEDED?

20   **A.**   NO.  IT -- WE COULD PLACE AN ORDER AND WE WERE GIVEN

21   ESTIMATED DELIVERY TIMES, BUT THE ESTIMATE WAS RARELY

22   ACHIEVED.  IT WAS USUALLY FOUR, SIX WEEKS.

23   **Q.**   OKAY.  AND IN THIS TIME FRAME, IN ABOUT 2004, 2005, WHAT

24   WAS YOUR APPROXIMATE REVENUE BETWEEN THESE TWO STORES?

25   **A.**   2003, 2004, WE DID JUST SHY OF $3 MILLION TOTAL.  IT WAS

1    2.9 SOMETHING.  AND THEN IN 2005, IT DROPPED DOWN TO ABOUT

2    2.1 MILLION.

3    Q.  OKAY.  LET'S TALK ABOUT THAT.  DID YOU EVER GO OUT -- DID

4    YOU EVER COME OUT TO SAN FRANCISCO AND GO TO SOME OF THESE

5    CONFERENCES, THESE APPLE CONFERENCES?

6    A.  YEAH.  PART OF THE SPECIALIST PROGRAM IS WE HAD TO ATTEND

7    MEETINGS.  AND SO THEY WOULD -- AT THE TIME MAC WORLD WAS A

8    BIG MEETING CONVENTION WHICH -- MOSTLY AT THE MOSCONE CENTER.

9    AND WE WOULD HAVE SPECIALIST MEETINGS AT THE SAME TIME AS THE

10   MAC WORLD.

11   Q.  OKAY.  AND DID STEVE JOBS OFTEN COME AND TALK TO YOU?

12   A.  NO.  OUT OF THE 15 YEARS THAT I OWNED THE BUSINESS, STEVE

13   JOBS CAME AND TALKED TO US -- TALKED TO THE SPECIALISTS ONE

14   TIME.  AND NOW HE DID THE BIG CONVENTION KEYNOTES, BUT THAT

15   WAS THOUSANDS OF PEOPLE.  AND THERE WAS JUST ONE TIME WHERE HE

16   MET WITH PROBABLY ABOUT 150 OF US AND -- PART OF THE

17   SPECIALIST MEETING.

18   Q.  HOW MANY SPECIALISTS WERE THERE?

19   A.  IT WAS LESS THAN 200.  AND BASICALLY WE WERE ALL -- IT

20   STARTED BACK IN 1996, I BELIEVE, THAT THOSE OF US WHO WERE

21   COMMITTED TO THE APPLE PRODUCT, ENTHUSIASTS THAT -- AND MOST

22   OF US HAD RETAIL STORES AT THE TIME SO WE WERE APPLE STORES.

23   THEY -- THEY CREATED THE PROGRAM AND INITIALLY IT WAS JUST

24   ABOUT 100, AND THEN IT EXPANDED A LITTLE BIT.

25   Q.  OKAY.  CAN YOU REMEMBER WHAT STEVE JOBS TALKED TO YOU

1   ABOUT WHEN HE CAME?

2   **A.**  WELL, THE BIG THING THAT HE TALKED ABOUT --

3          **MS. DUNN:**  OBJECTION, YOUR HONOR, RELEVANCE.

4          **THE COURT:**  WHAT'S THE RELEVANCE?

5          **MR. COUGHLIN:**  I THINK IT'S VERY RELEVANT.  I'M GOING

6   TO TIE IT UP TO --

7          **THE COURT:**  I'M SURE YOU DO, MR. COUGHLIN, BUT I DO

8   NEED MORE THAN THAT.

9          **MR. COUGHLIN:**  OKAY.  SHALL WE APPROACH?

10          **THE COURT:**  NO.  CAN'T YOU JUST TELL ME GENERALLY

11   WHAT THE RELEVANCE IS?

12          **MR. COUGHLIN:**  YEAH.  I THINK THAT THE RELEVANCE OF

13   WHAT HAPPENED TO HIS BUSINESS WHEN THEY OPENED UP A STORE,

14   BETWEEN HIS OTHER TWO BUSINESSES, AND WHAT STEVE JOBS HAD SAID

15   ABOUT OPENING UP RETAIL STORES.

16          **THE COURT:**  I THINK IT'S MARGINAL.  I'LL GIVE HIM A

17   LITTLE BIT OF THE LATITUDE.

18          **MS. DUNN:**  THANK YOU, YOUR HONOR.

19          **THE COURT:**  OVERRULED.

20   **BY MR. COUGHLIN:**

21   **Q.**  WHAT DID STEVE JOBS TALK TO YOU ABOUT?

22   **A.**  THE BIG QUESTION WAS WHETHER APPLE WAS GOING TO OPEN UP

23   THEIR OWN RETAIL STORES.  AND HE TOLD US THAT THEY WERE NOT,

24   IT WASN'T IN THEIR PLANS.

25   **Q.**  AND WHEN DID THEY OPEN UP THEIR FIRST RETAIL STORES?

1    **A.**   FOUR MONTHS LATER.

2    **Q.**   OKAY.  AND DID THEY OPEN UP A STORE BETWEEN YOUR TWO

3    STORES?

4    **A.**   NOT AT THAT TIME.  THE FIRST STORE WAS IN FALLS CHURCH

5    OUTSIDE OF WASHINGTON.  IT WAS THREE YEARS LATER, OCTOBER OF

6    2004, THAT THEY OPENED IN CHRISTIANA, WHICH IS IN THE NEWARK

7    AREA.

8    **Q.**   OKAY.

9    **A.**   CHRISTIANA MALL STORE.

10   **Q.**   AND YOU HAD TALKED ABOUT THE REVENUE JUST PRIOR TO THAT

11   STORE BEING OPENED UP; IS THAT RIGHT?

12   **A.**   YES.

13   **Q.**   HOW MUCH WAS THAT?  YOUR AVERAGE REVENUE WAS JUST UNDER

14   3 MILLION, DID YOU SAY?

15   **A.**   YES.  IN 2004, WE STILL WERE ABLE TO MAINTAIN 2.9 MILLION.

16   **Q.**   AND AFTER THAT, THE NEXT YEAR?

17   **A.**   2.1 MILLION.

18   **Q.**   LET ME SHOW YOU WHAT HAS BEEN MARKED AS EXHIBIT 915.

19             (EXHIBIT PUBLISHED TO JURY.)

20   **BY MR. COUGHLIN:**

21   **Q.**   CAN YOU TELL US WHAT EXHIBIT 915 IS?

22   **A.**   THIS WOULD HAVE BEEN MY SUBCHAPTER S CORPORATION FEDERAL

23   TAX STATEMENT.

24   **Q.**   OKAY.

25   **A.**   FOR 2005.

1    Q.   AND IT SAYS K&N ENTERPRISES.   WHAT DOES K&N STAND FOR?

2    A.   KRISTIN AND NICOLE, MY TWO DAUGHTERS.

3    Q.   AND DID YOU LEAVE YOUR SON OUT?

4    A.   WELL, HE WASN'T BORN.   WELL, HE WAS BORN IN 1999, BUT HE

5    WASN'T BORN IN 1992.

6    Q.   HE WASN'T BORN WHEN YOU FORMED THE CORPORATION?

7    A.   THAT IS CORRECT.

8    Q.   OKAY.   AND -- AND IN WHAT NAME DID K&N ENTERPRISES DO

9    BUSINESS?

10   A.   DELAWARE COMPUTER EXCHANGE.

11   Q.   AND THAT WAS THE NAME OF THE STORES?

12   A.   YES.

13   Q.   OKAY.   AND SO THIS WAS THE REVENUE THEN; IS THAT RIGHT?

14   A.   YES.

15   Q.   OKAY.   AND THEN IF WE TAKE A LOOK AT EXHIBIT 916, PLEASE.

16                  (EXHIBIT PUBLISHED TO JURY.)

17   BY MR. COUGHLIN:

18   Q.   SO THAT WAS 2005.   NOW THIS IS 2006, AS WE GO INTO THE

19   CLASS PERIOD; IS THAT CORRECT?

20   A.   YES.

21   Q.   OKAY.   AND WHAT WAS YOUR REVENUE THEN?

22   A.   913,000.

23   Q.   OKAY.   AND DO YOU KNOW WHY IT DROPPED?

24   A.   WE CLOSED THE WILMINGTON STORE AT THE END OF 2005.   THE

25   INITIAL LEASE THAT I SIGNED WAS FOR FIVE YEARS, AND IT WAS UP.

1    AND SINCE APPLE HAD OPENED THEIR STORE WITHIN 20 MILES OF OUR

2    LOCATION, WE HAD STARTED TO SEE THE DECREASE IN REVENUE.  AND

3    IT WASN'T -- IT WAS TOO RISKY TO CONTINUE.

4    **Q.**   BUT YOU KEPT OPERATION OF THIS STORE; IS THAT CORRECT?

5    **A.**   THE DOVER LOCATION.

6    **Q.**   OKAY.  AND THAT'S WHY THE REVENUE IS ABOUT HALF?

7    **A.**   YES.

8    **Q.**   OKAY.  WE CAN TAKE A LOOK AT EXHIBIT 917.

9                    (EXHIBIT PUBLISHED TO JURY.)

10   **BY MR. COUGHLIN:**

11   **Q.**   CAN YOU TELL US WHAT THIS IS?

12   **A.**   THAT IS A TAX RETURN FOR 2007.

13   **Q.**   OKAY.  AND THESE TAX RETURNS WERE FOR YOUR BUSINESS; IS

14   THAT RIGHT?

15   **A.**   THAT IS CORRECT.

16   **Q.**   AND CAN YOU TELL US ABOUT WHAT THE TOTAL INCOME, YOU HAD

17   THE SAME -- NEARLY THE SAME AMOUNT OR INCREASED JUST A LITTLE

18   ON THE REVENUE 932?

19   **A.**   YES.

20   **Q.**   WHAT WAS YOUR INCOME?

21   **A.**   I MEAN, I WOULD -- THE INCOME AT THE TIME, IT WAS ONLY --

22   I TOOK A $24,000 SALARY, AND THEN I -- FREE OF MY PROFITS, BUT

23   IT WAS NOT HUGE.

24   **Q.**   OKAY.

25   **A.**   I THINK I WAS MAKING ABOUT $40,000.  I WAS DOING THIS KIND

1    OF PART-TIME AT THAT -- AT THAT POINT, MYSELF.

2    **Q.**  OKAY.  AND IN 2008, IF WE TAKE A LOOK AT EXHIBIT 918.

3                    (EXHIBIT PUBLISHED TO JURY.)

4    **BY MR. COUGHLIN:**

5    **Q.**  WE SEE A HUGE DROP IN THE REVENUE.  TELL US WHAT THIS TAX

6    RETURN REPRESENTS.

7    **A.**  THE --

8    **Q.**  TELL US WHAT IT IS FIRST.

9    **A.**  OKAY.  IT'S 2008 TAX RETURN.  AT THE END OF 2007, THE

10   MANAGER THAT I HAD RUNNING MY DOVER LOCATION APPROACHED ME TO

11   PURCHASE THE OPERATIONS OF THE BUSINESS, ALONG WITH A PARTNER

12   OF HIS, TOO.  AND BASICALLY HE OFFERED ME A WAY TO SELL THE

13   BUSINESS.  I WAS 3,000 MILES AWAY.  SO IT WAS AN OPPORTUNITY

14   AND -- OPPORTUNITY, AND ALL THE REVENUE HERE WAS REALLY THE

15   TRANSFER OF INVENTORY.

16   **Q.**  OKAY.

17   **A.**  AND A LITTLE BIT OF SERVICE.

18   **Q.**  WHEN YOU SAY 3,000 MILES AWAY, YOU HAD -- YOU AND YOUR

19   WIFE HAD MOVED TO TAHOE; IS THAT CORRECT?

20   **A.**  YES.

21   **Q.**  OKAY.  AND IF WE TAKE A LOOK AT WHAT'S EXHIBIT 922.

22                    (EXHIBIT PUBLISHED TO JURY.)

23   **BY MR. COUGHLIN:**

24   **Q.**  CAN YOU TELL US WHAT EXHIBIT 922 IS?

25   **A.**  OKAY.  THIS IS THE 2006 APPLE SPECIALIST PROGRAM

```
 1   CONFIRMATION.  EVERY YEAR WE HAD TO -- WE WERE OFFERED AND WE
 2   HAD TO RE-SIGN UP TO BE AN APPLE SPECIALIST WHICH WAS A --
 3   DESIGNATION ABOVE A REGULAR APPLE RESELLER.
 4   Q.  WHAT DID IT MEAN TO BE AN APPLE SPECIALIST?
 5   A.  FIRST OF ALL, APPLE WANTED US TO BE ENTHUSIASTS, WHICH WE
 6   WERE.  WE HAD OUR CPU SALES, A MINIMUM OF 70 PERCENT OF OUR
 7   CPU SALES HAD TO BE APPLE BRANDED.  AND THEN WE, YOU KNOW, HAD
 8   A FEW BENEFITS.  WE HAD A -- A SALES REP WITHIN APPLE WHO
 9   WOULD CALL ON US AND DISCUSS OUR NEEDS.  AND THEN WE RECEIVED
10   SOME EXTRA REVENUE FUNDING FOR SOME OF THE PRODUCTS THAT WE
11   SOLD.
12   Q.  SOME BUSINESS FUNDING; IS THAT RIGHT?
13   A.  CORRECT.
14   Q.  AND DID YOU RECEIVE ANY OF THAT FOR THE IPODS AT THIS
15   TIME?
16   A.  WE DID NOT.
17   Q.  OKAY.  LET'S TAKE A LOOK AT THE SECOND PAGE OF THAT
18   EXHIBIT AND YOU SAID.
19                (EXHIBIT PUBLISHED TO JURY.)
20         MR. COUGHLIN:  WELL, WE CAN GO TO THE NEXT ONE.
21                (EXHIBIT PUBLISHED TO JURY.)
22   BY MR. COUGHLIN:
23   Q.  TELL US WHAT THIS IS.  WELL, HE WENT BACK.  OKAY.
24       TELL US WHAT THE CURRENT -- THOSE WERE THE PROGRAM
25   BENEFITS?
```

1    **A.**    YES.    THESE ARE THE --

2    **Q.**    WHAT'S THE SPECIALIST SIGNATURE?

3    **A.**    OH, IT REALLY WAS WE COULD MARKET A GOLD LOGO AT THE TIME

4    AND WE COULD CALL OURSELVES APPLE SPECIALISTS, WHICH FROM A

5    CONSUMER STANDPOINT WAS A --

6    **Q.**    STEP UP?

7    **A.**    -- STEP UP.

8    **Q.**    AND WHAT ABOUT THIS APPLE SYSTEMS ENGINEER, WHAT DID

9    THEY -- THE PRESALES TECHNICAL SUPPORT, WHAT WAS THAT?

10    **A.**    WE HAD OUR TECHNICIANS OR OUR SALES -- SALESPEOPLE COULD

11    CONTACT APPLE AND GET A HIGHER LEVEL OF SUPPORT SHOULD WE HAVE

12    A QUESTION THAT THEY WERE NOT ABLE TO ANSWER.

13    **Q.**    OKAY.    AND YOU DID THAT EVERY YEAR, RIGHT?

14        IF WE TAKE A LOOK AT EXHIBIT 923.

15                    (EXHIBIT PUBLISHED TO JURY.)

16    **BY MR. COUGHLIN:**

17    **Q.**    CAN YOU TELL US WHAT THIS IS?

18    **A.**    THIS IS THE 2007 APPLE SPECIALIST CONFIRMATION.

19    **Q.**    SO IT'S ESSENTIALLY THE SAME; IS THAT CORRECT?

20    **A.**    VERY SIMILAR.    I DON'T KNOW IF THERE WERE ANY CHANGES FROM

21    ONE YEAR --

22    **Q.**    OKAY.    LET'S TAKE A LOOK AT THE NEXT PAGE OF THAT

23    DOCUMENT.

24                    (EXHIBIT PUBLISHED TO JURY.)

25            **MR. COUGHLIN:**    NO, THE NEXT PAGE.

1    (EXHIBIT PUBLISHED TO JURY.)

2    **BY MR. COUGHLIN:**

3    **Q.**  SO THIS IS WHAT YOU TALKED ABOUT, THE APPLE BUSINESS

4    DEVELOPMENT FUND; IS THAT CORRECT?

5    **A.**  YES.

6    **Q.**  OKAY.  AND DID YOU GET ANY FUNDING FOR THE IPOD?

7    **A.**  NO.

8    **Q.**  LET'S TAKE A LOOK AT THE IPOD.

9    (EXHIBIT PUBLISHED TO JURY.)

10   **BY MR. COUGHLIN:**

11   **Q.**  AND THAT SHOWS THAT THERE, THE IPOD NANO?

12   **A.**  YEAH, THE NANO, ALONG WITH THE OTHER IPOD MODELS, ALL OF

13   THEM WERE ZERO PERCENT.

14   **Q.**  UNDERSTAND.

15       LET'S TAKE A LOOK AT EXHIBIT 924.  CAN YOU TELL US WHAT

16   924 REPRESENTS.

17   (EXHIBIT PUBLISHED TO JURY.)

18       **THE WITNESS:**  OKAY.  THIS WAS AN INTERNAL DOCUMENT.

19   EVERY WEEK WE HAD TO REPORT TO APPLE WHAT OUR SALES WERE OF

20   ALL OF THEIR PRODUCTS, ALONG WITH OUR ENDING INVENTORY.  AND

21   SO EACH WEEK, I WOULD PRINT A REPORT FROM THE STORES -- OR AT

22   THIS TIME, FROM THE STORE, FOR MY SALES.  AND SO THIS DOCUMENT

23   RIGHT HERE IS WHAT I USED OR WHAT THE PRINTOUT WAS.

24   **Q.**  AND YOU EXCHANGED THAT WITH APPLE; IS THAT RIGHT?

25   **A.**  I TOOK THE INFORMATION ON THIS DOCUMENT AND THEN I FILLED

RIEGEL – DIRECT / COUGHLIN

1    IT IN ONLINE.

2    **Q.**   OKAY.  AND SO APPLE -- DID APPLE KEEP TRACK OF WHAT YOU

3    BOUGHT FROM APPLE AND FROM INGRAM?

4    **A.**   I BELIEVE THEY DID, YES.

5    **Q.**   OKAY.  AND SO THAT'S ONE WEEK, FEBRUARY.

6        AND THEN WE TAKE A LOOK AT THE NEXT DOCUMENT.  THAT'S --

7    THAT'S JUST ANOTHER WEEK IN APRIL; IS THAT RIGHT?

8                    (EXHIBIT PUBLISHED TO JURY.)

9            **THE WITNESS:**  CORRECT.

10   **BY MR. COUGHLIN:**

11   **Q.**   OKAY.  AND WHO WOULD PREPARE THIS DOCUMENT?

12   **A.**   I PREPARED IT.

13   **Q.**   OKAY.  AND IF WE TAKE A LOOK AT THE NEXT EXHIBIT,

14   EXHIBIT 926, CAN YOU TELL US WHAT THAT IS?

15                   (EXHIBIT PUBLISHED TO JURY.)

16           **THE WITNESS:**  THIS WAS AN INVOICE FROM INGRAM MICRO

17   AT THE END OF DECEMBER FOR TWO IPOD TOUCH 8-GIGABYTE VERSIONS,

18   AND IT SHOWS THE SERIAL NUMBERS AND THE COST WE PAID TO

19   INGRAM.

20   **BY MR. COUGHLIN:**

21   **Q.**   TO INGRAM.

22       AND IF YOU TAKE A LOOK AT THE NEXT PAGE IN THE DOCUMENT,

23   CAN YOU TELL US WHAT THIS IS?

24                   (EXHIBIT PUBLISHED TO JURY.)

25           **THE WITNESS:**  THIS IS AN INVOICE FOR A PURCHASE

1    EARLIER IN DECEMBER FOR THE SAME PRODUCT, 8-GIGABYTE IPOD

2    TOUCHES THAT WE ORDERED DIRECTLY FROM APPLE.

3    **BY MR. COUGHLIN:**

4    **Q.**   AND THIS IS IN DECEMBER OF '07; IS THAT RIGHT?

5    **A.**   THAT IS CORRECT.

6    **Q.**   SO THIS IS WITHIN THE CLASS PERIOD?

7    **A.**   YES.

8    **Q.**   AND I SEE HERE YOU USED YOUR AMERICAN EXPRESS.  DID YOU

9    GET SOME BENEFITS FOR THAT?

10   **A.**   YES, I DID.  PAID FOR MY TRAVEL EXPENSE BACK TO THE

11   STORES.

12   **Q.**   UNDERSTOOD.

13       IF WE TAKE A LOOK AT -- IF WE TAKE A LOOK AT THE NEXT

14   DOCUMENT.

15               (EXHIBIT PUBLISHED TO JURY.)

16   **BY MR. COUGHLIN:**

17   **Q.**   TELL US WHAT THIS IS.

18   **A.**   THIS IS AN INVOICE FOR A PARTIAL SHIPMENT OF IPOD CLASSIC

19   160 GIGABYTES THAT WAS SHIPPED ON 12/14.  I HAD ORDERED FIVE

20   OF THESE EARLIER, AND THEY SHIPPED TWO OF THEM TO ME.

21   **Q.**   AND WAS THAT AN EXPERIENCE THAT YOU RAN IN OFTEN?

22   **A.**   YES.

23   **Q.**   OKAY.  BUT YOU STAYED AN APPLE RESELLER; IS THAT RIGHT,

24   FOR ALL THOSE YEARS?

25   **A.**   YES.

1    Q.   AND YOU HAD A PRETTY GOOD EXPERIENCE -- AND A PRETTY GOOD

2    EXPERIENCE WITH THEM FOR ALL THOSE YEARS; IS THAT RIGHT?

3    A.   I DID.

4    Q.   OKAY.  AND THEN LET'S TAKE A LOOK AT THE NEXT EXHIBIT 921.

5                    (EXHIBIT PUBLISHED TO JURY.)

6    BY MR. COUGHLIN:

7    Q.   CAN YOU TELL US WHAT THIS IS?

8    A.   OKAY.  THIS IS ONE OF TWO APPLE RESELLER AGREEMENTS.  THIS

9    ONE COVERS THE IPOD AUTHORIZATION.

10   Q.   OKAY.  AND WHAT DOES THIS MEAN?  THE SCOPE OF THE

11   AUTHORIZATION THAT YOU RECEIVED FROM APPLE; IS THAT RIGHT?

12   A.   YES.  IT BASICALLY SAYS WE WILL ONLY PURCHASE PRODUCT

13   EITHER FROM APPLE DIRECT OR THROUGH A DESIGNATED DISTRIBUTOR

14   WHOLESALER.

15   Q.   OKAY.  AND IF WE GO TO THE NEXT PAGE.

16                   (EXHIBIT PUBLISHED TO JURY.)

17   BY MR. COUGHLIN:

18   Q.   AND TELL US WHAT THIS MEANS, THIS RECORDS INSPECTIONS AND

19   REPORTING.

20   A.   OKAY.  I MEAN, IT BASICALLY SAYS WE'LL PROVIDE A LIST OF

21   ALL OF OUR LOCATIONS, AND THEN APPLE MAY REASONABLY REQUEST

22   INCLUDING SALES AND INVENTORY REPORTS IN FORMATS PRESCRIBED BY

23   APPLE.  IT BASICALLY COVERS THE INVENTORY AND SALES REPORTING

24   THAT WE DID EACH WEEK.

25   Q.   OKAY.  ON THE FINAL PAGE OF THAT DOCUMENT, IF WE TURN IT

1    OVER AGAIN.

2                    (EXHIBIT PUBLISHED TO JURY.)

3    **BY MR. COUGHLIN:**

4    **Q.**  THERE'S A SECTION, AND THAT DEALS WITH THE GENERAL TERMS

5    GOVERNING THE LAW AND VENUE OF LIMITATION OF THE CLAIMS.  DO

6    YOU SEE THAT?

7    **A.**  I DO.

8    **Q.**  DO YOU SEE THAT IT SAYS THAT IF THERE'S A DISPUTE, YOU'LL

9    GO TO MEDIATION?

10   **A.**  I DO.

11   **Q.**  AND IT SAYS IF THERE'S A DISPUTE, THAT YOU'LL FILE ANY

12   LAWSUIT IN THE NORTHERN DISTRICT OF CALIFORNIA; DO YOU SEE

13   THAT?

14   **A.**  I DO.

15   **Q.**  DID YOU FILE A LAWSUIT -- WHEN DID YOU CLOSE YOUR

16   BUSINESS?

17   **A.**  WELL, I SOLD THE OPERATIONS AT THE END OF 2007.  AND SO

18   THAT WAS THE END OF MY ACTIVE PARTICIPATION AS A RESELLER.

19   **Q.**  AND YOU DON'T -- DO YOU HAVE ANY UNDERSTANDING WHAT THESE

20   TERMS MEANS AS TO YOUR LEGAL STATUS OF BEING PART OF THE

21   CLASS?

22   **A.**  I UNDERSTAND I'M HERE AS A WITNESS.

23   **Q.**  OKAY.  THAT'S GOOD ENOUGH.

24       IF WE TAKE A LOOK AT THE NEXT DOCUMENT.

25                    (EXHIBIT PUBLISHED TO JURY.)

```
 1              MR. COUGHLIN:  NEXT DOCUMENT.

 2                   (EXHIBIT PUBLISHED TO JURY.)

 3    BY MR. COUGHLIN:

 4    Q.  CAN YOU TELL US WHAT THIS DOCUMENT REPRESENTS?

 5              THE COURT:  OKAY.  SO, MR. COUGHLIN, IN ORDER FOR ME

 6    TO KEEP TRACK, YOU NEED TO REFER TO THE EXHIBIT NUMBER.

 7              MR. COUGHLIN:  SORRY, YOUR HONOR.

 8              THE COURT:  BECAUSE "NEXT" GENERALLY WOULD MEAN THE

 9    NEXT AFTER 921, WHICH WOULD BE 922, AND THAT'S NOT WHAT THIS

10    IS.

11              MR. COUGHLIN:  THIS IS 919, YOUR HONOR.  I'M SORRY.

12              THE COURT:  THANK YOU.

13    BY MR. COUGHLIN:

14    Q.  IF YOU COULD TAKE A LOOK AT 919.

15    A.  THIS IS A BUSINESS PURCHASE AGREEMENT THAT WHEN I SOLD THE

16    OPERATIONS TO THE STORE MANAGER, IT WAS FROM MY CORPORATION,

17    K&N ENTERPRISES, INC. TO APPLE SAUCE, INC. WHICH WAS THE --

18    BOTH DELAWARE CORPORATIONS, I BELIEVE.

19    Q.  AND WHAT WAS THE UNDERSTANDING OF WHAT YOU SOLD AND WHAT

20    YOU RETAINED?

21    A.  BASICALLY I WAS SELLING -- I CONSIDERED IT AN ASSET SALE

22    WHERE I WAS RESPONSIBLE FOR EVERYTHING PRIOR TO THE CLOSING OF

23    THE SALE AND THE NEW OWNERS WERE RESPONSIBLE FOR EVERYTHING

24    AFTER THAT.

25    Q.  OKAY.  AND WHAT DID YOU DO WITH K&N ENTERPRISES?
```

1    **A.**   I DIDN'T DO ANYTHING WITH IT.   I DID NOT -- AFTER 2008, I

2    DID NOT FILE AN ANNUAL REPORT WITH THE STATE OF DELAWARE, AND

3    I DID NOT PAY THE FRANCHISE TAX FEES SO THE CORPORATION

4    BECAME -- THEIR TERMINOLOGY CALLED IT VOID.   I DID NOT

5    DISSOLVE THE CORPORATION, THOUGH, WHICH WAS AN OPTION THAT I

6    HAD.

7    **Q.**   SO YOU NEVER DISSOLVED K&N ENTERPRISES?

8    **A.**   NO.

9    **Q.**   OKAY.   DO YOU HAVE AN UNDERSTANDING OF WHAT IT WOULD TAKE

10   TO REACTIVATE?

11   **A.**   IT'S REALLY SIMPLE.   THERE'S A TWO-PAGE DOCUMENT THAT I

12   HAVE TO SIGN, AND THEN PAY TOTAL ABOUT A THOUSAND DOLLARS'

13   WORTH OF FEES, AND THEN THAT WOULD PUT THE CORPORATION BACK IN

14   GOOD STANDING THROUGH -- IF I DID IT THIS WEEK, IT WOULD PUT

15   IT THROUGH NEXT MARCH OF 2015.

16   **Q.**   AND BACK TO 2009?

17   **A.**   YES, SIR.

18   **Q.**   OKAY.   WHEN DID YOU -- WHEN WERE YOU CONTACTED ABOUT --

19   FIRST OF ALL, YOU RECEIVED NOTICE ABOUT THIS LAWSUIT; IS THAT

20   RIGHT?

21   **A.**   YES, I DID.

22   **Q.**   AND CAN YOU REMEMBER ABOUT WHEN THAT WAS?

23   **A.**   NOT EXACTLY.   SORRY.

24   **Q.**   CAN YOU REMEMBER WHEN SOMEBODY FROM OUR OFFICES FIRST

25   CONTACTED YOU?

1    **A.**  SEPTEMBER OF THIS YEAR.

2    **Q.**  OKAY.  SO JUST A FEW MONTHS AGO?

3    **A.**  YES.

4    **Q.**  AND THEN WE INFORMED YOU ABOUT THE LAWSUIT AND THE NATURE

5    OF THE LAWSUIT; IS THAT RIGHT?

6    **A.**  YES.

7    **Q.**  AND WHY DID YOU -- WHY DID YOU AGREE TO BECOME INVOLVED

8    AND EVEN BECOME A WITNESS EVEN THOUGH YOU'RE AN ABSENT CLASS

9    MEMBER?

10   **A.**  OKAY.  NUMBER ONE, I THOUGHT IT WOULD BE INTERESTING.

11   TWO, NOSTALGIC, THIS WAS 25 YEARS OF MY LIFE, SO RELIVING IT

12   IS KIND OF INTERESTING, KIND OF FUN.  AND, YOU KNOW, THE

13   APPLE -- ONCE I UNDERSTOOD THE LAWSUIT A LITTLE BIT MORE, I

14   BELIEVE APPLE DID SOMETHING WRONG.

15          **MS. DUNN:**  OBJECTION, YOUR HONOR, FOUNDATION.

16          **THE COURT:**  OVERRULED.

17   **BY MR. COUGHLIN:**

18   **Q.**  ALL RIGHT.  AND DO YOU KNOW THAT THE DAMAGES YOU -- DID

19   YOU CALCULATE ABOUT HOW MUCH -- HOW MUCH YOU SPENT ON IPODS

20   DURING THIS TIME?  DURING THAT THE LATE '06, '07 TIME PERIOD?

21   **A.**  YEAH.  IT WAS IN THE $60,000 RANGE FOR MY IPOD PURCHASES

22   DURING THAT TIME.

23   **Q.**  OKAY.  AND YOU KNOW THE CLAIM HERE IS FOR 2.38 PERCENT FOR

24   THE RESELLERS RIGHT; IS THAT RIGHT?

25   **A.**  YES.

1    **Q.**   IT'S NOT A LOT OF MONEY TO YOU; IS THAT RIGHT?

2    **A.**   NO.

3    **Q.**   BUT AS TO YOUR MARGINS OVERALL?

4    **A.**   YOU KNOW, IF YOU -- BACK AT THE TIME PERIOD, IF I TOOK A

5    LOOK AT THE -- WHAT MY PROFITABILITY WAS, ADDING A COUPLE

6    PERCENT MARGIN TO THE IPOD, IT WOULD HAVE INCREASED MY PROFITS

7    BY 10 PERCENT.  SO, I MEAN, IT'S NOT SMALL, BUT IT WOULD HAVE

8    HELPED.

9    **Q.**   DID YOU THINK THAT THE -- DID YOU HAVE ANY OPINION ABOUT

10   WHETHER YOU COULD PLAY A SONG ON YOUR IPOD ONE DAY, AND YOU

11   COULDN'T PLAY IT ON THE NEW NANO II?

12           **MS. DUNN:**  OBJECTION, YOUR HONOR, FOUNDATION.

13           **THE COURT:**  SUSTAINED.

14           **MR. COUGHLIN:**  NO FURTHER QUESTIONS, YOUR HONOR.

15           **THE COURT:**  CROSS?  ACTUALLY, YOU KNOW, MS. DUNN, I'M

16   SURE YOU'RE GOING TO HAVE MORE THAN FIVE MINUTES.  OR HOW LONG

17   DO YOU THINK YOU'RE GOING TO HAVE?

18           **MS. DUNN:**  SLIGHTLY MORE THAN FIVE MINUTES.

19           **THE COURT:**  FIFTEEN, OR NOT?

20           **MS. DUNN:**  ROUGHLY.

21           **THE COURT:**  OKAY.  LET'S GO AHEAD AND KEEP GOING

22   THEN.

23           **MS. DUNN:**  OKAY.

24

25

1    **CROSS–EXAMINATION**

2    **BY MS. DUNN:**

3    **Q.**  GOOD MORNING, SLASH, I GUESS ALMOST AFTERNOON.

4    **A.**  THANK YOU.

5    **Q.**  MR. RIEGEL, IN 2006 AND 2007, YOU SPECIALIZED IN SELLING

6    APPLE COMPUTERS, RIGHT?  SO MAC COMPUTERS?

7    **A.**  YES.

8    **Q.**  AND YOU EARNED MOST OF YOUR REVENUE SELLING MAC COMPUTERS,

9    RIGHT?

10   **A.**  YES.

11   **Q.**  AND SINCE YOU SPECIALIZED IN SELLING APPLE PRODUCTS AND

12   MAC COMPUTERS, YOUR STORE BENEFITED WHEN APPLE BENEFITED AND

13   YOU SUFFERED WHEN APPLE SUFFERED, RIGHT?

14   **A.**  YES.

15   **Q.**  AND THE SUCCESS OF IPODS HELPED YOU AND YOUR STORE SELL

16   MORE MAC COMPUTERS, RIGHT?

17   **A.**  YES.

18   **Q.**  AND THE SUCCESS OF IPODS HELPED YOU SELL MORE IPOD

19   ACCESSORIES, RIGHT, LIKE CASES AND SPEAKERS; IS THAT RIGHT?

20   **A.**  YES.  IN ORDER TO MAKE MONEY, WE HAD TO SELL ACCESSORIES.

21   **Q.**  RIGHT.  AND IPOD ACCESSORIES WERE HIGH–MARGIN PRODUCTS

22   COMPARED TO IPODS; IS THAT RIGHT?

23   **A.**  YES.

24   **Q.**  MR. COUGHLIN ASKED YOU DURING YOUR EXAMINATION WHETHER YOU

25   HAD A PRETTY GOOD EXPERIENCE WITH APPLE.

RIEGEL — CROSS / DUNN

1    **A.**    UM-HMM.

2    **Q.**    BUT YOU PREVIOUSLY TESTIFIED THAT YOU FELT VERY BLESSED

3    AND VERY, VERY GRATEFUL TO HAVE HAD A PROFITABLE BUSINESS

4    RELATIONSHIP WITH APPLE, RIGHT?

5    **A.**    YES.    IN CONTEXT, WHEN APPLE STARTED TO OPEN UP STORES, IT

6    WAS CLEAR THE WRITING WAS ON THE WALL.    SO MY WIFE AND I CHOSE

7    TO MOVE OUR FAMILY TO LAKE TAHOE IN 2002.    AND MY BUSINESS

8    ALLOWED US TO TRANSITION AND GET STARTED IN NEW CAREERS.    SO

9    VERY BLESSED ON THAT.

10    **Q.**    RIGHT.    AND YOU SAID, "VERY BLESSED.    IT WAS HUGE.    IT WAS

11    MY LIFE."

12    **A.**    YES, IT WAS.

13    **Q.**    VERY BLESSED, RIGHT?

14        AND YOU -- YOU WERE HERE FOR OPENING, RIGHT?    I THINK I

15    SAW YOU HERE AND YOU STOOD UP.

16        AND YOU HEARD MS. SWEENEY SAY THAT YOUR BUSINESS IS PART

17    OF THE CLASS; IS THAT RIGHT?

18    **A.**    YES.

19    **Q.**    OKAY.    BUT YOU SOLD THE ASSETS TO YOUR RETAIL STORE IN

20    2007?

21    **A.**    YES.

22    **Q.**    OKAY.    AND THE COMPANY THAT BOUGHT YOUR STORE WAS CALLED

23    APPLE SAUCE?

24    **A.**    APPLE SAUCE.

25    **Q.**    THAT'S A GREAT NAME.    OKAY.

RIEGEL – CROSS / DUNN

```
 1        SO YOUR AGREEMENT WITH APPLE SAUCE SAID THAT YOU

 2   TRANSFERRED ALL RIGHT, TITLE, AND INTEREST; IS THAT RIGHT?

 3   A.  I'D HAVE TO TAKE A LOOK AT THE DOCUMENT.  IT WAS A --

 4   DOCUMENT OFF THE INTERNET THAT WE MODIFIED FOR OUR PURPOSES.

 5   Q.  OKAY.  I'D LIKE TO DIRECT YOUR ATTENTION THEN TO TX919,

 6   AND I THINK MR. COUGHLIN ALSO SHOWED YOU THAT EXHIBIT.

 7                    (EXHIBIT PUBLISHED TO JURY.)

 8   BY MS. DUNN:

 9   Q.  IF YOU LOOK AT THE PORTION THAT SAYS PROPERTY.

10   A.  UM-HMM.

11                    (EXHIBIT PUBLISHED TO JURY.)

12   BY MS. DUNN:

13   Q.  CAN YOU JUST READ THE FIRST SENTENCE THERE?

14   A.  SELLER SHALL TRANSFER ALL HIS RIGHT, TITLE, AND INTEREST

15   IN AND TO THE BUSINESS TO BUYER FREE AND CLEAR OF ALL CLAIMS,

16   LIENS, AND/OR ENCUMBRANCES EXCEPT AS OTHERWISE PROVIDED

17   HEREIN.

18   Q.  OKAY.

19   A.  AND THEN IT DETAILS OUT THE SPECIFICS OF WHAT WAS

20   TRANSFERRED.

21   Q.  OKAY.  AND COULD WE LOOK AT THE END OF THAT DOCUMENT?

22   A.  UM-HMM.

23                    (EXHIBIT PUBLISHED TO JURY.)

24   BY MS. DUNN:

25   Q.  IS THAT YOUR SIGNATURE?
```

1    **A.**   YES, THE FIRST ONE.

2    **Q.**   OKAY.  SO YOU AGREE THAT YOU TRANSFERRED ALL RIGHT, TITLE,

3    AND INTEREST?

4    **A.**   YES.

5    **Q.**   THAT'S WHAT YOU JUST READ?

6    **A.**   I MEAN, THAT'S WHAT THE VERBIAGE SAYS.

7    **Q.**   RIGHT.  AND SO YOU'RE STILL TRYING TO BE PART OF THE

8    CLASS?

9    **A.**   YES.

10   **Q.**   SO DURING THE TIME THAT YOU WERE SELLING APPLE COMPUTERS

11   AND IPODS, APPLE SOLD DIFFERENT MODELS OF IPODS, INCLUDING

12   NANOS, SHUFFLES, CLASSICS, MINIS; IS THAT RIGHT?

13   **A.**   YES.

14   **Q.**   AND APPLE RELEASED DIFFERENT VERSIONS OF THESE MODELS AND

15   ADDED IMPROVEMENTS TO THE PRODUCTS, RIGHT?

16   **A.**   YES.

17   **Q.**   AND ONE OF THE BIGGEST CHANGES WAS ADDING THE ABILITY TO

18   PLAY VIDEOS ON THE IPOD NANO; IS THAT RIGHT?

19   **A.**   A CHANGE, YES.

20   **Q.**   IT WAS A BIG CHANGE?

21   **A.**   FOR PEOPLE THAT WANT TO WATCH VIDEOS ON IT, YES.

22   **Q.**   BUT YOU THINK IT WAS A BIG CHANGE?

23   **A.**   NO.  I DIDN'T WATCH VIDEOS ON THEM.

24   **Q.**   OKAY.  DO YOU REMEMBER THAT YOU WERE DEPOSED IN THIS CASE?

25   **A.**   YES.

1    **Q.**  AND DO YOU REMEMBER YOU WERE UNDER OATH?

2    **A.**  YES.

3         **MS. DUNN:**  YOUR HONOR, I'D LIKE TO DIRECT THE COURT'S

4    ATTENTION TO DEPOSITION TESTIMONY AT 47:10 TO 48:19.

5              (PAUSE IN THE PROCEEDINGS.)

6         **THE COURT:**  GO AHEAD.

7         **MS. DUNN:**  MR. SPALDING, I'D LIKE THE PLAY RIEGEL

8    CLIP 12, PLEASE.

9      (THE FOLLOWING DEPOSITION TESTIMONY WAS PLAYED IN OPEN

10   COURT:

11     "Q.  WHAT'S YOUR RECOLLECTION OF SOME OF THE TYPES OF

12   IMPROVEMENT THAT OCCURRED WITHIN A GIVEN IPOD CATEGORY, SO,

13   FOR EXAMPLE, FOR AN IPOD NANO?

14     "A.  I THINK ONE OF THE BIGGEST CHANGES, THEY WENT TO A

15   COLOR SCREEN, THEY HAD THE ABILITY TO ADD SOME PHOTOS, I

16   GUESS, SOME LITTLE VIDEOS AND THINGS.  BUT THAT WAS PROBABLY

17   ONE OF THE BIGGEST CHANGES.  IT MADE IT A LITTLE BIT MORE USER

18   FRIENDLY FOR THE -- FOR THE PERSON USING THEM.")

19         **MS. DUNN:**  THANK YOU.

20   **Q.**  SO DURING YOUR DEPOSITION, YOU ALSO SAID THAT YOU MAY HAVE

21   BOUGHT A PORTABLE DIGITAL MUSIC PLAYER FOR YOUR DAUGHTER THAT

22   WAS NOT AN IPOD?

23   **A.**  THAT -- I DID SAY THAT --

24   **Q.**  DID YOU SAY THAT?

25   **A.**  -- IN THE DEPOSITION.  I CANNOT RECALL SPECIFICALLY IF I

RIEGEL – CROSS / DUNN

1    HAD.  I MEAN, IT -- SOMEWHERE BACK THERE, THERE WAS A

2    POSSIBILITY.

3    **Q.**  OKAY.  AND --

4    **A.**  BUT IT'S NOT MEMORABLE.

5    **Q.**  IF YOU DID, WOULD THE IPOD HAVE BEEN AVAILABLE AT THE

6    TIME?

7    **A.**  PROBABLY NOT.

8    **Q.**  OKAY.  BUT YOU SAID THAT ONCE THE IPOD CAME OUT, YOUR

9    DAUGHTER NEVER TOUCHED THIS OTHER THING AGAIN, RIGHT?

10   **A.**  THAT'S PROBABLY TRUE, RIGHT.

11   **Q.**  AND THAT'S BECAUSE IPODS WERE COOL.

12   **A.**  YES.

13   **Q.**  RIGHT.

14       WAS A SIGNIFICANT PORTION OF THE BUYERS OF IPODS AT YOUR

15   STORE FIRST-TIME IPOD BUYERS?

16   **A.**  WELL, INITIALLY IT WOULD HAVE BEEN FIRST-TIME IPOD BUYERS.

17   AND THEN IT WAS A MIX OF REPEAT BUYERS.  THEY -- DAD MAY BE

18   BUYING -- PURCHASED ONE AND THEN BUYING ONE FOR ANOTHER -- DAD

19   OR MOM BUYING FOR ANOTHER FAMILY MEMBER.

20   **Q.**  RIGHT.  SO PEOPLE BOUGHT AS GIFTS?

21   **A.**  ABSOLUTELY.

22   **Q.**  YEAH.

23       AND IN YOUR EXPERIENCE YOU HAD FROM 2006 TO 2007, BEFORE

24   YOU CLOSED YOUR STORE, WERE APPLE SUGGESTED RETAIL PRICES

25   TYPICALLY AT 49 AND $99 INCREMENTS LIKE 199, 249, 299?

RIEGEL - CROSS / DUNN

1    A.   YES.  I THINK THAT'S --

2    Q.   THAT'S --

3    A.   -- CONSISTENT, YES.

4    Q.   YOU HAD AN IPOD II, RIGHT?

5    A.   YES.

6    Q.   OR YOU WOULDN'T BE HERE?

7    A.   YES, RIGHT.  WELL, NO, I COULD BE HERE AS PART OF THE

8    DEALER CLASS WHETHER I OWNED ONE AS A CONSUMER.

9    Q.   AND AS AN IPOD OWNER, YOU LOADED ABOUT A HUNDRED CD'S OF

10   MUSIC ONTO YOUR COMPUTER TO PLAY THEM ON YOUR IPOD?

11   A.   YES.

12   Q.   AND AT SOME POINT, YOU REPLACED YOUR COMPUTER, BUT YOU

13   DIDN'T RELOAD THE CD'S?

14   A.   I DID NOT.

15   Q.   IT WOULD HAVE BEEN HELPFUL TO YOU TO HAVE A WAY TO MOVE

16   YOUR MUSIC FROM THE IPOD TO A NEW COMPUTER, SOMETHING CALLED

17   THAT -- THAT'S CALLED REVERSE SYNCING FROM THE IPOD TO THE

18   COMPUTER.  THAT WOULD HAVE BEEN HELPFUL, RIGHT?

19   A.   THAT WOULD HAVE BEEN HELPFUL, YES.

20   Q.   AND YOU NEVER DOWNLOADED ANY MUSIC FROM THE REALNETWORKS

21   MUSIC STORE?

22   A.   NO, I DID NOT.

23   Q.   YOU NEVER DOWNLOADED ANY MUSIC OTHER THAN FROM ITUNES?

24   A.   I ACTUALLY HAVE NOT BEEN A BIG ITUNES USER.  I WENT BACK

25   AND LOOKED AT MY ACCOUNT, AND IT DIDN'T SHOW ANY PURCHASES.

1    NOW MY KIDS AND WIFE, YES.

2    **Q.**  SO AT MOST, YOU DOWNLOADED, WHAT, ONE ALBUM FROM ITUNES?

3    **A.**  YES.  YES.

4    **Q.**  MR. RIEGEL, YOU SAID, WHEN MR. COUGHLIN ASKED YOU THAT YOU

5    DON'T REMEMBER RECEIVING NOTICE ABOUT THIS CASE, ARE YOU AWARE

6    THAT THIS LAWSUIT HAS BEEN GOING ON SINCE 2005?

7    **A.**  I AM NOW.

8    **Q.**  AND YOU NEVER REACHED OUT TO A LAWYER TO BRING A CASE, DID

9    YOU?

10   **A.**  NO.

11   **Q.**  BUT PLAINTIFFS' COUNSEL REACHED OUT TO YOU?

12   **A.**  YES.

13   **Q.**  AND THEY REACHED OUT TO YOU IN SEPTEMBER, RIGHT?

14   **A.**  YES.

15   **Q.**  DO YOU REMEMBER THAT LAWYERS ACTING ON YOUR BEHALF ASKED

16   THIS COURT TO AMEND THE COMPLAINT TO ADD YOUR BUSINESS AS A

17   PLAINTIFF?

18        **MR. COUGHLIN:**  I'D OBJECT, YOUR HONOR, RELEVANCE.

19        **THE COURT:**  SUSTAINED.

20   **BY MS. DUNN:**

21   **Q.**  SO I THINK THAT YOU ALSO TOLD MR. COUGHLIN THAT AT THE END

22   OF 2005 YOU CLOSED YOUR RETAIL STORE IN WILMINGTON.

23   **A.**  YES, I DID.

24   **Q.**  AND ONE OF THE REASONS IS BECAUSE YOU WERE LOSING SALES TO

25   THE APPLE STORE; IS THAT WHAT YOU SAID?

1    **A.**  YES.

2    **Q.**  BUT THE FACT THAT THE IPOD HAS BEEN ON THE MARKET FOR FIVE

3    YEARS AND SOME OF THE NOVELTY HAD WORN OFF, THAT MIGHT HAVE

4    ALSO EXPLAINED THE REDUCTION, RIGHT?

5    **A.**  I WOULD SAY THAT IT'S MUCH MORE WEIGHTED TOWARDS THE APPLE

6    STORE OPENING.  IT'S, I THINK, ONE OF THE LARGEST APPLE STORES

7    IN THE COUNTRY IN SALES.

8         **MS. DUNN:**  YOUR HONOR, I'D LIKE TO DIRECT THE COURT'S

9    ATTENTION TO DEPOSITION PAGE 66:3 TO 66:13.

10        **THE COURT:**  YOU NEED MORE FOUNDATION, MS. DUNN.

11   **BY MS. DUNN:**

12   **Q.**  MR. RIEGEL, DURING YOUR DEPOSITION, DO YOU REMEMBER THAT

13   YOU WERE ASKED ABOUT WHY YOU WERE LOSING SALES DURING THIS

14   TIME PERIOD THAT WE'RE DISCUSSING?

15   **A.**  UM-HMM.

16   **Q.**  AND DO YOU REMEMBER THAT YOU TALKED ABOUT THE FACT THAT

17   THE IPOD HAD BEEN ON THE MARKET FOR ABOUT FIVE YEARS AND THE

18   NOVELTY HAD WORN OFF?

19   **A.**  YES, I RECALL THAT.  YOUR EARLIER QUESTION, THOUGH, ASKED

20   ME WHAT WAS THE REASON FOR MY DROP IN SALES.  AND THE MAJORITY

21   WAS THE APPLE STORE, NOT THE NOVELTY OF THE IPOD.

22   **Q.**  RIGHT.  IT WAS ONE OF THE REASONS YOU GAVE --

23   **A.**  WELL --

24   **Q.**  -- THAT THE NOVELTY HAD WORN OFF.

25   **A.**  -- IT'S ONE OF THE REASONS, BUT THE SALES DROP OF

1    $800,000 --

2    **Q.** OKAY, BUT YOU GAVE ANOTHER REASON WHICH IS THAT THE IPHONE

3    MAY HAVE ALSO REDUCED IPOD SALES; DO YOU REMEMBER GIVING THAT

4    REASON?

5    **A.** I DON'T REMEMBER MY SPECIFIC ANSWER ON THAT, BUT MY

6    RECOLLECTION WAS THAT -- WELL, ME, MYSELF PERSONALLY, I DIDN'T

7    ADOPT THE IPHONE UNTIL A COUPLE YEARS LATER.  SO THAT'S WHAT I

8    RECALL PERSONALLY.

9              **MS. DUNN:** NO FURTHER QUESTIONS, YOUR HONOR.

10             **THE COURT:** ANY REDIRECT LIMITED TO THE SCOPE OF

11   CROSS?

12             **MR. COUGHLIN:** NO, YOUR HONOR.  NO REDIRECT.

13             **THE COURT:** ALL RIGHT.  THEN MR. RIEGEL, YOU MAY STEP

14   DOWN, SIR.

15             **THE WITNESS:** THANK YOU.

16             **THE COURT:** THANK YOU.

17        LADIES AND GENTLEMEN, WE WILL GO AHEAD AND TAKE OUR SECOND

18   BREAK.  A REMINDER NOT TO DISCUSS THE CASE AMONGST EACH OTHER.

19   ENJOY YOUR BREAK.  IT'S 12:07.  WE'LL SEE YOU IN 15 MINUTES.

20   THANK YOU.

21             (RECESS TAKEN AT 12:07 P.M.)

22

23             (CONTINUED NEXT PAGE; NOTHING OMITTED.)

24

25

345

```
 1        (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

 2            THE CLERK:  REMAIN SEATED.  COURT IS IN SESSION.

 3   COME TO ORDER.

 4            THE COURT:  WHO IS GOING TO BE OUR NEXT WITNESS,

 5   PLAINTIFFS?

 6        OUR NEXT WITNESS?

 7            MR. COUGHLIN:  DAVE MARTIN, YOUR HONOR.

 8            THE COURT:  I AM READY.  LET'S CALL THE JURY.

 9        (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

10            THE COURT:  WE ARE BACK ON THE RECORD.  THE RECORD

11   WILL REFLECT THE JURY IS BACK.

12        EVERYONE MAY BE SEATED.

13        EVERYBODY READY?  HAVE YOU EATEN THE ENTIRE PLATTER YET?

14            JURY:  JUST ABOUT.

15            THE COURT:  OKAY.  THAT'S GOOD TO KNOW.

16        ALL RIGHT.  PLAINTIFFS CAN CALL THEIR NEXT WITNESS.

17            MR. COUGHLIN:  THANK YOU, YOUR HONOR.  WE'LL CALL

18   DAVID MARTIN.

19            THE CLERK:  STAND TO BE SWORN, PLEASE.

20        (DAVID MARTIN, CALLED AS A WITNESS FOR THE PLAINTIFFS,

21   HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

22            THE WITNESS:  I DO.

23            THE CLERK:  PLEASE BE SEATED.

24            THE WITNESS:  THANK YOU.

25            THE CLERK:  PLEASE STATE YOUR FULL NAME AND SPELL
```

MARTIN – DIRECT / COUGHLIN

```
 1    YOUR LAST NAME.
 2              THE WITNESS:  MY FULL NAME IS DAVID MICHAEL MARTIN,
 3    JUNIOR.  THAT'S M-A-R-T-I-N.
 4              THE COURT:  GOOD AFTERNOON.
 5              THE WITNESS:  GOOD AFTERNOON.
 6              THE COURT:  YOU MAY PROCEED.
 7              MR. COUGHLIN:  THANK YOU, YOUR HONOR.
 8                        DIRECT EXAMINATION
 9    BY MR. COUGHLIN:
10    Q.  WOULD IT BE MR. MARTIN OR DR. MARTIN?
11    A.  YOU CAN CALL ME EITHER.
12    Q.  OKAY.
13        DR. MARTIN, CAN WE GO OVER YOUR EDUCATIONAL BACKGROUND?
14    A.  CERTAINLY.
15    Q.  CAN YOU TELL US WHAT DEGREES YOU HAVE?
16    A.  I HAVE A BACHELOR OF SCIENCE DEGREE FROM IOWA STATE
17    UNIVERSITY.  THAT WAS AWARDED WITH DISTINCTION IN MATHEMATICS
18    AND COMPUTER SCIENCE.  AND THEN I WENT ON TO STUDY AT GRADUATE
19    SCHOOL AT BOSTON UNIVERSITY WHERE I RECEIVED A PH.D. IN
20    COMPUTER SCIENCE.
21    Q.  OKAY.  AND WHAT IS YOUR WORK EXPERIENCE, IF YOU CAN
22    BRIEFLY DESCRIBE THAT?
23    A.  SURE.  I HAVE BEEN WORKING IN THE COMPUTER SOFTWARE FIELD
24    FOR A VERY LONG TIME.
25        MY FIRST PAID JOB WAS IN 1979, SO IT'S A LITTLE MORE THAN
```

MARTIN – DIRECT / COUGHLIN

1    35 YEARS NOW.  AND THROUGH THAT -- THROUGHOUT THAT PERIOD, I

2    WORKED IN MY HOMETOWN AND I ALSO WORKED FOR A FEW YEARS HERE

3    IN THE EAST BAY, AND THEN GOING INTO ACADEMIA, I WORKED AS A

4    COMPUTER SCIENCE PROFESSOR.

5    **Q.**  SO FROM 1998 TO 2001, WHAT IS THE -- YOU WERE AN ASSISTANT

6    PROFESSOR?  WHERE WAS THAT?

7    **A.**  YES.  THAT WAS IN THE DEPARTMENT OF MATHEMATICS AND

8    COMPUTER SCIENCE AT THE UNIVERSITY OF DENVER.

9    **Q.**  AND BETWEEN 2001 AND 2002?

10   **A.**  I WAS A RESEARCH ASSISTANT PROFESSOR AT BOSTON UNIVERSITY.

11   **Q.**  AND 2002 TO 2007?

12   **A.**  THAT'S WHEN I SERVED ON THE FACULTY OF THE UNIVERSITY OF

13   MASSACHUSETTS LOWELL, AGAIN, TEACHING COMPUTER SCIENCE.

14   **Q.**  OKAY.

15          **MR. COUGHLIN:**  GO TO THE NEXT SLIDE.

16                  (SLIDE DISPLAYED TO JURY.)

17   **BY MR. COUGHLIN:**

18   **Q.**  DOES THIS SUMMARIZE YOUR TEACHING EXPERIENCE?

19   **A.**  YES.  THIS SHOWS THE COURSES THAT I TAUGHT.

20      AND THEY INCLUDED SOME THEORETICAL COURSES, BUT ALSO A

21   NUMBER OF COMPUTER SECURITY COURSES WHERE I TAUGHT

22   CRYPTOGRAPHY, NETWORK SECURITY AND PROTOCOLS.

23   **Q.**  SO DID YOU FOCUS ON COMPUTER SECURITY?

24   **A.**  IN THOSE COURSES I CERTAINLY DID.  I ALSO COVERED COMPUTER

25   SECURITY IN SOME OF THE OTHER COURSES AS WELL.

348
MARTIN – DIRECT / COUGHLIN

1   **Q.**  YOU WERE ASKED TO UNDERTAKE AN INVESTIGATION IN THIS CASE;

2   IS THAT RIGHT?

3   **A.**  THAT'S CORRECT.

4   **Q.**  WHAT WERE YOU ASKED TO DO?

5   **A.**  I WAS PRIMARILY ASKED TO EXAMINE THE PRODUCTS AT ISSUE IN

6   THIS CASE, AND TO READ THE SOURCE CODE FOR THOSE PRODUCTS.

7       THE SOURCE CODE ARE THE BLUEPRINTS FOR THE PRODUCTS.  IT'S

8   WHAT MAKES SOFTWARE BEHAVE THE WAY IT DOES.  SO I EXAMINED

9   THAT OVER A PERIOD OF SEVERAL DAYS AT APPLE'S OFFICES.

10      AND DURING THAT PERIOD, I ALSO SELECTED A CERTAIN AMOUNT

11  OF THAT SOURCE CODE FOR FURTHER REVIEW AND I PRINTED IT AND

12  SPENT MORE TIME STUDYING THAT CODE.

13      I ALSO CARRIED OUT EXPERIMENTS WITH THE PRODUCTS AND

14  COMPARED THE BEHAVIOR AGAINST WHAT I WAS SEEING IN THE

15  SPECIFICATIONS FOR THE PRODUCTS.

16      AND THEN, FINALLY, I WROTE A REPORT THAT DESCRIBES ALL OF

17  THE FINDINGS THAT I FOUND THAT WERE RELEVANT TO THIS MATTER.

18  **Q.**  AND THEN YOU WERE DEPOSED; IS THAT RIGHT?

19  **A.**  YES, I WAS.  I WAS DEPOSED TWICE IN THIS CASE.

20  **Q.**  OKAY.  LET'S TAKE A LOOK AT –– LET'S START FROM THE

21  BEGINNING AND EXPLAIN SOME OF THESE PRODUCTS THAT ARE AT ISSUE

22  HERE.

23      IF WE CAN START WITH THE IPOD.  TELL US WHAT AN IPOD

24  ACTUALLY IS.

25  **A.**  I THINK WE'VE HEARD ABOUT THIS ALREADY.  AN IPOD IS A

MARTIN – DIRECT / COUGHLIN

1    PORTABLE HAND-HELD MUSIC PLAYER.  YOU CAN PUT YOUR HEADPHONES

2    INTO IT AND PLAY SONGS.  OF COURSE, YOU HAVE TO GET THE SONGS

3    ONTO THE IPOD SOMEHOW.

4    **Q.**   WHAT DOES ITUNES DO?

5    **A.**   ITUNES IS ONE PROGRAM THAT WILL ALLOW YOU TO DO THAT.

6    IT'S APPLE'S PROGRAM.

7         ITUNES ACTUALLY HAS A COUPLE OF DIFFERENT ROLES HERE.  IN

8    ORDER TO GET SONGS ONTO AN IPOD, YOU NEED TO USE AN IPOD

9    MANAGER PROGRAM.  THAT'S WHAT I CALL IT.  AND ITUNES IS THE

10   ORIGINAL IPOD MANAGER PROGRAM AND -- BUT IT HAS OTHER FEATURES

11   AS WELL.

12        FOR INSTANCE, IF YOU GET MUSIC ONTO YOUR COMPUTER, THEN

13   YOU CAN USE ITUNES TO PLAY IT RIGHT OUT OF YOUR OWN COMPUTER

14   SPEAKERS.  OR IF YOU WANT TO PURCHASE MUSIC FROM THE ITUNES

15   MUSIC STORE, THEN THAT HAPPENS THROUGH THE USE OF THE ITUNES

16   PROGRAM AS WELL.

17   **Q.**   HOW DOES QUICKTIME -- IF WE GO TO THE NEXT SLIDE -- HOW

18   DOES QUICKTIME PLAY INTO THIS?

19                    (SLIDE DISPLAYED TO JURY.)

20   **A.**   QUICKTIME IS THE TECHNOLOGY.  IT COMES WITH ITUNES.  IT

21   COMES WITH SOME OTHER PRODUCTS, TOO, I BELIEVE.  BUT IT'S THE

22   TECHNOLOGY THAT ACTUALLY ALLOWS THE PLAYBACK OF CONTENT THAT

23   YOU'VE OBTAINED SOMEHOW AND PUT ON YOUR COMPUTER.  IT CAN PLAY

24   SONGS.  IT CAN PLAY VIDEOS.  AND ITUNES RELIES ON IT FOR SOME

25   OF THOSE TASKS.

MARTIN - DIRECT / COUGHLIN

1    **Q.**  OKAY.  AND HERE WE HAVE FAIRPLAY.  CAN YOU TELL US WHAT

2    APPLE'S FAIRPLAY IS?

3    **A.**  WE HAVE HEARD OF FAIRPLAY AS WELL.  THIS IS THEIR NAME FOR

4    THEIR BRAND OF DIGITAL RIGHTS MANAGEMENT SOFTWARE, THE DRM

5    SOFTWARE.

6         AND THE ROLE OF FAIRPLAY AND DRM GENERALLY IS TO ENSURE

7    THAT CONTENT IS ONLY USED IN THE WAY THAT IT'S BEEN LICENSED

8    FOR USE.  SO IF YOU BUY A SONG AND IT HAS FAIRPLAY ENCRYPTION

9    ON IT, THE INTENT IS TO ENSURE THAT ONLY THE ORIGINAL

10   PERSON -- PURCHASER OR ANOTHER LICENSED USER OF THAT CONTENT

11   WILL BE ABLE TO PLAY IT.

12        IF YOU JUST TAKE THE SONG AND GIVE IT TO YOUR FRIEND, THEN

13   IT SHOULDN'T PLAY SO EASILY.  SO THAT'S WHAT FAIRPLAY

14   ACHIEVES.

15             **MR. COUGHLIN:**  IF WE LOOK AT THE NEXT SLIDE.

16                  (SLIDE DISPLAYED TO JURY.)

17   **BY MR. COUGHLIN:**

18   **Q.**  FAIRPLAY DRM IS AN ENCRYPTION AND KEY.  TELL US WHAT THAT

19   IS.

20   **A.**  YES.

21        IN ORDER TO ENFORCE THESE LICENSE RESTRICTIONS, THE WAY

22   THEY BUILT THE SYSTEM WAS TO TAKE A SONG FILE THAT IS

23   INITIALLY UNENCRYPTED, IT'S A FILE THAT YOU COULD JUST SEND

24   MORE OR LESS DIRECTLY TO YOUR COMPUTER SPEAKERS.  WHEN THEY

25   APPLIED THE DRM PROTECTION TO THE SONG, THAT MEANS TAKING THE

1   AUDIO DATA IN THE SONG AND ENCRYPTING IT.  THAT MAKES IT

2   BASICALLY UNREADABLE UNLESS YOU HAVE A KEY THAT GOES WITH THE

3   SONG.  THEY'RE SORT OF INVENTED AND FORGED AT THE SAME TIME.

4        SO FAIRPLAY IS ALL ABOUT APPLYING THE ENCRYPTION TO THE

5   SONG TO PROTECT IT, AND THEN DECRYPTING THE SONG WHEN IT'S

6   DETERMINED THAT THE SONG IS ALLOWED TO BE PLAYED NOW, AND THEN

7   ALSO KEEPING TRACK OF THE KEYS THAT ARE NEEDED FOR THE

8   DECRYPTION STEP.

9        SO THOSE ARE THE INGREDIENTS OF FAIRPLAY.

10  **Q.**  OKAY.  IT HAS A KEYBAG STRUCTURE.

11       **MR. COUGHLIN:**  IF WE GO TO THE NEXT.

12            (SLIDE DISPLAYED TO JURY.)

13  **BY MR. COUGHLIN:**

14  **Q.**  TELL US ABOUT THAT.

15  **A.**  AS I SAID, IN ORDER TO PLAY AN ENCRYPTED SONG, YOU NEED A

16  KEY TO DECRYPT IT.  THE QUESTION IS, WHERE DO YOU KEEP THESE

17  KEYS?

18       AND THE ANSWER IN APPLE'S CASE FOR FAIRPLAY IS THAT THEY

19  USE A FILE WHICH IS CALLED A KEYBAG.  IT'S JUST A FILE LIKE A

20  SONG FILE, EXCEPT INSTEAD OF AUDIO DATA, IT CONTAINS KEYS FOR

21  VARIOUS OTHER SONGS.

22  **Q.**  OKAY.  AND HOW DO YOU TRANSFER A SONG ONTO AN IPOD?

23  **A.**  I'M GOING TO START GETTING A LITTLE MORE TECHNICAL HERE

24  ABOUT HOW IT ACTUALLY WORKS.

25       IF YOU TAKE AN IPOD AND CONNECT IT TO YOUR COMPUTER FOR

MARTIN – DIRECT / COUGHLIN

1    THE PURPOSE OF TRANSFERRING A SONG, YOU MIGHT NOT KNOW THIS,

2    BUT WHAT HAPPENS IS THE IPOD APPEARS TO YOUR COMPUTER TO BE

3    JUST ANOTHER DISK DRIVE.  IT LOOKS LIKE A THUMB DRIVE YOU

4    MIGHT USE TO TRANSFER FILES.

5        AND THE WAY APPLE DESIGNED THE SYSTEM WAS THAT SIMPLY BY

6    HAVING THE COMPUTER PUT CERTAIN THINGS IN CERTAIN FILE

7    LOCATIONS ON THE DEVICE, THAT'S HOW IT WOULD COMMUNICATE TO

8    THE IPOD WHAT SONGS SHOULD BE AVAILABLE TO THE USER.

9        SO LET'S LOOK AT A FEW OF THESE STEPS.  THE FIRST STEP

10   THAT I HAVE LISTED HERE, STEP ONE, IS IT HAS TO GET THE

11   ENCRYPTED SONG FILE ONTO THE IPOD.  SO IT JUST PUTS IT IN A

12   PARTICULAR PLACE SUCH AS IS -- ON A WINDOWS COMPUTER, IT MIGHT

13   BE E COLON, IPOD, CONTROL, MUSIC.  SO IT PUTS THE SONG IN

14   THERE.

15       IT HAS TO DO A COUPLE OF OTHER THINGS, THOUGH.  IT HAS TO

16   MAKE SURE THAT THE SONG APPEARS WHEN THE USER GETS THE IPOD

17   OUT AND USES THE SCROLL WHEEL TO SHOW THE SONGS ON THE DEVICE.

18   IT HAS TO GET THAT SONG NAME POPULATED SO THAT IT APPEARS

19   THERE AND ASSOCIATED WITH THE SONG FILE THAT IT JUST PUT ON

20   THE IPOD.

21       SO THIS STEP IS CALLED UPDATING THE DATABASE.  THE

22   DATABASE IS WHAT CONTROLS WHAT'S ON THE MENU OF THE IPOD.  SO

23   HAVING PUT THE SONG ON, YOU ALSO HAVE TO ADD AN ENTRY TO THE

24   DATABASE SAYING THIS IS WHERE THE SONG IS ON THE DEVICE.

25   HERE'S WHERE I PUT IT.  WITHOUT THE DATABASE ENTRY, THE SONG

353

MARTIN — DIRECT / COUGHLIN

1    WON'T BE PLAYABLE.

2        AND, FINALLY, IF WE ARE TALKING ABOUT A SONG THAT HAS

3    FAIRPLAY PROTECTION ON IT, THEN YOU HAVE TO DO ONE FINAL STEP.

4    YOU'VE PUT THE ENCRYPTED SONG ON THE DEVICE, BUT YOU HAVE TO

5    MAKE SURE THE KEY GETS ON THE DEVICE, TOO.  OTHERWISE,

6    DECRYPTION IS IMPOSSIBLE.

7        SO THE THIRD STEP IS TO LOCATE THE KEYBAG FILE AND INSERT

8    THE KEY INTO THE KEYBAG FILE.

9        SO WE ACTUALLY HAVE THREE DIFFERENT FILE OPERATIONS.  THE

10   SONG GETS PUT THERE, THE DATABASE FILE, IT'S JUST A FILE

11   CALLED ITUNES DB, AND THEN THE KEYBAG FILE ARE ALL UPDATED.

12       HAVING DONE THAT CORRECTLY, THAT GIVES THE IPOD THE

13   ABILITY TO PLAY THE SONG BACK.

14   **Q.**  WE ARE HERE TO TALK ABOUT ITUNES 7.0 AND ITUNES 7.4.  YOU

15   UNDERSTAND THAT, RIGHT?

16   **A.**  YES, I DO.

17   **Q.**  WE NEED TO TALK ABOUT SOME OF THE EARLIER KEYBAGS AND THE

18   CHANGES THAT OCCURRED IN THEM.

19       SO, DID YOU TAKE A -- UNDERTAKE AN INVESTIGATION AS TO THE

20   EARLIER KEYBAGS?

21   **A.**  YES, I DID INVESTIGATE THE EARLIER TECHNOLOGY AS WELL.

22   **Q.**  OKAY. THEY ARE NOT AT ISSUE HERE.  THE COURT HAS FOUND

23   THAT THOSE UPDATES ARE LEGAL, BUT LET'S TALK ABOUT WHAT 4.6

24   DOES.

25   **A.**  OKAY.

354

1    **Q.**  IT'S AN EARLY ONE.  AND THERE'S A SLIDE NEXT TO YOU.

2                    (SLIDE DISPLAYED TO JURY.)

3    TELL US WHAT 4.6 IS?

4    **A.**  I THINK THE DISTINCTION THAT WE -- WE WANT TO DRAW BETWEEN

5    ITUNES 4.6 AND 4.7, WHICH WILL COME NEXT, IS THAT THE DESIGN

6    OF THE KEYBAG USED TO HOLD ALL OF THE KEYS FOR THE SONGS, AS

7    THE KEYBAG EXISTS ON THE IPOD, CHANGED BETWEEN THOSE TWO

8    DIFFERENT VERSIONS.

9        SO HERE WE HAVE A SLIDE THAT SHOWS THE 4.6 VERSION WITH

10   ANALOGIES.  I DECIDED TO USE A BRIEFCASE AS AN ANALOGY FOR THE

11   KEYBAG.

12       AND THE THING ABOUT A BRIEFCASE IS, IF YOU WANT TO -- IF

13   IT'S LOCKED AND YOU WANT TO PUT SOMETHING IN IT, YOU USE THE

14   KEY TO UNLOCK IT AND YOU PUT IT IN.  LIKEWISE, IF YOU WANT TO

15   TAKE SOMETHING OUT, YOU USE THE SAME KEY TO TAKE THE THING OUT

16   OF THE KEYBAG.  AND THAT'S PRETTY MUCH THE WAY ITUNES 4.6

17   WORKED WITH RESPECT TO THE KEYBAG.

18       AND THERE WERE TWO KEYBAGS TO TALK ABOUT.  YOU'LL SEE ON

19   THE LEFT COLUMN HERE THERE'S ITUNES WITH ITS OWN KEYBAG AND

20   THEN ON THE RIGHT COLUMN YOU HAVE IPOD WITH ITS KEYBAG.

21       REMEMBER, ITUNES CAN PLAY SONGS JUST AS WELL AS THE IPOD

22   CAN PLAY SONGS.  IF THE SONGS ARE ENCRYPTED, THEY NEED THE

23   KEYS.  SO THERE HAVE TO BE KEYBAGS IN BOTH LOCATIONS.

24       IN ITUNES 4.6 IT WAS THE SAME STYLE OF KEYBAG.  IT WAS

25   LIKE A BRIEFCASE YOU COULD OPEN AND CLOSE RELATIVELY EASILY.

MARTIN – DIRECT / COUGHLIN

1    IT WAS NOT SUPER SIMPLE, BUT IT COULD BE DONE.

2    **Q.**    OKAY.  NOW THIS IS THE KEYBAG STRUCTURE THAT WAS IN PLACE

3    WHEN HARMONY CAME ON LINE THE FIRST TIME; IS THAT RIGHT?

4    **A.**    THAT'S CORRECT.

5    **Q.**    CAN YOU REMEMBER ABOUT WHAT TIME THAT WAS?

6    **A.**    WELL, THE FIRST ANNOUNCEMENT WAS JULY 26TH, 2004, AND I

7    UNDERSTAND THAT IT WAS WORKING REALLY PRETTY MUCH RIGHT AWAY

8    AT THAT TIME.

9    **Q.**    DID YOU HAVE A CHANCE TO USE HARMONY?

10   **A.**    I USED SOME ASPECTS OF HARMONY, BUT I DID NOT PERSONALLY

11   USE HARMONY IN ORDER TO SAY BUY A SONG FROM THE REALNETWORKS

12   STORE AND PLACE IT ONTO AN IPOD.

13   **Q.**    WHY IS THAT?

14   **A.**    AT THE TIME I WAS ENGAGED TO INVESTIGATE THIS MATTER, THE

15   REALNETWORKS STORE WAS NO LONGER ONLINE SO I COULD NO LONGER

16   MAKE A PURCHASE AND EXERCISE THAT BEHAVIOR IN HARMONY.

17   **Q.**    OKAY.

18       DID YOU TAKE A LOOK AT DOCUMENTS TO TRY TO FIGURE OUT

19   EXACTLY HOW HARMONY WORKED AND WHAT IT DID?

20   **A.**    YES, I DID.

21           **MR. COUGHLIN:**  IF WE CAN TAKE A LOOK AT EXHIBIT 126?

22               (SLIDE DISPLAYED TO JURY.)

23           **THE WITNESS:**  THIS IS 128 --

24   **BY MR. COUGHLIN:**

25   **Q.**    128.  MY VISION IS -- SORRY.  128.

MARTIN – DIRECT / COUGHLIN

```
1    A.   YES.

2    Q.   CAN YOU TELL US WHAT THIS DOCUMENT IS?

3    A.   YES.  THIS DOCUMENT HAS BEEN SHOWN A COUPLE OF TIMES

4    ALREADY TODAY.  THIS IS AN ANALYSIS --

5              MR. ISAACSON:  OBJECTION, YOUR HONOR, FOUNDATION.

6              THE COURT:  SUSTAINED.

7    BY MR. COUGHLIN:

8    Q.   DID YOU REVIEW THIS DOCUMENT IN THE COURSE OF YOUR

9    INVESTIGATION?

10   A.   YES, I DID.  AND I CITED IT IN MY REPORT.

11   Q.   AND DID YOU EXPLAIN EXACTLY WHAT WAS GOING ON WITH THIS

12   DOCUMENT AFTER THE REVIEW HERE?

13        IN YOUR REPORT, DID YOU TALK ABOUT THIS DOCUMENT?

14   A.   YES, I DID.

15   Q.   OKAY.  CAN YOU TELL US WHAT THIS DOCUMENT MEANS TO YOU

16   WITH YOUR EXPERTISE?

17             MR. ISAACSON:  SAME OBJECTION, YOUR HONOR.

18             MR. COUGHLIN:  YOUR HONOR, IT'S AN EXPERT EXAMINING A

19   DOCUMENT THAT'S PART OF THE CASE.  AND IT'S TECHNICAL

20   DOCUMENTS DONE BY AN ENGINEER, AND OUR EXPERT REVIEWED IT TO

21   TALK ABOUT --

22             THE COURT:  MR. ISAACSON, WHAT IS THE SPECIFIC

23   FOUNDATIONAL CLAIM HERE?  ARE YOU DISPUTING THAT THIS IS NOT

24   AN EMAIL FROM APPLE?

25             MR. ISAACSON:  NO, NO.  ABSOLUTELY NOT, YOUR HONOR.
```

1        **THE COURT:**  WHAT IS THE FOUNDATIONAL OBJECTION?

2        **MR. ISAACSON:**  THAT NO WITNESS -- THIS HAS NOT BEEN

3   PUT IN FRONT OF ANY WITNESS AT THIS POINT THAT HAS ANY

4   INVOLVEMENT IN THE DOCUMENT.

5      I BELIEVE THE COURT HAS ADDRESSED THIS ISSUE TO COUNSEL

6   BEFORE.

7        **THE COURT:**  I THOUGHT THAT GIVEN SOME OF THE ISSUES

8   THAT WE WERE TALKING ABOUT IN TERMS OF THE COURT NOT ISSUING

9   SUBPOENAS, THAT THERE WERE SOME AGREEMENTS WITH RESPECT TO

10  THIS.  YES OR NO?

11       **MR. COUGHLIN:**  ABSOLUTELY.

12       **MR. ISAACSON:**  ONCE THEY ARE GIVEN TO THE WITNESS, TO

13  THE FACT WITNESSES, YES.  NOT WITH RESPECT TO EXPERTS OPINING

14  ON THINGS BEFORE --

15       **THE COURT:**  ALL RIGHT.

16     LADIES AND GENTLEMEN, I AM GOING TO ASK YOU TO PLEASE GO

17  INTO THE JURY ROOM.

18     COME UP TO THE MIC, MR. ISAACSON.

19     (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

20       **THE COURT:**  THE RECORD WILL REFLECT THE JURY HAS LEFT

21  THE COURTROOM.

22     MR. ISAACSON, I THOUGHT WE HAD DEALT WITH THIS DURING THE

23  PRETRIAL.

24       **MR. ISAACSON:**  WE DEALT WITH THIS WITH FACT

25  WITNESSES, YOUR HONOR.  AND YOUR HONOR WAS QUITE EXPRESS WITH

358
MARTIN – DIRECT / COUGHLIN

1    US, AND WE HAVE OPERATED UNDER THE UNDERSTANDING THAT EXPERTS

2    ARE NOT GOING TO TALK ABOUT FACTUAL -- FACT DOCUMENTS --

3         **THE COURT:**  I UNDERSTAND THAT.

4         I ALSO UNDERSTAND THAT THERE WAS A REQUEST TO POSTPONE THE

5    TRIAL BECAUSE, IN PART, THE APPLE WITNESSES WEREN'T GOING TO

6    BE AVAILABLE.

7         I WAS ADVISED BY THE PARTIES THAT YOU HAD WORKED OUT THE

8    ISSUES WITH RESPECT TO THE ORDER OF WITNESSES.

9         **MR. COUGHLIN:**  YOUR HONOR, WE WERE EVEN -- WENT SO

10   FAR WE WERE GOING TO PUT NOLL IN AHEAD OF THE WITNESSES THAT

11   WERE GOING TO TALK ABOUT THOSE DOCUMENTS.  SO THIS ISSUE WAS

12   SPECIFICALLY ADDRESSED IN THAT CONTEXT.

13        AND THEY COULDN'T GET SOMEBODY HERE THE FIRST DAY.  I

14   WOULD LOVE TO HAVE HIM TESTIFY AFTER THE THREE WITNESSES THAT

15   THEY COULDN'T GET HERE UNTIL THE NEXT THREE DAYS WERE ON THE

16   STAND.  THEY COULDN'T GET THEM HERE, SO I AGREED TO PUT

17   DR. MARTIN ON RIGHT OFF THE BAT.

18        **MR. ISAACSON:**  THIS IS NOT -- THIS IS NOT THE

19   DISCUSSION THAT HAPPENED.

20        COUNSEL IS RIGHT.  WE DISCUSSED THAT THEY WOULD HAVE

21   LATITUDE WITH PROFESSOR NOLL BECAUSE MR. ROBBIN WOULD NOT BE

22   AVAILABLE UNTIL THE END OF THE WEEK.

23        WHEN THEY INITIALLY DISCUSSED WITNESSES WITH US, WE WERE

24   TOLD THAT DR. MARTIN WOULD EITHER BE THE LAST WITNESS OR EVEN

25   A REBUTTAL WITNESS.  WE WERE TOLD ONLY WITHIN THE LAST COUPLE

1    OF DAYS THAT HE WAS GOING TO BE A WITNESS ON THE FIRST DAY.

2         **THE COURT:**  SO WHY DIDN'T YOU RAISE IT THEN?  YOU

3    KNEW EXACTLY WHAT HE WAS GOING TO TESTIFY TO.  WE HAVE THE

4    EXPERT REPORTS.  WHY AM I DEALING WITH THIS IN THE COURSE OF

5    THE TRIAL?

6         **MR. ISAACSON:**  BECAUSE -- WHEN THEY MADE THAT CHANGE,

7    RIGHT, I UNDERSTOOD THAT THIS GENTLEMAN WOULD JUST BE TALKING

8    ABOUT THE PARTS OF HIS REPORTS, WHICH THERE'S PLENTY OF, BASED

9    ON THE TECHNOLOGY AND NOT TALKING ABOUT BUSINESS DOCUMENTS.

10        I THOUGHT THEY MADE A STRATEGIC DECISION, WHICH THEY ARE

11   ENTITLED TO MAKE.  I NEVER -- THE COURT HAS BEEN QUITE EXPRESS

12   WITH US ABOUT NOT TALKING ABOUT BUSINESS DOCUMENTS --

13        **THE COURT:**  I AGREE.  BUT I HAVE ALSO AFFORDED YOU

14   FLEXIBILITY SO I WOULDN'T ISSUE TRIAL SUBPOENAS FROM THIS

15   COURT TO GET THE APPLE WITNESSES HERE.  AND I DIDN'T.

16        **MR. ISAACSON:**  ALL RIGHT.

17        **THE COURT:**  BASED UPON AN UNDERSTANDING THAT YOU HAD

18   ALL WORKED THIS OUT.

19        **MR. ISAACSON:**  I THOUGHT WE WORKED IT OUT WITH

20   DR. NOLL.  THIS WAS NOT MY UNDERSTANDING OF WHAT WAS GOING TO

21   HAPPEN WITH DR. MARTIN, BUT IN LIGHT OF THE COURT'S COMMENTS,

22   I WILL WITHDRAW THE OBJECTION.

23        **THE COURT:**  CALL THE JURY OUT.

24        (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

25        **THE COURT:**  ALL RIGHT.  THE RECORD WILL REFLECT THE

1     JURY IS NOW BACK.

2          YOU MAY CONTINUE YOUR EXAMINATION.

3               **MR. COUGHLIN:**  THANK YOU.

4     **BY MR. COUGHLIN:**

5     **Q.**  DR. MARTIN, I WOULD LIKE TO ASK YOU TO LOOK AT

6     EXHIBIT 128.

7                    (SLIDE DISPLAYED TO JURY.)

8          AND I WOULD LIKE TO GO INTO SOME DEPTH INTO THIS DOCUMENT

9     SINCE IT'S AN APPLE ENGINEER.

10         THIS IS A DOCUMENT YOU'VE REVIEWED BEFORE; IS THAT

11    CORRECT?

12    **A.**  THAT'S CORRECT.

13    **Q.**  LET'S GO AHEAD -- SEVERAL WITNESSES ARE GOING TO TALK

14    ABOUT THE VARIOUS STEPS THAT DAVE HELLER UNDERTOOK AT APPLE

15    ONCE HARMONY CAME ON.

16         CAN YOU TELL US WHAT THOSE STEPS WERE AND WHAT THEY --

17    WHAT THE RESULTS WERE SO -- THAT THE JURY CAN UNDERSTAND

18    EXACTLY WHAT'S GOING ON IN EACH OF THOSE STEPS?

19    **A.**  YES.  AT A VERY BROAD LEVEL, THIS DOCUMENT SHOWS THAT DAVE

20    HELLER AND HIS COLLEAGUE TOM DOWDY INVESTIGATED THE HARMONY

21    TECHNOLOGY SOON AFTER IT WAS RELEASED, AND ESSENTIALLY

22    DETERMINED THAT IT WAS ABLE TO PUT SONGS ON AN IPOD THAT THEY

23    COULD PLAY.  AND IT FURTHER ENUMERATES MANY OTHER DETAILS

24    ABOUT WHAT THEY FOUND OUT.

25         THEY WERE ITUNES ENGINEERS SO THEY KNEW MUCH ABOUT HOW THE

MARTIN – DIRECT / COUGHLIN

```
 1    SYSTEM WORK SO THEY WERE ABLE TO ASK VERY DETAILED QUESTIONS.

 2    Q.  LET'S START WITH THE FIRST ONE.

 3        WHAT EXACTLY DOES THAT MEAN "DOWNLOADED SONGS IS 192"?

 4    A.  YES --

 5            MR. ISAACSON:  OBJECTION, YOUR HONOR.  IT'S NOW

 6    EXCEEDED THE SCOPE OF HIS REPORT.

 7        THIS WOULD BE PARAGRAPH 29 --

 8            THE COURT:  I NEED YOU AT A MIC, MR. ISAACSON.

 9            THE CLERK:  THE MICS ARE UP HERE.

10            THE COURT:  WHICH OF THE REPORTS AT THIS POINT

11    DISCUSSES EXHIBIT 128?

12            MR. COUGHLIN:  HIS OPENING REPORT.

13            MR. ISAACSON:  YES.  IT'S OPENING REPORT,

14    PARAGRAPH 29, CITE HAS -- WHICH CITES TO THIS DOCUMENT AT

15    FOOTNOTE 15.

16            THE COURT:  HOLD ON.

17                    (PAUSE IN THE PROCEEDINGS.)

18            MR. COUGHLIN:  YOUR HONOR, ALL THESE DOCUMENTS FORM

19    THE BASIS OF HIS WHOLE REPORT, AND HE CAN EXPLAIN THEM.

20        I THINK AN OBJECTION THAT IT IS BEYOND IS NOT WELL-FOUNDED

21    AT ALL.  HE TALKS ABOUT ALL OF THE ISSUES THAT HAVE TO DO WITH

22    REAL HARMONY.  HE CITED THIS DOCUMENT IN HIS REPORT, IN HIS

23    EXAM, AND HE TALKS --

24            THE COURT:  I JUST NEED A PARAGRAPH NUMBER,

25    MR. COUGHLIN.  IS IT PARAGRAPH 29, YES OR NO, FROM YOUR
```

MARTIN – DIRECT / COUGHLIN

1    PERSPECTIVE?

2              **MR. COUGHLIN:**  I THINK IT IS PARAGRAPH 29.

3              **MR. ISAACSON:**  HE HAS JUST TESTIFIED TO WHAT'S IN

4    PARAGRAPH 29.  WE DID NOT OBJECT TO THAT.  HE NOW WANTS TO GO

5    LINE BY LINE THROUGH THE DOCUMENT AND INTERPRET IT, WHICH IS

6    NOT IN HIS REPORT.

7              **MR. COUGHLIN:**  I THINK THAT'S ABSURD.  HE TESTIFIES

8    ABOUT WHAT EXACTLY IT IS AND HIS KNOWLEDGE ABOUT -- HE GETS TO

9    GO LINE BY LINE.  THEY CAN QUESTION HIM, AS THEY DID IN HIS

10   DEPOSITION, AT SOME LENGTH ABOUT THESE DOCUMENTS AND OTHER

11   DOCUMENTS THAT HE DIDN'T SPELL OUT IN HIS REPORT BECAUSE THEY

12   ASKED HIM WHAT IT MEANT, AND THAT'S WHAT'S HAPPENING HERE.

13   THAT IS NOT BEYOND THE SCOPE OF WHAT HE HAS DONE OR CAN DO.

14             **MR. ISAACSON:**  DEPOSITIONS ARE NOT DISCLOSURE FOR

15   PURPOSES OF RULE 26.

16             **MR. COUGHLIN:**  HE DESCRIBES --

17           **THE COURT:**  I DIDN'T ASK FOR MORE COMMENT,

18   MR. COUGHLIN.  I'M TRYING TO BOTH READ AND LISTEN TO YOU AT

19   THE SAME TIME.

20        BECAUSE IT'S NOT SPECIFICALLY IN PARAGRAPH 29.

21        LET ME ASK YOU THIS, DO YOU HAVE OTHER AREAS?

22             **MR. COUGHLIN:**  YES, YOUR HONOR.

23           **THE COURT:**  MOVE TO ANOTHER AREA.  SO THAT WAY WE CAN

24   GET SOME MORE EVIDENCE IN, AND WE WILL DEAL WITH THIS

25   AFTERWARDS.

1      MR. COUGHLIN:  OKAY.

2  BY MR. COUGHLIN:

3  Q.  LET'S MOVE ON TO 4.7 AND WE CAN TALK ABOUT WHAT 4.7 DOES.

4      MR. COUGHLIN:  IF WE CAN MOVE TO THAT DOCUMENT.

5          (SLIDE DISPLAYED TO JURY.)

6      THE CLERK:  WHAT'S THE DOCUMENT -- THE EXHIBIT

7  NUMBER?

8      MR. COUGHLIN:  IT'S NOT AN EXHIBIT NUMBER.  SORRY,

9  THAT GRAPHIC, 4.7.

10  BY MR. COUGHLIN:

11  Q.  CAN YOU TELL US A LITTLE BIT ABOUT WHAT 4.7 IS AND WHEN IT

12  WAS RELEASED?

13  A.  SURE.

14      ITUNES 4.7 WAS RELEASED ON OCTOBER 26TH, 2004.  AND THE

15  REASON IT'S INTERESTING HERE IS BECAUSE OF THE CHANGE IN THE

16  KEYBAG STRUCTURE THAT HAPPENED AT THAT TIME.

17      AND I WOULD LIKE TO POINT OUT THAT IN TALKING ABOUT ITUNES

18  4.7, WE REALLY NEED TO BE THINKING ABOUT THE IPODS THAT WERE

19  RELEASED AT THE SAME TIME.  BECAUSE THE IPOD IS THE DEVICE

20  THAT HAS TO FIND A KEY IN THE KEYBAG IN ORDER TO PLAY THE

21  SONG.

22      AND SO WHEN YOU CHANGE THE ARCHITECTURE OF THE KEYBAG ON

23  THE IPOD, YOU REALLY HAVE TO CHANGE THE IPOD.  WE ARE TALKING

24  ABOUT NEW IPODS THAT ARE RELEASED THAT NOW HAVE A NEW

25  ARCHITECTURE.  AND WE DESCRIBE THIS AS THE ITUNES 4.7

MARTIN – DIRECT / COUGHLIN

1    ARCHITECTURE BECAUSE ITUNES 4.7 CAME OUT AT THE SAME TIME.

2        AND THIS IPOD, IF YOU PLUG IT INTO A COMPUTER, THE

3    COMPUTER WILL TELL YOU, YOU MUST USE ITUNES 4.7 OR LATER IN

4    ORDER TO WORK WITH THIS IPOD BECAUSE IT HAS THIS NEW KEYBAG

5    ARCHITECTURE.

6        SO LET'S TALK ABOUT THAT ARCHITECTURE.

7    Q.   NEXT SLIDE.

8                (SLIDE DISPLAYED TO JURY.)

9    A.   BEFORE, I SHOWED A BRIEFCASE THAT YOU COULD LOCK AND

10   UNLOCK WITH THE SAME KEY.  AND THAT'S WHAT CHANGED.  THEY NOW

11   HAVE A NEW KEYBAG.  THEY CALL IT THE EMBEDDED KEYBAG.  AND I

12   SHOULD POINT OUT THAT A SMALL COMPUTING DEVICE, LIKE AN IPOD,

13   IS OFTEN CALLED AN EMBEDDED COMPUTER OR AN EMBEDDED SYSTEM.

14       SO WE HAVE AN EMBEDDED KEYBAG NOW.  AND THE DIFFERENCE IS

15   THAT JUST ON THE IPOD SIDE, ON THE RIGHT-HAND COLUMN, ITS

16   KEYBAG HAS A DIFFERENT PROPERTY.  I'VE LIKENED IT TO A PARKING

17   METER.  BECAUSE IF YOU THINK OF A PARKING METER, IT'S VERY

18   EASY TO PUT COINS IN IT.  BUT IF YOU NEED WANT TO GET THE

19   COINS BACK OUT, YOU NEED A DIFFERENT THING ALTOGETHER.  YOU

20   NEED SOME SECRET MASTER KEY IN ORDER TO DO THAT.

21       SO THAT'S WHAT WAS IMPLEMENTED ON THESE NEW IPODS CALLED

22   THE EMBEDDED KEYBAG AT ITUNES 4.7.  IT WAS NOW VERY EASY FOR

23   SOMEONE WHO WANTED TO TAKE A SONG, PUT THE SONG ON THE IPOD,

24   AND PUT THE KEY INTO THE KEYBAG.  THAT'S INSERTING THE COIN

25   INTO THE PARKING METER.  ANYONE CAN DO IT.  YOU DON'T EVEN

MARTIN – DIRECT / COUGHLIN

1    REALLY NEED MUCH OF A KEY TO DO IT.  YOU NEED SOMETHING, BUT

2    NOT MUCH.

3        BUT IN ORDER TO GET THE KEY BACK OUT IN ORDER TO PLAY BACK

4    THE SONG, YOU NEED A MASTER KEY.  WELL, THE IPOD, WHEN IT

5    PLAYED THE SONG, IT HAS THE MASTER KEY.  THE IPOD IS BUILT

6    WITH A MASTER KEY.  IT'S ACTUALLY CALLED A PRIVATE KEY BAKED

7    RIGHT INTO THE IPOD.  SO IT CAN DECRYPT THE SONGS IN ORDER TO

8    PLAY THEM WHEN YOU PUSH THE PLAY BUTTON, BUT IT'S BURIED IN

9    THE IPOD.

10        IF YOU TOOK THE IPOD AND HOOKED IT UP TO YOUR COMPUTER,

11    YOU WOULD NOT SEE THAT PRIVATE KEY.  IT WOULD BE VERY

12    DIFFICULT TO GET THE KEY OUT OF THE IPOD.

13    Q.  TO YOUR KNOWLEDGE, WAS THE IPOD -- AFTER 4.7, WAS THE IPOD

14    EVER CRACKED AGAIN WHERE SOMEBODY STRIPPED OFF DRM?

15    A.  I HAVEN'T SEEN EVIDENCE THAT THE KEYBAG FOLLOWING THIS

16    CHANGE WHERE IT BECAME EASY TO ADD AND HARD TO REMOVE, THAT

17    THE KEYBAG ON THE IPOD ITSELF WAS EVER CRACKED.  THERE HAVE

18    BEEN MANY ATTACKS AGAINST THE KEYBAG ON THE LEFT COLUMN,

19    WHICH, AS YOU CAN SEE, IS STILL UNCHANGED.  IT'S STILL A

20    BRIEFCASE.  NOW, THE COLOR OF THE BRIEFCASE HAS CHANGED AND SO

21    ON, AND ACTUALLY A LOT HAS CHANGED, BUT IT'S STILL A KEYBAG

22    THAT CAN BE OPENED AND CLOSED ON THE DESKTOP COMPUTER USING

23    THE -- AN OLDER TYPE OF ENCRYPTION TECHNOLOGY.

24        TECHNICALLY ON THE LEFT, I WOULD CALL IT SYMMETRIC

25    ENCRYPTION AND ON THE RIGHT, I'D CALL IT ASYMMETRIC

1    ENCRYPTION.

2    **Q.**  OKAY.

3       AFTER THE ISSUANCE OF THIS 4.7, DID APPLE HIRE –– TO YOUR

4    KNOWLEDGE, DID APPLE HIRE A SECURITY FIRM TO REVIEW THE

5    VULNERABILITIES OF 4.7?

6    **A.**  YES, THEY DID.

7    **Q.**  OKAY.  AND WHAT DID THEY DETERMINE THE VULNERABILITIES

8    WERE?

9       IF WE CAN TAKE A LOOK AT EXHIBIT 2165.

10          **MR. ISAACSON:**  CAN WE HAVE A CITATION TO THE REPORT

11    FOR THIS?

12          **MR. COUGHLIN:**  YOU KNOW, YOUR HONOR, I DIDN'T SET UP

13    THIS –– THESE ARE DOCUMENTS THAT ARE CITED IN HIS REPORT AND

14    RELIED UPON, AND I DIDN'T SET IT UP TO CITE EACH TIME I WENT

15    TO A DOCUMENT THAT WAS CITED TO DO THAT.

16          **THE COURT:**  WELL, I –– I DIDN'T ASK YOU FOR ANYTHING

17    AND IT'S NOT APPROPRIATE FOR MR. ISAACSON TO BE SPEAKING TO

18    YOU.

19       I'VE GOT EXHIBIT 2185?

20          **MR. COUGHLIN:**  2165.

21          **THE COURT:**  IS THERE AN OBJECTION?

22          **MR. ISAACSON:**  WE ARE NOT AWARE THAT THIS IS CITED IN

23    THE REPORT.

24          **THE COURT:**  SO YOUR OBJECTION IS?

25          **MR. ISAACSON:**  FOUNDATION.

367
MARTIN – DIRECT / COUGHLIN

1      AND OUTSIDE THE SCOPE OF HIS REPORT.

2            THE COURT:  THAT'S THE OBJECTION.

3            MR. ISAACSON:  WE HAVE AN INDEX OF WHAT'S BEEN CITED

4      IN THIS REPORT, AND WE DON'T FIND THIS DOCUMENT.

5            THE COURT:  THE OBJECTION ON FOUNDATION IS SUSTAINED.

6      LAY THE FOUNDATION.

7      BY MR. COUGHLIN:

8      Q.  DR. MARTIN, DID YOU REVIEW THIS REPORT IN PREPARING YOUR

9      REPORT?

10     A.  I RECALL REVIEWING IT, YES.

11     Q.  OKAY.

12         DO YOU KNOW IF YOU CITED IT SPECIFICALLY IN YOUR REPORT OR

13     IN ANY INDEX THAT YOU HAD?

14     A.  UM, MY RECOLLECTION IS THAT I CITED IT, OF COURSE, BY

15     BATES NUMBER RATHER THAN TRIAL EXHIBIT BECAUSE THE TRIAL

16     EXHIBITS DIDN'T EXIST AT THAT TIME.  AND I BELIEVE THAT I DID

17     CITE THAT BY BATES NUMBER.

18     Q.  YOU CITED IT BY BATES NUMBER APPLE AIIA00093560; IS THAT

19     CORRECT?

20     A.  THAT'S THE NUMBER I WOULD HAVE USED.

21            MR. ISAACSON:  WE HAVE INDEXES OF THE BATES NUMBERS

22     CROSS-REFERENCED TO THE TRIAL EXHIBIT NUMBERS.  WE UNDERSTAND

23     THAT THERE WERE NO TRIAL EXHIBIT NUMBERS THERE.  THIS BATES

24     NUMBER IS NOT CITED IN THE REPORT.

25            THE COURT:  WELL, I SEE IT IN HIS REPORT.  OVERRULED.

MARTIN – DIRECT / COUGHLIN

1        (EXHIBIT DISPLAYED TO JURY.)

2   BY MR. COUGHLIN:

3   Q.   CLOAKWARE IDENTIFIED A NUMBER OF VULNERABILITIES OR

4   THREATS; IS THAT CORRECT?

5   A.   THAT'S CORRECT.

6   Q.   OKAY.  AND IF YOU GO TO THE THIRD ONE, CAN YOU TELL US

7   WHAT THAT IS ABOUT?

8   A.   YES.

9        THERE ARE THREE BULLET POINTS OF THREATS HERE.  THE THIRD

10  STATES "BUILDING AN INDEPENDENT CLIENT THAT INTEROPERATES WITH

11  IPOD OR AIRTUNES".

12  Q.   THE NEXT ONE DOWN?

13          MR. ISAACSON:  THIS IS THE SAME ISSUE IN TERMS OF

14  GOING THROUGH A DOCUMENT THAT -- THIS DOCUMENT IS -- THIS

15  LANGUAGE IS NOT DISCUSSED IN HIS REPORT.

16          THE COURT:  OVERRULED.

17  BY MR. COUGHLIN:

18  Q.   CAN YOU TELL US WHAT THAT MEANS, "BUILDING AN INDEPENDENT

19  CLIENT THAT INTEROPERATES WITH THE IPOD"?

20  A.   THE WAY -- THE WAY I READ THIS IS, A CLIENT IS A PROGRAM

21  LIKE ITUNES.  IT'S A CLIENT BECAUSE IT RUNS ON A DESKTOP

22  COMPUTER.

23       AN INDEPENDENT CLIENT THEN IS A PROGRAM OTHER THAN ITUNES

24  THAT WOULD INTEROPERATE WITH AN IPOD.  SO A THIRD-PARTY IPOD

25  MANAGER WOULD FIT THIS DESCRIPTION HERE.  AND THAT'S LISTED AS

369
MARTIN – DIRECT / COUGHLIN

1    A THREAT.

2    **Q.**   OKAY.  AND DID THEY SUGGEST THAT THERE BE SOME

3    IMPROVEMENTS?

4    **A.**   CLOAKWARE DID, YES.

5    **Q.**   WHAT WERE THOSE?

6         ON THE NEXT PAGE.

7                  (SLIDE DISPLAYED TO JURY.)

8    **A.**   SOME OF THE IMPROVEMENTS SUGGESTED DOWN AT THE BOTTOM

9    UNDER "POTENTIAL IMPROVEMENTS" ARE A SECURE LOADER, WHICH IS

10   SORT OF A CRYPTOGRAPHY MEASURE WHEN LAUNCHING A PROGRAM LIKE

11   ITUNES OR THE USE OF RSA WHITE BOX, WHICH IS A VARIANT OF

12   CRYPTOGRAPHY ALGORITHM THAT CAN BE USED TO ENCRYPT THINGS.

13   **Q.**   WHAT WAS THE SECOND ONE?  THE WHITE BOX WAS THE SECOND?

14   **A.**   THAT WAS THE SECOND.

15   **Q.**   THAT'S AN OBFUSCATION; IS THAT RIGHT?

16   **A.**   I WOULD SAY WHITE BOX ADDS THE OBFUSCATION COMPONENT TO

17   THE RSA, WHICH WAS ALREADY PRESENT.

18   **Q.**   WAS THERE ANY SUGGESTION THAT THEY DO A KEYBAG

19   VERIFICATION THAT WOULD DELETE THE KEYBAG TO STOP A PLAYING OF

20   DRM SONGS?

21   **A.**   I DIDN'T SEE THAT SUGGESTION IN THIS DOCUMENT.

22   **Q.**   IF WE TAKE A LOOK AT EXHIBIT 2265.

23                  (EXHIBIT DISPLAYED TO JURY.)

24        DID YOU REVIEW THIS DOCUMENT IN PREPARATION OF YOUR

25   REPORT?

MARTIN – DIRECT / COUGHLIN

1    **A.**  YES, I DID.

2    **Q.**  TAKE A LOOK AT PARAGRAPH NUMBER –– TELL US WHAT THE

3    PYMUSIQUE ATTACK WAS.

4    **A.**  THE PYMUSIQUE ATTACK, IT CHANGED OVER TIME, BUT I THINK

5    WHAT THEY ARE REFERRING TO HERE WAS THAT PYMUSIQUE HAD A WAY

6    OF PRETENDING TO BE THE ITUNES PROGRAM PURCHASING SONGS FROM

7    THE ITUNES STORE.

8        AND WHEN A USER USED IT TO PURCHASE A SONG, IT WOULD

9    INTERCEPT THE SONG AS IT ARRIVED AND STRIPPED THE PROTECTION

10   OFF OF IT MAKING IT POSSIBLE TO COPY THE SONG FREELY.

11   **Q.**  IF WE TAKE A LOOK AT PARAGRAPH NUMBER 3, IT TALKS ABOUT

12   THAT PYMUSIQUE AND ALSO JHYMN?

13       WHAT TYPE OF ATTACK WAS JHYMN?

14           **MR. ISAACSON:**  I WOULD LIKE TO PRESERVE MY OBJECTION

15   FOR THE RECORD HERE.  THERE'S A DISTINCTION BETWEEN DOCUMENT

16   CITED IN THE REPORT AND DOCUMENTS REVIEWED.  ALL RIGHT?

17       AND HE'S TALKING ABOUT DOCUMENTS THAT WERE VIEWED AND

18   APPENDED TO THE REPORT AS OPPOSED TO DOCUMENTS CITED IN THE

19   REPORT.  WE ARE ENTIRELY OUTSIDE OF THE SCOPE OF THE REPORT.

20           **THE COURT:**  IS THERE AN OPINION BEING PROFFERED,

21   MR. COUGHLIN?  IF SO, WHAT OPINION IS IT BY PARAGRAPH NUMBER

22   IN THE REPORT?

23           **MR. COUGHLIN:**  YOUR HONOR, THE OPINION IS HE LOOKED

24   AT THESE REPORTS ––

25           **THE COURT:**  THAT'S NOT MY –– THAT'S NOT THE ANSWER TO

1   MY QUESTION.

2          **MR. COUGHLIN:**  I DON'T HAVE IT BY PARAGRAPH NUMBER.

3   I DIDN'T DO THE EXAMINATION THAT WAY.

4          **THE COURT:**  YOU WERE ALL ADVISED THAT IF THESE WERE

5   ISSUES, THAT WAS GOING TO BE THE QUESTION.

6       SO, DOES HE HAVE A COPY OF HIS REPORT WITH HIM?

7          **MR. COUGHLIN:**  I HAVE A COPY OF HIS REPORT.

8          **THE COURT:**  HAND IT TO THE WITNESS.

9               (DOCUMENT HANDED TO WITNESS.)

10         **MR. COUGHLIN:**  YOUR HONOR, THE REASON FOR THIS

11  DISCUSSION IS THAT THEY GOT ADVICE FROM CLOAKWARE TO DO

12  CERTAIN THINGS, AND THEY DID NOT SUGGEST THE ACTIONS THAT THEY

13  TOOK.  SO IT'S REALLY A NEGATIVE.

14      SO, OF COURSE, HE'S NOT CITING -- HE'S NOT EXPLAINING THAT

15  IN HIS REPORT --

16         **THE COURT:**  THEN YOU CAN DO THAT WITH FACT WITNESSES.

17      IS THIS PERSON AN EXPERT WITNESS?  IF THIS PERSON IS AN

18  EXPERT WITNESS, THEN THEY'RE GOING TO GIVE OPINIONS.  THAT'S

19  ALL THEY ARE HERE FOR.

20         **MR. COUGHLIN:**  I UNDERSTAND, YOUR HONOR.

21         **THE COURT:**  SO, LOOK AT YOUR DECLARATION, YOUR

22  REPORT, TELL ME WHAT, IF ANYTHING, IN TERMS -- JUST BY NUMBER,

23  WHAT OPINION YOU ARE EXPRESSING THAT IS REFERENCED HEREIN.

24      IS THERE AN OPINION IN THERE IN TERMS OF EVEN THE NEGATIVE

25  THAT YOU ARE TRYING TO OPINE ON?

372
MARTIN – DIRECT / COUGHLIN

1          **THE WITNESS:**  I THINK -- LET ME LOOK AT THE -- ONE

2     MOMENT, PLEASE.

3               (PAUSE IN THE PROCEEDINGS.)

4        I AM SORRY, YOUR HONOR.  JUST IN A BRIEF REVIEW OF MY

5     REPORT, I'M UNABLE TO GIVE YOU A PARAGRAPH NUMBER THAT CLEANLY

6     ANSWERS THE QUESTION.

7          **THE COURT:**  THE OBJECTION IS SUSTAINED WITHOUT

8     PREJUDICE.  IN THE EVENT THAT YOU'RE NOT FINISHED IN 30

9     MINUTES, MR. COUGHLIN, YOU CAN RAISE IT AGAIN TOMORROW.

10         **MR. COUGHLIN:**  ALL RIGHT, YOUR HONOR.

11    **BY MR. COUGHLIN:**

12    **Q.**  LET'S GO TO -- TALK ABOUT -- WE HAVE JUST TALKED ABOUT HOW

13    THE ARCHITECTURE CHANGED IN 4.7.  AND NOW WE ARE MOVING TO

14    6.0; IS THAT RIGHT?

15    **A.**  CORRECT.

16    **Q.**  IS THAT THE NEXT MOVE?

17        DID 6.0 HAVE ANY IMPACT ON HARMONY?

18    **A.**  MY UNDERSTANDING IS, NO, THAT IT DIDN'T.  THE KEYBAG

19    ARCHITECTURE DID NOT CHANGE IN 6.0 AND, THEREFORE, THERE WAS

20    NO IMPACT ON HARMONY.

21    **Q.**  OKAY.  SO THE KEYBAG STAYED THE SAME?

22    **A.**  THAT IS THE IPOD KEYBAG STAYED THE SAME IN 6.0, AND THAT'S

23    THE IMPORTANT THING FOR HARMONY.

24    **Q.**  OKAY.  LET'S GO TO EXHIBIT 269, IF YOU WOULD.

25               (EXHIBIT DISPLAYED TO JURY.)

373
MARTIN - DIRECT / COUGHLIN

1    TAKE A LOOK AT EXHIBIT 269.  YOU HAVE REVIEWED THIS

2    DOCUMENT; IS THAT CORRECT?

3    **A.**    THAT'S CORRECT.

4    **Q.**    AND IS THIS THE FIRST INDICATION THAT YOU HAD ABOUT

5    SOMEBODY LOCKING DOWN THE KEYBAG?

6    **A.**    THIS IS THE FIRST -- THE EARLIEST DOCUMENT THAT I WAS

7    AWARE OF THAT DISCUSSED THIS CONCEPT.  YES.

8    **Q.**    AND WHAT DID -- WHAT EXACTLY IS YOUR UNDERSTANDING ABOUT

9    WHAT THAT MEANT?

10    **A.**    WELL, IT DESCRIBES A SIMPLE AUTHENTICATION AND LOCKING

11    DOWN THE KEYBAG.  THERE'S A LITTLE MORE DETAIL HERE SAYING

12    THAT IF 6.0.2 TOUCHES THE KEYBAG, THE IPOD WILL ONLY RECOGNIZE

13    IT IF IT COMES FROM US.

14    AND THIS DESCRIBES TO ME THE -- IT'S THE IDEA OF THE

15    ARCHITECTURE THAT LED TO WHAT THEY FINALLY IMPLEMENTED THAT

16    WE'VE BEEN CALLING THE KEYBAG VERIFICATION CODE OR KVR.

17    **Q.**    AND EXACTLY WHAT DOES THE KVC DO?

18    **A.**    THE KVC EFFECTIVELY TAKES THE KEYBAG, AS IT PREVIOUSLY

19    EXISTED, PUTS KIND OF A WRAPPER AROUND IT THAT ALLOWS IT TO

20    DETECT WHETHER THIS KEYBAG WAS PRODUCED BY ITUNES OR PRODUCED

21    BY SOMEONE ELSE.

22    THE GENERAL IDEA IS THAT THE IPODS THAT ARE GOING TO COME

23    OFF THE PRODUCTION LINE THAT HAVE THE KVC IN THEM ARE NOW

24    LOOKING AT THE KEYBAG DIFFERENTLY.  IN ORDER TO TREAT THE

25    KEYBAG AS CONTAINING ANYTHING AT ALL, THEY NEED TO SEE PROOF

MARTIN – DIRECT / COUGHLIN

```
 1    THAT IT WAS PUT THERE BY ITUNES.

 2         SO THAT'S WHAT THE WRAPPER, THE KVC TECHNOLOGY DOES.  THIS

 3    REQUIRES SOME COOPERATION FROM ITUNES, RIGHT?  BECAUSE IF YOU

 4    ARE LOOKING FOR PROOF IT CAME FROM ITUNES, ITUNES HAS TO PUT

 5    THE PROOF THERE.

 6         SO THAT'S BASICALLY WHAT THE KVC DOES; IT LOOKS FOR THE

 7    PROOF THAT THE KEYBAG CAME FROM ITUNES.  IF IT'S THERE, GREAT.

 8    EVERYTHING WORKS NORMALLY.  IF IT'S NOT THERE, THEN NONE OF

 9    THE KEYS IN THE KEYBAG ARE ACCESSIBLE.  NONE OF THEM CAN BE

10    USED TO PLAY SONGS.

11    Q.  OKAY.  AND WHAT HAPPENS TO THE ACTUAL KEYBAG?

12    A.  THE KEYBAG IS ACTUALLY DELETED IF IT'S FOUND TO BE

13    INACCESSIBLE.  THAT IS, IF THE -- IF THE PROOF THAT IT CAME

14    FROM ITUNES IS MISSING, THEN THE WHOLE KEYBAG IS DELETED.

15    Q.  AND SO CAN YOU PLAY -- CAN YOU PLAY THE HARMONY SONGS THAT

16    YOU HAD ON THERE MAYBE?

17    A.  NO.  IF THOSE WERE HARMONY SONGS THAT YOU PURCHASED, THEN

18    THEY REQUIRE KEYS IN THE KEYBAG TO PLAY.  SO DELETING THE

19    KEYBAG MEANS, EFFECTIVELY, ALL SONGS THAT WERE PURCHASED AND

20    HAVE DRM PROTECTION ON THEM, TO PREVENT STEALING THOSE SONGS,

21    THOSE SONGS WOULD NOW BE UNPLAYABLE ON THAT IPOD.

22    Q.  LET'S TALK ABOUT WHAT THAT MEANS, DRM PROTECTION.  SO

23    THOSE ARE SONGS THAT ARE MARKED RESTRICTED; IS THAT RIGHT?

24    A.  YES.  THEY ARE ENCRYPTED SO YOU CAN'T PLAY THEM WITHOUT

25    THE KEY AND YOU CAN'T MISUSE THEM IS THE IDEA.
```

375

1   **Q.**  YOU CAN HAVE OTHER SONGS ON YOUR IPOD SUCH AS MP3 SONGS;

2   IS THAT TRUE?

3   **A.**  YES.  ABSOLUTELY.

4   **Q.**  WHAT'S THE DIFFERENCE BETWEEN THE MP3 SONGS THAT ARE

5   NOT -- THAT DO NOT HAVE DRM ON THEM AND THE ONES THAT ARE IN

6   THE KEYBAG?

7   **A.**  WITH RESPECT TO THE KVC, THE DIFFERENCE IS THAT IF THE

8   IPOD'S REACTION IS TO DESTROY THE KEYBAG, THEN THAT ONLY

9   AFFECTS THE SONGS ON THE IPOD THAT REQUIRE KEYS TO PLAY ONLY

10  THE DRM SONGS.

11      SO IF YOU ARE A USER WHO PUTS BOTH SOME PURCHASED DRM

12  SONGS ON YOUR IPOD AND YOU ALSO PUT SOME SONGS THAT MAYBE YOU

13  RIPPED FROM A CD, THESE ARE UNENCRYPTED MP3 SONGS, IF YOU ALSO

14  PUT THOSE ON YOUR IPOD, THEN THOSE MP3 SONGS WOULDN'T BE

15  DELETED BY THIS PROCEDURE.  THEY ARE STILL PLAYABLE.

16      AND YOU CAN STILL SEE ALL THE SONGS ON THE MENU OF THE

17  IPOD, BUT YOU TRY TO PLAY ONE OF THE DRM FAIRPLAY SONGS, THEN

18  IT JUST WON'T PLAY.  IT WILL SEEM LIKE NOTHING HAPPENED, AND

19  IT WILL SKIP IMMEDIATELY TO THE NEXT SONG ON YOUR LIST.

20  **Q.**  OKAY.

21      DID YOU REVIEW THE DOCUMENT FAIRPLAY NEXT GENERATION,

22  EXHIBIT 2?

23                  (EXHIBIT DISPLAYED TO JURY.)

24  **A.**  YES, I DID.

25  **Q.**  AND LET'S TALK ABOUT THE SECTIONS THAT TALK ABOUT THAT.

MARTIN – DIRECT / COUGHLIN

1       IT TALKS ABOUT IN -- ON PAGE 33 OF EXHIBIT 2, IMPROVEMENT

2   OF THE CURRENT SECURITY.

3       ACTUALLY, YOU TALKED ABOUT THIS SPECIFIC PARAGRAPH, IS

4   THAT RIGHT, IN YOUR REPORT?

5   **A.**  I CAN'T RECALL WHERE -- WHERE I DISCUSSED THIS IN MY

6   REPORT.

7   **Q.**  BUT YOU DISCUSSED THIS DOCUMENT --

8   **A.**  YES, I DO DISCUSS THIS DOCUMENT.

9   **Q.**  YOU DISCUSS THIS SECTION ABOUT THE INJECTION; IS THAT

10  CORRECT?

11  **A.**  THAT SOUNDS CORRECT.

12  **Q.**  YOU ACTUALLY HAVE A SPECIFIC CITE TO IT.

13      WHAT EXACTLY IS GOING ON HERE?  THIS IS THE FARRUGIA

14  REPORT, AN ENGINEER, AND HE'S TALKING ABOUT THE INJECTION.

15      TELL US WHAT'S HAPPENING HERE.

16  **A.**  I UNDERSTAND THIS AS MOTIVATION FOR WHY THE KVC WAS ADDED

17  TO THE DEVICE.  THE DESCRIPTION HERE SAYS THAT --

18          **MR. ISAACSON:**  OBJECTION, YOUR HONOR, TO TESTIFYING

19  ABOUT MOTIVATION.

20          **THE COURT:**  LADIES AND GENTLEMEN, THIS WITNESS DID

21  NOT WRITE THIS DOCUMENT, BUT HE'S AN EXPERT AND CAN PROVIDE

22  YOU WITH HIS UNDERSTANDING AND/OR OPINION WITH RESPECT TO IT.

23      OVERRULED.

24          **THE WITNESS:**  THE AUTHOR OF THIS DOCUMENT WROTE THAT

25  THERE'S A FLAW IN THE ARCHITECTURE.  AND THE WAY HE EXPRESSES

MARTIN – DIRECT / COUGHLIN

1    THIS FLAW IS TO POINT OUT THAT THE INJECTION IS USED TO ADD

2    DRM SONGS TO THE LIBRARY.  SO THAT CHARACTERIZES THE FLAW.

3    THE FLAW IS THAT IT'S --

4              **MR. ISAACSON:**  OBJECTION, YOUR HONOR, OUTSIDE THE

5    SCOPE OF THE REPORT.  THIS IS CITED IN HIS REPORT AT

6    PARAGRAPH 38, FOOTNOTE 23, ONLY TO REBUT DR. KELLY.

7              **THE WITNESS:**  IT IS ALSO CITED IN MY OPENING REPORT,

8    PAGE 45.

9                   (PAUSE IN THE PROCEEDINGS.)

10              **MR. ISAACSON:**  DOCUMENTS RELIED UPON AND CONSIDERED

11    IS PAGE 45.  IT'S NOT A CITATION TO ANY OF THE TESTIMONY IN

12    THE REPORT.

13              **MR. COUGHLIN:**  YOUR HONOR, THESE ARE DOCUMENTS THAT

14    HE RELIED ON TO COME TO HIS OPINIONS.  HE CITED THEM IN HIS

15    REPORT AND EXPLAINED HIS UNDERSTANDING OF THE TECHNOLOGY.  SO

16    FOR HIM NOT TO BE -- HAVE THE DOCUMENT UP HERE -- THAT'S TRUE,

17    HE CAN JUST EXPLAIN WHAT HE EXPLAINED IN HIS REPORT.

18      BUT THE BASIS OF THAT UNDERSTANDING ARE THESE DOCUMENTS

19    FROM APPLE TO SHOW EXACTLY WHAT HE WAS LOOKING AT TO GIVE

20    THOSE OPINIONS.  AND HE GAVE THIS OPINION, THIS SPECIFIC

21    OPINION AS TO THESE -- WHAT'S IN THIS REPORT.  AND I THINK HE

22    SHOULD BE ALLOWED TO TALK ABOUT IT.

23              **MR. ISAACSON:**  HE'S BEING ASKED QUESTIONS -- I'M

24    SORRY, DO YOU WANT -- I DON'T KNOW IF YOU WANT TO HEAR FROM

25    ME, YOUR HONOR.

578

MARTIN – DIRECT / COUGHLIN

1            **THE COURT:**  NOT RIGHT NOW, MR. ISAACSON.

2            **MR. ISAACSON:**  OKAY.

3                    (PAUSE IN THE PROCEEDINGS.)

4            **MR. COUGHLIN:**  IN THE REBUTTAL REPORT SPECIFICALLY

5    CITES THIS SPECIFIC DOCUMENT IN THIS LANGUAGE ON PARAGRAPH 6.

6            **THE COURT:**  THE OCTOBER REPORT?

7            **MR. COUGHLIN:**  I THINK IT IS, YOUR HONOR.

8            **THE COURT:**  WHAT PAGE?

9            **MR. COUGHLIN:**  PAGE 5 OF 15.

10           **THE COURT:**  OVERRULED.  GO AHEAD.

11       YOU SHOULD RESTATE YOUR QUESTION SO THE JURY HAS CONTEXT

12   AGAIN.

13   **BY MR. COUGHLIN:**

14   **Q.**  CAN YOU TELL US EXACTLY -- TELL US HOW THIS WORKS, HOW THE

15   INJECTION IS USED TO ADD DRM SONGS.  LET'S START WITH THAT.

16   **A.**  OKAY.

17       SO IF WE ARE TALKING ABOUT A PROGRAM LIKE HARMONY, I

18   REMEMBER I WENT THROUGH EARLIER THE THREE STEPS THAT ARE

19   REQUIRED IN ORDER TO PUT AN ENCRYPTED SONG ON THE IPOD.

20       IF IT'S AN UNENCRYPTED SONG, YOU ONLY NEED TO DO TWO OF

21   THOSE STEPS, BUT FOR AN ENCRYPTED SONG, YOU HAVE TO ADD TO THE

22   KEYBAG AS WELL.  SO THAT'S THE THIRD STEP.

23       SO HARMONY, BASICALLY, WHOEVER WROTE HARMONY, FIGURED OUT

24   THOSE THREE STEPS AND IMPLEMENTED THEM.  AND THE -- SO THAT

25   REQUIRED PUTTING SOMETHING IN THE KEYBAG.  THAT'S WHAT'S

MARTIN – DIRECT / COUGHLIN

1    REFERRED TO HERE AS INJECTION.  THAT'S ADDING NEW CONTENT TO

2    THE KEYBAG.

3    **Q.**  AND DID THE -- THE ULTIMATE RESULT WAS THAT AFTER THEY

4    TAGGED THE KEYBAG, WHAT WOULD HAPPEN IF YOU HAD INJECTED

5    MATERIAL, OTHER DRM SONGS IN THE KEYBAG?

6    **A.**  WITH THE KVC?

7    **Q.**  YES.

8    **A.**  I SEE.

9        SO IF THE KVC DETECTED THAT SOMEONE OTHER THAN ITUNES

10   ADDED THE SONGS TO THE KEYBAG, THAT IS, ADDED THE KEYS THAT GO

11   WITH THE SONGS TO THE KEYBAG, THE RESULT IS THAT THE KEYBAG IS

12   CONSIDERED EMPTY AND THEN DELETED.  SO THE KEYS ARE JUST NOT

13   ACCESSIBLE ANYMORE.

14   **Q.**  OKAY.  LET'S TALK A LIT BIT ABOUT THE -- AND THAT WAS --

15   DO YOU THINK THAT WAS A PRODUCT IMPROVEMENT?

16   **A.**  I DON'T CONSIDER IT A PRODUCT IMPROVEMENT, NO.

17   **Q.**  AND WHY IS THAT?

18   **A.**  IF YOU LOOK AT THE IPOD BEFORE AND AFTER THIS KVC WAS

19   ADDED TO IT, THE ONLY THING THAT'S CHANGED IS THAT IT'S NOW

20   ABLE TO PLAY FEWER SONGS.  IT CAN ONLY DECREASE THE NUMBER OF

21   SONGS THAT WILL PLAY ON THE IPOD.  IT WON'T INCREASE THE

22   NUMBER OF SONGS.

23       AND IT DOESN'T INTERACT WITH ANY OTHER ASPECT OF THE

24   IPOD'S BEHAVIOR, THE COLOR OF THE MENUS, OR THE SPEED OF THE

25   DEVICE, OR ANYTHING LIKE THAT.

MARTIN - DIRECT / COUGHLIN

1    **Q.**  LET'S TALK ABOUT THAT INTERACTION WITHIN THE OTHER PARTS.

2    DOES IT INTERACT WITH OTHER THINGS IN 7.0?  THE KEYBAG

3    VERIFICATION.

4    **A.**  WITH WHAT OTHER SORT OF THINGS --

5    **Q.**  ANY OTHER SOFTWARE.  CAN THEY TURN THAT OFF AND ON, THAT

6    PARTICULAR FEATURE?

7    **A.**  HYPOTHETICALLY, YES, THEY COULD HAVE.  ENGINEERS CAN

8    DECIDE -- HAVING REVIEWED THE CODE FOR THIS THING, YES, I CAN

9    SAY THEY COULD HAVE DECIDED TO INCLUDE THIS KVC REACTION TO

10    NONITUNES MATERIAL, OR THEY COULD HAVE DISABLED IT.

11    **Q.**  OKAY.

12        LET'S TALK ABOUT THE DVC FOR A MOMENT, IF WE MIGHT.  TELL

13    US WHAT DVC IS.

14    **A.**  THE DVC IS A SIMILAR IDEA TO THE KVC.  IT HAPPENS A YEAR

15    LATER WHEN THE IPODS ARE CONSTRUCTED A YEAR LATER.  THE NEW

16    ONES COMING OFF THE LINE HAD THIS DVC TEST IN THEM AS WELL.

17        AND AS I EXPLAINED BEFORE, THE KVC ONLY HAS A DIRECT

18    IMPACT ON ENCRYPTED SONGS, FAIRPLAYED SONGS.  BUT THE DVC

19    CONCERNS THE DATABASE.

20        IF YOU REMEMBER, THE DATABASE IS WHAT GIVES YOU THE MENU

21    AS YOU SCROLL THROUGH ON THE DEVICE.  IF YOU CAN'T SEE A SONG

22    ON THE MENU, THEN YOU CAN'T PLAY IT.  AND IF IT'S NOT IN THE

23    DATABASE, YOU WON'T SEE IT ON THE MENU.

24        SO NOW WITH THE DVC CODE IN THE NEW IPODS, THEY ARE

25    LOOKING AT THE DATABASE FILE ITSELF FOR PROOF THAT IT WAS PUT

381

MARTIN - DIRECT / COUGHLIN

1    THERE BY ITUNES.  AND IF IT DOESN'T SEE THAT PROOF, THEN IT

2    CONSIDERS THE DATABASE COMPLETELY EMPTY.

3        WHAT YOU WOULD SEE A USER WOULD SEE ON THEIR IPOD, IS YOU

4    TURN IT ON, AND IT WOULD SAY SIMPLY "NO MUSIC".  THERE WOULD

5    BE NO CONTENT ON THIS IPOD AT ALL.  AND IF YOU THOUGHT, HEY, I

6    WANT TO MAYBE TRY PLUGGING IT INTO ITUNES TO SEE WHAT HAPPENS

7    NEXT, WHY DOES IT SAY "NO MUSIC"?

8        IF YOU PLUG IT INTO ITUNES, WE SAW A SCREEN SHOT OF THIS

9    BEFORE, ITUNES WILL SAY THAT THE IPOD MUST BE RESTORED.  AND

10   IT WON'T DO ANYTHING WITH THE IPOD UNTIL YOU RESTORE THE IPOD.

11       FOR STORING, MEANS DELETING ALL OF THE FILES ON THE IPOD,

12   ALL OF THE SONGS, AND ANY OTHER FILES YOU MAY HAVE PUT THERE.

13   **Q.**  SO EXACTLY WHAT DOES THAT MEAN?  IF YOU WERE USING A

14   THIRD-PARTY PLAYER ON YOUR IPOD, WHAT WOULD BE THE CONSEQUENCE

15   OF HAVING THE DATABASE VERIFICATION CODE?

16   **A.**  THE FIRST TIME YOU USED THE THIRD-PARTY PLAYER, THE

17   CONSEQUENCE WOULD BE THAT YOU WOULD SEE YOUR IPOD SAYS "NO

18   MUSIC", AND --

19   **Q.**  IS THAT -- IS THAT -- IS THAT REALLY WHAT HAS HAPPENED OR

20   HAVE YOU INVESTIGATED THAT ERROR MESSAGE?

21   **A.**  THAT IS WHAT HAPPENS, AND I'VE INVESTIGATED IT.  YES.

22   **Q.**  OKAY.

23   **A.**  THAT'S WHAT THE SOURCE CODE SAYS HAPPENS.  THAT'S WHAT MY

24   EXPERIMENTS SHOW.  AND, YES, THAT IS WHAT HAPPENS.

25   **Q.**  YOU SAY JUST GET RID OF THE -- DOES IT JUST GET RID OF THE

582
MARTIN – DIRECT / COUGHLIN

1    MUSIC OR DOES IT GET RID OF ALL THE OTHER FILES?

2    **A.**  IF YOU FOLLOW THE INSTRUCTIONS GIVEN TO YOU BY ITUNES THAT

3    YOU MUST RESTORE YOUR IPOD IN ORDER TO PUT SONGS ON IT, IF YOU

4    FOLLOW THAT INSTRUCTION, THEN THAT WOULD DELETE ALL OF THE

5    FILES ON YOUR IPOD, INCLUDING, YOU KNOW, ANYTHING ELSE YOU PUT

6    ON IT.

7    **Q.**  OKAY.  AND THIS IS IN THE -- AND THE DVC WAS IN 7.4; IS

8    THAT CORRECT?

9    **A.**  THAT'S CORRECT.  WELL, IT WAS IN THE IPODS THAT CAME OUT

10   AT THE SAME TIME AS 7.4.

11   **Q.**  OKAY.  WAS IT TURNED ON -- WAS IT IN 7.0, THE DVC?

12   **A.**  IT'S KIND OF A YES AND NO.

13       IN 7.0, THE ENGINEERS HAD CONSTRUCTED AN EARLY VERSION OF

14   THE DVC FUNCTIONALITY, BUT THEY DIDN'T ENABLE IT AT THAT TIME.

15       SO, IN MY INVESTIGATION, WHEN I REVIEWED THE SOFTWARE

16   SPECIFICATION, I COULD SEE THAT THAT ABILITY WAS THERE IN THE

17   DEVICE, BUT THEY DIDN'T TURN IT ON UNTIL A YEAR LATER.

18   **Q.**  SO IT WAS ACTUALLY TURNED OFF OR ZERO, THERE WOULD HAVE

19   BEEN A ZERO THERE, TURNED OFF WHEN 7.0 CAME OUT AND THEN

20   TURNED ON A YEAR LATER; IS THAT RIGHT?

21   **A.**  THAT'S CORRECT.  I WOULD CALL IT A COMPILER SWITCH.

22   THERE'S A SYMBOL CALLED IPOD HAVE DATABASE MAC, I THINK IS

23   WHAT IT IS CALLED.  AND IT'S JUST A SWITCH THAT CAN BE SET TO

24   ZERO OR ONE BY AN ENGINEER WHEN CONSTRUCTING THE DEVICE.

25   **Q.**  OKAY.

MARTIN – DIRECT / COUGHLIN

1    AND SO THAT WAS ENABLED IN 7.4.  AND DO YOU KNOW ABOUT

2  WHAT TIME THAT WAS?  WHAT TIME FRAME?  WHAT DATE?

3  **A.**  MY RECOLLECTION IS THAT 7.4 WAS IN SEPTEMBER 2007.

4  **Q.**  IF YOU TAKE A LOOK -- IF WE CAN HAVE YOU TAKE A LOOK AT

5  EXHIBIT 327.

6                    (EXHIBIT DISPLAYED TO JURY.)

7    AND IF YOU TAKE A LOOK AT THE SECOND PAGE OF 327.

8    AND YOU TAKE A LOOK AT THE TOP TWO, THE PROBLEM THAT'S

9  IDENTIFIED IN THE PROPOSAL.

10    YOU REVIEWED THIS DOCUMENT; IS THAT CORRECT?

11  **A.**  YES, I DID.

12  **Q.**  AND TELL US WHAT -- TELL US WHAT'S GOING ON HERE?  WHAT'S

13  THE PROBLEM THAT'S PRESENTED HERE?

14  **A.**  THE PROBLEM THEY'VE IDENTIFIED IS, AGAIN, INJECTION OF

15  CONTENT INTO THE IPOD DATABASE.  OF COURSE, YOU NEED TO INJECT

16  CONTENT INTO THE DATABASE IF YOU WANT A USER TO BE ABLE TO

17  PLAY A SONG.

18    SO, THAT'S DESCRIBED AS A PROBLEM WHEN THE CONTENT IS

19  INJECTED FROM CLIENTS OTHER THAN ITUNES, IPOD MANAGERS OTHER

20  THAN ITUNES.

21    AND SO IT GOES ON TO SAY THAT WE HAVE TO HAVE A METHOD FOR

22  VERIFYING THE SOURCE OF THE CONTENT.  AND THAT'S WHAT I WAS

23  DESCRIBING AS PROOF THAT IT CAME FROM ITUNES.  THAT'S THE

24  SOURCE OF THE CONTENT.

25  **Q.**  IF WE GO FURTHER INTO THAT DOCUMENT, THAT PARAGRAPH THERE,

384

1    TELL US WHAT THAT PARAGRAPH IS REFERRING TO AND WHAT IT MEANS.

2    **A.**  THIS IS DESCRIBING IN A LITTLE MORE TECHNICAL DETAIL WHAT

3    HAPPENS TO VERIFY THAT THE DATABASE CAME FROM ITUNES.  AND IT

4    DESCRIBES READING THE DATABASE FROM DISK CALCULATING A MAC OF

5    ALL CONTENT MAC'S.

6        AND I JUST WANT TO POINT OUT THAT WHEN IT SAYS "MAC" HERE,

7    THIS IS NOT MACINTOSH.  THERE'S AN APPLE MACINTOSH.  THIS IS

8    SOMETHING DIFFERENT.  THIS A SECURITY CRYPTOGRAPHY

9    ABBREVIATION THAT MEANS MESSAGE AUTHENTICATION CODE.  MESSAGE

10   AUTHENTICATION CODE.

11       AND THAT'S A TECHNIQUE USED TO PROVE SOME PARTIES'

12   IDENTITY.  SUCH AS I'M ITUNES OR I'M NOT ITUNES.

13       SO THIS PARAGRAPH DESCRIBES THAT WE'LL USE THAT SECURITY

14   TECHNIQUE TO DETERMINE WHETHER THE DATABASE WAS PUT THERE BY

15   ITUNES OR SOMEONE ELSE.

16   **Q.**  DID THIS -- DID THIS DOCUMENT SUGGEST AN ACTUAL SOLUTION

17   OF USING THE DATABASE VERIFICATION CODE VERSUS THE SONG

18   VERIFICATION?

19   **A.**  YES.  IN THE -- IT DOES.  WE CAN SEE IT FIRST IN THE LAST

20   SENTENCE OF THIS EXCERPT WHERE IT SAYS, "IF THE MAC'S ARE NOT

21   EQUIVALENT", THAT MEANS IF IT DIDN'T COME FROM ITUNES, "THEN

22   THE DATABASE OR THE SONG IS INVALID AND CANNOT BE USED OR

23   PLAYED".

24       SO THIS IS SUGGESTING EITHER WE ARE GOING TO SHOW NO MUSIC

25   ON THE DISPLAY OR ALTERNATIVELY MAYBE THERE'S JUST ONE SONG

MARTIN – DIRECT / COUGHLIN

1    THAT DIDN'T SEEM TO COME FROM ITUNES, AND SO WE'LL OMIT THAT

2    ONE SONG.

3    **Q.**   OKAY.  LET'S GO BACK TO EXHIBIT 2, PAGE 49.

4              (EXHIBIT DISPLAYED TO JURY.)

5        AND THIS HAS TO DO WITH THE DATABASE INTEGRITY VALIDATION

6    AS APPLE CALLS, WE CALL IT, THE DVC; IS THAT CORRECT?

7    **A.**   YES, SIR.

8    **Q.**   AND YOU'RE FAMILIAR WITH THIS REPORT THAT MR. FARRUGIA

9    WROTE; IS THAT CORRECT?

10   **A.**   YES, I AM.

11   **Q.**   AND ON THE BOTTOM, ON THE LAST SENTENCE THERE, DID

12   MR. FARRUGIA SUGGEST THAT PERHAPS YOU COULD DO SOMETHING WHERE

13   THE WHOLE LIBRARY WAS NOT DESTROYED?

14   **A.**   YES.  I THINK IT'S MR. FARRUGIA THAT WROTE THIS PART.

15       AND THE LAST SENTENCE SAYS, "THE INTEGRITY, WHILE ALLOWING

16   DISCARDING" --

17           **MR. ISAACSON:**  YOUR HONOR, OBJECTION.  THE PREVIOUS

18   SECTIONS OF THIS DOCUMENT WERE DISCUSSED IN HIS REPORT.  THIS

19   SECTION IS NOT.  HE'S NOW ADVANCING BEYOND HIS REPORT.

20           **MR. COUGHLIN:**  YOUR HONOR, I DON'T THINK IT IS BEYOND

21   HIS REPORT FOR A DOCUMENT THAT HE RELIED ON EXTENSIVELY

22   THROUGHOUT HIS REPORT AND TALKED ABOUT, AND THAT THEY DEPOSED

23   HIM ON ABOUT ALL OF THESE THINGS.  AND I DON'T THINK HE'S

24   GOING BEYOND HIS REPORT TO TALK ABOUT THIS SUGGESTION.

25           **THE COURT:**  SO WHERE DOES HE TALK ABOUT THIS,

1    MR. COUGHLIN, SO I CAN VERIFY THAT?

2         **MR. COUGHLIN:**  WELL, HE TALKS ABOUT IT IN GENERAL OF

3    THE VERY SUGGESTIONS THEY HAD AND WHEN THEY HAD THEM IN HIS

4    REPORT.

5         AS I SAID, YOUR HONOR, I DIDN'T CITE THAT GETTING READY TO

6    PREPARE HIM.  I CITED THE DOCUMENTS THAT HE RELIED ON AND

7    THAT'S WHAT WE ARE TALKING ABOUT.

8         I'LL MOVE ON, YOUR HONOR.

9         **THE COURT:**  ALL RIGHT.

10   **BY MR. COUGHLIN:**

11   **Q.**  LET'S TAKE A LOOK AT -- YOU TOOK A LOOK AT SOME OF THE

12   COMPLAINTS THAT CAME IN; IS THAT CORRECT?

13   **A.**  CUSTOMER COMPLAINTS, YES, SIR.

14   **Q.**  LET'S TAKE A LOOK AT A FEW OF THE CUSTOMER COMPLAINTS THAT

15   CAME IN.

16        WHAT IS YOUR -- FIRST OF ALL, BEFORE WE EVEN GET INTO A

17   SPECIFIC COMPLAINT, THIS WOULD BE -- THIS -- THESE ALL HAVE

18   EXHIBIT NUMBERS.  I'LL FIND OUT EXACTLY WHAT THAT IS IN A

19   SECOND.

20        DID YOU REVIEW THE CUSTOMER COMPLAINTS THAT APPLE

21   PRODUCED?

22   **A.**  YES, I DID.

23   **Q.**  AND YOU TOOK A LOOK AT --

24   **A.**  LET ME CORRECT THAT.  APPLE PRODUCED, I UNDERSTAND, AN

25   ENORMOUS NUMBER OF COMPLAINTS.  I -- I REVIEWED THE ONES THAT

1    I UNDERSTAND MENTIONED THIRD-PARTY PROGRAMS.

2    **Q.**  OKAY.  AND YOUR UNDERSTANDING IS THEY PRODUCED OVER 40,000

3    COMPLAINTS; IS THAT CORRECT?

4    **A.**  THAT'S WHAT I'VE HEARD.

5    **Q.**  OKAY.  HOW MANY DID THEY CITE THAT HAD PROBLEMS IN THE

6    THIRD-PARTY PROGRAMS TO YOUR UNDERSTANDING -- HOW MANY DID

7    THEY CITE TO US?

8    **A.**  MY UNDERSTANDING IS THAT 41 WERE IDENTIFIED AS RELATING TO

9    THIRD-PARTY PROGRAMS.

10    **Q.**  DID YOU GO THROUGH THOSE 41?

11    **A.**  YES, I DID.

12    **Q.**  IN YOUR REPORT, DID YOU GO THROUGH FIVE OF THEM?

13    **A.**  THAT SOUNDS APPROXIMATELY CORRECT.  YES.

14    **Q.**  TELL US WHAT YOU -- APPLE --

15    **A.**  MORE THAN FIVE PROBABLY.

16    **Q.**  WHAT DID -- THE FIRST ONE IS EXHIBIT 27 -- I THINK THAT'S

17    2778, BUT WE DON'T NEED TO SHOW IT.

18    WHAT DID YOU -- WHAT DID YOU FIND?  DID YOU FIND THOSE

19    REPORTS INFORMED YOU OF POTENTIAL CORRUPTION PROBLEM?

20    **A.**  NO.  WHAT I FOUND WAS THAT THE REPORTS MENTIONED

21    THIRD-PARTY SOFTWARE AND -- THERE WAS ALSO SOME OTHER REASON

22    THE REPORT WAS MADE.  SO SOMETHING WAS NOT GOING RIGHT FOR THE

23    CUSTOMER.

24    BUT THAT, COMBINED WITH THE THIRD-PARTY SOFTWARE SEEMS TO

25    BE THE ONLY CRITERIA FOR HAVING DESCRIBED THIS AS A CUSTOMER

388
MARTIN – DIRECT / COUGHLIN

1    COMPLAINT REGARDING CORRUPTION OF THE DEVICE DUE TO

2    THIRD-PARTY SOFTWARE.

3    **Q.**  OKAY.  LET'S TAKE A LOOK AT THE FIRST OF THOSE COMPLAINTS.

4        EXHIBIT 2778, I BELIEVE.

5                    (EXHIBIT DISPLAYED TO JURY.)

6    **A.**  YES, SIR.

7    **Q.**  SO YOU TOOK A LOOK AT THIS, AND WHAT DID YOU CONCLUDE?

8    **A.**  WHAT I SEE ON THIS ONE IS RIGHT IN THE MIDDLE, THE

9    CUSTOMER DESCRIBES THAT IT WON'T CHARGE THROUGH USB PORT AND

10   IT WON'T HOLD A CHARGE.  OKAY.  WON'T CHARGE IN A COUPLE OF

11   DIFFERENT WAYS.  THE BATTERY RUNS OUT AND IT WON'T CHARGE WHEN

12   YOU PLUG IT INTO A POWER SOURCE, YOUR COMPUTER.

13       THIS SUGGESTS A HARDWARE PROBLEM.  IT SUGGESTS SOMETHING

14   IS WRONG WITH THE BATTERY, WITH THE USB INFRASTRUCTURE,

15   POSSIBLY THE CABLE, POSSIBLY THE COMPUTER, POSSIBLY THE

16   DRIVER.

17       IN ADDITION, THIS IS -- IT'S A VERY ONE-SIDED -- IT'S LIKE

18   AN EMAIL THAT SOMEONE SENT TO APPLE THROUGH THEIR WEB

19   SELF-SERVICE.  THERE WAS NO INTERVIEW TO TRY TO FIND WHAT THE

20   ACTUAL ISSUE WAS WITH THIS CUSTOMER.

21   **Q.**  SO YOU SAW THAT MR. FARRUGIA AND MR. ROBBIN AND EVEN

22   MR. KELLY SAID THAT THESE REPORTS SHOWED THAT SOMEHOW THESE

23   THIRD-PARTY PLAYERS WERE CORRUPTING THE SYSTEM; IS THAT RIGHT?

24   **A.**  YES.

25   **Q.**  AND DID YOU FIND THAT THESE REPORTS WERE INFORMATIVE ON

389
MARTIN – DIRECT / COUGHLIN

1    THAT ISSUE?

2    **A.**  NO.  I FOUND THAT THE REPORTS WERE -- WERE TANGENTIALLY

3    RELATED AT BEST.  THEY WERE ALWAYS ALTERNATIVE EXPLANATIONS TO

4    WHAT I THINK WHAT DR. KELLY OR MR. FARRUGIA WOULD HAVE US

5    BELIEVE ABOUT THESE DOCUMENTS.

6        THEY CERTAINLY MENTION THE THIRD-PARTY SOFTWARE, BUT THERE

7    IS SELDOM A CLEAR CONNECTION BETWEEN THAT SOFTWARE AND

8    ANYTHING SPECIFIC HAPPENING.

9    **Q.**  LET'S TAKE A LOOK AT THE NEXT REPORT, 2385.

10                   (EXHIBIT DISPLAYED TO JURY.)

11       YOU REVIEWED THIS COMPLAINT AND TALKED ABOUT IT IN YOUR

12   REPORT; IS THAT CORRECT?

13   **A.**  YES, I DID.

14   **Q.**  AND WHAT DID YOU FIND AS TO THIS REPORT AND WHAT WAS

15   REPORTED, FIRST OF ALL?

16   **A.**  WELL, THE DESCRIPTION WE HAVE FROM A CUSTOMER IS, IT SAYS

17   "ISSUE, NOT SYNCING WITH PC".  AND YOU CAN SEE IN THIS REPORT

18   SOME OTHER THINGS.

19       IT SAYS, "CASE TITLE, CASE CREATED FROM RETAIL" AND THEN

20   THERE'S THE DAMAGE LISTED AS MINOR SCUFFS.  AND APPLE STORE IS

21   IDENTIFIED IN ROCKAWAY.  SO THIS IS THE CUSTOMER'S ISSUE.

22       THE CUSTOMER SAYS, IT'S NOT SYNCING WITH MY PC ANYMORE.

23   AND THE -- FOLLOWING THAT, THE AGENT SEEMS TO SAY,

24   "UNDETERMINED" USING ABBREVIATION "UNDT", POSSIBLE CAUSE OF

25   CONFLICT USE OF WINAMP PLUS ITUNES ON THE SAME IPOD.  WINAMP

MARTIN – DIRECT / COUGHLIN

1    IS ONE OF THE THIRD-PARTY IPOD MANAGER PROGRAMS.

2        SO THAT'S THE ANALYSIS WE SEE HERE.  THERE IS NO EVIDENCE

3    THAT ANYONE ACTUALLY SAW THE PC ATTEMPTING TO SYNC WITH THIS

4    DEVICE, AND IT SEEMS LIKE PURE SPECULATION SOMEONE HEARD

5    WINAMP AND THOUGHT, WELL, MAYBE THAT'S THE PROBLEM.  SO THAT'S

6    WHAT GOES INTO THE CUSTOMER REPORT -- THE COMPLAINT.

7    **Q.**  SO JUST TO WRAP UP HERE:  YOU TALKED ABOUT KVC.  DID YOU

8    THINK THAT WAS A PRODUCT IMPROVEMENT?

9    **A.**  I DID NOT, NO.

10   **Q.**  HOW ABOUT DVC?  WITH WHAT DVC-- WHAT DVC DID, WHY WAS IT

11   NOT A PRODUCT IMPROVEMENT?

12   **A.**  IT'S THE SAME STORY AS WITH THE KVC ONLY A LITTLE MORE

13   EXTREME IN THAT IT ONLY TAKES IPODS THAT WERE ABLE TO PLAY

14   CERTAIN SONGS AND MAKES THEM LESS WILLING TO PLAY SONGS.

15       IT NEVER INCREASES THE NUMBER OF SONGS THAT THE DEVICE

16   WILL PLAY.  IT ONLY GIVES THE DEVICE A NEW WAY TO DECIDE TO

17   DISPLAY NO MUSIC INSTEAD OF ALLOWING THE USER TO CHOOSE A SONG

18   AND PLAY IT.  AND THEN GOING ON, OF COURSE, IF YOU FOLLOW THE

19   INSTRUCTIONS, YOU WILL END UP DELETING EVERYTHING ON YOUR

20   IPOD.

21       **MR. COUGHLIN:**  I HAVE NO FURTHER QUESTIONS, YOUR

22   HONOR.

23       **THE COURT:**  IT IS 1:25.  LADIES AND GENTLEMEN, LET'S

24   GO AHEAD AND BREAK FOR THE DAY.

25       SO I RECENTLY GAVE YOU THE ADMONISHMENT ABOUT NOT

591

1    COMMUNICATING, NOT DOING ANY -- IT WAS JUST AN HOUR AGO.  I'M

2    NOT GOING TO REPEAT IT FOR YOU AGAIN.  I THINK THAT YOU CAN

3    REMEMBER.  BUT I WILL REPEAT IT OFTEN BECAUSE IT IS SO

4    CRITICAL AND SO IMPORTANT TO THESE PROCEEDINGS.

5        ONE WORD, THOUGH, OF ADVICE:  YOU HAVE BEEN, WHETHER YOU

6    KNOW IT OR NOT, WORKING VERY HARD TODAY.  CONCENTRATING AS

7    INTENTLY AS YOU ARE TAKES A LOT OF EFFORT.  AND I GIVE YOU

8    THIS ADVICE BECAUSE I HAD SOME JURORS TELL ME ONCE THEY WERE

9    EXHAUSTED.

10       SO WHEN YOU GO HOME, IF YOU ARE CRANKY WITH YOUR FAMILY,

11   JUST BACK OFF, GIVE THEM SOME SPACE, GET SOME SPACE YOURSELF,

12   UNDERSTAND THAT WHILE YOU MAY NOT HAVE BEEN AT YOUR REGULAR

13   JOBS ALL DAY, YOU HAVE BEEN WORKING VERY HARD.  SO, DON'T BE

14   SURPRISED IF YOU GET HOME AND YOU ARE A LITTLE BIT TIRED.

15       OKAY?  ANY QUESTIONS THUS FAR?

16                    (NO RESPONSE.)

17       NO?  YOU ARE ALL IN COMFORTABLE CLOTHES.  THAT'S A GOOD

18   THING.  BE COMFORTABLE TOMORROW.  WE WILL SEE YOU TOMORROW.

19       (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

20           **THE COURT:**  MR. MARTIN, YOU MAY STEP DOWN.

21           **THE WITNESS:**  THANK YOU.

22           **THE COURT:**  THE RECORD WILL REFLECT THAT THE JURY IS

23   GONE.

24       ALL RIGHT.  WE HAVE SOME THINGS TO TAKE CARE OF.

25       SO, MR. COUGHLIN, MAYBE YOU WEREN'T AROUND WHEN I GAVE MY

592

1    LONG LECTURE ON EXPERTS.

2              **MR. COUGHLIN:**  I WAS NOT HERE THAT DAY.

3              **THE COURT:**  THEN YOUR COLLEAGUES HAVE DONE YOU A

4    DISSERVICE BY NOT INFORMING YOU.

5              **MR. COUGHLIN:**  I READ THE TRANSCRIPT.  SO IT'S ON ME

6    IF I DIDN'T DO SOMETHING RIGHT.

7              **THE COURT:**  HERE'S THE ISSUE.

8        WE HAVE RULES GETTING UP TO TRIAL, AS YOU BOTH KNOW.  AND

9    OPINIONS NEED TO BE DISCLOSED.  IT IS NOT SURPRISING, THIS

10   HAPPENS IN MOST TRIALS, THAT ONE SIDE OR THE OTHER OBJECTS

11   BECAUSE BY THE TIME YOU GET TO TRIAL YOU'VE NOW SOLIDIFIED

12   YOUR THEORY OF THE CASE.  YOU NOW KNOW WHAT IT IS YOU WANT TO

13   DO AND HOW YOU WANT TO DO IT.  AND SO YOU MASSAGE THE EXPERTS

14   INTO THAT.  WELL, YOU ONLY GET TO MASSAGE THEM TO THE EXTENT

15   THAT THOSE OPINIONS WERE DISCLOSED.  THAT'S THE WAY IT WORKS.

16       SO, AS THE PERSON WHO DECIDES WHAT COMES IN AND WHAT

17   ISN'T, I OBVIOUSLY HAVE NOT BEEN LITIGATING THIS CASE SINCE

18   2005, AND THE ONLY THING THAT I HAVE TO LOOK AT TO DECIDE

19   THESE ISSUES IS WHAT'S IN FRONT OF ME.

20       THE MORE COMPLICATED YOU MAKE IT AND THE MORE YOU DIVERT

21   FROM WHAT HAS BEEN DISCLOSED, THE LONGER IT TAKES ME TO FIGURE

22   OUT WHETHER OR NOT IT SHOULD COME IN, WHICH THEN COUNTS

23   AGAINST YOUR PRECIOUS TIME.

24       SO, DAY ONE, YOU ARE NOW ALL ON NOTICE HOW THIS IS GOING

25   TO WORK BECAUSE IT MAY GO THE OPPOSITE WAY, MR. ISAACSON, WHEN

593

```
1    YOUR EXPERTS ARE UP ON THE STAND.

2              MR. ISAACSON:  WHAT'S GOOD FOR THE GOOSE.

3              THE COURT:  I NEED TO KNOW.  THERE'S NO OTHER WAY

4    THAT I CAN FAIRLY DECIDE WHETHER OR NOT IT WAS DISCLOSED OR

5    NOT, MR. COUGHLIN.

6              MR. COUGHLIN:  I UNDERSTAND, YOUR HONOR.  I AM NOT,

7    YOU KNOW, KEEPING AN OBJECTION OR DOING ANYTHING LIKE THAT.

8    SO WE GOT THAT OUT.

9        I DO FEEL THAT WE HAD AN AGREEMENT THAT I COULD USE

10   DOCUMENTS THAT HE CITED IN HIS REPORT AND RELIED UPON A LITTLE

11   AHEAD OF TIME BECAUSE THOSE WITNESSES WEREN'T GOING TO BE HERE

12   TESTIFYING.

13             THE COURT:  AND THAT OBJECTION WAS WITHDRAWN.

14             MR. COUGHLIN:  OKAY.

15             THE COURT:  SO THAT, I THINK, THAT IS NOT THE ISSUE.

16   I THINK THE QUESTION IS HOW MUCH -- HOW MUCH HE'S DIVERGING

17   FROM WHAT HE HAS PREVIOUSLY DISCLOSED.  AND, AGAIN, YOU KNOW,

18   YOU CITE TO ONE PARAGRAPH, I THEN HAVE TO READ ALL OF THE

19   PARAGRAPHS AROUND IT TO FIGURE OUT WHETHER OR NOT THIS IS

20   WITHIN THE PURVIEW OF SOMETHING THAT'S KIND OF OBVIOUS TO THE

21   OPINION THAT WAS BEING MADE.

22       BUT YOU HAVEN'T GIVEN ME YOUR OUTLINE, SO I DON'T KNOW

23   WHAT IT IS THAT YOU'RE GOING TO TALK ABOUT OR HAVE HIM TESTIFY

24   TO.

25             MR. COUGHLIN:  I UNDERSTAND, YOUR HONOR.
```

394

```
1            THE COURT:  ALL RIGHT.  I'M HAVING SOME ISSUES WITH

2    YOUR EXHIBITS.  BECAUSE I'M NOT -- I'M LOOKING AT MY CHART,

3    AND THEY ARE NOT -- THEY ARE NOT CORRESPONDING.

4        LET'S GO OVER EXHIBITS REAL QUICK SO THAT WE KNOW WHAT'S

5    IN AND WHAT'S OUT.  THERE HAVE BEEN A NUMBER OF THEM THAT HAVE

6    BEEN REFERENCED TODAY.

7            MR. COUGHLIN:  YOUR HONOR, THE ONLY EXHIBITS THAT I

8    AM MOVING TO PUT IN ARE THOSE EXHIBITS THAT WE HAD WITH KEN

9    RIEGLE.

10           THE COURT:  OKAY.  LET'S GO THROUGH THOSE.  MS. DUNN,

11   IF YOU WANT TO COME ON UP.

12       THESE ARE THE ONES THAT I HAVE.

13       MY FIRST -- SO 915.  ARE YOU MOVING THAT?

14           MR. COUGHLIN:  YES.

15           THE COURT:  IS THERE AN OBJECTION?

16           MR. DUNN:  I APOLOGIZE, YOUR HONOR.  I AM JUST TRYING

17   TO GET TO THE 915.

18           THE COURT:  THIS IS THE SERIES OF TAX RETURNS.

19           MR. DUNN:  NO OBJECTION.

20           THE COURT:  916?  OBJECTION?

21           MR. DUNN:  NO.

22           THE COURT:  ALL RIGHT.  915 IS ADMITTED.  916 IS

23   ADMITTED.

24       (PLAINTIFFS' EXHIBITS 915 AND 916 RECEIVED IN EVIDENCE)

25           THE COURT:  917?  OBJECTION?
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930**

1          **MR. DUNN:**  NO.

2          **THE COURT:**  918?

3          **MR. DUNN:**  NO.

4          **THE COURT:**  '17 AND '18 ARE ADMITTED.

5      (PLAINTIFFS' EXHIBITS 917 AND 918 RECEIVED IN EVIDENCE)

6          **THE COURT:**  THEN I HAD 919.  IS THERE AN OBJECTION?

7          **MR. DUNN:**  NO.

8          **THE COURT:**  ADMITTED.

9          (PLAINTIFFS' EXHIBIT 919 RECEIVED IN EVIDENCE)

10         **THE COURT:**  921?  IS THERE AN OBJECTION?

11         **MR. DUNN:**  NO.

12         **THE COURT:**  ADMITTED.

13         (PLAINTIFFS' EXHIBIT 921 RECEIVED IN EVIDENCE)

14         **THE COURT:**  922?

15         **MR. DUNN:**  922 AND 923 ARE THE DOCUMENTS THAT HAVE

16     SOME ILLEGIBLE PARTS, SO AS LONG AS WE GET LEGIBLE COPIES,

17     THEY'RE FINE.

18         **MR. COUGHLIN:**  I THINK WE GOT AN AGREEMENT LAST

19     NIGHT.  WE PROVIDED THE LEGIBLE -- WHAT HAPPENED WAS EXCERPT

20     PAGES HAD BEEN INCLUDED THAT WEREN'T LEGIBLE.  WE TOOK THOSE

21     OUT.  WE CORRECTED THEM.  I UNDERSTAND THOSE WERE STIPULATED

22     TO ADMIT ALSO.

23         **THE COURT:**  SO DO I HAVE CONFIRMATION OF THAT FROM

24     APPLE?

25         **MR. DUNN:**  YES.

596

```
1              THE COURT:  IS THAT YOU, MS. GOODMAN?

2              MS. GOODMAN:  YES, YOUR HONOR.

3              THE COURT:  922 AND 923 ARE ADMITTED.

4        (PLAINTIFFS' EXHIBITS 922 AND 923 RECEIVED IN EVIDENCE)

5              THE COURT:  924, ANY OBJECTIONS?

6              MR. DUNN:  NO.

7              THE COURT:  THAT'S ADMITTED.

8          (PLAINTIFFS' EXHIBIT 924 RECEIVED IN EVIDENCE)

9              THE COURT:  NOW, DID YOU USE 925, MR. COUGHLIN?  NO.

10     I'M NOT SHOWING THAT 925 WAS USED.  IS THAT RIGHT?

11             MR. COUGHLIN:  I THINK THAT'S RIGHT, YOUR HONOR.

12             THE COURT:  OKAY.  926.  IS THAT -- ANY OBJECTION?

13             MR. DUNN:  NO, YOUR HONOR.

14             THE COURT:  ADMITTED.

15         (PLAINTIFFS' EXHIBIT 926 RECEIVED IN EVIDENCE)

16             MR. COUGHLIN:  THAT'S ALL I HAVE, YOUR HONOR.

17             THE COURT:  OKAY.  SO YOU'RE NOT OFFERING ANY MORE AT

18     THIS POINT?

19             MR. COUGHLIN:  NO.

20             THE COURT:  OKAY.

21        NOW, WITH RESPECT TO THE CLOAK DOCUMENT, THE EXHIBIT

22     NUMBER I THOUGHT I HEARD YOU SAY WAS 2106.

23             MR. COUGHLIN:  I'M NOT MOVING FOR THE ADMISSION OF

24     THAT, YOUR HONOR.

25             THE COURT:  I WOULD JUST LIKE TO KNOW WHAT THE
```

397

```
 1    DOCUMENT NUMBER IS.  I WANT TO MAKE SURE THE EXHIBIT LIST

 2    MATCHES.

 3            MR. COUGHLIN:  I WILL GET IT IN TWO SECONDS.

 4          THE CLERK:  I THOUGHT IT WAS 2165.

 5          MR. DUNN:  IT IS DEFINITELY NOT 2106.

 6          THE COURT:  NO, IT'S NOT.  THAT WAS MY QUESTION.

 7       SO 2165?

 8            MR. COUGHLIN:  2165.

 9          THE COURT:  SO ON THE APPLE EXHIBIT LIST THAT I'M

10    LOOKING AT, DOCKET NUMBER 933, 2165 IS IDENTIFIED AS AN EMAIL.

11            MR. COUGHLIN:  IT'S -- THE EMAIL IS THE COVER SHEET;

12    IS THAT RIGHT?

13       I DIDN'T SHOW THE COVER SHEET.

14          THE COURT:  SO IT ATTACHES SEPARATE DOCUMENTS?  ARE

15    THESE THREE SEPARATE DOCUMENTS?

16            MR. COUGHLIN:  I DON'T THINK --

17          THE COURT:  IT SAYS, "ATTACHING ONE, TWO AND THREE".

18            MR. COUGHLIN:  WELL, I GUESS THEY WERE -- THEY WERE

19    ALL ONE BUNDLE.  WE HAVE THEM DOWN AS ONE -- WELL, THE

20    DEFENDANTS ACTUALLY SUBMITTED THIS AS ONE EXHIBIT.

21       AND IT TALKS ABOUT THESE VULNERABILITY LISTINGS.  I SHOWED

22    PART OF THAT DOCUMENT TO HIM.  BUT WE ARE NOT MOVING FOR THE

23    ADMISSION OF THEM.

24          THE COURT:  I JUST WANT THE RECORD TO BE -- I NEED TO

25    MAKE SURE I KNOW WHAT'S GOING ON.  ARE THESE THREE SEPARATE
```

```
1    DOCUMENTS?

2            MR. DUNN:  SO WE ARE LOOKING FOR THIS EXHIBIT RIGHT

3    NOW.  IN ANY EVENT, WE WOULD OBJECT ON FOUNDATION GROUNDS.

4            THE COURT:  HE'S NOT MOVING THEM IN.  I JUST WANT TO

5    MAKE SURE THAT WE HAVE GOT THE SAME SET OF DOCUMENTS.

6            MR. DUNN:  ALL RIGHT.  YOUR HONOR, WE HAVE PULLED IT

7    UP ELECTRONICALLY.  IT IS AN EMAIL FROM SEPTEMBER 28TH, 2004.

8    AND LET ME JUST CHECK THE ATTACHMENTS.

9        THAT'S RIGHT.

10           THE COURT:  I'M PULLING IT UP HERE.

11       SO THERE ARE THREE SEPARATE DOCUMENTS THEN, NO?  I'M

12   SEEING A --

13           MR. COUGHLIN:  THERE ARE THREE -- THEY ARE THREE

14   SEPARATE DOCUMENTS, BUT THEY ARE ATTACHED TO ONE EMAIL.

15   THAT'S WHY IT'S GOT ONE EXHIBIT NUMBER 2165.

16       OF COURSE THESE ARE DEFENDANT'S EXHIBITS.

17           THE COURT:  I UNDERSTAND.

18       SO YOU USED 2165 AND THEN YOU MOVED TO 269?

19           MR. COUGHLIN:  YES.  THAT'S AN INSTANT MESSAGE.

20           THE COURT:  OKAY.

21       ALL RIGHT.  I THINK THAT'S FINE.

22           THE CLERK:  THEY ALSO DID 2265.

23           THE COURT:  RIGHT, BUT THEY ARE NOT MOVING THOSE IN.

24       WHO DO WE HAVE ON TOMORROW?

25           MR. COUGHLIN:  WELL, WE HAVE MR. MARTIN ON CROSS.
```

599

```
1    DR. MARTIN ON CROSS, AND THEN WE HAVE MR. FARRUGIA, AND THEN

2    WE HAVE MARIANNA ROSEN AND THEN WE HAVE MR. CUE.

3         THE COURT:  WITH RESPECT TO EXPERTS, IS THERE A

4    STIPULATION THAT THE COURT SHOULD ACCEPT ALL OF THE EXPERTS BY

5    BOTH PARTIES?  THERE WASN'T A REQUEST TODAY.

6         MR. COUGHLIN:  THERE'S NO DAUBERT CHALLENGES, I

7    THINK, TO THE QUALIFICATIONS OF ANY OF THE EXPERTS.

8         MR. DUNN:  THIS IS YOUR STUFF.  GO AHEAD.

9         MR. ISAACSON:  WE WILL AGREE THAT DR. MARTIN AND

10   DR. NOLL CAN BE ADMITTED AS EXPERTS, AND I ASSUME THAT --

11        MR. COUGHLIN:  THE SAME.

12        MR. ISAACSON:  -- THE SAME FOR OUR EXPERTS.

13        THE COURT:  I DIDN'T THINK SO.  USUALLY --

14        MR. ISAACSON:  OBVIOUSLY RESERVING OUR DAUBERT

15   CHALLENGES THAT WERE MADE PREVIOUSLY.

16        THE COURT:  RIGHT.

17     USUALLY THERE'S A REQUEST SO THAT THE JURY KNOWS THAT I AM

18   ADMITTING THEM AS AN EXPERT, SO WHEN I INSTRUCT THEM AT THE

19   END OF THE CASE AS TO WHAT IT IS AN EXPERT DOES AND WHAT IT IS

20   THEY CAN DO, THEY KNOW WHO I'M TALKING ABOUT.

21        MR. COUGHLIN:  I UNDERSTAND, YOUR HONOR.

22        THE COURT:  OTHER ISSUES.  THOSE ARE THE ISSUES THAT

23   I WANTED TO DISCUSS WITH YOU.

24     DO YOU HAVE ANY OTHER ISSUES?

25        MR. ISAACSON:  THERE'S ONE TECHNICAL ISSUE THAT
```

```
1    DIDN'T CAUSE A PROBLEM TODAY, BUT COULD.  I GATHER --

2             THE CLERK:  KEEP AT THE MIC.

3             MR. ISAACSON:  I GATHER THE WAY THAT THE TECHNOLOGY

4    IS SET UP RIGHT NOW IS MR. SPAULDING, WHO WORKS FOR US, IS

5    GOING TO CONTROL THE BUTTON AS TO WHAT THE JURY SEES.

6        SO THERE WAS NO DOCUMENT TODAY THAT CAUSED A PROBLEM.

7    THEY WERE GOING RIGHT UP ON THE SCREEN, BUT WHEN YOU -- HE

8    NEEDS EXPRESS INSTRUCTIONS --

9             MR. COUGHLIN:  TO TURN IT ON?

10            MR. ISAACSON:  RIGHT.

11            MR. COUGHLIN:  GOT IT.

12            MR. ISAACSON:  BECAUSE HE DOESN'T KNOW WHERE HE'S

13   GOING --

14            MR. COUGHLIN:  WE DIDN'T REALIZE IT WASN'T TURNED ON

15   FOR A COUPLE OF SECONDS, BUT I DON'T THINK IT CAUSED A PROBLEM

16   TODAY.  I WILL MAKE SURE WE GIVE HIM EXPRESS INSTRUCTION.

17            THE COURT:  AS LONG AS THE TWO OF YOU HAVE -- LIKE I

18   SAID, BECAUSE I'M NOT PRE-ADMITTING THESE, I AM RELYING ON YOU

19   TO COMMUNICATE SO THAT IF THERE'S AN ISSUE, WE DEAL WITH THE

20   ISSUE BEFORE IT GOES UP ON THE SCREEN.

21        OKAY.  ANY OTHER ISSUES?

22        NO?

23            MS. SWEENEY:  NO, YOUR HONOR.

24            THE COURT:  ALL RIGHT.  WE WILL STAND IN RECESS UNTIL

25   8:00 A.M. TOMORROW MORNING.
```

1          **MR. COUGHLIN:**  THANK YOU, YOUR HONOR.

2          **THE COURT:**  I DO HAVE A 2:00 O'CLOCK CALENDAR.

3

4          (PROCEEDINGS ADJOURNED AT 1:41 P.M.)

5

6          **CERTIFICATE OF REPORTERS**

7

8          WE, RAYNEE H. MERCADO AND DIANE E. SKILLMAN, CERTIFY

9  THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF

10  PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.  WE FURTHER CERTIFY

11  THAT WE ARE NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY

12  ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS

13  TAKEN, AND FURTHER THAT WE ARE NOT FINANCIALLY NOR OTHERWISE

14  INTERESTED IN THE OUTCOME OF THE ACTION.

15

16

17          RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR

18

19

20          DIANE E. SKILLMAN, CSR, RPR, FCRR

21

22          TUESDAY, DECEMBER 2, 2014

23

24

25