UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 05-cv-00037-YGR         **Case Name**: The Apple iPod iTunes Anti-Trust Litigation

**Date: Monday, December 8, 2014**         **Time**: 8:12am-8:36am counsel; 8:37am-10:02am ; 10:20am-11:44am; 12:00pm-1:30pm; 1:31pm-1:40pm counsel; 2:53pm-3:06pm counsel

**The Honorable YVONNE GONZALEZ ROGERS**

**Clerk**: Frances Stone         **Court Reporter:** Raynee Mercado

**COUNSEL FOR PLTF:**

**Bonnie Sweeney; Patrick Coughlin, Francis Balint; Alexandra Bernay; Steve Joblowski**

**COUNSEL FOR DEFT:**

**William Isaacson; Karen Dunn; Martha Goodman; Meredith Dearborn, John Cove and Scott Murray for Apple**

Voir Dire Began: 11/19/14

Trial Began:  12/2/14         Further Trial: **Tuesday, 12/9/14 at 8:30am**; Counsel to be present at 8:00am

**Trial Proceedings:**

Plaintiff attorney Sweeney resumes direct of witness Robert Noll.

Defendant attorney Isaacson cross of witness .

Session with counsel in the afternoon HELD. Recess until 12/9/14 at 8:00am as to counsel.

**EXHIBITS ADMITTED IN EVIDENCE:**