DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE (State Bar No. 141930)
   thomasburke@dwt.com
DIANA PALACIOS (State Bar No. 290923)
   dianapalacios@dwt.com
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Bloomberg L.P., The Associated Press and
Cable News Network, Inc. (CNN), Nonparty Media
Intervenors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00s037 YGR<br>Honorable Yvonne Gonzalez Rogers<br><br>[CLASS ACTION]<br><br>**DECLARATION OF THOMAS R. BURKE IN SUPPORT OF NONPARTY MEDIA INTERVENORS' NOTICE OF ADMINISTRATIVE MOTION AND MOTION FOR LEAVE TO INTERVENE AND ACCESS TO THE VIDEO DEPOSITION OF STEVE JOBS**<br><br>DATE: TBD<br>TIME: TBD<br>PLACE: COURTROOM 1, 4TH FLOOR |

## DECLARATION OF THOMAS R. BURKE

I, Thomas R. Burke, declare as follows:

1. I am an attorney admitted to practice before all the courts in the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP and counsel of record for nonparty Bloomberg L.P., The Associated Press, and Cable News Network, Inc. (CNN) (collectively, the "Media Intervenors") in this matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify about them. I submit this declaration in support of the Media Intervenors' Nonparty Media Intervenors' Notice of Administrative Motion and Motion for Leave to Intervene and Access to the Video Deposition of Steve Jobs.

2. On December 7, 2014, I emailed counsel for Defendant Apple, Inc., requesting access to the video deposition of Steve Jobs on behalf of the Media Intervenors. I informed counsel that the Media Intervenors' right to access the video deposition and we would like to resolve this matter amicably. Counsel responded that same day, stating simply that Apple did not consent to this request and a substantive response to my email would follow. A true and correct copy of this email exchange is attached hereto as **Exhibit A.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is and that this declaration was executed this 8th day of December, 2014, in San Francisco, California.

                                                         /s/ Thomas R. Burke
                                                         THOMAS R. BURKE

DECLARATION OF THOMAS R. BURKE ISO MOTION FOR ACCESS TO VIDEO RECORDING
DWT 25499621v1 0050033-000508