# EXHIBIT A

## Burke, Thomas

| | |
|---|---|
| **From:** | William Isaacson <Wisaacson@BSFLLP.com> |
| **Sent:** | Sunday, December 07, 2014 3:33 PM |
| **To:** | Burke, Thomas; Karen Dunn; Martha Goodman; John Cove; Kieran Ringgenberg; Meredith Dearborn; Maxwell Pritt; dkiernan@jonesday.com |
| **Cc:** | Jonathan Sherman |
| **Subject:** | Re: Request for Immediate Access to Steve Jobs Deposition Video Shown in Open Court -- Response Requested by 4:00 PST Today |
| | |
| **Importance:** | High |

Apple does not consent to your request.   We are preparing a substantive response to your points and will get that to you tonight hopefully.

Bill Isaacson

From: <Burke>, Thomas <THOMASBURKE@dwt.com<mailto:THOMASBURKE@dwt.com>>
Date: Sunday, December 7, 2014 at 11:18 AM
To: Bill Isaacson <wisaacson@bsfllp.com<mailto:wisaacson@bsfllp.com>>, Karen Dunn
<KDunn@BSFLLP.com<mailto:KDunn@BSFLLP.com>>, Martha Goodman
<MGoodman@BSFLLP.com<mailto:MGoodman@BSFLLP.com>>, John Cove
<jcove@BSFLLP.com<mailto:jcove@BSFLLP.com>>, Kieran Ringgenberg
<kringgenberg@BSFLLP.com<mailto:kringgenberg@BSFLLP.com>>, Meredith Dearborn
<mdearborn@BSFLLP.com<mailto:mdearborn@BSFLLP.com>>, Maxwell Pritt
<mpritt@BSFLLP.com<mailto:mpritt@BSFLLP.com>>, David Kiernan
<dkiernan@JonesDay.com<mailto:dkiernan@JonesDay.com>>
Subject: Request for Immediate Access to Steve Jobs Deposition Video Shown in Open Court -- Response Requested by 4:00 PST Today

Dear Counsel:

We represent Bloomberg, L.P., and on its behalf, we seek access to the video deposition of Steve Jobs that was played in open court on Friday, December 5, 2014.

It is our understanding that this video has not been provided to any member of the press or public despite the presumption of openness that exists in court proceedings and the Court's own December 4, 2014, Order for Parties to Accommodate the Press, requiring parties to provide "five copies of each admitted exhibit" unless there are "extraordinary circumstances." Dkt. No. 151.  Because there are no extraordinary circumstances here and the video was not sealed, the press and public have a right to access it.

We hope to resolve this issue amicably; however, we are prepared to file a motion to access the video deposition if this is not possible. Please us know by no later than 4:00 p.m. today if you are willing to provide a copy of the video deposition.

    We appreciate your attention to this matter.
Thomas R. Burke| Davis Wright TremaineLLP
505 Montgomery Street, Suite 800 | San Francisco, CA 94111

Tel: (415) 276-6552 | Mobile: (415) 519-3406 Email:thomasburke@dwt.com<mailto:thomasburke@dwt.com> |
Website: www.dwt.com<http://www.dwt.com/>
Bio:www.dwt.com/lawdir/attorneys/BurkeThomas.cfm<http://www.dwt.com/lawdir/attorneys/BurkeThomas.cfm>
Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]