1  DAVIS WRIGHT TREMAINE LLP
   THOMAS R. BURKE (State Bar No. 141930)
2      thomasburke@dwt.com
   DIANA PALACIOS (State Bar No. 290923)
3      dianapalacios@dwt.com
   505 Montgomery Street, Suite 800
4  San Francisco, California 94111-6533
   Telephone:  (415) 276-6500
5  Facsimile:   (415) 276-6599

6
   Attorneys for Bloomberg L.P., The Associated Press and
7  Cable News Network, Inc. (CNN), Nonparty Media
   Intervenors
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12
   THE APPLE iPOD iTUNES ANTITRUST           ) Lead Case No. C 05-00037 YGR
13 LITIGATION                                 ) Honorable Yvonne Gonzalez Rogers
                                              )
14                                            ) [CLASS ACTION]
                                              )
15 ─────────────────────────────              )
                                              ) **[PROPOSED] ORDER GRANTING**
16 This Document Relates To:                  ) **NONPARTY MEDIA INTERVENORS'**
                                              ) **MOTION TO INTERVENE AND FOR**
17 ALL ACTIONS                                ) **ACCESS TO THE VIDEO DEPOSITION**
                                              ) **OF STEVE JOBS**
18                                            )
                                              ) DATE:  TBD
19                                            ) TIME:  TBD
                                              ) PLACE: COURTROOM 1, 4TH FLOOR
20                                            )
                                              )
21                                            )
                                              )
22                                            )
                                              )
23                                            )
   ─────────────────────────────              )
24

25

26

27

28

─────────────────────
[PROPOSED] ORDER
DWT 25499625v1 0050033-000508

1  Having considered the pleadings, records, and files, the Court hereby GRANTS Nonparty
2  Media Intervenors' Motion to Intervene and for Access to the Video Deposition of Steve Jobs.  The
3  parties are ordered to provide the Media Intervenors with immediate access to a copy of the video
4  deposition of Steve Jobs that aired during the trial proceedings on December 5, 2014.

6  IT IS SO ORDERED.

8  DATED: _____      _____
            HONORABLE GONZALEZ ROGERS
9           UNITED STATES DISTRICT COURT