| | |
|---|---|
| 1 | William A. Isaacson (wisaacson@bsfllp.com) |
| | (Admitted *Pro Hac Vice*) |
| 2 | Karen L. Dunn (kdunn@bsfllp.com) |
| | (Admitted *Pro Hac Vice*) |
| 3 | Jonathan H. Sherman (jsherman@bsfllp.com) |
| | (*Pro Hac Vice* to be Filed) |
| 4 | Martha L. Goodman (mgoodman@bsfllp.com) |
| | (Admitted *Pro Hac Vice*) |
| 5 | BOIES, SCHILLER & FLEXNER LLP |
| | 5301 Wisconsin Ave, NW |
| 6 | Washington, DC  20015 |
| | Telephone:  (202) 237-2727 |
| 7 | Facsimile:  (202) 237-6131 |
| 8 | John F. Cove, Jr. #212213 |
| | (jcove@bsfllp.com) |
| 9 | Kieran P. Ringgenberg #208600 |
| | (kringgenberg@bsfllp.com) |
| 10 | Meredith R. Dearborn #268312 |
| | (mdearborn@bsfllp.com) |
| 11 | BOIES, SCHILLER & FLEXNER LLP |
| | 1999 Harrison Street, Suite 900 |
| 12 | Oakland, CA  94612 |
| | Telephone:  (510) 874-1000 |
| 13 | Facsimile:  (510) 874-1460 |
| 14 | David C. Kiernan #215335 |
| | (dkiernan@jonesday.com) |
| 15 | JONES DAY |
| | 555 California Street, 26th Floor |
| 16 | San Francisco, CA  94104 |
| | Telephone:  (415) 626-3939 |
| 17 | Facsimile:  (415) 875-5700 |
| 18 | *Attorneys for Defendant Apple Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No.  C 05-00037 YGR |
| | [CLASS ACTION] |
| ———————————————— | **[PROPOSED] ORDER DENYING PROPOSED MEDIA INTERVENORS' MOTION FOR ACCESS TO THE VIDEO DEPOSITION OF STEVE JOBS** |
| This Document Relates To: | |
| ALL ACTIONS | |
| | Date:         December 9, 2014 |
| | Time:         4:00 p.m. |
| | Courtroom: 1, 4th Floor |
| | Judge:       Hon. Yvonne Gonzalez Rogers |

1  This matter came before the Court on nonparty Bloomberg L.P., The Associated Press,
2  and Cable News Network, Inc.'s Motion for leave to intervene and access to the video deposition
3  of Steve Jobs.  (Dkt. 977).  Having considered the parties' submissions and argument, and for
4  good cause appearing,
5  IT IS HEREBY ORDERED that the motion for access to the video deposition of Steve
6  Jobs displayed during trial of this matter on December 5, 2014 is DENIED.

8  IT IS SO ORDERED.

10  Dated: _____, 2014
         _____
11       Hon. Yvonne Gonzalez Rogers
         U.S. DISTRICT JUDGE

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1
[PROPOSED] ORDER DENYING MOTION FOR ACCESS                             No. C 05-00037 YGR