

### District of Columbia Court of Appeals
#### Committee on Unauthorized Practice of Law
430 E Street, N.W. — Room 123

Washington, D. C. 20001

202 / 879-2777

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JONATHAN H. SHERMAN

was on **JULY 10, 2000** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **DECEMBER 9, 2014**.*

JULIO A. CASTILLO
Clerk of the Court

By: _____

Deputy Clerk