# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTITRUST LITIGATION**<br><br>**This Order Relates to:**<br><br>**All Actions** | **Case No.: 05-CV-0037 YGR**<br><br>**ORDER GRANTING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

Pending before the Court are several Administrative Motions to File Under Seal. (Dkt. Nos. 890, 892, 897, 900, 901.) These motions were filed in connection with the previously denied motions to add a class representative and for decertification of the reseller portion of the class. (*See* Dkt. No. 927.) The Court has considered the motions, a response thereto, accompanying declarations, and the relevant law. The Court finds compelling reasons to seal the information in question. *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006).

Therefore, the Court hereby **GRANTS** the motions at Docket Nos. 890, 892, 900, and 901. The Court **GRANTS IN PART** plaintiffs' motion to seal at Docket No. 897 (wherein plaintiffs took no position as to the propriety of filing documents under seal) only to the extent Apple sought to seal documents in its corrected response to the motion filed at Docket No. 952.[1] Therefore, the following documents and portions of documents shall be sealed:

---

[1] Docket No. 952 is a correction of Docket No. 906.

| Motion to Seal | Document at Issue | Portion Sealed |
|---|---|---|
| Dkt. No. 890 | **Exhibits H, I, M, N, and P** of the Declaration of Kieran P. Ringgenberg in Support Of (1) Apple's Opposition to Motion to Add Class Representative and (2) Apple's Motion for Decertification | Designated portions at Dkt. Nos. 3, 5, 7, 9, and 11. |
| Dkt. No. 892 | **Exhibit D** of the Kieran P. Ringgenberg Declaration in Support of (1) Apple's Opposition to Motion to Add Class Representative and (2) Apple's Motion for Decertification | The entirety of **Exhibit D** (K & N Enterprises, Inc. U.S. Income Tax Return) at Dkt. Nos. 891-4, and 892-4. |
| Dkt. No. 897 | **Exhibits 3, 4, and 6** to the Jodlowski Declaration in Support of Plaintiffs' Memorandum of Law in Opposition to Apple's Motion for Decertification | Designated portions at Dkt. Nos. 906-3, 906-5, and 906-7.[2] |
| Dkt. No. 900 | **Opposition** to Apple's Motion for Decertification of Rule 23(b)(3) Class | Designated portions at Dkt. No. 899. |
| Dkt. No. 901 | **Exhibits U, V, W, X, and Y** of the Reply Declaration of Kieran P. Ringgenberg in Support of Apple's Motion for Decertification; **Reply** in Support of Motion for Decertification | Designated portions at Dkt. Nos. 3, 5, 7, 9, 11, and 13. |

This Order terminates Docket Nos. 890, 892, 897, 900, 901, 906, and 952.

**IT IS SO ORDERED**.

Date: December 9, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] Apple determined that **Exhibit 5** to the Declaration of Steven M. Jodlowski in Support of Plaintiffs' Memorandum of Law in Opposition to Defendant Apple's Motion for Decertification of the Rule 23(b)(3) Class (Dkt. 897) need not be sealed. (Dkt. No. 952 at 1 n.1.) Therefore, plaintiffs shall file a publicly accessible copy of that document within seven days.