UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## JURY TRIAL CIVIL MINUTE ORDER

**Case No.** 05-cv-00037-YGR        **Case Name**:   The Apple iPod iTunes Anti-Trust Litigation

**Date: Tuesday, December 9, 2014**        **Time**: 8:02am-8:23am counsel; 8:24am-9:51am ; 9:52am-10:01am; 10:02am-10:17am; 10:53am-12:15pm counsel; 12:29pm-2:20pm counsel

**The Honorable YVONNE GONZALEZ ROGERS**

**Clerk**: Frances Stone        **Court Reporter:**    Raynee Mercado

### COUNSEL FOR PLTF:

**Bonnie Sweeney; Patrick Coughlin, Francis Balint; Alexandra Bernay; Jenniefer Caringal; Steve Joblowski**

### COUNSEL FOR DEFT:

**William Isaacson; Karen Dunn; Martha Goodman; Meredith Dearborn, John Cove and Scott Murray for Apple**

Voir Dire Began: 11/19/14

Trial Began:   12/2/14        Further Trial:  **Wednesday, 12/10/14 at 8:30am**; Counsel to be present at 8:00am

### Trial Proceedings:

Defendant attorney Isaacson resumes cross of witness Noll .

Recess for Jury for the day at 10:17am.

Session with counsel outside of presence of Jury- HELD.

Evidentiary Hearing- HELD outside of presence of Jury.

Session with counsel re Jury Instructions HELD.

 Recess for Counsel for day. Further Jury Trial 12/10/14 at 8:30am; counsel to be present at 8:00am.

[Separate minute sheet for the 4pm Motion Hearing today]

### EXHIBITS ADMITTED IN EVIDENCE:

731; 733; 735; 736; 737; 942; 944; 754; 755; 893; 757; 894; 760; 2428; 2874A excerpt; 181; 732; 869; 870; 761.