UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** 12/9/14 | **Time:** 4:00pm-4:55pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 05-cv-00037-YGR | **Case Name:** The Apple iPod iTunes Anti-Trust Litigation | |

**Attorney for Plaintiff:** Steve Joblowski and Jennifer Caringal
**Attorney for Defendant:** Jonathan Sherman and Meredith Dearborn
Non Party Media Intervenors' Attorney: Thomas Burke

**Deputy Clerk:** Frances Stone                                   **Court Reporter:** Diane Skillman


PROCEEDINGS
NonParty Media Intervenors' Motion for Leave to Intervene and Access to the Video Deposition of Steve Jobs [Dkt. No. 977]- HELD and SUBMITTED


**Notes:** Attorney Burke may file case cites by COB on 12/12/14; Defendant Sherman response by Monday 12/15/14.