UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## JURY TRIAL CIVIL MINUTE ORDER

**Case No.** 05-cv-00037-YGR          **Case Name**:   The Apple iPod iTunes Anti-Trust Litigation

**Date: Wednesday, December 10, 2014**          **Time**:  8:04am-8:17am counsel; 8:26am-10:03am ; 10:18am-11:44am; 12:00pm-1:31pm

**The Honorable YVONNE GONZALEZ ROGERS**

**Clerk**: Frances Stone          **Court Reporter:**     Raynee Mercado

**COUNSEL FOR PLTF:**

**Bonnie Sweeney; Patrick Coughlin, Francis Balint; Alexandra Bernay**

**COUNSEL FOR DEFT:**

**William Isaacson; Karen Dunn; Martha Goodman; Meredith Dearborn,  and Scott Murray for Apple**

Voir Dire Began: 11/19/14

Trial Began:   12/2/14          Further Trial:  **Thursday, 12/11/14 at 8:30am**; Counsel to be present at 8:00am

**Trial Proceedings:**

Defendant attorney Dunn calls witness John P.J. Kelly .

Defendant attorney Isaacson calls witness Kevin Murphy.

**EXHIBITS**