ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
        – and –
PATRICK J. COUGHLIN (111070)
STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
patc@rgrdlaw.com
sjodlowski@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | DECLARATION OF STEVEN M. JODLOWSKI IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF COMMUNICATIONS BETWEEN APPLE AND ITS COUNSEL REGARDING THE "LEGALITY" OF HARMONY |
| | Date:       TBD<br>Time:       TBD<br>Courtroom: 1, 4th Floor<br>Judge:      Hon. Yvonne Gonzalez Rogers |

990464_1

1    I, STEVEN M. JODLOWSKI, declare:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of

3    California.  I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, Class

4    Counsel of record for Plaintiffs.  I have personal knowledge of the matters stated herein and, if called

5    upon, I could and would competently testify thereto.

6    2.    I submit this declaration in support of Plaintiffs' Motion to Compel the Production of

7    Communications Between Apple and Its Counsel Regarding the "Legality" of Harmony.

8    3.    In the parties' proposed jury instructions, filed on October 22, 2014, Plaintiffs

9    advised Apple that, if Apple raised a defense at trial based on the "illegality" of RealNetworks'

10    Harmony technology ("Harmony") or otherwise suggested that it believed Harmony was "illegal,"

11    Plaintiffs would seek an order compelling the production of all communications between Apple and

12    its counsel on this topic.  ECF No. 847 at 101-105.

13    4.    In the morning of December 10, 2014, I advised counsel for Apple, Karen L. Dunn,

14    of Boies Schiller Flexner LLP, that Plaintiffs intended to move for an order compelling Apple to

15    produce its communications with counsel regarding Harmony.  I explained to Ms. Dunn that the

16    basis for plaintiffs' motion was Apple's decision to defend itself with evidence of its supposed "good

17    faith belief" in the illegality of Harmony.  Ms. Dunn said she understood and asked when Plaintiffs

18    sought to file the motion.  In response, I indicated that Plaintiffs intended to file the motion by the

19    end of day, unless Apple agreed to produce the communications at issue.  Apple did not do so.

20    5.    Attached hereto are true and correct copies of the following Exhibits:

21    Exhibit A:    Apple Inc. Privilege Log (August 2004);

22    Exhibit B:    Apple Inc. Privilege Log (December 7, 2009); and

23    Exhibit C:    Apple Inc. Privilege Log (March 2005-February 2008).

24    I declare under penalty of perjury under the laws of the United States of America that the

25    foregoing is true and correct.  Executed this 10th day of December, 2014, at San Francisco,

26    California.

27

28



STEVEN M. JODLOWSKI

DEC OF STEVEN M. JODLOWSKI ISO PLTFS' MTC THE PRODUCTION OF COMMUNICATIONS
BETWEEN APPLE AND ITS COUNSEL RE THE "LEGALITY" OF HARMONY - C-05-00037-YGR    - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 10, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 10, 2014.

<u>s/ Bonny E. Sweeney</u>
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        bonnys@rgrdlaw.com

990464_1

## Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,cdelacroix@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Thomas R. Burke**
  thomasburke@dwt.com,natashamajorko@dwt.com,sfodocket@dwt.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com,Chuckm@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Suzanne Elizabeth Jaffe**
  SJAFFE@BSFLLP.COM,jchavez@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com

- **Christopher G. Renner**
  crenner@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Kieran Paul Ringgenberg**
  kringgenberg@bsfllp.com,gaulkh@bsfllp.com,ftang@BSFLLP.com,cduong@bsfllp.com,dnasca@bsfllp.com,span@bsfllp.com,irivera@BSFLLP.com

- **Elaine A. Ryan**
  eryan@bffb.com,nserden@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Jonathan H Sherman**
  jsherman@bsfllp.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`