# EXHIBIT A

# The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author/Custodian | Recipients | Description | Privilege |
|---|---|---|---|---|---|
| 1. | 8/20/2004 | Dave Heller | Jeff Robbin | Email reflecting confidential attorney-client communication concerning legal advice and work product regarding RealNetworks' Harmony prepared at the direction of counsel in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |
| 2. | 10/27/2006 | Laurence Pulgram | Carlyn Clause, Kevin Saul, David Hayes | Confidential attorney-client communication concerning legal advice regarding FairPlay hack. | ACP |
| 3. | 1/5/2004 | Tom Dowdy | Nancy Heinen, Kevin Saul, Eddy Cue, Jeff Robbin | Confidential attorney-client communication concerning legal advice regarding FairPlay hack. | ACP |
| 4. | 1/5/2004 | Tom Dowdy | Nancy Heinen, Kevin Saul, Eddy Cue, Jeff Robbin | Confidential attorney-client communication concerning legal advice regarding FairPlay hack. | ACP |
| 5. | Summer/Fall 2004 | Carlyn Clause | | Research collected by counsel in anticipation of litigation and revealing attorney mental impressions. | AWP |
| 6. | 7/29/2004 | Patricia Benson | Nancy Heinen, Carlyn Clause, Kevin Saul, Russell Frackman, George Borkowski | Confidential attorney-client communication concerning legal advice and work product regarding RealNetworks' Harmony prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |
| 7. | 8/3/2004 | Patricia Benson | Nancy Heinen, Carlyn Clause, Kevin Saul, Russell Frackman, George Burkowski, Elise Bigelow | Email chain containing confidential attorney-client communication and research concerning legal advice and work product regarding RealNetworks' Harmony prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author/Custodian | Recipients | Description | Privilege |
|---|---|---|---|---|---|
| 8. | 7/27/2004 through 10/18/2004 | Carlyn Clause | | Notes reflecting confidential attorney-client communication concerning legal advice and work product regarding RealNetworks' Harmony prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |
| 9. | Summer/Fall 2004 | Carlyn Clause | | Notes regarding RealNetworks' Harmony prepared by counsel in anticipation of litigation and revealing attorney mental impressions. | AWP |
| 10. | Summer/Fall 2004 | Carlyn Clause | | Memorandum regarding RealNetworks' Harmony prepared by counsel in anticipation of litigation and revealing attorney mental impressions. | AWP |
| 11. | 8/13/2004 | Mitchell Silberberg & Knupp LLP | Carlyn Clause | Confidential attorney-client communication concerning legal advice and work product regarding RealNetworks' Harmony prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |
| 12. | 9/30/2004 | Mitchell Silberberg & Knupp LLP | Carlyn Clause | Confidential attorney-client communication concerning legal advice and work product regarding RealNetworks' Harmony prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |
| 13. | 9/1/2004 | George Borkowski | Carlyn Clause | Confidential attorney-client communication concerning legal advice and work product regarding RealNetworks' Harmony prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author/Custodian | Recipients | Description | Privilege |
|---|---|---|---|---|---|
| 14. | 7/29/2004 | Brian Ross | Russell Frackman, Thomas Lambert, George Borkowski, Pat Benson, Mark Litvack, Marc Mayer | Memorandum concerning legal advice regarding RealNetworks' Harmony prepared in anticipation of litigation and revealing attorney mental impressions. | AWP |
| 15. | 8/4/2004 | George Borkowski | Russell Frackman, Thomas Lambert, Patricia Benson, Brian Ross, Marc Mayer | Memorandum concerning legal advice regarding RealNetworks' Harmony reflecting confidential attorney-client communication prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |
| 16. | 8/11/2004 | George Borkowski | Russell Frackman, Thomas Lambert, Patricia Benson, Brian Ross, Marc Mayer | Memorandum concerning legal advice regarding RealNetworks' Harmony reflecting confidential attorney-client communication prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |
| 17. | 8/17/2004 | George Borkowski | | Memorandum concerning legal advice regarding RealNetworks' Harmony reflecting confidential attorney-client communication prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |
| 18. | 9/1/2004 | George Borkowski | Russell Frackman, Patricia Benson, Marc Mayer | Memorandum concerning legal advice regarding RealNetworks' Harmony reflecting confidential attorney-client communication prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author/Custodian | Recipients | Description | Privilege |
|---|---|---|---|---|---|
| 19. | 9/8/2004 | Marc Meyer | Russell Frackman, Patricia Benson, George Borkowski | Memorandum concerning legal advice regarding RealNetworks' Harmony reflecting confidential attorney-client communication prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |
| 20. | Summer/Fall 2004 | George Borkowski | | Research collected by counsel in anticipation of litigation and revealing attorney mental impressions. | AWP |
| 21. | 10/19/2004 | George Borkowski | Carlyn Clause, Elise Bigelow, Kevin Saul, Russell Frackman, Patricia Benson | Confidential attorney-client communication concerning legal advice and work product regarding RealNetworks' Harmony prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |
| 22. | 10/15/2004 | Elise Bigelow | Carlyn Clause, Russell Frackman, George Borkowski, Patricia Benson, Tom Lambert, Jason Hunt, Nancy Heinen, Phil Schiller, Steve Jobs | Email chain containing confidential attorney-client communication and research concerning legal advice regarding RealNetworks' Harmony prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |
| 23. | 8/5/2004 | George Borkowski | | Memorandum regarding RealNetworks' Harmony prepared by counsel in anticipation of litigation and revealing attorney mental impressions. | AWP |
| 24. | 8/16/2004 | Tom Dowdy, Dave Heller, George Borkowski | | Confidential attorney-client communication concerning legal advice regarding RealNetworks' Harmony prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |

**The Apple iPod iTunes Antitrust Litigation**
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author/Custodian | Recipients | Description | Privilege |
|---|---|---|---|---|---|
| 25. | Summer/Fall 2004 | George Borkowski | | Confidential attorney-client communication concerning legal advice regarding RealNetworks' Harmony prepared in anticipation of litigation and revealing attorney mental impressions. | ACP & AWP |

SFI-621149v1