# EXHIBIT B

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date Sent | Author | Recipients | Privilege |
|---|---|---|---|---|
| 44 | October 12, 2003 | Eddy Cue | Kevin Saul, Jeff Robbin, James Higa | Confidential attorney communication concerning legal advice regarding licensing Fairplay |
| 45 | March 12, 2003 | James Higa | John Rose, Ted Cohen, Eddy Cue, Jeff Robbin, Kevin Saul, Tribble Bud | Confidential attorney communication concerning legal advice regarding hackers |
| 46 | June 30, 2003 | Kevin Saul | Jeff Robbin, Eddy Cue | Confidential attorney communication concerning legal advice regarding DRM hack |
| 47 | June 30, 2003 | Kevin Saul | Jeff Robbin, Eddy Cue | Confidential attorney communication concerning legal advice regarding DRM hack |
| 48 | June 30, 2003 | Eddy Cue | Jeff Robbin, Kevin Saul | Confidential attorney communication concerning legal advice regarding DRM hack |
| 49 | June 30, 2003 | Kevin Saul | Eddy Cue, Jeff Robbin | Confidential attorney communication concerning legal advice regarding DRM hack |
| 50 | July 1, 2003 | Kevin Saul | Eddy Cue, Jeff Robbin | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding DRM hack |
| 51 | July 8, 2003 | Kevin Saul | Eddy Cue, Jeff Robbin | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding DRM hack |
| 52 | September 10, 2004 | Jason Hunt | Dave Heller, Jeff Robbin, Roger Pantos, Marc Sinykin, Jeff Miller, Tom Dowdy, Nancy Laxson-Highton, Rose Mukhar, Elise Bigelow, Carlyn Clause, Lynn Miller, Adeline Yu, Mark Buckley | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding dispute with RealNetworks |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date Sent | Author | Recipients | Privilege |
|---|---|---|---|---|
| 53 | July 30, 2004 | Lynn Miller | Jeff Robbin, Sebastien Evrard, heinen@applecom, Bernard Amory, Bud Tribble, Carlyn Clause, Kevin Saul, Chip Lutton, Tim Schaaff | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding interoperability |
| 54 | August 5, 2004 | Kevin Saul | Jeff Robbin, Isabel Scheltdorf, Gordian Hasselblatt, Georg Albrecht, Rainer Oberbeckmann | Confidential attorney communication concerning legal advice regarding hack |
| 55 | April 23, 2004 | Kevin Saul | Patrice Gautier, Eddy Cue, Jeff Robbin, Elizabeth D'Errico, Debra Ameerally | Confidential attorney communication concerning legal advice regarding terms of service |
| 56 | September 14, 2004 | Kevin Saul | Jeff Robbin, Eddy Cue, Sina Tamaddon, Dave Heller | Confidential attorney communication concerning legal advice regarding Harmony actions relating to DRM |
| 57 | September 14, 2004 | Kevin Saul | Jeff Robbin, Eddy Cue, Sina Tamaddon, Dave Heller | Confidential attorney communication concerning legal advice regarding Harmony actions relating to DRM |
| 58 | September 14, 2004 | Kevin Saul | Jeff Robbin, Eddy Cue, Sina Tamaddon, Dave Heller | Confidential attorney communication concerning legal advice regarding Harmony actions relating to DRM |
| 59 | April 18, 2004 | Eddy Cue | Jeff Robbin, Dave Heller, Kevin Saul, Patrice Gautier | Confidential attorney communication concerning legal advice regarding hack |
| 60 | April 18, 2004 | Eddy Cue | Jeff Robbin, Patrice Gautier, Dave Heller, Kevin Saul | Confidential attorney communication concerning legal advice regarding hack |
| 61 | July 22, 2004 | Kevin Saul | Lynn Miller, Nancy Heinen, Jeff Robbin, Teresa Weaver, Steve Dowling, Chip Lutton, Carlyn Clause, Eddy Cue, Daniel Harris | Confidential attorney communication concerning legal advice regarding hack |
| 62 | May 27, 2004 | Donald Beirdneau | Leslie Fithian, Grace Kvamme, Jeff Robbin, Chris Bell | Confidential attorney communication concerning legal advice regarding interoperability |

| No. | Date Sent | Author | Recipients | Privilege |
|---|---|---|---|---|
| 63 | May 4, 2004 | Chris Bell | Eddy Cue, Rob Schoeben, Steve Jobs, Jeff Robbin, Kevin Saul, Phil Schiller, Alex Luke, Patrice, Gautier, Nancy Heinen, Robert Kondrk, James Higa, Sina Tamaddon | Confidential attorney communication concerning legal advice regarding competitor's actions relating to DRM |
| 64 | January 15, 2004 | Philip Schiller | Fithian Leslie, Jeff Robbin, Eddy Cue | Confidential attorney communication concerning legal advice regarding use of DRM other than FairPlay |
| 65 | January 16, 2004 | Leslie Fithian | Phil Schiller, Robbin Jeff, Eddy Cue | Confidential attorney communication concerning legal advice regarding use of DRM other than FairPlay |
| 66 | January 19, 2004 | Philip Schiller | Leslie Fithian, Jeff Robbin, Eddy Cue | Confidential attorney communication concerning legal advice regarding use of DRM other than FairPlay |
| 67 | January 20, 2004 | Leslie Fithian | Phil Schiller, Jeff Robbin, Eddy Cue | Confidential attorney communication concerning legal advice regarding use of DRM other than FairPlay |
| 68 | January 20, 2004 | Leslie Fithian | Jeff Robbin, Phil Schiller, Eddy Cue | Confidential attorney communication concerning legal advice regarding use of DRM other than FairPlay |
| 69 | January 20, 2004 | Philip Schiller | Leslie Fithian, Eddy Cue, Jeff Robbin | Confidential attorney communication concerning legal advice regarding use of DRM other than FairPlay |
| 70 | May 11, 2004 | Kevin Saul | Sebastien Evrard, Nancy Heinen, Lynn Miller | Confidential attorney communication concerning legal advice regarding DRM |
| 71 | August 18, 2004 | Kevin Saul | Nancy Heinen, Russell Frackman, Elise Bigelow, Patricia Benson, Carlyn Clause, George Borkowski | Confidential attorney communication concerning legal advice regarding Harmony hack |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date Sent | Author | Recipients | Privilege |
|---|---|---|---|---|
| 72 | January 20, 2004 | Leslie Fithian | Jeff Robbin, Phil Schiller, Eddy Cue | Confidential attorney communication concerning legal advice regarding use of DRM other than FairPlay |
| 73 | January 20, 2004 | Leslie Fithian | Jeff Robbin, Phil Schiller, Eddy Cue | Confidential attorney communication concerning legal advice regarding use of DRM other than FairPlay |
| 74 | January 20, 2004 | Leslie Fithian | Leslie Fithian, Jeff Robbin, Phil Schiller, Eddy Cue | Confidential attorney communication concerning legal advice regarding use of DRM other than FairPlay |
| 75 | January 16, 2004 | Leslie Fithian | Phil Schiller, Robbin Jeff, Eddy Cue | Confidential attorney communication concerning legal advice regarding use of DRM other than FairPlay |
| 76 | April 23, 2004 | Kevin Saul | Patrice Gautier, Eddy Cue, Jeff Robbin, Elizabeth D'Errico, Debra Ameerally | Confidential attorney communication concerning legal advice regarding terms of service |
| 77 | April 23, 2004 | Kevin Saul | Patrice Gautier, Eddy Cue, Jeff Robbin, Elizabeth D'Errico, Debra Ameerally | Confidential attorney communication concerning legal advice regarding terms of service |
| 78 | August 5, 2004 | Kevin Saul | Jeff Robbin, Isabel Scheltdorf, Gordian Hasselblatt, Georg Albrecht, Rainer Oberbeckmann | Confidential attorney communication concerning legal advice regarding hack |
| 79 | August 18, 2004 | Kevin Saul | Nancy Heinen, Russell Frackman, Elise Bigelow, Patricia Benson, Carlyn Clause, George Borkowski | Confidential attorney communication concerning legal advice regarding Harmony hack |
| 80 | September 10, 2004 | Jason Hunt | Dave Heller, Jeff Robbin, Roger Pantos, Marc Sinykin, Jeff Miller, Tom Dowdy, Nancy Laxson-Highton, Rose Mukhar, Elise Bigelow, Carlyn Clause, Lynn Miller, Adeline Yu, Mark Buckley | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding dispute with RealNetworks |

| No. | Date Sent | Author | Recipients | Privilege |
|---|---|---|---|---|
| 81 | July 8, 2003 | Kevin Saul | Eddy Cue, Jeff Robbin | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding DRM hack |
| 82 | July 1, 2003 | Kevin Saul | Eddy Cue, Jeff Robbin | Document prepared by counsel in anticipation of litigation and revealing attorney mental impressions regarding DRM hack |
| 83 | October 12, 2003 | Eddy Cue | Kevin Saul, Jeff Robbin, James Higa | Confidential attorney communication concerning legal advice regarding language for agreement that AOL's development of means to download MP3 and AConfidential attorney communication concerning legal advice regarding files not harm interaction between iPod and iTunes |
| 84 | May 11, 2004 | Kevin Saul | Sebastien Evrard, Nancy Heinen, Lynn Miller | Confidential attorney communication concerning legal advice regarding DRM |
| 85 | August 22, 2006 | Carlyn Clause | Leslie Fithian, Jeff Robbin, Chip Lutton | Confidential attorney communication concerning legal advice regarding licensing |
| 86 | August 20, 2006 | Jeff Robbin | Carlyn Clause, Chip Lutton | Confidential attorney communication concerning legal advice regarding licensing |
| 87 | August 21, 2006 | Jeff Robbin | Chip Lutton, Carlyn Clause, Leslie Fithian | Confidential attorney communication concerning legal advice regarding licensing |
| 88 | November 15, 2006 | Jeff Robbin | Augustin Farrugia, Eddy Cue, Kevin Saul, Dave Heller | Confidential attorney communication concerning legal advice regarding burning/ripping |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date Sent | Author | Recipients | Privilege |
|---|---|---|---|---|
| 89 | May 4, 2005 | Dave Heller | Kevin Saul, Jeff Robbin, Tom Dowdy | Confidential attorney communication concerning legal advice regarding Harmony |
| 90 | May 25, 2005 | Tim Schaaff | Jeff Robbin, Kevin Saul | Confidential attorney communication concerning legal advice regarding competitor's actions relating to DRM |
| 91 | March 24, 2005 | Kevin Saul | Eddy Cue, Tim Schaaf, Jeff Robbin | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding competitor hack |
| 92 | October 26, 2006 | Jeff Robbin | Tony Fadell, Eddy Cue, Sina Tamaddon, Augustin Farrugia, Kevin Saul | Confidential attorney communication concerning legal advice regarding DoubleTwist hack |
| 93 | May 29, 2006 | Josiane Morel | Kevin Saul, Bud Tribble, Sebastien Evrard, Benoit Barre, Dries Acke | Confidential attorney communication concerning legal advice regarding French legislation |
| 94 | May 31, 2006 | Josh Tenuta | Kevin Saul, Bud Tribble, Josiane Morel, Cathy Foster | Confidential attorney communication concerning legal advice regarding FairPlay and iTunes interoperability |
| 95 | June 2, 2006 | Josh Tenuta | Kevin Saul, Josiane Morel, Bud Tribble, Cathy Foster | Confidential attorney communication concerning legal advice regarding FairPlay and iTunes interoperability |
| 96 | April 2, 2007 | Matt Railo | Michael Rubin, Matt Railo, Jennifer Hudson, Matt Bovett, Kevin Saul, Elena Segal | Confidential attorney communication concerning legal advice regarding FairPlay interoperability |
| 97 | June 6, 2006 | Kevin Saul | Carsten Dierksen, Thomas La Perle, Elena Segal, Carlyne LaSala | Confidential attorney communication concerning legal advice regarding iTunes competitors |

| No. | Date Sent | Author | Recipients | Privilege |
|---|---|---|---|---|
| 98 | February 19, 2007 | Kevin Saul | Cathy Foster, Jean-Christophe Adler, Don Rosenberg, Eddy Cue, Bud Tribble | Confidential attorney communication concerning legal advice regarding licensing Fairplay |
| 99 | March 12, 2007 | Kevin Saul | Matt Railo, Elena Segal | Confidential attorney communication concerning legal advice regarding burning and ripping |
| 100 | April 1, 2007 | Kevin Saul | Don Rosenberg | Confidential attorney communication concerning legal advice regarding iTunes press release |
| 101 | April 1, 2007 | Kevin Saul | Don Rosenberg | Confidential attorney communication concerning legal advice regarding iTunes press release |
| 102 | June 17, 2005 | Kevin Saul | Eddy Cue, Jeff Robbin, Nancy Heinen | Confidential attorney communication concerning legal advice regarding Fairplay circumvention |
| 103 | September 10, 2004 | Kevin Saul | Sebastien Evrard, Carlyn Clause, Nancy Heinen, Leslie Fithian, Lynn Miller, Bernard Amory, Elise Bigelow | Confidential attorney communication concerning legal advice regarding language on Microsoft website |
| 104 | January 17, 2005 | Kevin Saul | Adeline Yu, Lynn Miller, Rose Mukhar, Jason Hung, Nancy Laxson-Highton, Lynn Miller, Elise Bigelow, Carlyn Clause | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding document retention policy |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date Sent | Author | Recipients | Privilege |
|---|---|---|---|---|
| 105 | February 2, 2005 | Adeline Yu | hubera@apple.com, jhammerstrom@apple.com, emery@apple.com, jarchibald@apple.com, rcaballero@apple.com, bollingr@apple.com, guyb@apple.com, ehankey@apple.com, barker@apple.com, ssamoilova@apple.com, tfadell@apple.com, broos@apple.com, lbolton@apple.com, scottkrueger@apple.com, ned@apple.com, bryson@apple.com, jrfisher@apple.com, carl.norum@apple.com, jarthur@apple.com, aswanberg@apple.com, glydon@apple.com, tmarbois@apple.com, vkrasnov@apple.com, gerickson@apple.com, rhackett@apple.com, irice@apple.com, jcastillo@apple.com, jrios@apple.com, hschwartz@apple.com, jterlizzi@apple.com, wlaw@apple.com, fletch@apple.com, ahodge@apple.com, janm@apple.com, kkatz@apple.com, jboettcher@apple.com, jfilson@apple.com, roel@apple.com, mwoodson@apple.com, dtupman@apple.com, kurtd@apple.com, owest@apple.com, swells@apple.com, davids@apple.com, drona@apple.com, diep.pham@apple.com, jp@apple.com, osonie@apple.com, ratwell@apple.com, mbrooks@apple.com, bcorlett@apple.com, szadesky@apple.com, dnitschke@apple.com, michaelv@apple.com, prashant@apple.com, joehayes@apple.com, jhamlin@apple.com, kristi@apple.com, dweber@apple.com, phobson@apple.com, ealonso@apple.com, kherman@apple.com, dj@apple.com, creech@apple.com, bstull@apple.com, madler@apple.com, alex@apple.com, bsander@apple.com, swu@apple.com, lroberts@apple.com, blynch@apple.com, jesse@apple.com, girish@apple.com, mlevine@apple.com, gcarson@apple.com, vmt@apple.com, smedegaard@apple.com, bradyb@apple.com, gmarriott@apple.com, joseph.w@apple.com, dumont@apple.com, dfarrar@apple.com, ilo@apple.com, emilyc@apple.com, wim@apple.com, aram@apple.com, jhamlin@apple.com, ewa@apple.com, laxson1@apple.com, ebigelow@apple.com, amyo@apple.com, cclause@apple.com, cnmitchell@jonesday.com, jhunt@apple.com, rmukhar@apple.com, nthompson@apple.com, lynnm@apple.com, sakoman@apple.com, mcsorley@apple.com, ruby@apple.com | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding ipod anti-trust litigation |
| 106 | May 30, 2006 | Josh Tenuta | Bud Tribble | Confidential attorney communication concerning legal advice regarding burning and ripping |