EXHIBIT C

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|---|---|---|---|---|
| 107 | Mar 18 2005 | Philip Schiller | Jeff Robbin, Nancy Heinen, Eddy Cue, Greg Joswiak, Steve Jobs, Sina Tamaddon. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 108 | Mar 18 2005 | Kevin Saul | Laurence Pulgram, Arne Ringnes, David Hayes, Kevin Saul, Eddy Cue, Jeff Robbin, Lynn Miller, Nancy Heinen, Sue Runfola, Carlyn Clause. | Confidential attorney communication concerning legal advice regarding FairPlay updates. |
| 109 | Mar 23 2005 | Eddy Cue | Jeff Robbin, Patrice Gautier, Kevin Saul, Dave Heller. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 110 | Mar 17 2005 | Laurence Pulgram | Kevin Saul, David Hayes, Jeff Robbin. | Confidential attorney communication concerning legal advice regarding DVD Jon hack. |
| 111 | Mar 18 2005 | Laurence Pulgram | Kevin Saul, Arne Ringnes, Lynn Miller, Nancy Heinen, Carlyn Clause, David Hayes, runfola@apple.com. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 112 | Nov 22 2003 | Steve Jobs | Nancy Heinen, Kevin Saul, Eddy Cue, Jeff Robbin, Sina Tamaddon. | Confidential attorney communication concerning legal advice regarding FairPlay hack. |
| 113 | Nov 22 2003 | Kevin Saul | Nancy Heinen, Eddy Cue, Jeff Robbin, Sina Tamaddon. | Confidential attorney communication concerning legal advice regarding FairPlay hack. |
| 114 | Nov 22 2003 | Kevin Saul | Nancy Heinen, Eddy Cue, Jeff Robbin, Sina Tamaddon. | Confidential attorney communication concerning legal advice regarding FairPlay hack. |
| 115 | Nov 29 2003 | Kevin Saul | Jeff Robbin, Eddy Cue. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 116 | Nov 24 2003 | Bud Tribble | Eddy Cue, Jeff Robbin, James Higa, Kevin Saul. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 117 | Nov 25 2003 | Kevin Saul | Eddy Cue, Jeff Robbin, James Higa, Bud Tribble. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 118 | Nov 21 2003 | Kevin Saul | Jeff Robbin. | Confidential attorney communication concerning legal advice regarding iTunes hack. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|-----|------|--------|--------------|-----------|
| 119 | Nov 21 2003 | Kevin Saul | Jeff Robbin. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 120 | Nov 22 2003 | Tim Schaaff | Jeff Robbin, Kevin Saul, Eddy Cue, Vince Uttley, Tom Dowdy, Anne NMI Jones, Sina Tamaddon. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 121 | Nov 27 2003 | Nancy Heinen | Steve Jobs, Kevin Saul, Eddy Cue, Jeff Robbin, Sina Tamaddon. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 122 | Nov 27 2003 | Eddy Cue | Nancy Heinen, Sina Tamaddon, Kevin Saul, Tim Schaaff, Steve Jobs, Jeff Robbin. | Confidential attorney communication concerning legal advice regarding FairPlay hack. |
| 123 | Jul 12 2004 | Isabel Scheltdorf | Jeff Robbin, Kevin Saul. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 124 | Apr 7 2004 | Sue Runfola | Jeff Robbin, Eddy Cue, Kevin Saul. | Confidential attorney communication concerning legal advice regarding FairPlay circumvention. |
| 125 | Nov 3 2004 | Kevin Saul | Jeff Robbin, George Borkowski, Carlyn Clause, Nancy Heinen, Elise Bigelow, Leslie FIthian. | Confidential attorney communication concerning legal advice regarding Software updates. |
| 126 | Apr 10 2004 | Eddy Cue | Kevin Saul, Jeff Robbin. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 127 | Jun 10 2004 | Bud Tribble | Leslie Fithian, Jeff Robbin, Tim Schaaff, Joyce Chow. | Confidential attorney communication concerning legal advice regarding FairPlay update. |
| 128 | Jul 9 2004 | Kevin Saul | Katie Cotton, Steve Dowling, Thomas La Perle, Alan Hely, George Albrecht, Florence Lonis, Bud Tribble, Jeff Robbin, Eddy Cue. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 129 | Jul 13 2004 | Eddy Cue | Georg Albrecht, Alan Hely, Isabel Scheltdorf, Carsten Dierksen, Chris Bell, Jeff Robbin. | Confidential attorney communication concerning legal advice regarding iTunes hack. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|-----|------|--------|--------------|-----------|
| 130 | Jul 8 2004 | Jeff Robbin | Eddy Cue, Kevin Saul, Patrice Gautier, drm-core-team@group.apple.com. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 131 | Feb 4 2004 | Eddy Cue | Pam Johnson, Jeff Robbin. | Confidential attorney communication concerning legal advice regarding software updates. |
| 132 | Sep 10 2004 | Elise Bigelow | Jason Hunt, Dave Heller, Jeff Robbin, Roger Pantos, Marc Sinykin, Jeff Miller, Tom Dowdy, Nancy Laxson- Highton, Rose Mukhar, Carlyn Clause, Lynn Miller, Adeline Yu, Mark Buckley. | Confidential attorney communication concerning legal advice regarding document retention policy. |
| 133 | Nov 3 2004 | Kevin Saul | George Borkowski, Carlyn Clause, Nancy Heinen, Elise Bigelow, Leslie Fithian, Jeff Robbin. | Confidential attorney communication concerning legal advice regarding software updates. |
| 134 | Apr 26 2004 | Bud Tribble | Jeff Robbin, Eddy Cue, Dave Heller, Kevin Saul, Tom Dowdy. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 135 | Jul 8 2004 | Tom Dowdy | Roger Pantos, Jeff Robbin, Patrice Gautier, Kevin Saul, drm-core-team@group.apple.com, Eddy Cue. | Confidential attorney communication concerning legal advice regarding DVD Jon. |
| 136 | Jul 8 2004 | Roger Pantos | Jeff Robbin, Patrice Gautier, Kevin Saul, drm-core-team@group.apple.com, Eddy Cue. | Confidential attorney communication concerning legal advice regarding DVD Jon. |
| 137 | Jul 8 2004 | Roger Pantos | Jeff Robbin, Patrice Gautier, Kevin Saul, drm-core-team@group.apple.com, Eddy Cue. | Confidential attorney communication concerning legal advice regarding DVD Jon. |
| 138 | Apr 29 2004 | Kevin Saul | Jeff Robbin, Eddy Cue. | Confidential attorney communication concerning legal advice regarding iTunes hack. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|---|---|---|---|---|
| 139 | Jan 7 2004 | Kevin Saul | Jeff Robbin, Tom Dowdy. | Confidential attorney communication concerning legal advice regarding software updates. |
| 140 | Apr 6 2004 | Kevin Saul | Jeff Robbin. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 141 | Jun 11 2004 | Tim Schaaff | Bud Tribble, Jeff Robbin, Joyce Chow, Leslie Fithian. | Confidential attorney communication concerning legal advice regarding software updates. |
| 142 | Jun 11 2004 | Bud Tribble | Jeff Robbin, Joyce Chow, Tim Schaaff, Leslie Fithian. | Confidential attorney communication concerning legal advice regarding software updates. |
| 143 | Jun 11 2004 | Tim Schaaff | Bud Tribble, Jeff Robbin, Joyce Chow, Leslie Fithian, Stephanie Gwerder. | Confidential attorney communication concerning legal advice regarding software updates. |
| 144 | Jun 11 2004 | Bud Tribble | Jeff Robbin, Joyce Chow, Tim Schaaff, Leslie Fithian, Stephanie Gwerder. | Confidential attorney communication concerning legal advice regarding software updates. |
| 145 | Apr 10 2004 | Kevin Saul | Eddy Cue, Jeff Robbin, Patrice Gautier. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 146 | Apr 10 2004 | Patrice Gautier | Kevin Saul, Eddy Cue, Jeff Robbin. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 147 | May 6 2004 | David Hayes | Jeff Robbin, Kevin Saul, Lynn Miller. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 148 | Jul 9 2004 | Kevin Saul | Isabel Scheltdorf, Jeff Robbin, Eddy Cue, Bud Tribble, Steve Dowling, Katie Cotton, Alan Hely, Thomas La Perle, Florence Lonis, Georg Albrecht. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 149 | Jul 9 2004 | Bud Tribble | Isabel Scheltdorf, Jeff Robbin, Eddy Cue, Kevin Saul, Steve Dowling, Katie Cotton, Alan Hely, Thomas La Perle, Florence Lonis, Georg Albrecht. | Confidential attorney communication concerning legal advice regarding iTunes hack. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|---|---|---|---|---|
| 150 | Jul 9 2004 | Kevin Saul | Isabel Scheltdorf, Jeff Robbin, Eddy Cue, Bud Tribble, Steve Dowling, Katie Cotton, Alan Hely, Thomas La Perle, Florence Lonis, Georg Albrecht. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 151 | May 6 2004 | Kevin Saul | David Hayes, Lynn Miller, Dave Heller, Jeff Robbin, Tom Dowdy, Eddy Cue. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 152 | Jan 29 2004 | James Higa | Eddy Cue, Bud Tribble, Jeff Robbin, Kevin Saul. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 153 | Jan 29 2004 | James Higa | Bud Tribble, Jeff Robbin, Kevin Saul. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 154 | Jan 29 2004 | Kevin Saul | Bud Tribble, Jeff Robbin, James Higa. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 155 | Jan 29 2004 | Kevin Saul | Bud Tribble, Jeff Robbin, James Higa. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 156 | Aug 26 2004 | Kevin Saul | Tim Cook, Peter Oppenheimer, Gregory Joswiak, Phil Schiller, Eddy Cue, Nancy Paxton, Steve Dowling, Natalie Kerris, Nancy Heinen, Katie Cotton. | Confidential attorney communication concerning legal advice regarding RealNetworks' Harmony. |
| 157 | Jul 9 2004 | Kevin Saul | Katie Cotton, Steve Dowling, Thomas La Perle, Alan Hely, George Albrecht, Florence Lonis, Bud Tribble, Jeff Robbin, Eddy Cue. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 158 | Jul 12 2004 | Isabel Scheltdorf | Jeff Robbin, Kevin Saul. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 159 | Jul 12 2004 | Isabel Scheltdorf | Jeff Robbin, Kevin Saul. | Confidential attorney communication concerning legal advice regarding iTunes hack. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|-----|------|--------|--------------|-----------|
| 160 | Jul 12 2004 | Isabel Scheltdorf | Jeff Robbin, Kevin Saul. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 161 | Jul 9 2004 | Kevin Saul | Katie Cotton, Steve Dowling, Thomas La Perle, Alan Hely, George Albrecht, Florence Lonis, Bud Tribble, Jeff Robbin, Eddy Cue. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 162 | Jul 9 2004 | Kevin Saul | Katie Cotton, Steve Dowling, Thomas La Perle, Alan Hely, George Albrecht, Florence Lonis, Bud Tribble, Jeff Robbin, Eddy Cue. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 163 | Jun 11 2004 | Tim Schaaff | Bud Tribble, Jeff Robbin, Joyce Chow, Leslie Fithian, Stephanie Gwerder. | Confidential attorney communication concerning legal advice regarding software updates. |
| 164 | Jun 11 2004 | Tim Schaaff | Bud Tribble, Jeff Robbin, Joyce Chow, Leslie Fithian, Stephanie Gwerder. | Confidential attorney communication concerning legal advice regarding software updates. |
| 165 | Jun 11 2004 | Tim Schaaff | Bud Tribble, Jeff Robbin, Joyce Chow, Leslie Fithian, Stephanie Gwerder. | Confidential attorney communication concerning legal advice regarding software updates. |
| 166 | Jun 11 2004 | Tim Schaaff | Bud Tribble, Jeff Robbin, Joyce Chow, Leslie Fithian, Stephanie Gwerder. | Confidential attorney communication concerning legal advice regarding software updates. |
| 167 | Jun 11 2004 | Tim Schaaff | Bud Tribble, Jeff Robbin, Joyce Chow, Leslie Fithian, Stephanie Gwerder. | Confidential attorney communication concerning legal advice regarding software updates. |
| 168 | Jun 10 2004 | Bud Tribble | Leslie Fithian, Jeff Robbin, Tim Schaaff, Joyce Chow. | Confidential attorney communication concerning legal advice regarding FairPlay update. |
| 169 | Jun 10 2004 | Bud Tribble | Leslie Fithian, Jeff Robbin, Tim Schaaff, Joyce Chow. | Confidential attorney communication concerning legal advice regarding FairPlay update. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|-----|------|--------|--------------|-----------|
| 170 | Jun 10 2004 | Bud Tribble | Leslie Fithian, Jeff Robbin, Tim Schaaff, Joyce Chow. | Confidential attorney communication concerning legal advice regarding FairPlay update. |
| 171 | Jun 10 2004 | Bud Tribble | Leslie Fithian, Jeff Robbin, Tim Schaaff, Joyce Chow. | Confidential attorney communication concerning legal advice regarding FairPlay update. |
| 172 | Jun 10 2004 | Bud Tribble | Leslie Fithian, Jeff Robbin, Tim Schaaff, Joyce Chow. | Confidential attorney communication concerning legal advice regarding FairPlay update. |
| 173 | Mar 18 2005 | Philip Schiller | Jeff Robbin, Nancy Heinen, Eddy Cue, Greg Joswiak, Steve Jobs, Sina Tamaddon. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 174 | Mar 18 2005 | Philip Schiller | Jeff Robbin, Nancy Heinen, Eddy Cue, Greg Joswiak, Steve Jobs, Sina Tamaddon. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 175 | Mar 18 2005 | Philip Schiller | Jeff Robbin, Nancy Heinen, Eddy Cue, Greg Joswiak, Steve Jobs, Sina Tamaddon. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 176 | Mar 18 2005 | Philip Schiller | Jeff Robbin, Nancy Heinen, Eddy Cue, Greg Joswiak, Steve Jobs, Sina Tamaddon. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 177 | Apr 7 2004 | Sue Runfola | Jeff Robbin, Eddy Cue, Kevin Saul. | Confidential attorney communication concerning legal advice regarding FairPlay circumvention. |
| 178 | Mar 18 2005 | Kevin Saul | Laurence Pulgram, Arne Ringnes, David Hayes, Eddy Cue, Jeff Robbin, Lynn Miller, Nancy Heinen, Sue Runfola, Carlyn Clause. | Confidential attorney communication concerning legal advice regarding FairPlay updates. |
| 179 | Aug 26 2004 | Kevin Saul | Tim Cook, Peter Oppenheimer, Gregory Joswiak, Phil Schiller, Eddy Cue, Nancy Paxton, Steve Dowling, Natalie Kerris, Nancy Heinen, Katie Cotton. | Confidential attorney communication concerning legal advice regarding RealNetworks' Harmony. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|---|---|---|---|---|
| 180 | Jul 9 2004 | Kevin Saul | Isabel Scheltdorf, Jeff Robbin, Eddy Cue, Bud Tribble, Steve Dowling, Katie Cotton, Alan Hely, Thomas La Perle, Florence Lonis, Georg Albrecht. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 181 | Jul 9 2004 | Bud Tribble | Isabel Scheltdorf, Jeff Robbin, Eddy Cue, Kevin Saul, Steve Dowling, Katie Cotton, Alan Hely, Thomas La Perle, Florence Lonis, Georg Albrecht. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 182 | Jul 13 2004 | Eddy Cue | Georg Albrecht, Alan Hely, Isabel Scheltdorf, Carsten Dierksen, Chris Bell, Jeff Robbin. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 183 | Jun 11 2004 | Bud Tribble | Jeff Robbin, Joyce Chow, Tim Schaaff, Leslie Fithian. | Confidential attorney communication concerning legal advice regarding software updates. |
| 184 | Jun 11 2004 | Tim Schaaff | Bud Tribble, Jeff Robbin, Joyce Chow, Leslie Fithian. | Confidential attorney communication concerning legal advice regarding software updates. |
| 185 | Nov 3 2004 | Kevin Saul | Jeff Robbin, Kevin Saul, George Borkowski, Carlyn Clause, Nancy Heinen, Elise | Confidential attorney communication concerning legal advice regarding software updates. |
| 186 | Jan 29 2004 | Kevin Saul | Bud Tribble, Jeff Robbin, James Higa. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 187 | Jan 29 2004 | Kevin Saul | Bud Tribble, Jeff Robbin, James Higa. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 188 | Jan 29 2004 | James Higa | Eddy Cue, Bud Tribble, Jeff Robbin, Kevin Saul. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 189 | Jan 29 2004 | James Higa | Bud Tribble, Jeff Robbin, Kevin Saul. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 190 | Apr 10 2004 | Eddy Cue | Kevin Saul, Jeff Robbin. | Confidential attorney communication concerning legal advice regarding iTunes hack. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|---|---|---|---|---|
| 191 | Apr 10 2004 | Patrice Gautier | Kevin Saul, Eddy Cue, Jeff Robbin. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 192 | Apr 10 2004 | Kevin Saul | Eddy Cue, Jeff Robbin, Patrice Gautier. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 193 | Apr 29 2004 | Kevin Saul | Jeff Robbin, Eddy Cue. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 194 | Apr 10 2004 | Patrice Gautier | Eddy Cue, Jeff Robbin, Kevin Saul. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 195 | Apr 10 2004 | Patrice Gautier | Eddy Cue, Jeff Robbin, Kevin Saul. | Confidential attorney communication concerning legal advice regarding iTunes hack. |
| 196 | Nov 22 2003 | Kevin Saul | Nancy Heinen, Eddy Cue, Jeff Robbin, Sina Tamaddon. | Confidential attorney communication concerning legal advice regarding FairPlay hack. |
| 197 | Nov 22 2003 | Kevin Saul | Nancy Heinen, Eddy Cue, Jeff Robbin, Sina Tamaddon. | Confidential attorney communication concerning legal advice regarding FairPlay hack. |
| 198 | May 11 2006 | Jeff Robbin | Bud Tribble, Leslie Fithian. | Confidential attorney communication concerning legal advice regarding software updates. |
| 199 | Dec 18 2006 | Jeff Robbin | Dave Heller, Kevin Saul. | Confidential attorney communication concerning legal advice regarding FairPlay circumvention. |
| 200 | May 2 2005 | Bud Tribble | Tim Schaaff, Dave Heller, Jeff Robbin, Leslie Fithian. | Confidential attorney communication concerning legal advice regarding software updates. |
| 201 | May 3 2005 | Tim Schaaff | Dave Heller, Jeff Robbin, Leslie Fithian, Bud Tribble. | Confidential attorney communication concerning legal advice regarding software updates. |
| 202 | May 4 2005 | Leslie Fithian | Tim Schaaff, Dave Heller, Jeff Robbin, Bud Tribble. | Confidential attorney communication concerning legal advice regarding software updates. |
| 203 | May 4 2005 | Tim Schaaff | Leslie Fithian, Dave Heller, Jeff Robbin, Bud Tribble. | Confidential attorney communication concerning legal advice regarding software updates. |
| 204 | Nov 4 2005 | Steve Jobs | Jeff Robbin, Eddy Cue, et@group.apple.com, Tony Fadell, Greg Jozwiak | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|-----|------|--------|--------------|-----------|
| 205 | Nov 4 2005 | Tony Fadell | Steve Jobs, Jeff Robbin, Eddy Cue, et@group.apple.com, Greg Jozwiak | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 206 | Nov 4 2005 | Greg Jozwiak | Steve Jobs, Jeff Robbin, Eddy Cue, et@group.apple.com, Tony Fadell, Greg Jozwiak | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 207 | Nov 4 2005 | Steve Jobs | Steve Jobs, Jeff Robbin, Eddy Cue, et@group.apple.com, Tony Fadell, Greg Jozwiak | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 208 | Nov 4 2005 | Steve Jobs | Steve Jobs, Jeff Robbin, Eddy Cue, et@group.apple.com, Tony Fadell, Greg Jozwiak | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 209 | Nov 4 2005 | Tony Fadell | Steve Jobs, Jeff Robbin, Eddy Cue, et@group.apple.com, Greg Jozwiak, Nancy Heinen | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 210 | Nov 4 2005 | Tony Fadell | Steve Jobs, Jeff Robbin, Eddy Cue, et@group.apple.com, Greg Jozwiak | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 211 | Dec 22 2005 | Bud Tribble | Tony Fadell, Eddy Cue, Jeff Robbin, Leslie Fithian | Confidential attorney communication concerning legal advice regarding Fairplay content protection |
| 212 | Dec 22 2005 | Tony Fadell | Bud Tribble, Eddy Cue, Jeff Robbin, Leslie Fithian | Confidential attorney communication concerning legal advice regarding Fairplay content protection. |
| 213 | Dec 22 2005 | Bud Tribble | Tony Fadell, Eddy Cue, Jeff Robbin, Leslie Fithian | Confidential attorney communication concerning legal advice regarding Fairplay content protection. |
| 214 | Apr 4 2005 | Jeff Robbin | Kevin Saul, Eddy Cue. | Confidential attorney communication concerning legal advice regarding hack. |
| 215 | Nov 4 2005 | Steve Jobs | Jeff Robbin, Eddy Cue, et@group.apple.com, Tony Fadell, Greg Jozwiak | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 216 | Nov 25 2006 | Carlyn Clause | Peter Oppenheimer, Kevin Saul, Eddy Cue, Steve Dowling | Confidential attorney communication concerning legal advice regarding DVD Jon |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|---|---|---|---|---|
| 217 | Jan 6 2004 | Kevin Saul | Lynn Miller, David Hayes, Laurence Pulgram | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding Demand Letter. |
| 218 | Jan 7 2004 | Kevin Saul | dowdy@apple.com, David Hayes, Lau | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |
| 219 | Jan 7 2004 | Kevin Saul | Sue Runfola, David Hayes, Laurence Pulgram | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |
| 220 | Jan 8 2004 | Kevin Saul | Jerome Richardot, Lynn Miller, Kessler, Cahn, Daniel Kahn, David Hayes | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |
| 221 | Jan 8 2004 | Kevin Saul | Jerome Richardot, Lynn Miller, Kessler, Cahn, Daniel Kahn, David Hayes | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |
| 222 | Jan 9 2004 | Kevin Saul | Sue Runfola, Cahn, Lynnm@apple.com, David Hayes, jrichardot@kahnlaw.com, mlkessler@kahnlaw.com | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |
| 223 | Oct 31 2006 | Paul Towner | Kevin Saul, Leslie Fithian, | Confidential attorney communication concerning legal advice regarding hack. |
| 224 | Dec 3 2003 | Kevin Saul | Arne Ringes, lpulgram@fenwick.com, dhayes@fenwick.com, lynnm@apple.com, heinen@apple.com | Confidential attorney communication concerning legal advice regarding hack. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|-----|------|--------|--------------|-----------|
| 225 | Dec 4 2003 | Kevin Saul | David Hayes, Arne Ringnes | Confidential attorney communication concerning legal advice regarding hack. |
| 226 | Dec 22 2003 | Kevin Saul | Sue Runfola, David Hayes, Lynn Miller | Confidential attorney communication concerning legal advice regarding hack. |
| 227 | Dec 22 2003 | Kevin Saul | David Hayes, lynnm@apple.com, David Hayes, Arne Ringnes, Laurence Pulgram, Nancy Heinen | Confidential attorney communication concerning legal advice regarding hack. |
| 228 | Jan 5 2004 | Kevin Saul | Lynn Miller, Arne Ringnes, David Hayes, Nancy Heinen, Tom Dowdy, Eddy Cue, Jeff Robbin | Confidential attorney communication concerning legal advice regarding hack. |
| 229 | Jan 5 2004 | Kevin Saul | David Hayes | Confidential attorney communication concerning legal advice regarding hack. |
| 230 | Jan 6 2004 | Kevin Saul | Lynn Miller, David Hayes, Laurence Pulgram, | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding Demand Letter. |
| 231 | Jan 7 2004 | Kevin Saul | dowdy@apple.com, David Hayes, Laurence Pulgram | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |
| 232 | Jan 7 2004 | Kevin Saul | Sue Runfola, David Hayes, Laurence Pulgram | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |
| 233 | Jan 7 2004 | Kevin Saul | David Hayes, Laurence Pulgram, Lynn Miller, Sue Runfola | Confidential attorney communication concerning legal advice regarding hack. |
| 234 | Jan 7 2004 | Kevin Saul | Chris Quezada, David Hayes, Lynn MillerLaurence Pulgram, Nancy Heinen | Confidential attorney communication concerning legal advice regarding hack. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|---|---|---|---|---|
| 235 | Jan 8 2004 | Kevin Saul | Nancy Heinen, Lynn Miller, Paul O'Hare, David Hayes, | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |
| 236 | Jan 8 2004 | Kevin Saul | Jerome Richardot, Lynn Miller, Kessler, Cahn, Daniel Kahn, David Hayes | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |
| 237 | Jan 9 2004 | Kevin Saul | Sue Runfola, Cahn, Lynnm@apple.com, David Hayes, jrichardot@kahnlaw.com, mlkessler@kahnlaw.com | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |
| 238 | Jan 10 2004 | Kevin Saul | Sue Runfola | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |
| 239 | Jan 29 2004 | Kevin Saul | James Higa, Bud Tribble, Jeff Robbin | Confidential attorney communication concerning legal advice regarding hack. |
| 240 | Jan 30 2004 | Kevin Saul | James Higa, Eddy Cue, Bud Tribble, Jeff Robbin | Confidential attorney communication concerning legal advice regarding hack. |
| 241 | Feb 13 2004 | Kevin Saul | Jacqueline Famulak | Confidential attorney communication concerning legal advice regarding hack. |
| 242 | Feb 16 2004 | Kevin Saul | Lynn Miller, Jose Antonio B. L. Faria CorreaMauro Ivan C. R. dos Santos, Raul Hey, David Hayes | Confidential attorney communication concerning legal advice regarding hack. |
| 243 | Feb 16 2004 | Kevin Saul | Jose Antonio B. L. Fario Correa, Lynn Miller, Mauro Ivan C. R. dos Santos, Raul Hey, David Hayes | Confidential attorney communication concerning legal advice regarding hack. |
| 244 | Feb 16 2004 | Kevin Saul | Jacqueline Famulak | Confidential attorney communication concerning legal advice regarding hack. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|---|---|---|---|---|
| 245 | Feb 16 2004 | Kevin Saul | Kevin Saul, Chris Quezada, Jose Antonio B.L. Faria Correa, David Hayes, Henriette Batiste O Caneles, Lynn Miller, Mauro Ivan C. R. do Santos, Raul Hey | Confidential attorney communication concerning legal advice regarding hack. |
| 246 | Feb 16 2004 | Kevin Saul | Jose Antonio B.L. Faria Correa, Lynn Miller, David Hayes,Henriette Batista O Canelas, Mauro Ivan C. R. dos Santos, Raul Hey | Confidential attorney communication concerning legal advice regarding hack. |
| 247 | Feb 17 2004 | Kevin Saul | David Hayes, Jose Antonio B.L. Faria Correa, Lynn Miller, Mauro Ivan C.R. dos Santos, Raul Hey, Chris Quezada | Confidential attorney communication concerning legal advice regarding hack. |
| 248 | Feb 17 2004 | Kevin Saul | David Hayes, Jose Antonio B.L. Faria Correa, Lynn Miller, Mauro Ivan C.R. dos Santos, Raul Hey, Chris Quezada | Confidential attorney communication concerning legal advice regarding hack. |
| 249 | Feb 21 2004 | Kevin Saul | David Hayes, Jose Antonio B.L. Faria Correa, Lynn Miller, Mauro Ivan C.R. dos Santos, Raul Hey, Marco Antonio Penna Concalves | Confidential attorney communication concerning legal advice regarding hack. |
| 250 | Mar 29 2004 | Kevin Saul | David Hayes,Jeff Robbin, Eddy Cue, | Confidential attorney communication concerning legal advice regarding hack. |
| 251 | Mar 30 2004 | Kevin Saul | David Hayes, Jeff Robbin, Eddy Cue | Confidential attorney communication concerning legal advice regarding hack. |
| 252 | Apr 7 2004 | Kevin Saul | David Hayes, Sue Runfola, Jeff Robbin | Confidential attorney communication concerning legal advice regarding hack. |
| 253 | Apr 7 2004 | Kevin Saul | David Hayes, Sue Runfola, Jeff Robbin | Confidential attorney communication concerning legal advice regarding hack. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|---|---|---|---|---|
| 254 | Apr 27 2004 | Kevin Saul | Lynn Miller | Confidential attorney communication concerning legal advice regarding hack. |
| 255 | Jul 22 2004 | Kevin Saul | Lynn Miller, Nancy Heinen, Jeff Robbin, Teresa Weaver, Steve Dowling, Chip Lutton, Carlyn Clause, Eddy Cue | Confidential attorney communication concerning legal advice regarding DMCA. |
| 256 | Aug 4 2004 | Kevin Saul | George Borkowski, Carlyn Clause, Leslie Fithian, Chip Lutton | Confidential attorney communication concerning legal advice regarding Fairplay. |
| 257 | Aug 4 2004 | Kevin Saul | Leslie Fithian, Carlyn Clause, Chip Lutton, George Borkowski | Confidential attorney communication concerning legal advice regarding Fairplay. |
| 258 | Nov 4 2004 | Kevin Saul | George Borkowski, Carlyn Clause, Nancy Neinen, Elise Bigelow, Leslie Fithian | Confidential attorney communication concerning legal advice regarding Real Networks' Harmony. |
| 259 | Nov 4 2004 | Kevin Saul | George Borkowski, Carlyn Clause, Nancy Heinen, Elise Begelow, Leslie Fithian | Confidential attorney communication concerning legal advice regarding Real Networks' Harmony. |
| 260 | Feb 23 2005 | Kevin Saul | Elinora Mantovani, William Mintum, Patrice Gautier, Carlyn Clause | Confidential attorney communication concerning legal advice regarding hack. |
| 261 | Mar 18 2005 | Kevin Saul | Thomas Bramwell | Confidential attorney communication concerning legal advice regarding hack. |
| 262 | Mar 18 2005 | Kevin Saul | Laurence Pulgram, Arne Ringnes, David Hayes, Sue Runfola, Lynn Miller, Nancy Heinen, Carlyn Clause | Confidential attorney communication concerning legal advice regarding hack. |
| 263 | Mar 23 2005 | Kevin Saul | Laurence Pulgram, Nancy Heinen, Carlyn Clause, David Hayes | Confidential attorney communication concerning legal advice regarding hack. |
| 264 | Jan 8 2004 | Kevin Saul | Jerome Richardot, Lynn Miller, Kessler, Cahn, Daniel Kahn, David Hayes | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|---|---|---|---|---|
| 265 | Jan 8 2004 | Kevin Saul | Jerome Richardot, Lynn Miller, Kessler, Cahn, Daniel Kahn, David Hayes | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding hack. |
| 266 | Nov 4 2005 | Steve Jobs | Jeff Robbin, Eddy Cue, et@group.apple.com, Tony Fadell, Greg Jozwiak | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 267 | Nov 4 2005 | Steve Jobs | Jeff Robbin, Eddy Cue, et@group.apple.com, Tony Fadell, Greg Jozwiak, Nancy Heinen | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 268 | Nov 4 2005 | Tony Fadell | Steve Jobs, Jeff Robbin, Eddy Cue, Greg Jozwiak, General Counsel, Nancy Heinen. | Confidential attorney communication concerning legal advice regarding iPod interoperability. |
| 269 | Nov 4 2005 | Steve Jobs | Jeff Robbin, Eddy Cue, et@group.apple.com, Tony Fadell, Greg Jozwiak | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 270 | Nov 4 2005 | Steve Jobs | Jeff Robbin, Eddy Cue, et@group.apple.com, Tony Fadell, Greg Jozwiak | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 271 | Dec 22 2005 | Bud Tribble | Tony Fadell, Eddy Cue, Jeff Robbin, Leslie Fithian | Confidential attorney communication concerning legal advice regarding Fairplay. |
| 272 | Dec 22 2005 | Tony Fadell | Bud Tribble, Eddy Cue, Jeff Robbin, Leslie Fithian | Confidential attorney communication concerning legal advice regarding Fairplay content protection. |
| 273 | Jul 10 2006 | Augustin J. Farrugia | Bud Tribble, Leslie Fithian | Confidential attorney communication concerning legal advice regarding Cloakware. |
| 274 | Dec 22 2005 | Bud Tribble | Tony Fadell, Eddy Cue, Jeff Robbin, Leslie Fithian | Confidential attorney communication concerning legal advice regarding Fairplay content protection. |
| 275 | Feb 24 2005 | Brandee Allen | Leslie Fithian, Tim Schaaff | Confidential attorney communication concerning legal advice regarding Cloakware. |
| 276 | Feb 24 2005 | Brandee Allen | Leslie Fithian, Tim Schaaff | Confidential attorney communication concerning legal advice regarding Cloakware. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|---|---|---|---|---|
| 277 | Nov 4 2005 | Steve Jobs | Jeff Robbin, Eddy Cue, et@group.apple.com, Tony Fadell, Greg Jozwiak | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 278 | Jun 10 2009 | Lisa Olle | David Heller, Lynn Miller, Nancy Laxson-Highton | Confidential attorney communication concerning legal advice regarding Fairplay. |
| 279 | Jun 5 2009 | David Heller | Lisa Olle, Lynn Miller, Nancy Laxson-Highton | Confidential attorney communication concerning legal advice regarding hack. |
| 280 | Nov 4 2005 | Jeff Robbin | Steve Jobs, Eddy Cue, et@group.apple.com, Tony Fadell, Greg Jozwiak, Nancy Heinen | Confidential attorney communication concerning legal advice regarding XBOX 360 and iPod interoperability. |
| 281 | Apr 12 2004 | Kevin Saul | Sue Runfola, Laurence Pulgram, David Hayes | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding Playfair. |
| 282 | Apr 27 2006 | Kevin Saul | Eddy Cue, Chris Wysocki, Kevin Saul, Jeff Robbin, Dave Heller | Confidential attorney communication concerning legal advice regarding hack. |
| 283 | Oct 2 2006 | David Hayes | Kevin Saul | Confidential attorney communication concerning legal advice regarding hack. |
| 284 | Apr 12 2004 | Kevin Saul | Sue Runfola, Laurence Pulgram, David Hayes | Document reflecting confidential attorney-client communication concerning legal advice, and work product prepared by counsel in anticipation of litigation regarding Playfair. |
| 285 | May 11 2004 | Kevin Saul | Sue Runfola, Jeff Robbin | Confidential attorney communication concerning legal advice regarding Playfair. |
| 286 | Feb 20 2008 | Augustin J. Farrugia | Jeff Robbin, Sina Tamaddon, Eddy Cue, Kevin Saul | Confidential attorney communication concerning legal advice regarding hack. |
| 287 | Feb 20 2008 | Kevin Saul | Augustin J. Farrugia, Jeff Robbin, Sina Tamaddon, Eddy Cue | Confidential attorney communication concerning legal advice regarding hack. |
| 288 | Oct 18 2007 | Bud Tribble | Augustin J. Farrugia, Leslie Fithian, Jeff Robbin | Confidential attorney communication concerning legal advice regarding Cloakware. |

The Apple iPod iTunes Antitrust Litigation
No. C-05-00037-JW (N.D. Cal.)
Apple Inc. Privilege Log

| No. | Date | Author | Recipient(s) | Privilege |
|-----|------|--------|--------------|-----------|
| 289 | Apr 27 2006 | Chris Wysocki | Kevin Saul, Jeff Robbin, David Heller | Confidential attorney communication concerning legal advice regarding hack. |
| 290 | Apr 27 2006 | Chris Wysocki | Kevin Saul, Jeff Robbin, David Heller | Confidential attorney communication concerning legal advice regarding hack. |
| 291 | Oct 24 2006 | Jeff Robbin | Kevin Saul, Eddy Cue, Greg Joswiak | Confidential attorney communication concerning legal advice regarding hack. |
| 292 | Nov 14 2006 | Jeff Robbin | Augustin J. Farrugia, Eddy Cue, Kevin Saul, Dave Heller | Confidential attorney communication concerning legal advice regarding hack. |
| 293 | May 8 2007 | Jeff Robbin | Augustin J. Farrugia, Kevin Saul | Confidential attorney communication concerning legal advice regarding hack. |
| 294 | Feb 19 2008 | Jeff Robbin | Sina Tamaddon, Eddy Cue, Kevin Saul, Augustin Farrugia | Confidential attorney communication concerning legal advice regarding hack. |