UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) | Lead Case No. C-05-00037-YGR |
|---|---|---|
|  | ) ) | CLASS ACTION |
| This Document Relates To: | ) ) | ~~PROPOSED~~ ORDER REGARDING ECF NOS. 965, 967 AND 969 |
| ALL ACTIONS. | ) ) |  |

990022_1

1   Before the Court are Plaintiffs' Administrative Motions to File Under Seal, ECF Nos. 965
2   and 967.
3   At the hearing before trial on December 9, 2014, the Court requested Plaintiffs present one
4   proposed order regarding ECF Nos. 965, 967 and 969.

**ECF Nos. 965 and 969**

ECF No. 965 is a request to seal that was filed only because the parties were unable to agree to the filing of the materials publicly before the filing deadline. Subsequently, Apple informed Plaintiffs they did not oppose the public filing of the materials in ECF No. 965, so Plaintiffs filed those materials publicly in ECF No. 969, rendering the motion to seal in ECF No. 965 moot.

**ECF No. 967**

ECF No. 967 is a request to seal Dr. John Kelly's expert report along with slides taken from that document, a document that was previously sealed by the Court. ECF No. 883. Apple has since informed Plaintiffs that it is no longer requesting redactions to the Kelly report to the extent it is used at trial. Thus, ECF No. 967 is moot.

ECF Nos. 965 and 967 are hereby terminated.

IT IS SO ORDERED.

DATED: December 10, 2014

_____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE