UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 05-cv-00037-YGR        **Case Name**:   The Apple iPod iTunes Anti-Trust Litigation

**Date: Thursday, December 11, 2014**          **Time**:  8:07am-8:36am counsel; 8:37am-9:58am; 10:15am-11:47am; 12:06pm-1:30pm; 1:31pm-2:15pm counsel.

**The Honorable YVONNE GONZALEZ ROGERS**

**Clerk**: Frances Stone              **Court Reporter:**     Raynee Mercado

**COUNSEL FOR PLTF:**

**Bonnie Sweeney; Patrick Coughlin, Francis Balint; Alexandra Bernay; Carmen Medici**

**COUNSEL FOR DEFT:**

**William Isaacson; Karen Dunn; Martha Goodman; Meredith Dearborn, and Scott Murray for Apple**

Voir Dire Began: 11/19/14

Trial Began:   12/2/14         Further Trial:  **Friday, 12/12/14 at 8:30am**; Counsel to be present at 8:00am

**Trial Proceedings:**

Defendant witness John Kelly returns to witness stand for written question by a juror.

Defendant attorney Isaacson resumes direct of witness Kevin Murphy.

Defendant attorney Isaacson calls witness Robert Topel.

Defendant attorney Dearborn calls witness Mark Donnelly.

**EXHIBITS**