ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
       – and –
PATRICK J. COUGHLIN (111070)
STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
patc@rgrdlaw.com
sjodlowski@rgrdlaw.com

Class Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT BARBARA BENNETT AS CLASS REPRESENTATIVE |
| ALL ACTIONS. | |
| | Date:         TBD<br>Time:         TBD<br>Courtroom:  1, 4th Floor<br>Judge:        Hon. Yvonne Gonzalez Rogers |

990671_1

1  I, ALEXANDRA S. BERNAY, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of
3  California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the
4  counsel of record for Plaintiff in the above-entitled action. I have personal knowledge of the matters
5  stated herein and, if called upon, I could and would competently testify thereto.

6  2. I submit this declaration in support of Plaintiffs' Motion to Appoint Barbara Bennett
7  as Class Representative.

8  3. On December 3, 2014, following the days trial, Plaintiffs provided to Apple serial
9  number identification from an iPod touch that Marianna Rosen, at that time a named class
10 representative, had with her in Court.

11 4. Also on December 3, 2014, following Court, Ms. Rosen went to her iTunes account
12 page and printed a screenshot that showed the serial number of a different iPod touch than the one
13 she had in Court that day. On December 4, 2014, she retrieved an email receipt from the Short Hills
14 New Jersey Apple Store which detailed the purchase of an iPod touch as well as an iPod nano. This
15 receipt did not list the name of a purchaser on the document.

16 5. Later on December 4, 2014, Apple questioned Ms. Rosen's adequacy in Court and
17 stated its intention to move to dismiss the case based on its view that there was no Plaintiff with
18 standing.

19 6. Apple filed a brief on December 5, 2014, moving to dismiss the case based on issues
20 related to standing. Both before and following Apple's December 5, 2014 filing, I received via email
21 and phone – either directly or via forward, a number of inquiries from people who indicated that they
22 had read the media coverage regarding the litigation and expressed an interest in serving as a class
23 representative.

24 7. On December 5, 6 and 7, 2014, I called and emailed a number of those people who
25 had contacted the firm. I conducted interviews with several people via telephone and sent a number
26 of emails to people as well. I collected serial number information as well as receipts and
27 transactional records to the extent they were available. These were reviewed by myself and others in
28 my office.

8. I also asked questions to determine whether the people met the class definition and would or could serve as proposed class representatives. One of the people I spoke to during this period was Ms. Bennett. I spoke with Ms. Bennett for more than 20 minutes on Sunday, December 7, 2014 and exchanged a number of emails with her after reviewing her documentation. On that day Ms. Bennett signed a retention agreement with my firm. On Monday, December 8, 2014, I also exchanged a number of emails and had at least one telephone call with her. I asked her on December 8, 2014 whether she would be interested in coming to Court in Oakland the following day and providing testimony, to which she assented. Ms. Bennett provided testimony on December 9, 2014 and also sat for a deposition at the Boies Shiller Flexner LLP offices in Oakland following her courtroom appearance. Ms. Bennett has indicated to me an interest in attending closing arguments in this case and has a flight and hotel reservations.

9. After the Court certified the class and approved the list of models in the class period, I worked with Apple's counsel and the class administrator, Rust Consulting Group, to effectuate a notice plan. The parties worked extensively on the notice plan, carefully crafting the language to be used in mailed and publication notice as well as the case information that would appear on the case website, www.ipodlawsuit.com. Many emails were exchanged and several conference calls took place to discuss issues related to the notice plan. One part of the notice plan included the list of models. That list of models remains available on the Court-approved site to this day. At no time during this process did Apple contend the list of models was inaccurate.

10. The notice to the class took place in the spring of 2012, with more than 8 million consumers and more than 500 resellers receiving direct notice.

11. In March of 2013 I received a phone call from Apple's counsel informing me that Mr. Farrugia had determined that the list of affected models Apple provided was incorrect.

12. I later received an email from Apple's counsel which detailed this list of affected models. Because this was not an official statement from Apple, Plaintiffs requested a sworn statement regarding which models were actually affected.

990671_1   DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF PLAINTIFFS' MOTION TO
APPOINT BARBARA BENNETT AS CLASS REPRESENTATIVE - C-05-00037-YGR         - 2 -

13. On July 2, 2013, Augustin Farrugia submitted a supplemental declaration that provided a list of iPod models claimed to be affected by the software and firmware updates (the keybag verification code and the database verification code) in iTunes 7.0 and 7.4.

14. In early September I wrote to Apple's counsel asking Apple to agree to revise the class definition to conform it to the list of affected models claimed in Mr. Farrugia's Supplemental Declaration. I followed up on this query a couple of days later. Apple's counsel informed me that he had passed the message on to Apple. I later learned that Apple's counsel refused to agree to this revision.

15. Attached hereto are true and correct copies of the following Exhibits:

Exhibit 1: Relevant excerpts from the Trial Transcript of Proceedings, held December 9, 2014;

Exhibit 2: Relevant excerpts from the Deposition Transcript of Barbara Bennett, taken December 9, 2014;

Exhibit 3: Relevant excerpts from the Deposition Transcript of Timothy O'Neil, taken December 5, 2014; and

Exhibit 4: Relevant excerpts from the Trial Transcript of Proceedings, held December 8, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of December, 2014, at San Francisco, California.

_____
ALEXANDRA S. BERNAY

990671_1

DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT BARBARA BENNETT AS CLASS REPRESENTATIVE - C-05-00037-YGR         - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 11, 2014.

    s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:       bonnys@rgrdlaw.com

990671_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,cdelacroix@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Thomas R. Burke**
  thomasburke@dwt.com,natashamajorko@dwt.com,sfodocket@dwt.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com,Chuckm@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Suzanne Elizabeth Jaffe**
  SJAFFE@BSFLLP.COM,jchavez@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com

- **Christopher G. Renner**
  crenner@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Kieran Paul Ringgenberg**
  kringgenberg@bsfllp.com,gaulkh@bsfllp.com,cduong@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com,irivera@BSFLLP.com

- **Elaine A. Ryan**
  eryan@bffb.com,rconnell@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Jonathan H Sherman**
  jsherman@bsfllp.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`