1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  BONNY E. SWEENEY (176174)
ALEXANDRA S. BERNAY (211068)
3  CARMEN A. MEDICI (248417)
JENNIFER N. CARINGAL (286197)
4  655 West Broadway, Suite 1900
San Diego, CA  92101
5  Telephone:  619/231-1058
619/231-7423 (fax)
6  bonnys@rgrdlaw.com
xanb@rgrdlaw.com
7  cmedici@rgrdlaw.com
jcaringal@rgrdlaw.com
8       – and –
PATRICK J. COUGHLIN (111070)
9  STEVEN M. JODLOWSKI (239074)
Post Montgomery Center
10  One Montgomery Street, Suite 1800
San Francisco, CA  94104
11  Telephone:  415/288-4545
415/288-4534 (fax)
12  patc@rgrdlaw.com
sjodlowski@rgrdlaw.com
13
Class Counsel for Plaintiffs
14

15

16       UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
17
OAKLAND DIVISION
18

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT BARBARA BENNETT AS CLASS REPRESENTATIVE |
| ALL ACTIONS. | |
| | Date:       TBD |
| | Time:      TBD |
| | Courtroom:  1, 4th Floor |
| | Judge:    Hon. Yvonne Gonzalez Rogers |

19
20
21
22
23
24
25
26
27
28

990671_1

1        I, ALEXANDRA S. BERNAY, declare as follows:

2        1.      I am an attorney duly licensed to practice before all of the courts of the State of

3   California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the

4   counsel of record for Plaintiff in the above-entitled action.  I have personal knowledge of the matters

5   stated herein and, if called upon, I could and would competently testify thereto.

6        2.      I submit this declaration in support of Plaintiffs' Motion to Appoint Barbara Bennett

7   as Class Representative.

8        3.      On December 3, 2014, following the days trial, Plaintiffs provided to Apple serial

9   number identification from an iPod touch that Marianna Rosen, at that time a named class

10  representative, had with her in Court.

11       4.      Also on December 3, 2014, following Court, Ms. Rosen went to her iTunes account

12  page and printed a screenshot that showed the serial number of a different iPod touch than the one

13  she had in Court that day.  On December 4, 2014, she retrieved an email receipt from the Short Hills

14  New Jersey Apple Store which detailed the purchase of an iPod touch as well as an iPod nano.  This

15  receipt did not list the name of a purchaser on the document.

16       5.      Later on December 4, 2014, Apple questioned Ms. Rosen's adequacy in Court and

17  stated its intention to move to dismiss the case based on its view that there was no Plaintiff with

18  standing.

19       6.      Apple filed a brief on December 5, 2014, moving to dismiss the case based on issues

20  related to standing. Both before and following Apple's December 5, 2014 filing, I received via email

21  and phone – either directly or via forward, a number of inquiries from people who indicated that they

22  had read the media coverage regarding the litigation and expressed an interest in serving as a class

23  representative.

24       7.      On December 5, 6 and 7, 2014, I called and emailed a number of those people who

25  had contacted the firm.  I conducted interviews with several people via telephone and sent a number

26  of emails to people as well.  I collected serial number information as well as receipts and

27  transactional records to the extent they were available.  These were reviewed by myself and others in

28  my office.

990671_1    DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF PLAINTIFFS' MOTION TO
APPOINT BARBARA BENNETT AS CLASS REPRESENTATIVE - C-05-00037-YGR        - 1 -

1     8.     I also asked questions to determine whether the people met the class definition and

2  would or could serve as proposed class representatives.  One of the people I spoke to during this

3  period was Ms. Bennett.  I spoke with Ms. Bennett for more than 20 minutes on Sunday, December

4  7, 2014 and exchanged a number of emails with her after reviewing her documentation.  On that day

5  Ms. Bennett signed a retention agreement with my firm.  On Monday, December 8, 2014, I also

6  exchanged a number of emails and had at least one telephone call with her.  I asked her on December

7  8, 2014  whether she would be interested in coming to Court in Oakland the following day and

8  providing testimony, to which she assented.  Ms. Bennett provided testimony on December 9, 2014

9  and also sat for a deposition at the Boies Shiller Flexner LLP offices in Oakland following her

10  courtroom appearance.  Ms. Bennett has indicated to me an interest in attending closing arguments in

11  this case and has a flight and hotel reservations.

12     9.     After the Court certified the class and approved the list of models in the class period, I

13  worked with Apple's counsel and the class administrator, Rust Consulting Group, to effectuate a

14  notice plan.  The parties worked extensively on the notice plan, carefully crafting the language to be

15  used in mailed and publication notice as well as the case information that would appear on the case

16  website, www.ipodlawsuit.com.  Many emails were exchanged and several conference calls took

17  place to discuss issues related to the notice plan.  One part of the notice plan included the list of

18  models.  That list of models remains available on the Court-approved site to this day.  At no time

19  during this process did Apple contend the list of models was inaccurate.

20     10.     The notice to the class took place in the spring of 2012, with more than 8 million

21  consumers and more than 500 resellers receiving direct notice.

22     11.     In March of 2013 I received a phone call from Apple's counsel informing me that Mr.

23  Farrugia had determined that the list of affected models Apple provided was incorrect.

24     12.     I later received an email from Apple's counsel which detailed this list of affected

25  models.  Because this was not an official statement from Apple, Plaintiffs requested a sworn

26  statement regarding which models were actually affected.

27

28

990671_1     DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF PLAINTIFFS' MOTION TO
APPOINT BARBARA BENNETT AS CLASS REPRESENTATIVE - C-05-00037-YGR          - 2 -

1    13.    On July 2, 2013, Augustin Farrugia submitted a supplemental declaration that

2 provided a list of iPod models claimed to be affected by the software and firmware updates (the

3 keybag verification code and the database verification code) in iTunes 7.0 and 7.4.

4    14.    In early September I wrote to Apple's counsel asking Apple to agree to revise the

5 class definition to conform it to the list of affected models claimed in Mr. Farrugia's Supplemental

6 Declaration. I followed up on this query a couple of days later. Apple's counsel informed me that he

7 had passed the message on to Apple. I later learned that Apple's counsel refused to agree to this

8 revision.

9    15.    Attached hereto are true and correct copies of the following Exhibits:

10    Exhibit 1:    Relevant excerpts from the Trial Transcript of Proceedings, held December 9,
                    2014;

11

12    Exhibit 2:    Relevant excerpts from the Deposition Transcript of Barbara Bennett, taken
                    December 9, 2014;

13    Exhibit 3:    Relevant excerpts from the Deposition Transcript of Timothy O'Neil, taken
                    December 5, 2014; and

14

15    Exhibit 4:    Relevant excerpts from the Trial Transcript of Proceedings, held December 8,
                    2014.

16    I declare under penalty of perjury under the laws of the United States of America that the

17 foregoing is true and correct. Executed this 11th day of December, 2014, at San Francisco,

18 California.

19

20    _____
      ALEXANDRA S. BERNAY

21

22

23

24

25

26

27

28

990671_1    DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF PLAINTIFFS' MOTION TO
            APPOINT BARBARA BENNETT AS CLASS REPRESENTATIVE - C-05-00037-YGR        - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2014, I authorized the electronic filing of the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on December 11, 2014.

s/ Bonny E. Sweeney
BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:        bonnys@rgrdlaw.com

990671_1

# Mailing Information for a Case 4:05-cv-00037-YGR The Apple iPod iTunes Anti-Trust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amir Q Amiri**
  aamiri@jonesday.com,cdelacroix@jonesday.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,LMix@rgrdlaw.com,TJohnson@rgrdlaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Michael D. Braun**
  service@braunlawgroup.com,clc@braunlawgroup.com

- **Thomas R. Burke**
  thomasburke@dwt.com,natashamajorko@dwt.com,sfodocket@dwt.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com,Chuckm@rgrdlaw.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com,SJodlowski@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,jchavez@bsfllp.com,kmurphy@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com

- **Meredith Richardson Dearborn**
  mdearborn@bsfllp.com,cseki@bsfllp.com

- **Karen Leah Dunn**
  kdunn@bsfllp.com

- **Andrew S. Friedman**
  khonecker@bffb.com,rcreech@bffb.com,afriedman@bffb.com

- **Martha Lea Goodman**
  mgoodman@bsfllp.com

- **Alreen Haeggquist**
  alreenh@zhlaw.com,judyj@zhlaw.com,winkyc@zhlaw.com

- **William A. Isaacson**
  wisaacson@bsfllp.com,jmilici@bsfllp.com

- **Suzanne Elizabeth Jaffe**
  SJAFFE@BSFLLP.COM,jchavez@bsfllp.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **Roy Arie Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,lwong@jonesday.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,mlandsborough@jonesday.com,pwalter@jonesday.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Maxwell Vaughn Pritt**
  mpritt@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com

- **Christopher G. Renner**
  crenner@bsfllp.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Kieran Paul Ringgenberg**
  kringgenberg@bsfllp.com,gaulkh@bsfllp.com,cduong@bsfllp.com,dnasca@bsfllp.com,sphan@bsfllp.com,irivera@BSFLLP.com

- **Elaine A. Ryan**
  eryan@bffb.com,rconnell@bffb.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Michael Tedder Scott**
  mike.scott@dlapiper.com

- **Jonathan H Sherman**
  jsherman@bsfllp.com

- **Craig Ellsworth Stewart**
  cestewart@jonesday.com,mlandsborough@jonesday.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,E_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Helen I. Zeldes**
  helenz@zhlaw.com,winkyc@zhlaw.com,aarono@zhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)