1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                            OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Lead Case No. C-05-00037-YGR |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT BARBARA BENNETT AS CLASS REPRESENTATIVE |
| ALL ACTIONS. | |

990649_1

Following the Court's December 9, 2014 evidentiary hearing the Court stated:

> I think you've got at least a prima facie showing that I've got someone here who's made a purchase during the relevant time period with her own funds, has some experience, at least from what I can tell, is intelligent and concerned and not – and doesn't have any relationship to the lawyers and reached out on her own accord.
>
> So in light of that, I'm happy to have you go and investigate further, but I'm prepared to allow you folks to go and do that and work on other issues.

Trial Tr. at 1459:13-21.

The Court has the authority to grant the motion. "The court may permit intervention by a new representative or may simply designate that person as a representative in the order granting class certification." *Manual for Complex Litigation* (Fourth) §21.26 (2014) (citing *In re Telectronics Pacing Sys., Inc.*, 172 F.R.D. 271, 283 (S.D. Ohio 1997) (court named substitute new class representative without formal intervention or joinder)).

Based on the showing made in Court, including the exhibits introduced, the law and arguments in Plaintiffs' motion as well as exhibits attached to the motion, the Court finds Plaintiffs' Motion should be granted.

Therefore, the Court hereby appoints Barbara Bennett to serve as Class Representative in this action.

IT IS SO ORDERED.

DATED: _____   _____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE