# EXHIBIT 1

JOHN E. VIRGA
A Professional Corporation
721 Eleventh Street
Sacramento, California 95814

Telephone: (916) 444-6595



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  NO. CR.S-75-451 TJM

　　　　　Plaintiff,  ORDER

vs.

LYNETTE ALICE FROMME,

　　　　　Defendant.
_____/

The motion of defendant for an Order to Release for Inspection and Copying Video Tape Depositions in the Interest of Justice came on regularly for hearing by the court on April 6, 1987. Plaintiff appeared by counsel Assistant U.S. Attorney Doug Hendricks; defendant appeared by counsel JOHN E. VIRGA.

The Court, having considered the motion and other documents in support of the motion, and being fully advised in the matter, finds as follows: *That there is no legal or justifiable reason for continuing this type under seal.*

IT IS, THEREFORE, ORDERED that the Motion to Release for Inspection and Copying the Video Tape Deposition of President Gerald Ford be, and it is hereby granted.

1  IT IS FURTHER ORDERED that the tape must be copied, in
2  the presence of a clerk of the United States Court for the
3  Eastern District of California, and the tape shall be copied,
4  in the Grand Jury Room.

Dated: April 7, 1987

_____
THOMAS J. MCBRIDE
JUDGE OF THE U.S. DISTRICT COURT

[handwritten interlineations: "or viewed"]

-2-