# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.**05-cv-00037-YGR          **Case Name**:   The Apple iPod iTunes Anti-Trust Litigation

**Date: Friday, December 12, 2014**          **Time**:  8:09am-8:27am counsel; 8:29am-9:52am; 10:22am-10:38am; 11:12pm-12:28pm counsel.

**The Honorable YVONNE GONZALEZ ROGERS**

**Clerk**: Frances Stone          **Court Reporter:**     Raynee Mercado

**COUNSEL FOR PLTF:**

**Bonnie Sweeney; Patrick Coughlin, Francis Balint; Alexandra Bernay; Carmen Medici**

**COUNSEL FOR DEFT:**

**William Isaacson; Karen Dunn; Martha Goodman; Meredith Dearborn, and Scott Murray for Apple**

Voir Dire Began: 11/19/14

Trial Began:   12/2/14        Further Trial:  **Monday, 12/15/14 at 10:30am for the Jury; Counsel to be present at 8:00am**

**Trial Proceedings:**

Plaintiff attorney Medici resumes cross of witness Donnelly.

Defense RESTS.

Plaintiff  Rebuttal case:  Plaintiff Attorney calls witness Rod Schultz. Plaintiff RESTS.

Evidentiary Portion of the Trial is completed.

**JURY to return on Monday, 12/15/14 at 10:30am for Closings and Instructions.**

**COUNSEL to return on Monday, 12/15/14 at 8:00am for session before the Court.**


**EXHIBITS ADMITTED:**

**2715A; 2720A; 2593; 951; 2344; 2844; 2493; 2556; 2561; 2379; 2405; 2877; 2858; 2712K; 2743K; 2874; 2874A; 02; 2316.**