**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTITRUST LITIGATION**<br><br>**This Order Relates to:**<br>**All Actions** | Case No.: 05-CV-0037 YGR<br><br>**TRIAL ORDER** |

With respect to a number of pending motions and requests, the Court memorializes the following rulings, made earlier today on the record:

1. Jury Instructions

    a. Defendant's request that the Court provide the jury with its proposed instruction number 38, regarding the Digital Millennium Copyright Act (*see* Dkt. Nos. 847, 877, 881), is **DENIED**.

    b. Defendant's request that the Court provide the jury with its proposed instruction number 40, regarding breach of contract (Dkt. No. 847), is **DENIED**.

2. Motion to Compel

    a. Plaintiffs' motion to compel the production of communications between Apple and its counsel regarding the "legality" of Harmony (Dkt. No. 988) is **DENIED** as moot in light of the ruling regarding proposed instruction number 38.

3. <u>Trial Exhibits</u>

    a. Defendant's request to admit physical items, an iPod Nano Second Generation and an iPod Touch First Generation, respectively listed as Trial Ex. Nos. 2715-A and 2720-A, into evidence is **GRANTED**.

    b. Defendant's request to admit as a party admission paragraph 66 of the Amended Consolidated Complaint (Dkt. No. 322) as Trial Ex. No. 2593 is **GRANTED**.

    c. Plaintiffs' request to admit the entire Amended Consolidated Complaint (Dkt. No. 322) as Trial Ex. No. 952 is **DENIED**.

    d. Plaintiffs' request to admit Response to Interrogatory No. 22 from Plaintiff Mariana Rosen's Response to Defendant Apple Inc.'s First Interrogatories, dated December 16, 2010, as Trial Ex. No. 950 is **DENIED**.

    e. Plaintiffs' request to admit Response to Interrogatory No. 22 from Plaintiff Mariana Rosen's Additional Objections and Responses to Defendant Apple Inc.'s First Interrogatories, dated March 7, 2011, as Trial Ex. No. 951 is **GRANTED**. Only the cover page of the document and page number 35 (the Response to Interrogatory No. 22) shall be part of the exhibit.

This Order terminates Docket No. 988.

**IT IS SO ORDERED**.

Date: December 12, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2