# BOIES, SCHILLER & FLEXNER LLP

5301 Wisconsin Avenue N.W. * Washington, DC 20015-2015 * PH 202.237.2727 * FAX 202.237.6131

December 12, 2014

**VIA ECF FILING**
Honorable Yvonne Gonzalez Rogers
United States District Court
Northern District of California
Oakland Branch
1301 Clay Street
Oakland, CA 94612

    Re: *Apple iPod iTunes Antitrust Litigation*
         Case No. C-05-0037

Dear Judge Gonzalez Rogers:

    I may have told the Court already, but Karen Dunn and I will be splitting the closing argument presentation on behalf of Apple.

         Respectfully submitted,

         */s/ William A. Isaacson*

         William A. Isaacson
         *Counsel for Apple Inc.*

cc: Counsel for Plaintiffs (via ECF)