William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Kieran P. Ringgenberg #208600
(kringgenberg@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
Maxwell V. Pritt #253155
(mpritt@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION]<br><br>**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF APPLE INC.'S OPPOSITION TO MOTION TO INTERVENE BARBARA BENNETT AS A CLASS REPRESENTATIVE**<br><br>Date:      TBD<br>Time:      TBD<br>Courtroom: 1, 4th Floor<br>Judge:     Hon. Yvonne Gonzalez Rogers |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice before this Court and the courts of the State of California. I am a partner in the law firm Boies, Schiller & Flexner LLP, counsel to Defendant Apple Inc. ("Apple') in this case.

2. I make this declaration in support of Apple Inc.'s Opposition to Motion to Intervene Barbara Bennett As a Class Representative. Based on my review of the files and records in this case, I have firsthand knowledge of the contents of this declaration and could testify thereto.

3. **Exhibit A** is a true and correct copy of an email from Alexandra Bernay to Martha Goodman, disclosing the name of Barbara Bennett as a proposed class representative, dated December 8, 2014.

4. **Exhibit B** is a true and correct copy of the transcript of the December 9, 2014 deposition of Barbara Bennett.

5. **Exhibit C** is a true and correct copy of excerpts from the transcript of the December 5, 2014 deposition of Timothy O'Neil, with certain information not relevant to this filing redacted.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 13th day of December, 2014, in Oakland, California.

    ___/s/ *Kieran P. Ringgenberg*_____
        Kieran P. Ringgenberg