# EXHIBIT A

| | |
|---|---|
| **Subject:** | RE: Apple - Plaintiff witnesses for rebuttal |
| **Date:** | Monday, December 8, 2014 at 6:43:13 PM Pacific Standard Time |
| **From:** | Xan Bernay |
| **To:** | William Isaacson, Karen Dunn, Meredith Dearborn, Martha Goodman |
| **CC:** | Bonny Sweeney, Patrick Coughlin, Carmen Medici, Jennifer Caringal, Christina Kopko |

All - I am attaching here the names of the proposed class representatives along with documentation.

Barbara Bennett
Romney Vinson
Bill Chastain

The personal information and credit card information has not been redacted in the interest of time. We will provide redacted versions removing email addresses, credit card numbers and home addresses later this evening. Please treat these documents as confidential.

Best,
Xan

_____
From: William Isaacson [Wisaacson@BSFLLP.com]
Sent: Monday, December 08, 2014 6:20 PM
To: Xan Bernay; Karen Dunn; Meredith Dearborn; Martha Goodman
Cc: Bonny Sweeney; Patrick Coughlin; Carmen Medici; Jennifer Caringal
Subject: Re: Apple - Plaintiff witnesses for rebuttal

For some reason I typed Tim O'Brien, obviously Tim O'Neil.

From: Bill Isaacson <wisaacson@bsfllp.com<mailto:wisaacson@bsfllp.com>>
Date: Monday, December 8, 2014 at 6:17 PM
To: Xan Bernay <XanB@rgrdlaw.com<mailto:XanB@rgrdlaw.com>>, Karen Dunn <KDunn@BSFLLP.com<mailto:KDunn@BSFLLP.com>>, Meredith Dearborn <mdearborn@BSFLLP.com<mailto:mdearborn@BSFLLP.com>>, Martha Goodman <MGoodman@BSFLLP.com<mailto:MGoodman@BSFLLP.com>>
Cc: "bonnys@rgrdlaw.com<mailto:bonnys@rgrdlaw.com>" <bonnys@rgrdlaw.com<mailto:bonnys@rgrdlaw.com>>, Patrick Coughlin <PatC@rgrdlaw.com<mailto:PatC@rgrdlaw.com>>, Carmen Medici <cmedici@rgrdlaw.com<mailto:cmedici@rgrdlaw.com>>, Jennifer Caringal <JCaringal@rgrdlaw.com<mailto:JCaringal@rgrdlaw.com>>
Subject: Re: Apple - Plaintiff witnesses for rebuttal

Mark Donnelly cannot testify on Wednesday, so we will be pushing him to the back of the week. Dr. Kelly would be our first witness, followed by Dr. Murphy and Dr. Topel. Tim O'Brien will not need to testify about the Rosen receipts, but we will reserve him for any issues that arise with new plaintiffs.

Following the discussion Bonny and I had with the Court, we should discuss when any plaintiff should testify if that is going to happen.

Obviously, we are still waiting for disclosure of any plaintiff and their information.

Bill

From: Xan Bernay <XanB@rgrdlaw.com<mailto:XanB@rgrdlaw.com>>
Date: Monday, December 8, 2014 at 11:47 AM
To: Bill Isaacson <wisaacson@bsfllp.com<mailto:wisaacson@bsfllp.com>>, Karen Dunn <KDunn@BSFLLP.com<mailto:KDunn@BSFLLP.com>>, Meredith Dearborn <mdearborn@BSFLLP.com<mailto:mdearborn@BSFLLP.com>>, Martha Goodman <MGoodman@BSFLLP.com<mailto:MGoodman@BSFLLP.com>>
Cc: "bonnys@rgrdlaw.com<mailto:bonnys@rgrdlaw.com>" <bonnys@rgrdlaw.com<mailto:bonnys@rgrdlaw.com>>, Patrick Coughlin <PatC@rgrdlaw.com<mailto:PatC@rgrdlaw.com>>, Carmen Medici <cmedici@rgrdlaw.com<mailto:cmedici@rgrdlaw.com>>, Jennifer Caringal <JCaringal@rgrdlaw.com<mailto:JCaringal@rgrdlaw.com>>
Subject: Apple - Plaintiff witnesses for rebuttal


Counsel -

We are providing notice to you today about potential witnesses we reserve the right to call during rebuttal. These witnesses depend on the case Apple presents.

Dr. David Martin

Dr. Roger Noll

Rod Schultz

Dr. Jeffrey Wooldridge

Marianna Rosen

Ken Riegel

other absent class members.


Best,

Xan

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

_____
The information contained in this electronic message is confidential information intended only for the use of the
named recipient(s) and may contain information that, among other protections, is the subject of attorney-client
privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic
message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you

are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.