# EXHIBIT B

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

4

   _____

5                                    )

   THE APPLE IPOD ITUNES ANTITRUST )

6   LITIGATION                      )

   _____)

7   This Document Relates To:       )    No. C-05-00037-YGR

                                     )

8           ALL ACTIONS.            )

   _____)

9

10

11

12        VIDEOTAPED DEPOSITION OF BARBARA BENNETT

13                    VOLUME I

14                Oakland, California

15             Tuesday, December 9, 2014

16

17

18

19

20   Reported by:

    Angelica R. Gutierrez

21   CSR No. 13292

22   Job No. 1980395

23

24   PAGES 1 - 76

25

                                          Page  1

1    UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3    OAKLAND DIVISION
4    _____
5                            )
     THE APPLE IPOD ITUNES ANTITRUST )
6    LITIGATION              )
     _____)
7    This Document Relates To:    )    No. C-05-00037-YGR
                              )
8    ALL ACTIONS.            )
     _____)
9
10
11
12
13
14        Videotaped deposition of BARBARA BENNETT, Volume
15    I, taken on behalf of Defendant, at 1999 Harrison Street,
16    Oakland, California, beginning at 2:56 p.m. and ending at
17    4:29 p.m. on Tuesday, December 9, 2014, before Angelica R.
18    Gutierrez, Certified Shorthand Reporter No. 13292.
19
20
21
22
23
24
25

Page 2

1                    INDEX
2    EXAMINATION BY:                        PAGE
3      MR. RIGGENBERG                    6, 72
4      MS. BERNAY                        72
5
6              --O0O--
7
8
9           E X H I B I T S
10   NUMBER                             PAGE
11   1     Article from artist's technical        18
           website
12
     2     Article published by Steve Jobs        25
13         published in 2007
14   3     Pages from deposition transcript       35
15   4     Apple press release from 2001          55
16   5     ARS technical article                  57
17   6     Article from NPR webstite              64
18
19              --o0o--
20
21
22
23
24
25

Page 4

1    APPEARANCES:
2
3    For Plaintiffs:
4      ROBBINS, GELLER, RUDMAN & DOWD LLP
       BY:  ALEXANDRA BERNAY
5        Attorney at Law
         655 West Broadway
6        Suite 1900
         San Diego, California 92102
7        619-231-1058
         xanb@rgrdlaw.com
8
9    For Defendant:
10     BOIES, SCHILLER & FLEXNER LLP
       BY:  KIERAN RIGGENBERG
11       SUZANNE JAFFE
         Attorneys at Law
12       1999 Harrison Street
         Suite 900
13       Oakland, California 94612
         510-874-1000
14
15   ALSO PRESENT:  BRANDON MILLER, Videographer
16
17           --o0o--
18
19
20
21
22
23
24
25

Page 3

1         Oakland, California, Tuesday, December 9, 2014
2                    2:56 p.m.
3         VIDEOGRAPHER:  Good afternoon.  We're on the
4    record at 2:56 p.m. and this marks on the beginning of
5    video number 1 in the deposition of Barbara Bennett on
6    December 9th, 2014.
7         My name is Brandon Miller.  Here is our court
8    reporter, Angelica Gutierrez.  We are here from
9    Veritext Legal Solutions for the counsel, counsel for
10   the plaintiff.
11        You can identify yourself at this time.
12        MS. BERNAY:  I am Alexandra Bernay; Robins,
13   Geller, Rudman & Dowd for the plaintiff in the class.
14        MR. RINGGENBERG:  Keiran Ringgenberg; Boies
15   Schiller & Flexner for defendant Apple, Inc.
16        And also here is Charcy Gould from Apple.  I
17   apologize.
18        VIDEOGRAPHER:  This deposition is being held
19   at 1999 Harrison Street in Oakland, California.  The
20   caption of this case is in re the Apple iPod/iTunes
21   anti trust litigation, case number C05-00037YGR.
22        Please note that audio and video recording
23   will be taking place unless all parties agree to go off
24   the record.  Microphones are sensitive and may pick up
25   whispers, private conversations, and interference.  I

Page 5

2 (Pages 2 - 5)

1  am not authorized to administer an oath.  I am not
2  related to any party in this action, nor am I
3  financially interested in the outcome in any way.  If
4  there are any objections to preceding please state them
5  at the time of your appearance, beginning with the
6  noticing attorney.  Thank you.
7       The witness will now be sworn in and counsel
8  may begin the examination.
9
10       BARBARA BENNETT,
11  having been duly sworn by the court reporter, was
12       examined and testified as follows:
13       EXAMINATION
14  MR. RINGGENBERG: Q.  Hi, good afternoon.
15  Actually, I was rude and didn't introduce myself.  My
16  name is Kieren Ringgenberg.  I heard your testimony in
17  court today so we will try not to duplicate that.
18       Can you tell me about your professional
19  background, what you've done as far as work goes?
20    A.  Finance, accounting, technology; and all the
21  years of my life I was in the entertainment industry.
22    Q.  Were you in the theater?
23    A.  Theater and cable television and film and
24  television.
25    Q.  Is that how you met your late husband?

1    A.  Actually, through a mutual friend that I had
2  gone to college with but, yes, within that industry.
3    Q.  So tell me, maybe -- are you still working
4  today?
5    A.  I'm not at the moment, other than some
6  consulting work.  I expect, within the first weeks of
7  January to be back.
8    Q.  What kind of consulting work are you doing
9  right now?
10    A.  Technology, finance, gardening.  I mean, you
11  name it.  I get calls a lot of times, a lot of it's
12  technology work, a lot of it is information security
13  work.  This time of year it's tax work.  Just things
14  that people -- out of marketing for a former employer
15  that was looking at some affinity marketing for some
16  sports groups, so it varies.  It's very interesting but
17  it varies.
18    Q.  Can you give me an example of the work you've
19  done relating to the information security?
20    A.  Well, talk about AT&T, e-mail, viruses, spam,
21  Trojans, spam filters that are not working, that are
22  outsourced in Manila; Manila has bad weather,
23  everything goes down; that type of stuff.
24    Q.  And you said you think it would be starting
25  again in January?

1    A.  Yes.
2    Q.  Can you tell me about that, please?
3    A.  Not really, because until my contact is signed
4  I'd just as soon not --
5       THE COURT REPORTER: I'm sorry, what?
6       THE WITNESS:  Until my contract is signed I'd
7  just as soon not.  It is a large financial institution.
8       MR. RINGGENBERG:  But you'd be doing -- what's
9  the nature of the work you're doing.  You don't have to
10  tell me the nature of the work --
11    A.  Technology.
12    Q.  Okay.  So, I see --
13    A.  -- technology management, I mean, to be
14  precise.
15    Q.  And before this period you were doing
16  consulting what was the last position?
17    A.  I was at Sun Microsystems.  I took a leave
18  when my husband's illness accelerated.  I was with
19  Network Storage Business Group.  Prior to that, I was
20  at Fidelity Investments.  I was recruited to go to Sun.
21  Prior to Fidelity I was at Starwood Hotels in their
22  technology center in Braintree, Massachusetts.
23    Q.  When you worked at Sun were you in
24  Massachusetts as well?
25    A.  We based in Massachusetts but we spent a lot

1  of time out here.
2    Q.  Was that before or after they were acquired by
3  Oracle?  I'm guessing before.
4    A.  Before.
5    Q.  And what was the nature of your work for
6  Fidelity?
7    A.  Technology, ebusiness.  It was management
8  product program, some marketing programs in place but
9  it was largely with ebusiness group.
10    Q.  Did I hear correctly that you first learned
11  about this case on ARS Technica?
12    A.  Yes.
13    Q.  And is that something --
14    A.  In fairness, probably on ABC News, CBC News,
15  somebody that had pictures Steve Jobs' video.  But, in
16  fairness, I kind of didn't pay a whole lot of
17  attention.
18    Q.  I see.  And what you read on ARS Technica led
19  you to want to become involved?  Do I understand that
20  correctly?
21    A.  Well, I looked at the dates, and I said I
22  have -- iPod is from this window, and to go all of
23  these years in a trial preparation and have issues
24  crop, and I'm like if the shoe fits, and I had all of
25  the pieces, and so I thought I'll step forward; whether

1 it means anything, they can't say that somebody in that
2 window of time didn't buy an iPod. I know I did.
3    Q. There's certainly plenty of people who did --
4    A. -- I would have thoughts, so in any event,
5 that was the only reason for adding my name.
6    Q. I see. And you understand it's voluntary,
7 there's -- no one is making you do this, right?
8    A. (Head shake).
9    Q. And you could choose not to do it at any time.
10    MS. BERNAY: I'm sorry. I don't think you had
11 an oral answer.
12    THE WITNESS: Oh, I didn't say. No.
13    MR. RINGGENBERG: Q. And you understand that
14 you could withdraw at any time if you choose to do
15 that?
16    A. Yes.
17    Q. And can you tell me your feelings generally
18 about Apple?
19    A. Well, I brought the stock at 14 and had to
20 sell it when my husband got sick. I'm sorry I had to.
21 I think, in many ways, Apple has been a very innovative
22 company. I used the Apple, had the little handle on it
23 and the little screen and we networked a whole business
24 where I'd been brought in as a consultant to try to put
25 a small company in Maine, got them all networked, and

Page 10

1 couldn't have done that with IBM's products. So I, you
2 know, I was using a mouse before I even knew what a
3 mouse was. So I like Apple.
4    Q. You would agree that they've offered a number
5 of innovative products over your involvement in the
6 technology industry?
7    A. Well, I tell you, I think information
8 technology, whether it's IBM, whether it's PCs, whether
9 it's Dell, whether it's Sysco, whoever it is, I think
10 there've been an amazing number of technology advances.
11 I think the design and the styling that Apple has, the
12 attention to even their stores, the smartest thing they
13 could do is put people in outsource crowd in India, so
14 there's a lot of very, very good things of that nature
15 about Apple and I don't have a problem with that. I do
16 have a problem, and I've had it with proprietary file
17 formats. I do believe in open source. I think whether
18 it was -- I think I mentioned it, VHS and Beta, whether
19 it's wide gauge narrow gauge railroad. There's so many
20 ways that the attempt to protect what you have has, in
21 the long run, I think damaged -- damages for the
22 consumer and for the competitive nature, and that's as
23 much as anything, I've had personal proprietary file
24 formats with the iPod, the -- At Sun, if you're
25 familiar with Sun at all, they wouldn't use Microsoft

Page 11

1 products. We had Star Office. We didn't use Microsoft
2 Word. They were, you know, the dark side. So there
3 are a lot of companies that try to protect what they
4 have. But programming, like UNIX, is pretty much an
5 open product. You need your authentication, you need
6 permissions, you need whatever, but it doesn't lock out
7 other tools or applications or innovations by
8 developers who want to take to the next step. And
9 there was certainly a window of time with Apple where
10 they weren't doing financial software, so we couldn't
11 move them into the business world. And with the iPod
12 they certainly limited access to music of a variety of
13 flavors and titles and -- I couldn't off load anything
14 on my iPods as the batteries started to not charge the
15 way they were supposed to. A lot of things. It's one
16 thing if you have options, it's another thing when
17 you're the only game in town. When you get to be so
18 big -- AT&T found out, when you're the only game in
19 town it gets to be a problem. I couldn't buy my own
20 home phone until they split up AT&T. And it's that
21 same picture, that's my sensibility about American
22 enterprise, it may not be the same around the globe.
23    Q. You prefer Mac computers to PC for your
24 personal use; is that right?
25    A. I'll use both of them, and I'll use a

Page 12

1 mainframe and I'll use servers and I'll use Raspberry,
2 whatever.
3    Q. I heard you testify earlier today that -- at
4 least I thought I did, that you have a Mackintosh.
5    A. I have a Powerbook, a G4, I think, that is in
6 a state of limbo. I have a file folder with a question
7 mark in the middle of it. So something didn't close
8 down right or I have a hard drive that's dying, and I
9 haven't had the time to play with it to see if I can
10 bring it back. But all my music files are sitting on
11 that machine.
12    Q. I see. And that's the only Mac you have at
13 present?
14    A. At the moment, yeah.
15    Q. Do you have a PC?
16    A. Yeah.
17    Q. When you -- before the --
18    A. Several PCs.
19    Q. Before the Powerbook quit working, did you
20 like it?
21    A. Of course I liked it.
22    Q. And you understood that Apple developed the
23 operating system that was used on the Powerbook,
24 correct?
25    A. Sure.

Page 13

Veritext National Deposition & Litigation Services
866 299-5127

1  Q.  And whereas in the PC world the operating
2  system and the hardware are made by different people,
3  right?
4  A.  Depending on which platform you're using,
5  yeah.
6  Q.  Certainly and for Microsoft Windows, or in
7  older days, DOS machines that Microsoft made the
8  software and --
9  A.  -- PC Dos and Dr. Dos and MS Dos.
10  Q.  Right.  And that was a choice that Mackintosh,
11  that Apple made, instead of using -- just making
12  another piece of hardware if you run the same software
13  they said we're going to make our system from beginning
14  to end and make the hardware and the software both; you
15  understood that's how that worked, right?
16  A.  Sun made servers and Solaris.
17  Q.  Right.  And that meant that as a result there
18  was some software out there that wouldn't run on a Mac,
19  right, that you could buy on the PC side that just
20  wasn't available for a Mac?
21  A.  And there was Apple software that wouldn't run
22  on a PC.
23  Q.  Exactly.  Do you think there's anything unfair
24  about that?
25  A.  In today's world, yes, I do.

Page 14

1  Q.  How so?
2  A.  But, the difference is the market share for a
3  PC, the market share for an iPod are totally different.
4  So when you're talking about what are your
5  substitutions, your reasonable substitutions, there are
6  other choices of reasonable or equal value; there
7  wasn't for the iPod.
8  Q.  Well, let's step back and talk about PCs for a
9  second.
10  So you agree it was legitimate for Apple to
11  decide instead of running Windows or Dos we're going to
12  make our own operating system and know that we're the
13  only people that are going to make software for our
14  hardware, at least as far as our operating system goes,
15  and we are the only people who are going to make
16  hardware for our software, as far as the PC goes; do
17  you agree?
18  MS. BERNAY:  Objection.  Misstates her
19  testimony.
20  Go ahead and answer if you can.
21  THE WITNESS:  That's not my area of expertise,
22  but what you're saying is you made proprietary software
23  as an operating system, as have many hardware
24  manufacturers made proprietary software.
25  Q.  And my question is, do you think there's

Page 15

1  anything wrong with that?
2  A.  I think that people are damaged by it and I
3  can give you first hand example, when Microsoft came
4  out with Windows 95 I was working with a startup
5  company, and Microsoft would not give their source
6  code.  So that we had a company that millions of
7  dollars invested in it that could not plan the next
8  release, because the source code -- even the kernels
9  were not available.  So there is -- there are damages.
10  That's why open source has taken off, that's why we're
11  seeing a lot more innovation, a lot of other Docker and
12  Hadoop and a lot of places that are less restrictive,
13  yes.
14  Q.  So I take it what you're saying was that it
15  wasn't fair for Microsoft, since people have become so
16  Windows had become so successful it wasn't fair for
17  Microsoft not to share the source code that they were
18  developing with the application developers?
19  A.  Yeah.
20  Q.  You thought they had an obligation to do that?
21  A.  I think a lot of people did.  I don't think
22  I'm alone with that.
23  Q.  So is it fair to say in the same way, after
24  the iPod became successful, you felt that Apple had an
25  obligation to do whatever it took to -- so that other

Page 16

1  companies could write software that would control the
2  iPod kind of in the same way?
3  A.  You're talking controller software.  We're not
4  talking application software.  Something a little
5  different here.  We're talking about products, music
6  pieces, that Apple does not own, that were created
7  other people, that no matter what you play it on it
8  sounds the same.  The idea that there are locks put in
9  place that that song cannot be played anywhere else,
10  that cannot be exported from the proprietary
11  hardware/software after money's been spend makes it
12  sound to me like the music's being held hostage.
13  Q.  And who -- do you have an understanding as to
14  whose idea it was to put DRM technology on the songs
15  that Apple sells through the iTunes store?
16  A.  I have no idea.  I wasn't there.
17  Q.  Okay.  So you understand that the record
18  labels own the rights to the music, right?
19  A.  No, that's not really entirely true.
20  Q.  Help me understand.
21  A.  The creative people, BMI, Ascap, the Larsis,
22  the composers, in many cases the performers, there's
23  sync licenses, there's mechanical licenses, there's
24  reuse fees.  The ownership is not the company that
25  distributes it.  They may get a percentage of the

Page 17

5 (Pages 14 - 17)

1 sales, but they don't own it. The copyright will
2 revert to the people who created.
3    Q.  But, is it fair to say that in order to sell
4 music online Apple had to go get a license from the
5 record labels?
6        MS. BERNAY: Objection. Calls for a legal
7 conclusion.
8        MR. RINGGENBERG: Q.  You don't know that?
9        MS. BERNAY: Same objection.
10       THE WITNESS: I do know, and it's not going to
11 be an answer that -- without defining license, without
12 refining had to go get, so I won't answer it. But
13 yeah, there's major issues here.
14       MR. RINGGENBERG: Q.  Okay. Well, tell you
15 what, let me offer you what we'll call deposition
16 Exhibit 1.
17        (Exhibit 1 was marked for
18        identification.)
19       MS. BERNAY: Okay. I was wondering what we'll
20 call these.
21        (Off the record.)
22       THE WITNESS: Thank you.
23       MR. RINGGENBERG: Q.  Do you recognize
24 Exhibit 1 as an article from the ARS Techica website?
25    A.  No, I haven't read this one.

1    Q.  This isn't one of the ones you had read
2 previously --
3    A.  No.
4    Q.  Do you recognize the -- at least the website
5 itself?
6    A.  Of course, use it frequently.
7    Q.  Sure. So let me ask you to turn to the second
8 page.
9        MS. BERNAY: Let's give her a chance to read
10 the article.
11       MR. RINGGENBERG: Sure. However you'd like --
12       THE WITNESS: -- yeah, I'm fine. So what's
13 your question?
14       MR. RINGGENBERG: Q.  So if you turn to the
15 second page, just below the picture that's on the right
16 there's a paragraph that begins: Before record labels.
17    A.  Uh-hum.
18    Q.  Do you see that?
19    A.  Uh-hum.
20    Q.  So it says before record labels can sign a
21 deal with Apple to launch the iTunes store, they
22 insisted that songs sold there should have some type of
23 copy protection from DRM.
24    A.  Uh-hum.
25    Q.  Do you have any reason to think that that's

1 not true?
2    A.  That it's not true or it's not right?
3    Q.  That it's not accurate.
4    A.  Well, look at the history of the film
5 industry. Look at the history of the CDs and DVDs, all
6 of which have copy protection on them when you buy the
7 disc. But, the difference is, you own that disc.
8    Q.  Right. I understand.
9    A.  And it plays on multiple --
10   Q.  I will tell you, it is a fact, and there's
11 been testimony at trial that's undisputed that the
12 record labels required Apple to put DRM on their songs
13 as a condition of allowing Apple to sell music on the
14 iTunes store. Do you have any reason to think that's
15 not true?
16   A.  I don't know.
17       MS. BERNAY: Object to form.
18       MR. RINGGENBERG: Q.  Fair enough. I don't
19 mean to argue with you about it.
20   A.  And the word they is very vague, so --
21   Q.  There was a -- were you aware that a record
22 label -- record industry executive testified on the
23 stand, Universal executive, and she explained that
24 Universal would only allow Apple to sell music on
25 iTunes if Apple agreed to put DRM on the music?

1        MS. BERNAY: Objection. Incomplete.
2        MR. RINGGENBERG: Q.  Do you have any reason
3 to think that wasn't true?
4    A.  I have no idea. I wasn't there. On the other
5 hand, Apple could have said we don't want DRM, we'll
6 sell it any way, or we wouldn't sell your songs.
7    Q.  Right. Exactly.
8    A.  So it's a flip side.
9    Q.  Exactly. So let's go back in time and think
10 about what was -- the world was like in $200 before
11 Apple's iTunes music store launch. At that time do you
12 recall how it was possible to get digital music online?
13   A.  2002?
14   Q.  Before Apple iTunes.
15   A.  I'm trying to think back. I was at Sun. I'm
16 trying to think back. I can only hypothesize that if I
17 listened to music online it was via a browser on my
18 computer.
19   Q.  In fact, before --
20   A.  Or it came from my cable television, which is
21 digital.
22   Q.  Do you recall Napster, back when Napster was
23 illegal?
24   A.  Yes.
25   Q.  And people were sharing music illegally online

1  in the MP3 file format, often sharing music that they
2  weren't entitled to share.
3      MS. BERNAY: You said illegally?
4      MR. RINGGENBERG: Illegally.
5      MS. BERNAY: Got it. Sorry.
6      MR. RINGGENBERG: And I can say that because I
7  actually represented Napster before Napster got shut
8  down. We did our best, but we lost --
9      A. -- I never used Napster and I never went to
10  Napster and I had a lot of live music in my life so I
11  didn't need to.
12      Q. I understand. But my point is, and I don't
13  mean to suggest you did anything illegal, my point is
14  that before Apple launched the iTunes music store in
15  2003 the predominant way people obtained music online
16  was illegally; do you recall that?
17      MS. BERNAY: Objection. Assumes facts not in
18  evidence.
19      THE WITNESS: And can I answer one piece of
20  this?
21      MS. BERNAY: You are free to answer.
22      THE WITNESS: It wasn't illegal until someone
23  determined it was illegal. There were mechanics in
24  place, had they chosen to use them. For example, when
25  the first audio cassette tapes came out there was a

Page 22

1  plan to require, attached to the sale of each blank
2  cassette, a royalty fee that would go to the BMIs and
3  the ASCAPs that would distribute these in a proportion
4  to the popularity of the music that they had, so that
5  the royalty holders would get a share of a payment. So
6  there was no reason Napster accepted its execution and
7  determination by subsequent legal cases. There were
8  workarounds, they weren't used.
9      Q. So you think there was a way that Apple could
10  have launched the iTunes music store and sold music
11  online without getting a deal with the record labels?
12      MS. BERNAY: Objection. Misstates testimony.
13      THE WITNESS: No, that's not what I said.
14      MR. RINGGENBERG: Q. Help me understand how
15  I'm wrong. I'm trying to understand workaround. What
16  kind of workaround do you have in mind?
17      MS. BERNAY: Same objection.
18      THE WITNESS: What I would have done or what
19  somebody else might have done? There's a lot of
20  workarounds.
21      Q. Well, I mean the testimony in the case is that
22  Apple couldn't have launched iTunes --
23      A. -- a subscription model.
24      Q. Would that be possible to do without -- at
25  least in 2003, would that be possible to do without a

Page 23

1  deal with the record labels?
2      MS. BERNAY: Objection. Again calling for
3  speculation.
4      THE WITNESS: The links could have been to
5  each record label, the ones that wanted protection
6  could have put it in and they would have had a
7  disclosure saying if you buy it from us you can only
8  use it on iPod. The ones that didn't care could have
9  said you can come, you can download as many times as
10  you want and you can use it wherever you want to.
11  Those are decisions. So I wasn't privy to what Apple's
12  conversations were with any of these companies.
13      Q. Sure. So just assume with me that I'm right
14  and consistent with what testimony has been at trial,
15  and I don't think Ms. Bernay will tell me I'm wrong.
16  I'm saying that the testimony at trial is the major
17  record labels all required Apple to put DRM on the
18  songs. Assume that's right. If you're Apple what are
19  you supposed to do if you want to try to sell music
20  online? What their alternative other than for them to
21  do what the record labels want?
22      MS. BERNAY: Objection. Misstates testimony.
23  Compound.
24      THE WITNESS: I don't know.
25      MR. RINGGENBERG: Q. So let me offer what

Page 24

1  will be --
2      MS. BERNAY: Are you done with this one?
3      MR. RINGGENBERG: Yeah. For now.
4      MS. BERNAY: Let's put it to the side.
5      MR. RINGGENBERG: -- Deposition Exhibit 2.
6      MS. BERNAY: Thank you.
7      (Exhibit 2 was marked for
8      identification.)
9      MR. RINGGENBERG: Q. So Exhibit 2, also
10  called Trial Exhibit 2458, is a piece of writing that
11  Steve Jobs published in 2007 about the issue of DRM and
12  how Apple felt about it.
13      Have you ever seen this before?
14      A. No.
15      MS. BERNAY: Can I just ask a quick clarifying
16  question because I don't remember? Was this admitted
17  at trial yet?
18      MR. RINGGENBERG: I believe it was.
19      MS. BERNAY: Okay. Thank you.
20      MR. RINGGENBERG: I can't testify to it but my
21  recollection --
22      MS. BERNAY: I just can't remember.
23      MR. RINGGENBERG: In fact, I can confirm that
24  it was because I saw it on the list.
25      MS. BERNAY: Very good.

Page 25

7 (Pages 22 - 25)

1        MR. RINGGENBERG:  I was doing a list and it
2  was.
3        MS. BERNAY:  Do you want her to read the
4  entire document?
5        MR. RINGGENBERG:  She is.  And yes, please.
6  Looks like she is.
7        THE WITNESS:  Well --
8        MS. BERNAY:  Let him ask you a question first.
9        MR. RINGGENBERG:  Q.  Do you believe that --
10  just assume with me that I'm right about what I was
11  saying before and that in fact Apple was required by
12  the music labels to use DRM to open the iTunes music
13  store, and so they were required to include it on the
14  music they sold.
15        MS. BERNAY:  Objection.  It's an improper
16  predicate.
17        Go ahead.
18        MR. RINGGENBERG:  Q.  Assuming that's correct,
19  how could Apple have better done what you -- what do
20  you think Apple should have done to try to make a
21  product that was both good for consumers and allowed
22  music to be free in the manner that you say that it
23  should?
24        A.  There are a lot of ways to encode digital
25  material.  I -- you know, this is one of those things.

Page 26

1  Clearly, the technology pieces of it, I could give you
2  five workarounds.  That's not what I'm here to do.  But
3  the problem was that where they were other competing
4  systems that were excluded from use on a player that
5  the customer owned, where it was clear that there was
6  in place the exclusionary protocols to keep other music
7  off the systems, that's where the problems come in.
8  And it's one thing to say okay, we're willing to sell
9  stuff that's protected; we're not going to tell the
10  customers, but we're going to protect it.  But when
11  there's other music out there that's not protected, and
12  some guy's got a garage band and he's going to play his
13  music, and he wants to sell it and iTunes goes sorry,
14  you can't, because unless you protect it you can't sell
15  it.  That, to me, is restrictive.
16        Q.  So is your concern that some folks weren't
17  able to put music that they obtained on an iPod from
18  places that didn't want copy protection --
19        A.  -- file format.
20        MS. BERNAY:  Objection.  Vague as to
21  concern --
22        MR. RINGGENBERG:  -- so let's talk about file
23  format.  I heard you testify about that before and
24  think I was a little confused.  So when you say file
25  formats with regard to music what are you thinking of?

Page 27

1        A.  You guys are obviously looking at MP3s, you're
2  looking at -- I think there's five or there were six.
3  I don't know if they are still being used.  Different
4  file formats.
5        Q.  Right.
6        A.  You guys had your proprietary file format.
7        Q.  So AAC was Apple's --
8        A.  -- I understand.  I understand.  But you had
9  another one as well, early on, that I know my classic
10  used.  I can't remember what it was.  But the problem
11  was there was an exclusionary, we don't sell on an
12  iStore if we're not allowed to encode it, and if it's
13  not encoded you can't play it.
14        Q.  So if Apple would have allowed unencoded
15  music, that is DRM free music, to play on iPods, even
16  be loaded up on iTunes, would that address your
17  concern?
18        MS. BERNAY:  Objection.  Form.
19        You can answer if you understand the question.
20        Are you asking her her personal concern or as
21  a class representative?
22        MR. RINGGENBERG:  Q.  I'm asking --
23        A.  That would have opened your store.
24        Q.  I will tell you, and you can confirm with
25  independent people, that it is entirely possible,

Page 28

1  has been ever since the beginning, to play unDRMed MP3s
2  on an iPod player and you can blow them up in iTunes,
3  and there's easy tools for that, and there has been
4  since the iPods were launched in 2001.
5        MS. BERNAY:  Is that a question?
6        MR. RINGGENBERG:  Q.  I'm telling her that and
7  I'm asking --
8        A.  Can you tell me what those tools are?
9        Q.  ITunes.  You load up iTunes, you point it to a
10  folder, it will import for you any MP3 you can find on
11  your system as well as at least four or five other
12  files, including every major file format you can find.
13  And you don't have to take my opinion on that, you can
14  go back and confirm with anyone that uses iTunes
15  regularly.
16        What I'm asking you is, if you found out that
17  was accurate would you consider withdrawing as a class
18  represent --
19        MS. BERNAY:  -- objection --
20        MR. RINGGENBERG:  -- rather than continuing in
21  this case --
22        THE WITNESS:  -- number one, it's
23  argumentative and number two, you're not giving me
24  dates because I know for a fact, because I work with
25  it, that that's what you're saying is not true and

Page 29

1 there are date ranges that you're saying oh, it's a big
2 picture. Let's say in 1945 we could do this.
3    Q.  Okay. Here's the facts: ITunes launched in
4 2001, that's a fact. You can confirm that with someone
5 else. Okay. On that day, was only available for the
6 Mac then because that's what it was, on that day you
7 could load MP3 file. ITunes music store hadn't even
8 launched yet.
9       So here's my question to you, and I'm not
10 asking you to make any commitments today other than to
11 answer my question which is: If you confirmed after
12 this deposition that, in fact, from the very beginning,
13 you could load DRM free music into iTunes and onto
14 iPods would you consider changing your mind and getting
15 out of this lawsuit?
16    A.  No, because the range is not 2001. You have a
17 narrow window in which you are addressing issues in
18 this trial. And I know for a fact that when those
19 operating systems change and those versions change and
20 the upgrading change, so no; the answer is no.
21    MS. BERNAY:  And you're kind of bullying the
22 witness at this point. You're raising your voice in a
23 way that I don't think is necessary, so I'm just going
24 to ask you to take a step back.
25    MR. RINGGENBERG:  Q.  I'm sorry, ma'am. Do

Page 30

1 you feel that I'm being to aggressive?
2    A.  Yeah, because you're misleading questions
3 without substantive facts and I'm not going to
4 hypothesize on anything.
5    Q.  I'm certainly not trying to mislead you, in
6 fact everything I'm telling you is 100 percent truth.
7    MS. BERNAY:  Objection. You're testifying
8 now.
9    MR. RINGGENBERG:  Well, she's --
10    MS. BERNAY:  Go ahead.
11    MR. RINGGENBERG:  Q.  And so I'm sorry if I
12 made you uncomfortable with my questions, if I did, as
13 Ms. Bernay suggested, I don't mean to do that. I'm
14 asking you to think about what you're doing in this
15 case and decide whether it's really the right thing for
16 you. That's really for you to decide. And I'm asking
17 if you're willing to reconsider, if you learn the
18 facts -- not for me, but for some third party source
19 that you trust, if I'm worried about the facts would
20 you consider it?
21    MS. BERNAY:  Objection. You're bullying the
22 witness. You're --
23    MR. RINGGENBERG:  That is not bullying.
24    THE WITNESS:  It's a hypothesis. We don't
25 answer hypotheses.

Page 31

1    MR. RINGGENBERG:  Q.  I'm asking if you would
2 consider it.
3    A.  No.
4    Q.  You wouldn't consider it at all?
5    A.  No. Because from my point of view I don't
6 think those facts are accurate and it's an if, I know
7 from experience in having worked with some very high
8 level technology people and music people, and people
9 that were high level music executives at the very
10 studios you're talking about, I happen to know some of
11 what was going on at that point.
12    Q.  Is there --
13    MS. BERNAY:  You're also misstating her
14 testimony earlier today where she made it very clear
15 that she was here not just because of, you know, the
16 form --
17    MR. RINGGENBERG:  This is an absurd couching
18 objection, which I will not allow you to do.
19    MR. RINGGENBERG:  Q.  Ma'am, is there someone
20 you trust who's very familiar with iTunes, someone you
21 know personally who's opinion -- if they told you the
22 facts you would believe them? I'm not asking you who
23 they are, just is there someone in mind you can think
24 of?
25    A.  Well, you're talking what window of time and

Page 32

1 which iTunes and systems and who's got the source code?
2    Q.  No, in general, I'm asking, oh, you know, I
3 have my friend, Bob, and he actually is a big music guy
4 and he's been using iPods for ten years. If he told me
5 this I would believe him. Is there someone you can
6 think of in your mind?
7    A.  No. Because they're amateur users and end
8 users. I'm talking the technology issues, so no.
9    Q.  I understand. But --
10    A.  I can find a ten year-old kid that uses iPods.
11    Q.  If it were the case, just assume with me that
12 I'm right, that you could take a DRM free protected
13 song, this is with no protections on it, and put it on
14 iTunes and load it on an iPod in 2001, in 2002, in
15 2003, in 2004, in 2005, in 2006, in 2007, in 2008, in
16 2009, in 2010, all the way until today; assume with me
17 that that's true, if that were true and I could
18 convince you of that, or some other person in the world
19 who you trust and like could convince you that those
20 facts were true, would you consider not -- getting out
21 of this lawsuit and trying to sue Apple for something
22 they didn't do?
23    MS. BERNAY:  Objection. Compound. Objections
24 misstates the facts. Vague. Argumentative.
25    Go ahead.

Page 33

9 (Pages 30 - 33)

1        THE WITNESS: And I have had firsthand
2  experience where I know that's not true? That answer
3  is --
4        MS. BERNAY: It's really a yes or no question
5  he's asking you.
6        MR. RINGGENBERG: San.
7        MS. BERNAY: Your questions are getting just
8  completely outrageous.
9        Go ahead.
10       MR. RINGGENBERG: It's outrageous to asker her
11  if she'd consider changing her mind?
12       THE WITNESS: I've said -- three times I've
13  said no, so how many more times do you want to ask it
14  and how many different ways?
15       MR. RINGGENBERG: Q. So you understand you're
16  the client in this relationship?
17       A. Yeah.
18       Q. And San is your lawyer, which means she's
19  supposed to answer to you; do you understand that,
20  right?
21       MS. BERNAY: He's asking you.
22       THE WITNESS: I'm not answering that. It
23  doesn't deserve an answer.
24       MS. BERNAY: You can go ahead and answer if
25  you can.

Page 34

1        Q. I'm trying to make my point without being
2  rude, and I'm sorry if you feel that I have been rude.
3  I've tried to be respectful while disagreeing with you,
4  and so I apologize if it seems confrontational.
5        One of the reasons that we try to be
6  professional is because we have clients to answer to,
7  and if they believed that I was unprofessional or rude
8  they wouldn't be my client. They might not hire my law
9  firm.
10       Let me offer you Exhibit 3.
11       (Exhibit 3 was marked for
12       identification.)
13       MR. RINGGENBERG: Q. Exhibit 3, I'll
14  represent to you is the first few pages of a deposition
15  that was taken just a few days ago, actually. And the
16  background is Mr. O'Neil is an Apple employee, he works
17  for Apple and he was asked to pull couple of receipts
18  off of his computer and he submitted to the court that
19  he did that, and he was asked to and he did sit for a
20  deposition in this case.
21       MS. BERNAY: Can you just be a little clearer.
22  You said some receipts off of his computer? Is it a
23  personal thing?
24       MR. RINGGENBERG: The apple database and he
25  pulled a couple of receipts for people who have showed

Page 35

1  up as class representatives. That's what he did. He
2  got a serial number and he went and got the receipt.
3        MS. BERNAY: I think it was just one person.
4        MR. RINGGENBERG: One person, two iPods,
5  right.
6        MS. BERNAY: Thank you.
7        MR. RINGGENBERG: Yeah. That's right.
8        MR. RINGGENBERG: Q. And so, let me ask --
9  let me show you what the questions that were asked. On
10  the bottom of page eight, do you see the pages are
11  numbered?
12       A. Yes, I can figure that out. Thank you.
13       Q. I just want to make sure. So any reason you
14  can't tell the truth? No. Re you under the influence
15  of any drugs? Just cough drops? So have you had any
16  alcohol in the last 24 hours? No.
17       So turning the page, they asked him some other
18  questions.
19       MS. BERNAY: On page 9?
20       MR. RINGGENBERG: I am actually going to --
21       MR. RINGGENBERG: Q. So If you look on
22  page 10, he asked him whether he's seen, you know, seen
23  certain trial testimony. That's not really --
24       So on page 10, in the middle, he asked: Did
25  you see Mariana Rosen testify?

Page 36

1        No, I did not.
2        Have you ever been arrested?
3        No.
4        Have you ever been accused of not telling the
5  truth in any court filings?
6        No.
7        Have you ever been accused of not telling the
8  truth at work?
9        No.
10       Have you ever been fired from any job for not
11  telling the truth?
12       No.
13       What is your salary at Apple?
14       Do you feel like that my questions have been
15  more or less rude than those questions?
16       MS. BERNAY: Objection.
17       THE WITNESS: I don't understand. Half of
18  these, as far as I can see, are not on target or on
19  point, so I'm not quite sure what your question is
20  bringing in somebody else's testimony that I assume had
21  representation and was allowed to ask and answer
22  questions like that.
23       MR. RINGGENBERG: Q. I sat next to him during
24  deposition, actually, and I will tell you, honestly, I
25  thought it was kind of outrageous, the questions that

Page 37

10 (Pages 34 - 37)

1 were being asked, and unfair, for a guy who all he did
2 was pull a couple of receipts off his computer, because
3 that's his job. And he's asked if he's on drugs and if
4 he's been arrested.
5    A.  What's the point?
6    Q.  Here's my question: Do you understand that
7 the lawyers who are appearing in your name answer to
8 you, and that you have an obligation, or at least you
9 could if you chose to, to help them behave and conduct
10 themselves in a professional manner?
11    A.  Why would you imply that I have any reason to
12 think they're not acting in a professional manner?
13    Q.  I didn't -- well, other than what we just --
14 you can make your own judgment about that, I guess
15 we'll put it that way.
16    MS. BERNAY: Is that a question or --
17    MR. RINGGENBERG: Yeah.
18    MR. RINGGENBERG: Q. The question is: Do you
19 understand that, as the client, you can exercise some
20 control over how the lawyers behave?
21    A.  Of course I do.
22    Q.  You said at deposition today, or in your
23 testimony earlier today, that you grew up with lawyers.
24 I thought that's what you said.
25    A.  Yes.

Page 38

1    Q.  What did you mean by that?
2    A.  Family members were judges. Family members
3 who were in legislature. Family members who had law
4 firms. Family members who are international tax
5 lawyers. Family members who ran county court
6 libraries.
7       I mean what do you want? How much of this do
8 you want?
9    Q.  You had a lot of lawyers in the family, is
10 that fair?
11    A.  That's what I said before, so I don't know why
12 you're asking me again.
13    Q.  Well, I'm sorry to ask you the same question
14 again or what you think might be the same question. I
15 was trying to understand a little better what you
16 meant. For all I know you could have said my best
17 friend from my childhood became a lawyer and we still
18 see each other. I didn't know. I wanted to --
19    A.  Lots of friends that are lawyers, lots of
20 friends that are judges.
21    Q.  Before this case, were you familiar with the
22 law firm that is representing the plaintiffs?
23    A.  Never heard of them.
24    Q.  And did you have any friends in common with
25 any of the lawyers that you worked with since you've

Page 39

1 spoken with them --
2    A.  No.
3    Q.  And so you -- do I have the sequence of events
4 correctly, that you saw some information about the case
5 and you sent an e-mail?
6    A.  Yes.
7    Q.  Is that right? And to whom did you send it?
8    A.  I sent one to the law firm and one to -- I
9 believe if it wasn't the court clerk, it was the docket
10 clerk. It was one of the two. Or I found an e-mail
11 address online.
12    Q.  And how did you find the address for the law
13 firm?
14    A.  Probably I searched with one of the search
15 engines I use.
16    Q.  And then you had some e-mail back and forth
17 with the law firm, is that right before you had to come
18 out and visit California?
19    A.  I explained that I had my hardware, I had my
20 receipts.
21    MS. BERNAY: You don't need to get into the
22 conversation, the contents of the conversation. It's a
23 yes or no question.
24    THE WITNESS: Basically I presented myself as
25 saying if there's a question of a valid standing here's

Page 40

1 what I have and it seems to fit the criteria for what
2 the court needs to have for this case. That's -- if I
3 could be of assistance, if this would be valuable,
4 here's the information. I wasn't sure I'd ever hear
5 from them and I wasn't pushing it.
6    Q.  And then you came to learn yesterday that you
7 needed to be here today to testify in court, is that
8 right?
9    A.  Yes.
10    Q.  And you made a plane reservation and you go
11 the early flight from Boston?
12    A.  The law firm made the reservation for me.
13    Q.  Who paid for your plane ticket?
14    A.  I don't know if anyone has paid for them yet,
15 but I -- boarding pass information was sent to me by
16 the law firm.
17    Q.  But you didn't pay?
18    A.  No.
19    Q.  Presumably someone paid for the ticket.
20    A.  Who knows. Maybe they have frequent flyer
21 miles. I don't know.
22    Q.  But not your miles?
23    A.  But not my miles, right.
24    Q.  And you mentioned before, in your testimony in
25 court, you said -- I thought you did, something about

Page 41

11 (Pages 38 - 41)

1 reimbursement for expenses, like your parking, I think
2 you mentioned. Do you recall that?
3    A. Well, when I said I was coming out here I said
4 I will have some expenses like my parking back at
5 Logan, which is not cheap, and they said we will
6 reimburse you for your travel expenses.
7    Q. Understood. And your believe is you're going
8 to get reimbursed regardless of whether the plaintiffs
9 win or lose in this case; is that right?
10    A. For my parking today, yes.
11    Q. Right. Right. Have you ever been a party to
12 a lawsuit before?
13    A. No. Well, let's take that back a little bit.
14 I filed a claim in small claims court in Massachusetts
15 against Adobe, represented myself. And one, what is
16 considered a standing case, on intellectual property.
17    Q. What was the dispute?
18    A. Creative Suite would not install, and the
19 question is to -- the two Adobe lawyers claimed it was
20 intellectual property an I claimed it was a consumer
21 product because it was shrinkwrapped and the license
22 was not visible until you opened the box. The judge
23 agreed with me. And I wanted to use the software on my
24 Mac and I spent a month working with Adobe engineers in
25 Canada and they couldn't get it to work.

Page 42

1    Q. So you got your money back?
2    A. So I got my money back.
3    Q. And --
4    A. They told me 15 percent of their installer
5 application is buggy and 15 percent of their product
6 will not install. If you notice, now they're up in the
7 Cloud.
8    Q. I see. Do I have it right, you bought the
9 product and you tried to use it and it didn't work and
10 you tried to get your money back but they wouldn't give
11 it to you?
12    A. No. It would not install. And I worked with
13 whoever their customer service technical engineering
14 people, to try to get it to work. So they say
15 uninstall your fonts and do this and do that. It
16 wasn't working. It wasn't working. I finally reached
17 the point where it was costing me money because I
18 couldn't do work because this $2,000 piece of software
19 I bought was not functional. And so my other claim was
20 just to file and see what happened in small claims.
21 And they agreed to work with me to try to make it work,
22 they could never get it to work, and so the answer was
23 reimbursement for my expenses.
24    Q. Okay. Was it just the purchase price or did
25 you get other money too?

Page 43

1    A. It the was purchase price. I didn't ask for
2 any business damage just because it was hypothetical.
3 I couldn't use it so I couldn't say what I would have
4 made if I'd been able to undertake the projects.
5    Q. So the product wouldn't work and they
6 wouldn't -- did you ask them to give you money right
7 before you sued them?
8    A. No. I wanted it to work and I spent a month,
9 30 days, I asked the court to give us 30 days to try to
10 get it to install and function, and it never did.
11    Q. So was the original request to the court to
12 make them work with you to try to get it to work?
13    A. Yes.
14    Q. I see. I misunderstood. I'm sorry. Usually
15 when people sue companies they want money.
16    A. Well, how many times do you deal with help
17 desks that aren't helpful?
18    Q. Quite a bit.
19       Have you ever called Apple's, Applecare, they
20 call it?
21    A. Yes. And the last time was this file folder
22 with the question mark on it. I paid $29 for help that
23 I didn't get, that didn't work. But I haven't had time
24 to go back and see if I can't solve the problem,
25 because I've got other things on my plate. And I'm

Page 44

1 sorry I don't have access to that machine because I use
2 it for graphics work and it's, right now, not
3 accessible.
4    Q. Is it an older computer?
5    A. It's older one, yeah.
6    Q. So it's probably a --
7    A. Again, when you start spending thousands of
8 dollars on software you're not going to upgrade and buy
9 new stuff.
10    Q. Do you understand what reverse engineering
11 means?
12    A. Yes.
13    Q. Great. So one of the allegations, one of the
14 issues in this case relates a piece of software called
15 Real, or released by Real called Harmony. Have you
16 ever heard of that?
17    A. Uh-hum.
18       MS. BERNAY: You need to answer yes or no.
19       THE WITNESS: Yes.
20       MR. RINGGENBERG: Q. Thank you.
21       And there has been testimony in the case, do
22 you understand that Real reverse engineered Apple's DRM
23 system, which is called FairPlay, so that it could put
24 songs on iPods. Does that sound right to you?
25       MS. BERNAY: Objection --

Page 45

12 (Pages 42 - 45)

1    THE WITNESS: -- I wasn't there. I don't know
2  the engineers. Reverse engineering is a standard
3  practice in most software development, Q&A, development
4  testing, reworking, backward compatibility testing.
5  It's not an usual practice.
6    MR. RINGGENBERG: Uh-hum. And so you
7  understand that Apple issues software updates from time
8  to time, right?
9    A. As do most software manufacturers, yes.
10   Q. Right. And if you work in security I assume
11  you understand that if you have an encryption system
12  and you update it from time to time part of what you're
13  doing is trying to make the system harder to hack by
14  just making changes so that a hacker who's trying to
15  get in will have to start over on their work.
16    MS. BERNAY: Objection as to the term hacker.
17    THE WITNESS: It's a very simplistic approach
18  to anything having to do with access. The iPod, that
19  was not an executable, it did not send out, was not
20  reaching out, it was not a risk or liability; it was
21  basically a player, it was like taking a record and
22  putting on a turntable.
23    MR. RINGGENBERG: Q. Uh-hum. So do you
24  understand how that -- strike that.
25    Do you understand that the way Apple protected

Page 46

1  the songs at the instruction of the record labels was
2  to encrypt every song that was sold so it couldn't be
3  played unless you had keys to unlock the song. Does
4  that sound familiar?
5    MS. BERNAY: Objection. Misstates the facts
6  in evidence.
7    THE WITNESS: Well, we could go into a long
8  conversation about private and public keys, and that's
9  not what I'm here to do. Keys are also standard
10  software technology for all kinds of web, and now the
11  internet of things, networking connections, it's
12  nothing unusual there.
13    MR. RINGGENBERG: Q. Exactly. There's
14  nothing usual about that at all, and the way Apple did
15  it, which was standard encryption, they encrypted every
16  song, and every song had a key, and to play the song
17  you needed the key; does that make sense?
18    MS. BERNAY: Objection. Misstates the
19  evidence.
20    THE WITNESS: I don't know for a fact because
21  I have not seen, as they say, I haven't seen their
22  coding. I haven't seen software. I know that there
23  are problems or compatibility problems and there's
24  install problems, yes.
25    MR. RINGGENBERG: Q. And if you have an

Page 47

1  encrypted song and you need a key to play it the player
2  would, by definition, have to have a copy of the key,
3  right?
4    MS. BERNAY: Objection. This is calling for
5  some expert technological -- she's here to be of a pose
6  class representative. I just don't really see where
7  this is going.
8    You can answer if you can.
9    THE WITNESS: Well, we could be here for two
10  weeks talking about public private keys and all the
11  problems that people have with keys and all the digital
12  certificates that are being hacked and faked and not
13  updated. And Apple, I know for a fact, failed to renew
14  some of the certificates when they should have, back a
15  few years, because they just missed the calendar date,
16  'cause somebody in some office didn't pay the renewal
17  fees to update. So, you know, we can go on and on.
18  Technology is not perfect --
19    MR. RINGGENBERG: Q. -- did Apple have a
20  problem, the issue with the certifications you just
21  talked about?
22    A. Yes.
23    Q. What happened?
24    A. Couldn't log on.
25    Q. To --

Page 48

1    A. Because any security technology said this is
2  not a valid certificate. Are you sure you want to
3  proceed? It does put a machine at risk because it
4  could be sending me to somebody that's not Apple.
5    Q. I'm sorry. Could you just --
6    BY MS. BERNAY: -- give him a chance to finish
7  his question --
8    THE WITNESS: Okay. I'm sorry --
9    MR. RINGGENBERG: Q. What could you not log
10  onto? That's what I was trying to --
11    A. ITunes. I have balances on iTunes I can't
12  use.
13    Q. Because why?
14    A. One case, the one account, because of the
15  certificates. I just walked away from it. And at that
16  point I think it was when the classic died, so I just
17  stopped. I couldn't replace the battery so I just
18  stopped going after music.
19    MS. BERNAY: When you say the Classic died --
20    MR. RINGGENBERG: Q. You mean Classic iPod?
21    A. My Classic iPod. Uh-hum.
22    Q. Got it.
23    So let me go back to my question about keys.
24  You made some points about the iPod being just a player
25  and I was trying to follow up on that.

Page 49

13 (Pages 46 - 49)

1    You understand that the way the player worked
2 was every song was encrypted and you needed a key, so
3 the player plays songs, it's got to have the keys on
4 it. Does that make sense?
5    MS. BERNAY: Objection. Misstates the
6 evidence. Calls for expert --
7    THE WITNESS: Again, I have not seen the
8 architecture, the firmware, the middleware or the
9 software to make -- to agree or disagree. I know that
10 people buy -- the average user buys an iPod, puts music
11 on it and wants to listen to it. They get very
12 frustrated when there's music they want to use that
13 they can't use, in that window of time that we're
14 talking about. Now, of course, theres' video and all
15 kinds of other enhancements to later versions. But
16 we're not talking in that window. That's outside the
17 scope of this.
18    MS. BERNAY: You're at a good stopping place.
19 Maybe we can take a quick restroom break.
20    MR. RINGGENBERG: Why don't we?
21    VIDEOGRAPHER: This marks the end of media
22 number 1 in the deposition of Barbara Bennett. We are
23 off the record at 3:47 p.m.
24    (Recess taken from 3:47 p.m. to 3:58
25    p.m.)

Page 50

1    VIDEOGRAPHER: We're back on the record at
2 3:58 p.m.
3    This marks the beginning of media number 2 in
4 the deposition of Barbara Bennett.
5    MR. RINGGENBERG: Could we just return for a
6 second to your professional background --
7    A. Sure.
8    Q. When you were at Sun Microsystems were you
9 like an outside contractor?
10    A. Employee.
11    Q. What were the dates that you were at Sun?
12    A. I have no idea. I left in 2003. So it would
13 have been -- I was at Fidelity. When did we go to
14 decimalization in the Wall Street? I did the
15 decimalization project at Fidelity, so I left after
16 that. So three years, whatever. I mean it would have
17 been --
18    Q. Some time around 2000?
19    A. The last century.
20    Q. Some time around 2003 --
21    A. -- yeah.
22    Q. Do you remember what your job title was?
23    A. Probably -- what did I go in -- senior project
24 manager? Or both. I don't know.
25    Q. And to whom did you report?

Page 51

1    A. Well, it was network storage and network
2 storage software. I was on the security steering
3 committee for the corporation and I was on the
4 assessability steering committee for the government.
5    Q. But --
6    A. 508 accessibility. So I had different
7 reporting channels, if that answers your question.
8    Q. Was there one person on the -- I understand
9 there may be more than one, but can you just identify
10 one person for me on the org chart?
11    A. I really don't know. Because of the way Sun
12 is siloed I really don't know. We had network storage,
13 we had network storage software. I did BMware and
14 Veritas. I worked on partner software. So the
15 different managers were -- some were out here in Newark
16 and some places and some were in Burlington, Marlboro,
17 so it was different -- the way the corporate Sun was
18 run, it was a little non-traditional. A lot
19 non-traditional.
20    Q. And when you were at Fidelity that was the
21 preceding period?
22    A. Preceding, uh-hum.
23    Q. Right from 2000 backwards?
24    A. Uh-hum.
25    Q. And do you remember just immediately before

Page 52

1 you left there to whom did you report at that time?
2    A. Sanjeev Merchanawny. He was retail,
3 retirement. And there was another gentleman, Jim
4 McCarthy who was a senior VP underneath Sanjeev.
5    Q. Thank you.
6    What choice -- what different choice do you
7 think Apple should have made, just personally, relating
8 to the issues in this case? I just -- what -- I'm
9 trying to be clear what I mean.
10    A. Vis-a-vis the iPod or vis-a-vis Apple as
11 corporate?
12    Q. My question is more general, which is I take
13 it you think they did something wrong and I want to
14 know what you think they should have done instead.
15    MS. BERNAY: Objection --
16    MR. RINGGENBERG: -- just personally.
17    MS. BERNAY: My objection is that it's vague.
18 But you can answer if you can.
19    THE WITNESS: Vague? I think they should have
20 been inclusive. I'll be vague with an answer.
21    MS. BERNAY: You don't have to be vague with
22 your answer --
23    THE WITNESS: -- they should have been more
24 inclusive with their technology from the very beginning
25 with the -- I won't call them PCs, but the little

Page 53

14 (Pages 50 - 53)

1 computers. And I think they went through a window of
2 time, as we all know, where there were problems,
3 because they were so proprietary and protective of
4 their systems. And I think that legacy, until
5 recently, followed them through and I think it's hurt
6 them.
7        MR. RINGGENBERG: Q. So one way to be
8 inclusive would be to take songs at the iTunes music
9 store and allow them to play on other people's players?
10 A. Yes.
11 Q. Is that what you mean?
12 A. That would be one way.
13 Q. Another way would be to take songs that are
14 out there that are DM free and allow them to be played
15 on iPods?
16 A. That's another way.
17 Q. I take it you think they should have done both
18 those things?
19 A. I think --
20        MS. BERNAY: Objection. Vague.
21        THE WITNESS: -- there were ways to do that if
22 the consumer was to be well served by emerging
23 technology, yes.
24        MR. RINGGENBERG: Q. Do I understand
25 correctly what you're saying was you think they should

Page 54

1 MS. BERNAY: We were just making a joke about
2 the trial exhibits.
3        MR. RINGGENBERG: Q. Ma'am, do you see that
4 Exhibit 4 is an Apple press release from 2001?
5 A. But we're not talking about 2001, are we?
6 Q. I am right now.
7        MS. BERNAY: He can ask.
8        THE WITNESS: He can ask? Okay. You're
9 saying paragraph four? Fire wire? What are we talking
10 about?
11        MR. RINGGENBERG: Q. My first question is do
12 you recognize or do you see that this is an Apple press
13 release from 2001 when they released the very first
14 iPod?
15 A. No, 'cause I don't see a date on it.
16 Q. Cupertino, California. October 23rd, 2001.
17 Do you see that? On the third line.
18 A. Okay. By line. Okay.
19 Q. Do you recall when the iPod came out and that
20 was -- the catchphrase was 1000 songs in your pocket?
21 A. Probably. I was younger then.
22 Q. Great. Weren't we all.
23        So under next generation player in the
24 fourth paragraph it says: IPod plays music.
25        Do you see that paragraph?

Page 56

1 have found some way to do those things, those two
2 things meaning allow DM free songs on their iPods and
3 also to allow stuff sold on Apple iTunes store to --
4 iTunes music store, to play on other people's devices?
5        MS. BERNAY: Objection. I'm just trying to --
6 I'm struggling now to understand what we're talking
7 about. This is her personal opinion?
8        MR. RINGGENBERG: Her personal opinion.
9        THE WITNESS: My personal opinion is
10 technically it would not have been difficult and yes, I
11 would have done it because it would have been a bigger
12 pie for them to get.
13        MR. RINGGENBERG: Q. Better business,
14 essentially?
15 A. I think it would have been a better business
16 decision and I think it would have, in many ways, it's
17 a cool product. The average consumer doesn't have a
18 clue about a file format. So yes, I think it was in
19 the window of time we're talking about, kind of
20 short-sighted, yes.
21 Q. Let me offer you Exhibit 4.
22 A. Thank you.
23        (Off the record.)
24        (Exhibit 4 was marked for
25        identification.)

Page 55

1        MS. BERNAY: I'm sorry, where? Several
2 paragraphs down?
3        MR. RINGGENBERG: IPod, or it says next
4 generation in bold. One paragraph, two paragraph,
5 three paragraph, four. IPod plays music. Do you see
6 that paragraph, ma'am? That specific --
7        THE WITNESS: IPod plays up to ten hours of
8 continuous music; is that what you're talking about?
9        MR. RINGGENBERG: Q. One more paragraph down.
10 A. Okay. MP3, MP3. Variable A wave. Yeah.
11 Q. And do you understand that since its
12 introduction the iPod has supported all of those file
13 formats, MP3 --
14 A. I have no idea.
15 Q. Right. And my question is: What if it's true
16 that it actually does support those file formats and
17 has ever since its introduction. Would that change
18 your view at all about anything that you've said today?
19 A. Yeah. Because if it's true nobody knew about
20 it.
21        MR. RINGGENBERG: Let me offer you Exhibit 5.
22        MS. BERNAY: You can put this one to the side.
23 Put this one to the side for now.
24        MR. RINGGENBERG: Exhibit 5.
25        (Exhibit 5 was marked for

Page 57

15 (Pages 54 - 57)

1    identification.)
2        MR. RINGGENBERG:  Q.  Is Exhibit 5 one of the
3    ARS technical articles that you read?
4    A.  No.
5    Q.  You haven't seen this before?
6    A.  No.
7    Q.  There's a section on the second page entitled
8    Record Exec, little a through plaintiffs; do you see
9    that?
10    A.  Uh-hum.
11    Q.  Can you read that half the page to yourself
12    and I'll have a couple questions for you about it?
13    A.  The way I see you're asking about
14    inoperability.
15    Q.  I just asked you to read the paragraph.
16        MS. BERNAY:  He hasn't asked you a question
17    yet.
18        THE WITNESS:  Okay.
19        MR. RINGGENBERG:  Q.  Just let me know when
20    you're done with that section and I'll ask you a
21    question, please.
22    A.  Yeah.
23    Q.  You see that it's describing testimony from
24    Amanda Marks, head of Universal Music's elabs to
25    negotiate deals with iTunes; do you see that reference?

Page 58

1    A.  The first sentence that you're talking about?
2    Yeah.
3    Q.  Uh-hum.  And a little further down there's a
4    question.  I'm quoting for my colleague.  It says:  If
5    Harmony was using a whole and fair play security
6    Universal wouldn't want people like DVD John exploiting
7    these same holes, right?  Ask Isaacson.  And then the
8    very last line.  And then the follow over is Mark's
9    agreement.
10        Have you ever heard of DVD John?
11    A.  No.
12    Q.  So he's a -- just a -- I'll give you some
13    context, which is it's been reported, at least, that
14    he's a hacker, or at least he's someone who has reverse
15    engineered a number of DRM systems over the years.  And
16    would you agree that it would be legitimate for Apple
17    to try to make the security on its systems stronger so
18    that folks couldn't reverse engineer the DRM and use
19    the music in a way that the record label licenses
20    wouldn't allow?
21        MS. BERNAY:  Objection.  Calls for a legal
22    conclusion.
23        THE WITNESS:  That's not what this is even
24    mentioning or talking about.
25        MR. RINGGENBERG:  Q.  It's not?

Page 59

1    A.  Number one, people like -- I don't know who
2    this DVD John is.  Number two, if they are saying
3    there's a hole in the security are you saying this guy
4    was stealing music and not paying for it, or are you
5    saying he was taking the music and playing it on other
6    platforms that didn't support your system?
7    Q.  Well, is there is evidence at trial that a
8    gentleman who is referred to as DVD John, named Joe
9    Johanson, built tools that allowed people to remove DRM
10    protection from songs and then, at least in some cases,
11    those song were then shared in a matter that I think
12    are indisputably illegal?
13        MS. BERNAY:  Objection.  This misstates the
14    trial testimony.  It calls for a legal conclusion.
15    It's vague.
16        Go ahead.
17        MR. RINGGENBERG:  Q.  Does that help you
18    answer my question any better?
19    A.  I don't think I can answer a question like
20    this because I'm not quite sure what the question is,
21    number 1.  Number 2, I don't know what DVD John was
22    doing.  And we all know, regardless of what kind of
23    protection you put on anything on the internet, Sony
24    found out the hard way, anything can be hacked.
25    Q.  And do you think companies should try to make

Page 60

1    their security stronger so that happens less often?
2        MS. BERNAY:  Objection.  Form.
3        Go ahead.
4        THE WITNESS:  Whatever you do somebody will
5    find a way around it.  It's the way of the world.  I
6    think a lot of like security -- we're not talking about
7    lax security here.  The implication in this is that the
8    guy was getting it and not paying for it.
9        MR. RINGGENBERG:  Q.  Right.  And if Apple did
10    something to make its security stronger so that people
11    had a harder time doing that, do you think there's
12    something wrong with that?
13    A.  Not if it's authentication, if it's
14    verification, if it's -- they have an account, I have X
15    number of dollars on my account, I can go in and buy
16    something.  Yes.  That's -- but that's not what we're
17    talking about.  We're talking file formats here.
18    That's not security -- secure log-in, protection of
19    assets; that's something different.
20    Q.  I don't remember if you answered this
21    question.  Did you come to learn what Real's Harmony
22    software did, as a general matter?
23    A.  I have no idea and I've never used it.
24    Q.  Did you ever download a movie on iTunes?
25    A.  No.

Page 61

16 (Pages 58 - 61)

1  Q.  Do you ever use an online streaming system
2  like Netflix?
3  A.  No.
4  Q.  Do you ever buy any video product online, from
5  any source?  Amazon or anyone else?
6  A.  Did I buy a CD from Amazon?
7  Q.  I meant where the video is delivered online as
8  opposed to going on Amazon.com and buying a DVD.
9  A.  My Netflix comes in on a DVD, in a mailer, to
10 my house.
11 Q.  Got it.
12     Do you think that Apple's iTunes store is
13 unfair to music artists in someway?
14     MS. BERNAY:  Objection to the term unfair.
15 It's vague.
16     THE WITNESS:  My answers would depend what
17 musician you talked to.
18     MR. RINGGENBERG:  Q.  Well, there's a lot of
19 different ways musicians can try to sell their music,
20 right?
21     MS. BERNAY:  You need to answer orally.
22     THE WITNESS:  They can stand on the corner and
23 open their guitar case and play music, yes.
24     MR. RINGGENBERG:  Q.  Right.  Or they could
25 try to sign with a major record label.

Page 62

1 there were questions about what was acceptable or what
2 was online or what was bought or the quality of
3 something, or whatever the reasons were; it's been so
4 long I don't know.
5     Q.  But your understanding was that at least one
6 of your friends was trying to get music on iTunes and
7 they weren't able to do that?
8     A.  I know it did not come to fruition.  I do not
9 know the specifics.
10    Q.  I understand.
11        MR. RINGGENBERG:  Let me offer -- what are we
12 on?  Exhibit 6.
13        MS. BERNAY:  I've lost track.  I'm sorry.
14        (Off the record.)
15        (Exhibit 6 was marked for
16         identification.)
17        MR. RINGGENBERG:  Q.  Exhibit 6 has an article
18 from the online site for NPR.  Do you ever listen to
19 NPR?
20    A.  Of course.
21    Q.  And do you -- in your experience have you
22 found their reporting, generally, trustworthy?  I'm
23 sure they make mistakes just like everybody does.
24        MS. BERNAY:  Objection.  Vague.
25        THE WITNESS:  They have a solid reputation, if

Page 64

1  A.  That's right.
2  Q.  Or they could sign with an independent label.
3  A.  They could make their own record and put it up
4  on YouTube, yes.
5  Q.  Absolutely.  All those things are ways to do
6  it.  And my question is:  Do you think iTunes is in
7  some way unfair to music artists as a store?
8      MS. BERNAY:  Objection again to the word
9  unfair.
10     THE WITNESS:  It's very vague.  I think a
11 musician whose song is not accepted by iTunes would say
12 yes, you're unfair to me.
13     MR. RINGGENBERG:  Q.  And what do you -- do
14 you have some experience with a song not being accepted
15 by iTunes?
16 A.  Not me.
17 Q.  Are you familiar with someone who is?
18 A.  Yes.
19 Q.  And tell me about that, please.
20 A.  I have lots of friend in the music business
21 and, for whatever reason, depending on what was being
22 bought and how it was being bought, and I can't give
23 you specifics without talking to these people again.
24 But, yeah, I think there were acquisition, there
25 were -- used to call them A and R in the old days.  And

Page 63

1 that's your question.
2     MR. RINGGENBERG:  Q.  Yeah.  So I'm just
3 asking you to read to yourself the first three
4 paragraphs of this article.
5 A.  Yeah.
6 Q.  Are you familiar with what Spotify is?
7 A.  I don't use it but yes, I'm familiar with it.
8 Q.  So it's an online radio, basically.
9 A.  Uh-hum.
10 Q.  And that's one way that people could listen to
11 music on the internet now, right?
12 A.  Yeah.
13 Q.  Now, the article talks about the amount of
14 money that this particular independent musician is
15 earning for having her albums on Spotify and she
16 compares it to how she does on iTunes and she says,
17 according to the article:  For me, most people go to
18 iTunes.  She says:  I'm paid fairly from iTunes.  My
19 entire catalog is represented and, by comparison, when
20 songs are played on Spotify she only gets .004 cents a
21 play.
22     MS. BERNAY:  I am sorry, are you reading
23 directly from the article about the by comparison?
24 Where are you seeing that?
25     MR. RINGGENBERG:  Well, she does -- the word

Page 65

Veritext National Deposition & Litigation Services
866 299-5127

1 by comparison isn't there but --
2     MS. BERNAY: I'm sorry. I got it.
3     MR. RINGGENBERG: Yes.
4     MS. BERNAY: I apologize.
5     MR. RINGGENBERG: Q. She said she spent
6 fairly from iTunes, and I'm looking up the answer that
7 Spotify was .004 per day -- play, not much at all.
8 McKewam says most of the money she sees from online
9 comes from iTunes downloads.
10     So my question is: If iTunes is fairly paying
11 musicians, independent musicians, do you think it's a
12 good thing or a bad thing that iTunes has been
13 successful?
14     A. I need to back up, because what you've just
15 read you're, I believe, somewhat misrepresenting. It's
16 .004 per play. No if she's Madonna or she's Lady Gaga
17 or whatever there may be more than one play. When
18 someone buys iTunes, loads it to their machine, they
19 can listen to it 4,000 times and she's not going to see
20 any more money.
21     Q. Right.
22     A. So, in fairness, that's not a question I can
23 answer based on what's written in this article, because
24 you're representing a per use versus a purchase.
25     Q. Well, at least when she's quoted in this

Page 66

1 article this particular independent musician feels
2 she's paid fairly from iTunes but she doesn't feel
3 she's paid fairly by Spotify; is that fair?
4     A. She's saying she'd prefer to be on iTunes,
5 it's her choice.
6     Q. Sure. And so my question to you is assuming
7 it's true that independent musicians are more fairly
8 paid on iTunes than they are on some of their online
9 services, do you think it's a good thing or a bad thing
10 for musicians that iTunes has been successful?
11     A. She's saying she perceives that she is more
12 fairly paid. You can't, by extraction, say all the
13 musicians are feeling the same way. So you're using
14 the article and saying this one young lady thinks this
15 is a better deal for her.
16     Q. Correct. And my question to you is if her
17 feeling is accurate for independent musicians, do you
18 think iTunes' success is a good thing or bad thing?
19     A. I don't think anyone's success is a bad thing.
20 The question is is it a fair thing and does it exploit
21 other segments of a marketplace.
22     Q. Are you going to be at any of the trial? Do
23 you plan to be?
24     A. I wasn't planning on it. This was a last
25 minute trip, because I have business commitments

Page 67

1 tomorrow and Thursday. If they want me back on Friday
2 that's up to my lawyer.
3     Q. It's actually up to you, but --
4     A. No. It's a scheduling thing, so --
5     Q. But right now, at least, you're not planning
6 on it; is that right?
7     A. I wasn't planning on being here today either,
8 until last night.
9     Q. Okay. And what's your understanding of what
10 your role will be from here on out, since we're in the
11 middle of trial. It's a little unusual situation.
12     A. Yes. I understand.
13     Q. So what's your understanding of what your role
14 is going to be?
15     A. I may be asked to perform certain activities
16 representing a group of people who are being
17 represented by the law firm sitting next to me in a
18 case, apparently has enough merit to go to trial.
19     Q. And what are the activities that you think you
20 might have to do? What is it that you think might have
21 to do?
22     A. I'm going to look at all the documents that we
23 have. I certainly will do some background research and
24 I will look historically at what I can find on the
25 iTunes and the various iPod models. I can certainly

Page 68

1 talk to engineers that I know that are familiar, in
2 some cases more than I, with certain aspects of how
3 Apple has operated in the past.
4     Q. So I have one last question for you --
5     A. Uh-hum.
6     Q. -- which is will you please find someone you
7 trust, other than your lawyers, and ask them whether or
8 not it was true that iPods can play DRM free music
9 every day since 2001? Would you do that for me,
10 please?
11     A. If we can find some qualified expert who has
12 been around that long and can testify to file formats.
13     Q. I mean find someone you trust, who is
14 knowledgeable, and ask them. Would you do that?
15     A. I certainly can ask. I don't know that I'll
16 find anyone that is sort of going to MIT or Solaris,
17 that's a qualified engineer. I don't know that some
18 techie that listens to music while he codes is going to
19 be able to give me the answer about the history of a 14
20 year comment about file formats available online.
21     Q. I understand that you may not believe them,
22 but would you please find someone whose opinion you
23 trust and ask them if it's true, who's knowledgeable,
24 and see what they say; would you do that?
25     A. And if they say I don't know?

Page 69

18 (Pages 66 - 69)

1     MS. BERNAY: He's just asking you.
2     THE WITNESS: Yeah. I can ask. I can talk to
3  people.
4     MR. RINGGENBERG: Q. And if they give you the
5  answer that I think a knowledgeable person stating
6  honestly would say, which is actually you can play
7  MP3s, the unprotected MP3s on iPods ever since they
8  were introduced from any source, would you consider
9  changing your mind and not being involved in this
10 lawsuit?
11    A. No. And would you define knowledgeable?
12    MS. BERNAY: You don't need to ask him
13 questions.
14    THE WITNESS: What do you mean, knowledgeable?
15 A ten year-old kid that has an iPod?
16    MR. RINGGENBERG: I'm -- I think I'm done.
17 Just give me 60 seconds, and we are going to have to go
18 off the record.
19    VIDEOGRAPHER: Off the record at 4:22 p.m.
20    (Recess taken from 4:22 p.m. to 4:24
21    p.m.)
22    VIDEOGRAPHER: We're back on the record at
23 4:24 p.m.
24    MR. RINGGENBERG: Q. Other than the lawyers,
25 have you talked with anyone else about your potential

Page 70

1  involvement in this case?
2     A. No, other than a fellow in Boston that I tried
3  to piggyback a ride to the airport with.
4     Q. You were discussing the logistics on the way
5  to the airport?
6     A. Just the logistics of I'm going to California.
7  Why are you going to California? And that's all.
8     Q. Do you know a gentleman named Ken Regal?
9     A. (Witness Shakes Head.)
10    Q. Do you know Mariana Rosen?
11    MS. BERNAY: You should answer orally.
12    THE WITNESS: No. No.
13    MR. RINGGENBERG: Q. Do you know a gentleman
14 named Tom Santos?
15    A. No.
16    Q. Do you know Melanie Tucker, formally Wilson?
17    MS. BERNAY: Other way around.
18    MR. RINGGENBERG: I'm sorry, Melanie
19 Wilson, formerly Tucker?
20    A. No.
21    Q. Screwed that up. Sorry.
22    A. No.
23    Q. Before you e-mailed counsel about getting
24 involved in the case, did you do any research or talk
25 to anyone about the lawyers or the lawsuit?

Page 71

1     A. I read what was online. I had obviously seen
2  summaries, I don't know, BBC or CNN or whoever with a
3  picture of Mr. Jobs. That's really all I knew at that
4  point. And I knew that I had equipment from that
5  window of time. And I went looking in my files to see
6  what I had and what the dates were.
7     Q. My question was whether you talked to anyone
8  else or did any research about the law firm or getting
9  involved in the case.
10    A. Nothing about the law firms, no.
11    Q. Did you talk to anyone else about the
12 possibility of getting involved in the case?
13    A. No.
14    MR. RINGGENBERG: I don't have any more
15 questions.
16    THE WITNESS: Okay.
17    MR. RINGGENBERG: Thank you for your time.
18    THE WITNESS: Thank you.
19        EXAMINATION
20    MS. BERNAY: Q. I'm going to have to -- I'm
21 sorry, I'm going to have just a couple of questions.
22 Could I just have maybe one minute?
23    Okay. Ms. Bennett, today is it accurate that
24 you gave testimony in front of the court; do you recall
25 that? You were there today.

Page 72

1     A. Yes.
2     Q. And do you recall that the court indicated
3  that she found -- while you were sitting there she made
4  a statement regarding that you had made a prima fascia
5  showing that you're a proper class representative, that
6  you have standing; do you remember that?
7     A. Yes.
8     Q. Now, are you willing to continue, you know, to
9  work with us and to take part in this litigation and do
10 whatever is necessary in the best interests of the
11 class?
12    A. Yes.
13    MS. BERNAY: I have nothing further.
14        EXAMINATION
15    MR. RINGGENBERG: Q. I have two really quick
16 questions. I just -- very quick.
17    When you worked at Sun what was the name that
18 you used on your employment records?
19    A. Barbara Bennett.
20    Q. And in testimony today you talked about
21 signing an engagement letter, which you looked at on
22 the stand. You talked about receiving a memo from the
23 lawyers. In what order did that sequence happen?
24    A. The letter that I signed came first, and then
25 I believe it was several hours later when the memo --

Page 73

19 (Pages 70 - 73)

1 the background document, to give me the overview of
2 where the trial was at the moment; yes.
3     Q.   Have you ever had any business relationship
4 with Apple?
5     A.   Business relationship?  I buy their products.
6     Q.   I don't mean as a consumer.
7     A.   I paid for some support.
8     Q.   I mean other than as purchasing their
9 products.  Anything else?
10    A.   No.
11         MR. RINGGENBERG:  Thank you.
12         MS. BERNAY:  Thank you.
13         VIDEOGRAPHER:  We are off the record at 4:29
14 p.m., and this concludes today's testimony given by
15 Barbara Bennett.  The total number of medica used is
16 two and will be retained by Veritext Legal Solutions.
17         (Deposition concluded at 4:29 p.m.)
18
19
20
21
22
23
24
25
                                              Page 74

1
2
3
4
5         I, the undersigned, a Certified Shorthand
6 Reporter of the State of California, do hereby certify:
7         That the foregoing proceedings were taken
8 before me at the time and place herein set forth; that
9 any witnesses in the foregoing proceedings, prior to
10 testifying, were duly sworn; that a verbatim record of the
11 proceedings was made by me using machine shorthand
12 which was thereafter transcribed under my direction;
13 further, that the foregoing is an accurate transcription
14 thereof.
15        I further certify that I am neither
16 financially interested in the action nor a relative or
17 employee of any attorney of any of the parties.
18        IN WITNESS WHEREOF, I have this date
19 subscribed my name.
20
21 Dated:  12/10/14
22
23        _____
              ANGELICA R. GUTIERREZ
24            CSR No. 13292
25
                                              Page 76

1
2         I, BARBARA BENNETT, do hereby declare under
3 penalty of perjury that I have read the foregoing
4 transcript; that I have made any corrections as appear
5 noted, in ink, initialed by me or attached hereto; that my
6 testimony as contained herein, as corrected, is true and
7 accurate.
8
9
10        EXECUTED this_____day of_____,
11
12 20_____ at_____,_____.
              (City)          (State)
13
14
15
16
17        _____
          BARBARA BENNETT
18        VOLUME I
19
20
21
22
23
24
25
                                              Page 75

[& - appear]

| & | | a | |
|---|---|---|---|
| **&** 3:4,10 5:13,15 | **2010** 33:16 | | **agreement** 59:9 |
| **0** | **2014** 1:15 2:17 5:1,6 | **aac** 28:7 | **ahead** 15:20 26:17 |
| **004** 65:20 66:7,16 | **23rd** 56:16 | **abc** 9:14 | 31:10 33:25 34:9,24 |
| **05-00037** 1:7 2:7 | **24** 36:16 | **able** 27:17 44:4 64:7 | 60:16 61:3 |
| **1** | **2458** 25:10 | 69:19 | **airport** 71:3,5 |
| **1** 1:24 4:11 5:5 | **25** 4:12 | **absolutely** 63:5 | **albums** 65:15 |
| 18:16,17,24 50:22 | **29** 44:22 | **absurd** 32:17 | **alcohol** 36:16 |
| 60:21 | **2:56** 2:16 5:2,4 | **accelerated** 8:18 | **alexandra** 3:4 5:12 |
| **10** 36:22,24 | **3** | **acceptable** 64:1 | **allegations** 45:13 |
| **100** 31:6 | **3** 4:14 35:10,11,13 | **accepted** 23:6 63:11 | **allow** 20:24 32:18 |
| **1000** 56:20 | **30** 44:9,9 | 63:14 | 54:9,14 55:2,3 |
| **12/10/14** 76:21 | **35** 4:14 | **access** 12:12 45:1 | 59:20 |
| **13292** 1:21 2:18 | **3:47** 50:23,24 | 46:18 | **allowed** 26:21 28:12 |
| 76:24 | **4** | **accessibility** 52:6 | 28:14 37:21 60:9 |
| **14** 10:19 69:19 | **4** 4:15 55:21,24 56:4 | **accessible** 45:3 | **allowing** 20:13 |
| **15** 43:4,5 | **4,000** 66:19 | **account** 49:14 61:14 | **alternative** 24:20 |
| **18** 4:11 | **4:22** 70:19,20 | 61:15 | **amanda** 58:24 |
| **1900** 3:6 | **5** | **accounting** 6:20 | **amateur** 33:7 |
| **1945** 30:2 | **5** 4:16 57:21,24,25 | **accurate** 20:3 29:17 | **amazing** 11:10 |
| **1980395** 1:22 | 58:2 | 32:6 67:17 72:23 | **amazon** 62:5,6 |
| **1999** 2:15 3:12 5:19 | **508** 52:6 | 75:7 76:13 | **amazon.com** 62:8 |
| **2** | **510-874-1000** 3:13 | **accused** 37:4,7 | **american** 12:21 |
| **2** 4:12 25:5,7,9 51:3 | **55** 4:15 | **acquired** 9:2 | **amount** 65:13 |
| 60:21 | **57** 4:16 | **acquisition** 63:24 | **angelica** 1:20 2:17 |
| **2,000** 43:18 | **6** | **acting** 38:12 | 5:8 76:23 |
| **20** 75:12 | **6** 4:3,17 64:12,15,17 | **action** 6:2 76:16 | **answer** 10:11 15:20 |
| **200** 21:10 | **60** 70:17 | **actions** 1:8 2:8 | 18:11,12 22:19,21 |
| **2000** 51:18 52:23 | **619-231-1058** 3:7 | **activities** 68:15,19 | 28:19 30:11,20 |
| **2001** 4:15 29:4 30:4 | **64** 4:17 | **adding** 10:5 | 31:25 34:2,19,23,24 |
| 30:16 33:14 56:4,5 | **655** 3:5 | **address** 28:16 40:11 | 35:6 37:21 38:7 |
| 56:13,16 69:9 | **7** | 40:12 | 43:22 45:18 48:8 |
| **2002** 21:13 33:14 | **72** 4:3,4 | **addressing** 30:17 | 53:18,20,22 60:18 |
| **2003** 22:15 23:25 | **76** 1:24 | **administer** 6:1 | 60:19 62:21 66:6,23 |
| 33:15 51:12,20 | **9** | **admitted** 25:16 | 69:19 70:5 71:11 |
| **2004** 33:15 | **9** 1:15 2:17 5:1 | **adobe** 42:15,19,24 | **answered** 61:20 |
| **2005** 33:15 | 36:19 | **advances** 11:10 | **answering** 34:22 |
| **2006** 33:15 | **900** 3:12 | **affinity** 7:15 | **answers** 52:7 62:16 |
| **2007** 4:13 25:11 | **92102** 3:6 | **afternoon** 5:3 6:14 | **anti** 5:21 |
| 33:15 | **94612** 3:13 | **aggressive** 31:1 | **antitrust** 1:5 2:5 |
| **2008** 33:15 | **95** 16:4 | **ago** 35:15 | **anyone's** 67:19 |
| **2009** 33:16 | **9th** 5:6 | **agree** 5:23 11:4 | **apologize** 5:17 35:4 |
| | | 15:10,17 50:9 59:16 | 66:4 |
| | | **agreed** 20:25 42:23 | **apparently** 68:18 |
| | | 43:21 | **appear** 75:4 |

[appearance - bullying]

appearance  6:5
appearances  3:1
appearing  38:7
apple  1:5 2:5 4:15
   5:15,16,20 10:18,21
   10:22 11:3,11,15
   12:9 13:22 14:11,21
   15:10 16:24 17:6,15
   18:4 19:21 20:12,13
   20:24,25 21:5,14
   22:14 23:9,22 24:17
   24:18 25:12 26:11
   26:19,20 28:14
   33:21 35:16,17,24
   37:13 46:7,25 47:14
   48:13,19 49:4 53:7
   53:10 55:3 56:4,12
   59:16 61:9 69:3
   74:4
apple's  21:11 24:11
   28:7 44:19 45:22
   62:12
applecare  44:19
application  16:18
   17:4 43:5
applications  12:7
approach  46:17
architecture  50:8
area  15:21
argue  20:19
argumentative
   29:23 33:24
arrested  37:2 38:4
ars  4:16 9:11,18
   18:24 58:3
article  4:11,12,16,17
   18:24 19:10 64:17
   65:4,13,17,23 66:23
   67:1,14
articles  58:3
artist's  4:11
artists  62:13 63:7
ascap  17:21
ascaps  23:3

asked  35:17,19 36:9
   36:17,22,24 38:1,3
   44:9 58:15,16 68:15
asker  34:10
asking  28:20,22
   29:7,16 30:10 31:14
   31:16 32:1,22 33:2
   34:5,21 39:12 58:13
   65:3 70:1
aspects  69:2
assessability  52:4
assets  61:19
assistance  41:3
assume  24:13,18
   26:10 33:11,16
   37:20 46:10
assumes  22:17
assuming  26:18
   67:6
at&t  7:20 12:18,20
attached  23:1 75:5
attempt  11:20
attention  9:17 11:12
attorney  3:5 6:6
   76:17
attorneys  3:11
audio  5:22 22:25
authentication  12:5
   61:13
authorized  6:1
available  14:20 16:9
   30:5 69:20
average  50:10 55:17
aware  20:21

**b**

b  4:9
back  7:7 13:10 15:8
   21:9,15,16,22 29:14
   30:24 40:16 42:4,13
   43:1,2,10 44:24
   48:14 49:23 51:1
   66:14 68:1 70:22
background  6:19
   35:16 51:6 68:23

74:1
backward  46:4
backwards  52:23
bad  7:22 66:12 67:9
   67:18,19
balances  49:11
band  27:12
barbara  1:12 2:14
   5:5 6:10 50:22 51:4
   73:19 74:15 75:2,17
based  8:25 66:23
basically  40:24
   46:21 65:8
batteries  12:14
battery  49:17
bbc  72:2
beginning  2:16 5:4
   6:5 14:13 29:1
   30:12 51:3 53:24
begins  19:16
behalf  2:15
behave  38:9,20
believe  11:17 25:18
   26:9 32:22 33:5
   40:9 42:7 66:15
   69:21 73:25
believed  35:7
bennett  1:12 2:14
   5:5 6:10 50:22 51:4
   72:23 73:19 74:15
   75:2,17
bernay  3:4 4:4 5:12
   5:12 10:10 15:18
   18:6,9,19 19:9
   20:17 21:1 22:3,5
   22:17,21 23:12,17
   24:2,15,22 25:2,4,6
   25:15,19,22,25 26:3
   26:8,15 27:20 28:18
   29:5,19 30:21 31:7
   31:10,13,21 32:13
   33:23 34:4,7,21,24
   35:21 36:3,6,19
   37:16 38:16 40:21
   45:18,25 46:16 47:5

47:18 48:4 49:6,19
50:5,18 53:15,17,21
54:20 55:5 56:1,7
57:1,22 58:16 59:21
60:13 61:2 62:14,21
63:8 64:13,24 65:22
66:2,4 70:1,12
71:11,17 72:20
73:13 74:12
best  22:8 39:16
   73:10
beta  11:18
better  26:19 39:15
   55:13,15 60:18
   67:15
big  12:18 30:1 33:3
bigger  55:11
bit  42:13 44:18
blank  23:1
blow  29:2
bmi  17:21
bmis  23:2
bmware  52:13
boarding  41:15
bob  33:3
boies  3:10 5:14
bold  57:4
boston  41:11 71:2
bottom  36:10
bought  43:8,19
   63:22,22 64:2
box  42:22
braintree  8:22
brandon  3:15 5:7
break  50:19
bring  13:10
bringing  37:20
broadway  3:5
brought  10:19,24
browser  21:17
buggy  43:5
built  60:9
bullying  30:21
   31:21,23

[burlington - conversations]

**burlington** 52:16
**business** 8:19 10:23
12:11 44:2 55:13,15
63:20 67:25 74:3,5
**buy** 10:2 12:19
14:19 20:6 24:7
45:8 50:10 61:15
62:4,6 74:5
**buying** 62:8
**buys** 50:10 66:18

**c**

**c** 1:7 2:7
**c05-00037ygr** 5:21
**cable** 6:23 21:20
**calendar** 48:15
**california** 1:2,14 2:2
2:16 3:6,13 5:1,19
40:18 56:16 71:6,7
76:6
**call** 18:15,20 44:20
53:25 63:25
**called** 25:10 44:19
45:14,15,23
**calling** 24:2 48:4
**calls** 7:11 18:6 50:6
59:21 60:14
**canada** 42:25
**caption** 5:20
**care** 24:8
**case** 5:20,21 9:11
23:21 29:21 31:15
33:11 35:20 39:21
40:4 41:2 42:9,16
45:14,21 49:14 53:8
62:23 68:18 71:1,24
72:9,12
**cases** 17:22 23:7
60:10 69:2
**cassette** 22:25 23:2
**catalog** 65:19
**catchphrase** 56:20
**cause** 48:16 56:15
**cbc** 9:14

**cd** 62:6
**cds** 20:5
**center** 8:22
**cents** 65:20
**century** 51:19
**certain** 36:23 68:15
69:2
**certainly** 10:3 12:9
12:12 14:6 31:5
68:23,25 69:15
**certificate** 49:2
**certificates** 48:12,14
49:15
**certifications** 48:20
**certified** 2:18 76:5
**certify** 76:6,15
**chance** 19:9 49:6
**change** 30:19,19,20
57:17
**changes** 46:14
**changing** 30:14
34:11 70:9
**channels** 52:7
**charcy** 5:16
**charge** 12:14
**chart** 52:10
**cheap** 42:5
**childhood** 39:17
**choice** 14:10 53:6,6
67:5
**choices** 15:6
**choose** 10:9,14
**chose** 38:9
**chosen** 22:24
**city** 75:12
**claim** 42:14 43:19
**claimed** 42:19,20
**claims** 42:14 43:20
**clarifying** 25:15
**class** 5:13 28:21
29:17 36:1 48:6
73:5,11
**classic** 28:9 49:16,19
49:20,21

**clear** 27:5 32:14
53:9
**clearer** 35:21
**clearly** 27:1
**clerk** 40:9,10
**client** 34:16 35:8
38:19
**clients** 35:6
**close** 13:7
**cloud** 43:7
**clue** 55:18
**cnn** 72:2
**code** 16:6,8,17 33:1
**codes** 69:18
**coding** 47:22
**colleague** 59:4
**college** 7:2
**come** 24:9 27:7
40:17 61:21 64:8
**comes** 62:9 66:9
**coming** 42:3
**comment** 69:20
**commitments** 30:10
67:25
**committee** 52:3,4
**common** 39:24
**companies** 12:3
17:1 24:12 44:15
60:25
**company** 10:22,25
16:5,6 17:24
**compares** 65:16
**comparison** 65:19
65:23 66:1
**compatibility** 46:4
47:23
**competing** 27:3
**competitive** 11:22
**completely** 34:8
**composers** 17:22
**compound** 24:23
33:23
**computer** 21:18
35:18,22 38:2 45:4

**computers** 12:23
54:1
**concern** 27:16,21
28:17,20
**concluded** 74:17
**concludes** 74:14
**conclusion** 18:7
59:22 60:14
**condition** 20:13
**conduct** 38:9
**confirm** 25:23 28:24
29:14 30:4
**confirmed** 30:11
**confrontational**
35:4
**confused** 27:24
**connections** 47:11
**consider** 29:17
30:14 31:20 32:2,4
33:20 34:11 70:8
**considered** 42:16
**consistent** 24:14
**consultant** 10:24
**consulting** 7:6,8
8:16
**consumer** 11:22
42:20 54:22 55:17
74:6
**consumers** 26:21
**contact** 8:3
**contained** 75:6
**contents** 40:22
**context** 59:13
**continue** 73:8
**continuing** 29:20
**continuous** 57:8
**contract** 8:6
**contractor** 51:9
**control** 17:1 38:20
**controller** 17:3
**conversation** 40:22
40:22 47:8
**conversations** 5:25
24:12

[convince - engineer]

convince 33:18,19
cool 55:17
copy 19:23 20:6
  27:18 48:2
copyright 18:1
corner 62:22
corporate 52:17
  53:11
corporation 52:3
correct 13:24 26:18
  67:16
corrected 75:6
corrections 75:4
correctly 9:10,20
  40:4 54:25
costing 43:17
couching 32:17
cough 36:15
counsel 5:9,9 6:7
  71:23
county 39:5
couple 35:17,25
  38:2 58:12 72:21
course 13:21 19:6
  38:21 50:14 64:20
court 1:1 2:1 5:7
  6:11,17 8:5 35:18
  37:5 39:5 40:9 41:2
  41:7,25 42:14 44:9
  44:11 72:24 73:2
created 17:6 18:2
creative 17:21 42:18
criteria 41:1
crop 9:24
crowd 11:13
csr 1:21 76:24
cupertino 56:16
customer 27:5 43:13
customers 27:10

d

damage 44:2
damaged 11:21 16:2
damages 11:21 16:9

dark 12:2
database 35:24
date 30:1 48:15
  56:15 76:18
dated 76:21
dates 9:21 29:24
  51:11 72:6
day 30:5,6 66:7 69:9
  75:10
days 14:7 35:15
  44:9,9 63:25
deal 19:21 23:11
  24:1 44:16 67:15
deals 58:25
december 1:15 2:17
  5:1,6
decide 15:11 31:15
  31:16
decimalization
  51:14,15
decision 55:16
decisions 24:11
declare 75:2
defendant 2:15 3:9
  5:15
define 70:11
defining 18:11
definition 48:2
delivered 62:7
dell 11:9
depend 62:16
depending 14:4
  63:21
deposition 1:12 2:14
  4:14 5:5,18 18:15
  25:5 30:12 35:14,20
  37:24 38:22 50:22
  51:4 74:17
describing 58:23
deserve 34:23
design 11:11
desks 44:17
determination 23:7
determined 22:23

developed 13:22
developers 12:8
  16:18
developing 16:18
development 46:3,3
devices 55:4
died 49:16,19
diego 3:6
difference 15:2 20:7
different 14:2 15:3
  17:5 28:3 34:14
  52:6,15,17 53:6
  61:19 62:19
difficult 55:10
digital 21:12,21
  26:24 48:11
direction 76:12
directly 65:23
disagree 50:9
disagreeing 35:3
disc 20:7,7
disclosure 24:7
discussing 71:4
dispute 42:17
distribute 23:3
distributes 17:25
district 1:1,2 2:1,2
division 1:3 2:3
dm 54:14 55:2
docker 16:11
docket 40:9
document 1:7 2:7
  26:4 74:1
documents 68:22
doing 7:8 8:8,9,15
  12:10 26:1 31:14
  46:13 60:22 61:11
dollars 16:7 45:8
  61:15
dos 14:7,9,9,9 15:11
dowd 3:4 5:13
download 24:9
  61:24
downloads 66:9

dr 14:9
drive 13:8
drm 17:14 19:23
  20:12,25 21:5 24:17
  25:11 26:12 28:15
  30:13 33:12 45:22
  59:15,18 60:9 69:8
drops 36:15
drugs 36:15 38:3
duly 6:11 76:10
duplicate 6:17
dvd 59:6,10 60:2,8
  60:21 62:8,9
dvds 20:5
dying 13:8

e

e 4:9 7:20 40:5,10,16
  71:23
earlier 13:3 32:14
  38:23
early 28:9 41:11
earning 65:15
easy 29:3
ebusiness 9:7,9
eight 36:10
either 68:7
elabs 58:24
else's 37:20
emerging 54:22
employee 35:16
  51:10 76:17
employer 7:14
employment 73:18
encode 26:24 28:12
encoded 28:13
encrypt 47:2
encrypted 47:15
  48:1 50:2
encryption 46:11
  47:15
engagement 73:21
engineer 59:18
  69:17

[engineered - friends]

engineered 45:22
59:15
engineering 43:13
45:10 46:2
engineers 42:24
46:2 69:1
engines 40:15
enhancements
50:15
enterprise 12:22
entertainment 6:21
entire 26:4 65:19
entirely 17:19 28:25
entitled 22:2 58:7
equal 15:6
equipment 72:4
essentially 55:14
event 10:4
events 40:3
everybody 64:23
evidence 22:18 47:6
47:19 50:6 60:7
exactly 14:23 21:7,9
47:13
examination 4:2 6:8
6:13 72:19 73:14
examined 6:12
example 7:18 16:3
22:24
excluded 27:4
exclusionary 27:6
28:11
exec 58:8
executable 46:19
executed 75:10
execution 23:6
executive 20:22,23
executives 32:9
exercise 38:19
exhibit 18:16,17,24
25:5,7,9,10 35:10
35:11,13 55:21,24
56:4 57:21,24,25
58:2 64:12,15,17

exhibits 56:2
expect 7:6
expenses 42:1,4,6
43:23
experience 32:7
34:2 63:14 64:21
expert 48:5 50:6
69:11
expertise 15:21
explained 20:23
40:19
exploit 67:20
exploiting 59:6
exported 17:10
extraction 67:12

f

fact 20:10 21:19
25:23 26:11 29:24
30:4,12,18 31:6
47:20 48:13
facts 22:17 30:3
31:3,18,19 32:6,22
33:20,24 47:5
failed 48:13
fair 16:15,16,23
18:3 20:18 39:10
59:5 67:3,20
fairly 65:18 66:6,10
67:2,3,7,12
fairness 9:14,16
66:22
fairplay 45:23
faked 48:12
familiar 11:25 32:20
39:21 47:4 63:17
65:6,7 69:1
family 39:2,2,3,4,5,9
far 6:19 15:14,16
37:18
fascia 73:4
fee 23:2
feel 31:1 35:2 37:14
67:2

feeling 67:13,17
feelings 10:17
feels 67:1
fees 17:24 48:17
fellow 71:2
felt 16:24 25:12
fidelity 8:20,21 9:6
51:13,15 52:20
figure 36:12
file 11:16,23 13:6
22:1 27:19,22,24
28:4,6 29:12 30:7
43:20 44:21 55:18
57:12,16 61:17
69:12,20
filed 42:14
files 13:10 29:12
72:5
filings 37:5
film 6:23 20:4
filters 7:21
finally 43:16
finance 6:20 7:10
financial 8:7 12:10
financially 6:3
76:16
find 29:10,12 33:10
40:12 61:5 68:24
69:6,11,13,16,22
fine 19:12
finish 49:6
fire 56:9
fired 37:10
firm 35:9 39:22 40:8
40:13,17 41:12,16
68:17 72:8
firms 39:4 72:10
firmware 50:8
first 7:6 9:10 16:3
22:25 26:8 35:14
56:11,13 59:1 65:3
73:24
firsthand 34:1
fit 41:1

fits 9:24
five 27:2 28:2 29:11
flavors 12:13
flexner 3:10 5:15
flight 41:11
flip 21:8
flyer 41:20
folder 13:6 29:10
44:21
folks 27:16 59:18
follow 49:25 59:8
followed 54:5
follows 6:12
fonts 43:15
foregoing 75:3 76:7
76:9,13
form 20:17 28:18
32:16 61:2
formally 71:16
format 22:1 27:19
27:23 28:6 29:12
55:18
formats 11:17,24
27:25 28:4 57:13,16
61:17 69:12,20
former 7:14
formerly 71:19
forth 40:16 76:8
forward 9:25
found 12:18 29:16
40:10 55:1 60:24
64:22 73:3
four 29:11 56:9 57:5
fourth 56:24
free 22:21 26:22
28:15 30:13 33:12
54:14 55:2 69:8
frequent 41:20
frequently 19:6
friday 68:1
friend 7:1 33:3
39:17 63:20
friends 39:19,20,24
64:6

**[front - innovations]**

front 72:24
fruition 64:8
frustrated 50:12
function 44:10
functional 43:19
further 59:3 73:13
  76:13,15

**g**

g4 13:5
gaga 66:16
game 12:17,18
garage 27:12
gardening 7:10
gauge 11:19,19
geller 3:4 5:13
general 33:2 53:12
  61:22
generally 10:17
  64:22
generation 56:23
  57:4
gentleman 53:3 60:8
  71:8,13
getting 23:11 30:14
  33:20 34:7 61:8
  71:23 72:8,12
give 7:18 16:3,5
  19:9 27:1 43:10
  44:6,9 49:6 59:12
  63:22 69:19 70:4,17
  74:1
given 74:14
giving 29:23
globe 12:22
go 5:23 8:20 9:22
  15:20 18:4,12 21:9
  23:2 26:17 29:14
  31:10 33:25 34:9,24
  41:10 44:24 47:7
  48:17 49:23 51:13
  51:23 60:16 61:3,15
  65:17 68:18 70:17
goes 6:19 7:23 15:14
  15:16 27:13

going 14:13 15:11
  15:13,15 18:10 27:9
  27:10,12 30:23 31:3
  32:11 36:20 42:7
  45:8 48:7 49:18
  62:8 66:19 67:22
  68:14,22 69:16,18
  70:17 71:6,7 72:20
  72:21
good 5:3 6:14 11:14
  25:25 26:21 50:18
  66:12 67:9,18
gould 5:16
government 52:4
graphics 45:2
great 45:13 56:22
grew 38:23
group 8:19 9:9
  68:16
groups 7:16
guess 38:14
guessing 9:3
guitar 62:23
gutierrez 1:20 2:18
  5:8 76:23
guy 33:3 38:1 60:3
  61:8
guy's 27:12
guys 28:1,6

**h**

h 4:9
hack 46:13
hacked 48:12 60:24
hacker 46:14,16
  59:14
hadoop 16:12
half 37:17 58:11
hand 16:3 21:5
handle 10:22
happen 32:10 73:23
happened 43:20
  48:23
happens 61:1

hard 13:8 60:24
harder 46:13 61:11
hardware 14:2,12
  14:14 15:14,16,23
  17:11 40:19
harmony 45:15 59:5
  61:21
harrison 2:15 3:12
  5:19
head 10:8 58:24
  71:9
hear 9:10 41:4
heard 6:16 13:3
  27:23 39:23 45:16
  59:10
held 5:18 17:12
help 17:20 23:14
  38:9 44:16,22 60:17
helpful 44:17
hereto 75:5
hi 6:14
high 32:7,9
hire 35:8
historically 68:24
history 20:4,5 69:19
holders 23:5
hole 60:3
holes 59:7
home 12:20
honestly 37:24 70:6
hostage 17:12
hotels 8:21
hours 36:16 57:7
  73:25
house 62:10
hum 19:17,19,24
  45:17 46:6,23 49:21
  52:22,24 58:10 59:3
  65:9 69:5
hurt 54:5
husband 6:25 10:20
husband's 8:18
hypotheses 31:25
hypothesis 31:24

hypothesize 21:16
  31:4
hypothetical 44:2

**i**

ibm 11:8
ibm's 11:1
idea 17:8,14,16 21:4
  51:12 57:14 61:23
identification 18:18
  25:8 35:12 55:25
  58:1 64:16
identify 5:11 52:9
illegal 21:23 22:13
  22:22,23 60:12
illegally 21:25 22:3
  22:4,16
illness 8:18
immediately 52:25
implication 61:7
imply 38:11
import 29:10
improper 26:15
include 26:13
including 29:12
inclusive 53:20,24
  54:8
incomplete 21:1
independent 28:25
  63:2 65:14 66:11
  67:1,7,17
index 4:1
india 11:13
indicated 73:2
indisputably 60:12
industry 6:21 7:2
  11:6 20:5,22
influence 36:14
information 7:12,19
  11:7 40:4 41:4,15
initialed 75:5
ink 75:5
innovation 16:11
innovations 12:7

**[innovative - little]**

**innovative** 10:21
  11:5
**inoperability** 58:14
**insisted** 19:22
**install** 42:18 43:6,12
  44:10 47:24
**installer** 43:4
**institution** 8:7
**instruction** 47:1
**intellectual** 42:16,20
**interested** 6:3 76:16
**interesting** 7:16
**interests** 73:10
**interference** 5:25
**international** 39:4
**internet** 47:11 60:23
  65:11
**introduce** 6:15
**introduced** 70:8
**introduction** 57:12
  57:17
**invested** 16:7
**investments** 8:20
**involved** 9:19 70:9
  71:24 72:9,12
**involvement** 11:5
  71:1
**ipod** 1:5 2:5 5:20
  9:22 10:2 11:24
  12:11 15:3,7 16:24
  17:2 24:8 27:17
  29:2 33:14 46:18
  49:20,21,24 50:10
  53:10 56:14,19,24
  57:3,5,7,12 68:25
  70:15
**ipods** 12:14 28:15
  29:4 30:14 33:4,10
  36:4 45:24 54:15
  55:2 69:8 70:7
**isaacson** 59:7
**issue** 25:11 48:20
**issues** 9:23 18:13
  30:17 33:8 45:14
  46:7 53:8

**istore** 28:12
**itunes** 1:5 2:5 5:20
  17:15 19:21 20:14
  20:25 21:11,14
  22:14 23:10,22
  26:12 27:13 28:16
  29:2,9,9,14 30:3,7
  30:13 32:20 33:1,14
  49:11,11 54:8 55:3
  55:4 58:25 61:24
  62:12 63:6,11,15
  64:6 65:16,18,18
  66:6,9,10,12,18
  67:2,4,8,10,18
  68:25

**j**

**jaffe** 3:11
**january** 7:7,25
**jim** 53:3
**job** 1:22 37:10 38:3
  51:22
**jobs** 4:12 9:15 25:11
  72:3
**joe** 60:8
**johanson** 60:9
**john** 59:6,10 60:2,8
  60:21
**joke** 56:1
**judge** 42:22
**judges** 39:2,20
**judgment** 38:14

**k**

**keep** 27:6
**keiran** 5:14
**ken** 71:8
**kernels** 16:8
**key** 47:16,17 48:1,2
  50:2
**keys** 47:3,8,9 48:10
  48:11 49:23 50:3
**kid** 33:10 70:15
**kieran** 3:10
**kieren** 6:16

**kind** 7:8 9:16 17:2
  23:16 30:21 37:25
  55:19 60:22
**kinds** 47:10 50:15
**knew** 11:2 57:19
  72:3,4
**know** 10:2 11:2 12:2
  15:12 18:8,10 20:16
  24:24 26:25 28:3,9
  29:24 30:18 32:6,10
  32:15,21 33:2 34:2
  36:22 39:11,16,18
  41:14,21 46:1 47:20
  47:22 48:13,17 50:9
  51:24 52:11,12
  53:14 54:2 58:19
  60:1,21,22 64:4,8,9
  69:1,15,17,25 71:8
  71:10,13,16 72:2
  73:8
**knowledgeable**
  69:14,23 70:5,11,14
**knows** 41:20

**l**

**label** 20:22 24:5
  59:19 62:25 63:2
**labels** 17:18 18:5
  19:16,20 20:12
  23:11 24:1,17,21
  26:12 47:1
**lady** 66:16 67:14
**large** 8:7
**largely** 9:9
**larsis** 17:21
**late** 6:25
**launch** 19:21 21:11
**launched** 22:14
  23:10,22 29:4 30:3
  30:8
**law** 3:5,11 35:8 39:3
  39:22 40:8,12,17
  41:12,16 68:17 72:8
  72:10

**lawsuit** 30:15 33:21
  42:12 70:10 71:25
**lawyer** 34:18 39:17
  68:2
**lawyers** 38:7,20,23
  39:5,9,19,25 42:19
  69:7 70:24 71:25
  73:23
**lax** 61:6,7
**learn** 31:17 41:6
  61:21
**learned** 9:10
**leave** 8:17
**led** 9:18
**left** 51:12,15 53:1
**legacy** 54:4
**legal** 5:9 18:6 23:7
  59:21 60:14 74:16
**legislature** 39:3
**legitimate** 15:10
  59:16
**letter** 73:21,24
**level** 32:8,9
**liability** 46:20
**libraries** 39:6
**license** 18:4,11
  42:21
**licenses** 17:23,23
  59:19
**life** 6:21 22:10
**liked** 13:21
**limbo** 13:6
**limited** 12:12
**line** 56:17,18 59:8
**links** 24:4
**list** 25:24 26:1
**listen** 50:11 64:18
  65:10 66:19
**listened** 21:17
**listens** 69:18
**litigation** 1:6 2:6
  5:21 73:9
**little** 10:22,23 17:4
  27:24 35:21 39:15
  42:13 52:18 53:25

[little - name]

58:8 59:3 68:11
**live**  22:10
**llp**  3:4,10
**load**  12:13 29:9 30:7
    30:13 33:14
**loaded**  28:16
**loads**  66:18
**lock**  12:6
**locks**  17:8
**log**  48:24 49:9 61:18
**logan**  42:5
**logistics**  71:4,6
**long**  11:21 47:7 64:4
    69:12
**look**  20:4,5 36:21
    68:22,24
**looked**  9:21 73:21
**looking**  7:15 28:1,2
    66:6 72:5
**looks**  26:6
**lose**  42:9
**lost**  22:8 64:13
**lot**  7:11,11,12 8:25
    9:16 11:14 12:3,15
    16:11,11,12,21
    22:10 23:19 26:24
    39:9 52:18 61:6
    62:18
**lots**  39:19,19 63:20

**m**

**ma'am**  30:25 32:19
    56:3 57:6
**mac**  12:23 13:12
    14:18,20 30:6 42:24
**machine**  13:11 45:1
    49:3 66:18 76:11
**machines**  14:7
**mackintosh**  13:4
    14:10
**madonna**  66:16
**mail**  7:20 40:5,10,16
**mailed**  71:23
**mailer**  62:9

**maine**  10:25
**mainframe**  13:1
**major**  18:13 24:16
    29:12 62:25
**making**  10:7 14:11
    46:14 56:1
**management**  8:13
    9:7
**manager**  51:24
**managers**  52:15
**manila**  7:22,22
**manner**  26:22 38:10
    38:12
**manufacturers**
    15:24 46:9
**mariana**  36:25
    71:10
**mark**  13:7 44:22
**mark's**  59:8
**marked**  18:17 25:7
    35:11 55:24 57:25
    64:15
**market**  15:2,3
**marketing**  7:14,15
    9:8
**marketplace**  67:21
**marks**  5:4 50:21
    51:3 58:24
**marlboro**  52:16
**massachusetts**  8:22
    8:24,25 42:14
**material**  26:25
**matter**  17:7 60:11
    61:22
**mccarthy**  53:4
**mckewam**  66:8
**mean**  7:10 8:13
    20:19 22:13 23:21
    31:13 39:1,7 49:20
    51:16 53:9 54:11
    69:13 70:14 74:6,8
**meaning**  55:2
**means**  10:1 34:18
    45:11

**meant**  14:17 39:16
    62:7
**mechanical**  17:23
**mechanics**  22:23
**media**  50:21 51:3
**medica**  74:15
**melanie**  71:16,18
**members**  39:2,2,3,4
    39:5
**memo**  73:22,25
**mentioned**  11:18
    41:24 42:2
**mentioning**  59:24
**merchanawny**  53:2
**merit**  68:18
**met**  6:25
**microphones**  5:24
**microsoft**  11:25
    12:1 14:6,7 16:3,5
    16:15,17
**microsystems**  8:17
    51:8
**middle**  13:7 36:24
    68:11
**middleware**  50:8
**miles**  41:21,22,23
**miller**  3:15 5:7
**millions**  16:6
**mind**  23:16 30:14
    32:23 33:6 34:11
    70:9
**minute**  67:25 72:22
**mislead**  31:5
**misleading**  31:2
**misrepresenting**
    66:15
**missed**  48:15
**misstates**  15:18
    23:12 24:22 33:24
    47:5,18 50:5 60:13
**misstating**  32:13
**mistakes**  64:23
**misunderstood**
    44:14

**mit**  69:16
**model**  23:23
**models**  68:25
**moment**  7:5 13:14
    74:2
**money**  43:1,2,10,17
    43:25 44:6,15 65:14
    66:8,20
**money's**  17:11
**month**  42:24 44:8
**mouse**  11:2,3
**move**  12:11
**movie**  61:24
**mp3**  22:1 29:10 30:7
    57:10,10,13
**mp3s**  28:1 29:1 70:7
    70:7
**multiple**  20:9
**music**  12:12 13:10
    17:5,18 18:4 20:13
    20:24,25 21:11,12
    21:17,25 22:1,10,14
    22:15 23:4,10,10
    24:19 26:12,12,14
    26:22 27:6,11,13,17
    27:25 28:15,15 30:7
    30:13 32:8,9 33:3
    49:18 50:10,12 54:8
    55:4 56:24 57:5,8
    59:19 60:4,5 62:13
    62:19,23 63:7,20
    64:6 65:11 69:8,18
**music's**  17:12 58:24
**musician**  62:17
    63:11 65:14 67:1
**musicians**  62:19
    66:11,11 67:7,10,13
    67:17
**mutual**  7:1

**n**

**name**  5:7 6:16 7:11
    10:5 38:7 73:17
    76:19

[named - personally]

**named** 60:8 71:8,14
**napster** 21:22,22
  22:7,7,9,10 23:6
**narrow** 11:19 30:17
**nature** 8:9,10 9:5
  11:14,22
**necessary** 30:23
  73:10
**need** 12:5,5,6 22:11
  40:21 45:18 48:1
  62:21 66:14 70:12
**needed** 41:7 47:17
  50:2
**needs** 41:2
**negotiate** 58:25
**neither** 76:15
**netflix** 62:2,9
**network** 8:19 52:1,1
  52:12,13
**networked** 10:23,25
**networking** 47:11
**never** 22:9,9 39:23
  43:22 44:10 61:23
**new** 45:9
**newark** 52:15
**news** 9:14,14
**night** 68:8
**non** 52:18,19
**northern** 1:2 2:2
**note** 5:22
**noted** 75:5
**notice** 43:6
**noticing** 6:6
**npr** 4:17 64:18,19
**number** 4:10 5:5,21
  11:4,10 29:22,23
  36:2 50:22 51:3
  59:15 60:1,2,21,21
  61:15 74:15
**numbered** 36:11

**o**

**o'neil** 35:16
**o0o** 3:17 4:6,19

**oakland** 1:3,14 2:3
  2:16 3:13 5:1,19
**oath** 6:1
**object** 20:17
**objection** 15:18 18:6
  18:9 21:1 22:17
  23:12,17 24:2,22
  26:15 27:20 28:18
  29:19 31:7,21 32:18
  33:23 37:16 45:25
  46:16 47:5,18 48:4
  50:5 53:15,17 54:20
  55:5 59:21 60:13
  61:2 62:14 63:8
  64:24
**objections** 6:4 33:23
**obligation** 16:20,25
  38:8
**obtained** 22:15
  27:17
**obviously** 28:1 72:1
**october** 56:16
**offer** 18:15 24:25
  35:10 55:21 57:21
  64:11
**offered** 11:4
**office** 12:1 48:16
**oh** 10:12 30:1 33:2
**okay** 8:12 17:17
  18:14,19 25:19 27:8
  30:3,5 43:24 49:8
  56:8,18,18 57:10
  58:18 68:9 72:16,23
**old** 33:10 63:25
  70:15
**older** 14:7 45:4,5
**ones** 19:1 24:5,8
**online** 18:4 21:12,17
  21:25 22:15 23:11
  24:20 40:11 62:1,4
  62:7 64:2,18 65:8
  66:8 67:8 69:20
  72:1
**open** 11:17 12:5
  16:10 26:12 62:23

**opened** 28:23 42:22
**operated** 69:3
**operating** 13:23
  14:1 15:12,14,23
  30:19
**opinion** 29:13 32:21
  55:7,8,9 69:22
**opposed** 62:8
**options** 12:16
**oracle** 9:3
**oral** 10:11
**orally** 62:21 71:11
**order** 18:3 73:23
**org** 52:10
**original** 44:11
**outcome** 6:3
**outrageous** 34:8,10
  37:25
**outside** 50:16 51:9
**outsource** 11:13
**outsourced** 7:22
**overview** 74:1
**owned** 27:5
**ownership** 17:24

**p**

**p.m.** 2:16,17 5:2,4
  50:23,24,25 51:2
  70:19,20,21,23
  74:14,17
**page** 4:2,10 19:8,15
  36:10,17,19,22,24
  58:7,11
**pages** 1:24 4:14
  35:14 36:10
**paid** 41:13,14,19
  44:22 65:18 67:2,3
  67:8,12 74:7
**paragraph** 19:16
  56:9,24,25 57:4,4,5
  57:6,9 58:15
**paragraphs** 57:2
  65:4
**parking** 42:1,4,10

**part** 46:12 73:9
**particular** 65:14
  67:1
**parties** 5:23 76:17
**partner** 52:14
**party** 6:2 31:18
  42:11
**pass** 41:15
**pay** 9:16 41:17
  48:16
**paying** 60:4 61:8
  66:10
**payment** 23:5
**pc** 12:23 13:15 14:1
  14:9,19,22 15:3,16
**pcs** 11:8 13:18 15:8
  53:25
**penalty** 75:3
**people** 7:14 10:3
  11:13 14:2 15:13,15
  16:2,15,21 17:7,21
  18:2 21:25 22:15
  28:25 32:8,8,8
  35:25 43:14 44:15
  48:11 50:10 59:6
  60:1,9 61:10 63:23
  65:10,17 68:16 70:3
**people's** 54:9 55:4
**perceives** 67:11
**percent** 31:6 43:4,5
**percentage** 17:25
**perfect** 48:18
**perform** 68:15
**performers** 17:22
**period** 8:15 52:21
**perjury** 75:3
**permissions** 12:6
**person** 33:18 36:3,4
  52:8,10 70:5
**personal** 11:23
  12:24 28:20 35:23
  55:7,8,9
**personally** 32:21
  53:7,16

**[phone - read]**

**phone** 12:20
**pick** 5:24
**picture** 12:21 19:15
  30:2 72:3
**pictures** 9:15
**pie** 55:12
**piece** 14:12 22:19
  25:10 43:18 45:14
**pieces** 9:25 17:6
  27:1
**piggyback** 71:3
**place** 5:23 9:8 17:9
  22:24 27:6 50:18
  76:8
**places** 16:12 27:18
  52:16
**plaintiff** 5:10,13
**plaintiffs** 3:3 39:22
  42:8 58:8
**plan** 16:7 23:1 67:23
**plane** 41:10,13
**planning** 67:24 68:5
  68:7
**plate** 44:25
**platform** 14:4
**platforms** 60:6
**play** 13:9 17:7 27:12
  28:13,15 29:1 47:16
  48:1 54:9 55:4 59:5
  62:23 65:21 66:7,16
  66:17 69:8 70:6
**played** 17:9 47:3
  54:14 65:20
**player** 27:4 29:2
  46:21 48:1 49:24
  50:1,3 56:23
**players** 54:9
**playing** 60:5
**plays** 20:9 50:3
  56:24 57:5,7
**please** 5:22 6:4 8:2
  26:5 58:21 63:19
  69:6,10,22
**plenty** 10:3

**pocket** 56:20
**point** 22:12,13 29:9
  30:22 32:5,11 35:1
  37:19 38:5 43:17
  49:16 72:4
**points** 49:24
**popularity** 23:4
**pose** 48:5
**position** 8:16
**possibility** 72:12
**possible** 21:12 23:24
  23:25 28:25
**potential** 70:25
**powerbook** 13:5,19
  13:23
**practice** 46:3,5
**preceding** 6:4 52:21
  52:22
**precise** 8:14
**predicate** 26:16
**predominant** 22:15
**prefer** 12:23 67:4
**preparation** 9:23
**present** 3:15 13:13
**presented** 40:24
**press** 4:15 56:4,12
**presumably** 41:19
**pretty** 12:4
**previously** 19:2
**price** 43:24 44:1
**prima** 73:4
**prior** 8:19,21 76:9
**private** 5:25 47:8
  48:10
**privy** 24:11
**probably** 9:14 40:14
  45:6 51:23 56:21
**problem** 11:15,16
  12:19 27:3 28:10
  44:24 48:20
**problems** 27:7
  47:23,23,24 48:11
  54:2
**proceed** 49:3

**proceedings** 76:7,9
  76:11
**product** 9:8 12:5
  26:21 42:21 43:5,9
  44:5 55:17 62:4
**products** 11:1,5
  12:1 17:5 74:5,9
**professional** 6:18
  35:6 38:10,12 51:6
**program** 9:8
**programming** 12:4
**programs** 9:8
**project** 51:15,23
**projects** 44:4
**proper** 73:5
**property** 42:16,20
**proportion** 23:3
**proprietary** 11:16
  11:23 15:22,24
  17:10 28:6 54:3
**protect** 11:20 12:3
  27:10,14
**protected** 27:9,11
  33:12 46:25
**protection** 19:23
  20:6 24:5 27:18
  60:10,23 61:18
**protections** 33:13
**protective** 54:3
**protocols** 27:6
**public** 47:8 48:10
**published** 4:12,13
  25:11
**pull** 35:17 38:2
**pulled** 35:25
**purchase** 43:24 44:1
  66:24
**purchasing** 74:8
**pushing** 41:5
**put** 10:24 11:13
  17:8,14 20:12,25
  24:6,17 25:4 27:17
  33:13 38:15 45:23
  49:3 57:22,23 60:23
  63:3

**puts** 50:10
**putting** 46:22

### q

**q&a** 46:3
**qualified** 69:11,17
**quality** 64:2
**question** 13:6 15:25
  19:13 25:16 26:8
  28:19 29:5 30:9,11
  34:4 37:19 38:6,16
  38:18 39:13,14
  40:23,25 42:19
  44:22 49:7,23 52:7
  53:12 56:11 57:15
  58:16,21 59:4 60:18
  60:19,20 61:21 63:6
  65:1 66:10,22 67:6
  67:16,20 69:4 72:7
**questions** 31:2,12
  34:7 36:9,18 37:14
  37:15,22,25 58:12
  64:1 70:13 72:15,21
  73:16
**quick** 25:15 50:19
  73:15,16
**quit** 13:19
**quite** 37:19 44:18
  60:20
**quoted** 66:25
**quoting** 59:4

### r

**r** 1:20 2:17 63:25
  76:23
**radio** 65:8
**railroad** 11:19
**raising** 30:22
**ran** 39:5
**range** 30:16
**ranges** 30:1
**raspberry** 13:1
**reached** 43:16
**reaching** 46:20
**read** 9:18 18:25 19:1
  19:9 26:3 58:3,11

[read - saying]

58:15 65:3 66:15
72:1 75:3
**reading** 65:22
**real** 45:15,15,22
**real's** 61:21
**really** 8:3 17:19
31:15,16 34:4 36:23
48:6 52:11,12 72:3
73:15
**reason** 10:5 19:25
20:14 21:2 23:6
36:13 38:11 63:21
**reasonable** 15:5,6
**reasons** 35:5 64:3
**recall** 21:12,22
22:16 42:2 56:19
72:24 73:2
**receipt** 36:2
**receipts** 35:17,22,25
38:2 40:20
**receiving** 73:22
**recess** 50:24 70:20
**recognize** 18:23
19:4 56:12
**recollection** 25:21
**reconsider** 31:17
**record** 5:4,24 17:17
18:5,21 19:16,20
20:12,21,22 23:11
24:1,5,17,21 46:21
47:1 50:23 51:1
55:23 58:8 59:19
62:25 63:3 64:14
70:18,19,22 74:13
76:10
**recording** 5:22
**records** 73:18
**recruited** 8:20
**reference** 58:25
**referred** 60:8
**refining** 18:12
**regal** 71:8
**regard** 27:25
**regarding** 73:4

**regardless** 42:8
60:22
**regularly** 29:15
**reimburse** 42:6
**reimbursed** 42:8
**reimbursement**
42:1 43:23
**related** 6:2
**relates** 1:7 2:7 45:14
**relating** 7:19 53:7
**relationship** 34:16
74:3,5
**relative** 76:16
**release** 4:15 16:8
56:4,13
**released** 45:15
56:13
**remember** 25:16,22
28:10 51:22 52:25
61:20 73:6
**remove** 60:9
**renew** 48:13
**renewal** 48:16
**replace** 49:17
**report** 51:25 53:1
**reported** 1:20 59:13
**reporter** 2:18 5:8
6:11 8:5 76:6
**reporting** 52:7
64:22
**represent** 29:18
35:14
**representation**
37:21
**representative**
28:21 48:6 73:5
**representatives** 36:1
**represented** 22:7
42:15 65:19 68:17
**representing** 39:22
66:24 68:16
**reputation** 64:25
**request** 44:11
**require** 23:1

**required** 20:12
24:17 26:11,13
**research** 68:23
71:24 72:8
**reservation** 41:10
41:12
**respectful** 35:3
**restrictive** 16:12
27:15
**restroom** 50:19
**result** 14:17
**retail** 53:2
**retained** 74:16
**retirement** 53:3
**return** 51:5
**reuse** 17:24
**reverse** 45:10,22
46:2 59:14,18
**revert** 18:2
**reworking** 46:4
**rgrdlaw.com** 3:7
**ride** 71:3
**riggenberg** 3:10 4:3
**right** 7:9 10:7 12:24
13:8 14:3,10,15,17
14:19 17:18 19:15
20:2,8 21:7 24:13
24:18 26:10 28:5
31:15 33:12 34:20
36:5,7 40:7,17 41:8
41:23 42:9,11,11
43:8 44:6 45:2,24
46:8,10 48:3 52:23
56:6 57:15 59:7
61:9 62:20,24 63:1
65:11 66:21 68:5,6
**rights** 17:18
**ringgenberg** 5:14,14
6:14,16 8:8 10:13
18:8,14,23 19:11,14
20:18 21:2 22:4,6
23:14 24:25 25:3,5
25:9,18,20,23 26:1
26:5,9,18 27:22
28:22 29:6,20 30:25

31:9,11,23 32:1,17
32:19 34:6,10,15
35:13,24 36:4,7,8
36:20,21 37:23
38:17,18 45:20 46:6
46:23 47:13,25
48:19 49:9,20 50:20
51:5 53:16 54:7,24
55:8,13 56:3,11
57:3,9,21,24 58:2
58:19 59:25 60:17
61:9 62:18,24 63:13
64:11,17 65:2,25
66:3,5 70:4,16,24
71:13,18 72:14,17
73:15 74:11
**risk** 46:20 49:3
**robbins** 3:4
**robins** 5:12
**role** 68:10,13
**rosen** 36:25 71:10
**royalty** 23:2,5
**rude** 6:15 35:2,2,7
37:15
**rudman** 3:4 5:13
**run** 11:21 14:12,18
14:21 52:18
**running** 15:11

**s**

**s** 4:9
**salary** 37:13
**sale** 23:1
**sales** 18:1
**san** 3:6 34:6,18
**sanjeev** 53:2,4
**santos** 71:14
**sat** 37:23
**saw** 25:24 40:4
**saying** 15:22 16:14
24:7,16 26:11 29:25
30:1 40:25 54:25
56:9 60:2,3,5 67:4
67:11,14

Veritext National Deposition & Litigation Services
866 299-5127

| | | | |
|---|---|---|---|
| **says** 19:20 56:24 57:3 59:4 65:16,18 66:8 | **sent** 40:5,8 41:15 | **smartest** 11:12 | **spam** 7:20,21 |
| **scheduling** 68:4 | **sentence** 59:1 | **software** 12:10 14:8 14:12,14,18,21 15:13,16,22,24 17:1 17:3,4,11 42:23 43:18 45:8,14 46:3 46:7,9 47:10,22 50:9 52:2,13,14 61:22 | **specific** 57:6 |
| **schiller** 3:10 5:15 | **sequence** 40:3 73:23 | | **specifics** 63:23 64:9 |
| **scope** 50:17 | **serial** 36:2 | | **speculation** 24:3 |
| **screen** 10:23 | **served** 54:22 | | **spend** 17:11 |
| **screwed** 71:21 | **servers** 13:1 14:16 | | **spending** 45:7 |
| **search** 40:14 | **service** 43:13 | | **spent** 8:25 42:24 44:8 66:5 |
| **searched** 40:14 | **services** 67:9 | | **split** 12:20 |
| **second** 15:9 19:7,15 51:6 58:7 | **set** 76:8 | **solaris** 14:16 69:16 | **spoken** 40:1 |
| **seconds** 70:17 | **shake** 10:8 | **sold** 19:22 23:10 26:14 47:2 55:3 | **sports** 7:16 |
| **section** 58:7,20 | **shakes** 71:9 | **solid** 64:25 | **spotify** 65:6,15,20 66:7 67:3 |
| **secure** 61:18 | **share** 15:2,3 16:17 22:2 23:5 | **solutions** 5:9 74:16 | **stand** 20:23 62:22 73:22 |
| **security** 7:12,19 46:10 49:1 52:2 59:5,17 60:3 61:1,6 61:7,10,18 | **shared** 60:11 | **solve** 44:24 | **standard** 46:2 47:9 47:15 |
| **see** 8:12 9:18 10:6 13:9,12 19:18 36:10 36:25 37:18 39:18 43:8,20 44:14,24 48:6 56:3,12,15,17 56:25 57:5 58:8,13 58:23,25 66:19 69:24 72:5 | **sharing** 21:25 22:1 | **somebody** 9:15 10:1 23:19 37:20 48:16 49:4 61:4 | **standing** 40:25 42:16 73:6 |
| | **she'd** 34:11 67:4 | **someway** 62:13 | **star** 12:1 |
| | **shoe** 9:24 | **somewhat** 66:15 | **start** 45:7 46:15 |
| | **short** 55:20 | **song** 17:9 33:13 47:2,3,16,16,16 48:1 50:2 60:11 63:11,14 | **started** 12:14 |
| | **shorthand** 2:18 76:5 76:11 | | **starting** 7:24 |
| | **show** 36:9 | | **startup** 16:4 |
| | **showed** 35:25 | **songs** 17:14 19:22 20:12 21:6 24:18 45:24 47:1 50:3 54:8,13 55:2 56:20 60:10 65:20 | **starwood** 8:21 |
| | **showing** 73:5 | | **state** 6:4 13:6 75:12 76:6 |
| **seeing** 16:11 65:24 | **shrinkwrapped** 42:21 | | **statement** 73:4 |
| **seen** 25:13 36:22,22 47:21,21,22 50:7 58:5 72:1 | **shut** 22:7 | **sony** 60:23 | **states** 1:1 2:1 |
| | **sick** 10:20 | **soon** 8:4,7 | **stating** 70:5 |
| | **side** 12:2 14:19 21:8 25:4 57:22,23 | **sorry** 8:5 10:10,20 22:5 27:13 30:25 31:11 35:2 39:13 44:14 45:1 49:5,8 57:1 64:13 65:22 66:2 71:18,21 72:21 | **stealing** 60:4 |
| **sees** 66:8 | | | **steering** 52:2,4 |
| **segments** 67:21 | **sighted** 55:20 | | **step** 9:25 12:8 15:8 30:24 |
| **sell** 10:20 18:3 20:13 20:24 21:6,6 24:19 27:8,13,14 28:11 62:19 | **sign** 19:20 62:25 63:2 | | **steve** 4:12 9:15 25:11 |
| | **signed** 8:3,6 73:24 | **sort** 69:16 | **stock** 10:19 |
| | **signing** 73:21 | **sound** 17:12 45:24 47:4 | **stopped** 49:17,18 |
| **sells** 17:15 | **siloed** 52:12 | **sounds** 17:8 | **stopping** 50:18 |
| **send** 40:7 46:19 | **simplistic** 46:17 | **source** 11:17 16:5,8 16:10,17 31:18 33:1 62:5 70:8 | **storage** 8:19 52:1,2 52:12,13 |
| **sending** 49:4 | **sit** 35:19 | | **store** 17:15 19:21 20:14 21:11 22:14 23:10 26:13 28:23 30:7 54:9 55:3,4 |
| **senior** 51:23 53:4 | **site** 64:18 | | |
| **sense** 47:17 50:4 | **sitting** 13:10 68:17 73:3 | | |
| **sensibility** 12:21 | **situation** 68:11 | | |
| **sensitive** 5:24 | **six** 28:2 | | |
| | **small** 10:25 42:14 43:20 | | |

[store - today's]

62:12 63:7
**stores** 11:12
**streaming** 62:1
**street** 2:15 3:12 5:19
  51:14
**strike** 46:24
**stronger** 59:17 61:1
  61:10
**struggling** 55:6
**studios** 32:10
**stuff** 7:23 27:9 45:9
  55:3
**styling** 11:11
**submitted** 35:18
**subscribed** 76:19
**subscription** 23:23
**subsequent** 23:7
**substantive** 31:3
**substitutions** 15:5,5
**success** 67:18,19
**successful** 16:16,24
  66:13 67:10
**sue** 33:21 44:15
**sued** 44:7
**suggest** 22:13
**suggested** 31:13
**suite** 3:6,12 42:18
**summaries** 72:2
**sun** 8:17,20,23
  11:24,25 14:16
  21:15 51:8,11 52:11
  52:17 73:17
**support** 57:16 60:6
  74:7
**supported** 57:12
**supposed** 12:15
  24:19 34:19
**sure** 13:25 19:7,11
  24:13 36:13 37:19
  41:4 49:2 51:7
  60:20 64:23 67:6
**suzanne** 3:11
**sworn** 6:7,11 76:10
**sync** 17:23

**sysco** 11:9
**system** 13:23 14:2
  14:13 15:12,14,23
  29:11 45:23 46:11
  46:13 60:6 62:1
**systems** 27:4,7
  30:19 33:1 54:4
  59:15,17

**t**

**t** 4:9
**take** 12:8 16:14
  29:13 30:24 33:12
  42:13 50:19 53:12
  54:8,13,17 73:9
**taken** 2:15 16:10
  35:15 50:24 70:20
  76:7
**talk** 7:20 15:8 27:22
  69:1 70:2 71:24
  72:11
**talked** 48:21 62:17
  70:25 72:7 73:20,22
**talking** 15:4 17:3,4
  17:5 32:10,25 33:8
  48:10 50:14,16 55:6
  55:19 56:5,9 57:8
  59:1,24 61:6,17,17
  63:23
**talks** 65:13
**tapes** 22:25
**target** 37:18
**tax** 7:13 39:4
**techica** 18:24
**techie** 69:18
**technica** 9:11,18
**technical** 4:11,16
  43:13 58:3
**technically** 55:10
**technological** 48:5
**technology** 6:20
  7:10,12 8:11,13,22
  9:7 11:6,8,10 17:14
  27:1 32:8 33:8
  47:10 48:18 49:1

53:24 54:23
**television** 6:23,24
  21:20
**tell** 6:18 7:3 8:2,10
  10:17 11:7 18:14
  20:10 24:15 27:9
  28:24 29:8 36:14
  37:24 63:19
**telling** 29:6 31:6
  37:4,7,11
**ten** 33:4,10 57:7
  70:15
**term** 46:16 62:14
**testified** 6:12 20:22
**testify** 13:3 25:20
  27:23 36:25 41:7
  69:12
**testifying** 31:7 76:10
**testimony** 6:16
  15:19 20:11 23:12
  23:21 24:14,16,22
  32:14 36:23 37:20
  38:23 41:24 45:21
  58:23 60:14 72:24
  73:20 74:14 75:6
**testing** 46:4,4
**thank** 6:6 18:22
  25:6,19 36:6,12
  45:20 53:5 55:22
  72:17,18 74:11,12
**theater** 6:22,23
**thereof** 76:14
**thing** 11:12 12:16
  12:16 27:8 31:15
  35:23 66:12,12 67:9
  67:9,18,18,19,20
  68:4
**things** 7:13 11:14
  12:15 26:25 44:25
  47:11 54:18 55:1,2
  63:5
**think** 7:24 10:10,21
  11:7,9,11,17,18,21
  13:5 14:23 15:25
  16:2,21,21 19:25

20:14 21:3,9,15,16
  23:9 24:15 26:20
  27:24 28:2 30:23
  31:14 32:6,23 33:6
  36:3 38:12 39:14
  42:1 49:16 53:7,13
  53:14,19 54:1,4,5
  54:17,19,25 55:15
  55:16,18 60:11,19
  60:25 61:6,11 62:12
  63:6,10,24 66:11
  67:9,18,19 68:19,20
  70:5,16
**thinking** 27:25
**thinks** 67:14
**third** 31:18 56:17
**thought** 9:25 13:4
  16:20 37:25 38:24
  41:25
**thoughts** 10:4
**thousands** 45:7
**three** 34:12 51:16
  57:5 65:3
**thursday** 68:1
**ticket** 41:13,19
**time** 5:11 6:5 7:13
  9:1 10:2,9,14 12:9
  13:9 21:9,11 32:25
  44:21,23 46:7,8,12
  46:12 50:13 51:18
  51:20 53:1 54:2
  55:19 61:11 72:5,17
  76:8
**times** 7:11 24:9
  34:12,13 44:16
  66:19
**title** 51:22
**titles** 12:13
**today** 6:17 7:4 13:3
  30:10 32:14 33:16
  38:22,23 41:7 42:10
  57:18 68:7 72:23,25
  73:20
**today's** 14:25 74:14

**[told - weather]**

**told** 32:21 33:4 43:4
**tom** 71:14
**tomorrow** 68:1
**tools** 12:7 29:3,8
  60:9
**total** 74:15
**totally** 15:3
**town** 12:17,19
**track** 64:13
**traditional** 52:18,19
**transcribed** 76:12
**transcript** 4:14 75:4
**transcription** 76:13
**travel** 42:6
**trial** 9:23 20:11
  24:14,16 25:10,17
  30:18 36:23 56:2
  60:7,14 67:22 68:11
  68:18 74:2
**tried** 35:3 43:9,10
  71:2
**trip** 67:25
**trojans** 7:21
**true** 17:19 20:1,2,15
  21:3 29:25 33:17,17
  33:20 34:2 57:15,19
  67:7 69:8,23 75:6
**trust** 5:21 31:19
  32:20 33:19 69:7,13
  69:23
**trustworthy** 64:22
**truth** 31:6 36:14
  37:5,8,11
**try** 6:17 10:24 12:3
  24:19 26:20 35:5
  43:14,21 44:9,12
  59:17 60:25 62:19
  62:25
**trying** 21:15,16
  23:15 31:5 33:21
  35:1 39:15 46:13,14
  49:10,25 53:9 55:5
  64:6
**tucker** 71:16,19

**tuesday** 1:15 2:17
  5:1
**turn** 19:7,14
**turning** 36:17
**turntable** 46:22
**two** 29:23 36:4
  40:10 42:19 48:9
  55:1 57:4 60:2
  73:15 74:16
**type** 7:23 19:22

**u**

**uh** 19:17,19,24
  45:17 46:6,23 49:21
  52:22,24 58:10 59:3
  65:9 69:5
**uncomfortable**
  31:12
**underneath** 53:4
**undersigned** 76:5
**understand** 9:19
  10:6,13 17:17,20
  20:8 22:12 23:14,15
  28:8,8,19 33:9
  34:15,19 37:17 38:6
  38:19 39:15 45:10
  45:22 46:7,11,24,25
  50:1 52:8 54:24
  55:6 57:11 64:10
  68:12 69:21
**understanding**
  17:13 64:5 68:9,13
**understood** 13:22
  14:15 42:7
**undertake** 44:4
**undisputed** 20:11
**undrmed** 29:1
**unencoded** 28:14
**unfair** 14:23 38:1
  62:13,14 63:7,9,12
**uninstall** 43:15
**united** 1:1 2:1
**universal** 20:23,24
  58:24 59:6

**unix** 12:4
**unlock** 47:3
**unprofessional** 35:7
**unprotected** 70:7
**unusual** 47:12 68:11
**update** 46:12 48:17
**updated** 48:13
**updates** 46:7
**upgrade** 45:8
**upgrading** 30:20
**use** 11:25 12:1,24,25
  12:25 13:1,1 19:6
  22:24 24:8,10 26:12
  27:4 40:15 42:23
  43:9 44:3 45:1
  49:12 50:12,13
  59:18 62:1 65:7
  66:24
**user** 50:10
**users** 33:7,8
**uses** 29:14 33:10
**usual** 46:5 47:14
**usually** 44:14

**v**

**vague** 20:20 27:20
  33:24 53:17,19,20
  53:21 54:20 60:15
  62:15 63:10 64:24
**valid** 40:25 49:2
**valuable** 41:3
**value** 15:6
**variable** 57:10
**varies** 7:16,17
**variety** 12:12
**various** 68:25
**verbatim** 76:10
**verification** 61:14
**veritas** 52:14
**veritext** 5:9 74:16
**versions** 30:19
  50:15
**versus** 66:24
**vhs** 11:18

**video** 5:5,22 9:15
  50:14 62:4,7
**videographer** 3:15
  5:3,18 50:21 51:1
  70:19,22 74:13
**videotaped** 1:12
  2:14
**view** 32:5 57:18
**viruses** 7:20
**vis** 53:10,10,10,10
**visible** 42:22
**visit** 40:18
**voice** 30:22
**volume** 1:13 2:14
  75:18
**voluntary** 10:6
**vp** 53:4

**w**

**walked** 49:15
**wall** 51:14
**want** 9:19 12:8 21:5
  24:10,10,19,21 26:3
  27:18 34:13 36:13
  39:7,8 44:15 49:2
  50:12 53:13 59:6
  68:1
**wanted** 24:5 39:18
  42:23 44:8
**wants** 27:13 50:11
**wave** 57:10
**way** 6:3 12:15 16:23
  17:2 21:6 22:15
  23:9 30:23 33:16
  38:15 46:25 47:14
  50:1 52:11,17 54:7
  54:12,13,16 55:1
  58:13 59:19 60:24
  61:5,5 63:7 65:10
  67:13 71:4,17
**ways** 10:21 11:20
  26:24 34:14 54:21
  55:16 62:19 63:5
**weather** 7:22

[web - youtube]

**web** 47:10
**website** 4:11 18:24
  19:4
**webstite** 4:17
**weeks** 7:6 48:10
**went** 22:9 36:2 54:1
  72:5
**west** 3:5
**whereof** 76:18
**whispers** 5:25
**wide** 11:19
**willing** 27:8 31:17
  73:8
**wilson** 71:16,19
**win** 42:9
**window** 9:22 10:2
  12:9 30:17 32:25
  50:13,16 54:1 55:19
  72:5
**windows** 14:6 15:11
  16:4,16
**wire** 56:9
**withdraw** 10:14
**withdrawing** 29:17
**witness** 6:7 8:6
  10:12 15:21 18:10
  18:22 19:12 22:19
  22:22 23:13,18 24:4
  24:24 26:7 29:22
  30:22 31:22,24 34:1
  34:12,22 37:17
  40:24 45:19 46:1,17
  47:7,20 48:9 49:8
  50:7 53:19,23 54:21
  55:9 56:8 57:7
  58:18 59:23 61:4
  62:16,22 63:10
  64:25 70:2,14 71:9
  71:12 72:16,18
  76:18
**witnesses** 76:9
**wondering** 18:19
**word** 12:2 20:20
  63:8 65:25

**work** 6:19 7:6,8,12
  7:13,13,18 8:9,10
  9:5 29:24 37:8
  42:25 43:9,14,18,21
  43:21,22 44:5,8,12
  44:12,23 45:2 46:10
  46:15 73:9
**workaround** 23:15
  23:16
**workarounds** 23:8
  23:20 27:2
**worked** 8:23 14:15
  32:7 39:25 43:12
  50:1 52:14 73:17
**working** 7:3,21
  13:19 16:4 42:24
  43:16,16
**works** 35:16
**world** 12:11 14:1,25
  21:10 33:18 61:5
**worried** 31:19
**write** 17:1
**writing** 25:10
**written** 66:23
**wrong** 16:1 23:15
  24:15 53:13 61:12

---

**x**

**x** 4:9 61:14
**xanb** 3:7

---

**y**

**yeah** 13:14,16 14:5
  16:19 18:13 19:12
  25:3 31:2 34:17
  36:7 38:17 45:5
  51:21 57:10,19
  58:22 59:2 63:24
  65:2,5,12 70:2
**year** 7:13 33:10
  69:20 70:15
**years** 6:21 9:23 33:4
  48:15 51:16 59:15
**yesterday** 41:6
**ygr** 1:7 2:7

**young** 67:14
**younger** 56:21
**youtube** 63:4

Page 15