# EXHIBIT C

# The Apple iPod iTunes Anti-Trust Litigation

Videotaped Deposition of

TIMOTHY O'NEIL

December 05, 2014

***CONFIDENTIAL***



Page 1

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4
 5   THE APPLE iPOD iTUNES      ) Lead Case No. C 05-00037
     ANTI-TRUST LITIGATION      )
 6                              )
                                )
 7   _____)
                                )
 8   This Document Relates To:  )
                                )
 9   ALL ACTIONS                )
     _____)
10
11
12
13
14
15         CONFIDENTIAL - ATTORNEYS' EYES ONLY
16       VIDEOTAPED DEPOSITION OF TIMOTHY PATRICK O'NEIL
17              Friday, December 5, 2014
18                 Oakland, California
19
20
21
22
23   Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No.: 10013785
```

Page 2

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4
 5   THE APPLE iPOD iTUNES      ) Lead Case No. C 05-00037
     ANTI-TRUST LITIGATION      )
 6                              )
                                )
 7   _____)
                                )
 8   This Document Relates To:  )
                                )
 9   ALL ACTIONS                )
     _____)
10
11
12
13
14        Confidential - Attorneys' Eyes Only,
15   Videotaped Deposition of TIMOTHY PATRICK O'NEIL, taken
16   on behalf of the Plaintiffs at 1999 Harrison Street,
17   Suite 900, Oakland, California 94612, beginning at
18   4:21 p.m. and ending at 5:37 p.m., on Friday,
19   December 5, 2014, before Hanna Kim, CLR, CSR No. 13083.
20
21
22
23
24
25
```

Page 3

```
 1              APPEARANCES OF COUNSEL:
 2
 3   For the Plaintiffs:
 4        ROBBINS GELLER RUDMAN & DOWD, LLP
 5        BY:  CARMEN A. MEDICI, ESQ.
 6        BY:  ALEXANDRA S. BERNAY, ESQ.
 7        655 West Broadway, Suite 1900
 8        San Diego, California  92101
 9        619.231.1058
10        cmedici@rgrdlaw.com
11        xanb@rgrdlaw.com
12
13   For the Defendant, Apple Inc. and the Witness:
14        BOIES, SCHILLER & FLEXNER LLP
15        BY:  KIERAN PAUL RINGGENBERG, ESQ.
16        1999 Harrison Street, Suite 900
17        Oakland, California 94612
18        510.874.1000
19        kringgenberg@bsfllp.com
20
21   Also Present:
22        NOREEN KRALL, ESQ., Vice President Chief
23        Litigation Counsel of Apple Inc.
24        FRANK CLARE, Video Specialist
25
```

Page 4

```
 1                  INDEX OF EXAMINATION
 2
 3   WITNESS:  TIMOTHY PATRICK O'NEIL
 4
 5   EXAMINATION                                        PAGE
 6       BY MR. MEDICI:                                 7, 57
 7       BY MR. RINGGENBERG:                            54
 8
 9
10                  INDEX OF EXHIBITS
11   O'NEIL DEPOSITION EXHIBITS                         PAGE
12   Exhibit 1    "Declaration of Tim O'Neil in          15
13                Support of Apple Inc.'s Motion
14                to Dismiss for Lack of
15                Subject-Matter Jurisdiction
16                Pursuant to Federal Rules of
17                Civil Procedure 12(b)(1) and
18                12(h)(3) or Rule 50; Exhibits 1
19                and 2; 8 pages
20   Exhibit 2    "Internal Reprint Copy," dated         45
21                September 20th, 2006; Trial
22                Exhibit 2855; 2 pages
23   Exhibit 3    document dated September 20th,         45
24                2006; Trial Exhibit 2857; 2
25                pages
```

Page 5

```
 1            INDEX OF EXHIBITS (CONTINUED)
 2
 3  O'NEIL DEPOSITION EXHIBITS                           PAGE
 4   Exhibit 4     E-mail attaching a receipt            45
 5                 called a duplicate receipt from
 6                 September 11th, 2008; 2 pages
```

Page 6

```
 1       Oakland, California; Friday December 5, 2014
 2             4:21 p.m. - 5:37 p.m.
 3
 4                     PROCEEDINGS
 5       THE VIDEOGRAPHER:  Good afternoon.  My name is
 6  Frank Clare.  I'm a videographer here with the court
 7  reporter, Hanna Kim, from Aptus Court Reporting.
 8       The date is December 5th, 2014, and the time
 9  is 4:21 p.m.
10       This is the video-recorded deposition of
11  Timothy O'Neil, In Re:  The Apple iPod iTunes
12  Anti-Trust Litigation, Case Number C05-00037 YGR,
13  taking place at 1999 Harrison Street, Suite 900,
14  Oakland, California.
15       Would counsel please identify yourselves and
16  state whom you represent.
17       MR. MEDICI:  This is Carmen Medici from
18  Robbins Geller Rudman & Dowd, and I represent the
19  certified class.
20       MS. BERNAY:  Alexandra Bernay, also from
21  Robbins Geller Rudman & Dowd, also on behalf of the
22  certified class.
23       MS. KRALL:  I'm Noreen Krall.  I'm vice
24  president and chief litigation officer for Apple.
25       MR. RINGGENBERG:  Kieran Ringgenberg, Boies,
```

Page 7

```
 1  Schiller & Flexner, LLP for Apple.
 2       THE VIDEOGRAPHER:  Thank you.  The court
 3  reporter will administer the oath, and examination may
 4  begin.
 5          TIMOTHY PATRICK O'NEIL,
 6  having been administered an oath, was examined and
 7  testified as follows:
 8
 9              EXAMINATION
10  BY MR. MEDICI:
11     Q.  Good afternoon, Mr. O'Neil.
12     A.  Hi.
13     Q.  We have a limited amount of time, so I'm going
14  to ask my questions quickly, but if you don't
15  understand me, please let me know.  I will rephrase the
16  question.  Does that make sense?
17     A.  Yes.  Thanks.
18     Q.  All right.  Can you please spell your name for
19  the record?
20     A.  Timothy Patrick O'Neil.  T-I-M-O-T-H-Y;
21  Patrick; O apostrophe N-E-I-L.
22     Q.  Thank you.
23         What's your work address?
24     A.  One Infinite Loop, Cupertino.
25     Q.  And your home address -- home address.
```

Page 8

```
 1     A.  Is -- I'm currently moving, but it's
 2   ████████████████████████████████████████████ -- or
 3   ████████████████ actually.  Sorry.
 4     Q.  What's your phone number?
 5     A.  ████████████████
 6     Q.  Do you understand you're oath here, and
 7  anything you say is exactly the same as if you were
 8  testifying at trial?
 9     A.  I do.
10     Q.  And you understand anything you say here will
11  be used at trial against you if your story changes or
12  if you're untruthful?
13     A.  Yes.
14     Q.  Are you prepared to tell the truth today?
15     A.  I am.
16     Q.  Any reason you can't tell the truth?
17     A.  No.
18     Q.  Are you under the influence of any drugs?
19     A.  Just cough -- cough drops.
20     Q.  Have you had any alcohol in the last 24 hours?
21     A.  No.
22       THE COURT REPORTER:  Can you guys slow down
23  just a little bit?
24       MR. MEDICI:  Yes.
25  BY MR. MEDICI:
```

Page 9

1  Q. And are you willing to testify at trial?
2  A. Yes.
3  Q. Have you attended trial yet?
4  A. I have.
5  Q. When -- when did you attend trial?
6  A. The beginning of trial Monday. I was
7  there Monday, Tuesday --
8  Q. Did you -- sorry.
9  A. Yes, I attended some of the testimonies
10 throughout the week.
11 Q. Did you watch the opening statements?
12 A. Yes, I believe I did.
13 Q. Did you watch any witnesses take the stand?
14 A. I did, but I can't remember exactly who I've
15 seen. I'm in and out.
16 Q. Can you describe which witnesses you've seen?
17 A. I've seen -- like physical appearance or their
18 names or --
19 Q. Yeah. Anything -- anything you remember about
20 the witnesses, please.
21 A. Let me think.
22    I saw Phil Schiller's testimony yesterday. I
23 saw a few minutes of Jeff Robbins' testimony today and
24 I had to excuse myself because I was coughing.
25 Yesterday, I did not see any testimony, I don't think,

Page 10

1  and -- I'm trying to think -- other than the opening
2  statements on Tuesday, I think that's about all I've
3  seen.
4  Q. Did you see Mr. Regal testify after opening
5  statements?
6  A. I did not.
7  Q. Did you see --
8  A. Actually, I did. I did see Mr. Regal. I'm
9  sorry. I apologize.
10 Q. Did you see Mr. Farage, the Frenchman,
11 testify?
12 A. No, I did not.
13 Q. Did you see Marianna Rosen testify?
14 A. No, I did not.
15 Q. Have you ever been arrested?
16 A. No.
17 Q. Have you been accused of not telling the truth
18 in any court filings?
19 A. No.
20 Q. Have you ever been accused of not telling the
21 truth at work?
22 A. No.
23 Q. Have you ever been fired from any job for not
24 telling the truth?
25 A. No.

Page 11

1  Q. What's your salary at Apple?
2     MR. RINGGENBERG: You can -- I have an
3  objection. Like you can ask -- you can spend your hour
4  however you want, but if this is what is, then we're
5  not going to have a lot of patience if you -- if you
6  run out of time at the end.
7     MR. MEDICI: Okay. I mean, it's not -- it's
8  not going to go that long, but, you know, the way that
9  you've questioned our witnesses on the stand, you know,
10 you're going to bias, and I would like to have just a
11 few bias questions, as well.
12    MR. RINGGENBERG: He works at Apple. You know
13 that. You can go ahead. I made my point.
14 BY MR. MEDICI:
15 Q. What's -- what's your annual salary at Apple?
16 A. It's like ▮▮▮▮▮ a year.
17 Q. Do you own any Apple stock?
18 A. I do not.
19 Q. Were you promised anything in exchange for
20 signing this declaration?
21 A. No, I was not.
22 Q. Why did you sign this declaration?
23 A. Because I was the one that was in charge of
24 pulling the records.
25 Q. When did you sign this declaration?

Page 12

1  A. At approximately 1:30 in the morning this
2  morning.
3  Q. And did you sign it or did you give permission
4  to someone to sign it?
5  A. I signed it.
6  Q. Who wrote the first draft of this declaration?
7  A. I was -- explained to counsel how I went
8  through the pulling of the records, and they provided
9  the first draft. I reviewed it and provided my edits
10 for, you know, factual statements.
11 Q. So you -- you explained it to them in the
12 first instance, how you pulled the records?
13 A. Yes.
14 Q. And who originally asked you to pull the
15 records?
16 A. I believe it was one of our counsel. I
17 believe it was in-house provided the -- the instruction
18 to do so.
19 Q. And who is that?
20 A. Scott Murray.
21 Q. And when did that happen?
22 A. The first instance was Wednesday of -- during
23 testimony; and then the second time was yesterday
24 morning, just as the trial began, before any witnesses
25 or jury came in.

**Page 61**

1 spoke with or was recommended to speak to somebody that
2 works on the back end of the POS system and has an
3 understanding of.
4      So, that said, the name on the invoice when a
5 credit card is swiped, from my understanding, is
6 associated with the credit card, but it can be edited
7 based on the customer request.
8     Q. Which -- can you read to me the --
9 the information on that card (indicating) ; not the
10 number, but the --
11    A. "Carmen Medici," and "RTRND, LLP."
12    Q. Okay. And what would be put in the customer
13 field if that card was swiped at an Apple Store?
14    A. I don't know because I'm not an POS expert.
15    Q. All right. Thank you.
16        MR. RINGGENBERG: You don't get that back. He
17 gets to keep that.
18        MR. MEDICI: You will note I didn't mark it.
19 It's almost maxed out anyway.
20       I don't think I have any further questions.
21 Thank you for your time. See you soon.
22       Do you have any redirect or --
23       MR. RINGGENBERG: No. So we can go off the
24 record.
25       THE VIDEOGRAPHER: This concludes today's

**Page 62**

1 testimony given by Timothy O'Neil. The one original
2 disc will be retained by Aptus. We're off the record
3 at 5:36 p.m.
4      (Discussion off the record.)
5      THE COURT REPORTER: Just to confirm, you want
6 the final transcript tonight, correct?
7      MR. RINGGENBERG: Tomorrow is fine.
8      MR. MEDICI: We have a brief due tomorrow, so
9 we want it tonight.
10     (Proceedings concluded at 5:37 p.m.)

**Page 63**

1       DECLARATION UNDER PENALTY OF PERJURY
2  Case Name: The Apple iPod iTunes Anti-Trust Litigation
3  Date of Deposition: 12/05/2014
4  Job No.: 10013785
5
6       I, TIMOTHY O'NEIL, hereby certify
7  under penalty of perjury under the laws of the State of
8  _____ that the foregoing is true and correct.
9       Executed this _____ day of
10 _____, 2014, at _____.
11
12
13
14            _____
15                    TIMOTHY O'NEIL
16
17
18
19 NOTARIZATION (If Required)
20 Subscribed and sworn before me
21 this _____ day of_____, 2014.
22
23 _____
24 (signature and seal of Notary)
25

**Page 64**

1                 CERTIFICATE OF REPORTER
2
3       I, Hanna Kim, a Certified Shorthand Reporter,
4  do hereby certify:
5       That prior to being examined, the witness in
6  the foregoing proceedings was by me duly sworn to
7  testify to the truth, the whole truth, and nothing but
8  the truth;
9       That said proceedings were taken before me at
10 the time and place therein set forth and were taken
11 down by me in shorthand and thereafter transcribed into
12 typewriting under my direction and supervision;
13      I further certify that I am neither counsel
14 for, nor related to, any party to said proceedings, not
15 in anywise interested in the outcome thereof.
16      In witness whereof, I have hereunto subscribed
17 my name.
18
19 Dated:  5th day of December, 2014
20
21
22
23                      _____
                              Hanna Kim
24                       CLR, CSR No. 13083
25

Page 65

```
 1  DEPOSITION ERRATA SHEET
 2  Case Name: The Apple iPod iTunes Anti-Trust Litigation
    Name of Witness: Timothy O'Neil
 3  Date of Deposition: 12/05/2014
    Job No.: 10013785
 4  Reason Codes:  1. To clarify the record.
                   2. To conform to the facts.
 5                 3. To correct transcription errors.
 6  Page _____ Line _____ Reason _____
 7  From _____ to _____
 8  Page _____ Line _____ Reason _____
 9  From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24  Page _____ Line _____ Reason _____
25  From _____ to _____
```

Page 66

```
 1  DEPOSITION ERRATA SHEET
 2  Page _____ Line _____ Reason _____
 3  From _____ to _____
 4  Page _____ Line _____ Reason _____
 5  From _____ to _____
 6  Page _____ Line _____ Reason _____
 7  From _____ to _____
 8  Page _____ Line _____ Reason _____
 9  From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  _____ Subject to the above changes, I certify that the
            transcript is true and correct
23  _____ No changes have been made. I certify that the
            transcript  is true and correct.
24
                    _____
25                         TIMOTHY O'NEIL
```

Case 4:05-cv-00037-YGR   Document 1000-4   Filed 12/13/14   Page 8 of 16
Confidential - Attorneys' Eyes Only
Timothy O'Neil                                         The Apple iPod iTunes Anti-Trust Litigation

**1**

**1** 15:18,19, 33:25 39:5 55:10,12
**100** 56:13 58:12 59:15
**111** 8:2
**11th** 24:21 45:23
**1999** 6:13
**1:30** 12:1

**2**

**2** 19:17 21:9 33:25 39:5 45:1,4,10,16 46:2,6,15 47:16,22
**2005** 40:20
**2006** 45:17
**2008** 24:21 45:23
**2014** 6:1,8
**20th** 45:17
**24** 8:20
**2855** 45:18
**2857** 45:19 49:24
**2865** 55:13
**2884** 47:17

**3**

**3** 16:11 45:2,5,11,19 49:21,22,24
**3rd** 29:14 30:4, 34:7 37:4 42:19,24 53:11

**4**

**4** 32:1 37:10 45:8,10, 13,21 46:5,6,16,19, 22
**4:21** 6:2,9

**4:52** 33:20
**4:53** 33:23
**4th** 29:15 30:4,8 34:7 37:4 42:20,24 53:11

**5**

**5** 6:1 21:12
**5:19** 52:14
**5:26** 52:17
**5:36** 62:3
**5:37** 6:2 62:10
**5th** 6:8

**6**

**6** 32:1, 37:10

**7**

**7** 21:12

**8**

**831.421.1737** 8:5

**9**

**900** 6:13
**96,000** 11:16

**A**

**access** 18:19 38:13
**accomplished** 17:17
**account** 26:17 27:6 35:24 36:5,6,7,8
**accurate** 55:24,25
**accused** 10:17,20
**actual** 13:18,20 22:3, 6,16 26:11 50:10 51:13 60:22

**additional** 32:18 43:9 44:10,14
**address** 7:23,25 25:21,23 26:14,15,25 32:19,21 38:16
**addressed** 34:7
**addresses** 39:20
**administer** 7:3
**administered** 7:6
**afternoon** 6:5 7:11
**ahead** 11:13 40:19 43:18
**alcohol** 8:20
**Alexandra** 6:20
**allowed** 30:1
**amount** 7:13
**annual** 11:15
**answering** 53:10
**answers** 29:5
**Anti-trust** 6:12
**apologize** 10:9 15:14 23:8 55:17
**apostrophe** 7:21 26:20
**App-** 54:6
**appearance** 9:17
**appears** 48:11
**Apple** 6:11,24 11:1, 12,15,17 17:3 18:10 19:3,10,18,20,21 20:11,13,17,18 23:19,24 24:3 25:1 28:9 31:14,15 34:3 35:4, 37:23 40:13 41:4 47:6 49:12,15 52:6,22 54:6,21 56:20 57:24 59:11 61:13
**Apple's** 19:5 21:7,10 29:24

**Apple.com.** 24:5
**Applecare** 40:16 54:7,16
**approached** 16:19
**approximately** 12:1
**Aptus** 6:7 62:2
**arrested** 10:15
**asks** 35:8
**aspect** 54:18
**assignment** 13:3 43:5,25 44:4,7
**associate** 13:18 32:2
**assume** 39:7
**attached** 47:11
**attaching** 45:22
**attend** 9:5
**attended** 9:3,9
**attorney** 16:25 17:3,4 31:13 53:12,20 57:24
**attorney's** 14:14 31:2
**attorney-client** 14:24 29:18 30:2 53:9,12, 19
**attorneys** 42:21 44:13
**authorized** 20:12 60:3
**avenues** 20:17
**aware** 41:5

**B**

**back** 20:5 28:16 33:22 34:18 38:7 39:11 52:16 55:9 60:25 61:2,16
**background** 16:23 17:9,17 38:22
**bar** 47:12,13

**base**  26:6 35:3

**based**  13:19 30:17 41:23 53:19 59:7 60:16 61:7

**basically**  38:15 39:6, 14

**basis**  57:20

**bear**  32:5

**beat**  23:10

**began**  12:24

**begin**  7:4

**beginning**  9:6

**behalf**  6:21 14:22 42:21

**belief**  57:20

**believed**  57:18

**belong**  35:12,13

**Bernay**  6:20

**bet**  25:23

**bias**  11:10,11

**bit**  8:23 17:12 26:22 31:24

**bits**  25:19

**Boies**  6:25 17:3

**boring**  51:15

**bottom**  51:4

**break**  33:16,17

**briefing**  18:10

**briefly**  18:12

**bring**  19:10

**busy**  18:8 43:21

**buy**  59:18,20,21

**C**

**C-h-a-r-s-t-i-e**  18:2

**C05-00037**  6:12

**cables**  49:17

**California**  6:1,14 8:2

**call**  21:4 27:16 29:5 38:17 59:2

**called**  24:15 28:5 40:17 45:22 57:1,2

**calling**  56:23

**calls**  21:6 29:3 38:14

**capacity**  54:14

**captures**  60:7,10,12

**card**  39:10 55:19,22 59:17,21,22,25 60:4, 11,18 61:5,6,9,13

**cards**  58:1,2 59:9 60:17,22,23

**Carmen**  6:17 61:11

**case**  6:12 14:17 15:9, 12 22:3,25 27:21 28:9 29:17 37:2 38:17

**cash**  59:19,20

**centers**  21:4

**CEO**  34:20

**certified**  6:19,22

**cetera**  21:4 38:14

**change**  38:16 39:24 54:2 55:21 56:16

**changed**  55:20

**channel**  50:24 51:1

**charge**  11:23

**Charstie**  17:25 18:2

**chef**  20:24,25

**chief**  6:24

**cinema**  49:15

**city**  25:22 26:24

**Clare**  6:6

**Clarification**  43:17

**clarify**  44:8

**class**  6:19,22

**clean**  52:1

**clear**  56:13 58:12

**close**  58:13

**code**  25:22 26:24 47:12,13

**collecting**  52:21

**communications**  14:21

**companies**  21:3

**company**  21:7 24:11, 14 34:20

**compare**  46:6

**complaints**  54:19

**computer**  36:4

**concerns**  40:23

**concluded**  62:10

**concludes**  61:25

**conduct**  14:23

**confirm**  55:24 62:5

**confirmed**  56:3

**confusing**  14:7 18:8

**connected**  44:11

**connection**  34:6 37:1

**consumer**  36:3 54:19 56:17

**consumers**  60:20,21

**contacted**  56:1

**contacts**  26:23

**content**  14:20

**continue**  56:23

**conversation**  50:3

**Cook**  24:21 34:18,24 35:8

**copy**  45:17 46:9 48:5, 22

**correct**  18:17 19:9 20:17 23:23 28:19 43:14 44:2 47:9 52:23,24 57:17 59:10 60:19 62:6

**correctly**  45:24

**cough**  8:19 55:18

**coughing**  9:24

**counsel**  6:15 12:7,16 32:24 34:1

**country**  25:16,17 26:24

**couple**  14:6 27:1 48:4 56:1

**court**  6:6,7 7:2 8:22 10:18 15:20,24 17:11,14 18:9 21:17 23:7 28:2 41:1 45:4 57:2 62:5

**courtroom**  13:3,4

**coworker**  33:12

**create**  35:23

**created**  24:17 28:21 36:5,6,8 51:5,19

**creates**  26:16

**creating**  29:5

**credit**  59:9,17,21 60:11,17,18,22,23 61:5,6

**CRM**  21:4

**Cupertino**  7:24

**customer**  13:14,18 21:4,5, 26:6,12 28:18,21,23,24 29:3 31:20,22 32:3,11,12, 14 35:19 36:2,19 38:12,23,25 39:8,13 40:22,23 46:16 48:10,24 54:16 55:7, 16 56:17 60:7,10,17 61:7,12

customers 35:4

### D

data 46:13 50:16 52:21
database 13:21 18:19 19:6,11,18,20 20:15,19 21:2,10,13,22 22:1,2,5 26:12 27:4 28:11,12 29:21 34:3 36:10,19,22 38:8,20,24 39:6,18 41:4 42:5,9 43:14 49:2 52:22 54:10 60:9
databases 13:14,15 21:5,22 24:8
date 28:8,13 41:24 45:20 51:5
date-wise 20:7
dated 45:17
dates 20:10
day 13:5,6 14:3 18:8 54:12
day-to-day 54:11
deal 53:7
debit 59:21
December 6:1,8 29:14,15 30:4,7,8 34:7 37:4 42:19,20, 24 53:11
declaration 11:20,22, 25 12:6 14:23 15:17 16:6,20 17:1,7 18:6, 11,16 19:4,15 30:14 34:1,8 46:3,7,16 47:17,22 49:7 51:25
declare 16:13
depends 35:24
deposition 6:10 15:19 31:17 45:1,2, 13 55:10

describe 9:16 46:12
description 28:8
difference 46:8 48:4
difficult 34:25
direction 37:1 42:21 58:6,8
directly 22:12
disagree 29:19 30:3
disagreement 37:6
disc 62:2
disclose 29:25
discovered 16:21
discussing 50:5
discussion 62:4
displays 49:15
dispute 29:22
doc- 34:16
document 16:3 33:14 47:18,21 52:8
documents 14:6 29:21,23 45:25 47:20 52:25 53:3,5
Dowd 6:18,21
draft 12:6,9
Drive 8:2
drop 55:18
dropdown 26:25
drops 8:19
drugs 8:18
due 62:8
duplicate 45:22 46:9 47:12,19 48:6,8,21

### E

e-mail 25:23 26:14,25 32:19 33:1 39:20 45:21 46:23 47:11

60:1
e-mailed 48:12,14,24
e-mailing 47:8
earlier 29:25 50:2,17
easier 26:22
easiest 46:11
edit 38:11,14 56:17
editable 40:9
edited 55:21 61:6
edits 12:9
employed 31:14
employee 39:16
end 11:6 37:24 38:7 39:12 60:25 61:2
enter 38:17 39:20
entered 39:11
entitled 45:16
entry 55:16 57:12
escalations 40:21
examination 7:3,9 54:3 57:8
examined 7:6
exchange 11:19
exclude 29:15
excuse 9:24 13:16 15:6 27:9 32:8 49:19
executive 40:17,20, 22
exhibit 15:17,18,19, 25 45:1,2,13,15,16, 18,19,21 46:2,5,6,15, 16,22 47:16,17,22 49:21,22,24 55:9,10, 12,13
exhibits 16:9 27:22 33:25 39:5 51:25
expansive 35:22

experience 51:11 52:20 59:8
expert 39:7 48:19 61:14
explain 16:3 21:24 23:16 40:18
explained 12:7,11 56:15
extent 42:19

### F

factual 12:10
failed 29:24
fairly 23:19
familiar 21:11 24:14, 16
Farage 10:10
feel 15:15 29:25
field 25:4,14,21 26:1, 24 40:8 55:7 59:8,15, 16 60:4,7,10,17 61:13
fields 26:2,8 50:7 51:10
figure 21:14 41:17 43:7
filings 10:18
final 62:6
find 13:17 20:6 23:14,22 24:2 30:5 31:20 34:19,21 35:13,18 36:14 43:4 50:9 54:22
finding 27:22 43:23
fine 41:16 42:7 51:22 52:11 60:2 62:7
finish 23:9
fired 10:23
firm 42:13 44:5,12

53:6
**Flexner** 7:1
**flip** 16:11
**focus** 13:1
**follow** 28:17 31:2,10
**forgot** 28:17
**form** 15:7 43:16
**format** 32:25 33:7 48:11,23
**forward** 32:25
**forwarded** 32:24
**Foundation** 46:18
**Frank** 6:6
**frankly** 43:4
**free** 30:3
**Frenchman** 10:10
**Friday** 6:1
**full** 26:21
**function** 56:19
**functionality** 49:4
**functions** 54:13

**G**

**G-o-u-l-d** 18:3
**gave** 52:8
**GCRM** 19:8,12 21:2, 3,7,13 22:1 23:22 24:19 25:2,4 26:2,11, 14 27:4,24 28:18 29:1,8,10 30:11,20 32:3,11 34:19 35:16 36:1,2,7,9,15 37:8, 15,18,24 38:8,11,12, 18 42:15,25 43:14 49:12,20 50:4,6,14 54:10,14,22
**Geller** 6:18,21
**generates** 39:12

**generating** 29:6
**give** 12:3
**glove** 40:25 41:2
**good** 6:5 7:11 58:3,4
**Gould** 17:25 18:3
**grail** 43:23
**Great** 58:7
**grounds** 53:18
**guess** 20:10 33:6 41:13 46:11,14 51:18 56:9 57:1
**guy** 34:21
**guys** 8:22

**H**

**hand** 15:20 45:4,8
**handed** 15:24
**Hanna** 6:7
**happen** 12:21
**happened** 44:11,21
**hard** 26:19,21
**hardware** 36:9,10,16
**Harrison** 6:13
**hearsay** 56:5,24
**held** 40:12
**helpful** 25:20
**helps** 25:25
**Hills** 47:5
**hired** 40:20
**history** 27:13
**hit** 33:6
**holy** 43:22
**home** 7:25 39:13
**honest** 34:13
**honestly** 37:25 43:19

**hour** 11:3
**hours** 8:20
**Huckleberry** 8:2,3
**huge** 35:3
**hundreds** 25:6 41:25 42:1 55:3,4
**hypothetical** 34:19
**hypothetically** 23:14

**I**

**ID** 47:18
**idea** 39:3
**identify** 6:15 16:4 43:8 49:24
**important** 34:21 35:17
**in-house** 12:17
**inches** 50:24
**include** 20:12
**included** 39:5
**including** 51:25
**indicating** 61:9
**indirect** 51:1
**individual** 25:20 26:11 36:15 39:22,24 41:9 57:11 58:14
**individuals** 56:1,7 59:6
**Infinite** 7:24
**influence** 8:18
**information** 13:17,19 20:16 21:13 22:1,10 25:7,10,19 26:18 27:4,18 28:25 29:7 30:18 32:14,18 34:22 35:1,5,9,18 36:3,14, 19,25 37:12,23 38:1, 8,15,19 39:3,4,17 41:5 54:23 55:24

57:12 59:22,24 60:10 61:9
**initially** 15:11 18:7
**input** 39:16
**inputs** 38:8
**inputting** 38:1
**install** 35:3
**installed** 27:25 28:5 50:3,20,21
**instance** 12:12, 28:22 48:8
**instruct** 14:20,25 34:5 36:23
**instruction** 12:17 30:22 31:3,11 53:17, 19
**instructions** 13:8 30:23 36:25
**interact** 21:23
**interactions** 54:17
**internal** 19:2 45:16 46:9 48:5,15,21
**introduce** 15:16
**inventory** 24:12
**invoice** 22:3,4,6,16 23:15,23 24:2 37:16 39:12 41:20 42:3 43:10,12 44:21 61:4
**invoices** 20:2 38:23, 25 41:5 47:24
**ipads** 49:15
**iphone** 36:4
**iphones** 49:15
**ipod** 6:11 32:1,4 35:23 36:4 37:9,13, 22
**ipods** 34:17 35:12 43:9 44:1,5,22 49:15
**ISN** 57:2

**ISNT** 57:1,3

**issue** 21:21 29:20 33:14

**issues** 54:19,20

**itunes** 6:11 36:6,7, 17,19

---

**J**

**Jeff** 9:23

**Jersey** 47:6

**job** 10:23 24:24 40:12 54:15, 58:21

**jumping** 58:4

**jury** 12:25

---

**K**

**keyboard** 49:16

**Kieran** 6:25 31:13

**Kim** 6:7

**kind** 14:7 32:14 38:18 39:3 51:12 54:20 57:4

**knowledge** 57:21

**Krall** 6:23

---

**L**

**L-a-u-r-e-t-i-s** 58:10

**late** 18:15

**Lauretis** 56:12,14 58:10

**law** 20:22,23 42:13 44:5,11 53:6

**lawyer** 20:20,21

**lawyers** 14:21,22 37:1

**leave** 13:3 14:8

**left** 52:10

**limit** 25:16,18 42:4

**limited** 7:13 35:20 36:15

**list** 25:24

**literally** 41:22 42:1,4

**litigation** 6:12,24 54:22

**live** 51:16

**LLP** 7:1 61:11

**locate** 32:10 37:12

**location** 41:24

**log** 18:21,25 21:6 54:17

**long** 11:8 23:19 40:12 58:18,19

**looked** 13:9 22:5 27:23 37:15,21 41:25 43:10,11

**Loop** 7:24

**lot** 11:5 25:12 32:17 35:2,3

**lounge** 14:14

---

**M**

**M-a-i-o-l-o** 57:14

**Macs** 49:15

**made** 11:13 40:3 41:23 52:3,5

**mailing** 26:15

**Maiolo** 56:9 57:13

**make** 7:16 22:7 50:11 57:19 59:25

**makes** 26:19,20,22 27:18 39:8 40:22

**making** 53:8

**management** 13:15 21:5 38:12

**manufactures** 24:11

**manufacturing** 51:17

**Marianna** 10:13 24:23 25:6 29:10 30:11,20 31:21 34:20,22 36:21 42:15,25 43:13 44:1 46:23,24 53:1,4

**marianna_rosen@ yahoo.com** 47:9

**mark** 44:25 61:18

**marked** 15:19,25 45:1,2,13

**married** 17:25

**match** 41:8

**matches** 47:18

**matter** 35:4

**maxed** 61:19

**meaning** 20:7

**means** 51:3,9

**Medici** 6:17 7:10 8:24,25 11:7,14 15:4, 8,13,16,22,23 17:18 19:16 21:19 23:11 28:15 29:19 30:6 31:1,12 33:13,17,24 34:9 37:5,7 41:3 42:17,22 44:24 45:3, 7,14 46:21 52:7,12, 18 53:3,14,21,25 56:4,23 57:9 59:3,5 61:11,18 62:8

**meeting** 17:6

**Melanie** 53:5,6

**member** 17:22

**memory** 32:6

**mentioned** 50:3

**method** 39:10 41:9

**middle** 18:12

**minutes** 9:23 13:25 52:8,9 58:20

**Misstates** 19:14

**Mm-hmm** 16:1 19:7 21:1 46:4

**modified** 23:4 51:5, 20

**moment** 32:6

**Monday** 9:6,7

**morning** 12:1,2,24 16:7 30:18

**mouse** 49:16

**move** 59:3

**moving** 8:1

**Murray** 12:20

---

**N**

**N-e-i-l** 7:21

**names** 9:18 25:6

**narrow** 26:1

**networks** 19:2

**night** 16:7 18:13,15

**Noreen** 6:23

**note** 38:17 61:18

**noted** 23:1

**notes** 38:17

**number** 6:12 8:4 13:9,12,16 21:25 22:5,9 23:15,22,23 24:2,9 26:15,25 27:10,24 28:8,10,14 29:11 30:13 31:25 32:3,11 37:14 41:20 42:1,2,3 43:22 50:14, 16,22 61:10

**numbers** 22:3,16 27:8,23 31:20,23 43:2 44:10,14,16,18 49:14 50:5 51:16

## O

**o'neil** 6:11 7:5,11, 14:20 15:17,19,25 26:13,19,20 29:13 40:4,5 45:1,2,4,5,8, 13,15 46:16,19, 49:22,24 52:19 54:5 55:9 62:1

**Oakland** 6:1,14

**oath** 7:3, 8:6

**object** 34:4 41:8 56:4 59:3

**objection** 11:3 14:18 15:7,10 19:14 29:13 30:21 36:23 43:16 46:18 53:9 56:24

**objectionable** 53:18

**objections** 53:15

**office** 24:22

**officer** 6:24

**one-page** 45:21

**online** 24:5 28:25

**opening** 9:11 10:1,4

**order** 37:12

**original** 62:1

**originally** 12:14 46:24

**outlined** 30:14

**outreach** 40:22

## P

**p.m.** 6:2,9 33:20,23 52:14,17 62:3,10

**pages** 33:8 50:6

**paper** 37:20

**paragraph** 19:17 21:9,12 37:10

**paragraphs** 32:1 37:10

**pare** 35:2

**part** 54:6,11,15

**party** 22:13

**passed** 14:7

**past** 43:20

**patience** 11:5

**Patrick** 7:5,20,21

**payment** 39:10 41:9

**PDF** 33:2,7

**penalty** 16:14

**people** 35:2,12 38:13 54:23

**percent** 56:13 58:12 59:15

**perfectly** 41:16

**performed** 14:10 37:1

**period** 20:4 53:10

**perjury** 16:14,16

**permission** 12:3

**person** 21:17 26:16 29:4 35:22 37:17 38:6 39:22 56:11

**personal** 52:20

**Phil** 9:22

**phone** 8:4 26:15,25

**physical** 9:17 52:4,6

**place** 6:13 35:25

**places** 54:2

**plaintiffs** 44:15

**point** 11:13 58:4 60:15

**point-of** 42:3

**point-of-sale** 13:21 19:6,10,18,20,21,22

20:15 21:10,22 28:12 38:19,24 39:15 40:1 41:4,11 49:5 52:22 55:7 57:12 58:24 59:1, 60:9,12

**pointed** 58:8

**populated** 55:8,16 59:8,15 60:18

**portal** 19:1

**POS** 22:5,25 28:10 37:15 38:8 39:6 42:3 46:12 48:18 49:4 55:17 59:12,16 60:25 61:2,14

**prepared** 8:14

**president** 6:24

**pretty** 24:13 38:18 41:9

**print** 32:23 33:6

**printed** 39:13

**private** 59:22,24

**privilege** 14:24 30:2

**privileged** 29:17,18

**proceedings** 6:3 62:10

**process** 52:21

**product** 13:17 21:25 22:9 23:1,24 26:10, 16 27:7,13,15 28:1,3, 5,6,24 29:3 32:17 39:9 43:11 50:3,9,20, 21 53:13,20 54:19

**production** 28:8

**products** 27:6,16 32:18 36:10 49:12, 13,18 51:14 54:24

**profile** 26:14 27:5,13 31:21 32:3,11,12,15 33:8 37:18

**profiles** 26:13 28:19, 21 29:6

**promised** 11:19

**protected** 14:24

**provide** 15:11 16:23 17:8,9,16 57:20 59:19,21

**provided** 12:8,9,17 21:24 27:23 29:22 30:18 31:23 37:14 43:2,21 44:10,13,15 60:4

**pull** 12:14 38:22,25 46:13 48:7,21 50:15

**pulled** 12:12 14:16 18:20 21:12

**pulling** 11:24 12:8 19:11 29:21

**purchase** 13:20 28:8, 10,14 39:8,25 40:11 41:23 48:1

**purchased** 23:24 24:3,5 36:17 37:22 39:19 41:8 43:9 44:1, 5 51:20

**purchases** 19:22,23, 25 22:11,12,17 38:23 39:1 52:3 60:1

**put** 25:17 26:18,20, 21 28:25 29:20 33:13,14 40:4 46:14 58:5 61:12

**puts** 29:8

## Q

**question** 7:16 13:11 14:19 15:1 16:22 23:9 24:20 28:17 29:14 30:9 31:6,9 34:10 35:15 42:18 46:8 48:20 52:1 58:5, 19 60:8,13,14

**questioned** 11:9

**questions** 7:14 11:11

30:23 36:24 48:4 52:19 53:10,18,24 57:7 61:20

**quickly** 7:14

**R**

**R0435033178** 47:13

**raised** 21:21

**ran** 14:12 15:5 29:12 31:19

**range** 41:25

**read** 18:10,12,14,15 61:8

**reason** 8:16

**recall** 17:2 20:5 23:18,20 32:17,20,22 33:11,12 34:13,14,15 43:19 50:2

**receipt** 45:22 46:10 47:12,18,19 48:5,6,8, 21 55:8,16

**receipts** 48:13

**receive** 13:2

**received** 13:5,7 37:20

**recess** 33:21 52:15

**recognize** 47:5

**recollection** 48:13

**recommended** 59:2 61:1

**record** 7:19 13:20 16:4,22 33:20,22 39:17 45:15 51:20 52:13,16 53:2,8 61:24 62:2,4

**records** 11:24 12:8, 12,15 13:9,13,24 14:16 18:20 19:11,23 20:11 21:6,11 24:16 25:12 35:11 36:2 38:11 41:7 42:1

**redirect** 61:22

**refresh** 32:6

**Regal** 10:4,8

**register** 35:23

**registered** 29:4 36:5

**registers** 26:16 28:24

**related** 14:23 32:11 34:2,17

**relates** 42:19

**relating** 53:1,4,5,10

**relations** 38:12 40:17,21

**relationship** 13:15 21:5

**relative** 41:24

**remember** 9:14,19 32:5

**remotely** 18:20

**repeat** 30:8 60:13

**rephrase** 7:15

**reporter** 6:7 7:3 8:22 15:20,24 17:11,14 21:17 23:7 28:2 41:1 45:4 57:2 62:5

**Reporting** 6:7

**represent** 6:16,18

**representing** 31:14, 16

**reprint** 45:17 46:9 48:5,15,16,22

**request** 33:14 52:25 53:3,5 61:7

**requested** 48:12

**research** 54:18,19

**researched** 16:24

**resellers** 20:12 22:13,14

**resolves** 40:23

**respect** 19:23 54:18

**responds** 40:21

**responsibilities** 54:11

**results** 35:10,21 50:12

**retail** 19:22,25 20:13, 18 22:10,17 23:25 24:3 28:9 38:21 40:7 48:19 52:6 56:2,25 57:5,22,23,25 58:3, 25 60:22

**retained** 62:2

**reveal** 14:25 36:24

**reviewed** 12:9

**Ringgenberg** 6:25 11:2,12 14:18 15:7, 10 19:14 23:9 29:13 30:3,21 31:5 33:15 34:4 36:23 42:16,18 43:16 45:10 46:18 52:11 53:12,16,23 54:1,4 57:6 61:16,23 62:7

**Rob** 56:9 57:11

**Robbins** 6:18,21

**Robbins'** 9:23

**role** 38:6 40:16 58:22 59:11

**room** 14:5

**Rosen** 10:13 24:23 29:11 30:12,20 31:21 34:15,20,22 36:21 42:11,13,15,25 43:8 44:1,5,11 46:23,24 53:1,4,6

**Rosen's** 33:8 43:13

**Rosens** 25:6

**RTRND** 61:11

**Rudman** 6:18,21

**run** 11:6 14:8 17:19

20:6 29:10 30:11,19 36:21 42:24 50:17

**S**

**safe** 35:11

**salary** 11:1,15

**sales** 20:16 24:12 51:2

**salesperson** 60:23

**SAP** 24:8,9,10,11 51:17

**scanned** 39:9

**Schiller** 7:1 17:3

**Schiller's** 9:22

**school** 20:22,23

**Scott** 12:20 13:3 56:12,22,25 58:9

**Scott's** 56:21 59:11

**screen** 50:10,12

**search** 13:24 14:9, 10,13 15:5 17:10,15, 17 19:3 20:6 25:4,5, 14 26:2,9,10,19,21 27:7, 29:11 30:13,17 31:19 34:25 35:16,21 41:22 42:4,5,9,13,15, 25 43:13 44:4 50:7, 10,13,14,22

**searchable** 41:20

**searched** 43:20 54:22

**searches** 17:20,21, 23 29:10 30:11,13,20 34:2 36:21 50:18

**searching** 26:5,23 37:8

**searchs** 34:6

**sec** 26:4

**seconds** 14:6

**self-checkout** 60:21

**send** 33:10 34:1

**sending** 34:14

**sense** 7:16 22:7 50:11

**September** 24:21 45:17,23

**serial** 13:9,12,16 21:25 22:9 23:21 24:9 27:7,10,23,24 28:8 29:11 30:13 31:20,23,25 32:3,11 37:14 42:1, 43:2,22 44:10,14,16,18 49:13,14 50:5,14,16, 22 51:15

**serialized** 36:10 49:9, 12,13,17

**service** 27:14

**set** 60:14

**sheet** 33:9

**shipped** 51:19

**short** 33:21 47:5 52:15

**shorthills@apple.com** 47:3

**side** 38:21 50:23 56:2 57:5,22,23 58:4 59:12

**sign** 11:22,25 12:3,4

**signed** 12:5 16:6

**signing** 11:20

**similar** 48:14 50:6

**similarly** 51:19

**simply** 28:11

**single** 24:23 33:9

**situation** 23:20

**situations** 23:5,13, 16,17,18

**skip** 26:20

**slow** 8:22

**software** 24:12

**sold** 51:16

**solid** 41:21

**song** 36:17

**speak** 17:11 61:1

**speaking** 40:3

**specific** 29:11 30:13 31:24 58:22 59:11

**specifically** 13:15 27:20

**speculate** 51:21

**speculation** 59:4

**spell** 7:18 18:1 56:13 57:10

**spelled** 57:14

**spend** 11:3

**spoke** 56:8 58:14 61:1

**spreadsheet** 33:4,5

**stack** 37:19

**stand** 9:13 11:9 24:10

**standing** 37:5

**start** 25:1,2, 29:5 30:7 37:9 52:1

**state** 6:16 25:22,23, 24,25 26:24

**statement** 23:4

**statements** 9:11 10:2,5 12:10

**step** 28:16

**stock** 11:17

**store** 20:18 22:11 23:25 24:4 28:9 36:19 37:23 41:24 47:6 52:4,6 61:13

**stores** 20:11,13,14, 17

**story** 8:11

**Street** 6:13

**strictly** 20:18

**strike** 38:10 51:25 59:4 60:8

**strong** 58:25

**stuff** 39:20 43:23 51:14,18

**submitted** 18:10,11

**Suite** 6:13

**support** 15:12 17:9, 22 18:11 21:4 27:14, 16 29:4 38:13 40:25 41:2 54:17 57:3,4

**supports** 57:24

**swipe** 55:18,22 56:3, 16 58:2 60:17,21

**swiped** 39:10 61:5,13

**swipes** 60:23

**swiping** 58:1 59:9

**system** 39:4 49:5 59:13 61:2

**systems** 18:21 19:5 60:25

**T**

**T-i-m-o-t-h-y** 7:20

**taking** 6:13

**talk** 19:11,17 21:9 27:20 56:10 57:16

**talked** 57:11 59:7

**talking** 50:20

**Target** 60:1

**team** 40:22

**tech** 38:13

**technical** 38:6 51:15 57:3,4,5 59:12

**telling** 10:17,20,24

**testified** 7:7

**testify** 9:1 10:4,11,13

**testifying** 8:8

**testimonies** 9:9

**testimony** 9:22,23,25 12:23 13:2 60:15 62:1

**thing** 24:23 25:10 30:24 38:18 54:20

**things** 58:3

**third-party** 22:11

**thousands** 55:3,4

**Thursday** 13:23

**Tim** 24:21 26:13 34:18,23 35:8 40:4

**time** 6:8 7:13 11:6 12:23 13:4,23 14:4 15:5 20:4 21:18 23:19 27:15 29:16 30:24 40:10 43:17 53:10,22 61:21

**times** 42:20 54:21,25

**Timothy** 6:11 7:5,20 62:1

**today** 8:14 9:23 29:22 31:13,17 52:2 58:17

**today's** 61:25

**told** 57:15 59:14 60:16

**tomorrow** 62:7,8

**tonight** 62:6,9

**tool** 38:12

**tools** 21:5

**Touch** 32:2

**Touches** 32:4

**track** 27:19
**tracked** 51:13
**tracks** 49:12
**Trail** 8:3
**trained** 20:23
**transaction** 24:25 28:10,14 37:24 41:7 59:16
**transactional** 50:15
**transactions** 22:25 28:13
**transcript** 62:6
**trial** 8:8,11 9:1,3,5,6 12:24 13:5,6 14:4,5 45:18,19 47:17 49:24 55:13
**trickier** 24:6
**truth** 8:14,16 10:17, 21,24
**Tucker** 53:6
**Tuesday** 9:7 10:2
**turn** 46:2,5 49:6,21
**TVS** 49:16
**two-page** 45:18
**type** 50:24
**typically** 21:25 26:10 55:22

**U**

**U.S.** 25:17
**unable** 34:19
**Uncountable** 55:2
**understand** 7:15 8:6, 10 13:11 16:16 21:21 31:4,16 34:10 35:15 41:14 43:5,25 47:10 57:15
**understanding** 39:21 41:19 55:6,15,17,25

56:20 58:3 59:1,7 60:5 61:3,5
**untruthful** 8:12
**update** 39:21,22
**user** 60:3

**V**

**venture** 51:18
**verify** 25:13
**version** 21:7
**versions** 46:13 48:17
**vice** 6:23
**video-recorded** 6:10
**view** 27:12 28:5
**VPN** 18:25

**W**

**Wait** 21:17 28:2
**waiver** 30:2
**watch** 9:11,13
**ways** 29:8
**web-based** 19:1
**website** 33:6
**Wednesday** 12:22 13:2 14:12
**week** 9:10 14:16 30:12,15 34:2,16 36:22 43:20 44:3,5,7
**White** 40:25 41:2
**Wilson** 53:6
**witnesses** 9:13,16,20 11:9 12:24
**wondering** 22:24
**Woodside** 8:2
**word** 49:9
**work** 7:23 10:21

14:15,21 17:19 18:4 25:17 29:16 36:25 37:2 40:7 42:19,21 53:13,20 56:2 58:23 60:24
**worked** 40:16,20 48:19 54:6 57:16
**working** 57:21
**works** 11:12 21:15,20 56:10,25 57:24 58:25 59:13 61:2
**write** 16:19 17:1,7 18:6
**wrote** 12:6

**Y**

**year** 11:16 15:12
**years** 40:14 54:5,8,9 55:5
**yesterday** 9:22,25 12:23 16:21 18:7
**YGR** 6:12

**Z**

**ZIP** 25:22 26:24