William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Jonathan H. Sherman (jsherman@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Kieran P. Ringgenberg #208600
(kringgenberg@bsfllp.com)
Maxwell V. Pritt #253155
(mpritt@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>_____<br><br>This Document Relates To:<br>ALL ACTIONS | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br>**DECLARATION OF JONATHAN H. SHERMAN IN SUPPORT OF APPLE INC.'S RESPONSE TO NONPARTY MEDIA INTERVENORS' SUPPLEMENTAL AUTHORITY**<br><br>Date:      TBD<br>Time:      TBD<br>Place:     Courtroom 1, 4th Floor<br>Judge:    Honorable Yvonne Gonzalez Rogers |

## DECLARATION OF JONATHAN H. SHERMAN

I, Jonathan H. Sherman, declare as follows:

1.      I am a partner in the law firm of Boies, Schiller & Flexner LLP, resident in the firm's office located at 5301 Wisconsin Avenue, NW, Washington, DC 20015.  I am a member in good standing of the Bar of the District of Columbia and represent Apple Inc. ("Apple") in this case.

2.      I make this declaration in support of Apple's Response to Nonparty Bloomberg L.P., The Associated Press, and Cable News Network, Inc.'s Supplemental Authority.  (Dkt. 994.) I have personal knowledge of the facts set forth herein.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of an article entitled "Ford Testimony Tape in Fromme Trial Freed," by Wayne Wilson and published in the *Sacramento Bee* on April 7, 1987.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 14th day of December, 2014, at Washington, D.C.


                                    */s/ Jonathan H. Sherman*
                                    Jonathan H. Sherman

1