**EXHIBIT 1**

SACRAMENTO BEE
1987-04-07
Section: METRO
Edition: METRO FINAL
Page: B1

# FORD TESTIMONY TAPE IN FROMME TRIAL FREED

Wayne Wilson Bee Staff Writer

Videotaped testimony from former President Gerald R. Ford that was used in the attempted-assassination trial of Lynette ""Squeaky" Fromme was ordered unsealed Monday in federal court in Sacramento. U.S. District Court Judge Thomas J. MacBride, who presided over the Fromme% trial in 1975, restricted the viewing and copying of the tape to the federal building.

The public release of the tape was requested in December by Federal Defender E. Richard Walker. Walker was not in court Monday to explain his reasons.

But Ford and the U.S. government offered no objections to the release of the tape, which is the only testimony ever given by a United States president in a criminal proceeding.

Ford was in Sacramento on Sept. 5, 1975, when Fromme, a disciple of convicted multiple murderer Charles Manson, stepped out of a crowd and pointed a loaded .45-caliber pistol at the president.

She was subdued and disarmed after several witnesses heard what they subsequently described as a ""metallic click."

At Fromme's trial, Ford was not called as a witness for the prosecution, which said his testimony would be ""an imposition on the president and we didn't think it was necessary."

But Fromme's lawyer, John E. Virga, won the right to question Ford about what he remembered of the incident.

The testimony was videotaped by three cameras as Ford sat at a desk in the old Executive Office Building in Washington, D.C.

Once it had been offered as evidence in open court, the tape was sealed and placed in a safe at the federal building, where it remains.

MacBride's order might be implemented as soon as today, Virga said.

On the tape, Ford describes how he crossed L Street and began shaking hands with members of a crowd gathered in Capitol Park.

It was at that point that he saw a woman in a brightly colored dress.

""My first impression was that she wanted to come closer and extend -- I thought at the time -- a hand to shake, or to say something to me," Ford said.

""And as I stopped, I saw a hand come through the crowd in the first row, and that was the first active gesture that I saw, but in the hand there was a gun."

""Did you ever hear the gun click?" Virga asked Ford.

""I have no recollection of it clicking or not clicking," Ford replied.

Prosecutor Donald Heller, who is now in private practice, recalled Monday that Ford ""said he wasn't scared. He was a classic witness to a violent crime. He could remember some things but couldn't remember the click."

Virga presented Ford's testimony to back the defense contention that Fromme had not intended to kill him, that she had brandished the gun only as a means of calling attention to her concerns for the environment./

Five years later -- in an exclusive interview at the prison cell in Alderson, W. Va., where she is serving a life term -- Fromme told The Bee that she ""was not determined to kill the guy."

Fromme, 38, said she purposely ejected the top shell from the pistol's clip onto the floor of her P Street apartment, strapped a holster to her leg, and began her walk to Capitol Park.

""And I thought, 'Well, are you going to use it?' And I said, 'I don't know. Just go and check it out.'"

It was Fromme's first public statement on the incident in Sacramento. She boycotted her own trial and refused to testify in her own behalf.

Newsbank | The Sacramento Bee & Sacbee.com    Page 2 of 2
Case 4:05-cv-00037-YGR   Document 1003-2   Filed 12/14/14   Page 3 of 3

http://nl.newsbank.com/nl-search/we/Archives?p_action=doc&p_docid=0EB0D7B295B...    12/14/2014