UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RECEIVED
DEC 10 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| **Apple iPod iTunes Antitrust Litigation** | Case No.: C-05-00037-JW<br><br>Motion for Leave to Intervene as Plaintiff<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Plaintiff-Intervenor-Applicant requests the Court grant Mr. Jeffrey Kowalski leave to intervene as a Plaintiff pursuant to F.R.C.P Rule 24. Mr. Kowalski is a member of the class because he purchased an Apple iPod Touch 8GB on or around May 2008 from Apple.com. This motion is timely submitted and adequate parties no longer exist to protect Mr. Kowalski's interest that is the subject of this action.

Dated this 5th of December, 2014

By: /s/ Jeffrey S. Kowalski

Jeff Kowalski
PO BOX 662
Hemlock, MI  48626
989-607-4572
me@jeffkowalski.com

Motion for Leave to Intervene as Plaintiff

Judge: Hon. Yvonne Gonzalez Rogers - 1

**Recipient Information**

**To:   Jeff Kowalski**
**Fax #: 4155223605**

faxZERO.com
*send a fax for free*

**Sender Information**

**From: Jeff Kowalski**
Email address: me@jeffkowalski.com (from 162.247.145.158)
Phone #: 9896074572
Sent on: Friday, December 5 2014 at 3:09 PM EST

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #13533805. We will add your fax number to the block list.