UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 05-cv-00037-YGR          **Case Name**:   The Apple iPod iTunes Anti-Trust Litigation

**Date: Monday, December 15, 2014**          **Time**:  8:06am-9:40am counsel; 10:20am-11:46am; 11:58-1:37pm; 1:55pm-2:22pm;  2:22pm-2:30pm counsel;  deliberations from 2:22pm to 4:30pm.

**The Honorable YVONNE GONZALEZ ROGERS**

**Clerk**: Frances Stone          **Court Reporter:**      Raynee Mercado

**COUNSEL FOR PLTF:**

**Bonnie Sweeney; Patrick Coughlin, Francis Balint; Alexandra Bernay;  Steve Joblowski, Carmen Medici**

**COUNSEL FOR DEFT:**

**William Isaacson; Karen Dunn; Martha Goodman; Meredith Dearborn, and Scott Murray for Apple**

Voir Dire Began: 11/19/14

Trial Began:   12/2/14         Further DELIBERATIONS:  **Tuesday, 12/16/14 at 8:30am**

**Trial Proceedings:**

Discussion with counsel. Recess.

Jury enters courtroom.  Court gives Final Instructions to Jury.

Plaintiff attorney Coughlin Closing statement.

Defendant attorney Isaacson Closing statement; Defendant attorney Dunn Closing statement.

Plaintiff attorney Coughlin Rebuttal Closing statement. Court finishes Final Instructions to the Jury.

Jury begins deliberations at 2:22pm.

Jury leaves for the day at 4:30pm. FURTHER DELIBERATION Tuesday, 11/16/14 at 8:30am.