UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 05-cv-00037-YGR          **Case Name**:   The Apple iPod iTunes Anti-Trust Litigation

**Date: Tuesday, December 16, 2014**          **Time**: 8:30am-9:31am-deliberations;  9:54am-10:05am-in court.

**The Honorable YVONNE GONZALEZ ROGERS**

**Clerk**: Frances Stone          **Court Reporter:**     Raynee Mercado

**COUNSEL FOR PLTF:**

**Bonny Sweeney; Patrick Coughlin, Francis Balint; Alexandra Bernay;  Steve Joblowski, Carmen Medici**

**COUNSEL FOR DEFT:**

**William Isaacson; Karen Dunn; Martha Goodman; Meredith Dearborn, and Scott Murray for Apple**

Voir Dire Began: 11/19/14

Trial Began:   12/2/14          TRIAL ENDED: 12/16/14

**Trial Proceedings:**

8:30am: Further Jury Deliberations.

9:31am: Note that Jury has reached a verdict.

9:54am Jury enters courtroom . Verdict read, unanimous.

Court addresses Jury.  Trial completed; Jury dismissed as case is completed.

Discussion  with counsel.  Recess for Counsel as case is completed.

**DISPOSITION OF EXHIBITS: Exhibits to be given to CSA to be logged into Exhibit room.**