

FILED
DEC 16 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No.: 05-CV-0037 YGR<br><br>**VERDICT FORM RE GENUINE PRODUCT IMPROVEMENT** |

# VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

1. Were the firmware and software updates in iTunes 7.0, which were contained in stipulated models of iPods, genuine product improvements?

    Yes ✓          No _____

Dated: December 16, 2014

_Kennalee Welliver_           Kennalee Welliver
PRESIDING JUROR'S SIGNATURE      PRESIDING JUROR'S PRINTED NAME