UNITED STATES DISTRICT COURT

*ORIGINAL*

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE

THE APPLE IPOD ITUNES          )        NO. C 05-00037 YGR
ANTITRUST LITIGATION           )
                               )        PAGES 1530 - 1727
                               )
                               )        **JURY TRIAL VOLUME 8**
                               )
                               )
                               )        OAKLAND, CALIFORNIA
_____ )        WEDNESDAY, DECEMBER 10, 2014


### REPORTERS' TRANSCRIPT OF PROCEEDINGS


APPEARANCES:

FOR PLAINTIFFS:            ROBBINS GELLER RUDMAN & DOWD LLP
                          655 WEST BROADWAY, SUITE 1900
                          SAN DIEGO, CALIFORNIA  92101
                   BY:  ALEXANDRA S. BERNAY,
                          JENNIFER N. CARINGAL,
                          PATRICK COUGHLIN,
                          STEVEN M. JODLOWSKI,
                          CHARLES MCCUE,
                          CARMEN A. MEDICI,
                          BONNY E. SWEENEY, ATTORNEYS AT LAW


                          BONNETT FAIRBOURN FRIEDMAN & BALINT PC
                          4023 CHAIN BRIDGE ROAD
                          FAIRFAX, VIRGINIA 22030
                   BY:  FRANCIS J. BALINT, JR.
                          ATTORNEY AT LAW

              (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:              RAYNEE H. MERCADO, CSR NO. 8258
                          DIANE E. SKILLMAN, CSR NO. 4909

    PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

# A P P E A R A N C E S (CONT'D.)

```
FOR DEFENDANT:          BOIES, SCHILLER & FLEXNER LLP
                        5301 WISCONSIN AVENUE NW
                        WASHINGTON, D.C.  20015
                   BY:  WILLIAM A. ISAACSON,
                        KAREN L. DUNN,
                        MARTHA L. GOODMAN, ATTORNEYS AT LAW


                        BOIES, SCHILLER & FLEXNER LLP
                        1999 HARRISON STREET, SUITE 900
                        OAKLAND, CALIFORNIA  94612
                   BY:  MEREDITH R. DEARBORN, ATTORNEYS AT LAW


                        JONES DAY
                        555 CALIFORNIA STREET, 26TH FLOOR
                        SAN FRANCISCO, CALIFORNIA  94104-1500
                   BY:  DAVID C. KIERNAN, ATTORNEYS AT LAW


                        APPLE
                        1 INFINITE LOOP, MS 169-2NYJ
                        CUPERTINO, CALIFORNIA  95014
                   BY:  SCOTT B. MURRAY,
                          SENIOR LITIGATION COUNSEL


                        --OOO--
```

# <u>I N D E X</u>

KELLY, JOHN

DIRECT EXAMINATION BY MS. DUNN                1546          8

CROSS-EXAMINATION BY MR. COUGHLIN            1616          8

REDIRECT EXAMINATION BY MS. DUNN            1683          8

RECROSS-EXAMINATION BY MR. COUGHLIN         1701          8


MURPHY, KEVIN M.

DIRECT EXAMINATION BY MR. ISAACSON          1703          8

--oOo--

```
 1   WEDNESDAY, DECEMBER 10, 2014                    8:05 A.M.

 2                      P R O C E E D I N G S

 3       (THE FOLLOWING PROCEEDINGS WERE HEARD OUT OF THE PRESENCE

 4   OF THE JURY:)

 5           THE CLERK:  CALLING CIVIL ACTION 05-0037, APPLE IPOD

 6   ITUNES ANTITRUST LITIGATION.

 7       COUNSEL, PLEASE STATE YOUR APPEARANCES.

 8           MS. SWEENEY:  GOOD MORNING, YOUR HONOR.

 9       BONNY SWEENEY.  AND WITH ME AT COUNSEL TABLE IS PATRICK

10   COUGHLIN, ALEXANDRA BERNAY, AND FRANK BALINT.

11           THE COURT:  OKAY.  GOOD MORNING.

12           MR. ISAACSON:  GOOD MORNING, YOUR HONOR.

13       BILL ISAACSON FOR DEFENDANT, APPLE, ALONG WITH KAREN DUNN,

14   MEREDITH DEARBORN, MARTHA GOODMAN, AND THEN SCOTT MURRAY FOR

15   APPLE.

16           THE COURT:  OKAY.  GOOD MORNING.

17       HERE ARE YOUR TIME SHEETS.  FRANCES.

18           MR. ISAACSON:  THANK YOU.

19           MS. SWEENEY:  THANK YOU.

20           THE COURT:  ALL RIGHT.  WHERE DO WE STAND THIS

21   MORNING, MS. SWEENEY?

22           MS. SWEENEY:  WITH RESPECT TO?

23           THE COURT:  EVERYTHING.

24           MS. SWEENEY:  OH.  WELL, WITH RESPECT TO THE JURY

25   INSTRUCTIONS THAT WE WERE SUPPOSED TO MEET AND CONFER WITH
```

```
 1   APPLE ABOUT, I BELIEVE WE SENT OVER A LETTER JUST A LITTLE BIT

 2   AGO.

 3              THE COURT:  I HAVEN'T SEEN IT.  DOES SOMEONE HAVE A

 4   COPY?

 5         MS. SWEENEY:  OH, IT'S -- WE'RE MEETING AND

 6   CONFERRING WITH APPLE FIRST.

 7         MR. ISAACSON:  AND I HAVE NOT SEEN IT.

 8         MS. SWEENEY:  SO THAT'S STILL IN PROCESS, YOUR HONOR.

 9     AND THEN WE SHOULD BE GETTING SOMETHING TO YOU LATER THIS

10   MORNING OR EARLY THIS AFTERNOON ON THE JURY INSTRUCTIONS.

11              THE COURT:  OKAY.

12     WHERE DO WE STAND WITH RESPECT TO THE PLAINTIFF?

13         MR. COUGHLIN:  YOUR HONOR, PATRICK COUGHLIN.  I'LL

14   ANSWER THAT.

15     WE WOULD -- WE'VE TAKEN THE DEPOSITION.  I DON'T THINK

16   WE'VE GOTTEN THE TRANSCRIPT BACK.  WE CERTAINLY MOVE TO

17   INTERVENE HER AS A CLASS -- WE'LL DO IT ORALLY RIGHT NOW -- AS

18   A CLASS REPRESENTATIVE.  AND THAT'S WHAT WE'D DO RIGHT NOW

19   BEFORE WE REST OUR CASE.

20              THE COURT:  AND HAS THERE BEEN ANY DISCUSSION AS TO

21   TRIAL TESTIMONY?

22         MR. COUGHLIN:  THERE HASN'T BEEN.  I THOUGHT WE HAD A

23   PROCESS --

24              THE COURT:  WELL --

25         MR. COUGHLIN:  -- IN PLACE.
```

```
 1          THE COURT:  -- HAS THERE BEEN A STIPULATION?

 2          MR. COUGHLIN:  I THINK --

 3          MR. ISAACSON:  I THOUGHT WE STIPULATED YESTERDAY THAT

 4    SHE'S NOT BEING CALLED AS A WITNESS.

 5          MR. COUGHLIN:  THAT'S CORRECT.

 6          THE COURT:  OKAY.  SO TELL ME WHAT THE STIPULATION IS

 7    SPECIFICALLY, GIVEN THAT I WON'T HAVE HER TESTIMONY IN THE

 8    RECORD, AND WHAT YOU WANT ME TO INSTRUCT THE JURY ON.  THAT'S

 9    WHAT I THOUGHT YOU WERE GOING TO GIVE ME THIS MORNING.

10          MR. ISAACSON:  I WAS WAITING FOR THE PROPOSED

11    INSTRUCTION ON THIS FROM PLAINTIFFS SO THAT MAYBE THAT'S

12    INCLUDED IN WHAT IS IN MY EMAIL, I DON'T KNOW.

13          MR. COUGHLIN:  IT IS INCLUDED IN HIS EMAIL.

14        THE STIPULATION IS, YOUR HONOR, BECAUSE THIS IS A DECISION

15    FOR THE COURT TO MAKE AS TO CLASS CERTIFICATION, THAT NEITHER

16    PARTY DEEMED IT NECESSARY TO HAVE AN ADDITIONAL PLAINTIFF

17    TESTIFY, AND STIPULATED THAT BASICALLY THE MOTION TO INTERVENE

18    AND THE MOTION TO CERTIFY THE CLASS WOULD BE BRIEFED AND WE'D

19    MOVE FORWARD ON THAT BASIS, THAT THE JURY DIDN'T -- WOULD JUST

20    BE INSTRUCTED ESSENTIALLY THAT ANOTHER PLAINTIFF REPLACED THE

21    REPRESENTATIVE PLAINTIFF, MS. BENNETT REPLACED THE

22    REPRESENTATIVE PLAINTIFF, MS. ROSEN, AS A RESULT OF PURCHASE

23    OF -- USE OF A CREDIT CARD FROM THE LAW FIRM; AND THAT BECAUSE

24    THE CLASS CERTIFICATION WAS A COURT DECISION, THAT THEY

25    WOULDN'T BE HEARING FROM THE OTHER PLAINTIFF.
```

1    THAT'S IN ESSENCE AT WHAT -- WHAT WE FELT IS ALL THAT WAS

2    NEEDED.

3    MANY TIMES, IN FACT, THEY'RE NOT STIPULATING TO A CLASS OR

4    THE REPRESENTATIVE IN THIS CASE, BUT MORE OFTEN THAN NOT, IN

5    CLASS CASES, NO PLAINTIFF EVER -- NO INDIVIDUAL PLAINTIFF EVER

6    ACTUALLY TESTIFIES.

7    AND SO I THINK THAT'S THE AGREEMENT WE HAVE IS THAT THE

8    RECORD IS GOING TO BE FILLED IN WITH THE MOTIONS AS TO EITHER

9    THE INTERVENTION AND THE CLASS, AND THE COURT WILL MAKE THAT

10   DECISION, AND THE JURY WILL JUST BE INSTRUCTED THAT IT'S NOT A

11   DECISION THAT THEY WOULD BE MAKING IN ANY EVENT.

12   **THE COURT:**  MR. ISAACSON, IS THAT ACCURATE?

13   **MR. ISAACSON:**  IT SOUNDS MORE OR LESS THE GIST OF

14   WHAT'S HAPPENING.  IT WILL BE IMPORTANT FOR US TO REVIEW THE

15   SPECIFIC LANGUAGE THAT'S BEEN --

16   **THE COURT:**  WELL, TELL ME ON THE RECORD WHAT IT IS

17   YOU THINK YOU'RE STIPULATING TO.

18   **MR. ISAACSON:**  WELL, ACTUALLY, WHAT I UNDERSTAND WITH

19   REGARD TO THIS PLAINTIFF NOT TESTIFYING IS THE COURT HAS RULED

20   THAT DUE TO THE PREJUDICE OF THE LAST-MINUTE WITNESS, THAT SHE

21   NOT BE ALLOWED TO TESTIFY.

22   NOW, I AGREE CLASS REPRESENTATIVES DON'T HAVE TO -- IT'S

23   THE PLAINTIFFS' CHOICE AS TO WHETHER TO PUT ON A CLASS

24   REPRESENTATIVE, AND IT DOES -- AND OUR RULE 50 MOTION, FOR

25   EXAMPLE, DOES NOT HAVE AN ARGUMENT THAT THE CASE HAS TO BE

1  DISMISSED BECAUSE THE CLASS PLAINTIFF DID NOT TESTIFY.

2      SO I GUESS THAT IS WHAT I WOULD HAVE TO SAY ABOUT THAT

3  ISSUE.

4      SO IT'S A MATTER OF PRESENTING THE FACTS OF THE TWO CLASS

5  PLAINTIFFS -- OR PREVIOUS CLASS PLAINTIFFS ARE GONE, THE ONES

6  THAT WERE SAID TO HAVE BEEN COURT-APPOINTED, AND TO SAY IN

7  SOME NONPREJUDICIAL WAY THAT THERE'S A NEW ONE THAT YOU'RE NOT

8  GOING TO BE MEETING.

9          THE COURT:  OKAY.  THAT'S GOOD ENOUGH FOR THE RECORD.

10     SO DOES THE PLAINTIFF THEN REST?

11         MR. COUGHLIN:  YES, WITH THE MOVEMENT OF -- TO -- OF

12  MS. BENNETT TO INTERVENE ON ORAL MOTION TO REPRESENT THE

13  CLASS, AND WE THINK THE RECORD IS SUFFICIENT NOW TO DO THAT,

14  THE PLAINTIFFS WOULD REST.

15         THE COURT:  OKAY.

16         MR. ISAACSON:  WE OPPOSE THAT MOTION, I THINK FOR

17  GROUNDS THAT HAVE BEEN PREVIOUSLY RULED UPON BY THE COURT WITH

18  REGARDS TO SUBJECT MATTER JURISDICTION AND WITH RESPECT TO THE

19  PREJUDICE OF SUBSTITUTING AT THE LAST MINUTE.

20     AND THEN WE WILL -- AND THEN I UNDERSTAND THAT THE ISSUE

21  OF WHETHER THIS INDIVIDUAL IS AN ADEQUATE CLASS REPRESENTATIVE

22  WILL BE SUBJECT TO FURTHER BRIEFING AND CONSIDERATION BY THE

23  COURT.

24         THE COURT:  OKAY.

25     SO NOW THAT THE PLAINTIFFS HAVE RESTED, MR. ISAACSON, THE

1    COURT IS JUST -- YOU JUST HANDED UP A NOTICE OF MOTION AND

2    MOTION TO GRANT JUDGMENT AS A MATTER OF LAW.

3        HAVE THE PLAINTIFFS SEEN THE MOTION?

4            **MR. COUGHLIN:**  WE JUST GOT IT ABOUT FIVE MINUTES AGO,

5    YOUR HONOR.

6            **THE COURT:**  DO YOU WANT TO SAY ANYTHING ABOUT THIS?

7            **MR. ISAACSON:**  I THINK, AS I SAID BEFORE, WE WOULD

8    LIKE THE OPPORTUNITY TO ARGUE IT.  I WOULD LIKE TO ARGUE IT AT

9    THE POINT WHERE THE PLAINTIFFS HAVE READ IT AND HAD THE CHANCE

10   TO RESPOND.  BUT IF AFTER COURT TODAY OR TOMORROW, THE COURT

11   WOULD HEAR ARGUMENT, I THINK THAT WOULD BE USEFUL.

12           **THE COURT:**  OKAY.  WHAT IS THE PLAINTIFFS' VIEW IN

13   TERMS OF WHETHER YOU WANT AN OPPORTUNITY TO RESPOND IN WRITING

14   VERSUS RESPONDING ORALLY?

15           **MR. COUGHLIN:**  WE ABSOLUTELY WANT A CHANCE TO RESPOND

16   IN WRITING, YOUR HONOR.  WE DON'T THINK THAT -- IT'S CERTAINLY

17   TRUE THAT I JUST FLIPPED THROUGH IT.  BUT I DON'T THINK IT HAS

18   ANY MERIT.  WE THINK WE ANSWERED ALL THE POINTS THAT ARE

19   RAISED.  AND SO I THINK IT SHOULD BE DENIED AND WE SHOULD MOVE

20   FORWARD.

21       BUT IF -- SO I'M NOT SURE HOW TO HANDLE IT.  USUALLY MAKE

22   THE MOTION ORALLY.  MAYBE IN THIS CASE IT'S WRITTEN.  AND THE

23   CASE EITHER GOES ON OR STOPS RIGHT HERE.  SO I'M NOT SURE WHAT

24   WE'RE SUPPOSED TO DO, IF WE'RE SUPPOSED TO TAKE A DAY AND

25   RESPOND OR JUST MOVE FORWARD WITH THE TESTIMONY.  WE'RE READY

1    TO GO.

2            **THE COURT:**  I'M GOING TO DEFER ON IT FOR NOW.  I

3    MEAN, I DON'T HAVE TO RULE ON IT AT THIS MOMENT AND I'M NOT

4    GOING TO.  WE'RE NOT GOING TO WASTE -- WE'RE CERTAINLY NOT

5    GOING TO USE TRIAL TIME FOR YOU TO GO AND WRITE A RESPONSE.

6        SO I'M GOING TO DEFER.  I'M GOING TO HAVE THE -- THE

7    DEFENDANTS CALL THEIR WITNESSES AT 8:30.  AND WHEN YOU HAVE AN

8    OPPORTUNITY TO LOOK AT IT, WE CAN TALK ABOUT SCHEDULING, WHEN

9    I'M GOING TO GET A RESPONSE FROM THE PLAINTIFFS AND WHEN I'LL

10    HAVE ARGUMENT ON IT.

11            **MR. ISAACSON:**  THANK YOU, YOUR HONOR.

12            **THE COURT:**  OKAY?

13        DO I HAVE THE PARAGRAPH 66 OF THE COMPLAINT EXHIBIT?  IS

14    THAT -- DO YOU HAVE THAT FOR ME TODAY?

15                    (OFF-THE-RECORD DISCUSSION.)

16                    (PAUSE IN THE PROCEEDINGS.)

17            **THE COURT:**  IF NOT, WE CAN DEAL WITH IT LATER.  I

18    JUST WANT TO KNOW IF YOU HAVE IT.

19            **MR. ISAACSON:**  I DO HAVE A FEW CITATIONS FOR YOU THAT

20    A COMPLAINT CAN BE A PARTY ADMISSION.

21            **MR. COUGHLIN:**  YOUR HONOR, OUR POSITION THAT THERE

22    CERTAINLY IS LAW OUT THERE THAT A COMPLAINT CAN BE A PARTY

23    ADMISSION.  OUR OBJECTION WAS TO COMPLETENESS, NUMBER ONE.

24    AND THEN NUMBER TWO, IF THEY'RE GOING TO -- IF THE COURT RULES

25    THAT THE COMPLAINT IS GOING TO COME IN, THEN WE SHOULD ALSO

1    HAVE THE TWO INTERROGATORIES THAT DEAL WITH THOSE TWO

2    PARAGRAPHS COME IN.

3        AND -- AND, FRANKLY, I DIDN'T KNOW IT WAS GOING TO COME UP

4    THIS MORNING.  I THOUGHT WE WERE GOING TO DEAL WITH IT AT A

5    LATER TIME.  SO I'D LIKE THE CHANCE TO LITERALLY SUBMIT TWO

6    PAGES ON THAT.

7            THE COURT:  OKAY.

8            MR. ISAACSON:  THAT'S FINE, YOUR HONOR.  WE'LL

9    RESPOND AFTER WE SEE THE TWO PAGES.

10       WE THINK THAT AN EXCERPT IS WHAT IS CALLED FOR JUST LIKE

11   WHEN WE HAVE -- WHEN WE SUBMITTED THE INTERROGATORY RESPONSES,

12   WE DIDN'T PUT IN A FULL SET OF THE INTERROGATORY RESPONSES.

13   IT'S THE RELEVANT ONES.

14       AND FOR PURPOSES OF A PARTY ADMISSION, WHAT'S BEING

15   ADMITTED IS THE ADMISSION, AND PLAINTIFFS DON'T HAVE THE RIGHT

16   TO ADMIT ALLEGATIONS THAT ARE IN A NON-CERTIFIED COMPLAINT.

17           MR. COUGHLIN:  AND THEN I'LL RESPOND JUST BRIEFLY,

18   YOUR HONOR.

19       THOSE PARAGRAPHS WERE THE SUBJECT OF INTERROGATORIES, TWO

20   INTERROGATORIES, TWO RESPONSES.  AND SO THE RECORD SHOULD BE

21   COMPLETE IF THEY'RE GOING TO BE PUT IN, AND THE WHOLE

22   COMPLAINT SHOULD COME IN.  THOSE PARAGRAPHS CAN'T BE PULLED

23   OUT.

24           MR. ISAACSON:  AND I THINK THAT'S TWO SEPARATE

25   ISSUES.  THERE'S THE WHOLE COMPLAINT VERSUS THE TWO

```
 1    INTERROGATORIES, AND WE'LL LOOK AT THE INTERROGATORY ISSUE.

 2            THE COURT:  OKAY.  I STILL WOULD LIKE TO SEE THE

 3    ACTUAL EXHIBIT BECAUSE THERE HAVE BEEN MULTIPLE COMPLAINTS,

 4    AND I WANT TO MAKE SURE WE'RE TALKING ABOUT THE SAME THING.

 5            MR. ISAACSON:  WE'LL HAVE IT FOR YOU BY THE NEXT

 6    BREAK.  THERE'S A PRINTER ISSUE.

 7            THE COURT:  OKAY.

 8         ALL RIGHT.  I THINK THAT'S IT FOR ME.

 9         ANYTHING ELSE FOR YOU FOLKS?

10            MR. COUGHLIN:  NO.  I THINK WE'RE READY TO GO.

11            THE COURT:  MR. ISAACSON, WHO ARE WE HEARING FROM

12    TODAY?

13            MR. ISAACSON:  PROFESSOR KELLY, FOLLOWED BY PROFESSOR

14    MURPHY.

15            MR. COUGHLIN:  YOUR HONOR, JUST SO THAT WE KIND OF

16    FLESH OUT THE SCHEDULE, RIGHT NOW I THINK WE BOTH BELIEVE THAT

17    FOLLOWING THIS SCHEDULE IS THAT WE'RE GOING TO HEAR FROM

18    DR. KELLY WHO IS THE TECHNICAL EXPERT FOR APPLE, FOLLOWED BY

19    THE TWO ECONOMISTS, MURPHY AND THEN TOPEL, FOLLOWED BY

20    MR. DONNELLY.  I THINK THAT TAKES US THROUGH PROBABLY

21    TOMORROW.

22         THEN WE GET TO THE REBUTTAL SIDE OF THE CASE.  WE WILL

23    PROBABLY HEAR FROM PROFESSOR WOOLDRIDGE.

24            MS. SWEENEY:  WOOLDRIDGE.

25            MR. COUGHLIN:  WOOLDRIDGE.  AND THEN PROBABLY ROD
```

1    SCHULTZ.  AND THEN FINALLY DR. NOLL.

2        AND THEN HE WOULD BE FOLLOWED BY OUR OWN TECHNICAL EXPERT,

3    DR. MARTIN.

4        AND I THINK THAT BRINGS US TO THE END OF FRIDAY ON MY OWN

5    ESTIMATE OF TIME WITH THOSE PEOPLE, AND THEN I THINK WE'D HAVE

6    CLOSINGS ON MONDAY.  THAT'S WHAT I --

7            **MR. ISAACSON:**  I THINK THAT'S ROUGHLY WHAT WE'RE

8    LOOKING AT.  I -- I STILL DON'T KNOW THE SITUATION WITH

9    MR. SCHULTZ, BUT I -- I AGREE THAT IF HE'S GOING TO BE HERE,

10   THAT'S THE SCHEDULE THEY'RE SEEKING.

11           **THE COURT:**  SCHULTZ IS WHO?

12           **MR. COUGHLIN:**  SCHULTZ IS --

13           **MR. ISAACSON:**  HE'S THE THIRD PARTY THAT THEY TOLD

14   DIDN'T HAVE TO COME AND NOW WAS TOLD TO HAVE TO COME.  THEY

15   SUBPOENAED HIM FOR WEDNESDAY.

16           **MR. COUGHLIN:**  YOUR HONOR, WE SUBPOENAED HIM.  I

17   DIDN'T THINK I WAS GOING TO PUT HIM ON.  OVER THE WEEKEND I

18   RETHOUGHT ABOUT IT.  I NEVER RELEASED HIM FROM THE SUBPOENA.

19           **THE COURT:**  OKAY.  NOW I REMEMBER WHO HE IS.

20           **MR. COUGHLIN:**  HE'S THE ARCHITECT OF THE DVC.

21           **THE COURT:**  OKAY.

22       ALL RIGHT.  GOOD ENOUGH.  WE'LL CHECK IN WITH THE JURY,

23   AND THEN WE WILL HAVE YOU CALL YOUR NEXT WITNESS.

24           **MR. ISAACSON:**  THANK YOU, YOUR HONOR.

25       (RECESS TAKEN AT 8:18 A.M.; PROCEEDINGS RESUMED AT

1    8:27 A.M.)

2        (THE FOLLOWING PROCEEDINGS WERE HEARD IN THE PRESENCE OF

3    THE JURY:)

4            **THE COURT:**  OKAY.  GOOD MORNING.

5        EVERYONE MAY BE SEATED.  THE RECORD WILL REFLECT WE ARE

6    BACK ON THE RECORD.  AND THE JURY IS NOW WITH US.

7        (JUROR NO. 8), ARE YOU COLD?  IS THIS COURTROOM TOO COLD

8    FOR YOU?

9            **A JUROR:**  WE FREEZE TO DEATH.  AND I'M NOT USUALLY A

10    COLD PERSON.

11            **THE COURT:**  WELL, WE CAN ASK THEM TO TURN IT UP A

12    LITTLE BIT.  THE PROBLEM WITH TRIALS IS THAT THE LAWYERS ARE

13    SO -- THEIR ADRENALINE IS GOING SO MUCH THAT THEY GET REALLY,

14    REALLY HOT, AND WE HAVE LOTS OF PEOPLE COMING IN AND OUT.

15            **A JUROR:**  I PUT A COAT ON ANYWAY.

16            **THE COURT:**  OKAY.

17        IF IT GETS UNCOMFORTABLE, LET ME KNOW.  OKAY?  IF -- IF

18    YOUR COAT IS NOT DOING IT.

19        BUT WE'LL SEE IF WE CAN RAISE THE TEMPERATURE MAYBE,

20    FRANCES, TWO DEGREES, OR SOMETHING, JUST A LITTLE BIT.  ASK

21    THEM.

22        LET ME MAKE ONE ANNOUNCEMENT, AND I JUST RECEIVED AN EMAIL

23    ABOUT TODAY.

24        SO THE COURT HAS BEEN ADVISED THAT PROTESTORS WILL BE

25    ATTEMPTING TO SHUT DOWN THE OAKLAND FEDERAL BUILDING TODAY AND

1    HAVE ALREADY STARTED GATHERING ON CLAY STREET NEAR 14TH.

2    WE'VE HEARD VARIOUS REPORTS THAT THE START OF THE PROTEST WILL

3    HAPPEN ANYWHERE BETWEEN 10:00 A.M. AND 11:30 A.M. TO ABOUT

4    SOMETIME ABOUT 1:00 O'CLOCK.

5         SO TODAY MAY NOT BE THE BEST DAY TO TRY TO RUN OUT DURING

6    OUR 15-MINUTE BREAKS.  I DON'T THINK YOU'VE BEEN DOING THAT.

7    BUT JUST AN FYI.

8         SECOND, AT THE END OF THE TRIAL DAY, I WILL MAKE -- WE'LL

9    MAKE SURE TO CHECK IN WITH OUR COURT SECURITY OFFICERS AND, IF

10   NEEDED, TO ESCORT YOU OUT AND TO YOUR CARS.

11        DO YOU -- OR AT LEAST OUT -- ARE YOU ALL PARKING IN THE

12   LOT ACROSS THE STREET?

13             **A JUROR:**  BART.

14             **THE COURT:**  WE'VE GOT -- WHO'S TAKING BART?

15                       (HANDS RAISED.)

16             **THE COURT:**  OKAY.  AND THE OTHER ONES, WHERE DO YOU

17   GUYS --

18             **A JUROR:**  ACROSS THE STREET.

19             **THE COURT:**  ACROSS THE STREET?  OKAY.

20        SO I WILL CHECK ON THAT BEFORE YOU LEAVE FOR THE DAY AT --

21   AT 1:30.  WE'VE BEEN TOLD -- WE'RE SEEING -- WE MONITOR THE

22   INTERNET BECAUSE THEY COMMUNICATE SOMETIMES BY THAT FORUM,

23   THAT IT'S SUPPOSED TO BE A SILENT AND PEACEFUL PROTEST.  SO

24   THAT SHOULDN'T BE A PROBLEM.

25        BUT WE WANT TO MAKE SURE THAT EVERYBODY IS SAFE.  SO WE

1    WILL KEEP YOU UPDATED ON THAT PARTICULAR SITUATION.

2        NOW, DO YOU ALL KNOW THAT YOU CAN ALSO GET INTO THE

3    COURTHOUSE THROUGH THE ELEVATORS THAT ARE THERE IN THE ROUND

4    ATRIUM?  DID YOU KNOW THAT?  SO WHEN YOU COME ACROSS FROM THE

5    PARKING LOT, IF YOU GO INTO THAT ROUND BUILDING, YOU CAN

6    ACCESS THIS FLOOR BY USING A DIFFERENT ELEVATOR AND THEN JUST

7    WALK THROUGH.

8        SOMETIMES WHAT THEY DO IS THEY WILL CHAIN THEMSELVES TO

9    THE FRONT DOORS OF THIS BUILDING, THIS WING OF THE BUILDING.

10   BUT I GUESS THEY DON'T KNOW THAT YOU CAN ALSO GET IN THROUGH

11   THE OTHER DOOR IN THE ROTUNDA.  SO THAT'S ANOTHER OPTION FOR

12   YOU.

13       BUT WE'LL KEEP YOU APPRISED.  OKAY?

14       ALL RIGHT.

15       AS I MENTIONED TO YOU YESTERDAY, THE PLAINTIFFS HAVE NOW

16   RESTED THEIR CASE SO WE'RE GOING TO MOVE TO HAVING THE

17   DEFENDANTS CALL THEIR WITNESSES.

18       SO DEFENSE MAY CALL THEIR FIRST WITNESS.

19           **MS. DUNN:**  THANK YOU, YOUR HONOR.

20       APPLE CALLS DR. JOHN KELLY.

21               (PAUSE IN THE PROCEEDINGS.)

22                   **JOHN KELLY**,

23   CALLED AS A WITNESS FOR THE DEFENDANT, HAVING BEEN DULY SWORN,

24   TESTIFIED AS FOLLOWS:

25           **THE WITNESS:**  I DO.

1       **THE CLERK:**  PLEASE BE SEATED.

2          AND THEN WOULD YOU PLEASE STATE YOUR FULL NAME AND SPELL

3    YOUR LAST NAME.

4           **THE WITNESS:**  MY NAME IS JOHN KELLY.  AND THE LAST

5    NAME IS SPELLED K-E-L-L-Y.

6           **THE CLERK:**  SORRY.  NOW TURN YOUR MIC ON.

7           **THE COURT:**  OKAY.  TRY THAT AGAIN.

8       YOUR LAST NAME IS SPELLED?

9           **THE WITNESS:**  IS SPELLED K-E-L-L-Y.

10          **THE COURT:**  GOOD MORNING.

11          **THE WITNESS:**  GOOD MORNING, YOUR HONOR.

12          **THE COURT:**  YOU MAY PROCEED.

13                      **DIRECT EXAMINATION**

14   **BY MS. DUNN:**

15   **Q.**  GOOD MORNING, DR. KELLY.

16   **A.**  GOOD MORNING, MS. DUNN.

17   **Q.**  I'D LIKE FOR YOU TO BEGIN BY DESCRIBING FOR THE JURY YOUR

18   EDUCATIONAL BACKGROUND, IF YOU WOULD.

19   **A.**  CERTAINLY.  I WAS BORN AND RAISED IN ENGLAND, AND I WENT

20   TO THE UNIVERSITY OF CAMBRIDGE IN ENGLAND AND RECEIVED A

21   BACHELOR'S DEGREE AND MASTER'S DEGREE IN MATHEMATICS.

22       AND -- AND THEN I CAME TO THIS COUNTRY IN 1975, AND I

23   RECEIVED A PH.D. IN COMPUTER SCIENCE FROM UCLA.

24   **Q.**  HAVE YOU SPENT ANY TIME TEACHING?

25   **A.**  I HAVE.  I -- I TAUGHT AS A GRADUATE STUDENT, BUT I WAS

1    ALSO A PROFESSOR FOR 15 YEARS.  I WAS A PROFESSOR FIRST AT

2    UCLA IN THE COMPUTER SCIENCE DEPARTMENT.  SO WHEN I FINISHED

3    MY PH.D., I STAYED ON TO TEACH FOR FOUR YEARS.

4        AND THEN I MOVED TO THE UNIVERSITY OF CALIFORNIA CAMPUS IN

5    SANTA BARBARA, AND I JOINED THE ELECTRICAL AND COMPUTER

6    ENGINEERING DEPARTMENT THERE.  AND I BECAME A TENURED

7    PROFESSOR THERE AND SPENT 11 YEARS IN THAT DEPARTMENT.

8    **Q.**  AND YOU'RE NOT STILL AT UCSB?

9    **A.**  NO, I'M NOT.  I LEFT UCSB.  MY FIRST CHILD WAS BORN.  I

10   HAD A CONSULTING COMPANY THAT I HAD -- I HAD ESTABLISHED IN

11   1975.  AND WHEN MY -- MY SON WAS BORN, I REALIZED I WAS

12   WORKING ALL THE TIME, I WASN'T SPENDING ANY TIME AT HOME.  I

13   WANTED TO SPEND TIME WITH -- WITH MY KID, AND NOW KIDS, SO I

14   LEFT THE UNIVERSITY.

15   **Q.**  AND WHAT DO YOU DO NOW?

16   **A.**  I DEVOTE FULL-TIME TO MY -- MY WORK TIME, MY PROFESSIONAL

17   TIME IS TO MY CONSULTING COMPANY, KELLY TECHNOLOGY GROUP.

18   **Q.**  AND WHAT DOES THE KELLY TECHNOLOGY GROUP DO?

19   **A.**  WE'RE A HIGH TECHNOLOGY CONSULTING COMPANY, AND WE DO --

20   IT'S ALL COMPUTER -- COMPUTER-BASED.  SOME HARDWARE, MOSTLY

21   SOFTWARE, SOFTWARE DEVELOPMENT AND ANALYSIS.

22       AND WE ALSO DO LITIGATION SUPPORT.  AND SO IN A SITUATION

23   LIKE THIS, WHERE -- WHERE I HAVE ANALYZED SYSTEMS AND SOURCE

24   CODE, AND THEN I -- I TESTIFY ABOUT IT.

25   **Q.**  AND DO YOU HAVE, YOURSELF, ANY EXPERIENCE DESIGNING

1    SECURITY SOFTWARE?

2    **A.**  YES.  YES, I HAVE DONE THAT FOR MANY YEARS.  I HAVE

3    DEVELOPED -- WELL, ONE OF THE VERY EARLIEST ASSIGNMENTS I HAD

4    RELATED TO SECURITY WAS PATIENT MEDICAL RECORDS AND KEEPING

5    THOSE SECURE SO THEY COULDN'T BE TAMPERED WITH AND THEY

6    COULDN'T BE EXPOSED TO THE PUBLIC.  THAT, I DID FOR -- FOR THE

7    VA, THE VETERANS ADMINISTRATION.

8        AND I'VE ALSO DONE WORK IN THE -- THE VERY FIRST

9    DISTRIBUTED ATM NETWORK WAS INTRODUCED BY CITIBANK, AND I WAS

10   INVOLVED IN THE DESIGN OF THAT.  AND THE SECURITY OF THE

11   TRANSACTIONS WAS VERY IMPORTANT.

12       AND -- AND OVER IF YEARS, I'VE -- I'VE WORKED IN SECURE

13   COMMUNICATIONS MANY TIMES.

14   **Q.**  SO THIS CASE IS ABOUT DIGITAL RIGHTS MANAGEMENT.  DO YOU

15   HAVE EXPERIENCE ALSO WITH DIGITAL RIGHTS MANAGEMENT?

16   **A.**  YES, I DO.  YES, I'VE WORKED WITH THE DIGITAL RIGHTS

17   MANAGEMENT FOR DVD'S AND ALSO FOR BLU-RAY.

18   **Q.**  AND HOW ABOUT ENCRYPTION METHODS GENERALLY?

19   **A.**  WELL, ENCRYPTION IS A KEY PART OF ALL OF THE SECURITY

20   SYSTEMS.  IT'S A KEY PART OF -- OF DIGITAL RIGHTS MANAGEMENT.

21   AND SO IN ALL OF THOSE ASSIGNMENTS AND IN MANY MORE.  THERE'S

22   ONE EXAMPLE NOW WHEN YOU COMMUNICATE OVER THE INTERNET, YOU --

23   IF YOU GO TO A SECURE WEBSITE, THERE -- YOU'LL BE USING A

24   SECURE TYPE OF COMMUNICATIONS, USUALLY CALLED SECURE SOCKET

25   LAYER, SSL.  THAT RELIES HEAVILY ON ENCRYPTION.

1    **Q.**  AND WHEN YOU TAUGHT, DID YOU TEACH COURSES IN SOFTWARE

2    DESIGN?

3    **A.**  I DID.  I DID.  I TAUGHT MANY CLASSES IN SOFTWARE DESIGN

4    OVER THE YEARS.  AND I ALSO TAUGHT IN PRIVATE INDUSTRY AS

5    WELL.

6    **Q.**  DID COUNSEL FOR APPLE HIRE YOU TO WORK ON THIS CASE?

7    **A.**  THEY DID, YES.

8    **Q.**  AND HAVE YOU WORKED FOR APPLE IN OTHER CASES?

9    **A.**  I HAVE, YES.

10   **Q.**  OKAY.  HOW MANY CASES, IF YOU REMEMBER?

11   **A.**  ABOUT NINE OTHER TIMES, I'VE -- I'VE DONE WORK LIKE THIS.

12   **Q.**  OKAY.  AND DO YOU HAVE OTHER -- TELL THE JURY IF YOU HAVE

13   OTHER PRIVATE SECTOR CLIENTS, WHO ARE THEY, IF YOU CAN SAY?

14   **A.**  OH, SURE.  WELL OVER THE YEARS, IT'S BEEN ALMOST 40 YEARS

15   NOW THAT I'VE BEEN -- I'VE BEEN RUNNING MY CONSULTING

16   BUSINESS, AND IN THAT TIME WE HAVE HAD MORE THAN 250, MAYBE

17   300 DIFFERENT CLIENTS.  AND IT'S BEEN GOVERNMENT AND INDUSTRY.

18   GOVERNMENT WOULD BE DEPARTMENT OF DEFENSE, DEPARTMENT OF

19   ENERGY, NASA, NATO, FAA.

20       AND THEN PRIVATE CLIENTS WOULD INCLUDE MICROSOFT, INTEL,

21   AMAZON, NINTENDO.  THERE ARE MANY, MANY, MANY CLIENTS.  AS I

22   SAY, MORE THAN 250.

23   **Q.**  OKAY.  HAVE YOU ALSO CONDUCTED RESEARCH OR DONE ANY

24   EDITORIAL WORK IN THE FIELD OF COMPUTER SCIENCE?

25   **A.**  YES, I HAVE.  I MEAN, THAT'S PART OF THE LIFE OF AN

 1    ACADEMIC.  SO I'VE PUBLISHED MYSELF AND I'VE REVIEWED --

 2    PEER-REVIEWED OTHER PEOPLE'S PUBLICATIONS AS PART OF THE

 3    EDITORIAL WORK THAT I DID.  CONFERENCE PROCEEDINGS, PROGRAM

 4    COMMITTEE WHERE YOU'RE -- YOU'RE LOOKING AT PAPERS THAT OTHER

 5    PEOPLE HAVE SUBMITTED TO THE CONFERENCE.

 6          **MS. DUNN:**  YOUR HONOR, APPLE MOVES TO QUALIFY

 7    DR. KELLY AS AN EXPERT IN THE FIELDS OF COMPUTER SCIENCE,

 8    SOFTWARE DEVELOPMENT, AND DIGITAL RIGHTS MANAGEMENT.

 9          **THE COURT:**  ANY OBJECTION?

10          **MR. COUGHLIN:**  NO OBJECTION, YOUR HONOR.

11          **THE COURT:**  HE'S ADMITTED.

12          **MS. DUNN:**  THANK YOU.

13    **Q.**  ALL RIGHT.  DR. KELLY, LET'S GET TO THE MEAT OF THIS CASE.

14         HAVE YOU STUDIED FAIRPLAY?

15    **A.**  YES, I HAVE.

16    **Q.**  AND PLEASE EXPLAIN TO THE JURY HOW EXTENSIVELY YOU'VE

17    STUDIED IT AND WHAT YOU'VE LOOKED AT.

18    **A.**  I HAVE LOOKED AT A GREAT DEAL OF SOURCE CODE.  THAT'S

19    THE -- THE PRINCIPAL SOURCE OF INFORMATION.  FAIRPLAY HAS

20    CHANGED OVER TIME.  THERE'S A LOT OF SOURCE CODE THAT IS

21    ASSOCIATED WITH FAIRPLAY.  I STUDIED THAT EXTENSIVELY.

22         I ALSO LOOKED AT -- AT DEPOSITION TRANSCRIPTS FROM

23    ENGINEERS WHO WERE TALKING ABOUT FAIRPLAY.  I LOOKED AT SOME

24    TECHNICAL DOCUMENTS.  AND -- AND I DISCUSSED FAIRPLAY WITH

25    SOME OF THE APPLE ENGINEERS.

1  Q.  AND JUST SO WE ALL KNOW WHAT YOU'RE TALKING ABOUT, WHAT IS

2  SOURCE CODE?

3  A.  THE -- THE INSTRUCTIONS THAT YOU GIVE TO A COMPUTER

4  INITIALLY, GENERALLY SPEAKING, ARE WRITTEN IN WHAT'S CALLED

5  SOURCE CODE.  IT IS SOMETHING THAT THE PROGRAMMER DEVELOPS.

6  IT'S WRITTEN IN A PROGRAMMING LANGUAGE.

7     AND THEN IT'S TRANSLATED OR CHANGED INTO A FORM THAT --

8  THAT THE COMPUTER CAN UNDERSTAND.  THAT GIVES THE COMPUTER

9  BASICALLY STEP-BY-STEP INSTRUCTIONS ABOUT WHAT TO DO, WHAT TO

10 DO NEXT AND HOW TO EVALUATE CONDITIONS AND -- AND WHAT IS THE

11 EXACT NEXT STEP TO DO.

12 Q.  AND WHO CAN READ SOURCE CODE?

13 A.  WELL, IT'S WRITTEN IN -- IN TEXT FORMAT, SO IT'S POSSIBLE

14 FOR ANYBODY TO LOOK AT IT.  BUT IT'S REALLY INTELLIGIBLE TO

15 SOMEBODY WHO UNDERSTANDS THE PROGRAMMING LANGUAGE AND

16 UNDERSTANDS THE -- THE CONCEPTS.  SO IT WOULD GENERALLY BE A

17 SOFTWARE DEVELOPER, A PROGRAMMER.

18 Q.  OKAY.  AND I KNOW THAT YOU WERE HERE FOR DR. MARTIN'S

19 TESTIMONY.  DID HE ALSO HAVE ACCESS TO THE SOURCE CODE?

20 A.  HE DID, YES.

21 Q.  OKAY.  SO IF A CONSUMER BUYS A SONG FROM THE ITUNES STORE

22 THAT IS ENCRYPTED WITH FAIRPLAY, WHAT IS THE PROCESS THAT

23 MAKES IT POSSIBLE FOR THAT CONSUMER TO LISTEN TO THE SONG ON

24 THEIR IPOD?

25 A.  WELL --

1    Q.   AND I THINK YOU PREPARED A SLIDE ON THIS WHICH IS NO. 502.

2                (DEMONSTRATIVE PUBLISHED TO JURY.)

3            **THE WITNESS:**  YES.  THANK YOU.

4        SO WHAT I'M SHOWING HERE ON THE -- ON THE LEFT-HAND SIDE

5    IS -- IS A MACBOOK PRO, A LAPTOP.  I'M GOING TO BE TALKING

6    ABOUT DESKTOPS VERSUS THE IPOD DEVICES.  AND SO WHEN I SAY

7    "DESKTOP," I MEAN, I'M NOT -- THIS IS A DESKTOP FOR THESE

8    PURPOSES.  I KNOW IT'S A LAPTOP COMPUTER, BUT YOU CAN PUT IT

9    ON YOUR DESK AND WE'LL CALL IT A DESKTOP.

10       SO ON THE LEFT, WE HAVE THE DESKTOP.  AND ON THE RIGHT, WE

11   HAVE THE IPOD.  AND OF COURSE THEY'RE CONNECTED THROUGH THE

12   CABLE HERE.

13       WE'RE STARTING WITH THE ASSUMPTION THAT THERE IS A SONG

14   THAT MAYBE HAS JUST BEEN PURCHASED FROM ITUNES, BUT IT'S

15   SITTING ON THE DESKTOP COMPUTER.

16       NOW, ASSOCIATED WITH THAT SONG, THE SONG IS ENCRYPTED.

17   THERE HAS TO BE A KEY TO UNLOCK THAT SONG, TO DECRYPT IT, TO

18   TURN IT BACK INTO A PLAYABLE SONG.  AND THERE HAS TO BE

19   INFORMATION SO THAT EVENTUALLY THE IPOD CAN LOCATE THAT SONG,

20   AND THAT'S A DATABASE.

21       AND SO WHAT -- WHAT ITUNES RUNNING ON THE DESKTOP IS GOING

22   TO HAVE TO DO IS IT'S GOING TO HAVE TO GET THE SONG ITSELF,

23   THE ENCRYPTED SONG, OVER TO THE IPOD.  IT'S GOING TO HAVE TO

24   GET THE KEYS NECESSARY TO PLAY THAT SONG OVER TO THE IPOD.

25   AND IT'S GOING TO HAVE TO GET A DATABASE THAT INDICATES TO THE

1    IPOD WHERE THAT SONG IS ON THE IPOD, IT'S GOING TO HAVE TO GET

2    THAT OVER.

3       SO IT'S GOING TO HAVE TO BUILD A -- A STRUCTURE TO HOLD

4    THE KEYS.  WE CALL THAT A KEYBAG.  IT'S LIKE A VAULT FOR THE

5    KEYS.  IT'S GOING TO HAVE TO BUILD THE KEYBAG ON THE DESKTOP

6    AND GET IT OVER TO THE IPOD.  AND IT'S GOING TO HAVE TO BUILD

7    THE DATABASE FOR THE IPOD.  IT BUILDS IT ON THE -- ON ITUNES

8    ON THE DESKTOP AND IT MOVES IT OVER.

9       THE IPOD IS A RELATIVELY SIMPLE DEVICE.  SO ALL OF THIS

10   SORT OF HEAVY LIFTING, IF YOU LIKE, OF BUILDING THESE THINGS

11   IS DONE ON THE DESKTOP.

12   **Q.**  AND IS THIS AN EXAMPLE OF WHAT YOU DISCUSS IN YOUR REPORT

13   AS AN INTEGRATED SYSTEM?

14   **A.**  YES, IT IS.

15   **Q.**  OKAY.  AND DO ALL COMPANIES CHOOSE TO MARKET INTEGRATED

16   SYSTEMS?

17   **A.**  NO.  NO.  THEY -- YOU CAN -- YOU CAN MAKE A NONINTEGRATED

18   SYSTEM, AND MANY COMPANIES MAKE THAT CHOICE.  MICROSOFT, FOR

19   EXAMPLE, ONE -- ONE OF OUR CLIENTS, HAS MUCH OF -- OF WHAT

20   THEY DO IS NONINTEGRATED.  NOT ALL OF IT.  THEIR ZUNE PLAYER,

21   FOR EXAMPLE, IS ALSO INTEGRATED.

22   **Q.**  AND WHAT ARE SOME EXAMPLES, THEN, OF INTEGRATED SYSTEMS?

23   **A.**  WELL, INTEGRATED WOULD BE -- WELL, APART FROM THE APPLE'S

24   ITUNES SYSTEM, WE'RE TALKING ABOUT SAY AMAZON'S KINDLE AND THE

25   NINTENDO GAMES AND MICROSOFT XBOX, THOSE ARE -- THOSE ARE ALL

1    INTEGRATED SYSTEMS.

2    Q.  AND SO SINCE THIS CASE IS ABOUT INTEGRATED SYSTEMS --

3         **MR. COUGHLIN:**  I'D OBJECT, YOUR HONOR.  INTEGRATED

4    SYSTEMS DOESN'T APPEAR IN HIS REPORT, ANY FURTHER TESTIMONY ON

5    THAT.

6         **THE COURT:**  IS IT IN HIS REPORT?

7         **MS. DUNN:**  THE -- HE DISCUSSES THE CONCEPT OF --

8         **THE COURT:**  WHERE IN HIS REPORT?

9         **MS. DUNN:**  I'M HAPPY TO DROP THE PHRASE "INTEGRATED

10   SYSTEMS," IF THAT WILL APPEAR MR. COUGHLIN, AND WE CAN TALK

11   ABOUT --

12                    (SIMULTANEOUS COLLOQUY.)

13        **MR. COUGHLIN:**  I WOULD OBJECT --

14        **THE COURT:**  YOU KNOW, ENOUGH.

15     IF IT'S IN THE REPORT, GIVE ME A PARAGRAPH NUMBER.

16        **MS. DUNN:**  OKAY.

17        **THE COURT:**  IF IT'S NOT, THEN YOU CAN JUST SAY IT'S

18   WITHDRAWN AND MOVE ON.

19        **MS. DUNN:**  I'M HAPPY TO DO THAT.

20        **THE COURT:**  ALL RIGHT.  PROCEED.

21   **BY MS. DUNN:**

22   Q.  DR. KELLY, WHAT ARE SOME BENEFITS OF A SYSTEM LIKE THIS

23   ONE YOU'VE JUST DESCRIBED?

24   A.  WHEN THE -- WHEN ITUNES AND THE IPOD CAN INTERACT CLOSELY

25   LIKE THIS, THE SYSTEM IS GOING TO BE MORE STABLE, IT'S GOING

 1   TO BE MORE EFFICIENT, AND IT'S GOING TO BE MORE DEPENDABLE,

 2   THE OPERATION OF THE SYSTEM, AND IT'S GOING TO BE MORE SECURE.

 3   Q.  AND WHAT HAPPENS WHEN AN UNAUTHORIZED THIRD PARTY TRIES TO

 4   INTEROPERATE WITH THE SORT OF SYSTEM BUT LACKS FULL

 5   SPECIFICATIONS AS TO HOW IT OPERATES?

 6   A.  WELL, GENERALLY SPEAKING, IT'S EXTREMELY DIFFICULT TO

 7   FIGURE OUT HOW A SYSTEM OPERATES, A COMPLICATED SYSTEM LIKE

 8   THIS, UNLESS YOU HAVE ACCESS TO THE DETAILED DESIGN

 9   SPECIFICATIONS OR YOU HAVE ACCESS TO THE SOURCE CODE.

10       AND -- AND WITHOUT THAT, YOU'RE NEVER GOING TO GET ALL THE

11   DETAILS RIGHT.  AND SO THE SYSTEM THAT -- THAT WHATEVER IT IS,

12   A DEVICE OR OTHER SOFTWARE THAT TRIES TO INTERACT WITH THIS

13   SYSTEM, IS NEVER GOING TO DO IT CORRECTLY.

14       AND THAT MAY LEAD TO PROBLEMS WHERE IT DOESN'T OPERATE

15   PROPERLY OR IT MAY NOT OPERATE AT ALL.

16   Q.  SPEAKING SPECIFICALLY NOW ABOUT FAIRPLAY AND ITUNES, ARE

17   YOU AWARE THAT WITH ITUNES UPDATES, APPLE HAS ALSO UPDATED

18   FAIRPLAY?

19   A.  OH, YES.  YES.  MANY TIMES.

20   Q.  AND DID YOU STUDY ITUNES 4.7?

21   A.  I DID, YES.

22   Q.  OKAY.  ARE YOU AWARE WHETHER ITUNES 4.7 STOPPED HACKS?

23   A.  YES, IT DID.

24   Q.  DID IT STOP SOME HACKS OR ALL HACKS?

25   A.  WELL, NO, IT DIDN'T STOP ALL HACKS.  IT'S -- IT STOPPED --

 1    IT STOPPED THE ONES THAT -- THAT RELIED ON -- ON -- THAT --

 2    THE CHARACTERISTICS OF -- OF THE EARLIER VERSIONS.

 3    **Q.**  WHAT WAS THE EFFECT, IF YOU KNOW, OF THE CHANGES IN ITUNES

 4    4.7 ON A PROGRAM CALLED HARMONY BY REALPLAYER?

 5    **A.**  HARMONY BY -- THE -- REALPLAYER WITH THE -- HARMONY WAS

 6    BASED ON AN EARLIER OUTDATED VERSION OF ITUNES.  AND AT THE

 7    TIME THAT ITUNES 4.7 CAME OUT, THAT STOPPED REALPLAYER WITH

 8    HARMONY FROM WORKING AT THAT TIME BECAUSE IT WAS BASED ON AN

 9    OUTDATED VERSION OF ITUNES.

10    **Q.**  AND DO YOU KNOW THAT HARMONY CAME BACK ON LINE SOMETIME IN

11    APRIL OF 2005?

12    **A.**  YES, IT TOOK ABOUT SIX MONTHS, AND THEN SIX MONTHS AFTER

13    THE RELEASE OF ITUNES 4.7, HARMONY HAD -- HAD -- HAD COME BACK

14    ON LINE.

15    **Q.**  OKAY.  SO LET'S TALK ABOUT ITUNES 7.0 AND 7.4.  DID YOU

16    EXAMINE THOSE AS WELL?

17    **A.**  I DID IN DETAIL, YES.

18    **Q.**  OKAY.  AND SO PLEASE EXPLAIN TO THE JURY WHAT PRECISELY

19    YOU EXAMINED.

20    **A.**  LIKE ITUNES 4.7 AND FAIRPLAY, I LOOKED AT THE SOURCE CODE

21    AND THERE'S A LOT OF SOURCE CODE.  I LOOKED AT THE DETAILED

22    OPERATION OF SOURCE CODE ON THE IPOD AND ON ITUNES.  THE --

23    THE DETAILED ALGORITHMS AND THE ENCRYPTION AND DECRYPTION

24    TECHNIQUES USED BY FAIRPLAY IN ITUNES 7.0 AND 7.4.  AND AGAIN,

25    I -- I TALKED TO THE ENGINEERS AND -- AND -- AND LOOKED AT

1    THEIR DEPOSITION TESTIMONY.

2    **Q.**  SO YOU MENTIONED EARLIER THAT FOR THE IPOD TO PLAY A SONG,

3    IT NEEDS TO BUILD OR WRITE A KEYBAG ON TO THE IPOD FOR THE

4    USER TO PLAY THE SONG.

5         CAN WE PUT UP YOUR SLIDE 504?

6              (DEMONSTRATIVE PUBLISHED TO JURY.)

7    **BY MS. DUNN:**

8    **Q.**  SO, DR. KELLY, YOU'VE EXPLAINED WHAT THE KEYBAG IS.  WHY

9    IS THE KEYBAG IMPORTANT?

10   **A.**  THE KEYBAG IS CRITICALLY IMPORTANT.  THE -- I SHOULD

11   EXPLAIN THAT.  THERE ARE LOTS OF DIFFERENT KEYS FLOATING

12   AROUND IN -- IN FAIRPLAY.  THERE IS A KEY ASSOCIATED WITH

13   EVERY -- EVERY PIECE OF MUSIC THAT'S -- THAT HAS DRM ON IT,

14   AND WE CALL THAT A CONTENT KEY.

15        THERE'S ALSO A COLLECTION OF ACCOUNT KEYS, AND THE -- THIS

16   IS A -- THIS IS A SORT OF A -- AN ONGOING SERIES OF LEVELS.

17   THE MUSIC IS ENCRYPTED WITH THE ACCOUNT KEY.  THE ACCOUNT --

18   I'M SORRY.  THE MUSIC IS ENCRYPTED WITH THE CONTENT KEY.  THE

19   CONTENT KEY, THEN, IS ENCRYPTED ITSELF WITH THE ACCOUNT KEY.

20   AND THEN THE ACCOUNT KEY, THEN, IS ALSO ENCRYPTED AND STORED

21   IN THE KEYBAG.  AND YOU CAN THINK OF THE KEYBAG AS LIKE A

22   VAULT FOR THESE CRITICAL KEYS THAT WILL GIVE YOU ACCESS TO ALL

23   OF THE MUSIC ON -- ON -- ON THE IPOD.

24   **Q.**  SO LET'S PUT UP YOUR SLIDE 505 --

25              (DEMONSTRATIVE PUBLISHED TO JURY.)

1  BY MS. DUNN:

2  **Q.**  -- WHICH IS ABOUT THE DATABASE.  WHAT IS A DATABASE?

3  **A.**  THE -- YOU CAN THINK OF THE DATABASE AS -- AS AN INDEX.

4  AND SO, FOR EXAMPLE, I HAVE A -- I HAVE A BINDER HERE THAT HAS

5  A COLLECTION OF -- OF DOCUMENTS IN IT.  AND -- AND THAT'S LIKE

6  THE IPOD WITH A COLLECTION OF SONGS.  AND YOU CAN IMAGINE IF I

7  HAD IN THE VERY FRONT HERE AN INDEX THAT SAID HERE ARE THE

8  DOCUMENTS THAT ARE IN THIS BINDER.  HERE'S THE LIST -- TABLE

9  OF CONTENTS SORT OF, AND IT'S -- THIS DOCUMENT IS AT THIS

10  PAGE.  THIS DOCUMENT IS AT THIS OTHER PAGE.

11  THAT'S WHAT THE ITUNES DATABASE IS.  IT'S -- IT'S NOT THE

12  FILES THEMSELVES.  IT'S NOT THE MUSIC.  IT'S INFORMATION ABOUT

13  THE MUSIC.  SO IT INCLUDES THINGS LIKE THE SONG TITLE, THE

14  ARTIST INFORMATION AND SO ON.  AND -- AND THE LENGTH OF THE

15  SONG.  AND IT ALSO -- IT ALSO TELLS THE IPOD WHERE TO FIND

16  THAT SONG ON THE DISK THAT'S IN THE IPOD, WHERE IS IT LOCATED.

17  AND IT ALSO GIVES IT DRM INFORMATION ABOUT WHAT VERSION OF

18  FAIRPLAY IS BEING USED FOR THAT SONG AND SO ON.  THAT

19  INFORMATION IS IN THE DATABASE.

20  BUT IT'S CRITICAL TO REALIZE THAT THE SONGS THEMSELVES ARE

21  NOT IN THE DATABASE, NUMBER ONE.  AND NUMBER TWO, EQUALLY

22  IMPORTANT, THE DATABASE HAS GOT NOTHING TO DO WITH NON-ITUNES

23  FILES THAT YOU MIGHT HAVE ON THE IPOD.  SO IF YOU'VE STORED

24  PHOTOS ON THE IPOD, THAT -- THOSE ARE NOT IN THE DATABASE.  IF

25  YOU STORED OTHER DOCUMENTS LIKE WORD DOCUMENTS OR EXCEL

1    SPREADSHEETS, THOSE HAVE NOTHING TO DO WITH THE DATABASE.

2    Q.  WHY IS THE DATABASE IMPORTANT?

3    A.  WELL, IT'S CRITICALLY IMPORTANT BECAUSE IT GIVES ACCESS TO

4    ALL OF THE ITUNES INFORMATION THAT'S ON THE IPOD.  AND IT'S

5    VERY IMPORTANT THAT THIS DATABASE BE -- BE -- BE PRISTINE, BE

6    NON-CORRUPTED SO THAT YOU CAN GET TO -- YOU HAVE ACCURATE

7    INFORMATION ABOUT EVERYTHING THAT IS ON THE IPOD.

8        AND OF COURSE, THERE ARE SECURITY IMPLICATIONS IF -- IF

9    YOU DO TAMPER WITH THE DATABASE.

10   Q.  WHAT IS "SYNCING"?  WE TALK A LOT IN THIS CASE ABOUT

11   "SYNCING."  WHAT IS THAT?

12   A.  WELL, THE -- THE -- THE FIRST SLIDE THAT -- IF WE CAN GO

13   BACK TO THAT ONE.

14           MS. DUNN:  LET'S PUT UP 502.

15           (DEMONSTRATIVE PUBLISHED TO JURY.)

16           THE WITNESS:  THIS IS SHOWING -- THE IDEA HERE IS

17   THAT THERE IS INFORMATION ON THE DESKTOP YOU WANT TO GET OVER

18   TO THE IPOD.  AND THAT PROCESS, AS I MENTIONED, OF -- OF

19   WRITING THE MUSIC, THE KEYBAG, AND THE DATABASE, GETTING ALL

20   OF THOSE THINGS ON TO THE IPOD, THAT IS DONE THROUGH THE

21   PROCESS CALLED "SYNCING."

22   Q.  AND WHAT IS "REVERSE-SYNCING"?

23   A.  WELL, AS OF ITUNES VERSION 7, SO 7 AND 7.4, YOU COULD

24   ACTUALLY GET INFORMATION FROM THE IPOD BACK TO THE -- BACK TO

25   THE DESKTOP.  SO THAT HAPPENED FOR THE FIRST TIME, AND THAT'S

1   REVERSE-SYNCING.

2       SO NOW, WE'RE NOT JUST WORRIED ABOUT GETTING THE RIGHT

3   INFORMATION ON TO THE IPOD.  THAT'S ALWAYS BEEN IMPORTANT.

4   BUT NOW WE HAVE TO WORRY ABOUT MAKING SURE THAT INFORMATION

5   DOESN'T COME FROM THE IPOD BACK TO CORRUPT THE DESKTOP.

6   **Q.**  DR. KELLY, I KNOW YOU'VE PREPARED A SLIDE SPECIFICALLY

7   OUTLINING DESIGN CHANGES IN 7.0 AND 7.4.  IF WE COULD PUT THAT

8   UP.

9           (DEMONSTRATIVE PUBLISHED TO JURY.)

10  **BY MS. DUNN:**

11  **Q.**  AND IF YOU COULD EXPLAIN TO THE JURY WHETHER -- WHAT THIS

12  SLIDE IS, WHAT ARE THEY SEEING.

13  **A.**  WHAT -- WHAT I'M -- WHAT I'VE TRIED TO DO HERE IS

14  HIGHLIGHT THE -- THE NEW FEATURES OF THE ITUNES 7.0 AND 7.4 SO

15  FAR AS FAIRPLAY IS CONCERNED.

16      THEY -- THEY -- AN IMPORTANT POINT IS THAT FAIRPLAY WAS

17  ENTIRELY REDESIGNED FOR -- FOR ITUNES 7.0 AND THAT REDESIGN

18  WAS CONTINUED INTO ITUNES 7.4.

19      THE FIRST POINT HERE IS THAT THE -- THAT THEY -- THEY

20  BUILT WHAT THEY CALL THE UNIVERSAL KEYBAG, AND THE IDEA IN A

21  UNIVERSAL KEYBAG -- KEYBAG IS, AS I SAID, CRITICALLY

22  IMPORTANT.

23      THE IDEA HERE WAS TO MAKE THEM STRUCTURALLY SIMILAR

24  BETWEEN THE IPOD AND THE DESKTOP.  SO PRIOR TO THIS, THE

25  KEYPAD (SIC) -- THE KEYBAG THAT WAS ON THE DESKTOP AND THE

 1  KEYBAG THAT WAS ON THE DEVICE, ON THE IPOD, WERE NOT

 2  STRUCTURALLY SIMILAR.  THEY WERE REALLY PRETTY DIFFERENT.

 3       AND NOW, THEY HAVE -- THEY HAVE STRUCTURAL SIMILARITY.

 4  NOT IDENTICAL, BUT THEY ARE -- THEY BOTH RELY ON -- ON WHAT'S

 5  CALLED AN ATOM STRUCTURE, AND THEY BOTH ARE LAID OUT IN VERY

 6  SIMILAR WAYS.

 7       THE -- AND THEN INDIVIDUAL ENCRYPTION OF ACCOUNT KEYS.  I

 8  MENTIONED THAT KEEPING TRACK OF THESE KEYS IN THE KEYBAG IS

 9  ABSOLUTELY CRITICAL, AND IT'S VERY IMPORTANT.  YOU CAN THINK

10  OF THIS -- THIS KEYBAG LIKE A VAULT, AS I MENTIONED.  AND

11  IT'S -- IT'S IMPORTANT THAT YOU PUT A LOT OF SECURITY -- YOU

12  MAKE THAT VAULT AS STRONG AS YOU REASONABLY CAN.

13       AND WHAT'S HAPPENING HERE IS THE ACCOUNT KEYS -- THERE ARE

14  A NUMBER OF THEM IN THE KEYBAG -- THESE ARE INDIVIDUALLY

15  ENCRYPTED.  PRIOR TO THIS, THE -- THE IPOD WAS INDIVIDUALLY

16  ENCRYPTED.  THE DESKTOP WAS NOT.  NOW IT'S DONE IN BOTH CASES.

17       SIMILARLY, ENCRYPTING THE KEYBAG AS A WHOLE, THAT'S SORT

18  OF THE NEXT LEVEL OF PROTECTION.  PRIOR TO THIS, THE -- THE

19  DESKTOP WAS ENCRYPTED AS A WHOLE, BUT THE KEYBAG ON THE IPOD

20  WAS NOT.  NOW YOU'RE DOING BOTH IN BOTH CASES AND ALSO ADDING

21  THE KEYBAG INTEGRITY CHECK.

22  Q.  SO I'LL ASK YOU TO HOLD ON DISCUSSING THE KEYBAG INTEGRITY

23  CHECK FOR A SECOND 'CAUSE I HAVE A QUESTION ON SOME OF THESE

24  OTHER ELEMENTS.

25       DR. KELLY, THESE ELEMENTS THAT YOU HAVE DESCRIBED IN 7.0

1    SO FAR, DO YOU CONSIDER THEM IN YOUR OPINION IMPROVEMENTS TO

2    FAIRPLAY?

3    **A.**   THERE'S NO QUESTION THEY'RE IMPROVEMENTS TO FAIRPLAY.

4    **Q.**   AND WHY IS THAT?

5    **A.**   THEY IMPROVE THE SECURITY OF FAIRPLAY.  AND THAT MEANS

6    THAT -- THAT THAT IS A BENEFIT TO CONSUMERS FOR THE -- FOR THE

7    SECURITY OF THE SYSTEM TO BE IMPROVED.

8                    (OFF-THE-RECORD DISCUSSION.)

9                    (PAUSE IN THE PROCEEDINGS.)

10          **THE COURT:**  OKAY.  LET'S TEST MINE.  MAKE SURE I HAVE

11   IT.

12       TIME WON'T BE COUNTED AGAINST YOU, MS. DUNN.

13          **MS. DUNN:**  THANK YOU VERY MUCH.

14          **THE COURT:**  YOU MAY PROCEED.

15   **BY MS. DUNN:**

16   **Q.**   OKAY.  ALL RIGHT.  LET'S GO BACK TO THIS DEMONSTRATIVE,

17   AND -- I MIGHT GO BACK A LITTLE BIT BECAUSE I HAVE SORT OF

18   FORGOTTEN WHERE WE ARE.

19       ARE THERE CHANGES OTHER THAN WHAT WE SEE ON THIS SCREEN IN

20   7.0 AND 7.4?

21   **A.**   YES, THERE ARE.

22   **Q.**   OKAY.  WHAT ARE THOSE?

23   **A.**   WELL, THERE ARE A NUMBER OF -- OF CHANGES TO -- TO THE

24   FUNCTIONALITY OUTSIDE FAIRPLAY.  IS THAT WHAT YOU'RE ASKING

25   ABOUT?  OR --

1   Q.   ANY CHANGES THAT MIGHT NOT BE DEPICTED ON THIS SLIDE.

2   A.   WELL, THERE ARE -- THERE ARE A WHOLE MYRIAD OF CHANGES.

3   THERE ARE CHANGES TO THE -- THE MEDIA FILES THAT CAN BE

4   HANDLED.   THERE ARE CHANGES TO THE -- THE USER INTERFACE.

5   THERE ARE CHANGES TO ITUNES ON THE DESKTOP AND -- AND -- AND

6   EVEN IN FAIRPLAY.   I MEAN, THIS IS -- THIS IS SORT OF A

7   HIGH-LEVEL VIEW.   THERE ARE CHANGES TO THE ENCRYPTION

8   ALGORITHMS.   THERE ARE LOTS AND LOTS OF CHANGES ALL OVER THE

9   PLACE IN -- EVERY TIME ITUNES COMES OUT WITH A NEW RELEASE.

10  Q.   OKAY.   SO I BELIEVE BEFORE WE BROKE, YOU TESTIFIED THAT

11  THESE ITEMS THAT WE SEE ON THE SLIDE ARE SECURITY

12  IMPROVEMENTS.   SO I'M GOING TO ASK YOU SPECIFICALLY ABOUT THE

13  FIRST ONE, STRUCTURAL SIMILARITY BETWEEN IPOD AND DESKTOP

14  KEYBAGS, AND ASK YOU SPECIFICALLY WHY THAT'S AN IMPROVEMENT.

15  A.   WELL, IT -- FIRST OF ALL, IT IS A -- IT IS A MORE COMPLEX

16  KEYBAG, AND THAT MEANS IT'S A -- IT'S SORT OF A BETTER VAULT.

17  BUT THE KEY HERE IS THAT THE STRUCTURAL SIMILARITY BETWEEN

18  THE -- THE TWO KEYBAGS, THE ONE ON THE DESKTOP AND THE ONE ON

19  THE IPOD, MEANS THAT IT'S EASIER FOR APPLE NOW TO IDENTIFY

20  SECURITY RISKS AND TO PLUG THOSE RISKS.

21       EVERY SYSTEM HAS SOME VULNERABILITIES.   AND NOW, WHEN

22  APPLE FINDS VULNERABILITIES, THEY CAN -- THEY CAN FIX THOSE

23  VULNERABILITIES, AND ONE FIX ESSENTIALLY COVERS BOTH KEYBAGS.

24  THEY DON'T HAVE TO EXAMINE THEM SEPARATELY.

25  Q.   OKAY.   AND WHY IS THAT BETTER FOR APPLE?

1   **A.**   WELL, IT'S MORE EFFICIENT.  IT'S BETTER USE OF RESOURCES,

2   AND IT'S LIKELY TO GET -- A RESULT IN A BETTER PRODUCT.

3   **Q.**   AND THEN BRIEFLY, IF YOU CAN DO THE SAME WITH INDIVIDUAL

4   ENCRYPTION OF ACCOUNT KEYS.

5   **A.**   THE IDEA WITH -- IF YOU DON'T ENCRYPT -- LET'S SAY YOU

6   ENCRYPT THE KEYBAG AS A WHOLE, BUT YOU DON'T ENCRYPT THE

7   INDIVIDUAL KEYS.  THEN IF A HACKER CRACKS THE KEYBAG, THEY'VE

8   GOT ALL THE KEYS.  IF YOU ENCRYPT THE KEYS INDIVIDUALLY AND A

9   HACKER CRACKS AN ACCOUNT KEY, WHAT'S WHAT THEY'VE GOT, ONE

10  ACCOUNT KEY, THEY DON'T HAVE ALL THE OTHERS.  SO THAT'S --

11  THAT'S A BENEFIT, THE SECURITY.

12  **Q.**   AND JUST TO BE CLEAR, IF YOU GET THOSE KEYS, CAN YOU PLAY

13  ALL THE MUSIC OR JUST THE DRM'D MUSIC?

14  **A.**   WELL, THE -- THE KEYS ARE ONLY FOR THE DRM MUSIC.

15  **Q.**   OKAY.  ALL RIGHT.  IF YOU COULD EXPLAIN TO THE JURY WHY

16  YOU BELIEVE ENCRYPTION OF THE KEYBAG AS A WHOLE WAS AN

17  IMPROVEMENT.

18  **A.**   THAT'S AN IMPROVEMENT BECAUSE IT'S ANOTHER LAYER OF

19  PROTECTION.  AND SO YOU HAVE INDIVIDUAL -- THE KEYS ARE

20  INDIVIDUALLY ENCRYPTED, AND THEN THE KEYBAG AS A WHOLE AS

21  ANOTHER LEVEL.  AND WHAT WE DO IN SECURITY, IN SYSTEMS, IS WE

22  BUILD A SERIES OF LAYERS OF SECURITY.  THIS IS ANOTHER SUCH

23  LAYER.

24  **Q.**   OKAY.  SO SPEAKING ONLY ABOUT THOSE THREE THINGS YOU JUST

25  DISCUSSED, STRUCTURAL SIMILARITY, INDIVIDUAL ENCRYPTION,

1  ENCRYPTION OF THE KEYBAG AS A WHOLE, HOW MANY OF THESE BY

2  THEMSELVES WOULD HAVE MADE IT SO THAT HARMONY DIDN'T WORK IN

3  ITUNES 7.0?

4  **A.**  EACH --

5       **MR. COUGHLIN:**  I'D OBJECT, YOUR HONOR.  I DON'T

6  BELIEVE THAT -- THOSE SPECIFIC THINGS ARE DETAILED IN HIS

7  REPORT.

8       **MS. DUNN:**  YOUR HONOR, REPORT AT PARAGRAPH 74 OF THE

9  2013 REPORT.

10                (PAUSE IN THE PROCEEDINGS.)

11                (OFF-THE-RECORD DISCUSSION.)

12       **MR. COUGHLIN:**  YOUR HONOR, I'LL WITHDRAW THE

13  OBJECTION.  IT DOESN'T TALK ABOUT THE ACCOUNT KEYS AND THINGS

14  LIKE THAT, BUT I'LL WITHDRAW THE OBJECTION.

15       **THE COURT:**  YOU MAY PROCEED.

16  **BY MS. DUNN:**

17  **Q.**  DR. KELLY --

18       **THE COURT:**  DO YOU NEED THE QUESTION?

19  **BY MS. DUNN:**

20  **Q.**  DO YOU REMEMBER --

21  **A.**  YES, PLEASE.

22       **THE COURT:**  THE COURT REPORTER MAY REREAD IT.

23       (THE QUESTION WAS READ BY THE COURT REPORTER AS FOLLOWS:)

24       "Q.  OKAY.  SO SPEAKING ONLY ABOUT THOSE THREE THINGS YOU

25  JUST DISCUSSED, STRUCTURAL SIMILARITY, INDIVIDUAL ENCRYPTION,

1   ENCRYPTION OF THE KEYBAG AS A WHOLE, HOW MANY OF THESE BY

2   THEMSELVES WOULD HAVE MADE IT SO THAT HARMONY DIDN'T WORK IN

3   ITUNES 7.0?"

4           **THE WITNESS:**  EACH AND EVERY ONE OF THEM.  EACH ONE

5   INDIVIDUALLY WOULD HAVE PREVENTED HARMONY FROM WORKING.

6   **BY MS. DUNN:**

7   **Q.**  AND WHY IS THAT?

8   **A.**  BECAUSE HARMONY WAS BASED ON AN OUTDATED VERSION OF ITUNES

9   AT THAT TIME.  SO THE I -- THE HARMONY THAT WAS -- THAT WAS

10  WORKING AT THAT TIME WAS BASED ON ITUNES 4.7.  AND SO ANY OF

11  THESE CHANGES CHANGED THE WAY THAT FAIRPLAY OPERATED.  AND ANY

12  ONE OF THEM WOULD HAVE PREVENTED HARMONY FROM OPERATING.

13  **Q.**  DID YOU REVIEW DR. MARTIN'S REPORTS IN THIS CASE?

14  **A.**  I DID, YES.

15  **Q.**  WERE YOU HERE FOR HIS TESTIMONY?

16  **A.**  I WAS.

17  **Q.**  DID HE OFFER ANY OPINION IN HIS REPORTS ABOUT THESE

18  SECURITY ELEMENTS OF ITUNES 7.0, THE STRUCTURAL SIMILARITY OF

19  THE KEYBAG, THE INDIVIDUAL ACCOUNT KEY ENCRYPTION, AND THE

20  ENCRYPTION OF THE KEYBAG AS A WHOLE?

21  **A.**  NO, HE DIDN'T.

22  **Q.**  DID HE OFFER ANY OPINION ABOUT WHETHER THESE ELEMENTS THAT

23  WE JUST DISCUSSED WOULD HAVE RENDERED HARMONY INOPERABLE IN

24  ITUNES 7.0?

25  **A.**  NO, HE DID NOT.

1   **Q.**  DID HE SPEAK ABOUT THE KEYBAG INTEGRITY CHECK AND THE

2   DATABASE INTEGRITY CHECK?

3   **A.**  HE DID, YES.

4   **Q.**  AND JUST TO BE TOTALLY CLEAR, DID ITUNES 7.0 AND 7.4

5   CONTAIN CHANGES TO THE CODE APART FROM THE KEYBAG INTEGRITY

6   CHECK AND THE DATABASE INTEGRITY CHECK?

7   **A.**  MOST DEFINITELY.

8   **Q.**  PUTTING THE KEYBAG INTEGRITY CHECK AND THE DATABASE

9   INTEGRITY CHECK ASIDE, HOW LONG WOULD IT HAVE TAKEN TO

10  REVERSE-ENGINEER THESE CHANGES?

11  **A.**  WELL, WE CAN LOOK AT WHAT -- WHAT HARMONY -- WHAT REAL DID

12  WHEN ITUNES WENT TO 4.7.  IT TOOK THEM SIX MONTHS TO

13  REVERSE-ENGINEER 4.7.

14      7.0 IS A MAJOR REDESIGN OF FAIRPLAY.  AND THAT WOULD HAVE

15  TAKEN, I BELIEVE, CONSIDERABLY LONGER THAN THE SIX MONTHS THAT

16  THEY TOOK TO REVERSE-ENGINEER 4.7.  I CAN'T SAY PRECISELY HOW

17  LONG IT WOULD HAVE TAKEN BUT A SIGNIFICANT AMOUNT OF TIME.

18  **Q.**  AND ALSO JUST TO BE TOTALLY CLEAR --

19          **MR. COUGHLIN:**  I'D OBJECT, YOUR HONOR.  HE GAVE NO

20  OPINION ABOUT HOW LONG IT WOULD ACTUALLY TAKE.

21          **THE COURT:**  IS THAT IN HIS REPORT?

22          **MS. DUNN:**  HE DISCUSSES HOW DIFFICULT --

23          **THE COURT:**  IS IT IN HIS REPORT?

24          **MS. DUNN:**  LET ME FIND --

25          **THE COURT:**  WHAT PARAGRAPH?

```
 1              MS. DUNN:  HE DOESN'T -- YOUR HONOR, MR. COUGHLIN IS

 2    ASKING ABOUT A QUANTIFICATION.  DR. KELLY DOES NOT HAVE A

 3    QUANTIFICATION IN HIS REPORT.

 4              THE COURT:  YOU ASKED HIM IF HE HAD AN OPINION.  IF

 5    HE HAS AN OPINION AND IT'S NOT DISCLOSED, IT'S STRICKEN.

 6              MS. DUNN:  OKAY.

 7              THE COURT:  DO YOU HAVE A PARAGRAPH?

 8              MS. DUNN:  LET ME -- MAY I CHECK AND GET BACK TO YOU?

 9              THE COURT:  RIGHT NOW.

10              MS. DUNN:  OKAY.

11                   (PAUSE IN THE PROCEEDINGS.)

12              MS. DUNN:  YOUR HONOR, I WITHDRAW IT.  THERE'S

13    NOTHING CLOSE ENOUGH TO THE QUANTIFICATION WE'RE LOOKING FOR.

14              THE COURT:  ALL RIGHT.  SO THAT PARTICULAR OPINION IS

15    WITHDRAWN AND STRICKEN.  OKAY.

16    BY MS. DUNN:

17    Q.  DR. KELLY, TO BE CLEAR ABOUT THIS, WERE THE KEYBAG

18    INTEGRITY CHECK AND THE DATABASE INTEGRITY CHECK PART OF THE

19    FAIRPLAY DRM?

20    A.  YES, THEY WERE.  AND THEY ARE.

21    Q.  CAN YOU EXPLAIN WHAT THAT MEANS?

22    A.  FAIRPLAY WAS REDESIGNED TO INCLUDE THE KEYBAG INTEGRITY

23    CHECK IN -- IN ITUNES 7.0 AND THE DATABASE INTEGRITY CHECK

24    THAT APPEARED IN ITUNES 7.4.  IT IS PART OF THE FAIRPLAY

25    REDESIGN.  THE CODE FOR DOING THAT IS WITHIN THE FAIRPLAY
```

1    CODE.  IT'S PART OF FAIRPLAY.

2    **Q.**  AND IS THE KEYBAG INTEGRITY CHECK ITSELF PART OF THE

3    KEYBAG?

4    **A.**  YES.  I MEAN, THE KEYBAG INTEGRITY CHECK, THE -- THE

5    INTEGRITY VALUE, THERE'S A VALUE ASSOCIATED WITH -- WITH

6    THAT -- WITH THAT CHECK, THAT IS ATTACHED TO THE KEYBAG SO

7    THAT WHEN THE KEYBAG IS -- IS STORED OR IT'S SYNCED TO THE

8    IPOD, THE KEYBAG INTEGRITY VALUE THAT WILL THEN BE CHECKED

9    GOES RIGHT ALONG WITH IT.

10   **Q.**  OKAY.  SO LET'S TALK ABOUT THE KEYBAG INTEGRITY CHECK.

11   HOW DOES IT FUNCTION?  OR HOW DO INTEGRITY CHECKS IN GENERAL

12   FUNCTION?  HOWEVER YOU WANT TO EXPLAIN.

13   **A.**  THE -- THE IDEA IS YOU HAVE A -- IN THIS CASE, YOU HAVE A

14   KEYBAG.  THE -- IT'S A SIMILAR IDEA WITH THE DATABASE

15   INTEGRITY CHECK.  BUT YOU HAVE A KEYBAG.  YOU'VE BUILT IT.

16   AND THEN YOU PERFORM A MATHEMATICAL COMPUTATION OVER ALL OF

17   THE CONTENTS OF THAT KEYBAG.  AND IT IS A -- IT'S A -- LIKE

18   ADDING UP ALL THE ONES AND ZEROS.  IT'S MORE COMPLICATED THAN

19   THAT.

20       IT'S -- TECHNICALLY IT'S CALLED AN MD5 HASH.  BUT IT IS A

21   COMPUTATION OVER ALL THE VALUES THAT ARE IN THE KEYBAG.  YOU

22   COME UP WITH A -- WITH A NUMBER, A VALUE, AT THE END.  THAT IS

23   THE SO-CALLED INTEGRITY VALUE.  AND IT'S A BIT LIKE A CHECK

24   SUM.  IT GETS ADDED TO THE END OF THE -- IN THIS CASE, THE

25   KEYBAG.

1    AND THEN WHEN YOU WANT TO KNOW IF THE KEYBAG HAS BEEN

2    CORRUPTED OR TAMPERED WITH, YOU DO THE EXACT SAME COMPUTATION.

3    YOU GO AND YOU LOOK AT THE KEYBAG AND YOU DO THE SAME

4    MATHEMATICAL COMPUTATION.  YOU COME UP WITH A NEW KEYBAG

5    INTEGRITY VALUE, AND YOU COMPARE IT WITH THE ONE THAT CAME

6    ALONG WITH THE KEYBAG.  AND IF THOSE TWO VALUES MATCH, THEN

7    YOU CAN BE ASSURED THAT THE KEYBAG WAS NOT TAMPERED WITH, IT

8    WAS NOT CORRUPTED.  BUT IF THEY DON'T MATCH, THEN YOU KNOW

9    SOMETHING HAS HAPPENED TO THAT KEYBAG, THE KEYBAG WAS TAMPERED

10   WITH OR CORRUPTED.

11       AND SO THAT -- THAT'S THE INFORMATION THAT -- THAT YOU

12   HAVE.  IT'S GOING TO DETECT THAT TYPE OF -- OF TAMPERING.

13   Q.  AND CAN YOU EXPLAIN THE DATA BASE INTEGRITY CHECK, WHAT

14   DOES THAT DO?

15   A.  IT'S THE -- IT'S THE EXACT SAME IDEA, BUT INSTEAD OF DOING

16   IT OVER THE KEYBAG, YOU'RE GOING TO DO IT OVER THE DATABASE

17   CONTENTS.  NOW, AGAIN, AS I MENTIONED EARLIER, THIS IS -- THIS

18   IS THE DATABASE FILE, NOT ALL OF THE MEDIA CONTENTS.  AND --

19   AND I -- I REALIZE THAT THIS BINDER DOES HAVE AN INDEX IN IT.

20   SO IT'S LIKE GOING THROUGH THE INDEX HERE OF -- OF MY BINDER

21   AND ESSENTIALLY DOING THIS COMPUTATION, ADDING UP THE -- THE

22   ONES AND ZEROS, IN A SENSE, AND THEN PUTTING SOMETHING AT THE

23   END OF THIS INDEX THAT SAYS, YOU KNOW, DATABASE INTEGRITY

24   VALUE EQUALS SOME NUMBER.

25       AND SO NOW WHEN I -- WHEN I LOOK AT THIS AS A, YOU KNOW,

1    AS AN IPOD, I CAN RUN THROUGH THE SAME COMPUTATION, COME UP

2    WITH WHAT I THINK THE DATABASE INTEGRITY VALUE SHOULD BE AS AN

3    IPOD, AND THEN COMPARE WHAT'S WRITTEN HERE WITH WHAT I JUST

4    COMPUTED.

5    **Q.**  IS IT YOUR OPINION THAT THE INTEGRITY CHECKS WERE

6    IMPROVEMENTS?

7    **A.**  MOST DEFINITELY.

8    **Q.**  AND I THINK YOU'VE PREPARED A SLIDE ON THIS.

9              (DEMONSTRATIVE PUBLISHED TO JURY.)

10             **MS. DUNN:**  IF WE COULD SHOW DR. KELLY 522.

11   **Q.**  DR. KELLY, PLEASE EXPLAIN TO THE JURY WHY, IN YOUR

12   OPINION, THE INTEGRITY CHECKS ARE IMPROVEMENTS.

13   **A.**  WELL, THE -- THE PRINCIPAL THING THAT THE INTEGRITY CHECKS

14   DO IS THEY ALLOW TO YOU DETECT TAMPERING OR CORRUPTION TO THE

15   KEYBAG OR THE DATABASE.  IF YOU -- IF SOME PARTY IS TRYING TO

16   DO SOMETHING WITH THE KEYBAG OR THE DATABASE, IF THEY'RE

17   TRYING TO PUT SOMETHING IN OR THEY'RE TRYING TO UNDERSTAND HOW

18   IT WORKS BY INJECTING FOREIGN MATERIAL, THAT WILL BE DETECTED.

19   THAT WILL BE DETECTED IN THE KEYBAG OR THE DATABASE.

20       AND SO THAT THEN WILL PREVENT MALICIOUS CORRUPTION, THAT

21   IS, SOME THIRD PARTY THAT'S DELIBERATELY TRYING TO DO

22   SOMETHING MALICIOUS WITH THE IPOD, OR INADVERTENT CORRUPTION

23   THAT OCCURS BECAUSE A THIRD PARTY DOESN'T KNOW HOW THE IPOD

24   OPERATES CORRECTLY.

25       OR THERE IS SOMETHING THAT HAPPENED WHEN THE KEYBAG OR THE

 1    DATABASE WAS TRANSFERRED OVER TO THE IPOD, SOME -- SOME

 2    COMMUNICATION PROBLEM THAT CAUSED THE -- THAT -- THAT CAUSED

 3    SOME VALUES IN THE KEYBAG OR THE DATABASE TO CHANGE.

 4    **Q.**  SO YOU MENTIONED MALICIOUS CORRUPTION.  WHEN YOU SAY

 5    "MALICIOUS CORRUPTION," WHAT DO YOU MEAN?

 6    **A.**  THE -- THAT IS A THIRD PARTY DELIBERATELY TRYING TO INJECT

 7    MATERIAL INTO THE KEYBAG OR THE DATABASE TO EXPLOIT A

 8    VULNERABILITY.  AND THAT COULD BE TO LEARN ABOUT HOW THE --

 9    THE SECURITY OPERATES, TO LEARN HOW THE KEYBAG IS ORGANIZED,

10    TO LEARN HOW THE DATABASE IS USED, OR TO LEARN INFORMATION

11    ABOUT THE FAIRPLAY PROTECTION.

12        OR IT COULD BE TO INJECT SOMETHING IN THAT CAUSES OTHER

13    DAMAGE, LIKE A VIRUS OR A TROJAN HORSE, THAT COULD BE SYNCED

14    BACK TO THE DESKTOP.  AS -- AS OF VERSION 7, THERE IS REVERSE

15    SYNCING.

16    **Q.**  AND IF YOU COULD ALSO EXPLAIN WHAT YOU MEAN BY

17    "INADVERTENT CORRUPTION."

18    **A.**  THAT'S THE CASE WHERE A -- A THIRD PARTY MAY NOT BE

19    INTENTIONALLY TRYING TO DAMAGE THE -- THE IPOD OR

20    INTENTIONALLY TRYING TO GET INFORMATION BACK INTO THE DESKTOP

21    THAT WOULD DO DAMAGE ON THE DESKTOP.  BUT BECAUSE THEY DON'T

22    FULLY UNDERSTAND HOW THE SYSTEM OPERATES, THEY'RE PUTTING

23    INFORMATION IN THAT -- THAT EXPLOITS A VULNERABILITY.  AND

24    THEN UNFORTUNATELY WHEN THIS TYPE OF INFORMATION GETS OUT,

25    WHEN -- WHEN INFORMATION ABOUT AN EXPLOIT -- ABOUT A SECURITY

1    VULNERABILITY BECOMES KNOWN, IT'S VERY OFTEN PUBLISHED ON THE

2    INTERNET AND THEN IT BECOMES VERY WIDESPREAD.

3    **Q.**   AND WHY, IF AT ALL, IS THAT A PROBLEM?

4    **A.**   THE -- THE -- TRYING TO KEEP SYSTEMS SECURE IS A SORT OF

5    ONGOING PROBLEM, AND HAVING INFORMATION ABOUT HOW YOUR SYSTEM

6    OPERATES AND -- AND -- AND HOW VARIOUS PARTS OF IT FUNCTION

7    JUST GIVE A LEG UP TO OTHER HACKERS.

8    **Q.**   THESE INTEGRITY CHECKS THAT WE'VE TALKED ABOUT, ARE THEY

9    ELSEWHERE IN FAIRPLAY?

10   **A.**   YES, THEY ARE.   THERE ARE A NUMBER OF INTEGRITY CHECKS

11   THROUGHOUT FAIRPLAY.

12   **Q.**   ALL RIGHT.   CAN YOU EXPLAIN TO THE JURY WHERE THOSE ARE.

13   **A.**   WELL, ONE EXAMPLE IS THERE -- I MENTIONED EARLIER A

14   CONTENT KEY THAT COMES WITH EVERY PIECE OF MUSIC SPECIFICALLY

15   FOR THAT PIECE.   THAT IS STORED IN SOMETHING CALLED A SINF,

16   S-I-N-F, SECURITY INFORMATION IS WHAT THAT'S SHORT FOR.   AND

17   THERE'S AN INTEGRITY CHECK IN THERE AS WELL.

18   **Q.**   ARE THERE INTEGRITY CHECKS ELSEWHERE BEYOND FAIRPLAY?

19   **A.**   OH, INDEED.   THE NOTION OF DOING THIS KIND OF INTEGRITY

20   CHECK IS VERY WIDESPREAD.   INTERNET COMMUNICATIONS THAT HAVE

21   BUILT INTO THEM THIS TYPE OF INTEGRITY CHECK ON THE PACKETS OF

22   INFORMATION THAT GET SENT.   IT'S VERY WIDESPREAD.

23   **Q.**   SO I WANT TO ASK YOU ABOUT SOMETHING YOU SPECIFICALLY

24   MENTIONED IN YOUR REPORT, THE CHOSEN-CIPHERTEXT ATTACK.   WHAT

25   IS THAT?

**A.**    THIS IS AN EXAMPLE OF MALICIOUS CORRUPTION.    THE

CHOSEN-CIPHERTEXT ATTACK, THE IDEA HERE IS -- BEAR IN MIND

THAT WHAT YOU HAVE IN THE KEYBAG IS ENCRYPTED ACCOUNT KEYS,

OTHER STUFF, BUT ENCRYPTED ACCOUNT KEYS AS WELL.    THE

CHOSEN-CIPHERTEXT ATTACK RELIES ON CHOOSING A PARTICULAR

ENCRYPTED VALUE AND THEN SENDING IT IN TO THE DECRYPTION --

THE -- THE SYSTEM YOU'RE TRYING TO FIGURE OUT, SENDING IT

THERE, AND THEN SEEING HOW THAT SYSTEM DECRYPTS IT.

SO YOU CHOOSE THE TEXT YOU SEND IN.    AND THEN YOU LOOK AT

THE RESULT.    AND IF YOU HAVE THE ENCRYPTED VALUE AND YOU CAN

GET THE DECRYPTED VALUE, THAT, AMAZINGLY ENOUGH, CAN GIVE YOU

A LOT OF INFORMATION ABOUT HOW THE DECRYPTION IS ACTUALLY

WORKING.    AND SO THAT PROVIDES INFORMATION TO HACKERS ABOUT

HOW YOUR SYSTEM IS OPERATING.

SO ACTUALLY GETTING -- BEING ABLE TO CHOOSE THE TEXT YOU

PUT INTO A KEYBAG FOR LATER ON DECRYPTION IS SOMETHING THAT

HAS TO BE PREVENTED IF YOU WANT TO PREVENT THIS

CHOSEN-CIPHERTEXT ATTACK, AND -- AND THIS INTEGRITY CHECK DOES

THAT.

**Q.**    AND HOW DOES THIS -- IF SOMEBODY REVERSE-ENGINEERS YOUR

SYSTEM, HOW DOES THAT RELATE TO WHAT YOU'RE TALKING ABOUT?

**A.**    WELL, THE -- IN -- WHAT YOU'RE TRYING TO DO AS A HACKER IS

FIGURE OUT HOW TO BREAK THE SECURITY.    AND REVERSE

ENGINEERING, IN THIS CASE, IS EXACTLY THAT.    IT'S TRYING TO

FIGURE OUT HOW TO BREAK THE SECURITY, HOW TO FIGURE OUT HOW

1    THE SYSTEM OPERATES SO THAT -- THAT YOU CAN MAKE IT DO WHAT

2    YOU WANT IT TO DO.

3    **Q.**  ALL RIGHT.  SO, DR. KELLY, I'D LIKE TO SWITCH GEARS A

4    LITTLE BIT.

5        IN CONNECTION WITH YOUR WORK ON THIS CASE, DID YOU EXAMINE

6    UNAUTHORIZED THIRD PARTIES THAT ATTEMPTED TO INTEROPERATE WITH

7    THE IPOD?

8    **A.**  I DID.

9    **Q.**  OKAY.  DID YOU EXAMINE REALPLAYER WITH HARMONY?

10   **A.**  YES, I DID.

11   **Q.**  DID YOU EXAMINE WINAMP?

12   **A.**  I DID.

13   **Q.**  DID YOU RESEARCH THIRD PARTY APPLICATIONS LIKE YAMIPOD,

14   ANIPOD, EPHPOD?

15   **A.**  I DID.

16   **Q.**  SO I'M GOING TO READ YOU SOME OTHER NAMES AND JUST ASK IF

17   YOU CAME ACROSS THEM IN YOUR RESEARCH.

18       AMAROK?

19   **A.**  YES.

20   **Q.**  ANIPOD EXPLORER?

21   **A.**  YES.

22   **Q.**  FLOOLA?

23   **A.**  YES.

24   **Q.**  IPOD MANAGER FOR FOOBAR2000?

25   **A.**  YES.

KELLY - DIRECT / DUNN

1   **Q.** MG TECH?

2   **A.** YES.

3   **Q.** MEDIA CENTER?

4   **A.** YES.

5   **Q.** MEDIAMONKEY?

6   **A.** YES.

7   **Q.** MYPOD?

8   **A.** YES.

9   **Q.** XPLAY?

10  **A.** YES.

11  **Q.** BANSHEE?

12  **A.** YES.

13  **Q.** GTKPOD?

14  **A.** YES.

15  **Q.** AND GNUPOD?

16  **A.** YES.

17  **Q.** OKAY.  AND DID APPLE SUPPORT ANY OF THESE THIRD PARTIES?

18  **A.** NO, THEY DID NOT.

19  **Q.** WITH REALPLAYER AND WINAMP SPECIFICALLY, WHAT KIND OF

20  EXAMINATION DID YOU DO?

21  **A.** I HAD -- I HAD THOSE PROGRAMS, VARIOUS VERSIONS OF THOSE

22  PROGRAMS, AND I ACTUALLY LOADED THOSE PROGRAMS ONTO A DESKTOP

23  COMPUTER AND RAN THEM.

24  **Q.** DID YOU EXAMINE EVERYTHING THAT DR. MARTIN EXAMINED WITH

25  RESPECT TO REALPLAYER WITH HARMONY?

KELLY - DIRECT / DUNN

1   **A.**   I DID, YES.

2   **Q.**   DID YOU DO ANYTHING THAT DR. MARTIN DID NOT DO?

3   **A.**   YES, I DID A NUMBER OF EXPERIMENTS.

4   **Q.**   SO APPLE, WE KNOW BY THIS TIME, HAD ITS OWN DRM.  DID

5   REALPLAYER HAVE A DRM?

6   **A.**   YES, THEY DID.  THEIR DRM WAS CALLED HELIX.

7   **Q.**   AND LIKE DR. MARTIN, WERE YOU UNABLE TO RUN EXPERIMENTS ON

8   SONGS ENCRYPTED WITH HELIX?

9   **A.**   THAT'S CORRECT.

10  **Q.**   AND WHY IS THAT?

11  **A.**   THERE WERE NO SONGS AND KEYS AVAILABLE.  THE -- THE REAL

12  STORE WASN'T AVAILABLE TO -- TO DOWNLOAD SONGS AND KEYS.

13  **Q.**   SO WHAT DID YOU USE?

14  **A.**   NON-DRM.  I -- I USED REALPLAYER WITH HARMONY.  IT IS THE

15  VERSION OF REALPLAYER THAT HAS HARMONY TECHNOLOGY IN IT.  BUT

16  IT WAS FOR NON-DRM'D MUSIC.

17  **Q.**   OKAY.

18  **A.**   AND VIDEOS.

19          **MS. DUNN:**  IF WE COULD PUT UP ON THE SCREEN TX2446A.

20              (EXHIBIT PUBLISHED TO JURY.)

21          **MS. DUNN:**  THANK YOU.

22      AND THIS HAS BEEN PREVIOUSLY ADMITTED INTO EVIDENCE.

23  **Q.**   DR. KELLY, IN THE FIRST PARAGRAPH, REAL SAYS -- THIS IS

24  THE REAL HELP PAGE THAT'S ALREADY IN EVIDENCE.  DR. MARTIN

25  TESTIFIED ABOUT IT.

1    UNDER WHERE IT SAYS, "WHAT IS HARMONY TECHNOLOGY?" IT SAYS

2    THAT HARMONY TECHNOLOGY IS A REVOLUTIONARY DIGITAL RIGHTS

3    MANAGEMENT TRANSLATION SYSTEM.

4    WHAT DOES IT MEAN TO BE A TRANSLATION SYSTEM?

5    **A.**  IT MEANS THAT YOU HAVE A -- A SONG THAT HAS ONE TYPE OF

6    DRM ON IT AND -- AND HARMONY TECHNOLOGY WILL TAKE THAT DRM OFF

7    AND PUT A DIFFERENT DRM ON INSTEAD.

8    (EXHIBIT PUBLISHED TO JURY.)

9    **BY MS. DUNN:**

10    **Q.**  AND WHY DOES IT TAKE OFF THE FIRST DRM AND PUT ON THE

11    SECOND DRM?

12    **A.**  THE -- THE PLAYERS LIKE THE IPOD ONLY UNDERSTAND ONE TYPE

13    OF DRM.  AND IF THE MUSIC HAS A DIFFERENT TYPE OF DRM ON IT,

14    THEN IT WON'T BE ABLE TO PLAY ON THE DEVICE.  SO YOU HAVE TO

15    TAKE OFF THE -- THE DRM THAT'S NOT SUPPORTED BY THE DEVICE AND

16    PUT ON ONE THAT IS, IF YOU'RE GOING TO DO THIS TYPE OF

17    TRANSLATION.

18    **Q.**  CAN YOU HAVE TWO DRM'S ON A SONG AT THE SAME TIME?

19    **A.**  NO.  THAT DOESN'T WORK.

20    **Q.**  WHY DOESN'T IT WORK?

21    **A.**  WELL, THE DEVICE OR -- OR -- OR THE PLAYER ONLY

22    UNDERSTANDS A SINGLE DRM.  AND IF -- AND IT'S ABLE TO REMOVE

23    THAT DRM WHEN IT PLAYS THE SONG.  IF THERE ARE TWO DRM'S ON

24    IT, IT'S JUST NOT GOING TO OPERATE.

25    **Q.**  SO THIS HELP PAGE TALKS ABOUT ANY DEVICE AND MENTIONS A

1    FEW.  LET'S FOCUS JUST ON THE IPOD.

2         AND IF YOU COULD, WILL YOU WALK THE JURY STEP BY STEP

3    THROUGH HOW HARMONY WOULD PUT SONGS FROM THE REAL MUSIC STORE,

4    WHICH WOULD BE ENCRYPTED BY HELIX, ONTO THE IPOD.

5    **A.**  SURE.  SO THE -- THE REALPLAYER WOULD HAVE TO TAKE THE --

6    THE REAL MUSIC THAT HAS HELIX DRM ON IT.  IT WOULD HAVE TO

7    STRIP OFF THE HELIX DRM.  AND IT WOULD HAVE TO PUT ON

8    SOMETHING THAT FAIRPLAY WOULD RECOGNIZE AS FAIRPLAY DRM.

9         NOW, BEAR IN MIND, IT DOESN'T HAVE PERFECT KNOWLEDGE OF

10   HOW FAIRPLAY WORKS, BUT SO IT'S GOING TO IMITATE FAIRPLAY, AND

11   IT'S GOING TO -- IT'S GOING TO ENCRYPT THE SONG WITH ITS

12   APPROXIMATION OF FAIRPLAY.  AND IT'S GOING TO HAVE TO SYNC

13   THAT SONG TO THE IPOD.

14        BUT IN ADDITION TO THAT, IT'S GOING TO HAVE TO BUILD A

15   KEYBAG THAT THE IPOD UNDERSTANDS.  IT'S GOING TO HAVE TO LAY

16   OUT THE ACCOUNT KEYS AND LAY OUT THE STRUCTURE OF THE KEYBAG

17   IN A WAY THAT THE IPOD CAN -- CAN READ.

18        AND IT'S ALSO GOING TO HAVE TO BUILD THE DATABASE.  THE

19   DATABASE FILE ON -- THAT WILL ALL BE BUILT ON THE DESKTOP, AND

20   THEN IT WILL BE -- IT HAS TO BE MOVED OVER TO THE IPOD.

21   **Q.**  AND DO YOU AGREE WITH DR. MARTIN'S TESTIMONY THAT HARMONY

22   AND REALNETWORKS REVERSE-ENGINEERED FAIRPLAY IN ORDER TO MAKE

23   IT POSSIBLE TO PUT SONGS FROM THE REAL MUSIC STORE PLAYABLE --

24   TO MAKE THEM PLAYABLE ON THE IPOD?

25   **A.**  YES, I DO.

1   **Q.**  SO DR. MARTIN SAID DURING HIS TESTIMONY THAT IT WAS EASY

2   TO PUT KEYS INTO THE KEYBAG.  IS THAT TRUE?

3   **A.**  NO.  NOT AT ALL.  YOU HAVE TO HAVE A FULL UNDERSTANDING OF

4   HOW THE KEYBAG IS ORGANIZED AND STRUCTURED AND THE ENCRYPTION

5   ALGORITHMS THAT ARE USED TO ENCRYPT THE KEYS BEFORE THEY'RE

6   PUT INTO THE KEYBAG.

7   **Q.**  OKAY.  SO I KNOW YOU PREPARED A SLIDE TALKING ABOUT THE

8   THINGS THAT REALPLAYER WOULD HAVE TO DO TO REVERSE-ENGINEER

9   FAIRPLAY.

10                  (DEMONSTRATIVE PUBLISHED TO JURY.)

11  **BY MS. DUNN:**

12  **Q.**  SO LET'S GIVE YOU AN OPPORTUNITY TO EXPLAIN THIS TO THE

13  JURY.

14  **A.**  THERE ARE A NUMBER OF DIFFERENT THINGS THAT -- THAT --

15  THAT A THIRD PARTY WOULD HAVE TO FIGURE OUT.  THE FIRST IS THE

16  ORGANIZATION AND STRUCTURE OF THE KEYBAG.  I MEAN, IT'S NOT

17  JUST THROW SOME ACCOUNT KEYS OUT THERE.  YOU HAVE TO PUT THEM

18  IN A PARTICULAR WAY INTO A PARTICULAR STRUCTURE INTO THIS

19  KEYBAG VAULT.

20      THERE ARE ENCRYPTION ALGORITHMS THAT YOU HAVE TO

21  UNDERSTAND.  THE SONG ITSELF IS ENCRYPTED.  THEN THE CONTENT

22  KEY IS ENCRYPTED.  THEN THE ACCOUNT KEYS ARE ENCRYPTED.  AND

23  SO ON.

24      THE KEYS ARE STORED -- THE DIFFERENT KEYS, THE CONTENT KEY

25  IS STORED IN THIS SINF THAT I MENTIONED.  AND THEN THE ACCOUNT

1    KEYS ARE STORED IN THE KEYBAG.

2       YOU HAVE TO CREATE THE KEYBAG.  THAT HAS TO ACTUALLY BE

3    BUILT ON THE DESKTOP, AS I MENTIONED, BEFORE IT GETS SYNCED

4    OVER TO THE IPOD.

5          **MR. COUGHLIN:**  I'D OBJECT, YOUR HONOR, TO THE LAST

6    TWO BEING TALKED ABOUT.  HE TALKED ABOUT THE FIRST FOUR IN

7    PARAGRAPH 69 OF HIS REPORT BUT NOT THE LAST TWO.

8          **THE COURT:**  MS. DUNN.

9          **MS. DUNN:**  BY "THE LAST TWO," I JUST NEED TO CHECK

10   WHAT MR. COUGHLIN IS REFERRING TO.

11         **MR. COUGHLIN:**  THE LAST TWO BULLETS POINTS.

12      IT'S JUST NOT TIED UP IN HIS REPORT.  IF MS. DUNN CAN DO

13   IT SOME OTHER WAY, I'M FINE WITH IT.

14         **MS. DUNN:**  ALL RIGHT.  SO I'M LOOKING AT PARAGRAPH

15   69.

16      AND ACTUALLY I BELIEVE 71 ADDRESSES THE LAST TWO.

17                 (PAUSE IN THE PROCEEDINGS.)

18         **THE COURT:**  THE OBJECTION IS OVERRULED.

19   YOU MAY PROCEED.

20         **THE WITNESS:**  SO THERE -- AND THEN -- AND THEN THAT

21   GOES TO PUTTING THE -- THE MUSIC OUT IN THE -- IN THE

22   ENCRYPTED FORM AND THE KEYBAG.

23      AND THEN FINALLY, THERE'S THE DATABASE AS WELL.  YOU HAVE

24   TO WRITE THAT DATABASE FILE THAT I MENTIONED.  SO YOU HAVE TO

25   UNDERSTAND HOW IT'S ORGANIZED AND WHAT THE STRUCTURE IS, AND

 1    THEN YOU HAVE TO ACTUALLY BUILD IT AND FIGURE OUT HOW THAT

 2    HAPPENS AND THEN -- AND THEN GET ALL OF THAT OUT ONTO THE

 3    IPOD.

 4    **BY MS. DUNN:**

 5    **Q.**  SO IF REAL OR ANYONE ELSE REVERSE-ENGINEERING THE SYSTEM

 6    DID NOT GET ANY ONE OF THESE THINGS RIGHT, WHAT WOULD HAPPEN?

 7    **A.**  WELL, THERE WOULD BE PROBLEMS.  AND THE SYSTEM WOULD NOT

 8    OPERATE CORRECTLY.  IF THE PROBLEM WAS SEVERE ENOUGH, IT MIGHT

 9    NOT OPERATE AT ALL.

10        AND -- AND FRANKLY, THIS IS WHAT ONE WOULD EXPECT AS A --

11    AS A SOFTWARE DEVELOPER TRYING TO REVERSE-ENGINEER A

12    COMPLICATED SYSTEM LIKE THIS.

13    **Q.**  AND IN ADDITION TO MALFUNCTIONS, ARE THERE SECURITY RISKS

14    ATTENDANT TO THIS?

15    **A.**  MOST DEFINITELY.  BECAUSE WHAT -- WHAT'S HAPPENING IS THIS

16    GIVES THE OPPORTUNITY TO INJECT FOREIGN MATERIAL INTO THE

17    SYSTEM AND TO FIGURE OUT WHAT THE ALGORITHMS ARE, FIGURE OUT

18    INFORMATION ABOUT THE SECURITY SYSTEM THAT THEN CAN BE USED BY

19    OTHERS TO COMPROMISE THE SYSTEM.

20    **Q.**  AND WHEN REAL CREATES THE KEYBAG FOR THE IPOD, WHAT

21    HAPPENS TO THE KEYBAG ON THE IPOD THAT ITUNES HAD CREATED?

22    **A.**  IT'S OVERWRITTEN BY THE -- BY THE REAL KEYBAG SO IT'S

23    REPLACED.

24    **Q.**  SO I'D LIKE TO GO TO BACK TO 2446A, IF WE COULD.

25              (EXHIBIT PUBLISHED TO JURY.)

 1    BY MS. DUNN:

 2    Q.  SO WE'VE ALREADY DISCUSSED THAT HARMONY SAID IT COULD PLAY

 3    NON-ITUNES SONGS ON THE IPOD.  DID HARMONY ALSO SAY IT COULD

 4    PUT FAIRPLAY SONGS ON OTHER DEVICES?

 5    A.  YES, IT DID.

 6    Q.  OKAY.  CAN YOU EXPLAIN TO THE JURY WHERE ON THIS HELP PAGE

 7    IT SAYS THAT?

 8    A.  WELL, THERE ARE A FEW PLACES.  IF YOU LOOK AT THE SECOND

 9    SENTENCE IN THE FIRST PARAGRAPH, IT SAYS, "NOW YOU CAN USE ANY

10    ONLINE MUSIC STORE TO PURCHASE MUSIC."  SO OBVIOUSLY APPLE'S

11    ITUNES STORE IS ONE SUCH ONLINE MUSIC STORE.  SO YOU PURCHASE

12    MUSIC FROM THE APPLE ITUNES STORE.

13        AND THEN IN THE SECOND PARAGRAPH, IT SAYS, IF WE GO TO THE

14    MIDDLE OF SECOND SENTENCE, THAT'S ABOUT THE -- HALFWAY THROUGH

15    THE THIRD LINE, "TRANSLATING THE DRM TO ONE SUPPORTED BY YOUR

16    DEVICE AT THE SAME TIME."  SO IT'S TALKING ABOUT CONVERTING

17    FILES AND TRANSLATING THE DRM.

18        SO IF YOU HAVE -- IF YOU HAVE FAIRPLAY ON THE SONGS THAT

19    YOU PURCHASED FROM THE ITUNES STORE, WHICH YOU WOULD, THEN

20    IT'S GOING TO TRANSLATE THE DRM TO ONE SUPPORTED BY ONE OF THE

21    DEVICES LISTED -- TO THE OVER 100 DEVICES.

22        LET'S GO BACK UP TO THE FIRST PARAGRAPH, THE END OF THE

23    FIRST PARAGRAPH.  IT TALKS ABOUT -- ABOUT BEING ABLE TO PLAY

24    ON OVER 100 DEVICES.

25        SO TO GET THE MUSIC FROM THE ITUNES STORE WITH FAIRPLAY TO

1    PLAY ON ONE OF THESE OTHER DEVICES, YOU'D HAVE TO REMOVE

2    FAIRPLAY AND PUT ON WHATEVER DRM WOULD BE UNDERSTOOD BY THAT

3    OTHER DEVICE.

4    Q.  AND FOCUSING JUST ON THIS LAST PARAGRAPH, DO YOU SEE WHERE

5    IT SAYS, "NO MATTER WHAT FORMAT YOUR CONTENT IS IN OR WHAT

6    DIGITAL RIGHTS MANAGEMENT SOFTWARE IS USED, REALPLAYER WITH

7    HARMONY CAN CONVERT AND SUPPORT THE TRANSFER OF YOUR CONTENT

8    TO YOUR PORTABLE DEVICE"?

9    A.  YES, INDEED.

10   Q.  DO YOU SEE THAT?

11   A.  YES, INDEED.

12   Q.  SO THEY SAY THEY CAN ALSO SUPPORT IT?

13   A.  YES, THAT'S CORRECT.

14   Q.  OKAY.  SO DR. MARTIN HAS SAID IN HIS REPORT THAT HE SAW NO

15   EVIDENCE THAT REALPLAYER WITH HARMONY WAS EVER INTENDED OR

16   ABLE TO STRIP FAIRPLAY FROM ANY SONGS PURCHASED THROUGH THE

17   ITUNES STORE.  DO YOU HAVE A RESPONSE TO THAT?

18   A.  WELL, THAT'S CLEARLY WRONG.  I MEAN, THIS IS THE HELP PAGE

19   THAT CAME ALONG WITH REALPLAYER WITH HARMONY.  THIS IS REAL

20   TELLING ITS USERS WHAT ITS PROGRAM WILL DO.  AND IT CLEARLY

21   SAYS HERE THAT -- THAT IT WILL -- IT WILL DO THAT TRANSLATION.

22   Q.  AND IS YOUR OPINION -- OPINION THAT WHEN THAT TRANSLATION

23   IS DONE, FAIRPLAY DRM IS STRIPPED FROM THE SONG?

24   A.  IT MUST BE STRIPPED, YES.

25   Q.  WHY DO YOU SAY IT MUST BE?

1    **A.**  BECAUSE IF YOU'RE GOING TO PUT A FAIRPLAY-ENCRYPTED SONG

2    ONTO A DEVICE THAT DOESN'T UNDERSTAND FAIRPLAY, THE ONLY WAY

3    THAT IT WILL PLAY ON THAT DEVICE IS IF YOU STRIP FAIRPLAY.

4    YOU CAN PUT ON A DRM THAT THE DEVICE UNDERSTANDS, BUT IF IT

5    DOESN'T UNDERSTAND FAIRPLAY, IT'S GOT TO BE STRIPPED.

6    **Q.**  AND WHAT, IF ANY, SECURITY IMPLICATIONS ARE THERE ONCE YOU

7    STRIP FAIRPLAY FROM THE SONG?

8    **A.**  WELL, THEN THE SONG IS UNENCRYPTED, IT'S IN THE CLEAR, AND

9    IT CAN BE STOLEN AT THAT POINT.

10   **Q.**  THANK YOU, DR. KELLY.

11       WE CAN TAKE THIS ONE DOWN.

12       AND LET ME ASK YOU, YOU TESTIFIED EARLIER THAT YOU DID

13   SOME EXPERIMENTS WHERE YOU SYNCED HARMONY WITH THE IPOD.  I

14   THINK YOU PREPARED A SLIDE WITH ALL OF YOUR EXPERIMENTS.

15               (DEMONSTRATIVE PUBLISHED TO JURY.)

16   **BY MS. DUNN:**

17   **Q.**  AND IF YOU COULD JUST EXPLAIN TO THE JURY –– RUN DOWN THE

18   SLIDE, TELL THEM WHAT THESE EXPERIMENTS WERE.

19   **A.**  WHAT I DID WAS –– WAS USE REALPLAYER WITH HARMONY ON A

20   WINDOWS DESKTOP COMPUTER AND THEN –– AND THEN SYNC IT UP WITH

21   AN IPOD AND FIGURE OUT IF IT WORKED CORRECTLY OR IF IT DIDN'T

22   WORK CORRECTLY.

23       AND THERE ARE A NUMBER OF DIFFERENT EXPERIMENTS THAT I'VE

24   SET OUT HERE.

25       THE FIRST ONE, I RECOGNIZED THAT REALPLAYER WITH HARMONY

1    WAS NOT PUTTING THE CORRECT VALUES INTO THE DATABASE.  AND SO

2    IT -- NOT TOO SURPRISING, IT DIDN'T UNDERSTAND ALL OF THE USES

3    OF THE DATABASE AND SO IT WAS PUTTING IN THE WRONG VALUES IN

4    SOME PLACES, NO VALUES IN OTHER PLACES.  THE INCORRECT PLAY

5    TIMES, INCORRECT INFORMATION IN A NUMBER OF LOCATIONS.

6        NUMBER TWO, CORRUPTED PLAYLISTS.  THERE WERE SITUATIONS

7    WHERE IF YOU'RE USING ITUNES AND REALPLAYER, THEN THERE WERE

8    CONFLICTS WHEN REALPLAYER TRIED TO SYNC.  IF ITUNES TRIED TO

9    SYNC EARLIER, THERE WERE CONFLICTS WITH THE PLAYLISTS AND THE

10   PLAYLISTS JUST DIDN'T OPERATE PROPERLY.

11       REALPLAYER ITSELF, ON-THE-GO PLAYLIST, IF YOU HAVE AN

12   IPOD, AND YOU'RE -- YOU'RE USING IT AND YOU'RE PLAYING SOME

13   SONGS, YOU CAN ACTUALLY MAKE A PLAYLIST ON THE IPOD, AND

14   THAT'S WHAT THE ON-THE-GO PLAYLIST IS CALLED.  THOSE WERE NOT

15   HANDLED PROPERLY BY REALPLAYER.  REALPLAYER DELETED THOSE --

16   THOSE PLAYLISTS.

17       WHEN THE IPOD -- THEN THE FOURTH EXPERIMENT.  WHEN THE

18   IPOD WAS FULL SO THAT THERE WAS NO AVAILABLE SPACE, REALPLAYER

19   WAS STILL -- IT STILL ATTEMPTED TO WRITE NEW PLAYLISTS FROM

20   THE DESKTOP TO THE IPOD.  AND INSTEAD OF RECOGNIZING THAT

21   THERE WAS NO SPACE, IT TRIED TO WRITE OUT, AND THE END RESULT

22   WAS ALL THE MUSIC APPEARED TO HAVE BEEN -- TO HAVE DISAPPEARED

23   FROM THE IPOD.

24       THE FIFTH CASE, REALPLAYER CRASHED FROM TIME TO TIME, AND

25   THAT, DURING THE EXPERIMENTS CAUSED MUSIC TO DISAPPEAR, JUST

1    DISAPPEAR FROM THE IPOD.

2        NUMBER SIX, SPECIAL CHARACTERS THAT YOU MIGHT HAVE IN THE

3    TITLES OF SONGS, FOR EXAMPLE, OR IN THE ARTIST, WERE NOT

4    HANDLED PROPERLY, THEY GOT GARBLED.

5        NUMBER SEVEN, IN THAT SITUATION, THAT -- THAT -- THAT WAS

6    A CURIOUS PROBLEM.  IF YOU'RE ATTEMPTING TO SYNC MUSIC WITH

7    THE IPOD, AND THAT SYNC WAS UNSUCCESSFUL FOR SOME REASON,

8    MAYBE THERE WAS A COMMUNICATION FAILURE, MAYBE -- MAYBE, YOU

9    KNOW, THE PLUG GOT DISCONNECTED OR SOMETHING, YOU WOULD HOPE

10   THAT REALPLAYER WOULD RECOGNIZE THAT AND PERHAPS START AGAIN

11   OR -- OR REALIZE WHERE IT WAS.  WHAT HAPPENED, IN FACT, WAS

12   REALPLAYER COMPLETELY LOST TRACK OF WHAT HAD BEEN COPIED OVER

13   TO THE IPOD.  IT DIDN'T RECOGNIZE THAT IT HAD COPIED ANYTHING.

14   BUT THE FILE STILL SAT OUT THERE USING SPACE UP ON THE IPOD.

15   AND SO THEN WHEN YOU TRIED TO REESTABLISH THE SYNC, REALPLAYER

16   HAD NO IDEA THAT IT HAD ALREADY COPIED A WHOLE BUNCH OF FILES

17   OUT THERE.

18       AND THEN THE LAST ONE, IPOD VIDEO, THE -- THE VIDEO

19   FEATURES OF THE IPOD WERE JUST NOT SUPPORTED.

20   **Q.**  DR. KELLY, WHAT WAS YOUR BOTTOM-LINE CONCLUSION BASED ON

21   ALL OF THESE EXPERIMENTS?

22   **A.**  THAT THE -- THAT WHAT'S HAPPENING HERE IS THAT REALPLAYER

23   WAS CORRUPTING THE IPOD.  AND, FRANKLY, THAT'S NOT A SURPRISE

24   GIVEN THAT THAT REALPLAYER WAS RELYING ON REVERSE ENGINEERING,

25   WAS RELYING ON TRYING TO FIGURE OUT HOW THE ITUNES AND THE

1  IPOD WORKED WITHOUT ACCESS TO THE -- THE REAL TECHNICAL

2  INFORMATION, THE SOURCE CODE, AND SO ON.

3  **Q.**  SO I'M NOT GOING TO ASK YOU TO GO THROUGH ALL OF THESE

4  EXPERIMENTS TODAY.  BUT I WOULD LIKE TO HAND YOU TX2711 SO

5  THAT YOU CAN WALK THE JURY THROUGH YOUR LAST EXPERIMENT.

6  **A.**  THANK YOU.

7          **MR. COUGHLIN:**  COULD I JUST GET THE SERIAL NUMBER?

8          **MS. DUNN:**  IT'S PARAGRAPH 6.

9                  (PAUSE IN THE PROCEEDINGS.)

10          **MR. COUGHLIN:**  IF I COULD JUST ASK YOU WHICH ROW

11  WE'RE -- WE'RE REFERRING TO, TO WHICH IPOD.

12                  (PAUSE IN THE PROCEEDINGS.)

13          **THE COURT:**  WELL, 2711 IS THE FIFTH GENERATION.

14          **MS. DUNN:**  YEAH.

15          **THE COURT:**  WHICH -- IS THERE ONLY ONE?  YEAH, THERE

16  SEEMS TO BE ONLY ONE THERE.

17          **MR. COUGHLIN:**  SO THAT'S THE IPOD VIDEO -- IPOD

18  CLASSIC FIFTH?

19          **MS. DUNN:**  RIGHT.

20          **MR. COUGHLIN:**  OKAY.

21          **MS. DUNN:**  THIRD FROM THE TOP.

22                  (PAUSE IN THE PROCEEDINGS.)

23          **MR. COUGHLIN:**  YOUR HONOR, IF -- IF THAT'S THE ONE, I

24  HAVE TO OBJECT.

25          **THE COURT:**  WELL, I'M NOT GOING TO ASSUME --

1          MR. COUGHLIN:  OKAY.

2          THE COURT:  -- WHAT YOUR OBJECTION IS, MR. COUGHLIN.

3    AND I DON'T HAVE A QUESTION.  SO YOU -- YOU'RE OBJECTING JUST

4    GENERICALLY?

5          MR. COUGHLIN:  NO.  I'M OBJECTING TO THAT IPOD HAS A

6    DIFFERENT FIRMWARE AND SOFTWARE ON IT THAN THE VERSION THAT HE

7    ACTUALLY USED TO DO THE EXPERIMENT.  WE WENT AND LOOKED AT IT

8    RECENTLY.  IT WAS UPDATED.  SOMEBODY SYNCED IT TO S. JAFFE'S

9    IPOD, AND IT HAS A NEW FIRMWARE ON IT.  IT USED TO BE 1.0 AND

10   NOW IT'S 1.3, AND WHAT WE EXAMINED.

11        IF I'M WRONG ABOUT THAT, GO RIGHT AHEAD.

12        I HAVE A PICTURE OF IT.

13              (PAUSE IN THE PROCEEDINGS.)

14        MS. DUNN:  MS. GOODMAN REPORTS TO ME THAT PLAINTIFFS

15   RE-EXAMINED AFTER DR. KELLY RE-RAN HIS EXPERIMENT.

16        THE COURT:  WELL, I'LL TELL YOU WHAT.  WE'RE GOING TO

17   TAKE A BREAK HERE IN 15 MINUTES.  MOVE ON TO A DIFFERENT

18   TOPIC, AND I'LL RESOLVE THAT OUTSIDE THE PRESENCE OF THE JURY.

19        MS. DUNN:  OKAY.

20        YOUR HONOR, MAY I ASK HOW LONG WE HAVE BEFORE BREAK?

21        THE COURT:  FIFTEEN MINUTES.

22        MS. DUNN:  OKAY.

23   Q.  DR. KELLY, DID YOU SEE OTHER EVIDENCE -- OR DID YOU SEE

24   ANY EVIDENCE THAT REAL KNEW OF THE PROBLEMS THAT REALPLAYER

25   MIGHT CAUSE BY TRYING TO SYNC TO THE IPOD?

1    **A.**   YES, I DID.

2    **Q.**   OKAY.  IF I COULD SHOW YOU 2446, WHICH I BELIEVE HAS

3    ALREADY BEEN ADMITTED INTO EVIDENCE.

4                    (EXHIBIT PUBLISHED TO JURY.)

5    **BY MS. DUNN:**

6    **Q.**   WHAT IS THIS?

7    **A.**   THIS IS A -- A HELP PAGE FROM REAL'S WEBSITE.  AND IT'S

8    TITLED "HOW DO I INSTALL THE IPOD TO WORK WITH REALPLAYER?"

9    **Q.**   OKAY.  AND IF WE COULD JUST READ DOWN THE PAGE, IT BEGINS,

10   I THINK, BY SAYING -- LET'S SCROLL UP JUST TO THE LIST OF

11   STEPS.

12       SO HOW DO I INSTALL THE IPOD TO WORK WITH REALPLAYER?  IT

13   SAYS THEY'RE RECOMMENDING SETTING UP YOUR IPOD.

14       HOW MANY STEPS WILL THAT TAKE?

15   **A.**   WELL, THERE ARE -- THERE ARE -- THERE ARE SEVEN STEPS

16   HERE, BUT MANY OF THOSE ARE EXPANDED LATER ON IN THE -- IN THE

17   FOLLOWING PAGES.

18   **Q.**   OKAY.

19       SO LET'S JUST WALK THROUGH THE STEPS.

20       SO STEP 1, DO YOU SEE IT SAYS "UPDATE REALPLAYER"?

21   **A.**   CORRECT.

22   **Q.**   SO STEP 2, "INSTALL THE IPOD SOFTWARE AND ITUNES."

23       DO YOU SEE THE SUBSTEPS?

24   **A.**   YES.  FURTHER DOWN THE PAGE, IF YOU GO TO --

25                    (EXHIBIT PUBLISHED TO JURY.)

1    **THE WITNESS:** THAT'S RIGHT. STEP 2, INSTALL THE IPOD

2    SOFTWARE AND ITUNES.

3        NOW YOU HAVE HERE, THERE ARE 11 SUBSTEPS.

4    **BY MS. DUNN:**

5    **Q.** OKAY. SO IN STEP 4, IT SAYS -- WELL, LET'S START FROM THE

6    BEGINNING. SO IT SAYS MAKE SURE THE IPOD IS NOT CONNECTED.

7        DO YOU SEE THAT?

8    **A.** I DO.

9    **Q.** AND THEN IT SAYS YOU HAVE TO CLICK START AND GO TO

10   PROGRAMS.

11   **A.** CORRECT.

12   **Q.** IS THAT RIGHT? OKAY.

13       AND THEN IF YOU SEE THE IPOD, YOU'VE ALREADY INSTALLED IT

14   AND YOU HAVE TO MAKE SURE YOU HAVE THE LATEST VERSION OF

15   ITUNES, RIGHT?

16   **A.** CORRECT.

17   **Q.** OKAY. AND THEN AFTER YOU INSERT THE CD, DO YOU SEE IN

18   STEP 4 WHERE IT REQUIRES A WINDOWS INSTALL SHIELD WIZARD?

19   **A.** YES, THAT'S CORRECT.

20   **Q.** WHAT IS THAT?

21   **A.** THAT IS A -- A PROGRAM THAT IN -- THAT WINDOWS USES TO

22   INSTALL ADDITIONAL PROGRAMS.

23   **Q.** OKAY. SO IT SEEMS LIKE WHEN YOU FINISH THAT, A PICTURE OF

24   YOUR IPOD APPEARS.

25       AND THEN AFTER INSTALLATION, IN STEP 10, WHAT DOES IT TELL

1    YOU TO DO?

2    **A.**  WELL, IT SAYS HERE THE SCREEN –– NOW WE'RE LOOKING AT

3    STEP 10, THE SCREEN DISAPPEARS FOR A FEW MOMENTS AND THEN POPS

4    BACK UP ASKING YOU TO RESTART YOUR MACHINE, SELECT "YES, I

5    WANT TO RESTART MY COMPUTER NOW."

6    **Q.**  OKAY.  SO RESTART YOUR COMPUTER, FINISH UP.

7        ALL RIGHT.  SO THEN LET'S MOVE ON TO STEP 3.

8                    (EXHIBIT PUBLISHED TO JURY.)

9    **BY MS. DUNN:**

10   **Q.**  AND HOW MANY SUBSTEPS ARE IN STEP 3?

11   **A.**  THERE ARE SEVEN SUBSTEPS.

12   **Q.**  OKAY.  SO AGAIN, HERE, DO YOU SEE YOUR IPOD SHOULD NOT BE

13   CONNECTED ANYMORE; IS THAT RIGHT?

14   **A.**  MAKE SURE THAT YOUR IPOD IS NOT YET CONNECTED, CORRECT.

15   **Q.**  OKAY.

16            **MR. COUGHLIN:**  I'D HAVE TO OBJECT, YOUR HONOR.  HE

17   DIDN'T GO THROUGH THESE STEPS IN HIS REPORTS.  THAT WAS THE

18   ISSUE WE HAD WITH DR. MARTIN.

19            **MS. DUNN:**  YOUR HONOR, THE ENTIRE DOCUMENT APPEARS IN

20   DR. KELLY'S REPORT.

21            **THE COURT:**  WHAT PARAGRAPH?

22            **MS. DUNN:**  I WILL CHECK.

23                    (PAUSE IN THE PROCEEDINGS.)

24            **MS. DUNN:**  THIS IS AT 134 IN THE REPORT.

25                    (PAUSE IN THE PROCEEDINGS.)

 1            **MR. COUGHLIN:**  YOUR HONOR, I ACTUALLY FEEL HE SHOULD

 2    BE ALLOWED TO GO THROUGH IT, BUT THIS WAS THE OBJECTION TO

 3    DR. MARTIN GOING THROUGH A DOCUMENT THAT WASN'T FULLY LAID

 4    OUT.

 5            **THE COURT:**  WELL, THE QUESTION -- THERE ARE TWO

 6    SEPARATE QUESTIONS, MR. COUGHLIN, ONE OF WHICH THAT I HAD WITH

 7    THE OTHER WAS WHETHER IT WAS EVEN REFERENCED OR NOT.

 8            **MR. COUGHLIN:**  IT WAS REFERENCED.

 9            **THE COURT:**  I UNDERSTAND THAT'S YOUR PERSPECTIVE.

10            **MS. DUNN:**  YOUR HONOR, I DON'T PLAN TO ASK DR. KELLY

11    IF HE WENT THROUGH THE STEPS, JUST THAT THIS IS WHAT

12    REALPLAYER ADVISES.

13            **THE COURT:**  I UNDERSTAND THAT.  WELL, I DIDN'T

14    UNDERSTAND THAT.  BUT I CAN'T BOTH TALK TO YOU GUYS AND READ

15    AT THE SAME TIME.  I MEAN, I GUESS I COULD.  I WOULDN'T DO A

16    VERY GOOD JOB OF TRYING TO READ THIS PART OF THE REPORT.

17                    (PAUSE IN THE PROCEEDINGS.)

18            **THE COURT:**  I'LL ALLOW IT.  GO AHEAD.

19            **MS. DUNN:**  THANK YOU, YOUR HONOR.

20    **Q.**  I'M SORRY, DR. KELLY.

21        SO WE'RE ON STEP 3, WHICH IS MAKE SURE YOU HAVE THE LATEST

22    VERSION OF ITUNES.  SO -- AND I BELIEVE THAT WE'VE ENSURED

23    THAT THE IPOD IS NOT CONNECTED TO THE COMPUTER.

24            **THE COURT:**  AND I'M JUST MAKING THE ASSUMPTION THAT

25    THIS APPLE -- THIS DOCUMENT 93860, IS THAT THE SAME DOCUMENT

 1    ON HIS REPORT?  APPLE 93860.  THAT'S THE ASSUMPTION I WAS

 2    MAKING.

 3              **MR. COUGHLIN:**  IT'S NOT THE DOCUMENT CITED.

 4              **MS. DUNN:**  YES, YOUR HONOR.  SO IN PARAGRAPH 134,

 5    DR. KELLY QUOTES FROM THIS PAGE, AND THEN THERE'S A CITE, AND

 6    I THINK 93860 WAS THE BATES NUMBER OF THIS SAME DOCUMENT.

 7              **THE COURT:**  ALL RIGHT.  PROCEED.

 8              **MS. DUNN:**  THANK YOU.

 9    **Q.**  OKAY.  SO, DR. KELLY, WHAT DOES IT SAY?  NUMBER 4 OF THIS

10    STEP -- UNDER STEP 3, SUBSTEP 4, WHAT DOES IT SAY?

11    **A.**  IF A NEW VERSION OF ITUNES IS AVAILABLE, YOU'LL BE ASKED

12    IF YOU WANT TO DOWNLOAD IT, CLICK YES, SO DOWNLOAD THE NEW

13    VERSION OF ITUNES, AND THIS REDIRECTS YOU TO APPLE'S ITUNES

14    DOWNLOADS SITE.

15    **Q.**  OKAY.  AND THEN AFTER SUBSTEP 6 WHERE IT SAYS WHEN THE

16    DOWNLOAD FINISHES, START THE FILE TO INSTALL THE LATEST

17    VERSION OF ITUNES, WHAT DOES SUBSTEP 7 TELL YOU TO DO?

18    **A.**  IT TELLS TO YOU RESTART YOUR COMPUTER.

19    **Q.**  ALL RIGHT.  SO THAT'S THE SECOND TIME YOU HAVE TO RESTART

20    YOUR COMPUTER?

21    **A.**  CORRECT.

22    **Q.**  OKAY.  SO LET'S MOVE TO STEP 4.  HOW MANY SUBSTEPS IN

23    STEP 4?

24    **A.**  THERE ARE FOUR.

25              (EXHIBIT PUBLISHED TO JURY.)

1    **BY MS. DUNN:**

2    **Q.** AND WHAT DOES STEP 1 TELL YOU TO DO?

3    **A.** NOW YOU GET TO CONNECT YOUR IPOD TO THE COMPUTER.

4    **Q.** ALL RIGHT. AND IS THAT THE SECOND TIME YOU'RE CONNECTING

5    THE IPOD IN THESE INSTRUCTIONS?

6    **A.** YES, I THINK SO. YES. IT'S ALREADY BEEN -- YOU HAD IT

7    INSTALLED EARLIER AND NOW IT'S -- AND THEN YOU DISCONNECTED.

8    NOW YOU'RE CONNECTING IT AGAIN.

9    **Q.** AND THEN IN 2, IT SAYS OPEN ITUNES.

10       AND THEN WHAT HAPPENS AFTER YOUR COMPUTER HAS COMPLETELY

11   RESTARTED?

12   **A.** WELL, YOU HAVE TO PLUG THE IPOD BACK IN AND THEN OPEN

13   ITUNES.

14   **Q.** SO YOU HAVE TO UNPLUG IT AGAIN?

15   **A.** THAT -- THAT'S RIGHT. THE LINE ABOVE, TO UNPLUG YOUR IPOD

16   AND RESTART THE COMPUTER. AND THEN WHEN IT'S COMPLETELY

17   RESTARTED, PLUG THE IPOD BACK IN AND THEN OPEN ITUNES AGAIN.

18   **Q.** OKAY. AND THEN NUMBER 3, IT REFERS TO AN ASSISTANT. WHAT

19   IS THAT?

20   **A.** THAT'S A SETUP ASSISTANT, A SETUP PROGRAM THAT -- THAT

21   STARTS RUNNING, AND IT GIVES YOU AN OPPORTUNITY IN STEP 4 TO

22   NAME THE IPOD.

23   **Q.** ALL RIGHT. SO ONCE THAT'S DONE, YOU GO TO STEP 5 WHICH

24   TELLS YOU TURN OFF AUTOMATIC SONG UPDATING AND AUTOMATIC

25   PODCAST UPDATING IN ITUNES. DO YOU SEE THAT?

KELLY – DIRECT / DUNN

1    **A.**   I DO.

2    **Q.**   OKAY.  AND WHY IS REAL TELLING TO YOU TURN OFF YOUR SONG

3    UPDATING?

4    **A.**   IT EXPLAINS AT THE BOTTOM OF THAT PARAGRAPH THAT -- THAT

5    THIS OPTION, THE AUTOMATIC SYNCHRONIZATION OPTION, DISABLES

6    THE MUSIC STORE TRACKS ON THE IPOD.  AND -- AND THAT IS -- SO

7    YOU HAVE TO TURN THAT OFF IN ORDER TO -- FOR REALPLAYER TO

8    WORK AT ALL.

9    **Q.**   OKAY.

10       I THINK ACTUALLY THAT WAS PODCAST UPDATING.  I THINK ON

11   SONG UPDATING, IF YOU SEE THIS, IT SAYS NON-ITUNES TRACKS ARE

12   ERASED?

13   **A.**   OH, THAT'S CORRECT, YEAH.  THAT'S RIGHT.  SO WE'RE -- SONG

14   UPDATING IS THE FIRST PART AND PODCAST UPDATING IS THE SECOND

15   PART.

16   **Q.**   AND FOR PODCAST UPDATING, IT -- WHAT DOES IT SAY THERE?

17   **A.**   IT SAYS YOU HAVE TO TURN OFF THE AUTOMATICALLY UPDATING

18   PODCASTS BECAUSE THIS OPTION DISABLES THE MUSIC STORE TRACKS

19   ON THE IPOD.

20   **Q.**   OKAY.  AND THEN IT SAYS TO AVOID THESE ISSUES, CHANGE BOTH

21   OPTIONS FROM AUTOMATIC TO MANUAL.  AND SO DO YOU SEE THE

22   SUBSTEPS THERE?

23   **A.**   YES, THERE'S --

24   **Q.**   HOW MANY ARE THERE?

25   **A.**   -- SEVEN SUBSTEPS.

 1    Q.   OKAY.  AND THEN SO CAN YOU JUST WALK THE JURY THROUGH WHAT

 2    IT'S TELLING YOU TO DO IN THOSE SEVEN SUBSTEPS?

 3    A.   THE -- IN THE FIRST ONE, OPEN ITUNES.  AND THEN IN THE

 4    SECOND SUBSTEP, RIGHT CLICK ON THE IPOD IMAGE AND CHOOSE THE

 5    IPOD OPTIONS.  AND THEN PLACE THE DOT -- THAT'S SELECT

 6    BASICALLY -- THE MANUALLY MANAGE SONGS AND PLAYLISTS.  AND

 7    THEN FOURTH, CLICK OKAY.  AND THEN WITHIN THE IPOD TAB, CLICK

 8    THE PODCAST SUBTAB, AND THEN PLACE THE DOT -- CHOOSE THE

 9    MANUALLY MANAGE PODCASTS, AND THEN CLICK OKAY.  AND THEN KEEP

10    ITUNES OPEN FOR THE NEXT STEP.

11    Q.   AND WHAT DOES IT MEAN TO MANUALLY MANAGE?

12    A.   IT MEANS THAT ONE OF THE -- ONE OF THE APPEALS OF THE IPOD

13    AT THIS TIME WAS THAT YOU -- WHEN YOU CONNECTED UP TO THE

14    ITUNES DESKTOP, IT AUTOMATICALLY SYNCHRONIZES ALL OF YOUR NEW

15    MATERIAL.  AND WHAT THIS IS SAYING IS YOU CAN'T DO THAT, YOU

16    CAN'T DO IT AUTOMATICALLY.  YOU HAVE TO GO IN AND HAND-SELECT

17    WHICH PIECES YOU WANT TO TRANSFER OVER.

18         THE COURT:  ALL RIGHT.  WE'RE GOING TO GO AHEAD AND

19    TAKE A BREAK.

20         SO LADIES AND GENTLEMEN, I'M ADVISED THAT MOST OF THE

21    PROTESTORS HAVE MOVED ON.  HOWEVER, THE COURT IS ANTICIPATING

22    ANOTHER GROUP TO ARRIVE AT 11:00 OR 11:30.

23         YOU ARE ADVISED THAT YOU SHOULD PROBABLY STAY IN THE

24    BUILDING AT THIS POINT BECAUSE YOU MAY NOT BE ABLE TO GET BACK

25    INTO THE BUILDING.  SO THE BUILDING HAS NOW BEEN SECURED.  SO

1    WHILE I SUGGESTED BEFORE IT'S PROBABLY NOT A GOOD IDEA, MEDIA

2    AND EVERYBODY IN THE AUDIENCE CAN DO WHAT THEY WANT, BUT I'M

3    INSTRUCTING THE EIGHT OF YOU NOT TO LEAVE THE BUILDING BECAUSE

4    I DON'T WANT YOU TO BE STUCK OUTSIDE.  OKAY.

5        NOW, ON MY WAY HOME, I DID STOP BY THE STORE AND GRAB

6    DINNER AND GRABBED YOU GUYS SOME STUFF, TOO.  SO THAT'S BACK

7    IN THERE.  IT'S DIFFERENT.  IT'S REALLY NOT ALL THAT HEALTHY,

8    BUT IT IS THE HOLIDAYS.  SO ENJOY.

9        WE'LL SEE YOU BACK HERE IN 15 MINUTES.

10       (THE FOLLOWING PROCEEDINGS WERE HEARD OUT OF THE PRESENCE

11   OF THE JURY:)

12           **THE COURT:**  THE RECORD WILL REFLECT THAT THE JURY HAS

13   LEFT THE COURTROOM.

14       MS. DUNN, WHERE ARE WE GOING WITH THIS?  I -- I AM LOOKING

15   AT HIS REPORT.

16       YOU MAY BE SEATED.

17       AND I SEE THAT HE REFERENCES THIS PARTICULAR DOCUMENT THAT

18   I'VE ALLOWED YOU TO EXAMINE HIM ON.  BUT HE CERTAINLY DIDN'T

19   GO INTO THE DETAIL THAT YOU'RE GOING INTO, AND I WANT TO

20   UNDERSTAND WHAT THE POINT IS.

21           **MS. DUNN:**  I CAN EXPLAIN THE POINT.

22       SO DR. KELLY DID READ THIS DOCUMENT.  THERE ARE OVER

23   41 STEPS TO CONNECT REALPLAYER TO THE IPOD, WHICH IS SORT OF

24   EXTRAORDINARY.  ALSO ON THIS DOCUMENT, WHICH DR. KELLY SAYS IN

25   HIS REPORT, REALPLAYER ACKNOWLEDGES THAT IT CREATES CONFLICTS

1    WITH ITUNES AND WILL ALSO, AS YOU CAN SEE FROM THE PIECE OF

2    PAPER, DIRECT PEOPLE TO APPLE CUSTOMER SUPPORT WHEN IT CREATES

3    THESE PROBLEMS.

4         **THE COURT:**  WELL, YOU CAN ARGUE THAT.  BUT THE

5    QUESTION I HAVE FOR YOU IS WHAT IS THIS EXPERT OPINING ON?

6         **MS. DUNN:**  HE –– THIS IS ––

7         **THE COURT:**  AND WHERE IS IT IN HIS REPORTS?

8         **MS. DUNN:**  SO THE WAY THAT THIS APPEARS IN HIS

9    REPORTS IS SUPPORT FOR HIS OPINION THAT REALPLAYER CORRUPTS

10   THE IPOD BECAUSE OF ALL THESE STEPS THAT YOU HAVE TO DO WHICH

11   DEMONSTRATES THAT REALPLAYER IS NOT COMPATIBLE WITH THE IPOD.

12        **THE COURT:**  WHERE DOES HE SAY IN HIS REPORT THAT

13   BECAUSE THE PROCESS IS SO COMPLEX AND IT CONTAINS SO MANY

14   STEPS, THAT THAT'S A BASIS FOR THE CORRUPTION?  THAT'S WHAT I

15   HEAR YOU JUST ARTICULATED.

16             (PAUSE IN THE PROCEEDINGS.)

17        **THE COURT:**  DR. KELLY, DO YOU KNOW IF YOU MADE THAT

18   EXPLICIT OPINION?

19        **THE WITNESS:**  THE OPINION THAT –– THAT I MADE, YOUR

20   HONOR, IS –– IS THAT THE CONFLICTS PERSISTED AND THAT –– AND

21   THEY WERE –– THEY KNEW OF THESE CONFLICTS AND THEY WERE

22   DIRECTING THE –– THE USERS TO DO THIS –– SPECIFIC THINGS.

23        **THE COURT:**  WELL, I SAW THAT OPINION IN THERE, BUT

24   THAT'S DIFFERENT THAN SAYING THAT THE PROCESS WAS SO

25   INCREDIBLY COMPLEX THAT THAT CREATED THE PROBLEM.  THAT'S A

1    DIFFERENT OPINION.  THAT'S WHAT I'M ASKING FOR.  IF IT'S NOT

2    IN THERE, THIS PART OF THE EXAMINATION STOPS AND YOU MOVE ON.

3        **MS. DUNN:**  OKAY.  SO THE DISCUSSION OF THIS IS IN

4    SUPPORT OF HIS CONCLUSION THAT REALPLAYER CORRUPTED THE IPOD.

5    SO UNDER SECTION B, HE SPEAKS TO PLAYLISTS ARE CORRUPTED AND

6    SPEAKS SPECIFICALLY ABOUT CORRUPTION TO THE DATABASE.

7        AND THEN HE EXPLAINS THAT THE CONFLICTS WITH ITUNES

8    SOFTWARE PERSISTED.  AND THAT REALPLAYER ITSELF SAYS THAT IF

9    ITUNES IS INSTALLED, IT CAN CAUSE THESE PROBLEMS.  AND THEN IT

10    PROCEEDS TO EXPLAIN -- HE CITES SPECIFICALLY THE PIECE ABOUT

11    THE PODCASTS.  AND CITES THIS TO SAY FURTHER -- TO SAY THAT

12    THIS IS A PIECE OF PAPER THAT REALPLAYER -- IN WHICH IT

13    EXPLAINED WHAT REALPLAYER WAS DOING TO CONNECT WITH THE IPOD.

14    AND QUOTES THEM AS SAYING ITUNES CAN CAUSE ISSUES WHEN YOU

15    ATTEMPT TO USE REALPLAYER TO DOWNLOAD MUSIC TO YOUR IPOD.

16        SO, I MEAN, HE DOESN'T SAY "CAUSE CORRUPTION," HE SAYS

17    "CAUSE ISSUES."  BUT IT'S CONTAINED IN THE SECTION OF THE

18    REPORT THAT SPEAKS SPECIFICALLY TO CORRUPTION, AND THAT'S WHY

19    HE IS USING THIS IN THE REPORT.

20        SPECIFICALLY WHAT I HAVEN'T COVERED WITH DR. KELLY IN THIS

21    DOCUMENT, WHICH I WOULD LIKE TO BECAUSE I THINK THEY'RE TWO

22    VERY IMPORTANT POINTS, ARE THAT REALPLAYER ITSELF SAYS, "WE

23    CAUSE PROBLEMS, WE RECOGNIZE THAT WE CAUSE CONFLICTS," AND

24    THAT THEY DIRECT YOU TO APPLE TO FIX THE PROBLEMS.

25        **THE COURT:**  MS. DUNN, IF HE DIDN'T IDENTIFY THOSE

1    SPECIFIC OPINIONS, HE WAS NOT ABLE TO BE CROSS-EXAMINED ON

2    THEM DURING HIS DEPOSITION.  I DON'T SEE THEM IN THERE.

3         **MS. DUNN:**  OKAY.

4         **THE COURT:**  SO THAT PART OF THE EXAMINATION IS OVER.

5    YOU'RE GOING TO HAVE TO MOVE ON.

6         **MS. DUNN:**  YOUR HONOR, MAY I ASK ONE ADDITIONAL

7    QUESTION ABOUT THE PART THAT IS IN THE REPORT WHICH IS

8    REALPLAYER'S ACKNOWLEDGMENT THAT THEY CAUSE PROBLEMS WITH

9    ITUNES?

10        **THE COURT:**  IF IT'S IN THE REPORT, YOU CAN ASK THE

11   QUESTION.

12        **MS. DUNN:**  GREAT.  THANK YOU.

13        **THE COURT:**  AND SHOW MR. COUGHLIN SO I DON'T GET AN

14   OBJECTION IN ADVANCE AND THEN HAVE TO READ IT.  ALL RIGHT?

15      10:03.  WE STAND IN RECESS FOR 15 MINUTES.

16      (RECESS TAKEN AT 10:03 A.M.; PROCEEDINGS RESUMED AT

17   10:20 A.M.)

18      (THE FOLLOWING PROCEEDINGS WERE HEARD IN THE PRESENCE OF

19   THE JURY:)

20        **THE COURT:**  OKAY.  HAVE A SEAT.  THE RECORD WILL

21   REFLECT THE JURY IS BACK.

22      WE ARE BACK ON THE RECORD.

23      OKAY.  I DIDN'T TRY TO -- IT LOOKED REALLY SUGARY AND

24   REALLY BUTTERY.  BUT I DID SEND IN ORANGES.  DID ANYBODY TAKE

25   THE HEALTHY OPTION?  I GUESS NOT.  NO.  THAT'S ALL RIGHT.

1        OKAY.  YOU MAY PROCEED.

2              **MS. DUNN:**  THANK YOU, YOUR HONOR.

3    **Q.**  SO IF WE COULD PUT ON THE SCREEN 2446, WHICH IS THE

4    EXHIBIT WE WERE GOING OVER BEFORE THE BREAK.

5              (EXHIBIT PUBLISHED TO JURY.)

6    **BY MS. DUNN:**

7    **Q.**  AND, DR. KELLY, I JUST WANT TO FOCUS YOU ON THE TOP OF

8    THIS EXHIBIT, THE TOP OF THE FIRST PAGE RIGHT ABOVE THE SEVEN

9    STEPS.

10             (EXHIBIT PUBLISHED TO JURY.)

11   **BY MS. DUNN:**

12   **Q.**  AND IF YOU COULD JUST READ FOR THE JURY THE SECOND

13   PARAGRAPH THERE.

14   **A.**  IT SAYS, "IF YOU ALREADY HAVE ITUNES INSTALLED, IT CAN

15   CAUSE SOME CONFLICTS WITH REALPLAYER AND YOUR IPOD.  TO AVOID

16   THESE CONFLICTS, WE RECOMMEND SETTING UP YOUR IPOD TO BE

17   COMPATIBLE WITH REALPLAYER."

18   **Q.**  AND WHAT DID YOU SAY IN YOUR REPORT ABOUT THIS?

19   **A.**  THAT THIS WAS AN EXAMPLE OF THE INCOMPATIBILITY, AND IT'S

20   CAUSED -- THE CONFLICTS ARE CAUSED BY REALPLAYER CORRUPTING

21   THE INFORMATION ON THE IPOD.

22   **Q.**  IS REALPLAYER WITH HARMONY THE ONLY THIRD-PARTY JUKEBOX

23   YOU EXPERIMENTED WITH?  I THINK YOU SAID YOU MIGHT HAVE

24   EXPERIMENTED WITH WINAMP.

25   **A.**  CORRECT.

1    **Q.**  WHAT'S WINAMP?

2    **A.**  WINAMP IS ANOTHER THIRD-PARTY JUKEBOX PLAYER.  AND IT CAME

3    WITH –– YOU COULD GET TWO DIFFERENT PLUGINS, TWO DIFFERENT

4    EXTENSIONS TO WINAMP THAT WOULD ALLOW WINAMP TO OPERATE OR

5    ATTEMPT TO OPERATE WITH AN IPOD.

6    **Q.**  DID APPLE, TO YOUR KNOWLEDGE, SUPPORT THOSE PLUGINS?

7    **A.**  NO, APPLE DID NOT.

8    **Q.**  OKAY.  IF WE COULD PUT UP YOUR EXHIBIT, DEMONSTRATIVE 519,

9    WHICH I BELIEVE LISTS YOUR EXPERIMENTS, AND IF YOU COULD JUST

10   DESCRIBE THOSE EXPERIMENTS TO THE JURY.

11              (DEMONSTRATIVE PUBLISHED TO JURY.)

12         **THE WITNESS:**  THERE'S A LOT OF SIMILARITY HERE

13   BETWEEN THESE EXPERIMENTAL RESULTS AND THE ONES WITH

14   REALPLAYER.

15      THE ITUNES DATA IS OVERWRITTEN IN THE DATABASE, ITUNES

16   PLAYLISTS ARE DELETED.  AGAIN, THIS IS WINAMP OPERATING WITH

17   THE IPOD.  THERE'S NO SUPPORT FOR VIDEO.  THE ON-THE-GO

18   PLAYLISTS, JUST LIKE YOU SAW IN THE REALPLAYER EXPERIMENTS,

19   WERE DELETED.  AND THEN –– AND SIMILAR TO THE REALPLAYER CASE,

20   IT CORRUPTS THE IPOD WHEN THE IPOD IS FULL.  SO SIMILAR ––

21   SIMILAR EXPERIMENTS, SIMILAR RESULTS.

22   **BY MS. DUNN:**

23   **Q.**  AND IF YOU COULD JUST BRIEFLY EXPLAIN A COUPLE OF THESE SO

24   THE JURY UNDERSTANDS WHAT YOU DID, THAT WOULD BE VERY HELPFUL.

25   **A.**  WELL, THE –– LET'S TAKE THE LAST ONE AS AN EXAMPLE.

1    THE -- WHEN THE -- WHAT I WAS ATTEMPTING TO DO HERE WAS

2   USE WINAMP TO PUT INFORMATION ONTO THE IPOD.  THE IPOD WAS

3   FULL.  IT HAD A LOT OF SONGS ON IT.  AND THEN INSTEAD OF

4   WINAMP RECOGNIZING THAT THE IPOD WAS FULL, WHAT IT DID WAS IT

5   PUT INFORMATION ONTO THE IPOD THAT CORRUPTED IT, AND SO IT WAS

6   NOT -- NO LONGER PLAYABLE AT ALL.  I MEAN, THAT CLEARLY IS A

7   PROBLEM.

8   **Q.**  WHEN WE TALKED ABOUT YOUR EXPERIMENTS WITH HARMONY, YOU

9   TALKED ABOUT YOUR EXPERIMENT WITH VIDEO.  AND I'D JUST LIKE

10  FOR YOU TO DESCRIBE THAT EXPERIMENT TO THE JURY SO THEY

11  UNDERSTAND PRECISELY WHAT YOU DID.

12  **A.**  SURE.

13   THAT WAS A -- A SITUATION WHERE I TOOK AN IPOD THAT WAS

14  CAPABLE OF -- OF PLAYING MUSIC AND VIDEOS, AND THEN I

15  INSTALLED ONTO THE IPOD SOME SONGS -- I'M SORRY -- AND

16  INSTALLED IN REALPLAYER TWO SONGS AND THREE VIDEOS.

17  **Q.**  DO YOU HAVE SLIDES ABOUT THIS, DR. KELLY?

18  **A.**  I BELIEVE I DO, YES.

19        **MS. DUNN:**  OKAY.  CAN WE PUT UP SLIDE 510.

20        (DEMONSTRATIVE PUBLISHED TO JURY.)

21        **THE WITNESS:**  THIS SHOWS REALPLAYER WITH -- WITH FIVE

22  ENTRIES.

23   AND LET ME EXPLAIN.  THE FIRST TWO ARE -- IF YOU LOOK

24  ACROSS ON THE MIDDLE, YOU SEE CATEGORY, MAYBE WE CAN HIGHLIGHT

25  THAT.

1            (DEMONSTRATIVE PUBLISHED TO JURY.)

2            **THE WITNESS:**  THE CATEGORY COLUMN, JUST THAT --

3    AND -- THAT'S RIGHT, THANK YOU.

4        SO WHAT THIS IS SHOWING IS THAT -- THAT THE FIRST --

5    PLEASE MOVE THAT -- MOVE THAT DOWN SO I CAN REFER TO THE --

6    DOWN SOME MORE IF YOU CAN.  THANK YOU.  THAT'S GOOD.

7            (DEMONSTRATIVE PUBLISHED TO JURY.)

8            **THE WITNESS:**  SO THE FIRST TWO ENTRIES ARE CATEGORY,

9    MUSIC.  THEY ARE INDEED MUSIC FILES.  AND OVER ON THE FAR

10   RIGHT, YOU CAN SEE IT SAYS FORMAT, MP3.

11       I DON'T KNOW IF YOU CAN BRING THAT UP AS WELL.  SO WE

12   HAVE -- WE HAVE ONE MORE COLUMN IF YOU CAN.

13           (DEMONSTRATIVE PUBLISHED TO JURY.)

14           **THE WITNESS:**  THANK YOU.

15       SO WE HAVE CATEGORY, MUSIC; FORMAT, MP3; FOR THE FIRST TWO

16   ENTRIES.  THAT IS COMPLETELY LEGITIMATE.  THAT'S WHAT THEY

17   ARE.  THEY ARE MUSIC FILES.  THEY'RE MP3 FILES.

18       AND THIS, BY THE WAY, IS WHAT IS ON THE REALPLAYER ON THE

19   DESKTOP.  WE'RE NOT TALKING ABOUT THE IPOD YET.

20       THE THIRD ENTRY IS *SCIFRI TO THE BATCAVE*, AND IT IN FACT

21   IS A VIDEO.  *SCIFRI TO THE BATCAVE* IS A VIDEO, BUT YOU'LL

22   NOTICE THAT THAT IS IDENTIFIED IN CATEGORY AND FORMAT AS

23   "MUSIC."  SO MP4 FORMAT IS NOT RECOGNIZED PROPERLY HERE.  AND

24   THAT WILL HAVE CONSEQUENCES LATER ON.

25       AND THEN THE LAST TWO ENTRIES ARE VIDEOS.  AND THAT IS

1    STEVE CRAWFORD.  IT'S -- IT'S A PRESENTATION ABOUT FUJITSU.

2    AND FINALLY A TEST.

3        THOSE ARE BOTH RECOGNIZED AS VIDEOS.  ONE OF THEM IS

4    WINDOWS MEDIA, AND THE OTHER IS AN AVI VIDEO, DIFFERENT

5    FORMATS.

6        SO WHAT I ATTEMPTED TO DO WAS TAKE THOSE FIVE ITEMS AND

7    SYNC THEM TO THE IPOD USING REALPLAYER WITH HARMONY.  AND --

8    THAT WAS NOT COMPLETELY SUCCESSFUL.  I'LL EXPLAIN THAT.

9        IF WE SHOW THE FIRST THING I DID WAS TRY TO GET THE TWO

10   MUSIC FILES OVER, NOT WORRYING ABOUT THE OTHER THREE, JUST

11   SYNC THE TWO MUSIC FILES.  AND THEN I CAN SHOW YOU A SLIDE

12   THAT HAS A PICTURE OF THE IPOD, PLEASE.  PROBABLY THE NEXT

13   SLIDE.

14            **MS. DUNN:**  511.

15            (DEMONSTRATIVE PUBLISHED TO JURY.)

16        **THE WITNESS:**  RIGHT.

17        AND THIS SHOWS THE -- THE RESULT OF -- OF SYNCING THOSE

18   TWO SONGS.

19        WHEN YOU GO TO THE IPOD MENU UNDER SONGS, YOU FIND THAT

20   THEY'RE THERE, WHICH IS -- THAT'S GOOD.  BUT THEY'RE ALSO --

21   THEY ALSO APPEAR IN THE MOVIES LIST.  THEY'RE NOT MOVIES, BUT

22   THEY APPEAR AS MOVIES IN THE IPOD.

23        AND THEN IF WE GO TO THE NEXT SCREEN.

24            (DEMONSTRATIVE PUBLISHED TO JURY.)

25        **THE WITNESS:**  THIS IS WHAT HAPPENS WHEN YOU ATTEMPT

1    TO SYNC ALL FIVE ENTRIES.  YOU'LL NOTICE ON THE LEFT-HAND SIDE

2    UNDER "SONGS," THERE ARE FOUR SONGS.  BEAR IN MIND THAT I

3    TRIED TO SYNC FIVE THINGS, ONLY TWO OF WHICH WERE SONGS, THE

4    OTHER THREE WERE MOVIES.  ONE OF THE MOVIES HAS NOT

5    TRANSFERRED AT ALL.  EVEN THOUGH REALPLAYER GAVE NO INDICATION

6    THAT IT DIDN'T SYNC, THE FACT IS IT DIDN'T APPEAR AT ALL.  AND

7    THE OTHER TWO MOVIES APPEAR IN THE SONGS LIST.

8        SIMILARLY, ALL FOUR ENTRIES APPEAR IN THE MOVIES LIST.  SO

9    WHICH ARE THEY, SONGS OR MOVIES?  IN FACT, THEY ALL PLAY AS

10   SONGS.  THERE'S NO VIDEO ASSOCIATED WITH ANY OF THESE.  SO

11   THE -- THE ONES THAT -- THAT SAY THAT THEY TRANSFERRED AS --

12   AS MOVIES DID NOT TRANSFER AS MOVIES.  SO IF YOU TRIED TO PLAY

13   THESE, ALL YOU'D SEE WOULD BE THE -- WOULD BE THE AUDIO TRACK

14   PLAYING.

15   **Q.**  AND ARE THOSE PHOTOS FROM YOUR REPORT?

16   **A.**  THEY ARE, YES.

17   **Q.**  OKAY.  AND AS FAR AS YOU KNOW, COULD REAL MAKE VIDEO PLAY

18   ON THE IPOD?

19   **A.**  NO, THEY COULDN'T.

20   **Q.**  AND IN YOUR REPORT, DO YOU MENTION THAT ITUNES 7.0

21   LAUNCHED VIDEO?

22   **A.**  YES, I DO.

23   **Q.**  OKAY.  DR. KELLY, SO WE DISCUSSED EARLIER THE KEYBAG

24   INTEGRITY CHECK.  WHAT HAPPENS WHEN KEYBAG INTEGRITY CHECK

25   DOES NOT CHECK?

1    **A.**   YOU MEAN IF THE CHECK FAILS?

2    **Q.**   UM-HMM.

3    **A.**   SO WHAT -- WHAT WILL HAPPEN IN THAT CASE, IF THAT KEYBAG

4    INTEGRITY CHECK IS RUNNING ON THE IPOD, THE IPOD WILL

5    RECOGNIZE THAT THE KEYBAG HAS BEEN TAMPERED WITH OR IS

6    CORRUPTED, AND IT WILL NOT USE THAT KEYBAG FROM THERE ON.  AND

7    IN FACT, IT WILL DELETE THAT KEYBAG FILE SO THAT ANY FUTURE

8    ATTEMPT BY THE IPOD TO GO IN AND USE THAT WILL BE -- WILL BE

9    PREVENTED IMMEDIATELY BECAUSE THE FILE HAS BEEN CORRUPTED.

10   **Q.**   DID YOU MAKE ANY FINDING IN YOUR REPORT THAT ANY CONTENT

11   WAS DELETED?

12   **A.**   NO, I DID NOT.

13   **Q.**   CAN YOU EXPLAIN WHY NOT?

14   **A.**   THAT NO CONTENT IS DELETED WHEN THE KEYBAG IS DELETED.

15   THE -- ALL THE SONGS THAT ARE OUT THERE, ALL THE FILES THAT

16   YOU MAY HAVE PUT OUT ON THE IPOD ARE STILL THERE.  THEY REMAIN

17   WHERE THEY WERE.

18   **Q.**   OKAY.  YOU MENTIONED SONGS.  DOES THAT INCLUDE WORD FILES

19   OR EXCEL FILES?

20   **A.**   YES.  IT INCLUDES -- IT INCLUDES DRM SONGS, NON-DRM SONGS.

21   IT INCLUDES WORD FILES.  IT INCLUDES EXCEL SPREADSHEETS.  IT

22   INCLUDES EVERY SINGLE FILE THAT YOU COULD PUT OUT ONTO THE --

23   ONTO THE IPOD.

24   **Q.**   DID YOU MAKE ANY FINDINGS THAT ANY OF REALNETWORKS MUSIC

25   WAS ERASED?

1    **A.**   NO, I DIDN'T, BECAUSE IT'S NOT ERASED.

2    **Q.**   DID YOU MAKE ANY FINDING IN YOUR REPORT ABOUT THE DATABASE

3    BLOWING UP?

4    **A.**   THERE -- NO, I DID NOT MENTION THAT.  IT DOESN'T HAPPEN.

5    **Q.**   CAN YOU EXPLAIN THAT?

6    **A.**   WHEN THE DATABASE INTEGRITY CHECK FAILS -- SO THAT'S A

7    SITUATION WHERE THE IPOD HAS BEEN SYNCED -- THE IPOD WILL

8    THEN, AS PART OF ITS STARTUP ROUTINE, IT WILL TO THROUGH AND

9    IT WILL CHECK THE DATABASE INTEGRITY.  IF THAT FAILS, THEN THE

10   IPOD SAYS THE DATABASE HAS BEEN CORRUPTED, IT'S BEEN TAMPERED

11   WITH, AND IT IS NOT SAFE TO USE.  SO AT THAT POINT, IT STOPS

12   ANY INTERACTION WITH ITUNES, SO ITUNES CONTENT.  THAT WOULD BE

13   MOVIES OR SONGS, IT'S NOT GOING TO PLAY THEM.

14        BUT ANYTHING THAT'S NOT IN THE ITUNES LIBRARY, SO ANYTHING

15   THAT'S NOT TRACKED BY THE ITUNES DATABASE, IS JUST SITTING OUT

16   THERE READY TO USE.  IF YOU'VE GOT THINGS LIKE PHOTOS, YOU CAN

17   ACTUALLY LOOK AT THE PHOTOS ON THE IPOD.  IF -- AND IN NO CASE

18   DOES THIS CHANGE ANY OF THE FILES.  YOUR SPREADSHEET IS OUT

19   THERE STILL.  YOUR WORD DOCUMENT IS OUT THERE STILL.  ALL OF

20   YOUR -- OF YOUR SONGS ARE OUT THERE STILL.  NOTHING HAS

21   CHANGED.  THE DATABASE IS NOT EVEN CHANGED.  IT'S JUST NOT

22   USED.

23   **Q.**   DR. MARTIN DISCUSSED A RESTORE MESSAGE WHEN HE TESTIFIED.

24   AND I'D LIKE TO LOOK AT DEMONSTRATIVE 595.

25              (DEMONSTRATIVE PUBLISHED TO JURY.)

1    BY MS. DUNN:

2    **Q.**  IS THERE ANYTHING IN YOUR REPORT THAT SAYS WHEN YOU SEE

3    THIS MESSAGE, FILES ARE DELETED?

4    **A.**  NO, THERE ISN'T.

5    **Q.**  WHY NOT?

6    **A.**  BECAUSE FILES ARE NOT DELETED.

7        NOW, THE -- THE CIRCUMSTANCE HERE IS THE ITUNES -- THE

8    IPOD -- YOU LOOK AT THE IPOD, THE DATABASE INTEGRITY CHECK HAS

9    FAILED SO THE IPOD WILL REPORT TO THE USER THAT THERE'S NO

10   MUSIC ON IT.  AND SO -- OR NO VIDEOS.  AND SO THE USER THEN,

11   WHEN THEY CONNECT BACK UP TO ITUNES, ITUNES ON THE DESKTOP

12   WILL PRESENT THIS MESSAGE.

13       SO THIS IS THE MESSAGE THE ITUNES SAYS, IT CANNOT READ THE

14   CONTENTS OF THE IPOD, AND THEN IT TELLS YOU WHAT TO DO.  GO TO

15   THE SUMMARY TAB IN IPOD PREFERENCES AND CLICK "RESTORE" TO

16   RESTORE THIS IPOD TO FACTORY SETTINGS.

17       BUT IT'S REALLY IMPORTANT TO NOTE THAT NOTHING HAS

18   HAPPENED TO THE IPOD.  ALL OF THE FILES ARE STILL THERE,

19   EXACTLY WHERE THEY WERE BEFORE, AND THEY CAN BE RETRIEVED AT

20   ANY TIME.

21   **Q.**  OKAY.  WHAT DID YOU SEE WHEN YOU WENT TO THE SUMMARY TAB?

22           **MS. DUNN:**  AND IF WE COULD PUT UP 597.

23           (DEMONSTRATIVE PUBLISHED TO JURY.)

24           **THE WITNESS:**  THIS SAYS -- SO YOU HAVE TO -- YOU HAVE

25   TO GO INTO THE SUMMARY TAB IN ITUNES, AND YOU HAVE TO -- AND

```
 1    THEN CLICK "RESTORE."  AND IT SAYS, "ARE YOU SURE YOU WANT TO

 2    RESTORE THE IPOD TO ITS FACTORY SETTINGS?  ALL OF YOUR SONGS

 3    AND OTHER DATA WILL BE ERASED."  NOW IT'S GIVING YOU CLEAR

 4    WARNING THAT IF YOU DO THIS --

 5         MR. COUGHLIN:  I'D OBJECT.  I DON'T THINK THIS IS IN

 6    HIS REPORT.

 7         MS. DUNN:  YOUR HONOR, DR. KELLY WENT THROUGH THE

 8    RESTORE PROCESS, AND THIS IS WHAT HE SAW.

 9         THE COURT:  WHERE IN THE REPORT?

10         MR. COUGHLIN:  COULD WE TAKE THE EXHIBIT DOWN?

11         THE COURT:  WE CAN.

12         MS. DUNN:  PARAGRAPH 19 OF HIS DECLARATION.  AND I

13    BELIEVE FOR SOME OF HIS EXPERIMENTS, WHICH I CAN GET EXACT

14    PARAGRAPH -- PARAGRAPH NUMBERS FOR, HE ALSO WENT THROUGH THE

15    RESTORE PROCESS.

16         MR. COUGHLIN:  THAT'S DIFFERENT THAN SHOWING THE

17    RESTORE SCREEN.

18              (PAUSE IN THE PROCEEDINGS.)

19         THE COURT:  PARAGRAPH 19 IN THE SAME REPORT OR HIS

20    OTHER DECLARATION?

21         MS. DUNN:  OTHER DECLARATION, THE --

22         THE COURT:  THE DECLARATION FROM 2011?

23         MS. DUNN:  YES.

24         THE COURT:  19?

25              (PAUSE IN THE PROCEEDINGS.)
```

1        **MS. DUNN:**  OH, I APOLOGIZE, 39.

2                    (PAUSE IN THE PROCEEDINGS.)

3        **THE COURT:**  I SEE THE FIRST ONE.  I DON'T SEE THE

4    SECOND ONE OR A REFERENCE THERETO.

5        **MS. DUNN:**  THAT IS THE FIRST SCREEN.  AND THEN THE

6    SECOND IS -- I HAVE TO FIND THE PRECISE EXPERIMENT.  BUT

7    DURING THE COURSE OF DOING HIS EXPERIMENTS, HE WENT THROUGH

8    THE RESTORE PROCESS.

9        I'M ALSO HAPPY TO MOVE ON.  I FEEL WE HAVE COVERED THIS.

10        **THE COURT:**  ALL RIGHT.  GO AHEAD.  I WOULD MOVE ON

11    THEN.

12        **MS. DUNN:**  THANK YOU.

13   **Q.**  DR. KELLY, I'M GOING TO SHOW YOU WHAT'S BEEN MARKED AS

14   TRIAL EXHIBIT 2712.

15   **A.**  THANK YOU.

16   **Q.**  DO YOU RECOGNIZE THAT?

17   **A.**  YES, I DO.  IT'S AN 80-GIGABYTE IPOD.

18   **Q.**  IS IT AN IPOD THAT YOU EXAMINED?

19   **A.**  YES, IT IS.

20   **Q.**  OKAY.  HOW DO YOU KNOW THAT?

21   **A.**  WELL, IT HAS A -- A SERIAL NUMBER ON THE BACK, AND IT HAS

22   A -- A SERIAL NUMBER IN THE -- IN THE IPOD ITSELF.  AND

23   THOSE -- THAT SERIAL NUMBER MATCHES UP WITH ONE OF THE SERIAL

24   NUMBERS ON MY EXPERT REPORT.  IT'S, IN FACT, THE IPOD CLASSIC

25   SIXTH GENERATION FROM SEPTEMBER 2007.

```
 1              MS. DUNN:  YOUR HONOR, WE OFFER TX2712 INTO EVIDENCE.

 2              THE COURT:  I'LL DECIDE LATER.  GO AHEAD.

 3     BY MS. DUNN:

 4     Q.   I'D ALSO NOW LIKE TO SHOW YOU 2743.

 5     A.   THANK YOU.

 6     Q.   IS THAT AN IPOD THAT YOU LOOKED AT IN THE COURSE OF

 7     PREPARING YOUR REPORT?

 8     A.   YES, IT IS.  THIS IS -- I'M LOOKING AT THE SERIAL NUMBER

 9     IN -- IN THIS IPOD, AND IT MATCHES UP WITH AN IPOD PHOTO, IPOD

10     CLASSIC FOURTH GENERATION, THAT I USED IN THESE EXPERIMENTS.

11     Q.   AND YOU KNOW THAT BY LOOKING AT THE SERIAL NUMBER?

12     A.   CORRECT.

13     Q.   OKAY.  DR. KELLY, CAN YOU PLEASE EXPLAIN TO THE JURY WHAT

14     YOU LOOKED AT WITH RESPECT TO MODELS OF IPODS IN YOUR REPORT?

15     A.   I LOOKED AT A NUMBER OF IPODS.  YOU'RE TALKING ABOUT

16     THE -- THE SPECIFIC DEVICES OR THE SOURCE CODES OR -- I LOOKED

17     AT SOURCE CODE FOR A LOT OF DIFFERENT IPODS.  AND I LOOKED AT

18     SOME SPECIFIC EXAMPLES OF THE -- THE IPOD.

19     Q.   OKAY.  LET'S JUST TALK ABOUT ITUNES 7.0.  IN WHAT MODELS

20     OF IPOD WERE THE 7.0 SECURITY FEATURES ACTIVATED?

21     A.   THE IPOD NANO SECOND GENERATION.

22     Q.   THAT WAS IN SEPTEMBER 12, 2006?

23     A.   CORRECT.

24     Q.   AND THEN THE NEXT YEAR IN 2007, SEPTEMBER, WAS 7.0

25     ACTIVATED FOR SUBSEQUENT MODELS LIKE THE CLASSIC SIXTH
```

1  GENERATION, THE NANO THIRD, AND THE IPOD TOUCH?

2  **A.** WELL, THAT'S WHAT 7.4 CAME OUT.

3  **Q.** OKAY.  AND SO WHAT WAS ACTIVATED IN THOSE MODELS?

4  **A.** WELL, THAT -- THAT HAD -- THAT HAD ALL THE FEATURES OF

5  7.4.  SO -- AND THOSE WOULD BE THE THIRD GENERATION NANO, THE

6  SIXTH GENERATION CLASSIC, AND -- AND THE IPOD TOUCH.

7  **Q.** OKAY.  SO JUST TO BE CLEAR, SO FOR THOSE MODELS THAT YOU

8  JUST MENTIONED, THE CLASSIC SIXTH, THE NANO THIRD, AND THE

9  TOUCH, WOULD AN IPOD THAT CONTAINED 7.4 ALSO CONTAIN THE --

10 THE CHANGES TO FAIRPLAY CONTAINED IN 7.0?

11 **A.** OH, MOST DEFINITELY.  THEY -- THIS IS AN ITERATIVE

12 PROCESS.  THE -- THE MAJOR REDESIGN OF FAIRPLAY APPEARED IN

13 7.0.  AND THEN IT WAS CONTINUED TO BE DEVELOPED.  SO ANYTHING

14 THAT WAS IN 7.0 WAS ALSO IN 7.4.  PERHAPS, YOU KNOW, WITH --

15 WITH SLIGHTLY DIFFERENT ALGORITHMS, WITH, YOU KNOW, MAYBE

16 IMPROVED PERFORMANCE, BUT THE FEATURES OF 7.0 WERE -- WERE IN

17 7.4.

18 **Q.** OKAY.  SO OTHER THAN THESE MODELS THAT YOU MENTIONED, DID

19 OTHER IPODS CONTAIN 7.0 AND 7.4?

20 **A.** NO.  NO.  EVEN IF YOU USED AN EARLIER IPOD -- AND THIS IS

21 REALLY IMPORTANT TO -- TO UNDERSTAND -- IF YOU USED AN EARLIER

22 IPOD, EVEN IF YOU UPGRADED YOUR DESKTOP TO ITUNES 7.0 AND 7.4,

23 THE NEW FAIRPLAY FEATURES THAT CAME IN 7.0 AND 7.4 DID NOT

24 OPERATE IN THE OLDER IPODS.  THE OLDER IPODS CONTINUED TO

25 BEHAVE THE WAY THEY BEHAVED BEFORE.

1    SO IF YOU HAD AN IPOD LIKE A NANO FIRST GENERATION OR A

2    CLASSIC FIFTH GENERATION AND -- AND YOU HAD BEEN USING THAT TO

3    PLAY REAL MUSIC, NOTHING IN 7.0 OR 7.4 WOULD CHANGE THAT.  IT

4    WOULD CONTINUE TO OPERATE.  IT'S ONLY THE NEW IPODS THAT ARE

5    AFFECTED.

6    **Q.**  SO IF A CONSUMER HAD REAL MUSIC STORE MUSIC ON THEIR OLD

7    IPOD AND COULD PLAY IT, DID 7.0 OR 7.4 AFFECT THAT?

8    **A.**  NO.  NO.  YOU COULD CONTINUE TO USE THE IPODS YOU HAD

9    BEFORE TO PLAY REAL MUSIC.

10   **Q.**  AND COULD YOU ALSO PLAY REAL MUSIC ON NEW IPODS?

11   **A.**  YES, YOU COULD.  YOU COULD TAKE THE FILES, THE REAL MUSIC

12   FILES THAT YOU HAD ON YOUR COMPUTER, AND YOU COULD BURN THEM

13   TO A CD AND THEN RIP THEM BACK INTO ITUNES AND PUT THEM ON

14   YOUR NEW IPOD.

15   **Q.**  OKAY.  AND BASED ON WHAT YOU'VE LOOKED AT, IS THAT A

16   TYPICAL WAY TO GET MUSIC ONTO AN IPOD?

17   **A.**  YES, IT IS.

18       **MS. DUNN:**  YOUR HONOR, UNLESS MY COLLEAGUES HAVE

19   ANYTHING ADDITIONAL, I PASS THE WITNESS.

20       **THE COURT:**  DO THEY?

21       **MR. ISAACSON:**  NO.  I --

22       **THE COURT:**  YOU SAID IF YOUR COLLEAGUES HAVE ANYTHING

23   ADDITIONAL.  SO ARE YOU PASSING OR NOT?

24       **MS. DUNN:**  YES, I AM PASSING.  THANK YOU.

25       **THE COURT:**  OKAY.  MR. COUGHLIN, CROSS.

1          **MR. COUGHLIN:**  THANK YOU, YOUR HONOR.

2                   (PAUSE IN THE PROCEEDINGS.)

3                   **CROSS-EXAMINATION**

4     BY MR. COUGHLIN:

5     **Q.**  GOOD MORNING, DR. KELLY.

6     **A.**  GOOD MORNING, MR. COUGHLIN.

7     **Q.**  I DON'T THINK WE'VE EVER MET; IS THAT RIGHT?

8     **A.**  THAT'S RIGHT.  EXCEPT I'VE SEEN YOU IN THE COURTROOM, BUT

9     I DON'T THINK WE'VE BEEN INTRODUCED.

10    **Q.**  AND I'VE SEEN YOU.  SO IT'S NICE TO MEET YOU.

11    **A.**  THANK YOU.

12              **MR. COUGHLIN:**  IF WE COULD PULL UP DEMONSTRATIVE 521.

13                   (DEMONSTRATIVE PUBLISHED TO JURY.)

14    BY MR. COUGHLIN:

15    **Q.**  DR. KELLY, THIS -- I HAD AN EARLIER VERSION OF 521, BUT

16    WE'RE GOING TO ALSO TALK ABOUT WHAT YOU TALKED ABOUT, THE

17    STRUCTURAL SIMILARITY BETWEEN THE IPOD AND THE DESKTOP.  OKAY?

18    **A.**  SURE.

19    **Q.**  BUT THIS IS THE VERSION THAT I HAD FIRST.

20        LET'S START WITH THE UNIVERSAL KEYBAG.  I THINK YOU TALKED

21    ABOUT HOW THAT WAS AN IMPROVEMENT.  CAN YOU TELL ME AGAIN WHAT

22    YOU SAID.

23    **A.**  WELL, I'M NOT SURE I CAN REMEMBER EVERYTHING I SAID, BUT

24    THE BASIC IDEA IS THAT -- THAT THE STRUCTURAL SIMILARITY AND

25    THE -- AND THE OTHER FEATURES THAT -- THAT I -- I DESCRIBED

 1    WERE AN IMPROVEMENT TO THE SECURITY OF -- OF ITUNES AND

 2    FAIRPLAY.

 3    **Q.**  AND THE UNIVERSAL KEYBAG WAS ONE OF THOSE THINGS, RIGHT?

 4    **A.**  MOST DEFINITELY.

 5    **Q.**  WOULDN'T A -- WOULDN'T HAVING A UNIVERSAL KEYBAG ACTUALLY

 6    MAKE THE SYSTEM MORE VULNERABLE BECAUSE YOU HAVE THE SAME

 7    KEYBAG ON THE DESKTOP AS IN THE IPOD AND PEOPLE HAVE ACCESS TO

 8    THAT ON THE DESKTOP?  DOESN'T THAT MAKE IT MORE VULNERABLE?

 9    **A.**  WELL, IT DEPENDS ON THE CONTEXT.  IF IT'S A SIMPLE KEYBAG,

10    THEN I WOULD AGREE WITH YOU THAT SOMETHING THAT IS -- THAT

11    IS -- IS EASY TO BREAK WOULD -- IT WOULD BE DISADVANTAGE TO

12    HAVE IT THE SAME.  BUT WHEN IT'S COMPLICATED AND IT'S HARD TO

13    BREAK, THEN THE ADVANTAGES OF HAVING THE EFFICIENCY AND THE

14    SECURITY ENHANCEMENTS AND THE IMPROVED ABILITY TO -- TO FIGURE

15    OUT WHAT'S GOING ON IF -- IF THERE ARE SECURITY

16    VULNERABILITIES CERTAINLY IS A BENEFIT.

17    **Q.**  BUT THE UNIVERSAL KEYBAG ITSELF DOES NOT IMPROVE THE

18    SECURITY.  IN FACT, IT ALWAYS MAKES IT A LITTLE MORE

19    VULNERABLE NO MATTER HOW MORE COMPLICATED IT IS, RIGHT?

20    **A.**  OH, NOT AT ALL.  THAT'S -- THAT'S COMPLETELY UNTRUE.

21    **Q.**  LET'S TAKE A LOOK AT YOUR REPORT, EXHIBIT 934,

22    PARAGRAPH 19.

23                    (EXHIBIT PUBLISHED TO JURY.)

24    **BY MR. COUGHLIN:**

25    **Q.**  NOW, WHEN YOU -- YOU WERE -- YOU EXAMINED 4.5 AND 4.6; IS

1    THAT CORRECT?

2    **A.**  I DID, YES.

3    **Q.**  OKAY.  AND YOU SAID HERE, AFTER YOU EXAMINED THOSE,

4    BECAUSE THOSE USED A UNIVERSAL KEYBAG, YOU SAID, STARTING

5    RIGHT HERE, "USING THE SAME KEYBAG PROTECTION SCHEME FOR BOTH

6    THE LOCAL KEYBAG" -- THAT'S THE DESKTOP, RIGHT?

7    **A.**  THAT'S CORRECT.

8    **Q.**  -- "AND THE IPOD KEYBAG WAS ALSO A VULNERABILITY."

9        DO YOU SEE THAT?

10   **A.**  YES.  BUT I NEED TO CORRECT SOMETHING.  IT'S NOT A

11   UNIVERSAL KEYBAG AS YOU STATED.  IT'S A VERY SIMPLE-MINDED

12   KEYBAG AT THIS POINT.  AND -- AND AS I SAID, IF IT'S A SIMPLE

13   KEYBAG, YOU CERTAINLY DON'T WANT TO HAVE THE SAME ON -- ON THE

14   IPOD AND THE DESKTOP.

15   **Q.**  RIGHT.  BECAUSE WHEN YOU HAVE THEM THE SAME, YOU KNOW,

16   THE -- THE LOCAL KEYBAG, YOU SAY HERE DOWN HERE, IS -- WAS A

17   NATURAL TARGET FOR ATTACK, RIGHT?

18   **A.**  THAT'S CORRECT.

19   **Q.**  OKAY.  YOU'RE JUST SAYING THIS SEEMS MORE COMPLICATED TO

20   YOU.  IT'S THE EASE OF USE THAT HELPS IN THE UNIVERSAL KEYBAG,

21   RIGHT?

22   **A.**  I'M -- I'M NOT FOLLOWING --

23   **Q.**  IT'S THE EASE OF ACCESS WHEN YOU HAVE A UNIVERSAL KEYBAG

24   ON THE DESKTOP AND THE IPOD SO YOU CAN SYNC FEATURES OR -- OR

25   WORK WITH FEATURES INTO BOTH; IS THAT RIGHT?  IS THAT WHAT YOU

KELLY - CROSS / COUGHLIN

1    SAID?

2    **A.**  NO, NOT AT ALL.

3    **Q.**  WHAT DID YOU SAY?

4    **A.**  IT'S NOT THE -- IT'S NOT THE EASE OF USE.  WHAT WE'RE

5    INTERESTED IN DOING IS PRODUCING A HIGHLY SECURE SYSTEM.  AND

6    PART OF THAT IS TO PRODUCE A -- A -- A NICE SECURE VAULT FOR

7    THE KEYS.

8         AND THERE IS AN ADVANTAGE, IF YOU UNDERSTAND AND YOU'RE

9    MAKING THIS SUFFICIENTLY SECURE, THERE IS A DISTINCT ADVANTAGE

10   TO HAVING THE SAME OR SIMILAR STRUCTURE ON THE DESKTOP AS WELL

11   AS ON THE IPOD.

12        AND THAT'S BECAUSE IT IS EASIER TO PREDICT SECURITY

13   VULNERABILITIES, IT IS -- YOU DON'T HAVE TO FIX VULNERABILITY

14   IN TWO PLACES.  YOU CAN ENHANCE THE -- THE KEYBAG STRUCTURE.

15   YOU CAN MAKE IT EVEN MORE DIFFICULT BY INCREASING THE CODE IN

16   ONE PLACE.  YOU DON'T HAVE TO DO IT -- YOU DON'T HAVE TO DO

17   TWO SEPARATE EFFORTS.

18   **Q.**  LET'S GO BACK TO DEMONSTRATIVE 521, IF WE COULD.

19             (DEMONSTRATIVE PUBLISHED TO JURY.)

20   **BY MR. COUGHLIN:**

21   **Q.**  LET'S TALK ABOUT THE NEXT THING BACK IN THE SLIDE THAT I

22   RECEIVED, AND APPARENTLY I RECEIVED THE UPDATED SLIDE BUT I

23   DIDN'T GET IT ON MY SYSTEM.

24        THE INDIVIDUAL -- LET'S TALK ABOUT THE NEXT THING YOU

25   TALKED ABOUT, THE INDIVIDUAL ENCRYPTION --

1    **MS. DUNN:**  OBJECTION, YOUR HONOR, TO MR. COUGHLIN'S

2    COMMENTARY.

3       WE'RE ALSO HAPPY TO OFFER HIM THE OTHER SLIDE IF HE WOULD

4    LIKE IT.

5          **THE COURT:**  OVERRULED.  I MEAN, IT'S NOT REALLY AN

6    OBJECTION.  IT'S HIS EXAMINATION.

7       GO AHEAD.

8    **BY MR. COUGHLIN:**

9    **Q.**  THE INDIVIDUAL ENCRYPTION OF ACCOUNT KEYS IN THE IPOD AND

10   DESKTOP KEYBAG.  DO YOU SEE THAT THERE?

11   **A.**  YES, I DO.

12   **Q.**  AND YOU EXPLAINED -- I BELIEVE THAT YOU EXPLAINED THAT

13   BECAUSE THE KEYS WERE INDIVIDUALLY ENCRYPTED, THAT THAT MADE

14   IT MORE SECURE IN 7.0; IS THAT RIGHT?

15   **A.**  THAT'S ONE OF THE FEATURES THAT INCREASED THE SECURITY IN

16   7.0, CORRECT.

17   **Q.**  WASN'T THAT ENCRYPTION -- WEREN'T -- WEREN'T THE

18   INDIVIDUAL KEYS IN THE IPOD, THEY WERE ENCRYPTED IN 4.7; IS

19   THAT RIGHT?

20   **A.**  THAT'S CORRECT.  IN 4.7, THE KEYS WERE INDIVIDUALLY

21   ENCRYPTED IN THE IPOD BUT NOT IN ITUNES.  AND THE KEYS WERE --

22   THE KEYBAG WAS ENCRYPTED AS A WHOLE IN ITUNES BUT NOT IN THE

23   KEYBAG.  SO WE'RE DOING BOTH IN BOTH PLACES HERE.

24   **Q.**  OKAY.  NOW, IN ITUNES, ON THE DESKTOP, THE KEYBAG WAS

25   ENCRYPTED ACTUALLY IN 6.0; ISN'T THAT RIGHT?

1   **A.**   YES, IT WAS.

2   **Q.**   OKAY.  SO BY THE TIME WE GET TO 7.0, BOTH THOSE THINGS

3   HAVE HAPPENED EARLIER.  IN OTHER WORDS, IT -- 4.7 HAD THE IPOD

4   KEYS ENCRYPTED, AND 6.0 HAD THE DESKTOP KEYS ENCRYPTED, RIGHT?

5   **A.**   6. -- WELL, THE KEYS WERE ENCRYPTED THROUGHOUT.  I MEAN --

6               (SIMULTANEOUS COLLOQUY.)

7          **THE WITNESS:**  -- IS CRITICALLY IMPORTANT.

8   BY MR. COUGHLIN:

9   **Q.**   INDIVIDUAL KEYS WERE ENCRYPTED FIRST IN 4.7 ON THE IPOD

10  AND THEN IN 6.0 ON THE DESKTOP, RIGHT?

11  **A.**   THEY WERE, YES.

12  **Q.**   SO THAT WAS ALREADY DONE.

13       THE ENCRYPTION OF THE KEYBAG AS A WHOLE, NOW THAT WAS DONE

14  IN 4.7; IS THAT RIGHT?

15  **A.**   WELL, THAT -- THE INDIVIDUAL ENCRYPTION OF ACCOUNT KEYS

16  WAS NOT DONE THIS WAY BEFORE 6.0 ON THE DESKTOP AND 7.0 ON THE

17  IPOD.

18  **Q.**   OKAY.

19  **A.**   AND THE DESCRIPTION OF THE KEYBAG AS A WHOLE WAS NOT DONE

20  IN THIS WAY UNTIL 7.0.

21  **Q.**   OKAY.

22       NOW, THE ENCRYPTION OF THE WHOLE KEYBAG, THOUGH, WAS DONE

23  EARLIER IN 4.6; ISN'T THAT RIGHT?  THE WHOLE KEYBAG WAS

24  ENCRYPTED.

25  **A.**   THAT'S CORRECT, IN A DIFFERENT ENCRYPTION, SIMPLER

1    ENCRYPTION ALGORITHM, IT WAS ENCRYPTED.  JUST THE -- JUST THE

2    KEYBAG AS A WHOLE, NOT THE INDIVIDUAL ACCOUNT KEYS, THAT'S

3    TRUE.

4    **Q.**  RIGHT.  AND THEN IN 4.7, THE WHOLE KEYBAG WAS NOT

5    ENCRYPTED, RIGHT?

6    **A.**  WHICH KEYBAG ARE YOU TALKING ABOUT NOW?

7    **Q.**  I'M TALKING ABOUT THE -- I'M TALKING ABOUT THE DESKTOP AND

8    THE IPOD.

9    **A.**  WELL, THE SITUATIONS ARE DIFFERENT.

10   **Q.**  RIGHT.  WERE THEY ENCRYPTED?  WAS THE WHOLE KEYBAG

11   ENCRYPTED ON THE DESKTOP IN 4.7?

12   **A.**  YES.

13   **Q.**  AND THE IPOD?

14   **A.**  NO, IT WAS NOT.

15   **Q.**  OKAY.  AND IN 7.0, WAS THE WHOLE KEYBAG ENCRYPTED, AND

16   WHERE?

17   **A.**  IN 7.0, THE KEYBAG WAS ENCRYPTED AS A WHOLE, IN ADDITION

18   TO THE INDIVIDUAL ACCOUNT KEYS WITH THE NEW ENCRYPTION

19   ALGORITHMS ON BOTH THE DESKTOP AND THE -- AND THE IPOD.

20   **Q.**  AND THOSE BROUGHT THOSE THINGS TOGETHER; IS THAT CORRECT?

21   THE -- THE INDIVIDUAL ENCRYPTION HAD BEEN DONE EARLIER, AND

22   NOW THE WHOLE KEYBAG WAS ENCRYPTED, CORRECT?  IN 7.0?

23   **A.**  WELL, THERE WERE -- THERE -- PREVIOUSLY, THERE WAS AN

24   ENCRYPTION OF ACCOUNT KEYS DONE IN -- IN AN OLDER WAY.  NOW,

25   THEY'RE DONE IN THE NEW 7.0 WAY IN THE FAIRPLAY REDESIGN, AND

1    SIMILARLY FOR THE KEYBAG AS A WHOLE.

2    **Q.**  OKAY.

3    **A.**  AND BOTH TYPES OF ENCRYPTION ARE DONE NOW IN BOTH PLACES.

4    **Q.**  OKAY.  NOW IF WE TAKE A LOOK –– THE FINAL THING THAT I

5    DON'T HAVE UP HERE, BUT WE CAN JUST TALK ABOUT IT.  YOU SAY

6    THE STRUCTURAL SIMILARITY BETWEEN THE IPOD AND THE DESKTOP

7    KEYBAGS, YOU SAY THAT –– AND WAS THAT –– THAT WAS A SECURITY

8    IMPROVEMENT, YOU SAID?

9    **A.**  YES.

10   **Q.**  OKAY.  NOW, THEY WEREN'T ACTUALLY –– YOU SAY STRUCTURALLY

11   SAME.  THE IPOD DIDN'T HAVE A DIVERSITY BAG, DID IT?

12   **A.**  WELL, NOW WE'RE TALKING ABOUT SOMETHING OTHER THAN THE

13   KEYBAG?  THE –– THE –– THIS IS DIRECTED TO THE FACT THAT THE

14   KEYBAG WAS STRUCTURALLY SIMILAR.  THERE ARE OTHER FEATURES OF

15   FAIRPLAY THAT ARE DIFFERENT ON THE IPOD AND –– AND THE

16   DESKTOP.

17   **Q.**  WELL, LET'S TALK ABOUT SOME OF THOSE.

18        NOW, THE SESSION KEY THE –– TALK ABOUT THE SESSION KEY.

19   TELL US ABOUT THE SESSION KEY.  WAS THAT ON THE DESKTOP?

20   **A.**  NO.

21   **Q.**  NO.

22        AND HOW ABOUT THE RSA TECHNOLOGY, THE 1024 BIT TECHNOLOGY,

23   WAS THAT ON THE DESKTOP?

24   **A.**  WELL, LET'S –– LET'S BE –– LET'S BE CLEAR WHAT YOU MEAN BY

25   THAT.  THERE WAS RSA TECHNOLOGY ON THE DESKTOP AND ON THE

1    IPOD.  IT HAS TO BE THERE BECAUSE THERE WERE CERTAIN KEYS THAT

2    WERE ENCRYPTED.  THERE WAS ONE MAJOR KEY THAT WAS ENCRYPTED

3    USING RSA TECHNOLOGY.  IT WAS PUT ON THERE BY THE DESKTOP

4    USING RSA TECHNOLOGY, AND IT WAS DECRYPTED ON THE IPOD.

5    **Q.**  SO THE PUBLIC KEY IS ON THE DESKTOP; IS THAT RIGHT?

6    **A.**  THAT'S CORRECT.

7    **Q.**  OKAY.  AND THE PRIVATE KEY IS IN THE IPOD, RIGHT?

8    **A.**  THAT'S CORRECT, YES.

9    **Q.**  AND THAT TECHNOLOGY CAME IN WITH 4.7; IS THAT RIGHT?

10   **A.**  YES, IT DID.

11   **Q.**  OKAY.

12       AND WHAT DOES -- DO YOU -- DO YOU HAVE AN UNDERSTANDING

13   WHAT 1024 BIT, THE LENGTH OF THE KEY?

14   **A.**  YES.

15   **Q.**  THE RSA KEY?

16   **A.**  YES.

17   **Q.**  YOU UNDERSTAND WHAT THAT MEANS?

18   **A.**  OF COURSE, YES.

19   **Q.**  IN 2006, IS IT -- IS A FAIR ESTIMATE THAT IT WOULD TAKE

20   1.5 MILLION YEARS TO GET THE PRIVATE KEY TO DECRYPT THE

21   PRIVATE KEY?

22   **A.**  WELL, NO.  NO, NO, NO.  THAT IS ASSUMING YOU DON'T HAVE --

23   THE -- THE KEY IN RSA PUBLIC-PRIVATE KEY PAIRS IS YOU HAVE TO

24   KEEP THE KEYS SECRET.  AND IF YOU KEEP THE KEYS SECRET, IT'S

25   DIFFICULT TO FIND ONE IF YOU HAVE THE OTHER.

1    BUT IF YOU HAD ACCESS TO THE DEVICE THAT HAS THE KEY ON

2    IT, IT'S NOT GOING TO TAKE YOU MILLIONS OF YEARS TO

3    REVERSE-ENGINEER THAT DEVICE AND FIND THE KEY.

4    **Q.** WE'RE TALKING -- YOU'RE TALKING ABOUT THE PUBLIC KEY, IT'S

5    NOT GOING TO BE HARD TO FIND THE PUBLIC KEY?

6    **A.** NO.  I'M TALKING ABOUT THE PUBLIC KEY AND THE PRIVATE KEY.

7    **Q.** OKAY.  LET'S TALK ABOUT THE PUBLIC KEY.  OKAY?

8    THAT'S ON THE DESKTOP, RIGHT?

9    **A.** IT IS, YES.

10   **Q.** OKAY.  AND YOU SAID THAT'S NOT HARD TO FIND; IS THAT

11   RIGHT?

12   **A.** WELL, YOU KNOW, THEY'RE ALL HIDDEN.  BUT YOU CAN FIND IT.

13   AND IN FACT, IT WAS FOUND.  I MEAN, IT -- THE -- THE KEY

14   THAT'S USED FOR RSA ON THE DESKTOP WAS DISCOVERED IN -- IN SIX

15   MONTHS.

16   **Q.** OKAY.  AND YOU SAID THAT -- AND LET'S TALK ABOUT THE --

17   THE PRIVATE KEY ON THE IPOD.

18   WAS THE IPOD EVER CRACKED, DO YOU KNOW, AFTER 4.7?

19   **A.** YES, IT WAS.

20   **Q.** THE IPOD ITSELF?

21   **A.** YES.  THE IPOD KEYBAG WAS CRACKED ON -- AFTER 4.7.

22   REALPLAYER WITH HARMONY OPERATED WITH THE 4.7 KEYBAG.

23   **Q.** WAS ANY MUSIC EVER DECRYPTED -- ANY DRM MUSIC EVER

24   DECRYPTED OFF THE IPOD AFTER 4.7?

25   **A.** I DON'T KNOW.

1  Q.  YOU DIDN'T LOOK INTO THAT?

2  A.  NO, I DID.  I JUST DON'T KNOW IF IT WAS DONE OR NOT.  I

3  DIDN'T SEE ANY EVIDENCE THAT IT WAS DONE.

4  Q.  AND IN YOUR OPINION, PUTTING DRM SONGS ONTO THE IPOD WAS A

5  CRACK; IS THAT RIGHT?

6  A.  THE CRACK IS TAMPERING WITH THE KEYBAG OR THE DATABASE.

7  THAT'S THE CRACK.  TAMPERING WITH THE KEYBAG OR THE DATABASE,

8  CORRUPTING THE CONTENTS.

9  Q.  LET'S TAKE A LOOK AT -- IF WE MIGHT -- AT YOUR

10  ARCHITECTURAL DRAWING OF THE KEYBAG, THE IPOD KEYBAG IN 7.0.

11  IT'S NO. 559.

12  A.  MR. COUGHLIN, COULD I HAVE A COPY, PLEASE.

13          MS. DUNN:  OBJECTION, YOUR HONOR, SCOPE.

14          MR. COUGHLIN:  SCOPE?

15          THE COURT:  IT'S CROSS-EXAMINATION.  OVERRULED.

16              (DEMONSTRATIVE PUBLISHED TO JURY.)

17                (PAUSE IN THE PROCEEDINGS.)

18          THE WITNESS:  THANK YOU.

19          MR. COUGHLIN:  IT'S GOT MY NOTES ALSO.

20          THE WITNESS:  ALL RIGHT.

21          MR. COUGHLIN:  SO STICK TO THAT PAGE.

22          THE WITNESS:  THANK YOU.

23  BY MR. COUGHLIN:

24  Q.  I JUST WANT TO GO THROUGH THE STEPS THAT -- THAT WE NEED

25  TO GO THROUGH TO PLAY A FAIRPLAY-PROTECTED CONTENT ON THE

1  IPODS AFTER THE -- THE NEW 7.0, IF WE COULD.  OKAY?

2  **A.**  SURE.

3  **Q.**  SO IF I -- IF I'M RIGHT, THE IPOD LOCATED THE

4  AES-ENCRYPTED ACCOUNT KEY FIRST; IS THAT RIGHT?  IS THAT WHAT

5  IT WOULD DO?

6  **A.**  ARE YOU ASKING ME LOGICALLY, OR ARE YOU ASKING ME THE

7  SEQUENCE --

8  **Q.**  JUST THE SEQUENCE OF THE STEPS.

9                    (SIMULTANEOUS COLLOQUY.)

10        **THE WITNESS:**  -- THAT IT GOES THROUGH.

11     WELL, THE FIRST THING THAT IT WOULD DO IS A USER WOULD

12  SELECT THE PARTICULAR SONG TO PLAY.  AND THAT WOULD CAUSE

13  THE -- THE IPOD TO GO INTO THE DATABASE TO FIGURE OUT WHERE

14  THAT SONG WAS, WHAT VERSION OF DRM WAS BEING USED, AND -- AND

15  THEN WHERE THE -- THE -- PULL IN THE SONG AND GET THE SINF OUT

16  OF THE SONG -- THAT'S THE SECURITY INFORMATION -- AND GET THE

17  CONTENT KEY.

18  **BY MR. COUGHLIN:**

19  **Q.**  OKAY.  SO IT WOULD FIRST GET THE ACCOUNT KEY.  IF YOU

20  COULD WALK THROUGH THE --

21  **A.**  NO, THE CONTENT KEY.

22  **Q.**  FIRST GET THE CONTENT KEY?

23  **A.**  CONTENT KEY.

24  **Q.**  AND THEN WHAT IT WOULD DO NEXT?

25  **A.**  AND LET'S -- LET'S BE CLEAR THAT THIS IS -- THIS IS ITUNES

1   7.0 RUNNING WITH AN IPOD THAT -- THAT IS, SAY, A NANO SECOND

2   GENERATION OR A NANO THIRD GENERATION OR THE CLASSIC.  IT

3   WOULD BE DIFFERENT IF IT WAS A -- AN IPOD -- AN EARLIER IPOD

4   EVEN RUNNING WITH 7.0.

5   **Q.**  UNDERSTAND.

6       SO LET'S WALK THROUGH THE -- HOW -- GO THROUGH THE -- WHAT

7   WOULD HAPPEN INTERNALLY, YOU KNOW, ONE STEP TO THE NEXT.  I

8   UNDERSTOOD THAT ONCE IT -- ONCE ITUNES CAME IN, IT WOULD

9   LOCATE THE ENCRYPTED ACCOUNT KEY, IT WOULD USE THE SESSION

10  I.D. TO LOCATE THE RSA-ENCRYPTED SESSION KEY, AND THEN IT

11  WOULD USE THE IPOD'S PRIVATE KEY TO DECRYPT A SESSION KEY, AND

12  USE THE SESSION KEY TO DECRYPT THE ACCOUNT KEY, AND USE THE

13  ACCOUNT KEY TO DECRYPT THE CONTENT KEY.

14      DID THAT ALL SOUND RIGHT SEQUENTIALLY?

15  **A.**  WELL, IT -- IT DOESN'T NECESSARILY HAPPEN IN THAT ORDER.

16  BUT CERTAINLY THERE ARE A NUMBER OF KEYS.  THERE IS THE

17  CONTENT KEY.  THERE IS THE ACCOUNT KEY.  AND THERE'S THE

18  SESSION KEY.  AND THERE'S THE -- THE PRIVATE KEY.

19      THERE ARE SOME OPTIMIZATIONS THAT OCCUR IN THE CODE AS TO

20  PRECISELY HOW THIS HAPPENS.  BUT IT DOES GO THROUGH A NUMBER

21  OF DECRYPTION STEPS.

22  **Q.**  AND IT GOES THROUGH THE DECRYPTION STEPS GENERALLY IN THE

23  WAY I DESCRIBED THEM, RIGHT?

24  **A.**  WELL, IT CERTAINLY USES ONE KEY TO DECRYPT THE NEXT KEY.

25  AND I THINK THAT WAS PART OF -- OF WHAT YOU SAID.

```
1    Q.   LET'S TAKE A LOOK, IF WE MIGHT, AT EXHIBIT 128.

2                    (EXHIBIT PUBLISHED TO JURY.)

3    BY MR. COUGHLIN:

4    Q.   THIS HAS BEEN ADMITTED INTO EVIDENCE.  IT'S THE

5    JULY 27TH -- AND ACTUALLY I HAVE A BINDER FOR YOU IF YOU DON'T

6    WANT TO --

7    A.   THANK YOU.

8    Q.   -- LOOK UP THERE.

9         AND YOU CAN JUST FLIP TO THE TABS.

10   A.   THANK YOU.

11                    (PAUSE IN THE PROCEEDINGS.)

12        THE WITNESS:  I'M SORRY, MR. COUGHLIN, WHAT WAS THE

13   EXHIBIT NUMBER?

14   BY MR. COUGHLIN:

15   Q.   128.

16   A.   THANK YOU.

17        (REVIEWING DOCUMENT.)

18        YES, SIR.

19   Q.   YOU'RE FAMILIAR WITH THIS DOCUMENT, AREN'T YOU?

20   A.   I AM.

21   Q.   AND YOU KNOW THAT THIS IS WHEN MR. -- AT MR. ROBBIN'S

22   REQUEST, MR. HELLER, IN HIS WORDS, HACKED INTO -- INTO HARMONY

23   TO EXAMINE IT?

24        MS. DUNN:  OBJECTION, FOUNDATION.

25        THE COURT:  OVERRULED.
```

1   BY MR. COUGHLIN:

2   **Q.** WELL, LET'S TALK ABOUT THE DOCUMENT.  LET'S GO TO

3   NUMBER 1.

4       DOWNLOADED A SONG IN 192 K'S, AN AAC SONG.

5       TELL US WHAT'S GOING ON THERE.

6   **A.** WELL, IT SAYS "DOWNLOADED SONG IS 192 KBS (SIC) AAC."

7       SO THAT IS A -- A SONG THAT HAS A CERTAIN BIT RATE, AND

8   THE BIT RATE IS 192 KILOBITS PER SECOND.

9   **Q.** OKAY.

10  **A.** AND THE SONG IS FORMATTED AS A AAC, ADVANCED AUDIO CODEC.

11  **Q.** AND THAT WAS THE SAME ADVANCED AUDIO CODEC FORMAT THAT

12  APPLE HAD AT THE TIME, IS THAT RIGHT?

13  **A.** CORRECT.

14  **Q.** AND IT WAS -- AND APPLE ACTUALLY HAD A -- WOULD IT BE

15  CORRECT TO SAY A LOWER QUALITY BIT RATE OF 128?

16  **A.** NO.

17  **Q.** TELL US WHAT --

18  **A.** IT HAD A LOWER BIT RATE, 128 KBPS.  BUT THAT -- THE

19  QUALITY OF THE SONG DEPENDS ON A LOT MORE THAN THE BIT RATE.

20  IT ALSO DEPENDS ON THE -- THE QUALITY OF THE CODEC, THE -- THE

21  PRECISE IMPLEMENTATION OF THE CODEC.  AND -- AND IT ALSO

22  FRANKLY DEPENDS ON THE QUALITY OF THE ORIGINAL SOURCE

23  MATERIAL.

24  **Q.** SURE.

25  **A.** THERE ARE MANY SITUATIONS IN WHICH GOING ABOVE 128,

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

1  SOMETIMES EVEN LOWER THAN 128, DOES NOTHING FOR -- FOR THE

2  QUALITY.

3  **Q.**  OKAY.  ALL THINGS BEING EQUAL, 192 WOULD BE BETTER THAN

4  128?

5  **A.**  I DON'T KNOW WHAT YOU MEAN BY "ALL THINGS BEING EQUAL."

6  **Q.**  IS THERE --

7  **A.**  THE IMPLEMENTATION -- THIS IMPLEMENTATION OF AAC IS NOT

8  GOING TO BE THE SAME AS THE IMPLEMENTATION THAT THE ITUNES

9  STORE USES.

10 **Q.**  LET'S TAKE A LOOK AT NUMBER -- DID YOU ACTUALLY DO AN

11 EXPERIMENT TO SEE THE QUALITY?  DID YOU CHECK?

12 **A.**  NO, I WAS NOT ABLE TO DOWNLOAD SONGS FROM THE -- THE REAL

13 STORE.  IT DIDN'T EXIST.

14 **Q.**  WERE YOU HERE WHEN -- WHEN COUNSEL WAS ASKING DR. NOLL

15 WHETHER HE HAD REQUESTED ANYBODY TO SUBPOENA ANY INFORMATION?

16 WERE YOU HERE DURING THAT?

17 **A.**  I'M AFRAID NOT.  I WASN'T HERE FOR DR. NOLL'S TESTIMONY.

18 **Q.**  DID YOU ASK YOUR LAWYERS TO SUBPOENA REAL AND GET THE

19 RECORDS SO YOU COULD DO YOUR OWN EXAMINATION OF HELIX, HARMONY

20 WITH HELIX?

21 **A.**  I DON'T RECALL DOING THAT.

22 **Q.**  YOU'VE NEVER ASKED ANYBODY TO DO THE SUBPOENAS, HAVE YOU?

23 HAVE YOU EVER DIRECTED COUNSEL TO SUBPOENA SOMETHING?

24 **A.**  I DON'T BELIEVE SO.

25 **Q.**  TAKE A LOOK AT NUMBER 2 THERE, IF YOU WOULD.

KELLY - CROSS / COUGHLIN

1   **A.**   YES.

2   **Q.**   HARMONY WILL TRANSFER TO IPOD, WRITING A VALID V3 KEYBAG

3   AND IPOD DATABASE.

4       DO YOU SEE THAT?

5   **A.**   I DO.

6   **Q.**   OKAY.

7       AND WHAT WAS YOUR UNDERSTANDING OF WHAT THAT MEANT?

8   **A.**   THAT MEANS THAT -- THAT HARMONY IS ABLE TO FOOL THE IPOD

9   INTO -- INTO PRODUCING A KEYBAG AND -- AND IPOD DATABASE THAT

10  WILL ALLOW IT TO -- TO AT LEAST START OPERATION, CONSISTENT

11  WITH THE EXPERIMENTS WE PERFORMED.

12  **Q.**   OKAY.  AND HE DID A NUMBER OF OTHER EXPERIMENTS.  HE TRIED

13  TO TRANSFER AN AUTHORIZED ITUNES SONG TO THE IPOD.  DO YOU SEE

14  THAT?

15  **A.**   WELL, I WOULDN'T CHARACTERIZE THESE AS A NUMBER OF

16  EXPERIMENTS.  I THINK HE DID ONE TEST, FROM WHAT I'M READING

17  HERE, ONE SIMPLE TEST, PUT A SONG ONTO THE IPOD AND SEE IF IT

18  PLAYS.

19      AND IT'S -- IT'S -- IT'S CLEAR HERE THAT EVEN THIS SIMPLE

20  TEST DIDN'T WORK PROPERLY.  LOOK AT NUMBER 7.  NO SONG I.D.,

21  NO ARTIST I.D., NO ALBUM I.D. FIELDS.

22  **Q.**   OKAY.  LET'S TAKE A LOOK AT NO. 11.

23      IT SAID HE CONCLUDED THERE IT SEEMED TO WORK.

24  **A.**   IN A SIMPLE TEST, MERGING TRACKS FROM ITUNES AND HARMONY

25  ONTO THE IPOD SEEMED TO WORK.

1    BUT AS HE SAYS ABOVE, NO SONG I.D., NO -- DATABASE IS NOT

2    CORRECT.  THERE'S NO TUPLE IN THE FILE.  THE SIMPLE CHECK SUM

3    DOESN'T WORK.  I MEAN -- BUT IT APPARENTLY --

4    **Q.**  BUT THE SONG PLAYED?

5    **A.**  I THINK THE SONG PLAYED, YES.

6    **Q.**  OKAY.  LET'S GO DOWN -- DOWN A LITTLE FURTHER --

7    **A.**  YES.

8    **Q.**  -- ON THIS DOCUMENT.  THIS NUMBER 1 HERE, SWITCHING, IF

9    YOU TAKE A LOOK AT THAT.

10   **A.**  YES.

11   **Q.**  SWITCHING TO THE NEW EMBEDDED KEYBAG WILL SLOW THEM DOWN.

12   OKAY.

13       THE EMBEDDED KEYBAG IS THE 4.7; IS THAT RIGHT?

14   **A.**  CORRECT.

15   **Q.**  BUT IF THEY GET THE PUBLIC KEY IN ITUNES, THEY CAN

16   CONTINUE TO DO THIS.

17       DO YOU SEE THAT?

18   **A.**  I DO.

19   **Q.**  OKAY.  NOT CLEAR HOW HARD THIS WILL BE TO

20   REVERSE-ENGINEER.

21       DO YOU SEE THAT?

22   **A.**  I DO.

23   **Q.**  DID YOU TALK TO MR. HELLER?

24   **A.**  I DID.

25   **Q.**  LET ME SHOW YOU WHAT'S BEEN MARKED AS EXHIBIT 136.

1        (EXHIBIT PUBLISHED TO JURY.)

2    **BY MR. COUGHLIN:**

3    **Q.**  AND YOU'RE FAMILIAR WITH THIS DOCUMENT, CORRECT?

4    **A.**  (REVIEWING DOCUMENT.)

5        WELL, I HAVE SEEN IT DISPLAYED IN COURT.  I'M NOT SURE IF

6    I HAD LOOKED AT THIS DOCUMENT BEFORE THE -- BEFORE THE TRIAL.

7    **Q.**  OKAY.  IT'S A DOCUMENT FROM APPLE, FROM -- AND STEVE JOBS

8    IS SENDING IT AROUND TO JEFF ROBBIN AND OTHERS.

9        DO YOU SEE THAT AT THE TOP?

10   **A.**  I DO.

11   **Q.**  OKAY.  AND DO YOU SEE IN THE MIDDLE, IF I CAN DIRECT YOUR

12   ATTENTION TO WHERE IT SAYS "HARMONY TECHNOLOGY," RIGHT THERE

13   (INDICATING)?

14   **A.**  SURE.  I SEE THAT.

15   **Q.**  HARMONY TECHNOLOGY DOES NOT REMOVE OR DISABLE ANY DIGITAL

16   RIGHTS MANAGEMENT SYSTEM.

17       DO YOU SEE THAT?

18   **A.**  I DO.

19   **Q.**  AND YOU KNEW THIS WAS A STATEMENT THAT REAL ISSUED AFTER

20   APPLE ACCUSED THEM OF BEING HACKERS.  YOU KNOW THAT, RIGHT?

21   YOU WERE HERE --

22   **A.**  WELL, I WAS -- I'VE SEEN THIS DISPLAYED IN COURT.  I DON'T

23   THINK I SAW THIS BEFORE.

24   **Q.**  SO YOUR CONCLUSION -- YOUR CONCLUSION THAT HARMONY --

25   WELL, LET ME STEP BACK.

1    DOES IT MAKE ANY SENSE, ANY LOGICAL SENSE, THAT HARMONY

2    WAS STRIPPING OFF -- ARE YOU SAYING THAT HARMONY WAS STRIPPING

3    OFF APPLE FAIRPLAY AND LETTING THOSE SONGS FREE TO BE STOLEN?

4    **A.**  WHAT I'M SAYING IS BASED ON WHAT REAL ADVERTISED IN AND

5    WHAT REAL EXPLAINED TO THE USERS OF REALPLAY WITH HARMONY IS

6    THAT THEY COULD TRANSLATE FROM ONE DRM TO ANOTHER.  THAT MEANS

7    STRIP OFF ONE DRM AND ADD ANOTHER.  AND IN THAT PROCESS,

8    EXPOSING THOSE SONGS.  THEY'RE IN THE CLEAR, AND THEY CAN BE

9    STOLEN AT THAT POINT.

10   **Q.**  DID ANYBODY AT APPLE DURING THIS TIME MAKE THAT CLAIM,

11   THAT THEY WERE CONCERNED ABOUT THAT?  WASN'T THE ONLY CLAIM --

12   I'LL LEAVE IT AT THAT.

13       DID ANYBODY -- ARE YOU AWARE OF ANY DOCUMENT,

14   CONTEMPORANEOUS DOCUMENT, THAT MADE THAT CLAIM FROM APPLE AT

15   THAT TIME?

16       **MS. DUNN:**  OBJECTION, COMPOUND.

17       **THE COURT:**  OVERRULED.

18       **THE WITNESS:**  I MADE NO ATTEMPT TO EXAMINE THAT.  I

19   WAS -- MY PURPOSE WAS TO LOOK AT THE TECHNICAL DESCRIPTIONS

20   AND THE -- THE TECHNICAL INFORMATION TO SEE HOW THESE THINGS

21   WORKED, HOW -- IN THE CASE OF REALPLAYER, HOW IT SAID IT

22   WORKED ITSELF.  AND IN THE CASE OF -- OF THE APPLE PRODUCTS,

23   TO ACTUALLY LOOK AT THE CODE.

24   **BY MR. COUGHLIN:**

25   **Q.**  OKAY.  YOU WERE -- YOU SAID YOU HAD, YOU KNOW, READ THE

 1   DECLARATIONS OF MR. ROBBIN; IS THAT CORRECT?

 2   **A.**  CORRECT.

 3   **Q.**  AND HE STATED IN HIS DECLARATION THAT YOU'VE CITED IN YOUR

 4   REPORT, "I CAME TO UNDERSTAND THAT IN ESSENCE HARMONY

 5   ATTEMPTED TO MIMIC FAIRPLAY'S ENCRYPTION-DECRYPTION METHOD."

 6      DO YOU REMEMBER HIM SAYING THAT?

 7   **A.**  COULD YOU SHOW ME THE DOCUMENT, PLEASE, MR. COUGHLIN?

 8   **BY MR. COUGHLIN:**

 9   **Q.**  I DON'T KNOW IF WE HAVE IT ON THE SYSTEM.

10      EXHIBIT 930, PARAGRAPH 51.

11   **A.**  COULD I SEE A HARD COPY, PLEASE.

12   **Q.**  YEAH, WE WILL -- JUST AS SOON AS WE GET IT UP.

13          **THE COURT:**  NO, HE ASKED FOR A HARD COPY.  THERE

14   SHOULD BE ONE IN A BOOK.

15          **MR. COUGHLIN:**  (HANDING DOCUMENT.)

16          **THE WITNESS:**  THANK YOU.

17   **BY MR. COUGHLIN:**

18   **Q.**  I'M DIRECTING YOUR ATTENTION TO PARAGRAPH 51.

19             (EXHIBIT PUBLISHED TO JURY.)

20          **THE WITNESS:**  YES, I SEE THAT.

21   **BY MR. COUGHLIN:**

22   **Q.**  OKAY.  HE WASN'T COMPLAINING THERE THAT -- MY ONLY

23   QUESTION IS HE WASN'T COMPLAINING THERE -- HE WASN'T

24   COMPLAINING THERE THAT HARMONY WAS STRIPPING FAIRPLAY; IS THAT

25   CORRECT?

1    **A.**   WELL, IF YOU WANT ME TO ANSWER A QUESTION, THAT'S WHY I

2    ASKED FOR THE DOCUMENT IN THE FIRST PLACE.

3    **Q.**   OKAY.

4    **A.**   THANK YOU VERY MUCH.

5    **Q.**   KEEP IT.

6    **A.**   AND WOULD YOU REPEAT YOUR QUESTION, PLEASE?

7    **BY MR. COUGHLIN:**

8    **Q.**   HE WASN'T -- HE WASN'T COMPLAINING IN THAT PARAGRAPH THAT

9    HARMONY -- THAT REALNETWORKS' HARMONY WAS STRIPPING OFF

10   FAIRPLAY DRM TO SET THOSE SONGS FREE, WAS HE?  HE WAS SAYING

11   THAT THEY WERE PUTTING THEM INTO THE IPOD.

12   **A.**   THIS IS DISCUSSING HARMONY'S ATTEMPT TO MIMIC FAIRPLAY'S

13   ENCRYPTION-DECRYPTION METHOD ON THE IPOD SO THAT THEY -- THE

14   MUSIC WOULD APPEAR TO BE PROTECTED BY FAIRPLAY.  THAT --

15   THAT'S WHAT THIS IS DISCUSSING.

16   **Q.**   WELL, YOU KNEW REALNETWORKS HAD AN ITUNES -- LIKE A --

17   THAT THEY HAD THEIR OWN MUSIC STORE; IS THAT RIGHT?

18   **A.**   CORRECT.

19   **Q.**   OKAY.  AND THAT THEY WANTED TO SELL THEIR MUSIC TO

20   CUSTOMERS, CORRECT?

21   **A.**   WELL, I ASSUME THEY DID.  I --

22   **Q.**   OKAY.  AND THEY WANTED THAT MUSIC TO PLAY ON AS MANY

23   DEVICES AS POSSIBLE, RIGHT?

24   **A.**   WELL, THEY ADVERTISED THAT IT -- IT WOULD PLAY ON HUNDREDS

25   OF DEVICES.  I DON'T KNOW WHAT THEIR INTENT WAS.  THAT -- I'M

1    A TECHNICAL EXPERT.  I'M LOOKING AT THE -- THE TECHNICAL

2    INFORMATION TO DETERMINE WHAT IT CAN AND CAN'T DO.  I AM NOT

3    LOOKING TO SEE WHAT -- WHAT THE REAL PEOPLE WERE INTENDING.

4    **Q.**  OKAY.  AND THEN YOU TESTIFIED THAT YOU THOUGHT THAT

5    THERE -- THAT HARMONY COULD STRIP OFF APPLE'S ITUNES FAIRPLAY

6    AND SET THAT SONG FREE; IS THAT RIGHT?

7    **A.**  WELL, MR. COUGHLIN, I THINK YOU KEEP MISCHARACTERIZING

8    WHAT I SAID.  PERHAPS YOU DIDN'T UNDERSTAND.

9        WHAT I SAID WAS IT REMOVES ONE DRM PROTECTION, AND AS IT

10   DISCUSSES IN THE HARMONY DOCUMENTATION THAT I WAS DESCRIBING,

11   IT ADDS ANOTHER.

12   **Q.**  AND YOU -- SO IT'S ALWAYS PROTECTED?

13   **A.**  NO, IT'S NOT ALWAYS PROTECTED.  IT IS PROTECTED WHEN IT

14   HAS FAIRPLAY ON IT.  IT IS EXPOSED WHEN FAIRPLAY IS REMOVED.

15   AND THAT'S A VULNERABILITY.  AND THEN IF THE -- ANOTHER LIKE

16   HELIX IS ADDED TO IT, THEN IT'S PROTECTED AGAIN AFTER HELIX IS

17   ADDED.

18   **Q.**  BUT YOU DON'T KNOW HOW THE HOW IT ACTUALLY WORKED, RIGHT?

19   YOU DIDN'T -- YOU DON'T KNOW IF IT ENCRYPTED -- ENCRYPTED IN

20   CHUNKS, IN OTHER WORDS, REMOVED PART OF IT, PART OF THE

21   FAIRPLAY DRM, REMOVED ANOTHER PART?  DO YOU KNOW HOW IT WAS

22   DONE?

23   **A.**  I -- I DON'T KNOW THE PRECISE DETAILS ABOUT HOW IT'S DONE.

24   I DID NOT HAVE ACCESS TO THE SOURCE CODE.  BUT IT DOESN'T

25   MATTER IF IT'S DONE ALL IN ONE OR IT'S DONE IN CHUNKS.  IT

1   NECESSARILY -- TO TAKE -- TO TRANSLATE DRM, THERE HAS TO BE A

2   POINT WHERE THE SONG IS IN THE CLEAR.  AND THAT MAY BE CHUNK

3   BY CHUNK OR IT MAY BE THE WHOLE THING IN ONE GO.  THAT DOESN'T

4   MATTER.  IT'S STILL THE WHOLE SONG IS EXPOSED.

5   **Q.**  DOES IT MAKE ANY LOGICAL SENSE THAT THEY WOULD EXPOSE

6   SONGS TO BE LET FREE AND THEN HAVE TO COMPETE AGAINST THOSE

7   FREE SONGS?  DOES THAT MAKE ANY LOGICAL SENSE?

8   **A.**  THE PROBLEM IS WHEN YOU REMOVE ONE DRM, WHETHER OR NOT YOU

9   LIKE IT, THEIR SONG IS GOING TO BE EXPOSED.  NOW, IT -- I

10  DON'T KNOW THAT WHAT THEIR INTENT WAS.  I DON'T KNOW WHAT THEY

11  PLANNED FOR THIS.  BUT WHAT I CAN SAY IS THAT AS A MATTER OF

12  FACT, TECHNICALLY, THE SONG IS EXPOSED WHEN ONE DRM IS

13  STRIPPED OFF AND ANOTHER IS PUT ON.  THAT IS AN OPPORTUNITY

14  FOR HACKERS TO GET IN AND GET THAT MUSIC.

15  **Q.**  YOU UNDERSTOOD -- YOU -- YOU WERE HERE DURING THE

16  TESTIMONY, YOU UNDERSTOOD THAT RECORD LABELS WANTED APPLE TO

17  ALLOW THIS TO HAPPEN, CORRECT?

18  **A.**  YOU KNOW, I DIDN'T EXAMINE THOSE ISSUES AT ALL.  I HEARD

19  SOME TESTIMONY IN COURT.  I -- I DIDN'T EXAMINE THOSE ISSUES.

20  **Q.**  AREN'T THEY THE ONES THAT WOULD BE WORRIED ABOUT WHETHER

21  THIS CONTENT WAS BEING FREED UP FOR PIRACY?  WOULDN'T THEY BE

22  THE ONES?

23  **A.**  YOU KNOW, I'M -- WHAT MY UNDERSTANDING, FROM A TECHNICAL

24  POINT OF VIEW, IS WHAT CAN BE DONE.  WHETHER -- WHO THIS

25  CONCERNS, I'M SURE IT WOULD CONCERN APPLE.  I IMAGINE IT WOULD

1    ALSO CONCERN THE RECORD LABELS.

2    **Q.**  LET'S TAKE A LOOK AT EXHIBIT 0002.  MR. FARRUGIA'S REPORT.

3    **A.**  (REVIEWING DOCUMENT.)

4                     (EXHIBIT PUBLISHED TO JURY.)

5    **BY MR. COUGHLIN:**

6    **Q.**  AND I'D ASK YOU TO TURN TO PAGE 33.

7    **A.**  (REVIEWING DOCUMENT.)

8         YES, SIR.

9                     (EXHIBIT PUBLISHED TO JURY.)

10   **BY MR. COUGHLIN:**

11   **Q.**  YOU'VE SEEN THIS REPORT BEFORE, RIGHT?

12   **A.**  YES, I HAVE.

13   **Q.**  SO IT TALKS ABOUT -- HE TALKS ABOUT THE IMPROVEMENT OF THE

14   CURRENT SECURITY.  DO YOU SEE THAT?

15   **A.**  I DO.

16   **Q.**  OKAY.  AND IT SAYS, IF I GO TO THE SECOND SENTENCE, THE

17   INJECTION IS IN USE TO ADD DRM SONGS TO THE LIBRARY.

18        DO YOU SEE THAT?

19   **A.**  YES.

20   **Q.**  THE INJECTION USES THE MAN-IN-THE-MIDDLE ATTACK THAT

21   CREATES GENUINE DRM KEY MATERIAL.

22        DO YOU SEE THAT?

23   **A.**  I DO.

24   **Q.**  AND YOU KNOW HE WAS TALKING ABOUT REAL HERE, RIGHT?

25   **A.**  NO.  WHAT HE SAYS IN THE BEGINNING IS THE INTERNAL

```
 1    SECURITY VALIDATION PROCESS OF THE CURRENT IPOD SECURITY SHOWS

 2    THAT THE SECURITY ARCHITECTURE HAS SEVERAL FLAWS AND ONE OF

 3    THEM IS TO ALLOW INJECTION IN THE IPOD'S KEYBAG.

 4    Q.  OKAY.  AND THAT'S --

 5    A.  SO --

 6    Q.  -- THAT'S WHAT REAL WAS DOING, RIGHT?

 7    A.  THAT IS WHAT REAL WAS DOING, YES.

 8    Q.  AND LATER ON IN THE REPORT, MR. FARRUGIA ACTUALLY CITES TO

 9    THAT THAT WAS WHAT REAL WAS DOING, RIGHT?

10    A.  CAN YOU POINT ME TO A -- A --

11    Q.  I CAN.

12                    (SIMULTANEOUS COLLOQUY.)

13        THE WITNESS:  -- IN THE REPORT.

14    BY MR. COUGHLIN:

15    Q.  IT'S PAGE 80 OF 103.  I DON'T KNOW IF THAT'S THE PAGE THAT

16    IT'S IN THE ACTUAL EXHIBIT.  BUT THAT'S THE PAGE AT THE

17    BOTTOM.

18    A.  I THINK THOSE PAGES ACTUALLY LINE UP HERE.

19    Q.  OKAY.

20                    (EXHIBIT PUBLISHED TO JURY.)

21    BY MR. COUGHLIN:

22    Q.  IN THE SECOND SENTENCE, THIS KEY TRANSLATION CREATES A

23    WELL-KNOWN FLAW ALREADY EXPLOITED BY REAL TO DRM THEIR MUSIC

24    TO BE COMPATIBLE FOR THE IPOD IMPLEMENTATION OF FAIRPLAY.

25    A.  THAT'S CORRECT.  IT'S A -- AS HE SAYS HERE, IT'S A
```

1    WELL-KNOWN FLAW AND IT'S BEING EXPLOITED BY REAL.  CORRECT.

2    **Q.**  OKAY.  LET'S GO BACK TO --

3                    (PAUSE IN THE PROCEEDINGS.)

4    **BY MR. COUGHLIN:**

5    **Q.**  NOW, HERE -- HE DESCRIBES THIS, IF WE GO UP TO THE -- I

6    THINK IT'S THE THIRD SENTENCE, THE INJECTION USES THE

7    MAN-IN-THE-MIDDLE ATTACK THAT CREATES GENUINE DRM MATERIAL.

8        DID YOU CONSIDER THIS A MAN-IN-THE-MIDDLE ATTACK?

9    **A.**  (REVIEWING DOCUMENT.)

10       WELL, A MAN-IN-THE-MIDDLE ATTACK HAS GOT DIFFERENT

11   MEANINGS TO DIFFERENT PEOPLE, BUT I THINK THAT YOU CAN

12   CONSIDER THIS A MAN-IN-THE-MIDDLE ATTACK.

13   **Q.**  OKAY.  YOU DIDN'T USE THAT TERM IN YOUR REPORT, RIGHT?

14   **A.**  NO, I DIDN'T.

15   **Q.**  OKAY.  IF WE TAKE A LOOK AT THE LAST SENTENCE, THE KEY

16   MATERIAL.

17       THE KEY MATERIAL IS THEN INJECTED IN THE IPOD'S KEYBAG

18   THAT CAN NO LONGER BE IDENTIFIED AND CAN NO LONGER BE REMOVED

19   AS WELL.

20       DO YOU SEE THAT?

21   **A.**  CORRECT.  YES, I DO.

22   **Q.**  SO YOU UNDERSTOOD THAT IT WAS IN THERE, BUT IT COULDN'T BE

23   DETECTED AS CORRUPT OR ANYTHING ELSE?

24   **A.**  I DON'T UNDERSTAND THAT QUESTION.  WHAT -- WHAT HE'S

25   SAYING HERE IS THE -- THE -- YOU -- IF YOU INJECT FOREIGN

1    MATERIAL INTO THE KEYBAG, YOU CAN -- YOU CAN EXPLOIT THIS

2    WELL-KNOWN FLAW AND THE IPOD IS NOT ABLE TO RECOGNIZE THAT --

3    THAT THIS IS FOREIGN MATERIAL.  IT'S NOT ABLE TO RECOGNIZE

4    THAT THE KEYBAG HAS BEEN TAMPERED WITH.

5    **Q.**  OKAY.  YOU -- YOU'VE CONSIDERED TO MIMIC APPLE'S FAIRPLAY

6    DRM AS CONTAMINATION; IS THAT CORRECT?

7    **A.**  SOMETHING THAT BREAKS INTO THE KEYBAG IS TAMPERING WITH

8    THE KEYBAG.  AND TAMPERING WITH IT IS -- IS INTRODUCING

9    CONTAMINATION.

10   **Q.**  CAN'T A CUSTOMER DECIDE TO USE A THIRD-PARTY PLAYER ON

11   THEIR IPOD THAT THEY OWN?

12   **A.**  ABSOLUTELY.

13   **Q.**  OKAY.  AND YOU CONSIDER THAT BREAKING?

14   **A.**  NO.  IF THEY DO IT -- IF THEY USE A THIRD-PARTY PLAYER

15   AND -- AND THEY CAN DO THAT ON THE DESKTOP AND DO WHATEVER

16   THEY WANT WITH THAT.

17   **Q.**  OKAY.  LET'S TAKE A LOOK AT THE NEXT SENTENCE.

18      "SEVERAL CRYPTOGRAPHIC TECHNIQUES CAN STOP THE INJECTIONS

19   BUT CANNOT ELIMINATE THE INJECTED DRM MATERIAL OF THE

20   CONTAMINATED KEYBAG."

21      DO YOU SEE THAT?

22   **A.**  I DO.

23   **Q.**  OKAY.  AND THEN THE NEXT SENTENCE.

24      "THE ERADICATION INJECTION CAN ONLY BE DONE WITH

25   CONSTRAINT FOR THE USER EXPERIENCE AND IS NOT A DESCRIPTION

 1   AVAILABLE IN THIS PART OF THE DOCUMENT."

 2       DO YOU SEE THAT?

 3   **A.**   I DO.

 4   **Q.**   LET'S FLIP OVER TO THE NEXT PAGE, PAGE 34.

 5               (EXHIBIT PUBLISHED TO JURY.)

 6           **THE COURT:**  YOU MEAN GO BACK TO 34?  YOU WERE ON

 7   PAGE 80, WEREN'T YOU?

 8           **MR. COUGHLIN:**  WELL, ACTUALLY WE HAD GONE BACK TO

 9   PAGE 33 JUST A MOMENT GO.

10           **THE COURT:**  OKAY.  THANK YOU.

11       GO AHEAD.

12           **MR. COUGHLIN:**  NOW WE'RE AT 34.

13       IF WE GO DOWN TO THE BOTTOM OF THAT PAGE.

14               (EXHIBIT PUBLISHED TO JURY.)

15   **BY MR. COUGHLIN:**

16   **Q.**   THAT TALKS ABOUT THAT STOPPING THE INJECTION WILL APPLY

17   UPGRADE PROCESSES FOR EITHER THE ITUNES OR THE IPOD THAT

18   CONSEQUENTLY DOWNGRADE THE USER EXPERIENCE.

19       DO YOU SEE THAT?

20   **A.**   I DO.

21   **Q.**   DID YOU TALK TO MR. FARRUGIA ABOUT THAT?

22   **A.**   NO.

23               (OFF-THE-RECORD DISCUSSION.)

24               (PAUSE IN THE PROCEEDINGS.)

25           **MR. COUGHLIN:**  LET'S GO TO EXHIBIT 2394, IF WE MIGHT.

1          (EXHIBIT PUBLISHED TO JURY.)

2     **BY MR. COUGHLIN:**

3     **Q.**  THIS IS A DOCUMENT DATED JULY 13, 2006.

4     **A.**  (REVIEWING DOCUMENT.)

5     **Q.**  THIS IS A DOCUMENT ABOUT 7.0, JUST BEFORE 7.0 WAS

6     ACTIVATED IN THE FALL OF 2006.

7          HAVE YOU EXAMINED THIS DOCUMENT, DOCTOR?

8     **A.**  I DON'T RECOGNIZE THE DOCUMENT.

9     **Q.**  LET'S FLIP TO THE BACK --

10    **A.**  I DON'T BELIEVE THAT I HAVE SEEN IT BEFORE.

11    **Q.**  LET'S FLIP TO THE LAST PAGE.  AT THE TOP.

12               (EXHIBIT PUBLISHED TO JURY.)

13    **BY MR. COUGHLIN:**

14    **Q.**  ACCORDING TO THIS DOCUMENT ON THE PAGE BEFORE, THIS IS A

15    LIST OF THE TOP TEN ISSUES FROM SEPTEMBER 2005 THROUGH

16    FEBRUARY '06.  AND IF YOU LOOK AT THE LIST OF ISSUES THERE,

17    AND THEY GIVE A PERCENTAGE.

18         DO YOU SEE THAT?

19    **A.**  I DO.

20    **Q.**  DID YOU -- YOU DIDN'T EXAMINE THIS PART TO SEE IF -- YOU

21    HAD TALKED ABOUT THIRD-PARTY -- THIRD-PARTY PLAYERS CORRUPTING

22    THE IPOD, AND YOU HAD TALKED ABOUT CUSTOMER COMPLAINTS WITH

23    REAL AND WINAMP.

24         DID YOU EXAMINE SOMETHING LIKE THIS TO SEE WHAT THE

25    BREAKDOWN OF THE PROBLEMS WERE?

1    **A.**   NO.  I WAS INTERESTED IN -- IN THIRD-PARTY PROBLEMS THAT I

2    FULLY EXPECTED BASED ON THEIR NEED TO REVERSE-ENGINEER A

3    COMPLEX SYSTEM.

4    **Q.**   AND THEY DID NOT IDENTIFY HERE THAT THEY WERE HAVING ANY

5    PROBLEMS WITH THIRD-PARTY PLAYERS; IS THAT CORRECT?

6    **A.**   I HAVE NO IDEA.  I'D HAVE TO LOOK THROUGH THIS AND SEE.

7    **Q.**   OKAY.  IT'S NOT SOMETHING -- YOU DIDN'T EXAMINE THIS

8    DOCUMENT, RIGHT?

9    **A.**   RIGHT.

10   **Q.**   LET'S TAKE A LOOK AT -- IN EXAMINING -- IN EXAMINING THE

11   DOCUMENTS YOU EXAMINED, YOU SAID YOU LOOKED AT THIRD-PARTY

12   PLAYERS FOR CORRUPTION.  IS THAT BECAUSE YOU WANTED TO SEE WHY

13   SOMEBODY MIGHT PUT IN THE DATABASE VERIFICATION CODE?

14   **A.**   NO, NOT AT ALL.

15   **Q.**   WHY DID YOU EXAMINE THIRD PARTIES TO SEE IF THEY WERE,

16   QUOTE, CORRUPTING THE IPOD?

17   **A.**   WHAT I -- I WOULD HAVE BEEN ASTOUNDED IF ANY THIRD PARTY

18   WAS ABLE TO SUCCESSFULLY INTEROPERATE WITH THE -- WITH ITUNES

19   AND THE IPOD BECAUSE OF THE COMPLEXITY OF THE SYSTEM AND

20   BECAUSE OF -- OF THE COMPLEXITY OF FAIRPLAY AND ALL THE THINGS

21   THAT THEY WOULD HAVE TO HAVE GOT RIGHT, ALL OF THE ENCRYPTION

22   ALGORITHMS, ALL OF THE LAYOUTS, AND ALL OF THAT.

23        AND SO I LOOKED AT THESE THIRD PARTIES AS PART OF MY

24   INVESTIGATION TO VERIFY, IF YOU LIKE, OR CORROBORATE MY

25   OPINION THAT IT WOULD HAVE BEEN EXTREMELY DIFFICULT FOR A

1    THIRD PARTY TO INTEROPERATE WITH THE IPOD SUCCESSFULLY.

2    **Q.**  NOW, THE THIRD-PARTY PLAYERS THAT YOU EXAMINED, YOU KNEW

3    THAT MANY OF THEM HAD BEEN OPERATING ON THE IPOD SINCE THE

4    IPOD CAME OUT IN 2003, RIGHT?

5    **A.**  WELL, SOME OF THOSE PLAYERS WERE AROUND EARLY AND THEN

6    DISAPPEARED, AND OTHERS CAME IN LATE AND DISAPPEARED.  THESE

7    PLAYERS TENDED TO COME AND GO.

8    **Q.**  OKAY.  AND SO THEY -- THEY COULD HAVE BEEN -- IN YOUR

9    WORDS, THEY MAY HAVE BEEN CORRUPTING THE SYSTEM SINCE 2003 TO,

10   WHAT, ALMOST THREE YEARS TO 2006?

11   **A.**  I'M SORRY.  WHAT'S THE QUESTION?

12   **Q.**  WELL, THE DATABASE VERIFICATION CAME IN IN 2007, THE FALL

13   OF 2007, RIGHT?

14   **A.**  CORRECT.

15   **Q.**  APPLE CAME OUT WITH THE IPOD IN 2003, CORRECT?

16   **A.**  CORRECT.

17   **Q.**  OKAY.  AND YOU KNOW THAT SOME OF THESE PEOPLE WERE AROUND

18   THE WHOLE TIME, LIKE JRIVER, MEDIA CENTER?

19   **A.**  YES.

20   **Q.**  OKAY.  AND THAT FOR YEARS AND YEARS, THEY HAD ALLOWED

21   PEOPLE TO PUT -- THE USE THEIR PLAYER TO PLAY MP3, FREE SONGS,

22   DRM-FREE SONGS ON THE IPOD, RIGHT?

23   **A.**  THERE WERE SOME PLAYERS -- I -- I DON'T RECALL WHEN MEDIA

24   CENTER CAME IN.  I DO HAVE IT IN MY REPORT.  AND -- BUT THERE

25   WERE SOME PLAYERS THAT WERE ABLE TO PUT MP3 FILES ONTO THE

```
 1    IPOD.  NONE, AS FAR AS I COULD SEE, WITHOUT SOME CORRUPTION

 2    ISSUES.

 3    Q.  OKAY.  AND YOU -- YOU LISTED SOME OF THOSE CORRUPTION

 4    ISSUES IN THE BACK OF YOUR REPORT THAT YOU'D GOTTEN OFF THE

 5    WEB; IS THAT RIGHT?

 6    A.  CORRECT.  AND THOSE ARE THE ONES THAT THE -- THAT I GOT.

 7    AND ALSO AS I EXPLAINED, THERE WERE A NUMBER I SAW IN MY

 8    EXPERIMENTS.

 9    Q.  DID YOU THINK TO CALL JIM HILLEGASS OVER AT JRIVER AND

10    TALK TO HIM ABOUT HIS EXPERIENCE AND WHAT THIS DID TO HIS

11    COMPANY WHEN THEY KNOCKED HIM OFF THE IPOD?

12    A.  MY -- MY ASSIGNMENT HERE WAS TO LOOK AT THE TECHNICAL

13    FUNCTIONING OF THE IPOD AND ITUNES AND FAIRPLAY AND THE

14    THIRD-PARTY JUKEBOXES.  I WAS NOT TRYING TO FIND OUT WHAT --

15    WHY THERE WERE THIRD-PARTY PLAYERS OUT THERE OR -- OR WHAT

16    THEY WERE TRYING TO DO OR WHAT HAPPENED TO BUSINESSES.  THAT'S

17    NOT PART OF MY ASSIGNMENT HERE.

18    Q.  OKAY.  SO YOU DON'T KNOW WHAT HAPPENED TO HIS REVENUE OR

19    ANYTHING LIKE THAT WHEN THE DATABASE VERIFICATION WAS TURNED

20    ON?

21    A.  I DO NOT.

22    Q.  OKAY.  YOU WOULD AGREE THAT HE COULD NO LONGER USE A

23    THIRD-PARTY PLAYER ON THE IPOD, RIGHT?

24    A.  NO, I WOULD NOT AGREE WITH THAT.  AS I HAVE SAID, ANY IPOD

25    THAT WORKED WITH A THIRD-PARTY PLAYER THAT YOU HAD BEFORE THE
```

1    DATABASE VERIFICATION CAME OUT CONTINUED TO OPERATE IN THE

2    SAME.

3    Q.   THAT'S RIGHT.  THEY DIDN'T TAKE THE DATABASE VERIFICATION

4    AND SEND IT BACKWARDS, DID THEY?

5    A.   THEY DID NOT.

6    Q.   OKAY.

7    A.   THE DATABASE VERIFICATION WAS FOR NEW MODELS OF IPOD.

8    Q.   SO IT LOCKED THE THIRD-PARTY PLAYERS OUT OF THE NEW MODELS

9    GOING FORWARD?

10   A.   NO.  THAT'S NOT TRUE EITHER.

11        YOU CAN –– YOU CAN DO, AS I EXPLAINED ON DIRECT TESTIMONY,

12   YOU CAN BURN AND RIP ANY MUSIC YOU WANT INTO ANY OF THESE

13   MODELS OF IPOD, THOSE WITH THE DATABASE VERIFICATION AND THOSE

14   WITHOUT THE DATABASE VERIFICATION.

15   Q.   BUT YOU COULDN'T USE A THIRD-PARTY PLAYER JUST TO PLAY ON

16   THE IPOD AS YOU HAD BEEN ABLE TO DO FOR FOUR YEARS.

17   A.   THIRD-PARTY PLAYERS DON'T PLAY ON THE IPOD.  THEY NEVER

18   DID.  THEY NEVER COULD.

19   Q.   THEY ORGANIZED YOUR SONGS ON THE IPOD, AND YOU CAN USE

20   THEM TO DO THAT, CORRECT?

21   A.   CORRECT.  AND YOU COULD CONTINUE TO DO THAT.

22   Q.   OKAY.

23        YOU COULD CONTINUE TO –– IN THE NEW IPODS, YOU COULD

24   CONTINUE TO DO THAT?

25   A.   YES, YOU COULD.  YOU CAN CONTINUE TO ORGANIZE YOUR MUSIC

1    USING THOSE THIRD-PARTY PLAYERS.

2    **Q.** BUT YOU CAN'T PLAY THEM?

3    **A.** YOU CAN PLAY THEM ON THE DESKTOP, AND THEN YOU CAN –– YOU

4    CAN BURN AND RIP THEM, TRANSFER THEM TO –– ANYTHING THAT

5    DOESN'T HAVE DRM ON IT, YOU DON'T EVEN NEED TO BURN AND RIP.

6    ITUNES WILL FIND THAT MUSIC ON YOUR COMPUTER, ORGANIZE IT, AND

7    PUT IT ONTO THE IPOD.

8    **Q.** YEAH, YOU HAVE TO USE ITUNES.

9    **A.** THE IPOD IS DESIGNED TO BE USED WITH ITUNES.

10   **Q.** IF WE CAN TAKE A LOOK AT EXHIBIT 267.

11                  (EXHIBIT PUBLISHED TO JURY.)

12   **BY MR. COUGHLIN:**

13   **Q.** THIS IS AN EMAIL EXCHANGE BETWEEN STEVE JOBS AND JEFF

14   ROBBIN DATED NOVEMBER 16, 2005.

15   **A.** I'M SORRY. JUST ONE MOMENT, PLEASE.

16       (REVIEWING DOCUMENTS.)

17       YES, SIR, I HAVE IT HERE.

18   **Q.** AND IF YOU LOOK, LET'S GO DOWN TO THE ARTICLE.

19                  (EXHIBIT PUBLISHED TO JURY.)

20   **BY MR. COUGHLIN:**

21   **Q.** IF WE TAKE A LOOK AT THIS, IT SAYS THAT NAVIO IS SIGNING

22   UP COMPANIES LIKE SONY, BMG, AND FOX MUSIC TO ITS RIGHTS-BASED

23   MEDIA DISTRIBUTION.

24       DO YOU SEE THAT?

25   **A.** (REVIEWING DOCUMENT.)

1    I DO SEE THAT, YES.

2    **Q.**  OKAY.  AND IF WE GO TO THE BOTTOM WHERE "ROEVER

3    PREDICTS" –– THAT'S THE CEO OF NAVIO –– "PREDICTS, BEFORE

4    ADDING, 'THERE'S NOTHING APPLE CAN DO TO PREVENT THIS.  (LIKE

5    REALNETWORKS BEFORE IT....'")

6        AND GO OVER TO THE NEXT PAGE.

7            (EXHIBIT PUBLISHED TO JURY.)

8    **BY MR. COUGHLIN:**

9    **Q.**  REVERSE-ENGINEERED THE IPODS FAIRPLAY SOFTWARE SO THAT

10   NAVIO CAN DELIVER COPY-PROTECTED SONGS IN A FORMAT THAT WILL

11   PLAY ON THE DEVICE.

12       DID YOU SEE THAT?

13   **A.**  I SEE THAT, YES.

14   **Q.**  DID YOU EXAMINE THE INTERNAL DOCUMENTS AND THE TIMING?

15   LET'S GO BACK UP TO THE TOP AND SEE WHAT STEVE JOBS TELLS

16   JEFF.

17            (EXHIBIT PUBLISHED TO JURY.)

18   **BY MR. COUGHLIN:**

19   **Q.**  DID YOU EXAMINE THE TIMING AND THE INTERNAL DOCUMENTS AS

20   THE KEYBAG VERIFICATION CODE WAS COMING INTO EFFECT ABOUT HOW

21   IT CAME INTO EFFECT?

22   **A.**  YOU MEAN DOCUMENTS LIKE THIS?

23   **Q.**  YES.

24   **A.**  NO.  I LOOKED AT THE TECHNICAL DOCUMENTATION AND I LOOKED

25   AT THE CODE TO SEE WHAT ACTUALLY WAS DONE AND –– AND CERTAINLY

1   WHEN IT WAS DONE, BUT THESE COMMUNICATIONS I DIDN'T LOOK AT.

2                    (SIMULTANEOUS COLLOQUY.)

3           **THE WITNESS:**  NOT RELEVANT TO --

4   **BY MR. COUGHLIN:**

5   **Q.**  YOU TALKED TO MR. ROBBIN, DIDN'T YOU, AND YOU TALKED TO

6   MR. FARRUGIA?

7   **A.**  I DON'T REMEMBER TALKING TO MR. ROBBIN ABOUT THIS.  I

8   TALKED TO MR. FARRUGIA, MR. FASOLI, AND MR. HELLER.

9   **Q.**  OKAY.  LET'S TAKE A LOOK AT EXHIBIT 269.

10                   (EXHIBIT PUBLISHED TO JURY.)

11  **BY MR. COUGHLIN:**

12  **Q.**  IF WE TAKE A LOOK AT -- UP HERE AT THE TOP, THIS IS AN

13  INSTANT MESSAGE BETWEEN JEFF ROBBIN ON THE LEFT AND AUGUSTIN

14  FARRUGIA ON THE RIGHT.

15      DID YOU TAKE A LOOK AT DOCUMENTS LIKE THIS WHEN HE SAYS

16  "LOCK DOWN THE KEYBAG," DID YOU SEARCH FOR DOCUMENTS LIKE

17  THAT?

18  **A.**  NO, I DIDN'T.

19  **Q.**  OKAY.

20  **A.**  I'M INTERESTED IN THE TECHNICAL DETAILS, WHAT WAS ACTUALLY

21  DONE, WHAT THE SOURCE CODE SAYS, WHAT THE FIRMWARE SAYS.  THAT

22  WAS MY ASSIGNMENT.

23  **Q.**  LET'S LOOK AT EXHIBIT 2776.

24                   (EXHIBIT PUBLISHED TO JURY.)

25

1    **BY MR. COUGHLIN:**

2    **Q.**   THIS IS AS NOVEMBER 27TH -- WELL, NOVEMBER 24TH, FIRST OF

3    ALL, 2005, EMAIL FROM MR. FARRUGIA TO MR. ROBBIN, DOWN AT THE

4    BOTTOM STARTS OFF THE SEQUENCE.

5        AND IT TALKS ABOUT A DESCRIPTION.

6        AND WE FLIP TO THE NEXT PAGE.

7                    (EXHIBIT PUBLISHED TO JURY.)

8    **BY MR. COUGHLIN:**

9    **Q.**   IF WE LOOK AT THE FIRST SECTION THERE.

10        THE CURRENT SECURITY HAS SEVERAL FLAWS, AND ONE OF THEM

11    ALLOWS THE INJECTION INTO THE KEYBAG WITHOUT THE CONTROL OF

12    THE IPOD ACCOUNT KEY MANAGER.

13        DO YOU SEE THAT?

14    **A.**   I DO, YEAH.   THIS IS SIMILAR TO THE WORDS IN THE

15    FAIRPLAY --

16    **Q.**   RIGHT.

17    **A.**   -- REDESIGN DOCUMENT.

18    **Q.**   RIGHT.

19        IS THIS WHERE THAT -- IS THIS THE INFORMATION THAT GOT

20    INTO THAT DOCUMENT; DO YOU KNOW?   DID YOU TALK TO MR. FARRUGIA

21    IF THIS WAS THE FIRST TIME THAT HE TALKED ABOUT LOCKING DOWN

22    THE KEYBAG?

23    **A.**   NO.   THIS --

24    **Q.**   DID YOU LOOK AT THIS DOCUMENT?

25    **A.**   DOES HE TALK ABOUT LOCKING DOWN THE KEYBAG IN THIS --

1    **Q.**  NO.  THAT WAS THE INSTANT MESSAGE.

2                    (SIMULTANEOUS COLLOQUY.)

3           **THE WITNESS:**  THAT'S WHAT I THOUGHT.

4    **BY MR. COUGHLIN:**

5    **Q.**  -- COUPLE OF DAYS BEFORE.

6         DID YOU LOOK AT THIS TECHNICAL DOCUMENT?

7    **A.**  THIS IS NOT A TECHNICAL DOCUMENT.  THIS IS AN EMAIL

8    EXCHANGE.  THE INFORMATION THAT IS RELEVANT TO THE DESIGN OF

9    FAIRPLAY IS IN THE FAIRPLAY DESIGN DOCUMENTS.  THIS IS NOT A

10   DESIGN DOCUMENT.

11   **Q.**  WELL, THIS IS WHERE HE DESCRIBES THE TWO DIFFERENT

12   SOLUTIONS.  YOU'RE FAMILIAR WITH THIS DOCUMENT, RIGHT?

13   **A.**  YES, I'VE SEEN THIS DOCUMENT.

14   **Q.**  OKAY.  AND YOU'VE READ IT AND EXAMINED IT, RIGHT?

15   **A.**  I -- I DON'T KNOW THAT I HAVE EXAMINED THIS DOCUMENT.

16   WHAT I WAS LOOKING AT WAS THE FAIRPLAY NEXT GENERATION, AND

17   MORE IMPORTANT, WHAT'S IN THE SOURCE CODE, WHAT THE SOURCE

18   CODE ACTUALLY SAYS HAPPENED, WHAT WAS IMPLEMENTED.  NOT

19   PROPOSALS.

20                    (PAUSE IN THE PROCEEDINGS.)

21   **BY MR. COUGHLIN:**

22   **Q.**  DID YOU TRY TO DO ANY EXAMINATION OF -- YOU TRIED TO DO AN

23   EXAMINATION HOW REALNETWORKS' HARMONY WORKED; IS THAT RIGHT?

24   **A.**  CORRECT.

25   **Q.**  DID YOU TRY TO DO ANY INVESTIGATION INTO NAVIO?

1    **A.**  NO.  I -- I DON'T -- I'M NOT SURE THERE EVEN WAS A NAVIO.

2    **Q.**  WELL, LET'S TAKE A LOOK AT EXHIBIT 333.

3              (EXHIBIT PUBLISHED TO JURY.)

4          **THE WITNESS:**  (REVIEWING DOCUMENT.)

5    **BY MR. COUGHLIN:**

6    **Q.**  YOU'VE SEEN THIS EMAIL, CORRECT?

7    **A.**  (REVIEWING DOCUMENT.)

8        WELL, I -- I SAW THIS EMAIL IN COURT.  I HADN'T SEEN IT

9    BEFORE.

10   **Q.**  OKAY.  YOU UNDERSTAND THAT NAVIO WOULD NOT BE ABLE TO

11   UNLOCK THE IPOD ONCE THE KVC WAS IMPLEMENTED, CORRECT?

12   **A.**  I DON'T KNOW THAT NAVIO EVER UNLOCKED THE KEYBAG.  I SAW

13   NO EVIDENCE THAT -- THAT NAVIO HAD A PRODUCT THAT EXISTED.

14   **Q.**  BUT THE BUSINESS MODEL OF INJECTING, INTO THE KEYBAG, DRM

15   MATERIAL WOULD NO LONGER WORK FROM A THIRD PARTY AFTER THE KVC

16   WAS ACTIVATED, CORRECT?

17   **A.**  I DON'T KNOW WHAT YOU MEAN BY A BUSINESS MODEL.  THE --

18   THE KEYBAG INTEGRITY CHECK WAS INTENDED TO DETECT TAMPERING

19   WITH THE KEYBAG.  IT WAS INTENDED TO DETECT TAMPERING AND

20   CORRUPTION, AND IT DID THAT.

21   **Q.**  DID YOU TAKE A LOOK AT EXHIBIT 375 TO SEE THE IMPACT OR

22   EFFECT THAT THE KVC HAD ON REALNETWORKS?

23   **A.**  (REVIEWING DOCUMENT.)

24   **Q.**  THIS IS A DOCUMENT DATED OCTOBER 23RD, 2006.  WHAT WAS THE

25   DATE THE KVC WAS ACTIVATED?

1    **A.**   (REVIEWING DOCUMENT.)

2         IT WAS IN -- IN SEPTEMBER OF 2006.

3    **Q.**   SO THIS WAS SHORTLY AFTER THAT?

4    **A.**   CORRECT.

5    **Q.**   AND THIS IS FROM AUGUSTIN TO GUY AND TONY.  DO YOU KNOW

6    WHO GUY AND TONY ARE?  TONY FADELL?

7    **A.**   THEY'RE -- THEY'RE ENGINEERS.  WELL, ACTUALLY, I'M NOT

8    SURE.  I DON'T RECALL.  I -- I BELIEVE THAT GUY -- OR GUY,

9    MAYBE IS THE WAY HE PRONOUNCES HIS NAME, IS AN ENGINEER, BUT

10   I'M NOT CERTAIN.

11   **Q.**   LET'S TAKE A LOOK AT THE NEXT PAGE.

12                    (EXHIBIT PUBLISHED TO JURY.)

13   **BY MR. COUGHLIN:**

14   **Q.**   YOU EXAMINED THE DIFFERENT TIMES DURING, I GUESS, THE

15   HISTORY OF REAL'S HARMONY OPERATING ON THE IPOD; IS THAT

16   CORRECT?  DIFFERENT TIME PERIODS?

17   **A.**   I HAD SEVERAL VERSIONS OF REALPLAYER WITH HARMONY.  SOME

18   DATING BEFORE 4.7 AND SOME DATING AFTER 4.7.  THAT'S WHAT I

19   LOOKED AT.

20   **Q.**   RIGHT.  AND YOU KNEW THAT IN THE -- IN THE SUMMER OF 2004

21   WAS THE FIRST TIME THAT REALNETWORKS' HARMONY WAS TRANSLATING

22   FAIRPLAY DRM AND WAS ABLE TO GET ONTO THE IPOD FOR ABOUT THREE

23   OR FOUR MONTHS BEFORE BEING KNOCKED OFF BY 4.7?

24   **A.**   WELL, AGAIN, THE REALPLAYER WITH HARMONY, I HAD VERSIONS

25   OF THAT THAT WERE ABOUT IN THE SUMMER BEFORE 4.7, THAT IS

KELLY – CROSS / COUGHLIN

1    CORRECT.

2    **Q.**  OKAY.

3    **A.**  AND THEN THERE WERE OTHER -- THE VERSION THAT CAME OUT

4    AFTER 4.7 WAS ABOUT SIX MONTHS LATER.

5    **Q.**  RIGHT.  AND YOU KNEW THEN -- YOU HAD ANOTHER VERSION WHERE

6    HARMONY WAS ABLE TO OPERATE ON THE IPOD STARTING IN, I THINK

7    IT WAS APRIL 2006; IS THAT CORRECT?

8    **A.**  CORRECT.

9    **Q.**  AND IT OPERATED ALL THE WAY UNTIL THE KVC WAS TURNED ON IN

10   SEPTEMBER 2006; IS THAT CORRECT?

11   **A.**  IT CONTINUED TO OPERATE.  IT DIDN'T STOP OPERATING.

12   THAT'S SOMETHING THAT -- THAT I DON'T THINK IS CLEAR HERE.  IF

13   REALPLAYER WITH HARMONY WAS SUCCESSFULLY TRANSFERRING SONGS TO

14   YOUR IPOD, IT CONTINUED TO DO THAT.  7.0, 7.4 DIDN'T STOP THAT

15   ON AN IPOD THAT YOU HAD USED TO TRANSFER MUSIC.

16       IT'S ONLY NEW IPODS.  AND EVEN THEN, IT DOESN'T STOP IT.

17   YOU JUST HAVE TO BURN AND RIP YOUR MUSIC INTO ITUNES TO GET IT

18   ONTO THE NEW IPOD.

19   **Q.**  DOCTOR, YOU KNOW THAT THIS CASE IS ABOUT THE NEW IPODS

20   THAT WERE BEING ISSUED WITH THE KVC; THAT'S WHAT THIS WHOLE

21   CASE IS ABOUT?

22   **A.**  I UNDERSTAND THAT THE PLAINTIFF IS CLAIMING DAMAGES FOR

23   THOSE.  BUT WHEN YOU SAY THAT -- THAT REALPLAYER STOPPED

24   WORKING, I WANT THE JURY TO UNDERSTAND THAT THAT IS ONLY FOR

25   NEW IPODS WHERE IT NEVER WORKED IN THE FIRST PLACE.

1    Q.   RIGHT.   IT ONLY --

2    A.   ANY ONE WHERE IT WORKED, ANY IPOD THAT HAD BEEN USED WITH

3    REALPLAYER CONTINUED TO WORK.   AND EVEN THE NEW IPODS WOULD

4    WORK WITH REALPLAYER MUSIC.   YOU JUST HAVE TO PUT THEM ON

5    THROUGH A -- A BURN AND RIP.

6    Q.   YOU COULD --

7    A.   WHICH LOTS OF PEOPLE HAD BEEN DOING FOR MANY YEARS AND

8    CONTINUED TO DO.

9    Q.   OKAY.   YOU COULDN'T USE IT THE WAY YOU'D USED IT BEFORE.

10   IF YOU HAD ONE THAT WAS WORKING WITH THE 4.7 -- WELL, IT WOULD

11   BE 6.0 ON, WHAT WAS IT, SEPTEMBER?   WHAT WAS THE DATE IT WAS

12   ACTIVATED, THE KVC?

13   A.   IN SEPTEMBER OF 2006.

14   Q.   SEPTEMBER 12TH?

15   A.   I DON'T REMEMBER THE EXACT DATE.

16   Q.   OKAY.   SO IF ON SEPTEMBER 11TH, YOU HAD AN IPOD WAS

17   OPERATING ON 6.0, AND YOU WERE USING REALPLAYER AND THAT YOU

18   COULD JUST CARRY IT AROUND AND PLAY YOUR MUSIC, AND THEN YOU

19   WENT OUT AND BOUGHT A NEW NANO, LET'S SAY, A SECOND

20   GENERATION, WOULD YOU BE ABLE TO USE THAT IN THE SAME MANNER?

21   OR DID YOU HAVE TO BURN AND RIP TO KEEP YOUR -- KEEP USING

22   HARMONY?

23   A.   IF YOU WANTED TO TRANSFER YOUR HARMONY MUSIC TO THE NEW

24   IPOD, YOU WOULD BURN AND RIP.

25   Q.   OKAY.

```
 1              THE COURT:  SO THREE MINUTES.

 2              MR. COUGHLIN:  THIS WOULD BE A GOOD TIME, YOUR HONOR.

 3              THE COURT:  OKAY.  ALL RIGHT, LADIES AND GENTLEMEN,

 4      WE'LL TAKE OUR SECOND BREAK OF THE DAY.

 5          AGAIN, DON'T LEAVE THE BUILDING.  OKAY?  SO 15 MINUTES.

 6      SEE YOU BACK HERE ABOUT NOON.

 7          (THE FOLLOWING PROCEEDINGS WERE HEARD OUT OF THE PRESENCE

 8      OF THE JURY:)

 9              THE COURT:  OKAY.  THE RECORD WILL REFLECT THE JURY

10      IS GONE.

11          SO JUST A COUPLE OF NOTES FOR EVERYBODY.

12          I WILL DOUBLE-CHECK --

13          YOU CAN BE SEATED IF YOU'D LIKE.

14          I WILL DOUBLE-CHECK WHAT WILL HAPPEN IN TERMS OF ACCESS TO

15      THE BUILDING.  BUT WHEN WE FINISH HERE AT 1:30, I'M NOT TAKING

16      ANY ARGUMENT, I'M CLOSING THE COURT DOWN IMMEDIATELY.  SO

17      PLEASE BE READY TO LEAVE.

18          THE STAFF HAVE THEIR HOLIDAY PARTY.  THEY'VE ALREADY --

19      THEY'RE ALREADY MISSING IT.  IT STARTS AT NOON.  SO THEY'RE

20      GOING TO ONLY GET 30 MINUTES.  SO I'M GOING TO CLOSE THIS DOWN

21      AND THEY'RE GOING TO GET THEIR 30 MINUTES.  WE CAN'T DO THAT

22      UNTIL YOU LEAVE THE COURTROOM.  SO BE PREPARED TO LEAVE

23      QUICKLY.

24          THEN I HAVE MY CRIMINAL CALENDAR AT 2:00.  SO IF WE NEED

25      TO TALK, IT WON'T BE -- WE WON'T BE ABLE TO DISCUSS THINGS ON
```

1    THE RECORD UNTIL 3:00 O'CLOCK AT THE EARLIEST.

2        SO IT'S NOT CLEAR TO ME THAT WE HAVE REALLY ANYTHING MAJOR

3    TO TALK ABOUT, DO WE?  I MEAN, AT THIS POINT?  IF NOT, THEN

4    WE'LL JUST PLAN ON, YOU KNOW, IF WE HAVE TO MEET EARLY

5    TOMORROW, WE COULD MEET EARLY TOMORROW.

6            **MR. ISAACSON:**  YEAH, I'M NOT AWARE OF ANY REASON TO

7    COME BACK AT 3:00 O'CLOCK.

8            **MS. SWEENEY:**  NOR ARE PLAINTIFFS, YOUR HONOR.

9            **THE COURT:**  OKAY.  SO THAT WILL BE THE PLAN FOR

10   TODAY.  OKAY?

11       SO TAKE YOUR BREAK AND WE'LL SEE YOU BACK HERE AT NOON.

12   THANK YOU.

13               (RECESS TAKEN AT 11:45 A.M.)

14

15

16               (CONTINUED NEXT PAGE; NOTHING OMITTED.)

17

18

19

20

21

22

23

24

25

```
 1        (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

 2            THE CLERK:  REMAIN SEATED.  COURT IS IN SESSION.

 3   COME TO ORDER.

 4            THE COURT:  OKAY.  FRANCES, LET'S GET THEM.

 5        (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

 6            THE COURT:  OKAY.  WE ARE BACK ON THE RECORD.  THE

 7   RECORD WILL REFLECT THAT THE JURY IS BACK WITH US.

 8        SO, IS IT ALL GONE OR DO YOU HAVE SOME FOR TOMORROW?

 9        YOU STILL HAVE A LITTLE MORE?  ANYBODY DIG INTO THE

10   ORANGES YET?

11        OKAY.  GOOD.

12        OKAY.  MR. COUGHLIN, YOU MAY PROCEED.

13   BY MR. COUGHLIN:

14   Q.  IF I CAN GET BACK TO YOUR REPORT, WHICH IS EXHIBIT 934,

15   DR. KELLY?

16                (EXHIBIT DISPLAYED TO JURY.)

17   A.  YES, SIR.

18   Q.  AND I WOULD LIKE YOU TO GO TO PAGE 36, AND THE FIRST

19   PARAGRAPH.

20   A.  YES, SIR.

21   Q.  NOW, IT SAYS:

22            AFTER MODIFYING THE INTEGRITY VALUE, THE FAIRPLAY

23            PROTECTED SONGS ON THE IPODS DO NOT PLAY."

24        THAT'S A SITUATION WHERE THERE -- IN YOUR WORDS, THERE'S

25   BEEN TAMPERING OR -- OR A DRM SONG FROM HARMONY HAS BEEN
```

KELLY – CROSS / COUGHLIN

1   ADDED; IS THAT RIGHT?

2   **A.**   JUST LET ME CHECK THE CONTEXT HERE, PLEASE.

3   **Q.**   SURE.

4       IT'S AN EXPERIMENT THAT YOU DID, RIGHT?

5   **A.**   YES.   THIS WAS AN EXPERIMENT TO EXAMINE -- THIS IS -- THIS

6   IS ALL APPLE ITUNES SONGS, SOME DRM-PROTECTED,

7   FAIRPLAY-PROTECTED, SOME NOT, PUT ON THESE VARIOUS MODELS OF

8   IPODS TO VERIFY WHETHER OR NOT THE -- THE KEYBAG INTEGRITY

9   CHECK WAS -- WAS ENABLED ON THE IPODS.

10  **Q.**   AND YOU TRANSPOSED TWO BITES OF THE INTEGRITY VALUE JUST

11  TO CHECK AND SEE IF THE KEYBAG -- KEYBAG -- THE KVC WAS

12  WORKING?

13  **A.**   WELL, THAT WAS TO DETERMINE.

14      AS I MENTIONED EARLIER, THE KEYBAG INTEGRITY CHECK WAS

15  INCLUDED IN ITUNES 7, BUT IT'S NOT INCLUDED ON ALL THE IPOD

16  MODELS.   SO THE OLDER IPOD MODELS DIDN'T HAVE THAT FEATURE.

17      SO, WHAT I DID WAS MAKE THE CHANGE SO THAT THE INTEGRITY

18  VALUE, IF IT WAS COMPUTED, WOULD NOT MATCH.   IT HAD NO EFFECT

19  ON SOME AND IT DID AFFECT THE ONE -- THE LATER MODELS.

20  **Q.**   SO THE EARLIER MODELS, IS IT YOUR TESTIMONY AND YOUR

21  OPINION THAT THE KVC WAS PUT IN TO PREVENT CORRUPTION?

22  **A.**   TO PREVENT TAMPERING WITH THE KEYBAG, YES.

23  **Q.**   IS -- CAN SOMEBODY TAMPER WITH IT FOR SAY A NONMALICIOUS

24  REASON?

25  **A.**   WELL, I MEAN TAMPERING IS TAMPERING.   TAMPERING IS

KELLY – CROSS / COUGHLIN

1    EXPLOITING A SECURITY FLAW.

2        IT'S POSSIBLE THAT YOU DO THAT WITH THE BEST POSSIBLE

3    INTENTIONS.  AND IT'S POSSIBLE THAT YOU EXPLOIT THE SECURITY

4    FLAW WITH -- WITH NOBLE INTENT.  BUT THE PROBLEM IS THAT YOU

5    ARE EXPOSING THE FLAW AND THEN THAT INFORMATION GETS OUT AND

6    THEN OTHER -- OTHER HACKERS WITHOUT MAYBE SUCH NOBLE INTENT

7    CAN TAKE ADVANTAGE OF THAT.

8    **Q.**  SO THERE ARE APPROXIMATELY 90 MILLION IPODS THAT WERE NOT

9    AFFECTED BY THE KVC; IS THAT CORRECT?

10   **A.**  I DON'T -- I DON'T KNOW WHAT THE COUNT IS, BUT ALL OF THE

11   IPODS THAT -- THAT PRECEDED THE NANO SECOND GENERATION AND THE

12   IPOD CLASSIC 6 GENERATION AND THE IPOD TOUCH, AND ALL OF THE

13   SHUFFLES WERE UNAFFECTED.

14   **Q.**  RIGHT.  THEY DIDN'T DO ANYTHING TO QUOTE "THE CORRUPTION"

15   GOING BACK THROUGH ALL THOSE MODELS; IS THAT CORRECT?

16   **A.**  THAT -- THAT -- THERE WAS NO CHECK -- THERE WAS NO KEYBAG

17   INTEGRITY CHECK ON THOSE EARLIER MODELS.

18   **Q.**  AND AFTER -- YOU SAY HERE, "AFTER MODIFYING THE INTEGRITY

19   VALUE, THE FAIRPLAY PROTECTED SONGS ON THE IPODS DID NOT

20   PLAY."

21       THOSE ARE ITUNE SONGS NOT BEING ABLE TO PLAY ON AN IPOD,

22   RIGHT?

23   **A.**  CORRECT.

24   **Q.**  AND YOU HAD DONE -- YOU HAD TRANSPOSED TWO BITES TO TAMPER

25   WITH THE KEYBAG; IS THAT RIGHT?

1    **A.**   CORRECT.

2    **Q.**   OKAY.  AND THEN --

3    **A.**   AND BEAR IN MIND, AS I SAID, IT'S THE CORRUPTION.  IT MAY

4    HAVE HAPPENED BECAUSE OF A COMMUNICATION FAILURE, IT MAY HAVE

5    HAPPENED FOR -- FOR BECAUSE OF A BUG, BUT THE FACT IS THE

6    INTEGRITY CHECK DID NOT MATCH.

7    **Q.**   OKAY.

8        AND YOU HAVE A FOOTNOTE 61, AND IT SAYS:

9            "THE IPOD DELETES THE KEYBAG BECAUSE ANY SUBSEQUENT

10           CHECK OF THE KEYBAG VERIFICATION CODE WOULD FAIL."

11       DO YOU SEE THAT?

12   **A.**   "WOULD ALSO FAIL".  CORRECT.

13   **Q.**   SO ANY DRM SONGS THAT WERE IN THAT KEYBAG WOULD BE GONE,

14   WHETHER THEY WERE FROM -- WHETHER THEY WERE FROM ITUNES, OR

15   REALNETWORKS, OR ANYWHERE, ANY DRM SONGS WOULD FAIL.

16   **A.**   OKAY.  WHAT YOU -- THAT -- THAT QUESTION IS -- IS

17   INCORRECT.  THAT IS SIMPLY NOT WHAT HAPPENS.

18   **Q.**   OKAY.  WELL --

19               (SIMULTANEOUS COLLOQUY.)

20       **THE WITNESS:**  THERE ARE SONGS THAT ARE ON THE IPOD

21   ARE STILL THERE.

22   **BY MR. COUGHLIN:**

23   **Q.**   THEY ARE SITTING THERE?

24   **A.**   THEY ARE SITTING THERE.

25   **Q.**   YOU CAN'T PLAY THEM?

KELLY – CROSS / COUGHLIN

1    **A.**   CORRECT.

2    **Q.**   IT'S LIKE A PAPER WEIGHT.  NOW MY IPOD IS A PAPER WEIGHT.

3    I CAN'T DO ANYTHING WITH IT, RIGHT?

4    **A.**   NO, THAT'S NOT TRUE.

5    **Q.**   YOU CAN'T PLAY THE SONGS THAT ARE DRMED, RIGHT?

6    **A.**   IN THE CURRENT STATE, YOU CAN -- YOU HAVE ALL THE SONGS

7    THERE.  YOU CANNOT PLAY THEM.  IT WILL SKIP OVER THEM.  YOU

8    CAN PLAY ANY NONDRM SONGS.  BUT AS SOON AS YOU CONNECT IT BACK

9    UP TO ITUNES AND THE KEYBAG IS REPLACED BY ITUNES, IT

10   CONTINUES TO WORK.

11   **Q.**   RIGHT.

12       BUT WHEN THE KEYBAG IS CONNECTED BACK UP TO ITUNES, THE

13   IPOD DELETES THE KEYBAG BECAUSE ANY SUBSEQUENT CHECK -- THESE

14   ARE YOUR WORDS -- OF THE KEYBAG VERIFICATION CODE WILL FAIL.

15       SO ALL YOUR DRM SONGS NOW FROM HARMONY ARE GONE.

16   **A.**   NOT TRUE.

17   **Q.**   IT IS TRUE, DOCTOR.  FROM YOUR IPOD THEY ARE GONE.

18   **A.**   NO.  THEY ARE ON THE IPOD.  NOTHING HAS HAPPENED TO THAT.

19   THAT'S THE THING THAT I DON'T THINK YOU UNDERSTAND.  I SAY

20   WITH --

21   **Q.**   DR. KELLY?

22                   (SIMULTANEOUS COLLOQUY.)

23   **A.**   THESE FILES ARE THERE.

24   **Q.**   DR. KELLY, JUST ANSWER MY QUESTION, PLEASE, WHEN I ASK

25   THEM, OKAY?

KELLY – CROSS / COUGHLIN

1    LET'S TAKE A LOOK AT EXHIBIT 2354.  LET'S TAKE A LOOK AT

2    2354 AT PAGE 9.

3              (EXHIBIT DISPLAYED ON SCREEN TO JURY.)

4    AND GO DOWN TO AMAZON'S MUSIC PLAY.

5    **A.**  I AM SORRY, WHICH PAGE?

6    **Q.**  PAGE 9.

7    **A.**  PAGE 9.

8    **Q.**  PAGE 9 OF 26.

9    WHEN YOU DID YOUR EXAMINATION OF THE DATABASE VERIFICATION

10   CODE, DID YOU ALSO -- AND YOU SAID YOU LOOKED AT THIRD-PARTY

11   PLAYERS, LIKE THERE'S A NUMBER OF DIGITAL JUKEBOXES.

12   YOU UNDERSTAND THAT IS WHAT I MEAN BY THIRD-PARTY PLAYERS?

13   **A.**  I DO.

14   **Q.**  OKAY.  AND DID YOU EXAMINE DOCUMENTS LIKE THIS THAT HAD

15   THE MARKET SHARE OF THE VARIOUS THIRD-PARTY PLAYERS?

16   **A.**  NO, I DIDN'T.  THESE ARE -- THESE ARE NOT RELEVANT TO MY

17   INVESTIGATION.

18   **Q.**  OKAY.

19   WAS IT RELEVANT TO YOUR INVESTIGATION -- LET'S TAKE A LOOK

20   AT AMAZON IS COMING OUT WITH WHAT THEY TERM HERE AS A

21   UNIQUE -- THIS IS AN APPLE DOCUMENT.

22              "WHAT'S UNIQUE ABOUT THE SERVICES THAT IT WILL OFFER

23              AN AMAZON BRANDED DIGITAL MUSIC PLAYER AT A DISCOUNT

24              OR FOR FREE WITH A SUBSCRIPTION CONTRACT FOR A SET

25              PERIOD, PROBABLY ONE YEAR."

KELLY – CROSS / COUGHLIN

1          DO YOU SEE THAT?

2    **A.**   I DO.

3    **Q.**   AND DOWN BELOW HERE, IT SAYS:

4              "APPLE CONCLUDE THIS SERVICE POSES A SIGNIFICANT

5              THREAT TO IPOD AND ITUNES WHEN COMPARING OUR CUSTOMER

6              BASE TO AMAZON'S 55 MILLION CUSTOMERS."

7          DO YOU SEE THAT?

8    **A.**   I DO.

9    **Q.**   SO THEY WERE GOING TO COME OUT WITH THEIR OWN PLAYER,

10   APPARENTLY, AND THEN THEY WOULD HAVE, I GUESS, THEIR OWN

11   VERSION OF ITUNES.  THEY WOULD HAVE HAD A JUKEBOX, RIGHT?

12   **A.**   WELL, LOOK.  THIS IS A MARKETING REQUIREMENTS DOCUMENT.  I

13   DON'T KNOW WHAT THIS MEANS IN TERMS OF -- OF WHAT AMAZON

14   ACTUALLY WOULD DO.

15   **Q.**   OKAY.  YOU DIDN'T CONSIDER THIS WHEN YOU DID YOUR

16   INVESTIGATION INTO WHY THE DVC WAS SWITCHED ON?

17   **A.**   I DID NOT CONSIDER MARKETING DOCUMENTS.

18          I LOOKED AT THE CODE AND WHAT THE CODE DOES.  AND -- AND

19   THE -- THE PURPOSE OF THE DATABASE INTEGRITY CHECK AND THE

20   KEYBAG INTEGRITY CHECK IS PLAINLY EVIDENT FROM THE CODE.

21   **Q.**   YOU DID GO ON THE WEB AND PULL A BUNCH OF COMPLAINTS ABOUT

22   THIRD-PARTY PLAYERS OFF THOSE.

23          WERE THOSE TECHNICAL DOCUMENTS?

24   **A.**   THOSE WERE DOCUMENTS THAT EXPLAINED THE OPERATION OF A --

25   AND SOME OF THE COMPATIBILITY PROBLEMS WITH THIRD-PARTY

KELLY - CROSS / COUGHLIN

1    PLAYERS THAT, AS I SAID, I WOULD HAVE EXPECTED TO SEE.

2    **Q.**   OKAY.   THIS DOCUMENT WAS IN FEBRUARY 2006.   I WANT TO SHOW

3    YOU WHAT HAS BEEN MARKED AS 327.

4                      (EXHIBIT DISPLAYED TO JURY.)

5       TAKE A LOOK AT THAT.   THIS IS A MAY 17TH, 2006 -- IT HAS

6    AN EMAIL DATED MAY 17TH, 2006, A COUPLE OF MONTHS LATER AFTER

7    THAT DOCUMENT.

8       AND IT'S TO FROM ROD SCHULTZ TO AUGUSTIN FARRUGIA.

9       DID YOU EXAMINE THIS DOCUMENT?

10      LET'S GO OVER TO THE FIRST PAGE IN, THE PROBLEM AND THE

11   PROPOSAL.

12   **A.**   OKAY.

13   **Q.**   WHEN WE TALK ABOUT THE DATABASE, WE TALK ABOUT MP3 OR

14   SONGS THAT CAN PLAY WITHOUT THE DRM; IS THAT CORRECT?

15   **A.**   I AM NOT SURE I FOLLOW YOUR QUESTION.

16   **Q.**   WELL, A KEYBAG HANDLE SONGS THAT ARE DRM ENCODED, CORRECT?

17   **A.**   THE KEYBAG CONTAINS ACCOUNT KEYS AND OTHER DRM MATERIAL,

18   AND THAT IS -- THAT'S REQUIRED TO PLAY DRM SONGS, YES.

19   **Q.**   RIGHT.

20      AND YOU CAN PLAY MUSIC THAT'S NOT -- THAT DOES NOT HAVE

21   ANY DRM; YOU CAN PLAY THAT -- STORE THAT IN YOUR DATABASE AND

22   PLAY THAT, RIGHT?

23   **A.**   NO.   YOU DON'T STORE SONGS IN THE DATABASE.

24   **Q.**   OKAY.

25   **A.**   THE DATABASE IS, AS I EXPLAINED, IS LIKE AN INDEX.   IT

1    KEEPS TRACK OF INFORMATION ABOUT ALL OF THE ITUNES CONTENT ON

2    THE IPOD.

3        SO THAT WOULD INCLUDE DRM SONGS, DRMED SONGS, INFORMATION

4    ABOUT, NOT THE SONG ITSELF.  AND INFORMATION ABOUT NONDRM

5    SONGS AND INFORMATION ABOUT POD CASTS, AND SO ON.

6    **Q.**  OKAY.

7        NOW, WHEN THE KEY FILE WAS DELETED, IT ONLY -- IT ONLY

8    DELETED DRM SONGS; IS THAT CORRECT?

9    **A.**  NO.  NO.

10   **Q.**  JUST --

11   **A.**  NO.

12   **Q.**  YOU SAY "NO".  OKAY, DOCTOR --

13   **A.**  NO, IT DID NOT DELETE DRM SONGS.  IT DELETED THE KEYBAG.

14   **Q.**  SO YOU COULDN'T PLAY YOUR DRM SONGS ANYMORE, RIGHT?  THE

15   KEYBAG IS GONE.  YOU CAN'T --

16   **A.**  NO.  YOU CAN PLAY THEM.  YOU CAN'T PLAY THEM ON THE IPOD

17   IN THAT INSTANT.  YOU WOULD NEED TO RESYNCHRONIZE, AND THEN

18   PLAY THEM.

19   **Q.**  AND YOU LOSE -- ANYBODY -- YOU LOSE ALL THE OTHER SONGS

20   THAT AREN'T FROM THE ITUNES MUSIC STORE THAT ARE DRM PROTECTED

21   WHEN YOU RE-SYNC.

22   **A.**  NOT TRUE.

23   **Q.**  THEY WON'T PLAY ON THE IPOD ANYMORE.

24   **A.**  THEY WILL PLAY ON THE IPOD.

25   **Q.**  LET'S TAKE A LOOK AT THE PROBLEM.

KELLY - CROSS / COUGHLIN

1    "TO PREVENT THE INJECTION OF CONTENT" -- AND TO PLAY ON

2  THE IPOD, YOU ARE SAYING YOU HAVE TO BURN AND RIP THOSE SONGS

3  BACK TO THE IPOD.

4  **A.**  IF IT'S A NEW IPOD THAT NEVER PLAYED THOSE SONGS IN THE

5  FIRST PLACE, YOU NEED TO BURN AND RIP.

6    IF IT'S AN OLDER IPOD THAT PLAYED THOSE SONGS BEFORE, IT

7  WILL CONTINUE TO PLAY THOSE SONGS.

8  **Q.**  AND MILLIONS DID PLAY ON THE OLD ONES AND NONE COULD PLAY

9  ON THE NEW ONES, RIGHT?

10  **A.**  THEY CAN ALL PLAY ON THE NEW ONES.

11  **Q.**  IF YOU BURN AND RIP --

12  **A.**  CORRECT.

13  **Q.**  -- THE OTHER SONGS.  YOU HAVE TO GO THROUGH THE EXTRA

14  STEPS, RIGHT?

15  **A.**  YOU SAW THAT THERE'S A LOT OF STEPS INVOLVED IN GETTING

16  REALPLAYER TO INTEROPERATE, EVEN THE WAY IT DOES WITH THE

17  IPOD.

18  **Q.**  WELL --

19  **A.**  BURNING AND RIPPING IS SOMETHING THAT HAS BEEN DONE SINCE

20  THE BEGINNING OF THE IPOD.  IT'S A STANDARD PROCEDURE.

21  **Q.**  WELL, REALPLAYER DISCLOSED WHAT YOU HAD TO DO WHEN YOU

22  FIRST WANTED TO GET REALPLAYER AND HARMONY UP WORKING, RIGHT?

23  **A.**  WHAT YOU HAD TO DO IF YOU DISCOVERED THE COMPATIBILITY

24  PROBLEMS THAT THEY EXPLAINED.

25  **Q.**  YOU MAY NOT HAVE DISCOVERED ANY COMPATIBILITY, BUT IF YOU

KELLY – CROSS / COUGHLIN

1    HAD SOME, THEY TOLD YOU WHAT YOU HAD TO DO, RIGHT?

2    **A.**    RIGHT.  IF YOU WERE USING AN EARLIER VERSION, YOU MIGHT

3    HAVE NOT -- IF YOU DIDN'T HAVE POD CASTS, THEN YOU WOULDN'T

4    HAVE TO AUTOMATICALLY SYNC POD CASTS, AS ONE EXAMPLE.

5    **Q.**    OKAY.

6        THIS SAYS, "THE PROBLEM IS TO PREVENT THE INJECTION" -- DO

7    YOU UNDERSTAND WHAT THIS DOCUMENT IS?

8        DID YOU REVIEW THIS DOCUMENT IN YOUR INVESTIGATION?

9    **A.**    I DON'T RECALL SPECIFICALLY.  I REVIEWED ALL THE CODE

10   AND -- ABOUT THE DATABASE VERIFICATION.  I DON'T REMEMBER IF I

11   SAW THIS ONE SPECIFICALLY.

12   **Q.**    YOU KNOW WHO ROD SCHULTZ IS?

13   **A.**    HE'S AN -- HE'S AN ENGINEER AT APPLE.

14   **Q.**    HE'S THE ARCHITECT THAT DESIGNED THE DATABASE VERIFICATION

15   CODE.  RIGHT?

16   **A.**    I'M NOT SURE.  I KNOW HE IS AN ENGINEER THAT WAS INVOLVED

17   IN THAT PROCESS.

18   **Q.**    YOU DIDN'T LOOK AT THE DOCUMENT THAT SET FORTH THE PROBLEM

19   AND THE PROPOSAL?

20       YOU NEVER EXAMINED THIS DOCUMENT?

21   **A.**    THE -- THE ISSUE IS WHAT DOES THE CODE DO.  WHAT DOES THE

22   IPOD DO.  WHAT DOES ITUNES DO.

23       PROPOSALS ARE ONLY, AT BEST, FOR CONTEXT.  I NEED TO SEE

24   WHAT IS THE CODE ACTUALLY LAY OUT, WHAT DOES IT ACTUALLY DO.

25   THAT'S WHAT'S IMPORTANT.

KELLY – CROSS / COUGHLIN

1    **Q.**  SO YOU DIDN'T LOOK AT THIS DOCUMENT?

2    **A.**  AS I SAY, I DON'T RECALL IF I DID OR NOT.  I LOOKED AT ALL

3    THE CODE THAT IMPLEMENTS DATABASE INTEGRITY CHECKING.

4    **Q.**  LET'S TAKE A LOOK AT EXHIBIT 820.

5                   (EXHIBIT DISPLAYED TO JURY.)

6        THIS IS A DOCUMENT DATED JUNE 20TH, 2006.  OKAY.

7        NOW LET'S STEP BACK FOR A MINUTE.  THE DVC WAS IN THE CODE

8    FOR 7.0; IS THAT CORRECT, JUST NOT SWITCHED ON?

9    **A.**  YOU'RE TALKING ABOUT THE DATABASE INTEGRITY CHECK?  THAT'S

10   CORRECT.

11   **Q.**  DIDN'T YOU CALL IT THE DATABASE VERIFICATION CODE ALL

12   THROUGHOUT YOUR REPORT?

13       I THINK YOU MENTIONED IT IN THOSE VERY WORDS 270 TIMES?

14   **A.**  I JUST WANT TO MAKE SURE THAT WHEN YOU SAY "DVC" YOU ARE

15   TALKING ABOUT THE SAME THING THAT I'M TALKING ABOUT.

16   **Q.**  OKAY.

17       DID YOU SWITCH IT FROM YOUR REPORT TO NOW TO CALLING IT

18   INTEGRITY –– YOU CALLED IT THE DVC IN YOUR REPORT.

19   **A.**  DATABASE VERIFICATION CHECK.  DATABASE INTEGRITY CHECK.

20   THOSE ARE TWO NAMES THAT I'VE USED FOR IT.

21   **Q.**  OKAY.

22       KVC AND DVC, CORRECT?  CAN WE AGREE THAT THAT WILL BE THE

23   TERMINOLOGY WE WILL USE SO WE ARE TALKING ABOUT THE SAME

24   THING?

25   **A.**  WE CAN ALSO CALL IT THE KEYBAG INTEGRITY CHECK AND THE

KELLY – CROSS / COUGHLIN

1    DATABASE INTEGRITY CHECK THAT I HAVE BEEN USING ALL DAY TODAY.

2    **Q.**  BUT THAT'S NOT WHAT YOU USED IN YOUR REPORT.

3    **A.**  I DID USE THAT IN MY REPORT.

4    **Q.**  NO.  YOU CALLED IT -- YOU CALLED IT AT LEAST 250 TIMES YOU

5    SAID IT WAS THE DVC, THE DATABASE VERIFICATION CHECK.

6    **A.**  I CALLED IT THE DATABASE VERIFICATION CHECK IN THE REPORT.

7    THAT'S TRUE.

8    **Q.**  OKAY.  AND YOU'VE CHANGED IT TODAY WHILE YOU'RE

9    TESTIFYING.  NOW YOU CALL IT THE DATABASE INTEGRITY CHECK.

10    **A.**  I CALLED IT THE DATABASE INTEGRITY CHECK BEFORE TODAY.

11    I'VE CALLED IT THAT MANY TIMES.

12    **Q.**  LET'S TAKE A LOOK AT THIS DOCUMENT HERE.

13        IF WE TAKE A LOOK -- DID YOU -- NO, LET'S TAKE A LOOK AND

14    WE'LL SEE IF YOU DID REVIEW IT.

15        LET'S TAKE A LOOK AT THIS.  ON AUGUST 20TH, 2006, AUGUSTIN

16    FARRUGIA WRITES TO MR. STEVE BOLLINGER.  HE SAID:

17            "TEAM, ONE OF THE CONSEQUENCES OF SIGNING THE WHOLE

18            DATABASE IS A LOSS (SIC) OF GRANULARITY IN THE IPOD

19            BEHAVIOR.  IN OTHER WORDS, IF THE IPOD DETECTION

20            ERROR IN THE DB, WE WILL NEED TO REJECT THE DB

21            INSTEAD OF REJECTING A SINGLE TRACK."

22        AND THEN UP ABOVE, MR. BOLLINGER SAYS:

23        "THE ERS" -- DO YOU KNOW WHAT ERS STANDS FOR?

24    **A.**  I DON'T KNOW.

25    **Q.**  (RESUMES READING)

KELLY – CROSS / COUGHLIN

1            "AND THE GOALS THAT HAVE BEEN COMMUNICATED ME GO WELL

2            WITH THE IDEA OF REJECTING THE DATABASE.  THE STATED

3            GOAL IS TO VALIDATE THE DATABASE WAS WRITTEN BY

4            ITUNES.  SINCE THE DATABASE IS REWRITTEN EVERY TIME

5            IT IS WRITTEN, THAT MEANS THAT THE DB WILL BE

6            ENTIRELY WRITTEN BY ITUNES OR NOT ENTIRELY WRITTEN BY

7            ITUNES.  SO WE REALLY DON'T NEED A MECHANISM OF

8            DETECTING IT FOR INDIVIDUAL TRACKS."

9       DO YOU SEE THAT?

10      **A.**  I DO SEE THAT.  YES.

11      **Q.**  SO IT LOOKS LIKE MR. FARRUGIA WAS CONCERNED ABOUT GETTING

12      A LOSS OF GRANULARITY IF YOU JUST REJECTED THE WHOLE DATABASE.

13      **A.**  I DON'T KNOW IF HE WAS CONCERNED ABOUT IT.  HE NOTES THAT

14      ONE OF THE CONSEQUENCES OF SIGNING THE WHOLE DB IS THE LOST OF

15      GRANULARITY.

16      **Q.**  DID YOU LOOK AT THIS DOCUMENT IN DOING YOUR RESEARCH?

17      **A.**  I DON'T -- I DON'T REMEMBER SPECIFICALLY.  I MAY WELL

18      HAVE.

19      **Q.**  IF WE TAKE A LOOK AT EXHIBIT 2505.

20           (EXHIBIT DISPLAYED ON SCREEN TO JURY.)

21      THIS IS AN INTERNAL APPLE DOCUMENT FROM CHRIS BELL TO

22      STEVE JOBS, SEPTEMBER 25TH, 2007.  IT LOOKS LIKE THE AMAZON

23      MUSIC STORE IS COMING ONLINE.

24      AND WHAT I WOULD LIKE YOU TO TAKE A LOOK AT IS THE ONE,

25      TWO, THREE, THE FOURTH PARAGRAPH DOWN.

KELLY – CROSS / COUGHLIN

1           "AMAZON'S MP3 IS A WEB BASED AND OFFERS A LIGHT

2           WEIGHT DOWNLOAD MANAGER APPLICATION THAT ROUTES

3           PURCHASES DIRECTLY TO THE ITUNES LIBRARY OR WINDOWS

4           MEDIA LIBRARY.  AMAZON CLEARLY HIGHLIGHTS THE FACT

5           THAT THEIR DOWNLOADS ARE DRM FREE AND WORK WITH

6           IPODS, ITUNES, AND VIRTUALLY ALL DIGITAL MUSIC

7           HARDWARE AND SOFTWARE AVAILABLE TODAY."

8      DO YOU SEE THAT?

9      **A.**  I DO.

10     **Q.**  NOW, DID YOU TAKE THIS INTO CONSIDERATION THE FACT THAT

11     AMAZON APPARENTLY ABANDONED ITS PLANS TO HAVE A PLAYER AND NOW

12     IS DIRECTLY ROUTING INTO THE ITUNES LIBRARY, DID YOU TAKE THAT

13     INTO CONSIDERATION A MARKET MOVE LIKE THAT WHEN YOU DID YOUR

14     INVESTIGATION?

15     **A.**  NO.  I -- I DIDN'T DO ANY MARKET ANALYSIS AT ALL.  THAT

16     WASN'T MY ASSIGNMENT.

17     **Q.**  COULD THE DATABASE VERIFICATION CODE BE USED AS A WEAPON

18     TO KEEP SOMEBODY LIKE AMAZON OFF EVEN IN THE DATABASE WITH MP3

19     SONGS WITH A PLAYER?

20     **A.**  THE DATABASE INTEGRITY CHECK IS DESIGNED TO DETECT

21     TAMPERING CORRUPTION OF THE DATABASE.  THAT'S WHAT IT'S FOR.

22     AND IT WILL PREVENT THIRD PARTIES FROM INJECTING FOREIGN

23     CONTENT INTO THE DATABASE.

24     **Q.**  LET'S TAKE A LOOK AT EXHIBIT 871.

25           (EXHIBIT DISPLAYED TO JURY.)

1    CAN YOU TELL US WHAT EXHIBIT 871 IS AND REPRESENTS?

2                 (PAUSE IN THE PROCEEDINGS.)

3    IS THIS A CODE DOCUMENT?

4    **A.**  THIS IS NOT CODE.  I SEE IT IS LABELED "SOURCE CODE", BUT

5    THIS IS NOT, IN FACT, SOURCE CODE.  THIS IS THE DESCRIPTION OF

6    A TASK.

7    **Q.**  OKAY.  AND IT SAYS:

8             "AN ERROR SCREEN IS NOT RECOMMENDED SINCE THE --

9             SINCE THIS REVEALS SPECIFICS OF FAILURE.  THE

10            PREFERRED RESPONSE IS FOR THE USER TO RE-SYNC WITH

11            ITUNES FOR UNKNOWN REASON.  SHOULD NEVER HAPPEN FOR A

12            NONHACKER USER."

13            DO YOU SEE THAT?

14   **A.**  I DO.

15   **Q.**  HAD YOU SEEN THIS DOCUMENT BEFORE?

16   **A.**  YES.

17   **Q.**  DO YOU THINK THAT'S THE BEST WAY TO DO IT, IN YOUR

18   OPINION, IS TO NOT TELL THE USER THAT THEY ARE GOING TO LOSE

19   ALL THEIR FILES?

20   **A.**  THEY ARE NOT GOING TO LOSE ALL THEIR FILES AS I'VE

21   EXPLAINED MANY TIMES.

22       WHAT YOU DON'T WANT TO DO IN THIS CASE IS REVEAL TO A

23   HACKER WHY THE PARTICULAR DATABASE INTEGRITY CHECK FAILED.

24   YOU DON'T WANT TO GIVE THEM INFORMATION THAT THEY CAN THEN USE

25   TO FURTHER HACK YOUR SYSTEM.

KELLY – CROSS / COUGHLIN

1    **Q.**  LET'S SAY YOU HAVE AN IPOD AND THAT HAS DETECTED A

2    THIRD-PARTY PLAYER.  OKAY?

3       YOU CAN'T USE THAT IPOD UNTIL YOU RE-SYNC; IS THAT RIGHT?

4    **A.**  THE IPOD DOESN'T DETECT THIRD-PARTY PLAYERS.

5    **Q.**  WELL, THERE'S AN ERROR SCREEN THAT COMES UP WHEN THE

6    DATABASE VERIFICATION CODE DETECTS A THIRD-PARTY PLAYER OR, IN

7    YOUR WORDS, TAMPERING, RIGHT?

8    **A.**  WHEN WHAT DETECTS IT?

9    **Q.**  WELL, THE IPOD DETECTS IT, RIGHT?

10   **A.**  THE IPOD RUNS THE INTEGRITY CHECK, AND THE INTEGRITY CHECK

11   FAILS.  IS THAT WHAT YOU MEAN?

12   **Q.**  YES.

13   **A.**  THAT CERTAINLY HAPPENS.

14   **Q.**  OKAY.

15      WHEN THE INTEGRITY CHECK FAILS, I'LL USE YOUR WORDS, WHEN

16   THAT FAILS, THE IPOD, BEFORE YOU RE-SYNC, CAN'T PLAY ANYTHING;

17   IS THAT CORRECT?

18   **A.**  THAT'S NOT TRUE.  IT CAN -- IT CAN DO ANYTHING NOT

19   ASSOCIATED WITH THE ITUNES LIBRARY.  SO YOU CAN USE IT FOR

20   PHOTOS, YOU CAN LOOK AT YOUR CONTACTS, YOU CAN LOOK AT YOUR

21   CALENDAR, DO ANYTHING THAT YOU WOULD THAT -- OTHER THAN THE

22   MUSIC FILES AND -- AND THE LIKE.

23   **Q.**  YOU CAN'T PLAY YOUR MUSIC ON YOUR IPOD.

24   **A.**  NOT AT THAT INSTANT.  CORRECT.

25   **Q.**  IT'S LIKE A PAPER WEIGHT?

1    **A.**  IT'S NOT LIKE A PAPER WEIGHT.  IT HAS ALL YOUR FILES IN

2    IT.  IT HAS ALL OF THOSE OTHER NONITUNES FEATURES STILL THERE.

3    THE FILES ARE ALL RETRIEVABLE, AS I HAVE EXPLAINED A NUMBER OF

4    TIMES NOW.

5    **Q.**  IF YOU DON'T RETRIEVE THEM, IF YOU DON'T PULL THEM OFF AND

6    DRAG THEM OFF, AND YOU RE-SYNC WITH ITUNES, ALL OF THOSE FILES

7    ARE DELETED.

8    **A.**  IF YOU IGNORE ALL THE WARNINGS AND OPPORTUNITIES TO REMOVE

9    THE FILES, AND YOU IGNORE THE WARNING THAT SAYS ALL OF YOUR

10   FILES -- ALL YOUR MEDIA FILES AND DATA WILL BE ERASED, AND

11   WHEN YOU GO AHEAD AND DO IT ANYWAY, IT WILL ERASE THOSE FILES

12   AT THAT POINT FROM THE IPOD.

13   **Q.**  WELL, UNTIL YOU RE-SYNC, YOU CAN'T PLAY ANYTHING; IS THAT

14   RIGHT?

15   **A.**  THAT'S FAIR.  I MEAN -- I'VE EXPLAINED YOU CAN'T PLAY

16   MUSIC.  YOU CAN DO THE THINGS THAT YOU WANT --

17   **Q.**  ALL THE OTHER THINGS YOU DO WITH YOUR IPOD BUT MUSIC?

18   **A.**  CORRECT.

19   **Q.**  YOU CAN'T DO IT FOR THE MAIN REASON THAT YOU BOUGHT IT,

20   RIGHT?

21   **A.**  WELL, THAT DEPENDS ON WHAT THE MAIN REASON YOU BOUGHT IT

22   WAS.  IF IT IS FOR PLAYING MUSIC -- SOME PEOPLE USE IT TO

23   STORE PHOTOS.  SOME PEOPLE USE IT AS A BACKUP DEVICE.

24   **Q.**  OKAY.

25       YOU CAN'T DO THAT, BUT NOW WHEN YOU GO RE-SYNC, IF YOU

1    DON'T DRAG ALL THOSE FILES OFF TO SAVE THEM ON YOUR DESKTOP,

2    OR YOUR LAPTOP, OR WHATEVER COMPUTER YOU'RE USING, IT ERASES

3    ALL OF THOSE OTHER FILES, CORRECT?

4    **A.**  WELL, LET'S BE CLEAR HERE.

5        IF YOU'VE GOT FILES THAT ARE IMPORTANT TO YOU, THEY ARE --

6    AND THE FILES ARE STILL ON YOUR DESKTOP, AND YOU'VE GIVEN

7    MULTIPLE OPPORTUNITIES TO REMOVE THEM FROM THE IPOD, IF YOU

8    DON'T DO THAT, YOU CAN RETRIEVE THEM FROM THE DESKTOP.

9    **Q.**  OTHERWISE --

10   **A.**  BUT THEY WILL NOT -- IF YOU GO THROUGH AND YOU IGNORE THE

11   WARNINGS AND YOU IGNORE THE OPPORTUNITIES TO TRANSFER THE

12   FILES, AT THE END OF THE DAY THE IPOD WILL -- WILL RETURN THE

13   IPOD TO THE FACTORY STATE.

14   **Q.**  IT ERASES ALL THOSE FILES.

15   **A.**  IT DOES, YES.

16   **Q.**  YOU TALKED ABOUT WINAMP AND SOME PROBLEMS WITH AN ML IPOD

17   PLUG-IN IN YOUR REPORT; IS THAT CORRECT?

18   **A.**  CORRECT.

19   **Q.**  WINAMP IS A THIRD-PARTY PLAYER THAT DURING THIS PERIOD OF

20   TIME WAS OWNED BY AOL, CORRECT?

21   **A.**  I DON'T RECALL WHO OWNED IT.

22   **Q.**  YOU DIDN'T LOOK INTO WHO OWNED WINAMP?

23   **A.**  NO.  WHAT I AM CONCERNED WITH IS THE OPERATION OF WINAMP,

24   NOT WHAT ENTITY OWNS IT.

25   **Q.**  ARE YOU SURPRISED THAT A LARGE COMPANY LIKE AOL WAS

KELLY – CROSS / COUGHLIN

1   OPERATING NULLSOFT AT THAT TIME AND OWNED THEM?

2   **A.**   I AM NOT SURPRISED OR UNSURPRISED.

3   **Q.**   OKAY.  NOW --

4   **A.**   IT DOESN'T CHANGE THE OPERATION OF WINAMP.

5   **Q.**   ML IPOD WAS A PLUG-IN.  CAN YOU EXPLAIN TO THE JURY WHAT A

6   PLUG-IN IS?

7   **A.**   SURE.

8        AS I MENTIONED IN MY DIRECT TESTIMONY, IT'S LIKE A

9   EXTENSION TO THE -- TO WINAMP.  WINAMP, ON ITS OWN, WAS NOT

10  ABLE TO OPERATE WITH THE IPOD.

11       AND THEY WERE -- I MENTIONED TWO PLUG-INS.  ML WAS AN OPEN

12  SOURCE PLUG-IN AND THERE WAS ANOTHER ONE, PMP THAT WAS

13  PROVIDED BY WINAMP.

14  **Q.**   SO THIS -- SOMEBODY WOULD HAVE TO CHOOSE TO PUT ML IPOD ON

15  THE WINAMP; IT DIDN'T COME WITH ML IPOD?

16  **A.**   NOT ML IPOD.  IT CAME WITH PMP IPOD.

17  **Q.**   IT DIDN'T COME WITH THE MAIN -- THE MAIN PLUG-IN YOU

18  REVIEWED IT WAS ML IPOD.  YOU DIDN'T --

19  **A.**   I REVIEWED BOTH OF THEM.

20  **Q.**   NOW LET'S GO TO EXHIBIT C OF YOUR REPORT.  I THINK YOU'VE

21  GOT A PHYSICAL COPY UP THERE I HANDED UP TO YOU.

22  **A.**   THANK YOU.

23  **Q.**   LET'S GO FIND THE MEDIA CENTER.

24                    (EXHIBIT DISPLAYED TO JURY.)

25       DO YOU SEE THAT THERE?

KELLY – CROSS / COUGHLIN

1   **A.**  I DO.

2   **Q.**  IT HAS TWO ENTRIES THERE.

3           "IPOD DATABASE CORRUPTION.  I HAVE NEW IPOD PHOTO

4           40G.  I CONNECT IT TO J.RIVER MEDIA CENTER AND MOVE

5           ONE MP3 FILE INTO THE IPOD.  NOW IT KEEP RESTARTING."

6   DO YOU SEE THAT?

7   **A.**  I DO.

8   **Q.**  WHEN YOU WENT AND LOOKED AND PULLED THOSE CITES UP, I

9   DIDN'T SEE THAT YOU PUT IN THE RESOLUTION.

10      YOU LOOKED AT THE RESOLUTIONS, RIGHT?

11  **A.**  THERE WERE SOME OF THESE -- SOME OF THESE WERE RESOLVED

12  AND SOME WEREN'T.

13  **Q.**  DID YOU SEE THAT MR. JIM HILLEGASS, THE CEO OF MEDIA

14  CENTER, HAD RESPONDED TO THE SECOND ONE, AND THAT MR. MOJO,

15  WHO HE WAS CALLING HIMSELF, WAS SATISFIED WITH THE RESOLUTION

16  THAT HE HAD REACHED OUT TO THAT?

17      DID YOU NOTE THAT?  DID YOU SEE THAT?

18  **A.**  I SAW THESE.  WHY DON'T YOU -- IF YOU HAVE IT, PLEASE, THE

19  FOOTNOTES 30, 31, AND 32 ARE ALL RELEVANT TO THIS.

20      SO THIS IS THE -- FOR MEDIA CENTER.  I HAVE POINTED TO THE

21  ILOUNGE FORUMS IN -- FOR THESE THREE.

22  **Q.**  I DON'T HAVE THOSE THREE.  WE MAYBE COULD GET THEM PULLED

23  UP.  I DON'T KNOW IF WE CAN OR NOT.  MAYBE YOUR COUNSEL CAN DO

24  THAT FOR YOU.

25      BUT YOU LOOKED AT THESE THINGS AND YOU NOTED THESE, BUT

1   YOU DIDN'T NOTICE THE RESOLUTION; IS THAT CORRECT?

2   **A.**   THAT'S CORRECT.   WHAT I AM INTERESTED IN HERE IS THE

3   PROBLEMS.   SOME OF THESE WERE FIXED.   NOT ALL.

4   **Q.**   OKAY.

5       LET'S TAKE A LOOK AT –– LET'S TAKE A LOOK AT BANSHEE.

6   OKAY.

7       YOU NOTE THAT "DOES NOT IMPORT RATING, PLAY COUNT, AND

8   LAST PLAYED DATE FROM IPOD."

9       DO YOU SEE THAT?

10  **A.**   I DO.

11  **Q.**   NOW, YOU KNEW THAT WAS A REQUEST FOR AN ENHANCEMENT TO

12  BANSHEE.   THAT WAS NOT A PROBLEM; IS THAT RIGHT?

13  **A.**   IT IS A PROBLEM.   THE IPOD SUPPORTS THAT.   ITUNES SUPPORTS

14  THAT.   THIS IS SOMETHING THAT THE –– THAT THIS BANSHEE IS ––

15  IS ATTEMPTING TO INTEROPERATE WITH THE IPOD AND IT'S NOT DOING

16  IT PROPERLY.   THAT'S A PROBLEM.

17  **Q.**   WELL, BANSHEE, DID YOU LOOK AT THE CLASSIFICATIONS THAT

18  BANSHEE HAD AND THEY CLASSIFIED THIS AS THE LOWEST PRIORITY TO

19  GET NEW ENHANCEMENTS BECAUSE THEY DID NOT VIEW IT AS A

20  PROBLEM.

21      DID YOU LOOK AT THAT?

22  **A.**   I LOOKED AT THIS REPORT.   THIS –– ON –– 48 IS THE

23  BUGZILLA.GNOME.ORG.

24  **Q.**   DID YOU GO ––

25  **A.**   I DON'T RECALL EXACTLY WHAT IT SAID.   IF YOU SHOW ME A

```
1    COPY OF IT --
2    Q.  DID YOU GO TO BANSHEE'S WEBSITE AND LOOK AT THEIR WEBSITE
3    TO SEE EXACTLY WHAT THEY DO WITH THESE TYPES OF REPORTS?
4    A.  NO, I DON'T RECALL DOING THAT.  I MAY HAVE.  I DON'T
5    REMEMBER.
6              MR. COUGHLIN:  JUST ONE MINUTE, YOUR HONOR.
7                   (PAUSE IN THE PROCEEDINGS.)
8              MR. COUGHLIN:  I HAVE NO FURTHER QUESTIONS AT THIS
9    TIME, YOUR HONOR.
10             THE COURT:  REDIRECT LIMITED TO THE SCOPE OF CROSS.
11             MS. DUNN:  THANK YOU, YOUR HONOR.
12                   REDIRECT EXAMINATION
13   BY MS. DUNN:
14   Q.  THE FIRST THING, DR. KELLY, I WOULD LIKE YOU TO LOOK AT IS
15   PARAGRAPH 19 OF YOUR REPORT.
16       AND I BELIEVE MR. COUGHLIN HAD IT ON THE SCREEN.
17             MS. DUNN:  SO IF WE CAN PUT IT BACK UP THERE, THAT
18   WOULD BE GREAT.
19             THE WITNESS:  YES, I HAVE THAT.
20   BY MS. DUNN:
21   Q.  OKAY.
22       THIS IS WHAT HAPPENS WHEN I PULL SURPRISES ON
23   MR. SPAULDING.
24                   (REPORT DISPLAYED TO JURY.)
25       SO MR. COUGHLIN ASKED YOU ABOUT A SENTENCE IN HERE ABOUT
```

1    THE SAME KEYBAG PROTECTION FOR BOTH THE LOCAL KEYBAG AND THE

2    IPOD KEYBAG.

3              **MS. DUNN:**  CAN WE JUST SEE THE SECTION HEADER ON THIS

4    PARAGRAPH?

5    **BY MS. DUNN:**

6    **Q.**  WHAT DOES THAT SAY, DR. KELLY?

7    **A.**  IT SAYS, "FAIRPLAY IN ITUNES 4.5.0 AND 4.6.0, THE VERSION

8    THAT CAME BEFORE 4.7."

9    **Q.**  DOES THIS HAVE TO DO WITH 7.0?

10   **A.**  NOTHING AT ALL.

11   **Q.**  OKAY.

12       AND WAS 4.5 AND 4.6, THE VERSION OF THE KEYBAG CONTAINED

13   IN THOSE VERSIONS OF ITUNES, WERE THEY WEAKER OR STRONGER THAN

14   LATER VERSIONS?

15   **A.**  OH, MUCH WEAKER.

16   **Q.**  ALL RIGHT.  I WANT TO GO OVER SOME DATES WITH YOU THAT I

17   THINK YOU TALKED ABOUT.

18       YOU KNOW THAT HARMONY LAUNCHED IN LATE APRIL OF 2005; IS

19   THAT RIGHT?

20   **A.**  RIGHT.

21   **Q.**  AND ITUNES 7.0 WAS IN SEPTEMBER OF 2006, SEPTEMBER 12TH;

22   IS THAT RIGHT?

23   **A.**  7.0, YES.  CORRECT.

24   **Q.**  APPROXIMATELY HOW LONG IS THAT BETWEEN EVENTS?

25   **A.**  THE FIRST ONE WAS APRIL 2004 AND NOW WE ARE TALKING

1    ABOUT --

2    **Q.**  APRIL 2005.

3    **A.**  SORRY, APRIL 2005, SO WE ARE TALKING A YEAR AND A HALF

4    LATER.

5    **Q.**  MR. COUGHLIN ALSO ASKED YOU IF YOU HAD FAMILIARITY WITH

6    DATES OF SOME THINGS.  SO I WOULD LIKE TO SHOW YOU 2253.

7                    (EXHIBIT DISPLAYED TO JURY.)

8        AND SO THIS IS A DOCUMENT WRITTEN BY TOM DOWDY, AUGUSTIN

9    FARRUGIA, AND DAVID HELLER.

10       CAN YOU TELL US THE DATE ON THAT DOCUMENT?

11   **A.**  MONDAY -- IT'S APRIL 18TH, 2005.

12   **Q.**  THAT WAS BEFORE HARMONY LAUNCHED IN APRIL OF 2005?

13   **A.**  CORRECT.

14   **Q.**  IF WE CAN LOOK AT THE LAST PAGE OF THAT DOCUMENT.

15       WHAT DOES THAT SAY?

16   **A.**  "INTEGRITY OF THE KEYBAG".  AND IT GOES ON TO SAY:

17            "THE AUTHORIZED APPLICATION THAT CAN REMOVE THE

18            PROTECTION OF THE KEYBAG NEEDS TO VERIFY THE

19            INTEGRITY OF THE CONTENT.  IT'S PROPOSED TO INCLUDE

20            IN THE TRAILER AN MD5 HASH OF THE WHOLE KEYBAG.  THE

21            KEYBAG MD5 SIGNATURE IN PART OF THE PROTECTED DATA

22            THUS ANY CHANGE OF THE KEYBAG IS EXPOSED IN THE

23            SIGNATURE."

24   **Q.**  GREAT.

25       MR. COUGHLIN ALSO ASKED YOU ABOUT AN EMAIL REFERENCING

```
 1    SOMETHING CALLED NAVIO THAT YOU KNOW IS FROM NOVEMBER 2005.

 2              MS. DUNN:  CAN WE SHOW EXHIBIT 2317?

 3                   (EXHIBIT DISPLAYED TO JURY.)

 4    BY MS. DUNN:

 5    Q.  DR. KELLY, FIRST, CAN YOU JUST READ THE DATE OF THIS

 6    DOCUMENT?

 7    A.  THIS IS OCTOBER 15TH, 2005.

 8    Q.  SO BEFORE THAT EMAIL?

 9    A.  CORRECT.

10    Q.  AND THIS, AS MR. COUGHLIN TOLD YOU, IS AN INSTANT MESSAGE

11    EXCHANGE BETWEEN JEFF ROBBIN AND AUGUSTIN FARRUGIA.  AND IF

12    YOU CAN JUST READ FOUR LINES FROM THE BOTTOM?

13    A.  IT SAYS:

14              "WE SHOULD DO THE SAME WITH THE IPOD ALL FROM THE

15              SERVER."

16    Q.  AND RIGHT BEFORE THAT, WHEN IT SAYS "THE SAME FOR THE

17    IPOD", DOES IT REFERENCE THE 6.0?

18    A.  YES.  IT SAYS:

19              "THAT'S THE 6.0 ISSUE.  ONCE THERE, YOU CAN'T GO

20              BACK.  THAT IS SERVER SIDE."

21    Q.  OKAY.  LET'S GO TO EXHIBIT 267.

22                   (EXHIBIT DISPLAYED TO JURY.)

23        WHICH IS NOW THIS NAVIO EMAIL THAT MR. COUGHLIN SHOWED

24    YOU.  IF WE CAN JUST SCROLL DOWN TO THE ARTICLE OR POSTING.  I

25    AM NOT SURE WHAT THIS IS.
```

1        DO YOU KNOW WHAT SGC FIRE KEY IS?

2   **A.**  NO, I DON'T.

3   **Q.**  DO YOU KNOW WHAT SELVA IS?

4   **A.**  NO, I DON'T.

5   **Q.**  OKAY.  CAN YOU JUST LOOK AT THE SECOND SENTENCE THERE?

6        IT SAYS SOMETHING ABOUT THE FUTURE BOY COLUMN.  DO YOU

7   KNOW WHAT THAT IS.

8   **A.**  IN MY LATEST FUTURE BOY COLUMN.  NO, I HAVE NO IDEA.

9   **Q.**  OKAY.

10       AND YOU READ DR. MARTIN'S REPORT.  DID HE ADDRESS NAVIO?

11  **A.**  NO, HE DIDN'T.

12  **Q.**  ARE YOU AWARE OF ANY EVIDENCE THAT NAVIO EVER EXISTED?

13  **A.**  NO, I'M NOT.

14  **Q.**  CAN I SHOW YOU 871?

15              (EXHIBIT DISPLAYED TO JURY.)

16       AND IF WE CAN -- ACTUALLY, IF YOU CAN -- FIRST, LET'S LOOK

17  AT THAT LITTLE BOX WHERE IT SAYS THE FIRST THING IN IT IS

18  "CLOSED".

19       WHAT IS THE CLASSIFICATION ON THIS DOCUMENT?

20  **A.**  IT IS FOR SECURITY.

21  **Q.**  LET'S LOOK AT THE BOX ABOVE THAT.

22       SORRY, TWO BOXES ABOVE THAT.  THE PIECE THAT MR. COUGHLIN

23  SHOWED DR. KELLY.  THAT WOULD BE GREAT.

24       SO YOU EXPLAINED THAT THERE ARE SECURITY REASONS NOT TO

25  TELL PEOPLE ABOUT A FAILURE; IS THAT RIGHT?

1    **A.**   CORRECT.

2    **Q.**   AND CAN YOU JUST READ THAT LAST -- THE LAST PART OF THE

3    LAST SENTENCE IN THAT PARAGRAPH?

4    **A.**   THE LAST PART WHERE IT SAYS "SHOULD NEVER HAPPEN FOR A

5    NONHACKER USER."

6    **Q.**   OKAY.  AND THEN IF YOU CAN ALSO READ THE SENTENCE THAT

7    SAYS, "STARTS DB LOAD TIME".

8    **A.**   CAN YOU MOVE THIS OVER A LITTLE BIT SO I CAN -- MOVE IT TO

9    THE RIGHT A LITTLE?

10        THANK YOU.

11   **Q.**   SO IF WE CAN HIGHLIGHT FOR DR. KELLY THE SENTENCE THAT

12   SAYS "DB LOAD TIME".

13   **A.**   RIGHT.

14   **Q.**   WHAT DOES IT SAY, DR. KELLY, ABOUT DB DATABASE LOAD TIME?

15   **A.**   (READING)

16            "IT SHOULD BE NEGLIGIBLE SINCE THE PLAN OF RECORD NOW

17            IS TO HASH THE ENTIRE HEADER INDEX USING MASTER MODE

18            SHA1."

19        THAT'S A TYPE OF -- OF INTEGRITY CHECK.

20   **Q.**   OKAY.  SO IF THE ENTIRE THING IS HASH, THEN THE TIME

21   SHOULD BE NEGLIGIBLE?

22   **A.**   CORRECT.

23   **Q.**   LET'S LOOK AT 2272.

24            (EXHIBIT DISPLAYED TO JURY.)

25        MR. COUGHLIN ALSO ASKED YOU ABOUT WINAMP AND WINAMP

1    PLUG-IN.

2              **MS. DUNN:**  IF WE CAN JUST INCREASE THE SIZE OF THE

3    TEXT FOR DR. KELLY AND FOR THE JURY.

4    **BY MS. DUNN:**

5    **Q.**  WHAT DOES THIS SAY ABOUT WINAMP AND ABOUT HYMN?

6    **A.**  IT -- IN THE SECOND PARAGRAPH, IT SAYS THAT:

7              "THE PLUG-IN ITSELF DOESN'T BUNDLE HYMN, BUT IT

8              ALLOWS USERS TO SPECIFY A PATH TO THE HYMN

9              EXECUTABLE, WHICH IS THEN USED TO PERFORM THE DRM

10             CIRCUMVENTION."

11   HYMN WAS A HACK THAT DID EXACTLY THIS, PERFORM DRM

12   CIRCUMVENTION, GET AROUND THE DRM PROTECTION.

13   **Q.**  DOES THIS EMAIL SHOW THAT THE WINAMP PLUG-IN INCLUDED

14   SUPPORT FOR HYMN WHICH WAS A KNOWN HACK?

15   **A.**  YES, IT DOES.  IT SAYS HERE IN THAT SENTENCE:

16   "THE PLUG-IN IS BEING REMOVED BECAUSE IT INCLUDES SUPPORT

17   FOR HYMN IN ORDER TO STRIP FAIRPLAY OFF MUSIC COPIED TO AND

18   FROM THE IPOD."

19   THAT WAS ONE OF THE HACKS AT THE TIME.

20   **Q.**  ALL RIGHT.  SO I WOULD LIKE NOW TO GO TO 2505, WHICH IS

21   ALSO AN EXHIBIT THAT MR. COUGHLIN SHOWED YOU.  AND THIS IS

22   ABOUT AMAZON.

23              **MS. DUNN:**  CAN WE LOOK AT PAGE 8, PLEASE?

24              (EXHIBIT DISPLAYED TO JURY.)

25

1    **BY MS. DUNN:**

2    **Q.**   DR. KELLY, WHAT DEVICE DO YOU SEE THERE BEING ADVERTISED?

3    **A.**   WELL, AT THE VERY FRONT IS AN IPOD.

4    **Q.**   AND WHAT IS AMAZON TELLING CONSUMERS ABOUT THE IPOD?

5    **A.**   WELL, THAT THEY CAN USE PLAY ANYWHERE DRM FREE MUSIC

6    DOWNLOADS AND YOU CAN PLAY THESE MP3 MUSIC DOWNLOADS FROM ANY

7    MEDIA PLAYER, AND THEY HAVE PUT THE IPOD UP IN THE FRONT OF

8    THE STACK OF PLAYERS.

9    **Q.**   AND OVER THERE TO THE RIGHT, WHAT DOES THAT SAY?

10   **A.**   IT SAYS:

11           "ALL SONGS COMPATIBLE WITH ITUNES AND THE WINDOWS

12           MEDIA PLAYER."

13   **Q.**   SO, THIS AMAZON DOCUMENT, DOES IT MAKE CLEAR THAT AMAZON

14   SONGS WERE COMPATIBLE WITH ITUNES?

15   **A.**   WELL, THAT IS WHAT IT SAYS RIGHT THERE.

16   **Q.**   LET'S LOOK AT PAGE 12 OF THE SAME EXHIBIT.

17                    (PAGE DISPLAYED TO JURY.)

18       SO THIS IS AN -- IT'S ALREADY IN EVIDENCE AND WE HAVE

19   LOOKED AT THIS BEFORE.  THIS IS SOMEBODY OBVIOUSLY MADE A

20   PURCHASE FROM AMAZON TO BE PLAYED ON ITUNES.

21       IF YOU CAN JUST READ THE SECOND PARAGRAPH DOWN.

22   **A.**   (READING)

23           "THE AMAZON MP3 DOWNLOADER WILL ADD YOUR DOWNLOADS TO

24           ITUNES OR WINDOWS MEDIA PLAYER.  ONCE YOUR DOWNLOAD

25           IS COMPLETE, GO TO YOUR ITUNES OR WINDOWS MEDIA

1          PLAYER LIBRARY TO FIND AND PLAY YOUR AMAZON MP3'S."

2     **Q.** LET'S LOOK AT 559, IF WE COULD.

3                    (DISPLAYED TO JURY.)

4        SO, DR. KELLY, THIS IS FROM YOUR REPORT, RIGHT?

5     **A.** IT IS.

6     **Q.** IS THIS THE KEYBAG WE HAVE ALL BEEN TAKING ABOUT?

7     **A.** THIS IS THE VERSION 7 IPOD KEYBAG.

8     **Q.** I WOULD JUST LIKE FOR YOU TO DESCRIBE TO THE JURY, USING

9     THE DIAGRAM NOW, THE VARIOUS COMPONENTS OF THE IPOD KEYBAG.

10       AND YOU CAN DO IT BRIEFLY, BUT I WANT FOR THE JURY TO

11    UNDERSTAND THE COMPONENTS OF THE KEYBAG.

12    **A.** WELL, AS YOU CAN SEE, THERE ARE LOTS OF DIFFERENT PIECES

13    IN HERE.  THERE ARE -- IF WE START ON THE RIGHT SIDE, THERE'S

14    A KEY ATOM.  AND THIS -- AND GOING ALL THE WAY DOWN TO THE

15    BOTTOM FROM THERE, THE KEY ATOM HAS INFORMATION ABOUT THE

16    VARIOUS KEYS.  AND INFORMATION INCLUDES THE SIZE, THE TYPE,

17    THE I.D.

18       THEN THERE'S A VALUE.  AND IT SAYS "ENCRYPTED ACCOUNT

19    KEY".  THAT'S WHERE THE ACCOUNT KEY IS STORED IN ENCRYPTED

20    FORM.

21       AND THEN THERE IS INFORMATION THAT TELLS YOU ABOUT THE KEY

22    TYPE BELOW THAT, THE SIZE, THE TYPE, AND THE I.D.  SO THIS IS

23    ALL INFORMATION ABOUT -- ABOUT EACH ACCOUNT KEY.  SO THERE CAN

24    BE MANY OF THESE.

25       THERE IS ALSO INSIDE -- THIS IS INSIDE AN ACCOUNT ATOM,

1   GOING UP TO THE NEXT LEVEL -- RIGHT THERE, YES -- THAT EACH --

2   EACH ACCOUNT CAN HAVE A NUMBER OF ACCOUNT KEYS.

3        AND ALSO ASSOCIATED WITH THE ACCOUNT ATOM, THERE IS

4   ACCOUNT VERSION INFORMATION AND THERE IS A SESSION ASSOCIATED

5   WITH THE ACCOUNT AND AN ENCRYPTED SESSION KEY IN HERE, AS YOU

6   CAN SEE.

7        AND THEN THERE CAN MANY, MANY ACCOUNT KEYS WITHIN AN

8   ACCOUNT AND MANY ACCOUNTS WITHIN WHAT FAIRPLAY CALLS A GROUP.

9        SO GOING UP TO THE NEXT HIGH LEVEL, YOU SEE GROUP.  AND

10  THIS GROUP IS A GROUP OF ACCOUNTS, EACH OF WHICH CAN HAVE

11  MULTIPLE ACCOUNT KEYS.  AND ASSOCIATED WITH THE GROUP, THERE'S

12  SOME SPECIAL INFORMATION OVER ON THE LEFT.

13       THERE IS WHAT'S CALLED A HEAD ATOM AND A TAIL ATOM -- DOWN

14  A LITTLE BIT FURTHER -- AND THEN THE ACTUAL INTEGRITY CHECK

15  THAT COMES WITH THE KEYBAG IS RIGHT DOWN IN THIS INTEGRITY

16  ATOM TOWARDS THE BOTTOM.

17       AND THE ACTUAL INTEGRITY ATOM ITSELF IS DOWN HERE WHERE IT

18  SAYS "INTEGRITY DATA" AT THE VERY BOTTOM LEFT-HAND SIDE.

19       AND THEN ALL OF THIS, THIS IS THE GROUP ATOM THAT IS

20  ASSOCIATED WITH THE KEYBAG AND THERE'S ALSO VERSION

21  INFORMATION THAT COMES WITH IT, WHICH IS RIGHT UP AT THE TOP.

22       SO YOU CAN THINK OF THIS AS SORT OF BOXES WITHIN BOXES IS

23  HOW THIS IS LAID OUT.  IT'S QUITE COMPLICATED.

24  Q.  IT DOES SEEM COMPLICATED.

25       SO I'M LOOKING OVER THERE AND I SEE THERE'S A BOX ON THAT

1    BOARD THAT SAYS "DISABLE HARMONY".  THEN IT SAYS, "KVC AND

2    OTHER CODE".

3        I SEE ON THIS DIAGRAM, IF YOU LOOK AT THE SCREEN, THAT

4    INTEGRITY ATOM IS JUST TO THE BOTTOM LEFT.  IS THAT THE

5    INTEGRITY CHECK THAT WE HAVE BEEN TALKING ABOUT?

6    **A.**  THAT'S THE VALUE THAT IS CHECKED.  YES.

7    **Q.**  OKAY.

8        AND SO IT'S A GENERALIZATION, I APPRECIATE, WOULD YOU CALL

9    ALL THE REST OF THIS OTHER CODE?

10   **A.**  YOU CAN CALL IT ALL OTHER CODE.  IT'S DOING ALL THESE

11   THINGS LIKE ENCRYPTING THE ACCOUNT KEYS, THE SESSION KEYS,

12   KEEPING TRACK OF ALL OF THAT.  IT'S NOT THE INTEGRITY CHECK.

13   **Q.**  HOW MUCH OF THAT OTHER CODE WOULD HAVE MADE IT SO THAT

14   HARMONY DID NOT WORK WITH THE IPOD?

15   **A.**  ALL OF IT.  ALL OF THESE FEATURES.

16       THE CODE THAT DOES THE ENCRYPTING THE ACCOUNT KEYS, THE

17   CODE THAT ENCRYPTS THE SESSION KEYS, THE CODE THAT KEEPS TRACK

18   OF THE ACCOUNT ATOMS AND THE GROUP ATOMS.  ALL OF THIS WOULD

19   HAVE HAD -- WOULD HAVE DEFEATED HARMONY.

20       HARMONY WOULD HAVE TO REVERSE ENGINEER EVERYTHING HERE,

21   NOT JUST THE INTEGRITY DATA DOWN AT THE BOTTOM.

22   **Q.**  THANK YOU.

23       SO, MR. COUGHLIN ASKED YOU A NUMBER OF QUESTIONS ABOUT THE

24   RESTORE PROCESS.  AND I KNOW THAT THERE WERE SOME THINGS YOU

25   WANTED TO COMMUNICATE THAT MR. COUGHLIN SAID I WOULD GET AN

```
1    OPPORTUNITY TO ASK YOU ABOUT.

2         SO, LET'S LOOK AT DEMONSTRATIVE 595.

3                    (DISPLAYED TO JURY.)

4         SO WE DISCUSSED THIS BEFORE.  AND YOU SAID THAT THIS IS

5    THE SCREEN THAT A USER WOULD SEE IF THE DATABASE INTEGRITY

6    CHECK DID NOT VERIFY; IS THAT RIGHT?

7    A.  CORRECT.

8    Q.  AND THAT THIS SCREEN DIRECTS YOU TO A DIFFERENT PLACE TO

9    THE SUMMARY TAB AND IPOD PREFERENCES WHERE YOU CLICK RESTORE

10   TO RESTORE TO FACTORY SETTINGS; IS THAT RIGHT?

11   A.  CORRECT.

12   Q.  AT THIS POINT, I BELIEVE YOU TESTIFIED YOU COULD GET YOUR

13   CONTENTS OFF THE IPOD; IS THAT RIGHT?

14   A.  YES.  YOU CAN GET EVERYTHING OFF AT THIS POINT.

15   Q.  SO LET'S LOOK THEN AT WHAT HAPPENS WHEN YOU GO TO THE

16   SUMMARY TAB, WHICH IS 596.

17                    (DISPLAYED TO JURY.)

18        IF YOU CAN EXPLAIN TO THE JURY WHAT THEY SEE HERE.

19   A.  THIS IS -- AGAIN, THIS IS WORKING IN ITUNES.  AND ITUNES

20   HAS STARTED UP.  AND YOU GO TO SUMMARY TAB AND IT SAYS HERE

21   THAT IT'S GOT THE RESTORE BUTTON DOWN ON THE BOTTOM RIGHT-HAND

22   SIDE.  IT SAYS:

23           "IF YOU ARE EXPERIENCING PROBLEMS WITH YOUR IPOD, YOU

24            CAN RESTORE ITS ORIGINAL SETTINGS BY CLICKING

25            RESTORE."
```

KELLY – REDIRECT / DUNN

1    IT'S ONE OF THE STANDARD PROCEDURES THAT YOU CAN DO WITH

2  AN IPOD.

3  **Q.**  SO DOES THIS APPLY ANY TIME YOU WANT TO RESTORE --

4  **A.**  YES, IT DOES.

5  **Q.**  -- IS THIS WHAT YOU DO?

6  **A.**  YES, IT DOES.

7  **Q.**  OKAY.  AT THIS POINT, IF YOU WANT TO GET YOUR STUFF OFF

8  THE IPOD, CAN YOU DO IT?

9  **A.**  YES, YOU CAN.

10  **Q.**  SO LET'S SEE WHAT HAPPENS IF SOMEBODY CHOOSES TO CLICK

11  RESTORE.

12    CAN YOU EXPLAIN THIS TO THE JURY?

13  **A.**  CERTAINLY.

14    **MR. COUGHLIN:**  OBJECTION, YOUR HONOR.  I DON'T

15  BELIEVE THIS IS IN HIS REPORT.  IF THIS PICTURE -- IF I'M

16  WRONG ABOUT THAT, THIS PICTURE IS IN HIS REPORT, THAT'S FINE.

17    **THE COURT:**  OVERRULED, GIVEN THE CONTEXT OF YOUR

18  EXAMINATION, MR. COUGHLIN.

19    **MS. DUNN:**  THANK YOU.

20  **BY MS. DUNN:**

21  **Q.**  DR. KELLY, WHAT IS THE JURY SEEING HERE?

22  **A.**  WHAT THIS -- NOW -- SO YOU'VE HAD THE SUMMARY SCREEN,

23  YOU'VE CLICKED RESTORE, WHICH SAYS, "I WANT TO RESTORE", AND

24  HERE, ITUNES IS TELLING YOU ONE MORE TIME, ARE YOU SURE YOU

25  WANT TO RESTORE THE IPOD TO ITS FACTORY SETTINGS ALL OF YOUR

1    SONGS AND OTHER DATA WILL BE ERASED.

2    **Q.**  AT THIS POINT DOES THE USER HAVE THE OPPORTUNITY TO GET

3    THEIR STUFF OFF THE IPOD?

4    **A.**  MOST DEFINITELY.

5    **Q.**  WHEN I SAY "THEIR STUFF", DOES THAT INCLUDE MUSIC?

6    **A.**  IT INCLUDES MUSIC.

7    **Q.**  FILES?

8    **A.**  YES.  ALL FILES.

9    **Q.**  SPREADSHEETS?

10   **A.**  YES.

11   **Q.**  IF YOU HAD A NOVEL ON YOUR IPOD, COULD YOU GET IT OFF?

12   **A.**  ABSOLUTELY.

13   **Q.**  OKAY.

14       AND YOU HAVE THE OPTION AT THIS POINT, IT LOOKS LIKE, TO

15   CANCEL; IS THAT TRUE?

16   **A.**  CORRECT.

17   **Q.**  AND SO DOES THE USER -- CAN YOU TELL FROM THE SCREEN AND

18   YOUR OWN EXPERIENCE WHETHER THE USER HAS TO AFFIRMATIVELY

19   CHOOSE TO RESTORE?

20   **A.**  WELL, THEY CLEARLY DO.  THEY HAVE TO SAY "YES" DESPITE ALL

21   OF THESE WARNINGS, I DO WANT TO HIT THIS RESTORE.  ITUNES WILL

22   NEVER HIT THIS BUTTON FOR YOU.

23   **Q.**  AND DID YOU SEE ANYTHING IN THE SOURCE CODE THAT

24   AUTOMATICALLY DELETES CONTENT IN THE ABSENCE OF THIS CONSUMER

25   CHOICE?

 1    **A.**  NO.

 2    **Q.**  DR. KELLY, ON DIRECT EXAMINATION, I ASKED YOU TO TALK

 3    ABOUT HOW REALPLAYER TELLS PEOPLE TO GET SONGS FROM THE REAL

 4    MUSIC STORE ONTO THE IPOD.

 5        AND MR. COUGHLIN SAID IN HIS EXAMINATION OF YOU THAT

 6    REALPLAYER DISCLOSED WHAT YOU HAD TO DO TO GET REALPLAYER

 7    WORKING.

 8        ARE YOU AWARE FROM YOUR EXAMINATION WHAT, IF ANYTHING,

 9    REALPLAYER TOLD USERS TO DO IF IT DIDN'T WORK?

10    **A.**  YES.  THEY TOLD USERS TO CONTACT APPLE SUPPORT, APPLE

11    CUSTOMER SUPPORT IF THE REALPLAYER WITH HARMONY DIDN'T WORK.

12    **Q.**  DID YOU REVIEW A DOCUMENT THAT SAYS THAT?

13    **A.**  I DID.

14    **Q.**  CAN WE SHOW 2446?

15                (EXHIBIT DISPLAYED TO JURY.)

16        JUST THE NOTE IN THE CENTER OF THE PAGE.

17        DR. KELLY, CAN YOU JUST READ THAT TO THE JURY?

18    **A.**  THIS IS A NOTE INSIDE THIS DOCUMENT.

19            "THE INSTALLATION EXPERIENCE MAY VARY DEPENDING ON

20            YOUR VERSION OF THE IPOD AND IPOD SOFTWARE.  IF YOU

21            ENCOUNTER ANY PROBLEMS DURING THESE FIRST SIX STEPS,

22            PLEASE CONTACT APPLE TECHNICAL SUPPORT."

23    **Q.**  AND ARE YOU FAMILIAR WITH APPLECARE?

24    **A.**  I AM.

25    **Q.**  WHAT IS APPLECARE?

1    **A.**  IT IS PART OF APPLE TECHNICAL SUPPORT.  WHEN YOU CALL THEM

2    UP, APPLECARE CAN HELP YOU WITH YOUR PROBLEMS.

3    **Q.**  OKAY.  SO ON THAT TOPIC, LET'S LOOK AT 2394, WHICH I

4    BELIEVE MR. COUGHLIN ALSO SHOWED YOU.

5                    (EXHIBIT DISPLAYED TO JURY.)

6        IF WE CAN FOCUS ON THE PART OF THIS DOCUMENT THAT REFERS

7    TO APPLECARE.

8        THIS IS A DOCUMENT DESCRIBING ITUNES 7.0 AND IT HAS A

9    LITTLE BIT IN THERE ABOUT APPLECARE.

10            **MS. DUNN:**  IF YOU CAN GO BACK TO THE LAST PAGE,

11    PAGE 5 AT THE BOTTOM.

12    **BY MS. DUNN:**

13    **Q.**  SO THIS DOCUMENT IS ABOUT ITUNES 7.0, AND IT INCLUDES A

14    SECTION TALKING ABOUT APPLECARE.

15        CAN YOU READ THE SENTENCE THAT BEGINS WITH "REDUCING

16    AVERAGE"?

17    **A.**  YES.  IT SAYS:

18            "REDUCING AVERAGE CALL HANDLE TIME FOR ALL CALLS BY

19            10 PERCENT CAN SAVE APPLE 12 TO $15 MILLION PER

20            YEAR."

21    **Q.**  OKAY.  SO CLEARLY APPLECARE IS RELATED TO THE BUSINESS

22    PART OF APPLE.

23        LET'S SKIP DOWN.  I SEE HERE IT JUST SAYS "RECOMMENDED

24    WAYS", BUT I WOULD LIKE TO FOCUS ON THE PART MR. COUGHLIN

25    ASKED ABOUT, WHICH IS ON THE NEXT PAGE.

1            **MR. COUGHLIN:**  I DID ASK ABOUT IT, YOUR HONOR.  I

2   OBJECT BECAUSE HE SAID HE HAD NOT REVIEWED THIS DOCUMENT.

3   DIDN'T KNOW ANYTHING ABOUT IT.

4            **THE COURT:**  THE OBJECTION IS FOUNDATION.

5            **MR. COUGHLIN:**  FOUNDATION.

6            **THE COURT:**  SUSTAINED.  LAY A FOUNDATION.

7   **BY MS. DUNN:**

8   **Q.**  DR. KELLY, WHEN YOU DID YOUR EXPERIMENTS, DID YOU FIND

9   THAT THERE WERE ISSUES WITH THE IPOD BEING CORRUPTED AND

10  CRASHING?

11  **A.**  YES, I DID.

12  **Q.**  DID YOU FIND THAT THERE WERE ISSUES WITH SKIPPING SONGS?

13  **A.**  I DID INDEED.

14  **Q.**  OKAY.

15       AND WHEN MR. COUGHLIN SHOWED YOU THAT DOCUMENT EARLIER AND

16  HIGHLIGHTED THAT PART, DID YOU SEE PARTS OF THAT DOCUMENT THAT

17  SAID -- CONFIRMED OR SAID SIMILAR THINGS THAT YOU FOUND IN

18  YOUR EXPERIMENTS?

19  **A.**  YES, I DID.

20           **THE COURT:**  OKAY.

21           **MS. DUNN:**  PERMISSION TO SHOW THE DOCUMENT?

22           **THE COURT:**  NO.

23           **MS. DUNN:**  OKAY.

24  **BY MS. DUNN:**

25  **Q.**  ALL RIGHT.  LET'S MOVE ON THEN TO YOUR EXHIBIT C, WHICH

```
 1    MR. COUGHLIN ALSO SHOWED YOU.

 2                    (DISPLAYED TO JURY.)

 3        SO, DR. KELLY, I THINK THAT YOU TESTIFIED YOU LOOKED AT

 4    THIRD-PARTY APPLICATIONS THAT ATTEMPTED TO DIRECTLY CONNECT

 5    WITH THE IPOD, AND MR. COUGHLIN ASKED YOU ABOUT A FEW OF

 6    THESE.

 7        BUT -- I WANT THE JURY TO HAVE THE BENEFIT OF THE FULL

 8    DOCUMENT.  SO IF WE COULD ZOOM IN ON SOME OF THE THINGS THAT

 9    THIS SAYS.

10        AND, DR. KELLY, IF YOU CAN JUST EXPLAIN TO THE JURY WHAT

11    THEY ARE SEEING.

12    A.  THIS IS A LIST OF -- OF THIRD-PARTY IPOD MANAGERS.  THESE

13    ARE IPOD MANAGERS OR -- OR PLAYERS, SOME OF THEM HAVE PLAY

14    FUNCTIONALITY, SOME OF THEM DON'T, BUT THEY ALL ATTEMPT TO PUT

15    MUSIC ONTO THE IPOD.  AND THERE ARE A NUMBER OF THEM HERE.

16        AND WHAT I HAVE SHOWN IS THAT THE DATE THAT THEY WERE

17    INTRODUCED BASED ON THE DOCUMENTS I FOUND AND ALSO I'VE

18    IDENTIFIED REPORTED PROBLEMS WITH THE IPOD MANAGERS.

19            MS. DUNN:  AND, MR. SPAULDING, IF YOU CAN JUST SHOW

20    THE JURY WHAT THE OTHER PAGES LOOK LIKE JUST SO THEY SEE IT.

21    BY MS. DUNN:

22    Q.  DR. KELLY, CAN YOU TELL THE JURY SOME OF THE PROBLEMS YOU

23    FOUND?

24    A.  YOU CAN SEE -- LET'S TAKE AS AN EXAMPLE, FLOOLA, PLAYLIST

25    HEADER BUG, DUPLICATED ITEMS, VARIOUS FIXES.
```

KELLY – RECROSS / COUGHLIN

1          THE IPOD MANAGER FOR FOOBAR2000, IT SAYS, "SONGS ARE

2     LISTED IN THE DB BUT ARE NOT ON THE IPOD."

3          THE MGTEK, IT SAYS HERE, SECOND ITEM, "DATABASE

4     CORRUPTION".

5          MEDIA CENTER, THIS IS THE JRIVER ONE.  IT SAYS HERE ON THE

6     FIRST ITEM, "IPOD DATABASE CORRUPTION".

7          THIS IS SORT OF TYPICAL OF THE KIND OF PROBLEMS THAT I SAW

8     WITH THESE.

9              **MS. DUNN:**  THANK YOU, DR. KELLY.  NO FURTHER

10    QUESTIONS.

11             **THE COURT:**  RECROSS LIMITED TO THE SCOPE OF REDIRECT.

12                          **RECROSS-EXAMINATION**

13    **BY MR. COUGHLIN:**

14    **Q.**  DR. KELLY, IF I CAN HAVE YOU TURN TO PAGE 23 OF YOUR

15    REPORT.

16    **A.**  YES, SIR.

17    **Q.**  IF WE CAN LOOK AT THE KEYBAG THAT IS SHOWN ON PAGE 23.

18                     (DISPLAYED TO JURY.)

19             **MR. COUGHLIN:**  I HAVE A DIFFERENT -- IT'S EITHER

20    BEFORE OR AFTER.

21                     (PAUSE IN THE PROCEEDINGS.)

22    **BY MR. COUGHLIN:**

23    **Q.**  JUST AT THE TOP THERE, THIS IS THE KEYBAG -- THIS IS AN

24    EARLIER KEYBAG, CORRECT?

25    **A.**  YES, IT IS.  THE 4.7.

1    **Q.**    OKAY.

2        AND WE HAD GONE OVER SOME OF THE STEPS EARLIER AND THEN

3    MS. DUNN HAD SHOWN YOU THE 7.0 KEYBAG AND ASKED YOU TO GO

4    THROUGH THE STEPS.

5        YOU HAVE A DESCRIPTION HERE.  IF I CAN READ AT THE TOP:

6            "TO PLAY FAIRPLAY PROTECTED CONTENT ON IPODS WITH THE

7            NEW EMBEDDED KEYBAG, THE IPOD LOCATED THE AES

8            ENCRYPTED ACCOUNT KEY, USED THE SESSION I.D. TO

9            LOCATE THE RSA ENCRYPTED SESSION KEY, USE THE IPOD'S

10           PRIVATE KEY TO DECRYPT THE SESSION KEY, USE THE

11           SESSION KEY TO DECRYPT THE ACCOUNT KEY, AND USE THE

12           ACCOUNT KEY TO DECRYPT THE CONTENT KEY.

13       IS THAT CORRECT?

14           **MS. DUNN:**  OBJECTION, YOUR HONOR, TO SCOPE.

15   DR. KELLY AND I DID NOT DISCUSS THIS.

16           **THE COURT:**  OVERRULED.

17           **THE WITNESS:**  THAT'S CORRECT.  YES.

18           **MR. COUGHLIN:**  I HAVE NO FURTHER QUESTIONS.

19           **THE COURT:**  ANYTHING ON THIS ONE FIGURE?

20           **MS. DUNN:**  NO, YOUR HONOR.

21           **THE COURT:**  OKAY, DR. KELLY, YOU MAY STEP DOWN.

22           **THE WITNESS:**  THANK YOU, YOUR HONOR.

23           **THE COURT:**  NEXT WITNESS.

24           **MR. ISAACSON:**  WE CALL PROFESSOR KEVIN MURPHY.

25           **THE CLERK:**  IF YOU WILL REMAIN STANDING.

1              (**KEVIN MURPHY,** CALLED AS A WITNESS FOR THE DEFENDANT,

2    HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

3              **THE WITNESS:**  YES, I DO.

4              **THE CLERK:**  PLEASE BE SEATED.  THEN IF YOU WILL

5    PLEASE STATE YOUR FULL NAME AND SPELL YOUR LAST NAME.

6              **THE WITNESS:**  KEVIN M. MURPHY.  LAST NAME IS

7    M-U-R-P-H-Y.

8              **THE COURT:**  GOOD AFTERNOON.

9        YOU MAY PROCEED.

10             **THE WITNESS:**  GOOD AFTERNOON.

11             **MR. ISAACSON:**  THANK YOU, YOUR HONOR.

12                        **DIRECT EXAMINATION**

13   BY MR. ISAACSON:

14   **Q.**  GOOD AFTERNOON, PROFESSOR MURPHY.

15        WOULD YOU INTRODUCE YOURSELF?

16   **A.**  YES.

17        MY NAME IS KEVIN MURPHY.  I'M A PROFESSOR OF ECONOMICS IN

18   THE DEPARTMENT OF ECONOMICS IN THE GRADUATE SCHOOL OF BUSINESS

19   AT THE UNIVERSITY OF CHICAGO.

20   **Q.**  SO WE ARE SHIFTING BACKGROUNDS HERE FROM DR. KELLY.

21        WHAT IS YOUR AREA OF EXPERTISE IN ECONOMICS?

22   **A.**  IN ECONOMICS?  BROADLY SPEAKING IN THE AREA OF

23   MICROECONOMICS, WHICH IS THE STUDY OF MARKETS, FIRMS,

24   INDIVIDUALS.

25        I -- WITHIN THAT MICROECONOMICS, I HAVE DONE A WIDE RANGE

MURPHY – DIRECT / ISAACSON

1    OF THINGS, INCLUDING ANTITRUST, INDUSTRIAL ORGANIZATION, LABOR

2    ECONOMICS.  MANY, MANY AREAS WITHIN MICRO.

3    **Q.**  WHAT ABOUT ECONOMETRICS?

4    **A.**  ECONOMETRICS IS A TOOL THAT I USE IN MY RESEARCH.  I HAVE

5    ALSO WRITTEN PAPERS RELATED TO ECONOMETRICS, BUT MOSTLY I HAVE

6    APPLIED ECONOMETRICS IN MY WORK.

7        IN FACT, MY RESEARCH AND TEACHING FOCUSES ON HOW TO APPLY

8    ECONOMETRIC AND OTHER STATISTICAL TECHNIQUES TO DATA AND

9    COMBINE THE ECONOMETRICS WITH ECONOMIC THEORY.

10   **Q.**  DOES THAT INCLUDE REGRESSION ANALYSIS?

11   **A.**  YES.  REGRESSION ANALYSIS IS A COMMON TOOL THAT I USE,

12   ALSO A TOOL THAT I TEACH TO MY GRADUATE STUDENTS AT CHICAGO.

13   **Q.**  ALL RIGHT.

14       IF WE CAN LOOK AT DEMONSTRATIVE 566.

15                    (DISPLAYED TO JURY.)

16       HERE WE HAVE SUMMARIZED SOME OF YOUR BACKGROUND.  MAYBE

17   YOU CAN WALK THE JURY THROUGH THIS.

18   **A.**  YES.

19       AT THE TOP IS WHERE I CURRENTLY AM.  I'M THE GEORGE J.

20   STIGLER DISTINGUISHED SERVICE PROFESSOR OF ECONOMICS, AS IT

21   SAYS, DEPARTMENT OF ECONOMICS AND BOOTH SCHOOL OF BUSINESS.

22       LISTS THERE SOME OF THE COURSES THAT I TEACH.

23       THE -- AS I SAID, IT -- MY FOCUS HAS ALWAYS BEEN ON

24   INTEGRATING ECONOMICS AND EMPIRICAL ANALYSIS, THAT IS, PUTTING

25   DATA AND ECONOMIC THEORY TOGETHER.

1    I ALSO HAVE A POSITION AT THE HOOVER INSTITUTION AT

2  STANFORD UNIVERSITY.  I'M ALSO AFFILIATED WITH THE NATIONAL

3  BUREAU OF ECONOMIC RESEARCH.  AND I'M ALSO THE CO-CHAIR OF THE

4  BECKER FRIEDMAN INSTITUTE FOR RESEARCH IN ECONOMICS AT THE

5  UNIVERSITY OF CHICAGO.

6  **Q.**  THERE'S YOUR EDUCATIONAL BACKGROUND.  WHY DON'T YOU TELL

7  US ABOUT THAT.

8  **A.**  I WAS AN UNDERGRADUATE AT UNIVERSITY OF CALIFORNIA, LOS

9  ANGELES.  I ACTUALLY GREW UP IN THE LOS ANGELES AREA.  WENT TO

10  GRADUATE SCHOOL AT THE UNIVERSITY OF CHICAGO WHERE I GOT MY

11  PH.D. DEGREE AND STAYED ON AT THE UNIVERSITY OF CHICAGO TO

12  TEACH ECONOMICS AFTER I GRADUATED.

13  **Q.**  CAN WE LOOK AT 567?

14                  (DISPLAYED TO JURY.)

15    I'VE PUT IN FRONT OF YOU SOME NOTABLE AWARDS AND HONORS.

16  AS THE LAWYER WORKING WITH YOU, I'M GOING TO FORCE YOU TO BRAG

17  ABOUT YOURSELF A LITTLE BIT BECAUSE IT IS IMPORTANT FOR THE

18  JURY TO UNDERSTAND THAT.

19    SO, WHY DON'T YOU TELL US ABOUT SOME OF THESE AWARDS.

20  **A.**  OKAY.  I HAVE SEVERAL AWARDS FOR PARTICULAR PAPERS,

21  RESEARCH PAPERS I DID IN ECONOMICS.  THOSE ARE LISTED AT THE

22  TOP.

23    PROBABLY THE MOST NOTABLE AWARDS ON HERE ARE THE THIRD

24  FROM THE BOTTOM, WHICH IS THE JOHN BATES CLARK MEDAL, WHICH I

25  WON IN 1997, WHICH, AT THE TIME, WAS AWARDED EVERY OTHER YEAR

1    TO THE OUTSTANDING AMERICAN ECONOMIST UNDER THE AGE OF 40.

2        I ALSO WON A MACARTHUR FOUNDATION FELLOWSHIP IN 2005.

3    **Q.**  I HATE TO PUT THIS TO YOU, THAT'S THE -- THAT FOUNDATION

4    AWARD IS NICKNAMED THE GENIUS GRANT, RIGHT?

5    **A.**  YEAH.  I DON'T REALLY LIKE THAT NAME VERY MUCH, BUT, YEAH,

6    IT'S ACTUALLY AWARDED TO PEOPLE IN A WIDE RANGE OF FIELDS,

7    PEOPLE IN ECONOMICS, OUTSIDE ECONOMICS, AND THE LIKE.

8    **Q.**  YOU HAVE PUBLISHED IN PEER REVIEWED LITERATURE IN YOUR

9    FIELD?

10   **A.**  YES, I HAVE.  I PUBLISHED MANY PAPERS AND A FEW BOOKS.

11   AND ALL THE PAPERS ARE PEER REVIEWED, BUT ALSO PUBLISHED A FEW

12   BOOKS.

13       I ALSO FOCUS A LOT ON TEACHING AND ECONOMICS.

14   **Q.**  AND YOUR PEER REVIEWED PAPERS AND PUBLICATIONS INCLUDE

15   REGRESSIONS?

16   **A.**  YES.  MANY OF THE BEST KNOWN PAPERS I'VE DONE, IN FACT,

17   HAVE BEEN BASED ON REGRESSION AND OTHER STATISTICAL ANALYSES.

18           **MR. ISAACSON:**  YOUR HONOR, I WOULD MOVE PROFESSOR

19   MURPHY AS AN EXPERT IN ECONOMICS, INCLUDING INDUSTRIAL

20   ORGANIZATION, ANTITRUST ECONOMICS, AND ECONOMETRICS.

21           **MS. SWEENEY:**  NO OBJECTION, YOUR HONOR.

22           **THE COURT:**  HE'S ADMITTED AS SUCH.

23   **BY MR. ISAACSON:**

24   **Q.**  ALL RIGHT.  LET'S TALK ABOUT YOUR OPINIONS IN THIS CASE.

25           **MR. ISAACSON:**  NUMBER 568, MATT?

1              (DISPLAYED TO JURY.)

2    **BY MR. ISAACSON:**

3    **Q.**  THIS IS A SUMMARY OF YOUR OPINIONS.

4         AT THE SUMMARY LEVEL, CAN YOU TELL THE JURY WHAT WE ARE

5    GOING TO BE TALKING ABOUT?

6    **A.**  YES.  LET ME JUST READ THEM AND GIVE YOU A VERY BRIEF

7    DISCUSSION BECAUSE WE ARE GOING TO GO BACK OVER IT LATER.

8         FIRST, THAT APPLE'S USE OF AN INTEGRATED SYSTEM WAS

9    PROCOMPETITIVE AND BENEFITED CONSUMERS.  I AM GOING TO TALK

10   THERE ABOUT BOTH INTEGRATED AND MORE OPEN SYSTEMS AND THE

11   COMPETITION BETWEEN THOSE AND THE BENEFITS THAT FLOW TO

12   CONSUMERS FROM EACH OF THOSE TYPE OF SYSTEMS.

13        AND I'M GOING TO TALK IN PARTICULAR ABOUT THE HISTORY OF

14   ITUNES AND IPOD, AND WHAT WE CAN LEARN FROM THAT ECONOMIC

15   HISTORY.

16        SECOND, I'M GOING TO TALK ABOUT -- THE SECOND POINT THERE,

17   WHICH IS APPLE HAD LEGITIMATE BUSINESS REASONS FOR THE ITUNES

18   UPDATES.  I'M GOING TO TALK ABOUT THE REASONS WHY YOU WOULD

19   WANT TO UPDATE YOUR SOFTWARE TO ADDRESS VARIOUS ISSUES AND

20   CONTINUE TO IMPROVE YOUR PRODUCT.

21        THIRD, I'M GOING TO TALK ABOUT THIS IS KIND OF A CENTRAL

22   PART OF THE DISCUSSION IS TALK ABOUT THE FACT OF WHETHER THERE

23   WOULD HAVE BEEN AN ANTICOMPETITIVE EFFECT; THAT IS, THERE

24   WOULD HAVE BEEN AN IMPACT FROM THE CONDUCT AT ISSUE HERE,

25   NAMELY, THE UPDATES ON COMPETITION IN PLAYERS.

1      AND WE CAN TALK ABOUT THE MARKET CONDITIONS AND HOW THAT

2  WORKED.  TRY TO USE THE LITTLE TOOLS OF ECONOMICS TO HELP US

3  UNDERSTAND THAT.

4      NUMBER FOUR, I AM GOING TO ADDRESS DR. NOLL'S CLAIM THAT

5  APPLE HAD MONOPOLY POWER.  AND, IN PARTICULAR, I'M GOING TO

6  LOOK AT THE OUTCOMES IN THE MARKET, THE -- WHAT WE CAN LEARN

7  FROM WHAT WE SEE IN TERMS OF OUTCOMES OVER TIME AND THE

8  CHOICES THAT CONSUMERS MADE, AND HELP US UNDERSTAND THAT

9  QUESTION OF MONOPOLY POWER.

10      AND THE FINAL ONE IS I'M GOING TO ADDRESS SOME ASPECTS OF

11  DR. NOLL'S REGRESSION ANALYSIS.  MY COLLEAGUE, DR. TOPEL, IS

12  GOING TO TALK MORE ABOUT DR. NOLL'S REGRESSION ANALYSIS, BUT

13  THERE ARE A FEW POINTS THAT I DEFINITELY WANT TO MAKE.

14  **Q.**  I MENTIONED DR. TOPEL IN OPENING, BUT THAT WAS A WHILE

15  AGO.

16      HE'LL BE A WITNESS WHO WILL BE COMING UP, BUT HE'S ALSO AN

17  ECONOMIST WHO YOU WORKED WITH IN THIS CASE, CORRECT?

18  **A.**  YES.  DR. TOPEL IS A COLLEAGUE OF MINE AT THE UNIVERSITY

19  OF CHICAGO.  ACTUALLY HE WAS A TEACHER OF MINE AT ONE TIME AT

20  THE UNIVERSITY OF CHICAGO, AND WE'VE WORKED TOGETHER FOR OVER

21  30 YEARS.

22      SO WE'VE -- WE'VE WORKED TOGETHER ON A LOT OF ACADEMIC

23  PROJECTS AS WELL AS CONSULTING PROJECTS.

24  **Q.**  ALL RIGHT.  SO LET'S MOVE TO YOUR FIRST CONCLUSION THAT

25  APPLE'S USE OF AN INTEGRATED SYSTEM WAS PROCOMPETITIVE AND

1    BENEFITED CONSUMERS.

2            **MR. ISAACSON:**  CAN WE LOOK AT SLIDE 569?

3                    (DISPLAYED TO JURY.)

4    **BY MR. ISAACSON:**

5    **Q.**  CAN YOU EXPLAIN THE SIGNIFICANCE OF THIS FROM YOUR POINT

6    OF VIEW AS AN ECONOMIST?

7    **A.**  WELL, THIS SLIDE ILLUSTRATES PROBABLY THE THREE MOST

8    IMPORTANT COMPONENTS OF THE INTEGRATED SYSTEM THAT WE ARE

9    TALKING ABOUT.

10          CENTRAL TO WHAT WE'RE TALKING ABOUT IN THIS CASE IS THE

11   IPOD, AND WE HAVE ONE IPOD PICTURED DOWN HERE AT THE BOTTOM.

12   THAT'S ACTUALLY THE PHYSICAL DEVICE THAT HOLDS AND PLAYS BACK

13   THE MUSIC.

14          ON THE LEFT, WE HAVE THE ITUNES LIBRARY WHICH IS STANDING

15   THERE FOR THE ITUNES PROGRAM THAT MANAGES THE IPOD.  AND, YOU

16   KNOW, THE BASIC IDEA IS THAT ITUNES PROGRAM WAS DESIGNED TO

17   MANAGE THE IPOD.

18          IN PARTICULAR, FROM AN ECONOMIC STANDPOINT, WE WANT TO

19   THINK ABOUT, WELL, WHAT WAS THAT DESIGN TRYING TO ACCOMPLISH?

20   THAT IS, MAKE IT EASY TO USE.  MAKE THAT IPOD SOMETHING THAT

21   PEOPLE WOULD WANT TO HAVE, WANT TO USE, ALLOW THEM TO GET THE

22   FUNCTIONALITY OUT OF THAT IPOD IN A VERY SIMPLE, EASY WAY.

23          ON THE RIGHT, WE BRING IN THE ITUNES STORE.  AND THE

24   ITUNES STORE IS THE THIRD PIECE.  AND THAT'S A WAY IN WHICH

25   PEOPLE CAN GET MUSIC FROM ITUNES TO COMBINE WITH OTHER MUSIC

| | |
|---|---|
| 1 | FROM THE STORE TO PUT INTO THEIR LIBRARY, EITHER PLAY DIRECTLY |
| 2 | ON THE COMPUTER OR LOAD DOWN ONTO THE IPOD. |
| 3 |     SO THESE ARE ALL GOING TO WORK TOGETHER TO HELP CONSUMERS |
| 4 | THE FUNCTIONALITY THEY ARE LOOKING FOR. |
| 5 | **Q.**  LET'S WALK THROUGH THAT ECONOMIC HISTORY THAT YOU |
| 6 | DESCRIBED. |
| 7 |     SLIDE 571. |
| 8 |                 (DISPLAYED TO JURY.) |
| 9 | **A.**  YEAH. |
| 10 | **Q.**  JUST IN TERMS OF THE ECONOMIC HISTORY, WE'VE HEARD SOME OF |
| 11 | THE FACTUAL HISTORY, MAYBE YOU CAN EXPLAIN THE SIGNIFICANT |
| 12 | EVENTS? |
| 13 | **A.**  OKAY.  SO THIS IS A TIMELINE.  I THINK WE HAVE ALL SEEN |
| 14 | TIMELINES BEFORE.  I REMEMBER THOSE FROM GRADE SCHOOL WHERE |
| 15 | THEY HAD THE TIMELINE OF ALL THE DIFFERENT ANIMALS OVER TIME. |
| 16 | THIS IS A TIMELINE OF THE ITUNES UNIVERSE. |
| 17 |     AND WE ARE GOING TO START OUT ALL THE WAY OVER TO THE LEFT |
| 18 | IN 2001 WITH THE INTRODUCTION OF THE ITUNES PROGRAM.  SO |
| 19 | THERE'S NO IPOD YET, IT'S JUST THE ITUNES PROGRAM. |
| 20 |     AND THAT ITUNES PROGRAM WAS DESIGNED TO HELP PEOPLE MANAGE |
| 21 | MUSIC ON THEIR COMPUTERS AND ORGANIZE THAT MUSIC AND LARGELY |
| 22 | BURN IT TO CD'S.  THIS WAS THE TIME WHERE PEOPLE MOSTLY USING |
| 23 | CD'S TO PLAY BACK THEIR MUSIC AND THEY WERE USING ITUNES ONLY |
| 24 | ON THE MAC -- NOT ON WINDOWS.  THERE'S NO MAC ITUNES FOR |
| 25 | WINDOWS YET.  IT'S ONLY ON THE MAC.  THEY ARE MANAGING MUSIC. |

1    WE ROLL FORWARD TO OCTOBER 2001, HERE COMES THE IPOD.  NOW

2  WE HAVE TWO PARTS OF THE SYSTEM NOW BUILT TOGETHER BECAUSE WE

3  HAVE ITUNES STILL MANAGING MUSIC, BUT NOW MANAGING MUSIC IN A

4  WAY THAT ALLOWS YOU TO PUT IT ON YOUR IPOD AND USE YOUR IPOD.

5    THE WHOLE IDEA HERE IS TO MAKE IT EASY FOR PEOPLE TO USE

6  THIS NEW DEVICE AND ACCESS THEIR MUSIC, HAVE PLAYLISTS AND

7  THINGS LIKE THAT THAT MAKE IT VALUABLE.

8  **Q.**  WHAT WAS THE RESPONSE IN THE MARKETPLACE TO THE FIRST

9  IPOD?

10  **A.**  THE IPOD WAS VERY SUCCESSFUL.  IT WAS LIMITED TO MAC, SO,

11  YOU KNOW, THE MARKET THAT IT COULD REACH WAS LIMITED, BUT IT

12  WAS VERY SUCCESSFUL WITHIN THAT MAC MARKETPLACE.

13  **Q.**  WHAT SORT OF REVIEWS DID IT GET?

14  **A.**  IT GOT VERY GOOD REVIEWS.  PEOPLE THOUGHT PRIMARILY,

15  AGAIN, IT WAS A VERY SLICK DEVICE AND ALSO VERY EASY TO USE.

16  HAD A HIGH CAPACITY IN TERMS OF STORING SONGS.  AND GIVEN THAT

17  HIGH CAPACITY, THAT MEANS YOU WOULD NEED TO HAVE A NICE

18  PROGRAM FOR MANAGING ALL THAT MUSIC, AND ITUNES PROVIDED THAT.

19  **Q.**  THIS WAS THE DEVICE KNOWN AS "A THOUSAND SONGS IN YOUR

20  POCKET"?

21  **A.**  YEAH.  I THINK THAT WAS ONE OF THE SLOGANS YOU HEARD AT

22  THE TIME.  AGAIN, IF YOU HAVE A THOUSAND SONGS, YOU WANT TO

23  MANAGE THEM, AND ITUNES SOFTWARE WAS A WAY TO DO THAT.

24  **Q.**  ALL RIGHT.

25    APRIL 2003, THE ITUNES MUSIC STORE.  WHY WAS THAT

```
 1    SIGNIFICANT FOR YOU -- YOUR POINT OF VIEW?

 2    A.  WELL, THAT BROUGHT IN THE THIRD PIECE OF WHAT WE CALL AN

 3    INTEGRATED SYSTEM, THAT IS, A SYSTEM THAT IS DESIGNED TO WORK

 4    TOGETHER.

 5        AND THAT WAS THE ITUNES MUSIC STORE THAT GAVE YOU ANOTHER

 6    WAY TO GET MUSIC ON YOUR IPOD.

 7    Q.  CAN WE SHOW 572 -- I AM SORRY, 573.

 8                    (DISPLAYED TO JURY.)

 9        GO AHEAD.  I DIDN'T MEAN --

10    A.  THIS SHOWS YOU THE KIND OF THE ENTHUSIASM THAT CAME OUT

11    WITH THE ITUNES MUSIC STORE.

12        IT WAS ANNOUNCED IN THIS CASE AS PRODUCT OF THE YEAR.

13    DON'T ALWAYS THINK OF A MUSIC STORE AS A PRODUCT, BUT, IN

14    FACT, IT WAS RECOGNIZED AS PRODUCT OF THE YEAR, AND PARTLY

15    BECAUSE IT CAME AT A TIME WHERE BUYING MUSIC ONLINE WAS NOT

16    REALLY SOMETHING THAT HAD BEEN ESTABLISHED YET.

17        THERE WAS A LOT OF FREE MUSIC OUT THERE THAT HAD BEEN

18    PIRATED, AND IT WAS A WONDER -- PEOPLE WONDERING WHETHER

19    YOU'LL BE ABLE TO GET PEOPLE TO PAY FOR MUSIC.  AND TO GET

20    PEOPLE TO PAY FOR MUSIC, YOU HAD TO PROVIDE FUNCTIONALITY THAT

21    WOULD SAY, HEY, I WOULD RATHER BUY THIS SONG FOR 99 CENTS THAN

22    GO GET ANOTHER SONG FOR FREE.

23        SO IT HAD TO BE EASY TO USE, HAD TO BE CONVENIENT,

24    RELIABLE, ALL THOSE KINDS OF THINGS.  AND PEOPLE WERE -- YOU

25    KNOW, THE FIRST WEEK I THINK THEY SOLD A MILLION SONGS, WHICH
```

MURPHY – DIRECT / ISAACSON

1    WAS KIND OF A SURPRISE TO PEOPLE AT THE TIME.

2    **Q.**  LET'S LOOK AT 572.

3                        (DISPLAYED TO JURY.)

4        YOU LOOKED AT THE REVIEWS OF ITUNES AS PART OF YOUR WORK?

5    **A.**  YES.

6    **Q.**  WHAT DOES THIS ILLUSTRATE?

7    **A.**  THIS IS ACTUALLY -- WE JUMPED AHEAD A LITTLE IN TIME

8    BECAUSE THIS IS ALREADY OCTOBER.  THIS IS WHEN THE NEXT BIG

9    STEP IN THE HISTORY COMES.  THIS IS WHEN THAT -- WE HAVE ALL

10   THREE PIECES TOGETHER NOW.  WE GOT ITUNES, WE GOT THE IPOD, WE

11   GOT THE STORE.

12   **Q.**  LET'S GO BACK TO 571 SO YOU HAVE THE TIMELINE THEN.

13                        (DISPLAYED TO JURY.)

14   **A.**  THIS IS THE TIMELINE, WHICH IS OCTOBER 16TH, 2003 IS WHEN

15   THAT STORE AND SYSTEM BECOMES AVAILABLE ON WINDOWS.

16       REMEMBER, WINDOWS USERS, TO THIS POINT, HADN'T HAD ACCESS

17   REALLY TO THE IPOD AND ALL THE SYSTEM BECAUSE THE IPOD WAS

18   DESIGNED AND WORKING ON A MAC PRIOR TO THIS.

19       AND THIS -- THE REVIEW WE JUST LOOKED AT WAS THE REVIEW

20   THAT CAME OUT AT THAT TIME AS THE IPOD BECAME AVAILABLE WITH

21   THE WHOLE SYSTEM ON WINDOWS.

22       GO BACK TO THAT CHART?

23   **Q.**  YES.

24   **A.**  AND IT TALKS ABOUT A NUMBER OF THINGS THAT ARE THERE.

25   THE -- SOME KEY FEATURES OF THE IPOD.  IT CAN ORGANIZE AND

MURPHY – DIRECT / ISAACSON

1   FIND DIGITAL MUSIC FILES, RIP SONGS FROM CD'S WITH GOOD, GREAT

2   QUALITY, MAKE PLAYLISTS, BURN CD'S AND DVD'S, COPY FILES TO

3   THE IPOD PLAYER.  THIS IS -- YOU ARE GETTING THE FEELING OF

4   THE INTEGRATION HERE.

5       IT DOES ALL THESE THINGS IN ONE PACKAGE, AND BUY MUSIC

6   FROM THE MUSIC STORE.  BUT THE KEY IS THE LAST SENTENCE THAT I

7   HAVE HIGHLIGHTED HERE.

8           "THE STRENGTH HERE IS IN THE INTEGRATION.  EVERYTHING

9           FROM IPOD SUPPORT TO THE STORE IS PART OF ONE

10          LOGICALLY ORGANIZED APPLICATION."

11      AND THAT'S THE CONCEPT BEHIND INTEGRATED SYSTEMS.  THEY

12  TRY TO PROVIDE THAT NICE, SIMPLE WORKS-WELL-TOGETHER DESIGN.

13  THAT'S WHAT AN INTEGRATED SYSTEM IS USUALLY ABOUT.

14  **Q.**  ALL RIGHT.

15      AND HOW DOES THE -- THIS POINT OF TIME OF WINDOWS IN

16  OCTOBER OF 2003, HOW DOES THAT RELATE TO THE LOCK-IN ISSUES

17  THAT HAVE BEEN DISCUSSED IN THIS CASE?

18  **A.**  WELL, REMEMBER, FOR THOSE WINDOWS USERS, THERE HADN'T BEEN

19  THE ITUNES HISTORY THERE.  SO -- AND WHAT WE FIND IS THE IPOD

20  TURNS OUT TO BE A TREMENDOUS SUCCESS ON WINDOWS.

21      THOSE USERS WOULDN'T HAVE BEEN LOCKED IN TO THE IPOD OR

22  LOCKED INTO ITUNES BECAUSE IT WASN'T AVAILABLE ON THE WINDOWS

23  PLATFORM PRIOR TO THIS.  SO THE FACT THAT WE SEE THIS

24  EXPLOSIVE GROWTH OF SALES TO PEOPLE ON THE WINDOWS PLATFORM IS

25  PRETTY GOOD INDICATION THAT THE SUCCESS HERE IS BECAUSE PEOPLE

1   LIKE THE PRODUCT, NOT BECAUSE THEY WERE LOCKED IN AND HAD A

2   LIBRARY OF SONGS.

3       THE OTHER THING TO REMEMBER, AT THIS TIME, MOST OF THE

4   MUSIC, WHILE THE MUSIC STORE'S COMING IN, MOST OF THE MUSIC AT

5   THIS TIME IS STILL CD'S, OTHER -- OTHER FREE DOWNLOADS THEY

6   HAVE GOTTEN OFF THE INTERNET.  THAT'S WHERE MOST OF THE MUSIC

7   IS AT THIS POINT.

8       SO THE STORE'S THERE AND IT'S IMPORTANT, BUT IT'S NOT

9   THERE AND IMPORTANT SO MUCH BECAUSE OF THIS LEGACY STOCK OF

10  MUSIC PEOPLE HAVE, BUT BECAUSE IT'S A NEW PLACE TO GO GET

11  MUSIC.

12      SO IT'S -- I THINK IT'S A VERY GOOD INDICATION THAT

13  LOCK-IN WAS NOT THE STORY DRIVING THE SUCCESS OF THE IPOD

14  DURING THIS PERIOD.

15  **Q.**  ALL RIGHT.

16      SO LET'S TALK A LITTLE BIT MORE ABOUT THIS INTEGRATED

17  SYSTEM NOW THAT WE HAVE EXPLAINED ITS HISTORY.

18      NUMBER 570.

19              (DISPLAYED TO JURY.)

20      SO HOW DOES APPLE'S INTEGRATED SYSTEM COMPARE WITH THE

21  COMPETITION THAT APPLE FACED?

22  **A.**  WELL, IT TURNS OUT THAT THERE WERE OVER TIME A VARIETY OF

23  SYSTEMS THAT COMPETED.  SOME WERE MORE OPEN, AND OPEN SYSTEMS,

24  FOR EXAMPLE, MIGHT HAVE A PLAYER FROM ONE PERSON, SOFTWARE

25  PROVIDED SOMEWHERE ELSE, BUY YOUR MUSIC A THIRD PLACE, CAN ALL

MURPHY – DIRECT / ISAACSON

1    PUT IT TOGETHER, OR YOU COULD HAVE A LITTLE MORE INTEGRATED --

2    THERE'S A WHOLE RANGE OF VARIES OF INTEGRATION.  IT'S NOT LIKE

3    PREGNANT OR NOT PREGNANT.  IT'S -- IT'S -- IS A VARIETY OF

4    INTEGRATION.

5        EVEN THE APPLE SYSTEM WOULDN'T BE A PURE INTEGRATED

6    SYSTEM.  AS I SAID BEFORE, YOU CAN BRING IN CD'S, ANY DRM FREE

7    MUSIC, WHETHER YOU BOUGHT IT ONLINE, OR GOT IT SOMEWHERE ELSE,

8    YOU CAN ALWAYS DO THAT AND YOU CAN STILL DO THAT TODAY.  IT'S

9    INTEGRATED, THOUGH, IN THE SENSE THOSE THREE PIECES WENT

10   TOGETHER.

11       THE COMPETITORS FOLLOWED A VARIETY OF MODELS.  YOU HAVE --

12   MICROSOFT DID BOTH.  MICROSOFT HAD AN OPEN SYSTEM THEY TRIED.

13   THEY HAD THE ZUNE PLAYER THAT THEY TRIED.  SONY CAME IN WITH

14   AN INTEGRATED SYSTEM.

15       SO THERE WAS COMPETITION BETWEEN THE SYSTEMS.  AND THAT'S

16   IMPORTANT.  AS AN ECONOMIST, WHEN YOU SEE A MARKETPLACE, WE

17   DON'T USUALLY KNOW WHETHER AN INTEGRATED SYSTEM IS GOING TO BE

18   THE BEST OR AN OPEN SYSTEM IS GOING TO BE THE BEST.

19       A GOOD EXAMPLE OF THAT IS THE PC MARKETPLACE.  IN THE PC

20   MARKETPLACE, APPLE WENT WITH THE SAME KIND OF MODEL, MUCH MORE

21   INTEGRATED MODEL.  THE MAC; YOU GOT YOUR HARDWARE, YOU GOT

22   YOUR SOFTWARE ALL FROM APPLE.  THAT IS THE SYSTEM SOFTWARE AND

23   THE HARDWARE CAME FROM APPLE.

24       IN THE PC MARKETPLACE, IT WAS A LITTLE MORE THE WILD WEST.

25   YOU GOT YOUR HARDWARE PRODUCED BY MANY DIFFERENT PRODUCERS,

1717
MURPHY — DIRECT / ISAACSON

1    DELL, HP, COMPAQ, JUST A BUNCH OF DIFFERENT PRODUCERS.

2    MICROSOFT PROVIDED THE SOFTWARE -- I MEAN THE SYSTEM SOFTWARE.

3    IT WAS A MUCH MORE OPEN SYSTEM.

4        NOW, WHAT'S THE DIFFERENCE BETWEEN -- BETWEEN AN

5    INTEGRATED SYSTEM AND A MORE OPEN SYSTEM?  THE OPEN SYSTEM HAS

6    SOME ADVANTAGES.  PEOPLE CAN MIX AND MATCH.  THEY CAN GRAB

7    WHATEVER THEY WANT.  PIECES OF HARDWARE FROM HERE, HARDWARE

8    FROM THERE, SOFTWARE FROM HERE, SOFTWARE FROM THERE.  BUT THE

9    INTEGRATED SYSTEM HAS AN ADVANTAGE IN THAT IT'S ALL DESIGNED

10   TO WORK TOGETHER.

11       SO, THAT'S THE -- THAT'S THE QUESTION.  IS IT GOING TO BE

12   BETTER TO HAVE THAT INTEGRATED SYSTEM TIGHTLY TIED TOGETHER --

13   AND THAT HELPS YOU IN A COUPLE OF WAYS.

14       ONE PARTICULAR WAY IT HELPS YOU IS IF YOU WANT TO UPDATE

15   AND MOVE THE SYSTEM OVER TIME, IT'S MUCH EASIER WHEN YOU ARE

16   RESPONSIBLE FOR ALL OF THE COMPONENTS.  BECAUSE WHEN YOU WANT

17   TO CHANGE THE COMPONENTS YOU CHANGE THEM ALTOGETHER.  YOU MOVE

18   THE SYSTEM ALONG.

19       WHEN YOU HAVE A MORE OPEN SYSTEM, IT'S HARDER TO KIND OF

20   PUSH IT FORWARD.  THIS IS A PROBLEM MICROSOFT RAN INTO WITH

21   WINDOWS.  THEY HAD A HARD TIME KEEPING ALL THOSE PIECES

22   MOVING.  THAT'S ONE OF THE REASONS WHY WINDOWS HAS HAD SOME

23   MORE DIFFICULTIES THAN THE MAC HAS.  ON THE OTHER HAND, IT HAS

24   BENEFITED FROM THAT WIDE RANGE OF HARDWARE.  IT TURNED OUT IN

25   THE PC WORLD, THE OPEN SYSTEM WAS REALLY THE MORE SUCCESSFUL

1    ONE.

2    **Q.**  WHAT DO CONSUMERS GET BY HAVING BOTH OPEN SYSTEMS AND

3    INTEGRATED SYSTEMS IN PRODUCT CHOICES?

4    **A.**  WELL, AT THE END OF THE DAY, THEY ARE GOING TO GET

5    WHICHEVER ONE TURNS OUT TO WORK BETTER.  BECAUSE THEY ARE

6    GOING TO FLOCK TOWARD THE MORE OPEN SYSTEM IF THAT TENDS TO

7    WORK BETTER.  THEY ARE GOING TO FLOCK TOWARD THE MORE CLOSED

8    SYSTEM IF THAT WORKS BETTER.  AND THAT'S WHAT WE MEAN BY

9    COMPETITION BETWEEN CLOSED AND OPEN.

10        NOW, IT IS MORE TO REMEMBER, THOUGH, IF YOU WANT TO HAVE

11    COMPETITION BETWEEN CLOSE AND OPEN, YOU HAVE TO LET PEOPLE

12    HAVE A -- CALL IT CLOSE, CALL IT INTEGRATED, YOU HAVE TO LET

13    THEM DO THAT.  OTHERWISE, ALL -- YOU ELIMINATE THAT AS A

14    POTENTIAL OUTCOME.  RIGHT?  AND THAT'S IMPORTANT.  YOU HAVE TO

15    BE ABLE TO ACTUALLY PROVIDE THAT ALTERNATIVE.  AND WE WILL SEE

16    WHICH ONE DOES BETTER.

17    **Q.**  ALL RIGHT.  SLIGHT -- SLIGHTLY DIFFERENT TOPIC.

18        WHAT DID APPLE HAVE TO DO TO SELL MUSIC FROM THE RECORD

19    LABELS IN THE ITUNES STORE?

20    **A.**  WELL, IN ORDER TO SELL MUSIC, AND I THINK YOU HAVE

21    PROBABLY HEARD ABOUT THIS, IN ORDER TO SELL MUSIC, THE RECORD

22    STORE -- THE RECORD COMPANIES WERE CONCERNED THAT THEIR MUSIC

23    WOULD BE PROTECTED, THAT IT WOULDN'T JUST BE OUT THERE FOR

24    ANYBODY TO GRAB AND PLAY BECAUSE THEY WANTED TO SELL -- THEY

25    WANTED TO SELL MORE THAN ONE COPY.  THEY DIDN'T WANT TO SELL

MURPHY – DIRECT / ISAACSON

1    ONE COPY AND HAVE EVERYBODY JUST COPY IT FOR THEMSELVES.  THEY

2    WANTED TO HAVE A PRODUCT THAT THEY COULD ACTUALLY SELL.

3        AND THE DRM WAS THE METHODOLOGY THAT THEY -- THAT THEY

4    CAME UP WITH.  WE HAVE TO HAVE THIS DIGITAL RIGHTS MANAGEMENT

5    THAT ALLOWS PEOPLE TO USE THE MUSIC BUT PREVENTS IT FROM BEING

6    COPIED, YOU KNOW, OVER AND OVER AGAIN.

7    **Q.**  AND THE TERM "ENCRYPTION", WHAT'S THE SIGNIFICANCE OF THAT

8    IN THIS CONTEXT TO YOU AS AN ECONOMIST?

9    **A.**  THE TERM ENCRYPTION IS A METHODOLOGY BY WHICH YOU

10    ACCOMPLISH THAT.  THAT IS, IT'S PART OF THE SYSTEM OF

11    PROTECTION THAT YOU PUT ON TO PROTECT THOSE DIGITAL RIGHTS.

12        THAT'S WHY IT IS CALLED DIGITAL RIGHTS MANAGEMENT.  I

13    GRANT YOU THE RIGHT TO PLAY THIS ON SO MANY COMPUTERS AND I

14    HAVE TO HAVE A SYSTEM THAT ALLOWS YOU TO DO THAT.  IT ENFORCES

15    THAT CONTRACTOR DEAL BETWEEN THE RECORD COMPANY AND THE

16    PURCHASER.

17    **Q.**  THE JURY HAS HEARD ABOUT APPLE'S FAIRPLAY SOFTWARE, ITS

18    DRM SYSTEM.  HOW DID THAT RELATE TO APPLE'S INTEGRATED SYSTEM

19    FROM YOUR POINT OF VIEW AS AN ECONOMIST?

20    **A.**  WELL, APPLE HAD THEIR OWN FAIRPLAY SYSTEM.  THAT WAS THEIR

21    CHOICE OF DRM.  AND IT WAS PART OF THEIR INTEGRATED SYSTEM.

22    THEY SAID, WE ARE GOING TO USE FAIRPLAY, THAT'S WHAT WE'RE

23    GOING TO USE IN OUR SYSTEM.

24        OTHER PEOPLE ARE GOING TO USE DIFFERENT THINGS ON THEIR

25    SYSTEMS.  PEOPLE HAD AN OPEN SYSTEM, USED DIFFERENT SYSTEMS

MURPHY – DIRECT / ISAACSON

1    THAT MAYBE WENT ACROSS MULTIPLE PLAYERS.  APPLE DECIDED WE ARE

2    GOING TO USE FAIRPLAY.

3        NOW, OF COURSE, FAIRPLAY IS NOT A CONSTANT.  IT IS GOING

4    TO BE UPDATED OVER TIME BECAUSE IN ORDER TO CONTINUE TO

5    PROTECT THE DIGITAL RIGHTS, YOU ARE GOING TO HAVE TO KEEP

6    UPDATING YOUR SYSTEM.

7        I THINK YOU'VE HEARD ABOUT THAT.  THAT'S PART OF THE

8    NOTION OF TRYING TO HAVE THAT DIGITAL RIGHTS MANAGEMENT IS

9    IT'S GOING TO EVOLVE.  AND THAT'S GOING TO BE TRUE.

10   **Q.**  WHAT WERE THE ADVANTAGES TO CONSUMERS OF APPLE DECIDING TO

11   INTEGRATE FAIRPLAY INTO ITS SYSTEM?

12   **A.**  AGAIN, IT -- IT ALLOWED APPLE TO SAY, I CAN CHANGE THE

13   SYSTEM TOGETHER.  THAT IS, IF I NEED TO CHANGE THINGS, I CAN

14   CHANGE THE PLAYER AND CHANGE THE SOFTWARE THAT GOES WITH THE

15   PLAYER IN ORDER TO KEEP THE TWO MOVING WELL AND FUNCTIONING

16   WELL TOGETHER.

17       IT ALSO MEANT, IF WE ARE GOING TO UPDATE OTHER

18   FUNCTIONALITY, WE WOULD BE ABLE TO DO THAT, TOO, BY HAVING THE

19   SAME INTEGRATED APPROACH.

20   **Q.**  ALL RIGHT.

21       AND THE RECORD LABEL CONTRACTS, HOW WERE THOSE RELEVANT TO

22   YOU AS AN ECONOMIST?

23   **A.**  WELL, I THINK, YOU KNOW, ONE OF THE COMPONENTS THAT MADE

24   THE IPOD/ITUNES SYSTEM VALUABLE WAS THE ABILITY TO BUY THAT

25   ONLINE DIGITAL DOWNLOADS.

MURPHY – DIRECT / ISAACSON

1    AND IN ORDER TO DO THAT, YOU HAD TO DO SOMETHING THAT

2    WOULD KEEP THE RECORD COMPANIES WANTING TO PUT THEIR MUSIC UP

3    THERE.  AND AT LEAST IN THE EARLY PERIODS, THE RECORD

4    COMPANIES REQUIRED THE DIGITAL RIGHTS MANAGEMENT IF YOU WANTED

5    THE WIDE RANGE OF CONTENT.

6    IF YOU WANTED LIKE THEIR WHOLE CATALOGS OF MUSIC, YOU HAD

7    TO COMMIT TO DO DRM.  AND THAT WAS IMPORTANT TO CONSUMERS, NOT

8    BECAUSE SO MUCH THEY CARED ABOUT THE RECORD COMPANIES, BECAUSE

9    THEY WANTED THE MUSIC.

10   SO IF I WANT TO PROVIDE MY CUSTOMERS WITH MUSIC, I HAVE TO

11   MEET THE DEMANDS OF THE RECORD COMPANIES AND PROVIDE THE

12   SECURITY THE RECORD COMPANIES DEMAND.

13   Q.  WELL, IN LIGHT OF THOSE CONTRACTS, FROM AN ECONOMIST'S

14   POINT OF VIEW, WAS FAIRPLAY A CONSUMER BENEFIT?

15   A.  YEAH, IT WOULD BE A CONSUMER BENEFIT IN THE SENSE THAT IT

16   WOULD -- COUPLE OF THINGS.

17   ONE WAY IT WOULD BE A CONSUMER BENEFIT, IT WOULD BE AN

18   INDIRECT BENEFIT, WE CALL IN ECONOMICS, BECAUSE IT WOULD GET

19   THE RECORD COMPANIES ON BOARD WHICH WOULD THEN INDIRECTLY

20   BENEFIT.  IT'S NOT THAT THE CONSUMERS CARED ABOUT THE RECORD

21   COMPANY, THEY WANTED THE MUSIC, AND THAT'S THE INDIRECT

22   BENEFIT.

23   THE OTHER WAS, TO THE EXTENT IT PROVIDED SECURITY, THAT

24   IS, PREVENTED MALICIOUS SOFTWARE OR OTHER THINGS FROM GETTING

25   INTRODUCED, IT WOULD PROVIDE DIRECT BENEFITS TO THE CONSUMER

MURPHY – DIRECT / ISAACSON

1   BY PREVENTING THOSE KIND OF PROBLEMS FROM ARISING AS WELL.

2   **Q.**  ALL RIGHT.

3      AND IN TERMS OF THE ECONOMIC HISTORY, YOU'VE DESCRIBED HOW

4   IPODS AND ITUNES WERE SUCCESSFUL.  DID PEOPLE EXPECT THAT WAS

5   GOING TO HAPPEN?

6   **A.**  WELL, I -- I THINK -- MIX BAG.  I THINK THAT THE ITUNES

7   STORE, FOR EXAMPLE, WAS MUCH MORE SUCCESSFUL, I THINK, THAN

8   PEOPLE ORIGINALLY THOUGHT.  IT WAS REALLY NOT CLEAR IF PEOPLE

9   WERE GOING TO BE SUCCESSFUL SELLING PRICED MUSIC AGAINST FREE

10  MUSIC.  IT TURNED OUT IT WAS, SO I THINK THAT WAS BETTER.

11     I THINK PEOPLE THOUGHT THE IPOD WAS VERY GOOD.  AND THEY

12  WERE VERY HAPPY WITH IT ON THE MAC.  I THINK MOST PEOPLE

13  EXPECTED WHEN IT WENT TO THE PC, IT WOULD SEE A SIMILAR

14  ATTRACTIVENESS BECAUSE THE SAME THINGS THAT APPEAL TO PC USERS

15  LIKELY WOULD HAVE APPEALED TO THE SAME ONES THAT APPEALED TO

16  THE MAC USERS.

17     SO SOME OF IT WAS PREDICTABLE, SOME OF IT WAS LESS

18  PREDICTABLE.  BUT THE THING WE DIDN'T KNOW IS WHETHER OPEN OR

19  CLOSE SYSTEMS WOULD ULTIMATELY BE SUCCESSFUL.

20  **Q.**  AFTER THE SUCCESS OF THE ITUNES STORE, DID MOST IPOD USERS

21  GET MOST OF THEIR MUSIC FROM THE ITUNES STORE?

22  **A.**  NO.  IN FACT, EVEN LIKE IN THE PERIOD WE ARE TALKING ABOUT

23  HERE WHERE ITUNES 7 COMES OUT, IF YOU LOOK AT WHAT WAS

24  ACTUALLY ON PEOPLE'S IPODS, THE MAJORITY OF THE MUSIC WAS

25  STILL OF THE DRM FREE VARIETY, FROM CD'S, FROM ONLINE SOURCES,

MURPHY – DIRECT / ISAACSON

1  AND THE LIKE.  ROUGHLY 75 PERCENT OF THEIR MUSIC WAS COMING

2  FROM THOSE OTHER SOURCES OTHER THAN DIGITAL DOWNLOADS.

3  **Q.**  ALL RIGHT.

4  **A.**  SO STILL THE BULK OF THE MUSIC ELSEWHERE.

5  **Q.**  ALL RIGHT.

6      MAYBE WHAT WE SHOULD DO HERE IS, ON THE NEXT TOPIC, LET'S

7  SUMMARIZE YOUR CONCLUSIONS HERE.  I DON'T KNOW IF WE WILL GET

8  TOO MUCH OF THIS ON THESE LAST FEW MINUTES, BUT LET'S

9  SUMMARIZE THESE AND THEN WE CAN TALK ABOUT THESE WITH A LITTLE

10 BIT MORE DETAIL TOMORROW.

11     SO SLIDE 576.

12                    (DISPLAYED TO JURY.)

13 **A.**  YEAH.  I MEAN WE HAVE TALKED ABOUT A LOT OF THIS.

14     AGAIN, THIS IS, YOU KNOW, WHAT MADE THE IPOD SYSTEM

15 ATTRACTIVE.  WHAT MADE THAT INTEGRATED SYSTEM ATTRACTIVE.

16 WELL, IT WAS THE SEAMLESS OPERATION, RELIABILITY, EASE OF USE.

17     AND THOSE ARE ALL THINGS WE TYPICALLY WOULD ASSOCIATE WITH

18 A SYSTEM THAT IS HIGHLY INTEGRATED, RIGHT?  SEAMLESS, THAT'S

19 ONE OF THE MAJOR POINTS OF INTEGRATION.

20     IT'S EASIER TO MAKE IT RELIABLE WHEN YOU DON'T HAVE TO

21 MAKE IT WORK WITH 20 DIFFERENT OTHER PIECES THAT YOU -- YOU --

22 YOU DON'T CONTROL OR YOU DON'T -- YOU DON'T -- AREN'T

23 RESPONSIBLE FOR.  AND EASE OF USE IS SOMETHING YOU CAN BUILD

24 IN.

25     THAT'S -- THOSE ARE -- THOSE ARE THE PRIMARY ADVANTAGES

MURPHY – DIRECT / ISAACSON

1    THAT DIRECTLY ACCRUE FROM AN INTEGRATED APPROACH.

2    **Q.**  WHAT DO YOU MEAN BY "FLEXIBILITY TO INNOVATE"?

3    **A.**  AGAIN, I THINK I TALKED ABOUT THIS A LITTLE EARLIER, I

4    WILL JUST HIT ON IT AGAIN.

5        IF I'M RESPONSIBLE FOR ALL OF THE COMPONENTS AND I WANT TO

6    THEN ADD SOME NEW FEATURES OR MAKE A CHANGE OR FIX SOMETHING,

7    BECAUSE I CONTROL ALL OF THE COMPONENTS, IT'S EASIER TO SAY,

8    OKAY, I'VE GOT TO MAKE THIS CHANGE IN THE HARDWARE, THIS

9    CHANGE IN THE SOFTWARE, THIS CHANGE SOMEWHERE ELSE, DO IT ALL

10   AS ONE.  THAT'S ANOTHER ADVANTAGE OF AN INTEGRATED SYSTEM.  IT

11   HAS A GREATER ABILITY TO DO THAT.

12   **Q.**  WHAT'S YOUR POINT HERE ABOUT CONSUMERS?

13   **A.**  WELL, THIS LAST ONE IS KIND OF, YOU KNOW, IS RELATED TO

14   THE POINT THAT IF I HAVE A PRODUCT THAT'S NOT INTEGRATED, I'M

15   COMBINING COMPONENTS FROM DIFFERENT PEOPLE, AND I HAVE A

16   PROBLEM, I OFTEN DON'T KNOW WHO TO BLAME.

17       AND ONE OF THE PROBLEMS YOU CAN RUN INTO IS THEY CAN GO

18   LIKE THAT, RIGHT?  THAT'S HIS PROBLEM, THAT'S HIS PROBLEM,

19   BACK AND FORTH BETWEEN THE TWO OF THEM.  AND EVEN THOUGH THE

20   PROBLEM IS CAUSED BY ONE PERSON, IT CAN IMPOSE COST ON THE

21   OTHER SUPPLIER.

22       SO THE SOFTWARE IS REALLY THE PROBLEM, BUT THE HARDWARE

23   GUY GETS BLAMED, OR THE HARDWARE IS THE PROBLEM AND THE

24   SOFTWARE GUY GETS BLAMED.  CONSUMERS DON'T KNOW WHERE TO GO.

25   AND YOU CAN GET THIS SHARED BLAME PROBLEM IT'S CALLED IN

MURPHY – DIRECT / ISAACSON

1    ECONOMICS.

2    **Q.**  AS AN EXAMPLE OF THAT, IF REALPLAYER ADVERTISES IF YOU ARE

3    HAVING TROUBLES WITH HARMONY, CALL APPLE?

4    **A.**   THAT COULD BE.  THAT COULD BE AN EXAMPLE OF WHERE THAT

5    WOULD HAPPEN IN PRACTICE.  I THINK WE HEARD SOMETHING ABOUT

6    THAT.  THAT WOULD BE THE KIND OF EXAMPLE YOU WOULD BE THINKING

7    ABOUT.

8        BUT ALSO JUST THE CONSUMER WHO SITS THERE AND SAYS, I'VE

9    GOT A PROBLEM, I DON'T KNOW WHERE IT'S COMING FROM.  I DON'T

10   KNOW WHETHER IT'S THE SOFTWARE I'M USING, I DON'T KNOW IF IT'S

11   THE HARDWARE I'M USING.

12       WHEREAS IF I HAVE A PROBLEM, IT'S AN INTEGRATED SYSTEM, AS

13   IT SAID ON THAT EARLIER SLIDE, YOU KNOW IT'S APPLE.  YOU CALL

14   APPLE.  MY IPOD IS NOT WORKING.  I GOT ITUNES, GOT MY DRM FREE

15   MUSIC, MAYBE ITUNES MUSIC, WHATEVER, ALL THOSE THINGS CAME

16   FROM YOU.  IF IT'S NOT WORKING, TELL ME HOW TO FIX IT.  THAT'S

17   THE ADVANTAGE.

18   **Q.**  I THINK WE TALKED ABOUT THE CONTRACT.  SO LET ME ASK YOU,

19   FROM AN ECONOMIST'S POINT OF VIEW, WHY SHOULD APPLE CARE ABOUT

20   BUGS CAUSED BY THIRD-PARTY SOFTWARE?

21   **A.**  WELL, BUGS CAUSED BY THIRD-PARTY SOFTWARE CAN COME IN IN A

22   NUMBER OF WAYS FROM AN ECONOMIC STANDPOINT.

23       ONE IS YOU HAVE THE SHARED BLAME PROBLEM.  THAT IS, THE

24   BUGS IN THE SOFTWARE BUT APPLE HAS TO FIELD THE SERVICE CALL

25   OR THE CUSTOMER SUPPORT CALL.  THAT COULD BE ONE.

1      NUMBER TWO, IF THERE ARE PROBLEMS IN THAT SOFTWARE, IT

2   COULD -- IT COULD THEN -- IF LOT OF PEOPLE ARE USING THAT

3   SOFTWARE, IT CAN MAKE IT DIFFICULT TO UPGRADE THE SYSTEM OR

4   INCREASE -- IMPROVE THE SYSTEM FROM WHERE IT WAS BECAUSE YOU

5   DON'T CONTROL THE WHOLE -- WHAT THEY ARE DOING.

6      AND IF YOU FAIL TO BE ABLE TO MAKE IMPROVEMENTS TO THE

7   SYSTEM, THAT WOULD HURT EVEN THE CUSTOMERS WHO ARE NOT USING

8   THAT SOFTWARE BECAUSE NOW THE SYSTEM DOESN'T PROGRESS AS FAST

9   AS IT WOULD OTHERWISE.

10      AND, FINALLY, THE CONSUMER THEMSELVES COULD HAVE A WORSE

11   EXPERIENCE, AND THAT WOULD -- THAT WOULD BE COSTLY TO APPLE AS

12   WELL.

13          **MR. ISAACSON:**  IS THIS A CONVENIENT BREAKING POINT,

14   YOUR HONOR?

15          **THE COURT:**  IT IS.  THANK YOU.

16      OKAY, LADIES AND GENTLEMEN.  WE WILL BREAK FOR THE DAY.

17      MY LATEST INFORMATION I HAVE IS EVERYTHING IS PEACEFUL

18   OUTSIDE.  THERE'S NO ISSUES.

19      AS WE ALL KNOW, THE STORM IS COMING.  FEDERAL COURTS ARE

20   NOT CLOSED TOMORROW.  SO WE ARE GOING TO PROCEED.  BUT BE

21   SAFE.  DO NOT DO ANYTHING THAT JEOPARDIZES YOUR SAFETY IN ANY

22   WAY.  MAKE SURE YOU HAVE OUR PHONE NUMBER HANDY.  IF SOMETHING

23   HAPPENS, IF BART'S LATE, WHATEVER, JUST KEEP US INFORMED.

24   MAKE SURE YOU HAVE A VERY GOOD UMBRELLA.  WEAR SOME GALOSHES.

25      BUT WE ARE MOVING FORWARD TOMORROW.  THE COURTHOUSE IS

1    OPEN AND I'M COGNIZANT THAT WE'RE TRYING TO GET YOU ALL THIS

2    INFORMATION SO THAT WE ARE DONE BY NEXT WEEK.  I THINK WE

3    STILL NEED TO KEEP GOING.

4        AGAIN, SAFETY FIRST.  SAFETY FIRST.  ANY ISSUES, LET ME

5    KNOW.

6        ANY QUESTIONS AT THIS POINT?

7            **JUROR:**  I HAVE ONE.

8            **THE COURT:**  OKAY.  THANK YOU VERY MUCH.  WE WILL SEE

9    YOU TOMORROW.

10        (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

11            **THE COURT:**  OKAY.  LADIES AND GENTLEMEN, PICK UP YOUR

12   STUFF, PLEASE.

13        FRANCES, YOU MAY LEAVE.  I WILL CLOSE DOWN THE COURTROOM.

14            **MR. ISAACSON:**  DO YOU NEED US TO REVIEW THE QUESTION?

15            **THE COURT:**  YES.  WHY DON'T YOU STAY HERE WITH ME.

16        (DISCUSSION HELD OFF THE RECORD AND NOT REPORTED.)

17

18            (PROCEEDINGS ADJOURNED AT 1:32 P.M.)

19

20

21

22

23

24

25

1

2                    **CERTIFICATE OF REPORTERS**

3        WE, RAYNEE H. MERCADO AND DIANE E. SKILLMAN, OFFICIAL

4    REPORTERS FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF

5    CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING IS A CORRECT

6    TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

7    ABOVE-ENTITLED MATTER.

8

9        _____

10            RAYNEE H. MERCADO, CSR 8258, RMR, CRR, FCRR

11

12

13

14            DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

15                WEDNESDAY, DECEMBER 10, 2014

16

17

18

19

20

21

22

23

24

25