UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

05-cv-00037-YGR              The Apple iPod iTunes Anti-Trust Litigation v.

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | **Bonny Sweeney** | **William Isaacson** |
| **JURY SELECTION:** | **REPORTERS:** | **CLERK:** |
| November 19, 2014 | **Raynee Mecado** | Frances Stone |
| **TRIAL DATE:** | | |
| December 2, 2014 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **11/19/14** | | | **Court Reporter: Raynee Mercado** | |
| | | 8:41AM | | | Case called. Discussion with counsel re Dkt. Nos. 914 and 913 and further discussion. | |
| | | | | | | |
| | | 9:22AM | | | RECESS | |
| | | 9:40AM | | | Panel enters courtroom for roll. | |
| | | 10:00AM | | | Judge enters courtroom; Voir Dire begins. | |
| | | 11:26AM | | | Recess for Jury | |
| | | 11:27AM | | | Discussion with counsel. | |
| | | 11:30AM | | | Recess for counsel | |
| | | 11:38AM | | | 4 Jurors excused for cause; 4 more names called. | |
| | | 11:45AM | | | Resume Voir Dire | |
| | | 1:43PM | | | RECESS for Jury until 2:00pm | |
| | | 1:44PM | | | One Juror in courtroom with Judge and Counsel for voir dire. Juror then exits courtroom | |
| | | 1:46PM | | | JURY on recess. Counsel exercise challenges. | |
| | | 2:08pm | | | Jury enters courtroom.  8 Jurors seated as the jury. | |
| | | 2:10pm | | | Jury (8) sworn. Remainder of  panel excused. | |
| | | 2:25pm | | | Recess for Jury for orientation with CRD; and then RECESS for the day. Further Trial 12/2/14 at 8:30am. | |
| | | 2:45pm | | | RECESS for counsel at 2:45pm for the day. Further Trial 12/2/14 at 8:30am. | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | **12/2/14** | | | **Court Reporter: Raynee Mercado** | |
| | | 8:00am | | | Case called. Discussion with counsel. | |
| | | 8:02am | | | RECESS | |
| | | 8:27am | | | Judge enters courtroom | |
| | | 8:28am | | | Jury enters courtroom | |
| | | 8:29am | | | Court gives instructions to the Jury | |
| | | 8:49am | | | Plaintiff attorney Bonnie Sweeney Opening Statement | |
| | | 9:33am | | | Plaintiff attorney Patrick Coughlin continues Plaintiff's Opening Statement | |
| | | 10:08am | | | RECESS(15 minutes) | |
| | | 10:23am | | | Defendant attorney Isaacson Opening Statement | |
| | | 11:12am | | | Court gives further Instructions to the Jury | |
| | | 11:25am | | | Plaintiff attorney Coughlin calls witness Kenneth Riegel for direct | P |
| 915 | | | X | X | 2005 Tax Return  K&N Enteprises | |
| 916 | | | X | X | 2006 Tax Return | |
| 917 | | | X | X | 2007 Tax Return | |
| 918 | | | X | X | 2008 Tax Return | |
| 922 | | | X | X | 2006 Confirmation | |
| 923 | | | X | X | 2007 Confirmation | |
| 924 | | | X | X | Invoice Line Item  2007 | |
| 926 | | | X | X | Ingram Micro Invoice  12/23/07 | |
| 921 | | | X | X | Reseller Agreement | |
| 919 | | | X | X | Business Purchase Agreement | |
| | | 11:54am | | | Defendant attorney Dunn cross of witness Riegel | |
| 919 | | | X | X | Business Purchase Agreement | |
| | | 12:06pm | | | Witness excused from stand | |
| | | 12:07pm | | | RECESS ( 15 min) | |
| | | 12:22pm | | | Jury enters courtroom | |
| | | 12:23pm | | | Plaintiff attorney Coughlin calls witness David Martin for direct | P |
| 128 | | | X | X | Email | |

2

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | 12:40pm | | | RECESS for Jury | |
| | | 12:41pm | | | Discussion with counsel | |
| | | 12:42pm | | | Jury enters courtroom | |
| | | 12:43pm | | | Plaintiff attorney Coughlin resumes direct of witness Martin | |
| | 2165 | | X | X | Email with attachments | |
| | 2265 | | X | X | Email | |
| 269 | | | X | X | AIM Instant Message | |
| 2 | | | X | X | Fairplay Next Generation | |
| 327 | | | X | X | Email | |
| 2 | | | X | X | Page 49 | |
| | 2778 | | X | | Email | |
| | 2385 | | X | | Customer Contact Form 6/1/06 | |
| | | 1:25pm | | | Court gives instructions to Jury | |
| | | 1:26pm | | | RECESS for Jury for the day. Further Jury Trial 12/3/14 at 8:30am | |
| | | 1:27pm | | | Discussion with counsel | |
| | | 1:40pm | | | RECESS for counsel for the day. Counsel to be present at 8:00am on 12/3/14; Jury at 8:30am. | |
| | | **12/3/14** | | | **Court Reporter: Raynee Mercado** | |
| | | 8:00am | | | Discussion with counsel | |
| | | 8:08am | | | RECESS | |
| | | 8:26am | | | Judge enters courtroom | |
| | | 8:27am | | | Jury enters courtroom | |
| | | 8:28am | | | Defendant attorney Isaacson cross of witness David Martin | |
| 243 | | | X | | AIM Instant message | |
| | 2446 | | X | X | "How to install Real Player" document | |
| | | 9:25am | | | Witness excused from the stand | |
| | | 9:26am | | | Plaintiff attorney Coughlin calls witness Agustin Farrugia | P |
| 927 | | | X | | Declaration document of Farrugia | |
| | 2265 | | X | X | Email (or 3A to Farrugia Declaration) | |
| 927 | | | X | | Page 43 | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | 2239 | | X | X | AIM IM with Robbin | |
| | 2247 | | X | X | Email 4/05 | |
| | 2309 | | X | X | Email | |
| 261 | | | X | | Email | |
| 267 | | | X | X | Email | |
| 271 | | | X | X | Email | |
| | | 10:00am | | | RECESS FOR JURY | |
| | | 10:03am | | | Discussion: Exhibits 2446 admitted; 2446A admitted; RECESS for counsel | |
| | 2446 | | X | X | Admitted | |
| | 2446A | | X | X | Admitted | |
| | | 10:16am | | | Jury enters courtroom | |
| | | 10:17am | | | Plaintiff attonrey Coughlin resumes direct of witness Farrugia | |
| | 2776 | | X | X | Email | |
| 2 | | | X | X | Fairplay document | |
| 327 | | | X | | Email | |
| 820 | | | X | X | Email | |
| | | 10:51am | | | Defendant attorney Dunn cross of witness Farrugia | |
| | 2253 | | X | X | Keybag description | |
| | 2273 | | X | X | 6/2/05 Email | |
| 371 | | | X | X | Email | |
| 316 | | | X | X | Email | |
| | 2317 | | X | X | AIM IM | |
| | 2329 | | X | X | Email 11/22/05 | |
| | 2416 | | X | | Email 8/29/06 | |
| | 2342 | | X | X | Email 1/7/06 | |
| 371 | | | X | | Email | |
| 267 | | | X | X | Email | |
| | | 11:41am | | | In Courtroom the fire alarm went off(false alarm) | |
| | | 11:50am | | | Jury recess | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | 11:58am | | | Jury enters courtroom | |
| 269 | | | X | X | AIM IM 11/18/05 | |
| | 2776 | | X | X | Email | |
| 820 | | | X | X | Email | |
| | 2089 | | X | | Customer contact form 3/21/04 | |
| | 2265 | | X | X | Email | |
| | | 12:21pm | | | Plaintiff attorney Coughlin cross of witness Farrugia | |
| 871 | | | X | X | Email | |
| | | 12:29pm | | | Witness excused from stand | |
| | | 12:30pm | | | Jury recess | |
| | | 12:31pm | | | Discussion with counsel | |
| | | 12:38pm | | | Recess for counsel (10 min) | |
| | | 12:48pm | | | Jury enters courtroom | |
| | | 12:49pm | | | Plaintiff attorney Bernay calls witness Marianna Rosen for direct | P |
| | | 1:06pm | | | Defendant attorney Isaacson cross of witness Rosen | |
| | 2593 | | X | | Amended Complaint  [dkt. no. 322] | |
| | 2784 | | X | X | Receipt for iPod | |
| | | 1:30pm | | | Plaintiff attorney Bernay redirect of witness Rosen | |
| | | 1:33pm | | | Recess for Jury for the day. Further Jury Trial 12/4/14 at 8:30am | |
| | | 1:35pm | | | Discussion with counsel | |
| | | 1:44pm | | | Recess for the day. Further Jury Trial 12/4/14 at 8:30am for Jury; 8:00am for counsel. | |
| | | **12/4/14** | | | **Court Reporter: Raynee Mercado** | |
| | | 8:02am | | | Discussion with counsel | |
| | | 8:32am | | | Jury enters courtroom | |
| | | 8:33am | | | Plaintiff attorney Sweeney calls witness Eddy Cue for direct | P |
| 124 | | | X | X | Email 7/26/04 | |
| 128 | | | X | X | Email 7/27/04 | |
| | | | | | | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| 130 | | | X | X | Email | |
| 118 | | | X | X | Email | |
| 121 | | | X | X | Email | |
| | | 2140 | X | X | Press Release | |
| 125 | | | X | X | Email | |
| 817 | | | | | Article 7/26/04 | |
| 147 | | | X | X | Email | |
| 222 | | | X | X | Email 5/31/05 | |
| | | 2098 | X | X | Email 4/6/04 | |
| | | 2389 | X | X | Email | |
| 816 | | | X | X | Email | |
| 461 | | 9:27am | | | Defendant attorney Isaacson cross of witness Cue | |
| | 2139 | | X | X | Email | |
| | 2394 | | X | X | Email | |
| | 2423 | | X | X | 9/12/06 Release | |
| | 2847 | | X | | Quicktime Video on Thumbdrive of 9/12/06 presentation | |
| | 2781 | | X | | Email | |
| | | 10:00am | | | RECESS (15 MIN) | |
| | | 10:16am | | | Plaintiff attorney Sweeney resumes cross of witness Cue | |
| | 2337 | | X | X | Presentation 2005 | |
| | 2495 | | X | X | Email 8/31/07 | |
| 319 | | | X | X | iPod software releases 9/06 | |
| | 2119 | | X | X | Email 5/19/04 | |
| | 2419 | | X | X | Email | |
| | 2243 | | X | X | Email 3/28/05 | |
| | 2805 | | X | X | Email 10/23/06 | |
| | 2783 | | X | X | Email 10/2/06 | |
| | 2050 | | X | X | Email 9/29/03 | |
| | 2159 | | X | X | Email 9/8/04 | |
| | | | | | | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | 2088 | | X | X | Email | |
| | 2171 | | X | X | Email | |
| | 2767 | | X | X | Email | |
| | 2118 | | X | X | Email | |
| | 2458 | | X | X | Email | |
| | 2462 | | X | X | Email | |
| | | 11:06am | | | Plaintiff attorney Sweeney Redirect of witness Cue | |
| 383 | | | X | X | Email | |
| | | 11:18am | | | Discussion with counsel at bench | |
| | | 11:19am | | | Plaintiff attorney Sweeney resumes redirect of Cue | |
| 816 | | | X | X | Email | |
| | | 11:21am | | | Defendant attorney Isaacson Re-cross of witness Cue | |
| | | 11:23am | | | Court reads written juror question to witness on the stand | |
| | | 11:24am | | | Plaintiff attorney Sweeney examination of witness | |
| | | 11:26am | | | Plaintiff attorney Coughlin calls witness Amanda Marks for direct | P |
| 719 | | | X | | Declaration of Marks 12/18/10 | |
| 314 | | | X | | Email | |
| 92 | | | X | X | Email | |
| 817 | | | X | | Press Release | |
| 121 | | | X | X | Email | |
| 940 | | | X | X | Email | |
| | | 11:48am | | | RECESS(15 min) | |
| | | 12:01pm | | | Jury enters courtroom | |
| | | 12:02pm | | | Plaintiff attorney Coughlin resumes direct of witness Marks | |
| 940 | | | X | X | Email | |
| 941 | | | X | | Email | |
| 446 | | | X | | Email 8/10/07 | |
| | | 12:10pm | | | Defendant attorney Isaacson cross of witness Marks | |
| | | | | | | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | 12:11pm | | | Witness excused from stand | |
| | | 12:11pm | | | Plaintiff attorney Sweeney calls witness Phillip E. Schiller for direct | P |
| 193 | | | X | X | Email 1/26/05 | |
| 55 | | | X | X | Price com report 3/17/03 | |
| 83 | | | X | X | Email 9/30/03 | |
| | | 12:35pm | | | Defendant attorney Isaacson cross of witness Schiller | |
| | | 2710 | X | | iPod Classic Physical Exhibit | |
| | | 2745 | X | X | Summary | |
| | | 2421 | X | X | Apple Press Release | |
| | | | | | Nano Physical Exhibit | |
| | | 2717 | X | | Shuffle Physical Exhibit | |
| | | 2490 | X | | Email | |
| | | 2720 | X | X | iPod Touch Physical Exhibit 1st Generation | |
| | | 2139 | X | X | Email | |
| | | 2811 | X | X | Email | |
| | | 2481 | X | X | Terms of service 5/30/07 | |
| | | 2241 | X | | Email | |
| | | 2705 | X | | Zune Physical Exhibit | |
| | | 2451 | X | X | Email 1/18/07 | |
| | | 2183 | X | X | Email 11/14/04 | |
| | | 2082 | X | X | 2/23/04 Email | |
| | | 1:22pm | | | Plaintiff attorney Sweeney redirect of witness Schiller | |
| | | 1:32pm | | | Defendant attorney Isaacson re-cross of witness Schiller | |
| 880 | | | X | X | Video played in court 1:33pm-1:34pm | |
| | | 1:34pm | | | Defendant attorney Isaacson resumes re-cross of witness Schiller. | |
| | | 1:35pm | | | Witness excused from stand | |
| | | 1:36pm | | | Jury RECESS for the day. Further Jury Trial 12/5/14 at 8:30am | |
| | | 1:37pm | | | Discussion with counsel | |
| | | 2:08pm | | | RECESS for counsel for the day. | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | **12/5/14** | | | **Court reporter: Raynee Mercado** | |
| | | 8:00am | | | Discussion with counsel. Counsel request to admit exhibits 2342; 2273; 2317- All admitted into evidence. | |
| | 2342 | | X | X | Admitted | |
| | 2273 | | X | X | Admitted | |
| | 2317 | | X | X | Admitted | |
| | | | | | Discussion with counsel : Plaintiff oral motion to withdraw Melanie Tucker as plaintiff class representative. | |
| | | 8:20am | | | RECESS | |
| | | 8:28am | | | Jury enters courtroom | |
| | | 8:29am | | | Plaintiff attorney Coughlin calls witness Jeffrey Robbin for direct. | P |
| 819 | | | X | | Article 5/1/02 | |
| 880 | | | X | X | Video  (of ad) played in courtroom (8:36am-8:37am) | |
| | | 2015 | X | X | Email 9/8/02 | |
| | | 2021 | X | X | 12/4/02 Email | |
| 69 | | | X | X | 5/8/03 Email | |
| 83 | | | X | X | 9/30/03 Email | |
| 102 | | | X | X | Email 4/9/04 | |
| 912 | | | X | | Email 12/3/03 | |
| 118 | | | X | X | Email | |
| 121 | | | X | X | Email 7/25/04 | |
| 128 | | | X | X | Already admitted | |
| 133 | | | X | X | Email | |
| 136 | | | X | X | Email | |
| 153 | | | X | X | Email | |
| 176 | | | X | X | Email | |
| | 2239 | | X | X | Already admitted | |
| | 2247 | | X | X | Already admitted | |
| 218 | | | X | X | Email | |
| 267 | | | X | X | Email 11/6/05 | |
| 269 | | | X | X | Already admitted | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | 2776 | | X | X | Already admitted | |
| 312 | | | X | X | 4/3/06 document | |
| | 2354 | | | | Email | |
| 316 | | | X | X | Already admitted | |
| | | 10:03am | | | RECESS for Jury | |
| | | 10:03am | | | RECESS for counsel | |
| | | 10:16am | | | Discussion with counsel | |
| | | 10:18am | | | Jury enters courtroom | |
| | | 10:19am | | | Plaintiff attorney Coughlin resumes direct of witness Robbins. | |
| 465 | | | X | X | 9/15/07 Email | |
| 333 | | | X | X | Email | |
| | 2505 | | X | X | Email | |
| 871 | | | X | X | Already admitted | |
| | | 10:30am | | | Defendant attorney Dunn cross of witness Robbins | |
| 83 | | | X | X | Email | |
| 92 | | | X | X | Email 1/5/04 | |
| 533 | | | | | Demonstrative | |
| 822 | | | X | | Quote by Jobs in article | |
| | 2854 | | X | | Quote by Jobs in article | |
| | 2205 | | X | X | Email | |
| | 2185 | | X | X | 11/18/04 Email | |
| | 2222 | | X | X | 3/17/05 | |
| | 2234 | | X | X | Email 3/22/05 | |
| | 2243 | | X | X | Already admitted | |
| | 2252 | | X | X | Email 4/14/05 | |
| | 2317 | | X | X | Email 10/15/05 | |
| 267 | | | X | X | Email | |
| | 2342 | | X | X | Email 12/7/06 | |
| | 2107 | | X | X | Email | |
| | 2228 | | X | X | Email | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | 2780 | | X | X | Email 9/1/06 | |
| | 2419 | | X | X | Already admitted | |
| | 2850 | | X | X | Email | |
| | 2481 | | X | X | Terms of service 5/30/07 | |
| 136 | | | X | X | Email | |
| 128 | | | X | X | Already admitted | |
| | 2272 | | X | | Email | |
| | 2449 | | X | X | Email with screen shot | |
| | | 11:45am | | | RECESS for Jury | |
| | | 11:45am | | | RECESS for counsel | |
| | | 12:01pm | | | Jury enters courtroom | |
| | | 12:02pm | | | Defendant attorney Dunn resumes cross of witness Robbins | |
| 128 | | | X | X | Already admitted | |
| | | 2505 | X | X | Email | |
| | | 12:15pm | | | Plaintiff attorney Coughlin redirect of Robbins | |
| 172 | | | X | X | 11/3/04 Email | |
| | | 12:24pm | | | Defendant attorney Dunn re-cross of Robbins | |
| | | 12:24pm | | | Witness excused from stand | |
| | | 12:25pm | | | Plaintiff attorney Sweeney calls via video excerpt deposition- witness Steve Jobs | P |
| | | 12:27pm | | | Video Deposition excerpts played in courtroom | |
| | | | | | Depo. exhibits 1,3, 11, 4,5,6,12,4 used in excerpts. | |
| | | 12:55pm | | | Plaintiff attorney Sweeney calls witness Roger Noll for direct | P |
| | | | | | Slides of qualifications, CV | |
| | | 1:07pm | | | Plaintiff attorney Sweeney proffers Noll as expert witness; Court allows as expert witness | |
| 731 | | | X | X | Exhibit | |
| | | 1:29pm | | | RECESS for Jury for the day.  Further Jury Trial Monday 12/8/14 at 8:30am. | |
| | | 1:30pm | | | Discussion with counsel. | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | 1:52pm | | | RECESS for counsel for the day. Counsel to be present at 8:00am on Monday, 12/8/14. | |
| | | **12/8/14** | | | **Court Reporter: Raynee Mercado** | |
| | | 8:12am | | | Discussion with counsel | |
| | | 8:36am | | | Jury enters courtroom | |
| | | 8:37am | | | Plaintiff attorney Sweeney resumes direct of witness Noll | |
| 48 | | | X | | Summary of opinions of witness Noll | |
| 731 | | | X | X | Chart | |
| 181 | | | X | X | Document | |
| 732 | | | X | X | Chart | |
| 733 | | | X | X | Chart | |
| 735 | | | X | X | Chart | |
| 736 | | | X | X | Chart | |
| 737 | | | X | X | Chart | |
| 942 | | | X | X | Chart | |
| 944 | | | X | X | Chart | |
| | | 10:02am | | | RECESS for Jury (15 min) | |
| | | 10:03am | | | RECESS for counsel | |
| | | 10:19am | | | Judge enters courtroom | |
| | | 10:20am | | | Jury enters courtroom | |
| | | 10:20am | | | Plaintiff attorney Sweeney resumes direct of witness Noll | |
| | | | | | Demonstrative slide(68) | |
| 754 | | | X | X | Regression Document | |
| 735 | | | X | X | Chart | |
| 893 | | | X | X | Chart | |
| 757 | | | X | X | Chart | |
| 894 | | | X | X | Chart | |
| 869 | | | X | X | Chart | |
| 760 | | | X | X | Chart | |
| 870 | | | X | X | Chart | |
| 761 | | | X | X | Chart | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | 11:21am | | | Defendant attorney Isaacson cross of witness Noll | |
| | 2446 | | X | X | | |
| | | 11:44am | X | | RECESS for Jury and RECESS for counsel | |
| | | 12:00pm | | | Jury enters courtroom | |
| | | 12:01pm | | | Defendant attorney Isaacson resumes cross of witness Noll | |
| | 2428 | | X | X | 9/06 email and article | |
| 754 | | | X | X | Chart | |
| | | 1:24pm | | | Noll depo. video excerpt played in courtroom 1:24pm-1:26pm | |
| | | 1:29pm | | | Noll depo. video excerpt played in courtroom 1:29pm-1:30pm | |
| | | 1:30pm | | | RECESS for Jury. Further  Jury Trial 12/9/14 at 8:30am | |
| | | 1:31pm | | | Discussion with counsel. | |
| | | 1:40pm | | | RECESS for counsel UNTIL 2:45PM TODAY. | |
| | | 2:53pm | | | SESSION with counsel. No Jury present. | |
| | | | | | Court will allow Plaintiff  to file Motion  to Intervene re appropriate class representative. After Jury leaves for the day on 12/9 the Court will hold evidentiary hearing. | |
| | | 3:06pm | | | RECESS for the day for counsel.  Further Jury Trial 12/9/14 at 8:00am for counsel to be present; Jury coming at 8:30am. | |
| | | **12/9/14** | | | **Court Reporter: Raynee Mercado** | |
| | | 8:02am | | | Discussion with counsel. | |
| | | 8:24am | | | Jury enters courtroom | |
| 754 | | | X | X | Chart | |
| | | | | | Demonstrative 672 | |
| | | | | | Demonstrative 674 | |
| | | | | | Demonstrative 676 | |
| | | | | | Demonstrative 677 | |
| | | | | | Declaration of Noll (in Digital Music case) | |
| | 2874 | | X | X | Document | |
| | | | | | Demonstrative 601 | |
| | | | | | Demonstrative 602 | |

| | | | | **EXHIBIT AND WITNESS LIST** | |
|---|---|---|---|---|---|
| | | | | Demonstrative 603 | |
| | | | | Demonstrative 604 | |
| | | 9:25am | | | Plaintiff attorney Sweeney redirect of Noll | |
| | | | | Demonstratives: 672-674; 675-677 | |
| | | 9:44am | | | Defendant attorney Isaacson re-cross of Noll | |
| | | 9:49am | | | Witness steps down from witness stand | |
| | | 9:51am | | | RECESS for Jury | |
| | | 9:52am | | | Discussion with counsel at bench | |
| | | 9:54am | | | Discussion with counsel | |
| | | 10:01am | | | Jury enters courtroom | |
| | | 10:02am | | | Witness Noll returns to witness stand; written juror question read by the Court to the witness ; witness response | |
| | | 10:03am | | | Defendant attorney Isaacson follow up cross on question and response of Noll | |
| | | 10:07am | | | Court reads next written juror question to witness Noll for response | |
| | | 10:12am | | | Deft attorney Isaacson follow up on question and response of witness Noll | |
| | | 10:14am | | | Witness excused from the stand | |
| | | 10:15am | | | Court gives schedule to Jury. | |
| | | 10:17am | | | RECESS for Jury for the day. Further Jury Trial 12/10/14 at 8:30am | |
| | | 10:18am | | | RECESS for counsel until 10:50am and 11:00am | |
| | | 10:50am | | | Discussion with counsel re exhibits | |
| | | 11:12am | | | Plaintiff attorney Bernay calls witness Barbara Ragan Bennett for direct. NO JURY PRESENT | P |
| Ex 1 | | | X | | Evidentiary Hearing exhibit 1 (duplicate receipt of Bennett) | |
| Ex 2 | | | X | | Credit card tally with information as to purchase | |
| | | 11:30am | | | Def attorney Isaacson cross of witness Barbara Ragan Bennett | |
| | | 11:50am | | | Court asks questions of witness Bennett | |
| | | 11:51am | | | Plaintiff attorney Bernay redirect of Bennett | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | 11:52am | | | Defendant attorney Isaacson cross of witness Bennett | |
| | | 11:54am | | | Discussion with court | |
| Ex 4 | | | X | | Evidentiary Hearing Ex. 4 | |
| Ex 5 | | | X | | Evidentiary Hearing Ex. 5 | |
| | | 12:03pm | | | Plaintiff attorney Bernay redirect | |
| Ex 6 | | | X | | Evidentiary Hearing Ex. 6 | |
| | | 12:05pm | | | Discussion with counsel | |
| | | 12:15pm | | | Recess (until 12:30pm) | |
| | | 12:29pm | | | Discussion with counsel re jury instructions NO JURY PRESENT. | |
| | | 2:20pm | | | RECESS until 4:00pm for Motion Hearing re Media Motion to Intervene. | |
| | | 4:00pm | | | Media Motion to Intervene Dkt. No. 977 HELD | |
| | | 4:55pm | | | RECESS | |
| | | **12/10/14** | | | **Court Reporter: Raynee Mercado** | |
| | | 8:04am | | | Discussion with counsel | |
| | | 8:17am | | | RECESS for counsel | |
| | | 8:26am | | | Jury enters courtroom. Court gives information re scheduling. **PLAINTIFF RESTED 12/9/14.** | |
| | | 8:30am | | | Defendant attorney Dunn calls witness John P.J. Kelly for direct | D |
| | | 8:36am | | | Defense proffers Kelly as expert witness; Court allows as an expert witness | |
| | | | | | Demonstrative slide  "Planets" | |
| | | | | | Demonstrative 504 | |
| | | | | | Demonstrative 505 | |
| | | 8:55am | | | Break in proceedings. (court reporter adjusting real time ) | |
| | | 9:02am | | | Defendant Dunn resumes direct of witness Kelly | |
| | | | | | Demonstrative Fairplay redesign | |
| | 2446A | | X | X | Screenshot | |
| | 2711 | | X | | iPod Classic  5th generation - physical exhibit | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | 9:58am | | | RECESS for Jury | |
| | | 9:59am | | | Discussion with counsel | |
| | | 10:03am | | | Recess for counsel | |
| | | 10:18am | | | Jury enters | |
| | | 10:19am | | | Defendant attorney Dunn resumes direct of Kelly | |
| | 2446 | | X | X | How to Install | |
| | | | | | Demonstrative slide 519 | |
| | | | | | Demonstrative slide 510 | |
| | | | | | Demonstrative slide 595 | |
| | | | | | Demonstrative slide 597 | |
| | 2712 | | X | X | iPod Classic Sixth Generation | |
| | 2743 | | X | X | iPod Classic photo Fourth Generation | |
| | | 10:42am | | | Plaintiff attorney Coughlin cross of witness Kelly | |
| 934 | | | X | | Kelly Expert Report 7/19/13 | |
| | | | | | Demonstrative slide 521 | |
| | | | | | Demonstrative slide 559 | |
| 128 | | | X | X | 7/27/04 Email | |
| 136 | | | X | X | 7/29/04 Email | |
| 930 | | | X | | Declaration of Robbin 1/18/11 | |
| 02 | | | X | X | Document | |
| | 2394 | | X | | Email | |
| 267 | | | X | X | Document | |
| 269 | | | X | X | AIM IM 11/18/15 | |
| | 2776 | | X | | 11/24/05 Email | |
| 333 | | | X | X | Email | |
| 375 | | | X | | 10/23/06 Email | |
| | | 11:44am | | | RECESS for Jury | |
| | | 11:45am | | | Discussion with counsel | |
| | | 11:45am | | | RECESS for counsel | |
| | | | | | | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | 12:00pm | | | Jury enters courtroom | |
| | | 12:01pm | | | Plaintiff Coughlin resumes cross of witness Kelly | |
| 934 | | | X | | Report | |
| | 2354 | | X | X | Email | |
| 327 | | | X | X | Email | |
| 820 | | | X | X | | |
| | 2505 | | X | X | | |
| 871 | | | X | X | | |
| | | 12:32pm | | | Defendant attorney Dunn redirect of witness Kelly | |
| | 2253 | | X | X | Keybag description | |
| | 2317 | | X | X | Aim IM | |
| 267 | | | X | X | Email | |
| | 2272 | | X | X | Email | |
| | 2505 | | X | X | Email | |
| 559 | | | X | | Email | |
| | 2446 | | X | X | Document | |
| | 2394 | | X | X | Email | |
| | | 12:57pm | | | Plaintiff attorney Coughlin recross of witness Kelly | |
| | | 12:59pm | | | Witness excused from the stand | |
| | | 1:00pm | | | Defendant attorney Isaacson calls witness Kevin Murphy for direct | |
| | | | | | Demonstrative slide 566 | |
| | | 1:04pm | | | Proferred as economic expert; court allows as expert witness. | |
| | | 1:05pm | | | Defendant Isaacson direct of witness Murphy | |
| | | 1:30pm | | | RECESS for Jury for the day. Further Jury Trial 12/11/14 at 8:30am. | |
| | | 1:31pm | | | RECESS for counsel | |
| | | **12/11/14** | | | **Court Reporter: Raynee Mercado** | |
| | | 8:07am | | | Discussion with counsel | |
| | | 8:37am | | | Jury enters courtroom | |
| | | | | | | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | 8:39am | | | Defense witness Kelly returns to witness stand to answer written juror question read by the Court to witness. | |
| | | 8:43am | | | Plaintiff attorney Coughlin cross of witness Kelly as to one juror question and response. | |
| | | 8:51am | | | Defendant attorney Isaacson resumes direct of witness Kevin Murphy | |
| | | | | | Demonstrative slides: 576-580; 583; 586; 591 | |
| | | 9:24am | | | Plaintiff attorney Sweeney cross of witness Murphy | |
| 267 | | | X | X | Email | |
| 269 | | | X | X | AIM IM | |
| 304 | | | X | | 3/3/06 Email | |
| 333 | | | X | X | Email | |
| 375 | | | X | | Email | |
| | 2844 | | X | X | | |
| | | 9:56am | | | Defendant Isaacson redirect of witness Murphy | |
| | | 9:57am | | | Juror notes (2) | |
| | | 9:58am | | | RECESS for Jury | |
| | | 10:01am | | | RECESS for counsel | |
| | | 10:14am | | | Discussion with counsel | |
| | | 10:15am | | | Jury enters courtroom | |
| | | 10:16am | | | Court reads written jury question to witness Murphy | |
| | | 10:18am | | | Plaintiff attorney Sweeney cross of witness Murphy re response to jury question | |
| | | 10:22am | | | Defendant attorney Isaacson calls witness Robert Topel for direct | D |
| | | | | | Demonstrative Slides:  621, 622, 623, 624,625,626,629,630, 632,633,636,637,639,640,638,643, 646, 647,651 | |
| | 2493 | | X | X | Email 8/14/07 | |
| | | 11:47am | | | RECESS (15 min) | |
| | | 12:06pm | | | Jury enters courtroom | |
| | | 12:07pm | | | Defendant attorney Isaacson resumes direct of witness Topel | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | 12:10pm | | | Plaintiff attorney Sweeney cross of witness Topel | |
| | | 12:37pm | | | Defendant attorney Isaacson redirect of witness Topel | |
| | | | | | Slide 636 | |
| | | 12:40pm | | | Witness excused from the stand | |
| | | 12:41pm | | | Defendant attorney Dearborn calls witness Mark Donnelly for direct | D |
| | 2344 | | X | X | Email | |
| | 2844 | | X | X | Email | |
| | 2493 | | X | X | Email 8/4/07 | |
| | 2556 | | X | X | Email  8/22/08 | |
| | 2561 | | X | X | Press Release 9/9/08 | |
| | 2379 | | X | X | Agreement for Universal Sound Recordings | |
| | | 1:16pm | | | Plaintiff attorney Medici cross of witness Donnelly | |
| | 2438 | | X | | Music Watch Digital Presentation 10/06 | |
| | 2405 | | X | X | Email | |
| | | 1:30pm | X | | RECESS for the day for Jury. Further Jury Trial 12/12/14 at 8:30am | |
| | | 1:31pm | | | Discussion with counsel | |
| | | 2:15pm | | | RECESS for the day for counsel. Counsel to be present at 8:00am on 12/12/14. | |
| | | **12/12/14** | | | **Court Reporter: Raynee Mercado** | |
| | | 8:09am | | | Discussion with counsel | |
| | 2715A | | X | X | Physical Exhibit admitted | |
| | 2720A | | X | X | Physical Exhibit admitted | |
| | 2593 | | X | X | Paragraph 66 of amended complaint - admitted as 2593 | |
| | | | | | Counsel discussed documents 955, 956, 953 and 951. | |
| 951 | | | X | X | Admitted | |
| | | 8:28am | | | Jury enters courtroom | |
| | | 8:29am | | | Plaintiff attorney Medici resumes cross of witness Donnelly | |
| | 2493 | | X | X | Email | |
| | | 8:32am | | | Witness excused from the stand | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | 8:33am | | | DEFENSE RESTS | |
| | | 8:34am | | | Plaintiff Rebuttal Case | |
| | | 8:34am | | | Plaintiff attorney Coughlin calls witness Roderick Schultz for direct | P |
| 316 | | | X | X | Already admitted | |
| 327 | | | X | X | Email | |
| 06 | | | X | | Need to know information | |
| 807 | | | X | | Email to Schultz 5/2/06 | |
| 465 | | | X | X | Already admitted | |
| | | 8:54am | | | Defendant attorney Isaacson cross of witness Schultz | |
| 820 | | | X | X | Already admitted | |
| | 2858 | | X | X | Document | |
| | 2877 | | X | X | Email  6/20/06 | |
| | | 9:30am | | | Plaintiff Coughlin redirect of witness Schultz | |
| | | 9:32am | | | Written note with question from a juror | |
| | | 9:36am | | | Discussion with counsel at bench | |
| | | 9:37am | | | Back on the record. Court reads written question of juror to the witness. | |
| | | 9:39am | | | Defendant attorney Isaacson cross of witness regarding response to written question | |
| | | | | | Court reads second written question of juror to the witness | |
| | | 9:41am | | | Defendant attorney Isaacson cross of witness regarding response to second question. | |
| | | 9:45am | | | Plaintiff attorney Coughlin redirect of witness Schultz | |
| | | 9:46am | | | PLAINTIFF RESTS as to rebuttal case. | |
| | | | | | Evidentiary Portion of the trial is COMPLETED. | |
| | | | | | Court gives instructions to the jury. Jury is to return on Monday, 12/15/14 at 10:30am for Closings and Instructions. (Counsel will appear at 8:00am). | |
| | | 9:52am | | | RECESS for Jury for the day | |
| | | 9:53am | | | Recess for counsel until 10:15am today. | |
| | | 10:22am | | | NO JURY PRESENT. Session with Court and counsel. Discussion re jury instructions. Recess until 11:10am | |

| | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|
| | | 11:12am | | NO JURY PRESENT. Back on the record with counsel. Discussion with counsel re jury instructions. | |
| | | 12:28pm | | RECESS for the day for counsel.  Counsel to appear at 8:00am on Monday, 12/15/14. Jury will report at 10:30am. | |
| | | **12/15/14** | | **Court Reporter: Raynee Mercado** | |
| | | 8:06am | | Discussion with counsel.  Plaintiff Motion to appoint Bennett as class representative is GRANTED. [Dkt. 992]. Defendant Motion for Judgment [Dkt. 986]- held; ruling stated on the record. | |
| | | 9:40am | | RECESS for counsel until time that Jury comes today(10:30am). | |
| | | 10:20am | | Jury enters courtroom | |
| | | 10:21am | | Court Instructs the Jury. | |
| | | 10:42am | | Plaintiff attorney Coughlin closing statement | |
| | | 11:46am | | RECESS (10 min) | |
| | | 11:58am | | Judge enters courtroom | |
| | | 12:01am | | Jury enters courtroom | |
| | | 12:02pm | | Defendant attorney Isaacson closing statement and | |
| | | 1:23pm | | Defendant attorney Dunn completed closing statement. | |
| | | 1:37pm | | RECESS (15 min) | |
| | | 1:54pm | | Jury  enters courtroom | |
| | | 1:55pm | | Plaintiff attorney Coughlin Rebuttal closing statement. | |
| | | 2:16pm | |  Court gives further instructions to the Jury. | |
| | | 2:22pm | | Jury exits courtroom to begin deliberations | |
| | | 4:30pm | | RECESS for the day for Jury. FURTHER Deliberations on Tuesday, 12/16/14 at 8:30am. | |
| | | **12/16/14** | | **Court Reporter: Raynee Mercado** | |
| | | 8:30am | | Further Jury deliberations | |
| | | 9:31am | | Notified by a note that the Jury has reached a verdict | |
| | | 9:54am | | Jury enters courtroom. Case called. | |
| | | 9:56am | | Verdict read; unanimous. | |
| | | | | | |

| | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | 9:57am | | | Court addresses the jury. | |
| | | **10:05am** | | | **RECESS for Jury; trial is completed. Recess for Counsel**. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |