Case4:05-cv-00037-YGR   Document938   Filed11/30/14   Page1 of 192

1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  BONNY E. SWEENEY (176174)
   ALEXANDRA S. BERNAY (211068)
3  CARMEN A. MEDICI (248417)
   JENNIFER N. CARINGAL (286197)
4  655 West Broadway, Suite 1900
   San Diego, CA 92101
5  Telephone: 619/231-1058
   619/231-7423 (fax)
6  bonnys@rgrdlaw.com
   xanb@rgrdlaw.com
7  cmedici@rgrdlaw.com
   jcaringal@rgrdlaw.com
8       – and –
   PATRICK J. COUGHLIN (111070)
9  STEVEN M. JODLOWSKI (239074)
   Post Montgomery Center
10 One Montgomery Street, Suite 1800
   San Francisco, CA 94104
11 Telephone: 415/288-4545
   415/288-4534 (fax)
12 patc@rgrdlaw.com
   sjodlowski@rgrdlaw.com
13
   Class Counsel for Plaintiffs
14
   [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. C-05-00037-YGR<br><br>CLASS ACTION<br><br>PLAINTIFFS' EXHIBIT LIST (UPDATED AS OF NOVEMBER 30, 2014)<br><br>Trial Date:   December 2, 2014<br>Courtroom:   1, 4th Floor<br>Judge:       Hon. Yvonne Gonzalez Rogers |

987361_1

1  **Plaintiffs' Exhibit List as of November 30, 2014**

2  Pursuant to the Court's Pretrial Instructions in Civil Cases 3(d), Plaintiffs submit their exhibit

3  list using Trial Ex. Nos. 1 to 2000. Defendants will submit their exhibit list starting with Trial Ex.

4  No. 2001.

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0001 | Print Screen/Screenshot of RealPlayer - Skank Fries [Apple_AIIA00093 858-59] | Eddy Cue; Grace Kvamme; Chris Bell* | | X | | |
| Trial Ex. 0002 | FairPlay Next Generation - Restricted Confidential Source Code [Apple_AIIA_B_00 0001-103] [Farrugia Ex. 29] | Augustin Farrugia; Rod Schultz* | | X | ID 12-3-14 12-10 | 12/12 |
| Trial Ex. 0003 | NPD US MP3 Player Market Monthly Trend Summary, dated 11/00/2006 [Apple_AIIA01083 490-14] | Sapna Gupta; Art Rangel* | | | | |
| Trial Ex. 0004 | iPod, The Walkman of the 21st Century, Powerpoint presentation [Apple_AIIA00095 818-48] | Greg Jozwiak* | | | | |
| Trial Ex. 0005 | NPD Group, Digital Music Monitor, Apple Computer, Inc. 1st Quarter 2008 Findings, June 2008 [Apple_AIIA01359 289-379] | Art Rangel; Grace Kvamme* | | | | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0006 | ---Need to know--- Information and material of this presentation are Apple Copyrights and Confidential, DISTRIBUTION IS NOT ALLOWED, FairPlay Version 3.2 [Apple_AIIA01288 579-94] | Augustin J. Farrugia; Rod Schultz* | | X | D 12-12 | |
| Trial Ex. 0007 | iPod Script [Apple_AIIA01333 621-28] | Tony Fadell* | | | | |
| Trial Ex. 0008 | Appendix A: Curriculum Vitae Jeffrey M. Wooldridge from Wooldridge Expert Report Exhibits, dated December 20, 2013 | Jeffrey M. Wooldridge | | | 802 | |
| Trial Ex. 0009 | Appendix A Curriculum Vitae of Roger G. Noll, from Noll Expert Report Exhibits, dated April 3, 2013 | Roger Noll | | | 802 | |
| Trial Ex. 0010 | Consumer Applications org chart [Apple_AIIA00090 334-35] | Jeff Robbin | | | | |
| Trial Ex. 0011 | WITHDRAWN | | | | | |
| Trial Ex. 0012 | WITHDRAWN | | | | | |
| Trial Ex. 0013 | WITHDRAWN | | | | | |
| Trial Ex. 0014 | WITHDRAWN | | | | | |
| Trial Ex. 0015 | iPod + iTunes DRM Matrix Version 0.2 | Dave Heller* | | X | | |

987361_1

- 2 -

Case4:05-cv-00037-YGR   Document938   Filed11/30/14   Page7 of 192

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0037 | Email from Jennifer Cavaliere to Chris Bell re iTunes PPRs with attachment Applications Engineering Product Proposal Review, dated 4/23/2002 [Apple_AIIA00940 041-67] | Chris Bell* | | X | | |
| Trial Ex. 0038 | Email from Steve Jobs to Tony Fadell re. iPod, You Pod, Will We All Pod? (Business Week), dated 7/5/2002 [Apple_AIIA01333 677-82] | Tony Fadell* | | | 802 as to embedded article only if offered for the truth | |
| Trial Ex. 0039 | Email from Steve Jobs to Tony Fadell re. FW: Sony - Hard Drive for the Car Lets You Rip CD's on the Way to Work (NY Times), dated 8/1/2002 [Apple_AIIA01335 531-32] | Tony Fadell; Jeff Robbin | | | 802 as to embedded article only if offered for the truth | |
| Trial Ex. 0040 | Email from James Higa to Jeff Robbin, Patrice Gautier, Thomas Burkholder, Payam Mirrashidi re Universal called, dated 9/8/2002 [Apple_AIIA00095 208] | Jeff Robbin | | X | ID  12-4 | |
| Trial Ex. 0041 | WITHDRAWN | | | | | |
| Trial Ex. 0042 | Email from Jeff Robbin to Patrice Gautier, Eddy Cue re EMI, dated 9/19/2002 [Apple_AIIA00799 335-36] | Jeff Robbin; Eddy Cue | | X | | |

987361_1

- 6 -

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0043 | Email from Jeff Robbin to Patrice Gautier re Music Store DRM Info, dated 9/25/2002 [Apple_AIIA00095213-17] | Jeff Robbin; Eddy Cue | | X | | |
| Trial Ex. 0044 | Digital Rights Management (DRM) Details draft, dated 10/15/2002 [Apple_AIIA00094571-77] [Robbin Ex. 2] | Jeff Robbin; Eddy Cue | | X | | |
| Trial Ex. 0045 | Digital Rights Management (DRM) Overview draft, dated 10/15/2002 [Apple_AIIA00094578-84] [Robbin Ex. 1] | Jeff Robbin; Eddy Cue | | X | | |
| Trial Ex. 0046 | Digital Music Download Agreement Execution Copy, dated 11/25/2002 [Apple AIIA00004125-44] | Eddy Cue* | | X | | |
| Trial Ex. 0047 | First Amendment to the Digital Music Download Agreement between Apple and Warner Music Group, dated 11/25/2002 [Apple AIIA00004145-47] | Eddy Cue* | | X | | |
| Trial Ex. 0048 | Fifth Amendment to the Digital Music Download Agreement between Apple and Warner Music Group, dated 11/25/2002 [Apple AIIA00004150-53] | Eddy Cue* | | X | ID 12-8 | |
| Trial Ex. 0049 | Trial Agreement for Universal Sound Recordings, dated 12/13/02 [Apple | Eddy Cue* | | X | | |

987361_1

- 7 -

Case4:05-cv-00037-YGR   Document938   Filed11/30/14   Page10 of 192

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0055 | Price Committee Report, dated 3/17/2003 [Apple_AIIA_B_000104-14] [Donnelly Ex. 104] | Mark Donnelly* | | X | TD 12-4 | 12/4 |
| Trial Ex. 0056 | WITHDRAWN | | | | | |
| Trial Ex. 0057 | Email from Lynn Fox to Peter Lowe, Chris Bell, Jeff Robbin re Jamba/Ringer Key Messages, dated 4/2/2003 [Apple_AIIA00090600-02] | Chris Bell; Jeff Robbin | | X | | |
| Trial Ex. 0058 | Digital Music Download Sales Agreement between Apple and Sony Music, dated 04/03/2003 [Apple AIIA00004083-118] | Eddy Cue* | | X | | |
| Trial Ex. 0059 | Renewal & Second Amendment to the Digital Music Download Sales Agreement between Apple and Sony Music, dated 04/03/0203 [Apple AIIA00004120-24] | Eddy Cue* | | X | | |
| Trial Ex. 0060 | Email from Eddy Cue to Steve Jobs re Nokia amendment, dated 4/4/2003 [Apple_AIIA01290799] | Eddy Cue* | | X | | |
| Trial Ex. 0061 | Email from Eddy Cue to Steve Jobs re Nokia amendment, dated 4/5/2003 [Apple_AIIA01290800-01] | Eddy Cue* | | X | | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | 616-17] | | | | | |
| Trial Ex. 0068 | Apple Computer, Inc. Addendum to the April 12, 2003 Direct Purchase Reseller Confidential Price List, dated 4/28/2003 [Apple_SOM00000596] | * | | | | |
| Trial Ex. 0069 | Email from Steve Jobs to Philip Schiller, re: Music Match, dated 05/08/2003 [Apple_AIIA00098417] | Philip Schiller; Jeff Robbin* | | X | D 12-5 | 12/12 |
| Trial Ex. 0070 | Email from Philip Schiller to Steve Jobs re Music Match, dated 5/8/2003 [Apple_AIIA00098416] | Philip Schiller; Jeff Robbin* | | X | | |
| Trial Ex. 0071 | Email from Bud Tribble to Jeff Robbin re FW: iTunes and quicktime, dated 5/22/2003 [Apple_AIIA00091714-15] | Bud Tribble; Jeff Robbin* | | X | | |
| Trial Ex. 0072 | Email from Steve Jobs to et@group.apple.com, Eddy Cue, Jeff Robbin, Bud Tribble re Microsoft prepares reply to iTunes, dated 5/23/2003 [Apple_AIIA01278680-83] | Eddy Cue; Jeff Robbin; Bud Tribble* | | | 802 as to embedded article only if offered for the truth | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | through Q2CY'03, dated 8/18/2003 [Apple_AIIA01097259-74] | | | | | |
| Trial Ex. 0079 | Email from Malcolm Burwell to Eddy Cue re actionable iTunes inroad to O2 Cellular Wireless in UK?, dated 8/28/2003 [Apple_AIIA00090953-57] | Eddy Cue; Jeff Robbin* | | | 802 as to embedded hearsay | |
| Trial Ex. 0080 | Email from Eddy Cue to Jeff Robbin re PROPOSED USAGE RULES FOR iTUNES/WINDOWs, dated 9/16/2003 [Apple_AIIA00098220-22] | Eddy Cue; Jeff Robbin* | | X | | |
| Trial Ex. 0081 | Email from David Tupman to Jeff Robbin re AAC DRM, dated 9/18/2003 [Apple_AIIA00090539] | Jeff Robbin* | | X | | |
| Trial Ex. 0082 | Email from Eddy Cue to Steve Jobs re EMI update, dated 9/20/2003 [Apple_AIIA00098373-75] | Eddy Cue; Jeff Robbin* | | X | | |
| Trial Ex. 0083 | Email from Steve Jobs to Philip Schiller re Time for a decision: how Apple can win the online music war, dated 9/30/2003 [Apple_AIIA00098491-93] | Philip Schiller; Jeff Robbin* | | | ID 12-4 12-5 802 as to article if offered for the truth | 12/4 |

987361_1

- 13 -

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0090 | Price Committee Report, dated 12/15/2003 [Apple_AIIA_B_00 0150-76] [Donnelly Ex. 107] | Mark Donnelly* | | X | | |
| Trial Ex. 0091 | Price Committee Report, dated 12/15/2003 [Apple_AIIA_B_00 0177-89] | Mark Donnelly* | | X | | |
| Trial Ex. 0092 | Email from Steve Jobs to Jeff Robbin, re: Real to launch song store, dated 01/05/2004 [Apple_AIIA01278 810-11] | Jeff Robbin* | | ID D4 12-5 | 802 as to embedded hearsay only if offered for the truth | 12/5 |
| Trial Ex. 0093 | Email from Patrice Gautier to Eddy Cue, Jeff Robbin re iTunes DRM cracked wide open for GNU/Linux. Seriously, dated 1/5/2004 [Apple_AIIA00091 761-62] | Patrice Gautier; Eddy Cue; Jeff Robbin | | | 802 as to embedded hearsay only if offered for the truth | |
| Trial Ex. 0094 | Email from Tim Schaaff to Brandee Allen re Meeting this afternoon, dated 1/6/2004 [Apple_AIIA00091 766] | Jeff Robbin | | X | | |
| Trial Ex. 0095 | Key Terms Between Apple and HP, dated 1/7/2004 [Apple_SOM00007 134-84] | Jeff Robbin* | | | | |
| Trial Ex. 0096 | E-mail from Stan Ng to Tony Fadell re Fwd: US MP3 Player Price Bank Analysis - Q4CY02 through Q4CY03, dated 02/09/04, attachment: pdf - US MP3 Player Price Bank | Tony Fadell* | | X | | |

987361_1

- 15 -

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0101 | Email from Grace Kvamme to Brian Larson re DRM changes, dated 4/5/2004 [Apple_AIIA00095101] | Jeff Robbin* | | X | | |
| Trial Ex. 0102 | Email from Rob Glaser to Steve Jobs, re: A specific idea on working togther, dated 04/09/2004 [Apple_AIIA01385106] [Jobs Ex. 11] | * | | | ID 12-5 | 12/5 |
| Trial Ex. 0103 | Email from Eddy Cue to Chris Bell re 2nd Request: need approval to pre-brief HP on 4.5, dated 4/14/04 [Apple_AIIA00091780] | Eddy Cue; Chris Bell; Jeff Robbin | | X | | |
| Trial Ex. 0104 | Email from Chris Bell to Eddy Cue, Jeff Robbin, Robert Kondrk, Patrice Gautier, Alex Luke re Glaser vs. Steve in Today's Times dated 4/14/2004 [Apple_AIIA00090418-21] | Chris Bell; Eddy Cue; Jeff Robbin | | | 802 only if offered for the truth | |
| Trial Ex. 0105 | Email from Katie Cotton to Steve Jobs re Final iTunes Speaking Points and Q&A, dated 4/27/2004 [Apple_AIIA00098581-85] | Jeff Robbin* | | X | | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | Price Committee June 30, 2004 Decision: iPod, dated 6/30/2004 [Apple_AIIA01384 483-95] | | | | | |
| Trial Ex. 0117 | Email from Mark Donnelly to Jim Bean re Price Committee email approval requested with attachment Price Committee June 30, 2004 Decision: iPod, dated 7/1/2004 [Apple_AIIA01384 651-59] | Mark Donnelly* | | X | | |
| Trial Ex. 0118 | Email from Eddy Cue to Jeff Robbin, re: Draft 1 of Speaking Points, dated 07/23/2004 [Apple_AIIA00090 405-07] [Jobs Ex. 1] | Eddy Cue; Jeff Robbin | | X | ID 12-4 | 12/4 |
| Trial Ex. 0119 | Email from Katie Cotton to Eddy Cure re: Revised Real Statement dated 7/24/2004 [Apple_AIIA01384 973] [Jobs Ex. 2] | Eddy Cue* | | X | | |
| Trial Ex. 0120 | Greg Joswiak email to Katie Cotton, Eddy Cue re draft 1 of speaking points, dated 7/24/2004 [Apple_AIIA00090 498] | Eddy Cue* | | X | | |
| Trial Ex. 0121 | Email from Eddy Cue to Philip Schiller re RealNetworks Says Files Can Play on iPod, dated | Eddy Cue; Philip Schiller; Jeff Robbin* | X | ID 12-4 | 802 as to embedded hearsay only if offered for the truth | 12/4 |

987361_1

- 20 -

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0122 | Email from Eddy Cue to Philip Schiller, re: RealNetworks Says Files Can Play on iPod, dated 07/25/2004 [Apple_AIIA00090429-31] [Jobs Ex. 3] [Apple_AIIA00090441-43] [Cue Ex. 64] | Eddy Cue; Philip Schiller; Jeff Robbin* | | X | | |
| Trial Ex. 0123 | Email from Philip Schiller to Jeff Robbin, Eddy Cue re RealNetworks Says Files Can Play on iPod, dated 7/25/2004 [Apple_AIIA00090435-37] | Eddy Cue; Philip Schiller; Jeff Robbin* | | X | | |
| Trial Ex. 0124 | Email from Steve Jobs to Philip Schiller, re: Real Statement #4, dated 07/26/2004 [Apple_AIIA00093875-76] [Jobs Ex. 4] | Philip Schiller* | | X | ID 12-4 | 12/12 |
| Trial Ex. 0125 | Email from Zach Horowitz to Steve Jobs, re: Harmony Statement, dated 07/26/2004 [Apple_AIIA01384975-76] [Jobs Ex. 5] | * | | | ID 12-4 | 12/4 |
| Trial Ex. 0126 | Email from Jennifer Deming to Tim Martin, Jeff Robbin, Robert Kondrk, Elizabeth d'errico, Grace Kvamme re RealNetworks | Jeff Robbin; Grace Kvamme | | | 802 only if offered for truth; 403 re reference to Apple as monopolist | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | Plans to sell songs to be played on iPods dated 7/26/04 [Apple_AIIA00090 456-58] | | | | | |
| Trial Ex. 0127 | Confidential Memorandum of Understanding Between Motorola and Apple Computer, dated 7/26/2004 [Apple_AIIA00094 362-69] | * | | | | |
| Trial Ex. 0128 | Email from Dave Heller to Jeff Robbin, Tom Dowdy, Eddy Cue, re: Harmony available, dated 07/27/2004 [Apple_AIIA00090 427] [Robbin Ex. 15] | Jeff Robbin; Eddy Cue | | X | ID 12-2-14 12-4 | 12/4 |
| Trial Ex. 0129 | Email re: Richard Wolpert, Chief Strategy Officer Real, keynote, dated [Apple_AIIA00329 373] [Jobs Ex. 14] | Jeff Robbin* | | | | |
| Trial Ex. 0130 | Email from Katie Cotton to Eddy Cure re. FWD. Jupiter Plug.in Conference - Real Keynote.eml, dated 7/27/2004 [Apple_AIIA00329 373 (Metadata)] [Jobs Ex. 14] | Eddy Cue* | | X | ID 12-4 | 12/4 |
| Trial Ex. 0131 | Email from Max Muller to Dave Heller cc Jeff Robbin re Need info, dated 7/27/2004 | Jeff Robbin* | | X | | |

Case4:05-cv-00037-YGR   Document938   Filed11/30/14   Page24 of 192

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | [Apple_AIIA00090428] [Heller Ex. 34] | | | | | |
| Trial Ex. 0132 | Email from Dave Heller to Max Muller re: Need Info, dated 7/27/2004 [Apple_AIIA00090426] | Jeff Robbin* | | X | | |
| Trial Ex. 0133 | Email from Dave Heller to Jeff Robbin re user ID, dated 7/27/2004 [Apple_AIIA00090453] | Jeff Robbin* | | X | ID 1x5 | 12/5 |
| Trial Ex. 0134 | Email from Zach Horowitz to Steve Jobs, re: Harmony Release, dated 07/28/2004 [Apple_AIIA01384977-78] | | | | | |
| Trial Ex. 0135 | Email from Steve Jobs to Katie Cotton, Phil Schiller re Real Press Release, dated 07/28/2004 [Apple_AIIA00093877] | Philip Schiller* | | X | | |
| Trial Ex. 0136 | Email from Steve Jobs to Katie Cotton, Jeff Hobbin, ET, Greg Jozwiak, Eddy Cue, re: RealNetworks Statement, dated 07/29/2004 [Apple_AIIA00090471] [Jobs Ex. 12] | Jeff Robbin; Eddy Cue* | X | | ID 1x5 802 only if offered for the truth | 12/5 |
| Trial Ex. 0137 | Apple Statement: PRNewswire, First Call, dated 07/29/2004 | * | | | | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | 39] | | | | | |
| Trial Ex. 0147 | Email from Patrice Gautier to Eddy Cue, Chris Bell, Jeff Robbin, Alex Luke, re: RealNetworks sells one million songs in first week of 49-cents fire sale, dated 08/23/2004 [Apple_AIIA00090467-68] | Patrice Gautier; Eddy Cue; Chris Bell; Jeff Robbin* | | | ID 12-4  802 as to article only if offered for the truth | 12/4 |
| Trial Ex. 0148 | Email from Greg Joswiak to Steve Jobs re DRM Release Schedule, dated 8/24/2004 [Apple_AIIA00095111-13] [Robbin Ex. 16] | Jeff Robbin* | | X | | |
| Trial Ex. 0149 | Email from Grant Erickson to CurbChanges@group.apple.com, cc Arm Lindahl, Mitch Adler, Tom Dowdy, Dave Heller re DRMv3 Functionality Complete (some integration pending), dated 8/26/2004 [Apple_AIIA00097110-12] | Jeff Robbin; Dave Heller* | | | | |
| Trial Ex. 0150 | Email from Dave Heller to Marc Sinykin, Roger Pantos, Tom Dowdy, cc Bud Tribble, Jeff Robbin re [ ] status call dated 8/30/2004 | Dave Heller; Jeff Robbin* | | X | | |

987361_1

- 26 -

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | [Apple_AIIA00090771] [Heller Ex. 40] | | | | | |
| Trial Ex. 0151 | Email from Ken Herman to Guy Bar-Nahum, cc Steve Bollinger, Svetlana Samoilova re DRMv3 Requirements, dated 9/1/2004 [Apple_AIIA00097121-22] | * | | | | |
| Trial Ex. 0152 | Email from Greg Joswiak to Phil Schiller, Steve Jobs, Eddy Cue and Katie Cotton, re. MS Statement and Q&A-- Final, final . . ., dated 9/2/2004 [Apple_AIIA00100763-67] | Eddy Cue; Philip Schiller* | | X | | |
| Trial Ex. 0153 | Email from Patrice Gautier to Debra Ameerally, re: Soundscan (US) market share data – digital singles and albums, dated 09/08/2004 [Apple_AIIA00090447-49] | Patrice Gautier; Jeff Robbin* | | | ID D-5 802 as to article only if offered for the truth | D/5 |
| Trial Ex. 0154 | Email from Matt Fischer to Oliver Schusser, Chris Bell, Erika Mobley, Grace Kvamme, Amanda Jones, Val Cole, Abhi Sashittal, Naomi Frank, re. new research on RealNetworks, dated 09/08/2004 | Chris Bell; Grace Kvamme* | | | 802 | |

987361_1

- 27 -

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0168 | Email from Mark Donnelly to Deirdre O'Brien re Price committee Results - 9/30/04 with attachment Price Committee Decision: iBook, Xserve RAID, iPod, dated 10/4/2004 [Apple_AIIA01278393-419] | Mark Donnelly* | | X | | |
| Trial Ex. 0169 | Email from Steve Jobs to Katie Cotton re: Competitive Statement, dated 10/12/04 [Apple_AIIA01384979] | Katie Cotton* | | | | |
| Trial Ex. 0170 | Email from Chris Bell to Grace Kvamme re DRM Fix, dated 10/19/2004 [Apple_AIIA00093265] | Chris Bell; Grace Kvamme* | | X | | |
| Trial Ex. 0171 | Email from Eddy Cue to Steve Jobs re Older iTunes versions being shut out, Apple warns, dated 10/21/2004 [Apple_AIIA00799485-86] | Eddy Cue* | | X | | |
| Trial Ex. 0172 | Email from Jennifer Cavaliere to Jeff Robbin and Dave Heller re Fwd: STOP re HOT: Complete Feature List 4.2....4.7, dated 11/03/2004 [Apple_AIIA00092338-40] | Jeff Robbin; Dave Heller* | | X | ID 12-5 | 12/5 |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0173 | Email from Sapna Gupta to Phil Schiller, Tim Cook, Peter Oppenheimer, Tony Fadell and cc: Gregory Joswiak, Stan Ng, Art Rangel, re: NPD US MP3 Player Monthly Report - September 2004, dated 11/03/2004 [Apple_AIIA00449868-75] | Philip Schiller; Tony Fadell; Greg Joswiak* | | X | | |
| Trial Ex. 0174 | Email from Steve Jobs to Jeff Robbin re How did this happen?, dated 11/3/2004 [Apple_AIIA00098686] | Jeff Robbin* | | X | | |
| Trial Ex. 0175 | RealNetworks, Inc. Form 10-Q for quarterly period ending September 30, 2004, dated 11/05/2004 | | | | 802 | |
| Trial Ex. 0176 | Email from Tony Fadell to Greg Joswiak, Jeff Williams, Jon Rubinstein, Jeff Robbin, Eddy Cue re Fwd: FYI- Billboard Awards Honor RealNetworks' Rhapsody, Groundbreaking Harmony Technology in Digital Entertainment Awards, dated 11/09/2004 [Apple_AIIA00090412-14] | Tony Fadell; Greg Joswiak; Jon Rubinstein; Jeff Robbin; Eddy Cue | | | 802 only if offered for the truth ID 12/5 | 12/5 |

Case4:05-cv-00037-YGR   Document938   Filed11/30/14   Page34 of 192

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0177 | Email from Eddy Cue to Phil Wiser re Checking in, dated 11/09/20004 [Apple_AIIA00808605] | Eddy Cue | | X | | |
| Trial Ex. 0178 | Email from Sapna Gupta to Phil Schiller, Tim Cook, Peter Oppenheimer and cc: Gregory Joswiak, Stan Ng, Art Rangel, re: NPD US MP3 Player Monthly Report - October 2004, dated 11/24/2004 [Apple_AIIA00452203-10] | Philip Schiller; Art Rangel* | | X | | |
| Trial Ex. 0179 | Email from Jon Rubinstein to Greg Joswiak re Flash MP3 Players, dated 12/10/2004 [Apple_AIIA00101873-75] | Jon Rubinstein; Greg Joswiak* | | X | | |
| Trial Ex. 0180 | Exhibit 2: Apple Price Comparisons for iPod Shuffle (Source: Apple_AIIA_B_000271), dated December 13, 2004 from Noll Expert Report Exhibits, dated January 18, 2011 | Roger Noll* | | | | |
| Trial Ex. 0181 | Exhibit 3: Apple Price Comparison for iPod Shuffle (Source: Apple_AIIA_B_000271), from Noll Expert Report Exhibits, dated April 3, 2013 | Roger Noll* | | | D 128 | 12-12 |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0192 | Email from Tom Neumayr to Eddy Cue, Alex Luke, Chris Bell re Seattle PI on iTunes outpacing Real, dated 01/25/2005 [Apple_AIIA00090482-83] | Eddy Cue; Chris Bell* | | | 802 as to article only if offered for the truth | |
| Trial Ex. 0193 | Email from Sapna Gupta to Phil Schiller, Tim Cook, Peter Oppenheimer and cc: Gregory Joswiak, Stan Ng, Art Rangel, re: NPD US MP3 Player Monthly Report - December 2004, dated 01/26/2005 [Apple_AIIA00455653-63] | Philip Schiller; Art Rangel* | | X | ID 12-4 | 12/4 |
| Trial Ex. 0194 | Email from Davina Takeda to Doug Smith re 2/9/05 Price Committee Results, dated 2/9/2005 [Apple_AIIA_B_000313-28] | Mark Donnelly* | | X | | |
| Trial Ex. 0195 | NPD Group: MusicWatch Digital Presentation, Prepared for Apple, 02/10/2005 [Apple_AIIA00178974-9047] | Chris Bell; Art Rangel* | | | 802 only if offered for the truth | |
| Trial Ex. 0196 | Authorized Apple Direct Marketing Reseller U.S. Sales Agreement, dated 2/16/2005 [Apple_AIIA_B_012668-79] | * | | | | |