| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | 2005, dated 05/06/2005 | | | | | |
| Trial Ex. 0218 | Email from Stan Ng to Steve Jobs, Phil Schiller, Greg Joswiak, Jon Rubinstein, Tony Faddel, Eddy Cue, Jeff Robbin re Yahoo Music Engine works with iPod, dated 05/11/2005 [Apple_AIIA01341 443] | Philip Schiller; Tony Fadell; Eddy Cue; Jeff Robbins | | X | ID 12-5 | 12/5 |
| Trial Ex. 0219 | Direct Purchase Resellers Confidential Price List, dated 5/14/2005 [Apple_AIIA_B_00 0796-808] | * | | | | |
| Trial Ex. 0220 | Email from Sapna Gupta to npdmp3monthly@relay1.apple.com, re: NPD US MP3 Player Monthly Report - April 2005, dated 05/26/2005 [Apple_AIIA00108 508-20] | Tony Fadell* | | | | |
| Trial Ex. 0221 | Keybag Description, dated 5/27/2005 [Apple_AIIA00797 631-50] | Augustin Farrugia* | | X | | |
| Trial Ex. 0222 | Email from Eddy Cue to Steve Jobs, re: iTMS market share, dated 05/31/2005 [Apple_AIIA00099 408-09] [Cue Ex. 67] | Eddy Cue* | | X | ID 12-4 | 12/4 |

987361_1

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0242 | Email from Tony Fadell to ipod_eng_mgmt@group.apple.com re AAPL: Fiscal 3Q05 Preview, Tiger the Key, dated 6/30/2005, attaching Apple Computer, Inc. CPU Units by Geographic Region - UBS Investment Bank 1998-2005, dated 6/30/2005 [Apple_AIIA00104401-49] [Apple_AIIA00104429-49] | Tony Fadell* | | | 802 as to article only if offered for the truth | |
| Trial Ex. 0243 | AIM Instant Message with dowdy!, dated 7/5/2005 [Apple_AIIA00798326-27] | Augustin Farrugia* | | | ID 12-3-14 | |
| Trial Ex. 0244 | Fairplay Next Generation, dated 7/7/2005 [Apple_AIIA00797459-85] | Augustin Farrugia; Jeff Robbin* | | X | | |
| Trial Ex. 0245 | Email from Bill Evans to Eddy Cue, Greg Joswiak re Analyst Briefings: Friday, July 15, dated 7/15/2005 [Apple_AIIA00975685-87] [Cue Ex. 72] | Eddy Cue | | X | | |
| Trial Ex. 0246 | FairPlay Next Generation Propositions, dated 7/27/2005 [Apple_AIIA00797486-12] | Augustin Farrugia; Jeff Robbin* | | X | | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | dated 9/30/2005 [Apple_AIIA01344 648-49] | | | | | |
| Trial Ex. 0258 | Email from Augustin J. Farrugia to Jeff Robbin re Document, dated 10/3/2005 with attachment Digital Rights Manager (DRM) Overview draft, dated 10/3/2005 [Apple_AIIA00116 630-37] | Augustin Farrugia; Jeff Robbin* | | X | | |
| Trial Ex. 0259 | Email from Augustin J. Farrugia to Jeff Robbin re DRM doc V0.3, dated 10/3/2005 with attachment Digital Rights Management (DRM) Overview draft, dated 10/3/2005 [Apple_AIIA00116 645-51] | Augustin Farrugia; Jeff Robbin* | | X | | |
| Trial Ex. 0260 | Email from Jeff Robbin to Eddy Cue, Augustin J. Farrugia, dated 10/3/2005 with attachment Digital Rights Management (DRM) Overview draft, dated 10/3/2005 [Apple_AIIA00116 728-43] | Jeff Robbin; Eddy Cue; Augustin Farrugia | | X | | |
| Trial Ex. 0261 | Email from Steve Jobs to Eddy Cue, re: The recording industry's new clothes, dated | Eddie Cue* | | ID 12-3-14 | 802 as to article only if offered for the truth | |

987361_1

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0267 | Email from Steve Jobs to Jeff Robbin, Eddy Cue, re: Just in Case, dated 11/16/05 [Apple_AIIA00810 959-61] | Jeff Robbin; Eddy Cue | X | | ID 12-3-14 12-5 12/10 | 12/5 |
| Trial Ex. 0268 | Email from Eddy Cue to Steve Jobs, Sina Tamaddon, Phil Schiller, Greg Joswiak re iPod & ITMS attach, dated 11/16/2005 [Apple_AIIA00099 451-52] | Eddy Cue; Philip Schiller | | X | | |
| Trial Ex. 0269 | AIM Instant Message with J Robbin, dated 11/18/2005 [Apple_AIIA00798 303] | Jeff Robbin; Augustin Farrugia | X | | ID 12-3-14 12-5 | 12/3 |
| Trial Ex. 0270 | Email from Sapna Gupta to Phil Schiller, Tim Cook, Peter Oppenheimer, Jon Rubinstein and cc: Gregory Joswiak, Stan Ng, Art Rangel, re: NPD US MP3 Player Monthly Report - October 2005, dated 11/18/2005, attaching NDP US MP3 Player Market : Monthly Trend Summary (13 months ending October 2005) [Apple_AIIA00127 121-37] | Philip Schiller; Art Rangel* | | X | | |
| Trial Ex. 0271 | Email from Augustin Farrugia to Jeff Robbin, Eddy Cue, re: Navio System, dated 11/22/05 [Apple_AIIA00090 | Jeff Robbin; Augustin Farrugia; Eddie Cue* | X | | 802 as to article only if offered for the truth | 12/3 |

987361_1

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | 702] | | | | | |
| Trial Ex. 0301 | Email from Steve Gedikian to Chris Bell cc Tom Neumayr re Tom needs to know about Real & IPod current situation, dated 3/2/2006 [Apple_AIIA00093 860] | Chris Bell* | | X | | |
| Trial Ex. 0302 | Email from Steve Gedikian to Chris Bell, re: FYI Re: Tom needs to know about Real & iPod current situation, dated 03/03/2006 [Apple_AIIA00093 862] | Chris Bell* | | X | | |
| Trial Ex. 0303 | Email from Sapna Gupta to Phil Schiller, Tim Cook, Peter Oppenheimer, Jon Rubinstein and cc: Gregory Joswiak, Stan Ng, Art Rangel, re: NPD US MP3 Player Monthly Report - January 2006, dated 03/03/2006[Apple_ AIIA00505443-72] | Philip Schiller; Art Rangel* | | X | | |
| Trial Ex. 0304 | Email from Steve Gedikan to Chris Bell re Tom needs to know about Real & iPod current situation, dated 3/3/2006 [Apple_AIIA00093 861] | Chris Bell* | | X | ID 12/11 | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0310 | Email from Sapna Gupta to Phil Schiller, Tim Cook, Peter Oppenheimer, Jon Rubinstein Tony Fadell and cc: Gregory Joswiak, Stan Ng, Art Rangel, re: NPD US MP3 Player Monthly Report - February 2006, dated 03/24/2006 [Apple_AIIA00511 002-30] | Philip Schiller; Tony Fadell; Art Rangel* | | X | | |
| Trial Ex. 0311 | Email from Svetlana Samilova to Jim Dumont re. Review, revis & send latest by 6pm, Sun 3/26 dated, 3/26/2006, attaching iPod Engineering Executive Status Report, dated 3/27/2006 [Apple_AIIA00928 374-407] | Augustin Farrugia; Jeff Robbin* | | | | |
| Trial Ex. 0312 | FairPlay Next Generation, dated 4/3/2006 [Apple_AIIA00797 862-46] | Augustin Farrugia; Jeff Robbin* | | X | ID 12-5 | 12/5 |
| Trial Ex. 0313 | FairPlay Next Generation, dated 4/7/2006 [Apple_AIIA00797 947-32] | Augustin Farrugia; Jeff Robbin* | | X | | |
| Trial Ex. 0314 | Email from Eddy Cue to Steve Jobs re Universal issues, dated 4/17/2006 [Apple_AIIA01384 966-67] | Eddy Cue* | | X | ID 12-4 | |
| Trial Ex. 0315 | iPod Database Verification, dated 4/20/2006 [Apple_AIIA01288 540-42] | Augustin Farrugia; Jeff Robbin* | | | | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0316 | Email from Chris Wysocki to Dave Heller, re: Database verification API, dated 04/25/2006 [Apple_AIIA00094 563-69] [Farrugia Ex. 28] | Augustin Farrugia; Jeff Robbin* | | | ID 12-3-14 | 12/3 |
| Trial Ex. 0317 | eApp DRM Testing Workflow, dated 4/27/2006 [Apple_AIIA01288 280-83] | Augustin Farrugia; Jeff Robbin* | | | | |
| Trial Ex. 0318 | Email from Sapna Gupta to Phil Schiller, Tim Cook, Peter Oppenheimer, Tony Fadell and cc: Gregory Joswiak, Stan Ng, Art Rangel, re: NPD US MP3 Player Monthly Report - March 2006, dated 05/03/2006[Apple_ AIIA00135172-200] | Tony Fadell; Art Rangel; Philip Schiller* | | X | | |
| Trial Ex. 0319 | iPod Software Releases,September 2006, dated 5/4/2006 [Apple_AIIA01071 222-44] | * | | | ID 12-4 | 12/4 |
| Trial Ex. 0320 | FairPlay Extension M53, dated 5/8/2006 [Apple_AIIA01288 284-86] | Augustin Farrugia; Jeff Robbin* | | X | | |
| Trial Ex. 0321 | RealNetworks, Inc. Form 10-Q for quarterly period ending March 31, 2006, dated 05/09/2006 | | | | 802 | |
| Trial Ex. 0322 | Email from Steve Jobs to Jeff Robbin re Sony to support AAC file format, dated 5/10/2006 [Apple_AIIA00099 | Jeff Robbin* | | | 802 as to article only if offered for the truth | [illegible] |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | 064] | | | | | |
| Trial Ex. 0323 | Email from Greg Joswiak to Jeff Robbin re Sony to support AAC file format, dated 5/10/2006 [Apple_AIIA00099 065-66] | Jeff Robbin* | | | 802 as to article only if offered for the truth | |
| Trial Ex. 0324 | Redacted Email from Tony Fadell to Svetlana Samoilova and Guy Bar-Nahum re. iTunes 7.0 vs. N36 and m25B schedules, dated 5/14/2006 [Apple_AIIA01044 830-31] | Tony Fadell* | | X | | |
| Trial Ex. 0325 | Key Rotation for Content Protection, dated 5/17/2006 [Apple_AIIA01288 475-81] | Augustin Farrugia; Jeff Robbin* | | X | | |
| Trial Ex. 0326 | Email from Jain Sugam to Patrice Gautier re First Look: Urge & Windows Media Player 11 Analysis, dated 5/17/2006 [Apple_AIIA01288 139-43] | Patrice Gautier* | | | 403 | |
| Trial Ex. 0327 | Email from Rod Schultz to Augustin Farrugia re Updated documents, dated 5/17/2006 [Apple_AIIA01289 350-58] | Augustin Farrugia; Jeff Robbin* | | X | RD 12-2-14 12-10 12-12 | 12-12 |
| Trial Ex. 0328 | Email from Natalie Kerris to Eddy Cue; Greg Joswiak re Navio selling digital music to play on iPods, dated 5/19/2006 | Eddy Cue* | | | 802 as to Boudreau's statements | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | [Apple_AIIA00092 155-57] | | | | | |
| Trial Ex. 0329 | Email from Natalie Kerris to Chris Bell re Navio selling digital music to play on IPods, dated 5/19/2006 [Apple_AIIA00092 158-61] | Chris Bell* | | | 802 as to Boudreau's statements | |
| Trial Ex. 0330 | Email from Eddy Cue to Natalie Kerris re Navio selling digital music to play on iPods, dated 5/19/2006 [Apple_AIIA00092 162-65] | Eddy Cue* | | | 802 as to Boudreau's statements | |
| Trial Ex. 0331 | Email from Stan Ng to Eddy Cue, Natalie Kerris, Chris Bell, Greg Joswiak, Tom Neumayr and Derick Mains re: Navio selling digital music to play on iPods, dated 5/19/2006 [Apple_AIIA00092 166-70] | Eddy Cue; Chris Bell* | | | 802 as to Boudreau's statements | |
| Trial Ex. 0332 | Email from Natalie Kerris to Eddy Cue, Greg Joswiak, Philip Schiller re Navio's plans for copy-protected files dated 5/22/2006 [Apple_AIIA00999 372-73] | Eddy Cue; Phil Schiller* | X | | 802 as to article only if offered for the truth | |
| Trial Ex. 0333 | Email from Jeff Robbin to Steve Jobs, dated 05/23/2006 [Apple_AIIA01385 | Jeff Robbin* | X | ID 12-5 D-10 | 802 as to article only if offered for the truth | 12/5 |

987361_1

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0369 | Email from Kelly Lapinski to ipod eng mgmt re iPod Weekly status - due Sunday @ 6:00, dated 9/22/2006 attachment: PowerPoint ipod Engineering Executive Status Report, dated September 25, 2006 [Apple_AIIA01044 663-683] | Augustin Farrugia; Jeff Robbin | | | | |
| Trial Ex. 0370 | Email from Sapna Gupta to Phil Schiller, Tim Cook, Peter Oppenheimer, Tony Fadell and cc: Gregory Joswiak, Stan Ng, Art Rangel, re: NPD US MP3 Player Monthly Report - August 2006, dated 09/27/2006 [Apple_AIIA00544 052-78] | Art Rangel; Tony Fadell; Phil Schiller | | X | | |
| Trial Ex. 0371 | Email from Augustin Farrugia to Sina Tamaddon re Hmmm? is this true?, dated 10/2/2006 [Apple_AIIA00093 711-12] [Farrugia Ex. 31] | Augustin Farrugia* | | | ID 12-3-14<br>802 as to article only if offered for the truth | 12/3 |
| Trial Ex. 0372 | Email from Greg Joswiak to Chris Bell re DVD Jon's latest, dated 10/2/2006 [Apple_AIIA00799 692] | Chris Bell; Patrice Gautier* | | X | | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0373 | Email from Eddy Cue to Steve Jobs re FYI - Best Buy Teams with RealNetworks' Rhapsody and SanDisk to Launch the Best Buy Digital Music State, dated 10/06/2006 [Apple_AIIA00323 101-07] | Eddy Cue* | | | 802 as to article only if offered for the truth | |
| Trial Ex. 0374 | Case ID_69322852, Complaint, Issue: Slide show problem, dated 10/09/2006 [Apple_AIIA_C_00 205721] | * | | | 802 (may be admitted as to fact of customer contact) | |
| Trial Ex. 0375 | Email from Augustin Farrugia to Tony Fadell, Guy Bar-Nahum re: for your information, dated 10/23/2006 [Apple_AIIA00802 966-67] [Farrugia Ex. 30] | Augustin Farrugia; Tony Fadell* | | ID 12-10 12-11 | 802 as to Real screen shot | |
| Trial Ex. 0376 | Email from Augustin Farrugia to Jeff Robbin, re: Jon Johnansen hacks FairPlay, the Apple iTunes closed system, dated 10/23/06 [Apple_AIIA00093 729-36] | Augustin Farrugia; Jeff Robbin* | X | | 802 as to article only if offered for the truth | |
| Trial Ex. 0377 | Email from Augustin J. Farrugia to Bud Tribble re. Johansen, dated 10/23/2006 [Apple_AIIA00923 808-09] | Augustin Farrugia; Bud Tribble* | | X | | |
| Trial Ex. 0378 | WITHDRAWN | | | | | |

987361_1

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0379 | Email from Tom Neumayr to Eddy Cue; Chris Bell re cl net QA with DVD John, dated 10/25/2006 [Apple_AIIA00095 170-72] | Eddy Cue; Chris Bell | | | 802 as to article only if offered for the truth | |
| Trial Ex. 0380 | Email from Derick Mains to Eddy Cue, Chris Bell, Jeff Robbin, re: BusinessWeek.com : "Apple. Tear Down this Wall," dated 10/26/06 [Apple_AIIA00090 495-97] | Eddy Cue; Chris Bell; Jeff Robbin | | | 802 as to article only if offered for the truth | |
| Trial Ex. 0381 | RealNetworks, Inc. Form 10-Q for the quarterly period ending September 30, 2006, dated 11/08/2006 | | | | 802 | |
| Trial Ex. 0382 | NPD US MP3 Player Market Monthly Trend Summary 13 months ending September 2006, dated 11/27/2006 [Apple_AIIA00358 883-907] | Art Rangel* | | | | |
| Trial Ex. 0383 | Email from Steve Jobs to ET, Eddy Cue, Jeff Robbins, Scott Forstall, re: In a turnabout, record industry releases MP3s, dated 12/05/2006 [Apple_AIIA00320 482-84] [Cue Ex. 58] | Eddy Cue; Jeff Robbin | X | | ID 12/4 802 as to article only if offered for the truth | 12/4 |
| Trial Ex. 0384 | FairPlay Public Key Infrastructure, dated 12/14/2006 [Apple_AIIA01288 177-78] | Jeff Robbin; Augustin Farrugia* | | | | |

987361_1

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | [Apple_AIIA01276 391-400] | | | | | |
| Trial Ex. 0446 | Email from Phil Schiller to Greg Joswiak re. Universal to Set its Music Free, dated 8/10/2007 [Apple_AIIA00321 326-28] | Eddy Cue; Philip Schiller | | | ID 12-4 802 only if offered for the truth; 403 | |
| Trial Ex. 0447 | Email from Jennifer Cavaliere to Suki Lee re iTunes meeting 8/6/2007, dated 8/10/2007 [Apple_AIIA00289 709-18] | * | | | | |
| Trial Ex. 0448 | Email from Stan Ng to Davina Takeda re. PCM iPod v13- Re: Availability, dated 8/10/2007, attaching Slideshow - Price Committee August 16, 2007 - Decision: iPod, iPod nano, iPod shuffle [Apple_AIIA01277 353-62] | Mark Donnelly* | | X | | |
| Trial Ex. 0449 | Email from Paul Welles to Mark Donnelly, Stan Ng, Joe Hardegger, Davina Takeda, Wait Harris, Christine Cho re. PCM iPod v15-GM update, dated 8/13/2007, attaching Price Committee Decision for iPod, iPod nano, iPod | Mark Donnelly* | | X | | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0456 | Price Committee report for iPod, iPod nano, iPod Shuffle, dated 8/16/2007 [Apple_AIIA01276 016-23] | Mark Donnelly* | | X | | |
| Trial Ex. 0457 | Price Committee report for iPod, iPod nano, iPod Shuffle, dated 8/16/2007 [Apple_AIIA01276 024-31] | Mark Donnelly* | | X | | |
| Trial Ex. 0458 | Price Committee report for iPod, iPod nano, iPod Shuffle, dated 8/16/2007 [Apple_AIIA01276 032-39] | Mark Donnelly* | | X | | |
| Trial Ex. 0459 | Price Committee report for iPod, iPod nano, iPod Shuffle, dated 8/16/07 8/16/2007 [Apple_AIIA01276 040-47] | Mark Donnelly* | | X | | |
| Trial Ex. 0460 | Redacted email re Wal-Mart to Sell Online Music Without Copyright Protections, Tracks to Include Songs from Universal, EMI, by Mike Barris, dated August 21, 2007 [Apple_AIIA01350 997-99] | * | | | 802 only if offered for the truth | |
| Trial Ex. 0461 | Email from Chris Bell to Eddy Cue re: "Competitive" Review: Walmart, gBox and Rhapsody + Urge + Verizon, dated 8/22/2007 [Apple_AIIA01061 460-62] | Chris Bell; Eddy Cue* | | X | ID. 12-4 | 12/4 |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0462 | Email from Jean-Francois Riendeau to Ken Herman re Candy timings for large DB (desktop), dated 8/30/2007 [Apple_AIIA00305 362] | Augustin Farrugia* | | X | | |
| Trial Ex. 0463 | Email from Steve Jobs to Eddy Cue re Sony and Warner music meeting, dated 8/30/2007 [Apple_AIIA01385 470-71] | Eddy Cue* | | X | | |
| Trial Ex. 0464 | Email from Matt Fischer to music-marketing@apple.com re. Universal to Set Its Music Free, dated 9/9/2007 [Apple_AIIA00290 109-10] | Chris Bell* | | | 802 only if offered for the truth | |
| Trial Ex. 0465 | Email from Tony Fadell to Tony Fadell; re: Just a Quick Consumer Opinion; dated 09/16/2007 [Apple_AIIA00290 330-32] | Tony Fadell; Jeff Robbin | | ID 12/5 | 802 as to blog post and Warren statements only if offered for the truth | 12/5 |
| Trial Ex. 0466 | NPD US MP3 Player Market: Monthly Trend Summary, 13 months ending July 2007, dated 9/19/2007 [Apple_AIIA00431 293-317] | Art Rangel* | | | | |
| Trial Ex. 0467 | Case ID_84379907, Complaint, Issue: Sync-Music, dated 09/20/2007 [Apple_AIIA_C_00 201578] | * | | | 802 (may be admitted as to fact of customer contact) | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0468 | Case ID_84582305, Complaint, Issue: Feature does not exist, dated 09/24/2007 [Apple_AIIA_C_00 201560] | * | | | 802 (may be admitted as to fact of customer contact) | |
| Trial Ex. 0469 | Case ID: 84553975, Complaint, Issue: Sync Music, dated 09/24/2007 [Apple_AIIA_C_00 201675] | * | | | 802 (may be admitted as to fact of customer contact) | 12/5 |
| Trial Ex. 0470 | Email from Chris Bell to Kate Wormington re. Draft 4: Amazon MP3 Competitive Analysis, dated 9/25/2007 [Apple_AIIA00186 807-11] | Chris Bell; Eddy Cue* | | X | | |
| Trial Ex. 0471 | Email from Chris Bell to Steve Gedikan and Grace Kvamme re. Draft 4: Amazon MP3 Competitive Analysis, dated 9/25/2007 [Apple_AIIA00186 812-15] | Chris Bell; Eddy Cue* | | X | | |
| Trial Ex. 0472 | Email from Steve Gedikan to Chris Bell and ssg@apple.com re. Draft Amazon Analysis, dated 09/25/2007 [Apple_AIIA00187 581-82] | Chris Bell; Eddy Cue* | | X | | |
| Trial Ex. 0473 | Email from Steve Gedikan to ssg@apple.com and Steve Jobs re. Draft 3: Amazon MP3 Competitive Analysis, dated 9/25/2007 | Chris Bell; Eddy Cue* | | X | | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0555 | Email from Joe Hardegger to Greg Joswiak re PC Slides - iPod touch & iPhone with attachment Price Committee Decision: iPod touch, iPhone, dated 1/23/2008 [Apple_AIIA01278 028-44] | Mark Donnelly* | | X | | |
| Trial Ex. 0556 | iTunes Music Store Billboard Top 100 Album Analysis, dated 1/28/2008 [Apple_AIIA00817 408-26] | Eddy Cue* | | | 402 | |
| Trial Ex. 0557 | Email from Mark Donnelly to Phil Schiller re Price Committee - iPod touch, MacBook & MacBook Prod with attachment Price Committee Decision: MacBook, MacBook Pro, dated 1/31/2008 [Apple_AIIA01384 664-87] | Mark Donnelly; Phil Schiller* | | X | | |
| Trial Ex. 0558 | Presentation re. Price Committee Decision iPod touch, dated 01/31/2008 [Apple_AIIA_B_00 0391-93] | Mark Donnelly* | | X | | |
| Trial Ex. 0559 | Email from Joe Hardegger to Mark Donnelly, Greg Joswiak re Preliminary Slides with attachment Price Committee February 1, 2008 Decision: iPod shuffle, dated 2/1/2008 | Mark Donnelly* | | X | ID 12/10 | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0719 | Declaration of Amanda Marks, Executive Vice President and General Manager of Universal Music Distribution, dated 12/28/2010 | Amanda Marks | | | ID 12-4 802 | |
| Trial Ex. 0720 | Exhibit A Curriculum Vitae of David Martin, Ph.D., from Martin Expert Report Exhibits, dated April 8, 2013 | David Martin | | | 802 | |
| Trial Ex. 0721 | Exhibit 3: Apple Price Comparisons for iPod Touch, dated 8/16/2007 (Source: Apple_AIIA_B_00 0255) from Noll Expert Report Exhibits , dated January 18, 2011 | Roger Noll | | | | |
| Trial Ex. 0722 | Exhibit 4: Apple Price Comparison for iPod Nano (Source Apple_AIIA_B_00 0364), dated 08/15/2005 from Noll Expert Report Exhibits, dated January 18, 2011 | Roger Noll | | | | |
| Trial Ex. 0723 | Exhibit 1: DRM-Free Upgrades by Month for January 2009 to October 17, 2010 (note partial date for October 2010) from Noll Expert Report Exhibits, dated March 28, 2011 | Roger Noll | | | 402; 403 | |

Case4:05-cv-00037-YGR Document938 Filed11/30/14 Page158 of 192

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0731 | Exhibit 2: Apple Price Comparison for Original iPod and iPod Classic (1.8" Hard Drive) (Source: Apple_AIIA01278614), from Noll Expert Report Exhibits, dated April 3, 2013 | Roger Noll | | | ID 12-5 | 12/9 |
| Trial Ex. 0732 | Exhibit 4: Apple Price Comparison for iPod Touch (Source: Apple_AIIA_B000255), from Noll Expert Report Exhibits, dated April 3, 2013 | Roger Noll | | | ID 12-8 | 12/9 |
| Trial Ex. 0733 | Exhibit 5: Apple Price Comparisons for iPod Nano (Source Apple_AIIA_B_000364), from Noll Expert Report Exhibits, dated April 3, 2013 | Roger Noll | | | ID 12-8 | 12/9 |
| Trial Ex. 0734 | Exhibit 6: Apple Price Comparisons for iPod Mini (Source Apple_AIIA_B_000228), from Noll Expert Report Exhibits, dated April 3, 2013 | Roger Noll | | | | |
| Trial Ex. 0735 | Exhibit 7: Apple Price Comparisons for iPod Photo, from Noll Expert Report Exhibits, dated April 3, 2013 | Roger Noll | | | ID 12-8 | 12/9 |
| Trial Ex. 0736 | Exhibit 8 MP3 Market vs. Apple iPhone Yearly Unit Sales CY 2002-2013, from Noll Expert Report | Roger Noll | | | ID 12-8 | 12/9 |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | Exhibits, dated April 3, 2013 | | | | ID 12-8 | 12/9 |
| Trial Ex. 0737 | Exhibit 9: iPod Unit Sales CY Q4 2001-Q4 2012, from Noll Expert Report Exhibits, dated April 3, 2013 | Roger Noll | | | ID 12-8 | 12/9 |
| Trial Ex. 0738 | Exhibit 10 Average Gross Margin: All Products (Weighted by $ Sales), from Noll Expert Report Exhibits, dated April 3, 2013 | Roger Noll | | | 106 (requires admission of TX740) | |
| Trial Ex. 0739 | Exhibit 11 Average Gross Margin: All Products (Weighted by Units Sold), from Noll Expert Report Exhibits, dated April 3, 2013 | Roger Noll | | | 106 (requires admission of TX740) | |
| Trial Ex. 0740 | Chart Notes for Noll Exhibits 10 & 11, from Noll Expert Report Exhibits, dated April 3, 2013 | Roger Noll | | | 106 (requires admission of TX738-39) | |
| Trial Ex. 0741 | Exhibit 12: iPod Share of MP3 Player Market January 2002-July 2010, from Noll Expert Report Exhibits, dated April 3, 2013 | Roger Noll | | | | |
| Trial Ex. 0742 | Exhibit 13.1 Reseller Sales Log Regression Results Outliers Excluded, from Noll Expert Report Exhibits, dated 4/3/13 | Roger Noll | | | 702** (see Apple's notes at end) | |