| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0754 | Exhibit 3-A Reseller Sales Preferred Log Regression Results Outliers Excluded from Noll Expert Report Exhibits, dated November 25, 2013 | Roger Noll | | | D b-8 702** | 12/9 |
| Trial Ex. 0755 | Exhibit 3-B: Direct Sales Preferred Log Regression Results Outliers Excluded from Noll Expert Report Exhibits, dated November 25, 2013 | Roger Noll | | | 702** | 12/9 |
| Trial Ex. 0756 | Exhibit 4: Total Damages from Noll Expert Report Exhibits, dated November 25, 2013 | Roger Noll | | | 702** | |
| Trial Ex. 0757 | Exhibit 5-A Apple Reseller Sales Damages Models from Noll Expert Report Exhibits, dated November 25, 2013 | Roger Noll | | | D b-8 702** | 12/9 |
| Trial Ex. 0758 | Exhibit 5-B: Apple Direct Sales Damages Models from Noll Expert Report Exhibits, dated November 25, 2013 | Roger Noll | | | 702** | |
| Trial Ex. 0759 | Exhibit 5-C: Apple Additional Direct Sales Damages Models from Noll Expert Report Exhibits, dated November 25, 2013 | Roger Noll | | | 702** | |
| Trial Ex. 0760 | Exhibit 6-A Reseller Sales and Damages Analysis from Noll Expert Report Exhibits, dated November 25, 2013 | Roger Noll | | | D b-8 702** | 12/9 |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0761 | Exhibit 6-C: Additional Sales and Damages Analysis from Noll Expert Report Exhibits, dated November 25, 2013 | Roger Noll | | | D 128 129 702** | 12/9 |
| Trial Ex. 0762 | Exhibit 1a: Average of Noll Cluster Corrected Regression Residuals Divided Randomly in Two Groups, by Cluster (Resellers Sales, Clusters Defined by Family and Year-Month) from Noll's January 13, 2014 Report | Roger Noll | | | 702** | |
| Trial Ex. 0763 | Exhibit 1b: Average of Noll Cluster Corrected Regression Residuals Divided Randomly in Two Groups, by Cluster (Direct Sales, Clusters Defined by Family and Year-Month) from Noll Expert Report dated January 13, 2014 | Roger Noll | | | 702** | |
| Trial Ex. 0764 | Exhibit 2a: Average of Noll Cluster Corrected Regression Residuals Divided Randomly in Two Groups, by Cluster (Resellers Sales, Clusters Defined by Family and Year-Week) from Noll Expert Report Exhibits, dated January 13, 2014 | Roger Noll | | | 702** | |

| | Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1-7 | Trial Ex. 0813 | John Borland, RealNetworks Breaks Apple's hold on iPod, CNET News.com, dated 7/25/2004 [Apple_AIIA00329 698-701] | Jeff Robbin; Augustin Farrugia* | | | 802. 402 & 403 as to redacted portion. | |
| 8-10 | Trial Ex. 0814 | RealNetworks' Rhapsody wins Billboard Digital Entertainment for Best Music Service, dated 11/9/2004 | Jeff Robbin; Augustin Farrugia* | | | 802 | |
| 11-14 | Trial Ex. 0815 | Email from Eddy Cue to Zach Horowitz re. My Thoughts on UMG Apple agreement . . ., dated 4/21/2007 [Apple_AIIA00809 105-107] [Cue Ex. 56] | Eddy Cue* | | X | | |
| 15-18 | Trial Ex. 0816 | Email from Eddy Cue to Patrice Gautier re. The recording industry's new clothes, dated 10/11/2005 [Apple_AIIA00099 445-47] [Cue 68] | Eddy Cue* | | ID 12-4 | 802 as to embedded article only if offered for the truth | 12/4 |
| 19-25 | Trial Ex. 0817 | John Borland, RealNetworks breaks Apple's hold in iPod; Rob Glaser and Steve Jobs have feuded before. RealNetworks' iPod hack is likely to ruffle feathers again, CNetNews.com, dated 7/26/2004 [Jobs Ex. 7] | * | 1 | ID 12-4 | 802 | |
| 26-28 | Trial Ex. 0818 | Arnold Kim, Rhapsody Relaunches with iPod-Compatible MP3s, MacRumors, dated 6/30/0008 | Jeff Robbin; Augustin Farrugia* | | | 802 | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0819 | Peter Cohen, Disney boss accuses Apple of fostering piracy, MacWorld, dated 5/1/2002 | Jeff Robbin; Augustin Farrugia* | | | ID 12-5 802; 402; 403 | |
| Trial Ex. 0820 | Email from Steve Bollinger to Augustin Farrugia re SHA-1 accelerator perf on N36, dated 6/20/2006 [Apple_AIIA01373603-04] | Augustin Farrugia* | | X | ID 12-3-14 | 12/3 |
| Trial Ex. 0821 | Email from Patrice Gautier to Jeff Robbin re Sony boombox to support iTunes, dated 4/17/2005 [Apple_AIIA00253860-61] | Jeff Robbin; Augustin Farrugia* | | | 802 as to embedded article only if offered for the truth | |
| Trial Ex. 0822 | Don Clark, Apple Receives Grammy Award, But Calls for Better Distribution, Wall St. J., Feb. 26, 2002 | Jeff Robbin; Augustin Farrugia* | | | ID 12-5 802; 402 | |
| Trial Ex. 0823 | Email from Ken Herman to Ming Chang re Candy and the factory, dated 8/22/2007®[Apple_AIIA00303708] | Augustin Farrugia; Gianpaolo Fasoli* | | X | | |
| Trial Ex. 0824 | Email from Chris Wysocki to Jean-Francois Riendeau re Candy-RSA for iTunes, dated 9/04/2007 [Apple_AIIA00816907-10] | Augustin Farrugia; Gianpaolo Fasoli* | | X | | |
| Trial Ex. 0825 | Gross Margin Summary, Apple Operations Finance, dated 12/10/2004 | Roger Noll* | | | | |

Case4:05-cv-00037-YGR   Document938   Filed11/30/14   Page175 of 192

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0866 | Email from Augustin J. Farrugia to Guy Bar-Nahum re IMPORTANT: iPod Database schema change, dated 8/21/2007®[Apple_AIIA00304444-45] | Jeff Robbin* | | X | | |
| Trial Ex. 0867 | Email from Christi Wilkerson to Stan Ng re. iPod & iPod nano 1.2 Software Braindump WIP, dated 4/5/2006 [Apple_AIIA01071045-49] | Phil Schiller* | | | | |
| Trial Ex. 0868 | Table of iTunes versions [Apple_AIIA00330727-34] [Robbin Ex. 4] | Jeff Robbin* | | X | | |
| Trial Ex. 0869 | Exhibit 5-C Apple Additional Direct (Consumer) Sales Damages Models, from Roger Noll Report, dated 11/25/2013 | Roger Noll* | | | ID<br>D-8<br>702 ** | 12/9 |
| Trial Ex. 0870 | Exhibit 6-B Direct (Consumer) Sales and Damages Analysis, from Roger Noll Report, dated 11/25/2013 | Roger Noll* | | | ID<br>D-8<br>702 ** | 12/9 |
| Trial Ex. 0871 | Radar 5320216, dated 7/8/2007; Task: Check iTunes DB signature [AIIA_SC_001001] | David Martin, Augustin Farrugia* | | | | 12/3 |
| Trial Ex. 0872 | Additional_AIIA_20130313/904-AIIACandyActivate/CL84714/p4cl84174info.txt; and Additional_AIIA_20130313/904-AIIACandyActivat | David Martin, Augustin Farrugia* | | | | |

987361_1

- 174 -

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0878 | Apple iPod+iTunes ad - 1000 Songs (2006) (720p).mp4 | Jeff Robbin, Phil Schiller, Eddy Cue, Greg Joswiak* | | X | | |
| Trial Ex. 0879 | Apple iPod+iTunes ad featuring Bob Dylan - Accoustic (2006) (480p).mp4 | Jeff Robbin, Phil Schiller, Eddy Cue, Greg Joswiak* | | X | | |
| Trial Ex. 0880 | Apple iTunes ad - Rip Mix Burn - Long (2001) (360p).mp4 | Jeff Robbin, Phil Schiller, Eddy Cue, Greg Joswiak* | | X | D 174 | 12-12 |
| Trial Ex. 0881 | Steve Jobs_ Good artists copy great artists steal (360p).mp4 | Jeff Robbin, Phil Schiller, Eddy Cue, Greg Joswiak* | | | 106; 402; 403; 901 | |
| Trial Ex. 0882 | Apple iPod ad - Beat (2001) (360p).mp4 | Jeff Robbin, Phil Schiller, Eddy Cue, Greg Joswiak* | | X | | |
| Trial Ex. 0883 | Email from Jeff Robbin to Mark Eisenberg, Eddy Cue, Higa@apple.com, re iTunes hacks, dated 3/21/05 [Apple_AIIA00094079-84] | Eddy Cue; Jeff Robbin* | | | 802 as to embedded article only if offered for the truth | |
| Trial Ex. 0884 | Email from Meriko Borogove to Jeff Robbin and Jennifer Cavaliere re Morbier PPR draft, dated 8/31/2004 [Apple_AIIA00092764-72] | Jeff Robbin; Augustin Farrugia* | | X | | |

880A EXCERPT

12/5

987361_1

- 176 -

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0892 | In the Matter of Implementation of Section 6002(b) of the Omnibus Budget Reconciliation Act of 1933 Annual Report and Analysis of Competitive Market Conditions With Respect to Mobile Wireless, Including Commercial Mobile Services, No. 10-133 (Federal Communications Commission - FCC 11-103), released 6/7/2011 | Roger Noll* | | | 402; 403; 703; 802 | |
| Trial Ex. 0893 | Exhibit 4: Total Damages from Roger Noll Report, dated 11/25/2013 | Roger Noll* | | | D 12-8 702** | 12/9 |
| Trial Ex. 0894 | Exhibit 5-B Apple Direct (Consumer) Sales Damages Model, from Roger Noll Report, dated 11/25/2013 | Roger Noll* | | | D 12-8 702** | 12/9 |
| Trial Ex. 0895 | Apple Inc., Form 10-K, dated 12/19/2002 | * | | | *** See Apple's note at end; 402 as to irrelevant portions | |
| Trial Ex. 0896 | Apple Inc., Form 10-K, dated 12/19/2003 | * | | | *** See Apple's note at end; 402 as to irrelevant portions | |
| Trial Ex. 0897 | Apple Inc., Form 10-K, dated 12/3/2004 | * | | | *** See Apple's note at end; 402 as to irrelevant | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | | | | | irrelevant portions | |
| Trial Ex. 0905 | Apple Inc., Form 10-Q, dated 5/6/2004 | * | | | *** See Apple's note at end; 402 as to irrelevant portions | |
| Trial Ex. 0906 | Apple Inc., Form 10-Q, dated 8/5/2004 | * | | | *** See Apple's note at end; 402 as to irrelevant portions | |
| Trial Ex. 0907 | iPod Interface Specification | David Martin* | | | FRCP 26; 402 | |
| Trial Ex. 0908 | Apple Press Release, Apple Statement re. RealNetworks has adopted the tactics and ethics of a hacker, dated 7/29/2004 | Steve Jobs* | | | | 12/5 |
| Trial Ex. 0909 | Email from Dave Heller to Jeff Robbin re. DRM, dated 5/11/2004 [Apple_AIIA00091784] | Dave Heller, Jeff Robbin* | | X | | |
| Trial Ex. 0910 | Email from Dave Heller to Roger Pantos and Tom Dowdy re. Next round of iTunes security, dated 7/19/2004 [Apple_AIIA00092431] | Dave Heller, Jeff Robbin* | | X | | |
| Trial Ex. 0911 | First page of iTunes 4.6.0 DulcimerHandler.c, dated 1/27/2011 [Apple_AIIA_B_0165532] | David Martin* | | | FRCP 26 | |

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0912 | Email from Guy Bar-Nahum to Steve Bollinger, Ned Holbrook, Tony Fadell, and Greg Marriott, re. Why we should not worry about iPod hacking to break the AAC DRM, dated 12/3/2003 [Apple_AIIA00798363-64] | Jeff Robbin, Augustin Farrugia, Gianpaolo Fasoli* | | | ID 12-5 | |
| Trial Ex. 0913 | Plaintiff Kenneth Riegel's Responses to Defendant Apple Inc.'s First Set of Requests for Production of Documents, dated 11/4/2014 | Kenneth Riegel* | | | 402;802 | |
| Trial Ex. 0914 | Plaintiff Kenneth Riegel's Responses to Defendant Apple Inc.'s First Interrogatories and Verification, dated 11/4/2014 | Kenneth Riegel* | | | 402, 403, 802; please identify the specific discovery excerpts you seek to admit per Pre-Trial Instructions ¶3(e) | |
| Trial Ex. 0915 | U.S. Income Tax Return for an S Corporation, K& N Enterprises, Inc., Form 1120S, for calendar year 2005, dated 1/20/2006 [RIEGEL00001-37] | Kenneth Riegel* | | X | ID 12-2-14 | 12/2/14 |
| Trial Ex. 0916 | U.S. Income Tax Return for an S Corporation, K&N Enterprises, Inc., Form 1120S, for calendar year 2006 [RIEGEL00038-59] | Kenneth Riegel* | | X | ID 12-2-14 | 12/2/14 |

987361_1

- 181 -

Case4:05-cv-00037-YGR   Document938   Filed11/30/14   Page183 of 192

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0917 | U.S. Income Tax Return for an S Corporation, K&N Enterprises, Inc., Form 1120S, for calendar year 2007 [RIEGEL00060-70] | Kenneth Riegel* | | X | ID 12-2-14 | 12/2/14 |
| Trial Ex. 0918 | U.S. Income Tax Return for an S Corporation, K&N Enterprises, Inc., for caledndar year 2008 [RIEGEL00071-80] | Kenneth Riegel* | | X | ID 12-2-14 | 12/2/14 |
| Trial Ex. 0919 | Business Purchase Agreement between K&N Enterprises, Inc. and Apple Sauce, Inc., dated 12/29/2007 [RIEGEL00081-86] | Kenneth Riegel* | | | ID 12-2-14 | 12/2/14 |
| Trial Ex. 0920 | Authorized Apple Reseller U.S. Sales Agreement (Apple CPU Products Authorization) for K&N Enterprises, Inc., dba Delaware Computer Exchange [RIEGEL00087-92] | Kenneth Riegel* | | X | | |
| Trial Ex. 0921 | Authorized Apple Reseller U.S. Sales Agreement (iPod Authorization) for K& N Enterprises, Inc. dba Delaware Computer Exchange, dated 10/19/2006 [RIEGEL00093-98] | Kenneth Riegel* | | X | ID 12-2-14 | 12/2/14 |
| Trial Ex. 0922 | 2006 Apple Specialist Program Confirmation [RIEGEL00099-103] | Kenneth Riegel* | | | ID 106 12-2-14 (partially illegible) | 12/2/14 |
| Trial Ex. 0923 | 2007 Apple Specialist Program Confirmation [RIEGEL00104- | Kenneth Riegel* | | | ID 106 12-2-14 (partially illegible) | 12/2/14 |

987361_1

- 182 -

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | 109] | | | | | |
| Trial Ex. 0924 | Invoice Line Item Export, dated 1/22/2007 [RIEGEL00110-132] | Kenneth Riegel* | | X | ID 12-2-14 | 12-2-14 |
| Trial Ex. 0925 | Invoice Line Item Export, dated 7/9/2007 [RIEGEL00133-166] | Kenneth Riegel* | | X | | |
| Trial Ex. 0926 | Ingram Micro Invoice No. 30-42171-14 shipped and sold to K&N Enterprises, Inc. DBA Delaware Computer Exchange, dated 12/23/2007 [RIEGEL00167-181] | Kenneth Riegel* | | X | ID 12-2-14 | 12/2/14 |
| Trial Ex. 0927 | Declaration of Augustin Farrugia in Support of Defendant's Renewed Motion for Summary Judgment, dated 1/2011 | Augustin Farrugia* | | ID 12-3 | 403, 802, including as to embedded hearsay; until Plaintiffs identify, which, if any, exhibits to the declartion that Plaintiffs seek to admit, Apple reserves all objections; 106 (to be admitted, must be accompanied by TX 928 and | |
| 927A | [PAGES 39-END] | | | | ID 12/3 | 12/3 |

987361_1

183

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | | | | | 929) | |
| Trial Ex. 0928 | Notice of Errata to Declaration of Augustin Farrugia in Support of Defendant's Renewed Motion for Summary Judgment, Errata to Declaration of Augustin Farrugia in Support of Defendants' Renewed Motion for Summary Judgment, dated 2/2/2011 | Augustin Farrugia* | | | 106 (to be admitted, must be accompanied by TX 927 and 929) | |
| Trial Ex. 0929 | Supplemental Declaration of Augustin Farrugia, dated 7/2/2013 | Augustin Farrugia* | | | 106 (to be admitted, must be accompanied by TX 927 and 928) | |
| Trial Ex. 0930 | Declaration of Jeffrey Robbin in Support of Defendant's Renewed Motion for Summary Judgment, dated 1/18/2011 | Jeff Robbin* | | D 12/10 | 403, 802, including as to embedded hearsay; until Plaintiffs identify, which, if any, exhibits to the declartion that Plaintiffs seek to admit, Apple reserves all objections | |

987361_1

- 184 -

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0931 | Email from Augustin J. Farrugia to Jeff Robbin re weekly, dated 4/6/2007 [Apple_AIIA00305434-35] | Augustin Farrugia, Gianpaolo Fasoli, Jeff Robbin* | | X | | |
| Trial Ex. 0932 | Email from David Fleischman to Eric Albert, Andy Belk, Yannick Bertolus, Meriko Borogrove, Daniel C. Carr, Jennifer Cavaliere, Jason Dueck, Augustin J. Farrugia, Andy Grignon, Dave Heller, Katherine Kojima, Henri Lamiraux, Aram Lindahl, Silky Manwani, Venkat Memula, Dean Reece, Jeff Robbin, Marion Roche, Svetlana Samoilova, Jeremy Sandmel, John Stauffer, Maggie Sweet, David Tupman, Celia Vigil, Kim Vorrath, Andreas Wendker, Christi Wilkerson, Josh Williams, John Wright, Chris Wysocki re. Aspen Core Meeting Notes - 7/3/2007, dated 7/3/2007 [Apple_AIIA00304351-52] | Augustin Farrugia, Jeff Robbin, Gianpaolo Fasoli* | | X | | |
| Trial Ex. 0933 | The Wall Street Journal, RealNetworks Seeks to Unlock the iPod from iTunes, dated 7/26/2004 | Steve Jobs* | | | 802 | |
| Trial Ex. 0934 | Expert Report of Dr. John P.J. Kelly, dated 7/19/2013 | John P.J. Kelly* | | ID 12-10 | 802; confidential source code and | |

987361_1

- 185 -

| Trial Ex. No. | Description | Sponsoring Witness | Exhibits to be Shown to the Jury Before Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| Trial Ex. 0940 | Email from Eddy Cue to Amanda Marks re. Apple, dated 4/23/2006 [Apple_AIIA00808923-24] | Amanda Marks* | | | ID 802 as to Marks' statements | 12/4 |
| Trial Ex. 0941 | Email from Steve Jobs to Doug Morris re. Reasons to go DRM free, dated 3/19/2007 [Apple_AIIA00319506-07] | Amanda Marks* | | | ID 12/4 | |
| Trial Ex. 0942 | Exhibit 10 Average Gross Margin: All Products (Weighted by $ Sales) | Roger Noll* | | | ID 128 | 12/9 |
| Trial Ex. 0943 | Exhibit 11 Average Gross Margin: All Products (Weighted by Units Sold) | Roger Noll* | | | | |
| Trial Ex. 0944 | Exhibit 12: iPod Share of MP3 Player Market January 2002-July 2010 | Roger Noll* | | | ID 128 | 12/9 |
| Trial Ex. 0945 | Jeff Leeds, The New York Times, Universal Music Will Sell Songs Without Copy Protection | * | | | 802 | |

**Plaintiffs' Additional Notes**

*Indicates any additional witness with knowledge of the subject matter.
NOTE - Plaintiffs do not necessarily intend to call all listed potential sponsoring witnesses because the Court has not yet ruled on certain matters regarding admissibility. Because the contours of Apple's statement that a sponsoring witness can be a person with knowledge of the subject matter has not been fully defined, Plaintiffs have included a number of Apple's witnesses on its list out of an abundance of caution.

951    ADMITTED 12/11