```
 1  William A. Isaacson (wisaacson@bsfllp.com)
    (Admitted Pro Hac Vice)
 2  Karen L. Dunn (kdunn@bsfllp.com)
    (Admitted Pro Hac Vice)
 3  Martha L. Goodman (mgoodman@bsfllp.com)
    (Admitted Pro Hac Vice)
 4  BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave, NW
 5  Washington, DC 20015
    Telephone: (202) 237-2727
 6  Facsimile: (202) 237-6131

 7  John F. Cove, Jr. #212213
    (jcove@bsfllp.com)
 8  Meredith R. Dearborn #268312
    (mdearborn@bsfllp.com)
 9  BOIES, SCHILLER & FLEXNER LLP
    1999 Harrison Street, Suite 900
10  Oakland, CA 94612
    Telephone: (510) 874-1000
11  Facsimile: (510) 874-1460

12  David C. Kiernan #215335
    (dkiernan@jonesday.com)
13  JONES DAY
    555 California Street, 26th Floor
14  San Francisco, CA 94104
    Telephone: (415) 626-3939
15  Facsimile: (415) 875-5700

16  Attorneys for Defendant Apple Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION] |
| This Document Relates To:<br><br>ALL ACTIONS | **APPLE'S SECOND UPDATED TRIAL EXHIBIT LIST**<br><br>Trial: December 2, 2014<br>Time: 8:30 AM<br>Place: Courtroom 1, 4th Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |

APPLE'S TRIAL EXHIBIT LIST                           No. C 05-00037 YGR

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2013 | Apple Press Release: Apple Introduces 10g iPod - 2,000 songs in your pocket, March 21, 2002 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kelly, Kvamme | | X | | |
| 2014 | Apple Press Release: Apple Announces iTunes 3, July 17, 2002 | Schiller, Cue, Bell, Robbin, Kelly, Kvamme | | X | | |
| 2015 | Email from Robbin to Higa, Gautier, Burkholder, Mirrashidi cc: Tribble, Cue re: Universal called, September 8, 2002 | Cue, Robbin | | X | ID 12/5 | 12/5 |
| 2016 | Email from Robbin to Gautier, Cue re: FW: EMI (forwarding email from Tribble to Jobs, cc: Higa, Robbin), September 19, 2002 | Cue, Robbin | | X | | |
| 2017 | Digital Rights Management (DRM) Details - Draft 1.0, October 15, 2002 | Robbin, Farrugia, Fasoli | | X | | |
| 2018 | Digital Rights Management (DRM) Overview - Draft 0.04, October 15, 2002 | Robbin, Farrugia, Fasoli | | X | | |

Case4:05-cv-00037-YGR Document941 Filed12/02/14 Page5 of 165

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2019 | Email from Robbin to Bar-Nahum cc: Dowdy re: DRM documents, with attachments (Digital Rights Management (DRM) Overview - Draft 0.04; Digital Rights Management (DRM) Details Draft 0.05), October 19, 2002 | Robbin, Farrugia, Fasoli | | X | | |
| 2020 | Digital Music Download Agreement between Apple and WMG, November 25, 2002 | Cue, Robbin, Schiller | | X | | |
| 2021 | Email from Robbin to Hurley, Derrick Donnelly, Murphy, Dowdy, Heller, Bill Kincaid, Gautier cc: Ameerally, Cavaliere, Todd Basche re: Thursday meeting, with attachments (Digital Rights Management (DRM) Overview - Draft 0.04; Digital Rights Management (DRM) Details Draft 1.0), December 4, 2002 | Robbin, Farrugia, Fasoli | | X | ID 1x5 | 12/5 |
| 2022 | Trial Agreement for Universal Sound Recordings between Apple and UMG, December 13, 2002 | Cue, Robbin, Schiller | | X | | |
| 2023 | Digital Music Download Agreement between Apple and BMG, January 1, 2003 | Cue, Robbin, Schiller | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2045 | Apple Press Release: iTunes Music Store Hits Five Million Downloads, June 23, 2003 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2046 | Email from Bell to Peter Lowe cc: Kvamme re Today's meeting (doc in progress); attachment - iTunes & The Music Store Marketing & Business Planning Meeting June 26, 2003, June 26, 2003 | Bell, Schiller, Cue, Kvamme | | X | | |
| 2047 | Email from Dowdy to Robbin re Someone starting to dissect DRM..., June 30, 2003 | Robbin, Fasoli, Farrugia | X | | Incomplete (FRE 106); Hearsay (FRE 802) as to quote only if offered for truth | |
| 2048 | Cranberry & Blueberry Marketing Requirements Document - Version 1.2, August 12, 2003 | Bell, Kvamme | | X | | |
| 2049 | Apple Press Release: iTunes Music Store Sells Ten Millionth Song, September 8, 2003 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2050 | Email from Gautier to Cue, Robbin re someone else sees it!, September 29, 2003 | Cue, Robbin, Schiller | X | | Ip 12-4 Hearsay (FRE 802) as to article only if offered for truth | 12/4 |
| 2051 | Apple Press Release: Apple Launches iTunes for Windows, October 16, 2003 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2079 | Email from Robbin to Kvamme, Heller, Gautier, Kondrk, Cavaliere, Elizabeth dErrico, Alex Luke, Ameerally cc: Bell, Cue re iTunes 4.5 Feature MRD, February 2, 2004 | Robbin, Bell, Cue, Kvamme | | X | | |
| 2080 | Apple Press Release: Apple Ships New iPod mini, February 17, 2004 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2081 | Email from Amanda Jones, Fischer, Bell, Erika Mobley, Kvamme, Amanda Jones cc: Cue, Rob Schoeben, Alex Luke re: iTunes Product Marketing Weekly Roundup, February 20, 2004 | Bell, Cue, Robbin, Fasoli, Kvamme | | X | | |
| 2082 | Email from Schiller to Jobs, Robbin Jeff, Bell Chris, Schoeben Rob; Tamaddon Sina, Cue Eddy re: Achilles Heel?, February 23, 2004 | Schiller, Robbin, Bell, Cue | | X | ID 12/4 | 12/4 |
| 2083 | Customer Contact Form, February 23, 2004 | Kelly, Cue, Schiller, Bell, Kvamme, Farrugia, Robbin, Fasoli | | | Hearsay (FRE 802) | |

Case4:05-cv-00037-YGR   Document941   Filed12/02/14   Page15 of 165

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2084 | Portable Media Players Beyond Music by M. Stock and M. Gartenberg, February 2004 | Murphy, Topel, Schiller, Cue, Bell, Donnelly | | | Hearsay (FRE 802) | |
| 2085 | Jupiter Research Report - Portable Media Devices Beyond Music - Beyond Music, March 5, 2004 | Murphy, Topel, Schiller, Cue, Bell, Donnelly | | | Hearsay (FRE 802) | |
| 2086 | Fifth Amendment to the Digital Music Download Agreement between Apple and Warner Music Group, March 12, 2004 | Cue, Robbin, Schiller | | X | | |
| 2087 | Apple Press Release: iTunes Music Store Downloads Top 50 Million Songs, March 15, 2004 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kvamme | | X | | |
| 2088 | Email from Jobs to Robbin, Fadell, ET, Joswiak, Cue re: Microsoft "iPod killer" debuts in 2H 2004, March 17, 2004 | Robbin, Cue, Schiller, Donnelly, Bell | | X | ID 12-4 | 12/4 |
| 2089 | Customer Contact Form, March 21, 2004 | Kelly, Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | ID 12-3-14 Hearsay (FRE 802) | |

Page 14 of 164

Case4:05-cv-00037-YGR   Document941   Filed12/02/14   Page17 of 165

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2097 | Email from Kvamme to Frank and cc Bell re Guava preso, April 6, 2004 | Bell, Donelly, Schiller, Kvamme | | X | | |
| 2098 | Email from Cue to Wragg cc: Watt, Muir, Constant, Higa re iTunes Hack, April 6, 2004 | Cue, Robbin, Schiller | | X | ID 12/4 | 12/4 |
| 2099 | Customer Contact Form, April 8, 2004 | Kelly, Cue, Schiller, Bell, Kvamme, Farrugia, Robbin, Fasoli | | | Hearsay (FRE 802) | |
| 2100 | Email from Bell to Derick Mains cc: Robbin re: iTunes question from Chronicle, April 9, 2004 | Bell, Robbin, Cue | | X | | |
| 2101 | Email from Rob Glaser to Jobs re A specific idea on working together, April 9, 2004 | Cue, Schiller, Robbin | | X | | |
| 2102 | Customer Contact Form, April 15, 2004 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2103 | Renewal & Second Amendment to The Digital Music Download Agreement between Apple and BMG, April 22, 2004 | Cue, Robbin, Schiller | | X | | |
| 2104 | AIM IM with jrobbin@mac.com, April 22, 2004 | Robbin | | X | | |
| 2105 | iTunes Product Marketing, April 23, 2004 | Bell, Schiller, Donelly, Kvamme | | X | | |
| 2106 | Angelfire MP3 Converter download page, April 25, 2000 | Kelly, Robbin, Farrugia, Fasoli, Cue | | | Hearsay (FRE 802) | |
| 2107 | Email from Jobs to Cue, Robbin re: New iTunes DRM remover, April 25, 2004 | Robbin, Cue, Farrugia, Fasoli | X | | ID 12/5 Incomplete (FRE 106) | 12/5 |
| 2108 | Email from Tribble Robbin cc: Cue re: DVD Jon at it again, April 25, 2004 | Robbin, Cue, Kelly, Farrugia, Fasoli | | X | | |
| 2109 | Dealmac forum re DRM stripper, April 26, 2004 | Kelly | | | Hearsay (FRE 802) | |
| 2110 | Renewal & Second Amendment to The Digital Music Download Agreement between Apple and SMEI, April 27, 2004 | Cue, Robbin, Schiller | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2111 | Email from Jobs to Cotton cc: Cue, Schoeben, Robbin re: Really Final iTunes Speaking Points and Q&A for tomorrow, April 27, 2004 | Cue, Robbin, Bell, Schiller | | X | | |
| 2112 | Apple Press Release: iTunes Celebrates Its First Anniversary; Over 70 Million Songs Purchased, April 28, 2004 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2113 | Email from Bell to Natalie Sequeira cc: Robbin re: 4.5 disables "my tunes" program?, April 28, 2004 | Bell, Robbin | | X | | |
| 2114 | Second Amendment to The Digital Music Download Agreement between Apple and EMI, April 2004 | Cue, Robbin, Schiller | | X | | |
| 2115 | Investing in Innovation Deck, April 2004 | Bell, Cue, Schiller, Kvamme | | X | | |
| 2116 | Email from Gautier to Cue, Robbin re: more DRM fun, with attachment, May 4, 2004 | Cue, Robbin, Farrugia, Fasoli | X | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2117 | Apple Press Release: iTunes Music Store Sells 3.3. Million Songs in One Week, May 5, 2004 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2118 | Email from Gautier to Cue cc: Robbin; Bell re: today's quote, May 18, 2004 | Cue, Bell, Robbin | | X | JD 12-4 | 12/4 |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2119 | Email from Jobs to Robbin cc: Cue re: iTunes 4.6 & DRM, May 19, 2004 | Robbin, Cue, Schiller | | X | ID 12-4 | 12/4 |
| 2120 | Email from Robbin to Heller, Dowdy re: MS DRM v iPod revenue (forwarding email from Tribble to Cue, Robbin, Schaaf), May 24, 2004 | Cue, Robbin, Schiller | | X | | |
| 2121 | Customer Contact Form, May 27, 2004 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2122 | Customer Contact Form, May 29, 2004 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2123 | P98 Marketing Requirements Document, June 2, 2004 | Bell, Schiller, Cue, Kvamme | | X | | |
| 2124 | Anand Tech article: Dell's Digital Jukebox 20 - Music, the Dell Way, June 20, 2004 | Murphy, Topel | | | Hearsay (FRE 802) | |
| 2125 | Email from Cavaliere to Robbin; Heller re: iTunes 4.7 Notes, June 22, 2004 | Robbin, Cue, Bell, Schiller | | X | | |

Case4:05-cv-00037-YGR Document941 Filed12/02/14 Page22 of 165

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2134 | Apple Press Release: Apple Introduces the New iPod, July 19, 2004 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kelly, Kvamme | | X | | |
| 2135 | Email from Roger Pantos to Heller, Dowdy cc: Robbin re: next round of iTunes security, July 19, 2004 | Robbin, Fasoli, Farrugia | | X | | |
| 2136 | Email from Vince Uttley to Robbin re: HOT: Farikeys & DVD Jon, July 23, 2004 | Robbin, Fasoli, Farrugia | | X | | |
| 2137 | WITHDRAWN | | | | | |
| 2138 | Hymn download page, July 24, 2004 | Kelly | | | Hearsay (FRE 802) | |
| 2139 | Email from Cue to Schiller cc: Joswiak Greg; Robbin Jeff; Rubinstein Jon; Fadell; Ng Stan; Jobs Steve re: RealNetworks Says Files Can Play on iPod, July 25, 2004 | Cue, Schiller, Robbin | | X | IA 12-4 | 12/4 |
| 2140 | 2004 Press Releases REALNETWORKS INTRODUCES HARMONY, ENABLING CONSUMERS TO BUY DIGITAL MUSIC THAT PLAYS ON ALL POPULAR DEVICES, July 26, 2004 | Cue, Robbin, Schiller | | X | IA 12-4 | 12/4 |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2157 | Email from Kvamme to Ng, Mains, Schusser, Sashittal, Einbinder, Frank, Cole, Luke, Kvamme, Bell, Joswiak, Fischer, Robbin, Gautier, Wilkerson, Sequeira, Cue, Cleary, Jones, Mobley, Kondrk re: Subject MSN Music Competitive Analysis v.2 with 4 attachments, September 2, 2004 | Robbin, Cue, Bell, Donnelly, Schiller, Kvamme | | X | | |
| 2158 | WITHDRAWN | | | | | |
| 2159 | Email from Gautier to Cue, Robbin re: Is it time for Apple to share the FairPlay love?, September 8, 2004 | Cue, Robbin, Schiller | X | | ID /2-4 Hearsay (FRE 802) as to article only if offered for truth | 12/4 |
| 2160 | WITHDRAWN | | | | | |
| 2161 | Email from Gupta to Schiller, Cook, Oppenheimer cc: Joswiak, Ny, Rangel, Gupta re NPD US MP3 Player Monthly Report - July 2004, September 14, 2004 | Schiller, Bell, Topel, Murphy, Donelly, Cue | | X | | |
| 2162 | Email from Fadell to ipod_eng_mgmt@group.apple.com re "AAPL: Macintosh Growth Story Taking Shape, attaching UBS report, September 15, 2004 | Murpy, Topel | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2163 | iPod Revision list, September 15, 2004 | Kelly, Farrugia, Robbin, Fasoli | | X | | |
| 2164 | DulcimerDBFileFormat.h source code, September 27, 2004 | Kelly, Farrugia, Robbin, Fasoli | | X | | |
| 2165 | Email from Sinykin to Pantos, Dowdy cc: Tribble, Heller re Evaluation of documents, attaching (1) Brief iTunes 4.7 Vulnerability Listing; (2) Static Analysis of Binary Executable iTunes 4.7 Release Candidate; (3) iTunes 4.7 DRM Protection; High-level Design Diagrams, September 28, 2004 | Farrugia, Robbin, Fasoli | | X | ID 12-2-14 | |
| 2166 | Email from Pellegrini to Oppenheimer cc: Donnelly re Price Committee slides (iBook, RAID, iPos), with attachment, September 30, 2004 | Donnelly, Schiller | | X | | |
| 2167 | DulcimerHandlerPriv.h source code file, October 7, 2004 | Kelly, Farrugia, Robbin, Fasoli | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2168 | DulcimerHandler.c source code file, October 7, 2004 | Kelly, Farrugia, Robbin, Fasoli | | X | | |
| 2169 | DulcimerUtilities.c source code file, October 7, 2004 | Kelly, Farrugia, Robbin, Fasoli | | X | | |
| 2170 | WITHDRAWN | | | | | |
| 2171 | Email from Bill Evans to Arthur Rangel cc: Sapna Gupta, John Brown, Liz Einbinder re: HOT: Majority of ipod songs are ripped, not p2p downloads, October 12, 2004 | Schiller, Bell, Donnelly, Cue | X | | IA 12-4 Hearsay (FRE 802) as to article only if offered for truth | 12/4 |
| 2172 | Email from Arthur Rangel to Sapna Gupta re: HOT: Majority of ipod songs are ripped, not p2p downloads, October 12, 2004 | Schiller, Bell, Donnelly, Cue | X | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2173 | Apple Press Release: iTunes Music Store Downloads Top 150 Million Songs, October 14, 2004 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2174 | Email from David Heller to Kvamme re: DRM Fix, October 14, 2004 | Robbin, Cue, Schiller, Kvamme | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2181 | Email from Dowdy to Robbin; Heller re: new iPod Photo doesn't work with Hymn, November 7, 2004 | Robbin, Farrugia, Fasoli | X | | Incomplete (FRE 106); Relevance (FRE 402) | |
| 2182 | Email from Marc Sinykin to Robbin re: itms/iTunes store spoofing, November 12, 2004 | Robbin, Cue, Fasoli, Farrugia | | X | | |
| 2183 | Email from Jobs to Schiller cc: Joswiak, Robbin, Rubinstein, Fadell, Tamaddon, Ng re Gates vs Jobs: The rematch, November 14, 2004 | Schiller, Robbin, Cue | X | | ID 12-4 Hearsay (FRE 802) as to article only if offered for truth | 12/4 |
| 2184 | WITHDRAWN | | | | | |
| 2185 | Email from Cue to Robbin re: Couple of additional items --- MyTunes Hack (need help here) and iTunes Profiler, November 18, 2004 | Cue, Robbin, Schiller | | X | ID 12-5 | 12/5 |
| 2186 | Email from Amandeep Jawa to Dowdy; Jeff Mille; Robbin; Heller cc: cue@apple.com re: Another myTunes, November 29, 2004 | Robbin, Cue, Farrugia, Fasoli | | X | | |
| 2187 | WITHDRAWN | | | | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2200 | WITHDRAWN | | | | | |
| 2201 | Customer Contact Form, January 10, 2005 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2202 | Apple Press Release: Apple Introduces iPod Shuffle, January 11, 2005 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kelly, Kvamme | | X | | |
| 2203 | WITHDRAWN | | | | | |
| 2204 | WITHDRAWN | | | | | |
| 2205 | Email from Cue to Alex Luke cc: Robbin re: AAC DRM Hack, January 20, 2005 | Cue, Robbin, Schiller | X | | ID 12-5 Incomplete (FRE 106) | 12/5 |
| 2206 | WITHDRAWN | | | | | |
| 2207 | Apple Press Release: iTunes Music Store Downloads to a Quarter Billion Songs, January 24, 2005 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2208 | Customer Contact Form, January 28, 2005 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | ID 12-4 Hearsay (FRE 802) | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2215 | Apple Press Release: Apple Updates iPod photo Lineup, February 23, 2005 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2216 | Apple Press Release: Apple Unveils New iPod mini Starting at Just $199, February 23, 2005 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kelly, Kvamme | | X | | |
| 2217 | WITHDRAWN | | | | | |
| 2218 | Apple Press Release: iTunes Music Store Downloads Surpass 300 Million, March 2, 2005 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2219 | iLounge forum: Ipod and music from REAL Music Store, March 8, 2005 | Kelly | | | Hearsay (FRE 802) | |
| 2220 | WITHDRAWN | | | | | |
| 2221 | Customer Contact Form, March 15, 2005 | Kelly, Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2222 | Email from Mark Eisenberg (Sony) to Cue, Robbin re: iTunes Hacks, March 17, 2005 | Cue, Robbin, Schiller | | X | D 12-5 | 12/5 |

Case4:05-cv-00037-YGR   Document941   Filed12/02/14   Page35 of 165

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2223 | iTunes Music Store Tracker Program - Final Report - Wave 1 - 4th Quarter 2004, March 18, 2005 | Schiller, Donnelly, Bell | | X | | |
| 2224 | Email from Steve Gedikian to Tom Neumayr; Heller; Jeff Robin; Gautier cc: Cue; Grace Kavamme; Bell re: Security Alert: PyMusique, March 18, 2005 | Cue, Bell, Robbin, Farrugia, Fasoli | X | | Incomplete (FRE 106) | |
| 2225 | Email from Gautier to Horton, Christopher re: pyMusique - DRM-Free Interface to iTunes, March 18, 2005 | Cue, Robbin | X | | Incomplete (FRE 106) | |
| 2226 | WITHDRAWN | | | | | |
| 2227 | WITHDRAWN | | | | | |
| 2228 | Email from Jobs to Robbin re: iTMS now requires 4.7, March 20, 2005 | Robbin, Farrugia, Fasoli | | X | ID 12-5 | 12/5 |
| 2229 | Email from Cue to thomas.hesse@sonybmg.com cc: david.seklir.seklir@sonybmg.com, mark.eisenberg@sonybmg.com, Higa@apple.com re: Google Alert - iTunes, March 20, 2005 | Cue, Robbin, Schiller | X | | Incomplete (FRE 106) | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2230 | Email from Robbin to mark_eisenberg@sonymusic.com, Cue, Higa cc: thomas.hesse@bmg.com re: iTunes Hacks, March 21, 2005 | Cue, Robbin, Schiller | | X | | |
| 2231 | WITHDRAWN | | | | | |
| 2232 | CNET News article: iTunes hack disabled by Apple, March 21, 2005 | Murphy, Topel | | | Hearsay (FRE 802) | |
| 2233 | The Register article: Apple plugs PyMusique, March 22, 2005 | Murphy, Topel | | | Hearsay (FRE 802) | |
| 2234 | Email from Steve Gedikian to Bell cc: Robbin; Heller re: 4.7 hack? Fwd: Question from News.com, March 22, 2005 | Robbin, Cue, Bell, Farrugia, Fasoli | X | | ID 12/5 Incomplete (FRE 106) | 12/5 |
| 2235 | Email from Dowdy to Tim Schaaff, Tribble, Robbin; Heller re: pyMusique back online, March 22, 2005 | Robbin, Farrugia, Fasoli | X | | Incomplete (FRE 106) | |
| 2236 | Email from Dowdy to Heller, Tribble, Robbin, Tim Schaaff, Subject: PyMusique info is now on Jon's blog, March 22, 2005 | Robbin, Farrugia, Fasoli | X | | Incomplete (FRE 106) | |
| 2237 | Email from Gautier to Horton, Christopher re: pyMusique, March 22, 2005 | Cue, Robbin, Schiller | X | | Incomplete (FRE106) | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2238 | Email from Alan re article published on Macbidouille, March 23, 2005 | Cue, Robbin, Fasoli, Farrugia | | | Incomplete (FRE 106); Hearsay (FRE 802) | |
| 2239 | AIM IM with jrobbin@mac.com re PyMusique, March 23, 2005 | Robbin, Fasoli, Farrugia | | X | ID 12-3-14 | 12/3 |
| 2240 | WITHDRAWN | | | | | |
| 2241 | Email from Schiller to Jobs, Tamaddon, Cue, Robbin cc: Rubinstein, Joswiak re Final iTMS Report - Wave 1 2004Q4, March 25, 2005 | Schiller, Cue, Robbin | | | ID 12-4 Incomplete Writing (FRE 106) | |
| 2242 | Email from Dowdy to Robbin, Heller re: Cody working on the keys now, March 28, 2005 | Robbin, Cue, Fasoli, Farrugia | | | Incomplete (FRE 106) | |
| 2243 | Email from Robbin to Cue re: FW: iTunes Hacks, March 28, 2005 | Robbin, Cue, Schiller | | X | D 12-4 | 12/4 |
| 2244 | M26 Marketing Requirements Document - Draft 1.1, March 29, 2005 | Schiller, Bell, Cue, Donnelly, Robbin, Kvamme | | X | | |
| 2245 | WITHDRAWN | | | | | |
| 2246 | Customer Contact Form, April 2, 2005 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |