Case4:05-cv-00037-YGR   Document941   Filed12/02/14   Page38 of 165

**Apple's Exhibit List**
**As of December 1, 2014**

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2247 | Email from Gautier to Cue, Robbin re: pyMusique is at 259 users.., April 4, 2005 | Cue, Robbin, Farrugia, Fasoli | | X | ID 12-3-14 | 12/3 |
| 2248 | Email from Alec Main to Tribble cc: Robbin re: A Suggestion, April 8, 2005 | Robbin, Farrugia, Fasoli | | X | | |
| 2249 | WITHDRAWN | | | | | |
| 2250 | Email from Alec Main to Robbin; Tribble cc: James Stibbards re: A Suggestion, April 10, 2005 | Robbin, Farrugia, Fasoli | | X | | |
| 2251 | Email from Gautier to Cue, Jobs, Robbin re: They are going after Napster/WMA, April 13, 2005 | Robbin, Cue, Fasoli, Farrugia | | X | | |
| 2252 | Email from Robbin to Dowdy, Tribble, Tim Schaaff cc: Heller re: Analysis of the latest DVD Jon hack (Fairkeys), April 14, 2005 | Robbin, Cue, Fasoli, Farrugia | | X | ID 12-5 | 12/5 |
| 2253 | Keybag Description, April 18, 2005 | Robbin, Farrugia, Fasoli | | X | ID 12-3-14 | 12/3 |
| 2254 | Keybag Description, April 20, 2005 | Robbin, Farrugia, Fasoli | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2261 | Keybag Description, May 4, 2005 | Robbin, Farrugia, Fasoli | | X | | |
| 2262 | WITHDRAWN | | | | | |
| 2263 | GigaOM article: iTunes 4.8 Released, May 9, 2005 | Kelly | | | Hearsay (FRE 802) | |
| 2264 | Customer Contact Form, May 9, 2005 | Kelly, Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2265 | Email from Heller to Pantos re Apple_iTMS_Final - April 8, with attachment, May 11, 2005 | Farrugia, Fasoli, Robbin | | X | IA 12-2-14 | 12/3 |
| 2266 | Keybag Description, May 16, 2005 | Farrugia, Fasoli, Robbin | | X | | |
| 2267 | iLounge forum: HELP! Ipod Shuffle major problem, May 17, 2005 | Kelly | | | Hearsay (FRE 802) | |
| 2268 | Email from Jobs to Cotton & ET cc: Cue, Joswiak, Robbin, Gautier & Fadell re: BusinessWeek --- Online Music Rewriting the Score, May 19, 2005 | Cue, Robbin, Schiller | | X | | |
| 2269 | Keybag Description, May 20, 2005 | Robbin, Farrugia, Fasoli | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2270 | Acoustic Marketing Rrequirements Document, May 23, 2005 | Cue, Bell, Kvamme | | X | | |
| 2271 | Businessweek article: RealPlayer: Master Music Manager, May 25, 2005 | Murphy, Topel | | | Hearsay (FRE 802) | |
| 2272 | Email from Steve Gedikian to Bell, Robbin, Heller cc: Kvamme re: FYI: Winamp iPod Plug-in + Hymn, May 25, 2005 | Bell, Robbin, Schiller, Cue, Kvamme | | | ID 12-5 Incomplete (FRE 106) | 12/5 |
| 2273 | Email from Farrugia to Robbin cc: Heller, Dowdy re: Presentation initial version; attachment - FairPlay Next Generation, Propositions, June 2, 2005 | Robbin, Farrugia, Fasoli | | X | ID 12-3-14 | 12/5 |
| 2274 | Customer Contact Form, June 5, 2005 | Kelly, Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2275 | Email from Donnelly to Oppenheimer re Updated iPod Price Committee Slides, with attachments, June 8, 2005 | Donnelly, Schiller | | X | | |
| 2276 | Email from Donnelly to Schiller cc: Joswiak re: Updated iPod Price Committee Slides, with attachments, June 8, 2005 | Donnelly, Schiller | | X | | |

**Apple's Exhibit List**
**As of December 1, 2014**

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2306 | Apple Press Release: Apple Introduces iPod Nano, September 7, 2005 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kelly, Kvamme | | X | | |
| 2307 | Apple Press Release: Harry Potter Digital Audiobooks Debut Exclusively on iTunes Music Store, September 7, 2005 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2308 | Apple Press Release: Apple Introduces iTunes 5, September 7, 2005 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2309 | Email from Farrugia to Robbin re: New presentation; attachment FairPlay Next Generation, Description, September 8, 2005 | Farrugia, Robbin, Fasoli | | X | IA 12-3-14 | 12/3 |
| 2310 | Apple Press Release: Coldplay's Fix You EP Benefit Hurricane Katrina Victims Available Exclusively on the iTunes Music Store, September 14, 2005 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2316 | Apple Press Release: Apple Announces iTunes 6 with 2,000 Music Videos, Pixar Short Films & Hit TV Shows, October 12, 2005 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kelly, Kvamme | | X | | /\/12 |
| 2317 | AIM IM with jrobbin@mac.com re hymn forum, October 15, 2005 | Robbin, Farrugia, Fasoli | | X | ID 12/3-14 12/5 | 12/5 |
| 2318 | Email from Farrugia to Robbin cc: Cue re: iMovie hack, October 16, 2005 | Farrugia, Robbin, Cue, Fasoli | | X | | |
| 2319 | Email from Farrugia to Robbin; Cue re: Latest of the week-end, October 17, 2005 | Farrugia, Robbin, Cue, Fasoli | | X | | |
| 2320 | Email from Cue to Cotton cc: Jobs, Schiller re: DVD Jon drumming up some publicity, October 19, 2005 | Cue, Robbin, Schiller | X | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2321 | Email from David Heller to Robbin re: Feature Ideas, October 30, 2005 | Cue, Schiller, Bell | | X | | |
| 2322 | Apple Press Release: iTunes Music Store Sells One Million Videos in Less Than 20 Days, October 31, 2005 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kvamme | | X | | |

**Apple's Exhibit List**
**As of December 1, 2014**

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2323 | Case Notes re iPod Nano, 2GB, White (Customer Contact Form), November 2, 2005 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2324 | Email from Greg Brandeau to Cue re: [Fwd: Re: itunes authorization?], November 4, 2005 | Cue, Robbin, Farrugia, Fasoli | X | | Incomplete (FRE 106); Hearsay (FRE 802) | |
| 2325 | Email from Tribble to Robbin, Cue re: Sony CD Copy protection, November 17, 2005 | Cue, Robbin, Farrugia, Fasoli | | | Incomplete (FRE 106) | |
| 2326 | Email from Jobs to ET, Jozwiak, Cue, Robbin re NPD Release: iTMS #7 US Music Retailer, November 18, 2005 | Cue, Robbin, Bell, Schiller, Donnelly | | X | | |
| 2327 | Customer Contact Form, November 20, 2005 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2328 | PCWorld article: iPod DRM faces another reverse-engineering challenge, November 22, 2005 | Murphy, Topel | | | Incomplete (FRE 106); Hearsay (FRE 802) | |
| 2329 | Email from Farrugia to Robbin re: Hymn, November 22, 2005 | Farrugia, Robbin, Fasoli | X | | Jo 12/3/14 Incomplete (FRE 106) | 12/3 |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2330 | Email from Cue to Robbin, Gautier, Bell re: Dot-Tunes Piracy --Eddy--Please Look into and get back to me; attachment - Dottunes.net internet page, November 30, 2005 | Cue, Robbin, Bell, Fasoli, Farrugia | X | | Hearsay (FRE 802) as to article only if offered for truth | 12/5 |
| 2331 | Apple iPod Quarterly Buyer Tracker Survey - Draft Survey - Wave 2 (Nov/Dec 2005), November 2005 | Cue, Bell, Schiller, Donnelly | | X | | |
| 2332 | Apple Press Release: NBC Universal & Apple Offer New Primtime, Cable, Late-Night & Classic TV Shows on the iTunes Music Store, December 6, 2005 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2333 | Email from Imahiro to Ng cc: Rangel re: Request for iPod Survey data from Sissie Twiggs, with attachment, December 7, 2005 | Schiller, Bell, Cue, Murphy, Topel | | X | | |
| 2334 | Email from Farrugia to Robbin, Cue re: Hymn project calls for help, December 9, 2005 | Fasoli, Farrugia, Robbin, Cue | X | | Hearsay (FRE 802) as to embedded message only if offered for truth | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2335 | Email from Gupta to Schiller, Cook, Oppenheimer, Rubinstein cc: Joswiak, Ng, Rangel, Gupta re US MP3 Player November 2005 Update, with attachment, December 14, 2005 | Schiller, Donnelly, Bell, Murphy, Topel | | X | | |
| 2336 | Email from Cue to Cavaliere; CC: Tamaddon, Robbin, LaFollette, Bell, Lau, Graffagnino, Donnelly, Poyer, Hanson, Schiller, Thomas, Schlieman, Paley, Serlet, Tsuchitani, dErrico, itunesxf re: iTunes 6.0.2 PPR/GMRR, December 22, 2005 | Cue, Robbin, Donnelly, Schiller | | X | | |
| 2337 | iTMS Review Deck, 2005 | Cue, Bell, Schiller | | X | ID 12-4 | 12/4 |
| 2338 | FairPlay Next Generation - Propositions - Version 0.1-2, 2005 | Farrugia, Fasoli, Robbin | | X | | |
| 2339 | FairPlay Next Generation - Propositions - Version 0.2-0a, 2005 | Farrugia, Fasoli, Robbin | | X | | |
| 2340 | Email from Schiller to Fadell cc: Joswiak, Jobs, Jon Rubinstein, Jeff Williams, Jony Ive re: New Samsung Players, January 2, 2006 | Schiller, Cue, Robbin, Donnelly | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2341 | PC World article: 2006 PC World Innovations Award Winners Unveiled, January 4, 2006 | Murphy, Topel | | | Hearsay (FRE 802) | |
| 2342 | Email from Farrugia to Riendeau, Fasoli, Robbin re: Comment from Hymn forum this morning, January 7, 2006 | Farrugia, Fasoli, Robbin | | X | ID D13-14 12-5 | 12/5 |
| 2343 | Customer Contact Form, January 18, 2006 | Kelly, Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2344 | Email from Jobs to Donnelly, Cook, Schiller, Oppenheimer, Joswiak, Hardegger, Ng re: iPod Price Committee Proposal, January 20, 2006 | Schiller, Donnelly | | X | ID 12-11 | 12/12 |
| 2345 | Email from Donnelly to Williams re Price update, with attachment, January 20, 2006 | Schiller, Donnelly | | X | | |
| 2346 | Email from Farrugia to Robbin cc: Riendeau, Fasoli, Rod Schultz re: This is a post that someone wrote a few minutes ago, January 24, 2006 | Farrugia, Robbin, Fasoli | X | | Hearsay (FRE 802) as to article only if offered for truth | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2353 | Price Committee Decision: Mac Mini, iPod, February 13, 2006 | Donnelly, Schiller | | X | | |
| 2354 | Email from Gedikian to Oliver, Kvamme cc: Bell re: DRAFT: Alexandria MRD 1.0, with attachment (Alexandria Marketing Requirements Documents), February 21, 2006 | Bell, Cue, Donnelly, Schiller, Kvamme | | X | ID 12-5 PD 12-10 | 12/5 |
| 2355 | Winamp Forum - ipod issues, February 22, 2006 | Kelly | | | Hearsay (FRE 802) | |
| 2356 | Apple Press Release: iTunes Music Store Downloads Top One Billion Songs, February 23, 2006 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kvamme | | X | | |
| 2357 | Winamp Forum - WinAmp not detecting iPod after crash, February 24, 2006 | Kelly | | | Hearsay (FRE 802) | |
| 2358 | Winamp Forum - Winamp 5.2, iPod, sync, etc, February 24, 2006 | Kelly | | | Hearsay (FRE 802) | |
| 2359 | Winamp Forum - ml_iPod users be careful with 5.2!!, February 25, 2006 | Kelly | | | Hearsay (FRE 802) | |
| 2360 | Apple Press Release: Apple Announces iPod Hi-Fi, February 28, 2006 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2361 | Email from Ng to Arone re N36 MRD, with attachment, March 9, 2006 | Schiller, Bell, Cue, Donnelly | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2374 | Email from Steve Gedikian to Cavaliere cc: Eric Oliver; Bell re: iTunes 7 PPR Info; attachment 1: table; 2: Jukebox Market Share, NPD MusicWatch 2005; 3: table; table; 4: table; 5: chart Most Used Jukebox Features, April 10, 2006 | Cue, Robbin, Farrugia, Fasoli, Schiller | | X | | |
| 2375 | Email from Farrugia to Robbin, Cue re: Last post from Hymn project - Nothing to worry, April 14, 2006 | Fasoli, Farrugia, Cue, Robbin | | | Hearsay (FRE 802) as to post on JHymn only if offered for truth | |
| 2376 | Email from Cue to Amanda Marks re: Apple, April 15, 2006 | Cue, Robbin, Schiller | | X | | |
| 2377 | iLounge forum: Music shows on PC, NOT on iPOD, April 21, 2006 | Kelly | | | Hearsay (FRE 802) | |
| 2378 | Digital Music and Video Download Sales Agreement between Apple and Sony BMG Music Entertainment, April 28, 2006 | Cue, Robbin, Schiller | | X | | |
| 2379 | This Agreement for Universal Sound Recordings between Apple and UMG, April 28, 2006 | Cue, Robbin, Schiller | | X | ID U-11 | 12/12 |
| 2380 | Digital Music Download Agreement between Apple and Warner Music Group, April 28, 2006 | Cue, Robbin, Schiller | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2381 | Email from Kevin Saul to Peters, Elliott (WMG Corp) re: Are you going to fax, with attaching draft Digital Music Download Agreement, April 29, 2006 | Cue, Robbin, Schiller | | X | | |
| 2382 | Apple Press Release: Hit Programming from Fox Entertainment Group's Fox, FX, Speed, Fuel & 20th Century Fox Television Library Now Available on the iTunes Music Store, May 9, 2006 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2383 | PCWorld article: 25 Worst Tech Products, May 26, 2006 | Murphy, Topel | | | Hearsay (FRE 802) | |
| 2384 | Email from Farrugia to Robbin cc: Cue, Heller re: News from Hymn, May 26, 2006 | Robbin, Farrugia, Fasoli, Cue | | X | | |
| 2385 | Customer Contact Form, June 1, 2006 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | ID 12-2-14  Hearsay (FRE 802) | |
| 2386 | Email from Robbin to Farrugia re: Project news, June 3, 2006 | Robbin, Farrugia, Fasoli | | X | | |

**Apple's Exhibit List**
**As of December 1, 2014**

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2387 | Apple Press Release: Apple Introduces the New U2 iPod, June 6, 2006 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2388 | Apple Press Release: CBS's "CSI" & "Survivor" Now Available on the iTunes Music Store, June 8, 2006 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2389 | Email from Robbin to Cue re: MyTunes/Ourtunes, June 12, 2006 | Robbin, Cue, Schiller | | X | ID 12-4 | 12/4 |
| 2390 | Email from Kvamme to Greenberg re: Urge & Windows Media Player 11 Analysis, June 20, 2006 | Bell, Donnelly, Schiller, Cue, Kvamme | | X | | |
| 2391 | Apple Press Release: MTV Networks & Apple Bring More Music, Comedy & Entertainment Programming to the iTunes Music Store, June 29, 2006 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2392 | iPod Buyer Survey - Wave 3 [iPod Nano - iPod Shuffle], June 2006 | Schiller, Murphy, Topel, Cue, Robbin | | X | | |
| 2393 | N36 Hardware Product Brief - V 1.0, July 5, 2006 | Bell, Donnelly, Schiller, Cue, Kvamme | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2394 | Email from Cavaliere to Robbin, Cue, LaFollette; Cc: Tamaddon, Bell, Lau, Graffagnino, Donnelly, Poyer, Hanson, Schiller, Thomas, Schlieman, Paley, Serlet, Tsuchitani, dErrico, itunesxf, Lampell re: iTunes 7.0 PPR, July 13, 2006 | Cue, Robbin, Donnelly, Schiller, Robbin | | X | ID 12-4 | 12/4 |
| 2395 | PC Pro article: National Geographic unveils World Music downloads service, July 17, 2006 | Murphy, Topel | | | Hearsay (FRE 802) | |
| 2396 | Email from Cue to Jobs, Tamaddon, Schiller, Joswiak, Fadell, Robbin, re iTune #5 Music Retailer, July 18, 2006 | Cue, Robbin, Schiller, Donnelly, Bell | | X | | |
| 2397 | Apple Press Release: Warner Bros. & Apple Bring Television Favorites to the iTunes Music Store, July 25, 2006 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2398 | Email from Kevin Tsuchida to Joswiak Subject: N98 Braindump, July 25, 2006 | Bell, Donnelly, Schiller, Cue | | X | | |
| 2399 | Apple Press Release: E! Entertainment Television & Apple Announce the Debut of Hit Programs on the iTunes Music Store, July 27, 2006 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |

**Apple's Exhibit List**
**As of December 1, 2014**

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2405 | Email from Fadell to Joswiak, Jobs, Schiller, Cook, Cue, Jeff Williams re: Microsoft Zuen Will Hit Stores at $299, August 11, 2006 | Donnelly, Schiller, Cue, Bell | | X | $D$ $DII$ | $12/12$ |
| 2406 | Email from Joswiak to Wilkerson cc: Ng re: iPod Braindump, August 12, 2006 | Bell, Cue, Schiller, Donelly | | X | | |
| 2407 | Email from Cho to Ng re pc slides attaching iPod Situation Summary slides, August 14, 2006 | Donnelly, Schiller, Cue, Topel, Murphy | | X | | |
| 2408 | Email from Ng to Cho re pc slides, with attachments, August 14, 2006 | Donnelly, Schiller, Cue, Topel, Murphy | | X | | |
| 2409 | Email from Ng to Wilkerson, Ellis re updated iPod Price Committee slides, with attachment, August 16, 2006 | Donnelly, Schiller, Cue, Topel, Murphy | | X | | |
| 2410 | Email from Bell to Jobs, Cue, Cotton, Joswiak re: iTunes music retail data & add'l iupdates, August 23, 2006 | Bell, Cue, Schiller, Donelly | | X | | |
| 2411 | Email from Hardegger to Takeda cc: Donnelly re Price Committee results: 8/23/06, with attachment, August 24, 2006 | Donnelly, Schiller | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2412 | Email from Cue to Jobs, Schiller, Tamaddon, Fadell, Robbin, Joswiak, Cotton re: MS PlayForSure DRM cracked, August 25, 2006 | Cue, Schiller, Robbin, Farrugia, Fasoli | X | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2413 | Dk 077 Second Amended Class Action Complaint, August 28, 2006 | Charoensak, Rosen, Tucker | | X | | |
| 2414 | Apple Press Release: Linkin Park Catalog, Exclusive Bonus Tracks & Digital Booklets Now Available on the iTunes Music Store, August 29, 2006 | Schiller, Cue, Bell, Robbin, Kvamme | | X | | |
| 2415 | Email from Thuy-An Julien to Bell cc: Fischer, Ed Suwanjindar, Tom Neumayr, Derick Mains re: QTFairUse: is Hymn finally back to stip FairPlay on iTunes 6?, August 29, 2006 | Bell, Robbin, Farrugia, Fasoli | X | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2416 | Email from Farrugia to Gautier re: Red Alert, August 29, 2006 | Farrugia, Robbin, Fasoli | X | ID 12/3/14 | Hearsay (FRE 802) as to article only if offered for truth | 12/3 |
| 2417 | MACNN article: QTFairUse6 circumvents iTunes DRM, August 30, 2006 | Kelly | | | Hearsay (FRE 802) | |
| 2418 | Los Angeles Times Blog - The current shifts against StreamCast | Murphy, Topel | | | Hearsay (FRE 802) | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2419 | Email from Robbin to Jobs cc: Cue re Can we block this with iTunes 7?, September 6, 2006 | Robbin, Farrugia, Fasoli, Cue | X | | ID 12/4 Hearsay (FRE 802) as to post only if offered for truth | 12/4 |
| 2420 | Apple Press Release: Apple Unveils the New iPod Shuffle, September 12, 2006 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kelly, Kvamme | | X | | |
| 2421 | Apple Press Release: Apple Introduces the New iPod Nano, September 12, 2006 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kelly, Kvamme | | X | ID 12/4 | 12/4 |
| 2422 | Apple Press Release: Apple Introduces the New iPod, September 12, 2006 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kelly, Kvamme | | X | | |
| 2423 | Apple Press Release: Apple Announces iTunes 7 with Amazing New Features, September 12, 2006 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kvamme | | X | ID 12/4 | 12/4 |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2424 | Department of Justice Prepared Remarks of Asst Atty General Thomas O Barnett at Goerge Mason University School of Law Symposium on Interoperability Between Antitrust and Intellectual Property, September 13, 2006 | Murphy, Topel | | | Hearsay (FRE 802) | |
| 2425 | Apple Insider article: Notes: Apple renames iTunes store, acquires Cover Flow, September 13, 2006 | Murphy, Topel | | | Hearsay (FRE 802) | |
| 2426 | Email from Bell to Jobs, Cue, Robbin, Schiller, Joswiak, Fadell, Gautier and Cotton re Microsoft claims iTunes video will be Zune Compatible, September 14, 2006 | Bell, Cue, Robbin, Schiller, Donnelly | | X | | |
| 2427 | Email from Robbin to Farrugia re Microsoft nastygrams site for hosting FairUse4WM (forwarding email from Jobs to ET, Cue, Robbin, Joswiak), September 17, 2006 | Robbin, Farrugia, Fasoli, Cue | X | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2428 | Email from Fadell to Jobs, Joswiak, Schiller, Williams, Cue, Robbin re: A Real Rival for Apple's iPod? (Business Week), September 19, 2006 | Schiller, Cue, Robbin, Donnelly, Bell | | X | JD 12-8 | 12/9 |

**Apple's Exhibit List**
**As of December 1, 2014**

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2438 | MusicWatch Digital Presentation Prepared for Apple, October 2006 | Murphy, Topel, Bell, Donnelly, Schiller, Cue | | X | *(handwritten)* ᴰ 12-11 | |
| 2439 | Apple Press Release: Apple Announces New 8GB Model of iPod nano (PRODUCT) RED Special Edition, November 3, 2006 | Cue, Schiller, Bell, Robbin, Donnelly, Kvamme | | X | | |
| 2440 | Email from Cue to Jobs, Schiller, Fadell and Joswiak re Store Road Trip of Zune Launch, November 14, 2006 | Cue, Schiller, Bell, Robbin, Donnelly | | X | | |
| 2441 | Email from Kvamme to music-marketing re: Competitive Analysis: Zune, November 16, 2006 | Cue, Bell, Schiller, Donnelly, Kvamme | | X | | |
| 2442 | Email from Johnson to Cue re: Forrester iTunes/iPod, with attachment, November 27, 2006 | Cue, Bell, Schiller, Donnelly, Robbin | | X | | |
| 2443 | Email from Brown to Hearst, Chang Ni, Kvamme, Gedikian, Bell, Oliver, Cue cc: Rangel re: NPD Q3 Music Watch presentation Part 2 - Final Deck, with attachment, December 1, 2006 | Cue, Bell, Schiller, Donnelly, Robbin, Kvamme | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2444 | Customer Contact Form, December 27, 2006 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2445 | iTunes 7 Deck, 2006 | Cue, Bell, Schiller, Donnelly, Kvamme | | X | | |
| 2446 | RealPlayer: How do I install the iPod to work with RealPlayer, 2006 | Kelly | | | ID D-3 Hearsay (FRE 802) | 12/3 |
| 2447 | Email from Hay to Kondrk, Cue, T. Pirnack cc: T. Van Gorp re: follow ups from iTunes and MG meeting on 12-12, with attachment (Meeting minutes), January 4, 2007 | Cue, Robbin, Schiller, Bell, Donnelly | | X | | |
| 2448 | Apple Press Release: iTunes Store Tops Two Billion Songs, January 9, 2007 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kvamme | | X | | |
| 2449 | Email from Kvamme to John Brown cc: Camille Hearst, Zeene Chang Ni, Steve Gedikian, Bell and Eric Oliver re Real Shady - RealPlayer Screenshot, January 17, 2007 | Bell, Cue, Robbin, Schiller, Kvamme | | X | ID 12/5 | 12/5 |

2446A    SCREENSHOT    Page 69 of 164    ID 12/3    12/3

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2450 | Email from Steve Gedikian to Zeene Chang re Real Shady - RealPlayer Screenshot, January 17, 2007 | Bell, Cue, Robbin, Schiller, Donnelly | | X | | |
| 2451 | Email from Fadell to Jobs, Schiller, Joswiak, Jeff Williams, Cue cc: Cotton re: Fyi-Zune numbers released - Zune #2 in category at 10.2 per cent (Analyst Upate), January 18, 2007 | Schiller, Bell, Cue | X | | ID D-4 Hearsay (FRE 802) as to article only if offered for truth | 12/4 |
| 2452 | Customer Contact Form, January 22, 2007 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2453 | Email from Jobs to Tribble re: DRM paper - 16, January 28, 2007 | Cue, Schiller, Donnelly, Bell, Robbin, Farrugia | | X | | |
| 2454 | Apple Press Release: iPod shuffle Now Available in Five Brilliant Colors, January 30, 2007 | Murphy, Topel, Schiller, Cue, Bell, Robbin, Kvamme | | X | | |