Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2455 | Email from Robbin to Jobs cc: Schiller, Jozwiak, Cotton, Cue re Thoughts on Music - 2, February 5, 2007 | Cue, Schiller, Donnelly, Bell, Robbin, Farrugia | | X | | |
| 2456 | Email from Schiller to Jobs cc: Jozwiak, Cotton, Cue re Thoughts on Music - 3, February 5, 2007 | Cue, Schiller, Donnelly, Bell, Robbin, Farrugia | | X | | |
| 2457 | Email from Joswiak to Jobs cc: Schiller, Cotton, Cue, Robbin re: Thoughts on Music - 2, February 5, 2007 | Cue, Schiller, Donnelly, Bell, Robbin, Farrugia | | X | | |
| 2458 | Thoughts on Music - Steve Jobs, February 6, 2007 | Cue, Schiller, Donnelly, Bell, Robbin, Farrugia | | X | D 12-4 | 12/4 |
| 2459 | Email from Cue to Jobs cc: Cotton re: Thoughts on Music - 4, February 6, 2007 | Cue, Schiller, Donnelly, Bell, Robbin, Farrugia | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2460 | Email from Wragg to Cue re: Jobs New Blog Posting on DRM -- Pls read, February 6, 2007 | Cue, Schiller, Donnelly, Bell, Robbin, Farrugia | | X | | |
| 2461 | Email from Kvamme to music-marketing@group.apple.com re Steve's Manifesto on DRM, February 6, 2007 | Cue, Schiller, Donnelly, Bell, Robbin, Farrugia, Kvamme | | X | | 12/12 |
| 2462 | Email from Farrugia to Ward cc: Robbin, Mirrashidi, Meldrum, Verosub, Gates, Heller, Cue re: Bronfman, February 8, 2007 | Cue, Schiller, Donnelly, Bell, Robbin, Farrugia | X | | JD 12/4 Hearsay (FRE 802) as to article only if offered for truth | 12/4 |
| 2463 | FairPlay Next Generation Specifications, February 16, 2007 | Farrugia, Robbin, Fasoli | | X | | |
| 2464 | Email from Robbin to Jobs, Cue, Farrugia, Heller re How FairPlay Works: Apple's iTunes DRM Dilemma, February 26, 2007 | Cue, Farrugia, Robbin, Schiller | X | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2465 | Email from Ross to Rangel, Bell, Kvamme, Oliver re CYQ4 iTunes Tracker report, February 27, 2007 | Bell, Schiller, Kvamme | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2478 | Email from Imahiro to Ng, Joswiak, Borchers, cc: Rangel re: iPod Buyer Survey - Wave 4 (data tables section), with attachment (March 2007 Wave 4 Report), April 23, 2007 | Schiller, Murphy, Topel, Cue, Robbin, Bell | | | | |
| 2479 | Email from Kvamme to Bell cc: Cole, Oliver, Schusser, Ameerally re: HOT - we are doing fingertip data in Eddy's staff, May 16, 2007 | Bell, Schiller, Donnelly, Cue, Kvamme | X | | | |
| 2480 | Email from Cue to Cavaliere CC: Tamaddon, Robbin, LaFollette, Bell, Graffagnino, Lau, Donnelly, Poyer, Schiller, Thomas, Schlieman, Paley, Serlet, Tsuchitani, dErrico, itunesxf Re: iTunes 7.2 PPR/GMRR, May 21, 2007 | Cue, Robbin, Donnelly, Schiller, Farrugia | X | | | |
| 2481 | Terms of Service, May 30, 2007 | Cue, Schiller, Donnelly | X | | | |
| 2482 | Apple Press Release: Apple Launches iTunes Plus, May 30, 2007 | Murphy, Topel, Schiller, Cue, Bell, Robbin, Kvamme | X X | IA /3-4 | 12/5 | |

**Apple's Exhibit List**
**As of December 1, 2014**

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2494 | Email from Lippman to music-marketing@group.apple.com re: Wal-Mart starts DRM-Free Downloads; Universal, EMI MP3s for 94 cents, August 21, 2007 | Cue, Bell, Robbin, Schiller | X | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2495 | Email from Cue to Cavaliere, CC: Tamaddon, Robbin, LaFollette, Bell, Graffagnino, Lau, Donnelly, Poyer, Schiller, Thomas, Schlieman, Paley, Serlet, Tsuchitani, dErrico, itunesxf Re: iTunes 7.4 PPR/GMRR, August 31, 2007 | Cue, Robbin, Donnelly, Schiller, Farrugia, Bell | | X | ID 12/4 | 12/4 |
| 2496 | Apple Press Release: Apple Introduces All New iPod nano, September 5, 2007 | Schiller, Cue, Bell, Robbin, Kelly, Kvamme | | X | | |
| 2497 | Apple Press Release: Unveils iPod touch, September 5, 2007 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kelly, Kvamme | | X | ID D4 | D/4 |

Case4:05-cv-00037-YGR    Document941    Filed12/02/14    Page81 of 165

**Apple's Exhibit List**
**As of December 1, 2014**

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2503 | Email from Bell to "undisclosed recipients" re: It's on…(Amazon), with attachment, September 25, 2007 | Bell, Cue, Schiller | | X | | |
| 2504 | Ars Technica article: Amazon's MP3 store brings more DRM-free music at lower prices than iTunes Store, September 25, 2007 | Murphy, Topel | | | Hearsay (FRE 802) | |
| 2505 | Email from Bell to ehcue_directs_emp_56_0786$@group.apple.com re: Amazon MP3 - First Look Analysis, with attachments, September 25, 2007 | Bell, Cue, Schiller | | X | ID 12-5 p-9 | 12/5 |
| 2506 | Customer Contact Form, September 25, 2007 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2507 | Email from Brown to Hearst, Cue, Kvamme, Gedikian, Bell, Oliver, Wormington cc: Evans re: NPD Retail Share August 07, October 2, 2007 | Cue, Bell, Schiller, Donnelly, Kvamme | | X | | |
| 2508 | Email from Cue to Jobs re: UMG Indie labels, October 4, 2007 | Cue, Schiller, Robbin | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2556 | Email from Joswiak to Jobs, Schiller, Cook, Oppenheimer, Fadell cc: Donnelly, Betsy, Hardegger, Ng re: iPod Price Committee, with attachment, August 22, 2008 | Donnelly, Schiller, Murphy, Topel | | X | DD bᴖᴖll | 1₂/1₂ |
| 2557 | Email from Lau to Cavaliere; Cc: Cue, Robbin, LaFollette, Mansfield, Graffagnino, Lau, Tamaddon, Donnelly, Poyer, Leung, Schiller, Thomas, Schlieman, Paley, Serlet, dErrico, itunesxf re iTunes 8 PPR/GMRR, August 29, 2008 | Cue, Robbin, Donnelly, Schiller, Bell, Farrugia | | X | | |
| 2558 | iPod montly buyer survey - Apple Market Research & Analysis - July-August 2008 Buyers, August 2008 | Cue, Bell, Schiller, Murphy, Topel | | X | | |
| 2559 | Terms of Service, September 4, 2008 | Schiller, Bell | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2560 | Email from Heller to Brashear cc: McGeever, Fasoli, Surdzial, Cavaliere, Pipal, QT Build Team, C. Bowns, Wysocki, Meth, Walthier, Richardson, Lee, Lawler, Santos, Bumgarner, Bienz, Robbin, Bowles Sinclair, Farrugia, Lorca, Vendula, Landauer re: Sat AM - FairPlay Status, with attachments, September 6, 2008 | Fasoli, Kelly, Farrugia, Robbin | | X | | |
| 2561 | Apple Press Release: Apple Introduces New iPod nano, September 9, 2008 | Schiller, Cue, Bell, Robbin, Kelly, Kvamme | | X | ID D-11 | 12/12 |
| 2562 | Apple Press Release: Apple Announces iTunes 8, September 9, 2008 | Schiller, Cue, Bell, Robbin, Kelly, Kvamme | | X | | |
| 2563 | Apple Press Release: Apple Introduces New iPod Touch, September 9, 2008 | Schiller, Cue, Bell, Robbin, Murphy, Topel, Kelly, Kvamme | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2588 | Apple Press Release: Apple Introduces New iPod nano With Built-in Video Camera, September 9, 2009 | Schiller, Cue, Bell, Robbin, Murphy, Topel | | X | | |
| 2589 | The Guardian article: How big is the iPod installed base?, September 9, 2009 | Murphy, Topel | | X | | |
| 2590 | Apple Press Release: Apple Introduces New iPod nano With Built-in Video Camera, September 9, 2009 | Schiller, Cue, Bell, Robbin, Kelly, Kvamme | | X | | |
| 2591 | Wired article: This Day In Tech, December 7, 2009 | Murphy, Topel | | | Hearsay (FRE 802) | |
| 2592 | Draft Ipod Buyer Survey slides, 2009 | Murphy, Topel | | X | | |
| 2593 | Dk 322 Amended Consolidated Complaint For Violations Of Sherman Antitrust Act, Clayton Act, Cartwright Act, California Unfair Competition Law, Consumers Legal Remedies Act, And California Common Law Of Monopolization, January 26, 2010 | Tucker, Charoensak, Rosen | | X | ID D3 | 12/12 |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2705 | Microsoft Zune 30 GB - Physical equipment | Cue, Schiller, Robbin, Bell, Kvamme | D D 1 2 4 | | No proper sponsoring witness, Authenticity (FRE 901); Improper lay testimony FRE 701 (depending on witness device is planned to be used with); Relevance FRE 402; FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence). Subject to exclusion per Plaintiffs' Motion in Limine No. 11. | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2710 | iPod Classic First Generation - Physical equipment | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | ID 1/4 | No proper sponsoring witness, Authenticity (FRE 901); Improper lay testimony FRE 701 (depending on witness device is planned to be used with); Relevance FRE 402; FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence). Subject to exclusion per Plaintiffs' Motion in Limine No. 11. | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2711 | iPod Classic Fifth Generation - Physical equipment | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin, Kelly | | *ID 12-10* | Authenticity (FRE 901); Improper lay testimony FRE 701 (depending on witness exhibit is planned to be used with); Relevance FRE 402; FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence). Subject to exclusion per Plaintiffs' Motion in Limine No. 10. | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2712 | iPod Classic Sixth Generation - Physical equipment | Cue, Schiller, Kelly, Bell, Kvamme, Farrugia, Fasoli, Robbin | *I'o 12-10* | | Authenticity (FRE 901); Improper lay testimony FRE 701 (depending on witness exhibit is planned to be used with); Relevance FRE 402; FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence). Subject to exclusion per Plaintiffs' Motion in Limine No. 10. | 12/12 |

Case4:05-cv-00037-YGR    Document941    Filed12/02/14    Page121 of 165

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2715 | iPod Nano Second Generation - Physical equipment | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin, Kelly | | | Authenticity (FRE 901); Improper lay testimony FRE 701 (depending on witness exhibit is planned to be used with); Relevance FRE 402; FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence). Subject to exclusion per Plaintiffs' Motion in Limine No. 10. | 12/12 |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2717 | iPod Shuffle First Generation - Physical equipment | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin, Kelly | ID 12-4 | | Authenticity (FRE 901); Improper lay testimony FRE 701 (depending on witness exhibit is planned to be used with); Relevance FRE 402; FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence). Subject to exclusion per Plaintiffs' Motion in Limine No. 10. | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2720 | iPod Touch First Generation - Physical equipment | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | ID 12/4 | | Authenticity (FRE 901); Improper lay testimony FRE 701 (depending on witness exhibit is planned to be used with); Relevance FRE 402; FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence). Subject to exclusion per Plaintiffs' Motion in Limine No. 10. | 12/12 |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2743 | iPod Classic (Photo) Fourth Generation - Physical equipment | Cue, Kelly, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | *ID 12-10* | | Authenticity (FRE 901); Improper lay testimony FRE 701 (depending on witness exhibit is planned to be used with); Relevance FRE 402; FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence). Subject to exclusion per Plaintiffs' Motion in Limine No. 10. | *12/12* |
| 2744 | Summary Exhibit 01 - iPod Touch, October 14, 2014 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | X | | |
| 2745 | Summary Exhibit 02 - iPod Classic, October 14, 2014 | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | X | *ID 12-4* | *12/4* |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2766 | Email from Rangel to Evans re: HOT: Majority of ipod songs are ripped, not p2p downloads, October 12, 2004 | Schiller, Bell, Cue | X | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2767 | Email from Kerris to Cook, Cue, Jobs, Schiller, Joswiak cc: Cotton re: Interview with Napster's Chris Gorog, March 14, 2005 | Schiller, Bell, Cue, Robbin, Donnelly | X | | ID 12/4 Hearsay (FRE 802) as to article only if offered for truth | 12/4 |
| 2768 | Email from Robbin to Tamaddon, Cue, Schaaff, Tribble cc: Heller, Dowdy re: FairPlay to WMA DRM, March 19, 2005 | Cue, Robbin, Fasoli | X | | Incomplete (FRE 106) | |
| 2769 | Fairplay Next Generaton Specifications, May 30, 2005 | Robbin, Farrugia, Fasoli | | X | | |
| 2770 | Email from Pantos to Farrugia cc: Heller, Dowdy, Robbin, Fasoli, Bienz re: Document, July 6, 2005 | Farrugia, Fasoli, Robbin | | X | | |
| 2771 | Fairplay Next Generation Specifications, August 7, 2005 | Farrugia, Fasoli, Robbin | | X | | |
| 2772 | Email from Jobs to Schiller, Joswiak re: Apple's roadkill whine in unison: 'incompatibility is slowing growth of digital music', August 13, 2005 | Schiller, Cue, Bell | X | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2773 | Fairplay Next Generation Specifications, October 5, 2005 | Farrugia, Fasoli, Robbin | | X | | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2774 | Emails from Tribble to Jobs cc: Cue, Robbin re: Sony CD protection sparks security concerns, November 1, 2005 | Robbin, Cue, Donnelly, Schiller | X | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2775 | Email from Dowdy to Robbin, Heller re: Sony Rootkit includes FairPlay RE code, November 17, 2005 | Farrugia, Fasoli, Robbin | | X | | |
| 2776 | Email from Farrugia to Heller cc: Robbin re: iPod protection for April, November 27, 2005 | Farrugia, Fasoli, Robbin | | X | ID 12-3 | 12/3 |
| 2777 | Email Robbin to Farrugia re: Hidden Feature in Sony DRM Uses Open Source Code to Add Apple DRM, December 5, 2005 | Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2778 | Email from Cue to Marks re: How Sony became an ugly sister, December 19, 2005 | Cue, Robbin, Schiller, Farrugia, Fasoli | | | ID 12-2-14 Hearsay (FRE 802) as to article only if offered for truth | |
| 2779 | Email from Gedikian to Bell, Oliver re: Macworld April 06 - Virtual CD iLife tips and tricks, with attachment, March 7, 2006 | Cue, Robbin, Bell, Schiller | | | Hearsay (FRE 802) as to article only if offered for truth; Incomplete (106) | |
| 2780 | Email from Jobs to Robbin, Joswiak re myTunes: the simplified iTunes DRM stripper for Windows, September 1, 2006 | Farrugia, Fasoli, Robbin, Cue | X | | ID 12-5 Hearsay (FRE 802) as to article only if offered for truth | 12/5 |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2781 | Email from Kvamme to music-marketing@group.appl.com re Apple unveils its latest arsenal, September 29, 2006 | Cue, Robbin, Bell, Donnelly, Schiller, Kvamme | X | | ID 1)4 Hearsay (FRE 802) as to article only if offered for truth | |
| 2782 | Email from Gautier to Cue, Robbin and Farrugia re ?ISO-8859-1? Q? GigaOM_=bb_DVD_Jon_Fairplays_Apple?= DVD Jon Fairplays Apple, October 2, 2006 | Cue, Robbin, Farrugia, Fasoli | X | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2783 | Email from Jobs to Robbin, Cue re: Thoughts? DVD Jon reverse-engineers Apple's FairPlay DRM, starts to license it, October 2, 2006 | Farrugia, Robbin, Fasoli | X | | ID 1)4 Hearsay (FRE 802) as to article only if offered for truth | 12/4 |
| 2784 | iTunes Information for Ms. Rosen, 2006 | Rosen | | X | ID 12-3 | 12/12 |
| 2785 | Email from Betouin to Farrugia re: Interesting Article, September 19, 2008 | Farrugia | | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2786 | United States Patent by Lerouge, Betouin, Fasoli, Farrugia, Patent No. 7,841,010 B2, November 23, 2010 | Farrugia, Fasoli | | X | | |

**Apple's Exhibit List**
**As of December 1, 2014**

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2804 | Email from Mains to Gedikian, Kvamme, Bell cc: Pope, Mains; Subject DVD Jon back at it, August 29, 2006 | Bell, Kvamme, Cue, Schiller, Robbin | | X | | |
| 2805 | Email from Mains to Cue, Robbin, Bell cc: Cotton, Neumayr, Mains re Fortune: "Unlocking the iPod", October 23, 2006 | Cue, Robbin, Bell | | | TP b-4 Hearsay (FRE 802) as to article only if offered for truth | 12/4 |
| 2806 | Customer Contact Form, October 24, 2006 | Cue, Schiller, Bell, Kvamme, Joswiak, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2807 | Customer Contact Form, December 28, 2006 | Cue, Schiller, Bell, Kvamme, Joswiak, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2808 | Email from Joswiak to Jobs cc: Cue, Robbin, Schiller re: Jon Lech Johansen comments on SJ's music essay, February 12, 2007 | Cue, Robbin, Schiller, Bell, Kvamme, Farrugia | | | Hearsay (FRE 802) as to article only if offered for truth | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2809 | Customer Contact Form, February 16, 2007 | Cue, Schiller, Bell, Kvamme, Joswiak, Farrugia, Fasoli, Robbin | | | Hearsay (FRE 802) | |
| 2810 | Email from Cue to Bell re: iTunes 2007, April 4, 2007 | Cue, Bell, Robbin, Farrugia, Schiller | | X | | |
| 2811 | Email from Jobs to Robbin, Schiller, Cue re: fyi, April 19, 2007 | Schiller, Robbin, Cue, Farrugia, Bell | ID 12/4 | | Hearsay (FRE 802) as to article only if offered for truth | 12/4 |
| 2812 | Email from Farrugia to Cue cc: Robbin re: Freedom Fighters: iTunes 7.1.1 Cracked, Allowing DRM to be Stripped Off - Gizmodo, May 14, 2007 | Farrugia, Cue, Robbin, Fasoli | | | Hearsay (FRE 802) as to article only if offered for truth; Incomplete (106) | |
| 2813 | Email from Farrugia to Mirrashidi cc: Gautier cc: Farrugia re: 7.1.1 cracked?, May 15, 2007 | Farrugia, Cue, Robbin, Fasoli | | | Hearsay (FRE 802) as to article only if offered for truth; Incomplete (106) | |
| 2814 | Email from Farrugia to Gautier cc: S. Sahuc and B. Posokhow re Monique Farantzos and DVD Jon | Farrugia, Fasoli, Robbin, Cue | | | Hearsay (FRE 802) as to article only if offered for truth; Incomplete (106) | |

Apple's Exhibit List
As of December 1, 2014

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2842 | Summary Exhibits (Murphy-Topel) 18 | Murphy, Topel | | | FRE 403 | |
| 2843 | RCA Lyra Jukebox 40GB - Physical equipment | Cue, Joswiak, Schiller, Robbin, Bell, Kvamme | | | No proper sponsoring witness, Authenticity (FRE 901); Improper lay testimony FRE 701 (depending on witness device is planned to be used with); Relevance FRE 402; FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence). Subject to exclusion per Plaintiffs' Motion in Limine No. 11. | |
| 2844 | Email from Cho to Takeda, Joswiak, Ng, Hardegger, Donnelly cc: Welles re: updated iPod Price Committee slides 8-18-06, with attachment | Donnelly | | X | I'D D'll | 12/12 |

**Apple's Exhibit List**
**As of December 1, 2014**

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2846 | iPod touch 2nd generation - Physical equipment | Cue, Schiller, Bell, Kvamme, Farrugia, Fasoli, Robbin | | | Authenticity (FRE 901); Improper lay testimony FRE 701 (depending on witness exhibit is planned to be used with); Relevance FRE 402; FRE 403 (unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence). Subject to exclusion per Plaintiffs' Motion in Limine No. 10. | |
| 2847 | September 12, 2006 presentation - Quicktime video (Apple_AIIA00974436) | Cue, Schiller, Robbin, Bell | | 1D 1D4 | Hearsay (FRE 802); FRE 403 | |
| 2848 | Email from Joswiak to Cue, Robbin, Fadell, Jobs re: Wired News: iPod Plug-in Sets Music Free | Cue, Robbin | | | Hearsay (FRE 802) as to article only if offered for truth | |
| 2849 | Email from Robbin to Cue re iTunes 1000-song hack | Robbin, Cue | | | Hearsay (FRE 802) as to Speer's statements | |

**Apple's Exhibit List**
**As of December 1, 2014**

| Trial Ex. No. | Description | Sponsoring Witness | Ex to be Shown to the Jury Before Admission | Stip to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 2850 | Email from Robbin to Jobs, Cue, Tamaddon, Farrugia re: Jon Johansen hacks Fairplay, the Apple iTunes closed system | Robbin, Cue, Farrugia | | | ID 12-5 Hearsay (FRE 802) as to article only if offered for truth | 12/5 |
| 2851 | Email from Robbin to Story cc: Heller, Christ re: unauthorized Audible file syncing | Robbin | | | Hearsay (FRE 802) as to Story's statements | |
| 2852 | Plaintiffs' Notice of Motion and Motion to Add Class Representative (Dk 873) | Riegel | | | | |
| 2853 | Declaration of Kenneth Riegel (Dk 895-3) | Riegel | | | | |
| 2854 | Article w/ Jobs quote | Robbins | | | ID 12-5 | |

05-0037    PAGE

DEFT EXHIBIT LIST

2874 ID                                    ADMITED 12/9/14
      D-4

2874A                                      ADMITED   12/12/14

2877                                       ADMITED   12/12/14