4:05-cv-0037-YGR

The Apple iPod iTunes Antitrust Litigation

JURY NOTES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

RECEIVED

DEC 0 3 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: THE APPLE IPOD ITUNES ANTITRUST LITIGATION

CASE NUMBER: 05-CV-00037-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony.  The Court will decide whether it is appropriate to ask the question.  If it is not asked, do not speculate as to the reasons for the decision.

Would it be possible when displaying exhibits of instant message communications to clarify who's communication is on the left and who is in the right, please?

Date Received: _____

Time Received: _____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION



CASE NAME: THE APPLE IPOD ITUNES ANTITRUST LITIGATION

CASE NUMBER: 05-CV-00037-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony.  The Court will decide whether it is appropriate to ask the question.  If it is not asked, do not speculate as to the reasons for the decision.

Why exactly is interoperability not possible or reliable when working with DRM-protected music?

#3

Date Received: _____

Time Received: _____

RECEIVED

DEC 0 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To: Judge Rogers

From Juror 107

Date Dec. 8, 2014

Re. Today's Exhibits on the Screen

Counsel on both sides showed exhibits extremely hard to read. Especially when comparing different reports of Dr. Noel, highlighted in yellow. Mr. Isaacson kept referring to them as similar/identical language. I couldn't read either side well enough to see it for myself.

Last week it was easier to see/read the exhibits on the screen when they were magnified.

Can anything be done for future exhibits? — Better readability

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

RECEIVED

DEC 0 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: THE APPLE IPOD ITUNES ANTITRUST LITIGATION

CASE NUMBER: 05-CV-00037-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

If some portion of iPod consumers during the class period purchased their iPods without any pre-existing lock-in factors (for example, they & their family members had not previously purchased digital music), would it matter to your damages calculation, given those consumers also paid your calculated higher-than-predicted price, or are there other relevant factors to consider?

# 3

Date Received: _____

Time Received: _____

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**JUROR QUESTION**

RECEIVED

DEC 0 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: THE APPLE IPOD ITUNES ANTITRUST LITIGATION

CASE NUMBER: 05-cv-00037-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

Why would it change your regression analysis if code other than KVC or DVC was responsible for disabling Harmony?

# 3

Date Received: _____

Time Received: _____

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**JUROR QUESTION**

R E C E I V E D

DEC 1 0 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

*For Dr. John Kelly*

CASE NAME: THE APPLE IPOD ITUNES ANTITRUST LITIGATION

CASE NUMBER: 05-CV-00037-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

Please describe under what circumstances Apple/customers' music files were ~~disabled or deleted~~ erased by ~~7.0 and/or 7.4~~ the DB Integ. check and for what specific purpose or purposes this was done?

For what specific ~~purpose~~ technical purpose or purposes were Apple customers' music files erased by (and/or other) the Database Integrity Check (aka DVC) if the

#3    warning are ignored by the customer? That this will happen

Date Received: _____

Time Received: _____

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**JUROR QUESTION**

RECEIVED

DEC 1 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: THE APPLE IPOD ITUNES ANTITRUST LITIGATION

CASE NUMBER: 05-CV-00037-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony.  The Court will decide whether it is appropriate to ask the question.  If it is not asked, do not speculate as to the reasons for the decision.

What variables do you think Dr. Noll should have put in his regression analysis and do you know if they were tested for co-linearity?

\# 3

Date Received: _____

Time Received: _____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

RECEIVED

DEC 1 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: THE APPLE IPOD ITUNES ANTITRUST LITIGATION

CASE NUMBER: 05-CV-00037-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or
at the close of testimony.  The Court will decide whether it is appropriate to ask the question.  If
it is not asked, do not speculate as to the reasons for the decision.

Did Apple go DRM free because their contracts/
agreements with the record labels expired.
~~or did they feel Did they still~~ Was DRM free
under new contracts/agreements?
To Judge Rogers
Not sure if any Apple employees will
be called anymore in the trial. Didn't think
of this until yesterday.

Date Received: _____

Time Received: _____

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### JUROR QUESTION

RECEIVED

DEC 1 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NAME: THE APPLE IPOD ITUNES ANTITRUST LITIGATION

CASE NUMBER: 05-CV-00037-YGR

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony.  The Court will decide whether it is appropriate to ask the question.  If it is not asked, do not speculate as to the reasons for the decision.

Can you expand on your statement that "corrupting the database is not an ~~off~~ attack" ~~an op a statement and~~ not an opinion?

Can you explain what no cryptographic functionality added by MAC means?

# 3

Date Received: _____

Time Received: _____

R E C E I V E D

DEC 1 5 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNTIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case Number : **05-cv-00037-YGR**
Case Name :   **The Apple iPod iTunes Antitrust Litigation**

THE JURY REQUEST THE FOLLOWING:

Date:     _Dec. 15, 2014_

Time:     _2:32 pm_

_Jury schedule
8:30am - 4:30 pm.
daily_

THE JURY HAS REACHED A UNANIMOUS VERDICT

Date:     _____

Time:     _____

Jury Foreperson No. _107_

_Kennalee Welliver_
Jury Foreperson Signature

UNTIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



Case Number : **05-cv-00037-YGR**
Case Name :   **The Apple iPod iTunes Antitrust Litigation**

THE JURY REQUEST THE FOLLOWING:

Date: _Dec. 15, 2014_

Time: ~~3:40pm~~  _4:20 pm_

~~Trial Transcripts for~~

_Indexes   for   exhibits??_

THE JURY HAS REACHED A UNANIMOUS VERDICT

Date: _____

Time: _____

Jury Foreperson No. _107_

_Kennalee Welliver_
Jury Foreperson Signature

UNTIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
DEC 1 6 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number : **05-cv-00037-YGR**
Case Name :   **The Apple iPod iTunes Antitrust Litigation**

THE JURY REQUEST THE FOLLOWING:

Date:          _____

Time:          _____

THE JURY HAS REACHED A UNANIMOUS VERDICT ✓

Date:     December 16, 2014

Time:     9:27 am

Jury Foreperson No. _107_

_Annalee Wellivier_
Jury Foreperson Signature