# BOIES, SCHILLER & FLEXNER LLP

5301 Wisconsin Avenue N.W.   *   Washington, DC 20015-2015   *   PH 202.237.2727   *   FAX 202.237.6131

December 31, 2014

**VIA ECF FILING**
Honorable Yvonne Gonzalez Rogers
United States District Court
Northern District of California
Oakland Branch
1301 Clay Street
Oakland, CA  94612

    Re:  *Apple iPod iTunes Antitrust Litigation*
        Case No. C-05-0037

Dear Judge Gonzalez Rogers:

    Per the Court's request, attached is a draft form of judgment.  The plaintiffs have reviewed and consented to the form, while of course reserving all rights on appeal.

                Respectfully submitted,

                */s/ William A. Isaacson*

                William A. Isaacson
                *Counsel for Apple Inc.*

Enclosure

cc: Counsel for Plaintiffs (via ECF)