William A. Isaacson (wisaacson@bsfllp.com)
(Admitted *Pro Hac Vice*)
Karen L. Dunn (kdunn@bsfllp.com)
(Admitted *Pro Hac Vice*)
Martha L. Goodman (mgoodman@bsfllp.com)
(Admitted *Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

John F. Cove, Jr. #212213
(jcove@bsfllp.com)
Meredith R. Dearborn #268312
(mdearborn@bsfllp.com)
Maxwell V. Pritt #253155
(mpritt@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David C. Kiernan #215335
(dkiernan@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>————————————————<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION]<br><br>[PROPOSED] **JUDGMENT**<br><br>Trial:   December 2, 2014<br>Judge:  Honorable Yvonne Gonzalez Rogers |

Trial on all remaining counts of the Amended Consolidated Complaint (Dkt. 322) (i.e., Counts I, II and IV) commenced in this matter on November 19, 2014, with jury selection, and on December 2, 2014, with opening statements and evidence. The jury entered its verdict in Defendant's favor on Counts I and II of the Amended Consolidated Complaint on December 16, 2014, and the verdict form was duly recorded (Dkt. 1008).

Based upon the jury's verdict, Counts I and II of the Amended Consolidated Complaint are DISMISSED with prejudice. The Court also finds, pursuant to the evidence presented at trial, that Plaintiff's claim for a violation of the California Unfair Competition Law similarly fails, and thus Count IV of the Amended Consolidated Complaint is DISMISSED with prejudice.

JUDGMENT is hereby ENTERED in favor of Apple Inc. on all counts in the Amended Consolidated Complaint (Dkt. 322).

Plaintiff is to receive nothing from Defendant Apple Inc., and Defendant Apple Inc. is to recover costs from Plaintiff pursuant only to Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: __January 5, 2015__

_____
Hon. Yvonne Gonzalez Rogers
U.S. DISTRICT COURT JUDGE