UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*ORIGINAL*

BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE


| | | |
|---|---|---|
| THE APPLE IPOD ITUNES | ) | NO. C 05-00037 YGR |
| ANTITRUST LITIGATION | ) | |
| | ) | PAGES 2091 - 2292 |
| | ) | |
| | ) | **JURY TRIAL VOLUME 11** |
| | ) | |
| | ) | |
| | ) | OAKLAND, CALIFORNIA |
| _____ | ) | MONDAY, DECEMBER 15, 2014 |


### REPORTERS' TRANSCRIPT OF PROCEEDINGS


APPEARANCES:

FOR PLAINTIFFS:            ROBBINS GELLER RUDMAN & DOWD LLP
                          655 WEST BROADWAY, SUITE 1900
                          SAN DIEGO, CALIFORNIA  92101
                 BY:  ALEXANDRA S. BERNAY,
                      JENNIFER N. CARINGAL,
                      PATRICK COUGHLIN,
                      STEVEN M. JODLOWSKI,
                      CHARLES MCCUE,
                      CARMEN A. MEDICI,
                      BONNY E. SWEENEY, ATTORNEYS AT LAW


                          BONNETT FAIRBOURN FRIEDMAN & BALINT PC
                          4023 CAIN BRIDGE ROAD
                          FAIRFAX, VIRGINIA 22030
                 BY:  FRANCIS J. BALINT, JR.
                      ATTORNEY AT LAW

              (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:        RAYNEE H. MERCADO, CSR NO. 8258
                    DIANE E. SKILLMAN, CSR NO. 4909

     PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.


*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

**A P P E A R A N C E S (CONT'D.)**

```
FOR DEFENDANT:            BOIES, SCHILLER & FLEXNER LLP
                          5301 WISCONSIN AVENUE NW
                          WASHINGTON, D.C.  20015
                    BY:   WILLIAM A. ISAACSON,
                          KAREN L. DUNN,
                          MARTHA L. GOODMAN, ATTORNEYS AT LAW


                          BOIES, SCHILLER & FLEXNER LLP
                          1999 HARRISON STREET, SUITE 900
                          OAKLAND, CALIFORNIA  94612
                    BY:   MEREDITH R. DEARBORN, ATTORNEYS AT LAW


                          JONES DAY
                          555 CALIFORNIA STREET, 26TH FLOOR
                          SAN FRANCISCO, CALIFORNIA  94104-1500
                    BY:   DAVID C. KIERNAN, ATTORNEYS AT LAW


                          APPLE
                          1 INFINITE LOOP, MS 169-2NYJ
                          CUPERTINO, CALIFORNIA  95014
                    BY:   SCOTT B. MURRAY,
                            SENIOR LITIGATION COUNSEL


                          --O0O--
```

# I N D E X

| | **PAGE** | **VOL.** |
|---|---|---|
| CLOSING ARGUMENT BY MR. COUGHLIN | 2165 | 11 |
| CLOSING ARGUMENT BY MR. ISAACSON | 2209 | 11 |
| CLOSING ARGUMENT BY MS. DUNN | 2229 | 11 |
| FURTHER CLOSING ARGUMENT BY MR. ISAACSON | 2263 | 11 |
| REBUTTAL CLOSING ARGUMENT BY MR. COUGHLIN | 2274 | 11 |

```
 1    DECEMBER 15, 2014                            8:07 A.M.

 2                    P R O C E E D I N G S

 3       (THE FOLLOWING PROCEEDINGS WERE HEARD OUT OF THE PRESENCE

 4    OF THE JURY:)

 5            THE CLERK:  CALLING CIVIL ACTION 05-0037, THE APPLE

 6    IPOD ITUNES ANTITRUST LITIGATION.

 7       COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES.

 8            MS. SWEENEY:  GOOD MORNING, YOUR HONOR.

 9       BONNY SWEENEY FOR THE PLAINTIFFS.  WITH ME AT COUNSEL

10    TABLE, PATRICK COUGHLIN, ALEXANDRA BERNAY, STEVE JODLOWSKI,

11    AND FRANK BALINT.

12            THE COURT:  GOOD MORNING.

13            MR. ISAACSON:  GOOD MORNING, YOUR HONOR.

14       BILL ISAACSON FOR DEFENDANT, APPLE.  AT COUNSEL TABLE,

15    KAREN DUNN, MEREDITH DEARBORN, MARTHA GOODMAN, AND THEN SCOTT

16    MURRAY FOR APPLE.

17            THE COURT:  GOOD MORNING.

18       WELL, WE HAVE A LOT TO DO THIS MORNING.

19       LET'S START WITH THE MOTION FOR CLASS REPRESENTATIVE, THE

20    APPOINTMENT OF MS. BENNETT.  IS THERE ANYTHING ELSE YOU WANT

21    TO ADD TO THE RECORD?

22            MR. ISAACSON:  I THINK OUR PAPERS ARE COMPLETE WITH

23    RESPECT TO OUR POSITION ON THAT MATTER, YOUR HONOR.

24            THE COURT:  MS. BERNAY.

25            MS. BERNAY:  THE ONLY THING WE WOULD WANT TO ADD IS
```

1  THAT MS. BENNETT IS HERE TODAY WITH US.  SHE FLEW IN LAST

2  NIGHT TO BE HERE.

3       **THE COURT:**  OKAY.

4       THE PLAINTIFFS' MOTION IS GRANTED.  SHE IS APPOINTED AS AN

5  ADEQUATE CLASS REPRESENTATIVE.

6       WITH RESPECT TO THE ISSUES REGARDING WHETHER SHE CAN

7  ADEQUATELY REPRESENT RESELLERS, THE COURT AND THE PARTIES HAVE

8  THOROUGHLY VETTED THOSE, AND I WAS NOT GOING TO REVISIT THEM

9  AT THIS JUNCTURE.

10       I UNDERSTAND THAT THERE WAS A PERCEPTION OF PREJUDICE.

11  THE COURT DID AS MUCH AS IT COULD GIVEN THE CIRCUMSTANCES AND

12  GIVEN THE FACT THAT THE CLASS ITSELF, IN ITS -- IN THE COURT'S

13  VIEW, HAD LEGAL STATUS TO MITIGATE THOSE -- THAT PREJUDICE.

14       THAT SAID, THE COURT WILL INSTRUCT PLAINTIFFS FROM DOING

15  ANYTHING THAN INTRODUCING HER DURING -- AND BY INTRODUCING, I

16  MEAN, SHE CAN STAND AND YOU CAN SAY HER NAME, AND THAT IS IT.

17  THERE IS NOTHING IN THE RECORD FROM WHICH YOU CAN SAY ANYTHING

18  ELSE.  THE JURY HAS HEARD NO TESTIMONY SO NOTHING ELSE CAN BE

19  SAID OTHER THAN THE FACT THAT THE COURT HAS -- AS WE'LL

20  INSTRUCT THE JURY, HAS APPOINTED HER.  SO HER NAME IS ABOUT

21  ALL YOU CAN SAY.

22       UNDERSTOOD?

23       **MS. BERNAY:**  UNDERSTOOD, YOUR HONOR.

24       **THE COURT:**  ALL RIGHT.

25       **MS. BERNAY:**  THANK YOU.

1      **THE COURT:**  NEXT, WITH RESPECT TO THE MOTION FOR

2   JUDGMENT.

3      **MR. ISAACSON:**  WELL, THE COURT HAS -- I MEAN, DO YOU

4   WANT TO HEAR -- I'M NOT SURE WHAT THE COURT WANTS TO HEAR

5   ABOUT THIS.  WE OBVIOUSLY ALSO ADDRESSED SPECIFICALLY IN THE

6   REPLY BRIEF THE AMAZON ISSUE WHICH I THINK IS IMPORTANT.

7      **THE COURT:**  WELL, IT IS THE REASON WHY YOU RECEIVED

8   THE EMAIL FROM THE COURT THAT YOU DID.  AND I DID THAT -- I

9   WAS VERY CONCERNED WHEN I READ THAT ARGUMENT, MR. COUGHLIN.

10   AND WE CAN -- I CAN HEAR YOUR ARGUMENT ABOUT IT.  BUT IT IS --

11   I DON'T KNOW WHAT YOU WERE THINKING.

12      **MR. COUGHLIN:**  YOUR HONOR --

13      **THE COURT:**  AND -- NO, I HAVE TO TELL YOU.  YOU KNOW,

14   LAWYERS, YOU OVERREACH.  AND BY OVERREACHING, I DON'T TRUST

15   YOU.  AND THAT IS WHY I'M BIFURCATING THE ARGUMENT AND THE

16   JURY VERDICT THE WAY I AM.

17      THIS IS -- THIS IS NOT AN EASY LINE THAT -- THAT WE HAVE

18   BEEN ATTEMPTING TO NAVIGATE.  AND WHEN -- WHEN YOU MAKE

19   ARGUMENTS THAT HAVE NO BASIS IN THE FACTS, THAT APPEAR TO BE

20   A -- A HAIL MARY, LAST-DITCH EFFORT TO TRY TO DO SOMETHING, IT

21   UNDERMINES YOUR CREDIBILITY.

22      **MR. COUGHLIN:**  YOUR HONOR --

23      **THE COURT:**  NO, I'M NOT FINISHED.

24      BECAUSE EVERYBODY ELSE DIDN'T GET THAT EMAIL.

25      I UNDERSTAND THAT THE TRIALS ARE HARD.  I UNDERSTAND THAT

1    THEY ARE HARD FOR THE PARTIES AND THE LAWYERS.  AND I SENT YOU

2    THAT COURTESY EMAIL YESTERDAY SO THAT YOU WOULD BE PREPARED

3    BECAUSE OTHERWISE THE FIRST TIME YOU WERE GOING TO HEAR ABOUT

4    IT WAS TWO HOURS BEFORE YOUR CLOSINGS.

5        IT'S YOUR MOTION.  I'VE READ EVERYTHING.  DO YOU WANT TO

6    EMPHASIZE SOMETHING FOR THE RECORD?  YOU EMPHASIZE SOMETHING

7    FOR THE RECORD.  I'VE ALREADY TOLD YOU MY TENTATIVE POSITIONS

8    ON THESE THINGS.  GO AHEAD.

9            MR. ISAACSON:  WELL, WHAT I WOULD EMPHASIZE FOR THE

10   RECORD, I GUESS, AND KEEPING IT VERY BRIEF, IS THAT --

11            (OFF-THE-RECORD DISCUSSION.)

12           MR. ISAACSON:  WITH RESPECT TO DR. NOLL, YOUR HONOR

13   AFTER YOU TOOK OVER THE CASE, BECAME HEAVILY INVOLVED IN THE

14   DR. NOLL ISSUES AND RULED ON IT ON SUMMARY JUDGMENT.

15       NOW THE EVIDENCE HAS PLAYED OUT AT TRIAL.  IT'S A

16   DIFFERENT RECORD.  AND DR. NOLL HAS SAID QUITE CLEARLY THAT

17   HIS BEFORE-AND-AFTER ANALYSIS FOR SEPTEMBER 2006 CAN'T SORT

18   OUT THE LEGAL FEATURES FROM THE ILLEGAL FEATURES OF 7.0, CAN'T

19   BE DONE.

20       WHAT THAT MEANS IS THAT THERE IS NO CLAIM FOR INJURY IN

21   THIS CASE.  IT'S CRYSTAL CLEAR LAW FROM THE SUPREME COURT.

22   ALSO MEANS THE CLASS -- THAT YOU'RE GOING TO FACE CLASS ISSUES

23   GOING FORWARD, UNDER *COMCAST*.

24       BUT ONCE DR. NOLL ADMITTED THAT, WHICH I THINK -- ADMITTED

25   IT SEVERAL TIMES, I THINK THERE'S NOTHING LEFT OF THIS AS AN

1   ANTITRUST CASE.

2       THE SECOND THING I WOULD EMPHASIZE TO YOU IS THE THEORY OF

3   THIS CASE, THAT YOU CAN IGNORE *TRINKO*, THAT YOU CAN SAY IT'S A

4   PRODUCT IMPROVEMENT CASE AND NOT A DUTY-TO-DEAL CASE, I DON'T

5   THINK IT'S GOING TO SURVIVE SCRUTINY UNDER THE ANTITRUST LAWS,

6   THAT THERE IS NO SUCH THING AS A CASE THAT SAYS THAT WE ARE

7   GOING TO SEPARATE OUT PRODUCT IMPROVEMENT FROM A DUTY TO DEAL.

8   THE ENTIRE ASSUMPTION OF THIS CASE IS THAT -- IS THAT WE

9   SHOULD HAVE PERMITTED HARMONY TO WORK WHICH IS A DUTY-TO-DEAL

10  ASSERTION.

11      WE THINK THAT THE *NOVELL* COURT STOPPED CIRCUMVENTION LIKE

12  THAT, ARGUMENTS WHERE YOU'RE TRYING TO USE THINGS LIKE PRETEXT

13  FROM GETTING AROUND THE DUTY TO DEAL.  THE SUPREME COURT AND

14  THE COURTS AFTER THAT HAVE BEEN VERY CAREFUL ABOUT THIS ISSUE

15  BECAUSE IT HAS IMPORTANT IMPLICATIONS.  IT TELLS COMPANIES

16  WHAT TO DO AND HOW TO DO IT.

17      AND SO WE THINK THAT THE FUNDAMENTAL THEORY OF THIS CASE

18  FAILS UNDER ANTITRUST LAW, AND THE REASON WHY THIS TYPE OF

19  CASE DOESN'T GO TO THE JURY IS BECAUSE OF THIS -- OF THIS LINE

20  OF CASES FROM THE SUPREME COURT.

21      THE OTHER PRINCIPAL POINTS THAT WE HAVE MADE HAVE TO --

22          **THE COURT:**  WELL, THEY'RE ALSO REJECTED AT SUMMARY

23  JUDGMENT WHICH YOU FAILED TO ACHIEVE.

24          **MR. ISAACSON:**  YES, YOUR HONOR.  WE FAILED TO ACHIEVE

25  THAT AT SUMMARY JUDGMENT.  HOWEVER, THERE IS, AT THE END OF

1    THIS TRIAL, A SINGLE UNDISPUTED FACT, THAT WE HAD NO PRIOR

2    COURSE -- VOLUNTARY COURSE OF DEALING WITH REAL OR HARMONY.

3    OKAY?  THE COURT HAS SAID THAT.  THE PLAINTIFFS ADMIT IT.

4        ONCE THAT IS ESTABLISHED, THERE'S NOTHING LEFT TO THIS

5    CASE.

6            **THE COURT:**  WELL, WHAT ABOUT THE REBUTTAL CASE?

7    THAT -- I HAVE TO -- YOU KNOW, YOUR ARGUMENT WAS STRONGER

8    BEFORE THE REBUTTAL CASE.

9            **MR. ISAACSON:**  THE REBUTTAL CASE DOES NOT GO TO

10   WHETHER WE HAD A PRIOR COURSE OF DEALING WITH REAL.

11           **THE COURT:**  IT GOES TO WHETHER OR NOT YOU HAD A

12   PRODUCT IMPROVEMENT.

13           **MR. ISAACSON:**  YES, I UNDERSTAND THAT, YOUR HONOR.

14   OKAY.  BUT WE ARE TALKING ABOUT IN ORDER TO HAVE A CASE BASED

15   ON GENUINE PRODUCT IMPROVEMENT CAUSING INCOMPATIBILITY, YOU

16   HAVE TO HAVE THAT DUTY TO DEAL, AND THAT HAS NOT BEEN

17   ESTABLISHED HERE.

18       YOU CAN ASSUME THAT WE DON'T HAVE A GENUINE PRODUCT

19   IMPROVEMENT, AND UNDER *TRINKO*, THIS CASE FAILS.  OKAY.  THE

20   ARGUMENT ABOUT GENUINE PRODUCT IMPROVEMENT AND WHETHER THAT

21   EVIDENCE IS SUFFICIENT TO GET THEM TO THE JURY IS A DIFFERENT

22   ISSUE.  ALL RIGHT.  BECAUSE MR. SCHULTZ ONLY TALKED ABOUT THE

23   DVC OF THE MAC, WE DON'T THINK IT GETS THEM THERE, BUT THAT'S

24   A SEPARATE ISSUE.

25       SO I -- I DON'T THINK I WANT TO REARGUE THE GENUINE

```
1    PRODUCT IMPROVEMENT ISSUE WITH YOUR HONOR.  WE'VE MADE OUR

2    POINT AND SAID WE DON'T THINK PRETEXT IS AN ARGUMENT YOU CAN

3    MAKE UNDER THE LAW.  WE'VE PRESERVED OUR POSITION THAT -- THAT

4    THE JURY SHOULDN'T BE BALANCING THE GOOD POINTS, THE MAC

5    VERSUS THE -- WHAT THEY SAY ARE THE BAD POINTS, THE MAC VERSUS

6    THE GOOD POINTS OF A PRODUCT.  THAT'S NOT WHAT JURIES ARE

7    SUPPOSED TO DO.  WE'VE PRESERVED THAT.  WE'VE MADE THAT

8    ARGUMENT, AND I THINK THE COURT UNDERSTANDS OUR ARGUMENTS.

9              THE COURT:  RESPONSE.

10             MS. SWEENEY:  YES, YOUR HONOR.

11       FIRST WITH RESPECT TO PROFESSOR NOLL, MR. ISAACSON SAID

12   THAT PROFESSOR NOLL HAS NOT DISTINGUISHED BETWEEN LEGAL

13   CONDUCT AND ILLEGAL CONDUCT THAT CAUSED PLAINTIFFS' INJURY,

14   AND THAT IS COMPLETELY CONTRARY TO THE EVIDENCE THAT'S COME

15   IN.

16       PROFESSOR NOLL HAS TESTIFIED THAT HE SELECTED THOSE

17   VARIABLES, THAT IN HIS ECONOMIC JUDGMENT, WERE LIKELY TO HAVE

18   IMPACT ON PRICE.  AND HE LOOKED AT THOSE VARIABLES AND USED

19   THOSE VARIABLES TO SEPARATE OUT, TO ISOLATE, THE

20   ANTICOMPETITIVE CONDUCT.

21       THERE IS NOTHING IN THE RECORD THAT SAYS THAT ALL OF THE

22   CONDUCT THAT APPLE NOW CLAIMS TO BE LEGAL HAD ANY EFFECT ON

23   PRICE.  PROFESSOR NOLL DISPUTED THAT IN HIS TESTIMONY, AND

24   THAT IS THE STATE OF THE RECORD.  THERE'S -- SO THAT ARGUMENT

25   IS WITHOUT BASIS IN THE RECORD.
```

```
 1        WITH RESPECT TO THE --
 2             THE COURT:  WELL, HOLD ON.
 3             MS. SWEENEY:  YEAH.
 4             THE COURT:  AN EXPERT'S OPINION MUST BE BASED UPON
 5   FACTS IN THE RECORD.
 6             MS. SWEENEY:  YES, YOUR HONOR.
 7             THE COURT:  AND SO HE IS NOT AN EXPERT ON PRICING.
 8   HE'S NOT.  SO WHERE ARE THE FACTS IN THE RECORD -- WHO
 9   TESTIFIED AND WHAT WERE THE FACTS UPON WHICH THEY TESTIFIED
10   THAT ALLOWED NOLLS TO MAKE THE ASSUMPTION, THE HUGE
11   ASSUMPTION, THAT HE DID?
12             MS. SWEENEY:  YOUR HONOR, PROFESSOR NOLL ANALYZED
13   EXTENSIVELY ALL OF THE DOCUMENTS THAT WERE PART OF THE PRICE
14   COMMITTEE.  HE USED THOSE DOCUMENTS TO CREATE HIS REGRESSION
15   ANALYSIS.
16        AS YOUR HONOR HAS ALREADY HELD AND AS NUMEROUS COURTS HAVE
17   RECOGNIZED, A CAUSATION AND DAMAGES CAN BE PROVEN BASED ON A
18   REGRESSION ANALYSIS CONDUCTED BY AN ECONOMIST.  THAT'S WHAT
19   PROFESSOR NOLL DID IN THIS CASE.  HE DID IT WITH EXTREME CARE.
20   HE SPENT TWO AND A HALF YEARS CLEANING A DATABASE PRODUCED BY
21   APPLE OF NEARLY 40 MILLION OBSERVATIONS OF DATA.  HE ANALYZED
22   WHAT THE PRICING COMMITTEE LOOKED AT WHEN THEY SET PRICES FOR
23   IPODS.  HE LOOKED AT WHAT INDUSTRY OBSERVERS LOOKED AT WHEN
24   THEY ANALYZED MARKET SHARES.  AND THOSE THINGS THAT THE PRICE
25   COMMITTEE LOOKED AT, THAT ANALYSTS IN THE INDUSTRY LOOKED AT,
```

 1    ARE PRODUCT ATTRIBUTES OF IPODS.  AND THOSE IMPORTANT PRODUCT

 2    ATTRIBUTES OF IPODS WERE ALL TAKEN INTO ACCOUNT IN PROFESSOR

 3    NOLL'S REGRESSION ANALYSIS.

 4         AND HE CONDUCTED A VERY CAREFUL, THOROUGH, EXTENSIVE,

 5    BEFORE-AND-AFTER HEDONIC MULTIPLE REGRESSION ANALYSIS THAT

 6    SHOWED THAT THE IMPLEMENTATION OF KVC IN 7.0 HAD AN IMPACT ON

 7    PRICE.  AND THAT SHOWS UP IN THE REGRESSION ANALYSIS OUTPUT BY

 8    VIRTUE OF A POSITIVE COEFFICIENT FOR THAT EVENT.  HE PUT IN

 9    INDICATOR VARIABLES.  THERE WERE A NUMBER OF INDICATOR

10    VARIABLES THAT INDICATED EVENTS THAT WERE HAPPENING IN THE

11    MARKETPLACE THAT HE PREDICTED, AS A MATTER OF ECONOMICS, WOULD

12    HAVE AN IMPACT ON PRICE.  AND HE LOOKED AT THE RESULTS OF

13    THOSE INDICATOR VARIABLES.

14         ONE, FOR EXAMPLE, WAS THE INTRODUCTION OF 4.7, AND HE

15    CONCLUDED THAT THAT HAD AN IMPACT ON PRICE.  ONE WAS THE

16    INTRODUCTION OF HARMONY BEFORE 4.7, AND THAT HAD AN IMPACT ON

17    PRICE.  AND THEN PROFESSOR NOLL LOOKED AT WHAT HAPPENED WHEN

18    7.0 WAS INTRODUCED BY APPLE, AND THAT HAD AN IMPACT ON PRICE.

19    THE COEFFICIENT FOR THAT PARTICULAR INDICATOR VARIABLE WAS

20    POSITIVE.

21         NOW, APPLE'S EXPERTS, PROFESSORS TOPEL AND MURPHY, THEY

22    DID NOT CHALLENGE PROFESSOR'S METHODOLOGY.  THEY AGREED THAT

23    IT IS APPROPRIATE IN ANTITRUST CASES TO DETERMINE WHETHER

24    THERE WAS CAUSAL IMPACT AND TO CALCULATE THE AMOUNT OF DAMAGES

25    BY USING A HEDONIC MULTIPLE REGRESSION ANALYSIS.  AND THAT'S

1    WHAT PROFESSOR NOLL DID.

2         NOW, APPLE'S ONLY CHALLENGES TO PROFESSOR NOLL'S ANALYSIS

3    ARE TO, ONE, DID HE TAKE INTO ACCOUNT OTHER FEATURES OF 7.0.

4    THESE ARE THE SLIDES THAT MR. ISAACSON KEEPS USING WHICH POINT

5    TO COVER FLOW, THE NFL, GAMES, AND THE ABILITY TO WATCH

6    *PIRATES OF THE CARIBBEAN*.

7         WELL, PROFESSOR NOLL SAID THAT THOSE -- THOSE OTHER

8    ATTRIBUTES OF 7.0 ARE IMPORTANT ONLY IF THEY, A, ARE LIKELY TO

9    HAVE AN IMPACT ON PRICE, AND, B, ARE NOT OTHERWISE REFLECTED

10   IN THE VARIABLES THAT PROFESSOR NOLL DID USE IN HIS REGRESSION

11   ANALYSIS.

12        SO LET'S START WITH THE ABILITY TO WATCH *PIRATES OF THE*

13   *CARIBBEAN*.  FIRST OF ALL, PROFESSOR NOLL'S REGRESSION ANALYSIS

14   DOES HAVE AS ONE OF ITS VARIABLES THE -- WHETHER THE IPOD IS

15   VIDEO -- ABLE TO WATCH VIDEOS OR NOT.  THAT'S ONE OF THE

16   VARIABLES IN HIS REGRESSION.  SO TO THE EXTENT THAT IS

17   PERTAINING TO THE ABILITY TO WATCH VIDEO, THAT IS IN THE

18   REGRESSION.

19        AND WITH RESPECT TO COVER FLOW, YOU HAVE TO ASK WHETHER

20   THAT IS LIKELY TO HAVE AN IMPACT ON PRICE.  AND PROFESSOR NOLL

21   ANALYZED ALL THOSE VARIABLES THAT ARE LIKELY FROM AN ECONOMIC

22   POINT OF VIEW.

23             **THE COURT:**  WELL, WHAT'S THE DIFFERENCE BETWEEN AN

24   ECONOMIC POINT OF THE VIEW AND, LET'S SAY, A CONSUMER POINT OF

25   VIEW OR LOGIC?  WHAT'S THE DIFFERENCE?

1            **MS. SWEENEY:**  WELL, YOUR HONOR, PROFESSOR NOLL LOOKED

2   AT THE PRICING COMMITTEE DOCUMENTS, AND MANY OF THOSE WERE

3   INTRODUCED INTO EVIDENCE, AND THE EXHIBITS TO PROFESSOR NOLL'S

4   REPORT WHICH ARE ALSO IN EVIDENCE, THEY IDENTIFY EACH OF THE

5   CHARACTERISTICS THAT THE PRICE COMMITTEE LOOKED AT WHEN IT WAS

6   SETTING PRICES.  IT LOOKED -- IT HAD THESE CHARTS WHICH SET

7   OUT --

8            **THE COURT:**  AND IT NEVER SAID 7.0 OR 7.4.  NEVER.

9            **MS. SWEENEY:**  THAT'S RIGHT.  IT TALKED ABOUT THE

10  ATTRIBUTES OF IPODS.  WHAT IS -- WHAT IS THE CAPACITY OF THE

11  IPOD?  HOW MANY SONGS CAN IT PLAY?  BATTERY, MEMORY.  THESE

12  ARE THE SORTS OF FEATURES THAT THE PRICE COMMITTEE TOOK INTO

13  ACCOUNT.  THOSE ARE THE SORTS OF FEATURES THAT THE PRICE

14  COMMITTEE CONCLUDED WERE IMPORTANT TO CONSUMERS.  THOSE ARE

15  THE VARIABLES THAT AFFECT DEMAND.  AND THOSE ARE THE VARIABLES

16  THAT AN ECONOMIST HAS TO LOOK AT TO DETERMINE WHETHER THEY ARE

17  RELEVANT TO THE ANALYSIS.  AND THOSE ARE THE VARIABLES THAT

18  PROFESSOR NOLL PUT INTO HIS REGRESSION ANALYSIS.

19            **THE COURT:**  I'M STILL MISSING SOMETHING.  BECAUSE

20  THEY NEVER SAID IN THOSE PRICING DOCUMENTS, AND PERHAPS --

21  THERE'S AN ANSWER, I'M ASSUMING, KVC OR DVC.  THEY NEVER PUT

22  SECURITY.  THEY NEVER PUT -- I MEAN, THEY NEVER PUT ANYTHING

23  THAT HE IS -- THAT FOCUSES ON 7.0 OR 7.4 INTO THOSE DOCUMENTS.

24  SO THAT'S HIS ANALYSIS, AND THAT'S OKAY.

25            BUT YOU KEEP MAKING -- AND HE MAKES THIS DISTINCTION ABOUT

```
 1    WELL, THAT'S -- THIS IS AN ECONOMIC ANALYSIS.  AND I WOULD

 2    ASSUME THAT ECONOMICS HAS TO BE BASED IN REALITY.

 3        SO THAT'S WHY I'M ASKING THE QUESTION:  WHAT IS THE

 4    DISTINCTION HE IS TRYING TO MAKE?  BECAUSE CLEARLY WHAT HE IS

 5    FOCUSING ON WAS NOT FOCUSED ON IN TERMS OF ALL OF THE

 6    UNDERLYING PRICING DOCUMENTS.

 7            MS. SWEENEY:  THEN, YOUR HONOR, WE HAVE TO LOOK TO

 8    THE THEORY OF PLAINTIFFS' CASE AND ALL THE EVIDENCE THAT HAS

 9    COME IN OVER THIS TWO-WEEK TRIAL.  THE THEORY OF LOCK-IN, THAT

10    APPLE'S CUSTOMERS WHO PURCHASED IPODS AND ACQUIRED LIBRARIES

11    OF ITUNES MUSIC ON THOSE IPODS WERE LOCKED IN TO IPODS WHEN

12    THEY WENT TO PURCHASE ANOTHER PRODUCT.

13        AND IT IS UNDISPUTED THAT DURING THE CLASS PERIOD, SONGS

14    PURCHASED FROM THE ITUNES MUSIC STORE COULD ONLY BE PLAYED

15    DIRECTLY ON AN IPOD.  THAT IS UNDISPUTED.

16        NOW, PROFESSOR NOLL TALKED ABOUT LOCK-IN.  AND PROFESSORS

17    MURPHY AND TOPEL DO NOT CHALLENGE THE ECONOMIC THEORY BEHIND

18    LOCK-IN.  THAT'S WELL ACCEPTED THAT LOCK-IN LEADS TO SWITCHING

19    COSTS, AND THOSE SWITCHING COSTS CAN MAKE THE -- THE DEMAND

20    FOR APPLE'S PRODUCTS LESS PRICE SENSITIVE.  THAT IS THE

21    ECONOMIC THEORY ON WHICH PROFESSOR NOLL IS OPINING.  AND THERE

22    IS AMPLE EVIDENCE IN THE RECORD TO SUPPORT HIS OPINION ON

23    LOCK-IN.

24        NOW, APPLE QUARRELS WITH THE VARIABLES THAT PROFESSOR NOLL

25    LOOKED AT OR DIDN'T LOOK AT, BUT THEY DO NOT QUARREL WITH THE
```

1   GENERAL NOTION THAT LOCK-IN CAN HAVE THE EFFECT OF REDUCING

2   PRICE COMPETITION AND ALLOWING ONE OF THE COMPETITORS IN THE

3   MARKET, IN THIS CASE, APPLE, WHICH HAD THE DOMINANT MARKET

4   SHARE, TO INCREASE PRICE TO ITS CONSUMERS.

5        AND THAT IS THE THEORY OF LOCK-IN.  YOU CAN'T SEPARATE OUT

6   THESE DIFFERENT PARTS OF THE CASE AND DIFFERENT PARTS OF THE

7   OPINION AND SAY, WELL, THAT'S JUST NOT PART OF THE CASE.  YOU

8   HAVE TO LOOK AT ALL OF THEM.  YOU HAVE TO LOOK AT LOCK-IN.

9   YOU HAVE TO LOOK AT THE REGRESSION ANALYSIS.  YOU HAVE TO LOOK

10  AT THE RESULTS OF THE REGRESSION ANALYSIS WHICH SHOW THAT

11  THERE WAS A PRICE IMPACT AS A RESULT OF APPLE DELIBERATELY

12  GOING OUT OF ITS WAY THROUGH A PRODUCT CHANGE THAT WAS NOT A

13  PRODUCT IMPROVEMENT, PUTTING KVC IN ITS CODE, AND BLOCKING THE

14  COMPATIBILITY THAT HAD BEEN CREATED BY REALNETWORKS THROUGH

15  ITS HARMONY DRM TRANSLATION SOFTWARE, THAT HAD BEEN CREATED BY

16  NAVIO WHICH WAS ABOUT TO GO TO MARKET WITH ITS DRM TRANSLATION

17  SOFTWARE.

18       APPLE IMPLEMENTED THOSE CHANGES.  THOSE CHANGES, AS THE

19  EVIDENCE SHOWS, WERE DIRECTED AT THE COMPETITORS AND THEY

20  BLOCKED COMPETITION, THEY INCREASED LOCK-IN, INCREASED

21  SWITCHING COSTS, AND PERMITTED APPLE TO INCREASE THE PRICE OF

22  IPODS.

23            **THE COURT:**  THE ECONOMIC ANALYSIS SEEMS TO BE LACKING

24  IN ITS MEASUREMENT OF THE ACTUAL USE OF THESE DOWNLOADS.

25  HOW -- HOW DID HE ADDRESS THAT?  BECAUSE I DIDN'T SEE IT.

 1    THAT IS, THE EVIDENCE SHOWED THAT MOST CONSUMERS WERE NOT, IN

 2    FACT, USING THE DOWNLOADS.  MOST CONSUMERS WERE USING CD'S.

 3    I -- I DON'T REMEMBER SEEING ANYTHING IN THE ANALYSIS THAT

 4    SEPARATES OUT THAT DISTINCTION OR THAT EVEN ACKNOWLEDGES IT.

 5          **MS. SWEENEY:**  YOUR HONOR, PROFESSOR NOLL DID ADDRESS

 6    THAT QUESTION.  HE TESTIFIED THAT IT'S -- WHILE IT'S TRUE THAT

 7    THE MAJORITY OF MUSIC, ON AVERAGE -- AND NOW YOU'RE LOOKING --

 8    REMEMBER, YOU'RE LOOKING ACROSS ALL IPOD USERS.  SO SOME IPOD

 9    USERS --

10          **THE COURT:**  FROM A PERIOD VERY LONG AGO.  I

11    UNDERSTAND WHAT WE'RE LOOKING AT.

12       KEEP GOING.

13          **MS. SWEENEY:**  SO DURING THE -- THE CLASS PERIOD, IF

14    YOU LOOK ACROSS ALL USERS, IT'S TRUE THAT MOST OF THE MUSIC ON

15    IPOD OWNERS' -- ON THE IPOD WAS FROM SOURCES OTHER THAN

16    DOWNLOADED MUSIC.  HOWEVER, IT DOESN'T TAKE -- IT DOESN'T HAVE

17    TO BE A CERTAIN PERCENTAGE.  IT DOESN'T HAVE TO BE AS

18    PROFESSOR NOLL -- OR, EXCUSE ME -- PROFESSOR TOPEL OR

19    PROFESSOR MURPHY SAID 50 PERCENT OF THE MARKET.  IT HAS TO BE

20    ENOUGH CONSUMERS WHO FACED THOSE SWITCHING COSTS.  AND THOSE

21    CONSUMERS AT THE MARGIN, THOSE ARE THE ONES WHO MAKE A

22    DIFFERENCE.  THOSE ARE THE ONES --

23          **THE COURT:**  HOW MANY CONSUMERS IS THAT?

24          **MS. SWEENEY:**  WE DO NOT HAVE DATA ON HOW MANY

25    CONSUMERS IT IS, BUT WHAT WE DO HAVE -- WE DO HAVE, YOUR

1    HONOR --

2         **THE COURT:**  YOU HAVE -- THERE'S NO EVIDENCE

3    SUGGESTING ANYTHING OTHER THAN THE FACT THAT MOST WERE NOT.

4         **MS. SWEENEY:**  YOUR HONOR, THERE IS A -- A DOCUMENT

5    WHICH APPLE INTRODUCED INTO EVIDENCE WHICH SHOWS THAT AT THE

6    TIME JUST BEFORE THE LAUNCH OF THE NANO IN SEPTEMBER 2006,

7    83 PERCENT OF NANO OWNERS HAD AN ITUNES MUSIC STORE ACCOUNT.

8    THAT GIVES YOU SOME IDEA -- WE DON'T HAVE PRECISE NUMBERS.

9    THAT -- THOSE NUMBERS ARE SIMPLY NOT AVAILABLE.

10       BUT WE DO KNOW THAT LOTS OF CONSUMERS, LOTS OF IPOD USERS

11   PURCHASED ITUNES SONGS FROM THE ITUNES MUSIC STORE AND THAT

12   NUMBER WAS INCREASING OVER TIME.

13       NOW, PROFESSOR NOLL TESTIFIED THAT WHAT'S IMPORTANT IS THE

14   QUALITY OF YOUR REGRESSION, AND HE TALKED A LOT ABOUT THAT.

15   HIS REGRESSION WAS VERY, VERY GOOD AT PREDICTING PRICES.  YOU

16   SAW THE R SQUARE, AND THERE'S BEEN SOME DISCUSSION ABOUT THE

17   R SQUARE IN THE REGRESSION.

18         **THE COURT:**  YEAH, THE DISCUSSION IS IN PART -- WELL,

19   I -- HOW ANYONE COULD TELL ME THAT THEY ARE 98 PERCENT CERTAIN

20   THAT THEY ARE RIGHT IN SOMETHING THAT IS SUCH AN ART ACTUALLY

21   STRAINS CREDULITY.

22         **MS. SWEENEY:**  WELL, YOUR HONOR, I -- I DISAGREE.

23   THERE WAS AMPLE REASON TO -- FOR PROFESSOR NOLL TO CONCLUDE

24   THAT HIS MODEL WAS VERY RELIABLE.  AND THE REASONS THAT IT WAS

25   RELIABLE WERE THE CARE THAT HE TOOK IN CREATING THE MODEL.  HE

 1    RAN IT THROUGH A NUMBER OF DIFFERENT SPECIFICATIONS.  HE DID

 2    SEVERAL DIFFERENT SPECIFICATIONS OF HIS REGRESSION ANALYSIS.

 3    AND HE CONCLUDED THAT THE ONE THAT WAS ULTIMATELY SUBMITTED,

 4    THE ONE THAT'S IN EVIDENCE, THE PREFERRED REGRESSION, IS

 5    HIGHLY RELIABLE.  AND R SQUARED IS A WELL-ACCEPTED ECONOMIC

 6    TOOL TO ASSESS THE RELIABILITY OF A REGRESSION MODEL.

 7        PROFESSOR NOLL'S REGRESSION ANALYSIS SHOWED THAT THE

 8    IMPACT OF 7.0 WAS TO INCREASE PRICES BY 2.38 PERCENT FOR THE

 9    RESELLER PORTION OF THE CLASS AND 7.45 PERCENT FOR THE

10    CONSUMER PORTION OF THE CLASS.

11        THAT -- THAT KIND OF EVIDENCE IS MORE PRECISE THAN ANY

12    EVIDENCE YOU COULD -- THAT IS IN THE RECORD THAT IS

13    AVAILABLE --

14            THE COURT:  BUT HE STILL --

15                  (SIMULTANEOUS COLLOQUY.)

16            THE COURT:  HE STILL MAKES AN ASSUMPTION.  AND

17    THAT'S -- AND THAT'S WHERE YOUR ARGUMENT IS STILL LACKING.

18    AND TO THE EXTENT THAT YOU CAN ASSIST, IT WOULD BE HELPFUL.

19    THAT IS, THE MODEL IS WHAT THE MODEL IS.  BUT LET'S SAY THERE

20    WAS A DOCUMENT THAT -- AND THERE ISN'T -- BUT LET'S SAY THERE

21    WAS A DOCUMENT THAT A CONSUMER ANALYSIS HAPPENED, AND THE

22    ANALYSIS WAS THAT REALLY THE DRIVING FACTOR FOR PRICE FOR

23    CONSUMERS IS BATTERY LIFE.

24        SO YOU TAKE HIS MODEL AND YOU -- INSTEAD OF CALLING IT

25    7.0, YOU CALL IT BATTERY LIFE.  THEN HE WOULD BE 98 PERCENT

1    SURE THAT BATTERY LIFE WAS THE DRIVING CAUSE OF THE PRICE.

2        SO I'M STILL STRUGGLING TO UNDERSTAND HOW HE MAKES HIS

3    ASSUMPTION THAT THE VARIABLE THAT IS DRIVING HIS ANALYSIS IS

4    7.0 AND NOT SOMETHING ELSE.

5        **MS. SWEENEY:**  PROFESSOR NOLL CONDUCTED HIS ANALYSIS,

6    THE REGRESSION PART OF THE ANALYSIS, IN TWO STEPS.

7        FIRST, HE LOOKED AT ALL THE POSSIBLE VARIABLES THAT COULD

8    HAVE AN IMPACT ON PRICE.  HE -- FOR EXAMPLE, COST IS SURE TO

9    HAVE A BIG IMPACT ON THE PRICE.  MEMORY CAPACITY.  TIME, TIME

10   IS ONE OF THE VARIABLES IN PROFESSOR NOLL'S REGRESSION.  AND

11   THE TIME TREND TAKES ACCOUNT OF THE CHANGES OVER TIME, THE

12   IMPROVEMENTS IN -- IN MEMORY CAPACITY, THE IMPROVEMENTS IN

13   BATTERY LIFE, THE IMPROVEMENTS AND -- AND CAPACITY INCLUDES A

14   WHOLE BUNDLE OF FEATURES BECAUSE AS THE COMPUTING CAPACITY

15   INCREASES OVER TIME, SO DOES THE ABILITY OF THE PRODUCT TO DO

16   MORE AND MORE FUNCTIONS.  SO THAT'S AN IMPORTANT VARIABLE.

17       HE ALSO TOOK INTO ACCOUNT THE CLASS OF EACH MODEL, SO IN

18   OTHER WORDS, A TOUCH HAS A WHOLE BUNDLE OF CHARACTERISTICS, A

19   NANO HAS A WHOLE BUNDLE OF CHARACTERISTICS.  AND HE LOOKED --

20   HE PLOTTED WITH ALL THESE VARIABLES OVER A VERY SIGNIFICANT

21   PERIOD OF TIME, FROM THE BEGINNING OF THE IPOD AND PAST THE

22   CLASS PERIOD.

23       AND HE -- SO THE FIRST STEP WAS HE TOOK ALL THESE

24   VARIABLES, HE PUT THEM IN THE REGRESSION, AND THEN HE ASKED

25   HOW CLOSELY DO MY PREDICTIONS OF PRICE, HOW CLOSELY DO THOSE

1    PREDICTIONS MATCH THE ACTUAL PRICES DURING THAT TIME PERIOD.

2    AND THAT, YOUR HONOR, IS THE R SQUARED.

3        SO AFTER CONDUCTING SEVERAL DIFFERENT SPECIFICATIONS OF

4    HIS MODEL, HE CONCLUDED THAT IT WAS A VERY ACCURATE PREDICTION

5    OF PRICE.  OKAY?  THAT'S THE FIRST STEP.

6        AND THEN THE SECOND STEP IS YOU HAVE TO LOOK AT -- YOU

7    HAVE TO LOOK AT WHAT EVENTS MIGHT BE OCCURRING IN THE

8    MARKETPLACE THAT WOULD HAVE HAD AN IMPACT ON PRICE.  OKAY.

9        AND SO THAT'S WHY HE DIDN'T JUST SAY, OH, 7.0, THAT MUST

10   BE THE EVENT THAT'S IMPACTING PRICE.  NO.  HE LOOKED AT OTHER

11   EVENTS IN THE MARKETPLACE THAT MIGHT HAVE HAD AN IMPACT ON

12   PRICE.

13       FOR EXAMPLE, HE -- HE ASKED WHAT HAPPENED WHEN HARMONY WAS

14   RELEASED IN JULY OF 2004.  AND HE FOUND, LOOKING AT THE

15   COEFFICIENT, THAT THAT HAD AN IMPACT ON PRICE.  BECAUSE IT

16   REDUCED LOCK-IN, IT CAUSED APPLE TO REDUCE ITS PRICES.

17       AND, REMEMBER, THERE WAS A LOT OF EVIDENCE IN THIS CASE

18   ABOUT WHAT HAPPENED TO SALES AT APPLE'S ITUNES MUSIC STORE

19   DURING THAT TIME PERIOD.  THEY TOOK A HIT IN THEIR MARKET

20   SHARE, A SIGNIFICANT HIT IN THEIR MARKET SHARE, WHEN REAL HAD

21   ESTABLISHED COMPATIBILITY WITH HARMONY AND ALSO HAD A SALE,

22   SOLD SONGS AT MUCH CHEAPER PRICE THAN APPLE.  THAT HAD AN

23   IMPACT.

24       NOW, APPLE TRIES TO PRETEND REAL WASN'T A REAL COMPETITOR,

25   BUT THEY ARE ALL OVER THE DOCUMENTS IN TERMS OF APPLE IS

1    CONSTANTLY MONITORING WHAT REAL IS DOING, AND THEY LOOKED

2    CLOSELY AT WHAT HAPPENED TO REAL'S MARKET SHARE DURING THAT

3    TIME PERIOD.  SO THAT'S ONE OF THE INDICATOR VARIABLES IN

4    PROFESSOR NOLL'S ANALYSIS.

5         ANOTHER INDICATOR VARIABLE IS WHAT HAPPENED WHEN 4.7 CAME

6    OUT, WHAT HAPPENED WHEN APPLE BLOCKED THE COMPATIBILITY

7    CREATED BY HARMONY IN OCTOBER 2004.  AND AS EXPECTED, THAT HAD

8    AN IMPACT ON PRICE.  THAT ALLOWED APPLE TO INCREASE ITS PRICE.

9         SO THESE EVENTS TOOK PLACE IN THE -- SO HE'S -- HE'S

10   APPLYING THESE EVENTS TO THE TIME LINE -- THANK YOU -- AFTER

11   HE'S ALREADY CONCLUDED THAT THE VARIABLES THAT ARE IN HIS

12   REGRESSION ARE VERY, VERY GOOD PREDICTORS OF PRICE, AND THAT'S

13   THE R SQUARED.  THAT'S THE 98 PERCENT, ALMOST 99 PERCENT

14   R SQUARED.

15        AND WE SHOWED YOU THOSE CHARTS.  AND THE JURY SAW THESE

16   CHARTS.  AND THESE ARE PART OF THE EVIDENCE.  THE CHARTS THAT

17   SHOW THE SCATTER PLOT OF DATA POINTS.  VERY CLOSE FIT BETWEEN

18   ACTUAL PRICE AND PREDICTED PRICE.  THAT'S IMPORTANT.

19        SO IN STEP TWO, THEN, HE LOOKED AT THESE EVENTS THAT

20   HAPPENED IN THE MARKETPLACE.  THE IMPORTANT EVENT FOR THIS

21   CASE, OF COURSE, IS 7.0.  AND WHEN APPLE ISSUED 7.0 AND

22   BLOCKED THE COMPATIBILITY THAT WAS CREATED BY HARMONY AND

23   BLOCKED THE COMPATIBILITY THAT WOULD HAVE BEEN CREATED BY

24   NAVIO IF NAVIO HAD BEEN PERMITTED TO GO TO MARKET, THAT HAD AN

25   IMPACT ON PRICE.  AND APPLE WAS ABLE TO INCREASE ITS PRICES AS

```
 1    A RESULT OF THE BLOCKING OF COMPETITION.

 2                  (PAUSE IN THE PROCEEDINGS.)

 3           MS. SWEENEY:  AND YOUR HONOR ASKED ABOUT, YOU KNOW,

 4    WELL, IT DOESN'T MATTER HOW MANY CONSUMERS ARE LOCKED IN.  AND

 5    PROFESSOR NOLL ADDRESSED THAT QUESTION.  THAT WAS ONE OF THE

 6    QUESTIONS FROM THE JURORS.

 7        HE -- HE SAID, AND OF COURSE IT'S TRUE, SOME CONSUMERS

 8    WEREN'T LOCKED IN AT ALL AND SOME CONSUMERS WERE VERY LOCKED

 9    IN, AND THERE'S A CONTINUUM.  AND THIS IS THE TRIAL TRANSCRIPT

10    PAGES 1397 THROUGH 1398.

11        OF COURSE IT'S A CONTINUUM.  SOME CONSUMERS ARE VERY

12    LOCKED IN, SOME CONSUMERS ARE NOT LOCKED IN AT ALL, AND

13    THERE'S A WHOLE RANGE IN BETWEEN.

14        WELL, HOW MANY DOES IT TAKE TO HAVE AN IMPACT ON PRICE?

15    HOW DO YOU FIND THAT OUT?  THROUGH THE REGRESSION ANALYSIS.

16    AND THAT ANALYSIS, IF YOU'VE DONE IT CORRECTLY -- AND

17    PROFESSOR NOLL DID IT CORRECTLY BY PUTTING ALL THE RIGHT

18    VARIABLES IN HIS ANALYSIS -- IF YOU'VE DONE IT CORRECTLY, THAT

19    WILL SHOW YOU IF IT HAD AN IMPACT ON PRICE.

20        AND PROFESSOR NOLL SAID, LOOK, IT'S AN EMPIRICAL MATTER.

21    IT'S AN EMPIRICAL MATTER.  DID IT HAVE AN IMPACT?  AND HE

22    CONCLUDED BASED ON HIS VAST EXPERIENCE, BASED ON A VERY

23    CAREFUL, THOROUGH REGRESSION ANALYSIS THAT IT DID HAVE AN

24    IMPACT ON PRICE.

25           THE COURT:  ANYTHING ELSE?
```

1      **MS. SWEENEY:**  I -- THINK I NEED TO RESPOND TO

2   MR. ISAACSON'S ARGUMENT ABOUT *TRINKO*.

3      I'M NOT SURE WHY APPLE BROUGHT UP *TRINKO* AGAIN.  THE CASE

4   MANY YEARS AGO HAD A REFUSAL-TO-DEAL KIND OF CLAIM IN IT.  IT

5   DOESN'T ANY LONGER.  IT'S COMPLETELY ABOUT WHETHER APPLE

6   CHANGED ITS PRODUCT IN SUCH A WAY AS TO -- WITH NO BENEFIT TO

7   CONSUMERS AND WHETHER THAT IMPACTED COMPETITION.

8      SO RELIANCE ON *TRINKO* IS COMPLETELY IRRELEVANT.  AND IT

9   IGNORES ESTABLISHED PRECEDENT IN THIS CIRCUIT, THE *ALLIED*

10  *ORTHOPEDIC* CASE.

11      MR. ISAACSON CITES TO *NOVELL*, BUT, A, THAT'S A TENTH

12  CIRCUIT CASE, AND, B, THAT WAS CLEARLY A REFUSAL-TO-DEAL CASE.

13  THAT WAS A CASE WHERE THERE HAD BEEN A PREEXISTING

14  RELATIONSHIP BETWEEN THE PARTIES, AND THAT WAS HOW THE -- THE

15  CLAIM WAS FRAMED IN THAT CASE.  THAT IS NOT A PRODUCT DESIGN

16  CASE.

17      SO TO SAY AT THIS JUNCTURE THAT *TRINKO* HAS ANY RELEVANCE

18  SIMPLY IGNORES THE WAY THE CASE HAS EVOLVED THROUGH JUDGE

19  WARE'S ORDERS AND YOUR HONOR'S ORDERS.  IT IGNORES THE

20  EVIDENCE THAT'S GONE IN IN THIS CASE.  ALL OF THE EVIDENCE

21  THAT'S GONE IN HAS GONE INTO THE QUESTION OF PRODUCT DESIGN

22  CHANGE.  WAS IT A GENUINE PRODUCT IMPROVEMENT?  DID IT PROVIDE

23  BENEFITS TO CONSUMERS?  THERE HAS BEEN NO EVIDENCE AS

24  PLAINTIFFS HAVE NOT INTRODUCED ANY EVIDENCE SUGGESTING THAT

25  APPLE HAD AN OBLIGATION TO WORK WITH REAL TO MAKE ITS PRODUCTS

1    WORK TOGETHER.  THAT HAS NOT BEEN PART OF THE CASE THAT

2    PLAINTIFFS HAVE PUT ON.  SO IT'S COMPLETELY IRRELEVANT AND

3    IT'S AGAINST THE ESTABLISHED PRECEDENT IN THIS CIRCUIT FOR

4    MR. ISAACSON TO SAY THAT YOU HAVE TO LOOK AT *NOVELL*.  *NOVELL*

5    DOES NOT APPLY HERE.

6          **THE COURT:**  IS SOMEBODY GOING TO ADDRESS THIS ALLEGED

7    CONSPIRACY WITH AMAZON?

8          **MR. COUGHLIN:**  I AM, YOUR HONOR.

9        YOUR HONOR, I'M SORRY IF I'VE LOST YOUR TRUST.  SO I'LL

10   TRY TO EXPLAIN WHAT I DID AND WHY I DID IT AND ON WHAT BASIS.

11       IN THE COMPLAINT THAT WE FILED FIVE YEARS AGO, AMAZON IS A

12   PART OF THIS CASE BECAUSE THEY'RE IN THE MARKET AND BIG THINGS

13   ARE HAPPENING.  IF WE TAKE A LOOK AT -- AND I'M GOING TO TAKE

14   A LOOK AT A FEW EXHIBITS TO DO THIS, IF I MIGHT.

15       IF WE TAKE A LOOK AT EXHIBIT 2354.

16                (EXHIBIT PUBLISHED.)

17         **MR. COUGHLIN:**  AND LET ME STEP BACK A MINUTE FROM

18   THE -- FROM THE EXHIBIT 2354.

19       IN THIS CASE, APPLE CAME FORWARD, AND THEY HAVE POSITED

20   TWO REASONS FOR DOING WHAT THEY DID WITH THE KVC AND THEN THE

21   DVC.  THE FIRST REASON, AS THE KVC WE KNOW, THEY SAY THERE'S

22   POSSIBLE CORRUPTION COMING IN FROM REAL AND COMPETITORS LIKE

23   THAT AND THEY WERE GOING TO SHUT IT OFF.

24       SO OF COURSE WHEN WE TALK ABOUT WHETHER THERE WAS A

25   PRODUCT IMPROVEMENT, WE GET TO LOOK AT WHAT WAS GOING ON IN

```
 1    THE MARKET AT THAT TIME.

 2        ALLIED ORTHOPEDIC SAYS THAT THE INITIAL INTENT OF THE

 3    CREATORS OR INVENTORS OF THE, QUOTE, PRODUCT IMPROVEMENT, THAT

 4    THAT'S AT ISSUE TO SEE IF IT REALLY IS OR THEY CONSIDER IT A

 5    PRODUCT IMPROVEMENT AS THEY IMPLEMENTED IT.

 6        SO WHAT WAS HAPPENING IN THE MARKET WAS AT ISSUE.  AND

 7    THAT'S WHY YOU HEARD DR. KELLY TAKE A LOOK AT WHAT WAS GOING

 8    ON WITH HACKERS, AND THEY LIKENED REAL TO A HACKER.  SO ALL OF

 9    THAT INFORMATION CAME IN THROUGH THEIR TECHNICAL EXPERT,

10    DR. KELLY.

11        THEN WE MOVE TO THE DVC.  IN THE DVC, WE SAW THAT THEIR

12    EXPERT SAID THERE'S CORRUPTION COMING INTO THE MARKET --

13    COMING INTO -- POTENTIALLY COMING ONTO ITUNES AND THEN INTO

14    THE IPOD.  AND WHO DO THEY POINT TO?  THEY POINTED TO

15    THIRD-PARTY PLAYERS PLAYING DRM-FREE SONGS.  OKAY?  AND THEY

16    WERE PEOPLE LIKE BANSHEE, MEDIA CENTER, AND THINGS LIKE THAT.

17    THEY WERE SMALL PLAYERS.

18        AT THAT TIME, AS WE MOVED INTO 7.0, AT THAT TIME THERE WAS

19    NOT A BIG -- THERE WAS NOT AVAILABILITY, A LARGE ENOUGH

20    AVAILABILITY, TO MAKE THOSE SMALLER PLAYERS REAL COMPETITIVE

21    THREATS.  AND CERTAINLY WE ARGUE, AND INTEND TO ARGUE, THAT

22    THERE WAS NOT ENOUGH CORRUPTION BEING INTRODUCED INTO THE

23    SYSTEM BY THOSE PLAYERS.  OKAY?

24        THIS CHANGES AS WE GO IN TO THE 7.0.  IF WE TAKE A LOOK AT

25    THIS EXHIBIT HERE, 2354 -- AND I WANT TO SAY SOMETHING, YOUR
```

1    HONOR, THIS ISSUE ABOUT AMAZON, THERE ARE FOUR EXHIBITS TO MY

2    KNOWLEDGE THAT MENTION AMAZON IN THIS CASE.  THREE OF THEM ARE

3    FROM THE DEFENDANTS.  THEY INTENDED TO WALK IN HERE, AND HAVE,

4    AND PUT AMAZON FRONT AND CENTER THAT THEY ARE WORKING WITH

5    OTHERS AND OTHER PEOPLE CAN DOWNLOAD THEIR SONGS RIGHT ONTO

6    ITUNES.  THAT'S WHAT THEY ARGUED IN OPENING ARGUMENT.  THAT'S

7    WHAT THEY SHOWED, AND THEN THEY SHOWED THE IPOD AS NUMBER ONE.

8        IF WE TAKE A LOOK AT BEFORE THE DVC WAS DEVELOPED AND WE

9    TAKE A LOOK AT THE LAST LINE HERE, JUST ABOVE THE DIGITAL

10   JUKEBOXES WHICH WE'LL TAKE A LOOK AT IN A SECOND.  THIS LAST

11   LINE HERE, THE SERVICE.

12                     (EXHIBIT PUBLISHED.)

13       **MR. COUGHLIN:**  "THIS SERVICE POSES A SIGNIFICANT

14   THREAT TO IPOD AND ITUNES WHEN COMPARING OUR CUSTOMERS' BASE

15   TO AMAZON'S 55 MILLION ACTIVE CUSTOMERS."

16       AND WHY IS THAT?  IT'S BECAUSE AMAZON WAS GOING TO HAVE A

17   FULL MUSIC SERVICE.  IF WE TAKE A LOOK AT THE PARAGRAPH ABOVE.

18   WHAT'S UNIQUE ABOUT THIS SERVICE IS THAT IT WILL OFFER

19   AMAZON'S BRANDED DIGITAL PLAYER.  OKAY?  THEY WERE GOING TO BE

20   A DIRECT COMPETITOR WITH A 55 MILLION, YOU KNOW, EMBEDDED

21   BASE.  OKAY?

22       WHAT'S THE NEXT THING WE SEE?  THE NEXT THING WE SEE IS

23   THE DEVELOPMENT BY ROD SCHULTZ WITHIN WEEKS OF THIS DOCUMENT

24   AND THE IDENTIFICATION OF AMAZON AS A SIGNIFICANT THREAT, WE

25   SEE THE DEVELOPMENT OF THE DVC.  ALL THESE YEARS, THOSE

```
 1        SMALLER PLAYERS THAT DR. KELLY SAID WERE INTRODUCING

 2        CORRUPTION, THEY WEREN'T THE PROBLEM.

 3            IF WE GO TO DOCUMENT 461, PLEASE.

 4                    (EXHIBIT PUBLISHED.)

 5            MR. COUGHLIN:  AND WE GO DOWN, THIS IS A DOCUMENT --

 6        LET'S GO TO THE DATE FIRST.  THIS IS A DOCUMENT DATED

 7        AUGUST 22ND, 2007.

 8            THIS IS JUST WEEKS BEFORE THE SWITCH ON THE DVC GOES ON.

 9        OKAY?  SO LET'S GO DOWN TO THE MIDDLE OF THE PAGE.

10            AMAZON.  IF WE COULD DO THIS PARAGRAPH RIGHT HERE, AND

11        PULL IT OUT AS BEST WE CAN.

12                    (EXHIBIT PUBLISHED.)

13            MR. COUGHLIN:  THREE WEEKS BEFORE THE DVC IS SWITCHED

14        ON, "AMAZON IS STILL THE ONE TO WATCH."  OKAY?  "THEY ARE

15        SMART TO HOLD OFF UNTIL THEY THINK THEY'VE GOT IT RIGHT."

16        OKAY?

17            BUT THIS IS THE MOST IMPORTANT THING.  THIS IS APPLE

18        GETTING NOTICE OR PROVIDING NOTICE INTERNALLY OF WHAT AMAZON

19        IS ABOUT TO DO.

20            "THE LATEST RUMORS HAVE THEM LAUNCHING IN NOVEMBER WITH

21        SOME KIND OF OEM JUKEBOX...."  THAT'S A THIRD-PARTY PLAYER.

22        OKAY?  WITH THAT PLAYER, WITHOUT THE DVC TURNED ON, THAT

23        AMAZON BASE CAN PLAY ON THE IPOD.  OKAY?

24            THOSE ARE THE FACTS THAT ARE IN TRIAL HERE.  THIS IS AN

25        EXHIBIT THAT'S IN -- IN THIS CASE.  OKAY?
```

1          IF WE GO TO THE BACK OF THAT DOCUMENT, PAGE 4 -- OR 3.  IF

2     WE GO TO THE TOP.

3                        (EXHIBIT PUBLISHED.)

4          **MR. COUGHLIN:**  LET'S TAKE A LOOK AT WHAT'S HAPPENING.

5     THIS IS A DOCUMENT THAT'S IN EVIDENCE.  OKAY?

6          AND HERE WE ARE BACK WITH REAL.  BETTER COMPETITORS ARE

7     COMING INTO THE MARKET.  "ALL OF REAL'S DRM-FREE EFFORTS

8     (INCLUDING THE UNIVERSAL DRM-FREE TRIAL LAUNCH TODAY)...."

9     THAT'S A LAUNCH ON AUGUST 22ND, 2007.  OKAY?

10         NOW, THAT'S A CONTENT PROVIDER, UNIVERSAL.  OKAY?  AND

11    THEY'RE TEAMED UP WITH REAL SO THAT THEY CAN PLAY ON THE

12    NUMBER ONE PORTABLE DEVICE, OKAY?  AND THEY CAN PUT THEIR

13    SONGS IN IT.

14         SO I DIDN'T MAKE THIS UP OUT OF WHOLE CLOTH.  THESE ARE IN

15    THE DOCUMENTS.  AMAZON IS THE BIGGEST THREAT, AND UNIVERSAL

16    TEAMING WITH REAL, THAT'S A POTENTIAL THREAT, TOO.  THAT'S THE

17    PLAYER MARKET.  THAT'S THE MARKET THAT THEY IDENTIFIED, THEIR

18    TECHNICAL EXPERT IDENTIFIED.

19         AND NOW LET'S GO TO THREE WEEKS LATER, IF WE COULD.  I

20    THINK IT'S DOCUMENT 23 -- I THINK IT'S DOCUMENT 2305.

21                        (EXHIBIT PUBLISHED.)

22         **MR. COUGHLIN:**  2505.  SORRY.  2505.

23                        (EXHIBIT PUBLISHED.)

24         **MR. COUGHLIN:**  THIS IS THREE WEEKS LATER.  IF WE GO

25    DOWN TO THE MIDDLE.  IT'S DATED SEPTEMBER 25TH, 2007.  MAYBE

```
 1    ALMOST FOUR WEEKS LATER.

 2        IF WE GO DOWN TO AMAZON'S MP3, DOWN IN THE MIDDLE OF THE

 3    PAGE, LET'S HIGHLIGHT THAT.

 4                    (EXHIBIT PUBLISHED.)

 5        MR. COUGHLIN:  LESS THAN THREE WEEKS LATER, HERE'S

 6    WHAT AMAZON COMES OUT WITH.  OKAY?  THEY WENT FROM A

 7    SIGNIFICANT THREAT, A HIGH THREAT TO ITUNES, "AMAZON MP3 IS

 8    WEB-BASED AND OFFERS A LIGHTWEIGHT DOWNLOAD MANAGER

 9    APPLICATION...," IT'S DIFFERENT, IT'S DIFFERENT, "THAT

10    PURCHASED DIRECTLY TO THE ITUNES LIBRARY OR WINDOWS MEDIA

11    PLAYER."

12        THOSE -- THAT'S A DIFFERENCE THAT HAPPENED IN THREE WEEKS.

13    THE SWITCH IS THEN TURNED ON.  OKAY?  ALL THE 17 THIRD-PARTY

14    PLAYERS THAT THEY IDENTIFY HERE ARE OFF THE IPOD.  OKAY?

15    AMAZON IS DOWNLOAD DIRECTLY NOW.  I GET TO SAY THAT THAT'S AN

16    AGREEMENT.  OKAY?  I DIDN'T SAY THEY ENTERED INTO A CONSPIRACY

17    OR ANYTHING LIKE THAT.  BUT THAT'S AN AGREEMENT.  AND THAT'S A

18    CHANGE.

19        AND WE HAVE UNIVERSAL AND REAL COMING OUT, OKAY, WITH --

20    WITH THEIR OWN, LET'S SAY, DRM-FREE SYSTEM THAT COULD HAVE,

21    BEFORE THAT SWITCH IS THROWN, PLAYED HERE.  BUT AN AGREEMENT

22    IS REACHED WITH AMAZON SO THAT AMAZON DOES NOT COME OUT AND

23    COMPETE.

24        THAT IS WHAT IS GOING ON HERE, AND -- AND THESE -- THIS IS

25    THE EVIDENCE IN, FOR THE MOST PART, THAT THEY PUT IN.  THEY
```

1    TALKED ABOUT THE IPOD BEING NUMBER ONE ON AMAZON'S SITE.  I

2    GET TO EXPLORE THE INFERENCES FROM THAT.  AND, YOUR HONOR, I

3    DON'T THINK, WITH ALL DUE RESPECT, YOUR HONOR, I DON'T THINK I

4    TOOK IT TOO FAR BECAUSE WHEN -- YOU'RE RIGHT, I GOT INTO THIS

5    CASE IN SEPTEMBER.  AND WHEN I LOOKED AT WHAT THEY WERE DOING

6    TO THE THIRD-PARTY PLAYERS, YOU WONDER:  WHAT ARE THEY DOING?

7    WHAT'S GOING ON HERE?  THESE PEOPLE, MEDIA CENTER, FROM

8    JRIVER, HAD BEEN PLAYING ON THE IPOD FROM DAY ONE.  OKAY?  SO

9    I REACHED OUT TO THEIR CEO AND SAID, "WHAT HAPPENED HERE?"

10   HE SAID, WELL, THEY SWITCHED ON THAT SWITCH, AND WE COULD

11   NO LONGER GO FORWARD ON THE IPODS.  OUR REVENUE WENT FROM

12   2.1 MILLION TO 1.1 MILLION.  IT GOT CUT IN HALF.

13   WAS MEDIA CENTER AT THAT TIME NECESSARILY A REAL THREAT?

14   NO.  BUT THEY WERE GOING TO BECOME A REAL THREAT.  WHY?

15   BECAUSE DURING THIS TIME PERIOD, MORE DRM-FREE SONGS BEING

16   RELEASED BY THE CONTENT PROVIDERS.  OKAY?

17   NOW, THE IMMEDIATE THREAT OR THE BIGGEST THREAT WAS

18   SOMEBODY LIKE AN AMAZON WITH A $55 MILLION -- 55 MILLION

19   CUSTOMER EMBEDDED BASE.

20   THREE WEEKS BEFORE THEY COME OUT WITH THEIR MUSIC SYSTEM,

21   EVERYBODY EXPECTS THEM STILL TO HAVE A JUKEBOX.  OKAY?  AND

22   PUT THEIR SONGS ONTO THE IPOD, SELL IT RIGHT ON THROUGH.  NOW,

23   THEIR -- THEY'RE TUNING INTO ITUNES.  OKAY?

24   WHEN THEY ATTACK THE THIRD-PARTY PLAYERS, I GET TO PUT

25   INTO THE RECORD WHO THE THIRD-PARTY PLAYERS ARE AT THAT TIME.

```
1    AND AT THE TIME THAT THIS WAS HAPPENING AND DVC WAS TURNED ON,

2    AMAZON WAS GOING TO BE THE BIGGEST THIRD-PARTY PLAYER.  AND

3    YOU SAW OTHER COMPETITORS LIKE REAL JOINING UP WITH UNIVERSAL.

4    THOSE ARE FACTS THAT ARE IN THIS RECORD.

5        I HAVEN'T GONE FURTHER AND MADE FURTHER ARGUMENTS ABOUT

6    ANOTHER ANTITRUST CONSPIRACY, DIVIDING THEM UP TO MARKET

7    BETWEEN WINDOWS MEDIA PLAYER OR MICROSOFT, APPLE, AND AMAZON.

8    I HAVEN'T MADE THOSE ARGUMENTS.  I SAID THEY REACHED AN

9    AGREEMENT.  OKAY?  AND I HAVE A RIGHT TO MAKE THAT

10   AGREEMENT -- MAKE THAT STATEMENT AND MAKE THAT CONNECTION OFF

11   OF EVIDENCE THAT'S COMING IN THROUGH THEIR DOCUMENTS, THROUGH

12   THEIR WITNESSES.

13       AND SO YOUR HONOR, I DON'T THINK I TOOK IT TOO FAR.  I

14   REALLY DON'T.  NOT IN A CASE AS SERIOUS AS THIS ABOUT WHAT'S

15   HAPPENING IN A COMPETITIVE MARKET WHEN YOU SEE A SWITCH LIKE

16   THAT, THAT QUICK OR THAT -- IN THAT SHORT A TIME FRAME.  OKAY?

17   THAT'S WHAT HAPPENED IN THIS CASE.

18       ALL THIS STUFF ABOUT HACKERS VERSUS REAL IS A SMOKE

19   SCREEN.  AND I GET TO SHOW THAT THAT'S WHAT HAPPENED HERE.

20   THEY WANTED TO GET RID OF REAL BECAUSE THEY HAD DRM SONGS.

21   NAVIO WAS COMING UP, ANOTHER COMPETITOR.  OKAY?  AND THEY WERE

22   GOING TO LICENSE THAT STUFF OUT TO OTHER PEOPLE SO IT WASN'T

23   GOING TO JUST BE NAVIO, WHO DIDN'T HAVE A MUSIC STORE PER SE

24   LIKE REAL.  AND WHAT IF REAL STARTED LICENSING IT OUT?  AND

25   THAT'S WHAT'S HAPPENING IN THE DRM MARKET.  OKAY?
```

 1        SO THEY PUT IT AT ISSUE.  THEY SAID, HEY, THEY PUT REAL

 2    RIGHT ON THE SLIDE WITH A BUNCH OF HACKERS, AND CALLED THEM A

 3    HACKER.  AND I'LL EXPLORE THAT IN THE CLOSING.

 4        AND WHAT THEY WANT TO DO HERE WITH AMAZON IS SAY, OH, NO,

 5    LOOK -- LITERALLY WHAT THEY WANT TO SAY IS, "WE'RE GOOD

 6    CITIZENS.  WE PLAY WELL IN THE PLAY BOX.  LOOK, WE'VE GOT THIS

 7    GOOD PARTNERSHIP WITH AMAZON."  THEY WANTED TO SAY THEY HAD A

 8    GOOD PARTNERSHIP WITH AMAZON, THAT AMAZON HAD PUT THEM NUMBER

 9    ONE, AND I GET TO EXPLORE THE REASONS AND SAY WHY THAT

10    OCCURRED IN THAT SHORT AMOUNT OF PERIOD OF TIME.

11        SO I APOLOGIZE IF I'VE LOST YOUR TRUST.  I DIDN'T WANT TO

12    LOSE YOUR TRUST.  I DON'T WANT TO LOSE YOUR TRUST.  BUT MORE

13    IMPORTANT, ACTUALLY, FOR THE CLASS THAT I REPRESENT IS I HAVE

14    TO BE ABLE TO EXPLORE THAT.  IN THIS CASE, I HAVE TO BE ABLE

15    TO EXPLORE WHAT WAS GOING ON IN THE MARKET WITH AMAZON.  AND

16    THAT GOES TO WHAT THEY DID AND WHY THEY DID IT AT THE TIME.

17        THEY DID THIS DVC RIGHT AFTER THEY SAW WHAT AMAZON WAS

18    PLANNING TO DO.  OKAY?  AND THEN THEY DIDN'T TURN IT ON

19    BECAUSE CORRUPTION FROM THIRD-PARTY PLAYERS WAS NOT A PROBLEM.

20    OKAY?  THEY WAITED UNTIL THE MARKET WAS RIGHT THERE.  IT WAS

21    ALWAYS IN THERE.  THE KVC AND THE DVC WERE A ONE-TWO PUNCH.

22    OKAY?  THEY WERE IN THE 7.0 THAT DR. NOLL ANALYZED.

23        IS IT SEPARATE?  DID WE DO SEPARATE DAMAGES FOR FLIPPED ON

24    THAT SWITCH?  NO, WE DIDN'T.  OKAY?  SO WE WERE CONSERVATIVE

25    IN WHAT DR. NOLL DID.  BUT THAT'S PART OF THE CASE HERE AND

1    THAT'S PART OF THE PRODUCT AT ISSUE HERE.  THEY KNEW THEY

2    WANTED TO KNOCK OUT THE DRM COMPETITORS.  AND THEN THEY KNEW

3    THAT SHORTLY, PEOPLE LIKE AMAZON WERE REALLY GOING TO COME IN

4    WITH THE DRM-FREE.  OKAY?  THAT WAS THE ONLY WAY -- IT'S TRUE.

5    IT'S THE ONLY WAY THAT THE LABELS WERE GOING TO REBUT OR PUSH

6    BACK AGAINST APPLE WHO HAD GAINED SUCH A DOMINANCE IN THE

7    DIGITAL DOWNLOAD MUSIC OF 80 PERCENT AND THE PLAYER AT

8    80 PERCENT.

9        AMAZON COULDN'T COME OUT WITH THEIR DIGITAL STORE IF THEY

10   COULDN'T PLAY ON THE IPOD.  OKAY?  IT'S AS SIMPLE AS THAT.

11   THAT STORE OR THAT SERVICE, OKAY, WAS IN JEOPARDY OF FAILING

12   LIKE OTHERS HAD IF THEY COULDN'T GET THEIR MUSIC TO PLAY ON

13   THE NUMBER ONE DEVICE.  AND THAT'S WHAT THIS IS ABOUT, WAS

14   COMPETITION.  AND APPLE -- APPLE FLIPPED THE SWITCH TO MAKE

15   SURE THAT WOULD HAPPEN AND KNOCKED OUT OTHERS LIKE REAL AND

16   UNIVERSAL THAT WERE COMING UP, OKAY, TO ALLOW AMAZON TO

17   PARTNER WITH THEM.

18       I GET TO SAY THAT THEY REACHED AN AGREEMENT.  THEY DID.

19   THEY HAD TO HAVE.  AND, YOUR HONOR, SO -- I WOULD JUST LIKE TO

20   SAY THAT THAT GOES TO THE HEART OF OUR CASE.  AS *ALLIED*

21   *ORTHOPEDIC* SAYS, EVIDENCE OF AN INNOVATOR'S INITIAL INTENT MAY

22   BE HELPFUL TO THE EXTENT THAT IT SHOWS THAT THE INNOVATOR KNEW

23   ALL ALONG THAT THE NEW DESIGN WAS NO BETTER THAN THE OLD

24   DESIGN AND THUS INTRODUCED THE DESIGN SOLELY TO ELIMINATE

25   COMPETITION.

1      THESE PRODUCT DESIGNS, THE KVC AND DVC, WERE EXTREME.

2   THEY DEGRADED THE USER EXPERIENCE.  FARRUGIA WRITES THAT ABOUT

3   THESE THINGS.  OKAY?  THEY DELETE -- THE KVC DELETES THE

4   KEYBAG.  THAT MEANS SONGS YOU COULD PLAY ONE DAY, YOU CAN'T

5   PLAY THE NEXT.  OKAY?

6      THE DV -- HOW ABOUT THE DATABASE?  IT DELETES ALL OF YOUR

7   FILES, EVERYTHING, IF YOU DON'T RESTORE AND GET EVERYTHING

8   BACK.  OKAY?  IT'S ALL GONE.

9      THESE PRODUCTS ARE SO EXPLOSIVE THAT APPLE RECOGNIZED THEY

10  WOULD DEGRADE THE USER'S EXPERIENCE.  OKAY?  THEY DIDN'T --

11  THEY WEREN'T FOR CORRUPTION.  THEY DIDN'T GO BACK TO THE

12  90 MILLION IPODS THAT WERE OUT THERE -- PROBABLY 40 MILLION

13  WERE OPERATING DUE TO THE BATTERY LIFE AND YOU COULDN'T CHANGE

14  OUT THE BATTERIES -- THEY DIDN'T GO BACK TO FIX CORRUPTION IN

15  THOSE.  WHY?  BECAUSE THEY KNEW THAT IF THEY FLIPPED ON THE

16  SWITCHES FOR THESE AND MADE THEM RETROACTIVE, TALK ABOUT A

17  USER REVOLT AND EXPERIENCE, BUT WHAT THEY DID WAS THEY FLIPPED

18  IT ON GOING FORWARD TO KNOCK OUT COMPETITION ON THEIR LATEST

19  IPODS THAT PEOPLE WERE BUYING.  OKAY?

20     AND THAT'S WHAT THEY DID TO CAPTURE THE MARKET HERE.  AND

21  THOSE ARE THE MARKET FORCES.  AND WE GET TO EXPLORE THOSE JUST

22  AS THEIR TECHNICAL EXPERT EXPLORED THE HACKERS, THE REAL DRM

23  PEOPLE, THE BANSHEES AND MEDIA CENTERS.  WE CAN'T PUT THE

24  AMAZONS AND OTHER THIRD-PARTY PLAYERS -- THEY DON'T WANT US TO

25  TALK ABOUT THOSE, BUT WE GET TO.  THEY CAN'T DEFINE THAT PART

1    OF THE CASE AFTER THEY'VE BROUGHT IT IN AS THE ISSUE.  AND WE

2    GET TO EXPLORE THE INTENT WHEN DECIDING IF IT'S A GENUINE

3    PRODUCT IMPROVEMENT.

4        AND SO THAT'S WHY I BEGAN EXPLORING THE AMAZON ANGLE

5    BECAUSE THEY WERE PUTTING IT IN THE CASE.  THREE OF THE

6    BIGGEST EXHIBITS WERE THEIRS THAT WE JUST LOOKED AT.  THEY

7    WERE GOING TO TALK ABOUT THEIR GREAT PARTNERSHIP.  OKAY?

8    THAT'S GREAT.  THEY CAN DO THAT.  I DIDN'T OBJECT.  OKAY?  BUT

9    IF THEY'RE GOING TO DO THAT, THEN WE GET TO LOOK AT THE FACTS

10   AND CIRCUMSTANCES ABOUT HOW THAT CAME ABOUT, HOW THEY BECAME

11   NUMBER ONE.  AS YOU SAW MR. ROBBIN TALKING TO MS. DUNN, YOU

12   KNOW, FLASHING UP NUMBER ONE HERE, WE'RE THE FIRST DIGITAL

13   PLAYER THAT THEY SHOW.  THAT'S RIGHT.

14       APPLE BECAME ONLY A CLICK AWAY ON THE AMAZON SYSTEM.

15       SO, YOUR HONOR, THAT'S WHAT THE EVIDENCE SHOWS.  THAT'S

16   WHY WE HAVE TO BE ABLE TO ARGUE THAT WHEN WE'RE ARGUING

17   PRODUCT IMPROVEMENT.  IT'S STILL AT ISSUE.  WE CAN'T GO TO

18   THIS JURY -- THEY CAN'T ARGUE CORRUPTION, OKAY, AND NOT LOOK

19   AT THE MARKET.  IN FACT, THEY BROUGHT IN THE MARKET FOR WHY

20   THEY DID IT.  THEY CAN'T ARGUE THOSE THINGS WITHOUT US

21   EXPLORING THEM.

22       WAS THERE CORRUPTION BY THE THIRD-PARTY PLAYERS THAT HAD

23   BEEN PLAYING ON FOR YEARS?  NO.  I DON'T THINK THE EVIDENCE

24   SUPPORT THAT.

25       HE TOOK OFF SOME STUFF FROM THE WEB.  HE PUT IT UP BEFORE,

1    "OH, LOOK, BANSHEE DID THIS AND THIS.  MEDIA CENTER DID THIS,

2    THIS."  THOSE THINGS WEREN'T EVEN ATTACHED TO HIS REPORT.  YOU

3    CAN'T GO TO THOSE WEBSITES NOW AND GET THOSE THINGS.  YOU

4    KNOW, THAT'S LIKE A WHOLE RED HERRING.  IT'S A MISDIRECTION

5    HERE.  OKAY?  WHAT WAS GOING ON WAS THE AMAZONS OF THE WORLD

6    AND OTHER THINGS, AND THESE TWO PRODUCTS WERE CREATED SO THEY

7    COULD KEEP THEM OFF.  OKAY?

8        WHAT'S AMAZING IS THAT THOSE THINGS ARE SO EXTREME THAT

9    APPLE BASICALLY WAS TELLING THE WORLD, "LISTEN, IF YOU -- IF

10   ONE OF OUR CUSTOMERS IS A CUSTOMER OF YOURS AND THEY WANT THE

11   CHOICE TO PUT ON YOUR THIRD-PARTY DIGITAL PLAYER ONTO OUR

12   SYSTEM, WE'RE GOING TO TEACH THEM A LESSON.  WE'RE GOING TO

13   FLIP THAT SWITCH ON AND WE'RE GOING TO ERASE EVERYTHING OUT OF

14   THAT DATABASE, NOT JUST THE SONG FILE, WE'RE GOING TO ERASE

15   EVERYTHING."

16       OH, DR. KELLY SAID YOU CAN STILL SEE THE FILES.  YOU CAN

17   STILL GET SOME OF YOUR OTHER FILES OFF.  YOU CAN'T PLAY MUSIC.

18   HE ACKNOWLEDGED YOU CAN'T PLAY MUSIC.  IT'S LIKE A

19   PAPERWEIGHT.  YOU BUY THE IPOD DURING THAT TIME TO PLAY SONGS.

20   YES, YOU COULD STORE THINGS ON THEM AND OTHER THINGS LIKE

21   THAT, BUT THAT'S NOT WHAT IT WAS.

22       ANY RESPONSIBLE COMPANY LIKE A JRIVER OR A MEDIA CENTER OR

23   REAL, TAKING A LOOK AT THAT SITUATION, SAID, OH, MY GOD, LOOK

24   WHAT JUST HAPPENED TO OUR CUSTOMERS.  OKAY?  OUR CUSTOMERS

25   THAT WERE APPLE CUSTOMERS, TOO.

1    LET ME TAKE AN EXAMPLE.  THEY PUT UP A HELP SHEET, AND

2    THEY SAID, HEY, FROM REAL SAYING HOW TO GO THROUGH THE STEPS.

3    AND THEY SAID, OH, LOOK, YOU HAVE TO GO THROUGH ALL THESE

4    STEPS.  AND DR. KELLY WENT THROUGH EVERY ONE.

5        I SAID, HEY, THAT'S NOT IN HIS REPORT, BUT WE WENT THROUGH

6    EVERY ONE.

7            **THE COURT:**  WE DIDN'T GO THROUGH EVERY ONE,

8    MR. COUGHLIN.

9            **MR. COUGHLIN:**  WENT THROUGH A LOT OF THEM.

10       AND IF YOU LOOK CLOSELY AT THAT DOCUMENT, THE FIRST SIX

11   STEPS TO THE DOCUMENT OUT OF THE SEVEN STEPS HAD TO DO WITH

12   ITUNES.  THAT'S WHY YOU'RE REFERRED TO APPLE CARE BECAUSE THE

13   FIRST SIX STEPS DEAL WITH PUTTING ITUNES ONTO YOUR SYSTEM.

14   AND IT'S THE SEVENTH STEP WHERE YOU'RE DEALING WITH

15   REALNETWORKS AND REALPLAYER.  OKAY?

16       THOSE ARE THE KIND OF ISSUES THAT ARE IN THIS CASE THAT I

17   GET TO EXPLORE WITH THE COMPETITORS AND TO SEE IF THESE WERE

18   REAL PRODUCT IMPROVEMENTS.  AND WE CAN'T PRESENT OUR CASE

19   UNLESS WE CAN PRESENT THAT TYPE OF EVIDENCE OF THE INITIAL

20   INTENT AND WHAT WAS GOING ON THAT DROVE THE INVENTION OF THOSE

21   PRODUCTS.

22           **THE COURT:**  IT'S INTERESTING TO ME AFTER TEN YEARS

23   THAT IF THAT'S THE HEART OF YOUR CASE, IT WASN'T MENTIONED AT

24   ALL IN OPENING.

25       MR. ISAACSON?

1          **MR. ISAACSON:**  WHERE DO YOU WANT ME TO START?

2     DR. NOLL OR AMAZON OR *TRINKO*?

3          **THE COURT:**  WE HAVE TIME.

4          **MR. ISAACSON:**  ALL RIGHT.  LET ME TALK ABOUT

5     DR. NOLL.

6          IT'S ABSOLUTELY FASCINATING TO ME THAT HOW CIRCULAR THIS

7     REGRESSION ANALYSIS HAS BECOME.  IT IS BEING SAID, AS IT WAS

8     SAID ON SUMMARY JUDGMENT, THAT THE REGRESSION ANALYSIS ITSELF

9     IS THE PROOF OF LOCK-IN.  AND YET WHEN YOUR HONOR PUSHES

10    PLAINTIFFS' COUNSEL ON WHAT IS THE BASIS FOR THE ASSUMPTION OF

11    LOCK-IN, THEY SAY WE HAVE EVIDENCE IN THE RECORD, THAT

12    DR. NOLL MADE A VALID ASSUMPTION ABOUT LOCK-IN.

13         THE TRUTH IS THERE IS NOT ONE PIECE OF EVIDENCE OF LOCK-IN

14    IN THIS RECORD ATTRIBUTABLE TO A CONSUMER USING HARMONY WITH

15    THE IPOD WHO THEN WAS UNABLE TO USE HARMONY WITH THE IPOD WHO

16    BOUGHT MORE ITUNES STORE MUSIC AND THAT -- AND BOUGHT LESS

17    REALNETWORKS MUSIC.  IT DOES NOT EXIST.  THERE'S NOT A SINGLE

18    HUMAN BEING THAT HAS TESTIFIED THAT THAT HAPPENED TO THEM,

19    THAT HAS BEEN REFERRED TO IN A DOCUMENT.  THERE'S -- WE DON'T

20    KNOW A SINGLE CONSUMER THAT THIS HAS HAPPENED.

21         LOCK-IN IS A THEORY, AN UTTERLY UNPROVEN THEORY, ASSUMED

22    BY DR. NOLL.  AND IT IS NOW COMPLETELY CIRCULAR.  WHICH IS WHY

23    THIS -- ONE OF SEVERAL REASONS WHY THIS R SQUARED IS SO

24    IRRELEVANT.  BECAUSE YOU ARE ASSUMING THIS, YOU CAN CALL THIS

25    VARIABLE ANYTHING YOU WANT THAT HAPPENED IN SEPTEMBER 2006,

```
 1    AND YOU GET THE SAME RESULT AND THE SAME LEVEL OF CERTAINTY.

 2         NOW, THE OTHER THING THAT'S -- THAT'S REALLY BEING

 3    MISCHARACTERIZED HERE IS THE ARGUMENT THAT DR. NOLL TOOK INTO

 4    ACCOUNT ALL THE VARIABLES THAT HE THOUGHT WAS APPROPRIATE AND

 5    THAT HE DID AN ANALYSIS OF THAT.  HE SAID, "I CANNOT SORT OUT

 6    THE LEGAL CONDUCT FROM THE ILLEGAL CONDUCT -- FROM THE ILLEGAL

 7    CONDUCT."  HE ADMITTED THAT.

 8         HE SAID HE EXCLUDED VARIABLES THAT -- OF OTHER THINGS THAT

 9    HAPPENED IN SEPTEMBER 2006 BECAUSE OF THAT WORD

10    MULTICOLLINEAR, THAT THEY WOULD DESTROY THE ANALYSIS.  SO HE

11    EXCLUDED THEM.  MOVIES AREN'T IN THERE.  SOME IPODS HAVE VIDEO

12    FEATURES.  THAT'S NOT THE SAME THING AS PUTTING MOVIES INTO

13    THE BEFORE-AND-AFTER ANALYSIS OF SEPTEMBER 2006.  AND HE

14    ADMITTED THAT.

15         BECAUSE I SAID, "COULD YOU RENAME THIS VARIABLE TO MOVIE

16    VARIABLE AND GET THE SAME RESULT?"

17         AND HE DIDN'T SAY, "NO, I'VE ALREADY GOT THAT TAKEN INTO

18    ACCOUNT."  HE SAID, "YES, YOU GET THE SAME RESULT."

19         AND IT'S THE WHOLE BASKET OF FEATURES, ALL OF WHICH WERE

20    VALUABLE TO CONSUMERS.  AUTO SYNCING, ALL OF A SUDDEN PEOPLE

21    DON'T HAVE TO MANUALLY DRAG AND CLICK.  ALL THESE DIFFERENT

22    FEATURES.  AND HE SAYS, "I CAN'T SORT OUT THIS."  IT'S JUST AN

23    ASSUMPTION THAT'S HAPPENING.  HE ACTUALLY ADMITTED ALL OF

24    THAT.

25         NOW, ONCE YOU DO THAT, YOU DO NOT HAVE A CASE ANYMORE.
```

 1    NOW, IT'S ALSO TRUE THAT IN LOOKING AT ALL THOSE OTHER THINGS,

 2    HE WAS -- HE WAS FAMILIAR WITH THEM, SORT OF.  I WENT THROUGH

 3    THEM ONE BY ONE, AND HE DIDN'T SAY THAT WAS AN INAPPROPRIATE

 4    VARIABLE.  OKAY?  HE DIDN'T KNOW.  HE'S MAKING -- AND HE'S

 5    MAKING THE ASSUMPTION THAT THOSE WON'T DRIVE CONSUMER DEMAND.

 6    THERE'S NO ANALYSIS FROM THAT -- FROM PROFESSOR NOLL OR

 7    ANYBODY ELSE THAT SOMEHOW THESE THINGS ARE IRRELEVANT TO

 8    CONSUMER DEMAND.

 9        AND THAT'S WHY THE BOTTOM-LINE CONCLUSION IS -- AND THIS

10    WAS HIS, "I CAN'T SORT OUT LEGAL FROM ILLEGAL CONDUCT."  AND

11    THAT ADMISSION IS FATAL.

12        AND ALSO -- SO THIS IS ANOTHER WAY IN WHICH THE R SQUARED

13    IS BEING ABUSED.  BECAUSE WHEN YOU EXCLUDE THE -- THE OTHER --

14    THE LEGAL CONDUCT AND SAY, "IT'S MULTICOLLINEAR, I CAN'T PUT

15    IT IN THERE, IT WILL DESTROY THE MODEL," THEN THE R SQUARED

16    THAT'S PRODUCED BY THE MODEL IS ABSOLUTELY IRRELEVANT.

17    GARBAGE IN, GARBAGE OUT.  THE R SQUARED HAS TO BE THE PRODUCT

18    OF THE RELEVANT VARIABLES.

19        AND IF YOU'RE SAYING, "I CAN'T PUT IN THE RELEVANT

20    VARIABLES BECAUSE THEY DESTROY THE MODEL," THEN YOU DON'T HAVE

21    AN R SQUARED THAT MAKES FUNDAMENTALLY ANY SENSE.  IT'S JUST A

22    PRODUCT OF THE ASSUMPTIONS.

23        THE OTHER ASPECT OF THE R SQUARED IS IT EXPLAINS PRICES

24    THAT HE'S FINDING, BUT HE'S TRYING TO EXPLAIN THE DAMAGES,

25    WHICH IS THE LEFTOVER AFTER THE PRICES.  AND THERE'S NO

1    TESTIMONY OF ANY CERTAINTY WITH RESPECT TO THAT.

2         DR. NOLL DID NOT LOOK AT LOCK-IN IN THE PAST.  HE DIDN'T

3    DO A BEFORE-AND-AFTER ANALYSIS, A REGRESSION ANALYSIS OF JULY

4    2004.  IN FACT, HE TURNED OFF THE JULY 2004 VARIABLE, ANOTHER

5    DEFECT THAT WE THINK, BUT -- THAT OUR EXPERTS TALKED ABOUT.

6    BUT HE TURNED IT OFF AS OF SEPTEMBER 2006.  IT IS ASTOUNDING

7    THAT LOCK-IN IS BEING ARGUED AT THIS POINT.

8         HE SAID -- DR. NOLL SAID, TRANSCRIPT PAGE 1235, BEGINNING

9    I BELIEVE AT LINE 1, "I DO NOT KNOW WHAT FRACTION OF IPOD

10   OWNERS HAD MUSIC FROM REALNETWORKS ON THEIR IPODS.  NO, I

11   DON'T KNOW THAT."

12        OKAY.  COUNSEL IS SAYING THAT DR. NOLL SAID THERE WAS A

13   CONTINUUM.  HE'S MAKING THAT UP.  HE DOESN'T KNOW IF IT'S

14   ZERO, IF THE CONTINUUM IS ZERO TO ZERO.  RIGHT?  IT'S A

15   CONVENIENT PHRASE TO SAY I WOULD EXPECT THERE TO BE A

16   CONTINUUM.  BUT THERE IS NO EVIDENCE OF ANY CONTINUUM OF A

17   LOCK-IN ATTRIBUTABLE TO THE CONDUCT OF BLOCKING HARMONY.

18        RIGHT?  YES, I THINK THERE'S PROBABLY EVIDENCE OF LOCK-IN

19   BECAUSE OF PEOPLE LIKING OUR PRODUCTS.  ALL RIGHT?  BUT THERE

20   IS NO EVIDENCE OF -- OF LOCK-IN ATTRIBUTABLE TO BLOCKING

21   HARMONY AND THAT HAVING AN EFFECT ON THE REALNETWORKS STORE.

22   THE REALNETWORKS STORE MARKET SHARE HAS NOTHING TO DO WITH

23   THAT.  IT DOESN'T GET YOU THERE BECAUSE IT DOESN'T ANSWER THE

24   QUESTION.  WHEN YOU BLOCKED HARMONY, HOW MANY PEOPLE WERE

25   LOCKED IN?  IF THERE'S A REALNETWORKS MUSIC STORE, YOU STILL

1    DON'T KNOW THAT PEOPLE WERE USING HARMONY TO ACCESS THE

2    REALNETWORKS MUSIC STORE.  YOU JUST DON'T KNOW THAT.  AND ZERO

3    EVIDENCE WAS PUT IN ON THAT.

4         I THINK I'VE SAID MY PIECE ON DR. NOLL.  I DON'T THINK HIS

5    ANALYSIS CAN SURVIVE LEGAL SCRUTINY.

6         THE *TRINKO* ARGUMENT.  COUNSEL'S POSITION IS THAT DUTY TO

7    DEAL WAS DECIDED SOME TIME AGO IN THE CASE.  AND IT WAS

8    PARTIALLY.  BUT THE ISSUE THAT IS LEFT IN THE CASE IS ALSO A

9    DUTY-TO-DEAL ISSUE.  THERE'S JUST NO GETTING AROUND THAT.  YOU

10   CAN'T SAY THAT A NEW -- THAT WE HAD A NEW PRODUCT DEVELOPMENT

11   THAT WASN'T GENUINE THAT BLOCKED HARMONY WITHOUT GOING TO THE

12   DUTY-TO-DEAL ISSUE BECAUSE THE ISSUE IS DID WE HAVE A DUTY TO

13   DEAL WITH HARMONY.

14        ASSUMING WE DON'T HAVE A GENUINE PRODUCT IMPROVEMENT,

15   WHICH WE MIGHTILY DISAGREE WITH, BUT ASSUMING THAT, THE

16   ARGUMENT HAS TO BE THAT HARMONY WAS INTEROPERATING WITH OUR

17   SYSTEM, AS THE PLAINTIFFS WOULD CALL IT, THIS

18   REVERSE-ENGINEERED PRODUCT WAS WORKING WITH OUR SYSTEM, AND WE

19   HAD A DUTY TO DEAL WITH THEM, WE HAD TO PERMIT THAT TO

20   CONTINUE.  WE COULDN'T DO TECHNOLOGICAL UPDATES AIMED AT

21   BLOCKING THAT.

22        AND THE LAW FROM *TRINKO* APPLIED IN *NOVELL*, APPLIED IN

23   NINTH CIRCUIT CASE -- IN THE NINTH CIRCUIT CASES WE'VE CITED

24   TO YOU SUCH AS THE -- AS THE *MYSPACE* CASE, THE -- THERE ISN'T

25   ANY CASE THAT DISAGREES WITH THIS.  THERE HAS TO BE A

1   PREEXISTING VOLUNTARY COURSE OF PROFITABLE CONDUCT.  THAT

2   NEVER EXISTED BETWEEN APPLE AND REALNETWORKS OR WITH APPLE AND

3   HARMONY.  IN THE ABSENCE OF THAT, THIS IS NOT AN ANTITRUST

4   CLAIM.

5       FINALLY, AMAZON, WE'VE GONE FROM THE POINT, RESPECTFULLY,

6   OF EXPLORING ISSUES TO MAKING THINGS UP.  AND IT MEANS THAT

7   THE PLAINTIFFS' THEORY HAS GONE SO FAR AFIELD FROM WHAT COULD

8   BE SUPPORTED BY EVIDENCE AND SO FAR AFIELD FROM WHAT HAS

9   HAPPENED BEFORE THAT YOUR HONOR IS APPROPRIATELY CONCERNED

10  ABOUT THE ARGUMENTS THAT ARE BEING MADE.

11      THE -- WELL, FIRST OF ALL, WE DON'T BRING AMAZON UP FIRST.

12  WE GO SECOND.  AMAZON WAS MENTIONED BY PLAINTIFFS IN AN EARLY

13  PRETRIAL CONFERENCE, AND WE TURNED AROUND AND SAID WHAT ARE

14  THEY TALKING ABOUT?

15      AMAZON COULD CLICK THROUGH.  SO WE POINTED THAT OUT, THAT

16  WE WEREN'T TECHNICALLY BLOCKING AMAZON.  THAT'S ALL WE THOUGHT

17  THE AMAZON ISSUE WAS, WERE WE BLOCKING AMAZON SOMEHOW.  WE

18  THOUGHT THERE WAS A TECHNICAL MISUNDERSTANDING OF THAT.

19      NOW, WHAT THEY ARE NOW ARGUING IS THAT IN A THREE-WEEK

20  TIME FRAME, AMAZON SWITCHED A BUSINESS STRATEGY FROM A JUKEBOX

21  SOFTWARE TO A MUSIC STORE WHERE YOU COULD CLICK THROUGH TO THE

22  ITUNES AND THAT THAT WAS THE PRODUCT OF AN AGREEMENT WITH

23  APPLE.  THIS IS A FICTION MADE UP BASED ON THESE DOCUMENTS.

24      FIRST OF ALL, THE WHOLE NOTION THAT AMAZON SWITCHED ITS

25  BUSINESS STRATEGY AND RECONFIGURED ALL OF ITS SOFTWARE IN

```
1    THREE WEEKS HAS NO FOUNDATION IN THE RECORD.  THERE'S NO

2    TESTIMONY FROM AMAZON, NO DOCUMENTS FOR AMAZON, NO EVIDENCE

3    ABOUT WHAT AMAZON IS DOING, NOTHING.  THE ONLY HINT ABOUT

4    AMAZON WAS CONSIDERING BEFORE THAT ARE THESE HEARSAY ARTICLES

5    THAT ARE CIRCULATED AND THAT APPLE'S APPROPRIATELY LOOKING AT

6    AND SAYING, GEE, SOME DAY AMAZON MAY BE A COMPETITIVE THREAT.

7        THE SECOND THING ABOUT THIS IS, IS OF COURSE THERE'S NO

8    EVIDENCE OF AN AGREEMENT, COMMUNICATIONS.  IN FACT, THE

9    EVIDENCE IS WE VIEWED THEM AS A COMPETITIVE THREAT.

10       SO THE IDEA THAT THEY GET TO STAND UP WITHOUT ANY EVIDENCE

11   AND SAY THAT THERE WAS A DEAL OR AN AGREEMENT WITH AMAZON IS

12   SO FUNDAMENTALLY DANGEROUS AND SO LACKING IN THE RECORD THAT

13   I -- YOU KNOW, WE TAKE IT AS A SIGN OF WHAT THIS CASE IS NOW

14   BECOME ABOUT.  WHAT THE -- WHAT THE RECORD SHOWS -- AND THIS

15   IS ALL, OF COURSE, FROM THE DEAD CODE BECOMING ACTIVATED.

16   THIS CASE IS ABOUT 7.0 AT THIS POINT.  AND THEY'RE SAYING THE

17   SWITCH HAPPENED BECAUSE THE DEAD CODE WAS ACTIVATED IN 7.4.

18   ALL OF WHICH HAS NOTHING TO DO WITH DR. NOLL'S THEORY OF THE

19   CASE WHICH WAS ENTIRELY ABOUT BLOCKING HARMONY.

20       IF THIS CASE WAS SO FUNDAMENTALLY ABOUT AMAZON AND

21   THIRD-PARTY PLAYERS, YOU'D THINK THAT WOULD HAVE BEEN PART OF

22   DR. NOLL'S REGRESSION ANALYSIS.

23       SO LOOKING AT THESE DOCUMENTS, ALL YOU SEE IN THESE

24   DOCUMENTS, 2354 IS A WALL STREET JOURNAL ARTICLE THAT'S

25   REFERRED TO AS RUMORS ABOUT A NEW AMAZON HARDWARE DEVICE.
```

1    THAT'S IT.   TURNED OUT THAT'S NOT WHAT THEY DID.   TURNS OUT

2    WHAT THEY DID WAS OPEN A MUSIC STORE WITH A LINK TO ITUNES.

3         AND COUNSEL EVEN SAID THAT HE WANTS TO CALL THIS A GREAT

4    PARTNERSHIP BETWEEN AMAZON AND APPLE BECAUSE THEY WERE A CLICK

5    AWAY.   THERE'S NO EVIDENCE THAT AMAZON AND APPLE WORKED

6    TOGETHER SO THAT THAT CLICK-THROUGH COULD HAPPEN.   IT'S JUST

7    SOMETHING WE DIDN'T BLOCK BECAUSE IT WASN'T -- DIDN'T POSE ANY

8    RISK OF CORRUPTION TO OUR SYSTEM.

9         THE OTHER THING ABOUT THIS ARTICLE IS IT IS TALKING --

10   THESE ARTICLES, IT'S TALKING ABOUT THE POSSIBILITY THAT AMAZON

11   IS GOING TO OFFER DRM-FREE MUSIC, WHICH IS ABSOLUTELY

12   IRRELEVANT TO THE ITUNES -- WHICH IS ABSOLUTELY IRRELEVANT TO

13   PUTTING DRM-FREE MUSIC INTO THE ITUNES STORE IS ABSOLUTELY

14   IRRELEVANT AND NOT SOMETHING WE WERE BLOCKING FROM AMAZON.

15   AND THIS IS THE PERIOD NOW WHERE UNIVERSAL AND THE RECORD

16   LABELS ARE BEGINNING -- WE'RE NOW LATE IN THE DAY, ARE LOOKING

17   AT DRM-FREE ALTERNATIVES, AND THAT'S APPARENTLY WHAT HAPPENED

18   HERE.   THAT'S OUR BEST READ OF THESE DOCUMENTS.   RIGHT?

19        BUT THESE ARE NEWSPAPER ARTICLES WITH PEOPLE IN APPLE

20   SPECULATING ABOUT WHAT AMAZON MAY BE DOING.   THIS IS

21   SPECULATE -- THIS IS LAWYERS' SPECULATION ON TOP OF DOCUMENT

22   SPECULATION WITHOUT ANY EVIDENCE.

23        YOU CANNOT COME INTO COURT AT THE BEGINNING OR AT THE END

24   YELLING ABOUT AN AGREEMENT, SAYING THAT WE WERE A PARTNERSHIP

25   BECAUSE OF NEWSPAPER ARTICLES AND A COMPLETE LACK OF EVIDENCE.

```
1    YES, WE THOUGHT AMAZON MIGHT BE A THREAT ONE DAY, AND THEN

2    THEY OPENED UP A MUSIC STORE.  THAT'S ALL THE EVIDENCE SHOWED.

3              MR. COUGHLIN:  YOUR HONOR, THAT'S NOT WHAT THEY --

4              THE COURT:  NO, IT'S NOT YOUR TURN.

5              MR. COUGHLIN:  EXCUSE ME, YOUR HONOR.

6              THE COURT:  IT'S NOT YOUR TURN.

7              MR. COUGHLIN:  OKAY.

8              THE COURT:  ANYTHING ELSE?

9              MR. ISAACSON:  NO.  THIS -- AMAZON WAS BROUGHT UP IN

10   OPENING.  WE'VE BEEN PREPARING FOR IT SINCE.  IT'S JUST GOTTEN

11   A LITTLE BIT BIGGER THAN WE EXPECTED.

12             THE COURT:  RESPONSE?

13             MR. COUGHLIN:  YOUR HONOR, I'M NOT MAKING AMAZON THE

14   HEART OF MY CASE.  I DID MENTION IT IN OPENING.  OKAY.  THE

15   HEART OF OUR CASE IS --

16             THE COURT:  YOU -- I SAID THAT BECAUSE YOU SAID IT TO

17   ME.

18             MR. COUGHLIN:  SAID WHAT, YOUR HONOR?

19             THE COURT:  YOU REFERRED TO IT AS THE HEART.

20             MR. COUGHLIN:  NO.  IT'S THE HEART OF A SECTION OF

21   OUR CASE, THE -- THE PIRATE (SIC) -- THE FINAL SECTION OF THE

22   DVC STORY, THAT'S THE -- IT'S THE HEART OF THAT.

23        OUR CASE HAS BEEN ABOUT, AND I TALKED ABOUT IT FROM THE

24   BEGINNING AND I TALKED ABOUT AMAZON AT THE -- IN THE OPENING

25   STATEMENT AND SO DID MS. SWEENEY, ABOUT THE THREAT AND ABOUT
```

 1    THEM COMING ONLINE WITH DRM-FREE MUSIC, YOU KNOW, AND THE USE

 2    OF THIRD-PARTY JUKEBOX.  I MENTIONED ALL OF THAT IN THE

 3    OPENING.  OKAY?

 4        DID I TALK ABOUT THE AGREEMENT?  NO.  AND NOR DO I THINK

 5    IT'S SUCH A BIG PART OF THE CASE, BUT IT'S JUST THE FACTS OF

 6    WHAT HAPPENED OVERALL, BIG PART OF THE CASE, IT'S THE HEART OF

 7    THE END --

 8            **THE COURT:**  WHAT FACTS?  TELL ME WHERE IN THE RECORD

 9    THERE IS THE FACT OF AN AGREEMENT.  WHERE?

10            **MR. COUGHLIN:**  THE FINAL DOCUMENT THAT THEY PUT ON

11    THE SCREEN SHOWS THE IPOD THAT THEY HAVE --

12            **THE COURT:**  SO YOU MEAN A MEDIA MARKETING THING

13    THAT'S PUT ON THE INTERNET IS THE FACT OF AN AGREEMENT?

14            **MR. COUGHLIN:**  NO.  THE FACT OF THE AGREEMENT IS THAT

15    YOU CAN CLICK ON WITH AMAZON --

16            **THE COURT:**  I WANT EVIDENCE OF AN AGREEMENT.

17    COINCIDENCE?  PERHAPS.  I DON'T KNOW WHAT IT IS.  IF YOU

18    HAVE -- IF I WAS SLEEPING AND SOMEONE TESTIFIED AS TO THE FACT

19    OF AN AGREEMENT, I AM HAPPY TO REVIEW THE RECORD THAT YOU SHOW

20    ME.  BUT I DON'T RECALL ANY FACT OF AN AGREEMENT.

21            **MR. COUGHLIN:**  YOUR HONOR, I THINK THAT YOU CAN INFER

22    FROM THE CIRCUMSTANTIAL EVIDENCE THAT THREE WEEKS BEFORE THE

23    OFFERING IS FINAL, APPLE INTERNALLY HAS NOTICE --

24            **THE COURT:**  WHAT CIRCUMSTANTIAL FACTS THEN WOULD HAVE

25    TO BE PROVEN TO GET TO YOUR AGREEMENT?  WHAT CIRCUMSTANTIAL

```
1    EVIDENCE?

2           MR. COUGHLIN:  WELL, THE CIRCUMSTANTIAL EVIDENCE THAT

3    THEY WERE ABOUT TO HAVE A JUKEBOX COME ONBOARD, A

4    THIRD-PARTY --

5           THE COURT:  OKAY.  THERE'S NO EVIDENCE OF THAT.

6           MR. COUGHLIN:  THERE --

7           THE COURT:  THAT IS HEARSAY.

8           MR. COUGHLIN:  NO, YOUR HONOR.  THAT IS HEARSAY IN

9    THOSE ARTICLES, BUT THAT'S NOT HEARSAY AS TO NOTICE TO APPLE

10   THAT THAT'S WHAT THEY GOT NOTICE OF.

11                  (SIMULTANEOUS COLLOQUY.)

12          THE COURT:  BUT AN AGREEMENT IS AN AGREEMENT BETWEEN

13   TWO PARTIES.  MR. COUGHLIN, IT'S A STRETCH.  AND I AM NOT

14   GOING TO ALLOW THIS TO BE TURNED INTO SOMETHING THAT IT IS

15   NOT.  YOU'RE -- YOU'RE PROHIBITED FROM MAKING THE ARGUMENT

16   THAT THERE WAS AN AGREEMENT BETWEEN APPLE AND AMAZON.  THERE

17   IS INSUFFICIENT EVIDENCE IN THE RECORD.  AND IF YOU DON'T LIKE

18   IT, YOU TAKE IT UP WITH THE CIRCUIT, BUT I WILL NOT HAVE IT IN

19   THIS COURTROOM.  I WON'T.

20          MR. COUGHLIN:  YOUR HONOR, IF I CAN HAVE A MINUTE,

21   I'LL CONFER AND DECIDE WHETHER WE WANT TO TAKE THAT ISSUE UP

22   NOW.  BECAUSE I THINK IT -- LET ME UNDERSTAND WHAT -- WHAT I'M

23   BEING PROHIBITED FROM ARGUING.

24      I THINK IT'S CRUCIAL THAT WHEN THEY BROUGHT IN ALL THESE

25   SMALL THIRD-PARTY PLAYERS AND THEY MADE THAT A CORNERSTONE OF
```

1    THE DVC AND THAT'S WHO THEY WERE TRYING TO KNOCK OUT FOR

2    CORRUPTION, I THINK IT'S CRUCIAL THAT I GET TO ARGUE ABOUT

3    OTHER BIG PLAYERS LIKE AMAZON COMING INTO THE MARKET.  THOSE

4    ARE THEIR DOCUMENTS ANALYZING THE THREAT LEVEL THAT AMAZON

5    PRESENTS.  OKAY?

6        IF YOUR HONOR IS JUST PREVENTING ME FROM ARGUING AT THE

7    END OF THAT THAT THEY MUST HAVE REACHED AN AGREEMENT BECAUSE

8    AMAZON SWITCHES IN MIDSTREAM FROM WHAT THE MARKET HAS NOTICE

9    OF, I MIGHT BE ABLE TO LIVE WITH THAT.  BUT IF I'M BEING

10   PRECLUDED FROM TALKING ABOUT AMAZON --

11       **THE COURT:**  I'M NOT PRECLUDING YOU FROM TALKING ABOUT

12   AMAZON.  I AM PRECLUDING YOU FROM ARGUING THAT THERE'S AN

13   AGREEMENT BECAUSE THERE'S INSUFFICIENT EVIDENCE IN THE RECORD.

14       **MR. COUGHLIN:**  OKAY.

15       **THE COURT:**  AND I FIND IT OFFENSIVE, FRANKLY.

16       **MR. COUGHLIN:**  OKAY, YOUR HONOR, I HEAR YOU.  OKAY.

17   SO I -- I WILL CONFER AND GET RIGHT BACK TO YOU.

18       AS LONG AS WE'RE TALKING ABOUT ISSUES, BECAUSE I DON'T

19   WANT TO DO THIS IN MY CLOSING ARGUMENT AND YOUR HONOR THINK

20   I'VE GONE TOO FAR:  ROD SCHULTZ TOOK THE STAND.  THE NIGHT

21   BEFORE HE TOOK THE STAND, HE WAS -- RECEIVED FROM APPLE A

22   DOCUMENT THAT -- AN EMPLOYEE COACHING DOCUMENT, WHATEVER IT

23   WAS -- I NEVER SAW IT -- THAT HE TESTIFIED ABOUT.  OKAY?  THAT

24   I THINK WAS SENT TO HIM -- A FALSE DOCUMENT BECAUSE YOU HAVE

25   TO TALK TO AN EMPLOYEE ABOUT THOSE THINGS, YOU HAVE TO SIGN IT

1   IN THEIR PRESENCE.  THEY BOTH HAVE TO SIGN THEM.  OKAY?  AND

2   THEY TRIED TO DISPARAGE HIS REPUTATION AS A WORKER.  OKAY?

3       I'M NOT SAYING ANYTHING ABOUT THESE LAWYERS.  OKAY?  BUT

4   SOMEBODY AT APPLE DIDN'T WANT HIM TO TESTIFY.  HE NEVER SAW

5   THAT DOCUMENT.  HE WAS OFFERED ANOTHER JOB BEFORE HE LEFT

6   APPLE.  AND I THINK I HAVE A RIGHT TO EXPLORE THAT SOMEBODY AT

7   APPLE -- SOMEBODY HIGH ENOUGH UP TO CREATE SUCH A DOCUMENT,

8   YOU KNOW, AND THEN SEND IT OVER THE NIGHT BEFORE HIS TESTIMONY

9   AND BASICALLY DETER HIM FROM COMING, HE KNEW THEN THAT HE'D

10  TAKE THE STAND AND THAT THEY WERE GOING TO ATTACK HIM IN OPEN

11  COURT IN THE, YOU KNOW, IN THE AREA THAT HE LIVES IN AND HIS

12  REPUTATION, THAT THEY WERE GOING TO DISPARAGE THAT.  OKAY?

13  THEY DID THAT.  OKAY.

14          **THE COURT:**  WELL, THAT'S EVIDENCE IN THE RECORD.

15          **MR. COUGHLIN:**  OKAY.

16          **MR. ISAACSON:**  THERE'S A FAIR AMOUNT BEING SAID THERE

17  THAT'S NOT IN THE RECORD.  OKAY?  FOR ONE THING, THE DOCUMENT

18  WAS NEVER SHOWN TO HIM.  THE -- AT -- NOR -- SO NONE OF --

19  THE --

20          **THE COURT:**  I WILL RE -- BEFORE WE GET STARTED, I

21  WILL REREAD HIS TESTIMONY.

22          **MR. ISAACSON:**  OKAY.

23          **THE COURT:**  BUT THERE WAS TESTIMONY IN THE RECORD

24  THAT HE DID RECEIVE A DOCUMENT --

25          **MR. ISAACSON:**  YES.

1      **THE COURT:**  -- WHAT IT RELATED TO, AND HE SAID HE HAD

2    NEVER HEARD ABOUT IT, NEVER DISCUSSED WITH HIM, HE NEVER

3    SIGNED IT, NOTHING.  SO ALL OF THAT IS IN THE RECORD AND CAN

4    BE ARGUED.

5      **MR. ISAACSON:**  I AGREE THAT THOSE POINTS ARE IN THE

6    RECORD.  BUT HE'S GOING MUCH FARTHER THAN THAT.

7      AND NOR DID I THEN CONFRONT HIM WITH THE DOCUMENT OR MAKE

8    THE ACCUSATION THAT HE HAD -- THAT HE HAD SEEN THAT OR SIGNED

9    IT.  ALL RIGHT?

10    WE SENT HIM AN INTERNAL -- WE SENT HIM THAT DOCUMENT.

11   THAT'S ALL THAT HAPPENED.  AND THE FACT -- I COULD HAVE

12   DECIDED TO TRY AND EXAMINE BASED ON THE STATEMENTS IN THE

13   DOCUMENT TO SEE IF HE AGREED WITH THEM, AND I DECIDED NOT TO.

14      **MR. COUGHLIN:**  YOUR HONOR, THOSE --

15      **THE COURT:**  REASONABLE INFERENCES CAN BE MADE.  SO --

16   AND I WILL DECIDE WHAT'S REASONABLE.  I WILL REREAD THE

17   TESTIMONY BEFORE WE GET STARTED.

18      **MR. ISAACSON:**  THANK YOU.

19      **MR. COUGHLIN:**  IF THAT HAD BEEN DONE, IF SOMEBODY HAD

20   TALKED TO HIM ABOUT THAT, THE NEXT WITNESS WE WOULD HAVE SEEN

21   WAS THE SUPERVISOR, MR. FARRUGIA, COME BACK HERE.  AND THAT

22   DIDN'T HAPPEN.  OKAY?  THAT'S WHO YOU SHOULD HAVE SEEN SHOW UP

23   IN COURT AND SAY, "NO, WE HAD THIS TALK WITH ROD SCHULTZ.  WE

24   DISPARAGED HIS REPUTATION IN OPEN COURT.  AND YES, WE HAD THAT

25   CONVERSATION.  I'M SORRY MR. SCHULTZ IS NOT WILLING TO ADMIT

1    IT."  THAT'S NOT WHAT HAPPENED.  THEY DIDN'T BRING ANYBODY IN.

2         **MR. ISAACSON:**  NO ONE ACCUSED -- NO ONE SAID IN THIS

3    COURT TO THIS JURY OR TO MR. SCHULTZ THAT HE SIGNED -- THAT HE

4    SIGNED THAT DOCUMENT OR THERE WAS A SIGNED DOCUMENT.  ALL

5    RIGHT?  ACCUSING -- THERE IS NO RECORD FOR SAYING A DOCUMENT

6    WAS CREATED.  THERE IS NO RECORD FOR THAT WHATSOEVER.  NO

7    EVIDENCE WHATSOEVER.  HE SAYS, "I DIDN'T SIGN SUCH A

8    DOCUMENT."  THE DOCUMENT WAS NOT SIGNED.  THAT'S IT.  THERE'S

9    NOTHING ABOUT MANUFACTURING A DOCUMENT.

10        **MR. COUGHLIN:**  AND I THINK THAT SHOULD BE

11   INVESTIGATED.

12        **THE COURT:**  WELL, YOU CAN TAKE IT UP WITH THE U.S.

13   ATTORNEY'S OFFICE, BUT --

14        **MR. COUGHLIN:**  HE --

15        **THE COURT:**  -- THERE ISN'T -- THERE ISN'T EVIDENCE OF

16   MANUFACTURE.  SO THE FACT THAT IT WAS SENT TO HIM, INFERENCES

17   CAN BE DRAWN FROM THAT.  BUT TREAD CAREFULLY.

18        **MR. COUGHLIN:**  THANK YOU, YOUR HONOR.

19        **THE COURT:**  I SENT YOU -- OR I HAD SENT TO YOU THIS

20   MORNING A PARED-DOWN VERSION OF THE JURY INSTRUCTIONS.  THEY

21   ARE BASED UPON EVERYTHING THAT WE'VE ALREADY DISCUSSED AT

22   LENGTH.  OVER THE WEEKEND WHEN I HAD QUIET TIME TO REVIEW

23   THEM, I MADE A NUMBER OF GRAMMATICAL CHANGES, TYPING --

24   TYPOGRAPHICAL CHANGES, THINGS LIKE THAT.  SO NOTHING THAT WAS

25   IN ANY WAY, SHAPE, OR FORM OBJECTIONABLE.

```
 1        I KNOW YOU HAVEN'T -- OR PROBABLY HAD MUCH OF AN

 2   OPPORTUNITY TO REVIEW THE PARED-DOWN VERSION, AND I'VE NOT YET

 3   ALLOWED YOU TO COMMENT ON THE ISSUE.

 4        SO NOW IS YOUR OPPORTUNITY, MR. COUGHLIN.

 5            MR. COUGHLIN:  I LOOKED AT THE PARED-DOWN VERSION,

 6   YOUR HONOR.  SO I UNDERSTOOD THAT THE QUESTION -- THE VERDICT

 7   FORM IS FINE.  AND THAT THE ONLY THING I HAVE TO SAY ON THE

 8   SHERMAN ACT INSTRUCTIONS IS THAT WE'VE GONE OVER THESE SEVERAL

 9   TIMES, WE'VE RAISED OBJECTIONS, JUST THAT THOSE OBJECTIONS ARE

10   PRESERVED FOR THE RECORD, YOUR HONOR.

11            THE COURT:  THEY ARE PRESERVED.

12            MR. COUGHLIN:  AND OTHERWISE WE'RE PREPARED TO GO

13   FORWARD.

14        YOUR HONOR, I APPRECIATE THE COURTESY EMAIL FROM LAST

15   NIGHT AND TO BE ABLE TO TRY TO ADJUST, AND SO I APPRECIATE

16   THAT.

17        I DO THINK IT IS -- I DO THINK ESPECIALLY IF JURIES HAVE

18   HEARD THE WHOLE CASE AND MAYBE -- AND I'LL THINK ABOUT IT

19   MORE -- BUT I THINK THEY SHOULD -- SHOULD GET THE WHOLE CASE

20   AT ONCE IN CLOSING ARGUMENT AND GO THROUGH THE DELIBERATIONS.

21   BECAUSE SOMETIMES IF THEY'VE HEARD STUFF AND WE HADN'T --

22   DIDN'T BIFURCATE THE TRIAL AHEAD OF TIME, THAT THEY'RE

23   WONDERING WHERE IS THAT OTHER EVIDENCE.  AND I THINK THAT

24   PREJUDICES US, TO BE CANDID.

25            AND -- AND I -- I -- HOPEFULLY I'VE EXPLAINED WHY I WENT
```

```
 1    WHERE I WENT WITH THE AMAZON AND SO THE COURT UNDERSTANDS WHAT
 2    I WAS DOING IN EXPLORING.  AND -- I UNDERSTAND THE COURT'S
 3    ADMONISHMENT ABOUT NOT SAYING IT'S AGREEMENT, BUT THEY'RE
 4    COMING INTO THE MARKET AS A COMPETITOR, AND I'VE GOT TO TALK
 5    ABOUT THAT.
 6              THE COURT:  MR. ISAACSON.
 7              MR. ISAACSON:  YES, AND FROM OUR REVIEW, WE DON'T SEE
 8    ANY NEW ISSUES.  BOTH SIDES HAVE RESERVED THEIR PREVIOUS
 9    OBJECTIONS.
10         WE THINK THIS IS A VERY SENSIBLE APPROACH.  THE WHOLE CASE
11    IS IN.  THE JURY HAS HEARD IT.  BUT THIS IS A SECTION 2
12    ANTITRUST CASE, AND ALLOWING THE JURY TO FOCUS ON THIS PIECE
13    IS GOING TO MAKE IT MORE DIGESTIBLE FOR THEM, EASIER TO
14    FOLLOW, AND BEFORE WE HIT THEM WITH MONOPOLY, RELEVANT MARKET,
15    BUSINESS JUSTIFICATION, ANTICOMPETITIVE EFFECT, AND OF COURSE,
16    DAMAGES, THIS WILL MAKE THE JURORS' LIFE EASIER WHICH I
17    THINK -- WHICH I THINK IS IMPORTANT AT THIS STAGE.
18         AND THE COURT HAS ALWAYS WANTED TO FOCUS ON THIS ISSUE.
19    YOU DID IT WITH THE INSTRUCTIONS, THE PRELIMINARY
20    INSTRUCTIONS.  WE TALKED ABOUT BIFURCATING THE WHOLE TRIALS
21    THAT WERE RAISED A DIFFERENT SET OF ISSUES WITH THIS.  THIS IS
22    JUST BIFURCATED CLOSINGS AND BIFURCATED DELIBERATIONS.  SO I
23    THINK THIS IS A SIMPLE -- WE THINK IT IS A SIMPLE, SENSIBLE
24    APPROACH THAT WILL HELP THE JURIES.  AND WE ARE WILLING -- WE
25    THINK OUR CASE IS -- WE LIKE OUR CASE ON GENUINE PRODUCT
```

```
 1   IMPROVEMENT.  SO WE ARE WILLING TO FOCUS ON THAT AT THE OUTSET

 2   AND TRY AND MAKE THE JURY'S LIFE EASIER AND NOT HARDER.

 3          MS. SWEENEY:  YOUR HONOR, CAN I --

 4          THE COURT:  YOU MAY NOT.  ONLY ONE PER SIDE.  BUT YOU

 5   CAN TELL MR. COUGHLIN.

 6                 (OFF-THE-RECORD DISCUSSION.)

 7          MR. COUGHLIN:  YOUR HONOR, WE OBJECTED AS TO OUR

 8   INTENT CLAIM.  WHAT WE DIDN'T OBJECT TO -- IT INCLUDES A

 9   SPECIFIC INTENT ELEMENT, THE FIRST ELEMENT.

10                 (OFF-THE-RECORD DISCUSSION.)

11          MR. COUGHLIN:  I GUESS THE -- THE FINE LINE I WANT TO

12   MAKE IS THAT THE ANTICOMPETITIVE INSTRUCTION IS

13   INCORPORATED -- INTENT IS INCORPORATED IN THAT INSTRUCTION.

14   AND THEREFORE -- AND THEREFORE YOU HAVE TO BE ABLE TO CONSIDER

15   THE INTENT.  IN OTHER WORDS, YOU HAVE TO -- WITHOUT MORE, IT'S

16   NOT ENOUGH, BUT YOU'VE GOT TO BE ABLE TO CONSIDER -- WHEN

17   YOU'RE CONSIDERING GENUINE PRODUCT IMPROVEMENT, IT SAY SHOULD

18   SAY WITHOUT MORE, IT CANNOT BE CONSIDERED AN ANTICOMPETITIVE

19   ACT.

20       AND I'M SURE I'M MAKING MYSELF UNCLEAR HERE BECAUSE I

21   WASN'T TALKING ABOUT THE INSTRUCTIONS ON THE --

22          MS. SWEENEY:  CAN I --

23          THE COURT:  ALL RIGHT.  MS. SWEENEY.

24          MS. SWEENEY:  -- IT'S A VERY SIMPLE ISSUE.

25       WE OBJECTED TO THE -- THE ANTICOMPETITIVE CONDUCT
```

1    INSTRUCTION REPEATEDLY, AND THAT'S PART OF THE RECORD.  AND I

2    UNDERSTAND THAT THAT OBJECTION HAS BEEN PRESERVED.  BUT WHAT I

3    DON'T THINK IS CLEAR IS THAT THAT INSTRUCTION BY YOUR HONOR IS

4    INCORPORATED INTO OUR SECOND CLAIM, THE ATTEMPTED

5    MONOPOLIZATION CLAIM, AND I JUST WANT TO PRESERVE OUR

6    OBJECTION THERE AS WELL SINCE THAT INSTRUCTION HAS BEEN

7    INCORPORATED.

8              **THE COURT:**  OKAY.  I'M NOT --

9          **MR. ISAACSON:**  I'M NOT QUITE --

10         **THE COURT:**  I'M NOT SURE THAT I FOLLOW, BUT FRANKLY

11   WE CAN EXPLORE THAT LATER BECAUSE I'M NOT SENDING THAT PART OF

12   THE CASE TO THE JURY.

13         **MS. SWEENEY:**  UNDERSTOOD.  THANK YOU, YOUR HONOR.

14         **THE COURT:**  I THINK THAT THIS FOCUSES THE JURY ON THE

15   FUNDAMENTAL TRIABLE ISSUE OF FACT WHICH REMAINED AT THE END OF

16   SUMMARY JUDGMENT.  IT HELPS DELINEATE HOW THEY CAN USE THE

17   EVIDENCE WITHOUT GIVING THEM A WHOLE 'NOTHER SERIES OF

18   INSTRUCTIONS THAT MAY BE CONFUSING, AND I'M MORE COMFORTABLE

19   WITH THIS -- WHAT I WOULD CALL MORE CONSERVATIVE APPROACH.

20        WITH RESPECT TO THE DEFENDANT'S MOTION FOR JUDGMENT ON THE

21   ISSUE OF GENUINE PRODUCT IMPROVEMENT, IT IS DENIED WITHOUT

22   PREJUDICE.  THAT ISSUE IS GOING TO THE JURY.

23        ON THE ISSUE OF PURCHASES WITHOUT THE KEYBAG AND DATABASE

24   VERIFICATION, THAT PART IS GRANTED.  I THINK EVERYBODY HEARD

25   THAT LAST WEEK.  AND ALL OF THE JURY INSTRUCTIONS WERE REVISED

1    TO REFLECT THAT ISSUE.

2          **MR. COUGHLIN:**  YOUR HONOR, I -- JUST WANT TO MAKE

3    SURE I HEARD YOU RIGHT.  COULD YOU SAY THAT AGAIN?

4          **THE COURT:**  IT'S ESSENTIALLY THE FIFTH GENERATION

5    IPOD.

6          **MR. COUGHLIN:**  OH, OKAY.  THE ONE WE -- WE

7    UNDERSTAND.

8          **THE COURT:**  WHERE YOU CONCEDED.

9          **MR. COUGHLIN:**  YES.

10         **THE COURT:**  WITH RESPECT TO THE DAMAGES CLAIM AND

11   THE -- THAT ONE I WILL DEFER ON AT THIS POINT.  THE -- APPLE'S

12   RECONFIGURATION OF THE CLAIM AS ONE AS A DUTY TO DEAL WITH

13   REAL, THE COURT ALSO DEFERS ON THAT ONE FOR THE TIME BEING.

14      AND I THINK, MR. ISAACSON, ALTHOUGH YOU CHASTISED ME FOR

15   ALLOWING THIS TO GO TO THE JURY, ONCE IN A WHILE THINGS NEED

16   TO GO TO JURIES.

17         **MR. ISAACSON:**  I DON'T THINK --

18         **THE COURT:**  AND, YOU KNOW, THESE CASES DON'T GET

19   TRIED.  SO IF I HAVE TO DO SOMETHING DIFFERENTLY LATER, I'LL

20   DO IT WITH A JURY VERDICT.  IT IS IMPORTANT TO GET JURY

21   VERDICTS ONCE IN A WHILE.

22         **MR. ISAACSON:**  WELL, I ERRED IF IT CAME ACROSS AS MY

23   EVER CHASTISING THE COURT.  WE TRY AND STATE WHAT OUR VIEW OF

24   THE LAW IS, BUT WE DO NOTHING BUT RESPECT WHAT THE COURT IS

25   DOING.

 1          **THE COURT:**  I SAID THAT WITH A LITTLE BIT OF TONGUE

 2    IN CHEEK.  I THINK WE'RE STILL ALL TIRED, GIVEN ALL OF THE

 3    FILINGS THAT EVEN HAPPENED LAST NIGHT.  SO I THINK I GOT

 4    FILINGS STILL ON THE MEDIA ISSUE WHICH IS STILL OUTSTANDING.

 5    SO IT'S BEEN A BUSY TIME FOR EVERYBODY.

 6         IN ANY EVENT, I UNDERSTAND YOUR PERSPECTIVE THAT YOU

 7    INDICATE THAT THIS WOULD BE -- AT LEAST YOU CLAIM THAT THIS

 8    WOULD BE THE FIRST ONE THAT EVER GOES, AND SOMETIMES ONE HAS

 9    TO BE WILLING TO BE THE FIRST THAT EVER GOES, EVEN IF YOU --

10    WELL, I'LL LEAVE IT AT THAT.

11          **MR. COUGHLIN:**  WE'RE READY TO GO, YOUR HONOR.

12          **THE COURT:**  IT IS -- GO AHEAD, MR. ISAACSON.

13          **MR. ISAACSON:**  I THINK THIS ONE ISSUE OF CLEANUP.

14         THERE'S -- WITH THE MOTION TO DISMISS WITH PEOPLE

15    UNAFFECTED DEVICES, I JUST WANT TO MAKE SURE THE RECORD IS

16    CLEAR.  SO THERE WERE THE PEOPLE WHO WERE UNAFFECTED BY 7.0 OR

17    7.4 THAT WERE PART OF THE CLASS, AND I DON'T THINK -- AND THEY

18    DON'T DISPUTE THAT THAT CLAIM SHOULD BE DISMISSED, AND THEN IT

19    TURNED OUT -- THEN MAYBE THAT COVERS IT.

20                    (SIMULTANEOUS COLLOQUY.)

21          **MR. ISAACSON:**  -- TALKING ABOUT THE SAME THING.

22          **MR. COUGHLIN:**  YOU WANTED TO -- YOU WANTED ME TO

23    CONCEDE THAT, AND I THINK IN LIGHT OF THIS RECORD, WE DID.

24    AND SO THAT'S WHERE WE ARE.

25          **MR. ISAACSON:**  I THINK THE RECORD IS CLEAR.  THANK

 1    YOU.

 2              **THE COURT:**  OKAY.

 3        IT IS 9:36.  I'M GOING TO GO REREAD SOME TESTIMONY.  AND

 4    YOU ALL CAN MAKE SURE YOU'RE READY TO GO.  ONCE THE JURY GETS

 5    HERE, THEY'VE USUALLY BEEN ON THE EARLY SIDE, WE'LL GET

 6    STARTED.  SO WE'LL LET YOU KNOW.  BUT MAYBE 10:15 OR SO.

 7              **MR. COUGHLIN:**  AND, YOUR HONOR, MY CONCESSION AT THIS

 8    TIME IS -- HAS NOTHING TO DO WITH WHETHER THE EARLIER

 9    PLAINTIFFS HAD STANDING AT THE EARLIER TIME.  IT'S A

10    CONCESSION NOW IN LIGHT OF WHAT'S COME IN.

11              **THE COURT:**  NO, I -- I -- I CERTAINLY UNDERSTAND THAT

12    DISTINCTION.

13              **MR. COUGHLIN:**  THANK YOU.

14              **THE COURT:**  AND THE COURT -- THE COURT'S RULING WITH

15    RESPECT TO THE CLASS REPRESENTATIVE RELIED ON -- OR AT LEAST

16    ACKNOWLEDGED THAT DISTINCTION.  AND -- SO, ALL RIGHT.

17    ANYTHING ELSE BEFORE WE GET --

18                        (OFF-THE-RECORD DISCUSSION.)

19              **MR. ISAACSON:**  HOW ARE YOU RUNNING BREAKS FOR THE

20    REST OF DAY ONCE CLOSINGS STARTS?

21              **THE COURT:**  SO ONCE -- ONCE THEY GO INTO

22    DELIBERATIONS, YOU KNOW, LIKE I SAID, AS LONG AS YOU'RE ABOUT

23    TEN MINUTES AWAY, THAT'S FINE.  WE HAVE THREE CELL PHONE

24    NUMBERS FOR YOU.

25        IF I RECEIVE QUESTIONS, I'LL JUST DO IT ON THE PHONE.

```
 1    THAT WAY I CAN GET YOU IMMEDIATELY.  YOU DON'T NECESSARILY

 2    HAVE TO COME BACK.  BUT GIVEN THAT THIS IS NOW CHANGED IN

 3    TERMS OF SCOPE, I -- I MEAN, I DON'T KNOW WHEN WE'RE GOING TO

 4    GET A VERDICT BACK, WE NEVER DO, SO IT'S UP TO YOU AS LONG AS

 5    YOU'RE NOT, LIKE I SAID, TOO FAR AWAY.

 6            MR. COUGHLIN:  HE MIGHT HAVE BEEN REFERRING TO JUST

 7    THE BREAK.  ARE WE GOING TO TAKE A BREAK AFTER I GO?  I THINK

 8    THAT'S WHAT HE ASKED.

 9            THE COURT:  OH, WELL, I DIDN'T THINK SO.  I MEAN --

10    THAT IS HOW -- HOW LONG IS -- HOW LONG IS THIS -- BECAUSE IT'S

11    NOW PARED DOWN, I WAS GOING TO TAKE A BREAK BECAUSE I -- YOU

12    EACH HAD ABOUT AN HOUR AND A HALF OR TWO HOURS LEFT, AND SO I

13    ASSUMED YOU WERE GOING TO USE MOST OF YOUR TIME.

14       HOW LONG IS THE -- HOW LONG IS THE CLOSE ON THIS PORTION?

15            MR. ISAACSON:  I THINK BOTH SIDES WERE PLANNING ON

16    90 MINUTES.  SO BREAKING AFTER -- BETWEEN PLAINTIFF AND

17    DEFENDANT WOULD MAKE SENSE.

18            THE COURT:  SO YOU'RE NOT GOING TO ARGUE IF THEY COME

19    BACK AND THERE'S A PHASE 2, YOU'VE LEFT YOURSELF WITH NO

20    ARGUMENT TIME?

21            MR. ISAACSON:  WE HAVE TIME LEFT WITHIN OUR 20 HOURS.

22            MR. COUGHLIN:  WE BOTH DO, YOUR HONOR.

23            THE COURT:  SO YOU'RE BOTH STILL GOING AN HOUR AND A

24    HALF?

25            MR. COUGHLIN:  WE DON'T KNOW IF WE BOTH ARE.  I MEAN,
```

```
 1    WE WERE JUGGLING A LOT LAST NIGHT.  WE WERE TALKING TO EACH

 2    OTHER ABOUT THE EXTENT OF IT.  AS YOUR HONOR HAD NOTED AND

 3    COMMENTED ON, WE'VE BEEN TRYING TO WORK TOGETHER ON THESE

 4    ISSUES.  AND WHILE IT'S PARED DOWN, IT BECAME A LITTLE MORE

 5    COMPLICATED TO PULL OUT ISSUES NOT SO -- WHEN WE LOOKED --

 6    WHEN WE TALKED TO EACH OTHER ABOUT THAT, WE KEPT TO OUR HOUR

 7    AND A HALF SO THAT WE WOULDN'T MISLEAD THE OTHER -- WE MAY GO

 8    AN HOUR AND 15 MINUTES.  I DON'T THINK HE WOULD MIND THAT.  I

 9    DON'T THINK THE COURT WOULD MIND THAT.  THE JURY WOULD

10    APPRECIATE IT.  WE UNDERSTAND THAT.

11             MR. ISAACSON:  WE'LL BE WATCHING THE JURY IN TERMS OF

12    THEIR ATTENTION SPAN.  BUT I THINK OUR VIEW ABOUT NOT HAVING

13    CLOSINGS THAT ARE TWO, TWO AND A HALF HOURS ARE -- YOU DON'T

14    DO THAT TO A JURY STRAIGHT THROUGH.  AND --

15             THE COURT:  SO --

16             MR. ISAACSON:  -- IF THEY'RE GOING TO HAVE A BREAK,

17    THEN WE WOULD USE MORE TIME.

18             THE COURT:  I'M A LITTLE CONFUSED.  YOU'RE EACH GOING

19    TO GO AN HOUR AND A HALF?  IS THAT WHAT YOU'RE SAYING?

20             MR. ISAACSON:  YES.

21             THE COURT:  OR YOU'RE JOINTLY GOING TO GO AN HOUR AND

22    A HALF?

23             MR. ISAACSON:  EACH.

24             THE COURT:  WELL, IF THAT'S WHAT YOU'RE ANTICIPATING,

25    THEN, YES, WE'LL TAKE A -- WE'LL TAKE A SHORT BREAK.
```

```
 1    OTHERWISE, IT'S TOO MUCH FOR THEM TO DIGEST.

 2        AND SO ONE WILL GO.  WE'LL LET THEM TAKE A BREAK.  THEN

 3    THE OTHER ONE WILL GO.

 4        AND I DON'T KNOW HOW LONG YOUR REBUTTAL IS.

 5            MR. COUGHLIN:  WELL, I HOPE IT'S ONLY ABOUT

 6    20 MINUTES.

 7            THE COURT:  SO --

 8            MR. COUGHLIN:  TWENTY-FIVE.

 9            THE COURT:  DEPENDING ON WHETHER OR NOT I THINK

10    THEY'RE WANING, YOU KNOW, WE MAY TAKE A BREAK, WE MAY NOT, BUT

11    KIND OF DEPENDS.

12            MR. ISAACSON:  OKAY.

13            THE COURT:  ALL RIGHT.  WE'LL LET YOU KNOW WHEN

14    THEY'RE HERE.  STAND IN RECESS.

15        (RECESS TAKEN AT 9:41 A.M.; PROCEEDINGS RESUMED AT

16    10:20 A.M.)

17        (THE FOLLOWING PROCEEDINGS WERE HEARD OUT OF THE PRESENCE

18    OF THE JURY:)

19            THE CLERK:  REMAIN SEATED.  COURT IS IN SESSION.

20    COME TO ORDER.

21            THE COURT:  OKAY.  LET'S GET THE JURY.

22                (PAUSE IN THE PROCEEDINGS.)

23        (THE FOLLOWING PROCEEDINGS WERE HEARD IN THE PRESENCE OF

24    THE JURY:)

25            THE COURT:  GOOD MORNING.  EVERYONE MAY BE SEATED.
```

1        WE ARE BACK ON THE RECORD.  THE RECORD WILL REFLECT THAT

2   THE JURY IS BACK.

3        SO WELCOME BACK, EVERYBODY.

4        EVERYBODY'S BEEN WORKING HARD TO MAKE THIS FINAL SET OF

5   PRESENTATIONS TO YOU.

6        YOU HAVE NOTEBOOKS ON YOUR CHAIRS YOU SHOULD HAVE JURY

7   INSTRUCTIONS.  SO I'M GOING TO -- THAT WAS THE ONE THAT WAS

8   LEFT ON YOUR SEAT.

9        I'M GOING TO READ TO YOU, AND YOU CAN FOLLOW ALONG OR NOT,

10  BUT YOU'LL BE ABLE TO TAKE THAT COPY IN TO DELIBERATIONS WITH

11  YOU.  ALL RIGHT.

12       SO NOW THAT YOU HAVE HEARD ALL OF THE EVIDENCE, IT IS THE

13  COURT'S DUTY TO INSTRUCT YOU ON THE LAW OF THE CASE.  EACH OF

14  YOU HAVE A COPY OF INSTRUCTIONS THAT YOU MAY TAKE WITH YOU TO

15  THE JURY ROOM TO CONSULT DURING YOUR DELIBERATIONS.

16       YOU MUST NOT INFER FROM THESE INSTRUCTIONS OR FROM -- FOR

17  ANYTHING -- FROM ANYTHING THAT THE COURT HAS SAID OR DONE

18  DURING THE TRIAL AS INDICATING THAT THE COURT HAS AN OPINION

19  REGARDING THE EVIDENCE OR WHAT YOUR VERDICT SHOULD BE.

20       IT IS YOUR DUTY TO FIND THE FACTS FROM ALL OF THE EVIDENCE

21  IN THE CASE.  TO THOSE FACTS YOU WILL APPLY THE LAW AS THE

22  COURT GIVES IT TO YOU.  YOU MUST FOLLOW THE LAW AS THE COURT

23  GIVES IT TO YOU WHETHER YOU AGREE WITH IT OR NOT.

24       AND YOU MUST NOT BE INFLUENCED BY PERSONAL LIKES OR

25  DISLIKES, OPINIONS, PREJUDICES, OR SYMPATHY.  THAT MEANS YOU

1    MUST DECIDE THE CASE SOLELY ON THE EVIDENCE BEFORE YOU.  AND

2    YOU WILL RECALL THAT EACH OF YOU TOOK AN OATH TO DO SO.

3        IN FOLLOWING THE COURT'S INSTRUCTIONS, YOU MUST FOLLOW ALL

4    OF THEM AND NOT SINGLE OUT SOME AND IGNORE OTHERS.  THEY ARE

5    ALL IMPORTANT.

6        I WILL FIRST BEGIN WITH SOME INSTRUCTIONS REGARDING THE

7    NATURE OF EVIDENCE GENERALLY.  I GAVE YOU SOME OF THESE

8    INSTRUCTIONS AT THE BEGINNING OF THE TRIAL, BUT NOW THAT YOU

9    HAVE HEARD THE EVIDENCE, I WILL REMIND YOU OF THEM.

10       SO WHAT IS EVIDENCE?

11       THE EVIDENCE YOU ARE TO CONSIDER IN DECIDING WHAT THE

12   FACTS ARE CONSISTS OF, ONE, THE SWORN TESTIMONY OF ANY

13   WITNESS; TWO, THE EXHIBITS WHICH WERE RECEIVED INTO EVIDENCE;

14   THREE, ANY FACTS TO WHICH THE PARTIES AND LAWYERS HAVE AGREED.

15       SOME EVIDENCE WAS ADMITTED FOR A LIMITED PURPOSE ONLY, AND

16   WHEN THE COURT INSTRUCTED YOU THAT AN ITEM OF EVIDENCE HAD

17   BEEN ADMITTED FOR A LIMITED PURPOSE, YOU MUST CONSIDER IT ONLY

18   FOR THAT LIMITED PURPOSE AND FOR NO OTHER.

19       IN PARTICULAR, MANY DOCUMENTS WERE ADMITTED INTO EVIDENCE

20   THAT CONTAINED NEWS ARTICLES AND BLOG POSTS AND STATEMENTS BY

21   INDIVIDUALS WHO DO NOT WORK FOR APPLE, INC.  HEREINAFTER I'LL

22   JUST REFER TO IT AS "APPLE."

23       THESE EXHIBITS WERE ADMITTED INTO EVIDENCE FOR THE LIMITED

24   PURPOSE OF SHOWING THAT A WITNESS SENT OR RECEIVED THOSE

25   STATEMENTS, FOR THE LIMITED PURPOSE OF EVALUATING A WITNESS'S

1    STATE OF MIND, OR FOR THE PURPOSE OF NOTICE.  THE ACTUAL

2    STATEMENTS IN THE EMBEDDED NEWS ARTICLES AND BLOG POSTS AND

3    STATEMENTS BY INDIVIDUALS WHO DO NOT WORK FOR APPLE AND WHO

4    DID NOT TESTIFY IN THIS TRIAL ARE HEARSAY AND MUST NOT BE

5    CONSIDERED FOR THE TRUTH OF THE MATTERS ASSERTED IN THOSE

6    STATEMENTS.

7        CERTAIN THINGS ARE NOT EVIDENCE AND YOU MAY NOT CONSIDER

8    THEM IN DECIDING WHAT THE FACTS ARE.  THE COURT WILL LIST THEM

9    FOR YOU.

10       ONE, ARGUMENTS AND STATEMENTS BY THE LAWYERS ARE NOT

11   EVIDENCE.  THE LAWYERS ARE NOT WITNESSES.  WHAT THEY SAY IN

12   THEIR OPENING STATEMENTS, IN CLOSING ARGUMENTS, AND AT OTHER

13   TIMES IS THERE AND INTENDED TO HELP YOU INTERPRET THE

14   EVIDENCE, BUT IT IS NOT EVIDENCE.  IF THE FACTS ARE DIFFERENT

15   AS YOU REMEMBER THEM, DIFFERENT FROM THE WAY THE LAWYERS HAVE

16   STATED THEM, THEN YOUR MEMORY OF THE FACTS CONTROLS.

17       TWO, QUESTIONS AND OBJECTIONS BY THE LAWYERS ARE NOT

18   EVIDENCE.  ATTORNEYS HAVE A DUTY TO THEIR CLIENTS TO OBJECT

19   WHEN THEY BELIEVE A QUESTION IS IMPROPER UNDER THE RULES OF

20   EVIDENCE, AND YOU SHOULD NOT BE INFLUENCED BY THE OBJECTION OR

21   BY THE COURT'S RULING ON IT.

22       THREE, TESTIMONY THAT WAS EXCLUDED OR STRICKEN OR THAT YOU

23   WERE INSTRUCTED TO DISREGARD IS NOT EVIDENCE AND MUST NOT BE

24   CONSIDERED.

25       AND, FOUR, ANYTHING YOU HAVE SEEN OR HEARD WHEN COURT WAS

 1    NOT IN SESSION IS NOT EVIDENCE.  YOU ARE ONLY TO DECIDE THE

 2    CASE SOLELY ON THE EVIDENCE RECEIVED AT THE TRIAL.

 3        EVIDENCE MAY BE DIRECT OR CIRCUMSTANTIAL.  DIRECT EVIDENCE

 4    IS DIRECT PROOF OF A FACT SUCH AS THE TESTIMONY BY A WITNESS

 5    ABOUT WHAT THAT WITNESS PERSONALLY SAW OR HEARD OR DID.

 6    CIRCUMSTANTIAL EVIDENCE IS PROOF OF ONE OR MORE FACTS FROM

 7    WHICH YOU COULD FIND ANOTHER FACT.

 8        SO YOU SHOULD CONSIDER BOTH KINDS OF EVIDENCE AND THE LAW

 9    MAKES NO DISTINCTION BETWEEN THE WEIGHT TO BE GIVEN TO EITHER

10    DIRECT OR CIRCUMSTANTIAL EVIDENCE.  IT IS FOR YOU TO DECIDE

11    HOW MUCH WEIGHT TO GIVE ANY EVIDENCE.

12        SO LET'S RETURN TO THE EARLY EXAMPLE I GAVE YOU TO SHOW

13    THE DISTINCTION.

14        IF YOU WAKE UP IN THE MORNING AND SEE THAT THAT SIDEWALK

15    IS WET, YOU MAY FIND FROM THAT FACT THAT IT RAINED DURING THE

16    NIGHT.  HOWEVER, OTHER EVIDENCE SUCH AS A TURNED-ON GARDEN

17    HOSE MAY PROVIDE A DIFFERENT EXPLANATION FOR THE PRESENCE OF

18    WATER ON THE SIDEWALK.  THEREFORE, BEFORE YOU DECIDE THAT A

19    FACT HAS BEEN PROVED BY CIRCUMSTANTIAL EVIDENCE, YOU MUST

20    CONSIDER ALL THE EVIDENCE IN THE LIGHT OF REASON, EXPERIENCE,

21    AND COMMON SENSE.

22        IN DECIDING THE FACTS IN THIS CASE, YOU MAY HAVE TO DECIDE

23    WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.

24    YOU MAY BELIEVE EVERYTHING THAT A WITNESS SAYS OR PART OF IT

25    OR NONE OF IT.

1        PROOF OF A FACT DOES NOT NECESSARILY DEPEND ON THE NUMBER

2   OF WITNESSES WHO TESTIFY ABOUT IT.  SO IN CONSIDERING THE

3   TESTIMONY OF ANY WITNESS, YOU MAY TAKE INTO ACCOUNT THE

4   FOLLOWING:

5        ONE, THE OPPORTUNITY AND ABILITY OF THE WITNESS TO SEE OR

6   HEAR OR KNOW THE THINGS ABOUT WHICH HE OR SHE TESTIFIED;

7        TWO, THE WITNESS'S MEMORY;

8        THREE, THE WITNESS'S MANNER WHILE TESTIFYING;

9        FOUR, THE WITNESS'S INTEREST IN THE OUTCOME OF THE CASE

10  AND ANY BIAS OR PREJUDICE;

11       FIVE, WHETHER OTHER EVIDENCE CONTRADICTED THE WITNESS'S

12  TESTIMONY;

13       SIX, THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN

14  LIGHT OF ALL OF THE EVIDENCE;

15       AND SEVEN, ANY OTHER FACTOR THAT BEARS ON THEIR

16  BELIEVABILITY.

17       THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT

18  NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY

19  ABOUT IT.

20       YOU HAVE HEARD DEPOSITION TESTIMONY THROUGHOUT THE TRIAL.

21  A DEPOSITION IS THE SWORN TESTIMONY OF A WITNESS TAKEN BEFORE

22  TRIAL.  RECALL THE WITNESS IS PLACED UNDER OATH TO TELL THE

23  TRUTH, AND LAWYERS FOR EACH PARTY MAY ASK QUESTIONS.  THE

24  QUESTIONS AND ANSWERS ARE RECORDED.  AND WHEN A PARTY -- OR A

25  PERSON IS UNAVAILABLE TO TESTIFY AT TRIAL, THE DEPOSITION OF

1    THAT PERSON MAY BE USED AT THE TRIAL OR IT MAY BE USED FOR

2    IMPEACHMENT PURPOSES.  YOU SHOULD CONSIDER DEPOSITION

3    TESTIMONY INSOFAR AS POSSIBLE IN THE SAME WAY AS IF IT WERE

4    GIVEN FROM THE WITNESS STAND.

5        IT IS TYPICAL FOR DEPOSITIONS TO LAST SEVERAL HOURS AND

6    FOR ONLY SMALL PORTIONS OF TESTIMONY TO BE USED AT TRIAL.  IN

7    ADDITION, WITH RESPECT TO THE DEPOSITIONS OF HIGH-LEVEL

8    EXECUTIVES, SUCH AS STEVE JOBS, A COURT MAY LIMIT THE SCOPE

9    AND LENGTH OF DEPOSITIONS, AS WAS DONE HERE.

10       DURING THE TRIAL, YOU HEARD TESTIMONY FROM EXPERT

11   WITNESSES.  THE LAW ALLOWS AN EXPERT TO STATE OPINIONS ABOUT

12   MATTERS IN HIS OR HER FIELD OF EXPERTISE EVEN IF HE OR SHE HAD

13   NOT WITNESSED ANY OF THE EVENTS INVOLVED IN THE TRIAL.

14       YOU DO NOT HAVE TO ACCEPT AN EXPERT'S OPINION.  AS WITH

15   ANY OTHER WITNESS, IT IS UP TO YOU TO DECIDE WHETHER YOU

16   BELIEVE THE EXPERT'S TESTIMONY AND CHOOSE TO USE IT AS A BASIS

17   FOR YOUR DECISION.  YOU MAY BELIEVE ALL, PART, OR NONE OF AN

18   EXPERT'S TESTIMONY.

19       IN DECIDING WHETHER TO BELIEVE AN EXPERT'S TESTIMONY, YOU

20   SHOULD CONSIDER, ONE, THE EXPERT'S TRAINING AND EXPERIENCE;

21   TWO, THE FACTS UPON WHICH THE EXPERT RELIED; AND THREE, THE

22   REASONS FOR THE EXPERT'S OPINION.

23       THE EXPERT'S TESTIMONY AT TRIAL AND THE DOCUMENTS ADMITTED

24   INTO EVIDENCE IN CONNECTION WITH THE EXPERT'S TESTIMONY ARE

25   EVIDENCE.

 1          YOU HAVE HEARD REFERENCES TO EXPERT REPORTS DURING THE

 2     TRIAL.  EXPERT REPORTS THEMSELVES ARE NOT EVIDENCE.  THE LAW

 3     ALLOWS EXPERT WITNESSES TO BE ASKED QUESTIONS THAT ARE BASED

 4     ON ASSUMED FACTS.  SOMETIMES THESE ARE CALLED HYPOTHETICAL

 5     QUESTIONS.  IN DETERMINING THE WEIGHT TO GIVE TO AN EXPERT'S

 6     OPINION THAT IS BASED ON ASSUMED FACTS, YOU SHOULD CONSIDER

 7     WHETHER THE ASSUMED FACTS ARE TRUE.  IF THE EXPERT WITNESSES

 8     DISAGREED WITH ONE ANOTHER, YOU SHOULD WEIGH EACH OPINION

 9     AGAINST THE OTHER'S.  YOU SHOULD EXAMINE THE REASONS GIVEN FOR

10     EACH OPINION AND THE FACTS OR OTHER MATTERS UPON WHICH EACH

11     WITNESS RELIED.  YOU MAY ALSO COMPARE THE EXPERTS'

12     QUALIFICATIONS.

13          CERTAIN CHARTS, SUMMARIES, AND SLIDES NOT RECEIVED IN

14     EVIDENCE HAVE BEEN SHOWN TO YOU IN ORDER TO HELP EXPLAIN THE

15     CONTENTS OF BOOKS, RECORDS, DOCUMENTS, OR OTHER EVIDENCE IN

16     THE CASE.  THEY ARE NOT THEMSELVES EVIDENCE OR PROOF OF ANY

17     FACTS.  IF THEY DO NOT CORRECTLY REFLECT THE FACTS OR FIGURES

18     SHOWN BY THE EVIDENCE IN THE CASE, YOU SHOULD DISREGARD THE

19     CHARTS AND SUMMARIES AND DETERMINE THE FACTS FROM THE

20     UNDERLYING EVIDENCE.

21          CERTAIN CHARTS AND SUMMARIES MAY HAVE BEEN RECEIVED INTO

22     EVIDENCE TO ILLUSTRATE INFORMATION BROUGHT OUT AT TRIAL.

23     THOSE CHARTS AND SUMMARIES ARE ONLY AS GOOD AS THE UNDERLYING

24     EVIDENCE THAT SUPPORTS THEM.  YOU SHOULD THEREFORE GIVE THEM

25     ONLY SUCH WEIGHT AS YOU THINK THE UNDERLYING EVIDENCE

```
1    DESERVES.

2         EVIDENCE WAS ALSO ADMITTED IN THE FORM OF AN ANSWER OF ONE

3    OF THE PARTIES TO A WRITTEN INTERROGATORY SUBMITTED BY THE

4    OTHER SIDE.  THIS ANSWER WAS GIVEN IN WRITING AND UNDER OATH

5    BEFORE THE ACTUAL TRIAL IN RESPONSE TO A QUESTION THAT WAS

6    SUBMITTED IN WRITING UNDER ESTABLISHED COURT PROCEDURES.  YOU

7    SHOULD CONSIDER THE ANSWER INSOFAR AS POSSIBLE IN THE SAME WAY

8    AS IF IT HAD BEEN MADE FROM THE WITNESS STAND.

9         CERTAIN DOCUMENTS RECEIVED IN EVIDENCE MAY HAVE PORTIONS

10   BLACKED OUT OR OTHERWISE REDACTED.  DO NOT SPECULATE OR

11   CONSIDER WHAT WOULD HAVE BEEN INCLUDED IN THE DOCUMENT ABSENT

12   THOSE REDACTIONS.  YOU SHOULD NOT CONSIDER THEM DURING YOUR

13   DELIBERATIONS.

14        PER THE COURT'S INSTRUCTIONS AT THE START OF THE TRIAL,

15   YOU MAY HAVE TAKEN NOTES TO HELP YOU REMEMBER THE EVIDENCE.

16   WHETHER OR NOT YOU TOOK NOTES, YOU SHOULD RELY ON YOUR OWN

17   MEMORY OF THE EVIDENCE.  NOTES ARE ONLY TO ASSIST YOUR MEMORY.

18   YOU SHOULD NOT BE OVERLY INFLUENCED BY YOUR NOTES OR THOSE OF

19   YOUR FELLOW JURORS.

20        YOU WERE ALLOWED TO PROPOSE WRITTEN QUESTIONS TO

21   WITNESSES.  IF YOU PROPOSED ANY QUESTIONS, REMEMBER THAT YOUR

22   ROLE IS THAT OF A NEUTRAL FACT-FINDER AND NOT AN ADVOCATE.  DO

23   NOT GIVE UNDUE WEIGHT TO QUESTIONS YOU OR OTHER JURORS

24   PROPOSED.  YOU SHOULD EVALUATE THE ANSWERS TO THOSE QUESTIONS

25   IN THE SAME MANNER AS YOU EVALUATE ALL OF THE OTHER EVIDENCE.
```

1          THIS IS A CIVIL CASE.  HERE THE BURDEN OF PROOF ON ANY

2     CLAIM OR AFFIRMATIVE DEFENSE IS BY A PREPONDERANCE OF THE

3     EVIDENCE.  STATED DIFFERENTLY, IT MEANS YOU MUST BE PERSUADED

4     BY THE EVIDENCE THAT THE CLAIM OR THE AFFIRMATIVE DEFENSE IS

5     PROBABLY MORE TRUE THAN NOT TRUE.

6          YOU SHOULD BASE YOUR DECISION ON ALL OF THE EVIDENCE

7     REGARDLESS OF WHICH PARTY PRESENTED IT.

8          I WILL NOW TURN TO INSTRUCTIONS SPECIFIC TO THE CLAIMS

9     BEING MADE IN THIS CASE.

10         YOU WILL RECALL THAT AT THE OUTSET OF THIS CASE, THE COURT

11    INSTRUCTED YOU THAT THE PLAINTIFFS HAVE BROUGHT A CLASS ACTION

12    AGAINST APPLE.  A CLASS ACTION IS USED WHERE IT IS DEEMED THAT

13    ONE LAWSUIT IS THE BEST DEVICE TO RESOLVE THE SAME CLAIMS OF

14    MANY SIMILARLY SITUATED INDIVIDUALS AGAINST ONE OR MORE

15    DEFENDANTS WHO ARE ALSO SIMILARLY SITUATED.

16         THE COURT CERTIFIED A CLASS IN THIS CASE OF INDIVIDUALS

17    AND BUSINESSES WHO PURCHASED CERTAIN MODELS OF IPODS DIRECTLY

18    FROM APPLE BETWEEN SEPTEMBER 12TH, 2006, AND MARCH 31ST, 2009.

19         THE COURT HAS REPLACED MARIANNA ROSEN, WHO TESTIFIED AND

20    WAS NAMED AS A CLASS REPRESENTATIVE, BECAUSE SHE DID NOT

21    PURCHASE AN AFFECTED IPOD DURING THE CLASS PERIOD USING HER

22    OWN PERSONAL FUNDS.  NEVERTHELESS, THE CLASS REMAINS

23    CERTIFIED, AND THE CLASS IS NOW REPRESENTED BY BARBARA

24    BENNETT.

25         AS CLASS CERTIFICATION ISSUES ARE ONES FOR THE COURT, THIS

1    CHANGE DOES NOT IMPACT YOUR DELIBERATIONS IN ANY WAY.

2        THE PARTIES HAVE STIPULATED THAT THE IPOD MODELS AT ISSUE

3    ARE AS FOLLOWS:  THE IPOD CLASSIC SIXTH GENERATION; THE IPOD

4    CLASSIC SEVENTH GENERATION; THE IPOD NANO SECOND GENERATION;

5    IPOD NANO SECOND -- THIRD GENERATION; IPOD NANO FOURTH

6    GENERATION; IPOD TOUCH FIRST GENERATION; AND IPOD TOUCH SECOND

7    GENERATION.

8        THIS CASE INVOLVES A FEDERAL ANTITRUST LAW CALLED THE

9    SHERMAN ACT.  THE PURPOSE OF THE SHERMAN ACT IS TO PRESERVE

10   FREE AND UNFETTERED COMPETITION IN THE MARKETPLACE.  THE

11   SHERMAN ACT RESTS ON THE CENTRAL PREMISE THAT COMPETITION

12   PRODUCES THE BEST ALLOCATION OF OUR ECONOMIC RESOURCES, THE

13   LOWEST PRICES, THE HIGHEST QUALITY, AND THE GREATEST MATERIAL

14   PROGRESS.

15       PLAINTIFFS BRING TWO CLAIMS UNDER SECTION 2 OF THE SHERMAN

16   ACT, UNLAWFUL MONOPOLIZATION AND UNLAWFUL ATTEMPTED

17   MONOPOLIZATION.  PLAINTIFFS BEAR THE BURDEN OF PROOF ON BOTH

18   CLAIMS.

19       UNDER THE SHERMAN ACT, OFFERING A GENUINE PRODUCT

20   IMPROVEMENT CANNOT BE CONSIDERED AN ANTICOMPETITIVE ACT

21   REGARDLESS OF ITS EFFECT ON A COMPETITOR.  A COMPANY HAS NO

22   GENERAL LEGAL DUTY TO ASSIST ITS COMPETITORS, INCLUDING BY

23   MAKING PRODUCTS INTEROPERABLE, LICENSING TO COMPETITORS, OR

24   SHARING INFORMATION WITH COMPETITORS.

25       AS A THRESHOLD QUESTION, YOU WILL BE ASKED TO DETERMINE

1    WHETHER THE FIRMWARE AND SOFTWARE UPDATES IN ITUNES 7.0 WHICH

2    WERE CONTAINED IN THE STIPULATED MODELS OF IPODS WERE GENUINE

3    PRODUCT IMPROVEMENTS.  FOR EASE OF REFERENCE, I WILL REFER TO

4    THEM AS ITUNES 7.0.

5        AS THE COURT EXPLAINED TO YOU AT THE BEGINNING OF THIS

6    TRIAL, APPLE'S INTEGRATED DESIGN OF ITUNES, IPOD, AND THE

7    ITUNES STORE AND THE UPDATES BEFORE ITUNES 7.0 WERE LEGAL AND

8    NOT ANTICOMPETITIVE.  YOU MAY NOT CONSIDER ITUNES 4.7 TO BE

9    ANTICOMPETITIVE OR ILLEGAL OR TO SUPPORT ANY FINDING OF

10   LIABILITY OR DAMAGES AGAINST APPLE.

11       HOWEVER, YOU ARE NOT REQUIRED TO IGNORE EVIDENCE RELATING

12   TO THOSE ISSUES.  TO THE CONTRARY, YOU MAY CONSIDER SUCH

13   EVIDENCE IN UNDERSTANDING THE PURPOSE AND CONTEXT OF THE

14   CONDUCT PLAINTIFFS ALLEGE TO BE UNLAWFUL, INCLUDING WHETHER

15   THE STATED REASONS FOR ITUNES 7.0 WERE PRETEXTUAL AND NOT

16   SUPPORTIVE OF A FINDING THAT ITUNES 7.0 WAS A GENERAL PRODUCT

17   IMPROVEMENT.

18       HOWEVER, IN MAKING THAT DETERMINATION, YOU CANNOT BALANCE,

19   ON THE ONE HAND, THE EVIDENCE CONCERNING ITUNES 7.0 PURPORTED

20   BENEFITS AGAINST, ON THE OTHER HAND, ANY EFFECT THE UPDATE HAD

21   ON APPLE'S COMPETITORS.

22       BECAUSE IT IS THE THRESHOLD QUESTION, LADIES AND

23   GENTLEMEN, AT THIS POINT I WILL INVITE THE PARTIES TO MAKE

24   CLOSING ARGUMENTS ON WHETHER THE FIRMWARE AND SOFTWARE UPDATES

25   IN ITUNES 7.0 WHICH WERE CONTAINED IN THOSE STIPULATED MODELS

1    OF IPODS WERE GENUINE PRODUCT IMPROVEMENTS.

2        REMEMBER, CLOSING ARGUMENTS ARE NOT EVIDENCE BUT MERELY

3    THE PARTIES' PERSPECTIVES ON WHAT THE EVIDENCE HAS SHOWN.

4        I WILL HAVE A FEW MORE INSTRUCTIONS FOR YOU ONCE THEY'VE

5    CONCLUDED.

6        WE WILL BEGIN WITH THE PLAINTIFFS.  MR. COUGHLIN, YOU MAY

7    PROCEED.

8            **MR. COUGHLIN:**  THANK YOU, YOUR HONOR.

9                    **CLOSING ARGUMENT BY MR. COUGHLIN**

10           **MR. COUGHLIN:**  GOOD MORNING, LADIES AND GENTLEMEN.

11   NICE TO SEE YOU HERE.  USUALLY WE SEE YOU HERE A LITTLE

12   EARLIER THAN TODAY, BUT WE HAD SOME BUSINESS TO GET -- TO GET

13   TO BEFORE.

14       AND YOU'RE ALSO, IF YOU MIGHT HAVE NOTICED IN THESE

15   INSTRUCTIONS THAT THE COURT GAVE, THAT WE'RE GOING TO CONSIDER

16   ONE ISSUE FIRST.  WE'RE GOING TO CONSIDER WHETHER THIS WAS A

17   GENUINE PRODUCT IMPROVEMENT, WHETHER THE PRODUCT AT ISSUE WAS

18   A GENUINE PRODUCT.

19       AND THAT PRODUCT THAT IS AT ISSUE, IN OUR VIEW -- AND OF

20   COURSE THERE'S A DISPUTE ABOUT EVERYTHING IN THIS CASE SO

21   THERE'S A DISPUTE AMONG THE PARTIES -- IS THE KVC AND DVC THAT

22   WERE BOTH IN THE 7.0.  YOU MIGHT HAVE NOTICED THAT NOW WE JUST

23   REFER TO IT AS THE 7.0 BECAUSE THE TIMING OF THE 7.4 TURN-ON

24   OF THE DVC WAS WHAT WE CALL A TAG.  WE WERE USING THAT TO SHOW

25   WHEN IT TURNED ON.  BUT WE'RE NOT CLAIMING ANY EXTRA DAMAGES

1    FOR THE DVC WHEN IT WAS TURNED ON.  WE'RE JUST FOCUSED ON WHAT

2    WAS IN THE 7.0 AND WHETHER 7.0 WAS A PRODUCT IMPROVEMENT.

3        SEE, WE BELIEVE THE KVC AND THE DVC WERE LIKE A ONE-TWO

4    PUNCH.  FIRST THE KVC KNOCKED OUT DRM-PROTECTED SONGS,

5    COMPETITORS PUTTING DRM-PROTECTED SONGS ON THE IPOD.  THEN

6    CAME THE DVC KNOCKING OUT PEOPLE THAT WERE TRYING TO PLAY ON

7    THE IPOD.  IF YOU CHOSE TO PUT THEM ON THE IPOD, FREE MUSIC

8    FROM ANOTHER PLAYER, IT WAS A ONE-TWO PUNCH BECAUSE OF WHAT

9    WAS GOING ON IN THE MARKET DURING THAT TIME.

10       SO THE QUESTION THAT'S GOING TO BE FIRST BEFORE YOU IS

11   WHETHER THAT WAS A GENUINE PRODUCT IMPROVEMENT.

12       AND IF WE TAKE A LOOK AT MR. SCHULTZ, HE TALKED ABOUT

13   THAT.  HE TALKED ABOUT MEETING ME AT THE CAFE ON HAYES STREET.

14   AND HE GAVE THE OPINION ABOUT WHETHER HE THOUGHT THE DATABASE

15   VERIFICATION WAS A PRODUCT IMPROVEMENT.  AND HE SAID, "I DID

16   NOT SEE THIS AS A PRODUCT IMPROVEMENT."

17       DID YOU SEE IT AS A SECURITY IMPROVEMENT?

18       AND HIS ANSWER WAS NO.

19       HE GAVE BOTH THOSE OPINIONS.  AND I SUBMIT TO YOU THAT I

20   DON'T THINK THERE'S A MORE GENUINE WITNESS TO TALK ABOUT

21   WHETHER THE ALGORITHM THAT HE INVENTED IS A PRODUCT OR

22   SECURITY IMPROVEMENT.

23       THERE'S AN OLD ADAGE IN TRIALS AND THAT TRIAL LAWYERS DO:

24   IF YOU DON'T HAVE THE FACTS, YOU ATTACK THE OTHER SIDE'S

25   WITNESSES.  AND THAT'S PRETTY EFFECTIVE.  IT CAN BE.  IT'S A

1    LITTLE LIKE THE POLITICAL NEGATIVE ADVERTISEMENT.

2        AND, YOU KNOW, I DON'T THINK IT'S NECESSARILY UNFAIR.

3    YOU'VE GOT TO BE ABLE TO DO SOME OF THAT.  AND I'VE BEEN IN

4    SOME BIG CASES, ENRON, REPRESENTING THE UC REGENTS, A NUMBER

5    OF CASES FOR CALPERS, REPRESENTING THE CITY OF SAN FRANCISCO

6    IN --

7            **MR. ISAACSON:**  OBJECTION, YOUR HONOR.

8            **MR. COUGHLIN:**  -- JOE CAMPBELL CASE.

9            **THE COURT:**  SUSTAINED.

10           **MR. COUGHLIN:**  BUT WHAT -- BUT WHAT YOU WANT TO FOCUS

11   ON WHEN YOU MAKE AN ATTACK LIKE THAT IS WHETHER IT'S A FAIR

12   ATTACK.  AND I WANT TO TAKE A LOOK AT SOME OF THE QUESTIONS OR

13   WHAT HAPPENED TO MR. SCHULTZ.

14       HE RECEIVED A DOCUMENT THE NIGHT BEFORE HE GOT HERE.  HE

15   RECEIVED A PERFORMANCE REPORT SUPPOSEDLY.

16       "IS THAT CORRECT, FROM APPLE?

17       "THAT'S CORRECT."

18       HAD HE EVER BEEN GIVEN THAT PERFORMANCE BEFORE -- THAT

19   PERFORMANCE REPORT?

20       NO.

21       "HAD ANYBODY EVER TALKED TO YOU ABOUT A LACK OF

22   PERFORMANCE IN THE JUNE 2007 TO DECEMBER 2000 (SIC) TIME

23   PERIOD?

24       "NO.

25       "SO THAT PERFORMANCE THING THAT YOU WERE SENT OVER LAST

1    NIGHT, DID IT JAR YOU, CONCERN YOU?

2       "I MEAN, THERE WERE NO SIGNATURES ON THAT DOCUMENT," SAID

3    MR. SCHULTZ.  OKAY?  "I'D NEVER SEEN THAT DOCUMENT BEFORE

4    UNTIL LAST NIGHT.

5       "SO YOU DIDN'T SIGN IT?

6       "NO.  I HAD NEVER SEEN IT.

7       "WAS THERE A SUPERVISOR'S SIGNATURE SIGNED?

8       "NO."

9       AND YOU HEARD THAT ACTUALLY AS HE WAS -- HE WASN'T SHOWN

10   THE DOOR AT APPLE.  HE WAS ACTUALLY ASKED TO STAY AT APPLE TV.

11   BUT THAT WAS THE ATTACK ON MR. SCHULTZ BEFORE HE GOT HERE.

12      AND YOU WOULD THINK -- YOU WOULD THINK THE VERY NEXT

13   WITNESS THAT YOU MIGHT SEE UP HERE IF MR. SCHULTZ WASN'T

14   TELLING THE TRUTH MIGHT HAVE BEEN MR. FARRUGIA OVER HERE WHO

15   APPARENTLY IS STILL AROUND AND IN COURT TODAY.  YOU WOULD

16   THINK HE WOULD HAVE BEEN CALLED TO REBUT THAT.

17      BUT THERE -- HE WAS NOT CALLED.  AND THAT WAS THE ATTACK

18   THAT WAS MADE ON THE INVENTOR WHO CAME IN HERE AND TESTIFIED

19   IT WASN'T A GENUINE PRODUCT IMPROVEMENT.

20      THE COURT TALKED ABOUT TAKING CARE OF THE CLASS CERT

21   ISSUES, AND YOU WON'T HEAR FROM BARBARA BENNETT, BUT SHE'S

22   HERE IN COURT IN THE RED DRESS.  THIS IS MS. BENNETT.

23      MS. BENNETT, COULD YOU STAND UP?

24      SHE IS THE CLASS REPRESENTATIVE AT THIS TIME BECAUSE OF

25   WHAT HAPPENED WITH MS. ROSEN.  AND WE REPRESENT SOME 8 MILLION

1    CONSUMERS AND HUNDREDS OF BIG AND SMALL RESELLERS.

2        NORMALLY, WE'D JUST BE ARGUING ABOUT THE WHOLE CASE THAT

3    YOU HEARD, BUT WE'RE GOING TO BIFURCATE THIS A LITTLE AND TALK

4    ABOUT THE PRODUCT IMPROVEMENT FIRST.

5        AND I SAID THERE'S A DISPUTE.  WE THINK THAT THE PRODUCTS

6    THAT ARE AT ISSUE HERE ARE THE KVC AND THE DVC.  THEY MIGHT

7    CALL THEM INTEGRITY CHECKS, BUT THE SAME TWO PRODUCTS.  WE

8    THINK THAT'S THE FIRMWARE AND SOFTWARE THAT IS AT ISSUE HERE.

9        APPLE THINKS EVERYTHING IN THE 7.0 IS AT ISSUE:  THE SIZE

10   OF THE NEW IPODS, THE THINNESS, THE BATTERY LIFE, THE PIXELS.

11   YOU NAME IT, THEY THINK ALL OF THAT COMES INTO WHETHER YOU

12   JUDGE THERE'S A PRODUCT IMPROVEMENT.

13       WE DON'T THINK THAT'S THE QUESTION.  WE THINK IT'S LIMITED

14   TO THOSE TWO, THE KVC AND DVC.

15       BUT IT DOESN'T MATTER.  EVEN IF APPLE WERE RIGHT, YOU

16   DON'T GET ANY OF THOSE OTHER IMPROVEMENTS WITHOUT TAKING THE

17   KVC AND THE DVC.  AND THEY'RE LETHAL AND THEY DEGRADE THE

18   USERS' EXPERIENCE.  SO THE OVERALL PRODUCT IS NOT A PRODUCT

19   IMPROVEMENT.

20       THAT'S NOT SAYING IN THE REGRESSION ANALYSIS THAT DR. NOLL

21   DID THAT YOU DON'T TAKE THOSE INTO ACCOUNT.  YOU'RE GOING TO

22   HAVE TO TAKE THOSE INTO ACCOUNT.  BUT FOR PURPOSES OF THIS, WE

23   BELIEVE IT'S ONLY THE TWO PRODUCTS, THE TWO PRODUCTS THAT

24   WE'VE TALKED ABOUT THROUGH MOST OF THE TRIAL, THE KVC AND DVC.

25       NOW, WE THINK -- I WAS TRYING TO THINK OF AN ANALOGY, AND

1    I'VE BEEN LIVING ON SNICKERS BARS FOR THIS LAST COUPLE OF

2    WEEKS HERE DURING THE TRIAL AND I WAS THINKING IF A SNICKERS

3    BAR CAME OUT AND IT WAS BIGGER, HAD MORE CHOCOLATE, BUT IT --

4    IT CONTAINED A -- WOULD IT BE BETTER?  YOU WOULD SAY --

5    NATURALLY, YOU WOULD SAY YES -- A BIGGER SCREEN, A BRIGHTER

6    SCREEN, MIGHT BE BETTER.  ALL OF THESE OTHER THINGS THAT WE

7    TALKED ABOUT, A BETTER BATTERY LIFE, THAT MIGHT BE BETTER.

8    BUT IF THAT SNICKERS BAR HAD A PRESERVATIVE IN IT THAT WAS

9    TOXIC, THAT WAS LETHAL, THAT WOULD NOT BE AN IMPROVED SNICKERS

10   BAR.

11        AND THAT'S WHAT WE HAVE HERE.  WE HAVE A PRODUCT WITH TWO

12   THINGS IN IT THAT ARE GOING TO DEGRADE THE USERS' EXPERIENCE.

13   THE USER IS GOING TO LOSE CHOICE WITH THESE PRODUCTS THAT ARE

14   IN 7.0.

15        AND NOW WE'RE GOING TO TALK ABOUT WHETHER THEY ARE GENUINE

16   PRODUCT IMPROVEMENTS.  WE'RE GOING TO TAKE A LOOK AT THE

17   PRODUCTS.  AND WE GET TO LOOK AT THE CIRCUMSTANCES AROUND THE

18   DEVELOPMENT OF THESE PRODUCTS.

19        SO THAT WHEN THESE PRODUCTS WERE DEVELOPED, WHAT WAS

20   HAPPENING AT APPLE, WHAT WAS HAPPENING OUT IN THE MARKETPLACE,

21   WHAT WERE THESE PRODUCTS DIRECTED AT.  APPLE SAYS THEY WERE

22   DIRECTED AT STOPPING CORRUPTION.  WE THINK THEY WERE DIRECTED

23   AT STOPPING COMPETITION.

24        SO WE'RE GOING TO TAKE A LOOK AT SOME OF THE CIRCUMSTANCES

25   THAT SURROUNDED THE DEVELOPMENT OF THESE PRODUCTS.

```
 1        NEXT.
 2              (DEMONSTRATIVE PUBLISHED TO JURY.)
 3        MR. COUGHLIN:  WHEN MR. ROBBIN WAS ON THE STAND --
 4   AND HE'S HERE TODAY, TOO.  WHEN MR. ROBBIN WAS ON THE STAND,
 5   HE WAS ASKING -- WE SHOWED HIM THIS DOCUMENT, TRIAL
 6   EXHIBIT 2021.  AND HE WAS HAVING A MEETING TO SET UP TO TALK
 7   ABOUT THE DIGITAL RIGHTS MANAGEMENT.
 8              (DEMONSTRATIVE PUBLISHED TO JURY.)
 9        MR. COUGHLIN:  AND THIS WAS IN DECEMBER 2002.  AND IF
10   WE TAKE A LOOK AT WHAT THEY WERE TALKING ABOUT WHEN THEY WERE
11   FIRST DISCUSSING DIGITAL RIGHTS MANAGEMENT --
12        GO TO THE NEXT PAGE.
13              (DEMONSTRATIVE PUBLISHED TO JURY.)
14        MR. COUGHLIN:  THE GOAL OF THIS CONTROL SYSTEM IS TO
15   KEEP HONEST PEOPLE HONEST.  I DON'T THINK WE'VE EVER GOT A
16   GOOD EXPLANATION ABOUT HOW HONEST PEOPLE BECOME DISHONEST OR
17   NEED SOME ENCOURAGEMENT TO REMAIN HONEST.  BUT IT SAYS IT'S
18   NOT EXPLICITLY -- NOT INTENDED TO PREVENT A DILIGENT THIEF
19   FROM STEALING MUSIC.
20        IF WE GO DOWN TO THE BOTTOM.
21              (DEMONSTRATIVE PUBLISHED TO JURY.)
22        MR. COUGHLIN:  WITH THIS APPROACH, A USER WOULD NOT
23   BE ABLE TO GET AROUND THESE BARRIERS WITHOUT BEING A
24   PROGRAMMER, A NONSTANDARD PATCH VERSION, SOMETHING DESIGNED TO
25   THWART THE PROTECTION SERVICES.
```

1    IN OTHER WORDS, THEY KNEW WHAT THEY WERE PUTTING ON WAS A

2    LIGHTWEIGHT PROTECTION SERVICE, AND ACCORDING TO THEM, THEY

3    BELIEVED THE MUSIC SHOULD BE DRM-FREE, BUT THE RECORD LABELS

4    REQUIRED THEM TO PUT SOMETHING ON.  AND THIS IS WHAT THEY PUT

5    ON.

6         IF WE TAKE A LOOK AT THE NEXT SLIDE.

7              (DEMONSTRATIVE PUBLISHED TO JURY.)

8         **MR. COUGHLIN:**  MR. ROBBIN, AROUND THAT TIME FRAME, IS

9    ASKING ABOUT SOME CONVERSATIONS THAT EDDY CUE, WHO'S ALSO HERE

10   TODAY, HAD WITH THE LABELS.  HOW ABOUT DRM?  DID IT COME UP

11   DURING THE MEETING?

12             (DEMONSTRATIVE PUBLISHED TO JURY.)

13        **MR. COUGHLIN:**  LOOK AT THIS.  WE DID DISCUSS IT.

14        THE LABELS' KEY POINT WAS THAT 70 PERCENT OR WHATEVER OF

15   OUR BASE IS DOWNLOADING APPS TO BREAK THE STORE, THEN WE BOTH

16   ACKNOWLEDGE THERE'S A PROBLEM.

17        THINK ABOUT THAT.  IN OTHER WORDS, IF THERE WAS A HUGE

18   PROBLEM, THEY WOULD ACKNOWLEDGE THERE'S A PROBLEM, BUT NOT IF

19   SOME SMALL THING WAS GOING ON OR NOT.  AND WE'RE GOING TO TAKE

20   A LOOK AT SOME OF THE NUMBERS A LITTLE MORE AS THIS SYSTEM

21   RAMPS UP.

22        BECAUSE WHAT YOU HEARD ME TALK ABOUT BEFORE IS THIS WAS

23   THE IDEA THAT THEY HAD AT THE BEGINNING.  AND YOU HEARD ALL

24   THESE EXECUTIVES FROM APPLE GET ON THE STAND AND TALK ABOUT

25   HOW NAIVE THEY WERE.  I DON'T THINK THEY WERE NAIVE AT ALL.  I

1    THINK THE EVIDENCE SHOWS THAT THEY PUT IN A SYSTEM THAT WAS

2    DESIGNED SO THAT MAYBE A HIGH SCHOOL KID WOULD HAVE A LITTLE

3    PROBLEM RIPPING IT OFF AND SENDING IT OUT TO 10,000 PEOPLE.

4    BUT THE IDEA WAS THAT MOST PEOPLE WERE HONEST AND WERE GOING

5    TO PAY FOR THEIR MUSIC.  AND IN FACT, THAT'S JUST WHAT

6    HAPPENED.

7        IF WE TAKE A LOOK AT THE NEXT.

8            (DEMONSTRATIVE PUBLISHED TO JURY.)

9        **MR. COUGHLIN:**  ROBBIN SAYS THAT SOUNDS GREAT.

10   FANTASTIC.

11       NEXT.

12           (DEMONSTRATIVE PUBLISHED TO JURY.)

13      **MR. COUGHLIN:**  HERE, THIS -- THIS TIME PERIOD IS

14   ABOUT ONE -- TWO OR THREE WEEKS AFTER THEY'VE LAUNCHED THE

15   IPOD.  OKAY?  AND STEVE JOBS IS WONDERING WHETHER -- WHETHER

16   PEOPLE ARE GOING TO BE ALLOWED ONTO THEIR SYSTEM.

17       IN THE FIRST WEEK, THEY SOLD MORE THAN A MILLION SONGS,

18   SOMETHING THEY THOUGHT THEY MIGHT NOT DO FOR MONTHS.

19       BUT YOU'LL SEE A CHANGE HERE.  YOU'LL SEE A CHANGE IN THE

20   WAY APPLE IS LOOKING AT THEIR DRM AND HOW THEY INTEND TO USE

21   THIS PRODUCT TO LOCK IN THEIR CUSTOMERS AND LOCK OUT

22   COMPETITION.

23       NEXT.

24          (DEMONSTRATIVE PUBLISHED TO JURY.)

25      **MR. COUGHLIN:**  WE MAY -- WE NEED TO MAKE SURE, GUYS,

1    STEVE JOBS WROTE, THAT WHEN MUSICMATCH LAUNCHES THEIR DOWNLOAD

2    MUSIC STORE, THEY CANNOT USE THE IPOD.

3        IMMEDIATELY WHEN THEY HAD THE SUCCESS, HE'S LOCKING DOWN

4    THE IPOD.  OR LOCKING POTENTIAL COMPETITORS OUT.

5        NEXT.

6              (DEMONSTRATIVE PUBLISHED TO JURY.)

7        **MR. COUGHLIN:**  HE KNEW THAT THEY COULD USE THE DRM TO

8    DO THAT.  RIGHT?

9        THEY WILL NEED A DRM IN ANY PORTABLE DEVICE TO SATISFY THE

10   MUSIC COMPANIES.  AND WE CAN SIMPLY DENY ANY REQUEST TO PUT

11   THEM ON -- THEIR DRM IN OUR IPOD.

12       THEY'RE NOT TALKING ABOUT THAT THEY CAN'T DO THAT.

13       IF WE TAKE A LOOK AT THE NEXT DOCUMENT.

14             (DEMONSTRATIVE PUBLISHED TO JURY.)

15       **MR. COUGHLIN:**  MR. SCHILLER, HE'S TALKING ABOUT WE

16   SHOULD HAVE A SDK FOR FAIRPLAY SUCH THAT OTHER MUSIC PLAYERS

17   CAN ALSO WORK WITH ITUNES AND AAC AND FAIRPLAY IN ADDITION TO

18   OUR BELOVED IPOD.

19       AT THIS TIME PERIOD, JUST MONTHS AFTER THEY'VE GOTTEN THE

20   IPOD OUT IN 2003, IN THE FALL OF 2003, MR. SCHILLER IS

21   PREPARING TO DO A PLAN SO THEY CAN HAVE OTHERS -- SO THEY CAN

22   SHARE IT AND -- AND HAVE OTHER PEOPLE WORK, NOT ONLY WITH

23   IPOD, BUT ALSO WITH ITUNES AND OTHER PLAYERS.

24       AND LOOK AT STEVE JOBS' RESPONSE.

25             (DEMONSTRATIVE PUBLISHED TO JURY.)

1          **MR. COUGHLIN:**  BECAUSE OF THE TREMENDOUS SUCCESS

2     THEY'VE HAD ALREADY SELLING MILLIONS AND MILLIONS OF SONGS,

3     STEVE JOBS SAYS, FOR NONCOMPETITIVE DEVICES, MAYBE.  OKAY.  SO

4     HE'S ACKNOWLEDGING THEY COULD DO IT.  OKAY?  FOR COMPETITIVE

5     DEVICES WITH IPOD, IT'S TOO SOON TO DECIDE THIS ISSUE.

6          THEY'VE SEEN AN EXPLOSION.  THIS IS ALL ABOUT COMPETITION.

7     WE HAVEN'T SEEN A WORD ABOUT POTENTIAL CORRUPTION HERE.

8          AND AS WE GO THROUGH, THE GIVEN EXPLANATION FROM APPLE IN

9     THIS SITUATION IS THAT THEY PUT IN THE KVC AND DVC, FIRST THE

10    KVC TO STOP THE CORRUPTION THAT REALNETWORKS OR ANOTHER THIRD

11    PARTY PUTTING LEGALLY SOLD SONGS WITH DRM PROTECTION ON THEIR

12    SYSTEM.  AND THEN THEY SAID THEY WANTED TO KNOCK OUT THE

13    THIRD-PARTY PLAYERS WITH THE DVC BECAUSE THE BANSHEES, THE

14    MUSIC CENTER (SIC), WERE POSSIBLY CORRUPTING THEIR SYSTEM.

15         WHEN THE DVC GOES IN, THOSE THIRD-PARTY PLAYERS HAVE BEEN

16    PLAYING ON THE IPOD FOR NEARLY THREE AND A HALF, FOUR YEARS.

17    THERE HAVE BEEN NO REAL COMPLAINTS ABOUT CORRUPTION THEN UP

18    UNTIL THAT TIME.

19         NEXT.

20              (DEMONSTRATIVE PUBLISHED TO JURY.)

21         **MR. COUGHLIN:**  IN JANUARY, A FEW MONTHS AFTER THAT

22    LAST ONE, IN JANUARY 2004, THIS IS A DOCUMENT WE LOOKED AT,

23    AND IT TALKS ABOUT HOW THERE'S A BALKANIZED WORLD OF STANDARDS

24    OUT THERE.  AND IN PART, YOU'LL SEE THIS WAS CREATED BY THIS

25    DRM PROTECTION SYSTEMS AND THE NON-SHARING OF THAT.

```
 1           AND STEVE JOBS SAYS --

 2                    (OFF-THE-RECORD DISCUSSION.)

 3           MR. COUGHLIN:  "IN THIS BALKANIZED WORLD, THE SAFEST

 4    BEST IS THE LARGEST, MOST SUCCESSFUL STANDARD.  AND TODAY

 5    WE'RE IT.  LET'S LEVERAGE THIS POSITION NOW," FOUR EXCLAMATION

 6    POINTS AFTER IT.

 7        THAT'S WHERE WE WERE AS WE LOOK AT THE ACTUAL DEVELOPMENT

 8    OF THE PRODUCTS THAT ARE AT ISSUE HERE.

 9        NEXT.

10                    (DEMONSTRATIVE PUBLISHED TO JURY.)

11           MR. COUGHLIN:  IN APRIL 2004, WE SEE THAT

12    REALNETWORKS' ROB GLASER REACHES OUT TO STEVE JOBS.  HE WANTS

13    TO PROPOSE A SPECIFIC WORKING ARRANGEMENT.  HE'S GOT A

14    CONCRETE IDEA FOR WORKING TOGETHER.

15        NOW, APPLE IS UNDER NO OBLIGATION TO WORK WITH REAL.  AND

16    WE AREN'T CLAIMING ANY SUCH OBLIGATION.  BUT YOU CAN SEE THAT

17    HE REACHED OUT TO HIM AND WANTED TO WORK WITH HIM.

18                    (DEMONSTRATIVE PUBLISHED TO JURY.)

19           MR. COUGHLIN:  OKAY?  AND HE'S TALKING ABOUT GETTING

20    TOGETHER AND WORKING TOGETHER AND MAKING IT A GOOD DEAL FOR

21    THE IPOD AND A GOOD DEAL FOR REAL.  OKAY?

22        THAT NEVER OCCURS.  WHAT OCCURS --

23        NEXT.

24                    (DEMONSTRATIVE PUBLISHED TO JURY.)

25           MR. COUGHLIN:  WHAT OCCURS IS THAT REAL
```

1    REVERSE-ENGINEERS FAIRPLAY DRM SO THAT THEIR SONGS THAT THEY

2    SELL CAN OPERATE ON THE IPOD WHICH HAS GROWN IN MARKET SHARE

3    FROM 27 PERCENT TO ABOUT 70 PERCENT ABOUT THIS TIME.

4         AND THE MUSIC COMPANIES APPLAUD THIS.  THEY WANT

5    INTEROPERABILITY OF DEVICES AND JUKEBOX SOFTWARE.  SO

6    THAT'S -- THAT'S BMG.  BMG, JULY 26TH, 2004, WHEN REALNETWORKS

7    GOES LIVE WITH THEIR SYSTEM.

8         NEXT.

9              (DEMONSTRATIVE PUBLISHED TO JURY.)

10        **MR. COUGHLIN:**  THERE WERE OTHER COMPANIES ALSO THAT

11   APPLAUDED, OTHER MUSIC COMPANIES, BECAUSE THEY HAD LICENSED

12   REAL TO SELL DRM PROTECTION -- PROTECTED SONGS WITH THEIR

13   SYSTEM, WITH HELIX.  AND THE HARMONY SYSTEM ALLOWED HELIX TO

14   TRANSLATE INTO OTHER PEOPLE'S DRM SO THE SONGS REMAIN

15   PROTECTED.

16        AND MUSICIANS ALSO WANTED THIS BECAUSE THEY KNEW THAT IF

17   THEY HAD SUCH INTEROPERABILITY, THAT THEY WOULD SELL MORE

18   SONGS AND IT WOULD BE BETTER FOR THEM.

19        NEXT.

20             (DEMONSTRATIVE PUBLISHED TO JURY.)

21        **MR. COUGHLIN:**  AND SO WHAT APPLE DID IS THEY REACHED

22   OUT TO THE LABELS AND THEY TALKED TO UNIVERSAL, AND THEY FOUND

23   OUT THAT UNIVERSAL WAS AWARE OF IT.  OF COURSE.  UNIVERSAL

24   LICENSED REAL TO SELL THEIR SONGS.  AND FROM THEIR VIEWPOINT,

25   THEY WERE OKAY WITH IT BECAUSE THEY WANTED INTEROPERABILITY.

1          SO APPLE KNEW THAT THE LABELS ALLOWED IT AND WANTED IT TO

2     HAPPEN.  AND THE LABELS WERE THE ONES WITH THE CONTENT THAT

3     APPLE'S FAIRPLAY DRM WAS SUPPOSED TO PROTECT.

4          NEXT.

5               (DEMONSTRATIVE PUBLISHED TO JURY.)

6          **MR. COUGHLIN:**  AND THEN WE HAVE STEVE JOBS -- STEVE'S

7     ANALOGY.

8          "NORMALLY YOU'RE CONCERNED THAT SOMEONE IS GOING TO BREAK

9     YOUR HOUSE TO STEAL YOUR STEREO.  IN THIS CASE, IT APPEARS

10    THAT SOMEONE IS BREAKING INTO OUR HOUSE AND SETTING UP THEIR

11    OWN STEREO.  BUT THEY'RE STILL BREAKING IN."

12         THAT'S HOW THEY LIKENED IT AT APPLE.  AND YOU HEARD ALL

13    THESE WITNESSES GET ON THE STAND, AND THEY TALKED ABOUT, FROM

14    MR. FARRUGIA, IF YOU'RE GOING TO COME INTO MY WORLD, OKAY.

15    AND YOU SAW MR. ROBBIN, THAT SOMEHOW YOUR IPOD HAD BEEN

16    HIJACKED.  OKAY?

17         THEY DON'T BELIEVE THAT THEY -- THAT YOU OWN THAT IPOD.

18    THEY BELIEVE THEY STILL HAVE THE RIGHT TO CHOOSE FOR YOU WHAT

19    THIRD-PARTY PLAYERS CAN PLAY ON A DEVICE THAT YOU BOUGHT AND

20    THAT YOU OWN.  AND THEY BELIEVE THEY HAVE THE RIGHT TO DEGRADE

21    YOUR EXPERIENCE FROM A SONG THAT YOU COULD PLAY ONE DAY -- AND

22    WE'RE TALKING ABOUT MUSIC, WE'RE NOT TALKING ABOUT FINANCIAL

23    OR STATE SECRET INFORMATION.  WE'RE TALKING ABOUT A SONG.  A

24    SONG THAT YOU COULD PLAY ONE DAY AND YOU CAN'T PLAY THE NEXT.

25         AND THEY DELETE THE KEYBAG WITH THE KVC, AND YOUR LEGALLY

1    PROTECTED SONGS ARE GONE IF THEY'RE PURCHASED FROM SOMEBODY

2    ELSE FROM ITUNES.  AND THEY'RE TALKING ABOUT THE DATA

3    VERIFICATION BAG, AND EVERYTHING IS WIPED OUT.

4        NOW, YOU HEARD MR. -- DR. KELLY WHO SAID, WELL, YOU COULD

5    STILL USE IT AS YOUR FILES, YOU JUST CAN'T PLAY MUSIC.

6        YOU CAN'T PLAY MUSIC ON YOUR IPOD, WHAT GOOD IS AN IPOD IF

7    YOU CAN'T PLAY YOUR MUSIC ON IT?  UNLESS YOU GO BACK TO THE

8    ITUNES STORE AND RESYNC, AND THEN YOU'RE INFORMED THAT ALL

9    YOUR MESSAGES WOULD BE ERASED.

10       SO AT THIS TIME, THE LABELS KNOW -- THE LABELS HAVE

11   INFORMED APPLE THAT THEY --

12       NEXT.

13               (DEMONSTRATIVE PUBLISHED TO JURY.)

14         **MR. COUGHLIN:**  -- THAT THEY'RE FINE WITH THIS --

15       NEXT.

16               (DEMONSTRATIVE PUBLISHED TO JURY.)

17         **MR. COUGHLIN:**  ACTUALLY LET'S GO BACK TO THAT LAST

18   ONE.  IF WE CAN GET IT A LITTLE CLEARER.  CAN WE?  MAYBE NOT.

19               (DEMONSTRATIVE PUBLISHED TO JURY.)

20         **MR. COUGHLIN:**  MR. CUE NOTES THAT THE LABELS ARE

21   CONCERNED THAT DIFFERENT FORMATS ARE HURTING THEIR GROWTH.

22   THEY WANT US TO LICENSE OUR -- OVER OUR DMM -- DRM TO REAL.

23   OKAY?

24       THE LABELS AREN'T REQUESTING THAT APPLE NOT UPGRADE,

25   CHANGE, OR DO THINGS.  THEY'D LIKE THEM TO LICENSE IT, THOUGH,

1    AND WORK WITH REAL.  OKAY?  APPLE DOESN'T HAVE TO DO THAT.

2    THAT'S THEIR CHOICE AND THAT'S FINE.  THEY CAN MAKE THAT

3    CHOICE.

4        BUT LOOK WHAT HE ALSO ACKNOWLEDGES AT THE BOTTOM.

5        ALSO REMEMBER SOME LABELS AT THIS POINT ARE ALSO WORRIED

6    THAT WE ARE GETTING TO BE TOO DOMINANT IN THE AREA.

7        AND THAT'S REALLY A CONCERN FOR THE LABELS.  BUT APPLE,

8    THEY DON'T HAVE TO DO ANYTHING TO HELP OTHER PEOPLE OR DO

9    THAT.  THE QUESTION IS WHETHER THEY TAKE STEPS TO LOCK IN

10   THEIR COMPETITIVE ADVANTAGE WITH IMPROVEMENTS THAT ARE NOT

11   GENUINE PRODUCT IMPROVEMENTS.

12       NEXT.

13            (DEMONSTRATIVE PUBLISHED TO JURY.)

14        **MR. COUGHLIN:**  WHEN REAL COMES OUT ON JULY 26TH,

15   2004, AND ARE APPLAUDED BY THE LABELS AND MUSICIANS ALIKE,

16   MR. SCHILLER WRITES, "I LIKEN THEM TO HACKERS."  HE DOESN'T

17   SAY THEY ARE HACKERS.  HE LIKES PUTTING REAL INTO THAT

18   CATEGORY OF A HACKER AND SAYING, "WE ARE STUNNED THAT REAL HAS

19   ADOPTED THE TACTICS AND ETHICS OF A HACKER."

20       NOW, I'M NOT GOING TO GO THROUGH THE SLIDES OF THE EARLIER

21   VERSIONS OF ITUNES THAT WERE IN PLAY, BUT DURING THIS TIME

22   FRAME, WE HAD THE ITUNES 4.5 AND ITUNES 4.6.  AND IF YOU

23   REMEMBER, THERE WERE SOME VULNERABILITIES TO THOSE SYSTEMS

24   THAT APPLE ACKNOWLEDGED AND THAT WERE IN PLACE.

25       ONE OF THEM WAS THE KEYBAGS ON THE 4.6 WERE THE KEYBAGS TO

1    OPEN AND ENCRYPT WERE BOTH THE SAME ON THE DESKTOP AND BOTH

2    THE SAME ON THE IPOD.

3        AND THEN APPLE MADE A CHANGE TO THAT LATER ON IN THE 4.7

4    WHERE THEY PUT IN THE RSA PUBLIC-PRIVATE KEY, EMBEDDED KEY,

5    AND WE'LL TALK ABOUT WHAT THAT DID TO REAL.

6        NEXT.

7              (DEMONSTRATIVE PUBLISHED TO JURY.)

8          **MR. COUGHLIN:**  NEXT.

9              (DEMONSTRATIVE PUBLISHED TO JURY.)

10          **MR. COUGHLIN:**  THIS IS WHAT -- A SLIDE THAT THE --

11   THAT APPLE SHOWED.  THEY TOOK WHAT THEY CALL HACKERS, AND IF

12   YOU TAKE A LOOK AROUND THIS APPLE WITH THE LOCK ON, AND THEY

13   THREW REAL HARMONY INTO THAT PICTURE.  ALL OF THESE OTHER

14   NAMES HYMN, JHYMN, PLAYFAIR, PYMUSIQUE, ALL OF THESE SYSTEMS

15   OR ALL OF THESE -- I DON'T KNOW HOW YOU NAME THEM, CODE,

16   WHATEVER YOU WANT TO NAME THEM, HOWEVER THEY NAME -- ALL OF

17   THEM STRIPPED OR STOLE THE MUSIC OFF THE DESKTOP OR THE LAP --

18   OFF THE DESKTOP OR THE IPOD BEFORE 4.7.  SOME OF THESE CAME IN

19   LATER.  ONLY REAL HARMONY ACTUALLY KEPT YOUR SONG ENCRYPTED.

20   THEY WERE DIFFERENT THAN THESE HACKERS THAT APPLE WAS

21   SUPPOSEDLY DEALING WITH ON BEHALF OF THE LABELS.

22       NEXT.

23              (DEMONSTRATIVE PUBLISHED TO JURY.)

24          **MR. COUGHLIN:**  WHEN REAL CAME OUT, THEY -- THOSE AT

25   APPLE, THE ENGINEERS AT APPLE, THEY TOOK A LOOK AT EXACTLY

```
 1    WHAT WAS HAPPENING WITH HARMONY.  THEY FOUND OUT THAT IT HAD A
 2    HIGHER BIT RATE, 192 VERSUS 126, THAT THE SONG COPIED ONTO THE
 3    IPOD IS ALSO 192 BITS.  EVERYTHING BEING EQUAL, THAT SHOULD BE
 4    A BETTER OR A HIGHER QUALITY SOUND THAN 126 BIT, EVEN IF IT'S
 5    IN A DIFFERENT FORMAT, BUT THIS WAS IN AAC FORMAT.  HARMONY
 6    WILL TRANSFER IT TO THE IPOD, WRITING A VALID V3 KEYBAG AND
 7    IPOD DATABASE.
 8        SO WHEN THEY EXAMINED IT, THEY FOUND IT COULD WRITE A
 9    VALID KEYBAG AND DATABASE.  AND HARMONY WILL TRANSFER
10    AUTHORIZED ITUNES SONGS TO THE IPOD.  AND HARMONY WOULD NOT
11    LET YOU BURN AUTHORIZED ITUNES SONGS.  IN OTHER WORDS, HARMONY
12    WASN'T THERE TO STEAL ITUNES SONGS THAT WERE PROTECTED BY
13    FAIRPLAY.  IT WAS TO PUT THEIR MUSIC HOPEFULLY ON THE IPOD
14    WHEN THEY WERE REFUSED.
15        THE DEFENDANTS SAY I NEVER TALKED ABOUT THE THINGS IN THE
16    MIDDLE.  IT'S TRUE.  I MIGHT TALK ABOUT THEM IN THE REBUTTAL,
17    BUT I DON'T THINK THEY'RE AS IMPORTANT AS POINT NO. 11.
18        WHAT THEY FOUND WAS WHEN THEY TESTED IT IS THAT IT SEEMED
19    TO WORK AND THAT REAL STORE PLAYED IN ITUNES, ALBEIT WITH SOME
20    ASSERTS IN THE AAC HANDLER.  I BELIEVE THESE ARE INFORMATIONAL
21    ASSERTS ONLY.
22        IF WE GO DOWN TO THE LAST ONE WHERE IT SAYS "IN
23    SWITCHING," NUMBER -- IT SAYS, NUMBER 1, "SWITCHING TO THE NEW
24    EMBEDDED KEYBAG WILL SLOW THEM DOWN."
25        THAT'S THE 4.7 WHERE WE HAVE THE KEYBAG WITH THE PUBLIC
```

1   KEY ON THE DESKTOP AND THE PRIVATE KEY IS ON THE IPOD.

2   BECAUSE REALNETWORKS' HARMONY WORKS ON THE DESKTOP AND IS

3   TRYING TO INSERT A PROTECTED SONG INTO THE IPOD, THE NEW 4.7

4   WAS GOING TO ONLY SLOW THEM DOWN, BUT THEY WOULD GET BACK ON

5   BECAUSE THE -- WHAT THEY WERE OPERATING WITH WAS THE -- WAS

6   ESSENTIALLY A PUBLIC KEY IN THE FIRST PLACE.  AND THEY COULD

7   USE THAT PUBLIC KEY TO REVERSE-ENGINEER AND GET ONTO THE IPOD.

8   AND THAT'S WHAT'S GOING ON HERE.

9        NEXT.

10              (DEMONSTRATIVE PUBLISHED TO JURY.)

11        **MR. COUGHLIN:**  AFTER BEING CALLED A HACKER BY APPLE,

12   REALNETWORKS ISSUED ITS OWN RELEASE THAT STEVE JOBS GOT NOTICE

13   OF.  AND WHAT IT TALKS ABOUT HERE IS WHAT THEY'RE DOING, AND

14   IT SAYS, "HARMONY TECHNOLOGY DOES NOT REMOVE OR DISABLE ANY

15   DIGITAL RIGHTS MANAGEMENT SYSTEM."  THAT'S WHAT REAL TOLD THE

16   WORLD AT THAT TIME.

17        NEXT.

18              (DEMONSTRATIVE PUBLISHED TO JURY.)

19        **MR. COUGHLIN:**  AND WHEN MR. CUE TESTIFIED, HE

20   TESTIFIED OF HIS UNDERSTANDING, HARMONY REMOVED ITS OWN DRM --

21   THAT WAS HELIX.

22        "AND THEN ADDED OUR DRM TO IT.

23        "BUT THE SONG CONTINUED TO BE DRM PROTECTED, RIGHT?

24        THAT'S CORRECT."

25        NEXT.

```
 1                (DEMONSTRATIVE PUBLISHED TO JURY.)

 2            MR. COUGHLIN:  THEN APPLE RECEIVED SOME NEWS, SOME

 3      NEWS THAT STEVE JOBS WASN'T VERY HAPPY ABOUT.  WE ALREADY HAD

 4      REALNETWORKS IN THE MARKET, AND NOW A NEW COMPANY, NAVIO,

 5      NAVIO WAS COMING ON.  AND THEY WERE GOING TO DO THE SAME THING

 6      THAT REAL WAS.  AND LET'S SEE WHAT MR. JOBS' RESPONSE TO THAT

 7      NEWS THAT THERE WAS ANOTHER COMPETITOR THAT WAS SIGNING UP

 8      WITH SONY, BMG, FOX MUSIC, AND OTHERS, THEY WERE GOING TO DO

 9      THE SAME THING AND REVERSE-ENGINEER TO BE LIKE REAL AS NOTED

10      IN THE BOTTOM OF THAT ARTICLE.  SO THAT'S EXHIBIT 267.

11          THIS IS THE ARTICLE -- THIS IS THE ARTICLE THAT STEVE JOBS

12      HAD, AND HE WRITES TO MR. ROBBIN, "JEFF, WE MAY NEED TO CHANGE

13      THINGS HERE," DOT, DOT, DOT.  OKAY?  HE'S WRITING THAT ABOUT A

14      COMPETITOR COMING ONTO THE MARKET TO DO THE SAME THING AS REAL

15      AND NOW THEY'LL HAVE ANOTHER REALNETWORKS IN THE AREA.

16          NEXT.

17                (DEMONSTRATIVE PUBLISHED TO JURY.)

18            MR. COUGHLIN:  WITHIN, I'LL SAY, 48 HOURS, ALTHOUGH I

19      THINK IT'S MORE LIKE 24, MR. ROBBIN WRITES MR. FARRUGIA.  HE

20      SAYS, "HEY, NOTHING TO DO WITH THE DATABASE.  WE'RE GOING --

21      WE HAVE TO LOCK DOWN THE KEYBAG."  THAT'S THEIR WORDS.

22      THEY'RE GOING TO LOCK DOWN THE KEYBAG.  OKAY?

23          MR. FARRUGIA SAID, YES, HE MOVED IT TO THE TOP PRIORITY.

24      "WE DISCUSSED IT YESTERDAY."  OKAY.

25          AND IT SAYS, "AND IF SOMEONE INSERTS KEYS THAT WE DIDN'T
```

1    CREATE, REMOVE THEM."

2        AND MR. FARRUGIA SAYS, "IT'S A VERY SIMPLE MECHANISM."

3        NEXT.

4            (DEMONSTRATIVE PUBLISHED TO JURY.)

5        **MR. COUGHLIN:**  MR. FARRUGIA ALSO GOES OUT, AND HE'S

6    GOING TO QUALIFY IT.  AND HE SAID THAT WAS -- THAT MEANT TO

7    INVESTIGATE IT, I BELIEVE.  AND HE WANTED TO SEE EXACTLY WHAT

8    NAVIO SYSTEMS WAS DOING.  AND THIS IS JUST AS HE THEN WRITES

9    UP THE SPECIFICATIONS FOR THE KVC.

10       NEXT.

11           (DEMONSTRATIVE PUBLISHED TO JURY.)

12       **MR. COUGHLIN:**  SO WITHIN DAYS OF STEVE JOBS WRITING

13   THAT NOTE, THIS IS NOVEMBER 27TH.

14       ACTUALLY MR. FARRUGIA, IF WE GO DOWN TO THE BOTTOM OF THE

15   PAGE, NEXT PAGE.

16           (DEMONSTRATIVE PUBLISHED TO JURY.)

17       **MR. COUGHLIN:**  MR. FARRUGIA, ON NOVEMBER 24TH, TALKS

18   ABOUT WHAT THE SECURITY BREACH HAS BEEN.  AND THEN HE SAYS THE

19   CURRENT SECURITY HAS SEVERAL FLAWS AND ONE OF THEM ALLOWS THE

20   INJECTION, AND THAT'S WHAT REAL DOES, IN THE IPOD'S KEYBAG

21   WITHOUT THE CONTROL OF THE IPOD ACCOUNT KEY MANAGER.

22       THE INJECTION IS THEN USED TO ADD DRM SONGS IN THE

23   LIBRARY.  THE INJECTION USES THE MAN-IN-THE-MIDDLE ATTACK THAT

24   CREATES GENUINE DRM KEY MATERIAL, ACCOUNT KEY AND KEY

25   PROTECTION KEY.  THE KEY MATERIAL IS THEN INJECTED IN THE IPOD

 1    AND CAN NO LONGER BE IDENTIFIED OR REMOVED.

 2        THEY'RE NOT TALKING ABOUT CORRUPTION.  HE MAKES SEVERAL

 3    PROPOSALS.  OKAY?  AND HE ACKNOWLEDGES IN THIS DOCUMENT, WHICH

 4    IS EXHIBIT 2776, THAT WHAT THEY'RE TRYING TO DO BECAUSE THEY

 5    CAN'T IDENTIFY THE MATERIAL BECAUSE IT'S SO GOOD BECAUSE IT

 6    LOOKS LIKE GENUINE DRM FAIRPLAY SONGS, THEY'RE GOING TO DEVISE

 7    A SYSTEM THAT KEEPS IT OUT ALTOGETHER, AND THIS IS WHERE THE

 8    KVC COMES FROM IS THIS DISCUSSION FROM JOBS TO ROBBIN TO

 9    FARRUGIA WHO IMMEDIATELY RESPONDS BACK.

10        NEXT.

11            (DEMONSTRATIVE PUBLISHED TO JURY.)

12        **MR. COUGHLIN:**  HE SAYS THAT THE REMOVAL OF THE

13    INJECTED DRM KEY MATERIAL IS CRUCIAL BECAUSE THE ATTACKERS USE

14    THE INJECTION TO FORGE GENUINE FALSE CONTENTS.

15        NEXT.

16            (DEMONSTRATIVE PUBLISHED TO JURY.)

17        **MR. COUGHLIN:**  THEN WE HAVE SOME INFORMATION IN THE

18    MARKET THAT NAVIO MAKES GOOD ON ITS PROMISE TO UNLOCK THE

19    IPOD.  AND IF WE GO TO THE TOP OF THAT, WE'VE SEEN REPORTS OF

20    THIS THE LAST FEW DAYS BUT NOTHING CONCRETE.  IN OTHER WORDS,

21    NAVIO ISN'T OUT THERE WITH SOMETHING THEY CAN CHECK LIKE THEY

22    DID WITH REALNETWORKS.  THEY ALL GOT UP ON THE STAND AND SAID,

23    "OH, WE DON'T KNOW, WE NEVER SAW ANYTHING COME OUT."

24        AND THAT'S WHAT'S HAPPENING IN AROUND THIS TIME FRAME IN

25    MAY OF 2006.

1        EARLIER, I WANT TO REMIND YOU THAT IN THE FALL OF 2005, WE

2    HAD 4.7 COME OUT, THE PUBLIC/PRIVATE KEY.  AND IT'S TRUE THAT

3    FOR A WHILE, REALNETWORKS WAS NOT KNOCKED OFF, PROBABLY ABOUT

4    SIX MONTHS FOR THEM TO REENGINEER AND GET BACK ON JUST LIKE

5    MR. HELLER SAID THAT THEY WOULD BE ABLE TO DO.

6        NEXT.

7            (DEMONSTRATIVE PUBLISHED TO JURY.)

8        **MR. COUGHLIN:**  IF WE TAKE A LOOK AT MR. FARRUGIA'S

9    FAIRPLAY NEXT GENERATION DOCUMENT THAT ROD SCHULTZ WAS ALSO A

10   CONTRIBUTOR IN, HE'S -- THERE'S THE AUTHORS.

11           (DEMONSTRATIVE PUBLISHED TO JURY.)

12       **MR. COUGHLIN:**  AND WE TAKE A LOOK AT WHAT THEY SAY AT

13   THE TIME THAT THEY'RE DOING THIS.  ARE THEY IDENTIFYING

14   CORRUPTION AS THE REASON THAT THEY'RE KNOCKING REAL OFF AND

15   BASICALLY PREVENTING NAVIO FROM GETTING OFF THE GROUND?  IT

16   SAYS THE INJECTION IS THEN TO ADD DRM SONGS IN THE LIBRARY.

17   INJECTION USES THE MAN IN THE MIDDLE FROM THE DOCUMENT WE SAW

18   BEFORE.  THE MATERIAL IS THEN INJECTED INTO THE IPOD KEYBAG

19   THAT CAN NO LONGER BE IDENTIFIED AND NO LONGER BE REMOVED AS

20   WELL.

21       IN OTHER WORDS, YOU DON'T HAVE CORRUPTION ON YOUR SYSTEM.

22   YOU HAVE A SONG THAT YOU PURCHASED FROM REAL MAYBE FOR

23   49 CENTS THAT NOW YOU CAN USE ON YOUR IPOD.  YOU HAVE A

24   CHOICE.  IT'S YOUR IPOD.

25       BUT APPLE DIDN'T WANT TO LEAVE YOU WITH THAT CHOICE.

1    NEXT.

2              (DEMONSTRATIVE PUBLISHED TO JURY.)

3         **MR. COUGHLIN:**  IT TALKS ABOUT HOW SEVERAL

4   CRYPTOGRAPHIC TECHNIQUES CAN STOP THE INJECTIONS BUT CANNOT

5   ELIMINATE THE INJECTED DRM MATERIAL.

6        THE ERADICATION OF INJECTION CAN ONLY BE DONE WITH

7   CONSTRAINT FOR THE USER EXPERIENCE -- THAT'S WHAT WE'RE

8   TALKING ABOUT HERE -- FOR THE USER EXPERIENCE AND IS NOT A

9   DESCRIPTION AVAILABLE IN THIS PART OF THE DOCUMENT.

10       BUT LET'S LOOK AT THE NEXT PAGE.

11             (DEMONSTRATIVE PUBLISHED TO JURY.)

12        **MR. COUGHLIN:**  THIS IS PAGE 34 OF THAT DOCUMENT.

13       STOPPING THE INJECTION WILL IMPLY (SIC) UPGRADE OF THE

14   PROCESSES -- THEY BELIEVED IT'S AN UPGRADE -- FOR THE ITUNES

15   OR IPODS THAT CONSEQUENTLY DOWNGRADE THE USER EXPERIENCE.

16       THIS IS NOT AN IMPROVED EXPERIENCE.  THEY ALL TOOK THE

17   STAND.  NONE OF THEM STAYED TO TALK ABOUT THIS DOCUMENT.

18   NOBODY WENT THROUGH THIS DOCUMENT, THE DOCUMENT WHICH IS AT

19   THE HEART OF THIS CASE, TO TALK ABOUT THESE INTERESTS.

20       I ASKED THEM ABOUT THEM.  THEY DIDN'T GO BACK TO THEM TO

21   TALK ABOUT WHAT THEY MEANT BECAUSE THEY WANTED TO STAY AS FAR

22   AWAY FROM IT AS POSSIBLE.  THIS SHOWS THAT THE KVC DOWNGRADED

23   THE USER EXPERIENCE.

24       NEXT.

25             (DEMONSTRATIVE PUBLISHED TO JURY.)

1        **MR. COUGHLIN:**  UNLESS THERE ARE ANY DOUBT ABOUT WHO

2   IT WAS DIRECTED AT, OKAY, MR. FARRUGIA WRITES ABOUT HOW THIS

3   IS WHAT THE INJECTION -- THIS IS A FLAW ALREADY EXPLOITED, HE

4   CALLS IT A FLAW, EXPLOITED BY REAL TO DRM THEIR MUSIC TO BE

5   COMPATIBLE WITH THE IPOD FOR IMPLEMENTATION OF FAIRPLAY.

6   OKAY?

7        THAT'S WHAT THE KVC WAS DESIGNED FOR.  AND IT WAS GOING TO

8   BE ROLLED OUT IN THE FALL OF 2006.  AND IT WAS GOING TO HAVE

9   TWO COMPONENTS.  IT WAS GOING TO HAVE THE KVC WRAP AROUND THE

10  WHOLE KEYBAG, OKAY, THAT PREVENTED ANY FOREIGN -- IF ANYBODY

11  TOUCHED THE KEYBAG, YOU HEARD DR. KELLY, THE KEYBAG WAS GOING

12  TO ACTUALLY BE DELETED.

13       HE SAID, OH, WELL, IT DOESN'T DELETE RIGHT AWAY, YOU GO TO

14  A SCREEN.  YOUR IPOD IS BASICALLY A PAPERWEIGHT AT THAT TIME.

15  IF YOU TRIED TO PUT SOME OF YOUR REALPLAYER -- IF YOU TRIED TO

16  USE REALPLAYER TO PUT DRM SONGS ONTO THE IPOD, THAT'S IT, IT'S

17  BASICALLY A DEAD DEVICE.  IT CANNOT PLAY THOSE SONGS FOR YOU.

18  WE'RE NOT TALKING ABOUT THE DATABASE YET.  BUT WHAT HAPPENS IS

19  WHEN YOU RESYNC UP, THAT KEYBAG IS COMPLETELY ERASED AND ALL

20  THOSE SONGS THAT YOU GOT FROM REAL -- HE SAYS, OH, YOU CAN GO

21  BACK AND GET THEM FROM REAL.  YOU CAN -- MAYBE YOU STILL HAVE

22  THEM ON YOUR COMPUTER.  BUT IF YOU DON'T, THOSE SONGS ARE

23  GONE.

24       THEN HE SAID, WELL, WE DIDN'T -- WE DIDN'T TAKE THIS

25  BACKWARDS.  WE DIDN'T GO BACKWARDS.  AFTER WE PUT IT IN THE

1    ITUNES 7, HE WAS BASICALLY BRAGGING, YOU CAN STILL -- ALL

2    THOSE PEOPLE THAT THE TENS OF MILLIONS OF SONGS OUT THERE

3    BEFORE ON THEIR EARLIER IPODS, THERE WERE 90 MILLION OUT

4    THERE.  MAYBE SOME OF THE BATTERIES WERE DYING BECAUSE YOU

5    COULDN'T REPLACE THE BATTERIES AT CERTAIN TIMES.  HE SAID WE

6    DIDN'T GO BACK AND DO THAT.

7        THINK ABOUT THAT.  IN THE 4.7 WE HAD TESTIMONY THAT YOU

8    DID GO BACK.  OKAY.  THAT THE PROBLEM WITH THE PUBLIC AND

9    PRIVATE KEYS AND GETTING HACKED, THEY THOUGHT, TO STOP

10   CORRUPTION AND STOP HACKS, THEY SHOULD GO BACK.  AND EVERYBODY

11   GOT THOSE UPDATES.

12       THAT DIDN'T HAPPEN HERE BECAUSE THERE WAS NO CORRUPTION

13   GOING FORWARD.  WHAT THEY WERE TRYING TO DO IS KNOCK OFF THE

14   COMPETITION GOING FORWARD ON THE NEW IPODS.  SO IN 7.0, THEY

15   CLICKED ON THE KVC.  AND THAT'S THE DIFFERENCE.

16       A LITTLE LATER ON, WE'RE GOING TO TALK ABOUT SOME OF THE

17   OTHER INTEGRITY THINGS THAT WERE HERE ASIDE FROM THE MOVIES

18   AND OTHER, QUOTE, UPGRADES, AND THE IMPACT OF THOSE, AND I

19   THINK MAYBE YOU'LL REMEMBER THAT ROD SCHULTZ THOUGHT THOSE,

20   SOME OF THOSE THINGS, WERE SIGNIFICANT.

21       AND APPLE IS GOING TO ARGUE, YEAH, THOSE THEMSELVES COULD

22   HAVE KEPT -- KEPT OTHER PEOPLE AWAY.  BUT WE'RE GOING TO GO

23   STEP BY STEP AND SEE HOW THEY'VE GOTTEN AROUND CERTAIN OF

24   THOSE THINGS BEFORE SO IT WAS LIKELY THAT THEY WOULD DO IT

25   AGAIN, AND HOW WE HAVE THE RECORD THAT SOMEBODY DID HACK THEM,

1   ACTUALLY HACKED THEM, NOT TO TRY TO ADD DRM SONGS, BUT HACKED

2   THE SYSTEM.  AND THEN THAT WAS REQUIEM.

3       NEXT.

4           (DEMONSTRATIVE PUBLISHED TO JURY.)

5       **MR. COUGHLIN:**  YOU HEARD DR. MARTIN TESTIFY THAT HE

6   DID NOT BELIEVE -- HE DID NOT THINK THAT IT WAS A PRODUCT

7   IMPROVEMENT.  WHY?  IT CAN ONLY DECREASE THE NUMBER OF SONGS

8   THAT WILL PLAY ON THE IPOD.  IT WON'T INCREASE THE NUMBER OF

9   SONGS.  THAT'S WHAT HAPPENED WITH THE KVC.

10      NEXT.

11          (DEMONSTRATIVE PUBLISHED TO JURY.)

12      **MR. COUGHLIN:**  THAT -- THAT STORY ABOUT THE KVC WAS

13  NEVER REBUTTED BY APPLE IN THEIR CASE ABOUT WHAT IT WAS

14  DIRECTED AT.  YOU DIDN'T SEE ANY CONTEMPORANEOUS DOCUMENTS,

15  NONE BY THE ENGINEERS OR ANYBODY ELSE, THAT THE KVC WAS DONE

16  TO STOP SOMEHOW CORRUPTION FROM REAL OR OTHER PEOPLE THAT

17  WOULD DO THAT.

18      NOW, WHAT YOU SAW WAS -- WAS SO GENUINE, THEY COULDN'T

19  IDENTIFY IT, THEY COULDN'T GET IT OUT OF THEIR SYSTEM.  OKAY?

20  AND THAT'S THE STORY OF THE KVC.  AND THAT WAS ACTIVATED IN

21  7.0 IN THE FALL OF 2006.

22      BUT ALSO IN 7. O WAS THE DVC AND WE'RE GOING TO TALK ABOUT

23  THAT NOW.

24      APPLE PUT UP THIS THIRD-PARTY APPLICATIONS CHART.  AND

25  THEY TALKED ABOUT HOW THESE THIRD-PARTY APPLICATIONS HAD BEEN,

1   I GUESS, IMPORTING CORRUPTION INTO THEIR SYSTEM.  OKAY?  NOW,

2   THESE THIRD PARTIES HAD PLAYED ON THE IPOD, SOME FOR YEARS,

3   LIKE MEDIA CENTER, FROM 2003 FORWARD.  THEY HAD BEEN ON THE

4   IPOD FOR YEARS.  AND DR. KELLY KNEW THAT, THAT SOME HAD BEEN

5   ON RIGHT FROM THE BEGINNING, SOME WERE LATER, SOME CAME ON,

6   SOME WENT OFF.  OKAY?

7       BUT THERE WAS NO SIGNIFICANT COMPLAINTS ABOUT CORRUPTION

8   THEN.  AND WHAT'S INTERESTING IS WHEN THE DVC WAS IMPLEMENTED

9   ONTO THE SYSTEM, WHEN IT WAS IMPLEMENTED IT WASN'T SWITCHED

10  ON.  IT WAS AT ZERO.  IT DIDN'T HAVE THE ONE.  IT WASN'T

11  FLICKED ON.  IT WOULD HAVE, CERTAINLY, OR IT SHOULD HAVE IF

12  THEY WERE WORRIED ABOUT CORRUPTION FROM THESE THIRD-PARTY

13  PLAYERS, THESE THIRD-PARTY APPLICATIONS, BUT IT WASN'T.  AND

14  WE'RE GOING TO SEE WHY THAT WAS.

15      DR. KELLY TALKED ABOUT WHEN THE 7.0 WENT IN, AND ACTUALLY

16  ROD SCHULTZ CONFIRMED, THAT THERE WERE SIGNIFICANT

17  IMPROVEMENTS AND CHANGES WERE MADE TO THE CRYPTOGRAPHY TO HIDE

18  KEYS AND PROVIDE NEW FUNCTIONALITY.  OKAY?  AND THAT

19  PROVIDED -- AND THEY HAD SOME BIGGER SCREENS, THINNER IPADS

20  (SIC), BETTER BATTERY LIFE.  OKAY?

21      AS I SAID, WE DON'T CHALLENGE THOSE FEATURES.  BUT FOR

22  THIS KVC, QUOTE, UPGRADE, IT WRAPS AROUND THE WHOLE THING.

23  YOU DON'T GET TO THOSE OTHER THINGS.  OKAY?  YOU FIRST RUN

24  INTO THE KVC.  THAT'S THE FIRST THING THAT YOU RUN INTO.

25      AND WE KNOW THAT THE KVC DEGRADED YOUR USER EXPERIENCE.

```
 1    FROM THEIR OWN DOCUMENTS.  OKAY?  NOW, WE'RE NOT SAYING THAT
 2    YOU DON'T TAKE THOSE OTHER THINGS, OTHER IMPROVEMENTS INTO
 3    MIND WITH DR. NOLL'S REGRESSION ANALYSIS.  BUT AS FAR AS THE
 4    OTHER CRYPTOGRAPHY IMPROVEMENTS, THEY'RE WITHIN THE BOUND OF
 5    THE KVC.  APPLE IS GOING TO ARGUE, WELL, THOSE ALONE WOULD
 6    HAVE KEPT THEM OUT.  BUT THERE'S NO REAL TESTIMONY ON THAT.
 7    ALLS THAT WE KNOW IS THAT REALNETWORKS' HARMONY NEVER CAME
 8    BACK ONTO THE IPOD WITH DRM-PROTECTED SONGS.  AND NAVIO
 9    APPARENTLY NEVER GOT OFF THE GROUND ONCE THE KVC WAS
10    IMPLEMENTED.
11        AND WHY IS THAT?  IF YOU WERE A COMPANY AND APPLE HAD
12    IMPLEMENTED THIS SYSTEM SO THAT THEY ESSENTIALLY ERASED YOUR
13    CUSTOMERS' SONGS THAT THEY HAD BOUGHT LEGALLY OFF OF THE IPOD
14    AFTER YOU TOLD YOUR CUSTOMERS YOU COULD PUT THEM ON, AND APPLE
15    IS ESSENTIALLY SAYING, HEY, EVEN IF THERE ARE CUSTOMERS, IF
16    THEY'RE GOING TO USE YOU, WE'RE GOING TO GIVE THEM AN
17    EXPERIENCE THAT THEY WON'T FORGET.  WE'RE GOING TO DEGRADE
18    THEIR EXPERIENCE.  THAT'S HOW EXTREME THESE MEASURES WERE.
19    THAT'S HOW EXTREME IT WAS TO DELETE THE KEYBAG.  THEY WERE
20    GOING TO MAKE A STATEMENT, HEY, WE MAKE THE CHOICES FOR YOU ON
21    THE IPOD.  AND THAT'S NOT OKAY.
22        LET'S SEE WHAT THEY DID WITH THE DVC.
23        NEXT.
24             (DEMONSTRATIVE PUBLISHED TO JURY.)
25        MR. COUGHLIN:  AFTER THEY HAVE, LET'S SAY, CREATED --
```

1    AFTER MR. FARRUGIA HAS CREATED THE ARCHITECTURE FOR THE -- OR

2    WRITTEN OUT THE SPECS FOR THE DVC -- FOR THE KVC, WHAT HAPPENS

3    AT APPLE IS THEY HAVE A MARKETING REQUIREMENTS DOCUMENT,

4    ALEXANDRA.

5         NEXT.

6              (DEMONSTRATIVE PUBLISHED TO JURY.)

7         **MR. COUGHLIN:**  AND THERE'S SOME BIG PLAYERS COMING

8    INTO THE DRM-FREE AREA, AND ONE OF THEM IS AMAZON.  THEY'VE

9    GOT 55 MILLION EMBEDDED CUSTOMERS.  AND APPLE NOTES -- THIS IS

10   AN APPLE DOCUMENT, 2354 EXHIBIT -- "THIS SERVICE POSES A

11   SIGNIFICANT THREAT TO IPOD AND ITUNES WHEN COMPARING OUR

12   CUSTOMER BASE TO AMAZON'S 55 MILLION ACTIVE CUSTOMERS."  OKAY?

13        "WHAT'S UNIQUE ABOUT THE SERVICE IS THAT IT WILL OFFER

14   AMAZON BRANDED DIGITAL MUSIC PLAYER AT A DISCOUNT...."  SO

15   THEY'RE GOING TO HAVE A COMPLETE SERVICE.  SO THEY'RE GOING TO

16   HAVE A PLAYER OR IT'S ANTICIPATED THAT THEY'LL HAVE A PLAYER.

17   AND IT WAS ANTICIPATED THAT THEY HAVE DRM-FREE -- WE SAW OTHER

18   ARTICLES ABOUT THAT TIME -- DRM-FREE MUSIC.

19        DRM-FREE OR MP3 MUSIC COULD PLAY ON THE IPOD AT THAT TIME.

20   IN FACT, THOSE 17 THIRD-PARTY PLAYERS THAT WE SAW, THEY WERE

21   OPERATING ON THE IPOD ORGANIZING YOUR MP3 OR DRM-FREE MUSIC.

22   OKAY?

23        AND NOW THE -- THE MUSIC LABELS WERE COMING OUT AND MADE A

24   DECISION OBVIOUSLY TO GO AHEAD, BECAUSE HONEST PEOPLE DON'T

25   NEED TO BE KEPT HONEST, TO REMOVE THE DRM AND THAT PEOPLE

 1   WOULD STILL PAY FOR THE MUSIC BECAUSE PEOPLE UNDERSTOOD THAT

 2   MUSICIANS AND THE LABELS SHOULD GET PAID A FAIR PRICE FOR WHAT

 3   THEY SELL.  OKAY?

 4       AND THIS WAS A THREAT.  THIS WAS A THREAT IDENTIFIED BY

 5   APPLE AS A SIGNIFICANT THREAT.

 6       NEXT.

 7              (DEMONSTRATIVE PUBLISHED TO JURY.)

 8          **MR. COUGHLIN:**  THEY ALSO EXAMINED THE PLAYER SHARE

 9   MARKET.  AND IF YOU TAKE A LOOK, REALPLAYER IS 13 PERCENT TO

10   ITUNES.  AND THEN YOU HAD WORDPERFECT.  AND THEY -- IN THIS

11   DOCUMENT, LOOK THROUGH THIS DOCUMENT, READ THROUGH IT.

12   BECAUSE ANOTHER THREAT THAT THEY WORRY ABOUT IS THAT SOMEHOW

13   MICROSOFT IS GOING TO BE ABLE TO COME ONTO THE IPOD WITH A

14   DRM-FREE PLAYER AT THIS TIME.

15       AND OF COURSE, WE TALKED ABOUT WINAMP WAS ANOTHER

16   THIRD-PARTY PLAYER THAT COULD PLAY.

17       NEXT.

18              (DEMONSTRATIVE PUBLISHED TO JURY.)

19          **MR. COUGHLIN:**  WITHIN WEEKS OF THIS DOCUMENT, ROD

20   SCHULTZ DEVELOPS THE ALGORITHM FOR THE DATABASE.  HE CALLS IT

21   THE DATABASE SIGNING DOCUMENT.  OKAY?  AND HE COMMUNICATES

22   THAT -- ACTUALLY IN APRIL IS HIS FIRST COMMUNICATION WITH

23   MR. FARRUGIA.  AND THEN THIS IS THE FOLLOW-UP DOCUMENT, THE

24   LONGER DOCUMENT, THAT HAS TWO EXTRA PAGES, MAY 17TH, 2006.

25       LET'S GO TO THE NEXT PAGE.

1             (DEMONSTRATIVE PUBLISHED TO JURY.)

2        **MR. COUGHLIN:**  NOW, AT LEAST ONE PERSON IN APPLE

3    CALLS IT THE SAME THING THAT I CALL IT, THE DATABASE

4    VERIFICATION.  AND HE IDENTIFIES THE PROBLEM:  TO PREVENT THE

5    INJECTION OF CONTENT IN IPOD DATABASES FROM CLIENTS OTHER THAN

6    ITUNES INTO THE IPOD DRM-PROTECTED OR NON-DRM PROTECTED

7    CONTENT.  OKAY?

8       THIS IS THE DVC.  OKAY?  AND IT'S DIRECTED NOT ONLY AT

9    DRM, BUT NON-DRM PROTECTED CONTENT ON THE IPOD.  BECAUSE IT'S

10   GOING TO ERASE YOUR ENTIRE DATABASE AND, QUOTE, RESTORE IT TO

11   FACTORY SETTINGS.  I LIKEN THAT TO BLOWING UP YOUR IPOD.

12      NOW, DOES YOUR IPOD EXPLODE IN YOUR HAND?  NO.  IT'S EVEN

13   WORSE.  NOTHING'S HAPPENING ON YOUR IPOD.  OH, YOU --

14   DR. KELLY SAYS YOU CAN GET YOUR FILES OFF THERE.  YOU CAN DO

15   SOME STUFF LIKE THAT.  BUT YOU CAN'T PLAY ANY MUSIC.  AND WHEN

16   YOU GO BACK TO RESTORE, ALL YOUR MUSIC, ALL OF YOUR MUSIC, NO

17   MATTER WHERE YOU GOT IT FROM, WHETHER YOU GOT IT P TO P,

18   WHETHER YOU GOT IT FROM BURNING AND RIPPING YOUR OWN CD'S, NO

19   MATTER WHERE YOU GOT THAT MUSIC, IF YOU DARE USE A THIRD-PARTY

20   PLAYER, YOU'RE GONE.  OKAY?

21      THIS IS IN 2006, APRIL AND MAY 2006, THAT ROD SCHULTZ

22   DEVELOPS THIS.  IT IS IN THE 7.0 IN THE FALL OF 2006.  IT IS

23   NOT ACTIVATED UNTIL THE FALL OF 2007.  WHY IS THAT?  WHY IS IT

24   NOT -- IF WE'RE WORRIED ABOUT CORRUPTION, WHY DON'T WE FLIP ON

25   THAT DATABASE?

1    WHY?  BECAUSE THE THIRD-PARTY PLAYERS THAT WE SAW, THE

2    BANSHEES OF THE WORLD, THE MUSICMATCH AND THOSE, THEY AREN'T A

3    SIGNIFICANT ENOUGH COMPETITIVE -- NOT CORRUPTION THREAT --

4    DR. KELLY GOT UP AND TALKED ABOUT HOW THEY WERE A CORRUPTION

5    THREAT, AND HE PULLED OFF LITTLE BITS AND BLOBS OFF THE WEB,

6    ASKING ME IF I COULD GIVE HIM A COPY.  WELL, THAT WAS FROM HIS

7    REPORT, AND HE DIDN'T ATTACH ANY COPIES TO THOSE WEBSITES.

8    AND HALF OF THEM -- WELL, IN ANY EVENT, THAT'S WHERE HE GOT

9    HIS INFORMATION THAT THEY WANTED TO STOP THAT TYPE OF

10   CORRUPTION.

11       OKAY.

12       BUT IF THAT'S TRUE, WHY WASN'T IT FLIPPED ON AT THE SAME

13   TIME?  SO BOTH OF THESE THINGS, THE KVC AND THE DVC, ARE IN

14   THE IPOD ITUNES 7.0, AND THEY CAN BE ACTIVATED OR NOT.  OKAY?

15   THAT'S HOW SEPARATE THEY ARE.  AT THE SAME TIME, YOU CAN'T GET

16   ALL THE OTHER FEATURES UNLESS YOU GET THE KVC AND DVC.

17       NEXT.

18            (DEMONSTRATIVE PUBLISHED TO JURY.)

19       **MR. COUGHLIN:**  HE TALKS ABOUT THE PROPOSAL ABOUT WHEN

20   THE IPOD IS SYNCED TO THE ITUNES DESKTOP, THE ITUNES CREATES

21   AN IPOD DATABASE THAT THE IPOD USES TO ACCESS ALL CONTENT AND

22   PLAYLISTS ON THE IPOD.  OKAY?

23       HE TALKS ABOUT -- HE TALKED ABOUT HERE WHEN HE GOT UP

24   HERE, IT'S LIKE A FINGERPRINT.  AND IF THAT FINGERPRINT

25   DOESN'T MATCH ITUNES AND THE ITUNES STORE, OKAY, EVERYTHING

 1    STOPS.  THEY GIVE YOU THE WRONG ERROR MESSAGE, RIGHT?  THEY

 2    WON'T TELL YOU -- FOR YOUR OWN GOOD, WE DON'T WANT TO TELL YOU

 3    WHAT'S ACTUALLY HAPPENING.  SO FOR YOUR OWN GOOD, WE'RE NOT

 4    GOING TO TELL YOU WHAT ACTUALLY HAPPENED.

 5        SO THEN YOU GO OVER TO -- THEY TELL YOU TO GO OVER TO

 6    RESTORE.  AND AT SOME POINT, THEY DO TELL YOU, HEY, WHEN YOU

 7    HIT RESTORE, EVERYTHING'S GOING TO BE WIPED CLEAN AND YOU'RE

 8    GOING TO GO BACK TO FACTORY SETTINGS.  OKAY?  THEY SAID, WELL,

 9    YOU HAVE A CHOICE TO DO THAT, YOU DON'T HAVE TO DO THAT.  THEY

10    WERE ON THE STAND -- DR. -- YOU DON'T HAVE TO DO THAT, YOU'VE

11    GOT A CHOICE.

12        I SAID, "WHERE CAN YOU PLAY YOUR MUSIC?"

13        HE SAID, "OH, ALL THOSE PEOPLE CAN PLAY THEIR MUSIC THAT

14    HAVE THOSE OTHER OLDER IPODS."

15        WHAT ABOUT YOUR MUSIC ON YOUR NEW IPOD?  OKAY?  WHAT

16    HAPPENS TO IT?  YOU CAN'T DO ANYTHING WITH IT UNTIL YOU HIT

17    THAT SYNC AND YOU RESTORE.  OKAY?  IT'S WORSE THAN A

18    PAPERWEIGHT BECAUSE WHAT HAPPENS IS YOU COULD LOSE EVERYTHING

19    THAT WAS ON THERE, WHETHER IT'S NOVELS, FILES, YOU NAME IT.

20    YEAH, YOU'RE RIGHT.  IF YOU FOLLOW THE STEPS AND DID ALL OF

21    THESE THINGS, YOU COULD DO IT.

22        THE DAY BEFORE YOU COULD PLAY THESE SONGS.  THE DAY BEFORE

23    YOU HAD ALL OF THIS MUSIC ON YOUR SYSTEM.  AND NOW, YOU NO

24    LONGER HAVE IT ON YOUR SYSTEM.  THAT'S NOT OKAY.  THAT IS --

25    THAT -- IT DOES DEGRADE YOUR USER EXPERIENCE.  OKAY?

```
1        NOW, WE DIDN'T SEPARATE THIS OUT IN THE DAMAGE ANALYSIS TO

2   SEEK MORE DAMAGES FOR THE DVC.  IT'S IN THE 7.0.  AND THAT'S

3   HOW HIS REGRESSION, DR. NOLL'S REGRESSION JUST EXAMINED ONE.

4   SO WE'RE NOT SAYING WHEN THEY TURNED ON, IT'S ANOTHER

5   ANTICOMPETITIVE EVENT, BUT THEY WORKED TOGETHER TO SHOW YOU

6   THE INTENT OF INCLUDING THESE TWO THINGS IN THE 7.0.  AND

7   THAT'S OUR CASE.  THAT'S THE CASE THAT WE BROUGHT TO YOU.

8        NEXT.

9             (DEMONSTRATIVE PUBLISHED TO JURY.)

10        MR. COUGHLIN:  IF YOU TAKE A LOOK, THIS IS AN

11   AUGUST 22ND, 2007 DOCUMENT.  AND YOU HAVE EDDY CUE HERE.  AND

12   THEY'RE TAKING A LOOK OUT IN THE MARKET AND WHAT INFORMATION

13   THEY'RE RECEIVING.

14        AND REMEMBER, A LOT OF THESE ARTICLES MIGHT BE HEARSAY.

15   THIS ONE LOOKS LIKE IT'S TALKING ABOUT -- IT'S NOT A HEARSAY

16   DOCUMENT.  IT'S ACTUALLY AN INTERNAL APPLE PERSON, CHRIS BELL,

17   WRITING TO EDDY CUE AND OTHERS IN THERE.  AND IT TALKS ABOUT

18   HOW AMAZON IS STILL THE ONE TO WATCH.  OKAY?

19        "THEY HAVEN'T FLIPPED ON THE DVC.  THEY ARE SMART TO HOLD

20   OFF UNTIL THEY THINK THEY HAVE EVERYTHING RIGHT RATHER THAN

21   JOIN THE REST OF THE ROADKILL."  EVERYBODY ELSE.

22        BUT IT'S THE NEXT SENTENCE THAT IS THE MOST INTEREST TO US

23   IN ANY EVENT.  "THE LATEST RUMORS HAVE THEM LAUNCHING IN

24   NOVEMBER WITH SOME KIND OF OEM JUKEBOX."  WELL, THAT OEM

25   JUKEBOX, THAT'S A THIRD-PARTY PLAYER.  THAT'S WHAT THAT IS.
```

1    OKAY?

2        "AND MAYBE EVEN ATTEMPT TO DROP DRM-FREE SONG DOWNLOADS

3    DIRECTLY INTO THE ITUNES LIBRARY."  OKAY?

4        THAT WHAT THEY'RE CONCERNED ABOUT THREE WEEKS BEFORE THEY

5    GO LIVE, IS THAT THEY'LL HAVE THEIR OWN PLAYER.  WELL, THE DVC

6    WON'T LET ANOTHER PLAYER OPERATE ON IT IF IT'S ACTIVE.  IT'S

7    NOT TURNED ON YET.  IT HASN'T BEEN TURNED ON YET.  OKAY?  IT

8    HASN'T BEEN TURNED ON TO STOP THAT SUPPOSED CORRUPTION FROM

9    THE BANSHEES AND THE MUSICMATCHES OR ANYTHING OF THOSE.  OKAY?

10       LET'S TAKE A LOOK AT WHAT'S IN THE MARKETPLACE AS THESE

11   PRODUCTS ARE USED AND ACTIVATED.

12       GO TO THE THIRD PAGE.

13              (DEMONSTRATIVE PUBLISHED TO JURY.)

14       **MR. COUGHLIN:**  OH, THEY DON'T EVEN HAVE THE THIRD

15   PAGE.  GO BACK ONE PAGE.

16              (DEMONSTRATIVE PUBLISHED TO JURY.)

17       **MR. COUGHLIN:**  WE'LL GET TO THAT LATER.

18   NEXT.  LET'S GO TO THE NEXT.

19              (DEMONSTRATIVE PUBLISHED TO JURY.)

20       **MR. COUGHLIN:**  THIS IS JUST TALKING ABOUT HOW THE

21   INDUSTRY IS RELEASING MP3 DRM-FREE MUSIC.

22       NEXT.

23              (DEMONSTRATIVE PUBLISHED TO JURY.)

24       **MR. COUGHLIN:**  YOU CAN'T SEE THIS DOCUMENT VERY WELL.

25   IF YOU -- IF YOU LOOK DOWN AT THE BOTTOM, IT TALKS ABOUT THIS

1    IS A SEPTEMBER 25TH -- AND YOU CAN TAKE A LOOK AT IT,

2    EXHIBIT 2505.

3        AND LAST NIGHT WHEN WE WERE LOADING THESE SYSTEMS, MAYBE I

4    WAS SO CLOSE TO THIS DOCUMENT THAT I COULD SEE IT BETTER, BUT

5    IT'S HARD TO READ.  AND THERE ARE PARAGRAPHS IN IT THAT I WANT

6    TO DIRECT YOUR ATTENTION TO.

7        AND ONE OF THEM STARTS "AMAZON'S MP3."  AND BASICALLY IT

8    TALKS ABOUT WHAT AMAZON ACTUALLY COMES OUT WITH.  AND WHAT

9    THEY COME OUT WITH IS SOMETHING TO CLICK DIRECTLY -- DIRECTLY

10   INTO THE ITUNES LIBRARY.  AND IT'S JUST AROUND THIS TIME THAT

11   THE DVC IS ACTIVATED.

12       SO I WANT YOU TO EXAMINE THE FACTS OF WHEN THE DVC WAS

13   ACTIVATED AND WHAT WERE THE EVENTS THAT LED UP TO IT, AND WHAT

14   IT WAS REALLY DIRECTED AT.  WAS IT DIRECTED AT CORRUPTION BY

15   THE THIRD-PARTY PLAYERS?

16       NEXT.

17            (DEMONSTRATIVE PUBLISHED TO JURY.)

18       **MR. COUGHLIN:**  THIS IS AS THE DVC IS GOING IN.

19       WE LOOKED A LITTLE BIT -- WE CAN GO TO THE BOTTOM OF THAT

20   PAGE.

21       SOME OF -- THIS IS SOME OF THE TECHNICAL DOCUMENTS.

22       AND GO TO THE NEXT ONE.

23            (DEMONSTRATIVE PUBLISHED TO JURY.)

24       **MR. COUGHLIN:**  OKAY.  THEY'RE TALKING ABOUT THE

25   POSSIBILITY OF HAVING THE FULL DV -- DATABASE SIGNATURE

```
 1      INSTEAD OF SIGNING EACH INDIVIDUAL ENTRY.  AND THEY SAY THEY

 2      CAN DO IT, IT CAN SERIOUSLY BE CONSIDERED, BUT THEY HAVE TO BE

 3      AWARE OF ITUNES MODELS IN THE FUTURE.

 4          AND IF WE GO BACK TO THE NEXT PAGE.

 5                    (DEMONSTRATIVE PUBLISHED TO JURY.)

 6          MR. COUGHLIN:  WE SEE THAT MR. FARRUGIA, HE'S

 7      CONCERNED ABOUT SIGNING THE WHOLE DATABASE, THAT PUTTING A

 8      CLOAK AROUND THE WHOLE DATABASE, BECAUSE THERE'S A LOSS OF

 9      GRANULARITY.  AND WHEN YOU HAVE A LOSS OF GRANULARITY, YOU

10      HEARD SOME OF THE EXPERTS TALK ABOUT IT, IT'S -- THE SYSTEM IS

11      ACTUALLY LESS SECURE.  OKAY?  WHEN YOU HAVE A LOSS OF

12      GRANULARITY, THAT YOU'RE GOING TO LOSE THAT IF YOU SIGN THE

13      WHOLE DATABASE.  AND MR. FARRUGIA WANTS TO MAKE SURE THAT

14      MR. BOLLINGER UNDERSTANDS WHAT'S GOING TO HAPPEN IF THEY SIGN

15      THE WHOLE DATABASE VERSUS THE INDIVIDUAL TRACKS.

16          "WE WILL NEED TO REJECT THE DATABASE INSTEAD OF REJECTING

17      THE SINGLE CORRUPTED TRACK."  THEY'RE JUST GOING TO SIGN THE

18      WHOLE THING, AND THAT'S WHAT THEY END UP DOING.

19          AND LET'S SEE WHAT MR. BOLLINGER RESPONDS TO HIM.

20                    (DEMONSTRATIVE PUBLISHED TO JURY.)

21          MR. COUGHLIN:  "THOSE ARE THE GOALS" --

22      IF YOU CAN MAKE THAT A LITTLE BIGGER.

23                    (DEMONSTRATIVE PUBLISHED TO JURY.)

24          MR. COUGHLIN:  OKAY.  "THOSE ARE THE GOALS THAT HAVE

25      BEEN COMMUNICATED TO ME, AND THEY GO WELL WITH THE IDEA OF
```

1    REJECTING THE ENTIRE DATABASE."  OKAY?  SOMEBODY HAS

2    COMMUNICATED TO MR. BOLLINGER, HEY, THAT'S THE GOAL, WE'RE

3    GOING TO VALIDATE THE ENTIRE DATABASE WAS WRITTEN BY ITUNES.

4    THERE'S OTHER WAYS THAT THEY COULD HAVE GONE ABOUT DETECTING

5    CORRUPTION.  IN OTHER WORDS, WHEN THEY BUILT THESE SYSTEMS,

6    NORMALLY WHAT YOU THINK OF WHEN YOU BUILD THESE SYSTEMS IS

7    THAT YOU WANT ROBUSTNESS.  YOU DESIGN TO SKIP OVER FLAWS OR

8    REMOVE CONTAMINATED MATERIAL.

9        THAT'S NOT AT ALL WHAT KVC AND DVC DID.  WHAT KVC AND DVC

10   DID WAS DELETE YOUR KEYBAG AND ERASE YOUR ENTIRE DATABASE IF

11   SOME THIRD PARTY, SOME THIRD PARTY THAT YOU INVITED INTO YOUR

12   HOUSE, OKAY, TO PLAY ON YOUR STEREO, OKAY, APPLE DECIDED THAT

13   THEY WERE THE ONES THAT WERE GOING TO TELL YOU WHO COULD COME

14   OVER.

15       SO YOU COULDN'T USE THE THIRD-PARTY PLAYER OF YOUR CHOICE

16   ON AN IPOD.  THAT'S WHAT APPLE DID TO THEIR CUSTOMERS AT THIS

17   TIME.

18       NEXT.

19            (DEMONSTRATIVE PUBLISHED TO JURY.)

20       MR. COUGHLIN:  AND IF WE TAKE A LOOK INTO THE

21   FAIRPLAY NEXT GENERATION DOCUMENT THAT THEY HAVE STAYED AWAY

22   FROM THIS WHOLE TRIAL, YOU COULD SEE THAT MR. FARRUGIA STILL,

23   AS HE'S TALKING ABOUT IT, HE'S TALKING ABOUT THIS DATABASE

24   VERIFICATION AND WHAT THEY CAN DO TO VERIFY THE CONTENTS.

25   OKAY?  AND HE WANTS TO -- HE SAYS, BUT THE CORRUPTION OF THE

1    IPOD DATABASE THAT CREATES A VERY BAD USER EXPERIENCE BY

2    ERASING THE IPOD CONTENT DURING THE BOOT SEQUENCE.  AND HE'S

3    TALKING ABOUT A DIFFERENT SITUATION, BUT HE'S TALKING ABOUT A

4    SITUATION THAT ESSENTIALLY THEY IMPLEMENT WITH THE DATABASE

5    VERIFICATION.

6        HE SAYS IT WILL BE A VERY BAD USER EXPERIENCE BY ERASING

7    THE IPOD CONTENT.  ON THE STAND, HE SAID, "WE WANT TO GIVE YOU

8    THE BEST POSSIBLE EXPERIENCE.  WE'RE GOING TO ERASE YOUR WHOLE

9    DATABASE AND RESTORE YOU TO FACTORY SETTINGS."

10       WELL, YOU EITHER HAD TO WORK AND GET ALL YOUR FILES BACK

11   ONTO YOUR COMPUTER AND MAKE SURE THEY WERE THERE.  OKAY?  HE

12   ACKNOWLEDGES IN THIS DOCUMENT, HIS DOCUMENT, THAT THAT'S A BAD

13   SEQUENCE.

14       WHAT'S MOST INTERESTING IS HE TALKS ABOUT SOMETHING THAT

15   THE INTEGRITY WILL ALLOW DISCARDING THE COMPROMISED CONTENT,

16   NOT THE WHOLE LIBRARY.  THAT'S THE KIND OF STUFF THAT

17   MR. FARRUGIA WAS THINKING IF YOU WERE REALLY GOING TO GO AFTER

18   CORRUPTION.  LET'S DISCARD THAT.  NOT EVERYTHING.  NOT ALL THE

19   SONGS THAT YOU HAD COLLECTED FOR YEARS OR OTHER THINGS LIKE

20   THAT, BUT THE CORRUPTED MATERIAL.

21       NEXT.

22           (DEMONSTRATIVE PUBLISHED TO JURY.)

23       **MR. COUGHLIN:**  WE TALKED A LITTLE BIT ABOUT THIS.

24   YOU'RE NOT TOLD EXACTLY WHAT IS HAPPENING TO YOU.  AND WE

25   TALKED -- LET'S NOT TELL THE USER WHAT'S HAPPENING.  THEY

1    TRIED TO EXPLAIN THAT THAT WAS FOR SOME GOOD REASON.  I CAN'T

2    THINK OF A REASON THAT'S GOOD NOT TO TELL YOU, HEY, YOU'VE

3    JUST USED A THIRD-PARTY PLAYER, WE DON'T ALLOW THAT, AND YOUR

4    SYSTEM IS ABOUT TO BE ERASED.  THAT'S NOT THE FIRST MESSAGE

5    YOU GET.

6         YOU SAY -- LATER THEY SAY THE THIRD CLICK IN, THAT'S

7    WHAT'S GOING TO HAPPEN.  BUT THERE ARE NO MORE CHOICES AT THAT

8    TIME.  YOUR CHOICES ARE OVER.  YOU EITHER PUT YOUR IPOD UP ON

9    THE SYNC, OR YOU RESTORE IT.  BECAUSE UNTIL YOU DO, IT'S NOT

10   GOING TO PLAY ANYTHING.  YEAH, YOU COULD GET YOUR SONGS OFF

11   STILL, YOU COULD GO ON SOME OTHER DEVICE, YOU COULD DO

12   SOMETHING ELSE.  BUT THAT'S DIFFERENT THAN WHAT YOU COULD DO

13   BEFORE.

14        NEXT.

15              (DEMONSTRATIVE PUBLISHED TO JURY.)

16        **MR. COUGHLIN:**  AND THEN WE HAVE THE INVENTOR OF THAT

17   DATABASE.  HE SAID IT'S NOT A PRODUCT IMPROVEMENT AND IT'S NOT

18   A SECURITY IMPROVEMENT.  THIS IS THE GUY WHO'S WORKING ON THE

19   SECURITY OF THE DRM.  HE'S THE CODER.  MR. FARRUGIA DOESN'T

20   WRITE CODE.  THIS IS THE PERSON THAT KNOWS WHAT THE PRODUCT

21   DOES AND HOW IT WORKS, AND THAT'S HIS OPINION, AN OPINION FROM

22   THE PERSON AT THE TIME IT WAS DEVELOPED.

23        NEXT.

24              (DEMONSTRATIVE PUBLISHED TO JURY.)

25        **MR. COUGHLIN:**  THEY ACTIVATE THE DATABASE.  THEY KNOW

1    IT'S NOT GOING TO BE A POSITIVE EXPERIENCE.  AND SAYS, ARE WE

2    GETTING ANY NEGATIVE PRESS ON THE DATABASE SIGNING YET?  AND

3    THAT'S SEPTEMBER 15TH, 2007.

4        IF WE GO TO THE MIDDLE PARAGRAPH.

5        THIS IS AN ARTICLE, AND THIS IS EMBEDDED HEARSAY SO IT'S

6    NOT FOR THE TRUTH, BUT IT'S FOR THE NOTICE THAT APPLE WAS

7    GETTING, OKAY, THAT APPLE HAS BLOCKED THE NEW IPODS FROM

8    SYNCING WITH THIRD-PARTY APPLICATIONS, I.E., ANYTHING THAT

9    ISN'T ITUNES.

10       THE MOST SIGNIFICANT AFFECTED USER BASE IN ALL OF THIS IS

11   THE LINUX COMMUNITY WHO HAVE BEEN ABLE TO UPLOAD SONGS IN THE

12   OLDER IPODS USING FREE SOFTWARE SUCH AS ONE OF THOSE ONES THAT

13   ARE LISTED, GETPOD AND AMAROK, FOR A WHILE NOW.  THE TWEAK TO

14   THE NEW IPOD DATABASE FILES DOESN'T APPEAR TO BE INCIDENTAL.

15       OH, IT WAS ANYTHING BUT INCIDENTAL.  IT WAS DELIBERATE.

16       NEXT.

17            (DEMONSTRATIVE PUBLISHED TO JURY.)

18       **MR. COUGHLIN:**  AND THEY KNOW WHAT IT WAS GOING TO DO

19   TO THOSE -- THOSE CONSUMERS THAT DARED USE SOMEBODY ELSE'S

20   THIRD-PARTY PLAYER.

21       LOOKS LIKE IT'S STARTING.  IPODS BLOCKED FROM SYNCING WITH

22   LINUX.

23       ALL THOSE THIRD-PARTY PLAYERS NOW ARE OFF THE SYSTEM.  AND

24   OTHERS CONSIDERING COMING ON THE SYSTEM KNOW THAT THIS EXTREME

25   MEASURE IS OUT THERE BECAUSE THIS NEWS IS OUT IN THE PRESS

1   THAT THAT IS WHAT IS HAPPENING TO THIRD-PARTY PLAYERS IF YOU

2   TRY TO USE THEM, IF YOU TRY TO USE THEM ON YOUR IPOD.

3        SO WHEN YOU THINK ABOUT THE DEVELOPMENT OF THOSE TWO --

4   ITS SAY UPGRADES, THE KVC AND THE DVC, THAT WERE IN

5   ITUNES 7 -- ITUNES 7, THINK ABOUT THE CIRCUMSTANCES

6   SURROUNDING.  AND WERE THEY REALLY PRODUCT IMPROVEMENTS?  DID

7   THEY DO WHAT APPLE SAID THEY WANT WANTED TO ACCOMPLISH AT THE

8   TIME THEY IMPLEMENTED?

9        LOOK AT THE CONTEMPORANEOUS DOCUMENTS.  DOES IT TALK ABOUT

10  CORRUPTION?  DOES IT TALK ABOUT THOSE THINGS AS TO THESE

11  THIRD-PARTY PLAYERS?  AND WE SUBMIT TO YOU IT DOESN'T, THAT

12  THE REASON FOR THESE TWO UPGRADES WAS TO BLOCK COMPETITION,

13  KEEP OTHERS -- LOCK PEOPLE INTO THEIR IPODS AND KEEP OTHERS

14  OFF.  AND THAT'S WHAT THE USER EXPERIENCE WAS IN THIS, AND WE

15  DON'T FEEL THAT THEY'RE PRODUCT IMPROVEMENTS.

16       THANK YOU, LADIES AND GENTLEMEN.

17            **THE COURT:**  OKAY, LADIES AND GENTLEMEN.  WE'LL GO

18  AHEAD AND JUST TAKE A SHORT 15 -- WELL.

19                   (PAUSE IN THE PROCEEDINGS.)

20            **THE COURT:**  ALL RIGHT.  WELL, WE'RE GOING TO TAKE A

21  SHORT BREAK.  MAYBE TEN MINUTES.  I'M GOING TO SWITCH OUT

22  COURT REPORTERS.  WE'LL GET -- THEN THE DEFENSE WILL GIVE

23  THEIR PRESENTATION.

24       THESE THINGS ARE NEVER -- TIMING DOESN'T NECESSARILY WORK.

25  I DID ORDER IN SOME SNACKS FOR YOU, BUT THEY WON'T BE HERE

 1   TILL AFTER OUR -- UNTIL OUR NEXT BREAK, JUST SO THAT YOU HAVE

 2   SOMETHING TO MUNCH ON BECAUSE WE'LL GO FOR A WHILE.  OKAY?  SO

 3   TEN-MINUTE BREAK.  THANK YOU.

 4       (THE FOLLOWING PROCEEDINGS WERE HEARD OUT OF THE PRESENCE

 5   OF THE JURY:)

 6           **THE COURT:**  OKAY.  WE'LL STAND IN RECESS FOR ABOUT

 7   TEN MINUTES.

 8                   (RECESS TAKEN AT 11:47 A.M.)

 9

10

11               (CONTINUED NEXT PAGE; NOTHING OMITTED.)

1          (PROCEEDINGS AFTER RECESS AT 12:02 P.M.)

2          (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

3          **THE COURT:**  WE ARE BACK ON THE RECORD.  THE RECORD

4    WILL REFLECT THE JURY IS BACK.  EVERYONE CAN BE SEATED.

5          DIDN'T MAKE IT BACK THERE EARLY, DID IT?

6          YOU KNOW, IT WAS FUNNY, I WAS JUST THINKING, WE ARE HERE

7    TOWARDS THE END OF THE TRIAL.  AND I'M GOING TO EXCUSE YOU TO

8    DELIBERATE SOON.  I WAS REMEMBERING THAT I HAD A TRIAL ONCE,

9    AND ONE OF THE MEMBERS OF THE JURY, JOKINGLY, OBVIOUSLY, WAS

10   SO IMPRESSED EVERY TIME SOMEONE STOOD UP FOR THEM SO MUCH WHEN

11   THEY CAME IN, SHE SAID, "JUDGE, DO YOU THINK THEY WOULD START

12   BOWING IF YOU ASKED?"

13          (LAUGHTER.)

14          MR. ISAACSON, YOU MAY PROCEED WITH YOUR CLOSING.

15          **MR. ISAACSON:**  THANK YOU, YOUR HONOR.

16          **CLOSING ARGUMENT**

17          **MR. ISAACSON:**  IT HAS BEEN A WHILE SINCE I HAD A

18   CHANCE TO TALK TO YOU DIRECTLY.

19          WE ALL STAND BECAUSE WE RESPECT THE JURY SYSTEM.  THAT'S

20   WHY WE ALL STAND, EVERYONE, ON ALL SIDES OF THE TABLE IN THIS

21   COURTROOM.

22          I WANT TO THANK YOU BECAUSE AT THE BEGINNING OF THIS CASE,

23   I ASKED YOU ALL TO WAIT AND HEAR APPLE'S SIDE OF THE STORY.

24   WE WATCHED YOU PAY CLOSE ATTENTION, KAREN, MEREDITH, MARTHA

25   AND I ARE THANKFUL.  SCOTT MURRAY FROM APPLE WHO HAS SAT WITH

1    US THROUGH THIS LONG TRIAL, MOSTLY APPLE IS GRATEFUL BECAUSE

2    YOU FOLKS ARE PAYING ATTENTION TO WHAT IS GOING ON HERE AND TO

3    THE LAW.

4        BUT SOME THINGS HAVE CHANGED.  IT'S DIFFERENT NOW, THIS

5    CASE, THAN IT WAS AT THE BEGINNING.  LET'S LOOK AT SLIDE 2.

6                    (SLIDE DISPLAYED TO JURY.)

7        SO YOU WERE INSTRUCTED AT THE BEGINNING OF THIS CASE THAT

8    THIS CASE WAS ABOUT CERTAIN SOFTWARE AND FIRMWARE CHANGES IN

9    ITUNES 7.0 AND 7.4, AND THAT THE GENUINE PRODUCT IMPROVEMENT

10   ISSUE WAS ABOUT 7.0 AND 7.4.

11       NOW THE JUDGE HAS INSTRUCTED YOU THAT AS A THRESHOLD

12   QUESTION YOU WILL BE ASKED TO DETERMINE WHETHER THE FIRMWARE

13   AND SOFTWARE UPDATES IN ITUNES 7.0 WERE GENUINE PRODUCT

14   IMPROVEMENTS.

15       NEXT.

16                    (SLIDE DISPLAYED TO JURY.)

17       YOU ARE GOING TO GO BACK IN THE JURY ROOM.  YOU ARE

18   GOING -- THIS IS GOING TO BE YOUR VERDICT FORM.  THIS "YES" OR

19   "NO" QUESTION:

20           "WERE THE FIRMWARE AND SOFTWARE UPDATES IN ITUNES

21           7.0, THE ONES THAT WERE CONTAINED IN THE STIPULATED

22           MODELS, WERE THEY GENUINE PRODUCT IMPROVEMENTS?"

23       THAT IS WHAT YOU ARE GOING TO DELIBERATE ABOUT AND DECIDE.

24   AND APPLE IS GOING TO ASK YOU TO CHECK THAT BOX "YES".

25       NOW, YOU WILL SEE THESE INSTRUCTIONS.  I TOLD YOU IN

1    OPENING STATEMENT THAT THE GUIDANCE OF THE LAW WAS GOING TO

2    HELP YOU IN THIS CASE BECAUSE IT'S AN ANTITRUST CASE.  WHAT

3    ARE YOU SUPPOSED TO THINK ABOUT THE EVIDENCE?  HOW ARE YOU

4    SUPPOSED TO LOOK AT IT?

5        AND THE JUDGE IS INSTRUCTING YOU THAT UNDER THE SHERMAN

6    ACT, THAT'S THE ANTITRUST LAW HERE, THAT OFFERING A GENUINE

7    PRODUCT IMPROVEMENT CANNOT BE CONSIDERED AN ANTICOMPETITIVE

8    ACT REGARDLESS OF ITS EFFECT ON A COMPETITOR.  DOESN'T MATTER.

9        AND, THEREFORE, THE JUDGE IS ASKING YOU TO DECIDE THE

10   THRESHOLD QUESTION OF WHETHER THE SOFTWARE AND FIRMWARE

11   UPDATES IN 7.0 WERE A GENUINE PRODUCT IMPROVEMENT.

12       THE JUDGE IS GUIDING YOU BY SAYING THAT YOU MAY CONSIDER

13   SUCH EVIDENCE AS TO WHETHER APPLE STATED REASONS FOR THE 7.0

14   UPDATE WERE PRETEXTUAL AND NOT SUPPORTIVE OF A FINDING OF AN

15   UPDATE.  SO I WILL TALK TO YOU SOME ABOUT A PRETEXT.

16       BUT THE JUDGE HAS ALSO TOLD YOU:

17           "HOWEVER, IN MAKING THAT DETERMINATION, YOU CANNOT

18           BALANCE, ON THE ONE HAND, THE EVIDENCE CONCERNING

19           ITUNES 7.0'S PURPORTED BENEFIT AGAINST, ON THE OTHER

20           HAND, ANY EFFECT THE UPDATE HAD ON APPLE'S

21           COMPETITORS."

22       AND THAT, OF COURSE, IS WHAT YOU JUST HEARD THE

23   PLAINTIFFS' COUNSEL ASK YOU TO DO.  IT WAS ALL ABOUT THE

24   EFFECT ON COMPETITORS.  ALL OF IT.  MAYBE A LITTLE BIT, NOT,

25   BUT SO MUCH OF THAT PRESENTATION IS, WE WERE TRYING TO HURT

CLOSING ARGUMENT – ISAACSON

1  COMPETITORS AND THAT IS NOT THE BALANCING THAT YOU WERE NOT --

2  THAT YOU ARE NOT SUPPOSED TO DO.

3      AND, IN PARTICULAR, THEY FOCUSED ON ONE SMALL COMPETITOR

4  FOR A WHILE, REALNETWORKS.  NOW THEY ARE TALKING ABOUT A BIT

5  MORE.

6      WHAT'S THEIR BURDEN OF PROOF?

7      NEXT.

8                   (SLIDE DISPLAYED TO JURY.)

9      THEIR BURDEN OF PROOF IS ON THE PLAINTIFF HERE.  THE

10  BURDEN OF PROOF MUST BE DEMONSTRATED BY A PREPONDERANCE OF THE

11  EVIDENCE.

12      PLAINTIFFS DON'T MEET THAT BURDEN.  IN FACT, IT'S EVEN

13  WORSE THAN THAT.  THE OVERWHELMING EVIDENCE HERE IS OF A

14  GENUINE PRODUCT IMPROVEMENT.

15      NOW, REMEMBER THAT SMALL COMPETITOR REALNETWORKS AND

16  HARMONY.  THAT'S WHAT PROFESSOR NOLL TOLD YOU THE CASE WAS

17  ABOUT.

18      NEXT SLIDE.

19                   (SLIDE DISPLAYED TO JURY.)

20      WHEN HE GAVE OPINIONS ABOUT MONOPOLY POWER, HE SAID IT WAS

21  ABOUT DISABLING HARMONY WITHOUT IMPROVING THE PERFORMANCE OF

22  THE IPOD MODEL THAT USED IT.  AND WHEN HE GAVE THAT OPINION --

23      NEXT --

24                   (SLIDE DISPLAYED TO JURY.)

25      -- HE ENTIRELY RELIED ON DR. MARTIN.  THAT'S WHOSE

1  TESTIMONY HE RELIED ON.

2      IN OPENING STATEMENT I SAID WE ARE GOING TO TRY AND TALK

3  ABOUT SOME SIMPLE THINGS.

4      NEXT.

5                  (SLIDE DISPLAYED TO JURY.)

6      I TALKED TO YOU ABOUT THESE IN OPENING STATEMENTS, AND

7  THESE RELATE TO THE ISSUE OF GENUINE PRODUCT IMPROVEMENT.

8  APPLE HAD PRODUCT IMPROVEMENTS AND INNOVATION.  APPLE PROVIDED

9  IPOD AND ITUNES SECURITY, AND I TOLD YOU WE WERE GOING TO TALK

10  ABOUT THINGS THAT DIDN'T MAKE SENSE.  AND WHAT THAT MEANS IS

11  NONSENSE.  AND THERE'S A LOT OF IT IN THIS CASE.

12      BUT SOMETHING ELSE HAS HAPPENED IN THIS CASE AS WE HAVE

13  MOVED ALONG.  WE NOW HAVE A PLAINTIFF AND A CASE THAT IS

14  ASKING YOU TO HOLD APPLE LIABLE FOR INNOVATING, FOR PROVIDING

15  SECURITY.  THAT'S WHAT THEY ARE ASKING YOU TO DO.

16      THEY ARE DOING THAT, AND ASKING YOU TO HOLD US LIABLE FOR

17  PROVIDING CONSUMERS A CHOICE FOR PROVIDING INTEGRATED

18  PRODUCTS, FOR PROVIDING IPOD PLUS ITUNES, AND SAYING THAT'S

19  HOW OUR PRODUCTS WORK BEST.

20      THAT IS NOT THE INSTRUCTION.  THE INSTRUCTION IS, IS THIS

21  A GENUINE PRODUCT IMPROVEMENT, AND THE EVIDENCE SAYS IT IS.

22      LET ME START WITH PERHAPS THE EASIEST BIT OF NONSENSE.  WE

23  SHOWED YOU SILHOUETTES IN OPENING STATEMENT, AND TOLD YOU THE

24  EVIDENCE YOU WEREN'T GOING TO SEE.  AND WE WERE CORRECT.

25      THE COURT HAS TOLD YOU, LAWYER ARGUMENTS ARE NOT EVIDENCE.

1    WHAT EVIDENCE DO YOU HAVE?  PEOPLE WITH DELETED DATABASES.

2    NONE.  IT IS ABSOLUTELY ASTOUNDING THAT THIS CASE RESTS ON A

3    THEORY THAT PEOPLE, BECAUSE OF 7.4 OR THE DVC, HAD DELETED

4    DATABASES.  IN OPENING STATEMENT IT WAS EXPLODING DATABASES.

5    NOT A SINGLE CONSUMER, NOT A DOCUMENT REFERRING TO ANY

6    CONSUMER.  THERE IS NO EVIDENCE THIS EVER HAPPENED.  THERE IS

7    NO EVIDENCE THAT ANYBODY WENT THROUGH THE RESTORE PROCESS AND

8    EVER HAD THIS HAPPEN.

9        THE KEYBAG INTEGRITY CHECKS.  THEY SAID PEOPLE COULD LOSE

10   SONGS.  THERE IS NOT ONE PIECE OF EVIDENCE OF A SINGLE

11   INDIVIDUAL WHO LOST A SINGLE SONG.  NOT EVEN A COMPLAINT ABOUT

12   IT.

13       THERE'S NO EVIDENCE ABOUT PEOPLE WHO THOUGHT BURNING AND

14   RIPPING WAS HARD.  IT'S ASTOUNDING.  THERE IS NO EVIDENCE IN

15   THIS CASE THAT ANY HARMONY USERS USED IT WITH THE IPOD.  IT'S

16   JUST NOT THERE.  THERE'S NO CONSUMERS, NO IPOD USERS, NO

17   SURVEYS, NO APPLE BUSINESS DOCUMENTS.  SAY, YOU LOOK AT ALL

18   THESE COMPLAINTS?  NOTHING.  THIS IS ALL MADE UP AT THIS

19   POINT.  IT'S LAWYER ARGUMENT.  THAT'S WHAT IT IS.

20       BUT PERHAPS THE MOST AMAZING THING THAT'S MISSING IS A

21   WITNESS, ANY WITNESS WHO CAME BEFORE YOU AND ANSWERED THE

22   QUESTION, PEOPLE WHO SAID -- THERE ARE NO WITNESSES WHO SAID

23   THAT THE 7.0 SOFTWARE AND FIRMWARE UPDATES WERE NOT A PRODUCT

24   IMPROVEMENT.  NO ONE SAID THAT.  NOT A SINGLE WITNESS.

25       SO, WHAT IS THIS CASE?  HOW DID WE GET HERE?  JUST A

```
 1    REMINDER:  APPLE CREATED IPOD AND ITUNES.  THE JUDGE HAS TOLD

 2    YOU THAT'S LEGAL.  YOU GOT THAT INSTRUCTION AGAIN.  SO MANY OF

 3    THE DOCUMENTS IN THIS CASE ARE ABOUT THOSE EARLY UPDATES AND

 4    CREATING IPOD AND ITUNES.  ALL OF THAT LEGAL CONDUCT.

 5        AND SO WHAT DID HARMONY DO?  THEY REVERSE ENGINEERED

 6    FAIRPLAY, AND THAT WAS NEVER GOING TO WORK.  IT WAS INEVITABLE

 7    THAT IT WAS GOING TO BREAK.  THAT'S WHAT MR. FARRUGIA TOLD

 8    YOU.  THAT'S WHAT DR. MARTIN, PLAINTIFFS' OWN EXPERT, TOLD YOU

 9    WHEN I ASKED HIM ABOUT WOULD UPDATES BREAK A REVERSE

10    ENGINEERED PRODUCT.  HE AGREED WITH ME THAT IT WOULD.

11        AND THEN IN SEPTEMBER OF 2006, WHAT HAPPENED WHEN WAS

12    HARMONY STOPPED?  REALNETWORKS ACTUALLY OFFERED A GOOD PRODUCT

13    THEN, AT LEAST A PRODUCT.  THEY WENT INTO THE BUSINESS OF

14    STREAMING AND THE JUKEBOX IN THE SKY.  AND THEY STOPPED TRYING

15    TO TRICK APPLE PRODUCTS.

16        THERE IS OVERWHELMING EVIDENCE OF PRODUCT IMPROVEMENT IN

17    THIS CASE.  IPOD PLUS ITUNES.

18        NEXT SLIDE.

19             (SLIDE DISPLAYED TO JURY.)

20        IPOD PLUS ITUNES PROVIDE PRODUCT IMPROVEMENT, INTEGRATED

21    QUALITY PRODUCTS.  MR. CUE, WHO WORKED FOR 26 YEARS AT APPLE,

22    STARTED WITH THE MICRO COMPUTER SUPPORT GROUP, RAN A HELP

23    LINE, WORKED IN I.T., WORKED IN ITUNES ONLINE STORE IS NOW A

24    MEMBER OF THE EXECUTIVE TEAM OF APPLE, EXPLAINED THE SECRET TO

25    OUR SUCCESS IN THE MUSIC SPACE IS WE BUILT EVERYTHING FROM THE
```

1    ITUNES CLIENT TO THE ITUNES STORE TO THE IPOD.  AND WE MADE

2    THAT WORK SEAMLESSLY AND EASILY A HUNDRED PERCENT OF THE TIME.

3        NEXT.

4                    (SLIDE DISPLAYED TO JURY.)

5        HE TALKED ABOUT THE PROBLEMS WITH PERMITTING

6    INTEROPERABILITY.  IT WOULDN'T WORK.  THAT INTEGRATION WE

7    CREATED BETWEEN THE THREE PRODUCTS WOULD START FAILING, AND IT

8    WOULD START HAVING ISSUES.  AND HE EXPLAINED ABOUT THE OTHER

9    PRODUCTS THAT DIDN'T WORK.  THE MICROSOFT PRODUCTS.  AND SO

10   APPLE MADE THE DECISION THAT THE BEST WAY TO PROVIDE QUALITY

11   PRODUCTS WAS IPOD PLUS ITUNES.

12       YOU'VE ALSO MET PHIL SCHILLER.  HE STARTED OFF AS A FIELD

13   MARKETING REPRESENTATIVE FOR APPLE.  WORKED FOR APPLE FOR 20

14   YEARS.  HE TALKED ABOUT HOW IPOD PLUS ITUNES PROVIDES THE

15   QUALITY CONSUMER EXPERIENCE.  THIS IS A SOLUTION THAT WORKS

16   TOGETHER.  ONE REQUIRES THE OTHER, AND APPLE TOLD CONSUMERS

17   THIS.  THAT'S WHAT WE ARE SELLING.

18       HE GAVE THE EXAMPLE --

19       NEXT --

20                    (SLIDE DISPLAYED TO JURY.)

21       -- OF NO ONE EXPECTS A VHS TAPE TO PLAY IN YOUR DVD

22   PLAYER.  YOU JUST DON'T TAKE THE VHS TAPE AND SHOVE IT IN

23   THERE AND EXPECT IT TO WORK OR EXPECT TO HAVE A QUALITY

24   EXPERIENCE.

25       NOW, PLAINTIFFS SAY WE DON'T BELIEVE YOU OWN YOUR OWN

1    IPOD.  NOW, ALL THE WITNESSES SAID, YES, WE KNOW THEY OWN

2    THEIR IPOD, BUT WE ARE OFFERING A PRODUCT AND SAYING THAT THE

3    WAY TO HAVE THE BEST EXPERIENCE IS FOR OUR PRODUCTS TO WORK

4    TOGETHER.  THAT'S HOW WE MARKET IT, THAT'S HOW WE TELL PEOPLE,

5    AND THAT'S HOW YOU GET THE BEST RESULTS.

6         AND APPLE IS ENTITLED TO SELL YOU A PRODUCT AND SAY THAT.

7    OTHERWISE, YOU'RE NOT GOING TO HAVE A CHOICE OF QUALITY

8    PRODUCTS.  AND APPLE TOOK RESPONSIBILITY FOR THAT.

9         MR. SCHILLER EXPLAINED THAT, TOO, THAT APPLE TAKES

10   RESPONSIBILITY FOR MAKING THEM WORK TOGETHER SEAMLESSLY.  IT'S

11   WHAT CREATED AN EASY-TO-USE DEVICE THAT CUSTOMERS LOVED.

12   THOSE THIRD-PARTY PLAYERS DON'T TAKE RESPONSIBILITY FOR

13   THINGS, REALNETWORKS SAID "CALL APPLE".

14        MR. SCHILLER ALSO EXPLAINED TO YOU THE CAR WITH TWO

15   STEERING WHEELS.  THAT'S WHAT WE ARE TALKING ABOUT HERE.  WHEN

16   YOU DON'T HAVE APPLE PLUS IPOD, YOU'RE GETTING TWO STEERING

17   WHEELS IN THE CAR AND PROBABLY, EVEN WORSE, TWO DRIVERS AT THE

18   SAME TIME.  AND HE GAVE YOU THE EXAMPLE OF HOW ON MY IPOD, I

19   MIGHT BE USING MY ITUNES TO CREATE A PLAYLIST.  I PUT THAT

20   PLAYLIST ON MY IPOD.  IF I HAVE A DIFFERENT SYSTEM, TRYING TO

21   PUT DIFFERENT SONGS ON THE PLAYLIST, NOW THEY ARE NOT IN SYNC.

22   I DON'T KNOW IF IT'S PROPERLY BACKED.  I DON'T KNOW IF IT'S

23   PROPERLY MANAGING THE SONGS.  IT GETS MESSED UP VERY QUICKLY.

24        PROFESSOR MURPHY, HE SPOKE TO YOU ABOUT THE ECONOMIC

25   HISTORY OF IPOD PLUS ITUNES, AND EXPLAINED HOW AT EACH STEP OF

1    THE WAY IT WAS SUCCESSFUL BECAUSE THEY PROVIDED A QUALITY

2    PRODUCT AND CONSUMER CHOICE.  SO THESE ARE ALL GOING TO WORK

3    TOGETHER TO HELP CONSUMERS -- HELP CONSUMERS AND PROVIDE THE

4    FUNCTIONALITY THEY ARE LOOKING FOR.

5        IPOD PLUS ITUNES PROVIDED A GENUINE PRODUCT IMPROVEMENT.

6    NEXT.

7                    (SLIDE DISPLAYED TO JURY.)

8        IT WASN'T INTENDED TO BE PLUS REAL, IT WASN'T INTENDED TO

9    BE PLUS AMAROK, EPHPOD, I CAN'T EVEN PRONOUNCE ALL THESE,

10   FLOOLA, WHATEVER THESE ARE.  THERE'S NO EVIDENCE THESE WORKED

11   WITH THE IPOD AND PROVIDED A QUALITY EXPERIENCE.  ALL THOSE

12   QUESTIONS ABOUT THOSE USERS WHO USED THESE THINGS FOR FIVE

13   YEARS, NOT A STITCH OF EVIDENCE ABOUT THIS.

14       MR. ROBBIN.  JEFF ROBBIN, WHO HELPED INVENT ITUNES

15   SOFTWARE.  HE TOLD YOU HE WASN'T CONCERNED ABOUT KEEPING OTHER

16   PEOPLE OUT, IT WAS ABOUT BUILDING THE BEST PRODUCT.  IT WASN'T

17   THOSE PEOPLE, IT WAS THE FACT THAT THEY WERE COMING IN AND

18   HURTING THE PRODUCT.  AND, OF COURSE, HE WAS CONCERNED ABOUT

19   QUALITY PRODUCTS.  ITUNES WAS PART OF HIS LIFE.

20       SO THE RESULT WAS THAT APPLE COMPETED WITH OTHER

21   INTEGRATED SYSTEMS.  THEY COMPETED WITH OPEN SYSTEMS TO

22   PROVIDE QUALITY PRODUCTS.  THIS WAS ALL DESCRIBED TO YOU BY

23   PROFESSOR MURPHY.  AND THE RESULT WAS CONSUMER CHOICE THAT

24   WOULD BE NEXT.  AND QUALITY PRODUCTS.

25       AND THE ONLY WAY YOU HAVE A GENUINE PRODUCT IMPROVEMENT,

CLOSING ARGUMENT – ISAACSON

1    THE ONLY WAY YOU HAVE QUALITY PRODUCTS, IF YOU PERMIT

2    COMPANIES TO HAVE INTEGRATED SYSTEMS AND HAVE -- PERMIT

3    COMPANIES TO HAVE OPEN SYSTEMS BECAUSE THEN CUSTOMERS CAN

4    DECIDE WHAT IS THE GENUINE PRODUCT IMPROVEMENT.

5        PLAINTIFFS' CASE IS THAT IT ONLY SHOULD BE DONE ONE WAY,

6    AND YOU DON'T HAVE A CHOICE.  YOU DON'T GET TO CHOOSE A

7    QUALITY PRODUCT AND DECIDE FOR YOURSELF WHAT TO BUY.

8        ALL RIGHT.  LET'S TALK ABOUT THE FEATURES OF 7.0.  WE

9    TALKED ABOUT THESE AT LENGTH DURING THE TRIAL.  THESE ARE THE

10   FEATURES OF THE SOFTWARE AND THE FIRMWARE IN ITUNES 7.0.

11       ITUNES 7.0 WAS THE MOST SIGNIFICANT ENHANCEMENT TO ITUNES

12   SINCE APPLE INTRODUCED ITUNES IN 2001.  APPLE ADDED ALBUM VIEW

13   AS WELL AS TV ART, ALL OF THE TRACKS OF AN ALBUM IN A SINGLE

14   PLACE SO YOU COULD SCROLL THROUGH THE MUSIC LIBRARY AND LOOK

15   AT IT BY ALBUM.

16       THEY MADE ALL THAT ALBUM ART FREE, DOWNLOADABLE FOR FREE,

17   NOT JUST FOR YOUR NEW SONGS, BUT FOR ALL THE SONGS YOU HAD.

18       THEY OFFERED COVER FLOW SO YOU CAN SCAN YOUR MUSIC BY THE

19   ALBUM COVERS.

20       THEY INTRODUCED GAMES.  YOU HEARD ABOUT HOW THEY PUT GAMES

21   ON THERE THAT WERE POPULAR ON GAMEBOYS.

22       THEY ANNOUNCED FEATURES LIKE GAPLESS PLAYBACK THAT ALLOWED

23   SONGS TO FLOW SEAMLESSLY FROM ONE TRACK TO EACH OTHER, WHICH

24   MOST DIGITAL ENCODERS DID NOT PERMIT.

25       THEY IMPROVED SYNCING.  NOW YOU HAD AUTO SYNCING AND NOT

CLOSING ARGUMENT – ISAACSON

1   MANUAL SYNCING.  NO MORE DRAGGING AND CLICKING.

2       THEY ALSO ENABLED A FEATURE FOR YOU TO MOVE CONTENT

3   PURCHASED FROM YOUR ITUNES MUSIC STORE FROM ONE AUTHORIZED

4   COMPUTER TO ANOTHER AUTHORIZED COMPUTER SO YOU COULD HAVE

5   COMPUTERS IN DIFFERENT PLACES AND MOVE YOUR MUSIC AROUND.

6       THEY ANNOUNCED THAT YOU COULD GET ALL THE HIGHLIGHTS FORM

7   AN NFL SEASON ON YOUR IPOD.

8       THEY INCREASED THE RESOLUTION OF ITUNES BY FOUR TIMES AND

9   THEN THEY OFFERED MOVIES.  WALT DISNEY PICTURES, PIXAR,

10  TOUCHSTONE PICTURES AND MIRAMAX FILMS.  THEY STARTED OUT WITH

11  75 FILMS AVAILABLE ONLINE, SUCH AS PIRATES OF THE CARIBBEAN

12  AND ANNOUNCED THEY WOULD ADD MORE EVERY WEEK AND EVERY MONTH.

13      NOW, MR. CUE ALSO TOLD YOU ABOUT HOW FAIRPLAY DRM WAS

14  NOT -- WAS NECESSARY NOT JUST TO GET THE MUSIC LABELS ON

15  BOARD, BUT IT WAS NECESSARY TO GET THOSE MOVIE EXECUTIVES AND

16  TV STUDIOS ON BOARD.  HE SAID THAT THEY WERE EVEN MORE

17  DIFFICULT THAN THE RECORD LABELS, AND THEIR TECHNICAL TEAMS

18  WERE SMARTER.

19      NOW, THINK ABOUT THIS:  HOW WAS THIS SUPPOSED TO WORK?

20  WAS APPLE SUPPOSED TO UPGRADE ITS FAIRPLAY DRM AND PROVIDE

21  INTEGRITY CHECKS FOR THE MOVIE STUDIOS AND THE TELEVISION

22  STUDIOS AND THEN TURN AROUND TO THE RECORD LABELS AND SAY, NO,

23  WE CAN'T GIVE YOU THAT SAME LEVEL OF SECURITY BECAUSE THERE'S

24  THIS PLAYER HARMONY, WE CAN'T TOUCH THAT.

25      DOES THAT MAKE ANY SENSE AT ALL?  OF COURSE NOT.  APPLE

CLOSING ARGUMENT – ISAACSON

1    WAS UPGRADING SECURITY THROUGHOUT ITS SYSTEM AND THAT ALLOWED

2    MOVIES TO BE ON THE IPOD.

3        IN FACT, I WROTE DOWN MR. COUGHLIN'S WORDS.  HE SAYS, ONLY

4    PRODUCT THE KVC AND DVC, BUT HE SAID, EVEN IF APPLE WERE

5    RIGHT, YOU DON'T GET ANY OF THOSE OTHER IMPROVEMENTS WITHOUT

6    TAKING THE KVC AND THE DVC.  AND THAT'S RIGHT.  IT'S ALL OF

7    THE SOFTWARE.  AND EVERYBODY YOU'RE WORKING WITH, THE LABELS,

8    RECORD COMPANIES -- MOVIE STUDIOS ALL REQUIRED SECURE DRM.

9        IN FACT, IF YOU HAD ANY DOUBT ABOUT WHETHER THIS IS A

10   PRODUCT IMPROVEMENT, HAS FAIRPLAY GONE AWAY?  HAS INTEGRITY

11   CHECKS GONE AWAY?  NO.  THE EVIDENCE WAS IT IS THROUGHOUT

12   APPLE'S SYSTEM TO PROVIDE SECURITY.  IT IS IN THE ITUNE STORE

13   SERVERS TODAY.  IT IS IN THE IPHONE, IT'S IN THE IPAD.  IT

14   ALLOWS -- WITHOUT THAT FAIRPLAY DRM, WHICH INCLUDES THE

15   INTEGRITY CHECKS TODAY, NO MUSIC, NO MOVIES, NO BOOKS.  AND I

16   CAN'T EVEN LIST THE OTHER CONTENT YOU WOULDN'T BE ABLE TO

17   HAVE.

18       BUT THOSE WEREN'T THE ONLY IMPROVEMENTS.  THERE WAS

19   ENTIRE --

20       NEXT SLIDE --

21               (SLIDE DISPLAYED TO JURY.)

22       -- ENTIRE FAIRPLAY REDESIGN.  MS. DUNN IS GOING TO TALK

23   MORE ABOUT THAT THAN I, BUT THE EVIDENCE YOU HEARD WAS ABOUT A

24   COMPLETE RE-ARCHITECTURE OF THE FAIRPLAY SOFTWARE.  AND WE SAW

25   A PICTURE OF IT.

1        NEXT SLIDE.

2                    (SLIDE DISPLAYED TO JURY.)

3        AND I SAID IN OPENING, I WILL WAIT TO HEAR WHAT EVIDENCE

4   THERE IS THAT THE TOTAL RE-ARCHITECTURE OF THE SOFTWARE WAS

5   NOT A PRODUCT IMPROVEMENT.

6        I DID NOT HEAR ANY SUCH EVIDENCE.  IN FACT, MR. COUGHLIN

7   JUST SAID THE KVC WRAPS AROUND THE WHOLE THING, YOU CAN LOOK

8   AT THAT DESIGN.  THERE IS NO WRAP-AROUND THERE BY ANYTHING

9   CALLED A KVC.

10       NEXT.

11                   (SLIDE DISPLAYED TO JURY.)

12       INTEGRITY CHECKS BY THEMSELVES WERE A PRODUCT IMPROVEMENT.

13  THEY PROTECT THE KEYBAG AND THEN THE DATABASE.  THEY PROVIDE

14  BOUNDARIES TO STOP CORRUPTION.  THEY PROVIDE INTEGRITY CHECKS

15  FOR THE WHOLE DATABASE WHICH ALLOW SYNCING TO GO FASTER THAN

16  IT DID FOR INDIVIDUAL SONGS, AND THEY STOPPED DIRECT AND

17  INDIRECT ATTACKS.

18       NOW, YOU HEARD A LOT ABOUT WHAT DVC HAS BEEN REFERRED TO

19  THROUGHOUT THE TRIAL, 7.4 AND YOU ALSO HEARD 7.4 IS NO LONGER

20  A PART OF THIS CASE.  THIS CASE IS NOW BASED ON DEAD CODE IN

21  7.0, WHICH IS REALLY, REALLY SOMETHING THAT DOESN'T MAKE

22  SENSE.

23       NOW, MR. SCHULTZ -- I AM SORRY.  PLAINTIFFS ARE IGNORING

24  EVERYTHING IN THIS CASE EXCEPT THE INTEGRITY CHECKS.

25  DR. MARTIN TALKED ONLY ABOUT THE KVC AND DVC, AND MR. SCHULTZ

1    TALKED ABOUT WHAT HE CALLED THE MAC AND WHAT PLAINTIFFS CALLED

2    THE DVC.  THAT'S THE ONLY EVIDENCE ABOUT THESE THINGS.

3        THERE IS NO EVIDENCE THAT THE 7.0 FIRMWARE AND SOFTWARE

4    WERE NOT A PRODUCT IMPROVEMENT.  AND EVERYTHING OTHER THAN

5    THESE TWO POINTS IS LAWYER ARGUMENT.  THAT'S IT.  IT'S NOT

6    EVIDENCE.

7        NOW WHAT DID MR. SCHULTZ SAY?  HE SAID -- HE WAS ASKED

8    ABOUT WHAT WAS HAPPENING SEPTEMBER 2006.  THAT WAS THE 7.0.

9    AND HE SAID:

10            "YES, SIGNIFICANT IMPROVEMENTS AND CHANGES WERE MADE

11             TO THE CRYPTOGRAPHY TO HIDE KEYS, PROVIDE ALL KINDS

12             OF NEW FUNCTIONALITY FOR ITUNES CONTENT."

13       HE ANSWERED THE QUESTION ON YOUR VERDICT FORM, HE ANSWERED

14    IT "YES".

15                        (PHONE RINGS.)

16           **THE COURT:**  HOLD ON.

17           **MR. ISAACSON:**  NO PROBLEM.

18           **THE COURT:**  I'M REALLY SORRY, MR. ISAACSON.

19    UNFORTUNATELY I CAN'T KICK THE COURT REPORTER OUT.

20       MR. COUGHLIN GOT MY COUGH AND YOU GOT THE PHONE.  NOW WE

21    ARE EVEN.

22       GO AHEAD.

23           **MR. ISAACSON:**  MR. SCHULTZ SAID HE SAW AN UNSIGNED

24    APPLE PERFORMANCE REVIEW.  HE SAID HE DIDN'T LIKE SEEING IT.

25    AND HE TOLD ME HE HAD NEVER SEEN IT BEFORE AND IT WAS NOT

1    SIGNED, AND THAT WAS FINE.

2        YOU SAW ME ASK THE QUESTIONS.  I DIDN'T BOTHER WITH HIM --

3    BOTHER HIM WITH IT OR SHOW IT TO HIM.  HE JUST -- HE WENT ON

4    AND GAVE HIS OPINION ABOUT THE MAC.  THIS CASE IS NOT ABOUT

5    HIS OPINION ABOUT THE MAC.

6        MR. COUGHLIN SHOWED THESE WORDS, BUT THIS IS IT.  IT'S THE

7    WHOLE CASE.  OKAY?  HE GOES INTO A CAFE, MEETS PLAINTIFF

8    COUNSEL.  PLAINTIFF COUNSEL SAYS -- THEY GAVE HIM THEIR

9    THEORIES OF THE CASE.  AND HE SAID, THAT'S RIGHT ABOUT ONE

10   POINT.  I DID NOT SEE THE DATABASE VERIFICATION AS A PRODUCT

11   IMPROVEMENT.  NO EXPLANATION.  NO ANALYSIS.  THAT'S IT.

12       NOW, THE GENTLEMEN IS ENTITLED TO HIS OPINION.  HE'S NOT

13   ONE OF THE BUSINESS PEOPLE AT APPLE.  AND APPLE -- YOU SAW IN

14   DOCUMENTS APPLE PEOPLE SOMETIMES DISAGREE ABOUT THINGS, BUT

15   ULTIMATELY THEY MAKE THE DECISION TO PROVIDE QUALITY PRODUCTS,

16   TO PROVIDE SECURITY, AND THAT'S WHAT HAPPENED HERE.

17       THERE IS NO BASIS BASED ON THIS TESTIMONY WITHOUT ANY

18   EXPLANATION TO SAY THERE WASN'T A PRODUCT IMPROVEMENT HERE.

19   IN FACT, HE SAID NOTHING ABOUT THE KEYBAG, THE KEYBAG

20   VERIFICATION, LOSING SONGS.  HE NEVER EVEN SAID THAT THE

21   DATABASE VERIFICATION DELETED ANY FILES.  HE NEVER SAID

22   ANYTHING LIKE THAT.  HE WAS ONE ENGINEER WHO THOUGHT ONE PIECE

23   OF DEAD CODE IN 7.0 WAS A PRODUCT -- WAS NOT A PRODUCT

24   IMPROVEMENT.  HE GAVE HIS OPINION AND HE LEFT.

25       NOW, MR. SCHULTZ HAD HIS OPINION, BUT HE ALSO TESTIFIED

CLOSING ARGUMENT – ISAACSON

1    THAT DRM NEEDED TO HAVE MULTIPLE BARRIERS OF DEFENSE TO KEEP

2    IT SECURE.  IT HAD TO BE LIKE A CASTLE; THAT THE MAC, AS HE

3    CALLED IT, PREVENTED THIRD-PARTY SOFTWARE FROM WRITING TO THE

4    DATABASE WHICH HAD ENCRYPTED CONTENT; THAT HE LEFT APPLE AND

5    HE BUILT ANTI-REVERSE ENGINEERING DRM AT ADOBE, AND HE TALKED

6    ABOUT YOU CAN'T TELL WHAT THE HACKERS ARE GOING TO DO OR

7    WHETHER THEY'RE GOING TO COME INTO YOUR HOUSE.

8         NEXT SLIDE.

9              (SLIDE DISPLAYED TO JURY.)

10        HE WAS ASKED, WAS IT DESIGNED TO KEEP OUT CORRUPTION?  HE

11   WAS TOLD THAT THE THIRD-PARTY PLAYERS WERE CORRUPTING THE

12   DATABASE.

13        NEXT.

14             (SLIDE DISPLAYED TO JURY.)

15        BUT WHEN YOU GET TO THIS ISSUE OF DATABASE DESTRUCTION,

16   YOU ARE TALKING ABOUT A VERY LARGE CONSUMER COMPANY.  IF FILES

17   ARE BEING DELETED ALL OVER THE PLACE AND IPODS ARE BLOWING UP,

18   WE ASKED THE EXECUTIVES SUCH AS MR. CUE:  WHAT HAPPENS WHEN

19   LOTS OF CONSUMERS COMPLAIN?  IT COMES TO OUR DESK.

20        THAT'S WHAT WE DO.

21        AND DID YOU EVER HEAR ABOUT THE DVC OUTSIDE OF THIS

22   LITIGATION?

23        NO.

24        ALL OF THE EVIDENCE WAS IN THIS CASE THAT APPLE WAS

25   CONCERNED ABOUT SECURITY.

1     STEVE –– GO TO SLIDE 36.

2                    (SLIDE DISPLAYED TO JURY.)

3     STEVE JOBS WROTE BACK IN MAY 2004:

4          "WE NEED TO TAKE BRIGHT, HARD LINE ON THEFT.  THERE

5               IS NO GRAY AREA."

6     MR. JOBS SAID IN THE DEPOSITION THAT YOU SAW:

7          "PEOPLE HAVE TRIED TO HACK ITUNES FOR A LONG TIME AND

8               THEY ARE STILL TRYING."

9     AND HE GOT LOTS OF EMAILS BACK AND FORTH ABOUT HACKING.

10    SLIDE 38.

11                   (SLIDE DISPLAYED TO JURY.)

12    WHAT IS REMARKABLE IS THAT THE PLAINTIFF IN THIS CASE ONCE

13    ADMITTED THAT ITUNES 7.0 WAS DESIGNED TO STOP HACKS.  I SHOWED

14    THIS DOCUMENT TO MARIANNA ROSEN.  BECAUSE BACK WHEN THE SUIT

15    WAS FILED, THE PLAINTIFF SAID THAT IN SEPTEMBER 2006, APPLE

16    RELEASED ITUNES 7.0 INTENDED TO PREVENT JHYMN AND OTHER

17    PROGRAMS, ONE OF THE HACKERS, FROM CREATING INTEROPERABILITY.

18    AND THROUGHOUT THE CLASS PERIOD, WE ISSUED SOFTWARE

19    UPDATES INTENDED TO PREVENT THE USE OF SIMILAR PROGRAMS,

20    INCLUDING QTFAIRUSE, ANOTHER HACKER.

21    UH-OH, GUESS WHAT?  THAT MEANS THE CASE IS OVER WHEN THE

22    CASE IS ABOUT 7.0.  SO THEY GAVE YOU AN INTERROGATORY RESPONSE

23    IN THE EVIDENCE WHERE THE PLAINTIFF SAYS PLAINTIFF NO LONGER

24    RELIES ON THESE ALLEGATIONS.  THEY HAD TO PUT TOGETHER A NEW

25    CASE.  THERE WAS NO PRETEXT HERE.  WE WERE STOPPING HACKERS.

CLOSING ARGUMENT - ISAACSON

1    NEXT SLIDE.

2                    (SLIDE DISPLAYED TO JURY.)

3    HACKS MEANT NO ITUNES.  STEVE JOBS TOLD YOU THAT IN THE

4    DEPOSITION.  WE HAD BLACK AND WHITE CONTRACTS.  YOU KNOW THE

5    RECORD LABELS WERE GOING TO YANK OUR LICENSE.

6    JEFF ROBBIN --

7    NEXT SLIDE.

8                    (SLIDE DISPLAYED TO JURY.)

9    -- TOLD YOU IF THERE WAS NO DRM, WE WEREN'T GOING TO HAVE

10   AN ITUNES STORE AND WE HAD TO HAVE STRONG DRM TO NEGOTIATE

11   CONTENT FOR MOVIES AND TV SHOWS AND BOOKS.  WE HAD TO HAVE IT.

12   THERE WAS EVIDENCE FROM THE RECORD LABELS.  ONE WITNESS.

13   YOU REMEMBER, AMANDA MARKS.  SHE WAS ASKED ABOUT THIS ISSUE

14   ABOUT LABELS, DID THEY WANT INTEROPERABILITY.  SHE SAID, IF

15   THEY DID NOT WANT IT, IF IT ALLOWED HACKERS INTO ITUNES OR

16   IPOD, THEY DIDN'T WANT INTEROPERABILITY IF IT NEGATIVELY

17   AFFECTED THE SECURITY OF FAIRPLAY.

18   MR. CUE EXPLAINED THE PROBLEM WITH THIS CONTENTION; THAT

19   THE RECORD LABELS WANTED THEIR CAKE AND EAT IT TOO.  BECAUSE

20   IF THEY WANTED TO HAVE ALL THE INTEROPERABILITIES OF DRM-FREE,

21   BUT WITH ALL THE PROTECTIONS OF A DRM, THOSE THINGS DON'T

22   ACTUALLY WORK.  IF YOU WANT INTEROPERABILITY, HE TOLD THE

23   LABELS, YOU HAVE TO GO DRM-FREE.

24   NEXT.

25                    (SLIDE DISPLAYED TO JURY.)

1       AND HE EXPLAINED TO THEM:

2               "THE SECRET TO OUR SUCCESS IN THE MUSIC SPACE WAS WE

3               BUILT EVERYTHING FROM THE ITUNES CLIENT TO THE ITUNES

4               STORE TO THE IPOD.  SO IF WE DID INTEROPERABILITY, I

5               TOLD THE LABELS THAT'S WHAT'S GOING TO BREAK, AND

6               YOU'RE GOING TO RUIN THE WHOLE THING."

7       SO AMANDA MARKS, THE EVIDENCE SHOWED, MONITORED THE NEW

8   SECURITY TEAM LED BY AUGUSTIN FARRUGIA, WHO WAS WORKING

9   DILIGENTLY ON IT, AND ASKING HOW IS THE DRM TEAM COMING.

10      SO WE ARE REQUIRED BY THE RECORD LABEL TO HAVE DRM AND

11  THEN THE EVIDENCE ON THAT GOT REMARKABLE.  BECAUSE IT WASN'T

12  JUST INDIVIDUAL RECORD COMPANIES.  PROFESSOR NOLL GOT ON THE

13  STAND AND SAID, IN HIS OPINION, THERE WAS A CONSPIRACY AMONGST

14  THE RECORD LABELS; THAT APPLE WAS A VICTIM OF THE RECORD LABEL

15  CONSPIRACY BEING CHARGED 70 CENTS A SONG.

16      NEXT.

17              (SLIDE DISPLAYED TO JURY.)

18      AND HE TOLD YOU, IN HIS OPINION, THE RECORD COMPANIES

19  CONSPIRED AND REQUIRED DRM.  THEY JOINTLY DEVELOPED A BUSINESS

20  PLAN FOR DOWNLOADS, ONE OF WHICH WAS DRM.

21      THAT'S RIGHT.  THEY REQUIRED IT.

22      AND WHO WAS IN THAT CONSPIRACY, ACCORDING TO PROFESSOR

23  NOLL?  REALNETWORKS AND ROB GLASER AND MUSICNET AND PRESSPLAY.

24  MUSICNET WAS PARTIALLY OWNED BY REALNETWORKS AND THE CEO WAS

25  ROB GLASER.

1    AND THE PLAINTIFFS COME UP TO YOU AND SAY, THE LABEL SAID

2    HARMONY RUN BY ROB GLASER WAS OKAY BY THEM.  AND THEIR OWN

3    EXPERT WITNESS EXPLAINED WHY THAT COULD BE THE CASE.

4    ACCORDING TO DR. NOLL, THEY WERE ALL IN BED TOGETHER

5    CONSPIRING.

6        SOMETHING DR. NOLL NEVER TOOK INTO ACCOUNT OF HIS

7    CONFLICTING EXPLANATIONS WHEN HE WAS EXPLAINING WHAT WAS GOING

8    ON.

9        ULTIMATELY, ALL OF THIS CAME TO AN END --

10       NEXT.

11               (SLIDE DISPLAYED TO JURY.)

12       -- WITH THOUGHTS ON MUSIC.  APPLE ENDED THE DRM ISSUE.

13   STEVE JOBS MADE A MAJOR ANNOUNCEMENT, TOOK LEADERSHIP IN THE

14   INDUSTRY, AND ANNOUNCED APPLE WAS IN FAVOR OF SWITCHING TO

15   SELLING ONLY DRM-FREE MUSIC ON THE ITUNE STORE.  EVERY IPOD

16   EVER MADE CAN PLAY DRM-FREE MUSIC.

17       BEFORE THAT TIME, IPOD PLUS ITUNES, APPLE PROVIDED QUALITY

18   PRODUCTS, GENUINE PRODUCT IMPROVEMENTS.  AFTER THAT TIME, THEY

19   CONTINUED TO DO THE SAME.

20       NOW, APPLE ALSO MADE SECURE PRODUCTS, AND SO WE ARE NOW

21   GOING TO BE TALKING ABOUT SECURITY FOR A WHILE.  AND MY

22   COLLEAGUE, MS. DUNN, WILL NOW COME UP AND TALK TO YOU ABOUT

23   THAT.

24                    **CLOSING ARGUMENT**

25       **MS. DUNN:**  GOOD AFTERNOON, LADIES AND GENTLEMEN.

1        SO MUCH OF THIS CASE HAS BEEN ABOUT SECURITY, SO THAT'S

2    WHAT I'M GOING TO TALK TO YOU ABOUT.  AND I WILL ADDRESS FOUR

3    THINGS THAT YOU MOST LIKELY ALREADY KNOW BY THIS POINT IN THE

4    TRIAL.

5        SO, FIRST, APPLE NEEDED TO INCREASE SECURITY TO STOP

6    HACKS.

7        SECOND, APPLE NEEDED TO PLAN AHEAD RATHER THAN REACT TO

8    THE HACKS.

9        THIRD, PLAINTIFFS' CASE MEANS LESS SECURITY.  AND I WANT

10   TO BE CLEAR THAT SECURITY AT THIS POINT MEANS THE FAIRPLAY

11   REDESIGN WHICH YOU ALREADY KNOW INCLUDED SECURITY FOR THE

12   IPOD –– SECURITY FOR THE DESKTOP IN 6.0, FOR THE IPOD IN 7.0,

13   AND THEN PROTECTING THE DATABASE IN 7.4.

14       SECURITY IS CRITICAL BECAUSE APPLE WANTED HAPPY CUSTOMERS

15   AND THE BEST POSSIBLE PRODUCTS.

16       SO, PLAINTIFFS' COUNSEL SAID AT ONE POINT DURING THIS

17   TRIAL THAT THE TIMING OF THINGS IS VERY IMPORTANT.  AND SO

18   WHILE WE DON'T AGREE ON MUCH, WE DEFINITELY AGREE ON THAT.

19       I SHOWED YOU A TIME LINE MANY TIMES DURING THIS TRIAL.

20   PLAINTIFFS' COUNSEL HAS SHOWED YOU A NUMBER OF DOCUMENTS, I

21   THINK THE FIRST 10 OR 20 FROM THE PERIOD OF 2002, 2003, EVEN

22   BEFORE ITUNES 4.7.  BUT THE COURT HAS ALREADY ORIENTED YOU AND

23   YOU KNOW THAT THIS CASE IS ABOUT WHAT LED TO ITUNES 7.0.

24       SO I'M GOING TO TAKE YOU THROUGH SOME OF THESE EVENTS, AND

25   YOU'VE SEEN THE EVIDENCE PIECE BY PIECE, BUT NOW WE ARE GOING

1   TO BE ABLE TO TELL THE WHOLE STORY.

2       SO EVEN BEFORE APRIL OF 2005, APPLE HAD MADE A DECISION TO

3   STRENGTHEN DRM.  AND, LADIES AND GENTLEMEN, YOU ALREADY KNOW

4   BECAUSE WE'VE DISCUSSED THIS SO MANY TIMES, THAT HARMONY

5   LAUNCHED ON APRIL 26TH, OF 2005.

6       EDDY CUE TOLD YOU THAT EVEN BEFORE THE NEW YEAR IN 2005,

7   APPLE HAD BEGUN RECRUITING FOR A DRM EXPERT WHO'S SOLE PURPOSE

8   IN LIFE WAS TO PROTECT THE CONTENT AND MAKE SURE NOBODY COULD

9   HACK IT.

10      ALSO IN EARLY 2005, IN MARCH, APPLE IS HEARING FROM THE

11  LABELS.  OBVIOUSLY ITUNES 4.7 DIDN'T STOP THE HACKS.  MORE

12  SECURITY IS NEEDED, ACCORDING TO THE LABELS.  THEY WANT ACTION

13  FROM APPLE AS SOON AS POSSIBLE.

14      IN FACT, THIS PERSON EVEN SENT THIS EMAIL TO JEFF ROBBIN

15  TWICE.  ON APRIL 5TH OF 2005, CLOAKWARE WEIGHED IN.  THEY WERE

16  THE THIRD-PARTY OBFUSCATION TECHNOLOGY VENDOR THAT APPLE TOLD

17  YOU THEY WORKED WITH.

18      THEY SAID, AND APPLE AGREED, APPLE NEEDED TO PLAN AHEAD

19  RATHER THAN WAIT TO BE ATTACKED.  THAT MAKES SENSE.  AND THIS

20  EMAIL ALSO -- THIS DOCUMENT IS BEFORE HARMONY.

21      CLOAKWARE, AT THIS POINT, EVEN MENTIONS INTEGRITY

22  VERIFICATION.  APRIL 14TH, NINE DAYS LATER, CLOAKWARE SAYS

23  AGAIN TO JEFF ROBBIN, SECURITY MUST BE WELL THOUGHT OUT.  THIS

24  TAKES TIME.  PROTECTION IS NEEDED AGAINST ALL ATTACKS.  THE

25  ATTACKER IS DETERMINED.

1        THERE ARE ATTACKERS OUT THERE.  KEEPING HONEST PEOPLE

2    HONEST DIDN'T WORK, AS JEFF ROBBINS TOLD YOU.  AND NO MATTER

3    HOW MUCH APPLE WANTED THAT, IT WASN'T WORKING OUT FOR THEM.

4        SO APPLE DID WHAT CLOAKWARE TOLD THEM TO DO AND WHAT THEY

5    ALREADY HAD BEEN DOING, AS EDDY CUE TOLD YOU, THEY LOOKED FOR

6    SOMEBODY JUST AS DETERMINED AS THE HACKERS.  AND THEY FOUND

7    HIM, AUGUSTIN FARRUGIA.

8        HE'S HERE TODAY, AS YOU'VE HEARD, ALONG WITH THE OTHER

9    APPLE EXECUTIVES.  AND I'LL PROBABLY EMBARRASS HIM A LITTLE

10   WHEN I TELL YOU ABOUT HIS SECURITY BACKGROUND.  YOU HEARD THAT

11   AUGUSTIN FARRUGIA DEVELOPED SECURITY FOR THE SIM CARD.  AND

12   YOU HEARD THAT HE DESIGNED THE SECURITY SYSTEM FOR THE

13   SINGAPORE BANK.

14       HE TOLD YOU AND SHARED HIS PHILOSOPHY ABOUT HOW HE

15   APPROACHES SECURITY AND WHY IT'S SO IMPORTANT TO QUALITY

16   PRODUCTS.  AUGUSTIN TOLD YOU, WE DO A FIRST STEP, WE DO A

17   SECOND STEP, AND YOU NEVER STOP, YOU NEVER STOP, YOU NEVER

18   STOP BECAUSE IF YOU STOP, THE HACKER IS GOING TO HACK YOU.

19   IT'S NOT A QUESTION OF IF, IT'S A QUESTION OF WHEN.

20       AND AUGUSTIN TOLD YOU THAT HE WAS ENGAGED IN AN ONGOING

21   CAT AND MOUSE GAME WITH THE HACKERS.  HE WANTED TO BE THE CAT,

22   HE DIDN'T WANT TO BE THE MOUSE.

23       SO, LADIES AND GENTLEMEN, EVERYTHING THAT WE HAVE

24   DISCUSSED ALREADY IS BEFORE HARMONY APRIL 26, 2005.  AND NOW

25   I'M GOING TO SHOW YOU AN EXTREMELY IMPORTANT DOCUMENT.

1      IT WILL BE AVAILABLE TO YOU IN YOUR DELIBERATIONS.  IT'S

2   TX2253.

3                  (EXHIBIT DISPLAYED TO JURY.)

4      THIS DOCUMENT IS MARKED APRIL 18TH, 2005.  IT'S ONE WEEK

5   AFTER AUGUSTIN FARRUGIA HAS BEEN ON HIS JOB, AND HE HAS

6   ALREADY IDENTIFIED THAT THE KEYBAG IS VULNERABLE.  HE SAYS IT

7   IS PREDICTABLE THAT ATTACKS WILL BE PERPETRATED AGAINST THE

8   KEYBAG.  AND HE ALSO SAYS THAT APPLE HAS TO DEFEND AGAINST

9   DIRECT AND INDIRECT ATTACKS.

10      WHEN HE TESTIFIED HERE, I ASKED HIM:  WHAT DID YOU MEAN BY

11   THIS, DIRECT AND INDIRECT ATTACKS?

12      AND HE SAID:  WELL, A DIRECT ATTACK IS WHEN SOMEBODY PUTS

13   A BOMB AT YOUR DOOR.  THEY ARE TRYING TO BLOW YOU UP.  THEY

14   ARE TRYING TO GET INTO YOUR HOUSE.

15      AN INDIRECT ATTACK IS WHEN SOMEBODY TRIES TO CREATES

16   FAULTS IN YOUR SYSTEM.  FOR EXAMPLE, CRASH THE SYSTEM TO FIND

17   INFORMATION.  AND IF YOU TAMPER THE INFORMATION THAT YOU HAVE

18   FROM THE OUTSIDE, AND I PUT THAT INSIDE THE INSIDE, I'M GIVING

19   INFORMATION TO THE ATTACKER.

20                  (SLIDE DISPLAYED TO JURY.)

21      THE SOLUTION TO DEFENDING AGAINST INDIRECT ATTACK IS

22   INTEGRITY VERIFICATION, PROTECTING INFORMATION BY MOVING IT,

23   AS MR. FARRUGIA EXPLAINED TO YOU, INSIDE THE CLOAK BOUNDARY.

24      ON, APRIL 18TH, EIGHT DAYS BEFORE HARMONY, AUGUSTIN

25   FARRUGIA ALREADY SAID THEY NEEDED AN INTEGRITY CHECK.  IT SAYS

1    RIGHT THERE IN THAT DOCUMENT, AN MD5 SIGNATURE ON THE KEYBAG.

2    THAT IS THE SAME INTEGRITY CHECK, LADIES AND GENTLEMEN, THAT

3    WAS LATER PUT IN ITUNES 7.0, THE SAME INTEGRITY CHECK THAT

4    PLAINTIFFS WANT YOU TO BELIEVE WAS SPURRED BY REAL, BUT THIS

5    IS IMPOSSIBLE.  LOOK AT THE DATES.  THERE CAN BE NO QUESTION.

6        IN THIS CASE, WHAT PLAINTIFFS ARE SAYING IS THAT EVEN

7    THOUGH ATTACKS ON THE KEYBAG ARE PREDICTABLE, INCLUDING

8    INDIRECT ATTACKS, APPLE SHOULDN'T SECURE IT.  BUT WAITING TO

9    GET HACKED WHEN YOU CAN PREDICT YOU ARE GOING TO GET HACKED IS

10   RECKLESS AND IT'S IRRESPONSIBLE.

11       AUGUSTIN FARRUGIA TOLD YOU THE KEYBAG IS THE GRAIL.  AND

12   BY NATURE, THE HACKER WANTS TO GO INSIDE THE KEYBAG TO GET

13   WHAT'S INSIDE THE VAULT.  SO, LADIES AND GENTLEMEN, THE KEYBAG

14   IS THE GRAIL.  WHY WOULD YOU NOT SECURE IT?  OF COURSE YOU

15   SHOULD.

16       SO, AS YOU KNOW BY NOW, EVERYTHING WE JUST DISCUSSED IS

17   BEFORE HARMONY.  SO APRIL 26, 2005, HARMONY COMES ON THE

18   SCENE.  I ASKED JEFF ROBBIN ABOUT HOW APPLE RESPONDED TO THIS.

19   AND HE SAID, IT WASN'T A PROBLEM WITH REAL.  IT WAS A PROBLEM

20   WITH FAIRPLAY.  IT JUST SHOWED ME THAT THERE WERE WEAKNESSES

21   TO THE DRM THAT WE NEEDED TO FIX ANYWAY.

22       AND SO JEFF ROBBIN'S TESTIMONY IS CONSISTENT WITH WHAT

23   AUGUSTIN FARRUGIA WROTE IN THAT DOCUMENT ON APRIL 18TH.

24       PLAINTIFFS HAVE REPEATEDLY POINTED TO THE DOCUMENT ON THE

25   NEXT SLIDE BECAUSE IT HAS REAL IN THAT SENTENCE.

```
 1              (SLIDE DISPLAYED TO JURY.)

 2        BUT AS AUGUSTIN FARRUGIA TOLD PLAINTIFFS' COUNSEL, YOU

 3   REALLY HAVE TO READ TO THE END OF THE SENTENCE.  HE SAYS YOU

 4   HAVE TO READ THE DOCUMENT CAREFULLY.  AND, LADIES AND

 5   GENTLEMEN, I CANNOT STRESS THIS ENOUGH, READ THE DOCUMENTS

 6   CAREFULLY.

 7        THIS SENTENCE SAYS THAT THERE IS A WELL-KNOWN FLAW ALREADY

 8   EXPLOITED BY REAL TO DRM THEIR MUSIC.  IT IS A WELL-KNOWN FLAW

 9   ALREADY EXPLOITED.

10        PLAINTIFFS ARGUE THAT SOMEHOW, BECAUSE REAL ONLY REVERSE

11   ENGINEERED THEIR SYSTEM AND MIMICKED FAIRPLAY DRM, THIS IS NOT

12   A SECURITY PROBLEM.  BUT LET'S JUST THINK ABOUT THIS FOR A

13   SECOND.  A FLAW HAS BEEN IDENTIFIED, EXPLOITED, AND EXPOSED TO

14   THE PUBLIC.  IF REAL COULD DO THIS, ANYONE COULD.  AND THAT'S

15   SOMETHING THAT AUGUSTIN FARRUGIA, SECURITY EXPERT, WOULD KNOW

16   ABOUT.

17        NEXT SLIDE.

18              (SLIDE DISPLAYED TO JURY.)

19        BUT PLAINTIFFS SAY, BUT REAL ONLY MEANT TO INTEROPERATE

20   WITH THE IPOD WHEN THEY BROKE INTO THE SYSTEM.  WELL, THIS IS

21   LIKE IF MY NEIGHBOR DISCOVERS THAT THE SECURITY ON MY BACK

22   WINDOW IS WEAK.  AND MY NEIGHBOR BREAKS IN AND LEAVES ME A

23   BOTTLE OF WINE.

24        SO, I MIGHT TRUST MY NEIGHBOR AND I MIGHT APPRECIATE THIS

25   LOVELY GIFT, BUT THIS HAS EXPOSED A FLAW IN MY SECURITY
```

1    SYSTEM.  NOW THAT I KNOW MY SECURITY SYSTEM IS WEAK, SHOULD I

2    IGNORE THE PROBLEM AND DO NOTHING?

3        PLAINTIFFS' THEORY OF THIS CASE SAYS YES.  AND TO MAKE

4    MATTERS WORSE, WHAT IF SOMEBODY SAW MY NEIGHBOR BREAK INTO MY

5    HOUSE?  SHOULD I JUST IGNORE THAT, TOO?

6        LADIES AND GENTLEMEN, PLAINTIFFS' THEORY OF SECURITY IS

7    THAT IF SOMEBODY REVERSE ENGINEERS YOUR SYSTEM, EXPOSES

8    SECURITY HOLES, AND CORRUPTS YOUR PRODUCTS YOU CANNOT FIX

9    THOSE HOLES OR MAKE ANY OTHER SECURITY IMPROVEMENTS THAT WOULD

10   BENEFIT YOUR CUSTOMERS.

11       THAT IS NOT ONLY RIDICULOUS, IT IS IRRESPONSIBLE.

12       DR. KELLY CAME HERE AND TESTIFIED.  IT SEEMS LIKE A LONG

13   TIME AGO, SO I'LL REMIND YOU THAT HE IS AN ACCOMPLISHED

14   COMPUTER SCIENTIST AND SOFTWARE DEVELOPER.  HE TAUGHT AT

15   U.C.L.A. AND U.C.S.B. AND HE HAS PARTICULAR EXPERTISE IN DRM

16   AND FAIRPLAY.

17       DR. KELLY TOLD YOU THAT THE ONLY PROBLEM WITH REAL AND

18   HARMONY WAS NOT SECURITY, IT WAS ALSO CORRUPTION.  HE RAN

19   ACTUAL EXPERIMENTS, AND HE FOUND THAT PLAYLISTS WERE

20   CORRUPTED, REALPLAYER CRASHED THINGS, MUSIC DISAPPEARED, AND,

21   OF COURSE, HE EXPLAINED TO YOU HIS EXPERIMENT WITH THE VIDEO.

22       YOU SAW ACTUAL PHOTOS FROM HIS REPORT THAT SHOWED YOU THAT

23   REAL COULD NOT PLAY VIDEO, WHICH IS INTERESTING CONSIDERING

24   ITUNES 7.0 LAUNCHED FULL-LENGTH MOVIES.  SO THAT SEEMS LIKE AN

25   IMPORTANT FUNCTION.  DR. MARTIN EVEN AGREED REAL COULD NOT

```
 1   PLAY VIDEO.
 2       DR. KELLY ALSO TOLD YOU THAT HE WASN'T SURPRISED BY THIS.
 3   THIS IS CONSISTENT WITH WHAT HE WOULD HAVE HYPOTHESIZED AS A
 4   COMPUTER SCIENTIST BECAUSE TO REVERSE ENGINEER FAIRPLAY, REAL
 5   WOULD HAVE HAD TO DO A LOT OF THINGS CORRECTLY.
 6       REAL WOULD HAVE HAD TO KNOW THE ORGANIZATION AND STRUCTURE
 7   OF THE IPOD KEYBAG, ALL THE ENCRYPTION ALGORITHMS, THE KEY
 8   STORAGE, THEY WOULD HAVE TO CREATE A KEYBAG, WHICH IT WOULD DO
 9   BY REPLACING THE ITUNES KEYBAG.  IT WOULD HAVE TO ORGANIZE AND
10   STRUCTURE THE IPOD DATABASE, AND FINALLY IT WOULD HAVE TO
11   BUILD THE DATABASE.
12       LADIES AND GENTLEMEN, AS MOST OF YOU ASSUREDLY KNOW, THIS
13   IS COMPLICATED.
14       LET'S LOOK AT THE NEXT SLIDE.
15               (SLIDE DISPLAYED TO JURY.)
16       THIS IS COMPLICATED.  DR. KELLY WALKED YOU THROUGH WHAT
17   EACH OF THESE BOXES MEANS.  I AM NOT GOING DO IT NOW, BUT
18   OBVIOUSLY THIS IS AN EXTREMELY COMPLICATED SECURITY FOR THE
19   IPOD KEYBAG.
20       SO, AS YOU NOW KNOW, APPLE ENGINEERS RAN A SIMPLE TEST
21   WITH HARMONY AT THE TIME.  PLAINTIFFS' COUNSEL SHOWED YOU THIS
22   EMAIL A NUMBER OF TIMES, INCLUDING TODAY.  THEY ONLY SAW FIT
23   TO SHOW YOU ITEMS 1 THROUGH 4, 11 AND 12.
24       WHY DID THEY DO THAT?  WELL, MR. COUGHLIN SAYS IT'S
25   BECAUSE HE DIDN'T THINK ANY OF THIS OTHER STUFF WAS IMPORTANT.
```

1   BUT LADIES AND GENTLEMEN, USE YOUR COMMON SENSE.  THIS WASN'T

2   HIGHLIGHTED FOR YOU TO SEE.  BUT WE THOUGHT IT WAS IMPORTANT

3   FOR YOU TO SEE THE WHOLE DOCUMENT.

4        AND, FRANKLY, NUMBER 10 ON THIS LIST SEEMS VERY IMPORTANT

5   TO ME.  IT SAYS THAT THE SIMPLE CHECKSUM I ADDED TO THE IPOD

6   DATABASE HEADER IN ITUNES 3.0 DOESN'T VERIFY.

7        WELL, JEFF ROBBIN TOLD YOU THAT THAT MEANS THE IPOD

8   DATABASE HAS BEEN CORRUPTED.  AND THAT SEEMS SOMEWHAT OBVIOUS

9   FROM THE TEXT OF THIS EMAIL, WHICH ALSO SAYS THAT THAT'S

10  SOMETHING THAT HAD NEVER BEEN MENTIONED PUBLICLY BEFORE.

11       IN ADDITION, THERE ARE RANDOM USER I.D.'S WERE INSERTED.

12  HARMONY FILLED IN VENDOR FIELDS WITH A LARGE NUMBER, NO SONG

13  I.D.'S, NO ARTIST I.D.'S, NO ALBUM I.D.'S PRESENT.  AND THOSE

14  OTHER THINGS THAT MR. COUGHLIN DID SEE FIT TO READ YOU, OTHER

15  WITNESSES HAVE EXPLAINED THAT THOSE WEREN'T GOOD THINGS

16  EITHER.

17       JEFF ROBBINS EXPLAINED TO YOU ABOUT NUMBER 2, THAT EVEN IF

18  THE KEYBAG IS VALID AND SONGS MIGHT BE ABLE TO PLAY, IT

19  DOESN'T MEAN THAT IT IS A FULLY FUNCTIONING KEYBAG.

20       LET'S LOOK AT EXHIBIT 136, IF WE HAVE IT.

21                 (EXHIBIT DISPLAYED TO JURY.)

22       SO THIS IS WHAT MR. COUGHLIN SHOWED YOU TO DEMONSTRATE HOW

23  HARMONY WORKED.  BUT LOOK CAREFULLY, LADIES AND GENTLEMEN.

24  THIS IS A PRESS RELEASE FROM REALNETWORKS.

25       IN FACT, IF WE CAN GO TO THE NEXT SLIDE, NUMBER 24.

1           (SLIDE DISPLAYED TO JURY.)

2      YOU'LL SEE THAT REAL ACTUALLY RECOGNIZED THAT THERE WERE

3   CONFLICTS, AND RECOMMENDED THAT PEOPLE SET UP THEIR IPOD WITH

4   REALPLAYER, NOT WITH ITUNES.

5      SO, THE TOP OF THIS DOCUMENT HAS SEVEN STEPS.  EXCEPT

6   THOSE STEPS HAVE SUBSTEPS AND THE SUBSTEPS HAVE SUBSTEPS.  AND

7   PRETTY SOON YOU ARE AT 41 STEPS, INCLUDING THREE COMPUTER

8   RE-STARTS, THREE TIMES UNPLUGGING AND REPLUGGING YOUR IPOD,

9   ONE INSTALL SHIELD WIZARD, SONG UPDATING?  THAT WILL ERASE

10  YOUR MUSIC.  PODCAST UPDATING?  WE CAN'T SUPPORT THAT.  NO

11  MORE AUTOSYNC, AND 41 STEPS AS OPPOSED TO THE ONE STEP.

12     SO, YOU MIGHT ASK YOURSELF, WHO DID THIS?  WELL, WE DON'T

13  KNOW BECAUSE THERE'S NO EVIDENCE.  WHAT WE DO KNOW, LADIES AND

14  GENTLEMEN, IS THAT IF YOU HAVE A PROBLEM, WHAT REAL TELLS YOU

15  TO DO IS CALL APPLE TECHNICAL SUPPORT.

16     SO REAL KNEW IT DIDN'T WORK.  AND REAL ALSO KNEW THAT THIS

17  WOULD BREAK.  JEFF ROBBIN TOLD YOU THAT ANY ENGINEER WOULD

18  KNOW THAT IF YOU'RE GOING TO REVERSE ENGINEER SOMETHING THAT'S

19  SO COMPLICATED, AND IF YOU TRY TO DO IT ANYWAY, THAT THOSE

20  CHANGES WOULD HAVE TO BREAK.

21     PHIL SCHILLER LOOKED AT IT A DIFFERENT WAY.  WHAT HE SAID

22  IS THAT:

23          "THE RESPONSIBILITY TO DEVELOP A SYSTEM THAT WORKS AS

24          THE CUSTOMER EXPECTS, SHOULD BE ON THE COMPANY WHO

25          CREATES THE PRODUCT.  IN THIS CASE, THAT'S REAL, NOT

1        APPLE."

2     LET'S GO TO THE NEXT SLIDE.

3            (SLIDE DISPLAYED TO JURY.)

4     SO, AFTER HARMONY COMES OUT, 18 MONTHS OF WORK ENSUE

5  BEFORE ITUNES 7.0 COMES OUT.  AUGUSTIN FARRUGIA WROTE THAT

6  FIRST SECURITY DOCUMENT ON APRIL 18TH, AND THEN AS YOU'VE

7  HEARD, HE WENT ON TO WORK ON A COMPLETE REDESIGN OF FAIRPLAY.

8  EIGHTEEN MONTHS OF WORK BY AN ENTIRE TEAM, COMPREHENSIVE

9  CHANGES TO THE DESKTOP AND THE IPOD.

10     MR. COUGHLIN HAS BROUGHT UP THIS DOCUMENT (INDICATING).

11  IT'S 103 PAGES LONG, AND IT'S ALL ABOUT IMPROVING THE FAIRPLAY

12  ARCHITECTURE.

13     SO, LADIES AND GENTLEMEN, WHEN YOU DELIBERATE -- THIS IS

14  CALLED TX2 -- ASK YOURSELF, IS THIS ABOUT SECURITY?  IS THIS

15  JUST A PRETEXT ABOUT REAL?

16     I THINK THE ANSWER WILL BE PRETTY OBVIOUS TO YOU.

17     THE PLAINTIFFS' THEORY OF THIS CASE WOULD HAVE YOU BELIEVE

18  THAT THE FAIRPLAY REDESIGN IN 7.0 WAS NOT AN ACTUAL SECURITY

19  IMPROVEMENT.  BUT LOOKING AT THIS DOCUMENT, CAN ANYONE

20  ACTUALLY BELIEVE THAT?  OF COURSE THIS DOCUMENT IS ABOUT

21  SECURITY AND ALSO IT IS ABOUT CORRUPTION.

22     IT IS VERY STRANGE THAT MR. COUGHLIN PUT THIS DOCUMENT UP

23  IN OPENING AND, IN FACT, PUT THIS QUOTE UP IN OPENING, AND YET

24  AS HE DID THAT, JUST BEFORE HE DID THAT, HE SAID THAT THIS

25  DOCUMENT DOES NOT TALK ABOUT CORRUPTION.  IT'S SOMETHING HE

1    ALSO SAID TO YOU IN OPENING, AND IT'S FLATLY INCORRECT.

2        HE ALSO LOOKS AT THIS PARAGRAPH AND THINKS SOMEHOW THIS IS

3    BAD FOR APPLE.  BUT WHAT THIS PARAGRAPH ACTUALLY SAYS, IS THAT

4    CORRUPTION OF THE DATABASE CREATES A VERY BAD EXPERIENCE.  AND

5    WHAT IT SAYS IS, THAT THIS IS THE RISK WITHOUT THE INTEGRITY

6    VERIFICATION.

7        SO, AGAIN, LADIES AND GENTLEMEN, MAKE SURE YOU READ THE

8    WHOLE SENTENCE.  IT IS VERY IMPORTANT.

9        AND AT THIS POINT, I IMAGINE YOU MIGHT BE ASKING YOURSELF

10   SOME QUESTIONS.  FOR EXAMPLE, IF APPLE WANTED TO BLOCK

11   HARMONY, WHY WAIT 18 MONTHS?

12       JEFF ROBBIN TESTIFIED THAT THEY COULD HAVE DONE THAT IN

13   DAYS.  IN FACT, WHY EVEN INCLUDE INTEGRITY CHECKS IF THAT'S

14   YOUR GOAL BECAUSE AS YOU HAVE ALL HEARD OVER AND OVER, ANY

15   CHANGE TO THE SECURITY ARCHITECTURE WOULD ALSO HAVE BLOCKED

16   HARMONY.

17       NEXT SLIDE PLEASE.

18            (SLIDE DISPLAYED TO JURY.)

19       ANOTHER QUESTION YOU MIGHT HAVE RIGHT NOW:  IF INTEGRITY

20   CHECKS WERE MEANT TO BLOCK HARMONY, WHY WOULD THEY STILL

21   EXIST?  THEIR UTILITY WOULD BE NONEXISTENT ANYMORE.

22       BUT INSTEAD, YOU HEARD FROM SEVERAL PEOPLE IN THIS TRIAL

23   THAT FAIRPLAY DOES STILL EXIST WITH INTEGRITY CHECKS.  IT

24   PROTECTS VIDEOS, IT PROTECTS TV SHOWS.  IF YOU HAVE AN IPHONE,

25   IT'S IN YOUR IPHONE.  IT PROTECTS APPS.  IT PROTECTS BOOKS.

1    IT PROTECTS EVERYTHING THAT THEY SELL -- THAT APPLE SELLS FROM

2    ITUNES.  IT EVEN PROTECTS ALL OF THE MUSIC IN THE SERVER

3    STILL.

4        HERE'S ANOTHER QUESTION THAT MIGHT BE ON YOUR MIND AFTER

5    THIS TRIAL.  IF APPLE WANTED TO BLOCK COMPETITORS, WHY WOULD

6    IT TARGET REAL?

7        AS YOU'VE HEARD, REAL WAS A TINY PLAYER IN THE MARKET.

8    AMAZON IS ACTUALLY A REAL COMPETITOR.  IT'S A BIG COMPETITOR.

9    THERE IS NO AVOIDING THAT.

10       MR. COUGHLIN HAS SEVERAL TIMES REFERRED TO AN AMAZON

11   JUKEBOX.  LADIES AND GENTLEMEN, THIS IS NOT TRUE.  THERE IS NO

12   EVIDENCE OF IT.

13       AND REMEMBER THAT YOU WERE INSTRUCTED BY THE JUDGE, VERY

14   IMPORTANT, WHAT THE LAWYERS SAY IS NOT EVIDENCE.  AND WHAT THE

15   LAWYERS SAY CANNOT CONTRADICT WHAT YOU SAW WITH YOUR OWN EYES

16   AND WHAT YOU HEAR WITH YOUR OWN EARS.

17       AMAZON SELLING MUSIC WOULD NEVER HAVE BEEN A PROBLEM FOR

18   THE IPOD BECAUSE AMAZON SOLD DRM-FREE MUSIC, AND DRM-FREE

19   MUSIC ALWAYS PLAYED ON THE IPOD.  YOU HEARD TESTIMONY FROM

20   NUMEROUS APPLE WITNESSES THAT AMAZON MUSIC PLAYED ON THE IPOD.

21   YOU EVEN SAW PROOF OF PURCHASE.

22       SO, WHAT'S THE DIFFERENCE BETWEEN AMAZON AND REAL OTHER

23   THAN, OBVIOUSLY, THAT AMAZON IS A BIG COMPETITOR TO APPLE?

24   WELL, I ASKED THIS QUESTION OF JEFF ROBBIN, AND HE TOLD YOU,

25   NO CORRUPTION, NO UNINTENDED CONSEQUENCES, NO WEIRD BEHAVIOR,

1    NO CAUSE TO APPLECARE.  WE'RE FINE.

2        AMAZON WORKED THROUGH ITUNES AND ITUNES WORKED WITH THE

3    IPOD JUST AS IT WAS SUPPOSED TO WORK.  SO THE ISSUE IS NOT

4    BEING A COMPETITOR.  THE ISSUE IS DOING DAMAGE TO THE SYSTEM

5    AND CREATING SECURITY PROBLEMS.

6        ALL RIGHT.  SO I WOULD LIKE TO FOCUS NOW, BACK AGAIN ON

7    THE FAIRPLAY REDESIGN, WHICH IS OBVIOUSLY VERY IMPORTANT.

8        ITUNE 6.0 SECURED THE DESKTOP IN OCTOBER OF 2005.  ITUNE

9    7.0 MIGRATED ESSENTIALLY THAT SAME SECURITY ARCHITECTURE TO

10   THE IPOD IN SEPTEMBER OF 2006.  AND IT WASN'T EXACTLY THE

11   SAME, BUT IT WAS SUBSTANTIALLY THE SAME WITH THE KEYBAG BEING

12   STRUCTURALLY SIMILAR.

13       AND THAT'S IMPORTANT.  BECAUSE AS YOU HEARD, DR. MARTIN

14   WAS JUST FINE WITH CHANGES TO THE DESKTOP.  HE AGREED 6.0 ON

15   THE DESKTOP IMPROVED SECURITY.  THAT'S THE SAME SECURITY THAT

16   WAS LATER PUT ON THE IPOD.  SO, DR. MARTIN, WHY CAN'T IPODS BE

17   SECURE?  WHY IS SECURITY ON THE DESKTOP AN IMPROVEMENT AND

18   SECURITY ON THE IPOD IS AN ANTITRUST VIOLATION?  HOW CAN THAT

19   BE?  ESPECIALLY BECAUSE NO ONE CAN PREDICT THE FUTURE.  THAT'S

20   SOMETHING DR. MARTIN EVEN TOLD YOU.

21       WELL, AS YOU CAN ALSO SEE FROM THE DOCUMENTS, SOME PEOPLE

22   DID HAVE PREDICTIONS ABOUT THE IPOD KEYBAG.  CLOAKWARE, AGAIN,

23   JUNE 23RD, 2005, LISTS TWO SPECIFIC ATTACKS THAT THEY ARE

24   WORRIED ABOUT ON THE IPOD KEYBAG.  ONE IS THE SPOOF ATTACK AND

25   THE OTHER IS THE PUBLIC KEY REPLACEMENT ATTACK.

1    LET'S GO TO THE NEXT SLIDE.

2              (SLIDE DISPLAYED TO JURY.)

3    APPLE IS ALSO AWARE AT THIS POINT OF A DIRECT THREAT TO

4    THE IPOD KEYBAG THAT WAS PUBLISHED ON THE INTERNET.  THE

5    SUBJECT LINE OF THIS EMAIL IS "COMMENT FROM THE JHYMN FORUM

6    THIS MORNING", AND AUGUSTIN FARRUGIA IS SENDING THIS EMAIL ON

7    JANUARY 7, 2006.

8    LADIES AND GENTLEMEN, THIS IS TX2342 FOR YOUR REFERENCE.

9    AND I THINK THIS DOCUMENT IS A PRETTY IMPORTANT DOCUMENT.

10   ON THE HYMN FORUM IT SAYS:

11       "MAYBE I'M MISSING SOMETHING, BUT WOULDN'T THE IPOD

12       BE THE OBVIOUS PLACE TO GET THE KEYS?  ANY WAY TO GET

13       SOME OLD SAMPLE KEYS TO FIGURE OUT HOW THE NEW ONES

14       ARE ENCRYPTED?"

15   SO YOU WILL SEE I WROTE MYSELF POST-IT NOTE BECAUSE THIS

16   TO ME IS LIKE SOMEONE WRITING:

17   DEAR KAREN – ISN'T YOUR HOUSE BE THE OBVIOUS PLACE TO GET

18   YOUR APPLE COMPUTER?  I THINK I KNOW HOW TO BREAK IN AND I'M

19   GOING TO POST MY PLAN ON THE INTERNET.  IS THAT OKAY WITH YOU?

20   WELL, IT WOULDN'T BE OKAY WITH ME AND IT SHOULDN'T HAVE

21   BEEN OKAY WITH APPLE EITHER.

22   SO, WHY SECURE THE IPOD KEYBAG?  WELL, AUGUSTIN FARRUGIA

23   TOLD YOU ABOUT THIS, TOO:

24       "IF I HAVE A VERY STRONG SECURITY ON THE DESKTOP, BUT

25       I DON'T HAVE THAT SAME SECURITY ON THE IPOD, I CREATE

1          THE WEAKEST LINK WHERE HACKERS ARE GOING TO USE

2          THAT."

3      LADIES AND GENTLEMEN, DR. MARTIN, WITH NO EXPERIENCE AT

4  ALL ON DRM, SHOULD NOT BE ALLOWED TO SECOND-GUESS THE

5  DECISIONS MADE BY AUGUSTIN FARRUGIA.

6      AND ACTUALLY, EVENTUALLY, IF WE CAN GO TO THE NEXT SLIDE.

7               (SLIDE DISPLAYED TO JURY.)

8      DR. MARTIN AGREES.  LOCK DOWN THE KEYBAG, IT'S OKAY.  GLAD

9  WE CAN ALL AGREE ON THAT.

10      SO DURING THIS TIME AND BEYOND, FAIRPLAY WAS UNDER

11  CONSTANT ATTACK.  YOU HAVE SEEN ALL OF THIS EVIDENCE DURING

12  THE COURSE OF THIS TRIAL.

13      UNFORTUNATELY OR FORTUNATELY, I DON'T HAVE ENOUGH TIME

14  TODAY TO TALK THROUGH ALL OF THEM, SO I'M JUST GOING TO SHOW

15  YOU ONE I FIND UTTERLY UNFORGETTABLE.

16      IF WE CAN PUT UP THE NEXT SLIDE.

17               (SLIDE DISPLAYED TO JURY.)

18      LADIES AND GENTLEMEN, SOME PICTURES REALLY DO SPEAK FOR

19  THEMSELVES.  MARK EISENBERG, WHO YOU SAW FROM SONY, WROTE

20  SEVERAL EMAILS TO THE FOLKS AT APPLE.  AND THIS ONE IS ABOUT A

21  HACK CALLED DOT-TUNES.  AND HE SAYS:  THIS IS REAL SERIOUS FOR

22  BOTH OF US.  IT'S EXTREMELY DENIGRATING TO APPLE.  NOT ONLY IS

23  DOT-TUNES TRADING OFF YOUR MARK, THEY ARE ASSOCIATING THE MARK

24  WITH PORN MUSIC.

25      HE PROBABLY ACTUALLY MEANS PORNO MUSIC, BY THE WAY.  WE

1    NEED TO ATTACK THIS ONE SWIFTLY.  WE CAN'T WAIT FOR MONTHS FOR

2    THE SECURITY PLUG TO BE IMPLEMENTED HERE.

3        THE LABELS WERE CONCERNED AND SO WAS APPLE AND SO WAS

4    STEVE JOBS.  YOU HAVE SEEN NUMEROUS EMAILS FROM STEVE JOBS

5    REACTING TO THE HACKS AND EXPRESSING CONCERNS.

6        THIS IS JUST ONE OF THEM, SEPTEMBER 1ST OF 2006, ABOUT AN

7    ITUNES DRM STRIPPER.  AND PLAINTIFFS' COUNSEL TOLD YOU THAT

8    THESE HACKS ALL STRIP DRM.

9        WELL, THAT'S NOT TRUE EITHER, LADIES AND GENTLEMEN.  JEFF

10   ROBBIN EXPLAINED THAT A REALTIME PLAYBACK HACK, WHICH IS IN

11   THIS EMAIL FROM STEVE JOBS, WAS NOT A DRM STRIPPING HACK.  AND

12   DR. KELLY TOLD YOU, INCIDENTALLY, THAT HARMONY DID STRIP

13   FAIRPLAY.

14       SO IN CASE THAT'S A DISTINCTION THAT THE PLAINTIFFS ARE

15   TRYING TO MAKE, IT'S ONE THAT DOES NOT HOLD UP.  HARMONY DID

16   STRIP FAIRPLAY AS YOU HEARD FROM DR. KELLY, BECAUSE IT HAD TO.

17   YOU CAN'T HAVE TWO DRM'S ON A SONG AT THE SAME TIME.  AND

18   HARMONY SAID IT WOULD TAKE MUSIC FROM ANY JUKEBOX, HARD TO

19   IMAGINE ITUNES WOULD BE LEFT OUT OF THAT, AND PUT IT ON ANY

20   MUSIC PLAYER.

21       EVEN PROFESSOR NOLL, PLAINTIFFS' ECONOMIST, HE KNOWS ABOUT

22   THE HACKERS.  HE SAYS, I'M AWARE THERE HAVE BEEN HACKERS WHO

23   ATTEMPTED TO DISABLE FAIRPLAY.

24       SO, LADIES AND GENTLEMEN, YOU'VE HEARD THIS NAME

25   THROUGHOUT THE TRIAL, DVD JON.  DVD JON WAS A KNOWN HACKER,

1    AND FOR YEARS HE CREATED HACKS AGAINST FAIRPLAY.  PYMUSIQUE

2    WAS HIS, SEVERAL ITERATIONS OVER THE YEAS.  DEDRMS, FAIRKEYS

3    IS THE OTHER ONE YOU SEE HERE.

4        THIS QUOTE AT THE BOTTOM IS A QUOTE FROM AUGUSTIN FARRUGIA

5    FROM AN EMAIL WHERE AUGUSTIN SAID HE THOUGHT "DVD JON WAS

6    GOING TO COPYCAT REAL WITH THE IPOD."

7        LADIES AND GENTLEMEN, ISN'T THIS EXACTLY WHAT APPLE HAD

8    BEEN WORRIED ABOUT, THAT REAL WOULD EXPLOIT A FLAW AND THAT A

9    HACKER WOULD THEN PIGGYBACK ON THAT, COPY THEM, AND EXPLOIT

10   THE SAME FLAW USING THAT INFORMATION?  THAT IS AN INDIRECT

11   ATTACK.

12       DVD JON CREATED A COMPANY CALLED DOUBLETWIST.  DOUBLETWIST

13   IS RIGHT THERE.  AND YOU DIDN'T HEAR PLAINTIFFS MENTION

14   DOUBLETWIST ONCE.  NOT ONE TIME DURING THIS TRIAL.

15       A HACKER WHO COPIED REAL PLAINTIFFS NEVER TOLD YOU ABOUT

16   IT.  WE TOLD YOU ABOUT IT.  AND WE ARE TELLING YOU ABOUT IT

17   NOW.

18       INSTEAD, PLAINTIFFS FOCUSED ON SOMETHING THAT NEVER

19   EXISTED.  AND THEY SHOWED YOU THIS EMAIL ABOUT SOMETHING

20   CALLED NAVIO.  AND THIS ARTICLE THAT THEY HAVE THAT COMES FROM

21   SOMETHING CALLED SQC FIREKEY ORIGINALLY UPLOADED BY SELVA, AND

22   IT DOESN'T EVEN SPELL ALL THE WORDS RIGHT IN THIS BLOG POST.

23   THEY BELIEVE THAT THIS EMAIL SPURRED A CHANGE THAT HAPPENED IN

24   ITUNES 7.0 TEN MONTHS AFTER THIS, A COMPANY THAT DID NOT

25   EXIST.

1          JEFF ROBBIN SAID, WHY WOULD THEY ASK ME TO PLUG A HOLE,

2    SPEAKING OF THE LABELS, IF IT IS JUST A MYTHICAL THING THAT

3    WASN'T BEING DONE?

4          NEXT SLIDE.

5                    (SLIDE DISPLAYED TO JURY.)

6          EVERYONE AGREES --

7          LET'S GO TO THE NEXT SLIDE.

8                    (SLIDE DISPLAYED TO JURY.)

9          DR. KELLY, AMANDA MARKS, DR. NOLL, PROFESSOR MURPHY, AND

10   EVEN ROD SCHULTZ, NO ONE KNOWS WHAT NAVIO IS.  NOBODY EVER

11   HEARD OF IT.

12         MR. COUGHLIN SAID JUST NOW IN CLOSING, THIS IS WHERE THE

13   KVC COMES FROM.  BUT THIS IS FALSE AND YOU ALREADY KNOW IT IS

14   FALSE BECAUSE YOU KNOW WHERE THE KVC COMES FROM, THE KEYBAG

15   INTEGRITY CHECK.  IT WAS DISCUSSED IN A DOCUMENT ON APRIL 18,

16   2005, AND NUMEROUS OTHER TIMES SINCE THEN.

17         THE KEYBAG INTEGRITY CHECK WAS IN THE WORKS LONG BEFORE

18   THE MYTHICAL NAVIO, AND THAT IS WHAT THE DOCUMENTS SHOW.  YOU

19   DO NOT HAVE TO TAKE ANYONE'S WORD FOR THAT.  NOT MINE, NOT

20   MR. COUGHLIN'S, THAT'S WHAT THE DOCUMENTS SHOW.

21         MR. COUGHLIN USUALLY FOLLOWS UP THE NAVIO EMAIL WITH THIS

22   IM.  AND THE TESTIMONY ALSO DOESN'T SUPPORT WHAT HE READS INTO

23   IT.

24         AUGUSTIN FARRUGIA TOLD YOU THAT THIS EMAIL IS ABOUT AN

25   AUTHENTICATION PROCESS.  THAT'S NOT THE SAME THING AS THE

1    KEYBAG INTEGRITY CHECK.  AND IT TALKS ABOUT REMOVING KEYS,

2    WHICH IS ALSO NOT SOMETHING THAT APPLE DID.  AND AUGUSTIN

3    FARRUGIA TOLD YOU THAT.

4        SO WHEN AUGUSTIN FARRUGIA WROTE FAIRPLAY NEXT GENERATION,

5    IT WAS INTENDED TO BE A DOCUMENT, A VISION THAT WAS SUPPOSED

6    TO LAST, AS HE TOLD YOU, FOR A DECADE.  THERE ARE A LOT OF

7    THINGS IN THERE THAT APPLE NEVER DID AND A LOT OF THINGS THEY

8    TALK ABOUT THAT NEVER CAME TO BE BECAUSE PEOPLE THROW AROUND

9    IDEAS.

10       AND, INCIDENTALLY, MR. COUGHLIN HAVE SEVERAL TIMES POINTED

11   YOU TO A PARAGRAPH IN FAIRPLAY NEXT GENERATION WHICH IS ABOUT

12   THIS PRECISE SAME THING THAT APPLE NEVER DID.

13       AND IN ANY EVENT, YOU ALL REMEMBER THAT YOU SAW DURING

14   THIS TRIAL TX2317.  AND IF WE DON'T HAVE IT, I BROUGHT IT WITH

15   ME.

16                   (SLIDE DISPLAYED TO JURY.)

17       OH, THERE IT IS.

18       WELL, THIS IM CHAT HAPPENED A MONTH BEFORE THE NAVIO EMAIL

19   THAT MR. COUGHLIN LIKES.  AND ALREADY IT TALKS ABOUT PUTTING

20   THE SECURITY IN 6.0 ONTO 7.0.

21       IN ANY EVENT, IF WE CAN GO TO THE IN NEXT SLIDE.

22                   (SLIDE DISPLAYED TO JURY.)

23       THIS IM THAT MR. COUGHLIN KEEPS POINTING TO YOU THAT SAYS

24   LOCK-DOWN KEYBAG, PLAINTIFFS' OWN EXPERT AGREES, AS YOU'VE

25   ALREADY SEEN, THE KEYBAG SHOULD BE LOCKED-DOWN.  WE ALL KNOW

1    WHY, THE KEYBAG IS WHERE YOU KEEP THE KEYS AND PEOPLE ARE

2    THREATENING IT, AND IT'S BECAUSE ATTACKS ARE PREDICTABLE.

3         SO LET'S GO TO THE QUESTION YOU ACTUALLY HAVE TO ANSWER.

4              (SLIDE DISPLAYED TO JURY.)

5         WAS ITUNES 7.0 A PRODUCT IMPROVEMENT?  SO, THE SLIDE THAT

6    YOU'RE SEEING, THE PAGE IS FROM A PRESENTATION BY AUGUSTIN

7    FARRUGIA DATED JUNE 2005.

8         AND DR. KELLY TOLD YOU THESE THINGS ON THE LEFT.  THEY

9    BOTH TOLD YOU EXACTLY WHAT THE ITUNE 7.0 FAIRPLAY REDESIGN

10   DID.  AND IT DID NUMEROUS THINGS OTHER THAN THE INTEGRITY

11   CHECKS.  SO LET'S LEAVE THE INTEGRITY CHECKS ASIDE FOR A

12   SECOND AND TALK ABOUT WHAT OTHER SECURITY FEATURES WERE IN

13   HERE.

14        FIRST OF ALL, THE UNIVERSAL KEYBAG.  SO DR. KELLY AND

15   AUGUSTIN FARRUGIA SAID THAT THIS KEYBAG WAS MORE COMPLEX.  AND

16   YOU'VE SEEN ITS COMPLEXITY.  IT WAS A BETTER VAULT.  DR. KELLY

17   TOLD YOU ABOUT THE BENEFITS OF CREATING STRUCTURAL SIMILARITY

18   BETWEEN THE KEYBAG ON THE DESKTOP AND THE KEYBAG ON THE IPOD.

19        AND THIS IS COMMON SENSE.  IF YOUR KEYBAG IS STRONG

20   ENOUGH, YOU DON'T HAVE TO SPEND RESOURCES MANAGING TWO

21   SEPARATE SYSTEMS OF PROTECTION.  IT'S MORE EFFICIENT, IT'S

22   EASIER TO FIND AND FIX VULNERABILITIES.  OF COURSE, THE KEYBAG

23   HAS TO BE STRONG ENOUGH TO BE IN BOTH PLACES AND NOT BE A

24   VULNERABILITY, BUT THIS ONE WAS.  AND IT THEN CAME ALONG WITH

25   OTHER MANAGEMENT BENEFITS, BUSINESS BENEFITS AS WELL AS

1    SECURITY BENEFITS.

2         ALL RIGHT.  ENCRYPTING KEYS INDIVIDUALLY, WHICH HAD NEVER

3    BEEN DONE IN COMBINATION WITH LOCKING THE KEYBAG AS A WHOLE.

4    AUGUSTIN FARRUGIA SAID THAT ENCRYPTING KEYS INDIVIDUALLY PUTS

5    A VAULT INSIDE A VAULT.  AND WHAT HE MEANT BY THAT IS THAT IF

6    A HACKER CRACKS THE KEYBAG AND THE KEYS ARE NOT INDIVIDUALLY

7    ENCRYPTED, YOU GET ALL THE KEYS.  SO THAT OBVIOUSLY SEEMS LIKE

8    A BAD IDEA FOR SECURITY, SO ENCRYPTING KEYS INDIVIDUALLY MAKES

9    IT STRONGER.

10        LOCKING THE KEYBAG AS A WHOLE.  SO THIS WAS NOT DONE IN

11   ITUNES 4.7, ALTHOUGH IT HAD BEEN DONE PREVIOUSLY.  AND OF

12   COURSE THIS IS AN IMPROVEMENT.  IF THE KEYBAG IS A GRAIL, IS A

13   GRAIL AND IT HAS THE KEYS, THEN YOU SHOULD LOCK IT.  IT'S SORT

14   OF UNCLEAR TO ME WHY ANYONE WOULD LEAVE IT UNLOCKED, BUT I

15   GUESS THAT HAS BEEN DONE PREVIOUSLY.  AND AS WE DISCUSSED,

16   EVEN DR. MARTIN AGREES, LOCK THE KEYBAG.

17        SO BEFORE YOU EVEN GET TO THE INTEGRITY CHECK, LADIES AND

18   GENTLEMEN, YOU KNOW THAT THIS NEW KEYBAG IN ITUNES 7.0 IS A

19   PRODUCT IMPROVEMENT.

20        AND YOU KNOW BECAUSE DR. KELLY AND AUGUSTIN FARRUGIA TOLD

21   YOU THAT ALL THESE CHANGES BY THEMSELVES WOULD HAVE BLOCKED

22   HARMONY.  SO IN CASE THAT'S WHAT WE ARE WORRIED ABOUT, ALL OF

23   THESE THINGS WOULD DO THAT, TOO.

24        IN ADDITION, THIS KEYBAG HAS A PRETTY GOOD TRACK RECORD.

25   IT TOOK REQUIEM 800 DAYS TO CRACK ITUNES 7.0, WHICH IS BY

1    EXPONENT LONGER THAN ANY OTHER PREVIOUS SECURITY AND A RECORD

2    THAT I'M SURE MR. FARRUGIA IS QUITE PROUD OF.

3         SO LET'S LOOK FOR A SECOND AT THE VERDICT FORM.  AS YOU

4    HAVE ALREADY SEEN, THE VERDICT FORM WILL ASK YOU ABOUT

5    FIRMWARE AND SOFTWARE UPDATES IN ITUNES 7.0.

6         SO, FIRMWARE AND SOFTWARE UPDATES IN ITUNES 7.0 INCLUDES

7    EVERY FEATURE YOU HAVE ALREADY HEARD ABOUT.  THE ONES

8    MR. ISAACSON JUST DISCUSSED, MOVIES, ALBUM ART, REVERSE

9    SYNCING, AND IT ALSO INCLUDES EVERY SECURITY IMPROVEMENT.  THE

10   ENTIRE REDESIGN, THE UNIVERSAL KEYBAG, LOCKING THE KEYBAG AS A

11   WHOLE, ENCRYPTING THE KEYS, EVERYTHING.  IT INCLUDES THAT.

12        BUT EVEN IF YOU FOCUSED ONLY ON THE KEYBAG INTEGRITY CHECK

13   IN 7.0, YOU WOULD STILL FIND THIS IS A PRODUCT IMPROVEMENT.

14   AND I'LL DISCUSS INTEGRITY CHECKS.

15        THE ONE THING, LADIES AND GENTLEMEN, YOU HAVE BEEN TOLD,

16   7.4 IS NO LONGER IN THIS CASE WHICH IS DIFFERENT FROM WHEN WE

17   BEGAN.  BUT WHEN I TALK ABOUT THE KEYBAG INTEGRITY CHECK, OR

18   WHEN I TALK ABOUT PRODUCT IMPROVEMENTS ABOUT THE INTEGRITY

19   CHECKS, I MEAN BOTH THE KEYBAG INTEGRITY CHECK AND THE

20   DATABASE INTEGRITY CHECK BECAUSE INTEGRITY CHECKS DO THE SAME

21   THING.  THEY ARE PRODUCT IMPROVEMENTS FOR THE SAME REASON.

22        EVEN THOUGH THE CODE WAS NOT ACTIVE AT ALL IN 7.0, NEVER

23   SHIPPED, NEVER COMPILED, I'M GOING TO TALK ABOUT THIS BECAUSE

24   THE PLAINTIFFS SEEM TO STILL BE TALKING ABOUT IT.

25        SO, DR. KELLY TOLD YOU THAT THE INTEGRITY CHECKS ARE

1  PRODUCT IMPROVEMENTS BECAUSE THEY ALLOW DETECTION OF TAMPERING

2  AND CORRUPTION.  THEY PREVENT MALICIOUS CORRUPTION.

3      SO HE EXPLAINED TO YOU THAT A THIRD PARTY DELIBERATELY

4  TRYING TO INJECT MATERIAL TO EXPLOIT A VULNERABILITY OR LEARN

5  INFORMATION ABOUT THE FAIRPLAY PROTECTION IS MALICIOUS

6  CORRUPTION.

7      AND, INCIDENTALLY, LADIES AND GENTLEMEN, THE FAIRPLAY NEXT

8  GENERATION DOCUMENT TALKS A LOT ABOUT INJECTING FOREIGN

9  MATERIAL.  WHEN IT DOES THAT, IT IS ALSO TALKING ABOUT

10 CORRUPTION.

11     DR. KELLY SAID IT'S ABOUT INJECTING SOMETHING THAT CAUSES

12 OTHER DAMAGE, LIKE A VIRUS OR A TROJAN HORSE THAT CAN BE

13 SYNCED BACK TO THE DESKTOP.  DR. MARTIN TALKED ABOUT MALWARE.

14 SO YOU CAN PUT THAT ALL IN THE CATEGORY OF MALICIOUS

15 CORRUPTION THAT NOW WOULD BE ABLE TO BE DETECTED.

16     INTEGRITY CHECKS PROTECT AGAINST INADVERTENT CORRUPTION.

17 SO WHAT'S INADVERTENT CORRUPTION?  WELL, YOU KNOW FROM THE

18 TESTIMONY THAT INADVERTENT CORRUPTION IS WHAT HAPPENS WHEN

19 THIRD PARTIES DON'T FULLY UNDERSTAND YOUR SYSTEM, AND THEY

20 EXPLOIT A VULNERABILITY.  AND WHEN INFORMATION ABOUT A

21 SECURITY VULNERABILITY BECOMES KNOWN, IT'S VERY OFTEN

22 PUBLISHED ON THE INTERNET, WHICH GIVES A LEG UP TO HACKERS.

23 AND THAT'S SOMETHING THAT ACTUALLY HAPPENED HERE.

24     YOU WERE ALSO TOLD THAT THERE ARE A NUMBER OF INTEGRITY

25 CHECKS THROUGHOUT FAIRPLAY AND IN GENERAL ON THE INTERNET.

1    THEY ARE NOT UNUSUAL OR UNCOMMON.  AUGUSTIN FARRUGIA, THE HEAD

2    OF DRM SECURITY, JEFF ROBBIN, THE HEAD OF ITUNES ENGINEERING,

3    AND DR. KELLY, AN ACCOMPLISHED COMPUTER SCIENTIST, ALL SAID

4    PRECISELY THE SAME THING.  THESE ARE PRODUCT IMPROVEMENTS.

5    AND THEY ALSO TOLD YOU THAT THEY ARE STANDARD SECURITY.

6         SO, THAT'S APPLE'S EVIDENCE, TESTIMONIAL EVIDENCE ABOUT

7    THAT.  LET'S LOOK AT PLAINTIFFS' EVIDENCE.

8         SO FOR THE PLAINTIFFS, AND THEIR ONLY EVIDENCE IS THROUGH

9    DR. MARTIN HERE, IS THAT PRODUCT IMPROVEMENT EQUALS MORE

10   SONGS.

11        SO, DR. MARTIN THINKS THAT IF YOUR DEVICE IS CORRUPTED AND

12   POTENTIALLY THERE ARE VIRUSES, IF IT DOESN'T HAVE MORE SONGS,

13   THEN IT'S NOT A BETTER PRODUCT.

14        AND I DON'T -- I THINK THAT THE NEXT SLIDE WILL HELP

15   ILLUSTRATE THE DIFFERENCE HERE.

16                  (SLIDE DISPLAYED TO JURY.)

17        SO DR. MARTIN SAYS, HOW MANY SONGS PLAY.  SO EVEN IF I

18   HAVE A TERRIBLE DEVICE, IT'S DAMAGED, CORRUPTED, IF IT CAN

19   PLAY -- AND, YOU KNOW, HARMONY SONGS DIDN'T PLAY PERFECTLY,

20   BUT IF IT COULD DO THAT WITH MORE SONGS, THEN THAT'S A PRODUCT

21   IMPROVEMENT.

22        AGAIN, LADIES AND GENTLEMEN, THERE'S NO EVIDENCE OF THIS

23   OTHER THAN DR. MARTIN SAYING THAT THAT'S HIS DEFINITION OF A

24   PRODUCT IMPROVEMENT.

25        SO ON THE OTHER SIDE OF THE LEDGER IS APPLE'S DEFINITION

CLOSING ARGUMENT – DUNN

1    OF WHAT A PRODUCT IMPROVEMENT IS.  TO APPLE, YOU LEARNED THAT

2    A QUALITY IPOD IS SOMETHING THAT WORKS WITH ITUNES AND HAS

3    SONG TITLES AND ALBUM ART, ARTIST INFO, SONG INFO, AUTOSYNC,

4    CUSTOMER SUPPORT YOU CAN RELY ON THAT UNDERSTANDS YOUR

5    PROBLEM, SECURITY, VIDEO, PHOTOS, GAMES.

6        AND WHEN APPLE EXECUTIVES CAME TO TALK TO YOU, THEY ALL

7    TOLD YOU, EVERY ONE OF THEM, THAT THEY LOVE THEIR CUSTOMERS.

8    THEY SAID THAT FOR THEM, THIS WAS ALL ABOUT THE OVERALL

9    CUSTOMER EXPERIENCE.  END TO END.  ITUNES PLUS IPOD PLUS

10   ITUNES STORE.  THEY ARE ALL MEANT TO WORK TOGETHER, AND THAT

11   IS A QUALITY IPOD.

12       NEXT SLIDE PLEASE.

13                    (SLIDE DISPLAYED TO JURY.)

14       THAT IS WHY EDDY CUE SAYS THAT SOMETHING LIKE HARMONY IS

15   WORRISOME BECAUSE HE KNEW IT WOULD BREAK AND IT WOULD CAUSE A

16   BAD EFFECT AND IT WOULD TURN HAPPY CUSTOMERS INTO UNHAPPY

17   CUSTOMERS.

18       NEXT SLIDE PLEASE.

19                    (SLIDE DISPLAYED TO JURY.)

20       SO, THIS IS AN ISSUE THAT COULD USE SOME CLARITY, I THINK.

21   PLAINTIFFS DO NOT UNDERSTAND THE EFFECT OF THE KEYBAG

22   INTEGRITY CHECK.

23       IT DOESN'T DELETE SONGS.  THIS IS WHAT JEFF ROBBIN SAYS.

24       THE MUSIC IS NOT GONE.  THIS IS WHAT AUGUSTIN FARRUGIA

25   SAID.

1        THE KEYBAG INTEGRITY DELETES NO CONTENT.  THIS IS WHAT

2   DR. KELLY SAID.

3        SO THE KEYBAG IS DELETED, AND THEN WHAT YOU DO IS YOU SYNC

4   TO ITUNES.  AND IF YOU WANT TO BUY REAL MUSIC FOR YOUR NEW

5   IPOD, YOU BURN AND RIP.

6        SO THERE ARE A COUPLE OF IMPORTANT THINGS TO UNDERSTAND

7   HERE.  ONE IS THAT IF YOU HAD REAL MUSIC ON YOUR EXISTING

8   IPOD, IT WOULD STILL PLAY.

9        SO WHAT MR. COUGHLIN SAID DURING CLOSING IS NOT TRUE.  YOU

10  COULD NEVER HAVE A CIRCUMSTANCE WHERE A SONG PLAYED ONE DAY

11  AND DIDN'T PLAY THE NEXT.  YOUR OLD IPOD, YOUR EXISTING IPOD

12  STILL PLAYS YOUR SONGS.

13       ON YOUR NEW IPOD, IF YOU GO TO ADD SONGS FROM REAL, YOU

14  CAN DO THAT.  REAL MUSIC WILL PLAY ON YOUR NEW IPOD.  YOU BURN

15  AND RIP.

16       JUST IN CASE ANYONE THINKS THAT'S A COMPLEX PROCEDURE, IT

17  INVOLVES PUTTING A CD IN YOUR COMPUTER, BURNING MUSIC ON IT,

18  AND CLICKING A BUTTON TO IMPORT IT INTO ITUNES.  A FAR CRY

19  FROM THE 41 STEPS WE HEARD ABOUT EARLIER.

20       SO LET'S GO TO THE NEXT SLIDE.

21                   (SLIDE DISPLAYED TO JURY.)

22       WHO WAS AFFECTED BY THE KEYBAG INTEGRITY CHECK IN 7.0?

23  PEOPLE WHO LISTENED TO DRM-FREE MUSIC?  NO.  THEY WERE NOT

24  AFFECTED.

25       PEOPLE WHO LISTENED TO MUSIC ON THEIR EXISTING IPOD?  NO,

1    THEY WEREN'T AFFECTED.

2        PEOPLE WHO USED NAVIO?  I THINK THAT ONE SPEAKS FOR

3    ITSELF.

4        ANYONE WHO BOUGHT A SHUFFLE OR A CLASSIC FIFTH GENERATION,

5    WHICH IS NOT ON HERE, NO, THEY WEREN'T AFFECTED.

6        ANYONE WILLING TO BURN AND RIP, WHICH IS THE CLASSIC

7    PROCEDURE PEOPLE USED TO GET MUSIC ONTO THE IPOD IN THE FIRST

8    PLACE, THAT'S HOW MOST MUSIC GOT THERE, ANYONE WHO DID BURN

9    AND RIP, THEY WEREN'T AFFECTED.

10       THE ONLY PEOPLE WHO WERE AFFECTED AFTER ITUNES 7.0 IN

11   SEPTEMBER OF 2006, WAS SOMEONE WHO HAD BOUGHT A NANO SECOND

12   GENERATION, USED HARMONY, BOUGHT NEW DRM MUSIC FROM REAL, AND

13   REFUSED TO BURN AND RIP.

14       AND, LADIES AND GENTLEMEN, THERE IS NO EVIDENCE THAT ANY

15   SUCH PEOPLE EVEN EXISTED.

16       AS I MENTIONED, THE REASON FOR THE DATABASE INTEGRITY

17   CHECK, WHICH I AM GOING TO TALK ABOUT NOW, IS THE SAME AS WITH

18   THE KEYBAG EXCEPT THAT IT PROTECTS THE DATABASE.

19       AND YOU HEARD DURING THIS TRIAL THAT THE DATABASE IS THE

20   POINTER TO ALL OTHER INFORMATION ON THE IPOD.  SO RATHER THAN

21   RUN THROUGH THESE AGAIN, INSTEAD BEFORE I CAME TO COURT, I

22   LOOKED ALL THE REASONS AUGUSTIN FARRUGIA SAID THE KEYBAG

23   INTEGRITY CHECK AND THE DATABASE INTEGRITY CHECK WERE SECURITY

24   IMPROVEMENTS, AND I'LL JUST READ ONE OF THEM TO YOU.

25       WHEN YOU HAVE A SYSTEM THAT IS SECURE, YOU WANT TO PROTECT

1   THE SYSTEM AGAINST DIRECT AND INDIRECT ATTACK.  SO, IF YOU ARE

2   TO PUT SOMETHING INSIDE THE DATABASE, AND THE DATABASE IS

3   SOMETHING THAT WE'RE GOING TO BRING INSIDE THE CLOAK BOUNDARY,

4   WE NEED TO BE VERY SURE NO ONE HAS TAMPERED WITH IT BECAUSE

5   MOVING SOMETHING FROM A NONSECURE ENVIRONMENT TO A SECURE

6   ENVIRONMENT CAN CREATE FAULTS INSIDE THE SYSTEM, AND FAULTS

7   CAN LEAD A LOT OF INFORMATION TO THE HACKER.  FOR EXAMPLE,

8   WHAT THE HACKER WANTS TO DO IS CRASH THE SYSTEM.  THEY WANT TO

9   CRASH YOUR SYSTEM, AND WHEN YOU CRASH THE SYSTEM, YOU GET A

10  LOT OF INFORMATION."

11       SO THESE SAME THINGS, TAMPERING AND CORRUPTION INADVERTENT

12  CORRUPTION ALL DETECTED BY THE DATABASE INTEGRITY CHECK.

13       YOU HEARD THAT THE ENGINEERS AT APPLE BATTED AROUND SOME

14  OPTIONS FOR HOW TO DO THIS.  AND YOU HEARD THAT ROD SCHULTZ

15  ORIGINALLY PROPOSED SIGNING EACH TRACK.

16       AUGUSTIN FARRUGIA TOLD YOU THAT THE DELAY THAT THAT WOULD

17  CAUSE IN PLAYING THE MUSIC WAS UNACCEPTABLE TO HIM.  SO,

18  INSTEAD OF CREATING A TIME DELAY, WHICH -- WITH EACH TRACK

19  SIGNED, THEY SIGNED THE DATABASE AS A WHOLE.  THAT IMPROVED

20  THE USER EXPERIENCE AND IT BALANCED THE ENGINEER'S SECURITY

21  CONCERNS WITH THEIR CONCERNS FOR THE CONSUMERS.

22       IF WE CAN LOOK QUICKLY AT TX871.

23                 (SLIDE DISPLAYED TO JURY.)

24       YOU ALSO SAW THIS DOCUMENT WHICH IN VERY TINY PRINT SAYS

25  THAT, "DB LOAD TIME SHOULD BE NEGLIGIBLE SINCE THE PLAN OF

1    RECORD NOW IS TO HASH THE ENTIRE INDEX RATHER THAN TRACK BY

2    TRACK."

3         SO THE DATABASE INTEGRITY CHECK WAS ABLE TO DETECT

4    CORRUPTION AND TAMPERING WITH THE DATABASE.  LET'S GO TO THIS.

5                   (SLIDE DISPLAYED TO JURY.)

6         SIMILARLY TO NOT UNDERSTANDING THE EFFECT OF THE KEYBAG

7    INTEGRITY CHECK, PLAINTIFFS DON'T UNDERSTAND THE EFFECT OF THE

8    DATABASE INTEGRITY CHECK.

9         SO I WILL READ YOU SOMETHING THAT PLAINTIFFS' COUNSEL SAID

10   IN OPENING.

11             "YOU WANT TO USE A THIRD-PARTY PLAYER ON YOUR APPLE,

12             YOUR WHOLE DATABASE DISAPPEARS, IS BLOWN UP.  NOT

13             ONLY YOUR SONGS, THEIR SONGS, YOUR SONGS, YOU HAVE TO

14             RESYNC WITH THEM TO GET THEIR SONGS BACK, YOU NEVER

15             GET YOUR SONGS BACK, ALL OF YOUR FILES ARE GONE.

16             THERE IS NO DATABASE.  THERE'S A DATABASE BUT IT'S

17             EMPTY.  OKAY?  AND YOU CAN'T GET ANYTHING OUT OF IT.

18             IT'S DELETED."

19        LADIES AND GENTLEMEN, YOU NOW KNOW NONE OF THAT WAS TRUE.

20   PLAINTIFFS DON'T UNDERSTAND THE TECHNOLOGY IN THIS CASE.

21   WITNESS AFTER WITNESS SAID, "YOU DON'T UNDERSTAND WHAT I

22   WROTE".  "WHAT YOU ARE SAYING DOESN'T MAKE SENSE TO ME.

23   PERHAPS YOU DON'T UNDERSTAND."

24        EVEN DR. NOLL SAID AFTER HE GOT HIS ASSIGNMENT AND STILL

25   TO THE DAY HE TESTIFIED, HE DIDN'T THINK THAT THE KVC AND THE

1    DVC WERE PART OF FAIRPLAY.  HE THOUGHT THEY WERE PART OF

2    SOMETHING ELSE.

3        PLAINTIFFS' OWN WITNESSES ALSO DON'T THINK THEY UNDERSTAND

4    AND SAY THAT THE DATABASE DID NOT BLOW UP.  DR. MARTIN WAS

5    VERY CAREFUL ABOUT THIS.  HE WAS VERY CLEAR.  THE FILE IS NOT

6    REMOVED FROM THE IPOD.  IT PERSISTS.  AND AS YOU KNOW, ROD

7    SCHULTZ MAY HAVE HAD HIS OPINIONS, BUT HE NEVER SAID THE

8    DATABASE BLEW UP.

9        SO, LET'S TALK ABOUT WHAT ACTUALLY HAPPENS AND LET'S GO TO

10   THE NEXT SLIDE.

11              (SLIDE DISPLAYED TO JURY.)

12       SO IF THE DATABASE CHECK DOESN'T VERIFY, WHICH MEANS IT

13   HAS DETECTED CORRUPTION OR TAMPERING, THE IPOD BELIEVES IT'S

14   NOT SAFE TO ACCESS THE DATABASE.  SO YOU GET THIS MESSAGE THAT

15   YOU CAN SEE ON THE SCREEN.  IT SAYS:

16           "ITUNES CAN'T READ THE CONTENTS OF THE IPOD, GO TO

17           THE SUMMARY TAB IN IPOD PREFERENCES AND CLICK RESTORE

18           TO RESTORE THE IPOD TO FACTORY SETTINGS."

19       AT THIS POINT, AS YOU'VE NOW HEARD, ALL YOUR CONTENT IS

20   STILL THERE AND YOU ARE ABLE TO GET IT OFF THE IPOD.  I THINK

21   MR. COUGHLIN EVEN CONCEDED THIS IN HIS CLOSING.

22       SO THAT'S THE FIRST MESSAGE YOU SEE.  AND THEN YOU GO --

23   SO I THINK WE CAN ALL AGREE AT THIS POINT THAT THIS MESSAGE

24   DOES NOT BLOW UP YOUR DATABASE.

25       LET'S GO TO THE SECOND MESSAGE.

1         (SLIDE DISPLAYED TO JURY.)

2     THEN YOU GO HERE (INDICATING).  AND IF YOU ARE AN ITUNES

3  USER, YOU WILL RECOGNIZE THAT SCREEN BECAUSE IT'S A PRETTY

4  TYPICAL SCREEN.  IT GIVES YOU THE OPTION TO RESTORE.

5     AND TO BE VERY CLEAR, LADIES AND GENTLEMEN, RESTORE IS NOT

6  SOME WEIRD THING THAT NEVER HAPPENS.  IT'S A WAY YOU FIX AN

7  ERROR OR A PROBLEM.  IT'S NOT LIMITED TO THIS CONTEXT.

8     SO AT THIS POINT, THE USER STILL HAS THE OPPORTUNITY TO

9  GET THEIR CONTENT OFF THE IPOD.  AND THEY –– IF THEY DECIDE TO

10  CLICK RESTORE, THEY SEE THIS MESSAGE.

11     IF WE CAN ZERO IN ON THE MESSAGE.  HOPEFULLY YOU GUYS CAN

12  SEE IT.  IF NOT, I WILL READ IT TO YOU.  IT SAYS:

13          "ARE YOU SURE YOU WANT TO RESTORE THE IPOD TO FACTORY

14          SETTINGS?  ALL YOUR SONGS AND OTHER DATA WILL BE

15          ERASED."

16     SO IT VERY CLEARLY WARNS THE CONSUMER THAT THEY ARE ABLE

17  TO GET THE CONTENTS OFF THEIR IPOD.

18     SO ONE OF YOU ASKED WHY ITUNES SUGGESTS THIS.  AND

19  DR. KELLY EXPLAINED TO YOU THAT THE IPAD HAS DETECTED POSSIBLE

20  TAMPERING OR CORRUPTION AND BELIEVES IT WOULD BE UNSAFE TO

21  ACCESS THE DATABASE, WHICH IS THE POINT TO ALL THE OTHER FILES

22  ON THE IPOD.  SO THE IPOD CAN'T KNOW WHETHER THERE'S A VIRUS

23  OR MALWARE, LIKE DR. MARTIN TALKED ABOUT, AND SO IT SUGGESTS

24  RETURNING THE IPOD TO A KNOWN STATE WHERE APPLE CAN HELP THE

25  CUSTOMER AND MAKE SURE NOTHING IS WRONG.

1     SO, HOW DO WE DEFINE A QUALITY USER EXPERIENCE?

2     AUGUSTIN FARRUGIA TOLD YOU THAT HE WORKED VERY HARD TO

3     MAKE THE BEST USER EXPERIENCE.  PLAINTIFFS' DEFINE A BAD USER

4     EXPERIENCE AS A 41-STEP HARMONY USER WHO IGNORES THE "ARE YOU

5     SURE" BUTTON AND DOES NOT SAVE ANY DATA, AND REFUSES TO BURN

6     AND RIP.

7     APPLE DEFINES A QUALITY USER EXPERIENCE AS IPOD PLUS

8     ITUNES, SECURITY, INNOVATION, AND RELIABLE AND HELPFUL

9     CUSTOMER SUPPORT.

10    SO, MR. COUGHLIN USED AN ANALOGY THAT I REALLY JUST LOVE.

11    HE SAID, THIS IS LIKE IF SNICKERS MADE A SNICKERS BAR AND PUT

12    SOME SORT OF TOXIN IN IT THAT A YEAR LATER WAS GOING TO KICK

13    IN.

14    NOW, THIS ANALOGY REALLY HIGHLIGHTS THE ABSURDITY OF

15    DEFENDANT'S (SIC) THEORY BECAUSE SNICKERS WANTS TO SELL

16    SNICKERS BARS.  IT'S NOT LIKE THEY'RE GOING TO PUT TOXINS IN

17    THEIR SNICKERS BAR THAT ARE GOING TO EXPLODE IN A YEAR.  OKAY,

18    I WILL GO WITH THIS.

19    LET'S TALK ABOUT THE ANALOGY.  IT'S JUST NOT TRUE.

20    THERE'S NO TOXINS IN THIS SNICKERS BAR.  I AM NOT GOING TO EAT

21    IT IN THE COURTROOM, I'LL EAT IT AFTER WE'RE DONE HERE.  BUT

22    I'M NOT WORRIED THERE'S TOXINS IN IT.  IF IN A YEAR PEOPLE ARE

23    STILL EATING SNICKERS BARS, BECAUSE WE LOVE THEM, AND NO ONE

24    EVER GOT HURT, YOU MIGHT CONCLUDE THAT SOMEBODY WAS SPREADING

25    FALSE RUMORS AND TELLING YOU THAT BAD THINGS WOULD HAPPEN TO

1    SCARE YOU.

2        YOU WILL CONCLUDE THAT THOSE RUMORS COULD HURT SNICKERS'

3    REPUTATIONALLY, DAMAGE THEIR GOOD COMPANY NAME, EVEN THOUGH

4    THEIR PRODUCT IS JUST AS DELICIOUS AS IT ALWAYS WAS, WHICH IS

5    WHY SO MANY PEOPLE BUY THEM IN THE FIRST PLACE.

6        LADIES AND GENTLEMEN, YOU ALREADY KNOW THIS:  THE DATABASE

7    VERIFICATION CODE WAS NOT PUSHED OUT UNTIL SEPTEMBER 2007.  IT

8    WAS NOT COMPILED.  IT WAS NEVER GOING TO BE COMPILED FOR 7.0

9    BECAUSE IT WAS DEAD.  7.4 IS NOT IN THIS CASE.

10       AND WHAT THAT MEANS, LADIES AND GENTLEMEN, IS THAT

11    PLAINTIFFS HAVE BASED THEIR CASE ON DEAD CODE.  AND THAT MEANS

12    NOT A SINGLE PERSON WOULD EVER GO THROUGH THE PROCESS WE JUST

13    DISCUSSED, WOULD HAVE EVER BEEN AFFECTED AS A RESULT OF THE

14    CODE THAT WAS IN 7.0.  IT WOULD HAVE TRIGGERED NOTHING.

15    PLAINTIFFS' CASE IS BASED ON SOMETHING THAT NEVER HAPPENED.

16       THANK YOU FOR YOUR ATTENTION, AND MR. ISAACSON HAS A FEW

17    WORDS.

18                         **CLOSING ARGUMENT**

19       **MR. ISAACSON:**  WE TOLD YOU WE WOULD TALK TO YOU ABOUT

20    SOME SIMPLE THINGS, INNOVATION, PRODUCT IMPROVEMENT, SECURITY.

21    MS. DUNN AND I ARE NOT GOING TO TALK TO YOU ABOUT OUR OTHER

22    CASES.  WE HAVE BEEN TALKING TO YOU ABOUT THIS CASE.

23       WE'VE TALKED TO YOU ABOUT EVIDENCE THAT DOESN'T EXIST, A

24    ONE-TWO PUNCH USUALLY CONNECTS WITH SOMEBODY.  USUALLY SOMEONE

25    WALKS IN THE COURT AND SAYS, I GOT HIT.  NEVER HAPPENED HERE.

CLOSING ARGUMENT – ISAACSON

1    THIS IS A CASE WITH NO EVIDENCE.  AND ULTIMATELY, ONLY

2    DR. MARTIN TOLD YOU THAT THE KVC AND DVC WERE NOT PRODUCT

3    IMPROVEMENTS.  HE IS THE ONLY ONE TO SAY BOTH OF THOSE THINGS.

4    AND HE ADMITTED IN HIS CROSS-EXAMINATION, WHICH IS A WHILE

5    AGO, THAT ALL THESE HACKERS OUT THERE -- I ASKED HIM A NUMBER

6    OF SERIOUS QUESTIONS, HOW DO YOU KNOW WHAT APPLE IS SUPPOSED

7    TO KNOW ABOUT HACKERS?  HE AGREED, NO ONE COULD PREDICT THE

8    FUTURE.

9    DR. KELLY, BY CONTRAST, DID EXPERIMENTS AND DISCUSSED THE

10   RISK OF MALICIOUS CORRUPTION, DAMAGE LIKE A VIRUS OR A TROJAN

11   HORSE COMING INTO YOUR SYSTEM, INADVERTENT CORRUPTION, WHEN

12   PEOPLE CHANGE THE SYSTEM AND THAT INFORMATION BECOMES KNOWN IN

13   THE SYSTEM.

14   PLEASE COMPARE THE QUALIFICATIONS OF DR. KELLY AND

15   DR. MARTIN.  DR. KELLY, TEN-YEAR PROFESSOR AT U.C.L.A. AND UC

16   SANTA BARBARA IS AN EXPERT IN THE AREA OF DRM WITH BACKGROUND

17   IN IT AND DR. MARTIN NEVER RESPONDED TO WHAT DR. KELLY HAD TO

18   SAY.

19   DR. MARTIN OVER AND OVER ADMITTED FACTS THAT MEANS

20   PLAINTIFFS' CASE MAKES NO SENSE AND WE HAVE A GENUINE PRODUCT

21   IMPROVEMENT BECAUSE WE IMPROVE SECURITY.

22   NEXT.

23                    (SLIDE DISPLAYED TO JURY.)

24   HE ADMITTED THAT ENCRYPTION UPDATES ARE PERFECTLY

25   LEGITIMATE.  ENCRYPTION ON SONGS, ENCRYPTIONS ON SOFTWARE,

CLOSING ARGUMENT – ISAACSON

1    FIRMWARE, AND ALL THOSE UPDATES.

2         NOW, AT THE BOTTOM OF THAT, 4-4-60.  THAT'S MY WIFE'S

3    BIRTHDAY.  APRIL 4TH, 1960.  THAT IS ALSO THE CODE TO GET ONTO

4    MY IPHONE.  NOW, I'VE ANNOUNCED THE CODE TO MY IPHONE IN AN

5    OPEN FORUM.  AND PLAINTIFFS' POSITION WOULD BE, I CAN'T CHANGE

6    THE CODE.  I CAN'T UPDATE.

7         IT MAKES NO SENSE.  PLAINTIFFS MAKE THE POINT THAT THEY

8    WANT IT BOTH WAYS.  THEY SAY WE ONLY UPGRADE TO NEW DEVICES.

9    THIS NOT A POINT THAT DR. MARTIN EVER MADE.  NO WITNESS EVER

10   SUPPORTED THIS.  THIS IS JUST LAWYER ARGUMENT.

11        AND IT MAKES NO SENSE.  THEY ASK:  WHY DIDN'T WE UPGRADE

12   ALL OF OUR NEW PRODUCTS?

13        GUESS WHAT?  IT WAS A NEW PRODUCT.  NEW PRODUCTS HAVE

14   IMPROVEMENTS.  NEW PRODUCTS HAD VIDEOS.  THE OLD PRODUCTS

15   DIDN'T NECESSARILY HAVE VIDEOS.  WHEN YOU IMPROVE A PRODUCT,

16   IT HAS NO FEATURES.

17        AND ASK YOURSELF THE QUESTION:  IF WE DON'T PUT INCREASE

18   SECURITY IN ALL THE OLD IPODS, DOES THAT MEAN YOU CAN'T HAVE

19   NEW SECURITY IN THE NEW IPODS?  DOES THAT MAKE ANY SENSE?

20        BUT THE PLAINTIFFS WERE TRYING TO HAVE IT BOTH WAYS ON

21   THIS.  THEY SAID THAT THERE ARE CONSUMER OUT THERE, NOBODY

22   WE'VE EVER MET, WHO HAD REAL MUSIC ON THEIR OLD IPODS AND THEY

23   WANTED THAT.  WELL, THOSE PEOPLE COULD KEEP THEIR OLD IPODS

24   AND HAVE THEIR MUSIC.  THIS IS A LAWYER ARGUMENT WITH NO

25   EVIDENCE.

1    LET'S LOOK AT THE EVIDENCE.  DR. MARTIN:  SOFTWARE

2    PROGRAMS INFECT THE IPOD WITH BUGS.  MOST SOFTWARE PROGRAMS

3    HAVE BUGS.  THAT WOULD INCLUDE HARMONY AND OTHER SOFTWARE

4    ATTEMPTING TO INTEROPERATE WITH THE IPOD, INCLUDING THE

5    THIRD-PARTY JUKEBOX.

6        ABSOLUTELY REMARKABLY --

7        NEXT --

8                    (SLIDE DISPLAYED TO JURY.)

9        -- DR. MARTIN WAS OPEN ABOUT TALKING ABOUT THE THREAT OF

10   MALWARE; THAT YOU CAN DOWNLOAD SOFTWARE FROM THE INTERNET,

11   THAT'S WHAT WE ARE TALKING ABOUT, LADIES AND GENTLEMEN,

12   THIRD-PARTY SOFTWARE FROM THE INTERNET TO INTERACT WITH YOUR

13   IPOD.  THAT SOFTWARE MAY BE TALKING TO SOMEBODY THAT YOU DON'T

14   KNOW AND PROVIDING YOUR PERSONAL INFORMATION.

15       HE SAID, ANY SOFTWARE YOU DOWNLOAD FROM THE INTERNET, HE

16   SAID, INCLUDING ITUNES, WHICH YOU KNOW ISN'T TRUE, MIGHT HAVE

17   MALWARE ON IT IF IT COMES FROM THE WRONG PLACE AND HAS BEEN

18   AFFECTED IN THAT WAY.

19       HIS TESTIMONY SHOWED THAT APPLE CUSTOMERS WERE AT RISK.

20   NEXT.

21                   (SLIDE DISPLAYED TO JURY.)

22       PLAINTIFFS TALK ABOUT PAPER WEIGHT IPODS, THAT THEY HAVE

23   BEEN TRANSFORMED INTO PAPER WEIGHTS.  THEY DIDN'T BRING IN A

24   SINGLE CONSUMER WITH A PAPER WEIGHT.  WHAT DID DR. MARTIN TELL

25   YOU ABOUT THAT THIRD-PARTY SOFTWARE?  HE SAID HE HADN'T

1    EXAMINED ALL OF THEM.  HE DIDN'T DO THAT.  AND HE DIDN'T KNOW

2    WHAT PEOPLE WOULD WRITE IN THE FUTURE.

3        AND HE SAID, YES, IT'S POSSIBLE THAT A VIRUS COULD TAKE

4    OVER YOUR COMPUTER AND GET TO YOUR ITUNES ACCOUNT INFORMATION.

5    SURE.  AND YET WE'RE NOT SUPPOSED TO UPDATE OUR SECURITY

6    BECAUSE HE THOUGHT SOME PEOPLE MIGHT LOSE SOME SONGS.  HE

7    AGREED THERE WERE THREATS TO THE DATABASE.

8        NEXT.

9            (SLIDE DISPLAYED TO JURY.)

10       THE DATABASE, WE HAVE TALKED ABOUT THIS, THERE'S A PICTURE

11   OF IT IN THE UPPER LEFT, IT INCLUDES THE SONG TITLE, ARTIST

12   INFORMATION, ALBUM INFORMATION, ALBUM ART, SONG LENGTH.

13       HE SAID, IF THE APPLICATIONS DESTROYED THE DATABASE THOSE

14   WOULD INTERFERE WITH THE ABILITY OF THE IPOD TO PLAY?  YES, I

15   AGREE.

16       HE SAID, PRIOR TO THE DVC, A PARTY COULD EDIT THE

17   DATABASE.  THEY COULD EDIT THE IPOD DATABASE.

18       WELL, WHAT DOES THAT MEAN?  HE EXPLAINED IT.  A

19   THIRD-PARTY COULD EDIT THE DATABASE, WHICH MEANS THEY CAN

20   CHANGE THE SONG NAMES.

21       I ASKED HIM:  IF A THIRD PARTY WHO IS NOT A NICE THIRD

22   PARTY, COULD THEY GO IN AND REWRITE THE SONG NAMES AND HAVE

23   THEM SAY TERRIBLE THINGS?  HE SAID, SURE, A PROGRAM CAN BE

24   WRITTEN TO CHANGE THE NAMES OF THE ITUNES DATABASE.

25       SO I HAVE REWRITTEN SOME SONGS HERE.  INITIALLY IT'S SORT

1    OF FUNNY.  ARENA FRANKLIN - RESPECTACY.  JOHN LENIN - GIVE

2    PIECES A CHANCE.  BUT YOU KNOW WHAT?  WHEN YOU THINK ABOUT IT,

3    IT'S NOT FUNNY.  THESE ARE GREAT ARTISTS WHO PRODUCED GREAT

4    WORK, AND THESE ARE CONSUMER IPODS.  AND PEOPLE CAN COME ON

5    THEM, ONTO THAT DATABASE AND CHANGE THESE THINGS, AND ALTER

6    THAT ARTIST'S WORK AND ALTER THAT CONSUMER DEVICE, AND THESE

7    ARE MILD TERMS.

8        PEOPLE CAN COME ON HERE AND WRITE TERRIBLE THINGS THAT I

9    WOULD NOT WRITE ON THE SCREEN AND SHOW YOU.

10       HE TALKED ABOUT MALWARE AND THE DATABASE.  IF THE USER IS

11   VICTIMIZED BY SOME ONLINE SOFTWARE THAT, YEAH, THAT ONLINE

12   SOFTWARE CAN DO BAD THINGS TO THE USER'S COMPUTER AND THE

13   DEVICES ATTACHED.

14       HE HAD NO SYMPATHY FOR CONSUMERS.  THIS WAS THE OPPOSITE

15   OF APPLE'S PHILOSOPHY.

16                  (SLIDE DISPLAYED TO JURY.)

17       HE SAID YOU'RE ON YOUR OWN WHEN YOU DOWNLOAD THAT

18   THIRD-PARTY SOFTWARE.  THIS IS THE PLAINTIFFS' PHILOSOPHY.

19   IT'S YOUR IPOD, DO WHAT YOU WANT.

20       YES, THAT'S TRUE.  BUT APPLE CAN OFFER YOU AN OPTION OF

21   WORKING WITH IPOD AND ITUNES, A GENUINE PRODUCT IMPROVEMENT

22   PROTECTED BY 7.0 THAT PROTECTS YOU FROM THIS.

23       HE SAID, IF THE USER HAS DOWNLOADED A PROGRAM EITHER

24   KNOWINGLY OR NOT KNOWINGLY THAT CHANGES THE DATABASE, THAT'S

25   BECAUSE THE USER RAN THAT PROGRAM.  IT'S THEIR DEVICE.

1    APPLE WANTS TO SELL THE BEST POSSIBLE PRODUCT.  THEY WANT

2    TO GIVE YOU THAT CHOICE.  IF OTHER PEOPLE WANT TO SELL

3    PRODUCTS THAT ENCOURAGE YOU TO DOWNLOAD PROGRAMS FROM THE

4    INTERNET, THEY CAN COMPETE.

5    AND I WANT YOU TO COMPARE DR. MARTIN'S PHILOSOPHY TO THE

6    WARNINGS THAT KAREN JUST SHOWED YOU.

7    ALL RIGHT?  THE WARNINGS PLAINTIFFS SAY AREN'T STRONG

8    ENOUGH ON THE RESTORE BUTTON, WHERE APPLE SAYS, BE CAREFUL,

9    ARE YOU SURE YOU WANT TO DO THIS?  SAVE YOUR MATERIAL.

10   ALL RIGHT?  DR. MARTIN AND PLAINTIFFS WANT TO LEAVE YOU

11   ALONE.  WHO IS GOING TO WARN THE -- WHO'S GOING TO WARN

12   CONSUMERS IF THE KEYBAG IS UNLOCKED?  IF THE DATABASE IS OPEN?

13   WHO IS GOING TO WARN THEM?

14   I DON'T THINK IT IS GOING TO BE DR. MARTIN.  DR. MARTIN

15   EVEN EXPLAINED THAT THERE CAN BE -- THAT APPLE'S REPUTATION IS

16   AT STAKE.  THERE CAN BE NO ARGUMENT ABOUT PRETEXT AFTER THAT

17   GENTLEMEN'S TESTIMONY.  BECAUSE HE ADMITTED, I -- I TALKED TO

18   HIM.

19   WHAT HAPPENS IF PEOPLE GET INTO THE IPOD?  WHAT HAPPENS TO

20   APPLE'S REPUTATION?

21   HE SAID:  WELL, YOU'RE MAKING IT SOUND LIKE YOU KNOW A

22   VERY SEVERE SECURITY BREACH IN AN IPOD.  AND CERTAINLY IF

23   THERE'S A SEVERE BREACH AND IT REFLECTED BADLY ON APPLE, THEN

24   I THINK APPLE WOULD SUFFER AS A RESULT.

25   NOW, MR. SCHULTZ WAS HERE BUT FOR A BRIEFER PERIOD THAN

CLOSING ARGUMENT – ISAACSON

1    DR. MARTIN, BUT HE HAD THE SAME PHILOSOPHY ABOUT THE DATABASE.

2    HE DIDN'T VIEW IT AS AN ATTACK FACTOR.  IT SHOULD BE OPEN.

3        YOU'VE HEARD ALL OF THE EVIDENCE ABOUT WHY IT SHOULD NOT

4    BE OPEN AND WHY IT IS A GENUINE PRODUCT IMPROVEMENT TO PROTECT

5    THAT DATABASE.

6        EVEN MR. SCHULTZ THAT ADMITTED, HOWEVER, THAT THE DATABASE

7    WAS A POINTER TO ENCRYPTED AND UNENCRYPTED CONTENT, WHICH IS

8    THE SAME THING THAT MR. FARRUGIA SAID ABOUT INDIRECT ATTACKS.

9        MR. FARRUGIA DID NOT COME BACK HERE TO REBUT THIS

10   GENTLEMAN BECAUSE THIS GENTLEMAN SAID 7.0 WAS A PRODUCT

11   IMPROVEMENT.  HE SAID IT WAS A POINTER TO ENCRYPTED AND

12   UNENCRYPTED CONTENT.

13       AND HE SAID, HE HAD A ONE-SENTENCE OPINION THAT THE MAC

14   WAS NOT A PRODUCT IMPROVEMENT.

15       AND MR. FARRUGIA AT LENGTH IN THE TESTIMONY HE HAD ALREADY

16   PROVIDED TO YOU EXPLAINED WHY IT PROVIDED A QUALITY

17   EXPERIENCE.  HE DIDN'T NEED TO COME BACK TO REPEAT THAT.

18       AND THE INTEGRITY CHECK, DR. MARTIN ADMITTED, STOPPED THE

19   CORRUPTION OF DATA, STOPPING IT FROM CHANGING SONG NAMES AND

20   ALBUM NAMES TO THINGS LIKE THAT.  TO THIRD PARTY -- I ASKED

21   HIM, THIRD-PARTY SOFTWARE THAT MISSPELLED ALL THE SONG NAMES

22   WAS NO LONGER GOING TO WORK WITH THE IPOD AFTER THE KVC AND

23   THE DVC, I HAVE THAT RIGHT, DON'T I?  YES, SIR, YOU DO.

24       A GENUINE PRODUCT IMPROVEMENT.  INCREASE SECURITY.  ALL

25   DR. MARTIN COULD SAY --

1      NEXT --

2                    (SLIDE DISPLAYED TO JURY.)

3      -- IN HIS VIEW, THE CURE WAS WORSE THAN THE DISEASE.

4   LADIES AND GENTLEMEN OF THE JURY, HE IS NOT HERE TO DIAGNOSE

5   THE DISEASE.  THE DISEASE IS THE RISK OF CORRUPTION.  IT'S THE

6   MALWARE HE IS TALKING ABOUT.  IT IS THE HARM TO IPOD PLUS

7   ITUNES AND THE QUALITY PRODUCTS.  AND HE SAID IT'S A CURE.

8      YES, WE WERE CURING SOMETHING, BUT HE THINKS WE SHOULDN'T

9   HAVE BEEN DOING THAT.

10     AND THEN WHAT DID HE ADMIT?  WHAT WE WERE DOING --

11     NEXT --

12                   (SLIDE DISPLAYED TO JURY.)

13     -- ELEMENTARY SECURITY WITH THE IPOD KEYBAG.  THAT IS WHAT

14  WAS IN 7.0.  APPLE SHOULD NOT WAIT FOR THE IPOD TO BE CRACKED

15  BEFORE IT UPGRADE SECURITY.  HE SAID, NO, I HAVEN'T SAID

16  ANYTHING LIKE THIS.  IT'S ELEMENTARY SECURITY TO PREDICT THE

17  WEAKNESSES IN YOUR SYSTEM CERTAINLY.

18     AT THE END, I WILL ASK THE QUESTION:  SHOULD DR. MARTIN BE

19  THE ONE TO TELL APPLE HOW TO MAKE QUALITY PRODUCTS?

20     NEXT.

21                   (SLIDE DISPLAYED TO JURY.)

22     HE'S MAKING ROUGHLY A HUNDRED PERCENT OF HIS INCOME FROM

23  LITIGATION CONSULTING, HE'S NEVER TAUGHT A CLASS ON, PUBLISHED

24  AN ARTICLE ON, HIRED AS AN EXPERT ON BEFORE THIS CASE OR

25  DESIGNED A DRM SYSTEM.  HIS EXACT WORDS WERE "I NEVER WORKED

CLOSING ARGUMENT - ISAACSON

1    ON ANY SINGLE PIECE OF CRYPTOGRAPHY OF SECURITY THAT WAS THEN

2    USED IN A DRM SYSTEM."

3        THIS IS WHO PLAINTIFFS OFFER YOU TO SAY ONE OF THE

4    GREATEST TECHNOLOGY COMPANIES IN THE WORLD DID NOT PROVIDE A

5    GENUINE PRODUCT IMPROVEMENT.

6        APPLE EXISTS TO CREATE, TO INNOVATE, TO PROVIDE SECURITY,

7    TO PROVIDE A GREAT CONSUMER EXPERIENCE.  THAT'S WHAT THE

8    PEOPLE WHO WORK AT APPLE DO.

9        THERE HAS NOT BEEN A SINGLE CONSUMER, A SINGLE PIECE OF

10   EVIDENCE ABOUT A CONSUMER THAT HAS BEEN PUT BEFORE YOU THAT

11   HAS SAID THAT ANY CONSUMER WAS HURT BY THE GENUINE PRODUCT

12   DEVELOPMENT OF 7.0.  IT DOESN'T EXIST.

13       ALL OF THE EVIDENCE THAT YOU HAVE HEARD IS THAT MILLIONS

14   OF PEOPLE RECEIVED A QUALITY PRODUCT THAT THEY LIKED, THAT HAD

15   SECURITY ON IT, THAT CHANGED MUSIC, AND THEN IN 7.0, CHANGED

16   MOVIES THAT MADE YOUR WORLD PORTABLE.  THAT 7.0, LIKE ALL THE

17   OTHER GENERATIONS BEFORE IT, OFFERED A GENUINE PRODUCT

18   IMPROVEMENT.  IT PROVIDED CONSUMERS A CHOICE.  SOMETHING YOU

19   COULD DECIDE WHETHER IT WAS A QUALITY PRODUCT.

20       WE ARE ASKING YOU TO SAY THIS WAS A GENUINE PRODUCT

21   IMPROVEMENT BECAUSE HOLDING -- WE DON'T WANT YOU TO HOLD A

22   GREAT COMPANY LIABLE AND TO TELL THEM TO STOP INNOVATING, TO

23   STOP INNOVATING BASED ON NONSENSE IN THIS CASE.  NO EVIDENCE

24   WHATSOEVER AND ONE DOCTOR AND -- ONE DOCTOR WHO COMES ROLLING

25   INTO COURT WITH HIS VERY LIMITED OPINION ADMITTING ALL THESE

1    OTHER THINGS, AND A SINGLE ENGINEER WHO TALKED TO YOU ABOUT A

2    MAC.  DON'T TELL APPLE TO STOP INNOVATING.

3        LAST THING I AM GOING TO SAY TO YOU IS YOU'VE WORKED HARD,

4    YOU'VE PAID ATTENTION.  THE EVIDENCE AND THE LAW WILL GUIDE

5    YOU THROUGH THE NEXT STEP.  AND IT'S VERY SIMPLE HOW TO FILL

6    OUT THIS VERDICT FORM.

7        LET APPLE INNOVATE.  LET APPLE PROVIDE SECURITY.  7.0 WAS

8    A GENUINE PRODUCT IMPROVEMENT, AND THE EVIDENCE AND LAW WILL

9    TELL YOU THAT.

10       KAREN AND I THANK YOU FOR YOUR TIME.

11           THE COURT:  OKAY.  LADIES AND GENTLEMEN, LET'S GO

12   AHEAD AND TAKE A BREAK.  THERE ARE -- STRETCH.  THERE'S

13   SUSTENANCE FOR YOU.  WE WILL CALL YOU BACK IN IN ABOUT 15

14   MINUTES.

15       (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

16           THE COURT:  THE RECORD WILL REFLECT THE JURY HAS LEFT

17   THE COURTROOM.  REBUTTAL, HOW LONG IS THAT GOING TO BE

18   APPROXIMATELY, MR. COUGHLIN?

19           MR. COUGHLIN:  I WOULD SAY ABOUT 20 MINUTES, 25

20   MINUTES.

21           THE COURT:  GOOD ENOUGH.  WE WILL STAND IN RECESS FOR

22   ABOUT 15 MINUTES.

23       (RECESS TAKEN AT 1:38 P.M.; RESUMED AT 1:54 P.M.)

24       (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

25           THE CLERK:  REMAIN SEATED.  COURT IS IN SESSION.

1    COME TO ORDER.

2         (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

3         **THE COURT:**  OKAY.  WE ARE BACK ON THE RECORD.  THE

4    RECORD WILL REFLECT THAT THE JURY IS BACK.

5       REFRESHED?  ALL RIGHT.

6       MR. COUGHLIN WILL CLOSE WITH A REBUTTAL.

7         **MR. COUGHLIN:**  THANK YOU, YOUR HONOR.

8         **THE COURT:**  MR. COUGHLIN.

9         **THE WITNESS:**

10                **REBUTTAL CLOSING ARGUMENT**

11        **MR. COUGHLIN:**  LADIES AND GENTLEMEN, THIS IS THE LAST

12   CHANCE I WILL GET TO TALK TO YOU BEFORE YOU START YOUR

13   DELIBERATIONS, AND I APPRECIATE YOUR ATTENTION THROUGH THIS

14   TIME, AND TIME AND EFFORT THAT IT'S OBVIOUS YOU ARE PUTTING IN

15   BECAUSE WE CAN SEE HOW HARD YOU ARE WORKING.

16       BUT COUNSEL SAID SOME THINGS THAT I HAVE TO TALK ABOUT.

17   THEY BOTH SAID THAT 7.4 WAS NO LONGER IN THE CASE.  LIKE THAT

18   HAD SOME MEANING, BUT THEY DIDN'T EXPLAIN WHAT IT MEANT THAT

19   SOMEHOW DVC WAS GONE.  NOT TRUE.

20       KVC AND DVC ARE BOTH IN THIS CASE BECAUSE THEY WERE BOTH

21   IN 7.0.  ROD -- ROD'S ALGORITHM WAS IN 7.0 AND THAT'S WHAT HE

22   TESTIFIED.  IT WAS SWITCHED ON LATER IN RESPONSE TO

23   COMPETITION THREATS, AND WE WILL TALK ABOUT THAT IN A MINUTE.

24       SO THAT IS IN THE CASE, AND THAT'S PART OF WHAT YOU WILL

25   BE DECIDING ABOUT THOSE TWO PRODUCTS AND WHETHER OVERALL THAT

1    WAS A PRODUCT IMPROVEMENT.

2        WE THINK YOU JUST JUDGE THOSE TWO PRODUCTS ALONE AND DON'T

3    LOOK AT EVERYTHING, BUT EVEN IF YOU TAKE EVERYTHING INTO

4    ACCOUNT, THEY MODIFY EVERYTHING AND THEY CHANGE THE USER

5    EXPERIENCE, THEY KEEP OUT COMPETITION, THEY REDUCE CONSUMER

6    CHOICE, AND THEY DEGRADE YOUR EXPERIENCE IN USING YOUR IPOD.

7        YOU NO LONGER HAVE A CHOICE.  WHAT YOU HAD A CHOICE

8    BEFORE, THEY SAYS, GO USE THE OLD IPODS, YOU NO LONGER HAVE A

9    CHOICE, AND THAT'S NOT OKAY.  THAT'S NOT WHAT THE SHERMAN

10   ACT -- THE PURPOSE OF THE SHERMAN ACT IS TO ENCOURAGE

11   COMPETITION.  AND THAT'S NOT WHAT THESE PRODUCTS DID.  THEY

12   WERE -- THEY DEGRADED THE USER EXPERIENCE.

13       COUNSEL TALKED ABOUT HERE HOW NOBODY SEEMED TO KNOW NAVIO.

14   WELL, IT SEEMED THEY SPENT A LOT OF TIME LOOKING UP NAVIO,

15   CHECKING ON NAVIO'S PROGRESS, LOOKING INTO THEY WERE GOING TO,

16   I GUESS, QUALIFY NAVIO, ACCORDING TO MR. FARRUGIA.  MR. JOBS

17   LOOKED AT NAVIO.  MR. ROBBINS LOOKED AT NAVIO AND SAID, HEY,

18   THEY WILL BE BROKEN IN THE NEXT RELEASE.

19       IT'S ODD THAT THEY SPENT SO MUCH TIME EMAILING, AT THE TOP

20   OF THE COMPANY, AT THE TOP ECHELONS OF THE COMPANY WHEN NOBODY

21   SEEMED TO CARE ABOUT THEM.

22       THEY TALKED ABOUT HOW MR. FARRUGIA BEGAN LAUNCHING --

23   HARMONY LAUNCHED IN APRIL OF 2005 MS. DUNN SAID.  ACTUALLY

24   HARMONY LAUNCHED IN JULY OF 2004.  YOU SAW IT WAS OPERATIONAL

25   FOR A NUMBER OF MONTHS BEFORE 4.7.  THE RSA PUBLIC EMBEDDED

1    KEYBAG CAME ON.  SO IT HAD ALREADY LAUNCHED BEFORE

2    MR. FARRUGIA EVER GOT TO THE COMPANY AND IT HAD BEEN KNOCKED

3    OFF FOR A WHILE AND THEN CAME BACK ON.  SO IT HAD GONE OUT AND

4    THEN COME BACK.

5        THEY ARGUE REAL IS A TINY PLAYER, AND SO LET'S NOT

6    CONSIDER THEM, THEY ARE SUCH A SMALL PART OF THE MARKET.

7    OKAY?  WE DON'T HAVE TO WORRY ABOUT THEM.

8        WHAT WE SAW, THAT REAL IMPACTED THE DIGITAL DOWNLOAD

9    MARKET OF APPLE BY 10 PERCENT.  THEY REDUCED THEIR SHARE.

10   THAT'S HOW SMALL A COMPETITOR.

11       WE SAW THAT THEIR PLAYER WAS 13 PERCENT OF THE MARKET,

12   THESE ARE APPLE'S DOCUMENTS, VERSUS 17 FOR ITUNES.  I THINK

13   THAT'S THE A SIGNIFICANT PLAYER.

14       ONE OF THE THINGS THEY SAID TO YOU OVER AND OVER AGAIN, IS

15   YOU DIDN'T SEE SOMEBODY COME IN HERE AND HAVE THESE THINGS

16   HAPPEN TO THEM.  WELL, THE WAY TO MEASURE IS NOT HAVE A RANDOM

17   SET OF PEOPLE COME IN AND TALK TO YOU ABOUT THEIR OWN

18   EXPERIENCE.  MARIANNA ROSEN DID A LITTLE BIT OF THAT, BUT A

19   RANDOM PERSON COME IN AND TALK TO YOU ABOUT THEIR EXPERIENCE.

20   WHAT DOES THAT TELL YOU?  HOW WIDESPREAD WAS IT?  WHO DID IT

21   AFFECT?

22       LET'S START WITH THE FIRST THING.  ONE, THERE'S NO

23   QUESTION ABOUT WHAT THESE TWO PRODUCTS DID.  THE FIRST ONE,

24   THE KVC DELETED THE KEYBAG.  YOU COULD NO LONGER PLAY THE

25   SONGS.  OKAY?

1      THE NUMBER TWO, FROZE UP YOUR DATABASE.  YOU HAD TO GO

2   RESYNC, GET EVERYTHING OFF IT, RESTORED THE BACK-TO-FACTORY

3   SETTING.

4      THERE IS NO DISPUTE ABOUT WHAT THESE PRODUCTS DID AND WHAT

5   THE IMPACT WAS.  THEY GO, OH, IT'S -- YOU KNOW, THEY SAID,

6   HE'S WRONG, HE DIDN'T UNDERSTAND.  I UNDERSTAND.  I UNDERSTAND

7   YOU CAN PLAY A SONG AND THEN YOU COULDN'T PLAY A SONG.  OKAY?

8      IF I WANT TO GO THROUGH THE THREE STEPS, WHICH WE DO,

9   OKAY, THAT'S WHAT HAPPENS THOUGH.  THE END RESULT IS THE

10   KEYBAG IS GONE, YOU GET A NEW ONE.  OKAY?  AND YOUR DATABASE

11   IS GONE AND YOU GET A FACTORY ONE.  OKAY?

12      IF THAT'S NOT DELETING THE KEYBAG AND BLOWING UP THE

13   DATABASE, I DON'T KNOW WHAT IS.  WHEN YOU TALK ABOUT A FEW

14   PEOPLE, WHETHER THEY CAME IN OR NOT, THE WAY TO MEASURE THAT

15   IS WITH A REGRESSION ANALYSIS.

16      YOU CAN'T GET A PROPER MEASUREMENT OF THE IMPACT OF THESE

17   PRODUCTS UNLESS YOU USE AN REGRESSION ANALYSIS.  IT'S THE WAY

18   TO ISOLATE THE VARIABLES.  THAT'S NOT WHAT YOU ARE GOING TO BE

19   DOING IN THIS PART OF THE TRIAL, BUT THEY KEPT TALKING ABOUT

20   WHO WOULD OR WOULDN'T COME IN AND THAT IS NOT THE WAY TO DO

21   IT.

22      THE WAY TO DO IT IS LOOK AT THE SEQUENCE OF EVENTS, WHEN

23   HARMONY FIRST CAME ON IN 2004, WHEN IT CAME BACK ON IN 2005,

24   AND THEN WHEN 7.0 CAME IN, AND TAKE A LOOK AT THOSE EVENTS AND

25   ISOLATE THEM OUT, YOU KNOW, WITH AN ECONOMIC ANALYSIS TO SEE

1    IF THERE WAS REALLY AN IMPACT.

2        AND THEN DR. NOLL DID CONSIDER THE OTHER FEATURES TO SEE

3    IF THERE WAS A PRICE IMPACT, AND THAT'S WHEN HE FOUND THAT

4    THERE WAS A PRICE IMPACT, THAT APPLE WAS ABLE TO CHARGE

5    RESELLERS AND CONSUMERS MORE THAN THEY OTHERWISE WOULD HAVE IF

6    THESE PRODUCTS HAD NOT BEEN AROUND.

7        NOW THEY REALLY WENT AFTER DR. MARTIN.  WELL, DR. MARTIN

8    IS A PH.D.  HE IS A PH.D. FROM 1999.  HE THEN WAS AN ASSISTANT

9    PROFESSOR IN COMPUTER SCIENCE AT THE UNIVERSITY OF

10   MASSACHUSETTS LOWELL.  HE ALSO TAUGHT CLASSES IN PRINCIPLES OF

11   CRYPTOGRAPHY AND NETWORK SECURITY, APPLIED COMPUTER SECURITY,

12   COMPUTER NETWORKING.  SO, DR. MARTIN HAS A PRETTY GOOD

13   BACKGROUND.  PRETTY DARN GOOD BACKGROUND.

14       BUT HE WASN'T IN HERE TO TELL APPLE HOW TO DO WHAT THEY

15   SHOULD DO OR WHAT THEY SHOULD DO.  HE WAS IN HERE TO EXPLAIN

16   THE PROCESSES OF WHAT ACTUALLY HAPPENED HERE.

17       BUT IT'S ODD THAT THEY SHOULD ATTACK DR. MARTIN.  THEY

18   KNOW IN AN ANTITRUST CASE, MOST -- IT'S ALSO TRUE FOR

19   SECURITIES CASES, MOST OF THE WITNESSES THAT YOU WILL HEAR,

20   AND THIS IS WHAT YOU HEARD, ARE FROM THE COMPANY OR COMPANIES

21   INVOLVED.  OKAY?  BECAUSE THEY ARE THE PEOPLE THAT WERE

22   INVOLVED IN THOSE THINGS.

23       AND WHAT YOU DO IN THESE CASES IS THEY TAKE THE STAND AND

24   THEY HAVE GIVEN A REASON FOR WHAT THEY DID.  THEIR REASON WAS

25   THAT THEY WERE ATTEMPTING TO STOP CORRUPTION.  OKAY?  THAT'S

1    WHAT THEY SAID.

2        THEY PUT IN A SYSTEM THAT DOESN'T TELL YOU WHETHER

3    SOMETHING IS COMING IN IS CORRUPT OR NOT.  IF YOU TOUCH THE

4    KEYBAG, THAT'S IT.  YOU HAVE TO GO RESYNC AND GET A NEW

5    KEYBAG.  OKAY?  IF YOU TOUCH THE DATABASE, WHICH HAS THE

6    SIGNING, THAT'S IT, EVERYTHING HAS TO BE DELETED AND RESTORED.

7    THE SYSTEM THAT THEY PUT IN DOESN'T DETECT CORRUPTION.

8        WHEN WE LOOK AT THE CONTEMPORANEOUS DOCUMENTS, THAT'S NOT

9    WHAT THEY ARE TALKING ABOUT.  CERTAINLY MR. FARRUGIA SOMETIMES

10   SAYS, HEY, IF YOU COME INTO MY WORLD, I THINK THAT'S

11   CORRUPTION.  OKAY?  BUT THEY ARE NOT ACTUALLY TALKING ABOUT

12   SOME MALWARE OR SOMETHING ELSE THAT COMES IN.

13       THINK ABOUT WHAT THE IPOD WAS FROM ITS INCEPTION TO THIS

14   TIME PERIOD IN 2006, 2007.  IT WAS A PORTABLE DIGITAL PLAYER,

15   RIGHT, THAT YOU COULD RIP SONGS ONTO, RIP, MIX, AND BURN, THE

16   RIP MIX AND BURN CAMPAIGN THAT YOU COULD SHARE FILES WITH

17   SOMEBODY ELSE.  AND THE ONLY THING -- AND THE ONLY SONGS --

18   THE SONGS YOU GOT WERE FROM ITUNES THAT YOU PAID FOR WITH DRM

19   PROTECTION.

20       BUT, THEY SAY, HEY, WE HAVE TO PROTECT THE HOUSE HERE, WE

21   HAVE A SCREEN DOOR HERE, WE HAVE GOT THESE HACKS COMING IN, SO

22   LET'S PLUG UP THESE HACKS.

23       MEANWHILE, THE IPOD WAS DESIGNED TO LET ANY CONTENT THAT

24   YOU WANTED IN.  YOU COULD PUT ANY FILE THERE, YOU COULD PUT

25   ANY MUSIC, ANY FREE MUSIC, ANY SHARED MUSIC, ANY OF YOUR CD'S,

REBUTTAL CLOSING ARGUMENT – COUGHLIN

1    OKAY?  ALL THIS STUFF WHERE NOW THEY HOLD THEIR HEAD, OH, MY

2    GOD, WE ARE WORRIED ABOUT CORRUPTION.  YOU ARE GOING TO

3    CORRUPT YOUR SYSTEM IF WE DON'T PROTECT YOU.

4        AND WHAT THEY DID IS THEY LOCKED DOWN YOUR DATABASE SO

5    THAT YOU COULD NO LONGER HAVE A THIRD PARTY ORGANIZING YOUR

6    FILES ON IT.  OKAY?  THEY WERE GOING TO TELL YOU -- THEY TOOK

7    AWAY CHOICES.  THEY DIDN'T GIVE YOU ANY CHOICES.  THEY REMOVED

8    YOUR CHOICES.

9        BY REMOVING THOSE CHOICES, THEY AFFECTED AND IMPACTED

10   COMPETITION.  TRY IT.  YOU NEVER SAW NAVIO COME LIVE AFTER

11   THEY PUT THIS IN.  I THINK THE INFERENCES YOU CAN DRAW FROM

12   THAT ARE WHY.  YOU DIDN'T SEE REAL BACK ON THEIR SYSTEM AFTER

13   THEY IMPLEMENTED THESE THINGS.  THAT WAS THE IMPACT ON THE

14   COMPETITION.  ON SOMETHING THAT CONSUMERS WERE CHOOSING OR

15   NOT.  YOU CHOOSE TO GO WITH THE REALPLAYER IF YOU WANT TO, BUT

16   NOW APPLE WAS TELLING YOU WHO YOU COULD CHOOSE AND WHO

17   COULDN'T.  WHO COULD COME INTO YOUR HOUSE.  THAT'S YOUR

18   CHOICE.

19       YOU MIGHT GET SOME MALWARE OR SOMETHING ELSE, BUT DON'T

20   YOU WANT TO BE ABLE TO MAKE THAT DECISION ABOUT REACHING OUT

21   AND GETTING SOMETHING IF YOU THINK IT HELPS YOU BETTER TO GET

22   A BETTER PROGRAM, GET A BETTER PLAYER?  THAT SHOULD BE YOUR

23   CHOICE, NOT APPLE'S.

24       I JUST WANT TO TAKE A LOOK AT SOME OF THE DOCUMENTS THAT

25   THEY WENT THROUGH.

1        IF WE CAN PULL UP THE 246.

2                (SLIDE DISPLAYED TO JURY.)

3        OKAY.  DR. KELLY WENT THROUGH THIS DOCUMENT IN TRIAL.  IF

4    WE CAN GO TO STEP NUMBER 2.

5        TALKS ABOUT -- THAT WAS IT.  THAT'S IT.  IT TALKS ABOUT

6    THERE'S A NUMBER OF STEPS IN THIS DOCUMENT.  I WANT YOU TO

7    TAKE A LOOK AT IT.

8        THERE'S ACTUALLY SEVEN STEPS AND THEN A NUMBER OF THINGS

9    THEY HAVE TO DO.  AND THEY MADE A BIG DEAL THAT SAID, IF YOU

10   HAVE ANY PROBLEMS, CALL APPLE TECHNICAL SUPPORT, LIKE THAT

11   INCREASED THE APPLE TECHNICAL SUPPORT TIME.

12       THESE FIRST SIX STEPS HAVE TO DO WITH INSTALLING ITUNES.

13   NOT WITH REAL.  NOT WITH THE REALPLAYER.  THAT IS THE SEVENTH

14   STEP.  SO IF YOU HAVE TROUBLE, THAT'S RIGHT, THEY ARE GIVING

15   ADVICE ON HOW THEY DO THAT.  SO TAKE A CLOSE LOOK AT THIS

16   DOCUMENT AND YOU WILL SEE.

17       LET'S TAKE A LOOK AT THE NEXT DOCUMENT, EXHIBIT 2394.

18               (EXHIBIT DISPLAYED TO JURY.)

19       THIS IS A -- DATED JULY 13TH, 2006, JUST A COUPLE OF

20   MONTHS BEFORE THE KVC AND DVC ARE IN 7.0.  AND THIS IS A

21   DOCUMENT THAT TALKS ABOUT THE PRODUCT FEATURES.  AND SO YOU

22   CAN LOOK AT THE DIFFERENT PRODUCT FEATURES.

23       IF WE GO TO THE BACK OF THIS DOCUMENT, IT HAS WHAT THEY

24   SAY ARE THE TOP -- NEXT PAGE -- LISTED THE TOP TEN ISSUES FROM

25   SEPTEMBER '05 TO FEBRUARY OF '06.  THEY ACTUALLY HAVE A LIST

1    AND IT ACTUALLY HAS NUMBERS SO YOU CAN SEE WHAT THE COMPLAINTS

2    WERE.  OKAY?

3        TAKE A LOOK AT THESE COMPLAINTS WHEN YOU GO BACK IN THE

4    BACK.

5        THERE'S NOTHING IN THIS DOCUMENT THAT TALKS ABOUT

6    THIRD-PARTY PLAYERS CORRUPTING THE SYSTEM.  THEY GO ALL THE

7    WAY DOWN TO LESS THAN 3 PERCENT.  AND THEY HAVE DIFFERENT

8    THINGS LISTED AND NOT.

9        AND APPLE WILL SAY, HEY, WELL, SOME OF THESE COULD HAVE

10   BEEN CAUSED, BUT THE MAJORITY OF THESE THINGS IT'S EASY TO SEE

11   THEY WERE NOT CAUSED BY THIRD-PARTY PLAYERS.

12       SO, THIS -- THERE'S A BOGEYMAN OUT THERE AND, OH, MY GOD,

13   WE HAVE TO SAVE YOU FROM THE CORRUPTION THAT APPARENTLY YOU

14   WERE ABLE TO LIVE WITH YOUR IPOD TO BECOME THE NUMBER ONE

15   PLAYER FOR FOUR YEARS IS A NEW MADE-UP ARGUMENT TO BLOCK

16   COMPETITION BECAUSE IT USED TO PLAY YOUR MP3 SONGS ON YOUR

17   IPOD ANY TIME YOU WANTED WITH THE PLAYER THAT YOU WANTED TO

18   PLAY IT WITH.

19       IF I CAN TAKE A LOOK AT THE NEXT ONE, EXHIBIT 2247.

20              (EXHIBIT DISPLAYED TO JURY.)

21       TAKE A LOOK AT THE TOP HERE.  WHEN THEY ARE ACTUALLY

22   LOOKING AT THE HACKERS, AND THIS PYMUSIQUE THAT THEY KEPT

23   TALKING ABOUT, THEY FOUND OUT AND WE TALKED A LITTLE ABOUT

24   DURING THE TRIAL, THAT THE NUMBER VERSUS THE TENS OF MILLIONS,

25   THEY WERE ABLE TO START TRACKING THE USERS THAT WERE USING

1    THESE PROGRAMS, 259.  I WOULD SUBMIT THAT 259 IS NOT THE QUOTE

2    70 PERCENT OF THE USER BASE THAT THE LABELS WERE CONCERNED

3    ABOUT.  THESE NUMBERS ARE TINY.  TINY.

4        IF WE CAN TAKE A LOOK AT THE NEXT EXHIBIT.

5                    (EXHIBIT DISPLAYED TO JURY.)

6        THIS IS A STRUCTURAL ISSUE THAT WE HAD SEEN COME UP

7    BEFORE.  AND THEY TALKED A LITTLE ABOUT THEM.  I JUST WANT TO

8    GO THROUGH THEM BRIEFLY.

9        ONE OF THE THINGS NOT ON THE ONE I WAS USING WAS THE

10   STRUCTURAL SIMILARITY BETWEEN THE IPOD AND THE DESKTOP.

11   DR. KELLY CAME UP HERE AND HE SAID, OH, THAT REALLY INCREASES

12   SECURITY.  THAT'S BETTER BECAUSE WE CAN DO A LOT OF THINGS.

13       IT'S ODD THOUGH.  WHEN YOU LOOK AT 4.6, ITUNES 4.6, HE

14   SAID THE FACT THAT THERE WAS A STRUCTURAL SIMILARITY BETWEEN

15   THE TWO WAS A VULNERABILITY.  THOSE WERE HIS STATEMENTS.

16   OKAY?

17       LET'S TALK ABOUT THIS INDIVIDUAL ENCRYPTION.  THEY PUT

18   THIS UP AND SAID THIS IS WHAT THE IMPROVEMENTS WERE.  WELL, I

19   FIND IT INTERESTING.

20       SO, INDIVIDUAL ENCRYPTION OF ACCOUNT KEYS IS THE FIRST

21   ONE, RIGHT, IN THE IPOD.  THEY PUT THIS UP FOR 7.0.  WELL, YOU

22   KNOW WHEN THOSE WERE ENCRYPTED?  THE INDIVIDUAL ACCOUNT KEYS

23   WERE DONE IN THE 4.7.  AND IN THE DESKTOP KEYBAG, THEY WERE

24   DONE IN 6.0.  SO BOTH WERE DONE PRIOR TO 4.7.

25       AND I WENT THROUGH THAT WITH DR. KELLY.  OKAY?  HE DIDN'T

1    KNOW I WAS GOING TO STAND UP HERE AT THE END AND SAY, IT WAS

2    ALREADY DONE, BUT THE THING THAT THEY PUT UP WAS ALREADY DONE.

3        LET'S TAKE A LOOK AT THE ENCRYPTION OF THE KEYBAG AS A

4    WHOLE.  OKAY?  ODDLY ENOUGH, THIS NEW FEATURE THAT'S SUPPOSED

5    TO BE SO GREAT WAS DONE IN 4.6.  THEN IT WAS UNDONE IN 4.7 AND

6    THEN BACK IN BEING DONE IN 7.0.  SO, ALL OF THESE THINGS HAD

7    BEEN TRIED BEFORE.

8        AND FINALLY WE GET DOWN TO THE KEYBAG INTEGRITY CHECK,

9    WHICH IS THE KVC, IS WHAT I USE AS THE KVC.

10       SO THESE AREN'T IMPROVEMENTS.  THESE ARE THINGS THEY HAD

11   BEEN WORKING ON AND PUTTING IN, PUTTING IN IN 6.0, 4.7.  IN

12   FACT, NOBODY EVER BROKE THE IPOD KEYBAG AFTER THEY PUT IN THAT

13   RSA PUBLIC VERSUS PRIVATE KEY IN THE 4.7.  NOBODY EVER AGAIN

14   BROKE IT.  AND THAT WAS IN LATE 2004 THAT THEY PUT THAT IN.

15   AND ALL THE HACKERS THAT THEY SHOWED NEVER GOT THROUGH.

16       THEY PUT UP THIS SIDE.  THEY SAID, LOOK, CLOAKWARE -- NEXT

17   DOCUMENT --

18                   (SLIDE DISPLAYED TO JURY.)

19       THEY PUT UP HERE, LOOK CLOAKWARE, WAS LOOKING AT THE IPOD

20   KEYBAG AND IT'S SPOOF ATTACK.  AND THE IPOD KEYBAG PUBLIC KEY

21   REPLACEMENT ATTACK.

22       YOU KNOW WHAT I FOUND ODD WHEN THEY DID THIS?  THIS IS

23   PART OF A FOUR-BOX CHART.  AND THEY DON'T PULL UP THE OTHER

24   TWO BOXES.  LET'S PULL THAT UP.

25       THESE THINGS WERE SO THEORETICAL THAT THEY WERE OUT OF

REBUTTAL CLOSING ARGUMENT – COUGHLIN

1    SCOPE.  SO WHEN YOU GO BACK THERE AND LOOK AT THAT, MS. DUNN

2    JUST SHOWED YOU THIS SLIDE NOT 25 MINUTES AGO, SHE DIDN'T

3    INCLUDE THE TWO BOXES AT THE END.  SO TAKE A LOOK AT THAT WHEN

4    YOU GO BACK.

5        TAKE A LOOK AT EXHIBIT 461.  NEXT EXHIBIT.

6              (EXHIBIT DISPLAYED TO JURY.)

7        IF WE TAKE A LOOK AT THE SECOND PARAGRAPH HERE.

8        BLOW UP THAT.

9        THIS IS JUST WEEKS, THIS IS JUST WEEKS BEFORE IT'S FINALLY

10   ANNOUNCED WHAT AMAZON IS GOING TO DO.  YOU SAW MS. DUNN TALK

11   ABOUT AMAZON.  JUST WEEKS BEFORE THEY ANNOUNCED, APPLE

12   RECEIVED NOTICE ANYWAY THAT AMAZON WAS COMING OUT WITH SOME

13   KIND OF OEM JUKEBOX.  THAT WOULD HAVE BEEN A THIRD-PARTY

14   PLAYER.  IF THEY HAD COME OUT WITH AN OEM JUKEBOX, THEY WOULD

15   NOT HAVE BEEN ABLE TO PLAY IF THE DVC WAS FLIPPED ON.  THEY

16   WOULD NOT HAVE BEEN ABLE TO PLAY.  NOW, THEY CAME OUT WITH A

17   CLICK DOWN TO THE ITUNES TO PLAY ON THE IPOD WITH THEIR

18   55 MILLION-DOLLAR EMBEDDED THING.

19       LET'S GO TOP THE BACK OF THAT DOCUMENT.  PAGE 3.

20              (SLIDE DISPLAYED TO JURY.)

21       THERE WERE OTHER COMPETITORS IN THE MARKET ALSO.  IF WE

22   LOOK AT HERE, ABOUT THE FOURTH THING DOWN, FOURTH DOT DOWN,

23   ALL THE WAY ACROSS THAT LINE AND PULL THAT OUT, PLEASE.

24       THERE WERE OTHER COMPETITORS COMING OUT IN THE MARKET, AND

25   HERE IS AN EXAMPLE OF REAL DOING SOMETHING DIFFERENT THAN

1  THEIR DRM.  THEY ARE COMING OUT WITH A DRM-FREE EFFORT, OKAY,

2  INCLUDING THE UNIVERSAL DRM-FREE TRIAL LAUNCH TODAY, AND WILL

3  BE INCLUDED IN RHAPSODY AMERICA.

4      IN OTHER WORDS, AFTER THE KVC IS FLIPPED ON, THERE ARE

5  OTHER PEOPLE TRYING TO GO THE FREE DRM ROUTE.  OKAY?  THAT'S

6  WHAT'S HAPPENING JUST IN THE MARKETPLACE AS THEY SWITCH ON THE

7  DVC.

8      I'M ONLY GOING TO KEEP YOU ANOTHER MINUTE.  LET'S TAKE A

9  LOOK AT THIS CHART HERE.  IT'S A FEW EXHIBITS DOWN.

10              (SLIDE DISPLAYED TO JURY.)

11      MS. DUNN, I BELIEVE, SHOWED YOU THIS CHART.  SAID, OH,

12  LOOK IT, OH, MY GOD, LOOK AT ALL THE HACKS WE HAD.  YOU KNOW

13  WHAT?  THEY HAD HACKS.  AND THE RECORD LABELS WANTED THEM TO

14  DO THIS AND THAT ABOUT THEM.  NO DOUBT ABOUT IT.  THE QUESTION

15  WAS, HOW SERIOUS WAS THAT.

16      I THINK WHAT YOU SAW HERE IS IF WE TAKE A LOOK FROM THE

17  4.7, THERE WAS NOT ALL OF THOSE HACKS GOING ACROSS THAT TIME

18  LINE, ALL THOSE HACKS WERE DONE AT THE DESKTOP OR THEY

19  INTERCEPTED THE SONGS OR THEY STRIPPED THE DRM.

20      NOT A SINGLE ATTACK AFTER 4.7, THE PUBLIC PRIVATE KEYBAG,

21  NOT A SINGLE ATTACK WAS ON THE IPOD.

22      THE IPOD IS A DEVICE THAT WAS LIKE THE ROACH MOTEL, THINGS

23  WENT IN AND OUT.  THEY TALKED ABOUT HOW THINGS CHANGED A

24  LITTLE LATER, BUT THAT WAS NOT THE PLACE FOR THE ATTACKS.  AND

25  AFTER THE PUBLIC AND PRIVATE KEY WAS IN THAT PLACE -- YOU SAW

1    THAT QUESTION ON THE INTERNET?  OH, AM I MISSING SOMETHING?

2    ISN'T THAT THE PLACE TO ATTACK?

3        YEAH, BUDDY, YOU ARE MISSING SOMETHING.  YOU CAN'T ATTACK

4    THAT.  THAT'S ALMOST NEARLY IMPOSSIBLE.  MAYBE IF YOU WERE MIT

5    AND RUNNING A GAZILLION MACHINES YOU COULD HAVE, THAT IS NOT

6    WHERE HACKS WERE.

7        LADIES AND GENTLEMEN, THE KVC OR DVC WAS NOT DESIGNED TO

8    DETECT CORRUPTION.  IF ANYTHING TOUCHED THOSE AREAS, THE

9    KEYBAG FOR THE KVC OR THE DATABASE FOR THE DVC, OKAY, BAD

10   THINGS HAPPENED TO YOU.

11       YOUR USER EXPERIENCE WAS DOWNGRADED.  THEY DID NOT DETECT

12   FOR CORRUPTION AT ALL.  THEY WERE NOT MADE TO BE ROBUST AND

13   ISOLATE CORRUPTION, SKIP OVER CORRUPTION OR DO ANY OF THOSE

14   THINGS THEY WERE MADE FOR WHAT I SAID WAS A KNOCK OUT ONE-TWO

15   PUNCH, AND THEY DID THAT TO COMPETITION.

16       THEY WERE DIRECTED TO COMPETITION AND THEY DOWNGRADED THE

17   USER EXPERIENCE.  I THINK IN THOSE CIRCUMSTANCES, I THINK THE

18   RIGHT BOX TO CHECK IS THAT IT WAS NOT A GENUINE PRODUCT

19   IMPROVEMENT, AND THAT YOU CAN TAKE THE INVENTOR'S WORD FOR IT,

20   AND HE GOT UP HERE, VERY COURAGEOUSLY AND GAVE YOU A STRAIGHT

21   OPINION ABOUT THAT, THAT IT WAS NOT A PRODUCT OR A SECURITY

22   IMPROVEMENT.

23       THANK YOU VERY MUCH, LADIES AND GENTLEMEN.

24           **THE COURT:**  ALL RIGHT.

25       LADIES AND GENTLEMEN, BECAUSE YOU MUST BASE YOUR VERDICT

```
 1    ONLY ON THE EVIDENCE RECEIVED IN THIS CASE AND ON THE COURT'S
 2    INSTRUCTIONS, THE COURT REMINDS YOU THAT YOU MUST NOT BE
 3    EXPOSED TO ANY INFORMATION ABOUT THE CASE OR THE ISSUE IT
 4    INVOLVES, EXCEPT THAT YOU NOW GET TO DISCUSS THE CASE WITH
 5    YOUR FELLOW JURORS.
 6        DURING YOUR DELIBERATIONS, DO NOT COMMUNICATE WITH ANYONE
 7    IN ANY WAY.  DO NOT LET ANYONE COMMUNICATE WITH YOU IN ANY WAY
 8    ABOUT THE MERITS OF THIS CASE, OR ANYTHING TO DO WITH IT.
 9        THE ADMONISHMENT CONTINUES THAT I HAVE BEEN GIVING YOU,
10    THAT THAT INCLUDES DISCUSSING THE CASE IN PERSON, IN WRITING,
11    BY PHONE OR ELECTRONIC MEANS, VIA EMAIL, TEXT MESSAGING, OR
12    ANY INTERNET CHAT ROOMS, BLOG, WEBSITE, OR OTHER MEANS.
13        THIS APPLIES TO COMMUNICATIONS WITH YOUR FAMILY, YOUR
14    EMPLOYER, THE MEDIA OR PRESS, OR THE PEOPLE INVOLVED IN THIS
15    TRIAL.  IF YOU'RE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR
16    JURY SERVICE, OR ANYTHING ABOUT THIS CASE, YOU MUST RESPOND
17    THAT YOU HAVE BEEN ORDERED NOT TO DISCUSS THE CASE AND YOU
18    MUST REPORT THE CONTACT TO THE COURT.
19        DO NOT READ, WATCH, OR LISTEN TO ANY NEWS OR MEDIA
20    ACCOUNTS OR COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH
21    IT.  DO NOT DO YOUR OWN RESEARCH.  DO NOT CONSULT
22    DICTIONARIES.  DO NOT SEARCH THE INTERNET.  DO NOT USE ANY
23    OTHER REFERENCE MATERIALS.  DO NOT MAKE ANY INVESTIGATION OR
24    IN ANY OTHER WAY TRY TO LEARN ABOUT THE CASE ON YOUR OWN.
25        THE LAW REQUIRES THESE RESTRICTIONS TO ENSURE THAT THE
```

2289

1   PARTIES HAVE A FAIR TRIAL BASED UPON THE SAME EVIDENCE THAT

2   EACH PARTY HAD AN OPPORTUNITY TO ADDRESS.  A JUROR WHO

3   VIOLATES THESE RESTRICTIONS JEOPARDIZES THE FAIRNESS OF THESE

4   PROCEEDINGS AND A MISTRIAL COULD RESULT WHICH WILL REQUIRE THE

5   ENTIRE TRIAL PROCESS TO START OVER.

6       IF ANY JUROR IS EXPOSED TO ANY OUTSIDE INFORMATION, PLEASE

7   LET THE COURT KNOW IMMEDIATELY.

8       WHEN YOU GO BACK TO THE JURY ROOM, THE FIRST THING YOU

9   SHOULD DO IS ELECT ONE MEMBER OF THE JURY TO BE YOUR PRESIDING

10  JUROR.  THAT PERSON WILL PRESIDE OVER YOUR DELIBERATIONS AND

11  WILL SPEAK FOR YOU HERE IN COURT.  THE PRESIDING JUROR SHOULD

12  SEE TO IT THAT THE DISCUSSIONS ARE ORDERLY AND THAT EVERYONE

13  HAS A FAIR CHANCE TO BE HEARD.

14      YOU WILL THEN DISCUSS THE CASE WITH YOUR FELLOW JURORS TO

15  REACH AN AGREEMENT, IF YOU CAN DO SO.  YOUR VERDICT MUST BE

16  UNANIMOUS.  IT IS YOUR DUTY TO TALK WITH ONE ANOTHER IN THE

17  JURY ROOM, AND TO CONSIDER THE VIEWS OF ALL OF THE JURORS.

18      EACH OF YOU MUST DECIDE THE CASE FOR YOURSELF, BUT YOU

19  SHOULD DO SO ONLY AFTER YOU HAVE CONSIDERED ALL OF THE

20  EVIDENCE, DISCUSSED IT FULLY WITH THE OTHER JURORS, AND

21  LISTENED TO THE VIEWS OF YOUR FELLOW JURORS.

22      PLEASE DO NOT STATE YOUR OPINIONS TOO STRONGLY AT THE

23  BEGINNING OF YOUR DELIBERATIONS OR IMMEDIATELY ANNOUNCE HOW

24  YOU INTEND TO VOTE BECAUSE THAT MAY INTERFERE WITH AN OPEN

25  DISCUSSION.  KEEP AN OPEN MIND SO THAT YOU AND YOUR FELLOW

2290

1    JURORS CAN EASILY SHARE IDEAS ABOUT THE CASE.

2         YOU SHOULD USE YOUR COMMON SENSE.  DO NOT USE ANY SPECIAL

3    TRAINING OR UNIQUE PERSONAL EXPERIENCE THAT ANY OF YOU HAVE IN

4    MATTERS INVOLVED IN THE CASE.  YOUR TRAINING OR EXPERIENCE IS

5    NOT PART OF THE EVIDENCE RECEIVED IN THE CASE.  DO NOT

6    HESITATE TO CHANGE YOUR MIND OR YOUR OPINION IF THE DISCUSSION

7    PERSUADES YOU THAT YOU SHOULD.

8         DO NOT COME TO A DECISION SIMPLY BECAUSE OTHER JURORS

9    THINK IT'S RIGHT.  IT IS IMPORTANT THAT YOU ATTEMPT TO REACH A

10   UNANIMOUS VERDICT, BUT, OF COURSE, ONLY IF YOU CAN DO SO AFTER

11   HAVING MADE YOUR OWN CONSCIENTIOUS DECISION.  DO NOT CHANGE AN

12   HONEST BELIEF ABOUT THE WEIGHT AND EFFECT OF THE EVIDENCE

13   SIMPLY TO REACH A VERDICT.  WHILE I KNOW YOU WOULDN'T DO THIS,

14   YOU MUST NOT BASE YOUR DECISION ON CHANCE, SUCH AS THE FLIP OF

15   A COIN.

16        YOU MAY TAKE BREAKS, BUT DO NOT DISCUSS THE CASE WITH

17   ANYONE, INCLUDING EACH OTHER UNTIL ALL OF YOU ARE BACK IN THE

18   JURY ROOM.

19        IF IT BECOMES NECESSARY DURING YOUR DELIBERATIONS TO

20   COMMUNICATE WITH ME, YOU MAY SEND ME A NOTE THROUGH THE

21   COURTROOM DEPUTY SIGNED BY THE PRESIDING JUROR OR BY ANY ONE

22   OR MORE MEMBERS OF THE JURY.

23        NO MEMBER OF THE JURY SHOULD EVER ATTEMPT TO COMMUNICATE

24   WITH ME EXCEPT BY WRITTEN SIGNED WRITING.  I WILL COMMUNICATE

25   WITH YOU, WITH ANY MEMBER OF THE JURY ON ANYTHING CONCERNING

1    THIS CASE ONLY IN WRITING OR HERE IN OPEN COURT.

2        IF YOU SEND OUT A QUESTION, I MUST CONSULT WITH THE

3    PARTIES BEFORE ANSWERING IT.  SO IT MAY TAKE SOME TIME TO GET

4    BACK TO YOU.  YOU SHOULD CONTINUE YOUR DELIBERATIONS WHILE

5    WAITING FOR THE ANSWER TO ANY QUESTION.

6        REMEMBER, YOU ARE NOT TO TELL ME, ANYONE, INCLUDING ME,

7    HOW THE JURY STANDS NUMERICALLY OR OTHERWISE UNTIL YOU HAVE

8    REACHED A UNANIMOUS VERDICT OR HAVE BEEN DISCHARGED.  DO NOT

9    DISCLOSE ANY VOTE COUNT IN ANY NOTE TO THE JURY -- TO THE

10   COURT.  I AM SORRY.

11       ANY QUESTIONS?

12                      (NO RESPONSE.)

13       NO?  ALL RIGHT.  THEN YOU ARE -- THE CASE IS SUBMITTED TO

14   YOU FOR YOUR DELIBERATIONS.  THE COURTROOM DEPUTY WILL TAKE

15   YOU IN.  YOU CAN BEGIN, AND SHE WILL TAKE IN THE EVIDENCE.

16   YOU WILL HAVE AN ORIGINAL AND ONE COPY, AND YOU HAVE YOUR

17   INSTRUCTIONS, AND WE WILL AWAIT YOUR QUESTIONS OR VERDICT.

18       THANK YOU.

19       (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

20           **THE COURT:**  OKAY.  THE RECORD WILL REFLECT THE JURY

21   IS GONE.  I HAVE A 2:00 O'CLOCK CALENDAR.  I WILL ASK THAT

22   EVERYBODY QUIETLY PICK UP THEIR THINGS.

23       AS SOON AS I HEAR FROM THE JURY, WE WILL COMMUNICATE WITH

24   YOU.

25       YES, MR. ISAACSON?

2292

1          **MR. ISAACSON:**  DO WE GET A NOTE WHEN THEY ARE DONE

2     FOR THE DAY?

3          **THE COURT:**  WE WILL CONTACT YOU.  IF YOU WILL

4     REMEMBER, I HAD YOU DO STIPULATIONS IN ADVANCE, BUT FRANCES

5     WILL CONTACT YOU AND LET YOU KNOW WHEN THEY ARE FINISHED FOR

6     THE DAY SO YOU CAN FINISH AS WELL.

7          **MR. ISAACSON:**  THANK YOU.

8          (PROCEEDINGS CONCLUDED AT 2:24 P.M.; JURY DELIBERATES

9     UNTIL 4:30 P.M.)

10

11                      **CERTIFICATE OF REPORTERS**

12          WE, RAYNEE H. MERCADO AND DIANE E. SKILLMAN, OFFICIAL

13     REPORTERS FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF

14     CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING IS A CORRECT

15     TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

16     ABOVE-ENTITLED MATTER.

17

18     _____

19          RAYNEE H. MERCADO, CSR 8258, RMR, CRR, FCRR

20

21

22     _____

23          DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

24               MONDAY, DECEMBER 15, 2014

25