UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA   **ORIGINAL**

BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE

| | | |
|---|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | NO. C 05-00037 YGR<br><br>PAGES 2293 - 2301<br><br>**JURY TRIAL VOLUME 12**<br><br><br>OAKLAND, CALIFORNIA<br>TUESDAY, DECEMBER 16, 2014 |

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

APPEARANCES:

FOR PLAINTIFFS:      ROBBINS GELLER RUDMAN & DOWD LLP
                     655 WEST BROADWAY, SUITE 1900
                     SAN DIEGO, CALIFORNIA  92101
                BY:  ALEXANDRA S. BERNAY,
                     JENNIFER N. CARINGAL,
                     PATRICK COUGHLIN,
                     STEVEN M. JODLOWSKI,
                     CHARLES MCCUE,
                     CARMEN A. MEDICI,
                     BONNY E. SWEENEY, ATTORNEYS AT LAW

                     BONNETT FAIRBOURN FRIEDMAN & BALINT PC
                     4023 CAIN BRIDGE ROAD
                     FAIRFAX, VIRGINIA 22030
                BY:  FRANCIS J. BALINT, JR.
                     ATTORNEY AT LAW

         (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:      RAYNEE H. MERCADO, CSR NO. 8258


   PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY;
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

**A P P E A R A N C E S (CONT'D.)**

```
FOR DEFENDANT:        BOIES, SCHILLER & FLEXNER LLP
                      5301 WISCONSIN AVENUE NW
                      WASHINGTON, D.C.  20015
                BY:   WILLIAM A. ISAACSON,
                      KAREN L. DUNN,
                      MARTHA L. GOODMAN, ATTORNEYS AT LAW


                      BOIES, SCHILLER & FLEXNER LLP
                      1999 HARRISON STREET, SUITE 900
                      OAKLAND, CALIFORNIA  94612
                BY:   MEREDITH R. DEARBORN, ATTORNEYS AT LAW


                      JONES DAY
                      555 CALIFORNIA STREET, 26TH FLOOR
                      SAN FRANCISCO, CALIFORNIA  94104-1500
                BY:   DAVID C. KIERNAN, ATTORNEYS AT LAW

                      APPLE
                      1 INFINITE LOOP, MS 169-2NYJ
                      CUPERTINO, CALIFORNIA  95014
                BY:   SCOTT B. MURRAY,
                         SENIOR LITIGATION COUNSEL


                           --o0o--
```

```
 1   TUESDAY, DECEMBER 16, 2014                           9:55 A.M.
 2                        P R O C E E D I N G S
 3      (THE FOLLOWING PROCEEDINGS WERE HEARD IN THE PRESENCE OF
 4   THE JURY:)
 5            THE COURT:  GOOD MORNING.
 6      FRANCES, LET'S CALL THE CASE, PLEASE.
 7      EVERYONE MAY BE SEATED.
 8            THE CLERK:  CALLING CIVIL ACTION 05-0037, THE APPLE
 9   IPOD ITUNES ANTITRUST LITIGATION.
10            THE COURT:  ALL RIGHT, COUNSEL.  APPEARANCES, PLEASE.
11            MS. SWEENEY:  GOOD MORNING, YOUR HONOR.  BONNY
12   SWEENEY FOR THE PLAINTIFFS.  WITH ME AT COUNSEL TABLE, PATRICK
13   COUGHLIN, ALEXANDRA BERNAY, FRANK BALINT, STEVE JODLOWSKI,
14   CARMEN MEDICI.
15            THE COURT:  GOOD MORNING.
16            MR. ISAACSON:  GOOD MORNING, YOUR HONOR.  IT'S BILL
17   ISAACSON FOR APPLE.  AT COUNSEL TABLE, KAREN DUNN, MEREDITH
18   DEARBORN, MARTHA GOODMAN, AND SCOTT MURRAY FROM APPLE.
19            THE COURT:  GOOD MORNING.
20      THE RECORD WILL REFLECT THAT THE JURY IS WITH US.  GOOD
21   MORNING, EVERYONE.  IT'S A BRIGHT, SUNNY DAY.  IT'S ALL GOOD.
22      FOREPERSON, NO. 7, I UNDERSTAND YOU'RE OUR FOREPERSON.  I
23   RECEIVED A NOTE THIS MORNING THAT THE JURY HAS REACHED A
24   UNANIMOUS VERDICT ON THE QUESTION PRESENTED; IS THAT CORRECT?
25            THE FOREPERSON:  YEAH.
```

1   **THE COURT:** OKAY. THEN I WILL HAND THE VERDICT TO
2   MADAM CLERK FOR READING.
3       **THE CLERK:** LADIES AND GENTLEMEN OF THE JURY, YOU
4   WILL LISTEN TO THE READING OF THE VERDICT IN *THE APPLE IPOD*
5   *ITUNES ANTITRUST LITIGATION*.
6   WE THE JURY UNANIMOUSLY FIND AS FOLLOWS: WERE THE
7   FIRMWARE AND SOFTWARE UPDATES IN ITUNES 7.0 WHICH WERE
8   CONTAINED IN STIPULATED MODELS OF IPODS GENUINE PRODUCT
9   IMPROVEMENTS?
10  "YES" IS CHECKED. AND IT'S DATED AND SIGNED.
11      **THE COURT:** COUNSEL. WOULD YOU LIKE THE JURY POLLED?
12      **MR. COUGHLIN:** I DON'T THINK IT'S NECESSARY, YOUR
13  HONOR.
14      **THE COURT:** ALL RIGHT. THEN THE COURT CLERK IS
15  DIRECTED TO RECORD THE VERDICT.
16  ALL RIGHT. WOULD YOU LIKE IT REREAD AS RECORDED?
17      **MR. COUGHLIN:** I DON'T THINK THAT'S NECESSARY, YOUR
18  HONOR.
19      **THE COURT:** I ALWAYS ASK. IT IS A FORMALITY, BUT
20  IT -- ONCE IN A WHILE, WE GET DINGED FOR NOT FOLLOWING
21  FORMALITIES.
22  BASED UPON THE JURY'S VERIFIED, THE COURT FINDS THAT AS A
23  MATTER OF LAW, PLAINTIFFS HAVE FAILED TO PROVE THAT APPLE
24  ENGAGED IN MONOPOLIZATION AND ATTEMPTED MONOPOLIZATION IN
25  VIOLATION OF SECTION 2 OF THE SHERMAN ACT.

1   THE COURT FURTHER FINDS THAT PLAINTIFFS' CLAIM FOR A
2   VIOLATION OF THE CALIFORNIA UNFAIR COMPETITION LAW SIMILARLY
3   FAILS.
4   JUDGMENT SHALL BE ENTERED IN FAVOR OF APPLE ON EACH OF
5   THESE COUNTS.
6   LADIES AND GENTLEMEN, YOU HAVE NOW CONCLUDED YOUR JURY
7   SERVICE IN THIS CASE.  AND ON BEHALF OF ALL OF THE JUDGES AND
8   THE COURT, IN BEHALF OF MY STAFF, AND, FRANKLY, IN BEHALF OF
9   THE ALL OF THE PARTIES, WE THANK YOU.
10  THIS HAS BEEN A SIGNIFICANT AMOUNT OF YOUR TIME DURING A
11  BUSY TIME OF THE YEAR, SO WE APPRECIATE YOUR ATTENTION AND
12  COMMITMENT TO THE ACTION.
13  NOW THAT THE CASE IS OVER, YOU MAY CHOOSE WHETHER OR NOT
14  TO DISCUSS THE CASE WITH ANYONE.  THE LAWYERS, THE PARTIES,
15  THEIR REPRESENTATIVES MAY NOW TALK TO YOU ABOUT YOUR CASE --
16  ABOUT THE CASE, INCLUDING YOUR DELIBERATIONS AND YOUR VERDICT.
17  I HEREBY ORDER THAT THOSE DISCUSSIONS MUST OCCUR AT A
18  REASONABLE TIME AND A REASONABLE PLACE, AND THEY MUST OCCUR
19  WITH YOUR CONSENT.
20  PLEASE IMMEDIATELY REPORT TO THE COURT ANY UNREASONABLE
21  CONTACT MADE WITHOUT YOUR CONSENT.  A LAWYER, PARTY,
22  REPRESENTATIVE WHO VIOLATES THIS RULE NOW VIOLATES A COURT
23  ORDER AND MAY BE FINED.
24  NOW, BEFORE I LET YOU GO OFF AND ON YOUR WAY, I DO LIKE TO
25  LEAVE YOU WITH A QUOTE OF FORMER UNITED STATES SUPREME COURT

```
 1    JUSTICE WILLIAM O'DOUGLAS.  HE WAS MORE POETIC THAN I AM, SO I
 2    CHOOSE TO USE HIS WORDS.
 3         HE COMMENTED ON THE JURY SYSTEM AND SAID THE FOLLOWING:
 4    "A JURY REFLECTS THE ATTITUDES AND THE MORÉS OF THE COMMUNITY
 5    FROM WHICH IT IS DRAWN.  IT LIVES ONLY FOR THE DAY AND DOES
 6    JUSTICE ACCORDING TO ITS LIMITS.  THE GROUP OF 12," HERE 8,
 7    "WHO ARE DRAWN TO HEAR A CASE, MAKE A DECISION AND THEN MELT
 8    AWAY.  IT IS NOT PRESENT THE NEXT DAY TO BE CRITICIZED.  IT IS
 9    THE ONE GOVERNMENTAL AGENCY THAT HAS NO AMBITION.  IT IS AS
10    HUMAN AS THE PEOPLE WHO MAKE IT UP.  AND WHILE IT IS SOMETIMES
11    PERSUADED BY EMOTION, THE EFFECTS ARE THAT AT TIMES IT TAKES
12    THE SHARP EDGES OFF OF THE LAW AND USES CONSCIENCE TO -- TO
13    SOFTEN SOME HARDSHIPS WITHIN THE LAW.  ALSO SINCE IT IS OF AND
14    FROM THE COMMUNITY, THE JURY GIVES THE LAW AN ACCEPTANCE IN A
15    WAY THAT VERDICTS BY JUDGES, SUCH AS MYSELF, CANNOT."
16         SO WITH THAT, I THANK YOU AGAIN.  YOU ARE DISCHARGED.
17         I'M AVAILABLE TO TALK WITH YOU AS LONG AS IT'S NOT ABOUT
18    THE SPECIFICS OF THE TRIAL AFTER THIS.  IF YOU'D LIKE, JUST
19    LET FRANCES KNOW.
20         SOMETIMES THE PARTIES MAY BE STANDING BY THE ELEVATORS
21    WHEN YOU LEAVE.  AGAIN, YOU'RE WELCOME TO TALK TO THEM, BUT
22    ONLY IF YOU CHOOSE.
23         OKAY?  THANK YOU VERY MUCH.  AND YOU'RE DISCHARGED.
24         THANK YOU.
25
```

```
 1        (THE FOLLOWING PROCEEDINGS WERE HEARD OUT OF THE PRESENCE
 2   OF THE JURY:)
 3            THE COURT:  OKAY.  THE RECORD WILL REFLECT THAT THE
 4   JURY IS GONE.
 5        MR. ISAACSON, I WOULD ASK THAT YOU PROVIDE ME WITH A FORM
 6   OF JUDGMENT AFTER IT'S REVIEWED BY COUNSEL FOR THE PLAINTIFFS.
 7        I SUSPECT THAT THERE WILL BE POST-TRIAL MOTIONS.  THOSE
 8   SHOULD ALL BE ACCORDING -- DONE ACCORDING TO STATUTE IN TERMS
 9   OF THE TIME.
10        I THANK ALL OF YOU AGAIN FOR YOUR PROFESSIONALISM.  I'VE
11   SAID THIS BEFORE.  I'VE HAD TRIALS WHERE THE ATTORNEYS WERE
12   NOT SO PROFESSIONAL, AND IT'S MAKES A JUDGE'S LIFE MUCH MORE
13   DIFFICULT.  SO I APPRECIATE ALL THE HARD WORK THAT YOU ALL
14   HAVE PUT INTO THIS MEASURE.
15        I DO BELIEVE IN THE JURY SYSTEM, AND I DO BELIEVE THAT
16   ONCE IN A WHILE WE DO NEED TO HEAR FROM THEM ABOUT THEIR
17   THOUGHTS ON ISSUES THAT ARE PLACED BEFORE THEM.
18            MR. COUGHLIN:  THANK YOU, YOUR HONOR.  AND, YOU KNOW,
19   WE REALLY APPRECIATE ALL THE WORK THAT YOU PUT IN WITH ALL
20   THOSE MOTIONS AND EVERYTHING BEING FILED THROUGHOUT.  AND I
21   HOPE I DIDN'T LOSE YOUR TRUST COMPLETELY.
22            THE COURT:  YOU KNOW, MR. COUGHLIN, I -- I
23   APPRECIATED HAVING YOU IN THE COURTROOM, BUT I'LL CALL A SPADE
24   A SPADE WHEN I THINK IT'S ONE.
25            MR. COUGHLIN:  UNDERSTOOD.
```

1  **THE COURT:** AND I -- I UNDERSTAND PEOPLE GO UP TO THE
2  LINE. SOMETIMES THEY CROSS OVER. IT'S -- YOU KNOW, IT WASN'T
3  IN FRONT OF THE JURY, SO THERE'S NO ISSUE.
4      HAD IT BEEN, THAT MIGHT HAVE BEEN A DIFFERENT STORY, SO --
5      **MR. ISAACSON:** WE TOO THANK YOU, YOUR HONOR, AND HOPE
6  YOU FEEL A LITTLE BIT BETTER TOWARDS WASHINGTON, D.C. LAWYERS.
7                      (LAUGHTER)
8      **THE COURT:** I DO NOW, MR. ISAACSON. I DO NOW.
9      ALL RIGHT. ANYTHING ELSE?
10     I THINK MY STANDING ORDER INDICATES THAT YOU HAVE TO PICK
11 UP THE EXHIBITS AND HOLD ON TO THEM FOR PURPOSES OF APPEAL.
12 THAT WOULD INCLUDE ALL OF THE PHYSICAL EVIDENCE, MR. ISAACSON.
13     I ONCE HAD -- AND I WON'T DO IT HERE -- I DID HAVE ONCE A
14 GREAT WINE CASE ON A PRELIMINARY INJUNCTION AND THEN HAD TO
15 SAVE THE EVIDENCE FOR TRIAL, SO WE SAVED THE EVIDENCE AND THEY
16 SETTLED, SO I ISSUED AN ORDER THAT SAID THAT THEY HAD TO COME
17 AND PICK UP THEIR EVIDENCE; OTHERWISE, THE COURT WOULD DISPOSE
18 OF IT --
19                      (LAUGHTER)
20     **THE COURT:** -- WHICH ALL THE COURT STAFF AND LAW
21 CLERKS DID 30 DAYS THEREAFTER. SO --
22     ANYWAY, HAPPY HOLIDAYS TO EVERYBODY. AND THANK YOU VERY
23 MUCH.
24     **MR. COUGHLIN:** THANK YOU.
25     **MR. ISAACSON:** THANK YOU, YOUR HONOR.

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

```
 1              (PROCEEDINGS WERE CONCLUDED AT 10:05 A.M.)
 2                              --oOo--
 3
 4
 5                        **CERTIFICATE OF REPORTER**
 6
 7         I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
 8    FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
 9    I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO,
10    NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS
11    HEARING WAS TAKEN, AND FURTHER THAT I AM NOT FINANCIALLY NOR
12    OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.
13
14                    _____
15              RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR
16                     TUESDAY, DECEMBER 16, 2014
```