1 | *Counsel listed on signature page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>———————————————<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. C 05-00037 YGR<br>[CLASS ACTION]<br><br>**STIPULATED REQUEST TO ENLARGE TIME FOR DEFENDANT APPLE INC. TO FILE A BILL OF COSTS AND SUPPORTING AFFIDAVIT**<br><br>**[PROPOSED] ORDER** |

1  Pursuant to Local Rule 6-2, Plaintiffs and Defendant Apple Inc. ("Apple") stipulate to this
2  request to enlarge Apple's time to file a bill of costs and supporting documentation pursuant to
3  Fed. R. Civ. P. 54 and Local Rule 54-1.
4  The parties agree that Apple's bill of costs shall be filed on or before February 9, 2015.
5  The extension would have no effect on the schedule for the case, as the case is closed.

7  IT IS SO STIPULATED.

9  DATED: January 15, 2015          BOIES, SCHILLER & FLEXNER LLP

                                    WILLIAM A. ISAACSON
                                    KAREN L. DUNN
                                    MARTHA L. GOODMAN

                                    */s/ William A. Isaacson*
                                    WILLIAM A. ISAACSON

                                    5301 Wisconsin Avenue, NW
                                    Washington, DC 20015
                                    Telephone: (202) 237-2727
                                    Fax: (202) 237-6131

                                    BOIES, SCHILLER & FLEXNER LLP
                                    JOHN F. COVE, JR.
                                    MEREDITH R. DEARBORN
                                    1999 Harrison Street, Suite 900
                                    Oakland, CA 94612
                                    Telephone: (510) 874-1000
                                    Fax: (510) 874-1460

                                    JONES DAY
                                    DAVID C. KIERNAN
                                    555 California Street, 26th Floor
                                    San Francisco, CA 94104
                                    Telephone: 415/626-3939
                                    415/875-5700 (fax)

                                    Attorneys for Defendant Apple Inc.

1
STIPULATED REQUEST TO ENLARGE TIME                                No. C 05-00037 YGR

| | | |
|---|---|---|
| 1 | DATED: January 15, 2015 | ROBBINS GELLER RUDMAN & DOWD LLP |

ALEXANDRA S. BERNAY

*/s/ Alexandra S. Bernay*
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

PATRICK J. COUGHLIN
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Class Counsel for Plaintiffs

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
ELAINE A. RYAN
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone:  310/836-6000
310/836-6010 (fax)

GLANCY BINKOW & GOLDBERG LLP

2
STIPULATED REQUEST TO ENLARGE TIME                              No.  C 05-00037 YGR

BRIAN P. MURRAY
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: 212/382-2221
212/382-3944 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED: January 15, 2015       */s/ William A. Isaacson*
                              WILLIAM A. ISAACSON

1  **[PROPOSED] ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED that Apple's bill of costs shall be

3  filed on or before February 9, 2015.

4

5

6

7  Dated: _____, 2015

8                                                        Hon. Yvonne Gonzalez Rogers
                                                      U.S. DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF WILLIAM A. ISAACSON

1. I am a partner in the law firm of Boies, Schiller & Flexner LLP, and resident in the firm's office located at 5301 Wisconsin Avenue, NW, Washington, DC 20015. I am a member in good standing of the Bar of the District of Columbia and represent Apple Inc. ("Apple") in this case.

2. I make this declaration in support of the parties' Stipulated Request To Enlarge Time For Defendant Apple Inc. To File A Bill Of Costs And Supporting Affidavit and have personal knowledge of the facts set forth herein.

3. An extension of time to file the bill of costs is necessary due to the ten-year pendency of the case and the large number of records involved.

4. At my direction, an employee of Boies, Schiller & Flexner LLP reviewed the docket entries in this matter to determine the previous time modifications in this case, whether by stipulation or court order. Included herein as Appendix A is a list of the time modifications that were identified in that review.

5. If granted, this stipulation would have no effect on the schedule for this case, as it is closed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of January, 2015 at Washington, DC.

                                                     */s/ William A. Isaacson*
                                                     William A. Isaacson

**APPENDIX A**

Pursuant to Local Rule 6-2(a)(2), the following is a list of all previous time modifications in the above-captioned matter, whether by stipulation or Court order:

- On January 24, 2006, Apple filed a stipulation extending the deadline to file its responsive pleading. (Dkt. 6.)

- On June 14, 2005, Apple filed a stipulation and proposed order to enlarge time regarding a continuance of case management conference. (Dkt. 30.) The motion was granted on June 15, 2005. (Dkt. 31, 32.)

- On October 11, 2005, Apple filed a stipulation to extend the time to file an Answer to the First Amended Complaint on October 11, 2005. (Dkt. 38.)

- On May 4, 2007, Apple filed a stipulation to extend the time to file an Answer to the Amended Consolidated Complaint. (Dkt. 108.) The motion was granted on May 7, 2007. (Dkt. 109.)

- On July 8, 2010, Apple filed a stipulation to extend the time to file an Answer to the Amended Consolidated Complaint. (Dkt. 378.) The motion was granted on July 9, 2010. (Dkt. 380.)

- On September 3, 2010, Plaintiffs filed a stipulation to extend the time to respond to Defendant's Answer and Defenses to Plaintiffs' Amended Consolidated Complaint. (Dkt. 386.) The motion was granted on September 7, 2010. (Dkt. 387.)

- On September 10, 2010, Apple filed a stipulation to extend the time to file its Amended Answer and Defenses. (Dkt. 388.) The motion was granted on September 14, 2010. (Dkt. 389.)

- On December 17, 2010, Plaintiffs filed a stipulation to extend the deadline for taking depositions. (Dkt. 401.) The motion was denied on January 4, 2011. (Dkt. 416.)

- On December 27, 2010, Apple filed a motion to shorten the time regarding the briefing and hearing of Defendant's motion to compel responses to interrogatories and request for production. (Dkt. 412.) The motion was denied on January 6, 2011. (Dkt. 421.)

- On January 7, 2011, Plaintiffs filed a motion to the shorten time for a hearing regarding Plaintiffs' motion to modify the scheduling order as to class certification briefing and depositions. (Dkt. 430.) The motion was deemed moot and denied on January 14, 2011. (Dkt. 460.) On January 10, 2011, Apple filed a cross-motion to extend time for a renewed Rule 56 motion. (Dkt. 437.)

- On March 10, 2011, Plaintiffs filed a stipulation to shorten the time for the hearing on Apple's motion for protective order preventing the deposition of Steve Jobs. (Dkt. 521.) The motion was granted on March 11, 2011. (Dkt. 523.)

- On June 28, 2011, Plaintiffs filed a motion to extend the time to file a supplemental declaration and submit a proposed schedule for supplemental expert reports. (Dkt. 652.) The motion was granted on June 29, 2011. (Dkt. 654.)

- On December 7, 2011, Plaintiffs filed a stipulation regarding extending the time to file a proposed form of notice and notice plan. (Dkt. 695.) The motion was granted on December 8, 2011. (Dkt. 696.)

- On October 27, 2014, Apple filed a stipulated request to shorten time on Apple's motion to preclude testimony from witnesses not disclosed pursuant to Rule 26.  (Dkt. 853.)  On November 25, 2014, the court found the request moot. (Dkt. 927.)

- On November 23, 2014, Plaintiffs filed a stipulated request to shorten time on Plaintiffs' Motions in Limine Nos. 10 and 11.  (Dkt. 921.)  The request was granted with modifications on November 24, 2014. (Dkt. 924.)