In Re: Apple Ipod Itunes Antitrust Litigation

05-CV-0037 YGR

Edward Mitnick, Intervenor
Jimmy Jared Thiola, Intervenor
Jonathan Riche, Intervenor
Lisa Tullis, Intervenor
Georgette Thornton, Intervenor
Bethany Brittan, Intervenor
Lisa Murphy, Intervenor
Elizabeth Prior, Intervenor

## Motion to Intervene as Plaintiffs with Newly discovered evidence under Fed R. Civ P Rule 24(A)², 24(B)

Comes Now, the Intervenors moves to intervene in this Apple Ipod Itunes Antitrust Litigation as plaintiffs under Fed R. of Civ. P. Rule 24(A)² - as a matter of Right Nevilles V. EEOC
Moves to intervene under Rule 24(B) - permissive Intervention. Our Intervention provides Questions of laws and facts that are common in this Action. Intervenors have a common vested Interest in this case. Intervenors have Financial Dealings with Apple. Intervenors are personally Affected by this case. Intervenors will provide Exhibits, Financial records, Documents related to this case as Evidence
Intervenors are stockholders. Intervenors invested in Apples Stock. Intervenors Respectfully pray this Honorable Court will grant their Apple Ipod Itunes Antitrust Litigation for relief

_signature_ 1-17-15
Jimmy Jared thiola
518 George Rd
Toms River, NJ 08753

_signature_ 1-31-15
Edward Mitnick
272 Ward Ave
Apt. 11N
Bordentown, NJ 08505

_signature_ 1-27-15
Lisa Tullis
#280307
8966 U.S. Hwy 231 N.
Wetumpka, AL 36092

_signature_ 2-1-15
Jonathan Riche
KX9662
301 Institution Dr
Bellefonte, PA 16823

_signature_ 1-23-15
Bethany Brittan
#1830941
1401 State school Rd
Gatesville, TX 76599

_signature_ 1-22-15
Georgette Thornton
#769078
P.O. Box 709
Alto, GA 30510

_signature_ 1-31-15
Lisa Murphy
#760343
302 Corrections Dr
Newport, Ar 72112

_signature_ 1-20-15
Elizabeth Prior
#910911
7943 Brock Bridge Rd
Jessup, Md 20794