Wayne Albright LD 2853
SCI Benner Twp. 301 Institution Dr
Bellefonte, Pa 16823

OAKLAND
INMATE MAIL
CA DEPT OF
PA DEPT OF
CORRECTIONS

U.S District Court
1301 Clay St.
Oakland, Ca 94604



U.S POSTAGE >> PITNEY BOWES
ZIP 16823
02 1W
0001364647 FEB 03 2015
$ 000.48⁰

9461281425

