**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE APPLE IPOD ITUNES ANTITRUST LITIGATION** | Case No.: 05-CV-0037 YGR |
| | **ORDER DENYING MOTION TO INTERVENE** |
| **This Order Relates to:** | |
| **All Actions** | |

     Pending before the Court is a motion to intervene as plaintiffs with "newly discovered evidence" under Federal Rule of Civil Procedure 24(a) and (b).  (Dkt. No. 1034.)  In the Ninth Circuit, timeliness is a perquisite to intervention as of right or permissive intervention.  *United Latin Am. Citizens v. Wilson*, 131 F.3d 1297, 1308 (9th Cir. 1997).  The instant motion—filed more than a decade after the start of this case and more than a month after entry of final judgment—is, on its face, untimely in light of that procedural posture.  The motion is therefore **DENIED**.

     This Order terminates Docket No. 1034.

     **IT IS SO ORDERED**.

Date:  February 25, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**