United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  THE APPLE IPOD ITUNES ANTITRUST
   LITIGATION
8                                            Case No. 05-cv-00037-YGR
9                                            **CERTIFICATE OF SERVICE**
10
11
12
13     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
14  District Court, Northern District of California.
15     That on 2/25/2015, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
16  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.
17
18     Wayne Albright
       LD 2853
19     301 Institution Dr.
       Bellefonte PA 16823
20
       Jimmy Jared Thiola
21     518 George Rd.
       Toms River   NJ 08753
22
       Lisa Tullis  28037
23     966 U.S. Hwy  231 N.
       Wetumpka AL 36092
24
       Bethany Brittan  1830941
25     101 State School Rd.
       Gatesville TX 76599
26
       Lisa Murphy 760343
27     302 Corrections Dr.
       Newport  AZ 72112
28

1  Edward Mitnick
   272 Ward Ave. Apt. 11N
2  Bordentown, NJ 08505

3  Jonathan Riche KX9663
   301 Institution Dr.
   Bellefonte PA 16823
4

5  Georgette Thornton 769078
   P.O. Box 709
   Alto, GA 30510
6

7  Elizabeth Prior 910911
   7943 Brock Bridge Rd.
   Jessup MD 20794
8

9

10

11 Dated: 2/25/2015

12

13                                              Richard W. Wieking
                                                Clerk, United States District Court
14
                                                By:_____*Frances Stone*_____
15                                              Frances Stone, Deputy Clerk to the
                                                Honorable YVONNE GONZALEZ ROGERS
16

17

18

19

20

21

22

23

24

25

26

27

28