1 [*Counsel listed on signature page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION<br><br>―――――――――――――――――――<br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No.  C 05-00037 YGR<br>[CLASS ACTION]<br><br>**JOINT NOTICE OF INTENT TO REMOVE TRIAL EXHIBITS PURSUANT TO CIVIL L.R. 79-4(b)**<br><br>Date:     TBD<br>Time:    TBD<br>Place:   Courtroom 1, 4th Floor<br>Judge:   Honorable Yvonne Gonzalez Rogers |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1  Pursuant to the deadlines set by Local Rule 79-4(b), exhibits may now be removed from
2  the Court. Defendant Apple Inc. ("Apple") intends to take custody of all trial exhibits, including
3  physical exhibits, that either party submitted into evidence during trial of this matter. Plaintiff
4  consents to Apple's retrieval of all exhibits that she submitted into evidence.

Dated: February 26, 2015

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON
KAREN L. DUNN
JOHN F. COVE, JR.
MEREDITH R. DEARBORN
MARTHA L. GOODMAN

By:   */s/ Meredith R. Dearborn*
MEREDITH R. DEARBORN
1999 Harrison St.
Oakland, CA 94110
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
*Counsel for Defendant* APPLE INC.

DATED: February 26, 2015

ROBBINS GELLER RUDMAN & DOWD LLP
BONNY E. SWEENEY
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
JENNIFER N. CARINGAL

By:   */s/ Alexandra S. Bernay*
ALEXANDRA S. BERNAY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK J. COUGHLIN
STEVEN M. JODLOWSKI
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
Class Counsel For Plaintiffs

|   |   |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 2 | ANDREW S. FRIEDMAN |
| 3 | FRANCIS J. BALINT, JR. |
|   | ELAINE A. RYAN |
| 4 | 2325 E. Camelback Road, Suite 300 |
|   | Phoenix, AZ  85016 |
| 5 | Telephone:  (602) 274-1100 |
|   | Facsimile:  (602) 274-1199 |

THE KATRIEL LAW FIRM
ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  (202) 625-4342
Facsimile:  (202) 330-5593

### ATTESTATION OF FILER

I hereby attest that I have obtained Alexandra Bernay's concurrence in the filing of this document.

　　　　　　　　　　　　　　　　　*/s/ Meredith R. Dearborn*
　　　　　　　　　　　　　　　　　Meredith R. Dearborn