UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk of Court

General Court Number
510-637-3530

March 11, 2015

**FILED**

MAR 12 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NUMBER: 05-cv-00037-YGR

CASE TITLE: The Apple iPod iTunes Anti-Trust Litigation v.

## RECEIPT

I acknowledge receipt of the following exhibits in the above case:

**Plaintiff Trial Exhibits:** Exhibit #s
2,55,69,83,92,102,118,121,124,125,128,130,133,136,147,153,172,176,181,193,218,222,
267,269,271,312,316,319,327,333,371,383,461,465,731,732,733,735,736,737,754,755,757,
760,761,816,820,869,870,871,880,880A,893,894,908,915 thru 919,921 thru 924,926,927A,940,942,944,951

**Apple's Trial Exhibits:** Exhibits #s
2015,2021,2050,2082,2088,2098,2107,2118,2119,2139,2140,2159,2171,2183,2185,2205,2222,
2228,2234,2239,2243,2247,2252,2253,2265,2272,2273,2309,2316,2317,2329,2330,2337,2342,
2344,2354,2379,2389,2394,2405,2416,2419,2421,2423,2428,2446,2446A,2449,2451,2458,2462,
2481,2493,2495,2497,2505,2556,2561,2593,2712,2715,2720,2743,2745,2767,2776,2780,2783,
2784,2805,2811,2844,2850,2858,2874,2874A, 2877,2593.

Thumb Drive

**Defendant Exhibit:** Exhibit #s 2712-K, 2715-A, 2720-A, TX2743-K

**Evidentiary Hearing Exhibits:** Exhibit #s 1-6

Pick-up by Joseph Vo

Counsel for: *Apple Inc.*
Name of Plaintiff/Defendant

Name of Counsel: *Meredith Dearborn*
(Print)

Signature

3/12/15