3-3-15      C-05-37-YGR      **FILED**

MAR 17 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Clerk of Court

I have No Knowledge of why my Name is a part of this. I have been in Prison for almost 21 years at the MD Corr Inst for Women. So I'm returning These papers to you because I honestly do not know whats going on — Thank you

Elizabeth Prior.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Case No.: 05-CV-0037 YGR |
|---|---|
| This Order Relates to:<br>All Actions | ORDER DENYING MOTION TO INTERVENE |

Pending before the Court is a motion to intervene as plaintiffs with "newly discovered evidence" under Federal Rule of Civil Procedure 24(a) and (b). (Dkt. No. 1034.) In the Ninth Circuit, timeliness is a perquisite to intervention as of right or permissive intervention. *United Latin Am. Citizens v. Wilson*, 131 F.3d 1297, 1308 (9th Cir. 1997). The instant motion—filed more than a decade after the start of this case and more than a month after entry of final judgment—is, on its face, untimely in light of that procedural posture. The motion is therefore **DENIED**.

This Order terminates Docket No. 1034.

IT IS SO ORDERED.

Date: February 25, 2015

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Case No. 05-cv-00037-YGR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/25/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wayne Albright
LD 2853
301 Institution Dr.
Bellefonte PA 16823

Jimmy Jared Thiola
518 George Rd.
Toms River   NJ 08753

Lisa Tullis  28037
966 U.S. Hwy  231 N.
Wetumpka AL 36092

Bethany Brittan  1830941
101 State School Rd.
Gatesville TX 76599

Lisa Murphy 760343
302 Corrections Dr.
Newport AZ 72112

Edward Mitnick
272 Ward Ave. Apt. 11N
Bordentown, NJ 08505

Jonathan Riche KX9663
301 Institution Dr.
Bellefonte PA 16823

Georgette Thornton 769078
P.O. Box 709
Alto, GA 30510

Elizabeth Prior 910911
7943 Brock Bridge Rd.
Jessup MD 20794

Dated: 2/25/2015

Richard W. Wieking
Clerk, United States District Court

By: _____Frances Stone_____
Frances Stone, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS