Elizabeth Prior 910911
7943 Brockbridge Rd
McCulley Jessup MD 20794

CAP DISTRICT
MD 207
12 MAR '15
PM 1 L

U.S. POSTAGE >> PITNEY BOWES
$ 000.48
ZIP 20794
02 1W
0001397665 MAR 12 2015

Office of the Clerk of U.S. District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland CA 94612-5212

94612385225

MARYLAND CORRECTIONAL
INSTITUTION FOR WOMEN

MAR 12 2015

Outgoing mail