...ATES DISTRICT COURT

...DISTRICT OF CALIFORNIA

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 94612521299        *1024-00986-01-20

NIXIE    300 DC 1

$ 00.48⁰
FEB 26 2015
MAILED FROM ZIPCODE 94612

RECEIVED
2015
RICHARD W. WIEKING
DISTRICT COURT
DIST OF CALIFORNIA
OAKLAND

FILED
MAR 17 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

F-2

Georgette Thornton 769078
P.O. Box 709
Alto, GA 30510

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RETURNED TO SENDER
REFUSED UNKNOWN
ADDRESSEE UNKNOWN
UNAUTHORIZED ADDRESS
MOVED LEFT NO ADDRESS
CORRECTIONAL FACILITY
P.O. BOX 709

Case No.: 05-CV-0037 YGR

**ORDER DENYING MOTION TO INTERVENE**

...n to intervene as plaintiffs with "newly discovered

...edure 24(a) and (b).  (Dkt. No. 1034.)  In the Ninth

...ntion as of right or permissive intervention.  *United*

...7, 1308 (9th Cir. 1997).  The instant motion—filed more

...l more than a month after entry of final judgment—is, on

... posture.  The motion is therefore **DENIED**.

...034.

_____

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE