

ent1035 Filed 02/25/15 Page 1 of 1

TATES DISTRICT COURT

DISTRICT OF CALIFORNIA

Case No.: 05-CV-0037 YGR

ORDER DENYING MOTION TO INTERVENE

...n to intervene as plaintiffs with "newly discovered

...edure 24(a) and (b). (Dkt. No. 1034.) In the Ninth

...ntion as of right or permissive intervention. *United*

...7, 1308 (9th Cir. 1997). The instant motion—filed more

...more than a month after entry of final judgment—is, on

...posture. The motion is therefore DENIED.

1034.

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE