RECEIVED
05 FEB 10 PM 2:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILLIAM SLATTERY<br><br>Plaintiff(s),<br><br>v.<br><br>APPLE COMPUTER, INC.<br><br>Defendant(s). | CASE NO. C 05-00037 PVT<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Eric J. Belfi, an active member in good standing of the bar of New York, whose business address and telephone number is Murray, Frank & Sailer LLP, 275 Madison Avenue, Suite 801, New York, NY 10016, Tel: (212) 682-1818, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Thomas William Slattery,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
Hon. Patricia V. Trumbull
United States District/Magistrate Judge