AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THOMAS WILLIAM SLATTERY, Individually, And On
Behalf Of All Others Similarly Situated,

Plaintiff,

**V.**

APPLE COMPUTER, INC.,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C05  00037**

E-FILING

TO:

APPLE COMPUTER, INC.
1Infinite Loop
Cupertino, CA 95014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Michael D. Braun (167416)
Marc L. Godino (182689)
BRAUN LAW GROUP, P.C.
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025
Tel: (310) 442-7755
Fax: (310) 442-7756

an answer to the complaint which is herewith served upon you, within 20     days after service of this summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.
You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

JAN 0 3 2005

DATE

Betty L. Walton

(BY) DEPUTY CLERK