RECEIVED
2007 JUN 21 AM 11: 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION  ) | Lead Case No. C-05-00037-JW |
| ) | |
| ) | **(Proposed)** |
| This Document Relates To:  ) | **ORDER GRANTING APPLICATION** |
| ) | **FOR ADMISSION OF ATTORNEY** |
| ALL ACTIONS.  ) | ***PRO HAC VICE*** |
| ) | |

Francis J. Balint, Jr., an active member in good standing of the State Bar and of the United States District Court of Arizona, whose business address and telephone number is Bonnett, Fairbourn, Friedman & Balint, P.C., 2901 North Central Avenue, Suite 1000, Phoenix, Arizona 85012, (602) 274-1100, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Melanie Tucker in the above-captioned action,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application

1  will constitute notice to the party.  All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____       _____
                                     Honorable James Ware
                                     United States District Court Judge

Submitted by:

BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
FRANCIS J. BALINT, JR.
2901 North Central Avenue
Suite 1000
Phoenix, Arizona  85012
Telephone: (602) 274-1100
Facsimile:  (602) 274-1199

(Proposed) Order Granting Application for Admission
of Attorney Pro Hac Vice
C-05-00037-JW

2