1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12400 Wilshire Boulevard
   Suite 920
3  Los Angeles, CA 90025
   Tel: (310) 442-7755
4  Fax: (310) 442-7756
   E-mail: service@braunlawgroup.com
5

6  Roy A. Katriel (Admitted Pro Hac Vice)
   THE KATRIEL LAW FIRM, P.C.
   1101 30th Street, NW
7  Suite 500
   Washington, DC 20007
8  Tel: (202) 625-4342
   Fax: (202) 625-6774
9  E-mail: rak@katriellaw.com

Brian P. Murray
Eric J. Belfi (Admitted Pro Hac Vice)
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel: (212) 682-1818
Fax: (212) 682-1892
Email: ebelfi@murrayfrank.com

10

Attorneys for Plaintiff

11

12           UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15                                                      FILE VIA FAX

16  THOMAS WILLIAM SLATTERY,           )   CASE NO.: C05-00037 JW
    Individually, And On Behalf Of All Others )
17  Similarly Situated,                )   CLASS ACTION
18                                     )
                Plaintiff,             )   AMENDED [PROPOSED] ORDER
19                                     )   GRANTING PLAINTIFF'S AMENDED
         vs.                           )   MISCELLANEOUS ADMINISTRATIVE
20                                     )   REQUEST TO FILE DOCUMENTS
    APPLE COMPUTER, INC.               )   UNDER SEAL
21                                     )
                Defendant.             )
22                                     )

23

24

25

26

27

28

Received MAR 17 2006
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

**[PROPOSED] ORDER**

This matter came before the Court on plaintiff's Miscellaneous Administrative Request to file documents under seal. Specifically, plaintiff has filed with the Court a motion for leave to file a second amended complaint and an accompanying Declaration of Michael D. Braun in support of that motion. The Braun Declaration attaches as an exhibit copies of selected pages (pages 326-328) of the deposition transcript of plaintiff Thomas William Slattery taken in this action, which has been designated as "Confidential" by plaintiff's counsel and by the court reporter. Because the Braun Declaration contains pages of the Confidential deposition transcript, and because plaintiff's Motion for Leave to File A Second Amended Complaint quotes directly from that transcript, plaintiff now seeks to file both the motion and the accompanying Braun Declaration under seal pursuant to Civil Local Rule 79-5.

The Court is satisfied that the deposition transcript of Thomas William Slattery contains confidential and personally sensitive information that, if released to the general public, would unduly prejudice and damage plaintiff. Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that: Plaintiff's Miscellaneous Administrative Request to File Documents Under Seal is HEREBY GRANTED; Plaintiff shall file the Motion for Leave to File A Second Amended Complaint and the accompanying Declaration of Michael D. Braun in Support of Plaintiff's Motion For Leave to File A Second Amended Complaint under seal; the Clerk of the Court is directed to keep these filed documents under seal; Plaintiff shall file Redacted versions of the foregoing documents, and the Clerk shall make these Redacted versions available for viewing by the general public.

**IT IS SO ORDERED.**

Dated: _____, 2006

Hon. James Ware
United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                    )ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On March 17, 2006, I served the document(s) described as **AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

xx  BY FACSIMILE TRANSMISSION. I caused a facsimile machine transmission from facsimile machine telephone number (310) 442-7756 to the facsimile machine telephone number(s) on the attached Service List. Upon completion of said facsimile machine transmission(s), the transmitting machine issued a transmission report(s) showing the transmission(s) was/were complete and without error.

xx  BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

jcarlos@law.stanford.edu

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 17, 2006, at Los Angeles, California 90025.

LEITZA MOLINAR
Type or Print Name

Signature

## SERVICE LIST

Roy A. Katriel, Esq.
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel:  (202) 625-4342
Fax:  (202) 625-6774

Jacqueline Sailer, Esq.
Eric J. Belfi, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel:  (212) 682-1818
Fax:  (212) 682-1892

**Attorneys for Plaintiff**

Robert A. Mittelstaedt, Esq.
Caroline N. Mitchell, Esq.
Adam R. Sand, Esq.
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Tel:  (415) 626-3939
Fax:  (415) 875-5700

**Attorneys for Defendant**